A ARTHUR KUTSCHE CUST MARY MARGARET KUTSCHE
A MINOR UNDER THE LAWS OF GEORGIA
PO BOX 853
MIMS, FL 32754-0853

A B MOORE
PO BOX 463116
CLINTON TOWNSHIP, MI 48046-3116

A CHARLES VONDERSCHMITT & VIRGINIA K VONDERSCHMITT
UA 03/21/2007 A CHARLES VONDERSCHMITT & VIRGINIA
110 N CAMBRIDGE COURT
GREENFIELD, IN 46140

A GORDEN SWINTON CUST BRET MATTHEW SWINTON
A MINOR PURS TO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
5261 S E SEA ISLE WAY
STUART, FL 34997-1820

A GRAHAM THOMSON CUST RICHARD S THOMSON
A MINOR U/ART 8-A OF THE PER PROP LAW OF N Y
PINE TREE POINT RESORT
ALEXANDRIA BAY, NY 13607

A GRAHAM THOMSON CUST RONALD G THOMSON
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
25272 SWAN HOLLOW RD
ALEXANDRIA BAY, NY 13607-2188

A J MAIER & JUNE MAIER JT TEN
PO BOX 510101
LIVONIA, MI 48151-6101

A JEFFREY ABRAMS
PO BOX 360687
COLUMBUS, OH 43236-0687

A JOSEPH PALAZZOLA
& VIRGINIA L PALAZZOLA & SAM J PALAZZOLA & PETER J
PALAZZOLA JT TEN
617 FAIRFORD
GROSSE POINTE WOOD, MI 48236-2411

A KENNETH KUYK & RUTH K KUYK TR
A KENNETH KUYK & RUTH K KUYK TTEUA 09/23/80
935 UNION LAKE RD
APT 336
WHITE LAKE, MI 48386-4535

A LEAVITT TAYLOR SHARON M WAHN & RUSSELL H MORGAN
ALISON MARIA WAHN TR 2/10/76
C/O GEORGE H WAHN CO
450 WESTERN AVE
BOSTON, MA 02135-1016

A LEAVITT TAYLOR SHARON M WAHN & RUSSELL H MORGAN
BRYANT RICHARD WAHN 8/24/79
450 WESTERN AVE
BOSTON, MA 02135-1016

A LOWELL JACKSON & WILDA M JACKSON TR
UA 05/03/95 LOWELL AND WILDA JACKSON FAMILY
6137 CLIFFBROOK DR
N RICHLND HLS, TX 76180

A MARK GLICKSTEIN
4362 SUMMERFIELD DRIVE
NAPA, CA 94558-1700

A PATTERSON PENDLETON JR CUST A PATTERSON PENDLET
U/THE MARYLAND U-G-M-A
ATTN A PATTERSON PENDLETON III
250 SOUTH WILTON PLACE
LOS ANGELES, CA 90004-4912

A PORMALS & A PORMALS TR
THE PORMALS FAMILY REV LIVING TRUST UA 05/01/02
6 N 327 FAIRWAY LN
ITASCA, IL 60143-1943

A THOMAS DAGLE S/E INDIVIDUALS RET PLAN # 004 U-A DTD
7 STOWE DR
SHELTON, CT 06484-4834

A WILLIAM GEORDAN CUST DEANNE MARIE GEORDAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2361 TIBBETTS WICK RD
GIRARD, OH 44420-1232

AARON MAZEN CUST BARBARA LESLIE MAZEN
A MINOR U/ART 8-A OF THE PERSONAL PROP LAW OF N Y
7 OVERHILL LANE
ROSLYN, NY 11576

AARON N COULTER
PO BOX 310123
FLINT, MI 48531-0123

ABBIE JANE DELONG
6033 210TH AVENUE N E
REDMOND, WA 98053-2316

ABE BORENSTEIN & CATHERINE A BROWN JT TEN
60 EAST END AVE 7B
NEW YORK, NY 10028-7973

ABE HALPERIN CUST JAY HALPERIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9546 FINTRY ST
BRISTOW, VA 20136-3518

ABE RUTKOVSKY CUST ALAN RUTKOVSKY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2964 CLUBHOUSE RD
MERRICK, NY 11566-4806

ABE S HOPPENSTEIN & TAUBENE J HOPPENSTEIN JT TEN
BOX 812373
BOCA RATON, FL 33496

ABIGAIL H MELICAN CUST MARLANE MELICAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
640 W END AVE
APT 11B
NEW YORK, NY 10024-1020

ABRAHAM BERKOWITZ CUST MARK SEIGELSTEIN UGMA NY
239 CANTERBURY RD
WESTFIELD, NJ 07090-1904

ABRAHAM D STEIN
571 SALISBURY ST
HOLDEN, MA 01520-1427

ABRAHAM EAGLE CUST LINDA EAGLE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5961 PALISADE AVE APT 417
BRONX, NY 10471-1255

ABRAHAM EPSTEIN & ATARA EPSTEIN JT TEN
2160 MATTHEWS AVE
BRONX, NY 10462

ABRAHAM KLEIN
83-82 DANIELS CT
BRIARWOOD, NY 11435-2151

ABRAHAM REISBERG CUST DARYL JOY REISBERG
U/THE N Y UNIFORM GIFTS TO MINORS ACT
8 INNES RD
EAST BRUNSWICK, NJ 08816-2838

ABRAHAM SCHNEIDER CUST RAYMOND SCHNEIDER
UNDER THE FLORIDA GIFTS TO MINORS ACT
570 BARTON LANE
WAYNE, PA 19087-5442

ABRAHAM SHEINGOLD
DOVE COURT 4 A
CROTON, NY 10520-1639

ABRAHAM WEINFELD CUST CHAIM WEINFELD
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1709 OCEAN AVE
BROOKLYN, NY 11230-5402

ABRAM GOPSTEIN
305 EAST 86TH ST
APT# 10CW
NY, NY 10028-4706

ADAM B SCHESCH DANIEL R SCHESCH & DEVORAH A SCHES
UNDER THE LAST WILL & TESTAMENT OF ELIZABETH Y
SCHESCH
6036 MCPHERSON AVE % D R SCHESCH
SAINT LOUIS, MO 63112-1306

ADAM BALTOWSKI & FLORENCE C BALTOWSKI TR
ADAM & FLORENCE BALTOWSKI REV LIV TRUST UA 11/10/99
7327 W COYLE AVE
CHICAGO, IL 60631-1110

ADAM JOSIAH EPSTEIN
PO BOX 99241
SEATTLE, WA 98199-0241

ADAM S FINKELSTEIN & MICHAEL A FINKELSTEIN JT TEN
1900 PARKVIEW DRIVE S
MONTGOMERY, AL 36117-6996

ADEBAYO OLUWOLE
PO BOX 292287
LOS ANGELES, CA 90029

ADELE H LEVISON CUST A J LEVISON
A MINOR U/SEC 2918D 55 SUP TO THE GEN STATUTES OF
CONN
37 IROQUOIS ROAD
WEST HARTFORD, CT 06117-2112

ADELE H MEINZINGER
2833 E SHELBY RD
OAKFIELD, NY 14125

ADELE KATHERINE SULLIVAN CUST NATALIE KINLOCH SULLIV
U/THE PA UNIFORM GIFTS TO MINORS ACT
COURTYARD-S WARREN AVE
MALVERN, PA 19355

ADELE S DAILY
6030 111TH AVENUE NE
KIRKLAND, WA 98033-7219

ADELE TUROFF CUST LAWRENCE A TUROFF
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NY
4 HAZELTON DR
SCARSDALE, NY 10583-7410

ADELE W DAHLBERG TR
UA 06/11/2009 ADELE W DAHLBERG 2009 REVOCABLE LIVING
TRUST
41 PINECREST PARKWAY
HASTINGS HDSN, NY 10706

ADELE WEINGAST
5922 CORAL LAKE DR
MARGATE, FL 33063-5853

ADELINE S WEINER TR ADELINE S WEINER TRUST UA 11/25/96
53 MUNNISUNK DR
SIMSBURY, CT 06070-1259

ADHEMAR NICOLINI
AVENIDA GOIAS 2769
SAO CAETANO DO SUL
SAO PAULO BRASIL
09550-051 BRAZIL

ADOLPH MOTLEY JR & BARBARA C MOTLEY TR
ADOLPH MOTLEY JR REV TRUST UA 11/26/96
5615 LIGHTSPUN LN
COLUMBIA, MD 21045-2522

ADRIA C BURNSTEIN CUST REBECCA D O'NEILL UGMA MA
625 BEACON ST
NEWTON CENTRE, MA 02159-2002

ADRIA C BURSTEIN
625 BEACON ST
NEWTON CENTRE, MA 02459-2002

ADRIAN A BOSWELL & HERTHA L BOSWELL TR
U/A 6/13/2007 ADRIAN A BOSWELL & HERTHA L BOSWELL
11378 RACINE RD
WARREN, MI 48093-2560

ADRIAN BRICE REINING TOD BRICE D REINING SUBJECT TO S
104 WORNER ST
GREEN VALLEY, IL 61534

ADRIAN VAN HOOK & THELMA M VAN HOOK TR
UA 11/11/93 THE VAN HOOK REVOCABLE LIVING TRUST
1700 THIRD AVE WEST
APT 406
BRADENTON, FL 34205

ADRIANA G RESTANIO
GM DE ARGENTINA
RUTA 9 KM278 2126 ALVEAR
SANTA FE ARGENTN
ARGENTINA

ADRIENNE M MURDOCK
PO BOX 250688
FRANKLIN, MI 48025-0688

AGNES MARIE PETERSON & WINSTON PETERSON TR
UA 12/09/81 AGNES MARIE PETERSONTR
2430 CORIANDER CT
TROY, OH 45373-8750

AGNES NEIMEYER MATHIS TR
AGNES NEIMEYER MATHIS LIVING TRUST UA 07/19/96
2145 MALVERN RD
HOT SPRINGS, AR 71901-8040

AGUSTIN BRUNO TOD HANIE A BRUNO SUBJECT TO STA RUL
18354 114TH PL
LIVE OAK, FL 32060-5593

AILEEN MCHENRY JONES TR
AILEEN MCHENRY JONES REVOCABLE TRUST UA 05/22/03
15615 WHITEWATER LANE
HOUSTON, TX 77079-2533

AIRCO A/C & HEATING
1777 LA FAVRE ROAD
GENEVA, OH 44041-7649

AJAY TANDON GM INDIA LIMITED
HALOL 389351 PANCHMAHALS
GUJARAT
INDIA

ALAN A KLEINER
158 LARCH ST
HOLLIDAYSBURG, PA 16648-2715

ALAN CHARLES HEINTZ CUST GISELLE KHOURY HEINTZ UTM/
9006 SENECA LN
BETHESDA, MD 20817-3557

ALAN E HAMILTON & PHYLLIS HAMILTON TR
UA 05/20/92 THE ALAN E HAMILTON & PHYLLIS
8668 CARRIAGE HILL DR
UTICA, MI 48317-1408

ALAN F KOENIG CUST ALAN F KOENIG JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4551 INGERSOL PLACE
NEW PORT RICHEY, FL 34652-3163

ALAN FELDMAN CUST EDWARD MARK FELDMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1500 BAY BLVD
ATLANTIC BEACH, NY 11509-1606

ALAN FRANKS
PO BOX 300169
JAMAICA, NY 11430-0169

ALAN GARY MAIORANO & MARY LAROCHE MAIORANO TR
MAIORANO FAMILY TRUST UA 02/06/04
107 WOODLEY RD
MADISON ALA
MADISON, AL 35758

ALAN GREGG GARDNER
43255 147TH ST E
LANCASTER, CA 93535

ALAN GRUNSTEIN
7048 SW 23 ST
DAVIS, FL 33317-7158

ALAN GUNDERSON & BONNIE RAE GUNDERSON JT TEN
1919 TREBEIN RD
XENIA, OH 45385-8576

ALAN J BOECKER
BOX 506 20766 RD E
CONTINENTAL, OH 45831-9139

ALAN J VALESTIN CUST KRISTIN LEE VALESTIN UNDER THEIN
712 ALLEN DRIVE
PO BOX #355
SWEETSER, IN 46987-0355

ALAN JAY WILDSTEIN
2935 NORTHEAST LAKEVIEW DRIVE
SEBRING, FL 33870-2331

ALAN JERIG
PO BOX 291666
PORT ORANGE, FL 32129-1666

ALAN K MURRAY & DOROTHY A MURRAY TR
ALAN K & DOROTHY A MURRAY TRUST UA 07/17/01
4817 GLENCANNON ST
SANTA ROSA, CA 95405-7911

ALAN K RIEDEL & RICHARD A RIEDEL TR
ALAN K RIEDEL REVOCABLE TRUST UA 06/18/02
6 SYLVAN AVE
DELMAR, NY 12054

ALAN LOUIS WILLIAMS TR
UW LOUIS CANTOR FBO RAE WILLIAMS & ALAN WILLIAMS &
MARK WILLIAMS
1816 ROCKING HORSE DRIVE
SIMI VALLEY, CA 93065-5912

ALAN M GEORGE & JEAN W GEORGE TR
ALAN & JEAN GEORGE LIVING TRUST UA 10/25/05
8860 KIDLEY
STERLING HEIGHTS, MI 48314-1656

ALAN MICHAEL KLEIN & SHARON M KLEIN JT TEN
425 BENJAMIN DR
UNIT 401
VERNON HILLS, IL 60061

ALAN MONCK PETERSON TR
ALAN MONCK PETERSON REVOCABLE LIVING TRUST UA
10/22/96
1895 EAMES ST
WAHIAWA, HI 96786-2609

ALAN R GRASS & MARSHA R GRASS TR
ALAN R GRASS & MARSHA R GRASS REVOCABLE TRUST UA
06/28/04
126 EMERALD KEY LN
PALM BEACH GDNS, FL 33418-4021

ALAN S MEYER CUST ROBERT ALAN MEYER
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF NEW
9 RICKEY DRIVE
FRAMINGHAM, MA 01702-6122

ALAN STEIN
1517 KENILWORTH AVE #308
CHARLOTTE, NC 28203

ALAN STENGEL
40946 178TH ST E
LANCASTER, CA 93535-7517

ALAN WEINSTEIN
2004 STRAWBERRY RUN
CROZIER, VA 23039-2209

ALBE KIELBASA CUST SANDRA LYNN KIELBASA
U/THE MICH UNIFORM GIFTS TO MINORS ACT
26141 BUSTER DR
WARREN, MI 48091-1042

ALBE KIELBASA CUST STEVEN LEE KIELBASA
U/THE MICH UNIFORM GIFTS TO MINORS ACT
26141 BUSTER DR
WARREN, MI 48091-1042

ALBERT A DUDEK CUST KATHLEEN M DUDEK
U/THE MICH UNIFORM GIFTS TO MINORS ACT
15234 NANCY
SOUTHGATE, MI 48195-2025

ALBERT A ERKEL CUST ALBERT A ERKEL JR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
6540 LOU PL
ROSEVILLE, CA 95746-9661

ALBERT A HEINTZELMAN
211 JOLIET AVE
HOUGHTON LAKE, MI 48629-9158

ALBERT A PENNINGTON & JENNY C PENNINGTON TR
ALBERT AURELIUS & JENNY CHAPMAN PENNINGTON REV
6323 LAUREL VALLEY AVE
BANNING, CA 92220-5458

ALBERT B COLLVER SR TR UA 02/24/2005 COLLVER TRUST #1
306 W MUNGER ROAD
MUNGER, MI 48747

ALBERT C DENSON CUST MICHAEL C DENSON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
456 STRAND DRIVE
VIRGINIA BEACH, VA 23462

ALBERT C JONES
PO BOX 572553
SALT LAKE CTY, UT 84157-2553

ALBERT C OTTOLINI & DOROTHY DOROTHY M OTTOLINI TR
OTTOLINI FAM LIVING TRUST UA 06/12/91
8641 METROPOLITAN AVE
WARREN, MI 48093-2330

ALBERT C OTTOLINI & DOROTHY M OTTOLINI TR
UA OTTOLINI FAMILY LIVING TRUST 06/12/91
31800 VAN DYKE AVE
APT 126
WARREN, MI 48093-7916

ALBERT D GREEN CUST A DONALD GREEN JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1839 LISBON STREET
EAST LIVERPOOL, OH 43920-1554

ALBERT D MILLER & DOROTHY F MILLER TR
ALBERT & DOROTHY MILLER TRUST UA 4/15/99
9 FORBES PL #610
DUNEDIN, FL 34648

ALBERT DAVIS CUST ALLYSON DAVIS UGMA PA
11027 GREINER RD
PHILADELPHIA, PA 19116-2611

ALBERT E ERICKSON & DORIS J ERICKSON TR
UA 06/18/93 THE ALBERT E & DORISJ ERICKSON
2272 CHERRYWOOD DR
BRIGHTON, MI 48116-6769

ALBERT E HAUENSTEIN
724 9TH ST
TELL CITY, IN 47586

ALBERT E HAUENSTEIN
724 9TH STREET
TELL CITY, IN 47586-1714

ALBERT E JAGGER & DOROTHY M JAGGER TR
DOROTHY M JAGGER TRUST # 1 UA 12/05/95
4691 W MONTGOMERY RD
CAMDEN, MI 49232-9606

ALBERT E PILKINGTON CUST ALBERT E PILKINGTON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
820 BROOKS STREET
ANN ARBOR, MI 48103-3162

ALBERT F VESPA & CYNTHIA A VESPA JT TEN
PO BOX 806071
SAINT CLAIR SHORES, MI 48080-6071

ALBERT F VESPA & VINCENT J VESPA JT TEN
PO BOX 806071
SAINT CLAIR SHORES, MI 48080-6071

ALBERT G BEINKE
8627 BELCREST LANE
ST LOUIS, MO 63114-4426

ALBERT G EISEN CUST JOSHUA T EISEN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
58 PUTNAM ST
BEVERLY, MA 01915-1264

ALBERT G KEHOE & CLARA B KEHOE TR
UA 09/04/85 F/B/O ALBERT & CLARAKEHOE
4305 FARMCREST ST
BURTON, MI 48509-1105

ALBERT G REINHARDT & MARY LOU REINHARDT TR
ALBERT G & MARY LOU REINHARDT REVOCABLE LIV TRUST
UA 04/24/90
9555 WEST 59TH AVE UNIT 132
ARVADA, CO 80004

ALBERT H ARENOWITZ & BETTY W ARENOWITZ TR
ARENOWITZ FAM TRUST UA 11/12/93
13972 EASTRIDGE DR
WHITTIER, CA 90602-1931

ALBERT H FERRARIS CUST DONNA M FERRARIS
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
406 INDEPENDENCE
FRIENDSWOOD, TX 77546-4029

ALBERT H STAUDMEISTER CUST LARRY STAUDMEISTER
A MINOR PURS TO SECS 1339 /26 INCL OF THE
287 CARNIES LANE
SYKESVILLE, MD 21784-7136

ALBERT HOLTZ CUST NOAH R WEINGARDEN UGMA MI
31140 PERRYS CROSSING
FARMINGTON HILLS, MI 48331-1544

ALBERT J DEWIT
4341 186TH PL SE
ISSAQUAH, WA 98027-9778

ALBERT J GRANUCCI & LINDA T GRANUCCI TR
ALBERT J & LINDA T GRANUCCI REVOCABLE TRUST UA
03/17/04
3785 RED OAK WAY
REDWOOD CITY, CA 94061-1132

ALBERT J WALKER & JANENE A WALKER TR
WALKER FAMILY LIV TRUST UA 05/01/01
46643 RIVERWOODS DR
MACOMB, MI 48044-5703

ALBERT KATZ CUST RONALD KATZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4 LA SALLE DRIVE
NEW ROCHELLE, NY 10801-4614

ALBERT KOTELES & IRENE KOTELES TR
UA 09/23/91 THE ALBERT KOTELES &IRENE KOTELES TRUST
30934 MISTY PINES DR
FARMINGTON HILLS, MI 48336-1255

ALBERT L GRIDLEY JR
8501 120TH ST NORTH
SEMINOLE, FL 33772-3950

ALBERT L SEXTON
1902 REIN ST
ORANGE, TX 77630-3652

ALBERT L WALTON
7610 REINHARDT DR
PRAIRIE VILLAGE, KS 66208-4017

ALBERT M MATTIUCCI & ROSEMARY MATTIUCCI TR
UA 01/19/2010 REVOCABLE LIVING TRUST
51661 HICKORY LANE
MACOMB, MI 48042

ALBERT O DE POVER & ALICE O DE POVER TR
ALBERT O & ALICE L DEPOVER REVOCABLE TRUST UA
03/08/99
N5360 CTY TRK J
BEAVER DAM, WI 53916

ALBERT P GORE JR SUCC TR
WILLIAM & PAUL GORE TRUST UA 02/01/75 BY IDA B GORE
144 PLEASANT ST
EAST WALPOLE, MA 02032-1208

ALBERT P RATCLIFF
1005 10961 W
RUSSIAVILLE, IN 46979

ALBERT REINGOLD CUST STEVEN REINGOLD UGMA NY
130 WASHINGTON ARVE
STATEN ISLAND, NY 10314

ALBERT REINHARDT & MARY LOU REINHARDT TR
UA 04/24/90 ALBERT G REINHARDT &MARY LOU
16708 FOXWOOD LN
MORRISON, CO 80465-9609

ALBERT SCHNEIDER CUST CAROLINE SCHNEIDER
U/THE N C UNIFORM GIFTS TO MINORS ACT
PO BOX 519
TAYLORSVILLE, NC 28681-0519

ALBERT SCHNEIDER CUST JENNIFER SCHNEIDER
U/THE N C UNIFORM GIFTS TO MINORS ACT
PO BOX 519
TAYLORSVILLE, NC 28681-0519

ALBERT SIMONS JR CUST CAROLINE P SIMONS
U/THE S C UNIFORM GIFTS TO MINORS ACT
3375 VALLEY RD NW
ATLANTA, GA 30305-1150

ALBERT SIMONS JR CUST JULIAN M SIMONS
U/THE S C UNIFORM GIFTS TO MINORS ACT
1754 ION AVENUE
SULLIVANS ISLAND, SC 29482-8714

ALBERT STURZENEGGER & NORINE L STURZENEGGER TR
UA STURZENEGGER REVOCABLE TRUST 05/28/92
4408 TEKA LANE
SAINT CLOUD, FL 34772-8800

ALBERT T HENDRICKS JR CUST BARRY ALAN HENDRICKS
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
15814 CASHEL POINT LN
HOUSTON, TX 77084-7545

ALBERT T HENDRICKS JR CUST RANDALL LANE HENDRICKS
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
3100E 71ST
TULSA, OK 74136-5625

ALBERT T MACIONSKI & OLIVE E MACIONSKI TR
UA 08/24/89 ALBERT T MACIONSKI &OLIVE E
9642 LAURENCE AVE
ALLEN PARK, MI 48101-1323

ALBERT V RIZZO & GLORIA B RIZZO TR
UA 05/02/2007 THE ALBERT V RIZZO & GLORIA B RIZZO
27157 LA ROSE DRIVE
WARREN, MI 48093

ALBERT W REINHART JR
773 BEVERLY ROAD
RAHWAY, NJ 07065-1804

ALBERTA L BAITINGER
39430 VENETIAN DRIVE
HARRISON TWP, MI 48045

ALBERTA L MANZARDO
& ROBERT A MANZARDO & MICHAEL P MANZARDO & LAURA
M ZAGARI &
2407 EGLESTON AVE
BURTON, MI 48509-1127

ALBERTA L REINERT
APT 4
327 IDLEWYLDE DR
LOUISVILLE, KY 40206-1134

ALBERTO N REGINALDO & NIEVES A REGINALDO TR
REGINALDO FAM TRUST UA 05/09/96
4881 EAST STRONG CT
ORCHARD LAKE, MI 48323-1578

ALBERTO SAVEDRA CUST HERMAN V SAVEDRA
U/THE NEW MEXICO UNIFORM GIFTS TO MINORS ACT
3004 CHIQUITA
ROSWELL, NM 88201-6624

ALBINAS NEMANIS & ALDONA NEMANIS TR
ALBINAS & ALDONA J N EMANIS REV LIVING TRUST UA
09/26/00
6329 MIDDLESEX ST
DEARBORN, MI 48126-6801

ALDEN H ELSEA CUST VICKIE ANN ELSEA
U/THE MISSOURI UNIFORM GIFTS TO MINORS LAW
30282 HIGHWAY H
MARSHALL, MO 65340

ALDON H STROBECK CUST KRISTINE MARIE STROBECK U/ N
MINORS ACT
5545 86TH AVE NW
STANLEY, ND 58784-9073

ALEX GAIZUTIS
3307 173RD ST
HAMMOND, IN 46323-2766

ALEX GERULIS & GENEVIEVE M GERULIS TR
ALEX & GENEVIEVE M GERULIS JOINT TRUST NO1 UA
05/19/90
894 NOBLE CT
DAVIS, IL 61019-9763

ALEX PRIETO & LATASHA PRIETO JT TEN
130 27 140TH ST
JAMAICA, NY 11436

ALEX ROSENZWEIG TR
UA 02/27/2007 ALEX ROSENZWEIG REVOCABLE LIVING
TRUST
7366 HAVILAND CIR
BOYNTON BEACH, FL 33437

ALEX WEINGARTEN CUST NEIL WEINGARTEN U/THE NEW YOI
26 PLYMOUTH RD
EAST ROCKAWAY, NY 11518-1332

ALEXANDER A BIRCH SR & BEATRICE L BIRCH TR
BIRCH FAM REVOCABLE TRUST UA 07/07/94
1700 BRONSON WAY
APT 167
KALAMAZOO, MI 49009-1074

ALEXANDER A HAUGHTON JR
PO BOX 220085
CHARLOTTE, NC 28222

ALEXANDER KLEIN & BELLA KLEIN JT TEN
25560 FILMORE
SOUTHFIELD, MI 48075-1940

ALEXANDER N STEINER & CAROLINE STEINER JT TEN
28 FOX HOLLOW RD
RAMSEY, NJ 07446-1447

ALEXANDER OGONOWSKI CUST CAROL A OGONOWSKI
U/THE MASS UNIFORM GIFTS TO MINORS ACT
713 BROADWAY ROAD
DRACUT, MA 01826-2726

ALEXANDER P STUKOVSKI & LIBERTY F STUKOVSKI TR
UA 03/30/88 ALEXANDER P STUKOVSKI & LIBERTY
STUKOVSKI TR
3211 SOUTHPORT DR
HOLIDAY, FL 34690-1968

ALEXANDER PETERSON CUST AMY LOUISE PETERSON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 147
PASSAIC, NJ 07055-0147

ALEXANDER REISCH CUST SCOTT FRANK REISCH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
9480 NW 24TH PL
SUNRISE, FL 33322-2764

ALEXANDER T MORROW & CATHY A MORROW TR
UA 08/18/2008 ALEXANDER T MORROW TRUST
7813 ANTIOPI STREET
ANNANDALE, VA 22003

ALEXANDER T RAGAN JR & MIGDALIA R RAGAN & A T RAGAN
PO BOX 366296
SAN JUAN, PR 00936-6296

ALEXANDRA BLAIR NELSON
23039 390TH AVE
WINNEBAGO, MN 56098-3340

ALEXANDRA C BOARDMAN & KATE B WALTERS TR
UA 05/30/90 ALEXANDRA C BOARDMAN TRUST
616 MONTCALM PLACE
ST PAUL, MN 55116-1733

ALFRED A BRIZZOLARA JR CUST ROBERT A BRIZZOLARA
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2712 LANDSDOWNE DRIVE E
WILMINGTON, DE 19810-3459

ALFRED A KLEINSCHMIDT
2405 PETERSON AVE
FREMONT, NE 68025-4596

ALFRED ANDERSON JR
PO BOX 090394
MILWAUKEE, WI 53209-0371

ALFRED C HINDS & BARBARA J HINDS TR
ALFRED C HINDS & BARBARA J HINDS FAM TRUST UA
04/13/88
3460 VILLA LN
APT 129
NAPA, CA 94558-6499

ALFRED D RICHARDS 2ND CUST PAUL RICHARDS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 850
AQUEBOGUE, NY 11931-0850

ALFRED E GWOZDZ & IRENE T GWOZDZ TR
ALFRED GWOZDZ & IRENE GWOZDZ JOINT LIVING TRUST UA
06/13/00
PO BOX 61
FRASER, MI 48026-0061

ALFRED E VICTOR & R JACQUELYN VICTOR TR
VICTOR FAMILY TRUST UA 12/18/98
PO BOX 993
ST MARYS CITY, MD 20686-0993

ALFRED G JACOBSMA & DOROTHY J JACOBSMA TR
ALFRED G & DOROTHY J JACOBSMA TRUST # 560 UA
09/30/05
3620 186TH ST #405
LANSING, IL 60438-3267

ALFRED GOLDSTEIN & MRS RITA GOLDSTEIN JT TEN
2245 OCEAN PKWT APT 1M
BROOKLYN, NY 11223

ALFRED H BENSON CUST CAROL S BENSON
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
724 SECOND ST S E
LITTLE FALLS, MN 56345-3504

ALFRED H BRENNER
3152 142ND
DORR, MI 49323-9716

ALFRED H RENIUS & VIOLET N RENIUS TR
ALFRED H & VIOLET N RENIUS TRUST UA 1/07/02
4493 PT AUSTIN RD
CASEVILLE, MI 48725

ALFRED H REYBURN CUST CATHERINE ANN REYBURN
U/THE DEL UNIFORM GIFTS TO MINORS ACT
27 SCHULL DR
NEWARK, DE 19711-7715

ALFRED H REYBURN CUST LOIS JANE REYBURN
U/THE DEL UNIFORM GIFTS TO MINORS ACT
118 WEST TULIP LN
NEWARK, DE 19713-1089

ALFRED J DELLAERA & GLORIA R DELLAERA TR
DELLAERA LIVING TRUST UA 12/17/99
200 MARGEMERE DR
FAIRFIELD, CT 06430-7315

ALFRED J EWELL III
4201 WILSON BLVD
STE 110314
ARLINGTON, VA 22203-1859

ALFRED J MORGAN & ELIZABETH A MORGAN TR
ALFRED J & ELIZABETH A MORGAN TRUST UA 11/27/84
2373 STONE BROOK CT
FLUSHING, MI 48433-2595

ALFRED J REHKER & PHYLLIS E REHKER TR
REHKER FAMILY REV LIVING TRUST UA 06/13/97
32885 REDWOOD BLVD
AVON LAKE, OH 44012-1558

ALFRED J SALZANO & JAMIE A VANICA TR
ALFRED J SALZANO & JAMIE A VANICA REV LIV TR UA
5935 GRASS VALLEY RD
RENO, NV 89510-9734

ALFRED K KRUPSKI
& EUNICE ANN KRUPSKI JT TEN TOD SALLY A WARNER
JUDITH K KRUPSKI
17430 PLAZA COLORES
SAN DIEGO, CA 92128

ALFRED L ARNOLD & JOYCE O ARNOLD TR
ALFRED L & JOYCE O ARNOLD TRUST UA 11/18/94
2104 CRESTLINE CIRCLE
BURTON, MI 48509-1338

ALFRED L CHU CUST LAWRENCE W CHU
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
11940 MIWOK CT
WILTON, CA 95693-9603

ALFRED L CHU CUST STEVEN B CHU
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
36 LAKE SHORE CIRCLE
SACRAMENTO, CA 95831-1507

ALFRED M JAQUES & RAQUEL M JAQUES TR
ALFR JAQUES & RAQ JAQ TRUST UA 4/26/99
14326 S HOXIE AVE
BURNHAM, IL 60633-2210

ALFRED N YESUE CUST ALBERT J YESUE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
75 WARNER ST
HUDSON, MA 01749-1623

ALFRED N YESUE CUST ALFRED D YESUE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
75 WARNER ST
HUDSON, MA 01749-1623

ALFRED N YESUE CUST ROBERT D YESUE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
75 WARNER ST
HUDSON, MA 01749-1623

ALFRED P HEUER & JEANNETTE M HEUER TR
HEUER FAM REVOCABLE TRUST UA 09/19/96
2600 BARRACKS RD APT 438
CHARLOTTESVILLE, VA 22901-2196

ALFRED P MINERVINI & JUNE M STINCHFIELD & ELISE M KUHN
UA 05/18/2009
85 BRENDON HILL RD
SCARSDALE, NY 10583

ALFRED PAUL BENDER & ELEANOR BARKER BENDER TR
BENDER FAMILY TRUST UA 11/16/05
5289 BERKSHIRE DR
NORTH OLMSTED, OH 44070-3021

ALFRED R MARCY & CATHERINE B MARCY TR
UA 12/06/93 THE MARCY LIVING TRUST
111 JEWELL DRIVE
LIVERPOOL, NY 13088-5419

ALFRED R WHELAN & LEONA M WHELAN TR
WHELAN FAMILY REVOCABLE LIVING TRUST UA 12/02/05
356 READY RD
CARLETON, MI 48117-9227

ALFRED V KINKELLA & EVELYN M KINKELLA JT TEN
12202 134 STREET EAST
PUYALLUP, WA 98374

ALFRED VERNON FOSTER CUST ROBIN VONTELLA FOSTER
U/THE FLORIDA GIFTS TO MINORS ACT
5059 DIABLO DR
SACRAMENTO, CA 95842-3119

ALFREDA M GETSINGER TR
ALFREDA M GETSINGER REVOCABLE LIVING TRUST UA
03/23/04
8800 S 15TH ST
FORT SMITH, AR 72908-8508

ALGONQUIN REALTY CO
C/O DON SNELL
PO BOX 740667
DALLAS, TX 75374-0667

ALI B ELZEIN
153 ROSEMARY ST
DEARBORN HEIGHTS, MI 48127-3625

ALICE A BROBERG CUST ROLAND S BROBERG
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
W319 N657 SHAGBARK GLEN
DELAFIELD, WI 53018-2818

ALICE A JORDAN TR
JOHN A JORDAN & ALICE A JOROAN LIVING TRUST UA
06/26/00
1461 BUD AVE
YPSILANTI, MI 48198-3308

ALICE BLOOM CUST EDWARD MICHAEL BLOOM
U/THE N Y UNIFORM GIFTS TO MINORS ACT
75-33 KESSEL STREET
FOREST HILLS, NY 11375-6844

ALICE C ANDERSON CUST HEATHER M ANDERSON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
37 MARION AVE
STONY BROOK, NY 11790-2403

ALICE C ANDERSON CUST JENNIFER G ANDERSON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
37 MARION AVE
STONY BROOK, NY 11790-2403

ALICE CAVACIUTI CUST ALICIA CAVACIUTI
U/THE N J UNIFORM GIFTS TO MINORS ACT
45 FREEMAN ST
WOODBRIDGE, NJ 07095-3435

ALICE CAVACIUTI CUST FRANCIS ANTHONY CAVACIUTI
U/THE N J UNIFORM GIFTS TO MINORS ACT
45 FREEMAN ST
WOODBRIDGE, NJ 07095-3435

ALICE HAMILTON SCHWARTZ TR
ALICE HAMILTON SCHWARTZ FAM TRUST UA 08/12/97
3925 MIDDLETON CT
CINCINNATI, OH 45220-1128

ALICE J SHANAHAN
6935 STEINMEIER DR W
INDIANAPOLIS, IN 46220-3961

ALICE L SCHREINER
206 TEMPLE ST
FREDONIA, NY 14063-1056

ALICE LEVY
301 174TH ST APT 2018
NORTH MIAMI BEACH, FL 33160-3238

ALICE M BERGSTROM TR
ALICE M BERGSTROM REVOCABLE LIVING TRUST UA
05/20/98
7154 BLUEWATER DRIVE
CLARKSTON, MI 48348-4273

ALICE M MACFARLANE & DONALD B MACFARLANE TR
ALICE MALLON MACFARLANE TRUST UA 5/13/98
103 JASON'S WAY
SOMERSET, KY 42503-6279

ALICE MC DONALD CUST JOAN MC DONALD
U/THE PENN UNIFORM GIFTS TO MINORS ACT
2016 GREEN RIDGE ST
DUNMORE, PA 18512-2221

ALICE P ZUMWALT & DEAN E ZUMWALT TR
ALICE P ZUMWALT LIVING TRUST UA 06/14/00
7104 N WINDCHIME COURT
PEORIA, IL 61614-1187

ALICE RUTH BROWN CUST CHRISTINA MARIE BROWN
UNDER MISSOURI UNIFORM GIFTS TO MINORS LAW
PO BOX 264
MAGDALENA, NM 87825-0264

ALICE T DALY KEVIN A DALY & GRACE DALY BOREN TR
DALY FAMILY TRUST UA 11/23/98
98 EVANS ST
NEW HYDE PARK, NY 11040-1711

ALICE TERPOLILLO & ZOFIA SYRER & CHIRSTINE PRIVETTE TR
31 CHURCH STREET TRUST UA 02/23/04
306 CHURCH STREET
BOONTON, NJ 07005

ALICE WEINBAUM
APT 6-D WEST
303 W 66TH ST
NEW YORK, NY 10023-6305

ALICE Y SCOTT
ATTN ALICE Y GOODING
PO BOX 430722
PONTIAC, MI 48343-0722

ALICE YANOSKO CHAMIS & CHRISTOS CONSTANTINOS CHAM
ALICE YANOSKO CHAMIS LIVING TRUST UA 3/02/00
24534 FRAMINGHAM DR
WESTLAKE, OH 44145-4902

ALLAN A REDGWELL CUST MICHAEL ALLEN REDGWELL
U/THE N Y UNIFORM GIFTS TO MIN ACT
5 VELMEAD CLOSE
FLEET
HAMPSHIRE GU13 9LR GREAT BRITAIN

ALLAN B WEINSTEIN & DEBORAH L WEINSTEIN JT TEN
3042 BONNIE BRAE CRESCENT
FLOSSMOOR, IL 60422-2028

ALLAN B WHITING
PO BOX 693
MCCALLA, AL 35111-0693

ALLAN C BUSHNELL & HEESOO K BUSHNELL TR
UA 10/28/05 BUSHNELL FAMILY TRUST
969 REDWOOD DR
DANVILLE, CA 94506

ALLAN E BROWN & RUTH SCOTT BROWN JT TEN
11340 142ND ST NORTH
LARGO, FL 33774-4426

ALLAN E FERGUSON SR & NANCY A FERGUSON TR
FERGUSON FAMILY REVOCABLE TRUST UA 04/24/02
1216 NE 3RD TER
CAPE CORAL, FL 33909-2651

ALLAN G SHEPPARD CUST ALLAN G SHEPPARD JR
U/THE FLORIDA GIFTS TO MINORS ACT
3620 LAKEVIEW BOULEVARD
DELRAY BEACH, FL 33445-5615

ALLAN J BARRINGER
BOX 111 204 S FRONT
STANDISH, MI 48658-9401

ALLAN J MEDWICK CUST LAURA ANN MEDWICK
UNDER THE NEW JERSEY UNIF GITS TO MIN ACT
72 LINDEN STREET
CARTERET, NJ 07008-2609

ALLAN LAS CUST ADAM ZACHARY LAS A MINOR UNDERTHE L
5593 176TH PL SE
BELLEVUE, WA 98006-5926

ALLAN MCILRAITH & PHYLLIS MCILRAITH TR
MCILRAITH LIVING TRUST UA 1/21/97
4517 CHIMNEY CREEK DR
SARASOTA, FL 34235-1818

ALLAN NIXON & MARION E NIXON TR
UA 12/17/2007 ALLAN AND MARION NIXON FAMILY
41 MATTHEWS ST
BINGHAMTON, NY 13905

ALLAN SALMINEN
702-1225 NORTHSHORE BLVD EAST
BURLINGTON ON
L7S 1Z6 CANADA

ALLEN B DICKSTEIN & SANDRA O DICKSTEIN TR
DICKSTEIN LIVING TRUST UA 5/5/99
501 BARTLETT CIR
HILLSBOROUGH, NC 27278

ALLEN BEINSTEIN CUST ROBERT M BEINSTEIN UGMA DE
26 FAIRVIEW ST
SIMSBURY, CT 06070-2127

ALLEN CARTER GARDY CUST ALLEN CARTER GARDY JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
PO BOX 551
DOYLESTOWN, PA 18901-0551

ALLEN D ADKINS JR CUST GERALD MARK DISPER
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
15978 WETHERBURN RD
CHESTERFIELD, MO 63017-7341

ALLEN F JUNG & MARGUERITE K JUNG TR
ALLEN F JUNG LOVING TRUST UA 10/27/92
BOX 521
RICHMOND, IL 60071-0521

ALLEN F JUNG & MARGUERITE K JUNG TR
LOVING TRUST 10/27/92 U-A MARGUERITE
PO BOX 521
RICHMOND, IL 60071-0521

ALLEN GOLDSTEIN CUST SAMUEL ISAAC GOLDSTEIN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2732 W CHASE AVE
CHICAGO, IL 60645-1313

ALLEN HON LEONG & HELEN MAY LEONG TR
UA 08/03/88 ALLEN HON LEONG & HELEN MAY
413 GREENBRIER ROAD
ALAMEDA, CA 94501-6032

ALLEN HUMPHREYS
837 WEINLAND STREET
NEW CARLISLE, OH 45344-2647

ALLEN J AITA CUST ANDREW J AITA
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1028 HAHN PLACE
WEST CHICAGO, IL 60185-3852

ALLEN J AITA CUST MICHAEL J AITA
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
6377 OLD NATCHEZ TRACE
SANTA FE, TN 38482

ALLEN KLEIN
3540 STONE CANYON
SHERMAN OAKS, CA 91403-4527

ALLEN MACGREGOR CUST CHRISTOPHER GEORGE MACGRE
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
232 WINGOOD RD
WINDSOR, ME 04363-3716

ALLEN MENDELSOHN CUST HERMAN MARTIN MENDELSOHN
U/THE D C UNIFORM GIFTS TO MINORS ACT
3310 CATHEDRAL AVE NW
WASHINGTON, DC 20008-3411

ALLEN P STALLINGS & JEFFRY T STALLINGS TR
IRREVOCABLE TR 10/10/91 U-A VERAD
3426 N COUNTY RD 300W
ROCKPORT, IN 47635-9062

ALLEN PAUL COTTLER
8410 153RD ST NW
GIG HARBOR, WA 98329

ALLEN ROBERT TROWBRIDGE & MARTHA JOAN TROWBRIDGE
UA 10/24/2007 TROWBRIDGE FAMILY TRUST
115 GRAPEVINE LN
GEORGETOWN, TX 78633

ALLEN T BARNUM CUST EDMUND C BARNUM
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
2188 N ROOSEVELT AVE
ALTADENA, CA 91001-3511

ALLEN W BELL
7276 108TH ST
FLUSHING, MI 48433-8733

ALLENE HORTON DUERINGER TR
REVOCABLE LIVING TRUST 08/26/91 U-A ALLENE HORTON
DUERINGER
600 LINDEWOOD
SAINT CHARLES, MO 63301-1728

ALLISON J MC NAY CUST DENNIS A MC NAY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2653 FOOTHILL BLVD
CALISTOGA, CA 94515-1221

ALLYN J SCHINSKI
4354 190 SE
ISSAQUAH, WA 98027-9702

ALMA M SMITH TR
UA 06/02/92 THE HAROLD C SMITH &ALMA M SMITH FAMILY
TRUST
4806 CHATEAU DR
GODFREY, IL 62035-1602

ALMA POLLOCK SMITH & ALFRED B SMITH JR TR
SHARAN LEE SMITH TERRY TR U-W ALFRED B SMITH
11606 NOBLEWOOD CREST LANE
HOUSTON, TX 77082-6813

ALOIS J KRININGER & KATHERINE A KRININGER TR
UA 02/02/93 THE KRININGER FAMILY TRUST
4432-45TH AVENUE S W
SEATTLE, WA 98116-4122

ALOIS SCHMITZER & DORIS E SCHMITZER TEN ENT
311 TRINKLEIN ST
FRANKENMUTH, MI 48734-1515

ALONZO H KELLY JR & MARILEE D KELLY TR
LIV TR 03/16/87 U-A ALONZO H KELLY JR & MARILEE
906 SUNSET RD
ANN ARBOR, MI 48103-2925

ALPHONSE J KOETH & ELIZABETH F KOETH TR
THE KOETH FAMILY TRUST UA 10/09/02
2545 WEST WALLINGS RD
BROADVIEW HEIGHTS, OH 44147-1050

ALPHONSE J ZIMMERMAN & DORIS A ZIMMERMAN TR
UA 09/26/06 ALPHONSE J ZIMMERMAN & DORIS A
329 LINCOLN STREET
FORT ATKINSON, WI 53538

ALPHONSE P ZARRELLA & CAROL S ZARRELLA TR
UA 06/14/2007 ZARRELLA FAMILY REV LIV TRUST
1407 SALEM STREET
PALM BAY, FL 32905

ALPHONSUS J DOERR & DELORES M DOERR JT TEN
9011 105TH AVE
MECOSTA, MI 49332-9764

ALTON E BAYARD JR USUFRUCT LINDA B MCGIVERN
& SHERIDAN B REES & ALTON E BAYARD III & KEITH C
BAYARD NAKED OWNERS
9616 JEFFERSON HW
NEW ORLEANS, LA 70123-2510

ALVERA E BRISSON TERESA KEMP JOSEPH P BRISSON III
& CECILIA JACOBSON JT TEN
445 BAY DE NOC ST
NEGAUNEE, MI 49866-1801

ALVERNA ROSALINE MCINTYRE COLEMAN USUFRUCT LAURA
NAKED
OWNER
1916 BERMUDA STREET
SHREVEPORT, LA 71105-3408

ALVIN B H MIRMELSTEIN JR
3519 MARLBORO CT
CHARLOTTESVILLE, VA 22901-1023

ALVIN B LEZELL CUST RICHARD LEZELL
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
3300 PARKLAND
WEST BLOOMFIELD, MI 48322-1828

ALVIN B STEINMAN CUST SHERRY LEE STEINMAN U/THE MICH
7808 PALENCIA WAY
DELRAY BEACH, FL 33446-4405

ALVIN BARGE MARY E SCHRODER UW OTIS A BARGE SR FBO
SCHRODER
3091 VERDUN DR
ATLANTA, GA 30305-1937

ALVIN C MASSINGILL
200159 RIDGE DR
GERING, NE 69341-8525

ALVIN C SCHMIDT & DARLA J SCHMIDT TR
ALVIN & DARLA SCHMIDT FAM REV LIVING TRUST UA
12/22/00
9650 LANGAN ST
SPRING HILL, FL 34606-1044

ALVIN D REINHARDT
2918 AGREE AVE
FLINT, MI 48506-2438

ALVIN DECOUDREAUX TR
ALVIN DECOUDREAUX & BURNETTA DECOUDREAUX TRUST
UA 09/04/96
379 BRUSHWOOD LN
WINTER SPGS, FL 32708-4955

ALVIN F LOCKE & VIRGINIA G LOCKE TR
05/04/99 ALVIN F LOCKE LIVING TRUST
2616 NW 152ND ST
EDMOND, OK 73013-8900

ALVIN F SANCLEMENTE & LILIAN SANCLEMENTE TR
ALVIN F & LILIAN SANCLEMENTE REVOCABLE LIVING
37562 CHARTER OAKS BLVD
CLINTON TOWNSHIP, MI 48036-2422

ALVIN J PHELAN & ELIZABETH R PHELAN TR
ALVIN & ELIZABETH PHELAN LIVING TRUST UA 2/25/98
2307 BALLANTRAE
COLLEYVILLE, TX 76034-5303

ALVIN K TODD
22099 230TH AVE
PARIS, MI 49338-9747

ALVIN L CLARK
3118 CAWEIN WAY
LOUISVILLE, KY 40220-1932

ALVIN L COLLISON TR UA 03/13/2007 ALVIN L COLLISON LIV RI
110401 S 4700 RD
MULDROW, OK 74948

ALVIN M BORK & IRENE BORK TR
ALVIN M & IRENE BORK REVOCABLE LIVING TRUST UA
08/25/98
15341 PEBBLEPOINTE DR
CLINTON TWP, MI 48038

ALVIN M LEVY CUST BARRY WILLIAM LEVY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
802 KINGSLEY DRIVE
ARLINGTON HEIGHTS, IL 60004-1318

ALVIN PUTTERMAN CUST MISS DEBRA S PUTTERMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
16741 ECHO HOLLOW CIRCLE
DELRAY BEACH, FL 33484-6988

ALVIN R SAYERS CUST ANDREA L SAYERS
U/THE VERMONT UNIFORM GIFTS TO MINORS ACT
5 GRAPE AVE
FAIR HAVEN, VT 05743-1014

ALVIN SCHOR CUST DAVID SCHOR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
24 FOX RDG
ROSLYN, NY 11576-2828

ALVIN SKOPP CUST LORI DONNA SKOPP
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
110 WEST 94TH STREET APT 2B
NEW YORK, NY 10025-7018

ALVIN STEINMAN & ADELINE STEINMAN JT TEN
7808 PALENCIA WAY
DELRAY BEACH, FL 33446-4405

ALVIN T BLADZIK
PO BOX 67
FILER CITY, MI 49634-0067

AMADO A ROXAS
16804 121ST AVE SE
RENTON, WA 98058

AMBER HUBBARD
3961 KLEIN AVE
STOW, OH 44224-3455

AMBROCIO S GONZALEZ
PO BOX 221361
NEWHALL, CA 91322-1361

AMBROSE R MARTIN
012108 S MAIDSTONE AVE
NORWALK, CA 90650

AMELIA A SHERER-GOEPPERT & GREGORY F GOEPPERT TR
GREGORY F & AMELIA A SHERER GOEPPERT 2001 LIV
1830 NOEMI DRIVE
CONCORD, CA 94519-1445

AMELIA ANN HIGGINS CUST CONNIE LEA HIGGINS
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
44 BAKER CT
PETALUMA, CA 94952-5520

AMELIA B GANZ
& WILLIAM J GANZ JR & ROBERT J GANZ & SALLY G
RUSSELL JT TEN
1009 ELMRIDGE AVE
BALTIMORE, MD 21229-5324

AMERICAN LEGION AUXILIARY LAURENCE ROBERTS UNIT 21-
DELAWARE
705 SIXTH ST
NEWARK, DE 19711-8717

AMERICO CENTOCANTI CUST MAUREEN ANN MC NAMARA
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6280 GARDNER ROAD
ALTAMONT, NY 12009-5016

AMY A OROURKE
4237 120TH AVE SE
BELVIEW, WA 98006-1149

AMY D START
668 146TH AVE
CALEDOIA, MI 49316-9210

AMY HEINZE
3528 S BARRINGTON AVE
LOS ANGELES, CA 90066-2830

AMY JO SOMMERS & DONALD R SOMMERS TR
AMY JO SOMMERS LIVING TRUST UA 11/22/04
923 MARDEC ST
WEST UNION, OH 45693-1534

AMY JONES FELDSTEIN CUST SARAH W FELDSTEIN UGMA NJ
4261 SE ALDER STREET
PORTLAND, OR 97215-1623

AMY LOUISE CRAFTON
ATTN AMY C COOK
14277 265 TH AVE
ZIMMERMAN, MN 55398-9235

AMY M FINKELSTEIN & MICHAEL A FINKELSTEIN JT TEN
9185 WRENWOOD LANE
BRENTWOOD, MO 63144-1629

AMY S DREFFEIN
812 S WAIOLA
LAGRANGE, IL 60525-2737

AMY SACKIN & STEVEN ROSS PIKELNY TR
UA 05/02/2008 BEATRICE SACKIN IRREVOCABLE TRUST
426 BEACH 121ST ST
ROCKAWAY PARK, NY 11694

ANA A MARCANTONI
PO BOX 192132
SAN JUAN, PR 00919-2132

ANA BRUNSTEIN & EDDY BRUNSTEIN JT TEN
AURELIO MIRO QUESADA 260-601
SAN ISIDRO
LIMA 27
PERU

ANA DOMINGAS GUILZER
RUA DONA ELISA DE MORAES MENDES
1115 ALTO DE PINHEIROS
SAO PAULO-SP-BRAZIL
CEP 05449-001 BRAZIL

ANASTASIA S ANDERSON DUNCAN M ANDERSON & T ROBERT
CARL R SADOWSKY FBO ANASTASIA SADOWSKY
ANDERSON UA 03/18/66
8 GLEN HILL RD
APT 135
DANBURY, CT 06811-4985

ANATH R KRISHNAN & LALITHA KRISHNAN TR
KRISHNAN LIVING TRUST UA 10/19/96
4208 HIGH MESA CT
ARLINGTON, TX 76016-4604

ANCIENT & ACCEPTED SCOTTISH RITE OF FREE MASONRY VA
CITY ORIENT OF MISSOURI
1330 LINWOOD BLVD
KANSAS CITY, MO 64109-1935

ANDERSON PETTY
PO BOX 528564
CHICAGO, IL 60652-8564

ANDOR WEINBERGER & VERA WEINBERGER JT TEN
98-51 QUEENS BLVD
REGO PARK, NY 11374-4362

ANDRE THEODORE BEAUDRY & SHIREEN H BEAUDRY TR
UA 02/26/01 BEAUDRY FAMILY TRUST
PO BOX 570063
LAS VEGAS, NV 89157-0063

ANDREA B KELLEHER CUST KEVIN KELLEHER
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
43239 KIMBERLY ANNE CT
ASHBURN, VA 20147-3124

ANDREA L CLIFFORD & WILLIAM S CLIFFORD TR
UA 10/03/2007 CLIFFORD FAMILY TRUST
7 MISTY LANE
EAST WALPOLE, MA 02032

ANDREA M BEKKEVAR & JAMES R BEKKEVAR JT TEN
273406 HWY 101
SEQUIM, WA 98382-9616

ANDREA M BEKKEVAR CUST AMANDA BEKKEVAR UTMA WA
273406 HWY 101
SEQUIM, WA 98382-9616

ANDREA M BEKKEVAR CUST MEGAN S BEKKEVAR UTMA WA
273406 HWY 101
SEQUIM, WA 98382-9616

ANDREA REINER
6 HORIZON RD
APT 1601
FT LEE, NJ 07024-6615

ANDREA SEBEST & CHARLES DEBROSKY TR
UA 11/18/1996 CHARLES A DEBROSKY 1996 LIVING
172 CAMELOT LN
AURORA, OH 44202

ANDREINA CHARLENE GRIGSBY
936 CARPENTER ROAD
OAKLEY, CA 94561-3812

ANDREW A LESKO
PO BOX 741
WHITING, IN 46394-0741

ANDREW A ZYWICKI
3850 MEINRAD
WATERFORD, MI 48329

ANDREW B YOUNG ANDRE J LEROUX & JACQUES J LEROUX T
JACQUES J LEROUX UA 7/17/45
423 DOVELAKE RD
GLADWYNE, PA 19035-1603

ANDREW BRIAN DUBERSTEIN
735 POTOMAC RIVER RD
MCLEAN, VA 22102-1430

ANDREW D ALEXANDER
PO BOX 431367
PONTIAC, MI 48343-1367

ANDREW DEBRECENY & FLORENCE DEBRECENY TR
DEBRECENY LIVING TRUST UA 09/21/99
7032 NORTHCOTE AVE
HAMMOND, IN 46324-2239

ANDREW F BANYAS & NANCY A BANYAS TR
ANDREW FRANK BANYAS & NANCY A BANYAS REVOCABLE
2200 STATE ST
DAVISON, MI 48423

ANDREW FONG
2415-113 STREET
EDMONTON AB
T6J 4Y7 CANADA

ANDREW G ISRAEL M D CUST SARAH L ISRAEL
UNDER CA UNIF TRFR TO MINORS ACT
4280 ARGUELLO STREET
SAN DIEGO, CA 92103-1506

ANDREW G LEVINE CUST KAYLEY M LEVINE UTMA IL
146 S EMERALD AVE
MUNDELEIN, IL 60060

ANDREW H DAVIS IRVING J HUMPHREY JR & CHARLES A HAM
UW CHARLES A HAMBLY
123 DYER STREET
PROVIDENCE, RI 02903-3907

ANDREW J ANTISHIN & JANICE F ANTISHIN TR
ANTISHIN LIVING TRUST UA 2/21/00
2730 CHESTERFIELD DRIVE
TROY, MI 48083-2618

ANDREW J BROWN & ELIZABETH J BROWN TR
ANDREW JACKSON & ELIZABETH J BROWN FAMILY TRUST
UA 12/09/98
2770 LOFTYVIEW DR
TORRANCE, CA 90505-7226

ANDREW J BURKE
PO BOX 372479
SATELLITE BEACH, FL 32937-0479

ANDREW J DADAGIAN TR
ANDREW J DADAGIAN M D INC PROFIT SHARING UA 01/01/89
106 COVE CIRCLE
MARION, MA 02738-2026

ANDREW J FRIDWALL
PO BOX 802233
SANTA CLARITA, CA 91380-2233

ANDREW J KOWALEWSKI & ADELLE M KOWALEWSKI TR
ANDREW J KOWALEWSKI & ADELLE M KOWALEWSKI
130 GUALBERT AVE
BUFFALO, NY 14211-2723

ANDREW JOHN DUMANIAN
& AUDREY JEAN DUMANIAN & LEON ROBERT DUMANIAN JT
TEN
25 BENTLEY LANE
CHELMSFORD, MA 01824-2021

ANDREW KOMMER JR & ADRIANA KOMMER TR
ANDREW & ADRIANA KOMMER REV LIVING TRUST UA
12/05/01
6741 EASTERN AVE SE
GRAND RAPIDS, MI 49508-7049

ANDREW M BLOSCHAK
574-576 JORALEMON ST
BELLEVILLE, NJ 07109

ANDREW M DUDISH & ANGELINE L DUDISH TR
ANDREW M DUDISH & ANGELINE L DUDISH REV TRUST UA
04/24/98
560 E NORWEGIAN ST
POTTSVILLE, PA 17901-3743

ANDREW MARTIN LEINOFF
5455 KERWOOD OAKS DR
CORAL GABLES, FL 33156-2155

ANDREW O LEIDLEIN
47067 STONY BROOK DR
MACOMB, MI 48044-2849

ANDREW R WELSH
P O BOX 141281
COLUMBUS, OH 43214

ANDREW ROTHSTEIN & FAY ROTHSTEIN JT TEN
44-15 43RD AVE
SUNNYSIDE, NY 11104-2264

ANDREW S WINEBRENNER CUST JANE WINEBRENNER
U/THE PA UNIFORM GIFTS TO MINORS ACT
3089 CHESTNUT HILL RD
EMMAUS, PA 18049-4433

ANDREW STEIN
N9081 OAKWOOD LN
MUKWONAGO, WI 53149-1815

ANDREW STEVENSON
PO BOX 401085
REDFORD, MI 48240-9085

ANDREW T K SHEN & JULIA SHEN HSUEH YEN TR
ANDREW T K SHEN & JULIA SHEN HSUEH YEN TRUST UA
03/14/97
4417 E KINGS POINT CIRCLE
ATLANTA, GA 30338-6613

ANDREW V ANTHONY & SHARON M ANTHONY TR
ANTHONY LIVING TRUST UA 11/06/00
112 LINCOLN AVE
ENDICOTT, NY 13760-5134

ANDREW W HORNE CUST DAVID A HORNE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
565 EMERALD BAY
LAGUNA BEACH, CA 92651-1257

ANDY PADA TR
FIRST SECOND MORTGAGE CO OF NJ INC PROFIT SHARING
TRUST UA 12/31/86
50 SPRING ST
CRESSKILL, NJ 07626-2156

ANGEL L MARCANTONI & ANA A MARCANTONI TEN COM
PO BOX 192132
SAN JUAN, PR 00919-2132

ANGELA BUONTEMPO
18 HEINRICH ST
CRANFORD, NJ 07016-3112

ANGELA BUONTEMPO CUST CLARA BUONTEMPO
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
18 HEINRICH ST
CRANFORD, NJ 07016-3112

ANGELA C DESINO CUST FRANK A DESINO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 976
PENFIELD, NY 14526-0976

ANGELA E HAY
ATTN ANGELA E HEINIGER
11932 HOLLYHOCK DR
FISHERS, IN 46038-8147

ANGELA E MEYER TR
UA 04/04/2008 THE ANGELA E MEYER REVOCABLE
LIVINGTRUST
1441 ALAMEDA DE LAS PULG
SAN MATEO, CA 94402

ANGELA EPISCOPO
3137 RAYMOND AVENUE
BROOKFILED, IL 60513-1245

ANGELA GOVAN
14507 123RD AV
JAMAICA, NY 11436-1619

ANGELA K COLBERT
PO BOX 703964
DALLAS, TX 75370-3964

ANGELA L BALL
PO BOX 430081
PONTIAC, MI 48343-0081

ANGELA MADELEINE MC KENNA
48 DARTMOUTH SQUARE EAST
LEESON PARK DUBLIN
6 IRELAND

ANGELA P DAVIS
PO BOX 182398
ARLINGTON, TX 76096-2398

ANGELA R LESPERANCE
PO BOX 531268
LIVONIA, MI 48153-1268

ANGELA S PHILLIPS CUST GLORIA JEAN PHILLIPS
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3170 ROSSINI PL
TOPANGA, CA 90290-4464

ANGELA W KINSELLA TR
ANGELA W KINSELLA REV LIVING TRUST UA 07/18/95
ANGELA W KINSELLA
801 S SKINER APT 7B
ST LOUIS, MO 63105

ANGELE B SMITH & JERRY P SMITH TR
UA 07/27/2007 ANGELE B SMITH & JERRY P SMITH
35960 KELLY RD
CLINTON TWP, MI 48035

ANGELI MITAL
8377 INDIRANAGAR
LUCKNOW
226016 INDIA

ANGELINA POLIZZI PERSONAL REPRESENTATIVE FOR THE ES
POLIZZI
15769 HOWARD DR
MACOMB, MI 48042-5716

ANGELINA RAMPULLA CUST LAWRENCE RAMPULLA
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
160 ONTARIO AVE
STATEN ISLAND, NY 10301-4255

ANGELINE KETOLA
3 STEINHART CIR
GRAND RAPIDS, MN 55744-4554

ANGELINE L SANDERS
PO BOX 470724
CHARLOTTE, NC 28247-0724

ANGELO DILEO
54 MEINZER ST
AVENEL, NJ 07001-1721

ANGELO E FORNATORO & DIANE L FORNATORO TR
ANGELO E & DIANE L FORNATORO LIV TRUST UA 08/12/00
28210 WEXFORD DR
WARREN, MI 48092-4167

ANGELO L AMBROSIO & EDELTRAUD M AMBROSIO TR
UA 06/03/93 THE AMBROSIO FAMILY TRUST
5362 TRINETTE AVE
GARDEN GROVE, CA 92845-1911

ANGELO MAESO CUST VINCENT R ELIE JR
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
8415 INGRAM DRIVE
WESTLAND, MI 48185-1584

ANGELO V PANOURGIAS & BETTY PANOURGIAS TR
PANOURGIAS LIVING TRUST UA 04/03/96
13118 HICKORY MILL CT
SAINT LOUIS, MO 63146-1812

ANIL MEHROTRA GM INDIA LIMITED
HALOL 389350 PANCHMAHALS
GUJARAT
INDIA

ANIS S HOLLOW CUST RICHARD S HOLLOW
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2332 LINWOOD AVE
ROYAL OAK, MI 48073-3871

ANITA C COLLINS
3270 100TH ST
BYRON CENTER, MI 49315-9707

ANITA G CREWS
23825 112TH ST
TREVOR, WI 53179-9578

ANITA GOLDBERGER CUST ANDREW GOLDBERGER
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
5935 SHATTUCK RD APT 32
SAGINAW, MI 48603-6909

ANITA GREINER CUST JAMES EVERETT GREINER UNDER THE
922 BARTON WOODS ROAD
ATLANTA, GA 30307-1308

ANITA P ALLEN TR
UA 04/18/94 THE RALPH E ALLEN & ANITA P ALLEN LIVING
TRUST
2100 WINDY STREET
CLARKDALE, AZ 86324-3715

ANITA R ROTHSTEIN
811 SOCIETY HILL
CHERRY HILL, NJ 08003

ANITA S GREINER
922 BARTON WOODS RD NE
ATLANTA, GA 30307-1308

ANITA T POLLOCK & GEORGE M POLLOCK TR
ANITA T POLLICK LIVING TRUST UA 01/11/01
110 OAK ST
WOOD DALE, IL 60191-2036

ANN ALLISTER EGGERS KING&HENRY L EGGERS&HENRY V E
ANN ALLISTER EGGERS KING TR 11/26/84
C/O THE VICKERS GROUP
1515 W 190TH ST SUITE 540
GARDENA, CA 90248-4927

ANN B FINKLESTEIN CUST MINDEE BRITT HAMELBURG UGMA
2010 RANDOLPH ROAD
WILMINGTON, NC 28403-5325

ANN BYAKOWSKI & EUGENE G HARRIS TR
ANN BYAKOWSKIREVOCABLE TRUST UA 11/02/99
4657 PEAKVIEW COURT
HAMILTON, OH 45011-7212

ANN C PFLEEGOR & MARY C HERZENBERG TR
RALPH S CLINGER TRUST UA 01/15/03
PO BOX 430
PICTURE ROCKS, PA 17762-0430

ANN CATHERINE BIGBEE
1872 138TH STREET
MARENGO, IA 52301-8703

ANN E WOLF CUST MARJORIE WOLF
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
500 E 77TH ST APT 1018
NEW YORK, NY 10162-0004

ANN H TOBIN
PO BOX 667017
POMPANO BEACH, FL 33066

ANN J DILLON & ELIZABETH LYVER JT TEN
901 MONROE AVE
WHITING, NJ 08759-2420

ANN J KNECHTLE & JOHN C KNECHTLE & DAVID M KNECHTLE
UW F CLIFFE JOHNSTON
639 SMITH RIDGE RD
NEW CANAAN, CT 06840-3224

ANN LEWIS
PO BOX 400576
LAS VEGAS, NV 89140-0576

ANN LUCAS MC CARTHY CUST FRANCIS ROBERT MC CARTHY
UNDER P L 55 CHAPTER 139 OF THE LAWS OF NEW JERSEY
32 BONNIE WAY
ALLANDALE, NJ 07401-1102

ANN M CABANILLAS
PO BOX 2265 2265
PORTSMOUTH, VA 23702-0265

ANN M HOFFMAN & MARY MARGARET HOFFMAN TR
HOFFMAN LIVING TRUST UA 01/30/97
907 FOUR HILLS RD SE
ALBUQUERQUE, NM 87123-4337

ANN MARIE GLENNY CUST WILLIAM ROBB GLENNY UTMA WA
2440 169 AVE NE
BELLEVUE, WA 98008-2342

ANN R JOHNSON
6413 157TH ST
OAK FOREST, IL 60452-2603

ANN R TAYLOR
PO BOX 520251
LONGWOOD, FL 32752-0251

ANN REYES-SCHROEDER
7056 ARCHIBALD ST STE 102-443
CORONA, CA 92880

ANN STEINMETZ
C/O O'CONNELL
3216 CHELLINGTON
JOHNSBURG, IL 60050-9506

ANN STEINMETZ CUST AARON B LERNER UGMA NY
2607 E 11TH ST
BROOKLYN, NY 11235-5115

ANNA B O'NEAL & PATRICIA L O'NEAL TR
ANNA B O'NEAL REVOCABLE TRUST UA 3/09/05
4808 WALNUT SQ BLVD #6
FLINT, MI 48532-2428

ANNA BERMAN CUST MARCIA BERMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
80 WHITE HEAD RD
BRIDGEWATER, NJ 08807-3591

ANNA DE LEONARDIS TERESA DE LEONARDIS ADELE DE LEO
& ANTHONY DE LEONARDIS JT TEN
2249 WEST TOUHY AVENUE
CHICAGO, IL 60645-3429

ANNA E EHRENBERG CUST BARBARA EHRENBERG
U/THE PA UNIFORM GIFTS TO MINORS ACT
237 S 18TH ST APT 3-B
PHILADELPHIA, PA 19103-6112

ANNA E HOBSON TR
CARL R HOBSON & ANNA E HOBSON REVOCABLE LIVING
TRUST UA 09/18/03
414 W MAIN ST
SPRUCE, MI 48762-9763

ANNA EINBINDER TR ANNA EINBINDER TRUST UA 11/05/95
3005 S LEISURE WORLD BLVD
APT 212
SILVER SPRING, MD 20906

ANNA F MANN CUST MARGARET MARY MANN
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NY
C/O MARGARET HOLT
80-13 62 STREET
GLENDALE, NY 11385-6812

ANNA F STANTON & GENEVIEVE E HESS TR
RAE R HESS IRREVOCABLE TRUST UA 04/29/85
7271 PLEASANTS VALLEY RD
VACAVILLE, CA 95688-9713

ANNA HOFFMAN CUST SHAEN W BEGLEITER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 1298
NEW YORK, NY 10023-1298

ANNA I KLEIN
BOX 2422-W
WEIRTON, WV 26062-1622

ANNA LOUISE BAUGHMAN & KENNEDY W BAUGHMAN SR TR
BAUGHMAN LIVING TRUST UA 06/29/06
4230 SHERIDAN DR
ROYAL OAK, MI 48073-6230

ANNA M CHEN & THOMAS H CHEN TR
TSUNG & ANNA M CHEN MARITAL TRUST UA 8/26/94
540 VISTAMONT AVE
BERKELEY, CA 94708-1225

ANNA M COOPER
10936 178TH COURT NE
REDMOND, WA 98052

ANNA M PATTERSON
209-127 BELMONT DR
LONDON ON
N6J 4J7 CANADA

ANNA MARIE JOHNSON CUST CORRINE ANN JOHNSON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
5005 17TH ROAD
ESCARABA, MI 49829-9428

ANNA MARIE JOHNSON CUST JOELLE MARIE JOHNSON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 315
RAPID RIVER, MI 49878-0315

ANNA MARIE KRAMER CUST CORINNE ANN JOHNSON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5005 17TH ROAD
ESCARABA, MI 49829-9428

ANNA MARIE KRAMER CUST JOELLE MARIE JOHNSON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 315
RAPID RIVER, MI 49878-0315

ANNA MAY HOLDSTEIN
508 LAMBS RD
PITMAN, NJ 08071-2016

ANNA PARIS CUST EDWARD JOSEPH PARIS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1977 DEVONSHIRE DR
WIXOM, MI 48393-4411

ANNA ROSA REYES ZAMORA
PO BOX 360546
SAN JUAN, PR 00936-0546

ANNABELLE DAVISON
& JOANNE DAVISON EVANS & JANICE MARILYN TANDRUP JT
TEN
2101 STONEY BROOK COURT
FLINT, MI 48507-6037

ANNALEE S KENNEDY TR
UA 10/28/93 THE ANNALEE S KENNEDY REVOCABLE LIVING
TRUST
1605 LAKEVIEW DR
SYLVAN LAKE, MI 48320-1644

ANNE ALJIAN TRINKLEIN
30 ELM PLACE
NEW CANAAN, CT 06840

ANNE D PALMER CUST CAROL LYNNE PALMER
U/THE R I UNIFORM GIFTS TO MINORS ACT
65 WOODBRIDGE DR
EAST GREENWICH, RI 02818-1325

ANNE E SCHWEINBERG TR ANNE E SCHWEINBERG TRUST U/
133 N GILBERT AVE
LA GRANGE, IL 60525-1714

ANNE FALK CUST SERAFINA FALK
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF
N Y
113 SPRING ST
NEW YORK, NY 10012-5210

ANNE G SBROCCHI & RICHARD D SBROCCHI TR
UA 02/01/92 ANNE G & RICHARD D SBROCCHI TRUST
5223 SOUTH OAKS COURT
TOLEDO, OH 43623-1091

ANNE GOLDSTEIN CUST STEWART MARC GOLDSTEIN
U/THE TENN UNIFORM GIFTS TO MINORS ACT
155 BELLE FOREST CIRCLE
NASHVILLE, TN 37221-2103

ANNE H TOMASZEWSKI CUST CATHERINE M TOMASZEWSKI
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1190 SESAME DR
SUNNYVALE, CA 94087-2420

ANNE H TOMASZEWSKI CUST HARRIET C TOMASZEWSKI
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1190 SESAME DR
SUNNYVALE, CA 94087-2420

ANNE K FELDSTEIN
4261 SE ALDER STREET
PORTLAND, OR 97215-1623

ANNE K FRANCESCHINA
22416 236TH AV SE
MAPLE VALLEY, WA 98038-8433

ANNE K KLEIN
2502 WILSON AVE
CLAYMONT, DE 19703-1871

ANNE L HEINE
209 S GILPIN ST
DENVER, CO 80209-2612

ANNE M HEIN
1804 PILLONY DR
VIENNA, VA 22182-4400

ANNE M KLEIN & JOY ANNE THON JT TEN
2500 BRETON WOODS DR SE
UNIT 2029
GRAND RAPIDS, MI 49512-9128

ANNE M MARQUIS
& SUZANNE STOMBOLY & JOHN R STOMBOLY JR &
MICHELLE L COOKSON JT TEN
31 TYNG ST REAR
NEWBURYPORT, MA 01950-2129

ANNE M MURPHY
LIMA ESTATES APT F213 411 N MIDDLE
TOWN RD
MEDIA, PA 19063-4435

ANNE M SCHNEIDER
2 LEONIE HILL ROAD
#2206 LEONIE COMELOTEL
239192 SINGAPORE

ANNE MARIE GLENNY
2440 169TH NE AV
BELLEVUE, WA 98008-2342

ANNE MARY KNAPP GESSNER TR
THE ANNE MARY KNAPP GESSNER TRUST UA 11/14/94
5475 RAVEN PARKWAY
MONROE, MI 48161-3765

ANNE NICHOLS RAMONEDA CUST JEANNE MARIE RAMONEDA
A MINOR U/THE LA GIFTS TO MINORS ACT
8100 TINSLEY PL
CULPEPER, VA 22701-9769

ANNE NOWAK & PATRICIA ANNE CHAPMAN TR
UA 06/17/92 ANNE NOWAK LOVING TRUST
1212 OLYMPUS DR
NAPERVILLE, IL 60540-7916

ANNE R KLINE & EDWARD F KLINE & JAMES C KLINE TR
UA 11/25/92 ANNE R KLINE
13 ROMANOFF CT
PARKVILLE, MD 21234-8017

ANNE REIN
2245 MOUNT MEEKER CT
LOVELAND, CO 80537-7239

ANNE ROSENWALD EPSTEIN & AARON MERLE EPSTEIN TR
A M EPSTEIN TRUST UA 11/09/05
4945 GENTRY AVE
N HOLLYWOOD, CA 91607-3712

ANNE STANLEY CHATHAM TR
ANNE STANLEY CHATHAM 1983 REVOCABLE TRUST 09/02/83
ATTN ANNE S CHATHAM
42 GOMEZ ROAD JUPITER ISLAND
HOBE SOUND, FL 33455-2219

ANNE STEIN CUST SUZANA STEIN UGMA CA
1305 HOLLOW COVE
NARBERTH, PA 19072-1159

ANNE VANEETA HAMILTON TR
UW ELIZABETH O BROWN F-B-O ELIZABETH LANEVE
HAMILTON
3800 FAIRFAX
UNIT 404
ARLINGTON, VA 22203-1787

ANNELIESE MARVAR TR
THE ANNELIESE MARVAR REVOCABLE LIVING TRUST UA
1/23/98
7019 COBBLESTONE LANE
MENTOR, OH 44060-6674

ANNEMARIE RAUSCHENDORFER TR
THE RAUSCHENDORFER LIVING TRUST UA 03/01/95
2789 HILLENDALE
ROCHESTER HILLS, MI 48309-1924

ANNETA MORRIS WESTON
PO BOX 260244
PLANO, TX 75026-0244

ANNETTE B ANDERSON
& HAROLD LEE ANDERSON & JAMES G ANDERSON & DALE R
ANDERSON &
3829 ROSEDORPH
FLINT, MI 48506-3129

ANNETTE F NADLER TR
ANNETTE F NADLER REVOCABLE LIVING TRUST UA 07/22/05
2411 GLEN EAGLES RD
LAKE OSWEGO, OR 97034-2765

ANNETTE LOOP
2628 359TH AVE SE
FALL CITY, WA 98024-9506

ANNETTE M NUSS
2817 248TH ST
SIDNEY, IA 51652-6056

ANNETTE ROTH CUST SHARON ELIZABETH ROTH
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
15 PHEASANT RIDGE ROAD
OSSINING, NY 10562-2544

ANNETTE RUBINSTEIN CUST REED D RUBINSTEIN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
6924 SADALWOOD
BLOOMFIELD, MI 48301-3025

ANNETTE SCHEID
44 STEINER RD
PO BOX 420
TAFTON, PA 18464-0420

ANNICE FAYE MAUPIN & DUANE L MAUPIN SR TR
MAUPIN FAMILY TRUST UA 03/03/04
6007 BLENDON CHASE DR
WESTERVILLE, OH 43081-8663

ANNIE RUTH LESTER HILL
PO BOX 341091
TAMPA, FL 33694-1091

ANNIE V FINCH & DONALD I FINCH TR
DONALD I FINCH & ANNIE V FINCH LIVING TRUST UA 08/03/01
4543 CRAIGMONT DR
MEMPHIS, TN 38128-6520

ANTANAS G RAZMA TR
UA 12/18/90 ELENA RAZMA REVOCABLE TRUSTF-B-O PETER
F RAZMA
140 CIRCLE RIDGE DR
BURR RIDGE, IL 60521-8379

ANTHONY A MAKOWSKI & MICHELE MINOLETTI TR
JEAN MAKOWSKI IRREV TRUST UA 05/26/99
13298 AZURE DR
SHELBY TWP, MI 48315-3519

ANTHONY BAXLEY
40216 264TH AVE SE
ENUMCLAW, WA 98022-8360

ANTHONY C ESCALLE & MARY H ESCALLE TR
ANTHONY C & MARY H ESCALLE REVOCABLE TRUST UA
9/05/96
20 MIDHILL DR
MILL VALLEY, CA 94941-1420

ANTHONY E GRIFFITH
3940 BOEING DR
SAGINAW, MI 48604-1830

ANTHONY ELEFANTE & MARIA E ELEFANTE TR
ANTHONY ELEFANTE LIVING TRUST UA 07/26/00
165 PHILLIPS LN
HEWLETT NECK, NY 11598-1416

ANTHONY F INSANA CUST DOMINICK A INSANA
A MINOR PURSTO SECS 1339 /26 INCLUSIVE OF THE
3675 BROADWAY APT E3
FORT MYERS, FL 33901-8028

ANTHONY GRINGERI CUST JOHN MICHAEL GRINGERI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
7 MAXWELL AVE
GENEVA, NY 14456-1516

ANTHONY H KARLINCHAK & ANNA KARLINCHAK TR
ANTHONY H & ANNA KARLINCHAK LIVING TRUST U//A
09/16/03
2701 MILBURN ST
MCKEESPORT, PA 15132-5928

ANTHONY J CITINO
7007 SNOW RD
PARMA, OH 44129-3246

ANTHONY J FRISOLI
PO BOX 670018
NORTHFIELD, OH 44067-0018

ANTHONY J KALB CUST LAURA KAY KALB UGMA IA
7340 165TH ST E
PRIOR LAKE, MN 55372-9316

ANTHONY J NATOLI & GENA A NATOLI TR
ANTHONY J NATOLI & GENA A NATOLI TRUST UA 12/24/96
7517 ELMLAND DR
POLAND, OH 44514-2624

ANTHONY J NOTARO & PHYLLIS M NOTARO & LYNETTE M DEI
ANTHONY J NOTARO REVOCABLE TRUSTUA 05/23/96
9 WAYNE RD
WALLINGFORD, CT 06492-3032

ANTHONY J PRETTITORE CUST JAMES PAUL PRETTITORE
UNDER THE NEW JERSEY U-G-M-A
465 FRANKLIN AVE
WYCKOFF, NJ 07481

ANTHONY J TRUSEWICZ
& CYNTHIA J MACKEY & PAMELA J STOKLOSA & VALERIE J
TRUSEWICZ JT TEN
849 VINEWOOD AVE
WYANDOTTE, MI 48192-5008

ANTHONY KARDOES CUST NATHAN KARDOES UTMA IA
1909 375TH ST
TITONKA, IA 50480-7094

ANTHONY M LAURETANO
7755 160TH LANE NORTH
PALM BEACH GARDENS, FL 33418-7447

ANTHONY M WATERMAN & ETHEL M WATERMAN TR
WATERMAN FAMILY TRUST UA 07/18/06
8 MADISON STREET
CONCORD, NH 03301-2239

ANTHONY MILIUSIS & AGNES MILIUSIS TR
UA 09/23/91 ANTHONY MILIUSUS & AGNES
6205 ELK LAKE RD
WILLIAMSBURG, MI 49690-9733

ANTHONY MILIUSIS TR
ANTHONY & AGNES MILIUSIS REVOCABLE TRUST UA 9/23/91
6205 ELK LAKE RD
WILLIAMSBURG, MI 49690-9733

ANTHONY MORGILLO CUST DANIEL LA FRENIERE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
17 1ST ST
WORBURN, MA 01801-4205

ANTHONY MOSS & M SUE DUBERSTEIN JT TEN
8633 AGUSTA STREET
HPILADELPHIA, PA 19152-1132

ANTHONY P CASCIANO & MEREDITH A BROWNELL TR
UA 09/11/1991 ANTHONY P CASCIANO & DOROTHY H
8553 EAST VIA PALACIO
SCOTTSDALE, AZ 85258

ANTHONY P CROSKEY CUST ANNETTE LOUISE CROSKEY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1999 WOODLAKE DR
ORANGE PARK, FL 32073-7227

ANTHONY P CROSKEY CUST PATRICK LEWIS CROSKEY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
10651 WILLOW BROOK RD
DAYTON, OH 45458

ANTHONY P HOFFMAN & MARY E HOFFMAN TR
ANTHONY P HOFFMAN & MARY E HOFFMAN REV LVG TRUS
UA10/22/98
4166 GRAYTON
WATERFORD, MI 48328-3425

ANTHONY P MAURO CUST ELIZABETH MAURO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
PO BOX 119
WATERTOWN, MA 02471-0119

ANTHONY PRINCE & MARY PRINCE TR
ANTHONY & MARY PRINCE TRUST UA 02/17/95
5750 80TH ST N APT B-305
ST PETERSBURG, FL 33709-6819

ANTHONY R DE FIORE
2872 WAREING DRIVE
LAKE ORION, MI 48360-1656

ANTHONY R SKWIERS & SHARON B SKWIERS TR
ANTHONY R SKWIERS & SHARON B SKWIERS REVOCABLE
3330 GIRARD
WARREN, MI 48092-1933

ANTHONY SANTORO & MRS JEAN SANTORO JT TEN
5A ARDMORE STREET
WHITING, NJ 08759-2047

ANTHONY SCALISI
PO BOX 822155
VANCOUVER, WA 98682-0048

ANTHONY V PRIGATANO & JANICE R PRIGATANO TR
UA 07/22/09 PRIGATANO FAMILY LIVING TRUST
24 MONROE COURT
MERIDEN, CT 06451

ANTHONY W QUILL & LOIS M QUILL TR
UA 04/25/94 ANTHONY W QUILL & LOIS M QUILL TRUST
158 MADRID STREET
SAN FRANCISCO, CA 94112-2009

ANTOINETTE CIOLINO & SAL CIOLINO TR
ANTOINETTE CIOLINO REV TRUST UA UA 11/03/00
5719 LOST BROOK CT
SAINT LOUIS, MO 63129-2927

ANTOINETTE DI DOMENICO CUST JOSEPH DI DOMENICO JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 190
LAKE CARMEL, NY 10512-0190

ANTOINETTE L VERNOLA TR
UA 10/12/94 THOMAS J VERNOLA & ANTOINETTE L VERNOLA
JOINT TRUST
519 ALANEDA AVE
LADY LAKE, FL 32159

ANTON J WEINAR
5 IONA LANE
SMITHTOWN, NY 11787-4812

ANTON MEURER
AM WLKENBRUCH 3
TAUNUSSTEIN GERMAN
GERMANY

ANTON MEURER
AM WOLKENBRUCH 3
D 65232 TAUNUSSTEIN
GERMANY

ANTON RIZZARDI CUST ROBERTA ADELE RIZZARDI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
172 BELLA RD
SANDUSKY, MI 48471-9404

ANTONIO BRANCO CUST ANTONIO BRANCO JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
74 OYSTER ROAD
FAIRFIELD, CT 06824-6928

ANTONIO C C BRAGA
AV GENERAL MOTORS 1959
SAO JOSE' DOS CAMPOS/ SP-BRAZIL
CEP 12 201-970
CAIXA POSTAL 92 BRAZIL

ANTONIO MOSCA CUST CHRISTOPHER P MOSCA
U/THE MASS UNIFORM GIFTS TO MINORS ACT
55 CUSHNOC DR
AUGUSTA, ME 04330-5927

ANTONIO RODRIGUEZ & ANTHONY RODRIGUEZ TR
RODRIGUEZ LIVING TRUST UA 09/23/92
PO BOX 131687
STATEN ISLAND, NY 10313-1687

ANTONIO S SIQUEIRA
RUA PEIXOTO GOMIDE 1572-APT 61
SAO PAULO BRAZIL
01409-002 BRAZIL

ANTONIO ULLOA
1541 STEIBER AVE
WHITING, IN 46394-1936

APRIL MINA BISIAKOWSKI
& SUZANNE E BISIAKOWSKI & AIMEE J BISIAKOWSKI JT TEN
260 LEOPARD RD
BERWYN, PA 19312

ARAM BEZDEGIAN & SURAPI BEZDEGIAN TR
UA 02/14/86 DAVID EDWARD BEZDEGIAN
34 BURNCOAT TER
WORCESTER, MA 01605-1302

ARAVIND S MUZUMDAR & ANJALI A MUZUMDAR TR
ARAVIND & ANJALI MUZUMDAR LIVING TRUST UA 11/20/02
1425 CONVENTRY LANE
MUNSTER, IN 46321

ARCADIA SECURITIES LLC
PRINCIPAL TRADING ACCOUNT
720 FIFTH AVE 10TH FLOOR
NEW YORK, NY 10019

ARCHIBALD MCNAUGHTON & ETHEL MCNAUGHTON TR
ARCHIBALD & ETHEL MCNAUGHTON TRUST UA 3/12/89
16033 WEST SILVER BREEZE DR
SURPRISE, AZ 85374-5038

ARCHIE BROODO
PO BOX 795713
DALLAS, TX 75379-5713

ARCHIE G AUSTIN III
PO BOX 190198
BURTON, MI 48519-0198

ARCHIE W MOORE & BONNIE D THOMPSON TR
ARCHIE W MOORE LIVING TRUST UA 04/17/96
7745 WOODLAND DR
HONOR, MI 49640-9494

ARDEN J MILLER & MILDRED F MILLER TR
MILLER FAMILY REVOCABLE LIVING TRUST UA 01/23/98
2681 HETTLE ROAD
MONROEVILLE, OH 44847-9565

ARDEN R COON & LEOLA M COON TR
ARDEN R COON & LEOLA M COON TRUST UA 04/22/99
213 JEROME AV
ISLAMORADA, FL 33036-3734

ARIE J VAN WINGERDEN & HENRIETTA VAN WINGERDEN TR
UA 05/07/93 VAN WINGERDEN LIVING TRUST
725 BALDWIN ST #3053
JENISON, MI 49428-7945

ARIEL J SOARES
R COMENDADOR
ELIAS ZARZUR 2085
SAO PAULO BRASIL0
4736003 BRAZIL

ARIEL J SOARES
RUA COMENDADOR ELIAS ZARZUR N 2085
ALTO DA BOA VISTA-S PAULO
04736-003-SAO PAULO
BRASIL BRAZIL

ARJAN AMAR CUST ARVN P AMAR
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
140 CARGMONT DRIVE
WALNUT CREEK, CA 94598-2807

ARLAN H STEIN
4176 ATKINS RD
PORT HURON, MI 48060-1633

ARLEEN E HALAJCSIK TOD CHERYL MCFADDEN
& JOHN S HALAJCSIK & BRUCE HALAJCSIK
317 LONGLEAF RD
SUMMERVILLE, SC 29483-2072

ARLEEN NEUSTEIN
10 LEDGEWOOD LANE
BRIARCLIFF MANOR, NY 10510-1941

ARLEN G LEINAAR
11802 FLORIA RD
DELTON, MI 49046-9587

ARLENE AXELROD CUST JILL IRMA AXELROD
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NY
110 HANNA WY
MENLO PARK, CA 94025-3582

ARLENE CAG & LYNN SEMROCH & PAUL CAG TR
STANLEY & ARLENE CAG SURVIVOR'S TRUST UA 06/19/98
9393 NIVER
ALLEN PARK, MI 48101-1541

ARLENE E BROOKS
& MARJORIE ANNE BROOKS JT TEN TOD KAREN VARGO
SUBJECT TO STA TOD RULES
PO BOX 495
LEVELLAND, TX 79336-0495

ARLENE E SPIES
421-101 CRANSTON CT
LONG BEACH, CA 90803-6385

ARLENE F HARTMAN TR
ARLENE F HARTMAN REVOCABLE LIVING TRUST UA 12/26/03
12424 FLEET CT
STERLING HEIGHTS, MI 48312-3139

ARLENE FEINMEHL TR UA 10/24/1995 ARLENE FEINMEHL TRU:
980 NORTHWOODS DRIVE
DEERFIELD, IL 60015

ARLENE GILLETTE CUST LEE GILLETTE
A MINOR UNDER THE CALIF GIFTS OF SEC TO MINORS ACT
1420 MOUNTAIN VIEW RD
SANTA BARBARA, CA 93109-1569

ARLENE J KLEIN
2001 WILDWOOD DR
WILMINGTON, DE 19805-1060

ARLENE M NAAS & MARIANNE L NAAS TR
ARLENE M NAAS LIVING TRUST UA 08/28/01
4032 YORBA LINDA DR
ROYAL OAK, MI 48073-6458

ARLENE M NAAS & MARIANNE L NAAS TR
FREDERICK A NAAS LIVING TRUST UA 08/28/01
4032 YORBA LINDA DR
ROYAL OAK, MI 48073-6458

ARLENE M WEINGARTZ
3982 KADEN E DR
JACKSONVILLE, FL 32277-1542

ARLENE R WELLIK & ROGER WELLIK & JAMES WELLIK TR
ARLENE R WELLIK REVOCABLE TRUST UA 11/12/96
PO BOX 65 - 150 FOX AVE
WODEN, IA 50484-0065

ARLENE RHEIN EX UW LEONARD RHEIN
877 JAY DR
NORTH BELLMORE, NY 11710-1037

ARLENE S GUTOWSKI
& ROBERT S GUTOWSKI & LAWRENCE GUTOWSKI &
EDWARD GUTOWSKI JT TEN
4530 TERNES
DEARBORN, MI 48126-3055

ARLENE S POSTUPAK CUST MARIA NATALIE POSTULAK
U/THE PA UNIFORM GIFTS TO MINORS ACT
660 S CRESCENT AVE
HAMBURG, PA 19526-1429

ARLIE E WELLS
280 WEINLAND AVE
NEW CARLISLE, OH 45344-2929

ARLINE A LAVERY & THOMAS C LAVERY TR
REVOCABLE TRUST 09/09/92 U-A ARLINE A LAVERY
13002 IMPERIAL PARK PL
NAPLES, FL 34110-1077

ARLINE HORTER SPOENLEIN TR ARLINE HORTER SPOENLEIN
114 CORTLAND RD
CHERRY HILL, NJ 08034-3321

ARMAND P LETOURNEAU & PAULINE M LETOURNEAU TR
LETOURNEAU TRUST UA 10/29/04
24772 EMBAJADORES LANE
MISSION VIEJO, CA 92691-5219

ARMIL H GRODNICK CUST TODD MERRILL GRODNICK
U/THE MINN UNIFORM GIFTS TO MINORS ACT
5235 KESTER AVE 210
VAN NUYS, CA 91411-4076

ARNEL HALPER U/GDNSHP OF HARVEY HALPER
& CLERK SURROGATES COURT KINGS CO NY
363 S WELLWOOD AVE
LINDENHURST, NY 11757-4906

ARNOLD BOHLANDER & GAIL BOHLANDER TR
THE ARNOLD BOHLANDER & GAIL BOHLANDER FAM
12950 HILLCREST DR
CHINO, CA 91710-2933

ARNOLD C NIEMEYER CUST BRUCE KENNETH NIEMEYER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1 OAK RD
SANTA CRUZ, CA 95060-1424

ARNOLD DE LAAT CUST JERRY A DE LAAT
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
7450 SANDY HILL DR
JENISON, MI 49428-7774

ARNOLD E ANDREWS & MARY M ANDREWS INITIAL TR
UA 04/21/92 THE ARNOLD E ANDREWS& MARY M ANDREWS
REV LIV TR
53985 SUTHERLAND LN
SHELBY TWP, MI 48316-1217

ARNOLD E BERGSTEN
18425 182ND AVE NW
BIG LAKE, MN 55309

ARNOLD E BERGSTEN & KARLA K BERGSTEN JT TEN
18425 182TH ST NW
BIG LAKE, MN 55309

ARNOLD E KAMKE & RUTH M KAMKE TR UA KAMKE 1992 FAMI
15455-340 GLENOAKS BLVD
SYLMAR, CA 91342-7989

ARNOLD E ZIMMER CUST MISS SHELLY ZIMMER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
122 SAUSALITO DR
E AMHERST, NY 14051-1469

ARNOLD F BAUER & JOAN E BAUER TR
ARNOLD F & JOAN E BAUER REV LIVING TRUST UA 06/10/02
8820 W SCENIC LAKE DR
LAINGSBURG, MI 48848-8789

ARNOLD H WILHELM & THERESA R WILHELM TR
WILHELM FAMILY REVOCABLE LIVING TRUST UA 10/25/00
51 E LEAGUE ST
NORWALK, OH 44857-1752

ARNOLD J KOENIG & LUCY A KOENIG TR
ARNOLD J KOENIG & LUCY A KOENIG FAMILY TRUST UA
05/04/04
3317 LINDA MESA WAY
NAPA, CA 94558-4232

ARNOLD KIMMEL CUST ELLEN SUSAN KIMMEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11 COBBLER LN
MARLTON, NJ 08053-1317

ARNOLD KIMMEL CUST ELLEN SUSAN KIMMEL
U/THE PA UNIFORM GIFTS TO MINORS ACT
11 COBBLER LN
MARLTON, NJ 08053-1317

ARNOLD M RADAKER & KETURAH L RADAKER TR
ARNOLD M RADAKER & KETURAH L RADAKER REVOCABLE
TR UA
5225 LAUREL VALLEY AVE
SARASOTA, FL 34234-3034

ARNOLD N KUPERSTEIN
3250 JONES COURT N W
WASHINGTON, DC 20007-2754

ARNOLD P BORSETTI
1428 FILENE CT
VIENNA, VA 22182-1608

ARNOLD P JESSEN & BARBARA A JESSEN TR
ARNOLD P JESSEN & BARBARA A JESSEN REVOCABLE
TRUST UA 12/14/1993
7533 GRAND RIVER RD
APT 138
BRIGHTON, MI 48114-7387

ARNOLD R BERMAN & HELEN G BERMAN TR
THE BERMAN FAMILY TRUST UA 02/28/89
64 OAK TREE LANE
IRVINE, CA 92612-2232

ARNOLD RENCIS & RITA SIMON JT TEN
661 143RD
CALEDONIA, MI 49316

ARNOLD SMITH & TRACEY L SMITH TR
GERALDINE E SMITH REV LIV TRUST UA 05/05/97
532 ANDERSON RD
ALBEMARLE, NC 28001-8109

ARON FELLENBAUM & HELENE FELLENBAUM TR
THE FELLENBAUM TRUST UA 10/02/91
1032 ALVIRA ST
LOS ANGELES, CA 90035-2627

ARON KATZ CUST MARTIN JONATHAN KATZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1035 PEARL ST 5TH FLOOR
BOULDER, CO 80302-5130

ARON SCHULMAN
C/O CHASE FEDERAL BANK
6625 MIAMI LAKES DR
MIAMI BEACH, FL 33140

ARRIETTA HASTINGS CUST FRANK CURTIS HASTINGS
U/THE WIS UNIFORM GIFTS TO MINORS ACT
3636 LAKE MENDOTA DRIVE
MADISON, WI 53705-1475

ARS & CO
C/O MELLON SECURITY TRUST CO
FOR ACS UPCH AC
120 BROADWAY FL 13 TELLER WINDOW
NEW YORK, NY 10271

ARTHUR A DASCZYNSKI & STELLA C DASCZYNSKI TR
DASCZYNSKI FAMILY TRUST UA 04/07/04
2434 N BELSAY RD
BURTON, MI 48509-1330

ARTHUR A HILL
PMB #326
PO BOX 917729
LONGWOOD, FL 32791-7729

ARTHUR A SERCK CUST STEPHAN A SERCK
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1541 OAKWOOD PLACE
DEERFIELD, IL 60015-2013

ARTHUR AVERY CUST TERRANCE A AVERY
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
407 WESTMINSTER ST
MARINE CITY, MI 48039

ARTHUR B REINWALD
PO BOX 3199
HONOLULU, HI 96801-3199

ARTHUR C STEPHENS & BRIGITTE STEPHENS TR
ARTHUR C STEPHENS & BRIGITTE STEPHENS TRUST UA
10539 CAMROSE CIRCLE
TRAVERSE CITY, MI 49684

ARTHUR C WEINERT
4043 RUSHMORE PL
BEAVERCREEK, OH 45430-1937

ARTHUR D LETTS CUST KAREN GAY LETTS
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
1344 LAKE VALLEY
FENTON, MI 48430-1240

ARTHUR D QUEST & JOSEPHINE QUEST TR
ARTHUR D QUEST & JOSEPHINE QUESTUA 03/16/87
331 WILMA CIRCLE
RIVIERA BEACH, FL 33404-4617

ARTHUR DE VALK TR
UA 09/09/93 THE ARTHUR DE VALK REVOCABLE LIVING
TRUST
325 E LOCUST ST
WATSEKA, IL 60970-1753

ARTHUR DONALD MEAD & BERNICE E MEAD TR
ARTHUR D & BERNICE E MEAD LIVING TRUST UA 7/8/02
7825 HARRIS LOOP
FORT MEADE, MD 20755-1121

ARTHUR DONOFRIO & NOEL M DONOFRIO TR
UA 11/24/93 THE DONOFRIO FAMILY TRUST
19217 RONALD AVE
TORRANCE, CA 90503-1232

ARTHUR E BOSETTI CUST ARTHUR E BOSETTI JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
1876 MORINGLINE DRIVE
VERO BEACH, FL 32963

ARTHUR E ROCHE
2 GERSTEIN DRIVE
CROTON-ON-HUDSON, NY 10520-2303

ARTHUR E SCHMIDT & DORIS J SCHMIDT TR
ARTHUR E & DORIS J SCHMIDT LIVING TRUST UA 09/26/94
PO BOX 146
MORTON, NY 14508-0146

ARTHUR E VAN SCIVER
& MARILYN M VAN SCIVER CUST ARTHUR LAWRENCE VAN
SCIVER U/THE CONN
1580 POST RD
DARIEN, CT 06820-5900

ARTHUR ENGELHARDT TR 02/22/02 A ENGELHARDT TRUST B/
TR 02/22/02 B ENGELHARDT TRUST TEN COM
3373 POPLAR ST
YORKTOWN HEIGHTS, NY 10598-2623

ARTHUR ESSNER CUST HOWARD ESSNER
A MINOR PURS TO SECS 1339 /26 INCLUSIVE OF THE
REVISED CODE OF OHIO
2000 FOX TRACE TRAIL
CUYAHOGA FALLS, OH 44223-3738

ARTHUR ESSNER CUST ROBERT ESSNER
A MINOR PURS TO SECS 1339 /26 INCLUSIVE OF THE
REVISED CODE OF OHIO
2 VAN BEUREN RD
MORRISTOWN, NJ 07960-7032

ARTHUR F BIERLEIN
2265 SHATTUCK RD
SAGINAW, MI 48603-3335

ARTHUR F GLASIER JR TR
ARTHUR & LUCILLE GLASIER 1998 DECEDENTS TRUST UA
09/23/03
1601 GLENVIEW # 64 E
SEAL BEACH, CA 90740-4175

ARTHUR F TAYLOR CUST ELLEN MARIE TAYLOR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
158 SOUTH ST
UPTON, MA 01568-1447

ARTHUR H BOWERS & PRUDENCE E BOWERS TR
UA 07/28/93 THE BOWERS REVOCABLE TRUST
1015 NE 3RD ST
MARION, WI 54950-9599

ARTHUR H FEHRMAN & ELIZABETH M FEHRMAN TR
FEHRMAN FAMILY TRUST UA 06/02/06
456 LASALLE DR
SAMONAUK, IL 60552-9504

ARTHUR H GREGORY & BERTHA JEAN GREGORY TR
UA 06/10/93 ARTHUR H GREGORY & BERTHA JEAN
7067 DRIFTWOOD CIRCLE
DAVISON, MI 48423-9525

ARTHUR H MCDANIEL TOD LAURA D MCDANIEL
PO BOX 320956
COCOA BEACH, FL 32932-0956

ARTHUR H R MASSE & ESTELLE C MASSE TR
ARTHUR H R MASSE & ESTELLE C MASSE REVOCABLE
BOX 507
WOLFEBORO FLS, NH 03896

ARTHUR J HNIZDIL & ELEANOR J HNIZDIL TR
A J HNIZDIL LIVING TRUST 11/12/99
8076 PARKWOOD DR
FENTON, MI 48430-9319

ARTHUR J HOLBEIN
PO BOX 7577
SPANISH FORT, AL 36577-7577

ARTHUR J KASPERSKI & CLARA KASPERSKI TR
ARTHUR J KASPERSKI LIVING TRUST UA 06/13/95
3738 SOUTH 57TH CRT
CICERO, IL 60804-4237

ARTHUR J OTT
PO BOX 181481
CLEVELAND, OH 44118-7481

ARTHUR J SCHAEFER & SHIRLEY A SCHAEFER TR
UA 04/01/93 THE ARTHUR & SHIRLEYSCHAEFER
3648 REAVIS BARRACKS RD
ST LOUIS, MO 63125-2441

ARTHUR J WUENNECKE & ALMA V WUENNECKE TR
UA 07/11/85 ARTHUR J WUENNECKE &ALMA V WUENNECKE
TR
4850 PARK MANOR E APT 4314
SHELBY TOWNSHIP, MI 48316-4909

ARTHUR JOSEPH SCHREINER
3071 COX RD
BELGRADE, MT 59714-8024

ARTHUR L ANDERSON
7056 TRINKLEIN ROAD
SAGINAW, MI 48609-5353

ARTHUR L BROUGHTON & M JANET BROUGHTON TR
UA 03/28/89 ARTHUR BROUGHTON & JANET BROUGHTON
TRUST
5163 WILD ROSE WAY
TALLAHASSEE, FL 32312-7554

ARTHUR L KAUFMAN CUST SUSAN LORI KAUFMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
5805 SW 118TH STREET
MIAMI, FL 33156-5750

ARTHUR LELAND EASTMAN & JUANITA WALRATH EASTMAN T
UA 10/01/93 EASTMAN FAMILY TRUST
2817 BAYVIEW DR
MANHATTAN BEACH, CA 90266-2009

ARTHUR LUKENS & MARGARET LUKENS TR
ARTHUR & MARGARET LUKENS REVOCABLE LIV TRUST UA
09/02/99
SPINAL CORD INJ UTB VET MED CTR
HAMPTON, VA 23667

ARTHUR M RICHARDS JR & LILLIE M RICHARDS TR
ARTHUR M RICHARDS & LILLIE M RICHARDS TRUST UA
8/13/96
29700 SHACKETT AVE
MADISON HEIGHTS, MI 48071-4476

ARTHUR M VILES CUST ARTHUR MICHAEL VILES
U/THE MO UNIFORM GIFTS TO MINORS ACT
PO BOX 192
JACKSONVILLE, IL 62651-0192

ARTHUR M VILES CUST JOHN RODNEY VILES
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
417 WEST 23RD ST
BALTIMORE, MD 21211-3206

ARTHUR MARSHALL HALBROOK
& WESLEY LEE HALBROOK & ALICE HALBROOK MIDDLETON
TEN COM
2434 DAWSONS CREEK LANE
BATON ROUGE, LA 70808

ARTHUR MCCALL
PO BOX 210093
SOUTH EUCLID, OH 44121-7093

ARTHUR MONTGOMERY HENDRIX JR & LOUISE HENDRIX FOR
UW OF ARTHUR M HENDRIX
1724 HABERSHAM DRIVE
GAINESVILLE, GA 30501-1930

ARTHUR P KUHN & ALBERTA ANN KUHN TR
ARTHUR P KUHN LIVING TRUST UA 09/28/00
1330 NORTHCREST RD
LANSING, MI 48906-1203

ARTHUR P SWANSON & MARJORIE R SWANSON TR
SWANSON FAMILY TRUST UA 08/11/06
400 SUNSET POINT
BOULDER CITY, NV 89005-1411

ARTHUR PAUL MARSH
PO BOX 864318
PLANO, TX 75086-4318

ARTHUR POTYK CUST ALAN POTYK
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
869 KNOLLWOOD TERRACE
WESTFIELD, NJ 07090-3459

ARTHUR R DIERCKS & MARY ELLEN DIERCKS TR
ARTHUR R DIERCKS REV TRUST UA 04/28/03
2108 6TH ST S
MOORHEAD, MN 56560-4152

ARTHUR R KENYON CUST JEFFREY E KENYON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
25 YAMASKA RD
SPRINGFIELD, MA 01118-2354

ARTHUR R LEES
#403-1248 HUNTER RD
DELTA BC
V4M 1Y8 CANADA

ARTHUR R PAYZANT USUF SUZANNE WALKER PAYZANT & PA
MINORS NAKED OWNERS SUB TO THE USUF OF ARTHUR R
PAYZANT
500 SPANISH FORT BLVD
APT 245
SPANISH FORT, AL 36527

ARTHUR R WHITE & JOAN M WHITE TR
ARTHUR R WHITE LIVING TRUST UA 08/06/96
3801 MADISON
BEARBORN, MI 48124-3309

ARTHUR RONALD TOOMAN CUST CRAIG LEE TOOMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
258 DEAN ST
BROOKLYN, NY 11217-1806

ARTHUR RUBIN & LILIANE J RUBIN TR
UA 12/08/93 ARTHUR AND LILIANE J RUBIN FAMILY TRUST
1425 TROTWOOD AVE
SAN PEDRO, CA 90732-3942

ARTHUR S DAHMS & JUDITH C DAHMS JT TEN
PO BOX 801270
SANTA CLARITA, CA 91380-1270

ARTHUR SHEPPARD CUST GLENN ALAN SHEPPARD
UNDER THE FLORIDA GIFTS TO MINORS ACT
21228 HARBOR WAY #252
MIAMI, FL 33180-3516

ARTHUR STANLEY ULANSKI
& ELVA ULANSKI & MARY CATHERINE A THOMPSON JT TEN
8489 MAPLEVIEW DR
DAVISON, MI 48423-7806

ARTHUR STERN JR CUST JONATHAN STERN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
6 DONELLAN RD
SCARSDALE, NY 10583-2008

ARTHUR V HAZLITT JR
& JACQUELINE A HAZLITT & JOHN G HAZLITT EX EST ANNE A
HAZLITT
35 PLYMOUTH RD
MANHASSET, NY 11030

ARTHUR W ENGELHARD & ERIC A ENGELHARD TR
UA 02/10/2004 ARTHUR W ENGELHARD REVOCABLE TRUST
5306 7TH AVE DR W
BRADENTON, FL 34209

ARTHUR W GRAYSON CUST ELIZABETH GRAYSON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6715 STONE MILL RD
KNOXVILLE, TN 37919-7430

ARTHUR W LANKFORD CUST ARTHUR W LANKFORD 3RD
U/THE MD UNIFORM GIFTS TO MINORS ACT
925 S SCHUMAKER DR
SALISBURY, MD 21804-8722

ARTHUR W LANKFORD CUST CHARLES B LANKFORD
U/THE MD UNIFORM GIFTS TO MINORS ACT
33235 COSTEN RD
POCOMOKE CITY, MD 21851-3909

ARTHUR W LANKFORD JR CUST ARTHUR W LANKFORD 3RD
U/THE MD UNIFORM GIFTS TO MINORS ACT
925 S SCHUMAKER DR
SALISBURY, MD 21804-8722

ARTHUR W LANKFORD JR CUST CHARLES B LANKFORD
U/THE MD UNIFORM GIFTS TO MINORS ACT
33235 COSTEN RD
POCOMOKE CITY, MD 21851-3909

ARTHUR W MEINZER & MARGARET MEINZER JT TEN
328 LONGACRES LN
PALATINE, IL 60067-7721

ARTHUR WHITMAN & BETTY J WHITMAN TR
UA 08/07/90 ARTHUR WHITMAN & BETTY WHITMAN
476 PRIMROSE LN
FLUSHING, MI 48433-2610

ARTHUR X JOSEPH & DOROTHY I JOSEPH TR
ARTHUR X & DOROTHY I JOSEPH REV LIV TRUST UA 6/27/00
259 LATCH DR
SAN ANTONIO, TX 78213-3913

ASAMOT COMPANY
PO BOX 570897
HOUSTON, TX 77257-0897

ASH M HAWK CUST JAMES P HAWK
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2033 BERRY ROBERTS DR
SUN CITY CTR, FL 33573-6143

ASH M HAWK CUST MISS CYNTHIA C HAWK
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2033 BERRY ROBERTS DRIVE
SUN CITY CENTER, FL 33573-6143

ASHLEIGH EILEEN MORRISON
PO BOX 421614
SAN FRANSICO, CA 94142-1614

ASHLEY D CLEMMONS & EILEEN ROSE CLEMMONS TR
ASHLEY D CLEMMONS & EILEEN ROSE CLEMMONS TRUST
UA 10/18/95
4580 PALMER AVE
JACKSONVILLE, FL 32210-2040

ATILANO M PERAL & GLADYS S PERAL TR
ATILANO M PERAL REVOCABLE TRUST UA 9/13/99
174 BRAELOCK DRIVE
OCOEE, FL 34761-4618

AUDREY A BATTEN & CHARLIE R BATTEN TR
BATTEN 1981 LIVING TRUST UA 10/26/81
8809 SMOKEY DR
LAS VEGAS, NV 89134-8422

AUDREY H HILLSLEY & RICHARD H HILLSLEY TR
AUDREY H HILLSLEY REVOCABLE TRUSTUA 07/31/03
3200 BAKER CIR #I208
ADAMSTOWN, MD 21710-9659

AUDREY H LEVY CUST ALAN RICHARD LEVY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
235 S DREXEL AVE
COLUMBUS, OH 43209-1740

AUDREY L HUTTER & GEORGE J HUTTER TR
UNDER DECLARATION OF TRUST 11/28/90
110 E MANGROVE BAY WAY OFC
JUPITER, FL 33477-6462

AUDREY L MIZICKO
PO BOX 383053
BIRMINGHAM, AL 35238-3053

AUDREY M REYNOLDS
& CASS W REYNOLDS & RICK D REYNOLDS & MICHELLE L
BODMER JT TEN
580 E BORLAND RD
IMLAY CITY, MI 48444-9755

AUDREY RASIN CUST JAY RASIN
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
71 MIDWWOOD ST
BROOKLYN, NY 11225-5003

AUGUST ANEMA & BONNIE B POTTER TR
UA 04/11/2008 ANEMA/POTTER FAMILY TRUST
8600 HASTINGS LN
AUBURN, CA 95602

AUGUST E NICKEL & EVELYN M NICKEL TR
UA 09/25/89 THE AUGUST E NICKEL & EVELYN M
BOX 1615
NOVATO, CA 94948-1615

AUGUST J SABADELL & MERLE K SABADELL TR
REVOCABLE TRUST UA 07/23/84 AUGUST J SABADELL
781 AMOLAC DRIVE
SAINT LOUIS, MO 63141-6001

AUGUST M KUBACKI & DOLORES M KUBACKI TR
KUBACKI FAMILY TRUST UA 07/10/03
14255 HOUGHTON
LIVONIA, MI 48154-4912

AUGUSTA G STEINHORST
600 ELLICOTT CREEK ROAD
TONAWANDA, NY 14150-4302

AUGUSTINE J LACOVEY & CAROL C LACOVEY TR
LACOVEY FAMILY TRUST UA 06/14/05
1662 SUNSET RIDGE DR
THE VILLAGES, FL 32162-2230

AUGUSTINE L GALLEGOS
13424 6100 ROAD
MONTROSE, CO 81401-8067

AUGUSTO FRANCHI CUST MARK J FREEMAN
A MINOR UNDER THE LAWS OF THE STATE OF MICHIGAN
931 S KENSINGTON
FLINT, MI 48503-5311

AURELIUS KING
114 30 175 ST
JAMAICA, NY 11434-1324

AURTHUR HATCHER
PO BOX 531196
CINCINNATI, OH 45253-1196

AVA SHAUGHNESSY CUST MARTIN WILLIAM SHAUGHNESSY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
55619 MONROE DRIVE
SHELBY TWP, MI 48316-1138

AVROHOM MOSHE GRENSTEIN
1636 S BEDFORD ST
LOS ANGELES, CA 90035-4489

AVROM S FISCHER
& TOBA CHREIN & FRANCES FISCHER EX UW SARAH D
SCHACHTER FISCHER
786 E 19TH ST
BROOKLYN, NY 11230-1808

AWBRAZENDA BYRD & ERNEST W BYRD JR JT TEN
PO BOX 241593
MONTGOMERY, AL 36124-1593

B DAVID BISSET CUST JAMES ARTHUR BISSET
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
370 HUFF HERITAGE LN
CHRISTIANSBRG, VA 24073-3923

B DAVID BISSET CUST KAREN IRENE BISSET
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
370 HUFF HERITAGE LN
CHRISTIANSBRG, VA 24073-3923

B F BRUNHOUSE & R STEWART BRUNHOUSE JR TR
UA 06/09/82 WITH ALFRED MINGIONEFBO R STEWART
BRUNHOUSE III
2700 S CLINTON AVE % A & A INC
SOUTH PLAFIELD, NJ 07080-1428

B HOMER BUCK CUST MISS CAROL E BUCK
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
2231 BRIGHTMOOR CT
RICHMOND, VA 23238-3205

B LYN HAYDEN & CHADWICK V JAY TR
UA 06/27/08 PEGGE JAY REVOCABLE LIVING TRUST
PO BOX 146
SHAWNEE, CO 80475

B RAYMOND SAYER CUST PHILIP R SAYER
A MINOR PURS TO SECTIONS 1339 /26 INCL REV CODE OF
OHIO
8905 CHAPELSQUARE LANE
CINCINNATI, OH 45249-1773

BABARA FEINER CUST ELAINE C THOMAS UGMA CA
9033 RIVES AVE
DOWNEY, CA 90240-2656

BALAZS VOLGYI & JOAN VOLGYI & CAROLYN TRACY TR
BALAZS VOLGYI TRUST UA 10/12/96
12635 SHERY LN
SOUTHGATE, MI 48195-2382

BARBARA A ARTHER CUST ROBERT GEORGE ARTHER
U/THE COLO UNIFORM GIFTS TO MINORS ACT
8103 SAGAMORE ROAD
LEAWOOD, KS 66206-1253

BARBARA A DORR TR
UA 06/10/1991 ANDREW & ESTELLA POTSIC REVOCABLE
TRUST
22399 W CAMBRIDGE DR
KILDEER, IL 60047

BARBARA A ERNST
12209 REINHARDT
LEAWOOD, KS 66209-2111

BARBARA A FEINDEL
15 DONATA DR
STREETSVILLE ON
L5M 1T2 CANADA

BARBARA A FERN
PO BOX 120912
ARLINGTON, TX 76012-0912

BARBARA A FILEGER
6987 RINGE RD
CORTLAND, OH 44410-9681

BARBARA A LOCK TR
UA 06/24/91 THE BARBARA A LOCK REVOCABLE LIVING
TRUST
8866 DAWN CIRCLE DRIVE
TRAVERSE CITY, MI 49686-1504

BARBARA A MILLINGTON & RONALD E MILLINGTON TR
BARBARA A MILLINGTON LIVING TRUST 09/24/99
239 AZALEA CT
BRANDON, MS 39047

BARBARA A ROWE TR
UA 01/12/2009 BARBARA ANNE ROWE EXEMPT LIFETIME
TRUST
6226 ELMGROVE RD
SPRING, TX 77389

BARBARA A WEINBERGER
181 HIGHLAND AVE
ROWAYTON, CT 06853-1109

BARBARA A WHELAN & MARY FRANCES WHELAN KROON & JL
MARTIN & BARBARA JOSEPHINE WHELAN JT TEN
51 CAPT CHASE RD
S YARMOUTH, MA 02664-1734

BARBARA ALEXANDER CUST CAROL ALEXANDER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2101 BURGUNDY DR
WEST BLOOMFIELD, MI 48033

BARBARA ANN BROWN
PO BOX 130912
BIG BEAR LAKE, CA 92315-8979

BARBARA ANN MASON CUST MARK W MASON
UNDER THE FLORIDAGIFTS TO MINORS ACT
2725 NE 28TH ST
FT LAUDERDALE, FL 33306-1727

BARBARA ANN ZUCHELSKI CUST LISA ANN ZUCHELSKI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
34484 MARINA CT
WESTLAND, MI 48185-1490

BARBARA B COLLINS JEFFREY C COLLINS PAUL C COLLINS &
UW ORELL T COLLINS TR
1420 BIG VALLEY DR
COLORADO SPRINGS, CO 80919-1019

BARBARA B PETERSEN & ROBIN V PETERSEN TR
PETERSEN FAM TRUST UA 06/12/91
25292 VIA DE ANZA
LAGUNA NIGUEL, CA 92677-1928

BARBARA BEASLEY CUST PHILIP NEIL BEASLEY UGMA MI
3021 168TH PL NE
BELLEVUE, WA 98008-2033

BARBARA BIGGARD SMITH CUST ALLISON ANDREA SMITH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
11 LENAPE TRL
CHATHAM, NJ 07928-1812

BARBARA C BILLINGSLEY
PO BOX 915265
LONGWOOD, FL 32791-5265

BARBARA C FEINSTEIN & GILBERT J FEINSTEIN TR
UA 05/31/91 BARBARA C FEINSTEIN
4482 HIGHLAND PARK
SARASOTA, FL 34235-2343

BARBARA C MC CULLOUGH CUST LAWRENCE T MC CULLOUG
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
P O BOX 655
TIBURON, CA 94920

BARBARA C PIKE
10657 650TH AVE
MC CALLSBURG, IA 50154-8019

BARBARA D BENJAMIN CUST EDWARD ELLIOTT BENJAMIN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
29781 DEER RUN
FARMINGTN HLS, MI 48331

BARBARA D LEINER & ARTHUR E LEINER & MARGARET A LEIN
9234 S 53RD AVE
OAK LAWN, IL 60453-1687

BARBARA D WEAVER
29072 115TH CIRCLE N W
PRINCETON, MN 55371

BARBARA DEGROOTE BIRGE' TR
BARBARA DEGROOTE BIRGE' LIVING TRUST UA 01/27/94
6101 OHIO DR
APT 1128
PLANO, TX 75024-2726

BARBARA DIAMOND CUST PAUL DIAMOND
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
4137 COLBATH
SHERMAN OAKS, CA 91423-4207

BARBARA E LIPSETT
& NANCY J LIPSETT & MICHAEL A LIPSETT & JAMES S
LIPSETT JR JT TEN
39805 ALBRIGHT DRIVE
CLINTON TOWNSHIP, MI 48038-2713

BARBARA E LIPSETT JAMES S LIPSETT JR
& MICHAEL A LIPSETT & NANCY J LIPSETT JT TEN
39805 ALBRIGHT DRIVE
CLINTON TOWNSHIP, MI 48038-2713

BARBARA E RUSSELL TR
BARBARA E RUSSELL REVOCABLE LIVING TRUST UA
03/20/92
567 REYNARD ST
BLOOMFIELD HILLS, MI 48304-1832

BARBARA EDELSTEIN
709 WOODCHIP RD
MT HOLLY, NJ 08060

BARBARA G RASTALL & PATRIC W RASTALL TR
BARBARA G RASTALL LIVING TRUST UA 08/15/01
2013 ROYAL RIDGE DR
NORTHBROOK, IL 60062-8611

BARBARA GODFREY SMITH CUST ETHELBERT WALTON SMITH
U/THE FLA UNIFORM GIFTS TO MINORS ACT
204 37TH AVE N APT 359
ST PETERSBURG, FL 33704-1416

BARBARA H WILLEN & STEPHEN C WILLEN TR
WILLIN FAMILY RESIDUAL TRUST UA 8/01/97
2420 RED COACH LANE
LA HABRA, CA 90631-6254

BARBARA HIRSCHFELDER HANEN TR
BARBARA HIRSCHFELDER HANEN TRUST UA 07/17/01
2975 LAKE ST
SAN FRANCISCO, CA 94121-1021

BARBARA J CLOUTHIER TR
GERARD J & BARBARA CLOUTHIER REVOCABLE LIVING
TRUST UA 11/8/01
2406 BRADFORD DRIVE
FLINT, MI 48507-4406

BARBARA J HANCHIN & MICHAEL R HANCHIN TR
MICHAEL R & BARBARA J HANCHIN TRUST UA 06/28/04
19690 HICKORY LEAF
SOUTHFIELD, MI 48076-5045

BARBARA J KLEIN
7627 STONES RIVER CT
INDIANAPOLIS, IN 46259-6727

BARBARA J MILNER & CAROL A WESTFORT TR
MILDRED T BIAFORE 1994 REVOCABLETRUST UA 08/18/94
87 HOURIGAN DR
MERIDEN, CT 06451-3674

BARBARA J WEINER
2617 NW 63RD ST
BOCA RATON, FL 33496-2032

BARBARA J ZANGLEIN & JAYNE E ZANGLEIN JT TEN
PO BOX 301
DILLSBORO, NC 28725-0301

BARBARA JEAN HOOGERS EX UW GILBERT E HOOGERS
45 903-109 ST NW
EDMONTON AB
T6J 6R1 CANADA

BARBARA JEAN STEINKAMP
1909 CURDES AVE
FORT WAYNE, IN 46805-2709

BARBARA JOYCE HOLMES TR
MINSHALL FAM REVOCABLE LIVING TRUST UA 11/18/92
14713 COLTER WAY
MAGALIA, CA 95954-9205

BARBARA KLEIN CUST JEFFREY KLEIN UGMA TX
5589 DESCARTES CIR
BOYNTON BEACH, FL 33472-2410

BARBARA L BRIZZOLARA CUST SUSAN M BRIZZOLARA
UNDER THE DELAWARE U-G-M-A
2712 LANDSDOWNE DRIVE E
WILMINGTON, DE 19810-3459

BARBARA L DEVITO & MARY JEANNE SCHNEIDER TR
UA 05/30/2009 MAURIEL VRANA IRREVOCABLE TRUST
181 SOUTH ST APT D1
MORRISTOWN, NJ 07960

BARBARA L KLEIN
1225 THURMAN ST
SAGINAW, MI 48602-2853

BARBARA L SMITH
PO BOX 701661
SAINT CLOUD, FL 34770-1661

BARBARA LYNN ROMANCZUK
380 REINHARD AVE
COLUMBUS, OH 43206-2757

BARBARA M MCCLURE & KENNETH S MCCLURE JT TEN TOD S
SUBJECT TO STA TOD RULES
RT 1 BOX 30
THAYER, KS 66776-9615

BARBARA M MEMMINGER TR
UA 04/26/2002 JM & BARBARA MEMMINGER REVOCABLE
LIVING TRUST
41496 WINDMILL ST
HARRISON TWP, MI 48045

BARBARA MARTUCCI & ERNEST W MARTUCCI TR
MARTUCCI FAMILY REVOCABLE LIFETIME A-B TRUST
14220 N ALYSSUM WAY
ORO VALLEY, AZ 85755-7175

BARBARA N STEIN TR BARBARA N STEIN REVOCABLE TRUST
3071 OAKHILL DR
TROY, MI 48084-1235

BARBARA NICHELINI CUST CATHERINE NICHELINI
U/THE CAL UNIFORM GIFTS TO MINORS ACT
271 BUTTERFIELD RD
SAN ANSELMO, CA 94960-1241

BARBARA NICHELINI CUST MISS LISA ANN NICHELINI
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3542 INTERNATIONAL WAY
FBKS, AK 99701-7382

BARBARA P BEASLEY CUST DANIEL PAUL BEASLEY UGMA MI
3021 168TH PLACE N E
BELLEVUE, WA 98008-2033

BARBARA R STEIN
926 E 8TH ST
FLINT, MI 48503-2780

BARBARA S ANDRES & WALTER F ANDRES TR
WALTER & BARBARA ANDRES TRUST UA 05/13/97
3343 CALLE DEL ALBANO
GREEN VALLEY, AZ 85614-4821

BARBARA S CHAPMAN TR
BARBARA S CHAPMAN REVOCABLE TRUST OF 2003 UA
10/09/03
14 HUTCHINSON DR
HAMPTON, NH 03842-4209

BARBARA S LESTZ CUST MERYL L LESTZ
U/THE PA UNIFORM GIFTS TO MINORS ACT
521 CARDINAL DRIVE
DRESHER, PA 19025-1905

BARBARA S STEVENSON & FONZY D STEVENSON TR
UA 11/11/91 THE STEVENSON FAMILY TRUST
5204 VILLE-ANGELA LA
HAZELWOOD, MO 63042-1633

BARBARA S WEIN
5 CHAPLIN ST
NEWINGTON, CT 06111-3208

BARBARA S WEIN & HOWARD H WEIN JT TEN
5 CHAPLIN ST
NEWINGTON, CT 06111-3208

BARBARA S WOHLNER
PO BOX 140665
IRVING, TX 75014-0665

BARBARA SCHEINBACH
27 GRANDVIEW BLVD
YONKERS, NY 10710-3042

BARBARA SCHREINER & BARBARA LYNN SCHNASE JT TEN
3061 HIWAY 10
PARK CITY, MT 59063-9801

BARBARA SCHREINER & BLANCHE ANN BULLIS JT TEN
3061 HIWAY 10
PARK CITY, MT 59063-9801

BARBARA SHERMAN CUST CUST HILARY SHERMAN
UNDER THE FL UNIF TRANSFERES TO MINORS ACT
1980 S W 73RD AVE
PLANTATION, FL 33317-4930

BARBARA SIMMONS MACFARLANE TR
FAMILY TRUST 10/02/92 U-A BARBARA SIMMONS
MACFARLANE
5100 CHEVY CHASE PARKWAY NW
WASHINGTON, DC 20008-2919

BARBARA SOSINSKI CUST JAMES J SOSINSKI
U/THE ARIZONA UNIFORM GIFTS TO MINORS ACT
1922 E DIAMOND DRIVE
TEMPE, AZ 85283-4208

BARBARA SUE HOFFHEINS
PO BOX 652
UPTON, NY 11973

BARBARA SWITZER CUST TERRY SWITZER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
4285 ST CHARLES WAY
BOCA RATON, FL 33434-5341

BARBARA T WHEELER CUST CONSTANCE Q WHEELER
A MINOR U/CALIF GIFTS OF SEC TO MINORS ACT
444 PT LAWRENCE RD
OLGA, WA 98279-9507

BARBARA TAYLOR
254893 HWY 101
PORT ANGELES, WA 98362-9077

BARBARA VAN DELLEN BERE TR
UA 12/17/76 THE BARBARA VAN DELLEN BERE TRUST
641 S ELM ST
HINSDALE, IL 60521-4623

BARBARA WACHLER CUST KAREN WACHLER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6003 DANBURY CR
WEST BLOOMFIELD, MI 48322-3562

BARBARA WACHLER CUST ROBERT WACHLER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
56 RIDGE RD
PLEASANT RIDGE, MI 48069-1124

BARBARA WALCH GROWDON TR
BARBARA WALCH GROWDON LIVING TRUST UA 12/27/93
314 LAKE SHORE DR
ESCANABA, MI 49829-4026

BARBARA WEINAND
26 BIRKENDENE RD
CALDWELL, NJ 07006-5717

BARBARA WEINBERG CUST ANDREW WEINBERG UTMA NJ
379 PARK SLOPE
MOUTAINSIDE, NJ 07092-1414

BARBARA WORRELL JESSUP TR
BARBARA WORRELL JESSUP LIVING TRUST UA 11/17/94
2424 BUCKINGHAM AVE
RICHMOND, VA 23228-5921

BARBARA ZAITZ TR
BARBARA ZAITZ REVOCABLE LIVING TRUST UA 01/12/98
BARBARA ZAITZ
PO BOX 547192
SURFSIDE, FL 33154-7192

BARNEY B KROSNICK CUST STEVEN H KROSNICK
U/THE N J UNIFORM GIFTS TO MINORS ACT
60 WINDING WAY W
MORRISVILLE, PA 19067-5974

BARNEY H HALLDORSON & LORETTA C HALLDORSON TR
HALLDORSON 1996 TRUST UA 1/18/96
499 LAKE HAVASU LN 3
BOULDER CITY, NV 89005-1050

BARNEY K HUANG CUST LUCAS K HUANG
U/THE N C UNIFORM GIFTS TO MINORS ACT
3332 MANOR RIDGE DRIVE
RALEIGH, NC 27603-4845

BARNEY L REISS CUST CRAIG KEITH REISS
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
166 GREENTRAILS DR S
CHESTERFIELD, MO 63017-2949

BARNEY WILLIAM & MARIE BOHUMILA PELANT TR
FAM TR 12/11/89 U-A BARNEY BOHUMILA & MARIE
6450 STEIFFER RD
MAGALIA, CA 95954-9777

BARNEY WILLIAM PELANT & MARIE BOHUMILA PELANT TR
UA 12/11/89 BARNEY WILLIAM PELANT &
6450 STEIFFER RD
MAGLAIA, CA 95954-9777

BARRI WEILL STEIN
3 WESTON RD
MARBLEHEAD, MA 01945-3017

BARRY D BARRETT
9112 124TH WAY NORTH
SEMINOLE, FL 33772

BARRY DAVID FEINER
882 CARLSTON AVENUE
OAKLAND, CA 94610-1733

BARRY E RICHKIN
BOX 957315
DULUTH, GA 30095-9522

BARRY F WOOD
102-363 SIMCOE ST N
OSHAWA ON
L1G 4T2 CANADA

BARRY F WOOD
102-363 SIMCOE ST N
OSHAWA ON
L1G 4T2 CANADA

BARRY G WILLIAMS & MARGARET R WILLIAMS TR
WILLIAMS FAM TRUST UA 01/27/95
1007 CALLE DE ALCALA
ESCONDIDO, CA 92025-7671

BARRY H DIETLEIN
1047 MAPLE RIDGE ROAD
BRASHER FALLS, NY 13613-4246

BARRY HAMILTON & HALE HAMILTON TR
ISAAC N HAMILTON RESID TRUST UW WILLIE H HAMILTON
C/O L HALE HAMILTON
403 BARRINGTON ROAD
SIGNAL MOUNTAIN, TN 37377-3132

BARRY JOEL SCHEINHOLTZ
8 MAGNUM CRT
BERKLEY HEIGHTS, NJ 07922-1477

BARRY L DICKSON
PO BOX 871711
CANTON, MI 48187-7011

BARRY LICHTENSTEIN
42 WEST END AVENUE
BRENTWOOD, NY 11717-1625

BARRY NEUMAN & ELLEN NEUMAN TR
BARRY S MEUMAN REVOCABLE TRUST UA 05/29/98
6059 WOODDALE ROW
LA JOLLA, CA 92037-0905

BARRY P WEINGART & BRIAN WEINGART JT TEN
11445 E VIA LINDA STE 2
SCOTTSDALE, AZ 85259-2654

BARRY ROBERT GORDON
PO BOX 501197
MARATHON, FL 33050-1197

BARRY TED LICHTENSTEIN
3 WESTGATE RD
FRAMINGHAM, MA 01701-8835

BARRY WEINBERG CUST RHEA CARYN WEINBERG
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
13 OLD STEVENS LN
VOORHEES, NJ 08043-3417

BARUCH BERMAN & ROSE BERMAN TR
BARUCH&ROSE BERMAN LIVING TRUST UA 11/30/89
28739 TRAILRIDERS DR
RCH PALOS VRD, CA 90275-3051

BASSAM J HUSSEIN
24060 GENEVA
OAK PARK, MI 48237-2116

BAYLE SARA WEINER
20 ROPE FERRY RD
HANOVER, NH 03755-1405

BEAR STEARNS SECURITIES CUST MICHAEL A AKEL K-E-O-U-
12/12/84
ONE METROTECH CENTER NO
BROOKLYN, NY 11201-3870

BEATRICE A LIPSHER CUST ROBERT I LIPSHER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
9638 EAGLE RIDGE DR
BETHESDA, MD 20817-3918

BEATRICE B ST PIERRE DENISE I ST PIERRE TR
BEATRICE B ST PIERRE UA 5/22/80
P.O. BOX 1364
SKOKIE, IL 60076

BEATRICE E COHEN CUST RONALD M COHEN
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NEW YORK
15 WEST 84TH ST
NEW YORK, NY 10024-4703

BEATRICE E RUTKOWSKI
& MARY DILLENBECK BONDIE & JOHN M RUTKOWSKI JT TEN
45182 W PARK DR
APT 69
NOVI, MI 48377-1303

BEATRICE ERENBERG CUST MARK N ERENBERG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
514 BROADWAY
MASSAPEQUA, NY 11758

BEATRICE F BRADSHAW
2716 BERNSTEIN DR
MODESTO, CA 95358-8858

BEATRICE FAITLER & MERYL WEINGARDEN JT TEN
30715 HUNTERS DR BLDG 54 APT 1
FARMINGTON HILLS, MI 48334-1241

BEATRICE HOLLENSTEINER
58 PARK PLAZA
BOZEMAN, MT 59715-9343

BEATRICE I SCHOER & ALLEN M SCHOER TR
UA 04/20/94 LOUIS SCHOER REVOCABLE TRUST
170 WEST END AVE APT 16P
NEW YORK, NY 10023

BEATRICE I WEINER
3598 YACHT CLUB DRIVE APT 1701
AVENTURA, FL 33180-4012

BEATRICE K ALDRIDGE & JOHN ALDRIDGE JT TEN
PO BOX 770135
ORLANDO, FL 32877-0135

BEATRICE KLEIN & RICHARD M KLEIN JT TEN
19 TILTON LANE
ANDOVER, MA 01810-4831

BEATRICE LIEBERMAN
& PHYLLIS MICHELSON & JUDY LIEBERMAN & DONNA
LIEBERMAN JT TEN
169 KYLE CT
MONROE TWP, NJ 08831-3759

BEATRICE M COATES TR
BEATRICE M COATES REVOCABLE LIVING TRUST UA
07/31/03
1059 ALLISON AVE
LORAIN, OH 44052-1311

BEATRICE M WEIDNER CUST KENNETH A WEIDNER
U/THE WISC UNIFORM GIFTS TO MINORS ACT
2781 GLORIETTA CIRCLE
SANTA CLARA, CA 95050

BEATRICE REINBOLD
2825 WIENEKE RD APT 100
SAGINAW, MI 48603

BEATRICE ROTHSTEIN
12 WEST 96TH ST
APT 9A
NEW YORK, NY 10025-6509

BEATRICE SPANGLER & LEONARD B GORDON TR
U/A WITH ANNE S FRANKENFIELD UA 11/13/75
GSB BLDG #703 1 BELMONT AVE
BALA CYNWYDA, PA 19004

BEATRICE V JONES CUST ADRIAN R JONES UGMA MI
PO BOX 320104
FLINT, MI 48532-0002

BEATRICE V JONES CUST DERRICK F JONES UGMA MI
PO BOX 320104
FLINT, MI 48532-0002

BEATRICE WOOSTER CUST ALLEN WOOSTER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
200 EAST 58TH ST APT 7 J
NEW YORK, NY 10022-2062

BEATRIZ FERNANDEZ DEPACHACO HER LIFE THEREAFTER A
U-A DTD 02-20-59
ATTN O J LEE JR
530A LCR 433
MEXIA, TX 76667-4737

BECKY A MATTHEWS & CECIL WHITE JT TEN
PO BOX 472827
GARLAND, TX 75047-2827

BECKY B WHALEY CUST DYLAN C WHALEY
UNDER THE MO TRANSFERS TO MINORS LAW
2907 SOUTH GATE DR
HARTFORD, WI 53027

BEEBE C HAYWARD CUST PAUL HAYWARD
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
1663 WEST 1410 NORTH
FARMINGTON, UT 84025-3045

BELINDA J LANGLEY
PO BOX 540472
GRAND PRAIRIE, TX 75054-0472

BELINDA KAY RODRIGUEZ
PO BOX 866511
PALNO, TX 75086-6511

BELLA B MARONEY & JAMES MICHAEL MARONEY & STACEY N
JAMES T MARONEY TRUST UA
6801 SHORE RD
BROOKLYN, NY 11220-5054

BELLA ZIGELSTEIN
1301 SW 135TH TERRACE #410
PEMBROKE PINES, FL 33027-1864

BELLE STEINBERG
3592 SUMMER DR
WANTAGH, NY 11793-2728

BEN BORIN & RALPH BORIN & JACK BURIN SUCCESSOR TR
BERNICE BOORMAN TR # 1 TR UA
11900 GLOBE ROAD SUITE 100
LIVONIA, MI 48150-1141

BEN DORSETT JR & JUDITH E DORSETT TR
DORSETT REVOACABLE TRUST UA 06/07/05
7210 MANASOTA KEY ROAD
ENGLEWOOD, FL 34223-9305

BEN GOTTFRIED CUST RONALD M GOTTFRIED
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 6
HARTSDALE, NY 10530-0006

BEN J PIERSOL & BETTY M PIERSOL TR
UA 06/15/91 BEN J PIERSOL & BETTY M PIERSOL REV TR
1518 N 81ST STREET
KANSAS CITY, KS 66112-2180

BEN J STEIN
102-40 67TH ROAD
FOREST HILLS, NY 11375-2663

BEN L VEATCH & FRANCES R VEATCH TR
UA 03/22/93 BEN L VEATCH LIVING TRUST
849 N BAUMAN
INDIANAPOLIS, IN 46214-3715

BEN SAUCEDO CUST RODNEY DON SAUCEDO
U/THE CAL UNIFORM GIFTS TO MINORS ACT
15770 SADDLEBACK RD
RIVERSIDE, CA 92506-5830

BEN SIMPSON
3 BROADLANDS
BOLTON YORKSHIRE Y04 5QT
EINGAND
GREAT BRITAIN

BENE M STREIFEL
401-10635-47TH AVE
EDMONTON AB
T6H 4R8 CANADA

BENEDICT NIGRELLI CUST MARGARET NIGRELLI
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
7207 JOSHUA TREE LANE
SPRINGFIELD, VA 22152-3610

BENITO F SCIARAPPA & JUNE D SCIARAPPA TR
SCIARAPPA FAM REV LIVING TRUST UA 12/23/96
4751 HAWK LANE
LORAIN, OH 44053

BENITO I DIAZ & BENITO H DIAZ JT TEN
PO BOX 144674
CORAL GABLES, FL 33114-4674

BENJAMIN C LAMANTIA SR & RUTH E LAMANTIA TR
UA 04/26/91 THE BENJAMIN C LAMANTIA & RUTH E
3455 GRAVINA PL
PLEASANTON, CA 94566-6272

BENJAMIN DAWES VAN TUYL & MARCIA ISTOCK VAN TUYL TR
UA 06/25/09 BENJAMIN DAWES VAN TUYL & MARCIA
432 HILLDALE
ANN ARBOR, MI 48105

BENJAMIN E FINCH CUST MARK S FINCH
U/THE CAL UNIFORM GIFTS TO MINORS ACT
739 ALVY ST
ANAHEIM, CA 92802-1527

BENJAMIN E KLEIN
3331 VAN VLEET RD
SWARTZ CREEK, MI 48473-8509

BENJAMIN E WIMBERLEY & MARIE B WIMBERLEY TR
BEN & MARIE WIMBERLEY TRUST UA 08/13/01
4125 JAROSITE COURT
ANTIOCH, CA 94509-8941

BENJAMIN F CAHILL & VIRGINIA L CAHILL TR
CAHILL REVOCABLE TRUST UA 7/26/05
PO BOX 1034
SANTA CRUZ, CA 95061-1034

BENJAMIN F KINCER TR
BENJAMIN F KINCER REVOCABLE LIVING TRUST UA 9/29/99
4708 MEADOWSWEET COURT
NEW PORT RICHEY, FL 34653-6315

BENJAMIN F ODIAM JR & MONA FAE ODIAM TR
BENJAMIN F ODIAM JR LIV TRUST UA 05/22/00
1299 WILLOWRIDGE DRIVE
BEAVERCREEK, OH 45434-6763

BENJAMIN F SANFORD CUST BENJAMIN F SANFORD JR
U/THE MISS UNIFORM GIFTS TO MINORS ACT
1945 S MONTGOMERY
STARKVILLE, MS 39759-9663

BENJAMIN G STEIN
12 BROKLAND DRIVE
CARTERSVILLE, GA 30120-3448

BENJAMIN H SNYDER CUST STACY D SNYDER
U/THE PA UNIFORM GIFTS TO MINORS ACT
2208 GILHAM RD
BROOMALL, PA 19008-2911

BENJAMIN H STEIN TR THE BENJAMIN H STEIN REVOCABLE T
104 EAST LARKDALE ROAD
DEERFIELD, IL 60015-5037

BENJAMIN HATCH WHITFIELD JR & VERNON S DENIS WHITFIE
LUCY S WHITFIELD TESTAMENTARY TRUST
PO BOX 639
RAWLINS, WY 82301-0639

BENJAMIN J TRZECIAK & ADELINE TRZECIAK TR
UA 09/28/92 THE TRZECIAK FAM TR AGMT
1221 WATERSIDE ST
PORT CHARLOTTE, FL 33952-1531

BENJAMIN KLEINMAN & FANNIE KLEINMAN JT TEN
2254 EAST 22ND ST
BROOKLYN, NY 11229-4812

BENJAMIN P ROOSA III
PO BOX 681804
MARIETTA, GA 30068-0031

BENJAMIN R DIXON CUST BENJAMIN R DIXON JR
A MINOR U/THE LAWS OF GEORGIA
2501 HENDERSON MILL ROAD N E
ATLANTA, GA 30345-2135

BENJAMIN R SAUSELEIN & DOROTHY E SAUSELEIN JT TEN
450 PINLAKE VILLAGE BLVD
JENSEN BEACH, FL 33457

BENJAMIN S WEINMAN
6 LYDIA COURT
ALBERTSON, NY 11507-1113

BENJAMIN T WHITEHEAD & ADELE N WHITEHEAD TR
WHITEHEAD TRUST UA 10/29/91
4372 27TH CT SW APT 103
NAPLES, FL 34116-7937

BENJAMIN YIP CUST SUSAN YIP
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
750 DARIEN WAY
SAN FRANCISCO, CA 94127-2527

BENN J HINDS
409 KEINATH DR
FRANKENMUTH, MI 48734-0294

BENNARD D PICKETT
1973 108TH AVE#4
OTSEGO, MI 49078-9738

BENNIE A CASTAGNETTA & JULIA CASTAGNETTA TR
CASTAGNETTA TRUST UA 10/07/91
1319 E JUANA AVE
SAN LEADRO, CA 94577-3926

BENNIE A MORGAN JR & NANCY L MORGAN & JULIE L TIERNE
BENNIE A MORGAN TRUST UA 04/28/04
9955 CANADA RD
BIRCH RUN, MI 48415-9749

BENNIE C KIRKSEY
PO BOX 430965
PONTIAC, MI 48343-0965

BENNIE E MARTIN
PO BOX 781593
INDIANAPOLIS, IN 46278-8593

BENNY JOHNTONY & MARY JOHNTONY TR
JOHNTONY FAM REV LIVING TRUST UA 06/28/01
312 EAST BROADWAY
GIRARD, OH 44420-2616

BENNY L KLUTTS & ROSELLA C KLUTTS TR
KLUTTS FAMILY REVOCABLE TRUST UA01/20/93
PO BOX 187
POTEAU, OK 74953-0187

BENON JOHN TRAWINSKI
PO BOX 381023
BIRMINGHAM, AL 35238-1023

BENT JORGENSEN
BRUNSHAAB AVLSGARD
VINKELVEJ 120 8800 VIBORG
DENMARK

BENTHEARL D CORBIN
4367 STEINWAY AVENUE
DAYTON, OH 45416-1644

BENTON C DELAHOUSSAYE JR CUST ISABELLA DELAHOUSSA
A MINOR U/THE LA GIFTS TO MINORS ACT
705 E 3RD
CROWLEY, LA 70526-5225

BENTON C DELAHOUSSAYE JR CUST NADIA DELAHOUSSAYE
A MINOR U/THE LA GIFTS TO MINORS ACT
705 E 3RD
CROWLEY, LA 70526-5225

BERL HAMPTON & LONNIE HAMPTON TR
UA 06/14/2000 BERL HAMPTON AND LONNIE HAMPTON
37840 5 MILE RD
LIVONIA, MI 48154

BERMAN E PRITT & TEENA L PRITT TR
FAMILY TRUST OF BERMAN E PRITT &TEENA L PRITT UA
1/22/99
242 E 300 N
BLUFFTON, IN 46714-9714

BERNADETTE GUZIK & PATRICIA GUZIK JT TEN
3898 309TH AVE NW
CAMBRIDGE, MN 55008-7039

BERNADETTE TETZEL TOD IMMACULATE HEART OF MARY CH
SUBJECT TO STA TOD RULES
107 WILLS AVE 2
AKRON, OH 44302-1900

BERNADINE P QUINLAN TR
BERNADINE P QUINLAN REVOCABLE LIVING TRUST UA
09/26/97
34574 MAPLE LN
STERLING HEIGHTS, MI 48312-5213

BERNADINE T FALTA & CATHERINE M STEINHILB JT TEN
200 DEERING ST
GARDEN CITY, MI 48135-4103

BERNARD A COUTU
545 305TH AVE LAKE LACHIGAN
ST HYPOLLYTE QC
J8A 2W4 CANADA

BERNARD A PRUSHKO CUST BERNARD A PRUSHKO JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
9 BASKING RIDGE RD
SHELTON, CT 06484-3897

BERNARD BARON CUST DAWN SANDERS
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 6221
SANTA ANA, CA 92706-0221

BERNARD BARON CUST WAYNE SANDERS
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 6221
SANTA ANA, CA 92706-0221

BERNARD BARTH & CECELIA BARTH TR
BERNARD & CECILIA BARTH JOINT REV LIVING TRUST UA
04/10/03
13841 TREELAND DRIVE
SHELBY TWP, MI 48315-6058

BERNARD C DAVIS
PO BOX 182201
ARLINGTON, TX 76096-2201

BERNARD C WHITE & VIRGINIA E WHITE TR
BERNARD C & VIRGINIA E WHITE 1990 FAMILY TRUST UA
03/09/90
401 BURWASH AVE
APT 304
SAVOY, IL 61874-9575

BERNARD CUNNINGHAM CUST JANE REA CUNNINGHAM
U/THE WISC UNIFORM GIFTS TO MINORS ACT
2112 25TH ST
WAUSAU, WI 54403-3102

BERNARD D MOLLEY CUST ANDREA L MOLLEY
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
1831 S INGALLS CT
LAKEWOOD, CO 80232-7088

BERNARD D MOLLEY CUST MELINDA A MOLLEY
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
1831 S INGALLS CT
LAKEWOOD, CO 80232-7088

BERNARD E CARR SR & HARRIET E CARR TR CARR TRUST UA
17843 102ND DR
SUN CITY, AZ 85373-1618

BERNARD F ROY & PHYLLIS M ROY TR
BERNARD F ROY FAM LIVING TRUST UA 0315/96
15731 19 MILE RD
APT 104
CLINTON TWP, MI 48038-6316

BERNARD FOLIO CUST JOSEPH A FOLIO
U/THE WEST VIRGINIA GIFTS TO MINORS ACT
202 E MAIN ST
CLARKSBURG, WV 26301-2126

BERNARD GOLDBERG & PHYLLIS GOLDBERG TR
BERNARD & PHYLLIS GOLDBERG REV TRUST UA 2/08/01
2180 POST STREET UNIT 625
SAN FRANCISCO, CA 94115

BERNARD GOLDSTEIN & SANDRA GOLDSTEIN JT TEN
155 BELLE FOREST CIR
NASHVILLE, TN 37221-2103

BERNARD HARMON CUST KEITH ANDREW HARMON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
30 COBBLE LN
BASKING RIDGE, NJ 07920-3731

BERNARD J DEULING
3233 132ND AVE
HOPKINS, MI 49328-9754

BERNARD J DONEGAN TR
REVOCABLE LIVING TRUST 04/17/92 U-A BERNARD J
DONEGAN
15114 KNOLSON
LIVONIA, MI 48154-5700

BERNARD J FRATTO & JEANETTE A FRATTO TR
UA 03/11/99 FRATTO FAMILY TRUST
25961 ARRIBA LINDA
LAGUNA NIGUEL, CA 92677

BERNARD J HEVEL & ELEANOR E HEVEL TR
HEVEL FAM REV LIV TRUST UA 04/18/01
54 SKYLINE DR
KIMBERLING CITY, MO 65686-9658

BERNARD J JUREK JR & EILEEN M JUREK TR
JUREK FAMILY LIVING TRUST UA 04/17/03
35675 CONGRESS RD
FARMINGTON HILLS, MI 48335-1221

BERNARD J SULLIVAN II TR
UA 10/13/1999 BERNARD J SULLIVAN REVOCABLE TRUST
3641 MAYBERRY DRIVE
RENO, NV 89509

BERNARD J SYNK & MARGARET Z SYNK TR
UA 05/29/92 BERNARD J & MARGARET Z SYNK TRUST
4231 PORCUPINE RD
LINCOLN, MI 48742-9581

BERNARD J WEINERT
7031 177TH PL
TINLEY PARK, IL 60477-3602

BERNARD KATZENSTEIN
31 MANOR HOUSE LA
DOBBS FERRY, NY 10522-2515

BERNARD L REINHART
2770 FREELAND RD
APT 30
SAGINAW, MI 48604-9615

BERNARD LARSON & ELIZABETH LARSON TR
UA 02/26/90 BERNARD LARSON & ELIZABETH LARSON
TRUST
4633 PINE ST
FRUITLAND PARK, FL 34731-5683

BERNARD LISSKA CUST TIMOTHY J LISSKA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
51 S CASSINGHAM RD
COLUMBUS, OH 43209-1846

BERNARD M FINKELSTEIN
2229 WOODLAWN AVE
VIRGINIA BEACH, VA 23455-1655

BERNARD M WEINGARTZ
3556 HUTCHINSON ROAD
NORTH BRANCH, MI 48461-9748

BERNARD MILSTEIN & PHYLLIS R MILSTEIN JT TEN
5110 SAN FELIPE ST
UNIT 343W
HOUSTON, TX 77056-3672

BERNARD NEWMAN CUST MITCHELL DAVID NEWMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
167 COUNTRY CLUB DR THE HAMLET
COMMACK, NY 11725-4460

BERNARD O SLATER CUST CHARLES E SLATER
U/THE N J UNIFORM GIFTS TO MINORS ACT
33 FRANKLIN ST
RAMSEY, NJ 07446-2223

BERNARD R SIEGEL & EDWARD D SIEGEL TR
UA 02/10/93 FOURTH UW BEATRICE SIEGEL
159 HUDSON TERRACE
YONKERS, NY 10701

BERNARD S SCHRAGER CUST EDWARD F SCHRAGER
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
12037 LEIGHTON CT
CARMEL, IN 46032

BERNARD SAPERSTEIN & MRS LILLIAN SAPERSTEIN JT TEN
7 HUNTWOOD PLACE
MOUNT VERNONE
MOUNT VERNON, NY 10552

BERNARD SCHER CUST WILLIAM SCOTT SCHER
A MINOR U/ MASS UNIFORM GIFTS TO MINORS ACT
5 BAREFOOT HILL RD
SHARON, MA 02067-2801

BERNARD SILVERMAN CUST MISS ELAINE IETTO
U/THE N Y UNIF GIFT TO MINORS ACT
1232 80TH STREET
BROOKLYN, NY 11228-2712

BERNARD T NOVY CUST B E NOVY
A MINOR PURS SEC 1339/26 INCL OF THE REVISED CODE OF
OHIO
306 FLORENCE CT
BAY VILLAGE, OH 44140-1213

BERNARD VINETTE & EVELYN JUNE VINETTE TR
BERNARD VINETTE & EVELYN VINETTE REVOCABLE UA
02/13/97
31750 MC NAMEE
FRASER, MI 48026

BERNARD W BALDWIN & CYNTHIA BALDWIN BELLER & EDWAR
BERNARD W BALDWIN TRUST UA
4864 OMENA CRT
STERLING HTS, MI 48314

BERNARD W DYER CUST DAVID B DYER
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
1831 HWY-Y
SAINT PAUL, MO 63366-5126

BERNARD W SHUSTER CUST SUSAN L SHUSTER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
75 HILLSIDE DRIVE
WAYLAND, MA 01778-3826

BERNARD WEINBERG CUST GARY M TOLLIN UGMA NY
2511 LOCUST AVENUE
NORTH BELLMORE, NY 11710-1735

BERNARDINO A ALBENCE JR & ANN A ALBENCE TR
BERNARDINO A JR & ANN A ALBENCE LIVING TRUST UA
6/20/96
2966 WHITE TAIL COURT
DOYLESTOWN, PA 18902

BERND H SCHEINPFLUG
22906 PLAYVIEW
ST CLAIR SHRS, MI 48082-2082

BERNICE BELL CUST STUART BELL
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
704 SHELLEY RD
BALTIMORE, MD 21285-2925

BERNICE C MIKULA TR
BERNICE C MIKULA REVOCABLE LIVING TRUST UA 12/08/05
17103 MESSENGER RD
BURTON, OH 44021-9736

BERNICE D SOBODASH & STEVEN G SOBODASH & MICHELLE
32747 STEINHAUER
WESTLAND, MI 48186-7912

BERNICE HEINEL
5 ALCOTT DR
HERITAGE PARK
WILMINGTON, DE 19808-3701

BERNICE K SMITH & WILLIAM C SMITH JR TR
UA 12/28/91 BERNICE K SMITH REVOCABLE TRUST
213 PINNEY DR
WORTHINGTON, OH 43085-3836

BERNICE KANGISSER CUST KENNETH KANGISSER
A MINOR PURSTO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
2 LORRAINE TERRACE
WHEELING, WV 26003-6044

BERNICE SCHWARTZ CUST LORI BETH SCHWARTZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
14 MAPLE CREST DR
PEEKSKILL, NY 10566-2519

BERNICE T ZELLICK TR UA 07/29/93 BERNICE ZELLICK TRUST
4832 RIDGESIDE DRIVE
DALLAS, TX 75244-7646

BERNICE ZWANGER CUST ROBERTA ZWANGER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
75 OVERLEA E
MASSAPEQUA PARK, NY 11762-4018

BERNIE L DONATHAN CUST BERNIE G DONATHAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 1242
PRESTON, KY 40366

BERNIE L DONATHAN CUST DONNIE R DONATHAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 1242
PRESTON, KY 40366

BERNIECE L ETCHEVERS & FRANK ETCHEVERS TR
UA 07/30/2009 ETCHEVERS FAMILY TRUST
29270 DOAK RD
CHILOQUIN, OR 97624

BERNIECE R MANGEL TR
BERNIECE R MANGEL REVOCABLE LIVING TRUST UA
07/15/99
160 MEADOWVIEW RD
ATHENS, GA 30606-4224

BERNYLDA ANN REED-RENTERIA TR
UA 01/02/2007 BERNYLDA ANN REED-RENTERIA 2007
INTER-VIVOS TRUST
2118 15TH ST
SAN FRANCISCO, CA 94114

BERRY C MOSES & MARY E MOSES TR
BERRY C MOSES & MARY E MOSES TRUST UA 03/28/01
PO BOX 781
WILLOUGHBY, OH 44096-0781

BERT E & MARJORIE QUINN TR
BERT E QUINN REVOCABLE LIVING TRUST UA 1/10/97
36645 CHATHAM COURT
CLINTON TOWNSHIP, MI 48035-1115

BERTHA EICHER
10724-153RD AVE
EDMUNTON AB
T5X 5T9 CANADA

BERTHA M ALLEN TR
BERTHA MARIE ALLEN REVOCABLE LIVING TRUST UA
03/08/96
32129 S 510 RD
PARK HILL, OK 74451-2225

BERTRAM GEZELTER
PO BOX 580125
FLUSHING, NY 11358-0125

BERTRAM J GRIFFITHS CUST GARY L GRIFFITHS
U/THE PA UNIFORM GIFTS TO MINORS ACT
1635 RUTHERFORD AVE
PITTSBURGH, PA 15216-3238

BERTRAM S BOLEY & SYLVESTER BEER TR UW JENNIE BEER
PO BOX 422268
ATLANTA, GA 30342-9268

BERTRAM S BOLEY JR
PO BOX 422268
ATLANTA, GA 30342-9268

BERTRAM WEINMAN CUST LEE ERIC WEINMAN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1232 W 34TH ST
CHICAGO, IL 60608

BERYL ANITA DANIELS & CHARLES J DANIELS & DOUGLAS J D
UA 09/07/06
31 KENNEY ROAD
MEDFIELD, MA 02052

BESSIE BELMONT TIMMERMAN CUST LOUIS F TIMMERMAN
A MINOR UNDER THE NEW YORK U-G-M-A
1601 MORNINGHILL ROAD
COLUMBIA, SC 29210-6921

BETHAMY D WEINBERGER
801 PINE BROOK DR
PEABODY, MA 01960-3769

BETHESDA H WEGENER CUST STUART S WEGENER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1734 NW 7TH PLACE
GAINESVILLE, FL 32603-1221

BETSY BEAUCHAMP & MARY BEAUCHAMP MUMFORD TR
BEAUCHAMP TRUST UA 10/03/89
910 MARBLE CT
SALISBURY, MD 21804-8638

BETSY LYNN SCHREINER-CUNDIFF
8931 EAST RIVER RD
VENICE, FL 34293-7629

BETSY STRONG
ATTN BETSY AMENTO
4441 175TH PL SE
BELLEVUE, WA 98006-6513

BETTE J GOURLEY TR
WILLIAM R GOURLEY & BETTE J GOURLEY REVOCBALE
TRUST UA 12/1/99
703 HOWELL AVE
CAHOKIA, IL 62206-1901

BETTE JO GEARON
41125 278TH WAY S E
ENUNCLAW, WA 98022-7793

BETTE L FOWLER & CAROL L BEGELMAN & MICHAEL L FOWLE
FOWLER LIVING TRUST UA 8/08/96
4000 E FLETCHER AVE APT 1102
TAMPA, FL 33613-4822

BETTE L GEARON
41125 278TH WAY SE
ENUMCLAW, WA 98022-7793

BETTE R WALLERSTEIN
10328 RAINTREE COMMONS CT
RICHMOND, VA 23233-4224

BETTE R WALLERSTEIN CUST SUSAN GAIL WALLERSTEIN UG
10328 RAINTREE COMMONS CT
RICHMOND, VA 23233-4224

BETTE WALKER MULLENS
& LLOYD WALKER MULLENS & KAREN MULLENS CRAGWALL
JT TEN
507 CLUB CT N
HERMITAGE, TN 37076-1318

BETTIE J GONSLER
& JAMES W GONSLER & RICHARD E GONSLER & CYNTHIA A
JOHNSON JT TEN
1090 W ROWLAND ST
FLINT, MI 48507-4047

BETTIE N MYERS CUST KIMBERLY SUE MYERS
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
2002 EDEN ROAD
WILMINGTON, DE 19810-3812

BETTY A ANDERSON
26905 220TH SE AV 38
MAPLE VALLEY, WA 98038-7404

BETTY A CASWELL & STEPHANIE K SCHLUCKEBIER JT TEN
690 HEINE STREET
FRANKENMUTH, MI 48734

BETTY A NIEMAN
509 ROUTE 530
APT 145
WHITING, NJ 08759-3147

BETTY ANN L MOSS & HARTWIG MOSS III & ANN L M ZENOWIC
HARTWIG MOSS II UNIFIED EXEMPTION TRUST 03/05/97
201 SAINT CHARLES AVE
STE 3201
NEW ORLEANS, LA 70170-1032

BETTY ANN LARSON & SHERYL LENORE GILMORE & SUZANNI
ARTHUR DAVID LARSON JT TEN
2034 BENSONWOOD DRIVE
GERMANTOWN, TN 38138-4002

BETTY C FERGUSON
10549 153RD CT N
JUPITER, FL 33478

BETTY C PETERSON TR
THE BETTY C KLOPKE TRUST UA 07/21/83 RESTATED
03/19/03
13904 WEST PARADE DR
SUN CITY WEST, AZ 85375

BETTY C POYTHRESS & CHRISTOPHER A POYTHRESS TR
BETTY C POYTHRESS LIV TRUST UA 2/26/03
28 ROCKLEDGE DRIVE
SOUTH WINDSOR, CT 06074-1568

BETTY COOLMAN & DUANE R COOLMAN TR
UA 06/19/08 COOLMAN REVOCABLE LIVING TRUST
1812 COKER
VIRGINIA BCH, VA 23464

BETTY E HUTCHINGS & DONALD J HUTHINGS TR
DONALD & BETTY HUTCHINGS TRUST UA 6/17/93
21275 MAZATLAN
MISSION VIEJO, CA 92692-4960

BETTY FEINSMITH
717 OCEAN AVE
APT 301
LONG BRANCH, NJ 07740-4976

BETTY FRYE
PMB 119 299 DEO DR
NEWARK, OH 43055-3022

BETTY G STEINOCHER
110 BARBARA
WACO, TX 76705-1318

BETTY J AYLER
PO BOX 210304
AUBURN HILLS, MI 48321-0304

BETTY J BAYER & WILLIAM L BAYER TR
UA 04/26/2007 BETTY J BAYER & WILLIAM L BAYER
19775 DAMMAN
HARPER WOODS, MI 48225

BETTY J FEATHERSTON
& CHERYL A FEATHERSTON & DARWIN D FEATHERSTON &
FELICIA F RUTHS JT TEN
1420 MOUNT VERNON AVE
SAINT LOUIS, MO 63130-1721

BETTY J GREENBERG CUST SALLY JOAN GREENBERG
U/THE MINN UNIFORM GIFTS TO MINORS ACT
3900 ZENITH AVE S
MINNEAPOLIS, MN 55410-1169

BETTY J GUMINSKI TOD GARY M GUMINSKI
& GREGORY A GUMINSKI & KAREN M TROJNIAK
5421 DOOLEY DR
LINDEN, MI 48451-8901

BETTY J HAY
4424 134TH PLACE SE
BELLEVUE, WA 98006-2104

BETTY J MARTUS CUST MISS SANDRA A MARTUS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6009 VAN DYKE
BROWN CITY, MI 48416-9674

BETTY J MC PARTLIN
& RICHARD O MC PARTLIN & TIMOTHY L MC PARTLIN JT TEN
13628 N 3RD ST
PHOENIX, AZ 85022-4712

BETTY J MEADE CUST MICHAEL P MEADE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
490 EATON ROAD
NASHVILLE, MI 49073-9752

BETTY J QUEEN
PO BOX 300812
DRAYTON PLAINS, MI 48330-0812

BETTY J WALLING
616 KLEIN ST
WALTERBORO, SC 29488-3825

BETTY JANE HOHENSTEIN
101 OAK FORREST LOOP
SEARCY, AR 72143-9690

BETTY JEAN MC ELROY EX UW WILMER WORTHINGTON MC E
WORTHINGTON MC ELROY TRUST
2509 LANDON DR
WILMINGTON, DE 19810-3513

BETTY JEAN REINAGEL
1605 CHEISTI AVENUE
CHAPEL HILL, TN 37034

BETTY JO GASTON
248 174TH PL NE
BELLEVUE, WA 98008-4206

BETTY JO MANSUR & CLINE L MANSUR TR
BETTY JO MANSUR REV TRUST UA 09/05/02
5417 S 76TH AVE
TULSA, OK 74145

BETTY JONES CROWLEY CUST BETTY J CROWLEY
A MINOR U/SEC 2918 D 55 SUPP TO GENERAL STATUTES OF
CONN
ATTN JEFFREY F GURNHAM
PO BOX 7271
HILTON HEAD ISLAND, SC 29938-7271

BETTY L TAYLOR & STEPHEN M TAYLOR & ROBERT D TAYLOR
BETTY L TAYLOR TRUST UA 02/25/05
210650 EAST 42ND STREET
SCOTTSBLUFF, NE 69361-5825

BETTY L VERBA
& MARILYN J DANKO & CHRISTINE M ADKINS & PATRICIA A
ZORE JT TEN
8800 BANNER LANE
PARMA, OH 44129-6072

BETTY LOU RASURE CUST ROBIN LEE RASURE
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
30 BUCKINGHAM DR
BELLEMEAD, NJ 08502-4022

BETTY LOUISE GRUPENHOFF TR
THE BETTY LOUISE GRUPENHOFF TRUST UA 06/17/97
1011 GRANDIN RIDGE DR
CINCINNATI, OH 45208-3419

BETTY M NADEN
334-3975 ANDERSON STREET
WHITBY ON
L1R 2Y8 CANADA

BETTY MELLICK SLACK CUST DANIEL GINNA SLACK
A MINOR PURS TO SEC 1339 19-TO 1339 26-INCL
591 BROOKWOOD RD
WAYNE, PA 19087-2309

BETTY MOLLER TRAMMELL CUST DENNIS WARREN TRAMMELL
U/THE CAL UNIFORM GIFTS TO MINORS ACT
7431 SAN CARPINO
GOLETA, CA 93117-1212

BETTY R FRANKLIN CUST NANCY JO FRANKLIN
U/THE VA UNIFORM GIFTS TO MINORS ACT
1322 S EDISON WAY
DENVER, CO 80222-3520

BETTY R HUTHSING CUST JACK A HUTHSING
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
5434 PAREJO DR
SANTA BARBARA, CA 93111-1635

BETTY R HUTHSING CUST KENT HUTHSING
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
2026 EL CAMINO DE LA LUZ
SANTA BARBARA, CA 93109-1929

BETTY S JONES CUST STEVEN R CLINTON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6206 LEDWIN
TROY, MI 48098-2047

BETTY SUE HUNT
PO BOX 340325
DAYTON, OH 45434-0325

BETTY YOSHIKO WAKAI TR
REVOCABLE TRUST UA 03/22/85 BETTY YOSHIKO WAKAI TR
2832 E MANOA RD
HONOLULU, HI 96822-1822

BEULAH M TIEMAN CUST ROBERT E TIEMAN
A MINOR UNDER SECTION 125-4-1 OF THE LAWS OF THE
STATE OF COLORADO
4650 BRENTON DR
FORT COLLINS, CO 80524-6008

BEULAH R HILL & WARREN C HILL TR
UA 12/15/88 BEULAH R HILL & WARREN C HILL
5731 SUNSET FALLS DR
APOLLO BEACH, FL 33572-3114

BEVERLEE T COMPTON CUST GENE I COMPTON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
3226 NW COVEY RUN
CORVALLIS, OR 97330-3155

BEVERLEY H MINOR CUST ELLEN P MINOR
U/THE PA UNIFORM GIFTS TO MINORS ACT
3217 FORDHAM RD
WILMINGTON, DE 19807-3117

BEVERLEY M PELECHOSKY
#110 6710-158 AVENUE
EDMONTON AB
T5Z 3A7 CANADA

BEVERLY A LAEGEN TR
UA 09/19/2008 BEVERLY A LAEGEN REVOCABLE LIVING
TRUST
16 ROUND VALLEY LANE
LAKEWOOD, NJ 08701

BEVERLY A MADSON
PO BOX 481161
KANSAS CITY, MO 64148

BEVERLY A SCHLAFSTEIN
10001 GAINSBOROUGH RD
POTOMAC, MD 20854

BEVERLY B HILL & WILLIAM A HILL TR
BEVERLY B HILL LIVING TRUST UA 07/06/00
58 N CASTLEROCK LANE
EAST AMHERST, NY 14051-1490

BEVERLY DOLLIN CUST EDWARD DOLLIN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9758 PINTO CT
CINCINATTI, OH 45242-5413

BEVERLY DOLLIN CUST LAURIE DOLLIN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5858 MEMPHIS DR
NEW ORLEANS, LA 70124-2837

BEVERLY DOLLIN CUST MICHAEL DOLLIN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
4837 EAST INDIAN SCHOOL RD
PHOENIX, AZ 85018-5528

BEVERLY GOLDFINE CUST DAN WILLIAM GOLDFINE
U/THE MINN UNIFORM GIFTS TO MINORS ACT
9939 N 123RD ST
SCOTTSDALE, AZ 85259-6026

BEVERLY J COVERLEY & JAMES A COVERLEY TR
UA 09/01/2006 COVERLEY FAMILY TRUST
13000 THOMAS CREEK RD
RENO, NV 89511

BEVERLY J HARDENBURG TR
BEVERLY J HARDENBURG REVOCABLE LIVING TRUST UA
10/23/01
934 WADSWORTH DR
WATERFORD, MI 48328-2053

BEVERLY JANE
2597 239TH ST SW
BRIER, WA 98036-8478

BEVERLY JANE BROCK
C/O CLIFTON H BROCK
3151-203 HEMLOCK FOREST CIRCLE
RALEIGH, NC 27612-2320

BEVERLY JANE HEINEMAN
404 N ROAD 39
PASCO, WA 99301-3160

BEVERLY M CAMPBELL & GORDON A CAMPBELL TR
CAMPBELL FAMILY TRUST UA 01/03/92
619 HIGH POINT DR
VENTURA, CA 93003-1411

BEVERLY M JOHNSON CUST DEBRA MARIE JOHNSON
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1139 MURCHISON DR
MILLBRAE, CA 94030

BEVERLY M JOHNSON CUST MARYANN JOHNSON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
400 BARBARA WAY
HILLSBOROUGH, CA 94010-6702

BEVERLY N ROBERTSON CUST JEFFREY HUNT ROBERTSON
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
7 DEERFIELD RD
BROOKFIELD, CT 06804-1303

BEVERLY STURGIS CUST LAURIE L STURGIS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
26070 AIRPORT RD
STURGIS, MI 49091-9772

BEVRLY JANE BROCK CUST MARY JO BROCK UTMA NC
3151-203 HEMLOCK FOREST CIRCLE
RALEIGH, NC 27612-2320

BILL DALE
PO BOX 606252
CLEVELAND, OH 44106-0252

BILL E STOUT & WINONA M STOUT TR
BILL E STOUT & WINONA M STOUT TRUST UA 01/26/99
5911 N CLOUD NINE DR
GARDEN CITY, ID 83714-1711

BILL G HOGUE & MARY JO HOGUE TR
THE HOGUE FAMILY LIVING TRUST UA 02/06/98
1701 BOWERSOCK RD
INDIAN RIVER, MI 49749-9508

BILL G KNIGHT & BEATRICE J KNIGHT TR
UA 7/12/00 KNIGHT FAMILY LIVING TRUST
4095 COUNTY ROAD 489
ONAWAY, MI 49765-9584

BILL L BROSEGHINI CUST JAMES L BROSEGHINI
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
BOX 1132
ROCK SPRINGS, WY 82902-1132

BILL LEON TURNER OR JACK N TURNER OR SARA ZAMBON TI
BILL LEON TURNER REVOCABLE TRUSTUA 11/23/99
327 WILDFLOWER PLACE
ARDMORE, OK 73401

BILL PEASLEY & BRIDGET K PEASLEY JT TEN
PO BOX 380474
MURDOCK, FL 33938-0474

BILLIE A FOSTER & HELENE M FOSTER TR
BILLIE A FOSTER & HELENE FOSTER LIVING TRUST UA
04/13/95
3124 SHERWOOD DR
FLINT, MI 48503-5415

BILLIE D FRITTS & SHARRON F WELSH TR
UA 04/11/2007 BILLIE D FRITTS REVOCABLE TRUST
PO BOX 9014
SANTA FE, NM 87504-9014

BILLIE E OESCH & OLIVE M OESCH TR
UA 09/22/93 THE BILLIE E OESCH FAMILY TRUST
427 SINCLAIR CIR
TAVARES, FL 32778-3830

BILLIE J LEE
PO BOX 116507
CARROLLTON, TX 75011-6507

BILLY D WALTRIP & JOYCE V WALTRIP TR
BILLIE D & JOYCE V WALTRIP TRUST UA 04/15/99
2066 AINSWORTH ST
FLINT, MI 48532-3901

BILLY G HOWARD
PO BOX 107
STEINHATCHEE, FL 32359-0107

BILLY GEORGE VILES CUST VICTOR LANDON VILES
U/THE MO UNIFORM GIFTS TO MINORS ACT
4083 E FARM RD 104
SPRINGFIELD, MO 65803-7202

BILLY L BROWN
PO BOX 970645
YPSILANTI, MI 48197-0811

BILLY L WESLEY & ANN E WESLEY TR
UA 02/22/93 BILLY L WESLEY & ANNE WESLEY REV LIV TR
8629 MATHIAS #49
GROSSE ILE, MI 48138-1766

BILLY L WILSON TR UA 05/07/08 BILLY L WILSON REVOCABLE
23958 180TH AVENUE
CENTERVILLE, IA 52544

BILLY LEWIS & BARBARA H LEWIS TR
THE BILLY LEWIS & BARBARA H LEWIS REVOCABLE LIVING
TRUST UA 08/28/97
412 SOUTHWOOD DR
TIPTON, IN 46072-8461

BILLY LEWIS & BARBARA H LEWIS TR
THE BILLY LEWIS & BARBARA H LEWIS REVOCABLE LIVING
TRUST UA 08/28/97
412 SOUTHWOOD DR
TIPTON, IN 46072-8461

BILLY R HIGGINBOTHAM & MARY J HIGGINBOTHAM TR
HIGGINBOTHAM FAMILY REV TRUST UA 07/01/03
3072 QUAYSIDE CT #107
MELBOURNE, FL 32935-3644

BILLY R KENNEDY & HELEN V KENNEDY TR
BILLY R & HELEN V KENNEDY LIVING TRUST UA 03/30/94
5719 CREEKRIDGE DR
ARLINGTON, TX 76018-2446

BILLY V SMITH CUST WILLIAM ALAN SMITH
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
24815 PLAYER OAKS
SAN ANTONIO, TX 78258-7226

BLAIN R HYLTON & JEAN L HYLTON TR
BLAIN R HYLTON & JEAN L HYLTON FAM TRUST UA 07/02/99
120 E 200 N
HEBER CITY, UT 84032-1709

BLAKE A GRAHAM
PO BOX 161624
FORT WORTH, TX 76161-1624

BLAKE WERNER
930 170TH PLACE S E
BELLEVUE, WA 98008-5237

BLANCHE CHOU
53 ALLEY 399 JU FENG RD APT 1801
PUDONG SHANGHAI
200129 CHINA (PEOPLE'S REP)

BLANCHE N HAMILTON
BOX 382755
MEMPHIS, TN 38183-2755

BLANCHE RAKITA CUST ROBERT M RAKITA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3053 38TH AVE W
SEATTLE, WA 98199-2512

BLANCHE WEINGARTEN
82-33 QUEENS BLVD
ELMHURST, NY 11373-4242

BLASE J VITI CUST BLASE J VITI JR
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1365 SANFORD LANE
GLENVIEW, IL 60025-3146

BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO 0
SENECA FALLS FAYETTE & TYRE SENECA COUNTY NEW
YORK
PO BOX 268
SENECA FALLS, NY 13148-0268

BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CI
MICHIGAN
923 E KEARSLEY ST
FLINT, MI 48503-1974

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEOR
INSTITUTE OF TECHNOLOGY
LYMAN HALL SUITE 315
225 NORTH AVENUE
ATLANTA, GA 30332-0001

BOARD OF TR
PEOPLES NATIONAL BK OF KEWANEE IL EMPLOYEES
PROFIT SHARING FUND
BOX 387
KEWANEE, IL 61443-0387

BOARD OF TR CECILE DAYLIGHT LODGE NO 305 A F& A M TRS
DURKIN MANKIN 10/8/47
5602 N GARFIELD
GLADSTONE, MO 64118-5635

BOB H GRIGGERS & POLLY GRIGGERS TR
BOB & POLLY GRIGGERS TRUST UA 06/29/99
1622 MARIPOSA DR
DALLAS, TX 75228-3630

BOB R BARNARD CUST ALAN BRITT BARNARD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
4704 MILL CROSSING W
COLLEYVILLE, TX 76034-3681

BOB R BARNARD CUST DAVID MICHAEL BARNARD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
408 VINTAGE CT
COLLEYVILLE, TX 76034-7601

BOB R BARNARD CUST KENNETH BRYAN BARNARD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
8125 BEVERLY DR
N RICHLND HLS, TX 76180-1457

BOB TEED & ELIZABETH A TEED JT TEN
3065 140TH AVE
DORR, MI 49323-9531

BOBBETTE J COLLISON TR
BOBBETTE JANE COLLISON REVOCABLE TRUST UA 03/09/00
212 PATERSON BLDG
653 S SAGINAW ST
FLINT, MI 48502-1512

BOBBIE JEAN REDMER
& PAMELA SMITH & SHARON GOERS & SHEILA DANKERT JT TEN
3816 PARDEE
DEERBORN, MI 48124-3570

BOBBIE PARROTT
PO BOX 211007
DETROIT, MI 48221-5007

BOBBY G BENNETT & MARILYN ANN BENNETT JT TEN
PO BOX 771672
OCALA, FL 34477-1672

BOBBY G VERMILYE
958 PEINE RD
WENTZVILLE, MO 63385-2649

BOBBY HUNTER CUST BOBBY HUNTER JR
U/THE N C UNIFORM GIFTS TO MINORS ACT
2229 BRASSFIELD ROAD
RALEIGH, NC 27614-9696

BOBBY J WHITAKER
1302 N HEINCKE RD
MIAMISBURG, OH 45342-2010

BOBBY JOE MOSER CUST CORA ALICE MOSER
U/THE N C UNIFORM GIFTS TO MINORS ACT
331 STEELCREST RD
GRAHAM, NC 27253-9502

BOBBY JOE MOSER CUST MARY ROBIN MOSER
U/THE N C UNIFORM GIFTS TO MINORS ACT
331 STEELCREST RD
GRAHAM, NC 27253-9502

BOBBY RAY NORMAN & NORMA LEE NORMAN TR
BOBBY RAY NORMAN & NORMA LEE NORMAN LIVING TRUST
UA 04/05/95
4816 GRETNA GREEN LN
TYLER, TX 75703-2720

BONITA SHELTON
PO BOX 490712
ATLANTA, GA 30349-0712

BONNI L RHEINWALD & JESSICA N SHERRY TR
UA 10/24/2007 THOMAS P AND SHARYN B BRESNAHAN
92 GLENN HAVEN
SPENCERPORT, NY 14559

BONNI L RHEINWALD TR
UA 10/24/2007 THOMAS P AND SHARYN B BRESNAHAN
IRREVOCABLE TRUST
92 GLENN HAVEN
SPENCERPORT, NY 14559

BONNIE A REHBEIN
2202 MONOCACY ROAD
BALTIMORE, MD 21221-1527

BONNIE AILEEN HUT & ROBERT GINSBERG TR
JOSEPH GINSBERG TRST UA 04/01/57ROBERT GINSBERG
1712 JOHN ANDERSON DR
ORMOND BCH, FL 32176-3231

BONNIE J BECKER & JEFFREY A BECKER & BRIAN D BECKER
DAVID LEE BECKER & BONNIE JEAN BECKER TRUST UA
2/15/02
2620 SHATTUCK
SAGINAW, MI 48603-3344

BONNIE J BERGDOLT & NORMAN J BERGDOLT TR
BONNIE J BERGDOLT REV LIVING TRUST UA 10/12/98
5641 TAYLOR RD
VASSAR, MI 48768-9428

BONNIE L FUYTINCK & EDMOND H FUYTINCK TR
BONNIE L & EDMOND H FUYTINCK REV LIVING TRUST UA
07/30/98
671 ELM ST
MT MORRIS, MI 48458-1917

BONNIE L TOCKSTEIN
PO BOX 104
MUNGER, MI 48747-0104

BONNIE R STEWART CUST DONALD K STEWART
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
520 GREENWAY DR
DAVISON, MI 48423-1213

BOOKCLIFF COMMUNITY 4-H CLUB
TRI RIVER EXTENSION OFFICE
PO BOX 20000-5028
GRAND JUNCTION, CO 81501-2707

BORIS MARTYSZ
& BORIS MARTYSZ JR & IVAN MARTYSZ & SARAH MARTYSZ
WEBER JT TEN
2062 HURON ST
MARQUETTE, MI 49855-1430

BOYD L KINZLEY CUST MISS ANNA KINZLEY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
45 RUSTIC DR
LEOMINSTER, MA 01453-2650

BOYD MITCHELL GASTON & CHARLOTTE EMILY GASTON TR
BOYD M GASTON & CHARLOTTE EMILY GASTON TRUST UA
04/29/96
10001 WEST FRONTAGE RD 132
S GATE, CA 90280-5403

BOYD ROBERT PAPWORTH
PO BOX 870372
WOODS CROSS, UT 84087-0372

BRAD A LICHTENSTEIN
3936 BRIAR OAK DRIVE
BIRMINGHAM, AL 35243-4836

BRAD JEFFREY PALMER CUST MATTHEW JAMES BERNSTEIN
PO BOX 2306
CANYON COUNTRY, CA 91386-2306

BRAD STEIN
1107 S FINLEY RD
LOMBARD, IL 60148-3829

BRADLEY C STOCKER & MARTHA J STOCKER TR
UA 5/24/99 BRADLEY C STOCKER & MARTHA J
627 JULIAN
MARSHFIELD, MO 65706-1140

BRADLEY C SWANSON & CAROLYN K SWANSON TR
UA 01/20/2005 BRADLEY C & CAROLYN K SWANSON REV
1648 DENISON DR
SPRINGFIELD, IL 62704-4416

BRADLY S ROHLFS & KATHRYN L KILLIAN TR
BRADLY ROHLFS & KATHRYN KILLIAN REVOC TRUST UA
1/29/04
503 WEST 12TH ST
ANTIOCH, CA 94509-2261

BRAM M RUBENSTEIN & ROCHELLE M RUBENSTEIN JT TEN
1729 BRIDGEHAMPTON PLACE
EL CAJON, CA 92019-4171

BRENDA C BLAIR
PO BOX 310594
FLINT, MI 48531-0594

BRENDA J YOST
1690 130TH AVE
MORLEY, MI 49336-9076

BRENDA S CUNNINGHAM & MELVIN T CUNNINGHAM JT TEN
PO BOX 535 790 CROW CUT RD
FAIRVIEW, TN 37062-0535

BRENDA S RIDER
581 145TH AVE
CALEDONIA, MI 49316-9621

BRENDA SUE KINGLAND
36219 230TH AVE
FOREST CITY, IA 50436-7415

BRENDA WEINZAPFEL
3406 BERKELEY RD
ANDERSON, IN 46011-3810

BRENDAN T BYRNE CUST THOMAS BYRNE
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
101 HUN ROAD
PRINCETON, NJ 08540-6723

BRENT KLEIN
5800 SW 97TH STREET
MIAMI, FL 33156-2095

BRENT L PRICE
PO BOX 401212
REDFORD, MI 48240-9212

BRETT F STEINKE
4522 W ROTAMER RD
JANESVILLE, WI 53546-1024

BRETT N WEINKAUF
708 LINDEN ST
RAVENNA, OH 44266-2506

BRETT PERRY ORLANDO
PO BOX 403442
MIAMI BEACH, FL 33140-1442

BRIAN A CLARK
203-3999 ENEMARK CRESCENT
PRINCE GEORGE BC
V2N 2X8 CANADA

BRIAN A LEIDLEIN
29 LITTLE BROOK LN
NEWTOWN, CT 06470-2343

BRIAN CUTHBERT
C/O LAKES HEATING & A/C
2476 N TURKEYFOOT RD
AKRON, OH 44319-1139

BRIAN D HABECK & KAREN L HABECK TR
BRIAN D HABECK AND KAREN L HABECK REV TRUST UA
06/04/98
5612 TIFFANY LANE
MIDLAND, MI 48642-3185

BRIAN DAHL CUST BRANELLE C DAHL UTMA CA
PO BOX 662018
ARCADIA, CA 91066-2018

BRIAN DECKER
PO BOX 118093
CARROLLTON, TX 75011-8093

BRIAN E STEIN
9084 OSTRANDER RD
MAYBEE, MI 48159-9712

BRIAN H F HENRY
56 SAUNDERS RD
228283 SINGAPORE

BRIAN J GREINER
22509 ENGLEHARDT
SAINT CLAIR SHORES, MI 48080-2199

BRIAN L STEINMACHER & BARBARA E STEINMACHER JT TEN
2295 ORCHARD HILL RD
BELLAIRE, MI 49615-8450

BRIAN L TIMM
2697 127TH AVE
ALLEGAN, MI 49010-9248

BRIAN L TIMM & KAY B TIMM JT TEN
2697 127TH AVE
ALLEGAN, MI 49010-9248

BRIAN LINTON & BERENICE LINTON JT TEN
PO BOX 232025
ENCINITAS, CA 92023-2025

BRIAN MILLER
284 KLEINOW
RIVER ROUGE, MI 48218-1131

BRIAN R BREWER
SQN 205-D-502
70 843-040 BRASILIA-DF
BRAZIL

BRIAN SIMPSON
THE PARK PLACE
20721 123RD AVENUE
MAPLE RIDGE BC
V2X 4B1 CANADA

BRIAN W DOUGLAS & KATHLEEN M DOUGLAS TR
UA 03/20/08 DOUGLAS FAMILY TRUST
2314 MAR EAST ST
TIBURON, CA 94920-1925

BRIAN W STEINKE & SHARON L STEINKE JT TEN
23231 BRICK RD
SOUTH BEND, IN 46628-9722

BRIE K TENNIS & KELSEY B TENNIS JT TEN
PO BOX 110709
BIG BEAR LAKE, CA 92315-8928

BRIEN MCMAHON
PO BOX 240701
MEMPHIS, TN 38124-0701

BRIEN T MCNULTY & MAUREEN A LANAHAN TR
UA 03/20/92 CATHERINE A MCNULTY TRUST
16 NEWCASTLE RD
CLIFTON PARK, NY 12065-6120

BRIGITTE D THOMAS
PO BOX 310765
FLINT, MI 48531-0765

BRUCE A HEINRICH
11005 MATHIS MOUNTAIN RD SE
HUNTSVILLE, AL 35803

BRUCE A KLEIN
132 COLFAX ST
COUNCIL BLUFFS, IA 51503-3011

BRUCE A KLEIN & JACQUELINE KLEIN JT TEN
4276 SO 150 AVE
OMAHA, NE 68137-5148

BRUCE ALAN SILVER CUST BETH ERICA S ILVER
UNDER THE NJ UNIFORM GISTS TRANSFERS TO
18628 RIVER FALLS DR
DAVIDSON, NC 28036

BRUCE D BARNES
245-777 TERRACE DR
OSHAWA ON
L1G 2Z3 CANADA

BRUCE DICKSTEIN CUST NICOLE DICKSEIN UTMA IL
744 OLDE OAK DR
BOUBONAIS, IL 60914

BRUCE E BROWNSTEIN & ANDREA F BROWNSTEIN TEN ENT
132 RED RAMBLER DR
LAFAYETTE HILL, PA 19444-2109

BRUCE E KAUFFMAN
10475 126 B SHAYTOWN RD
MULLIKEN, MI 48861-9733

BRUCE E WRIGHT CUST DOROTHY K WRIGHT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
16115 KNOBHILL
LINDEN, MI 48451-8786

BRUCE EDWARD GROSSMAN
PO BOX 791567
SAN ANTONIO, TX 78279-1567

BRUCE G STEINER
202 N RACE ST
PO BOX 325
RICHLAND, PA 17087-0325

BRUCE H BROWN & ANITA L BROWN TR
UA 06/19/07 BRUCE & ANITA BROWN REV TRUST
1816 EAGLE GLEN DR
ROSEVILLE, CA 95661

BRUCE H CARMICHAEL & GEORGIA CONNON TR
BRUCE H & GEORGIANNA CARMICHAEL REVOCABLE
34795 CAMINO CAPISTRANO
CAPISTRANO BEACH, CA 92624-1720

BRUCE H SNELL JR
12 HIGH ST
WHITINSVILLE, MA 01588-2207

BRUCE J ATKINSON
PO BOX 431111
PONTIAC, MI 48343-1111

BRUCE J KLEIN
1219 CENTRAL AVE
SANDUSKY, OH 44870-3239

BRUCE J MCGURK & JANETTE R CUSHMAN TR
CUSHMAN & MCGURK REV TRUST UA 04/01/00
143 MEADOW VIEW ROAD
ORINDA, CA 94563-3250

BRUCE J WEINBERG & BONNIE WEINBERG JT TEN
119 DOUGLAS DR
TWP WASHINTON, NJ 07676-4503

BRUCE JAY LEVITIN
6100 TURNBERRY CT
DUBLIN, CA 94568-7463

BRUCE KENNETH OLSETH CUST BRETT KENNETH OLSETH
U/THE MINN UNIFORM GIFTS TO MINORS ACT
23790 LAWTONKA DRIVE
SHOREWOOD, MN 55331-1767

BRUCE L DONLEY & SOPHIE R DONLEY TR
BRUCE L & SOPHIE R DONLEY REV LIV TRUST UA 12/20/00
5932 VIENNA WAY
LANSING, MI 48917

BRUCE M CARSWELL & MARY ALICE CARSWELL TR
BRUCE & MARY ALICE CARSWELL FAMILY TRUST UA
04/07/97
621 MARINA CIR
DAVIS, CA 95616-2728

BRUCE P DAVIS & DOROTHY E DAVIS TR
BRUCE P DAVIS & DOROTHY E DAVIS TRUST UA 05/30/95
11945 74TH AVE N
SEMINOLE, FL 33772-5032

BRUCE RIVER CUST PEYTON CHRISTOPHER RIVER UTMA IA
6001 231ST AVE
MAQUOKETA, IA 52060-8760

BRUCE V BRYDE & VIVIAN E BRYDE TR
BRUCE V & VIVIAN E BRYDE TRUST UA 08/26/97
5617 SCHAFER RD
LANSING, MI 48911-4917

BRUCE W FEATHERS
139111 NE KLICKITAT CT
PORTLAND, OR 97230

BRUCE W GILLIES & SHIRLEY J GILLIES TR
BRUCE W & SHIRLEY J GILLIES TRUST UA 11/21/05
833 REFLETIONS LOOP E
WINTER HAVEN, FL 33884

BRUCE W NELSON CUST MARGARET A NELSON
U/THE S C UNIFORM GIFTS TO MINORS ACT
36 UNIVERSITY CIRCLE
CHARLOTTESVILLE, VA 22903-1833

BRUCE W SIELAFF CUST JONATHAN WHITNEY SIELAFF
U/THE CONN UNIFORM GIFTS TO MINORS ACT
130 COTTAGE ST
NEW HAVEN, CT 06511-2406

BRUNO BORTESI
VLN 1043
PO BOX 025685
MIAMI, FL 33102-5685

BRYAN A PRIES
C/O RALPH'S HEATING & A/C
W174 58109 ADAM CT
MUSKEGO, WI 53150

BRYAN R MCCARTHY & BARBARA MCCARTHY TR
UA 06/10/93 MCCARTHY FAMILY TRUST
100 THORNDALE DR UNIT #226
SAN RAFAEL, CA 94903-4560

BRYANT T GRANT JR
PO BOX 430291
PONTIAC, MI 48343-0291

BUDGET TAX & ACCOUNT GERALDINE L KLINGBEIL PRESIDEN
1780 W FITCHBURG RD
LESLIE, MI 49251

BUDNE C REINKE & DIANE C REINKE JT TEN
2503 HENDERSON AVE
SILVER SPRING, MD 20902-2039

BUELL JAMES FELTS
13508 117TH NE
KIRKLAND, WA 98034

BUFORD GOLDSTEIN CUST ROBERT MICHAEL GOLDSTEIN
U/THE TENN UNIFORM GIFTS TO MINORS ACT
4609 HARRYS LN
DALLAS, TX 75229-5408

BURDETTE C POLAND & NANCY A POLAND TR
UA 08/03/90 THE BURDETTE C POLAND & NANCY A
6285 MELITA RD
SANTA ROSA, CA 95409-5729

BURGESS PARR HUDSON & CAROLYN S HUDSON TR
HUDSON FAM LIVING TRUST UA 10/25/94
PO BOX 163777
AUSTIN, TX 78716-3777

BURKHARD BARTHOLOME
NEUE RHEINGAU STR 13
D-55129 MAINZ
GERMANY

BURNELL COOK CUST PHILLIP I COOK
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
2079 3RD CT
COLOMA, WI 54930-9451

BURNETTA SMITH CUST GARY R SMITH
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1185 US ROUTE 42
MASON, OH 45040-9675

BURT G LEWIS 3RD CUST SUZANNE C LEWIS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
32 GARRISON ST APT 40-305
BOSTON, MA 02116-5734

BURT KLEIN CUST STEVEN ALAN KLEIN UGMA NY
29 CLARIDGE CIR
MANHASSET, NY 11030-3928

BURTON C COON & ILLEEN J COON TR
UA 02/22/93 THE COON JOINT LIVING TRUST
PO BOX 354 LANE
LINDEN, MI 48451-0354

BURTON H PALMER CUST JONATHAN M PALMER
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
6319 HAMPTON PLACE
ELKRIDGE, MD 21075-6184

BURTON MORACHNICK CUST TAMI LYNN MORACHNICK
A MINOR U/ P L 55 CHAPTER 139 OF THE LAWS
7 OVERLOOK RD
SCARSDALE, NY 10583-3011

BURTON S PALMER & MARY C PALMER TR
UA 10/21/91 BURTON S PALMER & MARY C PALMER TRUST
PO BOX 537
STANDISH, MI 48658-0537

BURTROM L STAMPFL
18315 116TH ST
BRISTOL, WI 53104-9276

BYRON CHRISTOPHER SHUTZ JR
3306 181ST PLACE NE
REDMOND, WA 98052-5933

BYRON E BLANKINSHIP & MARY L BLANKINSHIP TR
BLANKINSHIP FAM TRUST UA 01/04/00
105 TEMELEC CIR
SONOMA, CA 95476-8021

BYRON L HUNSINGER & ALEENE HUNSINGER TR
HUNSINGER FAMILY LIVING TRUST UA 03/20/06
27 NORTHGREN PARKWAY PO BOX 375
BROWNSBURG, IN 46112-0375

BYRON LEE REINSCH
7370 S DECATUR BLVD
LAS VEGAS, NV 89139-5601

BYRON M GREEN
PO BOX 214257
AUBURN HILLS, MI 48321

BYRON SNIDER & HELEN SNIDER TR
BYRON SNIDER & HELEN SNIDER TRUST UA 09/29/92
224 EVERSOLE ST
HAZARD, KY 41701-1328

BYRON TAYLOR & JOANNE TAYLOR TR
UA 04/22/94 THE TAYLOR FAMILY REVOCABLE
BOX 577
WOODLAKE, CA 93286-0577

C A FLOWERS JR
PO BOX #970887
YPSILANTI, MI 48197-0815

C ALLISON GLOYD JR CUST CHARLES A GLOYD 3RD
U/THE DEL UNIFORM GIFTS TO MINORS ACT
11389 URIEVILLE LN
WORTON, MD 21678-1716

C ALLISON GLOYD JR CUST CHRISTINE A GLOYD
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
506 GLENNSIDE AVE CARRCROFT
WILMINGTON, DE 19803-4328

C ARTHUR SULLIVAN & CARMEL S SULLIVAN TR
C AND A SULLIVAN FAMILY TRUST 2/10/00
41 BRADLEY RD
UTICA, NY 13501-6618

C CLAIR GARRISON & SARABEL W GARRSION TR
UA 12/13/1996 C CLAIR GARRISON REV TRUST
1919 CANTERBURY ROAD
EMPORIA, KS 66801

C CLEVELAND GAMBILL
& EDWARD L GAMBILL JR EXEC U/W MARGARET CLEVELAND
GAMBILL
808 RUBEL AVENUE
LOUISVILLE, KY 40204-1727

C DEAN WILMOTH & HARRIETT O WILMOTH TR
UA 01/30/92 C DEAN WILMOTH & HARRIETT O WILMOTH
TRUST
8217 BROWNSVILLE LANE
BETHANY, OK 73008-3038

C DOUGLAS ACORD CUST ANGELO CHARLES ACORD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
48746 LORENZO DR
MACOMB, MI 48044-5603

C EUGENE DE GROFF TR
UA 05/27/92 C EUGENE DE GROFF REVOCABLE INTERVIVOS
TRUST
113 ROCKLAND RD
WASHINGTON, ME 04574-3039

C F LINDSAY HEWITT CUST C F LINDSAY HEWITT JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
17 RIDGE RD
COLD SPRING HARBOR, NY 11724-1809

C F SCHREIBER JR & I SCHREIBER TR
CHARLES F SCHREIBER JR CPA PROFIT SHARING TR UA
01/01/86
PO BOX 31402
WALNUT CREEK, CA 94598-8402

C FRANKLIN JORDAN & ANNE L JORDAN TR
UA 10/22/98 THE C FRANKLIN JORDAN REV
2828 MEADOWGREEN CT
CHESAPEAKE, VA 23321

C J MURPHY III CUST COLLEEN J MURPHY
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
517 WYCLIFF WAY
ALEX, LA 71303-2943

C JOSEPH YUNCKER & CATHERINE A YUNCKER TR
UA 09/23/90 C JOSEPH YUNCKER & CATHERINE
5543 PEMBROKE
SANTA BARBARA, CA 93111-1441

C KENNETH HOWELL & JEANNE I HOWELL TR
C KENNETH HOWELL LIVING TRUST UA 11/12/92
38 FAIRWAY DRIVE
ALEXANDRIA, IN 46001-2812

C LYNN STEINHAUS
PO BOX 1303
COLUMBIA, MO 65205-1303

C MAXWELL SCRIMGEOUR CUST KEVIN SCRIMGEOUR
U/THE MD UNIFORM GIFTS TO MINORS ACT
11112 MITSCHER ST
KENSINGTON, MD 20895-1322

C R WILSON
PO BOX 251143
PLANO, TX 75025-1143

C SAMUEL STEINMETZ CUST SCOTT M STEINMETZ UTMA MI
8500 DALTON RD
ONSTED, MI 49265-9633

C STANLEY FETTER CUST MISS SHARON R FETTER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
424 S COLUMBIA AVE
COLUMBUS, OH 43209-1629

C WALTER LINGERFELT & MRS DORIS G LINGERFELT TEN CO
SATIRO DE OLIVEIRA 6/1201
CHAME-CHAME
40 140-510 SALVADOR BA
BRAZIL

C WILLIAM PHILLIPS CUST DAVID W PHILLIPS
UNDER THE FLORIDA GIFTS TO MINORS ACT
6 MONTEREY CIR
ORMOND BEACH, FL 32176-2318

CALVARY EPISCOPAL CHURCH OF WILKES BARRE PA
371-373 N MAIN ST
WILKES-BARRE, PA 18702-4409

CALVIN HEINSOHN
1560 FM109
NEW ULM, TX 78950-5122

CALVIN L GRESS & JOAN M GRESS TR
CALVIN L & JOAN M GRESS LIVING TRUST UA 04/25/96
12144 SW EGRET CIRCLE #1104
LAKE SUZY, FL 34269-8795

CALVIN L SMITH & INEZ I SMITH TR
SMITH FAMILY REVOCABLE LIVING TRUST UA 10/22/96
40 SUN VALLEY DR
FREMONT, OH 43420-8421

CAMERON A MACDONALD & SARA LINDA DOMINGUEZ MACDO
THE CAMERON & LINDA TRUST UA 03/11/03
22342 HOMESTEAD PL
SANTA CLARITA, CA 91350-3673

CAMILE A DANGELO CUST DANIEL ANTHONY DANGELO
UNDER IL TRANSFERS TO MINORS ACT
23 HIDDEN GLEN DR
SPARTA, NJ 07871-3843

CAMPBELL M ANDERSON & MARY ANN E AMBROSINI-ANDERS
CAMPBELL & MARY ANN ANDERSON REV LIVING TRUST UA
04/26/99
44 REPOSA WAY
SAN FRANCISCO, CA 94127-1824

CANDICE A COOPER
ATTN CANDICE A COOPER-GREINKE
10166 64TH AVE
ALLENDALE, MI 49401-8357

CANUTO SANCHEZ JR & BEVERLY A SANCHEZ TR
CANUTO & BEVERLY SANCHEZ UA 09/22/98
BOX 373
SANTA ROSA, NM 88435-0373

CARA M FLAHERTY
PO BOX 542502
MERRITT IS, FL 32954

CARL A JOHNSON & ROSALIE R JOHNSON TR
UA 03/01/90 CARL A & ROSALIE R JOHNSON TRUST
3020 CANNON CT
DIAMOND SPRINGS, CA 95619-9672

CARL A WEINMAN & DOLORES C WEINMAN JT TEN
1590 CHAMPLIN
DELLWOOD, MO 63136-2111

CARL BERND TIMMER
CARL-SONNENSCHEIN-STR 77
41466 NEUSS
REPL OF
GERMANY

CARL C SCHREINER
5145 WHEELOCK ROAD
TROY, OH 45373-9545

CARL CIRINELLI & ALFRED A CIRINELLI TR
ANGELO & LAURETTA CIRINELLI TRUST UA 03/01/94
47 LENOX RD
ROCKAWAY, NJ 07866-2255

CARL D KIRTS & ARLENE C KIRTS TR
CARL D & ARLENE C KIRTS FAM TRUST UA 01/14/98
130 GOLANVYI TRL
VONORE, TN 37885-2688

CARL E HEINZ
8268 TUCKER RD R 2
EATON RAPIDS, MI 48827-9512

CARL ELWOOD LAINE & VIRGINIA E LAINE TR
UA 02/26/90 CARL ELWOOD LAINE & VIRGINIA E LAINE
600 GLORIA ROAD
ARCADDIA, CA 91006-2123

CARL G HOLSTEIN & SHARON L HOLSTEIN JT TEN
518 CLAIR HILL
ROCHESTER HILLS, MI 48309-2115

CARL G LEININGER
610 PHILADELPHIA RD
JOPPA, MD 21085-3121

CARL G SILVERNAIL & PHYLLIS M SILVERNAIL TR
CARL G & PHYLLIS M SILVERNAIL TRUST UA 12/14/00
6910 EAST SANILAC RD
KINGSTON, MI 48741-9308

CARL H CHORMAN & JOYCE A CHORMAN TR
CHORMAN FAMILY REVOCABLE TRUST UA 11/02/00
3235 ELIZABETH DR
UNIT 22
PERRY, OH 44081-9102

CARL H KOLB & JACQUELINE S KOLB TR
RICHARD E KOLB REV TRUST UA 06/20/05
530 WING PT
COLDWATER, MI 49036-8020

CARL H STEINBOCK
2321 STONEFIELD DR
FLUSHING, MI 48433-2664

CARL H TURBIN & L MABEL TURBIN TR
REV TR 01/19/90 U-A CARL H & L MABEL TURBIN
PO BOX 263
HARRISVILLE, MI 48740-0263

CARL J BLUMENSTEIN & A WILMA BLUMENSTEIN JT TEN
468 N 19TH
CANON CITY, CO 81212-2427

CARL J ESPOSITO & SALLY R ESPOSITO TR
ESPOSITO FAMILY REVOCABLE LIVINGTRUST UA 12/30/92
357 YVONNE DRIVE
YOUNGSTOWN, OH 44505-1968

CARL J KLEIN & MARGARET A KLEIN JT TEN
40020 VIA OPORTA
MURRIETA, CA 92562-5584

CARL J MONACO & ROSETTA M MONACO TR
UA 04/17/91 CARL J MONACO & ROSSETTA M MONACO REV
11 ROYAL PALM WAY UNIT 204
BOCA RATON, FL 33432-8714

CARL K LAPHAM
PO BOX 420461
PONTIAC, MI 48342-0461

CARL KOPCZYK & REBECCA KOPCZYK TR
UA 11/28/2006 CARL & REBECCA KOPCZYK LIV TRUST
37397 BRETT DRIVE
NEW BALTIMORE, MI 48047

CARL L BREITINGER & ELFREDA E BREITINGER TR
UA 12/04/85 BREITINGER FAMILY TRUST
25815 MCBEAN PK 171
VALENCIA, CA 91355

CARL L LONGWORTH JR & JEAN K LONGWORTH TR
LONGWORTH FAMILY LIVING TRUST UA 04/20/93
13 AMESBURY CT
CROSSVILLE, TN 38558-4404

CARL LEON ROBINSON & KATHRYN STOVER ROBINSON TR
ROBINSON FAMILY TRUST UA 08/06/87
5951 SADDLE HORSE AVE
LAS VEGAS, NV 89122-3412

CARL LEROY KLEIN
344 GROVE STREET
TONAWANDA, NY 14150-3952

CARL M ANDERSEN & MARJORIE E ANDERSEN TR
CARL M & MARJORIE E ANDERSEN REVOCABLE
116 CARAN ROAD
WILLIAMSBURG, VA 23185-2950

CARL MAGNANO CUST JAMES MAGNANO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
RD 2 2333 FARM TO MARKET RD
JOHNSON CITY, NY 13790-4511

CARL MYERS CUST CATHY MEYERS
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
BOX 722
SEARCHLIGHT, NV 89046-0722

CARL PURNELL CUST GARY PURNELL
U/THE ARKANSAS UNIFORM GIFTS TO MINORS ACT
3219 IMPERIAL VALLEY
LITTLE ROCK, AR 72212-3111

CARL PURNELL CUST JEFF PURNELL
U/THE ARKANSAS UNIFORM GIFTS TO MINORS ACT
140 RAVENWOOD PL
HOT SPRINGS, AR 71901-7335

CARL R HUBER & NANCY J HUBER TR
UA 04/11/91 CARL R HUBER & NANCYJ HUBER
5125 WOODHAVEN CT
FLINT, MI 48532-4195

CARL R MURPHY
#164
11300 124TH AVE N
LARGO, FL 33778-2752

CARL R WHALEN CUST CARL R WHALEN JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
153 LYNCH ROAD
ST MARYS, PA 15857-3536

CARL REINDL
95 WICKS RD
COMMACK, NY 11725-4415

CARL REINKE CUST JENNIFER JEAN REINKE UGMA NY
11 CEDAR LANE
SETAUKET, NY 11733-3101

CARL S KELLEY & MARY M KELLEY TR
UA 02/16/93 CARL AND LINDA KELLEY TRUST
1011 12 STREET
HUNTINGTON BEACH, CA 92648-3414

CARL STIER CUST BARBARA L STIER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
3060 GRAND BAY BLVD UNIT 175
LONGBOAT KEY, FL 34228-4179

CARL THOMAS BREININGER & LORRAINE CHARLOTTE BREINI
715 RIVERSIDE DR
TOMS RIVER, NJ 08753-7234

CARL V CARGILL JR TR
DECLARATION OF TRUST CARL VERL CARGILL JR UA 7/6/99
1167 EMERALD ST
SAN DIEGO, CA 92109-2921

CARL V WURSTER II & VIRGINIA B WURSTER TR
CARL & VIRGINIA WURSTER TRUST UA 07/27/04
548 GALEN CIRCLE
ANN ARBOR, MI 48103-6612

CARL W HOLSTEIN
504 OXFORD DR
HARRISON, AR 72601-4625

CARL W SIMCOX & MARTHA J SIMCOX TR
UA 03/17/94 CARL W SIMCOX & MARTHA J SIMCOX REV TR
7237 BISON
WESTLAND, MI 48185-4114

CARL WALTERS CUST ANDREW WHITFIELD WALTERS UNDER
MINROS ACT
4205 N LAKE SHORE DR
HARBOR SPGS, MI 49740-9123

CARL WELLINGTON KOINER & HELEN ELIZABETH KOINER TR
CARL WELLINGTON & HELEN ELIZABETH
1320 VINEYARD DR
TEMPLETON, CA 93465-9403

CARLA ANN GERSHBEIN SOLAR TR
CARLA ANN GERSHBEIN SOLAR TRUST UA 04/19/97
606 BORDEAUX COURT
BUFFALO GROVE, IL 60089-1047

CARLA S CONRADT
18191 536TH AVE
AUSTIN, MN 55912-5889

CARLA S SCHEIN
141 E 88TH ST
NEW YORK, NY 10028-1323

CARLEE H DIAZ USUFRUCTUARY DAVID D DIAZ & STEPHEN H
SUBJECT TO THE USUFRUCTUARY OF CARLEE H DIAZ
2504 CHUCHURA DR
BIRMINGHAM, AL 35244-2270

CARLEEN Y JOHNSON TR
& WALTER W JOHNSON TR UA 09/14/06 WALTER W
JOHNSON & CARLEEN Y
12368 PARKIN LN
FENTON, MI 48430

CARLENE B RYAN & WILLIAM P RYAN TR
CARLENE B RYAN LIVING TRUST UA 06/05/01
9207 LOVEJOY ROAD
LINDEN, MI 48451-9636

CARLETTA R GARLINGTON
PO BOX 171794
KANSAS CITY, KS 66117-0794

CARLOS A RICHTER CUST CARLOS A RICHTER
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
206 RIVERHILL BLVD
KERRVILLE, TX 78028-6531

CARLOS A SULZER
AV GOIAS #1805 G M BRASIL
SAO CAELANO DO SUL
SAO PAULO
09550-900 BRAZIL

CARLOS B BUECHLER
AV ATANTICA 3120 APT 2102
B CAMBORIU SANTA CATARINA
88330 000 BRAZIL

CARLOS E GAMEZ S
1210-760 MOHAWK RD W
HAMILTON ON
L9C 6P6 CANADA

CARLOS PEREZ CORDOVA
& LAURA ELENA PEREZ ALFARO & MAGDALENA S PEREZ
ALFARO JT TEN
1474 W PRICE RD 404
BROWNSVILLE, TX 78520-8687

CARLOTTA PIRANEO
2301 STEINWAY ST
LONG ISLAND CITY, NY 11105-1911

CARLTON A RASMUSSEN CUST SARA KIRSTEN RASMUSSEN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3272 VALLEY DRIVE
ALEXANDRIA, VA 22302-2108

CARLTON E BENJAMIN
& EVELYN M BENJAMIN & ELAINE ANN BENJAMIN ROSNER &
JUNE ELLEN HART TR
26 LOUISA COURT
NORTHPORT, NY 11768

CARLTON E BENJAMIN & EVELYN M BENJAMIN TR
BENJAMIN LIVING TRUST UA 08/25/97
26 LOUISA CT
NORTHPORT, NY 11768-3017

CARLTON R KLEIN
82-17 211TH ST
QUEENS VILLAGE, NY 11427-1313

CARLTON R RESNICK CUST MICHAEL L RESNICK
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
164 RIVERSIDE DR
DEERFIELD, IL 60015-4869

CARMELLA M GESCHWENDER
& RAYMOND L GESCHWENDER & RICHARD W
GESCHWENDER JT TEN
17 BRADWOOD RD
WEST SENECA, NY 14224-4221

CARMELO CARONE JR CARMELO A CARONE
& MRS MARY CATHERINE NICHOLSON JT TEN
PO BOX 2804
MARTINEZ, CA 94553-7804

CARMEN ESTUDILLO EXECUTRIX U-W ROBERTO ESTUDILLO
C/O CARMEN ESTUDILLO
PO BOX 430205
SAN YSIDRO, CA 92143-0205

CARMEN L WALTROUS
& LEONE L WALTROUS & CLARENCE L WALTROUS JR &
DOLORES L WALTROUS &
3046 BRIGHTON 3 RD ST
BROOKLYN, NY 11235-7409

CARMEN M LASAR & WALTER G GRADY TR
DANIEL H & CARMEN M LASAR LIVING TRUST UA 04/21/00
612 WATERVIEW ISLE
ALAMEDA, CA 94501-5650

CARMIN J MOUTINHO CUST CARMIN J MOUTINHO JR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
432 EAST ST
LUDLOW, MA 01056-3011

CARMINE J VITO CUST GREGORY JOHN VITO
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
24112 LAPWING LANE
LAGUNA NIGUEL, CA 92677-1381

CAROL A CARPENTER
27614 238TH AVE SE
MAPLE VALLEY, WA 98038-5103

CAROL A DUFFY & JEAN C DUFFY TR
UA 10/02/89 CAROL A DUFFY & JEANC DUFFY
4870 90TH PLACE S E
MERCER ISLAND, WA 98040-4702

CAROL A JAMIESON & CHRISTOPHER J REXIN TR
CAROL A JAMIESON TRUST UA 9/03/03
1309 SHOEMAKER
WESTLAND, MI 48185-7700

CAROL A LINDEMAN & CLAYTON F LINDEMAN JR TR
LINDEMAN FAMILY REVOCABLE LIVING TRUST UA 10/04/05
9898 EAST IDLEWOOD DR
TWINSBURG, OH 44087-1260

CAROL A SHAVER & LARRY R SHAVER TR
CAROL A SHAVER LIVING TRUST UA 07/14/05
274 E LIVINGSTON RD
HIGHLAND, MI 48356-3100

CAROL A SMALL & DELL J SMALL TR
DELL J & CAROL A SMALL LIVING TRUST UA 11/17/00
2356 ALLARD AVE
GROSSE POINTE WOOD, MI 48236-1914

CAROL ANN DOSSEY & RICHARD E DOSSEY TR
REVOCABLE TRUST UA 02/19/82 CAROL ANN
3739 BRIDGER DR N
CARMEL, IN 46033-4169

CAROL ANN LOZITO
PO BOX 670674
MARIETTA, GA 30066

CAROL ANN WATSON
PO BOX 442384
DETROIT, MI 48244-2384

CAROL ANN WESTFORT CUST SUSAN LYNN WESTFORT
U/THE CONN UNIFORM GIFTS TO MINORS ACT
543 ALLEN AVE
MERIDIAN, CT 06451-3607

CAROL ANNE SCHMAEDEKE
PO BOX 770756
2565 APRE SKI WAY
STEAMBOAT SPRINGS, CO 80477-0756

CAROL B KLEIN
2306 HAYWARD DRIVE
LOUISVILLE, KY 40242-6426

CAROL C WEINBERG & YVONNE S ALLISON JT TEN
4181 CR 5800
INDEPENDENCE, KS 67301-7962

CAROL CHADWELL PERSONAL REP
& ASSIGNEE OF THE ESTATE OF CRYSTAL V HOUSE
DECEASED
BOX 82
OTTER LAKE, MI 48464-0082

CAROL D ALEXANDER
& ERIC W ALEXANDER & JUDITH M ALEXANDER & ANDREA E
BINION JT TEN
1008 ARISTA BL
VALRICO, FL 33594-6729

CAROL D DUFF CUST CHRISTOFER HAMILTON DUFF
A MINOR UNDER THE LAWS OF GEORGIA
3031 NORTON COURT S E
SMYRNA, GA 30082-2127

CAROL D DUFF CUST JENNIFER LAUREN DUFF
A MINOR UNDER THE LAWS OF GEORGIA
3031 NORTON COURT S E
SMYRNA, GA 30082-2127

CAROL D WHITE & ROBERT A WHITE TR
ROBERT A & CAROL D WHITE REVOCABLE TRUST UA
07/22/99
509 ELM ST
HENDERSON, NV 89012-4583

CAROL DOBBERSTEIN
20811 SUNSET AVE
WARREN, MI 48091-4672

CAROL DOUCETTE
306-700 WILSON RD N
OSHAWA ON
L1G 7T5 CANADA

CAROL E CALSO & JOHN R CALSO TR
CAROL ELLEN CALSO TRUST NO 1 UA 5/25/00
53352 CHESIRE
SHELBY TWP, MI 48316-2713

CAROL FUGERE FRENCH USUFRUCT CHRISTIAN DMYTRO FR
& STEPHEN DMYTRO FRENCH NAKED OWNERS
1670 SHANNON DR
LEWISVILLE, TX 75077-2430

CAROL HELEN BEHLING & RICHARD ANTHONY BEHLING TR
UA 11/19/1996 THE BEHLING FAMILY TRUST
2543 CITRUS LN
LK HAVASU CTY, AZ 86403

CAROL J RUNKLE CUST MEGHAN ASHLEY RUNKLE
UNDER THEFLORIDA GIFTS TO MINORS ACT
1165 IVYGLEEN CIRCLE
BLOOMFIELD HILLS, MI 48304

CAROL KAUFMAN
6700 150TH AVE N LOT 219
CLEARWATER, FL 33764-7181

CAROL L MACLEOD
306-700 WILSON RD N
OSHAWA ON
L1G 7T5 CANADA

CAROL L WILLIAMS
#124 1859 WOODWAY PL
BURNABY BC
V5B 4T6 CANADA

CAROL LEBRECHT
5850 207 ST ST
BAYSIDE, NY 11364-1731

CAROL LEE STEIN
10427 TIFFANY VILLAGE CT
ST LOUIS, MO 63123-8000

CAROL LOUISE THOMAS CUST CHARLES JOSEPH THOMAS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 1615
NAPLES, FL 34106-1615

CAROL LOW CUST JAMES RICHARD LOW
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
19543 PARSONS AVE
CASTRO VALLEY, CA 94546-3418

CAROL M NORFLEET & RONALD J C NORFLEET TR
CAROL MARIE NORFLEET REVOCABLE TRUST UA 05/17/99
PO BOX 204
WILLISTON, FL 32696-0204

CAROL MARIE BOESPFLUG
25720 136TH AVE SE
KENT, WA 98042-3522

CAROL MOORE SKINNER
2608 182ND PL
REDONDO BCH, CA 90278-4504

CAROL O JENNINGS CUST CONLEY D SHAVER
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
ATTN CAROL O MCELROY
103 BURROW COURT
LEXINGTON, NC 27295-9087

CAROL P JONES & ELMER W JONES TR
CAROL P JONES LIVING TRUST UA 02/09/99
2006 HALYARD LANE
RESTON, VA 20191-3610

CAROL PRINCE
PO BOX 211040
DETROIT, MI 48221-5040

CAROL R GOLDSTEIN
17 LUSITANO RD
MANALAPAN, NJ 07726-9572

CAROL R LEVINE CUST DEBRA K LEVINE
A MINOR U/ARTICLE 8-A OF THE PERS PROPERTY LAW OF
NEW
4 EQUESTRIAN COURT
UPPER BROOKVILLE, NY 11545-2638

CAROL R REINKE
2555 ANDEN PLACE
SAGINAW, MI 48604-9740

CAROL R REINKE & NORMAN R REINKE JT TEN
2555 ANDEN PLACE
SAGINAW, MI 48604-9740

CAROL REINER
4/101 ELVIRA STREET
PALMYRA WA
6157 AUSTRALIA

CAROL ROTH BEDIGIE
& JEAN-CLAUDE BEDIGIE & MICHELLE J CHIRPICH
& DANIELLE N BEDIGIE JT TEN
2212 BUSHNELL DR
COLUMBIA, MO 65201-6112

CAROL S FIER CUST LINDA BETH SHEIN FIER UGMA NY
330 LINDEN LN
MERION, PA 19066-4211

CAROL SALOMON CUST PATTI SALOMON
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
265 12 POINT BUCK TRL
DURANGO, CO 81301-8943

CAROL SALOMON CUST SID SALOMON
UNDER THE MISSOURIUNIFORM GIFTS TO MINORS LAW
265 12 POINT BUCK TRL
DURANGO, CO 81301-8943

CAROL T & MICHAEL A COLOTTI TR
CAROL T & MICHAEL A COLOTTI REVOCABLE TRUST UA
09/22/98
38 CARRIAGE HOUSE LN
BOXFORD, MA 01921-1608

CAROL WEINBERG
520 MANSION DR
BRENTWOOD, TN 37027-5903

CAROL WEINMAN
80 NORTH MOORE ST APT 23G
NEW YORK, NY 10013-2733

CAROL WINANT
PO BOX 351242
PALM COAST, FL 32135

CAROLE ABRAMS
301 174TH ST
L01
SUNNY ISL BCH, FL 33160-3228

CAROLE C COOPER CUST KATHLEEN COOPER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
C/O KATHLEEN COOPER
4680 SW DOGWOOD DRIVE
LAKE OSWEGO, OR 97035-8412

CAROLE D FRAZZINI TR UA 07/14/2005 CAROLE D FRAZZINI LIV
10619 221ST LN NE
UNIT 204
REDMOND, WA 98053-2019

CAROLEE CHRISMAN CUST DARYL ROBERT CHRISMAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3428 ADAMS SHORE DR
WATERFORD, MI 48329-4202

CAROLEE CHRISMAN CUST SHARON RENEE CHRISMAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3428 ADAMS SHORE DR
WATERFORD, MI 48329-4202

CAROLEE CHRISMAN CUST VICKI LYNN CHRISMAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3428 ADAMS SHORE DR
WATERFORD, MI 48329-4202

CAROLINE E HAUSLER TR
CAROLINE E HAUSLER TRUST UA 04/25/89 AMENDED
01/03/96
526 WARWICK DR
VENICE, FL 34293-4220

CAROLINE L STEIN TR U/DECL OF TR WITH CAROLINE L STEIN
BOX 6065
NORTH PLYMOUTH, MA 02362-6065

CAROLINE M PETRONI TR
THE FRANK D PETRONI & CAROLINE MPETRONE
SURVIVOR'S TR 09/15/87
6805 ALMADEN ROAD
SAN JOSE, CA 95120-3105

CAROLINE R HAINKA CUST RYAN DAVID HAINKA UTMA MN
8880 235TH STREET W
LAKEVILLE, MN 55044-8523

CAROLINE S PERRY
PO BOX 190024
BURTON, MI 48519-0024

CAROLINE SILVERMAN CUST NORMAN SILVERMAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3 METAWA LN
RIVERWOODS, IL 60015-3551

CAROLYN A ELFORD TR
CAROLYN A ELFORD REVOCABLE LIVING TRUST UA 04/13/06
1687 WADE RD
OWOSSO, MI 48867-9368

CAROLYN I DIMMIG & JAMES D DIMMIG & L JAMES BRANGAN T
UW DONALD E DIMMIG FBO CAROLYN I
BRANGAN C/O 608 HUNTINGDON PIKE
ROCKLEDGE, PA 19046

CAROLYN J WYZGOSKI TR
UNDER TRUST AGREEMENT 08/05/86 M-B CAROLYN J
WYZGOSKI
38 SMITH DR
PONTIAC, MI 48341-1855

CAROLYN JEAN WRIGHT CUST DAVID M WRIGHT III
UNDER THE FLORIDA GIFTS TO MINORS ACT
4291 LANTERN DR
WINSTON SALEM, NC 27106-2021

CAROLYN JOHNK
24334 490TH
HANCOCK, IA 51536-4198

CAROLYN K HENDERSON TR
UA 06/15/2007 JOSEPH B HENDERSON & CAROLYN K
HENDERSON TRUST
30929 TAIL FEATHER RUN
LAUREL, DE 19956

CAROLYN K MC CONOMY & LOWELL H DUBROW TR
U-A WITH GERALD MC CONOMY 5/10/79
315 KEITHWOOD ROAD
WYNNEWOOD, PA 19096-1213

CAROLYN KIDD PLUNK TR
UA 11/21/88 KATHARINE EDWARDS KIDD & HARVEY T KIDD
65 PARKWAY COVE E
HERNANDO, MS 38632-1200

CAROLYN LEE BEASLEY TR UA 06/08/2007 DOUGLAS RAYMON
& CAROLYN LEE BEASLEY AB LIVING TRUST
74 LA CUESTA RD
ORINDA, CA 94563

CAROLYN LOVE CUST KIMBERLY ANNE LOVE
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3280 JULIO AVENUE
SAN JOSE, CA 95124-2431

CAROLYN M HUCKELS TR
UA 10/09/2008 CAROLYN M HUCKELS REVOCABLE LIVING
TRUST
4008 PAUMIER AVE NE
LOUISVILLE, OH 44641

CAROLYN R PEZZULICH
PO BOX 383612
WAIKOLOA, HI 96738-3612

CAROLYN R SCHICKEL
460-125 PONDEROSA BLVD
JANESVILLE, CA 96114-9420

CAROLYN R WYCKOFF
PO BOX 860336
ST AUGUSTINE, FL 32086-0336

CAROLYN RITA S WATSON TR
CAROLYN RITA S WATSON FAMILY TRUST UA 08/07/97
306 BREWSTER RD
MADISONVILLE, LA 70447-9320

CAROLYN S DOERFERT & GUNTHER H DOERFERT TR
GUNTHER AND CAROLYN DOERFERT TRUST UA 08/15/03
3613 LAKE SHORE DR
KINGSPORT, TN 37663-3373

CAROLYN S GREENE
23302 127TH SE
KENT, WA 98031-3662

CAROLYN S WEINSTEIN
48 WEATHERBEE DR
WESTWOOD, MA 02090-2137

CARRIE B WHITING
7118 DELL ROSE DR
DALLAS, TX 75214-3506

CARROLL F MARQUARD &LUNA F MARQUARD TR
CARROLL & LUNA MARQUARD TRUST 12/10/86
BOX 1609
RANCHOSANTA FE, CA 92067-1609

CARROLL G ARNDT & EVELYN E ARNDT TR
CARROLL G ARNDT LIVING TRUST UA 05/22/97
104 COLUMBIA AVENUE
ELYRIA, OH 44035-6002

CARROLL G SMYLOR
PO BOX 310604
FLINT, MI 48531-0604

CARROLL W LOCKMAN & SHIRLEY E LOCKMAN TR
UA LOCKMAN LIVING TRUST 03/23/92
23006 N 32ND DR
PHOENIX, AZ 85027-1098

CARTHONE WHITING
1590 LEMON TREE DR
CINCINNATI, OH 45240-2837

CARY S WINSLOW
PO BOX 2562 931 WHITEDALE
VISALIA, CA 93277

CASEY BORKOWICZ CUST BARRY T BORKOWICZ
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1572 MARQUETTE AVE
NAPERVILLE, IL 60565-6711

CASEY L STENGEL
C/O ALAN STENGEL
40946 178TH ST E
LANCASTER, CA 93535-7517

CASIMER C RADOMSKI & MARY E RADOMSKI TR
CASIMER RADOMSKI TRUST UA 09/13/99
4557 LOWER RIVER RD
LEWISTON, NY 14092

CASIMIR L RYGIEL CUST ALYCE M RYGIEL
U/THE N C UNIFORM GIFTS TO MINORS ACT
5605 GLENBROOK CIRCLE
PLANO, TX 75093-2429

CASIMIR L RYGIEL CUST DAVID J RYGIEL
U/THE N C UNIFORM GIFTS TO MINORS ACT
14 OVERTURE LN
ALISO VIEJO, CA 92656-2816

CASIMIR L RYGIEL CUST JAMES A RYGIEL
U/THE N C UNIFORM GIFTS TO MINORS ACT
36964 TINA DR
FARMINGTON HILL, MI 48335-3657

CASIMIR L RYGIEL CUST ROBERT C RYGIEL
U/THE N C UNIFORM GIFTS TO MINORS ACT
5605 GLENBROOK CIR
PLANO, TX 75093-2429

CASSANDRA DENISE LUCKETT
PO BOX 401011
REDFORD, MI 48240-9011

CATHERINE A CHRIST & MARGARET M CHRIST TR
CATHERINE A CHRIST TRUST UA 10/22/98
2520 WITTERS ST
SAGINAW, MI 48602-3863

CATHERINE A GREENE TR
UA 02/22/2007 DOLORES M DOMAGATA DECLARATION OF
TRUST
2568 COUNTY ROAD 500N
EL PASO, IL 61738

CATHERINE A ONEIL CUST CATHERINE T ONEIL
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 1123
SOUTH DENNIS, MA 02660-1123

CATHERINE ALEMI PALMERINO TR
CATHERINE ALEMI PALMERINO FAMILY TRUST UA 02/22/97
42 EUSTIS AVE
WAKEFIELD, MA 01880-1547

CATHERINE B CUBBERLEY & JUDITH C LEGRAND & WILLIAM (
CUBBERLEY FAMILY TRUST UA
PO BOX 95
WILSON, NC 27894-0095

CATHERINE B MAYHEW CUST ANN CATHERINE MAYHEW
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4474 CHERRYWOOD DR
TROY, MI 48098-4260

CATHERINE C EWING
P O BOX 780578
SEBASTIAN, FL 32978

CATHERINE D WALLACK CUST TERESA MARGARET WALLACK
A MINOR UNDER PL 55 CH 139 OF THE LAWS OF NEW
JERSEY
8 CLARKS LN
NIANTIC, CT 06357-1532

CATHERINE DALIA
45 BERKSHIRE RD
WHITING, NJ 08759-3228

CATHERINE G DUFFEY & BARBARA D BOYLE TR
UA 02/18/2003 WORTHER A DUFFEY FAMILY TRUST
130 COOK LANE
STOCKBRIDGE, GA 30281

CATHERINE H MOODY
10817 176TH CIRCLE NE
REDMOND, WA 98052-7216

CATHERINE HOUSER CUST PHILIP J HOUSER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
33 MEADOWBROOK ROAD
LONGMEADOW, MA 01106-1340

CATHERINE JENSEN
1549 380TH ST
OSAGE, IA 50461-8059

CATHERINE L KLEINWEBER TR UA 03/13/1992 KLEINWEBER F/
1229 BONNIEVIEW AVE
LAKEWOOD, OH 44107

CATHERINE L TRANKINA TR
THE CATHERINE L TRANKINA LIVING TRUST UA 11/09/92
34 LANCASTER CT
BURR RIDGE, IL 60521-7931

CATHERINE M DUNN TR
FLOYD K DUNN & CATHERINE M DUNN RESIDUAL TRUST UA
08/30/93
38460 TIMPANOGAS CIR
FREMONT, CA 94536-1853

CATHERINE M VERPAELE TR
CATHERINE M VERPAELE REVOCABLE TRUST UA 09/17/97
8521 CANAVERAL BLVD #15
CAPE CANAVERAL, FL 32920-2640

CATHERINE M WATSON TR
CATHERINE M WATSON REVOCABLE LIVING TRUST UA
03/24/00
PO BOX 914
PENNEY FARMS, FL 32079-0914

CATHERINE MARY DAVIS TR
CATHERINE MARY DAVIS REV LIVING TRUST UA 10/21/05
377 WEST OLD MY MARIA RD
SPRUCE, MI 48762

CATHERINE P HOOD
104-1385 COMMISSIONERS ROAD W
LONDON ON
N6K 1E2 CANADA

CATHERINE R HOUSER CUST PHILIP J HOUSER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
33 MEADOWBROOK ROAD
LONGMEADOW, MA 01106-1340

CATHERINE S MEINCK
701 RUNNING DEER DRIVE
COLUMBIA, TN 38401-8003

CATHERINE STENSON CUST PAUL BRIAN STENSON
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
4537 BUTTERFIELD ROAD
HILLSIDE, IL 60162-1354

CATHERINE VIRGINIA WOOD TR
CATHERINE VIRGINIA WOOD REVOCABLE TRUST UA
08/12/98
415 RUSSELL AVE APT 1116
GAITHERSBURG, MD 20877

CATHERINE Y RUBINSTEIN & JOSEPH A RUBINSTEIN TR
UA 06/27/83 CATHERINE RUBINSTEIN REV TRUST
5237 LAGORCE DR
MIAMI BEACH, FL 33140-2105

CATHY HEYMANN
1496 102ND AVE
PLAINWELL, MI 49080-9703

CATHY L MC CARTHY
2257 136TH AVE
DORR, MI 49323-9539

CATHY NICHOLS
2257 136TH AVE
DORR, MI 49323-9539

CECELIA BETTS
17602 118TH TR N
JUPITER, FL 33478-4784

CECELIA M PAVICH
PO BOX 990823
NAPLES, FL 34116

CECELIA MAYHEW A/K/A M CECELIA MAYHEW TR
CECELIA MAYHEW REVOCABLE TRUST UA 01/29/00
20 LENZ ST
MANCHESTER, NH 03102-4918

CECELIA ROBBINS CUST BURTON ALDRICH ROBBINS
U/THE VA UNIFORM GIFTS TO MINORS ACT
8211 ORVILLE ST
ALEXANDRIA, VA 22309-1047

CECIL F ESENWEIN & ADA G ESENWEIN TR
ESENWEIN FAMILY REVOCABLE LIVINGTRUST UA 01/09/93
521 OLD NORTH STREET
COLUMBIANA, OH 44408-1115

CECIL M BLACKSHEAR & VIVIAN L BLACKSHEAR TR
BLACKSHEAR FAMILY REV LVG TRUST UA 1/7/00
2242 HEWITT-GIFFORD RD
WARREN, OH 44481-9116

CECIL R BALCOM
11632 FILER DRIVE
STERLING HEIGHTS, MI 48312-5037

CECILIA A JONES
PO BOX 423075
KISSIMMEE, FL 34742-3075

CELENA L EINFELDT
736 CYPRESS BEND DR
BOERNE, TX 78006-7411

CELESTE JOHNSTON FLEMING CUST ANNE JOHNSTON FLEMI
U/THE COLO UNIFORM GIFTS TO MINORS ACT
435 CARR ST
DENVER, CO 80226-1316

CELESTIA E REEVES
PO BOX 352051
WESTMINSTER, CO 80035-2051

CELESTIA E REEVES GUARDIAN FOR LEE REEVES III
PO BOX 352051
WESTMINSTER, CO 80035-2051

CELIA SCHWARTZ
251 174TH ST APT 1119
MIAMI BEACH, FL 33160-3357

CENTRAL SCHOOL DISTRICT NO 2 OF THE TOWNS OF GERMAN
FALLS & COLUMBIA R P GERSTENBERG SCHOLARSHIP
FUND
MOHAWK CENTRAL SCH DIST
MOHAWK, NY 13407

CESAR ABBOTT
PO BOX 630136
BRONX, NY 10463-0805

CHAIM SHATAN CUST GABRIELLE SHATAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
60 PARK TERRACE WEST A-34
NEW YORK, NY 10034-1305

CHANDLER M CATON CUST PHILIP B CATON
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
23 EAST WELLING AVENUE
PENNINGTON, NJ 08534-3321

CHANDLER STEIN
1420 WINDING OAKS CIRCLE W
#A301
VERO BEACH, FL 32963-4088

CHARDELLE A ADELSON EX EST WALTER J SCHANDEIN
34 OVERLY N COURT
THE WOODLANDS, TX 77381

CHARLES A ADAMS TR
UA 03/31/96 ADAMS FAMILY TRUST UNDER MAVIS B ADAMS
TRUST
6265 SW 110TH ST
MIAMI, FL 33136

CHARLES A ADAMS TR
UW ARTICLE ELEVENTH MARGUERITE J ADAMS F-B-O
CHARLES A ADAMS
6265 SW 110TH ST
MIAMI, FL 33156-4063

CHARLES A ADAMS TR
UW ARTICLE TENTH MARGUERITE J ADAMS F-B-O CHARLES
A ADAMS
6265 SW 110TH ST
MIAMI, FL 33156-4063

CHARLES A CASS & SHIRLEY F CASS TR
CHARLES A CASS & SHIRLEY F CASS TRUST UA 03/28/95
8041 DELLROSE AVE
BROOKSVILLE, FL 34613-5763

CHARLES A EVANS
1606-1045 QUAYSIDE DRIVE
NEW WESTMINSTER BC
V3M 6C9 CANADA

CHARLES A GARTLAND TR UA 09/18/71 MICHAEL P GARTLAND
& JOHN GARTLAND & PATRICK M GARTLAND TR
1661 LA FRANCE ST NE UNIT 324
ATLANTA, GA 30307-2182

CHARLES A GESWEIN
1531 S CHERRY CREEK LN
WARSAW, IN 46580-7691

CHARLES A JORDAN CUST SCOTT K JORDAN
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
808 MURL DR
IRVING, TX 75062-4459

CHARLES A KUBITZ CUST KIM M KUBITZ
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
8 GREENBRIAR COURT
BOWLING GREEN, OH 43402-1612

CHARLES A SCHAFFER & MARLENE M SCHAFFER TR
THE SCHAFFER TRUST UA 3/29/99
7564 GLENCOE DR
CEDARBURG, WI 53012-9786

CHARLES A WEST & CAROL V WEST TR
CHARLES A WEST & CAROL V WEST REVOCABLE TRUST UA
10/21/85
3461 MILITARY AVE
LOS ANGELES, CA 90034-6001

CHARLES ALFRED DENNIS & DELLA MARIE DENNIS TR
DENNIS FAM TRUST UA 04/23/97
2726 COUNTY RD 775
LOUDONVILLE, OH 44842-9683

CHARLES B BLUM
#20 9505 176 STREET
EDMONTON AB
T5T 5Z4 CANADA

CHARLES B GRIGGS & STELLA F GRIGGS & CHARLES R GRIGGS
GRIGGS FAMILY TRUST UA 03/17/04
3626 PARK LAWN DR
ST LOUIS, MO 63125-2461

CHARLES B OCONNOR SR & THERESA M OCONNOR TR
OCONNOR FAMILY TRUST UA 09/27/02
3257 TILDEN AVE
LOS ANGELES, CA 90034-3030

CHARLES B STANTON JR & ANNETTE C STANTON TR
UA 02/17/94 THE STANTON FAMILY TRUST
633 ULTIMO AVE
LONG BEACH, CA 90814-2048

CHARLES BAUDER & ARLENE BAUDER TR
CHARLES & ARLENE BAUDER REV TRUST UA 10/10/98
1241 PASEO DE GOLF
GREEN VALLEY, AZ 85614-3605

CHARLES BORNSCHEIN & MRS ELISE B BORNSCHEIN JT TEN
202 RUSTIC RD
LAKE RONKONKOMA, NY 11779-1706

CHARLES C BLINCOE CUST DANIEL S BLINCOE
U/THE KENTUCKY UNIFORM GIFTS TO MINORS ACT
107 CAMBRON DR
BRADSTOWN, KY 40004-2245

CHARLES C GIARRATANO CUST RONALD J GIARRATANO
A MINOR U/ART EIGHT-A OF THE PERS PROPERTY LAW OF
NEW YORK
7232 RICHMOND HEIGHTS LN
LAS VEGAS, NV 89128-3103

CHARLES CARPENTER CUST SUSAN P CARPENTER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
281 STRONG RD
CORNWALLVILLE, NY 12418-1444

CHARLES D DOWELL & ELIZABETH L DOWELL TR
CHARLES D & ELIZABETH L DOWELL JT LIVING
11232 STANLEY LANE
TWINSBURG, OH 44087-2672

CHARLES D GRAZIANO CUST CRAIG FRANCIS GRAZIANO
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
1302 CUMMINS PARKWAY
DES MOINES, IA 50311-1932

CHARLES D GRAZIANO CUST KIMBERLY R GRAZIANO
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
1302 CUMMINS PARKWAY
DES MOINES, IA 50311-1932

CHARLES D MARTIN CUST MARY MARTIN
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
1701 RIDGE RD
LIBRARY, PA 15129-8958

CHARLES D MARTIN CUST MISS BETH MARTIN
U/THE PA UNIFORM GIFTS TO MINORS ACT
1701 RIDGE RD
LIBRARY, PA 15129-8958

CHARLES D MILLER & GLORIA M MILLER TR
UA 10/02/92 CHARLES D MILLER & GLORIA M
204 S RIVERSIDE DR
INDIALANTIC, FL 32903-4368

CHARLES D ROGERS CUST RICHARD C ROGERS
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1133 SHADY MILL RD
CORONA, CA 91720-5837

CHARLES E & PATRICIA A VANOVERBEKE TR
PATRICIA A & CHARLES VANOVERBEKEREVOCABLE
48317 FORBES STREET
NEW BALTIMORE, MI 48047-2276

CHARLES E ALCORN & KATHLEEN T ALCORN TR
ALCORN FAM LIVING TRUST UA 05/10/95
3206 WALDMAR
TOLEDO, OH 43615-1443

CHARLES E BOMBARDIER & EDITH L BOMBARDIER & JOHN B(
WOOD SUE ELLEN BOMBARDIER JT
11311 N 99TH AVE
# 219
PEORIA, AZ 85345-5466

CHARLES E CONDON CUST CHARLES E CONDON 3RD
U/THE CONN UNIFORM GIFTS TO MINORS ACT
PINE RIDGE ROAD
HARWINTON, CT 06790

CHARLES E DOUBLESTEIN
1913 OLE CUTLER'S PASS
HASTINGS, MI 49058-8000

CHARLES E EWING & NAOMI EWING TR
UA 6/16/92 THE CHARLES E EWING &NAOMI E EWING TR
704 BEACH BUGGY LANE
LINDEN, MI 48451-9663

CHARLES E FREDERICK & MARIAN F FREDERICK TR
CHARLES E & MARIAN F FREDERICK FAMILY TRUST UA
06/16/99
11114 WEBSTER RD
CLIO, MI 48420-8208

CHARLES E GOULD & MARYLYN BOYLE & JOHN F GOULD TR
CHARLES E GOULD FAMILY TRUST UA 5/15/03
61 HALVORSEN AVENUE
HULL, MA 02045-2037

CHARLES E HEINICKE
226 NORTH MAIN
KENT CITY, MI 49330-9111

CHARLES E JORDAN & DIANA N JORDAN JT TEN
3-6-20 SHIMORENJAKU
MITAKA-SHI
TOKYO
181-0013 JAPAN

CHARLES E KIELY JR TR
UA 07/06/94 CHARLES E KIELY JR REVOCABLE LIVING TRUST
5 HEDGEGROW LANE
CINCINNATI, OH 45220-1507

CHARLES E KLEIN
2102 CLEVELAND ST
COOPERSVILLE, MI 49404-9642

CHARLES E NICHOLS CUST CHARLES WILLIAM NICHOLS
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
617 E LACY ST
PALESTINE, TX 75801-2965

CHARLES E NICHOLS CUST MISS CATHY ANN NICHOLS
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1 RAMBLING RD
PALESTINE, TX 75801-4655

CHARLES E NICHOLS CUST MISS SUSAN MARIE NICHOLS
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1 RAMBLING RD
PALESTINE, TX 75801-4655

CHARLES E RAY
PO BOX 430196
PONTIAC, MI 48343-0196

CHARLES E REINKING & JANET J REINKING JT TEN
3330 RAINDROP DR
COLORADO SPRINGS, CO 80917-3210

CHARLES E ROBINSON & JANET R ROBINSON TR
UA 01/12/93 CHARLES E ROBINSON AND JANET R ROBINSON
TRUST
6630 BUCKTHORN DR NW
ROCHESTER, MN 55901

CHARLES E SCHWARTZ & SHIRLEY R SCHWARTZ TR
CHARLES E SCHWARTZ REV TRUST UA 09/28/95
25836 DUNDEE RD
HUNTINGTON WOODS, MI 48070-1306

CHARLES E SHERMAN CUST CHARLES H SHERMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
4521 RIDGELAND DR
LILBURN, GA 30047-4347

CHARLES ELLISON & CLAIRE ELLISON TR
CHARLES & CLAIRE ELLISON TRUST UA 5/8/01
92818 LAKESHORE DR
LANGLOIS, OR 97450-9721

CHARLES EPSTEIN
9 DURANT WAY
WORCESTER, MA 01602-2920

CHARLES F BELLAVIA & PATRICIA BELLAVIA TR
UA 11/07/1996 BELLAVIA LIVING TRUST
4166 SONIA ST
LIVERMORE, CA 94550

CHARLES F COLWELL & CAROLYN F COLWELL TR
CHARLES F & CAROLYN F COLWELL IRR TRUST UA 11/23/99
PO BOX 667
STURBRIDGE, MA 01566-0667

CHARLES F LEPPLA JR CUST CHERYL M LEPPLA
U/THE COLO UNIFORM GIFTS TO MINORS ACT
1333-44TH SW
SEATTLE, WA 98116-1616

CHARLES F MILON CUST MARK STEPHEN MILON
U/THE PA UNIFORM GIFTS TO MINORS ACT
1940 GREAT FALLS ST
MC LEAN, VA 22101-5420

CHARLES F PHELPS JR & MARGARET P PHELPS TR
CHARLES F PHELPS JR & MARGARET P PHELPS TRUST UA
04/21/95
4648 SELWOOD RD
RICHMOND, VA 23234-3611

CHARLES F SANDERS & MILDRED J SANDERS TR
UA 07/09/86 CHARLES F & MILDRED J SANDERS
1105 HUNTINGTON ST
HUNTINGTON BCH, CA 92648-4117

CHARLES F VERCELLOTTI JR FRANCES GENEVIEVE VERCELL
& WILLIAM A MALCOM JR JT TEN
2742 NE 31ST ST
LIGHTHOUSE POINT, FL 33064-8533

CHARLES FEDALEN CUST CHARLES H FEDALEN JR
A MINOR U/ CAL GIFTS OF SECS TO MINORS ACT
29 CEDAR RIDGE
IRVINE, CA 92612-3610

CHARLES G BEYER & LOIS M BEYER TR
CHARLES G BEYER FAM LIVING TRUSTUA 05/14/96
31681 MCNAMEE
FRASER, MI 48026-2650

CHARLES G BORLAND & ARLENE M BORLAND TR
BORLAND REVOCABLE TRUST UA 10/21/02
16137 SHERIDAN
BYRON, MI 48418-9522

CHARLES G CIFUNI & STEPHEN J CIFUNI TR
POMPELIA CIFUNI TRUST UA 12/23/94
11 COREY
MALDEN, MA 02148-1116

CHARLES G HALL
PO BOX 770489
OCALA, FL 34477-0489

CHARLES G KRISTENSON & JEANNETTE A KRISTENSON TR
KRISTENSON FAM 2002 TRUST UA 04/19/02
387 BAY VIEW TERRACE
COSTA MESA, CA 92627-1482

CHARLES G STALKER & NENITA M STALKER TR
CHARLES G & NENITA M STALKER REVOCABLE LIVING
1729 OLD HOMESTEAD DR
ROCHESTER HILLS, MI 48306-3651

CHARLES G STRATTAN
PO BOX 160883
MIAMI, FL 33116-0883

CHARLES GEORGE ZEBERLEIN JR
3748 BOWERS ROAD
STEWARTSTOWN, PA 17363

CHARLES H B MORGAN & SHIRLEY R MORGAN TR
CHARLES & SHIRLEY MORGAN TRUST UA 12/15/97
5265 AVENIDA DEL SOL
LAGUNA WOODS, CA 92637-1805

CHARLES H DAUM JR CUST CHARLES H DAUM 3RD
A MINOR PURS TO SECS 1339 19-TO 1339 26-INCL
617 MARINER WAY
ALTAMONTE SPG, FL 32701-5420

CHARLES H EARLAM & MARGARET E EARLAM TR
UA 09/02/93 THE CHARLES H EARLAM& MARGARET E
154 UNIVERSITY DR
HOWELL, MI 48843-1756

CHARLES H F BLUMELING 3RD CUST CHARLES H F BLUMELIN
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
28 POPLAR GROVE TERRACE
WEST MILFORD, NJ 07480-4033

CHARLES H F BLUMELING 3RD CUST GARY R A BLUMELING
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NEW JERSEY
44 E BROAD ST
BERGENFIELD, NJ 07621-3004

CHARLES H F BLUMELING 3RD CUST KATHERINE A BLUMELIN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
44 E BROAD AVE
BERGENFIELD, NJ 07621-3004

CHARLES H GRAY JR CUST LINDA CAROL GRAY
UNDER THE FLORIDA GIFT MINORS ACT
222 EAGLE DRIVE
P C BEACH, FL 32407-2820

CHARLES H GROVES & CONSTANCE L GROVES TR
CHARLES & CONSTANCE GROVES REVOCABLE TRUST UA
09/05/95
400 E SCHREYER PL
COLUMBUS, OH 43214-2214

CHARLES H HANSON & JEAN K HANSON TR
UA 11/02/93 THE HANSON FAMILY REVOCABLE LIVING
TRUST
609 STRUMBLY DR
CLEVELAND, OH 44143-1953

CHARLES H HEAD & FREDA P HEAD TR
CHARLES & FREDA HEAD LIVING TRUST UA 10/31/00
1226 HILLSHIRE RD
BALTIMORE, MD 21222-1243

CHARLES H JELLOIAN & LINDA M JELLOIAN TR
JELLOIAN FAM TRUST UA 05/23/94
21135 CELTIC ST
CHATSWORTH, CA 91311-1467

CHARLES H MOORE & PHYLLIS A MOORE TR
CHARLES H MOORE REV LIV TRUST UA 04/25/00
3458 TAGGETT LAKE DR
HIGHLAND, MI 48357-2637

CHARLES H PERFATER CUST MISS SUSAN ELIZABETH PERFA
A MINOR U/P L 55 CHAP 139 OF THE
8 AQUITONG LANE
TRENTON, NJ 08628-1601

CHARLES H ROBINETT
PO BOX 223 1712 GRENADA BLVD
GREENWOOD, MS 38930-4715

CHARLES H SCHWAB & CHARLES A SCHWAB TR
UA 09/23/08 CHARLES H SCHWAB REVOCABLE TRUST
32 BRIARWOOD CIRCLE
NEEDHAM HGTS, MA 02494

CHARLES H SPICKLER & MELENIA A SPICKLEY TR
CHARLES H & MELENIA A SPICKLER LIVING TRUST UA
03/08/01
147 ARDELEAN DRIVE
OWOSSO, MI 48867-1213

CHARLES H SPILLANE & ELIZABETH B SPILLANE TR
SPILLANE FAM LIVING TRUST UA 04/04/95
7209 MORRISH RD
SWARTZ CREEK, MI 48473-7623

CHARLES H STANLEY SR & MARIAN I STANLEY TR
UA 05/04/93 STANLEY FAMILY TRUST
425 STROUSE LANE
SANDUSKY, OH 44870-1420

CHARLES H STEINBRINK
5411 OLD STATE RD
NATIONAL CITY, MI 48748-9432

CHARLES H VOTRIAN & VERNA AM VOTRIAN TR
C V VOTRIAN & V A M VOTRIAN TRUST UA 12/20/91
105 EDWARD ST
O'FALLON, IL 62269-2453

CHARLES H WINTERSTEIN & LAURA J WINTERSTEIN TEN ENT
850 LEISTERS CHURCH ROAD
WESTMINSTER, MD 21157-6425

CHARLES HENRY LEE SLICHTER
A MINOR UNDER GUARDIANSHIP OF SHIRLEY SLICHTER
REED
ROUTE 2
BOX 90
DELANO, CA 93215-9790

CHARLES HESTER CUST DANIEL TYLER HESTER
A MINOR UNDER THE LAWS OF GEORGIA
5392 MANDARIN CIRCLE
HIXSON, TN 37343-6800

CHARLES I PARLIMENT III CUST CHARLES I PARLIMENT IV
UNDER THE FLORIDA GIFTS TO MINORS ACT
C/O PARLIMENT STEEL PRODUCT
3031 WESTSIDE BLVD
JACKSONVILLE, FL 32209-2715

CHARLES J ALEXANDER & CAROLYN L ALEXANDER TR
ALEXANDER FAM TRUST UA 11/18/96
7815 ABERDEEN ROAD
BETHESDA, MD 20814-1101

CHARLES J CLINTON CUST MISS ANN ELIZABETH CLINTON
U/THE NEBR UNIFORM GIFTS TO MINORS ACT
13946 W WESLEY AVE
LAKEWOOD, CO 80228-4812

CHARLES J DOHERTY JR & RICHARD J DOHERTY TR
DOHERTY FAMILY 1998 REVOCABLE TRUST UA 04/30/98
76 CHANNING RD
WATERTOWN, MA 02472-3340

CHARLES J FRYE & GERTRUDE M FRYE TR
CHARLES J & GERTRUDE M FRYE TRUST UA 09/16/93
111 WEST PARK AVE APT 420
AURORA, IL 60506-4083

CHARLES J GAYDOS & ADELAIDE A GAYDOS TR
CHARLES & ADELAIDE GAYDOS LIVING TRUST UA 12/29/98
1700 S RIVER RD
APT 260
JANESVILLE, WI 53546

CHARLES J LINE CUST JAMES C LINE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
4626 MUMFORD
HOFFMAN ESTATES, IL 60195-1100

CHARLES J MC CORMICK CUST PATRICK EDWARD MC CORMI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
17 SANDRA AVE
PLATTSBURGH, NY 12901-2409

CHARLES J MEYERS CUST CHARLES JOHN MEYERS 3RD
U/THE PA UNIFORM GIFTS TO MINORS ACT
213 HAWTHORNE BLVD
LEESBURG, FL 34748-8642

CHARLES J POWLEY & JANET E POWLEY TR
POWLEY FAM LIVING TRUST UA 05/05/97
1934 KAY LN DEERFIELD
SURFSIDE BEACH, SC 29575-5418

CHARLES J ROUCHKA TR UA 5/28/86 SURVIVOR'S TR OF THE (
ROUCHKA & FAYE S ROUCHKA FAM TR
40 ERNHOFER DR
CARMEL, NY 10512-4308

CHARLES J SCHULTZ CUST PETER J SCHULTZ
A MINOR PURSUANT TO SEC 1339 19-TO 1339 26-INCL
178 W BRIDGE DRIVE
BEREA, OH 44017-1550

CHARLES J SIPEK TR UA 10/15/93 CHARLES J SIPEK TR # I
448 E JOLIET HWY
NEW LENOX, IL 60451-1913

CHARLES J SIPEK TR UA 10/15/93 CHARLES J SIPEK TRUST #
448 E JOLIET HWY
NEW LENOX, IL 60451-1913

CHARLES J VARGO & ELIZABETH A VARGO TR
VARGO FAM LIVING TRUST UA 02/25/995
2319 S DURAND RD
LENNON, MI 48449-9717

CHARLES JAMES BASIL CUST CHRISTINE ELIZABETH BASIL
UNDER THE NY UNIF GITS TO MINORS ACT
690 W FERRY ST
BUFFALO, NY 14222-1606

CHARLES JAMES DERRINGTON TR
CHARLES JAMES DERRINGTON 2002 TRUST UA 03/07/02
711 SANDLEWOOD AVE
LA HABRA, CA 90631-7248

CHARLES JAMES WEINSCHREIDER III
11521 WINTER VIEW AVE
LAS VEGAS, NV 89135

CHARLES K KROLL & KATHLEEN R LARSON & DAVID C KROLL
3033 DEINDORFER
SAGINAW, MI 48602-3539

CHARLES K LOVENSTEIN
458 S HARRISON RD
HOUGHTON LAKE, MI 48629-8613

CHARLES K MESSICK CUST CHARLES K MESSICK 2ND
U/THE DEL UNIFORM GIFTS TO MINORS ACT
204 S ASHVIEW LN
WILMINGTON, DE 19807-2171

CHARLES KLEIN
PO BOX 9022
WARREN, MI 48090-9022

CHARLES KRONENWETTER
25025 200TH AVE SE
MAPLE VALLEY, WA 98038-8501

CHARLES L BRAUSER & MARCIA M BRAUSER TR
BRAUSER FAMILY TRUST UA 10/24/01
706 E FELLOWS DR
ORANGE, CA 92865-2855

CHARLES L COOLEY
PO BOX 380901
BIRMINGHAM, AL 35238-0901

CHARLES L HAND & DORIS M HAND TR
CHARLES L HAND & DORIS M HAND LIVING TRUST UA
01/24/89
1871 SKYLINE WAY
FULLERTON, CA 92831-1936

CHARLES L JENKINS
401-900 WILSON RD N
OSHAWA ON
L1G 7T2 CANADA

CHARLES L JERNSTROM & LOIS J JERNSTROM TR
JERNSTROM FAMILY TRUST 09/23/87
161 BRADLEY DRIVE
SANTA CRUZ, CA 95060-2540

CHARLES L KLEINSCHMIDT CUST THE ANDY KLEINSCHMIDT
UNDER THE AZ UNIF GIFTS TO MINORS ACT
15314 US 224
VAN WERT, OH 45891-8744

CHARLES L PARCELL & ALICE C PARCELL TR
UA 05/09/91 PARCELL REVOCABLE TRUST
5460 S INDIGO DR
GOLD CANYON, AZ 85218-5082

CHARLES L SWANSON
BOX 893077
OKLAHOMA CITY, OK 73189-3077

CHARLES L WHITLOW
PO BOX 250015
FRANKLIN, MI 48025-0015

CHARLES M BARNARD & GAYLE I BARNARD TR
UNDER TRUST 03-26-85OF THE BARNARD TR
P O BOX 5571
SANTA BARBARA, CA 93150

CHARLES M BROWN & CHARLES MARK BROWN TR
CHARLES M BROWN TRUST UA 10/22/97
10652 PEACH ORCHARD ROAD
HARRISBURG, NC 28075-9684

CHARLES M ERWIN CUST DAN R ERWIN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
3205 LAUXMONT DR
SPRINGFIELD, IL 62707-8716

CHARLES M GABRYS TR
UA 10/18/2000 HARRY C GABRYS REVOCABLE LIVING TRUST
16201 BEECHWOOD
BEVERLY HILLS, MI 48025

CHARLES M GROMEK
81 PINE RIDGE BLVD
WHITING, NJ 08759-3535

CHARLES M KENNEDY & RUTH A KENNEDY TR
CHARLES M KENNEDY LIVING TRUST UA 08/10/94
6184 DAUSMAN PARK
CLARKSVILLE, MI 48815

CHARLES M MARTIN & EILEEN N MARTIN TR
MARTIN FAM LIVING TRUST UA 09/28/95
8832 WASHINGTON COLONY DR
CENTERVILLE, OH 45458-3315

CHARLES MCCORKLE & DAPHENE MCCORKLE TR
CHARLES E & DAPHNE M MCCORKLE LIVING TRUST UA
07/22/98
60 CLUB HOUSE LN
GREENEVILLE, TN 37743-8968

CHARLES MURPHY
& HARRIET MURPHY & GEORGE L MURPHY & MARY LEE
MURPHY JT TEN
406 W WALNUT
ST CHARLES, MI 48655-1264

CHARLES N COLEMAN
PO BOX 210954
DALLAS, TX 75211-0954

CHARLES N LETOSKY JR & LOUISE E LETOSKY TR
CHARLES N LETOSKY & LOUISE E LETOSKY REV TRUST UA
05/12/00
119 CHOCTAW TRAIL
PRUDENVILLE, MI 48651-9725

CHARLES NORTON JOHNSTON & DOROTHY IRENE JOHNSTON
CHARLES NORTON JOHNSTON REVOCABLE TRUST UA
12/18/96
9515 BRUCE DR
SILVER SPRING, MD 20901-4813

CHARLES P COSTELLO CUST CHARLES A COSTELLO
U/THE WISC UNIFORM GIFTS TO MINORS ACT
1947 EASTWOOD AVE
JANESVILLE, WI 53545-2607

CHARLES P COSTELLO CUST STEVEN M COSTELLO
U/THE WISC UNIFORM GIFTS TO MINORS ACT
22411 W 45TH ST
SHAWNEE, KS 66226-2461

CHARLES P LUSHER SR & JANNIE M LUSHER JT TEN TOD CHA
SUBJECT TO STA TOD RULES
10407 CYPRESS DR
KANSAS CITY, MO 64137

CHARLES P LUSHER SR & JANNIE M LUSHER JT TEN TOD PAT
SUBJECT TO STA TOD RULES
10407 CYPRESS DR
KANSAS CITY, MO 64137

CHARLES P MACDONALD CUST CHARLES P MACDONALD UNI
NC
60 EXECUTIVE CIR
DALZELL, SC 29040-8664

CHARLES P OBRIEN CUST MAUREEN M OBRIEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1016 KING PLACE DR
COLUMBUS, GA 31904

CHARLES P PROVENCHER & JOSEPHINE A PROVENCHER TR
PROVENCHER FAMILY REVOCABLE LIVING TRUST UA
10/06/03
26151 SUSAN
TAYLOR, MI 48180-3026

CHARLES P TICHACEK & MILDRED G TICHACEK TR
CHARLES P & MILDRED G TICHACEK JOINT REVOCABLE
5652 EICHELBERGER ST
ST LOUIS, MO 63109-2805

CHARLES P WILFONG & HAZEL J WILFONG TR
CHARLES P WILFONG LIVING TRUST UA 02/04/99
509 S ORANGE ST
APT 214
KALKASKA, MI 49646-8827

CHARLES P WILFONG HAZEL J WILFONG TR
UA 02/04/99 CHARLES P WILFONG LIVING T
509 S ORANGE ST
APT 214
KALKASKA, MI 49646-8827

CHARLES P WILFONG TR
CHARLES P WILFONG REVOCABLE LIVING TRUST UA
02/04/99
509 S ORANGE ST
APT 214
KALKASKA, MI 49646-8827

CHARLES PHILLIPS
PO BOX #368316
CHICAGO, IL 60636-8316

CHARLES R DIETZEL & MARGARET E DIETZEL TR
CHARLES R DIETZEL & MARGARET E DIETZEL REV LVG
TRUST UA5/27/98
6617 CLAREMONT
RAYTOWN, MO 64133-5440

CHARLES R ELLIOTT & LOU ANN ELLIOTT TR
CHARLES R ELLIOTT REVOCABLE TRUST UA 09/17/97
6576 ILEX CIRCLE
NAPLES, FL 34109-8813

CHARLES R EVANS SR & CORINNE J EVANS TR
CORINNE EVANS & CHARLES EVANS LIVING
49 BUTTERNUT DR
NORWICH, CT 06360-3023

CHARLES R HEINZ
1222 WILLIAMS AVE
BOWLING GREEN, KY 42104-4651

CHARLES R HEINZ & JANET L HEINZ JT TEN
1222 WILLIAMS AVE
BOWLING GREEN, KY 42104-4651

CHARLES R HOUSER
1992 MANOR LN
MUNDELEIN, IL 60060-1431

CHARLES R LONG TR
UA 09/26/2006 CHARLES R LONG AND K ELIZABETH LONG
TRUST
2001 W RUDASILL RD
APT 5303
TUCSON, AZ 85704-7840

CHARLES R MCKAY & VENESSA H MCKAY TR
CHARLES R MCKAY & VENESSA H MCKAY LIVING TRUST UA
10/02/91
304 MARLINSPIKE DR
SEVERNA PARK, MD 21146-3309

CHARLES R MEIN & SHARON L MEIN JT TEN
1901 MEADOW RIDGE
WALLED LAKE, MI 48390-2655

CHARLES R MOORE & SUZANNE M MOORE TR
CHARLES & SUZANNE M MOORE REV TRUST
9165 SW 14TH STREET APT 1201
BOCA RATON, FL 33428

CHARLES R PARMELEE CUST GWYNNE Y PARMELEE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3364 E LAKESHORE DRIVE
TALLAHASSEE, FL 32312-1441

CHARLES R PRATHER CUST DAVID B PRATHER
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
PO BOX 858
ST JOSEPH, IL 61873-0858

CHARLES R SCHWEINSBERG III
301 SUMMIT AVE
ELLWOOD CITY, PA 16117-2841

CHARLES R SUTTON & JESSLYN M SUTTON TR
CHARLES R SUTTON & JESSLYN M SUTTON REV TRUST UA
5/14/99
5471 N 1100 E
SHERIDAN, IN 46069-8838

CHARLES RASOWSKY CUST EDWARD RASOWSKY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
18 VALLEY DRIVE
WEST SAND LAKE, NY 12196-1739

CHARLES S GROSCHE & MARY JUNE GROSCHE TR
CHARLES S GROSCHE REVOCABLE TRUST
944 S PENINSULA DR #502
DAYTONA BEACH, FL 32118-4784

CHARLES S GUENZER & PETER M GUENZER TR
ANNETTE Z GUENZER REV TRUST UA 02/24/92
3852 GROVE AVENUE
PALO ALTO, CA 94303-4538

CHARLES S PORTER CUST CARRIE MERILYS PORTER
UNDER THE SOUTH DAKOTA U-G-M-A
ATTN CARRIE M TSCHETTER
29750 HWY 34
PIERRE, SD 57501-0085

CHARLES S TREADWELL & MARGARET M TREADWELL JT TEN
PO BOX 382095
GERMANTOWN, TN 38183-2095

CHARLES SCHWAB & CO INC CUST DENNIS W WARD
101 MONTGOMERY STREET
SAN FRANCISCO, CA 94104-4122

CHARLES SCHWAB CUST ANDREA J DUNCAN ANDREA J DUN(
DTD 11-20-85
ATTN SECURITIES OPERATIONS
2423 E LINCOLN DR
PHOENIX, AZ 85016

CHARLES SCOTT BRESHEARS TR
CHARLES SCOTT BRESHEARS REVOCABLE TRUST UA
10/19/01
3632 SOUTHSHORE BAY COVE
SHERWOOD, AR 72120-4287

CHARLES SHIPTON & LORETTA SHIPTON TR
UA 07/01/92 THE CHARLES SHIPTON & LORETTA
28781 STATE ST
ELDORADO, IA 52175

CHARLES SHWAB & CO FBO KEITH A MCKINLEY
101 MONTGOMERY ST
SAN FRANCISCO, CA 94104-4122

CHARLES STURZ CUST CHARLES RONALD STURZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3 FROG ROCK RD
ARMONK, NY 10504-1013

CHARLES SWIFT TREADWELL
PO BOX 382095
GERMANTOWN, TN 38183-2095

CHARLES T GREENWAY CUST THOMAS C GREENWAY
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
300 BEDFORD ROAD
MORRIS, IL 60450-1340

CHARLES T JOHNSTON
PO BOX 510385
NEW BERLIN, WI 53151

CHARLES V MORAN & LORENE G MORAN TR
UA 11/09/90 CHARLES V MORAN & LORENE G
2863 SHAKESPEAR
91108 SAN MARINO

CHARLES W CARTER
PO BOX 126255
FORT WORTH, TX 76126-0255

CHARLES W DRYER & BETTY K DRYER TR
UA 12/20/93 THE CHARLES W DRYER LIVING TRUST
6919 CASTLE MANOR DRIVE
INDIANAPOLIS, IN 46214-3624

CHARLES W EVANS
PO BOX 620456
OVIEDO, FL 32762-0456

CHARLES W GILLAM & MARY JANE GILLAM TR
UA 04/20/93 GILLAM REVOCABLE LIVING TRUST
1920 S COURTLAND AVE
KOKOMO, IN 46902-2050

CHARLES W MEYER & VERA M MEYER TR
UA 11/23/93 THE CHARLES AND VERA MEYER REVOCABLE
TRUST
43326 W OSTER DR
MARICOPA, AZ 85238-8969

CHARLES W RANTALA SR & CELIA R RANTALA TR
CHARLES W RANTALA SR & CELIA R RANTALA REVOCABLE
1417 SOUTH 13TH STREET
VIRGINIA, MN 55792-3342

CHARLES W RICHARDS & RUBY J RICHARDS TR
UA 03/29/07 CHARLES & RUBY RICHARDS REV LIVING
4245 GRAYTON
WATERFORD, MI 48328

CHARLES W STEINHELPER
8851 CEDAR DR
CLARKSTON, MI 48348-4211

CHARLES W WINEINGER
1496 WEST HWY U
TROY, MO 63379-4181

CHARLES WOODS CUST DAVID DWIGHT WOODS
U/THE ALABAMA UNIFORM GIFTS TO MINORS ACT
ONE WCOV AVE
MONTGOMERY, AL 36111-2099

CHARLES WOODS CUST RICHARD P WOODS
U/THE ALABAMA UNIFORM GIFTS TO MINORS ACT
1 WCOV AVE
MONTGOMERY, AL 36111-2099

CHARLETTA F MITCHELL
PO BOX 180087
SHELBY TWNSP, MI 48318-0087

CHARLETTA F PRATER & ROSETTA PRATER JT TEN
PO BOX 180087
SHELBY TWP, MI 48318-0087

CHARLOTT JESSE
AM KLUTSTEIN 12
BERGISCH-GLADBACH
51467 GERMANY

CHARLOTT R MARSHALL & RONALD D MARSHALL TR
UA 08/08/09 CHARLOTT R MARSHALL LIVING TRUST
1178 E 346TH ST
EASTLAKE, OH 44095

CHARLOTTE A BUCK TR
CHARLOTTE ANN BUCK REVOCABLE LIVING TRUST UA
02/28/01
405 CAMINO MOJADO
SIERRA VISTA, AZ 85635-3137

CHARLOTTE A HEMPHILL CUST NICOLE MONICA HEMPHILL A
CALIFORNIA U-G-M-A
552 DORY LANE
REDWOOD CITY, CA 94065-1208

CHARLOTTE A THIESSEN TOD NEINA THIESSEN SUJECT TO S
2470 W HEIL AVE
EL CENTRO, CA 92243-3530

CHARLOTTE A WHEELER CUST CRAIG BRIAN WHEELER
UNDER THE LAWS OF OREGON FOR
PO BOOX 165
MERRIFIELD, VA 22116

CHARLOTTE BERNSTEIN CUST RICHARD DOUGLAS BERNSTE
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF NEW
YORK
8610 GARFIELD ST
BETHESDA, MD 20817-6704

CHARLOTTE BURGIN CUST DIANE BURGIN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
24000 DUFFIELD ROAD
CLEVELAND, OH 44122-3115

CHARLOTTE C SNYDER TR
UA 01/11/1995 ROBERT J SNYDER & CHARLOTTE C SNYDER
TRUST
3365 BROOKGATE DRIVE
FLINT, MI 48507

CHARLOTTE EINSTEIN
6 WHITETAIL RD
ELYSBURG, PA 17824

CHARLOTTE G SHEEHAN TR
CHARLOTTE G SHEEHAN REVOCABLE LIVING TRUST UA
07/02/97
13863 S MANDARIN CT
PLAINFIELD, IL 60544-9336

CHARLOTTE HEINRICH & BRUCE M HEINRICH JT TEN
6105 CUTHBERT RD
WHITE LAKE, MI 48386-1027

CHARLOTTE I LIPKIN & JAYNE S LIPKIN & PAUL J LIPKIN TR
CHARLOTTE I LIPKIN TRUST UA 10/20/97
666 W GERMANTOWN PIKE #1510
PLYMOUTH MTNG, PA 19462

CHARLOTTE KIMBERLY REEVES CHRISTA MICHELLE REEVES
REEVES&LINDA CHARLENE REEVES U/GDNSHP OF IRMA
LEWIS
6 CHARLAND FOREST
ASHEVILLE, NC 28803-9672

CHARLOTTE M DONOVAN CUST LORI DONOVAN
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
5604 WEMBLEY CT
CLARKSTON, MI 48346-3061

CHARLOTTE M DONOVAN CUST PATRICIA DONOVAN
A MINOR U/THE LAWS OF THE STATE OF MICH
5604 WEMBLEY CT
CLARKSTON, MI 48346-3061

CHARLOTTE M HANSEN TR
CHARLOTTE M HANSEN REVOCABLE LIVING TRUST UA
04/01/98
5731 SHIRL ST
CYPRESS, CA 90630-3324

CHARLOTTE PATMOR DANN TR
UA 07/18/94 THE CHARLOTTE PATMOR DANN REVOCABLE
TRUST
1888 WESTLAKE RD
WELLS, VT 05774-9624

CHARLOTTE PRINCE HEINE
5751 FITCH RD
NORTH OLMSTED, OH 44070

CHARLOTTE RUBINSTEIN GOLDFARB TR
UA 06/04/91 CHARLOTTE RUBINSTEIN GOLDFARB TRUST
2101 LUCAYA BEND H3
COCONUT CREEK, FL 33066-1146

CHARLOTTE V MCGREW & CHERYL L ROOP TR
KENNETH G & CHARLOTTE V MCGREW REVOCABLE TRUST
UA 11/15/94
5432 TREESIDE DR
CARMICHAEL, CA 95608-5957

CHARLTON ROWLAND
BOX 150852
NASHVILLE, TN 37215

CHAUNCEY F CAMBERS & JEAN M CAMBERS JT TEN TOD CHA
SUBJECT TO STA TOD RULES
1704 HIGHLAND DRIVE
INDEPENDENCE, MO 64057-1037

CHE ZURO WHITING
PO BOX 273
EDEN, UT 84310

CHEN HWA KWAN CUST DAVID KWAN
A MINOR U/ART 8-A OF THE PERSONAL PROP LAW OF N Y
1909 DAY STREET
ANN ARBOR, MI 48104-3603

CHENG SHUNG FU & GRACIE FU TR
CHENG SHUNG FU PENSION TRUST FUND 4/24/81
30 TROYVIEW LN
WILLIAMSVILLE, NY 14221-3522

CHERYL A BLAKELEY
800089 S 3330 RD
CARNEY, OK 74832

CHERYL A OLLILA
PO BOX 182280
UTICA, MI 48318-2280

CHERYL A WATANABE
20503 123ST CT E
BONNEY LAKE, WA 98391-7448

CHERYL ANNE HANSEN-ROSENAUER CUST IAN BRYCE ROSE
MISSOURI TRANSFER TO MIN LAW
5580 STATE ROUTE H SE
AGENCY, MO 64401

CHERYL C FIELDS & SHELLEY L VICKERY TR
CHERYL C FIELDS TRUST UA 4/14/00
10053 MACLURA CT
FAIRFAX, VA 22032-3601

CHERYL C HEIN
211 N MAPLE RD
SALINE, MI 48176-1219

CHERYL FINKELSTEIN
4121 SHALLOW BROOK LN
OLNEY, MD 20832-2804

CHERYL GUSTOFSON SMITH CUST AARON W SMITH
A MINOR UNDER THE LAWS OF GEORGIA
3389 COUNTRY LANE
GAINESVILLE, GA 30506-3702

CHERYL L BLANKENBILLER
PO BOX 892213
OKLAHOMA CITY, OK 73189

CHERYL L KLEINHANS
10314 DIVISION
COLUMBUS, MI 48063-4002

CHERYL L NICOLLS TR
CHERYL L NICOLLS IRREVOCABLE TRUST UA 12/07/02
ELLEN ANNE NICOLLS
17509 RADCLIFFE PL
WILDWOOD, MO 63025-2368

CHERYL L REINHARDT
3390 SOUTH WEHR
NEW BERLIN, WI 53146-2542

CHERYL N VAN ZEE
25311 472ND AVE
BALTIC, SD 57003-5803

CHERYL N VANZEE & DALE A VANZEE JT TEN
25311 472ND AVE
BALTIC, SD 57003-5803

CHERYLENE O G C CHONG & NATHAN W K CHONG TR
CHERYLENE O G C CHONG TRUST UA 9/03/01
5607 KANAU ST
HONOLULU, HI 96821-2016

CHESTER A LEWANDOWSKI & LORRAINE K LEWANDOWSKI TR
UA 10/01/91 CHESTER A LEWANDOWSKI
9420 E SUTTON DR
SCOTTSDALE, AZ 85260-4366

CHESTER EUGENE STEPHENS
PO BOX 875910
WASILLA, AK 99687-5910

CHESTER F O'BRIEN & MARY F O'BRIEN TR
UA 08/13/91 CHESTER F O'BRIEN & MARY F
1407 AZALEA DR
ST LOUIS, MO 63119-4501

CHESTER F ROSHAK & SOPHIE C ROSHAK TR
UA 04/13/92 THE CHESTER F ROSHAK& SOPHIE C
338 NW 42ND ST
BOCA RATON, FL 33431-4636

CHESTER H GRABOWSKI
22536 HEINZE
DEARBORN, MI 48128-1393

CHESTER J BONGART & ELLEN T BONGART TR
THE BONGART LIVING TRUST UA 05/01/97
44593 ROYAL RIDGE LANE #34
LAS VEGAS, NV 89103

CHESTER KWIEK & BETTE J KWIEK TR
CHESTER KWIEK & BETTE J KWIEK REVOCABLE TRUST UA
10/18/89
9242 GOLFVIEW DR
NEW PORT RICHEY, FL 34655-1804

CHESTER PRZYLUCKI & SHIRLEY PRZYLUCKI JT TEN
11596 139TH PLACE
DUNNELLON, FL 34432-5627

CHESTER T SWIERCZYNSKI & KATHRYN A SWIERCZYNSKI TR
CHESTER T SWIERCZYNSKI LIV TRUST UA 07/06/99
15 DEBORAH LANE
COLCHESTER, CT 06415-2304

CHESTER VALENTINE JR & SUZANNE ELIZABETH VALENTINE
UA 01/16/06 CHET & SUZANNE VALENTINE
17091 DONAHUE DR
WEST OLIVE, MI 49460-9117

CHRIS A SCHULETER & JOANNE C SCHLUETER TR
THE CHRIS A & JOANNE C SCHLUETERREV TRUST UA
12/28/98
420 PHILLIPS AVE
GLEN ELLYN, IL 60137-4912

CHRIS C REINHARDT
736 DEEFRIELD DR
NORTH TONAWANDA, NY 14120

CHRIS GUBBEY
GENERAL MOTORS CIS
10 TESTOVSKAYA ST
ENTRANCE 2 FLR 9
MOSCOW 123317 RUSSIAN FEDERATION

CHRIS GUBBEY
SHANGHAI GENERAL MOTORS
1500 SHEN JING RD
JIN QIAO PU DONG
SHANGHAI 201206 CHINA (PEOPLE'S REP)

CHRIS KING
PO BOX 921543
SYLMAR, CA 91392-1543

CHRIS KRUSE CUST DOANLD KRUSE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
496 S MAPLE LEAF RD
LAPEER, MI 48446

CHRIS S LESLIE & KELLY P LESLIE JT TEN
PO BOX 562912
CHARLOTTE, NC 28256-2912

CHRIS WEST
BOX 786-311
QUEEN ST E
ST MARYS ON
N4X 1B5 CANADA

CHRIS ZAFIROFF & GLENDA ZAFIROFF TR
UA 08/13/02 CHRIS & GLENDA ZAFIROFF
3042 LANNING DR
FLINT, MI 48506-2051

CHRISTEIN R EPISCOPO
2540 SPINNERWEBER
PITTSBURGH, PA 15227

CHRISTIAN
& ELEANORA RUPPERT HOME FOR AGED & INDIGENT
RESIDENTS OF THE D C
BOX 43965
WASHINGTON, DC 20010-0965

CHRISTIAN F MARKWORT
PO BOX 183692
SHELBY TWP, MI 48318-3692

CHRISTIAN MICHAEL LOHNER & NANCY ELLEN LOHNER TR
LOHNER FAM LIVING TRUST UA 05/08/98
7001 SUN WOOD DR
CRP CHRISTI, TX 78413-4651

CHRISTIAN WOMENS FELLOWSHIP OF THE FIRST CHRISTIAN
GEORGIA
711 E VICTORY DRIVE
SAVANNAH, GA 31405-2318

CHRISTIANA ELIZABETH PERKINS TOD ROGER DALE PERKINS
TOD RULES
5604 GENESEE RD
LAPEER, MI 48446-2748

CHRISTIANA FUGGER & OSKAR FUGGER TR
CHRISTIANNA FUGGER REVOCABLE TRUST UA 11/07/96
4 WHITE OAK CT
NORTHPORT, NY 11768-3452

CHRISTIANA NEWCOMB & RANDALL K NEWCOMB TR
UA 07/21/09 CHRISTINA NEWCOMB LIVING TRUST
28311 HAWAII ROAD
ASHLEY, IL 62808

CHRISTIANNA FUGGER & OSKAR FUGGER TR
OSKAR FUGGER REVOCABLE TRUST UA 11/07/96
4 WHITE OAK COURT
NORTHPORT, NY 11768-3452

CHRISTINA E FORRESTER & MICHAEL J FORRESTER TR
CHRISTINA E FORRESTER REVOCABLE TRUST UA 10/08/01
9362 NEWNAN CIRCLE
PORT CHARLOTTE, FL 33981-3205

CHRISTINA ELIZABETH MITCHELL
BOX 300283
MIDWEST CITY, OK 73140-0283

CHRISTINA VALVERDE
P-205 PO BOX 439016
SAN DIEGO, CA 92143-9016

CHRISTINE A BERNSCHEIN
4605 LEGENDS LANE
ELKTON, FL 32033

CHRISTINE A REITZ
BOX 770702
STEAMBOAT SPRINGS, CO 80477-0702

CHRISTINE A RITZENHEIN
8060 ESTATES DR
SARASOTA, FL 34243-4926

CHRISTINE ANN KAMP
160 122ND AVE NW
COON RAPIDS, MN 55448-2609

CHRISTINE ANN KERBY
C/O C KOEBERLEIN
BOX 192
NEW MEADOWS, ID 83654-0192

CHRISTINE B MONROE
PO BOX 271086
LAS VEGAS, NV 89127-1086

CHRISTINE D HENDERSON
& KAY H TIETZ & KIM R HENDERSON & JAMES KEITH
HENDERSON JT TEN
1008 STATE SHED RD
NATHALIE, VA 24577-3851

CHRISTINE E DUNN CUST CHRISTINE SUSAN DUNN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
HICKORY DALE FARM
HIMROD, NY 14842

CHRISTINE E DUNN CUST WILLIAM ED DUNN 2ND
U/THE N Y UNIFORM GIFTS TO MINORS ACT
HICKORY DALE FARM
HIMROD, NY 14842

CHRISTINE E RECKLING TR
UA 09/12/2006 CHRISTINE ESPARROS RECKLING TRUST
4301 MADISON AVE
APT 310
KANSAS CITY, MO 64111-3493

CHRISTINE EINHORN CUST FLYNN L EINHORN A UGMA MD
17101 BLOSSOM VIEW DRIVE
OLNEY, MD 20832-2409

CHRISTINE FERRIBY CUST BRIAN D FERRIBY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1833 WEALTHY ST SE
EAST GRAND RA, MI 49506

CHRISTINE L PINSON TR
UA 01/25/2008 CHRISTINE L PINSON REVOCABLE LIVING
TRUST
22802 PALISADES DR
LEBANON, MO 65536

CHRISTINE LEE SUBJECT TO ELNA B LARSENS RIGHT TO REC(
DURING HER LIFE
PO BOX 774272
STEAMBOAT SPRINGS, CO 80477-4272

CHRISTINE LEE-HERMAN
PO BOX 880112
STEAMBOAT SPRINGS, CO 80488-0112

CHRISTINE M HEINE
859 S 73RD ST
APT 2
MILWAUKEE, WI 53214-3102

CHRISTINE N BORKA
1077 KING WAY
BREINIGSVILLE, PA 18031-1482

CHRISTOPER A NICHOLS TR
UA 04/24/2007 HAROLD E NICHOLS 2007 LIVING TRUST
4151 HEARTHSTONE DRIVE
SARASOTA, FL 34238

CHRISTOPHE E REINHART
552 E PEARL ST
TOLEDO, OH 43608-1231

CHRISTOPHE KINCAID
GMCHINA 22ND FLOOR
AURORA PLAZA
99 FUCHENG RD
PUDONG SHANGHAI 200120 CHINA (PEOPLE'S REP)

CHRISTOPHER & CHERYL LAROCQUE TR
UA 12/04/03 CHRISTOPHER & CHERYL LAROCQUE UNITED
STATES
4362 OAK TREE TRAIL
FENTON, MI 48430

CHRISTOPHER A VERZAL & MARY K VERZAL JT TEN
6400 375TH AVE
BURLINGTON, WI 53105-7414

CHRISTOPHER B BLAKE
21814 274TH STREET
LONG GROVE, IA 52756-9600

CHRISTOPHER B CALVIRD CUST BRITTNEY M CALVIRD
UNDER THE MO UNIF TRANSFERS TO MINORS LAW
10408 CRICKET CANYON CT
OKLAHOMA CITY, OK 73162-6654

CHRISTOPHER B KEATING & CAROL F KEATING TR
KEATING FAMILY TRUST UA 7/7/99
63 N HILLSIDE AVE
CHATHAM, NJ 07928-2515

CHRISTOPHER B MARCIANTE & HELEN A MARCIANTE TR
CHRISTOPHER B MARCIANTE & HELEN A MARCIANTE
3461 SE AMBRA DR
ARCADIA, FL 34266-8088

CHRISTOPHER C WINSLOW & MARY C WINSLOW TR
CHRISTOPHER C WINSLOW TRUST UA 11/18/03
234 ESSEX ST
S HAMILTON, MA 01982-2405

CHRISTOPHER CLAUS CUST EDWARD
& KRISTINE CLAUS & ANNALISA MARIE CLAUS UTMA OH
23155 STONE RIDGE TRL
MILLBURY, OH 43447-9582

CHRISTOPHER D STEIN
5 BROOK BEND PL
OAKDALE, CT 06370-1801

CHRISTOPHER E ALTWEIN
PO BOX 564
SOUTH EASTON, MA 02375-0564

CHRISTOPHER J MARSHALL
BOX 271679
FLOWER MOUND, TX 75027

CHRISTOPHER J MCCABE & NANCY L MCCABE TR
CHRISTOHER J & NANCY L MCCABE REV LIV TRUST UA
09/05/02
9207 TARLETON CIRCLE
BROOKSVILLE, FL 34613-4063

CHRISTOPHER J RATKOWSKI & MARY E RATKOWSKI TR
UA 02/03/2003 CHRISTOPHER J RATKOWSKI TRUST
16751 SUNDERLAND
DETROIT, MI 48219

CHRISTOPHER M GREINER
2075 W LINCOLN ST
BIRMINGHAM, MI 48009-1843

CHRISTOPHER M WILLIAMS & RUSSELL R WILLIAMS TR
WILMA G WILLIAMS FAMILY TRUST UA 8/19/02
438 FOREST HILL DR
YOUNGSTOWN, OH 44515-3323

CHRISTOPHER P SEE
PO BOX 680293
PARK CITY, UT 84068-0293

CHRISTOPHER RAMSAY GILLMAN
PO BOX 744905
HOUSTON, TX 77274-4905

CHRISTOPHER S IDEN & PAMELA A IDEN TR
UA 10/30/2008 CHRISTOPHER & PAMELA IDEN TRUST
10145 PINE MEADOWS COURT
GOODRICH, MI 48438-9246

CHRISTOPHER T ARONSTEIN
1347 STEPHENS
BATON ROUGE, LA 70808-3791

CHRISTOPHER W DUEKER & JOYCE S DUEKER TR
DUEKER FAMILY TRUST UA 04/11/89
37 RINGWOOD AVE
ATHERTON, CA 94027-2231

CHRISTOPHER W KANTANY CUST CAROL J KANTANY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
118 DUXBURY LN
LONGMEADOW, MA 01106-2008

CHRISTOPHER W NAGLE & CECELIA M NAGLE TR
NAGLE FAMILY TRUST UA 06/13/90
15051 DEL REY DR
VICTORVILLE, CA 92395-3675

CHRISTOPHER WEI MIN TSAI & MIRIAM LU WING TSAI TR
CHRISTOPHER & MIRIAM WING TSAI FAMILY TRUST UA
05/07/89
1279 S SYCAMORE AVE
LOS ANGELES, CA 90019-1550

CHRISTOPHER WILLIAM MOORE
PO BOX 603429
PROVIDENCE, RI 02906-0829

CHRISTOS DEMETRIOU CUST GARY DEMETRIOU
U/THE MASS UNIFORM GIFTS TO MINORS ACT
112 TRULL LANE E
LOWELL, MA 01852-1634

CHRISTY L SCHNIZLEIN
1818 S/ CITRUS COVE
MESA, AZ 85204-7324

CITIZENS BANK TR CHARLES F & PHYLLIS V HAGEN IRREV TR
328 S SAGINAW ST
TRUST SALES SUPPORT M/C 002072
FLINT, MI 48502-1923

CITY
& COUNTY OF SAN FRANCISCO RECREATION & PARK
COMMISSION MC LAREN LODGE
GOLDEN GATE PARK
SAN FRANCISCO, CA 94117

CLAIRE A BEILNER
3908 243RD PL SE
APT Q102
BOTHELL, WA 98021-6916

CLAIRE D KANSIER & MARION I KANSIER TR
KANSIER FAMILY LIVING TRUST UA 03/16/06
15755 CHARLES R
EASTPOINTE, MI 48021-1607

CLAIRE D STEIN
122 BACON RD
OLD WESTBURY, NY 11568-1305

CLAIRE FINKELSTEIN
305 EAST 24TH STREET
APT 19E
NEW YORK, NY 10010-4029

CLAIRE R ORENSTEIN
3433 WISCONSIN AVE NO
CRYSTAL, MN 55427-1948

CLARA BOWER REINHART
233 SEABRIGHT ST
PITTSBURGH, PA 15214-3617

CLARA CENOWER & NATHAN CENOWER TR
CLARA CENOWER REVOCABLE LIVING TRUST UA 09/18/03
21 WASHINGTON STREET
NEWBURYPORT, MA 01950

CLARA E PORTER
15 MUSKRAT PLACE
WHITING, NJ 08759-3617

CLARA G MICHELI TR THE LOUIS V MICHELI
& CLARA G MICHELI REVOCABLE TRUST UA 04/23/90/THE
SURVIVORS TRUST/
75 SYLVAN DR
SAN FRANCISCO, CA 94132-1432

CLARA H HURLEY CUST WILLIAM J HURLEY
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
216 PALMER AVE
SCHENETADY, NY 12303-2540

CLARA K PEASE & RICHARD E PEASE TR
UA 10/16/2007 PEASE FAMILY LIVING TRUST
PO BOX 14
JERICHO, VT 05465

CLARA LEE MAC CADDAM WHITT & G MURRAY SMITH JR TR
GLEN MAC CADDAM WHITT U-W LOUISA LEE MAC CADDAM
2058 SR 506
MARION, KY 42064-8045

CLARA LEE MAC CADDAM WHITT & G MURRAY SMITH JR TR
LOUISA LEE WHITT U-W LOUISA LEE MAC CADDAM
2058 SR 506
MARION, KY 42064-8045

CLARA RUBINSTEIN
C/O LEROY RUBINSTEIN
9322 GREENBUSH AVE
ARLETA, CA 91331-5904

CLARA V ROBINSON
PO BOX 310072
FLINT, MI 48531-0072

CLARE L EASTMAN
7745 KRAENZLEIN RD
SAGINAW, MI 48604-9229

CLARE R EWING & HAZEL N EWING TR CLARE R EWING &HAZ
LIVING TRUSTUA 01/19/95 CLARE EWING & HAZEL EWING
4100 NORTH RIVER RD ROOM 1203
WARREN, OH 44484

CLARENCE COLE CUST ARTHUR COLE
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
5216 LOTUS
ST LOUIS, MO 63113-1130

CLARENCE E WILSON & MARY I WILSON TR
CLARENCE E WILSON & MARY I WILSON 11/04/99
22776 BRIDGEVILLE HWY
SEAFORD, DE 19973-5817

CLARENCE E WOMBLE JR CUST FORREST E WOMBLE
U/THE VA UNIFORM GIFTS TO MINORS ACT
1402 PLANTATION LAKES CIRCLE
CHESAPEAKE, VA 23320-8112

CLARENCE F NAHM SR CUST MARK BRADSHAW NAHM
U/THE FLORIDA GIFTS TO MINORS ACT
17010 CRAWLEY RD
ODESSA, FL 33556-2049

CLARENCE F REINKE JR
1709 22ND AVE N
LAKE WORTH, FL 33460-6000

CLARENCE F REINKE JR & GAIL E REINKE JT TEN
6421 HUNTINGTON DR
ZEPHYRHILLS, FL 33542-0638

CLARENCE G SEIDEL & MARGARET K SEIDEL TR
CLARENCE G & MARGARET K SEIDEL REVOCABLE TRUST
UA 10/23/97
35 WEST BROWN RD APT#275
MESA, AZ 85201-3491

CLARENCE J BLOCHER CUST JONATHAN BLOCHER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3737 N WISCONSIN ST
RACINE, WI 53402-3561

CLARENCE J PIMENTEL & BARBARA J PIMENTEL TR
PIMENTEL 1999 TRUST UA 05/03/99
41438 PELHAM COURT
FREMONT, CA 94539-4528

CLARENCE JOSEPH RUF & ALBERTA MARIE RUF TR
RUF FAMILY TRUST UA 01/12/98
9517 GALAXIE CIR
PORT CHARLOTTE, FL 33981-4018

CLARENCE ORVAL SOMERS TR
CLARENCE ORVAL SOMERS REVOC LIVING TRUST UA
10/29/98
4133 QUIET MEADOW COURT
FAIR OAKS, CA 95628-6667

CLARENCE R LOCKRIDGE & GRACE M LOCKRIDGE TR
LOCKRIDGE REVOCABLE LIVING TRUSTUA 08/24/98
30 LYNNWOOD DR
HAMPTON, VA 23666-3516

CLARENCE STEINBOCK
PO BOX 331
CRESTWOOD, KY 40014-0331

CLARENCE W DAVIS & KATHLEEN M DAVIS TR
DAVIS JOINT LIVING TRUST UA 07/06/94
11 ADMIRE ROAD
ELDON, MO 65026-4419

CLARENCE W TANNER
PO BOX 970120
YPSILANTI, MI 48197-0802

CLARK A POTZMANN CUST ERIK R POTZMANN UNER MO UNIF
MINORS LAW
6384 N SEYMOUR RD
FLUSHING, MI 48433-1086

CLARK B ROLLINS JR CUST ANN H ROLLINS
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
828 PRICETON HILLS DR
BRENTWOOD, TN 37027

CLARK J HOWER
11270 150TH CT N
JUPITER, FL 33478-3544

CLARNCE E LAYTON
PO BOX 180335
ARLINGTON, TX 76096-0335

CLAUD G LEINBACH & CAROL L LEINBACH JT TEN
27171 FERN RIDGE RD
SWEET HOME, OR 97386-9530

CLAUD W BERGMAN JR
8392 124TH
SAND LAKE, MI 49343-8955

CLAUDE E STECKER & ROBERTA L STECKER JT TEN
1055 301 BLVD E
APT 319
BRADENTON, FL 34203-3656

CLAUDE H UNRATH TR
CLAUDE H UNRATH REVOCABLE LIVING TRUST UA 10/14/87
RESTATED 08/21/96
61335 RED ARROW HGHWY
HARTFORD, MI 49057-9701

CLAUDE J SHEA & SALLY A SHEA TR
CLAUDE J SHEA REVOCABLE TRUST UA 03/05/96
250 CHESTNUT HILL RD
NORWALK, CT 06851-1416

CLAUDE PICHARD SELLERS CUST JOHN LAUDER SELLERS
UNDER THE FLORIDA GIFTS TO MINORS ACT
4687 OLD BAINBRIDGE RD
TALLAHASSEE, FL 32303-7205

CLAUDETTE CARAVAGGI & ROBERT CARAVAGGI TR
UA 04/22/86 BRUNO CARAVAGGI TRUST
67 43 KESSEL ST
FOREST HILLS, NY 11375

CLAUDIA C KOSS
C/O CLAUDIA C JONES
1220 LEINBACH AVE
BLOOMFIELD HILLS, MI 48302-0037

CLAUDIA HAMILTON CUST THOMAS B HAMILTON JR
U/THE TENN UNIFORM GIFTS TO MINORS ACT
1208 N GRAYCROFT AVE
MADISON, TN 37115-2317

CLAUDIA MC CARTNEY MARKHAM CUST AMORY R MARKHAM
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
PO BOX 1896
PASCAGOULA, MS 39568-1896

CLAUDIA MC CARTNEY MARKHAM CUST CHRISTOPHER W MA
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
206 RIVER RD
WASHINGTON XING, PA 18977-1605

CLAUDIE V ROBNETT
105378 S 3440 RD
MEEKER, OK 74855

CLAUDIO C MOSCA
RUA VICTOR MEIRELLES 477
JARDIN SAO CAETAMO
SAO CAETAMO DE SUL
SAO PAULO 09580 460 BRAZIL

CLAUDIO L GENTILI
ATTN G M DO BRAZIL S A
RUA AMARAL GURGEL
59-APTO 72
SAO PAULO SP 01221-001 BRAZIL

CLAY E MOODY CUST DAVID C MOODY
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
5089 PECONGA DR
MARION, IN 46952-9721

CLAYTON C HEINRICH
1349 NORTH ACRE DRIVE
ROCHESTER HILLS, MI 48306-4101

CLAYTON H WOODBURY
BOX 420233
KANARRAVILLE, UT 84742-0233

CLAYTON J DUNDAS & RUTH E DUNDAS TR
UA 01/28/94 CLAYTON J & RUTH E DUNDAS FAMILY TRUST
5852 E PLAYER PLACE
MESA, AZ 85215-1407

CLAYTON L WOODWARD
PO BOX 214452
AUBURN HILLS, MI 48321

CLAYTON R CAREY & ALTA A CAREY TR
CLAYTON R & ALTA A CAREY TRUST 11/08/83
7030 JENNINGS RD
SWARTZ CREEK, MI 48473-8809

CLELL L SCOTT & JOYCE D SCOTT TR
CLELL L SCOTT & JOYCE D SCOTT 1993 TRUST UA 02/10/94
6404 DOS RIOS RD
DOWNEY, CA 90240-2010

CLEMENCIA RAMIREZ FLOREZ
PO BOX 520686
MIAMI, FL 33152-0686

CLEMENT BOTTINO CUST DOMENICO BOTTINO UGMA NY
PO BOX 580-148
MOUNT CARMEL STATION
BRONX, NY 10458-0709

CLEMENT F HARRIS & MARY JANE HARRIS TR
CLEMENT F & MARY JANE HARRIS REVOCABLE LIV TRUST
UA 03/07/02
1027 SUSQUEHANNA ST
JOHNSTOWN, PA 15905-3055

CLEMENTINE T WIENER SMITH TOD BERNADETTE M NABER S
RULES
2865 HEATHERTON
FLORISSANT, MO 63033-1218

CLEMENTINE T WIENER SMITH TOD JAMES M MCHUGH SR SU
RULES
1310 MADISON LN
FLORISSANT, MO 63031-2628

CLEMENTS H HENTGES & HENRIETTA M HENTGES TR
CLEMENTS H HENTGES & HENRIETTA MHENTGES
6801 NW 72ND TERR
KANSAS CITY, MO 64152-2865

CLEMETH J ENYEART & MELVIN R BYRD & ANITA R BYRD TR
CLEMETH CLAIRE LIVING TRUST UA 04/15/04
3098 C CLAIREMONT DR #524
SAN DIEGO, CA 92117

CLEO JOHN REYNOLDS & DORIS A REYNOLDS TR
REYNOLDS FAM REVOCABLE LIVING TRUST UA 12/15/04
352 MONEY TREE DR
PONCA CITY, OK 74604-6050

CLEO MCCANTS
PO BOX 480412
NEW HAVEN, MI 48048-0412

CLIFFORD A REIN & CORA M REIN JT TEN
1712 EDUCATIONAL DR
WHITE OAK, PA 15131-2202

CLIFFORD ATKINSON III CUST ELIZABETH DELPHINE ATKINSC
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
PO BOX 964
GALENA PARK, TX 77547-0964

CLIFFORD ATKINSON III CUST KATHERINE VILLERE ATKINSON
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
1045 SHOOK AVE #111
SAN ANTONIO, TX 78212-2563

CLIFFORD BEDFORD & SHIRLEY BEDFORD TR
SHIRLEY BEDFORD & CLIFFORD BEDFORD TRUST UA
07/20/94
4632 LANSING RD
LANSING, MI 48917-4458

CLIFFORD D STEIN
5739 STONE RD
LOCKPORT, NY 14094-1213

CLIFFORD E HUDSON & EMILY C HUDSON TR
UA 05/30/89 CLIFFORD E HUDSON & EMILY C
2607 E EMELITA AVE
MESA, AZ 85204-4629

CLIFFORD E WICTORIN & ARMGARD H WICTORIN TR
WICTORIN FAMILY TRUST UA 04/13/06
420 ELBROOK DRIVE 248
FALLBROOK, CA 92028

CLIFFORD J DALY CUST THERESA M DALY
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
490 MT WILSON TRL
SIENA MADRE, CA 91024-1229

CLIFFORD JOSEPH ZIMMER CUST CLIFFORD J ZIMMER JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1742 STEVENS AVE
CINCINNATI, OH 45231-4240

CLIFFORD L KLINCK & GARY KEVIN KLINCK TR
ROBERT AUSTIN KLINCK TR UA 12/20/78
BOX 700
MC ALLEN, TX 78505-0700

CLIFFORD W MACLIN CUST JOHN E MACLIN
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
1918 EL DORADO ST
MEMPHIS, TN 38128-6810

CLIFFORD W SWEERS
PO BOX 320365
FLINT, MI 48532-0007

CLIFTON A MC VAY & JEAN MC VAY JT TEN
221 LAWLER LN #A
WHITING, IA 51063

CLIFTON PIERCE
PO BOX 250172
FRANKLIN, MI 48025-0172

CLINTON PIOTROWSKI
9319 220TH STREET
COURT E
GRAHAM, WA 98338

CLIVE HODGSON
C/O GENERAL MOTORS CORP CHINA GROUP
22ND FLOOR AURORA PLAZA
99 FUCHENG ROAD PUDONG
SHANGHAI 200120 200120 CHINA (PEOPLE'S REP)

CLOYD KILGORE JR
4509 157TH NW
GIG HARBOR, WA 98332-9066

CLYDE H DUNCAN & SANDRA J DUNCAN TR
CLYDE H DUNCAN & SANDRA J DUNCANJOINT LIVING
1567 SUNRAY DR
PALM HARBOR, FL 34683-3963

CLYDE H HOARD & MARLEAH J HOARD TR
CLYDE HENRY & MARLEAH JEAN HOARD LIVING TRUST UA
08/02/94
9024 BELSAY RD
MILLINGTON, MI 48746-9586

CLYDE J HALL & PATRICIA A HALL TR UA 07/10/92 THE CLYDE
3516 160TH AVENUE EAST
BONNEY LAKE, WA 98391-9513

CLYDE MCDERMEIT & DOROTHY MCDERMEIT TR
UA 03/31/10 CLYDE & DOROTHY MCDERMEIT TRUST
601 FAIRDALE ROAD
SALINA, KS 67401

CLYDE N MOORE JR TR
CN & CV MOORE REVOCABLE TRUST UA 08/15/87 SUB
TRUST B
27749 PROVO CT
SUN CITY, CA 92586-2119

CLYDE O NICHOLS & LEE A NICHOLS TR
CLYDE O NICHOLS REV TRUST UA 01/15/99
41913 BROOKVIEW LN
CLINTON TWP, MI 48038-5227

CLYDE Q ALLEN TR
CLYDE Q ALLEN & DOROTHY B ALLEN REV BYPASS TRUST
UA 08/20/98
3345 WALTON WAY
SAN JOSE, CA 95117-3076

CLYDE Q ALLEN TR
CLYDE Q ALLEN & DOROTHY B ALLEN REV SURVIVORS
TRUST UA 8/20/98
3345 WALTON WAY
SAN JOSE, CA 95117-3076

CLYDE REETHS CUST RUSSELL REETHS
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
507 W 17TH ST
MARSHFIELD, WI 54449-4809

COLEEN K STEIN
230B MAIN ST
DANSVILLE, NY 14437-1112

COLIN C STAFFORD & JANICE Y STAFFORD TR
INNOTEXT INC EMP PROFIT SHARING TRUST 06/29/88
3311 KERNWAY DR
BLOOMFIELD HILLS, MI 48304-2438

COLIN E JONES & JOAN K JONES TR
UA 05/10/91 COLIN E JONES & JOANK JONES
1035 MAY COURT
SANTA BARBARA, CA 93111-1105

COLIN F MACKE
1740 355 TH ST
LAKE CITY, IA 51449-7530

COLIN J SCOTT CUST VALERIE ANN SCOTT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3865 ASHFORD RIDGE
ATLANTA, GA 30319-1895

COLLEEN CARRUTHERS
#2510 505 4 AVE SW
CALGARY AB
T2P 0J8 CANADA

COMPUTERSHARE HOLDER ADJUSTMENT ACCOUNT
C/- COMPUTERSHARE INVESTOR SERVICES
ATTN ADJUSTMENTS DEPT
525 WASHINGTON BLVD
JERSEY CITY, NJ 07310

CON J ODONNELL & PAULINE ODONNELL TR
UA 03/20/1996 CON J ODONNELL & PAULINE ODONNELL
1973 AUSTIN
FAYETTEVILLE, AR 72703

CONNIE D PASLEY
PO BOX 841732
PEARLAND, TX 77584-0022

CONNIE K ADAMS
& FLINT L CANNON & DON JUAN CANNON & PAUL J CANNON
JT TEN
2145 OVERLAND AVE
WARREN, OH 44483-2812

CONOL M LAHRING & PATRICIA A LAHRING TR
LAHRING FAM LIV TRUST UA 06/09/00
16402 N 111TH AVE
SUN CITY, AZ 85351-1017

CONRAD JAMES KLEINFELD
10294 WEALE RD
BAY PORT, MI 48720-9705

CONRAD R COLEMAN & KATHLEEN G COLEMAN TR
CONRAD R COLEMAN LIVING TRUST UA 11/27/93
7301 E COLONY RD
ELSIE, MI 48831-9760

CONRAD SHERMAN
5925-319TH STREET
TOLEDO, OH 43611-2453

CONRAD WEIL JR & PATRICIA E WEIL TR
UA 03/01/91 CONRAD WEIL JR & PATRICIA E WEIL REV
5317 N GLEN OAK DR
SAGINAW, MI 48603-1724

CONSTANCE E JOHNSON TR
UA 02/27/85 CONSTANCE E JOHNSON TRUST FBO
CONSTANCE E JOHNSON
9124 37TH ST N
PINELLAS PARK, FL 33782-5917

CONSTANCE E KRUPER & WILLIAM J KRUPER & KAREN L LAW
UA 01/19/07
15904 LONGMEADOW
DEARBORN, MI 48120

CONSTANCE FAY SATOVSKY CUST HOWARD MARK SATOVSK
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4320 FIORPOINTE
WEST BLOOMFIELD, MI 48323-2617

CONSTANCE FAY SATOVSKY CUST STEVEN J SATOVSKY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4320 FOXPOINTE
WEST BLOOMFIELD, MI 48323-2617

CONSTANCE J MARTIN
27 MEINZER ST
AVENEL, NJ 07001-1718

CONSTANCE L THURMAN TR
UA 9/27/93 THE CONSTANCE L THURMAN REV LIVING TRUST
13225 CIRCULO LARGO NE
ALBUQUERQUE, NM 87112-3771

CONSTANCE L WATKINS TR
UA 03/02/05 WATKINS TRUST UNDER CODICIL FOR PATRICIA
SMITH LASHER
3119 EASTBURN RD
CHARLOTTE, NC 28210

CONSTANCE M QUAILL TR
UA 01/28/2008 CONSTANCE M QUAILL LIVING TRUST OF 2008
PO BOX 201014
STOCKTON, CA 95201-9014

CONSTANCE TRAUTWEIN CUST AMANDA TRAUTWEIN UGMA I
729 ST LAWRENCE AVE
BUFFALO, NY 14216-1616

CONSTANCE WEAVER SUTTLES
ATTN CONSTANCE WEAVER SUTTLES
STEIN
623 DEVONSHIRE
STATE COLLEGE, PA 16803-1218

CORALIE B CARRIER & CLIFFORD E CARRIER JR TR
THE CARRIER FAMILY TRUST UA 11/19/01
5140 CHIRICAHUA TRAIL
LAS CRUCES, NM 88012-9771

CORDELL L GIBSON & MARY E GIBSON TR
CORDELL L & MARY E GIBSON REV LIV TRUST UA 12/21/00
186 PINE CREST DR
DAYTON, TN 37321-5978

CORINE A GRISWOLD TOD JAMES G GRISWOLD SPECIAL NEE
SUBJECT TO STA TOD RULES
3609 SOUTH 95TH STREET
MILWAUKEE, WI 53228-1407

CORINNE A CICHON AS GUARDIAN FOR PAMELA D CICHON
U/THE FLORIDA GIFTS TO MINORS ACT
3161 12TH AVE N
ST PETERSBURG, FL 33713

CORNELIA P WEISS
PO BOX 770106
STEAMBOAT SPR, CO 80477

CORNELIUS C PIFHER & JANE M PIFHER TR
PIFHER FAMILY REV LIV TRUST UA 12/01/03
6851 SCOTT ROAD
TIRO, OH 44887-9711

CORNELIUS H SULLIVAN CUST MISS CATHERINE ANN SULLIVA
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
58 WASHINGTON RD
PITTSFORD, NY 14534-1446

CORNELIUS M SULLIVAN CUST CATHERINE ANN SULLIVAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
58 WASHINGTON RD
PITTSFORD, NY 14534-1446

COZETTA J VAN DOLSEN & CLARENCE W VAN DOLSEN TR
COZETTA J VAN DOLSEN REVOCABLE TRUST UA
1132 WEST RED OAK
SPRINGFIELD, MO 65803

CRAIG A GUTOWSKI & CINDY A GUTOWSKI TR
UA 06/28/2007 CRAIG A GUTOWSKI REVOCABLE LIVING
26335 SIMS DR
DEARBORN HTS, MI 48127

CRAIG ALAN JOHNSON
424 270TH ST S
HAWLEY, MN 56549-9143

CRAIG HEINE
PO BOX 8641
BODFISH, CA 93205

CRAIG K KLEINKNIGHT & MARILYN L KLEINKNIGHT TR
CRAIG & MARILYN KLEINKNIGHT LIVING TRUST UA 6/26/00
8973 BRISTOL BEND
FORT MYERS, FL 33908-6697

CRAIG R ANDERSEN & TODD J ANDERSEN SR TR
UA 05/27/1999 CRAIG R ANDERSEN TRUST
100 WARREN ST APT 314
JERSEY CITY, NJ 07302

CRAIG S BOLLMANN CUST CRAIG S BOLLMANN JR
U/THE MO UNIFORM GIFTS TO MINORS ACT
1167 WILDHABER RD
LESLIE, MO 63056-1520

CRAIG S WEINBURGER
860 OAKGROVE ROAD
HIGHLAND, MI 48356-1648

CRANE AND CO
12101 216TH AVE
BRISTOL, WI 53104-9318

CREIGHTON GILBERT
ATTN YALE UNIVERSITY
DEPT OF THE HISTORY OF ART
PO BOX 208272 YALE STATION
NEW HAVEN, CT 06520-8272

CRISTINA FALCO CUST VINCENZO E FALCO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4536 RIDGE ROAD W
ROCHESTER, NY 14626-3533

CROBERT OMAN & HARRIET S OMAN TR
UA 03/21/2007 OMAN FAMILY LIVING TRUST
43 KENDALL RD
STRAFFORD, VT 05072

CURTIS A LEWIS & ROSE ANN LEWIS TR
CURTIS A LEWIS & ROSE ANN LEWIS JOINT TRUST UA
12/05/96
5064 SHERIDAN RD
FLUSHING, MI 48433-9713

CURTIS DWORKEN CUST DUDLEY DWORKEN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1522 W KERSEY LANE
ROCKVILLE, MD 20854-2676

CURTIS E SHADDAY TR
CURTIS E SHADDAY REVOCABLE LIVING TRUST UA 11/08/05
5310 N 625 W
BARGERSVILLE, IN 46106-9180

CURTIS LANDS
PO BOX 128737
CINCINNATI, OH 45212-8737

CURTIS STEINBACK
1300 GLENDALE BLVD
LOS ANGELES, CA 90026-2508

CURTIS V REINAN
3637 SADDLE CREEK CT
LAS VEGAS, NV 89147-3829

CURTIS W WARD & JUDY K WARD TR
CURTIS W WARD AND JUDY K WARD REVOCABLE TRUST UA
4/14/99
609 SANTA FE BLVD
KOKOMO, IN 46901-4096

CYNTHIA A HARRIS
3641 102ND PL
CLEARWATER, FL 33762-5481

CYNTHIA BUCKLAND
111869 T H #11
CAREY, OH 43316

CYNTHIA E MASON
PO BOX 401262
REDFORD, MI 48240-9262

CYNTHIA G DUSTERHOFT
1353 109TH AVE
OTSEGO, MI 49078-9766

CYNTHIA HENDEL
BOX 670310
CHUGIAK, AK 99567-0310

CYNTHIA HORNSTEIN RONEY & GARY C RONEY JT TEN
938 E 14TH STREET
HOUSTON, TX 77009

CYNTHIA K LOWE
PO BOX 620841
ORLANDO, FL 32862-0841

CYNTHIA KAMASA QUASHIE
& AGBEVANU KAMASA QUASHIE & DZIGBORDI KAMASA
QUASHIE JT TEN
3111 HAVERHILL COVE
CONYERS, GA 30012

CYNTHIA NIEPORENT & COSETTE NIEPORENT SMOLLER TR
CYNTHIA NIEPORENT REVOCABLE TRUST UA 05/20/03
5480 WISCONSIN AVE APT 520
CHEVY CHASE, MD 20815-3507

CYNTHIA ORR MORSE
PO BOX 371213
DENVER, CO 80237-5213

CYNTHIA R CAPP TR CAPP LIVING TRUST UA 5/16/89
PO BOX 270774
SAN DIEGO, CA 92198-2774

CYNTHIA WICKLEIN
331 MAPLE ST
WEST BOYLSTON, MA 01583

CYRIL J MURPHY JR CUST PHILIP DAVID MURPHY
A MINOR U/THE LA GIFTS TO MINORS ACT
PO BOX 12604
ALEXANDRIA, LA 71315-2604

D KIRK HAMILTON CUST CAROLYN E HAMILTON UGMA MI
P O BOX 881628
STEAMBOAT SPR, CO 80488

D KIRK HAMILTON CUST MEREDITH N HAMILTON UGMA MI
P O BOX 881628
STEAMBOAT SPR, CO 80488

D MICHAEL CROW TR UA 08/30/82 STEVEN MICHAEL BENNETT
& JOHN CHRISTOPHER BENNETT & ELIZABETH BENNETT
PO BOX 12307
DALLAS, TX 75225-0307

DAHN E BJORKMAN & JOYCE E BJORKMAN TR
UA BJORKMAN FAMILY LOVING TRUST 10/30/90
PO BOX 553
LAKE CITY, MI 49651-0553

DAHN E BJORKMAN & JOYCE E JORKMAN TR
UA 10/30/90 DAHN E BJORKMAN & JOYCE E BJORKMAN
TRUST
PO BOX 553
LAKE CITY, MI 49651-0553

DAISY A BATTLE TR
HOWARD L BATTLE & DAISY A BATTLE LIVING TRUST UA
06/17/96
821 CAHABA RD
LEXINGTON, KY 40502-3318

DALE A DEINES
POST OFFICE BOX 1733
SKYLAND, NC 28776-1733

DALE A HELCHER JR
& SUSAN T AMARAL JT TEN TOD LUCAS GUS DRAKE
SUBJECT TO STA TOD RULES
P O BOX 434
HOMOSASSA, FL 34487

DALE A ROULEAU & SHARON A ROULEAU TR
UA 01/19/95 DALE A & SHARON A ROULEAU
299 TELU CRT
LINWOOD, MI 48634-9406

DALE E HANKA & CAROLYN J HANKA JT TEN
4848 135TH AVE
CLEAR LAKE, MN 55319-9433

DALE E WEINZIERL
2030 MURPHY LAKE RD BOX 276
MILLINGTON, MI 48746-9675

DALE EDMUND BIERKNESS TR
UA 02/13/1990 EDMUND I BIERKNESS & ESTHER H
BIERKNESS TRUST
78 HAWLEY WOODS ROAD
BARRINGTON, IL 60010

DALE FERRIBY CUST SCOTT DOUGLAS FERRIBY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1833 WEALTHY ST SE
EAST GRAND RA, MI 49506

DALE GREIFENSTEIN
740 PINE MEADOWS RD
ORLANDO, FL 32825-8073

DALE H GUTHRIE & DONNA R GUTHRIE TR
THE DALE H GUTHRIE & DONNA GUTHRIE REV TRUST UA
2/11/03
3910 TANGLEBROOK ROAD
HIGH POINT, NC 27265-1265

DALE J GIERTHY & MARY JEAN GIERTHY TR
UA 06/07/2006 GIERTHY FAMILY TRUST
3045 E HILLCREST DR
WESTLAKE VLG, CA 91362

DALE L JUDD & BARBARA A JUDD TR
DALE L JUDD & BARBARA A JUDD TRUST UA 11/29/00
305 WATERWAY COURT
HOUGHTON LAKE, MI 48629-9577

DALE R KAEMPFLEIN
27 CARRIAGE WAY WEST
SAINT PETERS, MO 63376-2323

DALE S MARTIN & CAROLE M MARTIN TR
DALE S & CAROLE M MARTIN REVOCABLE TRUST UA
08/24/06
PO BOX 157
WADESVILLE, IN 47638-0157

DALE SKOOG
PO BOX 701345
SAINT CLOUD, FL 34770-1345

DALE W GIFFIN
2115 REINHARDT
SAGINAW, MI 48604-2431

DALE W KOPITZKE & SANDRA L KOPITZKE TR
THE KOPITZKE LIVING TRUST UA 03/22/94
5164 WALNUT PARK DR
SANTA BARBARA, CA 93111-1739

DALLAS E HOLLAND & DOROTHY S HOLLAND TR
REV FAM TR 05/17/90 U-A DALLAS E& DOROTHY
1119 JENNA DR
DAVISON, MI 48423-3603

DALLAS L SPRINKLE & DOROTHY D SPRINKLE TR
UA F-B-O SPRINKLE FAMILY TRUST 12/10/91
406 GLADES BOULEVARD
NAPLES, FL 34112-5001

DALLETT HOOPES
BOX 1112 153 NORTH ST
LITCHFIELD, CT 06759

DAMON A POWELL
PO BOX 261651
MIAMI, FL 33126-0029

DAMON F EVENSTAD & JOAN L EVENSTAD TR
JOAN L EVENSTAD LIVING TRUST UA 12/29/97
617 MEADOW DRIVE
GLENVIEW, IL 60025-3927

DAN B KUIPER & BETTY LOU KUIPER TR
DAN B KUIPER & BETTY LOU KUIPER TRUST
16895 LANDING LANE
SPRING LAKE, MI 49456-2609

DAN H RUHL JR & BARBARA I RUHL TR
DAN H RUHL JR REVOCABLE TRUST UA 5/15/95
1041 CHURCHILL LANE
WATKINSVILLE, GA 30677-5173

DAN T ROWND JR CUST JAMES H ROWND
UNDER THE WEST VIRGINIA GIFTS TO MINORS ACT
3595 LYTLE RD
SHAKER HEIGHTS, OH 44122-4907

DAN V GERANT
1551-165TH ST
FORT SCOTT, KS 66701-8333

DANA BRANDT
ATTN DANA REBELEIN
1346 32ND AVE NW
NEW BRIGHTON, MN 55112-6384

DANA IRENE HERZSTEIN
679 JEAN MARIE DR
SANTA ROSA, CA 95403-1489

DANIEL A D APICE
PO BOX 185634
HAMDEN, CT 06518-0634

DANIEL A HELLICKSON
PO BOX 181021
UTICA, MI 48318

DANIEL B STIEGMAN & SHIRLEY A STIEGMAN TR
UA 05/24/07 DANIEL B STIEGMAN AND SHIRLEY A
745 DANIELS STREET
WOODLAND, CA 95695

DANIEL D HILL & EVA RUTH HILL TR
DANIEL D HILL & EVA RUTH HILL REV LIVING TRUST UA
1/18/01
970 CLARK LANE
DES PLAINES, IL 60016-6043

DANIEL DALY & CATHERINE DALY JT TEN
PO BOX 100681
CAPE CORAL, FL 33904-0681

DANIEL DONOHUE & MADELEINE DONOHUE JT TEN
3147 SPENCER DR
BRONX, NY 10465-1208

DANIEL E MYERS CUST DANIEL MYERS
A MINOR PURSUANT TO SECTIONS 1339 /26 INCLUSIVE OF
8315 COLUMBUS RD
LOUISVILLE, OH 44641-9767

DANIEL E TUMIDANSKI & MARY K TUMIDANSKI TR
DANIEL & MARY TUMIDANSKI REV TRUST UA 01/30/02
11320 BERWICK
LIVONIA, MI 48150-2843

DANIEL F CLEARY
PO BOX 268413
FT LAUDERDALE, FL 33326-8413

DANIEL F MATHEWS JR CUST JEANNE MARY MATHEWS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4850 BRECKENRIDGE RUN
SYRACUSE, NY 13215

DANIEL F MATHEWS JR CUST MARY MATHEWS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
520 N ORCHARD ROAD
SOLVAY, NY 13209-2022

DANIEL F TRIPP CUST MEGAN N TRIPP
UNDER THE FLORIDA GIFTS TO MINORS ACT
2060 21ST STREET S W
NAPLES, FL 34117-4610

DANIEL G VASILASH & VIOLA J VASILASH TR
DANIEL G VASILASH JT REV LIVING TRUST UA 08/06/96
15218 HOUGHTON
LIVONIA, MI 48154-4819

DANIEL G VERKERKE & KAREN M VERKERKE TR
UA 01/15/07 DANIEL & KAREN VERKERKE TRUST
1104 PRIEBE AVE
PETOSKEY, MI 49770

DANIEL H HEIN
N74W22094
VALLEY VIEW RD
SUSSEX, WI 53089-2221

DANIEL H MONTPAS & MARYLOU A MONTPAS TR
DANIEL H & MARYLOU A MONTPAS REVOCABE TRUST UA
07/05/01
12331 CONE
SHELBY TWNSHIP, MI 48315-5703

DANIEL ISAAC DANIELS
PO BOX 144543
CORAL GABLES, FL 33114-4543

DANIEL J BIRCH
PO BOX 463172
MOUNT CLEMENS, MI 48046-3172

DANIEL J HEIN
5859 MURFIELD DR
ROCHESTER HILLS, MI 48306-2362

DANIEL J MASTA
A 6527 142ND AVE
HOLLAND, MI 49423-9746

DANIEL J MC MORROW & NORMA J MC MORROW TR
DANIEL J MC MORROW LIVING TRUST UA 10/09/97
13123 APPLEGROVE LN
HERNDON, VA 20171-3944

DANIEL J MC NULTY CUST KATHLEEN MC NULTY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2226 CLAWSON ROAD
ROYAL OAK, MI 48073-3734

DANIEL J REINSMITH
1240 VERLENE DR
FLORISSANT, MO 63031-3355

DANIEL JACK GEORGE & DONNA M GEORGE TR
DANIEL JACK GEORGE FAM TRUST UA 7/18/00
2159 ASHLEY RIVER RD
WAXHAW, NC 28173

DANIEL JAMES MAHLMEISTER & TINA M MAHLMEISTER TR
DANIEL J & TINA M MAHLMEISTER LIVING TRUST 09/05/01
43421 COTTISFORD ST
NORTHVILLE, MI 48167-8933

DANIEL JON KLEINMAN
641 SHUNPIKE RD
# 123
CHATHAM, NJ 07928-1567

DANIEL JOSEPH MILES & MRS ELIZABETH ANNE MILES JT TEN
47 A INDEPENDENCE PKWY
WHITING, NJ 08759-1518

DANIEL K STEINWAY
73 WOOD AVENUE
RUTLAND, VT 05701-3136

DANIEL KENDRICK CUST MATHEW J KENDRICK
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1383 SCOUT TRCE
BIRMINGHAM, AL 35244-3917

DANIEL KENNETH GUDAZ
7949 105TH AVE SW
OLYMPIA, WA 98512-9390

DANIEL L CHAPA
PO BOX 210504
AUBURN HILLS, MI 48321-0504

DANIEL L FICKER CUST DANIEL CHARLES FICKER UGMA CA
412 4TH ST
PO BOX 370598
MONTARA, CA 94037

DANIEL L FICKER CUST JULIE NOELLE FICKER UGMA CA
412 FOURTH STREET
P O BOX 370598
MONTARA, CA 94037

DANIEL L HEINS
20617 MISSOURI CITY RD
LIBERTY, MO 64068-8543

DANIEL MARCINEK
1865 132ND AVENUE
HOPKINS, MI 49328-9725

DANIEL MARGOLIS CUST MICHAEL MARGOLIS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
327 WOODBURY RD
COLD SPG HBR, NY 11724

DANIEL MC NULTY CUST KATHLEEN MARY MC NULTY
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
2226 CLAWSON ROAD
ROYAL OAK, MI 48073-3734

DANIEL P COTCHER & ELLEN R CRAWFORD COTCHER TR
UA 07/22/91 DANIEL P COTCHER & ELLEN R CRAWFORD
COTCHER TR
713 BEACH BUGGY LN
LINDEN, MI 48451-9663

DANIEL P TOTH
16991 105TH AVENUE
SURREY BC
V4N 4S5 CANADA

DANIEL R KLEIN
9519 CLYDE ST
HUDSON, FL 34669-3855

DANIEL ROSS BIERER CUST MICHAEL BIERER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
624 TAYLOR
BRIGHTON, MI 48114-7613

DANIEL T MUNSON & VIRGINIA M MUNSON TR
MUNSON REVOCABLE LIVING TRUST UA 03/27/00
14377 MERRIMAN ROAD
LIVONIA, MI 48154-4264

DANIEL T TURKIN
PO BOX 180622
UTICA, MI 48318-0622

DANIEL W DEAN & HELEN KENTON & THOMAS DEAN TR
ARTHUR DEAN & LOUISE DEAN TRUST UA 09/16/96
PO BOX 745
WILMINGTON, OH 45177-0745

DANIEL W GRMELA
PO BOX 821151
N RICHLND HLS, TX 76182-1151

DANIEL W MARINKOVICH & COLLEEN MARINKOVICH TR
MARINKOVICH TRUST UA 06/11/98
BOX 472
ANACONDA, MT 59711-0472

DANIELLE STEIN
697 W END AVE
APT 3D
NEW YORK, NY 10025-6919

DANN L FRENCH & ELIZABETH FRENCH TR
UA 07/11/91 DANN & ELIZABETH FRENCH TR
11703 REYNOLDS RD
LACHINE, MI 49753-9769

DANNIE L NIMMO
2477 400 E
KOKOMO, IN 46902-9343

DANNIE M MADDEN
PO BOX 120840
CLERMONT, FL 34712-0840

DANNIELLE KRAMER
PO BOX 214294
AUBURN HILLS, MI 48321-4294

DANNY A VOSSLER TR DANNY A VOSSLER TRUST ACCT 3 UA
620 HILLSIDE DR
SOLVANG, CA 93463-2165

DANNY BERENS
1918 138TH
DORR, MI 49323-9388

DANNY C BOEHM
2863 NEW GERMANY TREBEINE RD
BEAVER CREEK, OH 45431-8530

DANNY G ZUNTERSTEIN & JOAN S ZUNTERSTEIN JT TEN
14523 SE 50TH
BELLEVUE, WA 98006-3501

DANNY J BOYKINS & DIANNE M BOYKINS TR
DANNY J & DIANNE M BOYKINS LIVING TRUST UA 12/08/04
5118 MCHENRY LANE
INDIANAPOLIS, IN 46228-2368

DANNY L KLOPFENSTEIN
N2573 HWY GG
BRODHEAD, WI 53520

DANNY'S APARTMENTS LLC
DUSAN PETROVIC MANAGER
PO BOX 180111
UTICA, MI 48318

DARA L NELSON CUST MEGHAN R NELSON
UNDER THE MI UNFIORM GIFTS TO MINORS ACT
PO BOX 814
ALMA, MI 48801-0814

DARIA PONCIC & ANDREW PONCIC JT TEN
PO BOX 3082 STEINWAY STATION
LONG ISLAND CITY, NY 11103-0082

DARLENE APICELLA OR THOMAS S APICELLA TR
DARLENE APICELLA LIVING TRUST UA 10/15/96
202 W BAILEY
NAPERVILLE, IL 60565-4125

DARLENE BUSH
1380 140TH STREET R R 1
WAYLAND, MI 49348-9745

DARLENE KLEINER
158 LARCH ST
HOLLIDAYSBURG, PA 16648-2715

DARLENE M PAYTON
14324 170TH STREET
BONNER SPRINGS, KS 66012-7823

DARLENE M REININGER
9595 RAVINIA DR
OLMSTED FALLS, OH 44138-3277

DARLENE R BLAIR
9532 150 AVE NW
EDMONTON AB
T5E 3X5 CANADA

DARLENE R MATEYAK CUST RODNEY W MATEYAK
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1175 DUCK CREEK LANE
ORTONVILLE, MI 48462-9049

DARLENE WHITING
3480 AGNES ST
JACKSON, MI 49203-4944

DARLINE DOYLE CUST CAROLYN ELIZABETH DOYLE
U/THE IND UNIFORM GIFTS TO MINORS ACT
4871 HIGHLANDS PLACE DR
LAKELAND, FL 33813-2164

DARREL E LEONARD
192 CONSTITUITION BLVD
WHITING, NJ 08759-1837

DARREL G BAIRD & JEAN E BAIRD TR
BAIRD FAMILY REVOCABLE LIVING TRUST UA 10/18/02
1411 TALLMADGE RD
KENT, OH 44240-6659

DARREL R MARTIN & RADENE MARTIN TR
DARREL & RADENE MARTIN TRUST UA 10/12/95
1545 LEE ST
BATESVILLE, AR 72501-7760

DARREL R WEINEL
39 SUNSET PL
GERMANTOWN, OH 45327-1256

DARRELL BURTON DELAVAN & JANET RUTH DELAVAN TR
UA 05/06/92 THE DARRELL B & JANET R DELAVAN FAMILY
TRUST
1161 JACOB LANE
CARMICHAEL, CA 95608-6202

DARRELL D PAWLOWSKI & SALLY M PAWLOWSKI TR
SALLY M PAWLOWSKI & DARRELL D PAWLOWSKI
54018 SURFSIDE
SHELBY TWP, MI 48316-1455

DARRELL H MOSER CUST JASON KYLE MAY
U/THE N C UNIFORM GIFTS TO MINORS ACT
1704 WOODLAND AVE
BURLINGTON, NC 27215-3532

DARRELL H RENEKER & JOAN E RENEKER TR
DARRELL H RENEKER REVOCABLE LIVING TRUST UA
03/01/98
300 HAMPSHIRE ROAD
AKRON, OH 44313-4328

DARRELL M ANSEL CUST JEFFREY R ANSEL
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
4510 OAK DR
EDINA, MN 55424-1531

DARRELL M BAILEY
& LINDA D BAILEY & CRAIG M BAILEY & KARA E BAILEY JT
TEN
7121 PINEDALE DRIVE
LAKELAND, FL 33810-6307

DARRELL WINTERBAUER & DOROTHY A WINTERBAUER TR
WINTERBAUER FAMILY TRUST UA 04/26/00
1497 S CATUS SAND PLACE
TUCSON, AZ 85748

DARREN HALPER U/GDNSHP OF HARVEY HALPER
& CLERK SURROGATES COURT KINGS CO NY
73 CONCOURSE W
BRIGHTWATER, NY 11718-2014

DARROLD R MORRIS & PHYLLIS H MORRIS TR
DARROLD & PHYLLIS MORRIS TRUST UA 11/11/03
4107 MITCHELL DR
FLINT, MI 48506-2048

DARRYL BRIAN SMITH
PO BOX 530503
LIVONIA, MI 48153-0503

DARRYL D COOPER
PO BOX 531592
LIVONIA, MI 48153-1592

DARRYL E SMITH
PO BOX 430-222
PONTIAC, MI 48343

DARRYL ROSS STEINBERG
35 DALE AVE
STATEN ISLAND, NY 10306-1918

DARUS H ZEHRBACH SR & PEARL M ZEHRBACH TR
ZEHRBACH FAMILY REVOCABLE TRUST UA 12/13/00
623 HILLTOP DR
CUMBERLAND, MD 21502-3611

DARWIN K CLARK
PO BOX 155407
LUFKIN, TX 75915-5407

DARWIN V HENRY & DOROTHY F HENRY TR
UA 05/27/93 THE DARWIN V HENRY &DOROTHY F HENRY
REV TR
3585 ROUND BARN BLVD APT 329
SANTA ROSA, CA 95403

DATEK SECURITIES CORP CUST EDDIE C TAN A/C
70 HUDSON ST
JERSEY CITY, NJ 07302-4585

DAVE H MATAYOSHI & NATALIE N MATAYOSHI TR
DAVE H MATAYOSHI & NATALIE N MATAYOSHI 1994 TRUST
3985 ALBRIGHT AVE
LOS ANGELES, CA 90066-5001

DAVE J RUBENSTEIN TR UA 12/29/78 CYRENE RUBENSTEIN TR
1606 QUENNS COURT #D2
WHEELING, IL 60090-6953

DAVE RUBENSTEIN TR DAVE RUBENSTEIN UA 11/2/78
PO BOX 2525
GLENVIEW, IL 60025-6525

DAVID A BARDELLINI & KEITH B BARDELLINI TR
UA 10/14/1987 JUSTIN M BARDELLINI 1987 TRUST
55 SANTA CLARA AVE  APT 120
OAKLAND, CA 94610

DAVID A FERGUS CUST JULIE ANNA FERGUS
UNDER THE WAUNIF GIFTDS TO MINORS ACT
262 4TH ST
BREMERTON, WA 98337-1813

DAVID A FREDRICKSON & DIANA J FREDRICKSON TR
THE FREDRICKSON 2003 TRUST UA 04/03/03
233 PORTER LANE
SAN JOSE, CA 95127-2550

DAVID A GAGLEY JR
33713 186TH SE
AUBURN, WA 98092-9101

DAVID A KLEIN
6700 DONEGAL LN
DELTON, MI 49046-9428

DAVID A KLEIN
866 ADAMS RD
DRYDEN, NY 13053-9613

DAVID A LEVERE & LAURI M LEVERE TR
DAVID A LEVERE LIVING TRUST UA 04/10/00
24W066 ST CHARLES RD
CAROL STREAM, IL 60188-2623

DAVID A RAVAS & NANCY H RAVAS TR
DAVID A RAVAS & NANCY H RAVAS LIVING TRUST UA 04/04/95
2813 RIDGE TRAIL DR
TRAVERSE CITY, MI 49684

DAVID A RICE & MARY D RICE TR
DAVID AND MARY RICE 2002 TRUST UA 08/29/02
433 GARFIELD DRIVE
PETALUMA, CA 94954-3818

DAVID A THOMPSON TR UA 05/05/1998 ROBERT L THOMPSON & BEVERLY B THOMPSON REVOCABLE LIVING TRUST
709 AVONDALE
SAN ANGELO, TX 76901

DAVID A WAGMAN CUST MARJORIE CAROL WAGMAN U/THE MASS UNIFORM GIFTS TO MINORS ACT
887 COLLIER DR
SAN LEANDRO, CA 94572

DAVID A WATSON & ROSEMARY WATSON TR
UA EMMANUEL FAMILY PRESERVATION TRUST
117 CREEKWOOD CIRCLE
LINDEN, MI 48451-8935

DAVID ALLEN VIDOUREK & VERA MARIE VIDOUREK TR
VIDOUREK FAMILY LIV TRUST UA 01/08/02
1339 NEW LONDON RD
HAMILTON, OH 45013-4009

DAVID B BLACKWOOD & MARY E BLACKWOOD TR
DAVID B BLACKWOOD & MARY E BLACKWOOD
4119 S BARLAND AVE
ST FRANCIS, WI 53235-5501

DAVID B FERRAIOLI
16941 157TH PL SE
RENTON, WA 98058-8605

DAVID B STEPHANS & WILMA V STEPHANS TR
DAVID B STEPHANS TRUST UA 11/04/96
439 LEISURE LANE
GREENWOOD, IN 46142-8314

DAVID BERNSTEIN
215 W 92ND ST
APT 9C
NEW YORK, NY 10025-7478

DAVID BORENSTEIN
2374 BRANDY TURK WAY
ATLANTA, GA 30360-1636

DAVID BRANDWEIN TR UW FRIEDA BRANDWEIN
255 CABRINI BLVD
NEW YORK, NY 10040-3612

DAVID BRYCE & ANN T BRYCE TR
DAVID BRYCE & ANN T BYRCE TRUST UA 09/19/96
51 CIRCUT DR
CUMBERLAND, RI 02864-4108

DAVID BURSTEIN
11 SLEEPY LANE
MELVILLE, NY 11747-3220

DAVID C ARKELLS & JOYCE M ARKELLS TR
DAVID C ARKELLS & JOYCE M ARKELLS FAM TRUST UA 07/30/97
7321 E COZY CAMP DR
PRESCOTT VALLEY, AZ 86314

DAVID C ENGLAND & BARBARA G ENGLAND TR
DAVID C ENGLAND TRUST UA 03/04/83
504 DEVEREUX ST
RALIEGH, NC 27605-1502

DAVID C HOLLWEDEL
25327 240TH COURT SE
MAPLE VALLEY, WA 98038

DAVID C LINDBERG
806 178TH AVE NE
BELLEVUE, WA 98008-3425

DAVID C LINDBERG & MARGARET J LINDBERG JT TEN
806 178TH AVENUE NE
BELLEVUE, WA 98008-3425

DAVID C MENZEL & CHARLOTTE A MENZEL TR
D C & C A MENZEL FAMILY TRUST UA 03/04/04
17 OVERLOOK RD
WHITE BEAR LAKE, MN 55110-1426

DAVID C MOSIER & DENISE L ESSELING TR
AMENDED & RESTATED MOSIER FAM TR UA 02/03/95
4657 TERRY AVE
CHINO, CA 91710-2213

DAVID C PELINI & SUSAN E PELINI TR
DAVID C PELINI LIVING TRUST UA 04/03/97
11402 MEMORIAL DR
PINEY POINT VILLAGE
HOUSTON, TX 77024-7513

DAVID C STONE TR UA 12/22/88 RICHARD J REASON IRREVOC
INSURANCE TR FBO VICTORIA ALDRICH
201 WEST BIG BEAVER RD STE 500
TROY, MI 48084-4160

DAVID C STONE TR UA DTD 12/22/88RICHARD J REASON IRRE
INSURANCE TR FBO PETER REASON
201 WEST BIG BEAVER RD STE 500
TROY, MI 48084-4160

DAVID C WHITMER
8432 HOLSTEIN PONY CT
GAINESVILL, VA 20155-2968

DAVID CALDWELL
PO BOX 431873
PONTIAC, MI 48343-1873

DAVID CHARLES STEINHOFF
8309 VASSAR RD
GRAND BLANC, MI 48439-9537

DAVID CHEIFETZ CUST MARTIN CRAIG CHEIFETZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
67 CURLEW RD
LAKE WORTH, FL 33462

DAVID COHN CUST JEFFREY WIENTRAUB
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NJ
15417 QUAIL RUN DR
DARNESTOWN, MD 20878-3533

DAVID CRAIG STONE
501 150TH ST
BALSAM LAKE, WI 54810-7220

DAVID D ACKERMAN & CHARLOTTE ACKERMAN TR
UA 05/29/1997 ACKERMAN LIVING TRUST
1256 E CHIPPEWA RIVER RD
MIDLAND, MI 48640

DAVID D BARNES & JOCELYN C BARNES TR
UA 10/30/2007 DAVID D BARNES AND JOCELYN C BARNES
3852 GLIDDEN DR
STURGEON BAY, WI 54235

DAVID D BEYER
PO BOX 431885
PONTIAC, MI 48343-1885

DAVID D BROWN CUST MICHAEL D BROWN
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
32 BURLEIGH STREET
WATERVILLE, ME 04901-7304

DAVID D GORTE
& JOAN D GORTE & DIANE HARROD & DAVID P GORTE &
ELLEN S LECUREUX &
214 S MCDONNELL ST
CORUNNA, MI 48817-1750

DAVID D REINHARDT
60860 APACHE LANE
WASHINGTON, MI 48094-2006

DAVID DAHROUGE JR CUST DAVID JAMES DAHROUGE
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
438 W LINCOLN AVE
OAKHURST, NJ 07755-1442

DAVID E BRONSON & JEAN A BRONSON TR
DAVID E BRONSON & JEAN A BRONSONREV FAM TRUST
7619 W WHITE BIRCH AVE
LAKE CITY, MI 49651-8502

DAVID E DE LORY CUST KIMBERLY A DE LORY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 356
PEMBROKE, MA 02359-0356

DAVID E DELP & MARY ANN J DELP TR
DAVID E DELP & MARY ANN J DELP REVOCABLE LIV TRUST
UA 09/13/04
4404 CROSLAND ROAD
PHILADELPHIA, PA 19154-4314

DAVID E HILLYARD & LORRAINE HILLYARD TR
DAVID E & LORRAINE HILLYARD TRUST UA 07/23/01
1610 REYNOLDS ROAD LOT 340
LAKELAND, FL 33801-6969

DAVID E MOLYNEAUX CUST KATHERINE I MOLYNEAUX
A MINOR U/THE LAWS OF THE STATE OF MICH
11122 MAIN RD
FENTON, MI 48430-9717

DAVID E PELGEN & ELIZABETH M PELGEN TR
THE PELGEN 1996 TRUST UA 01/02/96
PO BOX 627
COLUMBIA, CA 95310-0627

DAVID E STEINBACH
28235 SKEEN CT
SUN CITY, CA 92585-3906

DAVID E WILT & LOIS A WILT TR
THE WILT FAMILY REVOCABLE LIVING TRUST UA 4/29/96
2510 NADINE CIRCLE
HINCKLEY TWP, OH 44233-9696

DAVID EARL CRAWFORD & VERA M CRAWFORD TR
UA 03/01/93 THE CRAWFORD FAMILY LIVING TRUST
2170 VALLEY VISTA DR
DAVISON, MI 48423-8317

DAVID FEINGOLD & CARMEN FEINGOLD JT TEN
120 CONSTITUTION DR
ORANGEBURG, NY 10962-2727

DAVID G BRIANT CUST KATHLEEN ANN BRIANT
U/THE ARIZ UNIFORM GIFTS TO MINORS ACT
PSC 41 BOX 6494
APO, AE 09464-6494

DAVID G MARTE
5710 125TH STREET S E
SNOHOMISH, WA 98296-8964

DAVID G SEABURY & KATHLEEN J SEABURY TR
DAVID G SEABURY & KATHLEEN J SEABURY LIVING TRUST
UA 05/22/95
49 HACIENDA CIR
ORINDA, CA 94563-1712

DAVID GLICKENSTEIN
2828 W CALLE ARANDAS
TUCSON, AZ 85745-2533

DAVID GOLDSTEIN
502 BRIARWOOD CIR
HOLLYWOOD, FL 33024-1321

DAVID GOLDSTEIN
5203 VILLAGE GREEN TRCE
ROSWELL, GA 30075-7651

DAVID GOLDSTEIN
82 GRAHAM AVE
BROOKLYN, NY 11206-3311

DAVID GOMEZ
9561 154TH ST
NOBLE, OK 73068-5237

DAVID GREENFIELD
C/O REEDER HEATING & A/C
4621 W 63RD STREET
CHICAGO, IL 60629-5504

DAVID GREGORY JOHNSON CUST ELISABETH INGER JOHNSO
UNDER THE CONNECTICUT U-G-M-A
1100 PLACITA LINTERNILLA
TUCSON, AZ 85718-1040

DAVID H CAMPBELL & CAROLYN G CAMPBELL TR
CAMPBELL LIVING TRUST UA 06/21/91
4103 ANGELINA DR
MIDLAND, TX 79707

DAVID H GOLDSTEIN
317 WESLEY STREET
ROCHESTER, MI 48307-1867

DAVID H MELTZER CUST ELIZABETH S MELTZER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
215 E CANTON AVE
WINTER PARK, FL 32789

DAVID H MELTZER CUST NORMAN ERIC MELTZER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
301 GLENRIDGE WAY
WINTER PARK, FL 32789-6123

DAVID HEINSLER
290 MASCOT DRIVE
ROCHESTER, NY 14626-1706

DAVID I MILLER CUST MARVIN NEAL MILLER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2106 CARTERDALE RD
BALT, MD 21209-4524

DAVID J BATEMAN SR TR
DAVID J BATEMAN SR REVOCABLE LIVING TRUST UA
11/05/99
2700 BAYSHORE BLVD #591
DUNEDIN, FL 34698-1639

DAVID J BATEMAN SR TR
DOROTHY J BATEMAN REVOCABLE LIVING TRUST UA
11/05/99
2700 BAYSHORE BLVD #591
DUNEDIN, FL 34698-1639

DAVID J CROCKETT
5305 WHITING AVE
EDINA, MN 55439-1248

DAVID J GREENSTEIN
5352 POND BLUFF DRIVE
W BLOOMFIELD, MI 48323-2444

DAVID J HARWOOD & PAM HARWOOD JT TEN
9627 OTTERBEIN ROAD
CINCINNATI, OH 45241-3377

DAVID J HEFFERNAN & EVELYN G HEFFERNAN TR
HEFFERNAN FAMILY TRUST UA 08/29/96
514 MASSACHUSETTS AVE
RIVERSIDE, CA 92507-3040

DAVID J HODOROWSKI & ELAINE M HODOROWSKI TR
HODOROWSKI LIVING TRUST UA 1/20/00
12870 NATHALINE
REDFORD, MI 48239-4611

DAVID J KLEIN
3413 PINETRACE DR
LAPEER, MI 48446-2991

DAVID J LINSDAY
PO BOX 230288
FAIR HAVEN, MI 48023-0288

DAVID J NIEDZIALEK
APARTADO 0843-00509
PANAMA (REP)

DAVID J SHABAZ
& CELIA M SHABAZ TOD DOUGLAS S SHABAZ SUBJECT TO
STA TOD RULES
8379 APPLE BLOSSOM LN
FLUSHING, MI 48433-1192

DAVID J STEINMAN
218 E OAKRIDGE
FERNDALE, MI 48220-1398

DAVID J TEWELL
100 N TRYON ST
SUITE B220-104
CHARLOTTE, NC 28202-4000

DAVID J THOMAS CUST DAVID P THOMAS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
30 HYDE BLVD
BALLSTON SPA, NY 12020-1608

DAVID J WAKSTEIN
1105 TIMBER OAKS RD
EDISON, NJ 08820-4201

DAVID J WEBER
2606 144TH AVE
DORR, MI 49323-9781

DAVID J WEINBERG
66 BRIAN DR
APT C
STOUGHTON, MA 02072-1250

DAVID JAMES KELLY & KRISTIN E SHELTON KELLY TR
UA 11/06/2007 DAVID KELY & KRISTIN SHELTON KELLY
4579 CALLE NORTE
NEWBURY PARK, CA 91320-6817

DAVID JERRELL FARR CUST MARLETTA NELLY FARR
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
3204 COVINA CT
ARLINGTON, TX 76001-6570

DAVID JOHN LAURENZI SR
& SUSAN L LAURENZI & DAVID JOHN LAURENZI JR JT TEN
6941 DREXEL DR
SEVEN HILLS, OH 44131-4113

DAVID JOHNSON & JOSEPH JOHNSON TEN COM
2848 EINSTEIN DR
VIRGINIA, VA 23456-8156

DAVID K BEINKAMPEN
5580 FISH POND ROAD
SALISBURY, NC 28146-8086

DAVID K BRANSTETTER
PO BOX 481161
KANSAS CITY, MO 64148-1161

DAVID L CARPENTER
PO BOX 1000
BUTNER, NC 27509

DAVID L CHURCHILL & VILMA G CHURCHILL TR
DAVID L & VILMA G CHURCHILL 1997 TRUST UA 08/20/97
12566 CRISTI WAY
BOKEELIA, FL 33922-3317

DAVID L DRALLE CUST BRADFORD J DRALLE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
PO BOX 1534
BEAUFORD, SC 29901-1534

DAVID L DRALLE CUST DAVID L DRALLE JR
U/THE ILL UNIFORM GIFTS TO MINORS ACT
319 HANS BRINKER DR
PEOTONE, IL 60468-9144

DAVID L DRALLE CUST GREGORY A DRALLE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1880 COBB BLVD
KANKAKEE, IL 60901-5804

DAVID L DRALLE CUST JOHN D DRALLE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1172 BLAYS
BOURBONNAIS, IL 60914-4540

DAVID L GRIMES CUST RONALD A GRIMES
U/THE CALIFORNIA GIFTS OF SECURITIES TO MINORS ACT
1411 CREST DR
ENCINITAS, CA 92024-5208

DAVID L HAESEKER & JANET A HAESEKER TR
HAESEKER FAMILY REVOCABLE LIVING TRUST UA 9/2/99
5205 SHILOF SPRINGS RD
TROTWOOD, OH 45426

DAVID L MC KAY
1396 106TH AV
OTSEGO, MI 49078-9701

DAVID L MCCANN & SHIRLEY A MCCANN TR
DAVID L MCCANN & SHIRLEY MCCANN LIVING
8624 W RIDGE
RAYTOWN, MO 64138-2620

DAVID L MEYER
1247 VOSKUHL ROAD
MARIA STEIN, OH 45860

DAVID L MIDDLETON & ANN A MIDDLETON TR
UA MIDDLETON COMMUNITY PROPERTY TRUST 03/15/89
2923 WINCHESTER DR
HAYWARD, CA 94541-5612

DAVID L ROHRMAN & MARILYN M ROHRMAN TR
DAVID L ROHRMAN & MARILYN M ROHRMAN REV TRUST UA 03/22/00
550 NORTH MERIDIAN RD
GREENFIELD, IN 46140-2733

DAVID L SCHMIDT & WALMAR H SCHMIDT TR
DAVID L SCHMIDT & WALMAR H SCHMIDT TRUST UA 12/11/95
PO BOX 2325
ROSWELL, NM 88202-2325

DAVID L SOUTHWICK & GLORIA A SOUTHWICK TR
UA 04/12/94 DAVID L SOUTHWICK TRUST
10615 CAVALCADE STREET
GREAT FALLS, VA 22066-2426

DAVID L TUPPER & PATRICIA M TUPPER TR
DAVID L & PATRICA M TUPPER JOINT REVOCABLE TRUST UA 2/22/06
902 EASTWOOD DR
BRANDON, FL 33511-6506

DAVID L WISNESKI & MICHELLE A WISNESKI TR
WISNESKI LIVING TRUST UA 10/31/00
35431 ALTA VISTA
STERLING HEIGHTS, MI 48312-4403

DAVID LANDOWNE
BOX 016430 PHYSIOLOGY
MIAMI, FL 33101

DAVID LEMAR JR & ROBERT L LANEY TR
VIRGINIA LEE LANEY TRUST UA 10/25/01
673A WEST LUMSDEN RD
BRANDON, FL 33511-5911

DAVID LEO WYATT
11326 REINHARDT AVE
ENGLEWOOD, FL 34224-8808

DAVID LICHTENSTEIN & ADELE LICHTENSTEIN JT TEN
4420 EXETER DR
UNIT L307
LONGBOAT KEY, FL 34228-2222

DAVID LIEBERMAN
KIBBUTZ EIN TZURIM
D N LACHISH
TZAFON
79412 ISRAEL

DAVID LOWE & JODY LOWE JT TEN
13883 156 ST N
JUPITER, FL 33478-8524

DAVID M BEHM & ANNE E BANNISTER TR
DELBERT J BEHM & JEANNE E BEHM TRUST UA 12/29/93
6359 VINTAGE CT
LOCK PORT, NY 14094-9564

DAVID M BEHM & ANNE E BANNISTER TR
UA 12/29/93 DELBERT J & JEANNE E BEHM TRUST
6359 VINTAGE CT
LOCK PORT, NY 14094-9564

DAVID M BERNSTEIN CUST ROBERT G BERNSTEIN UGMA PA
63 RUSTIC TRL
FLEMINGTON, NJ 08822-5556

DAVID M CARLTON CUST DAVID MILTON CARLTON JR
A MINOR U/THE LA GIFTS TO MINORS ACT
PO BOX 13258
ALEXANDRIA, LA 71315-3258

DAVID M FILER
2112 BUCKMAN AVE
READING, PA 19610

DAVID M FLYNN CUST DAVID FLYNN JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
815 BRAZOS ST SUITE 900
AUSTIN, TX 78701-2519

DAVID M LEVINSOHN CUST KIM E LEVINSOHN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
420 E BRAEBURN DR
SAGINAW, MI 48603-5787

DAVID M SPECTOR & STEVEN SPECTOR TR
UA 09/22/2007 PHILLIP J SPECTOR GST TRUST
150 S WACKER DRIVE #1200
CHICAGO, IL 60606

DAVID M STEINWAY & KAREN STEINWAY JT TEN
5354 E PARADISE DR
SCOTTSDALE, AZ 85254-5709

DAVID MANDEL WEISS & JOANNE GLAZER WEISS TR
DAVID MANDEL WEISS & JOANNE GLAZER WEISS
10 LIBERTY HILLS COURT
LONG VALLEY, NJ 07853-3087

DAVID MARK STEIN & SHARON ILENE STEIN JT TEN
326 OLD GREEN BAY RD
GLENCOE, IL 60022-1937

DAVID MITCHELL
PO BOX 320558
KANSAS CITY, MO 64132-0558

DAVID N REILLY VAUXHALL MOTORS LTD
C/O GENERAL MOTORS
11TH FLOOR JINMAO TOWER
88 CENT AVE
PUDONG SHANGHAI 200121 CHINA (PEOPLE'S REP)

DAVID N ZIMMERMAN TR
DAVID N ZIMMERMAN REVOCABLE LIVING TRUST UA
12/22/78
4532 TANBARK DRIVE
BLOOMFIELD HILLS, MI 48302-1654

DAVID O SMITH CUST SCOTT A SMITH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
307 DALE STREET
FLUSHING, MI 48433-1732

DAVID ORGELL CUST PETER S ORGELL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
904 THISTLE GATE RD
AGOURA, CA 91377-3917

DAVID P ANDERSON
& MARK W ANDERSON & LAURA D ANDERSON & NEAL S
ANDERSON JT TEN
12109 E 45TH TERR
KANSAS CITY, MO 64133-2016

DAVID P ECKSTEIN
1862 WESTOVER CT
MANSFIELD, OH 44906-3370

DAVID P MURAWSKI & JOY B MURAWSKI TR
DAVID P MURAWSKI TRUST UA 02/02/02
1007 SOUTH GRANDVIEW
LAKE FOREST, IL 60045-4006

DAVID P RUBENSTEIN
136 E ROSE HILL AVE
KIRKWOOD, MO 63122-6226

DAVID P WATSON SR CUST MADELEINE WATSON UTMA IL
205 ARBON COURT
CRETE, IL 60417-1121

DAVID R HOVIS & CHRISTI HOVIS TR
UA 12/01/2005 DAVID & CHRISTI HOVIS TRUST
1527 CALLE TULIPANES
ENCINITAS, CA 92024

DAVID R KRAFT
PO BOX 291353
DAVIE, FL 33329-1353

DAVID R SKUBIK & MARCHA D SKUBIK TR
D & M SKUBIK FAMILY TRUST UA 05/13/03
199 LINGER LAKE DR
CROSSVILLE, TN 38571-0286

DAVID R STEINER
8464 E RATHBUN RD
BIRCH RUN, MI 48415-8420

DAVID R THOMPSON & AUDREY F THOMPSON TR
UA 07/31/08 DAVID R THOMPSON & AUDREY F THOMPSON
618 WILLOW LANE
PERRYVILLE, MO 63775

DAVID R TRABUCCO & SALLY A TRABUCCO TR
DAVID R TRABUCCO LIVING TRUST UA04/13/96
3232 QUINLAN ST
YORKTOWN, NY 10598-2517

DAVID RICE
340-1933 RIVERSIDE DRIVE W
WINDSOR ON
N9B 1A7 CANADA

DAVID ROBERT LEVINE
PO BOX 230405
GREAT NECK, NY 11023-0405

DAVID ROSSI CUST SARAH CHANDLER ROSSI
A MINOR UNDER THE LAWS OF GEORGIA
1075 HUFF RD NW
ATLANTA, GA 30318-4129

DAVID S GOLDSTEIN
PO BOX 15351
AUGUSTA, GA 30919-1351

DAVID S RITCHIE & MARILYN A RITCHIE TR
DAVID S RITCHIE & MARILYN A RITCHIE REV
19134 ALONDRA WAY
RIO VERDE, AZ 85263-7224

DAVID SCHEINBERG
46175 N VALLEY DR
NORTHVILLE, MI 48167-1781

DAVID SCOTT WEINBERGER
5778 BACKLICK RD
APT 102
SPRINGFIELD, VA 22150-3277

DAVID SHULMAN CUST MITCHELL SHULMAN
UNDER THE FLORIDA GIFT TO MINORS ACT
11550 SW 72ND CT
MIAMI, FL 33156-4623

DAVID SILVERSTEIN
44 DILLON RD
WOODBRIDGE, CT 06525-1219

DAVID SMITH
PO BOX 870568
STONE MTN, GA 30087-0015

DAVID STEIN
410 BEACH DR
ANNAPOLIS, MD 21403

DAVID T BUKEN & ELLEN P BUKEN TR
DAVID T BUKEN LIVING TRUST UA 10/24/98
PO BOX 62081
CINCINNATI, OH 45262-0081

DAVID T MCKEE
17860 112TH RD
BURDEN, KS 67019-9249

DAVID T SCHMITZ & MARILYN J SCHMITZ TR
SCHMITZ LIVING TRUST UA 05/05/97
1614 KINGS DOWN CIRCLE
DUNWOODY, GA 30338-5624

DAVID V WALKER III & SUE H WALKER TR
THE WALKER FAMILY TRUST UA 12/15/98
5526 TAHOE CIR
CORPUS CRISTI, TX 78413-2922

DAVID W BENN CUST DAVID RANDALL BENN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3/38 CHURCHHILL CRESCENT
CAMMERAY NSW
2062 AUSTRALIA

DAVID W COTEREL
PO BOX 292279
DAYTON, OH 45429-0279

DAVID W ERNST CUST MICHAEL W ERNST
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
8858 WOODPARK DR
ST LOUIS, MO 63127-1440

DAVID W HEINEMANN
1433 N HIGHLAND AVE
ARLINGTON HTS, IL 60004-4644

DAVID W HEINZELMANN & TRUDY J HEINZELMANN JT TEN
2628 TALISMAN CT
BEDFORD, TX 76021-2645

DAVID W LOGAN JR CUST DOREEN A LOGAN
A MINOR UNDER THE LAWS OF THE STATE OF MICHIGAN
305 N OTTAWA ST
SAINT JOHNS, MI 48879-1435

DAVID W LOGAN JR CUST LESLIE IRENE LOGAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6433 WOODCREST RIDGE
CLARKSTON, MI 48346-3050

DAVID W STEIN
205 HALL ST
ESSEXVILLE, MI 48732-1149

DAVID W STEIN
6707 BEAR RIDGE RD
LOCKPORT, NY 14094-9288

DAVID W STEINER
700 ARROUES DRIVE
FULLERTON, CA 92835-1925

DAVID W WOOD II & SIDNEY R WOOD TEN COM
BOX 610130
BIRMINGHAM, AL 35261-0130

DAVID WEINTRAUB
174 TALLOW WOOD DR
CLIFTON PARK, NY 12065

DAVID WINKELSTEIN
13623 FALLOW DR
HUNTLEY, IL 60142-7784

DAVID WOLKENSTEIN & JUDITH E WOLKENSTEIN JT TEN
500 W BRADLEY RD
MILWAUKEE, WI 53217-2638

DAVIDA KORN ORENSTEIN & MARC KORN JT TEN
54-44 LITTLE NECK PARKWAY
APT 2F
LITTLE NECK, NY 11362-2214

DAVIS HALE VON WITTENBURG & JEAN ELLEN VAN WITTENBU
VON WITTENBURG LIVING TRUST UA 3/11/05
300 HOT SPRINGS RD # L 228
SANTA BARBARA, CA 93108-2038

DAVIS SELECTED ADVISERS L P INVESTMENT TRADING ACCC
609 FIFTH AVE 11TH FLOOR
NEW YORK, NY 10017-1021

DAWN E KLEINMAN
301 OAK AVE
CARRBORO, NC 27510-1751

DAWN KLEINDIENST
178 CLARA AVE
P C BEACH, FL 32407

DAWN M HEINRICHS
519 AGNES AVE
WAUNAKEE, WI 53597-1588

DAWSON F WARRINGTON CUST DAWSON F WARRINGTON II
UNDER DE U-G-M-A MINORS ACT
409 LAKEWOOD DR 1
LA GRANGE, KY 40031-8420

DEAN E BRODBERG & TERRLYN W BRODBERG TR
UA 03/16/1990 BRODBERG FAMILY TRUST
1345 S BRIARFIELD DR
LANSING, MI 48910

DEAN H KRANZ & MAVIS A KRANZ TR
DEAN H KRANZ & MAVIS A KRANZ TRUST UA 07/13/06
2447 PROUGH RD
NATIONAL CITY, MI 48748-9521

DEAN H LANGER & MARGARET ANN LANGER TR
LANGER TRUST UA 08/28/48 AMENDED 08/29/91
545 N MAIN
WHITE HALL, IL 62092-1150

DEAN L WILLIAMS CUST CHRISTOPHER W WILLIAMS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1402 CLINTON ST
WILMINGTON, DE 19806

DEAN M MARNEY
13661 166TH ST
BONNER SPRNGS, KS 66012-7836

DEAN SHINTAFFER CUST GARY SHINTAFFER UGMA WA
7813 132ND NE
KIRKLAND, WA 98033-8241

DEAN STANDEN & DORIS ELAINE STANDEN & JAMES D STANI
DEAN STANDEN INTER VIVOS TRUST UA 10/27/95
8586 HAUSER CT
LENEXA, KS 66215-4546

DEAN W SHUTTLEWORTH TR
UW OF DOROTHY WILKIE SHUTTLEWORTH FBO DEAN
WILKIE SHUTTLEWORTH JR &
1108 MCLEAN DR
DILLON, SC 29536-2644

DEANNA M KLEIN
545 W CASA GRANDE LAKE BLVD N
CASA GRANDE, AZ 85222-6119

DEANNA PIERPONT CUST JOHN PIERPONT 3RD
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1101 FRANKLIN ST
MUNDELEIN, IL 60060-5376

DEANNE M WETTSTEIN CUST CORY WETTSTEIN UTMA WI
2303 W HAPPY HOLLOW RD
JANESVILLE, WI 53546-7700

DEANNE M WETTSTEIN CUST KYLE D TYRER UTMA WI
2303 W HAPPY HOLLOW RD
JANESVILLE, WI 53546-7700

DEANNE M WETTSTEIN CUST TRAVIS A TYRER UTMA WI
2303 W HAPPY HOLLOW RD
JANESVILLE, WI 53546-7700

DEBBE STEIN
505 N MCCLURG COURT
UNIT 1603
CHICAGO, IL 60611

DEBORAH A AITKEN
242-510 ROSSLAND RD EAST
OSHAWA ON
L1G 6Z7 CANADA

DEBORAH A RUTHERFORD
PO BOX 351874
TOLEDO, OH 43635-1874

DEBORAH BROOKING SMITH
PO BOX 461182
GARLAND, TX 75046-1182

DEBORAH C HARRINGTON & JOSEPH S HARRINGTON TR
UA 01/14/93 DEBORAH C HARRINGTONTR
1704 N PARK DRIVE
UNIT 316
WILMINGTON, DE 19806-2169

DEBORAH D HEATH
6333 195TH AVE
STANWOOD, MI 49346-9537

DEBORAH DINA SHEINFELD
1631 53RD STREET
BROOKLYN, NY 11204-1421

DEBORAH GOLDSTEIN
1928 EDWARD LANE
MERRICK, NY 11566-4921

DEBORAH J KLEIN
29 CALVIN ROAD
NEWTON, MA 02460-2104

DEBORAH J MCNARY
PO BOX 351302
DETROIT, MI 48235-6302

DEBORAH J PISCIOTTA
& VINCENT A PISCIOTTA III & CAROL A BATLINER JT TEN
9709 E 82 ST
RAYTOWN, MO 64138-2026

DEBORAH JEANNE SEXTON LAYMAN TR DJSL TR UA BETWEE
SEXTON LAYMAN TRUSTOR & TRUSTEE 11/2/87
3216 SW SCHOLLS FY CT
PORTLAND, OR 97221-1347

DEBORAH KAY HIPKE-FULLER TR
UA 10/01/2007 DEBORAH KAY HIPKE-FULLER SEPARATE
TRUST
2210 YVONNE ST
WAUKESHA, WI 53188

DEBORAH L ALLISON
PO BOX 214777
AUBURN HILLS, MI 48321-4777

DEBORAH L MARKHAM CHASE TR
UA 04/09/2003 D L MARKHAM CHASE SEPARATE PROPERTY
TRUST
19550 CRYSTAL RIDGE LANE
NORTHRIDGE, CA 91326

DEBORAH L REINOWSKI
PO BOX 2161
ARCADIA, FL 34265-2161

DEBORAH L WALL
28386 200TH ST
PICKERING, MO 64476

DEBORAH LINDEN
PO BOX 272433
FORT COLLINS, CO 80527

DEBORAH LOU SCOPP CUST MATTHEW RICHARD SCOPP
A MINOR UNDER THE LAWS OF GEORGIA
3423 ARBOR CREET POINT
ATLANTA, GA 30340-2783

DEBORAH LYNETTE DANTZLER
PO BOX #591357
SAN FRANCISCO, CA 94159-1357

DEBORAH M KLEIN
7390 SILVER RIDGE DR NE
ROCKFORD, MI 49341-7668

DEBORAH M THOMAS
ATTN DEBORAH M STEIN-PELTIER
46539 GREENBRIAR DR
CHESTERFIELD, MI 48051-2870

DEBORAH S HALLENE TR
UA 11/19/2003 JOHN CHRISTOPHER STOKES TRUST UW
DOROTHY D BROWN
12330 SHAFTSBURY
HOUSTON, TX 77031

DEBORAH SHEINFELD
1631-53 ST
BROOKLYN, NY 11204

DEBORAH STEINBERG CUST JACOB STEINBERG UTMA NJ
185 RAMBLEWOOD PKWY
MT LAUREL, NJ 08054-2325

DEBORAH SWORD
APT 305 1001 68TH AVE SW
CALGARY AB
T2V 4X1 CANADA

DEBORAH T DANTZLER
PO BOX 311033
FLINT, MI 48531-1033

DEBRA A MOREY CUST MALLORY WEGNER
UNDER THE IL UNIF TRANSFERS TO MINORS
503 E EMPIRE ST
BLOOMINGTON, IL 61701

DEBRA BORNSTEIN NUTT
8648 BLOOMFIELD RD
PHILADELPHIA, PA 19115-4128

DEBRA D VOWELL
ATTN DEBRA D FINKBEINER
1782 NORTON CREEK CT
WIXOM, MI 48393-1423

DEBRA J KLEIN
23039 LESLIE
TAYLOR, MI 48180-3549

DEBRA K HEINONEN EX EST JOSEPH C MCCRARY
2281 WALWORTH-MARION ROAD
WALWORTH, NY 14568

DEBRA K ZACHERY
13300-177 MORRIS ROAD
ALPHARETTA, GA 30004

DEBRA L GILLESPIE
PO BOX 470337
FORT WORTH, TX 76147-0337

DEBRA L RUOSS
7699 108TH ST
MIDDLEVILLE, MI 49333-8950

DEBRA LYNN FERGUS
4630 146 PLACE SE
BELLEVUE, WA 98006-3148

DEBRA LYNN LEAHY CUST BRIAN ANDREW LEAHY UGMA WA
4630 146TH PL SE
BELLEVUE, WA 98006-3148

DEBRA LYNN LEAHY CUST KATIE MICHELLE LEAHY UGMA WA
4630 146TH PL SE
BELLEVUE, WA 98006-3148

DEBRA WEINER
254 E 68TH STREET
APT 6E
NEW YORK, NY 10021-6013

DEIDRE L HEINDL
2905 PARKVIEW DR
FORT MYERS, FL 33905-1939

DEL E ZACK
17413 105TH AVE
SUN CITY, AZ 85373-1921

DELAWARE CHARTER GUARANTEE & TRUST CO TR
RICHARD A PHALON SR INDIV RET TR4/30/79
BOX 8963
WILM, DE 19899-8963

DELBERT D FEINAUER
5741 S FRASER RD
BAY CITY, MI 48706-9729

DELBERT L BIERLEIN & ELLA J C BIERLEIN JT TEN
147 W BLADE DR
PENN FURNACE, PA 16865-9500

DELBERT W BOUTWELL & DON ELDA BOUTWELL TR
UA 07/05/91 THE DELBERT W BOUTWELL &
35 MIDWAY
MILL VALLEY, CA 94941-3438

DELBERT W FLAA & KATHLEEN A FLAA & ANDREA J FLAA TR
FLAA TRUST UA 11/12/03
5291 LAKECREST RD
CALEDONIA, IL 61011-9411

DELIA R MENDIETA
PO BOX 210325
AUBURN HILLS, MI 48321-0325

DELIGHT E BREIDEGAM JR CUST DANIEL D BREIDEGAM
U/THE PA UNIFORM GIFTS TO MINORS ACT
56 ROHRBACH RD
OLEY, PA 19547-8973

DELMAR R STONE & JOYCE L STONE TR
DELMAR R STONE & JOYCE L STONE TRUST UA 04/04/97
306 WILLOW WAY
PLEASANT VIEW, UT 84414-2259

DELORES LAURICELLA & JOHN J LAURICELLA JR & JOSEPH A
ANGELO M LAURICELLA JT TEN
141 BANKO DR
DEPEW, NY 14043-1205

DELORES M EDWARDS
PO BOX 151397
ARLINGTON, TX 76015

DELORES MABARAK
& KEREN MABARAK & ALAN A MABARAK & LYNN M MABARAK
JT TEN
576 RIVARD
GROSSE POINTE, MI 48230-1251

DELORES P STEINBEISER
1921 CLOVERBROOK DR
MINERAL RIDGE, OH 44440-9519

DELORES P STEINBEISER & VINCENT H STEINBEISER JT TEN
1921 CLOVERBROOK DR
MINERAL RIDGE, OH 44440-9519

DELORES TAYLOR
PO BOX 981226
YPSILANTI, MI 48198-1226

DELPHINE I JEDRZEJEK & STEPHEN S JEDRZEJEK TR
JEDRZEJEK SELF-TRUSTEED LIVING REVOCABLE TRUST UA
03/05/97
534 W SHOREVIEW LN
INDIAN RIVER, MI 49749-9252

DELPHINE M LIDDICOAT
& SALLY A DORAN & CAROL J KNOLL & JANE D BUXELL JT
TEN
1011 RUM RIVER DR
PRINCETON, MN 55371-1213

DELPHINE M RUGENSTEIN
313 MURPHY ST
BAY CITY, MI 48706-3976

DELPNA LOUISE CARPENTER TR
LIVING TRUST UA 10/03/85 THE DELPNA LOUISE CARPENTER
1087 ERICA RD
MILL VALLEY, CA 94941-3720

DELTAH D HAGIE
DELTAH KLEINHANS
LOCKPORT, NY 14094

DELVIN E PLAISANCE & JEAN M PLAISANCE TR
FAM TR 12/18/91 U-A D E PLAISANCE&J M PLAISANCE
750 HILLCREST DR NW
SALEM, OR 97304-3664

DEMING E STOUT & ANN K STOUT TR
DEMING & ANN STOUT LIVING TRUST UA 09/13/95
121 PASTURE RD
SANTA CRUZ, CA 95060-2019

DENISE M GMEINER
1714 SOUTHWORTH DR
NILES, MI 49120-8754

DENNIS ALAN GOLDSTEIN
766 ROCA ST
ASHLAND, OR 97520-3318

DENNIS C BARRY & CAROLINE W BARRY TR
UA 09/01/89 THE BARRY FAMILY TRUST
511 WEST CALIFORNIA BLVD
PASADENA, CA 91105-1635

DENNIS C EBERLEIN
619 OSWEGO DR
GIBSONIA, PA 15044-8040

DENNIS C EBERLEIN & PAUL E EBERLEIN JT TEN
619 OSWEGO DR
GIBSONIA, PA 15044-8040

DENNIS E CORNELL & IRIS G CORNELL TR
DENNIS E CORNELL & IRIS G CORNELL REVOCABLE JT
14249 N HENDERSON
OTISVILLE, MI 48463-9717

DENNIS FREDERICK ROGERS
2161 192ND AVE
CENTURIA, WI 54824-7750

DENNIS FREHARD JOHNSON & SARAH CAMALIA JOHNSON TR
JOHNSON FAMILY LIVING TRUST UA 07/08/99
3022 LORNE ST SE
OLYMPIA, WA 98501-3463

DENNIS G CAVIGLIA & CHERYL M CAVIGLIA TR
MARITAL DEDUCTION TRUST OF DENNIS G CAVIGLIA&
7255 HURST PARK RD
RENO, NV 89502-9660

DENNIS G ERICKSON & BARBARA FISCHER ERICKSON TR
THE ERICKSON FAMILY TRUST UA 08/11/03
265 FOWLER AVENUE
SAN FRANCISCO, CA 94185

DENNIS G FEUERSTEIN
1395 HENSKEE RD
ALDEN, NY 14004

DENNIS G GREINER
27384 KAUFMAN ST
ROSEVILLE, MI 48066-3095

DENNIS HOWARD
PO BOX 560575
THE COLONY, TX 75056-0575

DENNIS J HARDEN
BOX 214-212 S DIVISION
CARSON CITY, MI 48811

DENNIS J KLEINWEBER TOD DOROTHY A KASPER-KLEINWEBI
TOD RULES
1921 REVERE ROAD
CLEVELAND HTS, OH 44118

DENNIS J ROTROFF
15710 112TH CT
ORLAND PARK, IL 60467-5874

DENNIS L GUERIN
PO BOX 214027
AUBURN HILLS, MI 48321-4027

DENNIS L SCOTT
20326 168 ST
BASCHAR, KS 66007-5186

DENNIS M CHALUS TR
UA 10/30/01 JANE E CHALUS FAMILY TRUST CREATED
UNDER
47 COVINGTON COURT
CHERRY HL VLG, CO 80113

DENNIS M SPENCER
16762 127TH ST
LEMONT, IL 60439-7468

DENNIS MCCARTHY & ZELDA K MCCARTHY TR
DENNIS MCCARTHY LIVING FAM TRUST UA 11/25/92
3492 WILD LILIAC RD
APT 321
THOUSAND OAKS, CA 91360

DENNIS MICHAEL DUQUETTE TR
DENNIS MICHAEL DUQUETTE LIVING TRUST UA 06/14/96
1243 STONETREE
TROY, MI 48083-5220

DENNIS P DOBRZYNIEWICZ
2 RUE MADELEINE WY
LANCASTER, NY 14086-9424

DENNIS P FAGAN
PO BOX 56
FILER CITY, MI 49634-0056

DENNIS SCHMITKE & LINDA SCHMITKE TR
UA 06/19/2006 SCHMITKE FAMILY TRUST
1029 REGENT DR
GRANTS PASS, OR 97526

DENNIS W WHITING
60630 VAN DYKE
WASHINGTON, MI 48094-2344

DENSOL M GRIFFIN CUST TIMMY W GRIFFIN
A MINOR UNDER THE LAWS OF GEORGIA
603 MACK DR
VALDOSTA, GA 31602-1658

DERAY G BIRD
PO BOX 571495
SALT LAKE CTY, UT 84157-1495

DEREK DALE ROWE
929 110TH ST
PLAINWELL, MI 49080-9515

DEREK ROWE CUST ALEXANDER MAURICE ROWE UTMA MI
929 110TH ST
PLAINWELL, MI 49080-9515

DEREK ROWE CUST ISSAC MARTIN ROWE UTMA MI
929 110TH ST
PLAINWELL, MI 49080-9515

DERRICK R TAYLOR
PO BOX 464002
LAWRENCEVILLE, GA 30042-4002

DERWAIN J BELLMORE & MARVEL GLORIA BELLMORE TR
BELLMORE JOINT TRUST UA 09/14/04
5336 WYNDEMERE COMMON SQUARE
SWARTZ CREEK, MI 48473-8911

DERYLL GALLIVAN CUST JOE D GALLIVAN
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
405 AHR STORM DR
OWENSVILLE, MO 65066-2757

DESSA N BLACKMON CUST WADDY J A BLACKMON JR
A MINOR UNDER THE LAWS OF SC
695 VENETIAN WAY
MERRITT ISLAND, FL 32953-4115

DESTINY BAY FINANCIALS INC
PO BOX 221636
LOUISVILLE, KY 40252-1636

DEVIN D RAINES
21431 163RD ST
BASEHOR, KS 66007-5166

DEWEES F SHOWELL JR CUST DEWEES F SHOWELL 3RD
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
PO BOX 98
ROYAL OAK, MD 21662-0098

DEWEY C HOWARD
3590 ROUND BOTTOM RD
SUITE F200807
CINCINNATI, OH 45244-3026

DEWEY E BOSWELL
6625 WINTERS CHAPEL RD
PO BOX 920396
NORCROSS, GA 30010-0396

DEWEY M GARWOOD JR & ELEANOR G GARWOOD TR
DEWEY & ELEANOR GARWOOD INTERVIVOS LIV TRUST UA
6/24/91
5301 PEACE CT
FAIRFIELD, CA 94533-9729

DEWEY R BROWN
21431 163RD ST
BASEHOR, KS 66007-5166

DEWEY V HARRIS & ADELIA V HARRIS JT TEN
11350 11350 DALE
WARREN, MI 48089-1062

DEXTER L DEPALM & DOROTHY J DEPALM TR
UA 09/13/93 DEXTER L DEPALM & DOROTHY DEPALM LIVING
TRUST
1158 LINWOOD DR
WENTZVILLE, MO 63385-4330

DIANA J MILLER
PO BOX 421472
INDIANAPOLIS, IN 46242-1472

DIANA MAE BIRKENSEER TR
NANCY L BIRKENSEER U-A WITH THOMAS LERAY & AGNES
M LERAY 9/6/75
1458 WOODBERRY AVE
SAN MATEO, CA 94403-3765

DIANA MEINBERG
609 MEADOW RIDGE DR
BIRMINGHAM, AL 35242-5409

DIANA P BAUMGART
PO BOX 300814
DRAYTON PLAINS, MI 48330-0814

DIANA REINTGES
30 GREEN ST
BEVERLY, MA 01915-2958

DIANE CALL KENNEDY CUST LINDA RENEE KENNEDY
UNDER THE FLORIDA GIFTS TO MINORS ACT
34 BREESPORT RD
APT 5
HORSEHEADS, NY 14845-9327

DIANE CALL KENNEDY CUST SUSAN QUAIN KENNEDY
UNDER THE FLORIDA GIFTS TO MINORS ACT
7432 CADLE AVE
MENTOR, OH 44060-5711

DIANE F KEMMERER & JAY B KEMMERER TR
UA 10/10/2000 KEMMERER LIVING TRUST
1044 HICKS RD
MOUNTAIN HOME, AR 72653

DIANE H MARTINEC TR
UA 08/12/09 DIANE H MARTINEC REVOCABLE LIVING TRUST
34774 HALDANE
LIVONIA, MI 48152

DIANE HOLSTEIN CUST JACOB GABRIEL PESKIN UTMA NJ
291 LITTLE YORK
MT PLEASANT RD
MILFORD, NJ 08848

DIANE K FUESLEIN
16933 LAUDERDALE AVE
BEVERLY HILLS, MI 48025-5550

DIANE K VESTRAND CUST ASHLEY N VESTRAND
UNDER THE FLORIDA GIFTS TO MINORS ACT
6226 99TH ST E
BRADENTON, FL 34202-9371

DIANE L ABBOTT
PO BOX 214645
AUBURN HILLS, MI 48321-4645

DIANE L WAWRZYNIAK
& CHARLES R WAWRZYNIAK JT TEN TOD MICHAEL R
WAWRZYNIAK
3904 SHORESIDE CIRCLE
TAMPA, FL 33624-2337

DIANE L WELLS
1685 134TH AVE SE
APT I102
BELLEVUE, WA 98005-8038

DIANE LIOSIS CUST JOY EFTINIA LIOSIS
A MINOR U-A8-A OF THE PERS PROP LAW OF NEW YORK
ATTN JOY TILLMAN
4614 ST PAUL BLVD
ROCHESTER, NY 14617-1854

DIANE LORRAINE BALDWIN TR
THE DIANE LORRAINE BALDWIN REVOCABLE INTERVIVOS
TRUST UA 02/04/92
PO BOX 726
LOS ALTOS, CA 94023-0726

DIANE M EICHSTADT
20549 382ND AVE
WOLSEY, SD 57384-8300

DIANE M EICHSTADT & STEVEN R EICHSTADT JT TEN
20549 382ND AVE
WOLSEY, SD 57384-8300

DIANE M RAYFIELD TR
DIANE M RAYFIELD SEPARATE PROPERTY TRUST UA 2/16/99
356 EASTGROVE RD
RIVERSIDE, IL 60546-1708

DIANE MARIE ERTEL CUST JODI MARIE ERTEL
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
2232 N 6TH ST
SHEBOYGAN, WI 53083-4955

DIANE ORR TAYLOR
PO BOX 470371
CELEBRATION, FL 34747-0371

DIANE U GREEN CUST CARTER KEITH GREEN
UNDER THE FLORIDA GIFTS TO MINORS ACT
5030 S OSO PKWY
CORPUS CHRISTI, TX 78413-6022

DIANE VINCENT KETELHUT CUST SCOTT RAYMOND KETELHU
U/THE MICH UNIFORM GIFTS TO MINORS ACT
205 NW 15TH ST
CAPE CORAL, FL 33993

DIANNE FINKELSTEIN
7 QUAIL MEWS
NORTH BRUNSWICK, NJ 08902-1209

DIANNE GUILFOYLE
5319 159TH TERRACE
STILWELL, KS 66085

DIANNE JACQUES
& LINDA JACQUES & JUDITH DENKER & JOHANNA JACQUES
JT TEN
BOX 7002
INDIAN LAKE ESTS, FL 33855-7002

DIANNE M BOYKINS & DANNY J BYKINS TR
DANNY J & DIANNE M BOYKINS LIVING TRUST UA 12/08/04
5118 MCHENRY LANE
INDIANAPOLIS, IN 46228-2368

DICK ROSS
N 7857 REINDEER RUN
MUNISING, MI 49862-8912

DICKSON ADAMS TR
UA ELIZABETH W ATWATER AS EXEC OF ESTATE OF JAMES
R ATWATER 4/24/61
ATT DICKSON ADAMS
PO BOX 670
THOMASTON, GA 30286-0009

DIETER A MEINKE TR DIETER A MEINKE TRUST UA 06/07/04
10664 KNIGHTS WAY
N ROYALTON, OH 44133-1998

DIETER K STENZEL
HEINRICH-ZILLE-STRABE 14
NAUHEIM
64569 GERMANY

DIETRICH R BERGMANN
PO BOX 130525
ANN ARBOR, MI 48113

DILLARD L MEINS
306 IVY
GARDEN CITY, MO 64747-8243

DINA GARDNER WEINROTH
48 SEARS RD
SOUTHBOROUGH, MA 01772-1102

DINA M SCHREINER & DUANE L SCHREINER JT TEN
206 VICKIE LANE
FOSTORIA, OH 44830-1841

DINESH VITHALANI & DIVYA D VITHALANI TR
DINESH & DIVYA VITHALANI LIVING TRUST 1996 UA 03/02/96
PO BOX 3069
LA JOLLA, CA 92038-3069

DIONYSIOS COKORINOS & ANASTASIA COKORINOS TR
COKORINOS LIVING TRUST UA 02/03/97
28 FLAG LANE
MANHASSET HILLS, NY 11040-1018

DOE LEE GWYNN CUST MASSEY ALEXANDER GWYNN JR
U/THE ALA UNIFORM GIFTS TO MINORS ACT
ROUTE 2 BOX 61
GROVE HILL, AL 36451-9611

DOLLIVER W PIERCE & CATHERINE G PIERCE TR
DOLLIVER W & CATHERINE G PIERCE TRUST UA 3/9/00
59 GRANDVIEW AV
BADEN, PA 15005-2016

DOLORES A SCHERR TR
DOLORES A SCHERR REVOCABLE LIVING TRUST UA
11/14/03
11391 OAK GROVE CT
WASHINGTON, MI 48094-3731

DOLORES A VAUGHAN TR UA 12/27/93 DOLORES A VAUGHAN
PO BOX 190355
BURTON, MI 48519-0355

DOLORES B KLEIN
PO BOX 344
PLYMOUTH, MI 48170

DOLORES E DECKER TR
UA 04/22/91 DOLORES E DECKER LIVING REVOCABLE TRUST
5232 COCHRANE
ALMONT, MI 48003-8835

DOLORES E GARASCIA CUST CHRISTOPHER G GARASCIA
U/THE MICH UNIFORM GIFTS TO MINORS ACT
904 SANDHILL
DEWITT, MI 48820-8708

DOLORES J ROPES
36 MORNING GLORY LN
WHITING, NJ 08759-4301

DOLORES L ALLWINE TOD THE DOLORES L ALLWINE TRUST U
KLUESENER & TERENCE ALLWINE
48 WINDEMERE DR
SHELBY, OH 44875-1724

DOLORES L THOMPSON & CHARLES THOMPSON JT TEN
11991 101ST AVENUE N
SEMINOLE, FL 33772

DOLORES LAVIANI & ADELINE LAVIANI TR
UA 10/11/2007 MARY LAVIANI IRREVOCABLE TRUST
5229 DOUGLASTON PKWY
DOUGLASTON, NY 11362

DOLORES M DUNN & MARY ELLEN STEVENSON TR
UA 06/05/91 THE DUNN LIVING TRUST
1112 SUNHAVEN DR #M
ST LOUIS, MO 63129-1985

DOLORES M STEARRETT
& WILLIAM H STEARRETT JR & KAREN M STEARRETT JT TEN
4508 SHARON DRIVE
KLAIRESTATES
WILINGTON, DE 19808-5612

DOLORES M TALAROWSKI
26 KLEIN AVE
WEST NYACK, NY 10994-1910

DOLORES R RUTKOWSKI TR
DOLORES RUTKOWSKI REVOCABLE LIVING TRUST UA
09/28/99
14939 HEYER
LIVONIA, MI 48154-4870

DOLORES ROMANO CUST THOMAS ROMANO
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
88 LASALLE AVE
HASBROUCK HEIGHTS, NJ 07604-1436

DOLORES ROMANO CUST VINCENT ROMANO JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
102 WASHINGTON ST
HASBROUCK HEIGHTS, NJ 07604-1222

DOLORES T DAIGLE & TIMOTHY C DAIGLE TR
UA 12/10/90 THE DOLORES T DAIGLE TRUST
95 MALLEY AVE
AVON, MA 02322-1644

DOLORES T SCHULTE
31665 ECKSTEIN
WARREN, MI 48092-1667

DOLORES VENANZI
47 PINE RIDGE BLVD
WHITING, NJ 08759-3544

DOLORES W STERLING CUST ALEXIS LEE STERLING
U/THE MICH UNIFORM GIFTS TO MINORS ACT
12033 MIRAVISTA CANYON PL
TUCSON, AZ 85749-7201

DOLPHINE C HENDRICKSON TR
JOHN HENDRICKSON & DOLPHINE EXEMPTION TRUST UA
06/17/93
6154 DECENA DR
SAN DIEGO, CA 92120-3512

DOM A MATISEVICH CUST DOM ANTHONY SAM MATISEVICH II
MIN ACT
4221 BERRENDO DR
SACRAMENTO, CA 95864-3024

DOMENICK F GOBLECK & RUTH M GOBLECK TR
DOMENICK F & RUTH M GOBLECK REV LIVING TRUST UA
12/28/01
PO BOX 52
JOFFREY, PA 15053-0052

DOMINIC A OMBRELLO CUST DONICA MARIE OMBRELLO U/TH
C/O DOMICA M LAITINEN
215 S PINE ST
ISHPEMING, MI 49849-2309

DOMINIC CARUSO CUST NICHOLAS B CARUSO
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
1770 BEN FRANKLIN DR UNIT #403
SARASOTA, FL 34236-2325

DOMINIC F TATARANOWICZ TR
DOMINIC F TATARANOWIC REVOCABLE TRUST UA 09/02/99
23254 NONA
DEARBORN, MI 48124-2626

DOMINIC L GIULIETTI CUST DONNAMARIE GIULIETTI
U/THE CONN UNIFORM GIFTS TO MINORS ACT
31 LAURELWOOD DR
WALLINGFORD, CT 06492-2515

DOMINIC L GIULIETTI CUST JOSEPH GIULIETTI
U/THE CONN UNIFORM GIFTS TO MINORS ACT
9799 NW 19TH ST
CORAL SPRINGS, FL 33071-5814

DOMINIC R SMITH
PO BOX 231084
DETROIT, MI 48223-9084

DOMINICK A LOCKWOOD CUST CHRISTIANA TRIESTE RHEIN L
UNDER PA U-G-M-A
551 THOMAS ST
BOX 608
STROUDSBURG, PA 18360-0608

DON B EDWARDS
PO BOX 310512
FLINT, MI 48531-0512

DON C LADD
7300 100TH ST
FLUSHING, MI 48433-8703

DON COX & MARY ANN COX TR
DON COX & MARY ANN COX LIVING TRUST UA 06/15/95
311 RIDGECREST DR
MOUNTAIN HOME, AR 72653-7031

DON E DAVIS CUST MICHAEL D DAVIS
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
5814 CLUB OAKS COURT
DALLAS, TX 75248-1118

DON HORNSTEIN
2614 S GOYER RD
KOKOMO, IN 46902-4103

DON JOEL SMITH CUST MISS ROMONA SMITH
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
206 JOHNSON AVE
PRINCETON, IN 47670-3142

DON L DICKINSON & JULIE B DICKINSON TR
DICKINSON LIVING TRUST UA 09/18/00
312 FREEMAN RD
NORTHFIELD, VT 05663-6229

DON R GORDON
PO BOX 320882
TAMPA, FL 33679-2882

DON R MCEACHERN & BETTE MCEACHERN TR
MCEACHERN FAMILY TRUST UA 12/16/96
3220 KNOBVIEW DR
NASHVILLE, TN 37214-2140

DONALD & ELIZABETH HATHAWAY TR
UA 01/14/99 BY DONALD & ELIZABETH HATHAWAY LIVING
TRUST
66 LOCKLEY AVE
ASHEVILLE, NC 28804-3565

DONALD A BURRIER & DEBRA FOREST TR
DONALD A BURRIER IRREVOCABLE TRUST FBO DEBRA L
BURRIER UA 02/10/06
305 HURONIA BEACH DR
HURON, OH 44839-1430

DONALD A CAMPBELL CUST KAYTHRYN R BRZEZINSKI
UNDER THE NEW YORK U-G-M-A
736 STEWART AVE
NORTH AURORA, IL 60542-9122

DONALD A KREINSEN & LORETTA P KREINSEN JT TEN
126 DELRAY ROAD
ROCHESTER, NY 14610-1212

DONALD A SAMSON OR JAMES G SAMSON TR
UA 03/17/09 DONALD ALEXANDER SAMSON REVOCABLE
10 EAST 40TH ST #708
NEW YORK, NY 10018

DONALD A YUNKER & SYLVIA J YUNKER JT TEN
1979 180TH ST
INWOOD, IA 51240-7709

DONALD AMES MONTGOMERY & JOANNE MONTGOMERY TR
MONTGOMERY FAM TRUST UA 02/25/93
152 EL NIDO
MONROVIA, CA 91016-1514

DONALD B BENEDETT & BARBARA J BENEDETT TR
UA 04/29/2008 DONALD B BENEDETT REVOCABLE TRUST
649 WABASHA AVE
SAINT CHARLES, MN 55972

DONALD B GALLAND & LINDA L GALLAND TR
D BRUCE GALLAND REVOCABLE TRUST UA 08/18/99
569 TOURNAMENT CIRCLE
MUSKEGON, MI 49444-9779

DONALD B HORNING CUST ANDREW LEE HORNING
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
17517 FABRICA WAY #D
CERRITOS, CA 90703-7020

DONALD B HORNING CUST CHRISTOPHER LEE HORNING
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
4224 FALCON AVE
LONG BEACH, CA 90807-3053

DONALD BLAIR BLANCHARD & CHLOE IRENE BLANCHARD TR
DONALD B & CHLOE I BLANCHARD TRUST UA 7/10/02
1704 ILLINOIS
LANSING, MI 48906-4605

DONALD BOSTROM
1151 153RD LANE NE
HAM LAKE, MN 55304-5502

DONALD BRUCE SCOTT
17 NEPAL PARK
139406 SINGAPORE

DONALD BUYACK & CLARA M BUYACK TR
DONALD BUYACK LIVING TRUST UA 04/24/96
6275 S STATE RD
GOODRICH, MI 48438-9401

DONALD C ALLEN & ARLINE C ALLEN TR
UA 08/31/90 DONALD C ALLEN & ARLINE C ALLEN TR
5090 BAY ST NE
APT 128
ST PETERSBURG, FL 33703-4082

DONALD C BETZLER & MARY B BETZLER TR
UA 12/13/88 DONALD C BETZLER & MARY B BETZLER FAMILY
TRUST
1404 CHEROKEE COURT
BOULDER CITY, NV 89005-3217

DONALD C BRANDENSTEIN & DONNA L BRANDENSTEIN JT TE
1215 E LINDSEY AVE
MIAMISBURG, OH 45342-2535

DONALD C NICKASON CUST DAVID B NICKASON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10 VAN ST
ROCHESTER, NY 14620-1119

DONALD C PHILLPOTTS & JUDIENE M PHILLPOTTS TR
DONALD C PHILLPOTTS REV TRUST UA 04/06/01
106 TRIER
SAGINAW, MI 48602-3062

DONALD C SNYDER
2380 144TH AVENUE
DORR, MI 49323-9704

DONALD COMPTON
& DAVID V COMPTON & CARLA L COMPTON & GREG S
COMPTON JT TEN
2 HUDSON
CARLTON, MI 48117-9197

DONALD D DONAGRANDI & DORIS J DONAGRANDI TR
UA 11/27/92 DONALD D & DORIS J DONAGRANDI TRUST
9810 HART LAKE
OTTER LAKE, MI 48464-9421

DONALD D DUQUET
7392 170TH AVE
REED CITY, MI 49677-8541

DONALD D HELLER
83370 563RD AVENUE
STANTON, NE 68779-7812

DONALD D HELLER & JOYCE A HELLER JT TEN
83370 563 AVE
STANTON, NE 68779-7812

DONALD D KELLY & BARBARA A KELLY TR
DONALD D KELLY & BARBARA A KELLY REV JT TRUST UA
7/22/98
19175 BEECHRIDGE DR
LAKE ANN, MI 49650-9689

DONALD D LEINWEBER
29510 ENGLISH WAY
NOVI, MI 48377-2028

DONALD D NAGEL CUST STEVE A NAGEL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
8452 IVY CIRCLE
HUNTING BEACH, CA 92646-3824

DONALD D SULLIVAN & JANIS M SULLIVAN TR
DONALD D & JANIS M SULLIVAN TRUST UA 07/17/97
12072 FERRAND RD
MONTROSE, MI 48457-9705

DONALD D WAGES & JANET M WAGES TR
JANET M & DONALD D WAGES LIVING TRUST UA 10/15/01
828 S HAUSER BLVD
LOS ANGELES, CA 90036-4726

DONALD D WEINSTEIN
10763A LADYPALM LANE
BOCA RATON, FL 33498-1677

DONALD E BRADEN & BARBARA A BRADEN TR
BRADEN REVOCABLE TRUST UA 4/25/01
15249 EAST PALISADES BLVD
FOUNTAIN HILLS, AZ 85268-4370

DONALD E HALLORAN CUST DENNIS E HALLORAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
111 PELICAN CT
EDENTON, NC 27932-9641

DONALD E HEALY & VIOLET M HEALY JT TEN
44729-255 STREET
MONTROSE, SD 57048-5614

DONALD E HEINIG & JULIA HEINIG JT TEN
1147 PATTERSON FERRY RD
CALVERT CITY, KY 42029-8629

DONALD E HUTTON & CHARLES L PACIFICO TR
THELMA U HUTTON REVTRUST UA 10/10/97
C/O PACIFICO DIGREGORIO & PACIFICO
151 WILLIS AVE
MINEOLA, NY 11501-2614

DONALD E NEILAN
22026 127TH CT SE
KENT, WA 98031-9670

DONALD E NEILAN & MILDRED D NEILAN TR
NEILAN REVOCABLE LIVING TRUST UA 04/11/02
22026 127TH CT SE
KENT, WA 98031-9670

DONALD E NERSWICK & DIANA A NERSWICK TR
UA 08/09/94 NERSWICK FAMILY LIVING TRUST
53400 WOODBRIDGE
SHELBY TOWNSHIP, MI 48316-2756

DONALD E REINHARD
519 STANDISH PLACE
STEWARTSVILLE, NJ 08886-2524

DONALD E SNYDER & MARTHA S SNYDER TR SNYDER FAMILY
23845 205TH STREET
CRESCENT, IA 51526

DONALD E STEINBECK
1003 BEECH TREE RD
JACKSONVILLE, NC 28546-6001

DONALD E VALTIN CUST JACQUELINE M VALTIN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
504 CEDAR LN
WATERVILLE, OH 43566-1160

DONALD E WEST CUST MARK T WEST
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
APT A111
7955 16TH MANOR
VERO BEACH, FL 32966-1539

DONALD E WROOK & MARION L WROOK TR
DONALD E WROOK & MARION L WROOK LIVING TRUST UA
08/28/86
9922 PEAKE RD
PORTLAND, MI 48875-8424

DONALD EPLEY & EUNICE E EPLEY JT TEN
PO BOX 530216-3644 AVON
HARTLAND, MI 48353

DONALD EUGENE WALKER & MILDRED JANE HALLMAN WALKI
DONALD EUGENE WALKER LIV TRUST UA 04/02/98
19357 DOROTHY AVE
ROCKY RIVER, OH 44116-1920

DONALD F BROWNELL CUST GARY F BROWNELL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2145 BLACKWILLOW DR NE
ALBUQUERQUE, NM 87122-1019

DONALD F FARREN & NORMA G FARREN TR
THE FARREN FAMILY TRUST UA 04/02/02
1219 IRIQUOIS DR
BAREFOOT BAY, FL 32976-7044

DONALD F FELDMAN & BERTHA FELDMAN & KENNETH FELDM
UA 10/03/83 FELDMAN TRUST
4756 CLEAR LAKE SHORES
GRASS LAKE, MI 49240-9240

DONALD F FELDMAN BERTHA & KENNETH FELDMAN TR
UA FELDMAN LIVING TRUST 10/03/83
4756 CLEAR LAKE SHORES
GRASSLAKE, MI 49240-9240

DONALD F JOHNSON & JACQUELYN J JOHNSON TR
UA 11/17/09 DONALD F & JACQUELYN J JOHNSON
4545 68TH ST SW
BYRON CENTER, MI 49315

DONALD F MCAFEE
PO BOX 361104
STRONGSVILLE, OH 44136-0019

DONALD F SOLE & LORRAINE M SOLE TR
DONALD F & LORRAIME M SOLE LIVING TRUST UA 01/26/94
10412 MOAHAWK LN
LEAWOOD, KS 66206-2551

DONALD F STRUB CUST DENISE FAY STRUB
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9519 SW 71ST LOOP
OCALA, FL 34481

DONALD F STRUB CUST TIMOTHY FRANCIS STRUB
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9519 SW 71ST LOOP
OCALA, FL 34481

DONALD F WRIGHT & CATHY L WRIGHT TR
DONALD F & CATHY L WRIGHT FAMILY TRUST UA 12/12/00
9683 SHORE DR
PIGEON, MI 48755-9675

DONALD FIELDS & BETTY E FIELDS TR
UA 06/03/93 THE FIELDS REVOCABLE LIVING TRUST
121 FIRST AVE N W
CARMEL, IN 46032-1717

DONALD FITING
3155 KUEHN AVE
SAGINAW, MI 48601-5834

DONALD G BRENNAMAN & BEVERLY J BRENNAMAN TR
BRENNAMAN LIVING TRUST UA 08/21/96
3700 NO CITRUS CIRCLE
ZELLWOOD, FL 32798-9656

DONALD G BRIGGS & CORABELLE B BRIGGS TR
DONALD G BRIGGS & CORABELLE B BRIGGS
800 CAROL CT
TAVARES, FL 32778-2701

DONALD G EHLERS & DOROTHY M EHLERS TR
UA 03/27/96 DONALD G EHLERS & DOROTHY M EHLERS
LIVING TRUST
161 ILION ST
TONAWANDA, NY 14150-5421

DONALD G FULTZ & BETTY E FULTZ TR UA 02/07/2007 2007 JO
245 E 620 N
FREMONT, IN 46737

DONALD G HARMON CUST MISS GINA LEI HARMON
U/THE ILL UNIFORM GIFTS TO MINORS ACT
7061 COLESBROOK DRIVE
HUDSON, OH 44236-1168

DONALD G HARMON CUST MISS GINA LEI HARMON
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
7061 COLESBROOK DRIVE
HUDSON, OH 44236-1168

DONALD G JOHNSON & ETHEL A JOHNSON TR
UA 2/8/90 THE DONALD G & ETHEL AJOHNSON FAMILY
TRUST
2259 DEBCO
LEMON GROVE, CA 91945-3826

DONALD G SHIGLEY & MARY JO SHIGLEY TR
DONALD G SHIGLEY & MARY JO SHIGLEY TRUST
5521 KATHY DR
TITUSVILLE, FL 32780-7109

DONALD GENE STEUART & LINDA L STEUART TR
DONALD GENE STEUART REVOCABLE TRUST UA 07/14/06
724 SW PRARIE CT
TOPEKA, KS 66606-2320

DONALD GORDON DUNLOP CUST SARAH MARIE DUNLOP
UNDER THE STATE OF MICHIGAN UNIF GIFTS TO MINORS
ACT
104 RIVERDALE
HILLSDALE, MI 49242-1433

DONALD H GALLAGHER & MEREDITH J GALLAGHER TR
THE GALLAGHER TRUST UA 09/12/94
7323 PLAYER DRIVE
SAN DIEGO, CA 92119-2418

DONALD H HARDY
PO BOX 301006
DRAYTON PLAINS, MI 48330-1006

DONALD H ROSE CUST JAMES D ROSE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
505 BALSAM ST
KINGSFORD, MI 49802-6121

DONALD H RUTSCHILLING & DONNA J RUTSCHILLING JT TEN
7884 ST RT 119
MARIA STEIN, OH 45860-9710

DONALD H SIMON TR DONALD H SIMON REV LIVING TRUST U
21428-1950 E ST
PRINCETON, IL 61356-9646

DONALD HUBIAK CUST TROY DONALD HUBIAK UTMA CA
470 810 EMERSON CT
SUSANVILLE, CA 96130

DONALD I HORANOFF & MARIE M HORANOFF TR
UA 05/12/93 THE HORANOFF FAMILY LIVING TRUST
1827 E BROOMFIELD RD
MT PLEASANT, MI 48858-9590

DONALD I SZERLIP
2615 190TH ST STE 210
REDONDO BEACH, CA 90278-5341

DONALD J BLENDERMAN
P O 891386
HOUSTON, TX 77289-1386

DONALD J DALPINO & JANET S DALPINO TR
UA 11/04/80 D J DALPINO & J S DALPINO TRUST
129 SOLANO ST
SAN RAFAEL, CA 94901-1041

DONALD J DALPINO & JANET S DALPINO TR
UA 11/04/80 DONALD J DALPINO & JANET S DALPINO TRUST
129 SOLANO ST
SAN RAFAEL, CA 94901-1041

DONALD J DALPINO TR
DONALD J & JANET S DALPINO 1980 LIVING TRUST UA
11/04/80
129 SALANO ST
SAN RAFAEL, CA 94901-1041

DONALD J GULLO
PO BOX 910834
SAINT GEORGE, UT 84791

DONALD J HERMANN TR
UA 12/01/93 THE DONALD J HERMANN REVOCABLE LIVING
TRUST
2423 BOY SCOUT ROAD
INDIAN RIVER, MI 49749-9531

DONALD J PFANNENSTIEL & BARBARA A PFANNENSTIEL TR
DONALD & BARBARA PFANNENSTIEL FAM TRUST UA
04/15/99
113 BLAZING STAR DRIVE
GEORGETOWN, TX 78633

DONALD J RASMUSSEN & KATHRYN F RASMUSSEN TR
UA 9/29/99 DONALD J RASMUSSEN & KATHRYN F
48190 BLUEBIRD
SHELBY TWP, MI 48317-2402

DONALD J WEBB CUST KATHLEEN WEBB
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
19 HOAG AVE
AKRON, NY 14001-1104

DONALD KENNEDY COLE & VERNA JO COLE TR
DONALD K COLE AND VERNA J COLE REV TRUST UA 9/11/98
84 LAKESHORE CIRCLE
SACRAMENTO, CA 95831-1560

DONALD KNIGHT
PO BOX 212611
ANCHORAGE, AK 99521-2611

DONALD L ABRAHAM CUST JAMES PATRICK ABRAHAM UGMA
3116 235TH PL SE
ISSAQUAH, WA 98029-9481

DONALD L BUTTERFIELD & MARGARET R BUTTERFIELD TR
UA 10/06/93 THE DONALD L & MARGARET
1415 GLENDALE ST
SAGINAW, MI 48638-4758

DONALD L DAWSON & LOIS P DAWSON TR
UA 01/23/92 THE DONALD L DAWSON & LOIS P DAWSON LIV
TR
1935 WALMAR DR
LANSING, MI 48917-1233

DONALD L DILLAHUNT & BARBARA M DILLAHUNT TR
DILLAHUNT LIVING TRUST UA 10/07/96
585 MOORFIELD RD
AKRON, OH 44333-4241

DONALD L ENSENBACH & OPAL ENSENBACH TR
DONALD L & OPAL ENSENBACH TRUST UA 09/11/93
515 PARKCREST #545
MESA, AZ 85206-2031

DONALD L KELLY
14790-204 EAGLE RIDGE DR
FT MYERS, FL 33912-1727

DONALD L KUHNSMAN & CATHARINE M KUHNSMAN TR
UA 04/12/07 KUHNSMAN FAM TRUST
11027 ARDWICK DR
ROCKVILLE, MD 20852

DONALD L LOUGHERY JR & ANNA-MAY LOUGHERY TR
ANNA-MAY LOUGHERY LIVING TRUST UA 11/12/96
24076 CALENDULA
MISSION VIEJO, CA 92692-2106

DONALD L MORGAN
& SALLY A MORGAN JT TEN TOD DOLLY H GOTT SUBJECT
TO STA TOD RULES
4743 PINE STREET
COLUMBIAVILLE, MI 48421-9301

DONALD L PEET
20194 239TH AVE
NEVIS, MN 56467-4209

DONALD L RICHARDSON & EVA M RICHARDSON TR
DONALD & EVA RICHARDSON FAMILY TRUST UA 11/2/00
147 FRONT STREET
CLARKSVILLE, MI 48815-9770

DONALD L RIEMENSCHNITTER & JACQUELINE S RIEMENSCHN
RIEMENSCHNITTER FAM TRUST UA 03/20/95
3641 HEMLOCK WAY
RENO, NV 89509-7449

DONALD L SOMMERFIELD & JUNE B SOMMERFIELD TR
UA 02/22/93 DONALD L SOMMERFIELD&
106 NE 21ST AVE
CAPE CORAL, FL 33909-2888

DONALD L TOADVINE & LINDA M TOADVINE TR
DONALD L TOADVINE & LINDA M TOADVINE
32661 MEADOW BRANCH DR
LAUREL, DE 19956-4337

DONALD L TOADVINE & LINDA M TOADVINE TR
DONALD L TOADVINE & LINDA M TOADVINE REV TRUST UA
09/02/03
32661 MEADOW BRANCH DR
LAUREL, DE 19956-4337

DONALD L WEINBERG
231 EAST AVE
QUINCY, IL 62301-4331

DONALD LEWIN CUST SINDI MICHELLE LEWIN
U/THE PA UNIFORM GIFTS TO MINORS ACT
103 RAMPART PL
MAPLE GLEN, PA 19002-2861

DONALD M BALASH & ANDEE L BALASH TR
DONALD M BALASH & ANDEE L BALASH TRUST # 561 UA
12/19/05
18822 SHERMAN STREET
LANSING, IL 60438-3636

DONALD M BISSELL & MARY JEAN A BISSELL TR
UA 09/15/89 DONALD M BISSELL & MARY JEAN A
PO BOX 748
MURPHYS, CA 95247-0748

DONALD M BRINGS & VIRGINIA N BRINGS TR
DONALD M BRINGS LIVING TRUST UA 04/18/96
13 SPARHAWK TER
MARBLEHEAD, MA 01945-1522

DONALD MACEOIN & BRENDA MACEOIN TR
DONALD & BRENDA MACEOIN REVOCABLE TRUST UA
02/07/00
44426 LIVONIA TERRACE
ASHBURN, VA 20147-7130

DONALD MC MILLEN CUST JOSEPH CRAIG MC MILLEN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4015 KEMPF ST
WATERFORD, MI 48329

DONALD MC NAMEE CUST DONALD C MC NAMEE JR
U/THE R I UNIFORM GIFTS TO MINORS ACT
14 DOUGLAS TER
NO PROVIDENCE, RI 02904-3409

DONALD MC NAMEE CUST JOHN J MC NAMEE
U/THE R I UNIFORM GIFTS TO MINORS ACT
61 MAIN ST
NORTH KINGSTOWN, RI 02852-5017

DONALD MITCHELL CUST RANDALL P MITCHELL
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
911 WESTOVER RD
WILMINGTON, DE 19807-2980

DONALD MUGGERIDGE & DOROTHY MUGGERIDGE TR
MUGGERIDGE FAM TRUST UA 09/12/96
5 SUNNYFIELD DR
ROLLING HILLS EST, CA 90274-2504

DONALD P HEINS
107 SERENOA DR
BRUNSWICK, GA 31523-7055

DONALD R CHARRON & PAULINE A CHARRON TR
CHARRON FAMILY TRUST UA 05/21/02
1038 BRAEVIEW DR
HOWELL, MI 48843-2008

DONALD R ELGAS & HENRIETTA B ELGAS TR
DONALD & HENRIETTA ELGAS REV LIVING TRUST UA
05/24/02
219 TAMARAC DRIVE
PRUDENVILLE, MI 48651-9705

DONALD R EPSTEIN CUST LENA EPSTEIN UGMA MI
555 SOUTH OLD WOODWARD AVENUE
APARTMENT 807
BIRMINGHAM, MI 48009-6673

DONALD R GREENBERG CUST MARC DAVID GREENBERG
U/THE N J UNIFORM GIFTS TO MINORS ACT
22 BRUSH EVERARD CT
STAFFORD, VA 22554-7683

DONALD R HALLWACHS & JOANNE HALLWACHS TR
DONALD & JOANNE HALLWACHS TRUST UA 06/20/02
1190 HARRIS DR
LOMPOC, CA 93436-8327

DONALD R KINKER & SARA E KINKER TR
DONALD R KINKER & SARA E KINKER TRUST UA 06/05/87
36 LAKEVIEW TERRACE DR
ALTOONA, FL 32702-9023

DONALD R KUJACZNSKI & ELAINE KUJACZNSKI TR
DONALD R KUJACZNSKI & ELAINE KUJACZNSKI TRUST UA
10/6/99
13429 N ELMS RD
CLIO, MI 48420-8230

DONALD R LAYMAN CUST DONALD E LAYMAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
102 AUDREA ST
MOULTON, AL 35650-6508

DONALD R LONGENECKER & MARY GENE LONGENECKER TR
UA 08/01/83 DONALD R LONGENCEKER&
BOX 723
WILSON, WY 83014-0723

DONALD R MASON
PO BOX 280854
KANSAS CITY, MO 64128-0854

DONALD R SMITH & DIANE S SMITH TR
DONALD R SMITH LIVING TRYST UA 7/17/98
1506 LOCHMOOR BLVD
GROSSE POINTE WOOD, MI 48236-4016

DONALD R TESLOW CUST BRADFORD C TESLOW
U/THE MISSOURI UNIFORM GIFTS TO MINORS LAW
720 WASHINGTON AVE S
UNIT 423
MINNEAPOLIS, MN 55415-1197

DONALD R VOSS & ELIZABETH E VOSS TR
DONALD F VOSS MARITAL TRUST UA 03/28/96
8655 RED OAK DR
EDEN PRAIRIE, MN 55347-2324

DONALD ROY UDELL & MARY LOUISE UDELL TR
DONALD ROY UDELL & MARY LOUISE UDELL REV TR UA
923 S LOS ZAFIROS
GREEN VALLEY, AZ 85614-2319

DONALD S BRICKER CUST STUART S BRICKER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
86 FOREST AVE
MASSAPEQUA, NY 11758-7807

DONALD S POLASTRI & GLORIA M POLASTRI TR
POLASTRI FAM TRUST UA 11/02/95
18058 HUNTER AVE
HAYWARD, CA 94541-2215

DONALD SCHAEFFER EHLERS & BRIITA MARIA EHLERS TR
UA 01/11/94 THE EHLER 1994 TRUST
5286 BROPHY DR
FREMONT, CA 94536-7207

DONALD SCHROEDER & CAROLE SCHROEDER TR
DONALD & CAROLE SCHROEDER LIVING TRUST UA 10/8/03
12465 BURTLEY
STERLING HEIGHTS, MI 48313-1809

DONALD STEIN
11121 HURT CLUB DRIVE
POTOMAC, MD 20854-2523

DONALD STEIN & LORETTA M STEIN JT TEN
4119 OAKHURST CIRCLE W
SARASOTA, FL 34233-1438

DONALD SWEIGART CUST ANDREW THOMAS RUST UTMA MO
MIN LAW
6 COTILLION COURT
O FALLON, MO 63368

DONALD T DAUGHERTY & JOAN M DAUGHERTY TR
DONALD T & JOAN M DAUGHERTY REV LIVING TRUST UA
06/30/99
170 SUSAN DRIVE
DALLASTOWN, PA 17313-1708

DONALD T DIEM CUST DONALD T DIEM JR
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1521 GREENWICH
SAGINAW, MI 48602-1849

DONALD T LOVELL
2326 129TH S E
BELLEVUE, WA 98005-4220

DONALD V GRIFFIN & LAURA L GRIFFIN TR
GRIFFIN FAMILY REVOCABLE LIVING TRUST
6086 SODOM HUTCHINGS RD NE
FARMDALE, OH 44417-9788

DONALD VAL STROUGH CUST MISS YVONNE MICHELLE POM/
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
190 EAGLE LANE
BRENTWOOD, CA 94513-5228

DONALD W BRISTLEY & BETTE J HANSON TR
DONALD W BRISTLEY LIVING TRUST UA 03/10/06
9701 E 16TH STREET
INDIANAPOLIS, IN 46229-2010

DONALD W BROWN & BETTY E BROWN TR
DONALD W & BETTY E BROWN REV LIVING TRUST UA
09/12/03
4196 HI-HILL DR
LAPEER, MI 48446-2864

DONALD W CARLL & CONSTANCE M CARLL TR
DONALD W CARLL REVOCABLE LIVING TRUST UA 4/21/99
16 W 481 TIMBERLAKE DR
HINSDALE, IL 60521

DONALD W CUSHING
RR # 1 475248 COUNTY RD 11
SHELBURNE ON
L0N 1S5 CANADA

DONALD W DODSON & JO ANNE DODSON TR
UA 12/26/91 DONALD W DODSON 1991 TRUST
733 S DANIEL WAY
SAN JOSE, CA 95128-3114

DONALD W HAFNER & COLLEEN M HAFNER TR
UA 08/26/82 M/B DONALD W HAFNER AND COLLEEN M
HAFNER
6896 15TH AVE NORTH
ST PETERSBURG, FL 33710-5326

DONALD W HALE & GWENDOLYN F HALE TR
DONALD & GWENDOLYN HALE REVOCABLE TRUST UA
12/08/98
9355 BUELL RD
WILLINGTON, MI 48746-9536

DONALD W MULVIHILL & DAYLE K MULVIHILL TR
MULVIHILL REV FAM TRUST UA 06/05/00
1400 N WARDMAN DRIVE
BREA, CA 92821-2033

DONALD W WINNE CUST DONALD W WINNE JR
U/THE NEVADA UNIFORM GIFTS TO MINORS ACT
210 NORTH IRIS ST
CARSON CITY, NV 89703-3710

DONALD WALDRON CUST BRIAN JOHN WALDRON
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
BOX 16
WINTER PARK, CO 80482-0016

DONALD WALDRON CUST CRAIG ARTHUR WALDRON
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
BOX 16
WINTER PARK, CO 80482-0016

DONALD WALDRON CUST SCOTT ALLEN WALDRON
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
BOX 16
WINTER PARK, CO 80482-0016

DONALD WALDRON CUST TODD JAY WALDRON
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
BOX 16
WINTER PARK, CO 80482-0016

DONALD WATT CUST GREGORY ALLEN WATT
A MINOR UNDER THE NEW YORK GIFTS TO MINORS ACT
33 MARLON LANE
HAUPPAUGE, NY 11788-3004

DONALD WAYNE VIERSTRA II
12340 213 ST
HAWAIIAN GARDENS, CA 90716-2334

DONALD WEINSTEIN & BARBARA WEINSTEIN JT TEN
132 KATHERINES WAY
RAYNHAM, MA 02767-1575

DONALD WEINSTEIN & BEVERLY PARKER JT TEN
PO BOX 74
SONOITA, AZ 85637-0074

DONALD WELTY
4392 290TH STREET
CLEAR LAKE, IA 50428-8715

DONALD Z DOMAGALSKI & CAROLINE L DOMAGALSKI TR
DOMAGALSKI FAMILY TRUST UA 9/28/99
810 ARLINGTON DR
LANSING, MI 48917-3912

DONALDSON LUFKIN & JENRETTE SECURITIES CORP TR
JOHN W PARSONS JR UA 07/19/95
2904 LONGSTEET SW
WYOMING, MI 49509-2924

DONNA A MAYER & DEBRA L GERDES & GLEN S GERDES TR
DONNA A MAYER REV TRUST UA 02/18/00
15030 NE ROSE PARKWAY
PORTLAND, OR 97230-4523

DONNA EPSTEIN & ALBERT EPSTEIN JT TEN
2906 W MAGNOLIA BLVD
BURBANK, CA 91505-3038

DONNA G KLOPSTEIN TR
UA 09/24/1993 SURVIVORS TRUST OF THE KLOPSTEIN
LIVING TRUST
5457 TOLTEC DR
SANTA BARBARA, CA 93111

DONNA M HINDMON & JERRY R HINDMON TR
DONNA M HINDMON REVOCABLE TRUST UA 11/21/96
5209 ELMS ROAD
SWARTZ CREEK, MI 48473-1601

DONNA M LUCAS CUST H TIM LUCAS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
400 LAKEVIEW CRT APT 12-B
SPRING LAKE, MI 49456-1747

DONNA M LUCAS CUST LYNN ANN LUCAS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
70 PRINCEWOOD LANE
PALM BEACH GARDENS, FL 33410-1495

DONNA M MUTHERSBAUGH CUST MARK R H MUTHERSBAUGH
U/THE OH UNIF TRANSFERS TO MINORS ACT
2160 CHATFIELD ROAD
CLEVELAND HEIGHTS, OH 44106-3312

DONNA M MUTHERSBAUGH CUST SCOTT A MUTHERSBAUGH
U/THE OH UNIF TRANSFERS TO MINORSACT
2160 CHATFIELD ROAD
CLEVELAND HEIGHTS, OH 44106-3312

DONNA M WILES & ROGER C WILES TR
DONNA M WILES LIVING TRUST UA 11/08/05
208 WOODLAND AVE
SWANTON, OH 43558-1051

DONNA MARIE CALDERISI TR
DONNA MARIE CALDERISI REV LIV TRUST UA 06/15/99
5049 W DEVON AVE
CHICAGO, IL 60646-4253

DONNA R TILLMAN
8 IMPASSE DU NOYER
RULLY 608 10
FRANCE

DONNA RAE GLISKY
5806 181ST PLACE SW
LYNNWOOD, WA 98037-7313

DONNA STEINMAN & EVAN STEINMAN JT TEN
5701 COLLINS AVE APT 306
MIAMI BEACH, FL 33140

DONNA TAGLIAFERRI & CHRISTINE CORREDINE TR
UA 11/11/91 DONALD A & ANTOINETTE R CAPUTO
911 FLOYD AVE
ROME, NY 13440-4501

DORA ANN CRAWFORD USUFRUCT GARY E CRAWFORD
& NORRIS A CRAWFORD & SUSAN D WESTBROOK NAKED
OWNERS
1547 CORA DRIVE
BATON ROUGE, LA 70815-4318

DORA BERKAN & DAVID WEINSTEIN JT TEN
ATTN B PEDOWCIZ
158 COTTON ST
NEWTONVILLE, MA 02458-2641

DORA PEPINO CUST DENNIS PEPINO
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
17555 LAKE VIEW CIR
NORTHVILLE, MI 48167-8510

DORCAS A POMBIER
& EDWARD C POMBIER & MICHAEL K POMBIER & RAND P
POMBIER &
703 ROOKS RD
SEFFNER, FL 33584-3956

DOREE T CRONAN CUST CANDACE C CRONAN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
34 FILBERT ST
HAMDEN, CT 06517-1312

DORELLA M WHITEHEAD TR
DORELLA M WHITEHEAD INTER VIVOS TRUST UA 12/28/95
43 OLIVER RD
BELMONT, MA 02478-4620

DORIS A KLEINBRIEL & JOANN KLEINBRIEL JT TEN
2884 BARNARD RD
SAGINAW, MI 48603-3364

DORIS A PHELPS & JAMES A PHELPS TR
DORIS A PHELPS REV TRUST UA 06/03/04
BOX 684
CIMARRON, KS 67835-0684

DORIS B DE STAFNEY CUST LOUIS F DE STAFNEY
U/THE DEL UNIFORM GIFTS TO MINORS ACT
18 CONTINENTAL AVE
NEWARK, DE 19711-5310

DORIS BRAUN CUST ELIAS STEVE BRAUN
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF
N Y
1538 HEWLETT HEATH RD
HEWLETT, NY 11557-1703

DORIS C ZARAGOZA
& JOSEPH G ZARAGOZA & ANNE C ZARAGOZA & PAUL J
ZARAGOZA &
25448 E RIVER RD
GROSSE ILE, MI 48138-1857

DORIS E THORNHILL
PO BOX 720055
DALLAS, TX 75372-0055

DORIS EILENSTEIN BREEDLOVE
2911 E 5TH ST
ANDERSON, IN 46012-3703

DORIS EISENBERG
PO BOX 270724
20 OUTLOOK AVE #302
WEST HARTFORD, CT 06127

DORIS FORGE
SUITE 422 580 YATES RD
KELOWNA BC
V1V 2M3 CANADA

DORIS J LOOSE TOD EDWIN C LOOSE
& DORIS J LOOSE LIVING TRUST UA 01/25/1995
25696 WISEMAN
ROSEVILLE, MI 48066

DORIS J SCHAUER & GEORGE W SCHAUER JR TR
DORIS J SCHAUER LIVING TRUST UA 07/27/00
6636 CALDERO CT
DAYTON, OH 45415-1542

DORIS J VAN SKIVER TR
UA 02/23/04 FREDERICK J VAN SKIVER & DORIS J VAN
SKIVER LIVING TRUST
15311 HUNTCLIFF
MACOMB, MI 48044

DORIS K TURNER TR
DORIS K TURNER REVOCABLE INTERVIVOS TRUST UA
11/13/00
3267 CRESTVIEW AVE
LEBANON, OH 45036

DORIS K WEHE CUST DONALD L WEHE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3725 CHARTER PL
ANN ARBOR, MI 48105-2826

DORIS KERNER CUST ALYSON J KERNER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
20 ACORN LANE
PLAINVIEW, NY 11803-1902

DORIS KERNER CUST PHYLLIS SUE KERNER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NEW YORK
20 ACORN LANE
PLAINVIEW, NY 11803-1902

DORIS KIRKEGAARD & LESTER KIRKEGAARD JT TEN
23719 481ST AVE
FLANDREAU, SD 57028-6325

DORIS LOUELLA CEARFOSS PERSONAL REPRESENTATIVE OI
ROBERT K CEARFOSS
PO BOX 182
GREENBACKVILLE, VA 23356-0182

DORIS LUCILLE PERKINS & PHILLIP RAY PERKINS TR
UA 11/14/05 DORIS LUCILLE PERKINS TRUST
1016 ALBERT LN
LEXINGTON, KY 40514

DORIS M BROWN & CAROLYN L CROCKER TR
UA 03/12/90 DORIS M BROWN & CAROLYN L CROCKER
1920 W 41ST AVE
KANSAS CITY, KS 66103-3303

DORIS M BUNCH & WILLIAM H BUNCH TR
DORIS M BUNCH LIVING TRUST UA 08/28/96
1000 WILDLIFE LN
CROWLEY, TX 76036-3932

DORIS M MC FADDEN
103521/2 MEDINA RD
CLAYTON, MI 49235-9723

DORIS M SCHINZ
602-1500 ELFORD ST
VICTORIA BC
V8R 3X8 CANADA

DORIS M VALENTI & DAWN C MCWILLIAMS TR
UA 07/01/1998 DWINTON O MORGAN REVOCABLE TRUST
920 WATERVIEW DR
CROWNSVILLE, MD 21032

DORIS S SPINK & GEORGE S SPINK TR
SPINK FAMILY REVOCABLE LIVING TRUST UA 12/13/00
1144 MIFFLIN AVE
ASHLAND, OH 44805-2943

DORIS STEIN & RENEE S GOETZ JT TEN
770 ANDERSON AVE
APT 8N
CLIFFSIDE PK, NJ 07010-2166

DORIS WEINRYB
710 HAZELHURST AVE
MERION, PA 19066-1409

DOROTHEA E CHEEK & JANET CARMICHAEL TR
THE FORREST R CHEEK TRUST UA 3/20/98
25015 MEDDOWBROOK RD
NOVI, MI 48375-2855

DOROTHEA V DEPETRIS TR
DOROTHEA V DEPETRIS REVOCABLE LIVING TRUST UA
03/07/97
12700 LAKE AVE #909
LAKEWOOD, OH 44107-1502

DOROTHEA WEINTRAUB
PO BOX 340
CLYMER, NY 14724-0340

DOROTHY A BERKOWICZ TR
EDWARD A & DOROTHY A BERKOWICZ TRUST UA 10/18/96
271 SASSAFRASS RIDGE RD
CAMDENTON, MO 65020-5526

DOROTHY A DELANEY & ROBERT F DELANEY TR
DELANEY FAMILY TRUST UA 01/07/93
551 FRANCES ST
VENTURA, CA 93003-4650

DOROTHY A SCHAFFER & PAUL J SCHAFFER TR
UA 10/4/2007 SCHAFFER FAMILY TRUST
113 LARKSPUR TERRACE
BELLEVUE, OH 44811

DOROTHY A TERRELL
323 BARFILED DRIVE
JACKSON, MS 39212

DOROTHY A WOOD CUST KIMBERLEY A WOOD
UNDER THE FLORIDA GIFTS TO MINORS ACT
323 PLAZA
ATLANTIC BEACH, FL 32233-5441

DOROTHY A WOOD CUST LEONARD R WOOD
UNDER THE FLORIDA GIFTS TO MINORS ACT
323 PLAZA
ATLANTIC BEACH, FL 32233-5441

DOROTHY AGNES MONTGOMERY & DOROTHY RENA WAINSC
DOROTHY AGNES MONTGOMERY REVOCABLE TRUST UA
12/13/05
1000 CEDARDALE DR
OKLAHOMA CITY, OK 73127-5518

DOROTHY ANN ELLIS CUST WILLIAM NAIDEN ELLIS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6128 CHRISTMAN DR
NORTH OLMSTED, OH 44070-4802

DOROTHY ANNE CURTICE HARTWELL CUST ANNE BRONSDO
U/THE CALIFORNIA U-G-M-A
1654 VALMONT
NEW ORLEANS, LA 70115-4945

DOROTHY ANNE WEINSTEIN
MISHOL UZRAD 5/3
JERUSALEM ISR, AL 97277

DOROTHY B LINDER
& KEITH E LINDER & MARK A LINDER & MELANIE L
CHANDLER JT TEN
PO BOX 341
CLEWISTON, FL 33440-0341

DOROTHY B MERREY TR
UA 02/02/09 DOROTHY B MERREY REVOCABLE LIVING
TRUST
1554 QUANTE RD
JACKSONVILLE, FL 32211

DOROTHY E HEINLEIN
PO BOX 297
MARDELA SPRINGS, MD 21837-0297

DOROTHY E RIBARIU & FREDERICK L RIBARIU TR
NICHOLAS RIBARIU JR TRUST UA 10/7/93
7901 STATE RD
CINCINNATI, OH 45255-2446

DOROTHY ELLEN COLLETT TR
UA 05/19/92 DOROTHY ELLEN COLLETT REVOCABLE TRUST
1199 DIABLO AVE
CHICO, CA 95973-7850

DOROTHY EVELYN MEEHAN & THOMAS HAROLD MEEHAN TR
UA 02/05/08 DOROTHY EVELYN MEEHAN LIVING TRUST
15752 E 1700TH RD
MARSHALL, IL 62441

DOROTHY F EVERITT CUST DAVID WILLIAM EVERITT
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3494 TIMBERLINE DR
CLYDE, MI 48049-4542

DOROTHY F EVERITT CUST LYNN DIANE EVERITT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3494 TIMBERLINE DR
CLYDE, MI 48049-4542

DOROTHY F EVERITT CUST RICHARD ARTHUR EVERITT
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3494 TIMBERLINE DR
CLYDE, MI 48049-4542

DOROTHY F EVERITT CUST RONALD CHARLES EVERITT
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3494 TIMBERLINE DR
CLYDE, MI 48049-4542

DOROTHY F FRYKLUND & ROBERT E FRYKLUND & MARIA C C
DOROTHY F FRYKLUND TRUST UA
4501 ARLINGTON BLVD #809
ARLINGTON, VA 22203-2776

DOROTHY F STEINBERG TR UA 10/19/92 ARTHUR STEINBERG
231 RIDGECREST RD
DEWITT, NY 13214-1551

DOROTHY FLANAGAN & JAMES FLANAGAN TR
UA 09/18/90 DOROTHY FLANAGAN TRUST
1212 W 69TH TERR
KANSAS CITY, MO 64113-2055

DOROTHY FRISCH WALLACE USUF ROBT BRUCE WALLACE III
WALLACE & DOROTHY JANE WALLACE SCHEPS & JOHN
JAMES WALLACE
101 BOCAGE CIR
LAFAYETTE, LA 70503-4354

DOROTHY GARTSMAN CUST GARY GARTSMAN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
9921 SUNSET BLVD
BEVERLY HILLS, CA 90210-3009

DOROTHY GOLDSTEIN TR
DOROTHY GOLDSTEIN PERSONAL PROPERTY REVOCABLE
TRUST UA 07/16/04
9440 POINCIANA PLACE APT 211
FT LAUDERDALE, FL 33324-4862

DOROTHY GOULD CUST MARC J GOULD
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
354 S ARDEN BLVD
LOS ANGELES, CA 90020-4734

DOROTHY H JOHNSON TR
REVOCABLE LIVING TRUST 06/25/90 U-A DOROTHY H
JOHNSON
1536 MCFARLAND RD
JUNCTION CITY, KS 66441-3310

DOROTHY H KASE DANIEL B KASE JR & WALTER Y ANTHONY
TRUST U-W OF JAMES B KASE
202 WELLINGTON 1361 BOOT RD
WEST CHESTER, PA 19380-5732

DOROTHY H SEITH & CHARLES L W SEITH TR
SEITH FAM REVOCABLE LIVING TRUSTUA 09/22/97
2267 14TH ST
CUYAHOGA FLS, OH 44223-2452

DOROTHY H WILLIAMS TR
DOROTHY H WILLIAMS REVOCABLE LIVING TRUST UA
06/12/95
3250 QUICK RD
HOLLY, MI 48442-1099

DOROTHY HILL EVANS CUST DIANE EVANS
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
PO BOX 73
WILMETTE, IL 60091-0073

DOROTHY HISER
& DOUGLAS E HISER & PATRICIA A WHEELER & JILL A
HARRIGAN JT TEN
106 E BENNETT ST
SALINE, MI 48176-1255

DOROTHY I CHALLAND TR UA 12/04/81 DOROTHY I CHALLAND
PO BOX 336
LELAND, IL 60531-0336

DOROTHY I COOPER
PO BOX 292424
KETTERING, OH 45429-0424

DOROTHY J CHENAULT & THEODORE L CHENAULT TR
UA 01/27/92 THE DOROTHY J CHENAULT TRUST
273 AMANDA CT
OREGON CITY, OR 97045-3467

DOROTHY J DUNLAY & JOHN B DUNLAY TR
DOROTHY J DUNLAY LIVING TRUST UA 11/03/95
27 SHERMAN BRIDGE RD
WAYLAND, MA 01778

DOROTHY J KIKOLER & DAVID J KIKOLER TR
THE SIGMUND KIKOLER INTERVIVOS TRUST UA
2746 NORMA CT
GLENVIEW, IL 60025-4661

DOROTHY J ROGERS TR
UA 06/20/94 THE DOROTHY J ROGERS REVOCABLE LIVING
TRUST
30084 MIRAGE CT
WARREN, MI 48093-2587

DOROTHY JEAN WOLFENBARGER
& DONNA JEANNE KRELLER & DEBORAH ANN
WOLFENBARGER JT TEN
417 SANTA CLARA AVE
SANTA ANA, CA 92706

DOROTHY JOANNE HAFNER & LEO A HAFNER TR
JOINT REVOCABLE LIVING TRUST UA 03/05/01
11638 LOMBARDY COURT
PINCKNEY, MI 48169-9504

DOROTHY L BREEDLOVE TR
EVOL BUSINESS ORGANIZATION BUSINESS TRUST UA
05/10/94
319 SEWARD ST
SITKA, AK 99835-7524

DOROTHY L GARDNER
9020 SCHANTZ RD
BREINIGSVILLE, PA 18031-1845

DOROTHY L LEE
PO BOX 430876
PONTIAC, MI 48343-0876

DOROTHY L STEIN & ROBERT M STEIN TR
ROBERT & DOROTHY STEIN LIVING TRUST UA 3/01/99
25032 SANORIA
LAGUNA NIGUEL, CA 92677-8812

DOROTHY M AUSTIN
PO BOX 190198
BURTON, MI 48519-0198

DOROTHY M BOURKE & ROBERT ALAN BOURKE TR
RESIDUE TRUST U/W VICTOR KREPS BOURKE UA 3/04/00
10479 BIG CANOE
BIG CANOE, GA 30143-5126

DOROTHY M ESSER
1106 108TH AVE NE #401
BELLEVUE, WA 98004-8609

DOROTHY M HARRIS & MILTON HARRIS TR
DOROTHY M HARRIS LIVING TRUST UA04/19/95
308 DELAWARE AVE MC DANIEL CREST
WILMINGTON, DE 19803-2581

DOROTHY M HOPKINS CUST LYNN HOPKINS
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
45 MUNROE RD
LEXINGTON, MA 02421-7823

DOROTHY M HOPKINS CUST WILLIAM M HOPKINS
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
1201 46TH ST
DES MOINES, IA 50311-2424

DOROTHY M MUELLER & PAUL H MUELLER TR
UA 04/08/00 DOROTHY M MUELLER LIVING TRUST
1721 MILTON LANE
WHEATON, IL 60189-7421

DOROTHY M SHERK
& KATHLEEN VITOVICH & KAREN SHELTON & KEITH SHERK
JT TEN
6173 WILLOW SPRINGS
WHITE LAKE, MI 48383-3555

DOROTHY M STORDAHL & CALMER M STORDAHL JR TR
UA 09/17/2002 STORDAHL LIVING TRUST
948 NW OAKMONT COURT
MCMINNVILLE, OR 97128

DOROTHY M TERRY
& RONDA PRUS & MARGO GOLEMBIEWISKI & LARRY TERRY
JT TEN
875 STACEWOOD
BEAUMONT, TX 77706-5443

DOROTHY MAROLF OPFER TR
REVOCABLE TR UA 06/19/86 DOROTHY MAROLF OPFER TR
4111 N W 74TH COURT
KANSAS CITY, MO 64151-4240

DOROTHY MARY CYREK
463 LEIN RD
W SENECA, NY 14224-2413

DOROTHY MAY NONNWEILER & NANCY LEE IRSFELD TR
WILLIS I NONNWEILER TR UA 10/12/77
1754 MAPLE LANE
ROSEVILLE, MN 55113

DOROTHY MELLEIN LA PATA
119 BRINKER ST
BELLEVUE, OH 44811-1503

DOROTHY N ISHIDA CUST LORRIE ANN ISHIDA
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
PO BOX 7
KOLOA KAUAI, HI 96756-0007

DOROTHY POLLARD
11305 172ND PLACE NORTH
JUPITER, FL 33478-5317

DOROTHY R SEELYE & DOUGLAS R SEELYE TR
HAROLD M SEELYE TRUST UA 03/05/86
8905 EAST D AVE BOX 126
RICHLAND, MI 49083-0126

DOROTHY R STEPHENS ERNEST L STEPHENS 3RD & SHIRLEY
UW ERNEST L STEPHENS JR
1400 RIDGE AVE APT 206
READING, PA 19607-1479

DOROTHY R STEWART & DENISE REU STEWART JT TEN
2409 E 3800 N
FILER, ID 83328-5517

DOROTHY R YOUNG & CHARLES M YOUNG JR TR
DOROTHY RUTH YOUNG TRUST UA 10/19/95
268 ROSS COURT
CLAREMONT, CA 91711-3130

DOROTHY S TANNER CUST PAMELA THEA TANNER
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
PO BOX 447
MOAB, UT 84532-0447

DOROTHY S TANNER CUST WILLIAM LADD TANNER
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
PO BOX 1234
VALDEZ, AK 99686-1234

DOROTHY SEIDENWAND
13 A HOMESTEAD DRIVE
WHITING, NJ 08759-1932

DOROTHY STEINHAUS
17543 102ND AVE NE
APT B123
BOTHELL, WA 98011-3795

DOROTHY SUE TAYLOR
& JOANN KAREN PODLESKI & CHRISTOPHER SCOTT
PODLESKI JT TEN
1480 WESTBURY DRIVE
DAVISON, MI 48423-8352

DOROTHY T HEINTZELMAN
28125 ROY AVE
ST CLAIR SHORES, MI 48081-1631

DOROTHY TROMBLEY
& ROBERT TROMBLEY & MAUREEN TROMBLEY & BARBARA
ULBRICH JT TEN
265 HUTTON
NORTHVILLE, MI 48167-1211

DOROTHY V COLAPIETRO EX EST SUSAN G COLAPIETRO
PO BOX 320283
SAN FRANCISCO, CA 94132

DOROTHY V TEIXEIRA TR
UA 08/05/94 THE DOROTHY V TEIXEIRA REVOCABLE TRUST
35 SHERIDAN ST
SOUTH DARTMOUTH, MA 02748-2518

DOROTHY V URBANCIC & WILLIAM M URBANCIC TR
DOROTHY V URBANCIC LIVING TRUST UA 09/06/94
274 E 257 ST
EUCLID, OH 44132-1048

DOROTHY W JOHNSTON TR
DOROTHY W JOHNSTON REVOCABLE LIVING TRUST UA
11/22/99
955 S EL CAMINO REAL
SAN MATEO, CA 94402-2346

DORRIS B WINTER CUST JULIUS B WINTER
U/THE ALABAMA UNIFORM GIFTS TO MINORS ACT
3212 11TH AVE
PHENIX CITY, AL 36867-3209

DOSTER L MCMULLEN
PO BOX 020822
TUSCALOOSA, AL 35402-0822

DOUGLAS A DARCH CUST THEODORE EDWARD DARCH
U/THE N C UNIFORM GIFTS TO MINORS ACT
1096 MCLYNN AVE
ATLANTA, GA 30306-3347

DOUGLAS ALAN BROWN PERSONAL REPRESENTATIVE OF TH
ERIC BROWN
1741 JARVIS ST
FERNDALE, MI 48220-2067

DOUGLAS B BERNSTEIN
8383 COLLEGE TRAIL
INVER GROVE HEIGHT, MN 55076-3201

DOUGLAS B COPAS
1009 165TH PL NE
BELLEVUE, WA 98008-3734

DOUGLAS C LAYMAN TR
DOUGLAS C & LEILA LAYMAN REVOCABLE TRUST UA
11/02/82 AMENDED 10/26/90
1620 INDIAN SCHOOL RD NE
APT 242
ALBUQUERQUE, NM 87102-1750

DOUGLAS C LYALL & PATRICIA A LYALL TR
DOUGLAS & PATRICIA LYALL ESTATE TRUST UA 02/14/95
26633 S BRANCHWOOD CRT
SUN LAKES, AZ 85248-9250

DOUGLAS C TREAIS & MARY ANN TREAIS TR
UA 11/08/93 DOUGLAS C TREAIS & MARY ANN TREAIS LIVING
TRUST
320 WOODSIDE CIR
CADILLAC, MI 49601-8293

DOUGLAS D SKINNER & ETHYLE L SKINNER TR
DOUGLAS D & ETHYLE L SKINNER TRUST UA 11/28/03
2173 S CENTER RD APT 245
BURTON, MI 48519-1808

DOUGLAS E WALKER
PO BOX 430904
PONTIAC, MI 48343-0904

DOUGLAS F HAMMOND & RUBY W HAMMOND TR
UA 01/12/94 DOUGLAS F HAMMOND & RUBY W HAMMOND
REV JOINT TR
19412 SANDY SPRINGS CIR
LUTZ, FL 33558

DOUGLAS FEINBERG & RITA FEINBERG TR
UA 10/19/2007 FEINBERG LIVING TRUST
15 FOX LN
DIX HILLS, NY 11746

DOUGLAS FERRER
231 174TH STREET
BLDG #400 WINSTON TOWERS
APT 512
SUNNY ISLES BEACH, FL 33160

DOUGLAS G VAN TREECK & MARIE ELENA VAN TREECK TR
VAN TREECK LIVING TRUST UA 01/14/04
345 LITTLE WASHOE DR
CARSON CITY, NV 89704-8513

DOUGLAS G WOLFANGLE & MRS BETTY K WOLFANGLE JT TE
837 HEINEL DR
ST PAUL, MN 55113-2124

DOUGLAS H FRICKE CUST DENNIS L FRICKE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
134 KIRTLAND S W
GRAND RAPIDS, MI 49507-2929

DOUGLAS I SOUTER
8582-146 A ST
SURREY BC
V3S 6N7 CANADA

DOUGLAS J COOK CUST WILLIAM JOSEPH COOK
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1704 E OAK STREET PO BOX 426
MAHOMET, IL 61853-0426

DOUGLAS J SEIP & CHARLOTTE S SEIP TR
SEIP LTD PROFIT SHARING PLAN UA 05/01/94
4132 SO RAINBOW BLVD #315
LAS VEGAS, NV 89103-3106

DOUGLAS J STOKES
4321 155TH ST E
FARIBAULT, MN 55021-7909

DOUGLAS J WECKSTEIN
11 TIMMINS RD
BOW, NH 03304-4208

DOUGLAS K ANDERSON
11020 227TH AVE SE
MONROE, WA 98272-7778

DOUGLAS L BENDLE
BOX 100333
NASHVILLE, TN 37210

DOUGLAS L ROLFSRUD & DEBBIE ROLFSRUD JT TEN
4051 119TH AVE NW
WATFORD CITY, ND 58854-9671

DOUGLAS M FOLEY & KAREN E FOLEY JT TEN
11817 108TH CT N
LARGO, FL 33778-3618

DOUGLAS M HEINS
404 GARDEN RD
AMES, IA 50010-8522

DOUGLAS M SAXE CUST KATHARINE E SAXE
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
12851 STONE EAGLE RD
PHOENIX, MD 21131-2307

DOUGLAS MACMILLAN JR
P O BOX 861747
LOS ANGELES, CA 90086

DOUGLAS P CARDLE & NANCY L CARDLE TR
UA 12/30/87 DOUGLAS P CARDLE & NANCY L CARDLE TRUST
3863 STEINER AVE
TRENTON, MI 48183-3990

DOUGLAS W EASTWOOD CUST ROBERT D EASTWOOD
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
3120 KENSINGTON RD
CLEVELAND HEIGHTS, OH 44118-3542

DOUGLAS W WOODS
542 130TH ST
AVON, IL 61415-9292

DOUGLASS WHITE CUST JAY D WHITE
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
1158 CARDINAL TRL
COLUMBIA, TN 38401-7713

DOYLE VANN
PO BOX 188223
ERLANGER, KY 41018-8223

DOYLE W CURTIS & JOYCE A CURTIS TR
UA 06/15/05 DOYLE W CURTIS & JOYCE A CURTIS JT
1780 W SQUIRE'S LANDING
ROCHELLE, IL 61068-1044

DRAKE ELLIS & JENNY M ELLIS TR
UA 10/03/07 DRAKE & JENNY ELLIS REVOCABLE
1289 VALLEYVIEW DR
BOARDMAN, OH 44512

DRILLERS PRODUCTION CO
ATTN JACK STEWART
P O BOX 783070
WICHITA, KS 67278-3070

DRILLERS PRODUCTION CO INC
PO BOX 783070
WICHITA, KS 67278

DUANE ALLEN GRIMSMAN TR
UA 07/08/1993 GRIMSMAN FAMILY REVOCABLE LIVING
TRUST
6320 CHESTNUT AVE
ORANGEVALE, CA 95662

DUANE C GUEST & GLORIA M GUEST TR
DUANE C GUEST & GLORIA M GUEST JOINT TRUST UA
05/01/96
7111 E CARPENTER RD
DAVISON, MI 48423-8958

DUANE D ENGEL
30341 STEINMAIER RD
DEFIANCE, OH 43512-6949

DUANE D ENGEL & JUDITH K ENGEL JT TEN
30341 STEINMAIER RD
DEFIANCE, OH 43512-6949

DUANE E DAUGHERTY CUST BONNIE BELLE DAUGHERTY
A MINOR PURS TO SECS 1339/26 INCL REV CODE OF OH
C/O B B WOOLER
3330 TOD AVE NW
WARREN, OH 44485-1359

DUANE E HOEFT & BEVERLY J HOEFT TR
DUANE E HOEFT & BEVERLY J HOEFT REVOCABLE TRUST
UA 01/13/00
8800 EAST ARNOLD LAKE RD
HARRISON, MI 48625-9689

DUANE E HORROCKS
PMB F312578
3590 ROUND BOTTOM RD
CINCINATTI, OH 45244-3026

DUANE G AMOS & CAROL R AMOS TR
DUANE G AMOS & CAROL R AMOS TRUST UA 4/28/98
109 S KERBY RD
CORUNNA, MI 48817-9767

DUANE H ERICSON & MARJORIE G ERICSON TR
UA 09/20/93 DUANE ERICSON & MARJORIE
5817 RANCH VIEW RD
OCEANSIDE, CA 92057-4911

DUANE L MAUPIN SR & ANNICE FAYE MAUPIN TR
MAUPIN FAMILY TRUST UA 03/03/04
6007 BLENDON CHASE DR
WESTERVILLE, OH 43081-8663

DUANE M TAYLOR & HAZEL L TAYLOR TR
THE DUANE M TAYLOR REV TRUST UA 01/21/94
164 KALAMA PLACE MOLAKAI
LEESBURG, FL 34788-7994

DUANE P IVERSON & JOAN E IVERSON TR
DUANE P & JOAN E IVERSON FAMILY LIVING TRUST UA
01/19/00
10516 HANKERD ROAD
PLEASANT LAKE, MI 49272-9302

DUANE S STROHSCHEIN
4434 MIDLAND
WATERFORD, MI 48329-1833

DUDREY N STEEL CUST ERIC B STEEL
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1 WYNGATE DR APT 121
PARKERSBURG, WV 26105-7672

DUDREY N STEEL CUST ERIE B STEEL
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1 WYNGATE DR APT 121
PARKERSBURG, WV 26105-7672

DUFFY B SULLIVAN & NANCY J SULLIVAN TR
THE SULLIVAN FAMILY TRUST UA 07/03/93
934 PENINSULA AVE 205
SAN MATEO, CA 94030-2238

DUROC SAINTELLUS
9127 211TH ST
QUEENS VILLAGE, NY 11428-1028

DUSTIN LEINGANG & JENNIFER LEINGANG JT TEN
4283 W 133RD ST
SAVAGE, MN 55378

DWAIN A LEWIS & ADELINE S LEWIS TR
UA 10/28/92 DWAIN A LEWIS & ADELINE S LEWIS JOINT
TRUST
5855 MONROE RD
VENICE, FL 34293-6818

DWIGHT E PITMAN TR
UA 01/31/2005 DWIGHT E PITMAN REVOCABLE LIVING TRUST
4101 W ILES AVE APT 126
SPRINGFIELD, IL 62711

DWIGHT L JOHNSON CUST L ERIC JOHNSON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
45 COLUMBINE RD
MILTON, MA 02186-1722

DWIGHT M EDMONDS CUST RODNEY L EDMONDS
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
1085 WYNDEMERE CIR
LONGMONT, CO 80501-2321

DWIGHT M MCGUIRE & NITA P MCGUIRE TR
UA 01/26/90 DWIGHT M MCGUIRE & ANNITA P MCGUIRE
TRUST
5024 HIDDEN CREEK LANE
FAIR OAKS, CA 95628-4111

E C BOITEL JR & D A BOITEL TR
EARL C BOITEL & DOLORES A BOITEL LIVING TRUST UA
09/26/94
2253 CEDAR POINT RD
SANDUSKY, OH 44870-5212

E C GOLDSTEIN CUST CARLA GOLDSTEIN A MINOR U/THE LAV
ATTN CARLA TORKELSON
6461 DOVE DR
LOGANVILLE, GA 30052-3033

E K SMITH CUST MARTA H SMITH
A MINOR PURSUANTTO SEC 1339 19-TO 1339 26-INCLUSIVE
OF
30820 SHAKER BLVD
PEPPER PIKE, OH 44124-5141

E LOUISE BERNSTEIN CUST MARY C BERNSTEIN UGMA NC
5701 LAURIUM RD
CHARLOTTE, NC 28226-5613

E LYNDEN WATKINS II CUST E LYNDEN WATKINS III
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
702 GOLF CREST LN
AUSTIN, TX 78734-4640

E MARIE MCMASTER & WILLIAM L MCMASTER TR
E MARIE MCMASTER LIVING TRUST UA 04/11/94
11415 SOUTH DRAKE ST
CHICAGO, IL 60655-3518

E MUNROE HAWKINS & JUANITA D HAWKINS TR
UA 12/16/92 THE E MUNROE HAWKINS& JUANITA D
107 CONY ST
FARMINGTON, ME 04938-5904

E PHILIP A SIMPSON JR TR
E PHILIP A SIMPSON JR 2005 REVOCABLE TRUST 11/04/05
PO BOX 203
PLYMOUTH, NH 03264-0203

E S LEINBACH
410 VINEYARD DR
SALISBURY, NC 28146-7305

E W REINHARDT & MRS NANCY L REINHARDT JT TEN
320 N JACKSON
BAY CITY, MI 48708-6422

EARL & DOROTHY WHIRLS TR
UA 02/08/93 EARL R WHIRLS & DOROTHY W WHIRLS TRUST
2484 MARDEL CT
HAMILTON, OH 45014-5937

EARL A KUHN & BERNICE A KUHN TR
EARL A KUHN & BERNICE A KUHN LIVING TRUST UA 02/29/96
402 LEE ST
RED OAK, TX 75154-2334

EARL BRYANT & MARJORIE BRYANT TR
EARL & MARJORIE BRYANT TRUST UA 11/13/02
1263 TURRILL RD
LAPEER, MI 48446-3722

EARL EGBERT & MARY EGBERT TR
EARL EGBERT & MARY EGBERT TRUST UA 05/23/94
8675 W SAPPHIRE AVE
LAKE CITY, MI 49651-8636

EARL F PRIESKORN & JEAN L PRIESKORN TR
EARL F PRIESKORN & JEAN L PRIESKORN
2661 PINE HTS DR
WEST BLOOMFIELD, MI 48324-1924

EARL G MEADOR
C/O JACK LEE MEADOR
PO BOX 42
EINENCE, IN 46125-0042

EARL J CHOWNING & WANDA L CHOWNING TR
CHOWNING FAM REV TRUST UA 05/04/01
8746 STATE RTE 123
BLANCHESTER, OH 45107

EARL J DANNER & M ARAZELLA DANNER TR
05/13/87 EARL J DANNER & M ARAZELLA DANNER
6700 150TH AVE N
LOT 710
CLEARWATER, FL 33764-7704

EARL J DANNER & M ARZELLA DANNER TR U/D/T 05-13-87
6700 150TH AVE N
LOT 710
CLEARWATER, FL 33764-7704

EARL J SEDAM
PO BOX 300483
DRAYTON PLNS, MI 48330-0483

EARL JAMES PARKER & DENNIS JAMES PARKER TR
UA 05/19/05 THE EARL J PARKER & BERLENE M
19171 GRASS LAKE RD
HILLMAN, MI 49746

EARL KERSHAW
9519 132ND ST
SOUTH RICHMOND HILL, NY 11419-1623

EARL P CLEVELAND TR
UA 04/15/1992 EARL P CLEVELAND & JANET K CLEVELAND
TRUST
7310 ROSEWOOD
PRAIRIE VLG, KS 66208

EARL R CAMPBELL & M LOUISE CAMPBELL TR
CAMPBELL LIVING TRUST UA 05/28/96
7749 WAVERLY MOUNTAIN
LITTLETON, CO 80127-3921

EARL R CAMPBELL & M LOUISE CAMPBELL TR
CAMPBELL LIVING TRUST UA 05/28/96
7749 WAVERLY MOUNTAIN
LITTLETON, CO 80127-3921

EARL R MASSON & HELEN MASSON TR
EARL R & HELEN MASSON LIVING TRUST UA 09/09/92
4 N JOYCEELLEN
SAINT PETERS, MO 63376-1204

EARL WILLIAM BUFFEY & MARY E BUFFEY TR
EARL WILLIAM BUFFEY & MARY E BUFFEY JOINT TRUST UA
02/27/95
2445 SECLUDED LN
FLINT, MI 48507-3831

EARL WILLIAM VOSS CUST ROBERT WILLIAM VOSS
U/THE PA UNIFORM GIFTS TO MINORS ACT
1028 DUVEGAN ROAD
WEST CHESTER, PA 19382-7102

EARLE W DAVIE CUST JAMES W DAVIE
U/THE WASH UNIFORM GIFTS TO MINORS ACT
9010 NE 22ND PL
BELLEVUE, WA 98004-2432

EARLE W DAVIE CUST JOHN E DAVIE
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
9010 NE 22ND PL
BELLEVUE, WA 98004-2432

EARLE W DAVIE CUST KAREN A DAVIE
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
9010 NE 22ND PL
BELLEVUE, WA 98004-2432

EARMIA A GANGLUFF & KAREN LIPOVSKY TR
EARMIA A GANGLUFF TRUST UA 08/26/03
6740 N EBERHART AVE
HARRISON, MI 48625-8832

EAST GATE CHAPTER #367 OES
C/O DARLEEN NEWBERRY
701 NE NOELEEN LANE
LEES SUMMIT, MO 64086

EBER G MORGAN & HELEN LOUISE MORGAN TR
UA 07/25/2008 EBER G & HELEN LOUISE MORGAN
2504 EAST ST RD 18
GALVESTON, IN 46932

EDDIE C SMITH & SHIRLEY J SMITH & ALISON LEIGH OVERBAY
EDDIE C & SHIRLEY J SMITH TRUST UA 07/02/96
2718 SOUTH PICKARD
NORMAN, OK 73072-6924

EDDIE L BOOTH
PO BOX 310131
FLINT, MI 48531-0131

EDDIE L JUE & CATHERINE Q JUE JT TEN
4813 132ND ST
HAWTHORNE, CA 90250-5040

EDGAR C BAXTER CUST TOM S BAXTER
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
602 DUDLEY WAY
SACRAMENTO, CA 95818-2115

EDGAR C GOLDSTEIN CUST PEARL V GOLDSTEIN A MINOR U/
2186 BOHLER RD NW
ATLANTA, GA 30327-1136

EDGAR D ROSS CUST EDGAR D ROSS JR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
101 SAN AUGUSTINE WAY
APT 2
SCOTTS VALLEY, CA 95066-3430

EDGAR HEINSOHN CUST HEIDI H HEINSOHN UGMA TX
1560 FM 109
NEW ULM, TX 78950

EDGAR M GOBER CUST EDGAR M GOBER 4TH
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
400 UNIVERSITY PARK DR APT 314
BIRMINGHAM, AL 35209-6783

EDITH A FOGLIANO
530 PINE ST
PO BOX 772655
STEAMBOAT SPRINGS, CO 80477-2655

EDITH A SWANSON
BOX 893077
OKLAHOMA CITY, OK 73189-3077

EDITH C COLLINS & JOHN FRANCIS COLLINS II TR
UA 03/06/09 EDITH C COLLINS 2009 TRUST
7207 SUNCREEK WAY
ORANGEVALE, CA 95662-2435

EDITH E CANFIELD & ELIZABETH C CANFIELD TR
UA 01/09/91 EDITH E CANFIELD
8117 S 86TH EAST AVE
TULSA, OK 74113-8014

EDITH FEINGOLD
1 REGENCY PLAZA
APT 611
PROVIDENCE, RI 02903-3134

EDITH GOLDIE KANTZLER CUST MICHELLE DAVIDA KANTZLER
U/THE FLORIDA GIFTS TO MINORS ACT
1611 W SANDPOINTE PL
VERO BEACH, FL 32963

EDITH L DOUGLAS & JOHN O DOUGLAS & CHARLENE M PORT
UA 12/16/83 EDITH L DOUGLAS
14019 MITCHEL COURT
BASEHOR, KS 66007-5150

EDITH MENTLE & HENRY P MENTLE & IRIS R SCHORNSTEIN T
75 82 183RD STREET
FRESH MEADOWS, NY 11366

EDITH R FILER
30 CLINTON AVE N
ROCHESTER, NY 14604-1404

EDITH R MOSS
PO BOX 350471
PALM COAST, FL 32135-0471

EDMOND G THOMPSON & JUDITH ANN THOMPSON TR
SYNERGY CAPITAL CORP EMPLOYEES PENS PLN
PO BOX 1115
PALOS VERDES ESTS, CA 90274-7915

EDMOND G THOMPSON TR
SUNERGY CAPITAL CORPORATION EMPLOYEES PENSION
PLAN 07/31/80
573 VIA DEL MONTE
PALOS VERDES ESTS, CA 90274-1205

EDMOND O MARLOW & MARGUERITE M MARLOW TR
E O MARLOW FAM LIVING TRUST UA 03/18/96
1992 GUNSTOCK DR
STONE MOUNTAIN, GA 30087-1617

EDMUND C KATASKAS CUST LEONARD R KATASKAS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2055 COUNTY ROAD #43
CLIFTON SPRINGS, NY 14432-9358

EDMUND E CROWELL & ANN CROWELL TR
EDMUND E CROWELL LIVING TRUST UA 12/05/94
215 WESTMORELAND ST
COLLINSVILLE, IL 62234-2961

EDMUND GOLOMB JR CUST EDMUND GOLOMB 3RD
U/THE PA UNIFORM GIFTS TO MINORS ACT
49 BULL FARM RD
NESCOPECK, PA 18635-2113

EDMUND HEINZ
6044 OLD HICKORY DR
BAY CITY, MI 48706-9068

EDMUND J MOROZ & MARGARET M MOROZ TR
MOROZ SELF-TRUSTEED LIVING REV TRUST UA 10/20/99
1208 TANGLEWOOD
ST HELEN, MI 48656-9536

EDMUND J ROBERGE
& BEVERLY J ROBERGE JT TEN TOD KAREN BRADFORD
SUBJECT TO STA TOD RULES
4605 ARGYLE PLACE
LAKELAND, FL 33801-0537

EDMUND L FINCH & JOAN M FINCH TR
EDMUND L & JOAN M FINCH TRUST UA 08/30/94
3579 FAIRWAY FOREST DR
PALM HARBOR, FL 34685-1003

EDMUND L STELMACH & BEULAH R STELMACH TR
STELMACH FAMILY TRUST UA 10/23/02
119 PINE AVE
ST CLAIRSVLE, OH 43950-9738

EDMUND M KROL & DIANE A KROL TR
EDMUND & DIANE KROL LIV TRUST UA 7/6/00
63590 MOUND RD
WASHINGTON, MI 48095-2303

EDMUND O SPILLER CUST EDMUND O SPILLER JR
A MINOR U/THE LA GIFTS TO MINORS ACT
1319 S ELM ST
HAMMOND, LA 70403-6201

EDMUND TATE
PO BOX 140538
GRAND RAPIDS, MI 49514-0538

EDMUND W HOWENSTEIN SR TR EDMIND W HOWENSTEIN SR
5139 CHOCTAW AVE
PENSACOLA, FL 32507-8712

EDMUND W WHITE CUST WILLIAM C WHITE
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
3121 QUARTET LANE
SILVERSPRING, MD 20904-6824

EDNA B PLATZ & LOIS P BECK & JOANNE M PLATZ TR
ALBERT R PLATZ TRUST UA 10/8/99
702 SANDY COVE
TINTON FALLS, NJ 07753-7750

EDNA DAMBROSIO & ROBERT A DAMBROSIO TR
BOB DAMBROSIO & EDNA DAMBROSIO TRUST UA 02/18/87
PO BOX 1224
CARMEL, CA 93921-1224

EDNA L FRASER & ANDREW L FRASER TR
EDNA L FRASER REVOCABLE TRUST UA 11/16/04
6278 SOUTH ELMS RD
SWARTZ CREEK, MI 48473-9400

EDNA LEE S SMITH & KEITH W SMITH TR
BILLY O SMITH FAMILY TRUST UA 11/14/96
7976 IDOLS RD
CLEMMONS, NC 27012-8739

EDNA M GRAHAM CUST FRANCIS NELSON GRAHAM JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
12901 RIVER HILLS DRIVE
MIDLOTHIAN, VA 23113-3625

EDNA M GRAHAM CUST JUDITH ANNE GRAHAM
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
8 MASONIC AVE APT 16
CAMDEN, NY 13316-1248

EDNA M LUBBE CUST DEBRA K LUBBE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
3200 LINDSAY RD
EVERSON, WA 98247-9246

EDNA M WEINHOLTZ
286 WESTFALL DRIVE
TONAWANDA, NY 14150-7152

EDNA P GINGRAS CUST RICHARD L GINGRAS
U/THE R I UNIFORM GIFTS TO MINORS ACT
546 COVINGTON RD
LOS ALTOS, CA 94024-4806

EDNA P WOOD CUST JOHN EVERETT WOOD
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
PO BOX 90666
ALBUQVORQVE, NM 87199-0666

EDNA REAVES PER REP RHONDA REAVES WILLIAMSON PER
SHANNON
24669 LAFAYETTE CIR
SOUTHFIELD, MI 48075

EDNA V WILLIS CUST RICHARD M WILLIS
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
127 LAKE DRIVE
SMYRNA, DE 19977-1318

EDTHE W ARTHUR & ROBERT K ARTHUR TR
EDTHE W & ROBERT K ARTHUR REVOCABLE
229 FRANKFORT SQ
COLUMBUS, OH 43206-1059

EDUARDO I VASQUEZ
PO BOX 690241
EAST ELMHURST, NY 11369

EDUARDO MUNOZ
# M-483
PO BOX 020010
MIAMI, FL 33102-0010

EDWARD A COPPENGER & DORIS J COPPENGER TR
COPPENGER REVOCABLE TRUST UA 8/24/00
3605 CLEVELAND AVE
PLOVER, WI 54467

EDWARD A FOLEY
4410 285TH STREET
TOLEDO, OH 43611-1911

EDWARD A JERAWSKI & JOYCE C JERAWSKI TR
JERAWSKI LIVING TRUST UA 10/06/05
32556 MOUND RD APT 3
WARREN, MI 48092-1231

EDWARD A RAGSDALE CUST EDWARD A RAGSDALE 3RD
U/THE IND UNIFORM GIFTS TO MINORS ACT
534 HAYES ST
WEST LAFAYETTE, IN 47906-2948

EDWARD A RAGSDALE CUST SUSAN ELLEN RAGSDALE
U/THE IND UNIFORM GIFTS TO MINORS ACT
534 HAYES ST
WEST LAFAYETTE, IN 47906-2948

EDWARD A RISHAVY TR
UA 05/26/93 THE EDWARD A RISHAVY REVOCABLE LIVING
TRUST
23681 MARLOW
OAK PARK, MI 48237-1957

EDWARD A ZELENKA & DOROTHY M ZELENKA TR
ZELENKA FAM REVOCABLE LIVING TRUST UA 01/02/97
1144 LONDONBERRY LANE
GLEN ELLYN, IL 60137-6110

EDWARD AIKEN JR CUST MISS LORRAINE AIKEN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1199 W 36TH PLACE
LOS ANGELES, CA 90007-3921

EDWARD ANTHONY MARCINKO SR TOD EDWARD ANTHONY M
STA TOD RULES
1738 BANK ST
BALTIMORE, MD 21231-2404

EDWARD B FREYTAG MARY E FREYTAG TR
EDWARD B & MARY E FREYTAG TRUST UA 01/20/93
18293 SPRING CT N
FRASER, MI 48026-2429

EDWARD B PETER CUST ANN MARIE PETERS
UNDER MISSOURI UNIFORM GIFT TO MINORS LAW
5712 NOTTINGHAM
ST LOUIS, MO 63109-2824

EDWARD B ROHLING JR
PO BOX 610863
BIRMINGHAM, AL 35261-0863

EDWARD BILLSTEIN JR
247 UNDERWOOD DR N W
ATLANTA, GA 30328-2942

EDWARD BRESNICK CUST NORMA S BRESNICK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
225 ST PAULS AVENUE #15R
JERSEY CITY, NJ 07306-3772

EDWARD C BELFIELD & JOANNE B BELFIELD TR
EDWARD C BELFIELD TRUST UA 04/29/99
5250 MANZ PLACE APT 110
SARASOTA, FL 34232-2650

EDWARD C CZARNECKI
& HERMINE CZARNECKI & TERRENCE E CRAIN & RANDALL S
CZARNECKI JT TEN
45282 UNIVERSAL CT
UTICA, MI 48317-4941

EDWARD C DENZIN & JOYCE J DENZIN TR
THE EDWARD C &JOYCE J DENZIN REV TRUST UA 05/06/02
316 S CRAIG DRIVE
ORANGE, CA 92869-4746

EDWARD C FONTANA & CHARLENE A FONTANA TR
FONTANA FAMILY TRUST UA 12/16/92
BOX 26
COLFAX, CA 95713-0026

EDWARD C REINHOLZ
710 GLENHURST RD
WILLOWICK, OH 44095-4233

EDWARD C RITCHIE & DONNA S RITCHIE TR
06/03/88 RITCHIE REV FAMILY TRUST
1502 E TODD ST
MINDEN, LA 71055

EDWARD C VERDUIN & LAURA J VERDUIN TR
EDWARD C VERDUIN & LAURA J VERDUIN REVOCABLE
28076 PALOMINO
WARREN, MI 48093-4232

EDWARD CAAMANO
PO BOX 143157
IRVING, TX 75014

EDWARD CAPRIOLA CUST JOHN E CAPRIOLA
U/THE CAL UNIFORM GIFTS TO MINORS ACT
855 STONEMAN WAY
EL DORADO HILLS, CA 95762-4217

EDWARD CHARLES HOWSON & CATHERINE SAMALIONIS HOW
UA 08/18/93 HOWSON FAMILY TRUST
32 BIRCH GROVE DR
PITTSFIELD, MA 01201-5602

EDWARD CHESTER BAJOREK & BERTHA GAROFALO BAJOREK
EDWARD C & BERTHA G BAJOREK REVOCABLE LIVING
TRUST UA 9/3/03
3900 TOLMAS DRIVE
METAIRIE, LA 70002-1849

EDWARD COE DAVIS & DEE S DAVIS TR UA 05/05/95
PO BOX 532227
HARLINGEEN, TX 78553-2227

EDWARD D ROBERTS TR
EDWARD D ROBERTS P C SLB FLEX PROTOTYPE PROFIT
SHARING PLAN 12/28/89
7144 E JENAN DR
SCOTTSDALE, AZ 85254-5131

EDWARD DIBENEDETTO JR CUST CHRISTINA MARIA DIBENED
UNDER THE NY U-G-M-A
225 FOX HUNT CRESCENT S
OYSTER BAY COVE
SYOSSET, NY 11791-1709

EDWARD DZIWURA & ARLENE C DZIWURA TR
UA 09/19/88 EDWARD DZIWURA & ARLENE C DZIWURA
715 CHURCHGROVE RD
FRANKENMUTH, MI 48734-9796

EDWARD E BENNETT & BETTY J BENNETT TR
UA 07/30/93 EDWARD E BENNETT & BETTY J
1727 LINDEN
DEARBORN, MI 48124-4010

EDWARD E CLOUD & JUDY L CLOUD TR
EDWARD E & JUDY L CLOUD TRUST UA 9/11/00
12707 SE PARK ST
VANCOUVER, WA 98683-6363

EDWARD E HARTLINE TR
UA 10/02/80 ROBERT R SHELTON CHARITABLE ANNUITY
TRUST
C/O OAKS HARTLINE & DALY LLP
2323 S SHEPHERD  14TH FLR
HOUSTON, TX 77019

EDWARD E JENNINGS & JOAN H JENNINGS TR
EDWARD & JOAN JENNINGS TRUST UA 05/09/01
3313 PROGRESS HILL BLVD
PIGEON FORGE, TN 37863-3789

EDWARD F HEINLE & ANN CELESTE CIECIERSKI JT TEN
305 JOPLIN ST
BALTIMORE, MD 21224-2810

EDWARD F KLEINKE IV CUST CHRISTIAN J HAUSERMANN UTM
228 MALDEN TPKE
SAUGERTIES, NY 12477-5058

EDWARD F SCHMIDGALL JR & IREN H SCHMIDGALL TR
E & I SCHMIDGALL TRUST UA 11/29/95
18 WHITE CIRCLE
WAKEFIELD, MA 01880-1827

EDWARD F SLUJA & LORRAINE M SLUJA TR
EDWARD FRANCIS & LORRAINE MARIE SLUJA LIVING TRUST
UA 09/01/94
849 CHARLOTTE N W
GRAND RAPIDS, MI 49504-3730

EDWARD F STEINHAUER
PO BOX 731
CRAWFORDSVILLE, IN 47933-0731

EDWARD F WENZLAFF & EDITH A WENZLAFF TR
UA 12/30/84 EDWARD F WENZLAFF PADEFINED
310 EAST TIMONIUM ROAD
TIMONIUM, MD 21093-2836

EDWARD FELDMAN CUST LINDA FELDMAN
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
203 N QUINCY AVE
MARGATE, NJ 08402-1331

EDWARD G MCKINLEY & DONNA H MCKINLEY TR
EDWARD G MCKINLEY TRUST UA 02/13/01
PO BOX 262
SOUTH LYON, MI 48178-0262

EDWARD G ZIEGLER CUST CHRISTOPHER H TROMBA
UNDER FL GIFTS TO MINORS ACT
693 STANDISH DRIVE
ST AUGUSTINE, FL 32086-6830

EDWARD GEORGE RETTGER & MARY ANNE RETTGER TR
THE RETTGER FAMILY TRUST UA 03/12/04
336 WEST STREETSBORO STREET
HUDSON, OH 44236-2747

EDWARD GOLDSTEIN
829 EAST 10TH ST
APT 5G
BROOKLYN, NY 11230-2897

EDWARD H DAVIS CUST MITCHELL S DAVIS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5 GLEN ELLEN
IRVINE, CA 92602-2001

EDWARD H MC DONALD TR EDWARD H MC DONALD TRUST U
PO BOX 115
MARIA STEIN, OH 45860-0115

EDWARD H REDDISH & MARIE E REDDISH TR
REDDISH REVOCABLE LIVING TRUST UA 06/01/00
3868 CRESTHAVEN
WATERFORD, MI 48328-4016

EDWARD H RICHTER TR
EDWARD H RICHTER JR & ALICE H RICHTER TRUST UA
10/05/92
9696 SANILAC
DETROIT, MI 48224-1250

EDWARD HABJAN CUST ELIZABETH FRANCES HABJAN
U/THE PENN UNIFORM GIFTS TO MINORS ACT
105 BLANCHAR DR
VERONA, PA 15147-2354

EDWARD HABJAN CUST LUCILLE ANN HABJAN
U/THE PENN UNIFORM GIFTS TO MINORS ACT
105 BLANCHAR DR
VERONA, PA 15147-2354

EDWARD HABJAN CUST SUSAN MARY HABJAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
105 BLANCHAR DR
VERONA, PA 15147-2354

EDWARD HILFSTEIN & MRS DIANNE HILFSTEIN JT TEN
1390 MAPLE ROAD #7
WILLIAMSVILLE, NY 14221-3541

EDWARD HOLZMAN CUST BONNIE HOLZMAN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
9911 SCOTCH BROOM COURT
POTOMAC, MD 20854-1870

EDWARD HORWICH CUST ARLEEN HORWICH
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1455 APPLEGATE DRIVE
NAPERVILLE, IL 60565-1225

EDWARD J ALLEN & LUNETTE A ALLEN TR
EDWARD J & LUNETTE A ALLEN INDENTURE TRUST UA
10/09/92
2505 NEIER ROAD
UNION, MO 63084

EDWARD J CIESINSKI & EVELYN R CIESINSKI TR
CIESINSKI FAM TRUST UA 07/07/94
3519 SOUTH AVE
SANDUSKY, OH 44870-5459

EDWARD J GRAHAM & RITA M GRAHAM TR
EDWARD GRAHAM & RITA GRAHAM DECLARATION OF TR
3291 SARACEN WAY
VERONA, WI 53593

EDWARD J HEINLEIN JR
460 MIMOSA BEACH DR
CLIMAX SPRINGS, MO 65324-2412

EDWARD J HUTCHESON CUST JODY ANN HUTCHESON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
734 PARROTT DR
SAN MATEO, CA 94402-3224

EDWARD J HUTCHESON CUST MISS SUSAN RENEE HUTCHES
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3 SPRING VALLEY LANE
MILLBRAE, CA 94030-2914

EDWARD J HUTCHESON CUST WILLIAM EDWARD HUTCHESO
U/THE MICH UNIFORM GIFTS TO MINORS ACT
C/O WILLIAM E HUTCHESON
502 MINER RD
ORINDA, CA 94563

EDWARD J KEMPF & CLAUDIA LOUWSMA TR
UA 12/2/2003 AMENDED 9/5/2008 EDWARD J KEMPF
REVOCABLE LIVING
15151 FORD RD APT 301C
DEARBORN, MI 48126

EDWARD J LANGSTEIN & MRS CLARE LANGSTEIN JT TEN
11733 CARDENAS BLVD
BOYNTON BEACH, FL 33437-6603

EDWARD J LAWRENCE
3669 144TH ST W
ROSEMOUNT, MN 55068-4048

EDWARD J MATTHEWS OR HELEN L MATTHEWS TR
03/03/98 MATTHEWS FAMILY REV LIVING TRUST
4130 MEADOW GATEWAY
BROADVIEW HTS, OH 44147-2749

EDWARD J MAZUREK CUST GWENDOLYN MAZUREK
U/THE CONN UNIFORM GIFTS TO MINORS ACT
319 EDDY GLOVER BLVD
NEW BRITAIN, CT 06053-2411

EDWARD J REPEN & BARBARA J REPEN TR
EDWARD J REPEN & BARBARA J REPEN REV TRUST UA
4/17/99
3674 FORGE
TROY, MI 48083-5639

EDWARD J SENDELBACH ROSEMARY LOOMIS & CAROL J SEN
UA 12/30/86 THE MARIE R
10 COVENTRY CHASE
JOLIET, IL 60431-9250

EDWARD J STYLER & GERALDINE M STYLER TR
UA 03/27/2008 - ALBERT PLUCINSKI & MARTHA PLUCINSKI
REV LIVING TRUST
PO BOX 248
9573 BERKELY LN
SAINT JOHN, IN 46373

EDWARD J VAHLE
PO BOX 191075
ST LOUIS, MO 63119-7075

EDWARD J WHEELER JR
PO BOX 360877
STRONGSVILLE, OH 44136-0015

EDWARD J ZACHARIAS & IRENE D ZACHARIAS TR
EDWARD J & IRENE D ZACHARIAS TRUST UA 06/15/92 AMND
08/30/94
4141 MCCARTY RD
APT 225
SAGINAW, MI 48603-9325

EDWARD J ZELNICK CUST KENNETH H ZELNICK
UNDER THE FLORIDA GIFTS TO MINORS ACT
3620 N 52ND AVE
HOLLYWOOD, FL 33021-2248

EDWARD J ZELNICK CUST LISA ZELNICK
UNDER THE FLORIDAGIFTS TO MINORS ACT
3620 N 52ND AVE
HOLLYWOOD, FL 33021-2248

EDWARD JOHN SZACH & SHAREN MARY SZACH PEITZCH & KA
UA 9/08/99 JOHN P SZACH LIVING
1085 BIRD RD
ORTONVILLE, MI 48462-9017

EDWARD K BENDA & MARGARET A BENDA TR
UA 03/30/90 EDWARD K BENDA & MARGARET A BENDA FAM
TRUST
57263 ROCKLAND ST
CALUMET, MI 49913-3042

EDWARD L BURKHALTER & JO A BURKHALTER JT TEN
1218 560TH STREET
CHEROKEE, IA 51012-7236

EDWARD L DE KIEP
17813-174TH AVENUE
SPRING LAKE, MI 49456-9750

EDWARD L ELLINGTON & THOMAS C ELLINGTON TR
ITEM FIVE U-W JOSEPH C ELLINGTON
1102 E WASHINGTON ST
THOMASVILLE, GA 31792-4719

EDWARD L FRANKEL CUST RICHARD GARY FRANKEL
U/THE PA UNIFORM GIFTS TO MINORS ACT
1317 CLUBHOUSE ROAD
GLADWYNE, PA 19035-1005

EDWARD L LANE & ETHEL J S LANE TR
U-A DTD THE EDWARD & ETHEL LANE REVOCABLE TRUST
1052 RED OAKS NE
ALBUQUERQUE, NM 87122-1341

EDWARD L STRYCKER & CAROLYN S STRYCKER TR
STRYCKER FAMILY TRUST UA 11/04/03
1212 N ELEANOR ST
INDIANAPOLIS, IN 46214-3441

EDWARD L TARSZ CUST RICHARD MASS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3243 YARDLEY PLACE
SIMI VALLEY, CA 93063-1046

EDWARD L TARSZ CUST ROBERT MAAS
U/THE NEW YORK UNIF GIFTS TO MINORS ACT
17901 BERRYHILL DR
STILWELL, KS 66085-9507

EDWARD LEWINTER & ROCHELLE LEWINTER TR
EDWARD LEWINTER & ROCHELLE LEWINTER
21901 BURBANK BLVD 171
WOODLAND HILLS, CA 91367-6428

EDWARD LINDE CUST DOUGLAS TODD LINDE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1 BALDWIN CIRCLE
WESTON, MA 02493-1521

EDWARD M BREEN CUST GREGORY EDWARD BREEN
A MINOR U/THE CAL GIFTS OF SECURITIES TO MINORS ACT
PO BOX 523
HERMOSA BEACH, CA 90254-0523

EDWARD M BREEN CUST PATRICK EDWARD BREEN
A MINOR U/THE CAL GIFTS OF SECURITIES TO MINORS ACT
515 SOUTH FIGUEROA 7TH FL
LOS ANGELES, CA 90071-3301

EDWARD M COMERFORD & GRACE C COMERFORD TR
EDWARD M COMERFORD & GRACE C COMERFORD TRUST
29834 ANN ARBOR TRAIL
WESTLAND, MI 48185-2543

EDWARD M NEILES JR
& THOMAS W NEILES & MARGARET M DIMANNO & ROBERT A
NEILES JT TEN
17 NORWOOD STREET
ALBANY, NY 12203-3410

EDWARD M REHN
637 EMERALD AVE
MUNDELEIN, IL 60060-1710

EDWARD M REX CUST EDWARD M REX JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
24881 PARK DR
FORT BRAGG, CA 95437-8460

EDWARD M STEINER
4 CALIFORNIA AVENUE
HAZLET, NJ 07730-2231

EDWARD M ZEWICKE & MARY M ZEWICKE TR
EDWARD M & MARY M ZEWICKE TRUST UA 3/14/05
6261 GULLEY
DEARBORN HEIGHTS, MI 48127-3092

EDWARD MARGHERONE & SUSAN MARGHERONE TR
EDWARD G & SUSAN R MARGHERONE FAMILY TRUST UA
11/20/96
3474 WALTON WAY
SAN JOSE, CA 95117-2960

EDWARD MC BRIDE CUST KATHLEEN MC BRIDE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
22 PARKWAY
GOSHEN, NY 10924-2110

EDWARD MEILNER & PHYLLIS J MEILNER TR
MEILNER REVOCABLE JOINT TENANCY LIVING TRUST UA
12/1/04
135 MAPLE LANE
NEWLENOX, IL 60451-1158

EDWARD MINKSTEIN
6099 BOOTH RD
NORTH BRANCH, MI 48461-9717

EDWARD MUNVES JR CUST JOAN B MUNVES
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
245 EAST 93 STREET
NEW YORK, NY 10128-3966

EDWARD N SHEARER & ANN M SHEARER TR
SHEARER FAMILY REVOCABLE LIVING TRUST UA 03/03/00
17 FERNWOOD COURT
WHITEHOUSE STATION, NJ 08889

EDWARD O WILLOUGHBY & DORIS E WILLOUGHBY TR
EDWARD O WILLOUGHBY & DORIS E WILLOUGHBY
200 VILLAGE DR
APT 333
DOWNERS GROVE, IL 60516-3074

EDWARD ORIAN SALISBURY & PHYLLIS M SALISBURY TR
UA 07/25/90 EDWARD ORIAN SALISBURY
4430 LOREN VON DR
SALT LAKE CITY, UT 84124-3819

EDWARD OSHEA CUST MAURA L OSHEA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
14 TABBY POINT LN
OKATIE, SC 29909-4206

EDWARD OWEN KAISER & CAROL ANN KAISER TR
EDWARD OWEN KAISER FAMILY TRUST UA 04/04/97
194 E DULLION AVE
AVE, AR 71953-0776

EDWARD P CURLEY & WENDY S CURLEY TR
CURLEY FAMILY REVCABLE TRUST UA 3/15/01
2 HICKORY LN
WENHAM, MA 01984-1460

EDWARD P DIETRICH CUST FREDERICK E DIETRICH
U/THE WISC UNIFORM GIFTS TO MINORS ACT
PO BOX 67
CADOTT, WI 54727-0067

EDWARD P KRYSHAK & VIOLETTE E KRYSHAK TR
EDWARD P & VIOLETTE E KRYSHAK REVOCABLE TRUST UA
09/04/03
1740 RIVERVIEW DRIVE
WISCONSIN RAPIDS, WI 54494-2057

EDWARD P LEIDLEIN
6735 31ST AVE
KENOSHA, WI 53142-3411

EDWARD R FINKELSTEIN
536A NARRAGANSET LN
STRATFORD, CT 06614-8357

EDWARD R GAINSBORG JR TR
UA 02/16/1999 JOY E GAINSBORG SMITH IRREVOCABLE
TRUST
34 WASH CROSS-PENN RD
PENNINGTON, NJ 08534

EDWARD R MASTNEY & AILEEN V MASTNEY TR
EDWARD R AND AILEEN V MASTNEY TRUST UA 12/28/98
21406 W SYCAMORE DRIVE
PLAINFIELD, IL 60544-6459

EDWARD R PHILPOTT JR & HARRIETT C PHILPOTT TR
EDWARD R & HARRIETT C PHILPOTT LIVING TRUST UA
01/18/00
904 CITRUS ACC # 115
ALAMO, TX 78516

EDWARD R WHELAN CUST GERALYN WHELAN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
1036 BYRON AVE
ELIZABETH, NJ 07208-1025

EDWARD RETKO CUST ERIC E RETKO
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2110 CHALGROVE
TROY, MI 48098-2294

EDWARD ROSS VOGEL CUST KATHERINE EDITH VOGEL
A MINOR UNDER ART 8-A OF THE PERSONAL PROPERTY
LAW OF NJ
30 YEARDLEY'S GRANT
WILLIAMSBURG, VA 23185-6529

EDWARD S BRUGGE & ANNA S BRUGGE TR
EDWARD S BRUGGE FAMILY TRUST UA 07/09/81
1345 CORINNE LANE
MENLO PARK, CA 94025-5528

EDWARD S NETKE & SHARON A NETKE TR
UA 06/25/2008 EDWARD NETKE LIVING TRUST
21352 SUMMERSIDE COURT
NORTHVILLE, MI 48167

EDWARD S SREDZIENSKI SR & EVELYN T SREDZIENSKI TR
SREDZIENSKI LIVING TRUST UA 02/23/06
6 MITCHELL DR
ENFIELD, CT 06082-4916

EDWARD SALAME CUST GEORGE L SALAME
U/THE MASS UNIFORM GIFTS TO MINORS ACT
1 PARTRIDGE HILL
WESTMINSTER, MA 01473-1400

EDWARD SAM & JOSEPHINE MAR SAM TR
SAM FAMILY TR FOR THE CHILDREN 4/26/77
836 FLORES DE ORD
SOUTH PASADENA, CA 91030-3637

EDWARD SCHAFFSTEIN & LUCILLE SCHAFFSTEIN JT TEN
30421 PARK
ROSEVILLE, MI 48066-5327

EDWARD SEIBOLD BETTY SEIBOLD MARK SEIBOLD & EDWAR
UA 06/26/89 SEIBOLD FAM LIV TR
23500 EAST 88TH STREET
LEES SUMMIT, MO 64064-2715

EDWARD STEIN
751 SHERWOOD DR
LEXINGTON, KY 40502-2917

EDWARD STRAUSER
14534 183 AVENUE SE
RENTON, WA 98059

EDWARD T CALBY CUST MAUREEN CALBY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10 AVA LN
WILLIAMSVILLE, NY 14221-3035

EDWARD T FISHER CUST GREGORY H FISHER
U/THE FLORIDA GIFTS TO MINORS ACT
8287 32ND AVE N
ST PETERSBURG, FL 33710-2211

EDWARD T WLODARCZYK & JOSEPHINE WLODARCZYK TR
EDWARD & JOSEPHINE WLODARCZYK LIVING
16624 DORT
ROSEVILLE, MI 48066-3755

EDWARD U BAIN JR & ELOISE J BAIN TR
EDWARD U BAIN JR & ELOISE J BAINREVOCABLE LIVING
17873 SOUTH 129TH ST EAST AVE
BIXBY, OK 74008

EDWARD V MANICA CUST ALLEN E MANICA
U/THE MASS UNIFORM GIFTS TO MINORS ACT
9506 BARNHART LANE
HOUSTON, TX 77065-4452

EDWARD V STEIN & RUTH B STEIN TR
UA 07/22/83 EDWARD V STEIN & RUTH B STEIN REVOCABLE
TRUST
1204 WREN LN
PETALUMA, CA 94954

EDWARD W DREGER & DARYL R KOHLHORST TR
EDWARD W DREGER TRUST UA 1/10/86
210 RUSTIC CIR
WHITE LAKE, MI 48386-3050

EDWARD W DREGER & MYREN W KOHLHORST TR
EDWARD W DREGER TRUST UA 1/10/86
1665 LASALLE BLVD
HIGHLAND, MI 48356

EDWARD W DREGER TR
JANINE S GULICH SWEGLES TR EDWARD W DREGER TRUST
UA 01/10/86
210 RUSTIC CIR
WHITE LAKE, MI 48386-3050

EDWARD W MC DUFFIE CUST MISS HELEN B MC DUFFIE
A MINOR U/THE LAWS OF GEORGIA
3425 WOOD VALLEY RD NW
ATLANTA, GA 30327-1517

EDWARD WELLS BLAKE CUST EDWARD WELLS BLAKE JR
U/THE TENN UNIFORM GIFTS TO MINORS ACT
119 RIVERPOINT RD
SIGNAL MTN, TN 37377-2200

EDWARD WIEBER
BOX 421 409 FENEIS ST
WESTPHALIA, MI 48894-0421

EDWARD WILLIAM TORELLO & NORMA JEAN TORELLO TR
TORELLO FAM TR UA 07/12/85 EDWARD
541 CRAIG RD
HILLBOROUGH, CA 94010-6707

EDWARD WILLIAM TORELLO & NORMA JEAN TORELLO TR
UA 07/12/85 EDWARD WILLIAM TORELLO & NORMA JEAN
TORELLO
541 CRAIG ROAD
HILLSBOROUGH, CA 94010-6707

EDWARD X HARTWICK CUST EDWARD FRANCIS HARTWICK
UNDER THE NEW JERSEY U-G-M-A
361 ELMWOOD DR
PARAMUS, NJ 07652-3408

EDWARD X HARTWICK CUST JAMES MICHAEL HARTWICK
UNDER THE NEW JERSEY U-G-M-A
165 LENOX AVE
DUMONT, NJ 07628-1731

EDWARD X HARTWICK CUST RAYMOND PATRICK HARTWICK
U-G-M-A
769 ELM AVENUE
RIVER EDGE, NJ 07661-1501

EDWIN ARNOWITT CUST KIM ARNOWITT
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
960 SW BAY POINTE CIR
PALM CITY, FL 34990-1758

EDWIN ARTHUR GIBBINGS TR
EDWIN ARTHUR GIBBINGS LIVING TRUST UA 02/20/96
31621 MIDDLEBORO
LIVONIA, MI 48154-4280

EDWIN B FOCKLER III TOD EDWIN B FOCKLER IV CAMERON H
FOCKLER
205 E MAIN ST
ELKTON, MD 21921-5769

EDWIN B STROUT CUST KARIN STROUT
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
108 BLUE RIDGE DR
CLEMSON, SC 29631-1713

EDWIN C & SONDRA PHILLIPS TR
EDWIN C & SONDRA PHILLIPS REV LIV TRUST UA 04/24/97
31630 NORTHWOOD RD
FRASER, MI 48026-2494

EDWIN C BATTSON & JUANITA BATTSON TR
UA 10/03/85 EDWIN C BATTSON & JUANITA BATTSON
7001-142ND AVE NO #199
LARGO, FL 33771-4745

EDWIN C HUESTED & LINDA R HUESTED TR
EDWIN C & LINDA R HUESTED REVOCABLE JT TRUST UA
10/26/04
9419 DODGE RD
MONTROSE, MI 48457-9125

EDWIN C WEBER JR CUST CARL DAVID WEBER
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
4101 ADDINGTON PLACE
FLOWER MOUND, TX 75028

EDWIN C WEBER JR CUST PAUL J WEBER
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
287 HILLSMERE ROAD
ANNAPOLIS, MD 21403-3712

EDWIN D CARMICHAEL & LINDA N CARMICHAEL TR
EDWIN D CARMICHAEL & LINDA N CARMICHAEL TRUST UA
11/14/00
1456 70TH AVE
EVART, MI 49631-8723

EDWIN D CASTILLO
PO BOX 181258
ARLINGTON, TX 76096-1258

EDWIN D SAVLOV & JEAN K SAVLOV TR
EDWIN D SAVLOV FAM TRUST UA 01//16/95
4850 GOLDEN SPRING DR
RENO, NV 89509-5907

EDWIN E CUMBERLAND & RETHA J CUMBERLAND TR
EDWIN E CUMBERLAND & RETHA J CUMBERLAND
6805 E 93RD ST
KANSAS CITY, MO 64138-3728

EDWIN E STEINLEY
300 S MAIN ST
APT 412
DAVISON, MI 48423

EDWIN F STEWART III TR FRANK C NICHOLAS IRREVOCABLE
CASEY G NICHOLAS UA 05/18/75
PO BOX 64
LINE LEXINGTON, PA 18932-0064

EDWIN F STEWART III TR FRANK C NICHOLAS IRREVOCABLE
FBO FRANK C NICHOLAS III 05/18/75
PO BOX 320
LINE LEXINGTON, PA 18932-0320

EDWIN F STEWART III TR FRANK C NICHOLAS IRREVOCABLE
FBO SIOBHAN S NICHOLAS UA 5/18/75
PO BOX 64
LINE LEXINGTON, PA 18932-0064

EDWIN G BRUNO JR & NORMA JANE BRUNO TR
NORMA JANE BRUNO REVOCABLE TRUSTOF 1999 UA 7/20/99
33 COLONIAL COURT
PALM COAST, FL 32137-8391

EDWIN G CALCAGNI CUST DEAN EDWIN CALCAGNI
U/THE VERMONT UNIFORM GIFTS TO MINORS ACT
5674 SINGLETREE DRIVE
FREDERICK, MD 21703-8632

EDWIN H HALL CUST KAREN E HALL
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
3800 N 600 WEST
MUNCIE, IN 47302

EDWIN H SCHROEDER & MARY E SCHROEDER TR
UA 02/13/07 SCHROEDER LIVING TRUST
819 NORTH ST
SUN PRAIRIE, WI 53590

EDWIN HEIZMAN JR & JANE L HEIZMAN TR
LIVING TRUST 10/15/90 U-A JANE &ED HEIZMAN
47 115 EL MENARA CIRCLE
PALM DESERT, CA 92260

EDWIN J JACKSON & BERNICE JACKSON TR
E J JACKSON & B JACKSON REV LIVING
359 TYMBER RUN
ORMOND BEACH, FL 32174-4891

EDWIN J OLOWIN CUST EDWIN J OLOWIN 2ND
U/THE FLORIDA GIFTS TO MINORS ACT
6186 HOLLYWOOD ST
JUPITER, FL 33458-6748

EDWIN J WARREN
PO BOX 136621
FORT WORTH, TX 76136-0621

EDWIN KABAKOW CUST JAMES A KABAKOW
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
153 ROSEVILLE RD
WESTPORT, CT 06880-2615

EDWIN KLEIN TR TRUST FUND UA 10/18/95
606 BIRCHWOOD RD
LINDEN, NJ 07036-5815

EDWIN N LEVANDER & EDNA MAE LEVANDER TR
EDWIN N & EDNA MAE LEVANDER LIVING TRUST UA 12/28/98
329 NOTTINGHAM LANE
SCHERERVILLE, IN 46375-1808

EDWIN O CHAFFEE & MARILYNN J CHAFFEE TR
EDWIN O & MARILYNN J CHAFFEE REVOCABLE TRUST UA 11/24/99
10188 W VERNON
LAKE, MI 48632-9655

EDWIN POLSKY CUST ANDREW POLSKY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1601 32RD AVE APT 17B
NEW YORK, NY 10128-3455

EDWIN S HEINS JR & SHEILA O'NEILL HEINS TEN ENT
7 GALWAY PL
DRESHER, PA 19025-1217

EDWIN V KREHBIEL & FLOREINE KREHBIEL JT TEN
477 N 800 E
MAPLETON, UT 84664-3624

EDWIN W BARTINE II
1467 155TH ST
CLEMONS, IA 50051-9612

EDWIN W EARL & LORETTA L EARL TR
UA 06/28/2007 EDWIN W & LORETTA L EARL JOINT
4738 LAKESHORE DRIVE
GRAWN, MI 49637

EGBERT HORCHLER CUST SANDRA LYNN HORCHLER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
32 LARCH DR
MANHASSET HILLS, NY 11040-2344

EGBERT HORCHLER CUST STEVEN EGBERT HORCHLER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
62-01 80TH ST
REGO PARK, NY 11379-1322

EGON SCHEIN & ANN SCHEIN JT TEN
1117 W GOLF RD
LIBERTYVILLE, IL 60048-3055

EILEEN C DE LATOUR
121197 QUEENS BRIGADE DR
FAIRFAX, VA 22030-5935

EILEEN COBERT STEIN
52 FORESTDALE RD
ROCKVILLE CENTRE, NY 11570-2106

EILEEN E CROGHAN CUST MONICA B CROGHAN
A MINOR UNDER THE LAWS OF VIRGINIA
36 HOLWORTHY ST
CAMBRIDGE, MA 02138-4579

EILEEN M O'SHEA & KEVIN C O'SHEA & JACQUELINE GALANO
UW JOHN C O'SHEA
12 DRUM HILL DR
SUMMIT, NJ 07901-3107

EILEEN M STONER & JANICE E CAIARELLI TR
UA 03/10/2009 HELEN G MCFADDEN TRUST
239 ANNA GOODMAN RD
LATROBE, PA 15650

EILEEN O'CONNOR DUNKLE & SARA A PALUMBO TR
UA 08/13/2008 EILEEN O'CONNOR DUNKLE REVOCABLE
11734 LAKE ASTON COURT APT.315
TAMPA, FL 33626

EILEEN R DALINKA & JEROME F DALINKA TR
EILEEN R DALINKA REVOCABLE TRUSTUA 11/15/99
7329 N LOWELL AVE
LINCOLNWOOD, IL 60712-1925

EILEEN S FEINBERG
423 WARFIELD RD
NORTH PLAINFIELD, NJ 07063-1712

EINAR GABRIELSON LURIX
3565 FOREST VIEW CIR
FT LAUDERDALE, FL 33312-6304

EINO HUPPONEN
75 OVERLAND DRIVE
DON MILLS ON
M3C 2C3 CANADA

EINSENSTADT B SUSAN
4723 CALUMET DRIVE
KNOXVILLE, TN 37919-7685

ELAINE A BARTOLOZZI CUST RICHARD JOSEPH BARTOLOZZI
UNDER THE NEW JERSEY U-G-M-A
41 RAMAPO RD
POMPTON PLNS, NJ 07444-1334

ELAINE BURSTEIN & MORRIS BURSTEIN TR ELAINE BURSTEIN
6335 POINTE PLEASANT CIRCLE
DELRAY BEACH, FL 33484-2493

ELAINE C VANDER MOLEN
1461 104TH SW
BYRON CENTER, MI 49315-9208

ELAINE C VOYER & ANDREA L SCHMIDT & MARGARET MCKEN
MARGARET MCKENZIE REV TRUST UA 04/16/01
180 NORTHRIDGE DRIVE
WILLOWGHBY, OH 44094-5643

ELAINE E WHITE & PATRICK J WHITE TR
UA 07/14/2010 ELAINE E WHITE LIVING TRUST
8407 N LINDEN RD
MOUNT MORRIS, MI 48458

ELAINE ELIZABETH MELANGTON TR
ELAINE ELIZABETH MELANGTON TRUST UA 01/20/84
3 HIAWATHA COVE TRL
APT 8
BATTLE CREEK, MI 49015-3599

ELAINE J KSANDER TR
REVOCABLE TRUST 06/25/91 U-A ELAINE JOHNSON
KSANDER
1517 W OGDEN AVENUE #1218
LA GRANGE PK, IL 60526

ELAINE K DEINES
5513 WONDER DR
FT WORTH, TX 76133-2625

ELAINE M FREINBERG
425 TWIN OAK RD
SOUTH ORANGE, NJ 07079-1219

ELAINE M LONG CUST MARSHA SUE LONG
A MINOR U/LAWSOF THE STATE OF SOUTH CAROLINA
ATTN MONTEITH
1762 WHEAT ST
COLUMBIA, SC 29205-3047

ELAINE M PANSA CUST JEFFREY R PANSA
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
425 RIDGESTONE DR
FRANKLIN, TN 37064-5573

ELAINE S BLAUSTEIN
351 E 84 ST
NEW YORK, NY 10028-4423

ELAINE SCHEINES
C/O WOLFSON
2512 PENNY ROYAL LANE
RESTON, VA 20191-3725

ELBERT C SIDES CUST BONNIE LOUISE SIDES
U/THE MISS UNIFORM GIFTS TO MINORS ACT
1828 PIEDMONT
JACKSON, MS 39202-1345

ELBERT P BERNSTEIN
963 WOODLAND DR
SOUTHAMPTON, PA 18966-4213

ELDON H MEINCKE
3120 JAYCOX RD
AVON, OH 44011-1934

ELDON L PRICE & VELMA E PRICE TR
ELDON PRICE & VELMA PRICE LIVING TRUST UA 05/07/96
5122 W GRAND BLANC RD
SWARTZ CREEK, MI 48473-9447

ELDRIDGE D FRANKLIN
2525 STEIN ST
JACKSONVILLE, FL 32216-5091

ELEANOR A PFLEGER TR
UA 12/07/92 THE ELEANOR A PFLEGER REVOCABLE LIVING
TRUST
27429 WINDSOR
GARDEN CITY, MI 48135-2255

ELEANOR C CARMAN CUST BARRY IAN CARMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
73 STATE ST
SPRINGFIELD, MA 01103

ELEANOR DELSON CUST BARBARA RUTH DELSON
A MINOR UNDER ARTICLE 8-A OF THE PERS PROPERTY LAW
OF NY
401 CONARD DRIVE
SPRINGFIELD, PA 19064-1521

ELEANOR E CROCETTI CUST KAREN ANN CROCETTI
U/THE N J UNIFORM GIFTS TO MINORS ACT
415 CHAMBERS ST
TRENTON, NJ 08609-2605

ELEANOR E HEINRICH
15100 GROVE RD
LANSING, MI 48906-9301

ELEANOR ERDMAN CUST MICHAEL D ERDMAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
N-1236 RIVER DRIVE
MENOMINEE, MI 49858-9716

ELEANOR F JORDAN & NANCY JORDAN GITCHELL TR
U-A WITH ELEANOR F JORDAN 2/25/80
20 GATES RD
APT 3
MARLBOROUGH, NH 03455-3114

ELEANOR FINKELSTEIN
299 CAMBRIDGE ST
UNIT 215
WINCHESTER, MA 01890-2383

ELEANOR H PIEPENBRINK TOD MARILYN E PIEPENBRINK SUE
RULES
4811 CENTRAL AVE
WESTERN SPRINGS, IL 60558-1704

ELEANOR HOROWITZ & REBECCA HOROWITZ & AVA STEINER
#BLD 3-3N
269-10 GRAND CENTRAL PKWY
FLORAL PARK, NY 11005-1010

ELEANOR J HEATON CUST JANET C HEATON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
409 GROUSE ROAD
SUMMERVILLE, SC 29485-5131

ELEANOR MARIE MAYNARD & LISA MARIE MAYNARD TR
ELEANOR MARIE MAYNARD REVOCABLE TRUST UA 08/16/00
373 COVE VIEW DRIVE
WATERFORD, MI 48327-3785

ELEANOR MAYERSOHN CUST MICHAEL MAYERSOHN
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
105 84TH ST
VIRGINIA BEACH, VA 23451

ELEANOR MAYERSOHN CUST MISS MARGIE RAE MAYERSOHN
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
3333 W FAIRCREST DR
ANAHEIM, CA 92804-3014

ELEANOR MAYERSOHN CUST NORMAN MAYERSOHN
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
3333 W FAIRCREST DR
ANAHEIM, CA 92804-3014

ELEANOR PLOTT CUST JANIS PLOTT
A MINOR PURS TO SEC 1339 /26 INCLUSIVE OF THE REVISED
CODE OF OHIO
6267 RIVERVIEW RD
PENINSULA, OH 44264-9624

ELEANOR R WALENCIK TR
JOHN E WALENCIK SR & ELEANOR R WALENCIK TRUST UA
02/03/97
2510 N VERONA RD
MORRIS, IL 60450-8146

ELEANOR S KRITZMAN & NAOMI R COHEN EXECUTORS
UNDER THE WILL OF ELIZABETH M STONE
786 CHESTNUT ST
WABAN, MA 02468-2317

ELEANOR STEINBERG
8975 GOLF ROAD APT 219
NILES, IL 60714-5800

ELEANOR STUPKA
C/O ELEANOR S HEININGER
90 ALPINE DR
GREENVILLE, TN 37743-8331

ELEANOR V MERKLE & SUSAN C MERKLE TR
ELEANOR V MERKLE LIVING TRUST UA 07/12/96
5475 MAPLE RIDGE
HASLETT, MI 48840-8651

ELEANOR W HEINIS
224 HUNTER HILLS CIRCLE
UNIT 1
BRISTOL, TN 37620-5358

ELEANORE K GARDNER & HENRY E GARDNER & LEONA APRIL
ELEANORE K GARDNER TRUST 9/23/99
201 CARVILLE CIRCLE
CARSON CITY, NV 89703-4534

ELEANORE POWELL
PO BOX 431780
PONTIAC, MI 48343-1780

ELFRIEDE E JOHNSON TR HARRY W JOHNSON
& ELFRIEDE E JOHNSON REVOCABLE LIVING TRUST UA
01/09/00
601 NORWOOD STREET
SPARTENBURG, SC 29302-2041

ELGIN A WHITEKER OR ELINOR A WHITEKER TR
THE WHITEKER FAMILY TRUST UA 8/20/03
41 WOODVIEW DR
WILMINGTON, OH 45177-2941

ELIESER O PANINGSORO TR
TRUST B UNDER PANINGSORO REVOCABLE FAMILY TRUST
UA 6/25/90
7771 HERMAN LN
LA PALMA, CA 90623-1760

ELINOR J STROMING CUST ANDRES FREDERICK RUNNE
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 678
GREEN HARBOR, MA 02041

ELINOR JEAN SWEET & LOUIS B SWEET TR
LOUIS B & ELINOR JEAN SWEET TRUST UA 4/13/00
4519 DEVONSHIRE
LANSING, MI 48910-7612

ELINOR K UHRIG & RICHARD A UHRIG TR
ELINOR K UHRIG LIVING TRUST UA 03/27/97
12710 PERCIVAL ST
CHESTER, VA 23831-4738

ELIO E RIBACCHI
6914 141ST LANE
PALM BEACH GARDENS, FL 33418-7249

ELIOT D CANTER CUST SALLY JACQUELINE CANTER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
6404 FALLEN OAK COURT
BETHESDA, MD 20817-3249

ELISABETH A HOLLINGER TR
UA 11/11/2005 ELISABETH A HOLLINGER REVOCABLE LIVING
TRUST
17305 OLYMPIA
REDFORD, MI 48240

ELISABETH M MILLS TR
ELISABETH M MILLS & RICHARD T MILLS REVOCABLE
FAMILY TRUST UA 10/05/04
11325 S OLD JONES RD
FLORAL CITY, FL 34436-5104

ELIZA C FILEDS
41895 COOPER AVE
ELYRIA, OH 44035-7523

ELIZABETH A BLACK & KATHLEEN M DUSZA TR
UA 08/16/2001 ELIZABETH A BLACK REV LIV TRUST
216 MARSH ISLAND DRIVE
CHESAPEAKE, VA 23320

ELIZABETH A BLUM & KRISTIN SCHNEIDER TR
ELIZABETH BLUM TRUST UA 03/23/00
306 BELLA VISTA DRIVE
ITHACA, NY 14850

ELIZABETH A CURREN & JOHN H CURREN TR
ELIZABETH A CURREN TRUST UA 4/7/97
278 STONEYKIRK DR
BELLA VISTA, AR 72715-3814

ELIZABETH A FEUERSTEIN
6036 STANTON RD
MIDDLE GROVE, NY 12850-1320

ELIZABETH A HEINEL
ATTN ELIZABETH A LEWIS
1307 N LITTLE CREEK RD
DOVER, DE 19901-4067

ELIZABETH A HOFFMANN CUST MICHAEL C HOFFMANN
UNDER MO UNIFORM GIFTS TO MINORS LAW
670 AVONDALE DR
SAINT PETERS, MO 63376-7717

ELIZABETH A LUBOWICKI & DONALD A LUBOWICKI TR
ELIZABETH A LUBOWICKI REV LIVING TRUST UA 06/15/98
31428 SARATOGA DRIVE
WARREN, MI 48093-1667

ELIZABETH A MORGAN & ALFRED J MORGAN TR
ALFRED J & ELIZABETH A MORGAN TRUST UA 11/27/84
2373 STONE BROOK CT
FLUSHING, MI 48433-2595

ELIZABETH A PAMERLEAU & JEANNE M DOSCH TR
UA 02/27/2007 ELIZABETH A PAMERLEAU LIVING TRUST
1364 EAGLE ST
GRAYLING, MI 49738

ELIZABETH A SUHRHEINRICH
1917 RIMSDALE DR
MYRTLE BEACH, SC 29575-5868

ELIZABETH A WHITING & DALE E WHITING JT TEN
124 HAYMONT
PARIS, TN 38242-5631

ELIZABETH ALLEY SNOW DAY TR
ELIZABETH ALLEY SNOW DAY FAM PROTECTION TRUST UA
01/13/95
2086 SIERRA VIEW CIR
SALT LAKE CITY, UT 84109-1946

ELIZABETH ANN DELPH MCLAUGHLIN TR
ELIZABETH ANN DELPH MCLAUGHLIN TRUST UA 09/12/95
12180 MANOR CT
REAR
LA PLATA, MD 20646-4102

ELIZABETH ANN GRACE & MARY DAY GRACE & JOHN BRYANT
MERRILL GRACE U/GDNSHP OF JAMES DAY THORNTON JR
2702 FANELLE CIR
HUNTSVILLE, AL 35801-2227

ELIZABETH ANN MULLIGAN CUST MARGARET ANN MULLIGAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
404 PARK FOREST WAY
WELLINGTON, FL 33414-4977

ELIZABETH ANNE HARTNETT
& ANNE HARTNETT REIGLE EX EST MAURICE A HARTNETT III
208 GROUSE TRAIL
CAMDEN WYO, DE 19934

ELIZABETH B BERNEKING CUST BRENT JONATHAN BERNEKING
UNDER IN UNIF TRANS TO MINACT
8805 CAMELLIA
EVANSVILLE, IN 47711-1003

ELIZABETH B CRAIG TR
ELIZABETH B CRAIG REVOCABLE INTER VIVOS TRUST UA
05/10/02
1521 VIRGINIA ST E
CHARLESTON, WV 25311-2411

ELIZABETH B HAGEMEYER & GEORGINA BENNETT HAGEMEYER
UA 06/17/1996 ELIZABETH B HAGEMEYER LIVING TRUST
1425 MANDERFORD RD
BLOOMFIELD, MI 48304

ELIZABETH B THORNTON CUST MISS WENDY THORNTON
U/THE PA UNIFORM GIFTS TO MINORS ACT
249 PINE VIEW LANE
YORK, PA 17403-9561

ELIZABETH BRUCKSTEIN
65-47 WETHEROLE STREET
REGO PARK, NY 11374-4753

ELIZABETH C EDGAR & GEORGE E EDGAR TR
ELIZABETH C EDGAR LIVING TRUST UA 07/08/97
3103 SCIOTO TRCE
COLUMBUS, OH 43221-4733

ELIZABETH C NICHOLSON TR
ELIZABETH C NICHOLSON REVOCABLE TRUST UA 09/26/98
9971 CYPRESS LAKE DR
FORT MYERS, FL 33919-6048

ELIZABETH C WINCHELL & HUGH CRAIG WINCHELL TR
ELIZABETH WINCHELL LIVING TRUST UA
880 STILL HILL RD
HAMDEN, CT 06518-1105

ELIZABETH DABBS ISELE CUST ANTHONY F ISELE 3RD
U/THE ARK UNIFORM GIFTS TO MINORS ACT
277 PREBLE ST
SOUTH PORTLAND, ME 04106-2233

ELIZABETH E WHITING CUST JOHN E WHITING
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
3839 OAK GLEN CT
SANTA ROSA, CA 95404-6227

ELIZABETH ELLENBERGER DITMER TR
UA 05/11/93 THE ELIZABETH ELLENBERGER DITMER TRUST
PO BOX 406
CHECOTAH, OK 74426-0406

ELIZABETH FAYE MARQUIS GOMEZ CUST APARICIO CARLOS
UNDER THE IN U-T-M-A
6 RUE MICKEL LENTZ
BERTRANGE
L 8085 LUXEMBOURG

ELIZABETH G POOLE TR
UA 04/05/2000 ROBERT G POOLE & ELIZABETH G POOLE
REVOCABLE TRUST
8908 25TH ST
METAIRIE, LA 70003

ELIZABETH G WILLIAMSON TR
FAMILY TRUST 09/24/90 U-A ELIZABETH G WILLIAMSON
11472 O AVE
ANACORTES, WA 98221-1985

ELIZABETH G ZEIDMAN CUST GENIVER MONTALVO JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
2 FRANKLIN TOWN BL 1303
PHILADELPHIA, PA 19103-1226

ELIZABETH GAROFALIS
AKTI THEMISTOKLEOUS 192-194
PIRAIKI PIRAEUS
18539 GREECE

ELIZABETH H ESTEP
9111 164TH STREET SE
SNOHOMISH, WA 98296-7016

ELIZABETH H KING & KENNETH G KING TR
ELIZABETH H KING TRUST UA 10/16/98
411 SABAL PALM LANE
VERO BEACH, FL 32963-3461

ELIZABETH H LEEDS TR
U-W-O RONALD E LEEDS F-B-O HOLLY LYNN LEEDS AND
DAWN MARIE LEEDS
229 PINTO LN
ORMOND BEACH, FL 32174-7908

ELIZABETH H RECTOR & ROBERT B RECTOR TR
UA 05/14/92 THE ELIZABETH H RECTOR TR
719 ASHFORD ROAD
SHARPLEY
WILMINGTON, DE 19803-2221

ELIZABETH H WEINHOLD
PO BOX 571
EPPING, NH 03042-0571

ELIZABETH H WRIGHT & ELIZABETH A WRIGHT TR
ELIZABETH H WRIGHT 2004 TRUST UA 2/25/04
12 GARDEN ROAD
SAN ANSELMO, CA 94960-2514

ELIZABETH HARDWICK BULTMAN
20785 147TH AVENUE NORTH
ROGERS, MN 55374-9437

ELIZABETH I OLIVER TR UA 03/06/97 OLIVER LIVING TRUST
PO BOX 142861
FAYETTEVILLE, GA 30214-6522

ELIZABETH ISABELLE ENOCH & SARAH ENOCH TR
ELIZABETH ISABELLE ENOCH TR 2/21/75
13101 W 131ST ST
SHAWNEE MISSION, KS 66213-2346

ELIZABETH J KLEIN
0108 CROWN MOUNTAIN DR
BASALT, CO 81621-9362

ELIZABETH J LEINER
15956 S ARBOR DRIVE
PLAINFIELD, IL 60544-8872

ELIZABETH J MARTZ CUST DAVID L MARTZ
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
421 W HARBOR HWY
MAPLE CITY, MI 49664-9775

ELIZABETH J NORTON & JOSEPH W NORTON JR TR
ELIZABETH J NORTON TRUST UA 10/11/99
3901 MOORLAND DR
MIDLAND, MI 48641-2765

ELIZABETH J PATTERSON TR
HARVEY W & ELIZABETH J PATTERSON LIVING TRUST UA
08/29/05
5 OBAN CT
SHALLOTTE, NC 28470-4524

ELIZABETH J WENTINK & JAMES F WENTINK & FREDERICK W
LIV TR 08/15/86 U-A ELIZABETH J
32 SPRUCE PL APT 306
MINNEAPOLIS, MN 55403-1934

ELIZABETH J WILLE & RICHARD J WILLE JT TEN
4150 MIDDLEDALE AVE
WEST BLOOMFILED, MI 48323-1154

ELIZABETH JONES
& CYNTHIA HILLIARD & RONALD BROWN & CYNTHIA FOGLE
JT TEN
5317 MOCK ROBIN LN
CHARLOTTE, NC 28212-2929

ELIZABETH JOYCE FENNEL TOD MARGARET JOYCE EDMOND
RULES
519 HILL ST
MAMARONECK, NY 10543

ELIZABETH JOYCE FENNEL TOD ROBERT HOWARD FENNEL S
RULES
519 HILL ST
MAMARONECK, NY 10543

ELIZABETH KIELBASINSKI CUST JOHN C KIELBASINSKI JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
1480 N BROAD ST
MERIDEN, CT 06450-2444

ELIZABETH KIRALIS CUST JEOFFREY WILLIAM KIRALIS
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
PO BOX 75
EAST VASSALBORO, ME 04935-0075

ELIZABETH KIRALIS CUST KARL KIRALIS JR
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
PO BOX 75
EAST VASSALBORO, ME 04935-0075

ELIZABETH KIRALIS CUST SUSAN ANN KIRALIS
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
PO BOX 75
EAST VASSALBORO, ME 04935-0075

ELIZABETH KOHLMANN
67 MILFORD AVE
WHITING, NJ 08759-2068

ELIZABETH L JEGEL TR
UA 02/28/07 WILLIAM L & RUBY S EVANS REV LIV TRUST
1238 TAHITI DR
SAINT LOUIS, MO 63126

ELIZABETH L O'BRIEN & JOSEPH J O'BRIEN JR TR
UA 12/12/2006 ELIZABETH L O'BRIEN TRUST
316 N HIGHLAND AVE
NYACK, NY 10960

ELIZABETH L O'CONNELL
& CHARLES G O'CONNELL & GEORGE S O'CONNELL JT TEN
3688 ESTATES DRIVE
TROY, MI 48084-1123

ELIZABETH M BEGER & CARL H BEGER TR
ELIZABETH M BEGER REVOCABLE LIVING TRUST UA
07/26/01
3001 MAMELLES DR
ST CHARLES, MO 63301-0182

ELIZABETH M KLEIN
42 MIDLINE RD
BALLSTON LAKE, NY 12019-9510

ELIZABETH M MC LAURIN USUF MICHAEL B MC LAURINA MIN(
LAURIN MINOR&RENHARD G MC LAURIN A MINOR NAKED
OWNERS
1205 YMCA LANE
COUNCE, TN 38326-4552

ELIZABETH M MONTGOMERY & MAURICE ELDON MONTGOME
UA 09/30/93 THE ELIZABETH M MONTGOMERY FAM LIV TR
5830 LYMAN
DOWNERS GROVE, IL 60516-1403

ELIZABETH M MULHOLLAND TR UA 03/28/2007 LEO G MULHOL
ELIZABETH M MULHOLLAND SURVIVORS TRUST
402 MONICA AVE
BURLINGTON, WI 53105

ELIZABETH M STUDNICKI PATRICIA L STUDNICKI CYNTHIA A S
& MATTHEW P STUDNICKI JT TEN
1097 DOVER RD
PONTIAC, MI 48341-2350

ELIZABETH M YOUNG
& JOSEPH B YOUNG & ELIZABETH Y AXTMANN & MELISSA
ANN AXTMANN JT TEN
501 LEAMINGTON AVE
WILMETTE, IL 60091-2055

ELIZABETH MARY REINERTSEN
1353 78TH ST
BROOKLYN, NY 11228-2719

ELIZABETH MCCABE TR JOSEPH R MCCABE FAMILY TRUST U
PO BOX 250432
PATRICK AFB, FL 32925

ELIZABETH MERLE HERTZ
4659 REINHARDT DR
OAKLAND, CA 94619-2947

ELIZABETH N RUTHENBERG TR
REVOCABLE LIVING TRUST 05/22/92 U-A ELIZABETH N
RUTHENBERG
665 OXFORD OAKS LANE
OXFORD, MI 48371-4234

ELIZABETH P GOLDSTEIN
5041 WILLIAMSBURG CT
ROANOKE, VA 24018-4198

ELIZABETH RODGERS CUST WILLIAM GETZ RODGERS
UNDER THEPENNSYLVANIA U-G-M-A
1700 HAMILTON AVE
APT 503
TYRONE, PA 16686-2184

ELIZABETH SPRENGER & RUDY SPRENGER JT TEN
2651 270TH ST
FREDERICKSBURG, IA 50630-9491

ELIZABETH STANG TR
07/07/1997 RUSSELL C STANG & ELIZABETH A
STANGREVOCABLE LIVING TRUST
1732 PINE VALLEY DR
MELBOURNE, FL 32935

ELIZABETH STIO CUST CHRISTINE M STIO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
12004 CAMARGO CT
CHARLOTTE, NC 28277-9676

ELIZABETH STIO CUST JAMES A STIO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
12004 CAMARGO CT
CHARLOTTE, NC 28277-9676

ELIZABETH STROUD LODER TR
THOMAS RUDD JR TESTAMENTARY TRUST UA 10/04/04
1119 CLUBHOUSE AVE
HUNTSVILLE, AL 35802

ELIZABETH T HUGHES TR
ELIZABETH T HUGHES REVOCABLE LIVING TRUST UA
10/30/90
1485 BUTTERFIELD TRAIL APT 5
KANKAKEE, IL 60901-2944

ELIZABETH T PITONYAK TR
ELIZABETH T PITONYAK REVOCABLE LIVING TRUST UA
04/21/99
10100 BURNT STORE RD UNIT 49
PUNTA GORDA, FL 33950-7954

ELIZABETH T SOOY CUST ADRIAN SOOY
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
110 1/2 ROSS ST
SAN RAFAEL, CA 94901-5914

ELIZABETH T SOOY CUST FRANCES SOOY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
110 1/2 ROSS ST
SAN RAFAEL, CA 94901-5914

ELIZABETH TEJEIRA
& RODRIGO TEJEIRA & REINMAR TEJEIRA & ALFONSO
TEJEIRA JT TEN
PTY110 BOX 025724
MIAMI, FL 33102-5724

ELIZABETH V BULZAN TR
ELIZABETH V BULZAN REVOCABLE LIVING TRUST UA
01/24/01
220 S FORCE RD
ATTICA, MI 48412-9751

ELIZABETH W PAULEY CUST JANET W PAULEY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
1239 RANDALIA RD
CHESAPEAKE CITY, MD 21915-1121

ELIZABETH WATTS EPSTEIN CUST REBECCA EPSTEIN UTMA I
48 SOUTH PAULA STREET
LAUREL, MD 20724-2555

ELIZABETH WHITLOCK KADEL CUST ELIZABETH BOLTON KAD
U/THE N H UNIFORM GIFTS TO MINORS LAW
10047 DARNAWAY CT
BRISTOW, VA 20136-3039

ELIZABETH Y PINKSTON & THEODORE PINKSTON JT TEN
PO BOX 251244
MONTGOMERY, AL 36125-1244

ELIZABETH ZOPPI
7A HOMESTEAD DRIVE
WHITING, NJ 08759-1908

ELLA C WALKER CUST CRAIG F WALKER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3504 RIDGEFIELD RD
LANSING, MI 48906-3547

ELLA D VOGEL TR UA 01/13/2005 ELLA D VOGEL TRUST #1
3044 THORNAPPLE LANE
BAY CITY, MI 48706

ELLA M GROSS
& MAYNARD A GROSS & RICHARD H GROSS & GERALD A
GROSS JT TEN
1307 FERDEN RD
NEW LOTHROP, MI 48460-9616

ELLA M WILLIAMS TR ELLA M WILLIAMS TRUST UA 02/07/97
1301 KLEIN AVE
DOWNERS GROVE, IL 60516-3761

ELLEN A S MOLL
& MATTHEW R R MOLL & PAMELA C MOLL & RICHARD G
MOLL JT TEN
8042 CAPTAINS COURT
FREDERICK, MD 21701

ELLEN D SALATI CUST DAVID S SALATI
U/THE N J UNIFORM GIFTS TO MINORS ACT
696 NATHAN ROBERTS CT
MIDDLETOWN, DE 19709-9276

ELLEN E MYERS CUST ROBERT L MYERS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 85
DIMONDALE, MI 48821-0085

ELLEN J CHRISTENSEN
185-223 TUSCANY SPRINGS BLVD NW
CALGARY AB
T3L 2M2 CANADA

ELLEN J CHRISTENSEN
185-223 TUSCANY SPRINGS BLVD NW
CALGARY AB
T3L 2M2 CANADA

ELLEN J CHRISTENSEN
185-223 TUSCANY SPRINGS BLVD NW
CALGARY AB
T3L 2M2 CANADA

ELLEN JOYCE STEINBERG
2664 NE 135TH ST
NORTH MIAMI, FL 33181-3517

ELLEN L SAVADYGA & DEBOARA MAY SAVADYGA TR
UA 07/24/02 SAVADYGA FAMILY TRUST OF THE DAVID D
SAVADYGA LIVING
PO BOX 445 - 156 SOUTH ST
WRENTHAM, MA 02093

ELLEN ROTHSTEIN
69-62 180 STREET
FLUSHING, NY 11365-3530

ELLEN TRIFILETTI
2418 BOSTON ROAD
HINCKLEY, OH 44233

ELLEN WASSERMAN WEINSTOCK TR
ELLEN WASSERMAN WEINSTOCK TRUST UA 08/14/95
15726 LOCH MAREE LN APT 4404
DELRAY BEACH, FL 33446-3211

ELLERY E GRIFFITH & BETTY J GRIFFITH TR
UA 01/29/09 GRIFFITH LIVING TRUST
17810 CHEYENNE DR
INDEPENDENCE, MO 64056

ELLIOT EDELSTEIN CUST SHERYL HOPE EDELSTEIN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
20959 DE MINA ST
WOODLAND HILLS, CA 91364-3344

ELLIOT EICHLER CUST DAVID EICHLER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
7 JERICHO ST
BEERSHEVA
ISRAEL

ELLIOT J STEINBERG
14 EDGEWOOD DR
RYE BROOK, NY 10573-1716

ELLIOT M LEVY CUST KARIN MARLA LEVY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
444-12TH ST APT PH-B
BROOKLYN, NY 11215-5102

ELLIOT WEINER
2020 LINCOLN PARK W UNIT 9C
CHICAGO, IL 60614-4726

ELLIOT YAMPELL CUST CHERYL ANNE YAMPELL
U/THE N J UNIFORM GIFTS TO MINORS ACT
415 PEYTON AVE
HADDONFIELD, NJ 08033-2646

ELLIOTT E FARMER JR CUST ELLIOTT E FARMER III
UNDER THE MO TRANSFERS TO MINORS LAW
750 TURNBERRY DR
JEFFERSON CITY, MO 65109-4562

ELLIOTT E FARMER JR CUST JAMIE LEE FARMER
UNDER THE MO TRANSFERS TO MINORS LAW
750 TURNBERRY DR
JEFFERSON CITY, MO 65109-4562

ELLIOTT E FARMER JR CUST LESLIE ANN FARMER
UNDER THE MO UNIF TRANSFERS TO MINORS LAW
750 TURNBERRY DR
JEFFERSON CITY, MO 65109-4562

ELLIS WILLIAM MOORE
13030 136TH AVE NE
KIRKLAND, WA 98034

ELLY C PREIS CUST RAYMOND M PREIS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
32 FARMSTEAD LANE
WINDSOR, CT 06095-1833

ELLY PREIS CUST RICHARD P PREIS
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
32 FARMSTEAD LANE
WINDSOR, CT 06095-1833

ELLY PREIS CUST RONALD H PREIS
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
32 FARMSTEAD LANE
WINDSOR, CT 06095-1833

ELMER G FITING & ALMA E FITING JT TEN
2766 LAKESHORE DRIVE
GLADWIN, MI 48624-7811

ELMER M GAUG JR
& MARTHA ANN GAUG JT TEN TOD MARY ANN TAYLOR
SUBJECT TO STA TOD RULES
14579 AMES RD
MEADVILLE, MO 64659-9266

ELMER M STEINBARGER JR
1900 COLTON DR
KETTERING, OH 45420-1442

ELOISE C DE LEON TR
JOHN N DE LEON & ELOISE C DE LEON REVOCABLE TRUST
UA 02/13/90
837 N FEATHER AVE
LA PUENTE, CA 91746-1227

ELOISE ERWIN THOMPSON CUST MARSHA LEIGH THOMPSON
U/THE W VA GIFTS TO MINORS ACT
2814 PUTNAM AVE
HURRICANE, WV 25526-1424

ELROY KRUMP & ARLENE KRUMP JT TEN
9205 167TH AVE SE
HANKINSON, ND 58041-9480

ELSE HEIN
G 4225 MILLER RD
FLINT, MI 48507

ELSIE COHEN & WILLIAM COHEN & MARK COHEN JT TEN
C/O STEIN ASSISTED LIVING
ROOM 203
350 DEMOTT LN
SOMERSET, NJ 08873

ELSIE F CAMPANA CUST LESLIE ROBIN CAMPANA
U/THE CAL UNIFORM GIFTS TO MINORS ACT
38505 SOUTH EAST 86TH PLACE
SNOQUALMIE, WA 98065-9639

ELSIE H CLARK CUST JOHN H CLARK
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
301 BLUE ROCK RD
WILMINGTON, DE 19809-3217

ELSIE M DEGEN & WARREN R DEGEN TR
DEGEN ASSET MANAGEMENT TRUST UA 03/25/05
10 CONNECTICUT AVE
FREEPORT, NY 11520-2011

ELSIE M KIRSTEIN & ELDON J KIRSTEIN JT TEN
16617 BURN RD
GRANITE FALLS, WA 98252

ELSIE N OWENS & JAMES E OWENS JR TR
JAMES E OWENS & ELSIE N OWENS TRUST UA 02/25/91
4059 BENSON AVE N
ST PETERSBURG, FL 33713-2248

ELSIE S SCHONECK TR UA 03/30/93 ELSIE S SCHONECK LIVIN
PO BOX 420257
SUMMERLAND KEY, FL 33042-0257

ELVIN M SCHROPE & JUANITA S SCHROPE TR
UA 05/16/85 ELVIN SCHROPE & JUANITA SCHROPE LIVING
TRUST
801 HUNTINGTON AVE
WARREN, IN 46792-9402

ELVINA C VIVIEN OWNER OF AN UNDIVIDED 1/2 & USUFRUCTU
1/2 BETTY V OWSLEY & ELVINA ANN VIVIEN NAKED OWNERS
C/O DEWEY OWSLEY 3401 FERRAN DR
METAIRIE, LA 70002-4531

ELWOOD C WILSON & PATRICIA A SAUTTERS TR
WILSON LIVING TRUST UA 07/01/90
222 VALLEYVIEW AVE
CANTON, OH 44708-5431

ELWOOD H HEINONEN
11752 MORAN
HAMTRAMCK, MI 48212-4118

ELWOOD N JUNTUNEN TR
ELWOOD N JUNTUNEN REVOCABLE LIVING TRUST UA
03/16/04
114 BEACON POINT PKWY S
FLUSHING, MI 48433-1888

ELZA NEININGER TR ELZA NEININGER LIVING TRUST UA 08/3(
3752 KENSINGTON
ROYAL OAK, MI 48073-6436

EMANUEL SCHERMAN CUST RONI LYNN SCHERMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11923 FOUNTAINSIDE CIR
BOYNTON BEACH, FL 33437-4926

EMERSON C PFEIFER JR CUST WILLIAM C PFEIFER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
219 SUMMIT HILL DRIVE
ROCHESTER, NY 14612-3829

EMERSON E HOFSOMMER & DELPHINE C HOFSOMMER TR
UA 09/20/90 THE EMERSON E HOFSOMMER &
6456 PEACH AVE
VAN NUYS, CA 91406-6233

EMERY E DULMAGE & EVA JOAN DULMAGE TR
EMERY E DULMAGE & E JOAN DULMAGE FAM TRUST UA
03/10/92
10471 OSSINEKE RD
OSSINEKE, MI 49766-9538

EMIDIO PELUSO & MARIA PELUSO TR
UA 6/16/93 EMIDIO PELUSO & MARIAPELUSO TRUST
28 FIREBUSH RD
LEVITTOWN, PA 19056-1814

EMIGRANT SAVINGS BANK TRSUTEE FOR VINCENT ISAOCEN
09-19-94
1230 WEBSTER AVE APT 6-B
PO BOX 183
BRONX, NY 10456-0183

EMIL BAPTISTE CUST DANIELLE RENEE CAVENDER
U/THE N J UNIFORM GIFTS TO MINORS ACT
4414 THORNBURY DR E
VALPARAISO, IN 46383-0806

EMIL HEINZ
1408 WILLIAMS ROAD
PLANT CITY, FL 33565-2457

EMILIA C SIMMS
PO BOX 692981
MIAMI, FL 33269-2981

EMILIA S LYTWYN CUST JESSICA ANN LYTWYN
UNDER THE FL GIFTS TO MINORS ACT
1936 WINDSWEPT OAK LN
FERNANDINA BEACH, FL 32034-8995

EMILIE RUTH KLEIN
25058 SAINT CHRISTOPHER ST
HARRISON TWP, MI 48045-3721

EMILIE S STAISEY TR EMILIE S STAISEY TRUST UA 12/15/93
RESTELBERGSTRASSE 80
ZURICH
8044 SWITZERLAND

EMILY F GERASIMEK
341 WHITING RD
SHARPSVILLE, PA 16150-9696

EMILY JUNE WEINGARTEN
5555 DEL MONTE #2205
HOUSTON, TX 77056-4121

EMILY JUNE WEINGARTEN AS SUCCESSOR CUST SHARON G/
U/THE TEXAS U-G-M-A
5019 IMOGENE
HOUSTON, TX 77096-2715

EMILY L WEINGARTZ TR EMILY L WEINGARTZ TR UA 11/29/73
286 CORNELL DRIVE
BATTLE CREEK, MI 49017-4643

EMILY M WEINGARTZ TR ALOYSIUS WEINGARTZ TR UA 11/29/
286 CORNELL DRIVE
BATTLE CREEK, MI 49017-4643

EMILY RINGLEIB
200 220 E MILTON AVE #907 N
RAHWAY, NJ 07065

EMMA C OSSI CUST RONALD ROBERT OSSI
A MINOR U/P L 55 CHAPT 139 OF THE LAWS OF N J
PO BOX 3586
MILFORD, CT 06460-0945

EMMA M EVANS CUST GARY P EVANS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 101
IONIA, NY 14475-0101

EMMA MAE LORENCZ TR
UA 11/14/2005 EMMA MAE LORENCZ REVOCABLE LIVING
TRUST
2772 22ND STREET
WYANDOTTE, MI 48192

EMMET J HANICK TR
UA 11/25/92 EMMET J HANICK & MAE HANICK REVOCABLE
LIVING TRUST
6004 PEBBLE HILL DR
ST LOUIS, MO 63123-2731

EMMETT J GRIMM CUST JAY E GRIMM
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
14607 W FOX CREEK CT
BRIMFEILD, IL 61517-9529

EMMETT R MILLER & CAROL B MILLER TR
EMMETT R & CAROL B MILLER FAM REVOCABLE TRUST UA
06/07/91
22 CHAPEL DRIVE
LAFAYETTE, CA 94549-3310

ENID SCHWARTZ CUST WALLACE SCHWARTZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
HAINES CORNERS
MOUNT KISCO, NY 10549

ENTRIP L SYVERSON & SHARON C SYVERSON TR
ENTRIP L SYVERSON TRUST UA 09/04/01
20037 HOYA COURT
LAKEVILLE, MN 55044-6829

ENZO CASTELLI CUST ROBERT J CASTELLI
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1850 1/2 N 2959TH RD
OTTAWA, IL 61350-9775

EPPIE BEGLEITER CUST SHAEN W BEGLEITER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 1298
NEW YORK, NY 10023-1298

EREIDA ORTIZ
PO BOX 210553
AUBURN HILLS, MI 48321-0553

ERHARD L SPRANGER
2100 139 A ST
SURREY BC
V4A 9V4 CANADA

ERHARD L SPRANGER
2100 139 A ST
SURREY BC
V4A 9V4 CANADA

ERHARD L SPRANGER
2100 139 A ST
SURREY BC
V4A 9V4 CANADA

ERHARD L SPRANGER
2100 139 A ST
SURREY BC
V4A 9V4 CANADA

ERIC BILLES CUST ELAINE N BILLES
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
7206 CREEKS BEND DR
WEST BLOOMFIELD, MI 48322-3524

ERIC GOLDSTEIN & ROBIN LIPTON JT TEN
8 ORAN PLACE
MORGANVILLE, NJ 07751-2003

ERIC HOFMEISTER EPSTEIN
22505 KENSINGTON ROAD
NORWALK, WI 54648-7080

ERIC J PORTEUS & MARY PORTEUS CONKLIN TR
UA PORTEUS FAMILY TRUST 12/22/89
156 LAWRENCE ST APT 17
SARATOGA SPRINGS, NY 12866-1349

ERIC MC GUIRE CUST ERIC L MC GUIRE JR
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
LITCHFIELD WAY BOX 18
ALPINE, NJ 07620-0018

ERIC MC GUIRE CUST MICHELE ANN MC GUIRE
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
LITCHFIELD WAY BOX 18
ALPINE, NJ 07620-0018

ERIC P REINAGEL
1605 CHRISTI AVE
CHAPEL HILL, TN 37034-2061

ERIC ROSS EDQUIST TR
UA 05/25/82 NELS E EDQUIST & CORAL H EDQUIST TRUST
6704 MURPHYS CRT
BAKERSFIELD, CA 93309

ERIC S WEINBERG
5750 CROWNLEIGH CT
BURKE, VA 22015-1857

ERIC STEIN
N9081 OAKWOOD LN
MUKWONAGO, WI 53149-1815

ERIC T KLEIN
21 PINE CLIFF ROAD
CHAPPAQUA, NY 10514-2610

ERIC W BENDREY
4888 164TH AVE
WEST OLIVE, MI 49460-9588

ERIC W CHOW
69 SIAN TUAN AVENUE
588343 SINGAPORE

ERIC WAI KIT CHOW
69 SIAN TUAN AVENUE
588343 SINGAPORE

ERIC WAI-KIT CHOW
69 SIAN TUAN AVENUE
588343 SINGAPORE

ERIE W RAASCH JR CUST BUDDY RAASCH
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
17607 N E 52ND STREET
LIBERTY, MO 64068-8315

ERIKA E KROENLEIN TR ERIKA KROENLEIN FAM TRUST UA 11
191 WALFORD CIR
BISHOP, CA 93514-7625

ERIN COREY
3216 180TH PL SW
LYNNWOOD, WA 98037-3935

ERIN HOLDEN POWELL
1015 106TH AVE SE
BELLEVUE, WA 98004-6801

ERIN L ELLSWORTH
18661 250TH ST
TONGANOXIE, KS 66086-3282

ERIN N HEIN
10382 WILDWOOD DR
ZIONSVILLE, IN 46077-8508

ERMA L BURKS JR
PO BOX 310155
FLINT, MI 48531-0155

ERMA M EDWARDS CUST ROBERT STUART EDWARDS
U/THE MD UNIFORM GIFTS TO MINORS ACT
1601 BOGGS RD
FOREST HILL, MD 21050-2530

ERMADALE WIRT
3143 248TH TRL
PANORA, IA 50216-8693

ERNEST A JONES CUST ERNEST A JONES 3RD
A MINOR U/THE LAWS OF THE STATE OF MICH
2022 NORTHWOOD BLVD
ROYAL OAK, MI 48073-3924

ERNEST A MERLINO CUST ERNEST A MERLINO JR
U/THE WASH UNIFORM GIFTS TO MINORS ACT
PO BOX 398
CLE ELUM, WA 98922-0398

ERNEST A PFEIFFER & PATRICK M O'CONNELL TR
LANEKO ROLL FORM IN SVGS & INV PLAN UA 01/01/91
3003 UNIONVILLE PK
HATFIELD, PA 19440-1825

ERNEST COOPER & JOYCE M COOPER TR
COOPER 1993 REVOCABLE TRUST U-I 02/08/93
11243 26 MILE RD
OAKDALE, CA 95361-9268

ERNEST E MEINEN
W6986 CO ROAD A
ELKHORN, WI 53121-2864

ERNEST E PUCKETT & EILEEN M WISIG TR
PUCKETT/WIRSIG FAMILY TRUST UA 7/14/92
179 TIMBERTOYES DR
DOVER, TN 37058-6137

ERNEST EDWIN STORY CUST GEORGE RUSSELL STORY
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
GENERAL DELIVERY
WOLF ISLAND, MO 63881

ERNEST F SCHWARZ
44 TEXAS BLVD
WHITING, NJ 08759-1444

ERNEST FREDERICK STEINER
9451 EDGEWOOD AVE
TRAVERSE CITY, MI 49684-8169

ERNEST G JESELNIK
& HELEN JESELNIK JT TEN TOD MARK A JESELNIK SUBJECT
TO STA TOD RULES
7027 LATHROP
KANSAS CITY, KS 66109-1820

ERNEST G SCHWADERER & CONSTANCE L SCHWADERER TR
ERNEST G SCHWADERER & CONSTANCE L
6234 VIRGINIA STREET
CASS CITY, MI 48726-1024

ERNEST G THOMAS
163 WEINLAND DR
NEW CARLISLE, OH 45344-2928

ERNEST H MCMURRAY
306 999 BERKLEY RD
NORTH VANCOUVER BC
V7H 1Y3 CANADA

ERNEST J GOREY & SHARON K GOREY TR
UA 05/22/2007 ERNEST J GOREY & SHARON K GOREY
7335 US HWY 20
DELTA, OH 43515

ERNEST J HAZUKA & BARBARA T HAZUKA TR
ERNEST J & BARBARA T HAZUKA REVOC FAMILY TRUST UA
10/30/98
6801 E PECK RD
LEXINGTON, MI 48450-8302

ERNEST J LAGER
PO BOX 320793
FLINT, MI 48532-0014

ERNEST J NEWMAN JR & H DELORES NEWMAN TR
UA 11/13/2009 ERNEST J NEWMAN JR & H DELORES
PO BOX 3
CHIPPEWA LAKE, MI 49320

ERNEST L FABRIZIO & NATHALIEM FABRIZIO TR
FABRIZIO REVOCABLE LIVING TRUST UA 04/25/02
18720 TWIN BAY LN
KIEL, WI 53042-3763

ERNEST L MASTERS CUST ERNEST L MASTERS JR
U/THE S C UNIFORM GIFTS TO MINORS ACT
937 BOWMAN RD
APT 335
MT PLEASANT, SC 29464-3228

ERNEST L WILLIAMS JR & EUNICE P WILLIAMS TR
ERNEST L WILLIAMS JR & EUNICE P WILLIAMS TRUST UA
02/12/90
323 BERSHIRE
ROSELLE, IL 60172-3003

ERNEST M RILEY CUST ERNEST M RILEY 2ND
U/THE DEL UNIFORM GIFTS TO MINORS ACT
188 STARR ROAD
NEWARK, DE 19711-2002

ERNEST M WYCKOFF & FRANCES E WYCKOFF TR
ERNEST M & FRANCES E WYCKOFF JT LIVING
3900 HAMMERBERG RD
FLINT, MI 48507-6022

ERNEST O MILLER CUST ROBERT D MILLER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
125 MELANIE LOOP
DAPHNE, AL 36526-8021

ERNEST P LEDTERMAN & LAURETTA B LEDTERMAN & KAREN
LEDTERMAN FAMILY TRUST UA 05/24/84
5867 SOLEDAD MT RD
LA JOLLA, CA 92037

ERNEST R S WITTEN CUST STUART M S WITTEN
U/THE N C UNIFORM GIFTS TO MINORS ACT
410 W ROCKCLIFF CT
SENECA, SC 29672-0760

ERNEST RICHARD RAYNO
596 165TH AVE
HERSEY, MI 49639-8779

ERNEST W CULLEN
2741 136TH AVE
#19
HOPSKINS, MI 49328-9740

ERNEST W DILL CUST SALLY C DILL
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
801 BALD EAGLE RD
REHOBOTH BEACH, DE 19971-1419

ERNESTINE L BLASBERG TR
ERNESTINE L BLASBERG REVOCABLE LIVING TRUST UA
07/18/97
211 LAWRENCE RD
CARY, NC 27511-5958

ERNESTINE WASHINGTON TR
UA 01/26/93 THE ERNESTINE WASHINGTON LIVING TRUST
946 E RUTH STREET
FLINT, MI 48505-2288

ERNESTO B HERRERA & ELENA V HERRERA TR
ERNESTO B & ELENA V HERRERA LIVING
1612 SUNNYVALE ST
AUSTIN, TX 78741-2552

ERVIN A WOODKE CUST ARTHUR R WOODKE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
C/O ARHUR 16736 BEVERLY AVE
TINLEY PARK, IL 60477-2951

ERVIN A WOODKE CUST TIMOTHY M WOODKE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
16736 BEVERLY LANE
TINLEY PARK, IL 60477-2951

ERVIN LEONHARD CUST LISA JANE LEONHARD
A MINOR PURS TO SECS 1339 /26 INCLUSIVE OF THE
4012 FULTON AVE
DAYTON, OH 45439-2120

ERWIN A CHADARANEK & DOLORES A CHADARANEK TR
ERWIN A & DOLORES A CHADARANEK REVOCABLE
4220 PRAIRIE AVE
BROOKFIELD, IL 60513-2103

ERWIN A EPSTEIN CUST SCOTT ROBERT EPSTEIN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1010 LAKE WINDWARD OVERLOOK
ALPHARETTA, GA 30005-9012

ERWIN F BRINKMANN JR TR
ERWIN F BRINKMANN JR REVOABLE TRUST UA 07/28/06
3500 N OKETO AVE
CHICAGO, IL 60634-3424

EST OF ERNEST J SWIMMER ERIKA SWIMMER & DONALD FRA
STETTINSTR 22
2000 WEDEL HOLSTEIN WEST
GERMANY

EST OF SHERMAN M BIJUR VIRGINIUS VICTOR ZIPRIS JEROM
& HELEN HARRIET BIJUR EX
207 HARRIS DR
SEWELL, NJ 08080-9459

ESTATE ANNE FISHBEIN WITH GILBERT FISHBEIN EXTR
C/O MAXINE PILAVIN
40 GORDONS CORNER ROAD
MANALAPAN, NJ 07726-3704

ESTATE OF NATHANIEL A OLINGER WITH JOHN J EISENBERG
& CAROLYN EISENBERG EXTRS
920 PINE VALLEY CIR
RYDAL, PA 19046-2556

ESTATE OF THELMA NELLIE GREEN WITH RONALD JAMES LE
& PAUL ALBERT BERNARDO AS EXTRS
PO BOX 125
NIDDRIE
3042 AUSTRALIA

ESTATE OF WILLIAM F BURGESS
C/O JANET L BURGESS
5658 N CALLE DE LA REINA
TUCSON, AZ 85718-4479

ESTELLE MERI RACANELLI TR
ESTELLE MERI RACANELLI REVOCABLE LIVING TRUST UA
05/06/98
6675 SOUTH A1A HIGHWAY
MELBOURNE BEACH, FL 32951-3806

ESTHER BERGSTEIN
7560 WOODMAN PL #B7
VAN NUYS, CA 91405-1556

ESTHER DONALDSON OTTAWAY RUSSELL G DONALDSON G V
& JOHN M DONALDSON TR DONALDSON FAM TR UA 12/22/70
77 GARDEN DR
FAIRPORT, NY 14450-2342

ESTHER E FINKLESTEIN
24 FISHER ST
NATICK, MA 01760-2607

ESTHER J NEUGER CUST DAVID FREDERIC WOLDMAN A MIN(
SECTIONS 1339 /26 INCL OF THE REVISED CODE OF OHIO
1602 MAPLE RD
CLEVELAND, OH 44121-1732

ESTHER JEAN KERRIGAN TR
JOHN PAUL KERRIGAN & ESTHER JEANKERRIGAN TR UA
09/13/91
PO BOX 390
WHITMORE LAKE, MI 48189

ESTHER JOAN BATTLE SOLE TR MINNIE STEINHAUER TRUST
1450 PRESIDENT ST
YELLOW SPRINGS, OH 45387-1301

ESTHER LOWENSTEIN
370 BIRCH ST
DENVER, CO 80220-4948

ESTHER M TRISSEL & G FORREST JACKSON TR
TRISSEL FAMILY TRUST UA 12/14/88
1010 TAYWOOD RD COTTAGE 206
ENGLEWOOD, OH 45322-2415

ESTHER MOODY RHODES CUST STEPHEN JAMES RHODES
A MINOR UNDER THE LAWS OF GA
2047 STROUD RD
JACKSON, GA 30233-2814

ESTHER P HAYES
ATTN JOAN P RANDALL EXECUTRIX
PO BOX 372232
SATELLITE BEACH, FL 32937-0232

ESTHER STELLWAGEN CUST MARK STELLWAGEN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1373 OUTLOOK DR
MOUNTAINSIDE, NJ 07092-1412

ESTHERLOU C KNIGHT CUST GREGORY C KNIGHT
U/THE PA UNIFORM GIFTS TO MINORS ACT
433 SEMINOLE DRIVE
ERIE, PA 16505-2425

ESTOL L CULP & VELMA N CULP & RONALD S CULP & JENNET
PO BOX 350009
GRAND ISLAND, FL 32735-0009

ETE HEATING & A/C
112 WATRUSA
WADSWORTH, OH 44281

ETHANOOR THUPPALAE USHA-ROSATO & VINCE JEROME RO
1542 141ST AVE
SAN LEANDRO, CA 94578-1702

ETHEL B HARBRUCKER TR
LEONARD C HARBRUCKER & ETHEL B HARBRUCKER
REVOCABLE TR UA 10/24/97
28912 URSULINE ST
ST CLAIR SHORES, MI 48081-1024

ETHEL BURNS CUST BRITINER GREEN UGMA CT
5629 JUSTIN CT
YPSILANTI, MI 48197-6778

ETHEL CHESANOW CUST CHARLES ROBERT CHESANOW
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4555 ARROWHEAD RD
POWELL, OH 43065-8950

ETHEL E WEINBERG
PO BOX 420
PROSPERITY, SC 29127-0420

ETHEL J JOHNSON
50 LACEY RD
APT C117
WHITING, NJ 08759-2957

ETHEL J PUDLEINER & GARY L PUDLEINER JT TEN
316 NORTH SCENIC STREET
ALLENTOWN, PA 18104-4506

ETHEL R BUCK & DONALD E BUCK TR
ETHEL R BUCK REVOCABLE LIVING TRUST UA 01/13/99
BOX 714
ST AUGUSTINE, FL 32085-0714

ETHEL S PIERCE & LINCOLN & HENRY C PIERCE TR
HENRY C PIERCE CLAUSE TENTH 1
C/O H C PIERCE
6520 RAINBOW AVE
MISSION HILLS, KS 66208-1966

ETHEL STEIN
1 FERNWOOD CT
CLIFTON, NJ 07011-2901

ETHEL VOLDEN CUST ALFRED HAROLD VOLDEN
U/THE N M UNIFORM GIFTS TO MINORS ACT
3215 SECOND ST S W
ALBUQUERQUE, NM 87105-0205

ETSUKO NAKANISKI MOTOOKA TR
UA 11/27/90 THE ETSUKO NAKANISHI MOTOOKA TRUST
2135 PAUOA ROAD
HONOLULU, HI 96813-1514

ETTA PEARL SPENCER
& EARL SPENCER & BETTY C BREWER & KATHY L MITCHELL
JT TEN
8805 SO CRANDON AVE
CHICAGO, IL 60617-3051

ETTIE RUBENSTEIN
APT 5-C
2500 EAST AVE
ROCHESTER, NY 14610-3170

EUEL L SMITH
100 FREINDSHIP CHURCH ROAD
MILNER, GA 30257-4019

EUGENE A KAMINSKI & HONORATTA KAMINSKI TR
EUGENE A KAMINSKI LIVING TRUST UA 11/25/96
3856 ESTATES DR
TROY, MI 48084-1159

EUGENE C BIITTNER
8510 140TH ST NORTH
SEMINOLE, FL 33776-2908

EUGENE C FALL & PHYLLIS R FALL TR
REV TR 04/04/89 U-A EUGENE C FALL & PHYLLIS R FALL
6222 WESTMORLAND PLACE
GOLETA, CA 93117-1609

EUGENE CHAMBERS & DAVID LASHIER TR
CAROLINE C WILSON TESTAMENTARY TRUST UA 02/23/95
PO BOX 421
SHENANDOAH, IA 51601-0421

EUGENE D CORKERY CUST BRIAN DENNIS CORKERY
U/THE MD UNIFORM GIFTS TO MINORS ACT
5308 WAPAKONETA ROAD
BETHESDA, MD 20816-3130

EUGENE D JACKSON & BONNIE L JACKSON TR
UA 08/09/89 EUGENE D JACKSON & BONNIE L JACKSON
TRUST
344 N BENDER
GLENDORA, CA 91741-2542

EUGENE DELMONICO CUST EUGENE DELMONICO JR
A MINOR U/P L 55 CHAP 139 LAWS OF N J
7 RALEIGH CT
MORRISTOWN, NJ 07960-2535

EUGENE E BAHORSKI & ISABELLE BAHORSKI TR
UA BAHORSKI FAMILY LOVING TRUST 12/04/90
31672 BREEZEWAY
NEW BALTIMORE, MI 48047-3016

EUGENE E WITT CUST DAVID WITT
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
65 ELEVEN O'CLOCK RD
WESTON, CT 06883

EUGENE EDWARD ZANG & JANET LUCILLE ZANG TR
UA 05/07/93 EUGENE E & JANET L ZANG LIVING TRUST
2833 WOODHAMS AVE
PORTAGE, MI 49002-7633

EUGENE F FUNKE & NORMA L FUNKE TR
FUNKE FAMILY LIVING TRUST UA 10/05/04
45569 BURGUNDY
MACOMB, MI 48044-6038

EUGENE F WILMES & ROSEMARY C WILMES TR
EUGENE F WILMES TRUST UA 03/29/04
9325 COLUMBUS AVENUE SOUTH
BLOOMINGTON, MN 55420-3849

EUGENE G BARRON II CUST EUGENE G BARRON III
UNDER MO UNIF TRANSFERS TO MINORS LAW
1325 WADSWORTH DR
FLORISSANT, MO 63031-8329

EUGENE G MCKIBBEN & SARA E MCKIBBEN TR
UA 05/12/93 THE EUGENE G MCKIBBEN REVOCABLE TRUST
300 ROTUNDA CT
ST CHARLES, MO 63303-8438

EUGENE GARRETT & PHYLLIS GARRETT TR
EUGENE GARRETT & PHYLLIS GARRETT LIVING TRUST UA
12/16/94
1203 MULBERRY LN
BELLAIRE, TX 77401-2709

EUGENE H BRILZ & GEORGIA G BRILZ TR
EUGENE H BRILZ & GEORGIA G BRILZ FAM TRUST UA
09/22/95
5757 W CHANDLER BLVD
CHANDLER, AZ 85226-3602

EUGENE H BULRISS
2040 W MAIN ST 210-1951
RAPID CITY, SD 57702

EUGENE H KAUFMANN & ANGELA K KAUFMANN & LAWRENCE
KAUFMANN FAMILY TRUST UA 04/23/99
202 E WOODMAN DR
TEMPE, AZ 85283-3628

EUGENE H PETERSON CUST THOMAS E PETERSON
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
915 89TH AVENUE NW
COON RAPIDS, MN 55433-5706

EUGENE H RICKETTS & BONNIE H RICKETTS TR
UA RICKETTS FAMILY TRUST 11/07/91
164 OAK HILL DRIVE
BEEVILLE, TX 78102

EUGENE HARRIS CUST JUDITH ELLEN HARRIS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
2 BROMLEY COURT
MORGANVILLE, NJ 07751-9502

EUGENE HEUSCHEL & MARY ALICE HEUSCHEL JT TEN
14408 149TH PLACE SE
RENTON, WA 98059

EUGENE J KUZINKOSKI & GENEVIEVE KUZINKOSKI TR
EUGENE J & GENEVIEVE KUZINKOSKI LIVING TRUST UA
03/17/95
24297 TEPPERT
EASTPOINTE, MI 48021-1315

EUGENE J PETERSON CUST MARK E PETERSON
U/THE MD UNIFORM GIFTS TO MINORS ACT
944 COUNTRY CLUB BL
CHESAPEAKE, VA 23322-8088

EUGENE J SCHNEIDER & THERESA A SCHNEIDER TR
UA 07/15/92 THE EUGENE T SCHNEIDER & THERESA
505 PLANTER'S RIDGE DRIVE
SUNSET BEACH, NC 28468-6169

EUGENE KRATUS & LAURA STUART-LILLEY TR
UA 01/23/85 MARLORIE BURRELL TR FBO JOSEPH BURRELL
925 EUCLID AVE SUITE 2000
CLEVELAND, OH 44115-1407

EUGENE KUBIAK & PHYLLIS S KUBIAK JT TEN
4521-285TH ST
TOLEDO, OH 43611-1952

EUGENE L DAVIS & MARY LEE DAVIS TR
UA F-B-O DAVIS FAMILY TRUST 06/28/89
630 GROVE AV
UKIAH, CA 95482-3931

EUGENE L ROUNDS & DOLORES M ROUNDS TR
ROUNDS REVOCABLE LIVING TRUST UA 09/07/00
1060 AARON DRIVE 708
DEWITT, MI 48820

EUGENE L WEINGARTZ
6636 JONES RD
NORTH BRANCH, MI 48461-9712

EUGENE M BERNSTEIN
5178 BLACK PANTHER LOOP
PINETOP, AZ 85935

EUGENE M CIRELLI
& MICHAEL J CIRELLI & MARK E CIRELLI & KEVIN M CIRELLI
JT TEN
833 WAYNE AVE
ELLWOOD CITY, PA 16117-2043

EUGENE M KLEINER
C/O RIPLEY DOORN & CO
217 W GEORGIA AVE STE 100
NAMPA, ID 83656

EUGENE M WHITE & CYNTHIA H DUMELLE & JACKIE WHITE ZV
EUGENE M WHITE TRUST UA
12635 CEDAR ST
LEAWOOD, KS 66209-3168

EUGENE N MISHLER & FLORENCE N MISHLER TR
EUGENE N MISHLER & FLORENCE N MISHLER
4067 HAZEL RD
LINCOLN, MI 48742-9616

EUGENE P KUEHN & DOLORES D KUEHN TR
KUEHN FAMILY REVOCABLE TRUST UA 05/29/03
4214 CORONADO PKWY
CAPE CORAL, FL 33904-7311

EUGENE R DOYLE
107 PEINKOFER DR
CHEEKTOWAGA, NY 14225-2224

EUGENE R ELMER
PO BOX 210185
AUBURN HILLS, MI 48321-0185

EUGENE R HUCK & EARLENE M HUCK TR
UA 02/23/2007 EUGENE R HUCK & EARLENE M HUCK
3801 LINCOLN AVE
EVANSVILLE, IN 47714-0152

EUGENE RICHARD WERLEIN & JANELLE FLOYD WERLEIN TR
EUGENE RICHARD WERLEIN TRUST UA 08/26/96
PO BOX 209
SIMONTON, TX 77476-0209

EUGENE TARCZY JR CUST ROBERT JAMES TARCZY
A MINOR UNDER THE CALIFORNIA GIFTS OF SECURITIES TO
MINORS ACT
5744 SPERRY DRIVE
CITRUS HEIGHTS, CA 95621-7365

EUGENE TILLMAN TR
IRREVOCABLE TRUST 11/27/89 U-A F-B-O DREW THOMSON
TILLMAN
5808 WARWICK PL
CHEVY CHASE, MD 20815-5411

EUGENE V SPANSKI & DORIS E SPANSKI TR
EUGENE V SPANSKI REVOCABLE LIVING TRUST UA 09/05/97
743 WOODCHESTER DR
BLOOMFIELD HILLS, MI 48304-1969

EUGENE W STARNES RUBY M STARNES TR
EUGENE W STARNES & RUBY M STARNES LIVING TRUST UA
10/09/92
2653 JUNEWAY DR
MEMPHIS, TN 38134-4738

EUGENIO FANTOZZI
& RIVA FANTOZZI JT TEN TOD REMO FANTOZZI SUBJECT TO
STA TOD RULES
3746 HIGHLAND AVE
BERWYN, IL 60402

EUNICE E HEINEMAN
8517 E CAMBRIDGE
SCOTTSDALE, AZ 85257-1805

EUNICE HAMMEL
PO BOX 208064
CHICAGO, IL 60620-8064

EUSTAQUIO ORTIZ
4106 142ND ST
CRESTWOOD, IL 60445-2306

EVA BLUESTEIN & CLAUDIA BLUESTEIN WEDELL JT TEN
1523 MADERA CT
CERRITO, CA 94530-2050

EVA BLUESTEIN & MARK BLUESTEIN JT TEN
1523 MADERA CT
CERRITO, CA 94530-2050

EVA M TOWNSEND CUST KENNETH HEBARD TOWNSEND
U/THE ILL UNIFORM GIFTS TO MINORS ACT
744 HINMAN AVE APT 2
EVANSTON, IL 60202-4446

EVA SIMONS CUST STEVEN HAROLD SIMONS
A MINOR UNDER THE LAWS OF THE STATE OF MICHIGAN
6692 STILLWELL
W BLOOMFIELD, MI 48322-1363

EVA STEIN & ERZEBETH SCHARMAN JT TEN
517 E 83RD ST 4R
NEW YORK, NY 10028-6803

EVA WHITENECK
22A PORTSMOUTH ST
WHITING, NJ 08759-2050

EVAN M VANDE WALLE & LORETTA PATRICIA VANDE WALLE 1
VANDE WALLE TRUST UA 9/9/99
18655 W BERNARDO DR #563
SAN DIEGO, CA 92127-3022

EVAN PORRELLI
23719 102ND PL W
EDMONDS, WA 98020-5766

EVAN ZIMMERMAN STEINER
12417 HAPPY HOLLOW RD
COCKEYSVILLE, MD 21030-1711

EVANGELINE J BALL TOD CHARLES J BALL
& DEBORAH H STANLEY & BARBARA E JONES
7802 PINE PARKWAY
DARIEN, IL 60561-5034

EVANS D TEETS & BEVERLY A TEETS TR
EVANS D & BEVERLYTEETS TRUST UA 12/07/00
3675 PHILLIPS RD
KINGSTON, MI 48741-8711

EVELYN BARLETT CUST DEWAIN D BARLETT
U/THE PA UNIFORM GIFTS TO MINORS ACT
102 QUEEN STREET
REEDSVILLE, PA 17084-9796

EVELYN BRONSTEIN & SANFORD SALZ JT TEN
14411 RUSSELL STREET
OVERLAND PARK, KS 66223-1804

EVELYN C STELL CUST MICHAEL STEVEN STELL
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
62 S DU PONT ROAD
PENNS GROVE, NJ 08069-2263

EVELYN D WALKER
PO BOX 214956
AUBURN HILLS, MI 48321-4956

EVELYN E ARNDT & CARROLL G ARNDT TR
EVELYN E ARNDT LIVING TRUST UA 05/22/97
104 COLUMBIA AVENUE
ELYRIA, OH 44035-6002

EVELYN E DAVISON & TERRY M DAVISON & BARBARA J DAVIS
DEBRA J DAVISON CHRISTENSEN JT TEN
9733 AMANDA DR
FOWLERVILLE, MI 48836-9607

EVELYN I DOMINA & SAL S DOMINA TR
EVELYN I DOMINA & SAL S DOMINA TRUST UA 08/27/90
11418 70TH TERRACE NORTH
SEMINOLE, FL 33772

EVELYN I GRANNIS CUST JANE GRANNIS
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
335 WESTFIELD DRIVE
NASHVILLE, TN 37221-1409

EVELYN I GRANNIS CUST JAY GRANNIS
U/THE TENNESEE UNIFORM GIFTS TO MINORS ACT
2033 VERANDA PL
MURFREESBORO, TN 37130-3269

EVELYN I GRANNIS CUST SUSAN GRANNIS
U/THE TENNESEE UNIFORM GIFTS TO MINORS ACT
2012 CASTLEMAN DR
NASHVILLE, TN 37215-6119

EVELYN J GLOWIAK & STANLEY R GLOWIAK TR
EVELYN J GLOWIAK REV LIVING TRUST UA 06/18/98
13299 JENNILYNN LN
STERLING HEIGHTS, MI 48313-2637

EVELYN JEAN WILKES & JAMES D ALTENSTADTER TR
UA 10/07/1996 W E WILKES FAMILY TRUST
2212 S PERIWINKLE
MESA, AZ 85209

EVELYN JOY GOLDBERG TR
UA 11/09/87 M-B EVELYN JOY GOLDBERG REVOCABLE
TRUST
947 TIVERTON AVE #505
LOS ANGELES, CA 90024-3012

EVELYN KOVALSKY & SUE ANN O'CONNOR &BARBARA J KOV
EVELYN KOVALSKY REVOCABLE LIVING TRUST UA10/02/99
6316 VELMA AVE
PARMA, OH 44129-1543

EVELYN L CARLSON CUST CAROLE DIANNE CARLSON
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
557 BOXWOOD DR
SHIRLEY, NY 11967-1026

EVELYN L CARLSON CUST ROBERT ALLAN CARLSON
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NEW
557 BOXWOOD DR
SHIRLEY, NY 11967-1026

EVELYN L JOCHEMS WILLIAM JOCHEMS & JANE HENDRICKS
CHARLES G JOCHEMS & HIS CHILDRENJOHANNA
654 REDSTONE BLVD
REDSTONE, CO 81623-8935

EVELYN L KRONEN CUST DAVID MITCHELL KRONEN
UNDER THE FLORIDA GIFTS TO MINORS ACT
7688 BRIDLINGTON DR
BOYNTON BEACH, FL 33437-5052

EVELYN L VIALL
11934 1000 E RD
MANTENO, IL 60950-3156

EVELYN M UNTEREINER
P O B 247814
COLUMBUS, OH 43224-7814

EVELYN MARJORIE LOGAN & VICKI LUCILLE SPURLOCK & CE(
MARJORIE SUE NAEGEL JT TEN
2201 JOYCERIDGE COURT
CHESTERFIELD, MO 63017-7121

EVELYN MENDE MASON & SUZANNE MASON CAMPBELL TR
UW JORDAN PERKINS WYATT JR UA 02/10/04
PO BOX 95
KING WILLIAM, VA 23086-0095

EVELYN P NOVAK TR
NON-MARITAL DEDUCTION REVOCABLE TRUST 09/26/79 U-A
EVELYN P NOVAK
8125 112TH ST UNIT 210
SEMINOLE, FL 33772-4652

EVELYN PERRY SMITH
PO BOX 380463
DUNCANVILLE, TX 75138

EVELYN RODSTEIN
50 RIVERSIDE DRIVE
APT 5C
NEW YORK, NY 10024-6500

EVERETT ALAN GREEN
8220 112TH ST
APT 104
SEMINOLE, FL 33772-4203

EVERETT C ARMENTROUT & LILLIAN S ARMENTROUT TR
ARMENTROUT REV LIV TRUST UA 03/05/02
7741 POPCORN DRIVE
ROANOKE, IN 46783-9206

EVERETT E COLBY CUST FLORENCE PAGE COLBY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
393 N MAIN ST
MARS HILL, NC 28754-9013

EVERETT EDWARD COLBY CUST EVERETT EDWARD COLBY 3
U/THE N Y UNIFORM GIFTS TO MINORS ACT
393 N MAIN ST
MARS HILL, NC 28754-9013

EVERETT J FINKBEINER
1782 NORTON CREEK CT
WIXOM, MI 48393-1423

EVERETT J PORTELL & NANCY C PORTELL TR
EVERETT J PORTELL & NANCY C PORTELL TRUST UA
07/28/92
BOX 45 7559 MULBERRY HILL
BARNHART, MO 63012-0045

EVERETT L MIHLFELD TR
EVERETT L MIHLFELD REVOCABLE LIVING TRUST
AGREEMENT UA 03/04/02
467 S FARM ROAD 89
SPRINGFIELD, MO 65802-8717

EVERETT MERRILL HOUSTON JR CUST SAMUAL NEAL HOUST
U/THE VA UNIFORM GIFTS TO MINORS ACT
11340 DANFORTH RD
CHESTERFIELD, VA 23838-2221

EVERETT MERRILL HOUSTON JR CUST THOMAS QUIMBY HOL
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
11340 DANFORTH RD
CHESTERFIELD, VA 23838-2221

EVERETT PAUL TRITTSCHUH JR CUST EVERETT PAUL TRITTS
A MINOR PURS TO SEC 1339 /26 INCL OF REV CODE OF
5753 US ROUTE 40 E
LEWISBURG, OH 45338

EVERETT W OPDAHL CUST MISS STEPHANIE DARRAH OPDAH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
278 STONY LN
STEVENS, PA 17578-9628

EWALD RAYMOND SVOBODA & LOIS RUTH SVOBODA TR
UA 01/10/94 THE EWALD R SVOBODA &
5420 MAPLEWOOD DRIVE
INDIANAPOLIS, IN 46224-3330

EZRA D KNOX
508 OTTERBEIN AVENUE
DAYTON, OH 45406-4504

F EUGENE ROMANO CUST MICHAEL E ROMANO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
C/O PACEMAKER P O BOX 474 501 MAIN
UTICA, NY 13503-0474

F MASSA & D P MASSA & F M DELLORFANO JR TR
UA 12/03/84 GEORGIANA M MASSA
PO BOX 271
COHASSET, MA 02025-0271

F MASSA & D P MASSA & F M DELLORFANO JR TR
UA 12/03/84 ROBERT MASSA TRUST
PO BOX 271
COHASSET, MA 02025-0271

F NADINE WEINLANDER
223 RUSSELL ST
BLISSFIELD, MI 49228-1337

F ROBERT HEINZMANN JR
1810 CENTRAL AVE
NEEDHAM, MA 02492-1407

F S MC WHIRTER CUST GARY BURNS MC WHIRTER
U/THE S C UNIFORM GIFTS TO MINORS ACT
PO BOX 909
LANCASTER, SC 29721-0909

FAIGIE WEINSTEIN
1726 53RD ST
BROOKLYN, NY 11204-1524

FANNIE M LOVELAND
13342 3450 EST
SPRING VALLEY, IL 61362

FANNIE S ROSEN
& SIDNEY M ROSEN & RONALD D ROSEN & BARBARA S
STERNETT JT TEN
APT 123
29550 FRANKLIN ROAD
SOUTHFIELD, MI 48034-1151

FARMERS & MERCHANTS BANK & TRUST TR
UA 10/30/74 C V MARS REVOCABLE LIVING TRUST
1644 LUDINGTON STREET
MARINETTE, WI 54143-1813

FARMERS NATIONAL BANK OF BUHL IDAHO TR
J P HAMILTON & MARGARET I HAMILTON TR 2/27/74
PO BOX 392
BUHL, ID 83316-0392

FARRIEL THOMAS NANCE & INEZ L NANCE TR
FARRIEL THOMAS NANCE & INEZ L NANCE LIVING TRUST UA
05/22/95
802 S HAYES #7
ENID, OK 73703-6655

FAY A NEWKIRK TR UA 05/05/93 M-B FAY A NEWKIRK
805 116TH AVE
TREASURE ISLAND, FL 33706-1019

FAY DHEIN NOLTE
4945 SWEETBIRCH DRIVE
DAYTON, OH 45424-4856

FAYE L MEDER SUCCESSOR TR
CARL P MEDER TRUST U-DECLARATION OF TRUST 08/11/89
31883 CARLELDERE
BIRMINGHAM, MI 48025-3941

FAYE L STONE-NIELSEN & ALLEN C NIELSEN JT TEN
20708 123RD PLACE SE
KENT, WA 98031

FEDERIKO GALARIADA & SUEKO K GALARIADA TR
FEDERIKO GALARIADA & SUEKO GALARIADA
1045 A 4TH AVE
HONOLULU, HI 96816-1640

FELICIA BATCHELDER CUST LISA BATCHELDER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 27
LARAMIE, WY 82073-0027

FELICIANO P CORPUS
PO BOX 210190
AUBURN HILLS, MI 48321-0190

FELICIANO SEISE
PO BOX 880784
PORT ST LUCIE, FL 34988-0784

FELIPE C ROVERA NETO
ATTN INTERNATIONAL PERSONNEL
GENERAL MOTORS DO BRASIL
FINANCE AVE GOIAS 1805 CEP 09550 900
BRASIL BRAZIL

FELIPE CORNELIO ROVERA NETO
GM BRASIL PURCHASING DEPARTMENT
AU GOIAS 185
SAS CAETANO DO SUL BRAZIL
09551-010 CX 197 BRAZIL

FELIX T TRZCIENSKI & BERNICE & MICHAEL TRZCIENSKI TR
FELIX T & BERNICE TRZCIENSKI FAMILY TRUST UA 7/20/01
32751 WINONA
WESTLAND, MI 48185-1441

FELIX VICTOR CHATEAU & BETTY LOU KING & MILES E KING J
PO BOX 520538
LONGWOOD, FL 32752-0538

FERAYDOON S BAHRASSA TR
FERAYDOON S BAHRASSA & PERSIS K SHROFF LIVING
TRUST UA 08/27/99
17 LORIAN DR
LITTLE ROCK, AR 72212-2660

FERDINAND HEINRICH & ELISABETH HEINRICH JT TEN
11603 WHISPER DEW
SAN ANTONIO, TX 78230-3533

FERDINANDE VANDERHOEK & ROSE-MIRIAM V MIRELMAN TR
FERDINANDE VANDERHOEK 1995 TRUST UA 01/19/95
1401 BURR OAK ROAD #210B
HINSDALE, IL 60521-2944

FERNAND J POISSON & CAROL A POISSON TR
POISSON FAMILY TRUST UA 03/13/98
3485 N BELSAY ROAD
FLINT, MI 48506-2266

FERNANDO A RIVAS
M GUEMES 1205 1638 VICENTE LOPEZ
BUENOS AIRES
ARGENTINA

FERRIS G KEYT CUST BRUCE ALAN KEYT
U/THE MINN UNIFORM GIFTS TO MINORS ACT
1180 LAKEVIEW DR
HILLSBOROUGH, CA 94010-7323

FERRIS MALOOF CUST MARK F MALOOF UGMA TN
UNIT 704 7111 WOODMONT AVE
BETHESDA, MD 20815

FIDELIS FOX CUST PHILIP FOX
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
ATTN PHILIP R FOX
1175 YORK AVE APT 11-C
NEW YORK, NY 10021-7174

FIDELITY INVESTMENTS CUST CHRISTOPHE R HINMAN
1717 116TH AVE
MENOMINEE, MI 49858

FIDELITY INVESTMENTS CUST FBO ALBERTO L PEINADO IRA
11330 FAIRMONT DRIVE
SHELBY TWP, MI 48315

FIDELITY INVESTMENTS CUST FBO B R ALLEN IRA
12025 211TH PL SE
SNOHOMISH, WA 98296

FIDELITY INVESTMENTS CUST FBO CHARLES B SLAUGHTER I
BOX 171092
KANSAS CITY, KS 66117

FIDELITY INVESTMENTS CUST FBO CONSTANT D BROWN IRA
PO BOX 442436
DETROIT, MI 48244

FIDELITY INVESTMENTS CUST FBO SAMUEL A MASSINGILL III
PO BOX 292465
DAVIE, FL 33329

FIDELITY INVESTMENTS CUST FBO SOHEIL ROSHAN-ZAMIR IF
1432 173RD ST SW
LYNNWOOD, WA 98037

FIDELITY INVESTMENTS CUST JUDITH A BECKER IRA R/O A/C
420 BRITTANY CT
APT A
GENEVA, IL 60134

FIDELITY INVESTMENTS CUST MELVIN WHITESIDE
PO BOX 214604
AUBURN HILLS, MI 48321-4604

FIDELITY INVESTMENTS CUST ROSA A GAYTAN
PO BOX 435343
SAN DIEGO, CA 92143-5343

FIDELITY INVESTMENTS INC TR JAMES W BULEMORE IRA
PO BOX 770001
CINCINNATI, OH 45277

FIDELITY INVESTMENTS TR CARL M HEINRICH
2409 FRUIT ST
ALGONAC, MI 48001-4808

FIDELITY INVESTMENTS TR LOIS M NAGEL IRA
498 2310 EAST CIRCLE
ST GEORGE, UT 84790-1510

FIELDS B ARTHUR II & ANN W ARTHUR TR
FIELDS B ARTHUR II FAM TRUST UA 04/25/94
11804 ROCOSO RD
LAKESIDE, CA 92040-1036

FILEMINA M CALIFANO
4001 PELHAM RD
APT 392
GREER, SC 29650-4367

FILEMON CASTILLO
15139 HAMLIN ST
VAN NUYS, CA 91411-1412

FILEMON N LASTIMOSA
516 FIFTH AVENUE
BRICKTOWN, NJ 08724-1529

FILES W HYDE
609 CEDAR RIDGE RD
PARAGOULD, AR 72450-2556

FILIPPO A MARSELLA & ANNA F MARSELLA TR
UA 10/29/92 MARSELLA FAMILY LIVING TRUST
10346 NORTH TERRITORIAL
PLYMOUTH, MI 48170-5813

FINLEY M FRITZ & ANNE M FRITZ TR
UA 12/02/93 FINLEY M FRITZ AND ANNE M FRITZ
PO BOX 1310
LAKESIDE, CA 92040-0909

FIRST NATIONAL BANK TR UW LENORE M KEITZER CHARLES
& LENORE M KEITZER MEMORIAL TRUST C
PO BOX 8
MONTEREY, IN 46960-0008

FLEMON L BAILEY
2407 106TH AVE
OAKLAND, CA 94603-4103

FLETCHER D STREET JR TR
UA 03/11/92 WITH FLETCHER D STREET JR AS SETTLOR
1492 YORKSHIRE
BIRMINGHAM, MI 48009-5912

FLEURETTE C KASSELLS TR
UA 07/15/2008 FLEURETTE C KASSELLS REVOCABLE TRUST
1006 WORTHINGTON DRIVE SPRINGS
MELBOURNE, FL 32940

FLORA ELIZABETH KOURIS STANLEY PETER KOURIS
& GAIL ELIZABETH KOURIS JT TEN
PO BOX 333
EASTPORT, MI 49627-0333

FLORA M PATERSON WEYANDT & WILLIAM C WEYANDT JR TR
THE 2002 WEYANDT FAMILY LIVING TRUST UA 2/12/02
2913 WALTON COURT
PINOLE, CA 94564-1030

FLORENCE A DITOMMASO
1651 139TH AVE
SAN LEANDRO, CA 94578-1657

FLORENCE C BECK
C/O KATHERINE J JAKLEWICZ
5622 173RD PL SW
LYNNWOOD, WA 98037-2846

FLORENCE C SMITH & LORAINE C ERLENBAUGH TR
UA 1/10/86 FLORENCE C SMITH TR
3815 NORTH PITTSBURGH AVENUE
CHICAGO, IL 60634-1916

FLORENCE CASILLAN DACPANO TOD CHRISTOPHER PAUL C
STA TOD RULES
783 TIMBERLINE DRIVE
ROCHESTER, MI 48309

FLORENCE E GREINER
7783 MOYER ROAD
LOCKPORT, NY 14094-9038

FLORENCE E WAGNER & LORETTA E WAGNER TR
UA 01/30/89 FLORENCE E WAGNER TRFBO
6829 KIMMSWICK COURT
SAINT LOUIS, MO 63129-3965

FLORENCE E WEINERMAN
623 CENTRAL AVE
APT 402
CEDARHURST, NY 11516-2205

FLORENCE G HEINEMAN TR HEINEMAN LIVING TRUST UA 11/
2084 WEST MEGAN STREET
CHANDLER, AZ 85224-6984

FLORENCE GILLMAN & HERMAN GILLMAN TR
HERMAN & FLORENCE GILLMAN FAMILY TRUST UA 11/15/99
42020 LEISURE VILLAGE 42
CAMARILLO, CA 93012

FLORENCE GILLMAN & HERMAN GILLMAN TR
HERMAN AND FLORENCE GILLMAN FAM TRUST UA 11/15/99
42020 LEISURE VILLAGE 42
CAMARILLO, CA 93012

FLORENCE GOLDBLATT TR
ALVIN GOLDBLATT & FLORENCE GOLDBLATT JT
REVOCABLE TRUST UA 12/11/91
1605 ABACO DR APT F-4
COCONUT CREEK, FL 33066-1454

FLORENCE J BOGSTAD & LLOYD O BOGSTAD TR
FLORENCE J BOGSTAD & LLOYD O BOGSTAD FAM TRUST
UA 04/07/95
19530 PINE VALLEY AVE
NORTHRIDGE, CA 91326-1408

FLORENCE J FEHRINGER
55051 897 RD LOT 67
AUTUMN OAKS
CROFTON, NE 68730-3258

FLORENCE KLEINE TR FLORENCE KLEINE LIVING TRUST UA 1
5308 COUNTY RD 122
WILDWOOD, FL 34785-9100

FLORENCE L ROBINSON & LAWRENCE A DE LUCIA TR
FLORENCE DEVEREUX ROBINSON DE LUCIA U-A WITH
3256 E TERRA ALTA BLVD
TUCSON, AZ 85716-4540

FLORENCE LYCZYNSKI & MARTIN A LYCZYNSKI III & MARY AN
FLORENCE LYCZYNSKI REVOCABLE
69391 SAXON DR
BRUCE, MI 48065-4257

FLORENCE M SCHMIDT TR
FLORENCE SCHMIDT REVOCABLE LIVING TRUST UA 11/22/99
3401 ENTERPRISE PKWY
STE 340
BEACHWOOD, OH 44122-7340

FLORENCE MARIE LEWIS TR
UA 04/14/93 FLORENCE MARIE LEWIS REVOCABLE TRUST
4011 PALM TREE BLVD APT 104
BANYAN TRACE
CAPE CORAL, FL 33904-8917

FLORENCE O BLACKMORE CUST ANDREW LANSING BLACKM
A MINOR U/THE LAWS OF THE DISTRICT OF COLUMBIA
3348 TENNYSON ST NW
WASHINGTON, DC 20015

FLORENCE ROBBINS & SUSAN BERGER & JUDITH M KNIGHT T
FLORENCE ROBBINS 1994 TRUST UA 09/30/94
155 SEWALL AVE
BROOKLINE, MA 02446

FLORENCE S ROMANOSKI TR
UA 02/02/94 FLORENCE S ROMANOSKI REVOCABLE LIVING
TRUST
29331 ELMWOOD
ST CLAIR SHORES, MI 48081-3008

FLORENCE S ZOX CUST MISS SHERRY ZOX
A MINOR PUR TO SECS 1339 /26 INCLUSIVE OF THE REVISED
CODE OF OHIO
2200 LANE ROAD
COLUMBUS, OH 43220-3012

FLORENCE SCHOENHERR-WARNEZ & KIMBERLY M CAHILL TF
FLORENCE SCHOENHERR-WARNEZ REV LIV TRUST UA
01/06/99
11416 THIRTEEN MILE ROAD
WARREN, MI 48093-2566

FLORENCE STEINBERG
130 PALOMA
SAN FRANCISCO, CA 94127-2610

FLORENCE V MADDOCKS TR
FLORENCE V MADDOCKS REVOCABLE LIVING TRUST UA
03/22/05
741 PEBBLES BEACH AVE
PALM BAY, FL 32905-5012

FLORENCE W JONES & SUSAN J BRANDT TR
UA 12/11/1997 GEORGE D JONES FAMILY TRUST
PO BOX 414
MELVIN VLG, NH 03850

FLORITA SCKOLNIK CUST DAVID ALAN SCKOLNIK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3005 SOUTH LEISURE WORLD BLVD
SILVER SPRING, MD 20906-8301

FLOYD A COOPER & MARY M COOPER TR
FLOYD A COOPER & MARY M COOPER LIVING TRUST UA
06/19/91
8507 MELTRICIA
GRAND BLANC, MI 48439-8035

FLOYD CANTELL & PAT CANTELL TR
FLOYD & PAT CANTELL REV TRUST UA 10/03/01
3465 WYNNTON DR
ATLANTA, GA 30319-1947

FLOYD G SCHAMBON
FLOYD SCHAMBON 104473-EK
KENTUCKY STATE REFORMATORY
3001 WEST HIGHWAY 146
LA GRANGE, KY 40032-0001

FLOYD H AUSTIN & DORIS E AUSTIN TR
UA 06/03/93 FLOYD H AUSTIN & DORIS E AUSTIN REV LIV
916 CHULA CT
LADY LAKE, FL 32159-3041

FLOYD L PERRY 3RD & MRS JUDY J PERRY JT TEN
9630 161ST AVE N E
REDMOND, WA 98052-3139

FLOYD M SHEPPARD
PO BOX 131069
ANN ARBOR, MI 48113-1069

FLOYD S CANTRELL JR & PATRICIA P CANTRELL TR
FLOYD & PAT CANTRELL REVOCABLE TRUST UA 10/03/01
3465 WYNNTON DR
ATLANTA, GA 30319-1947

FORD C SODERGREN & CAROL E SODERGREN TR
U-A DTD 11-18-86 FORD C SODERGREN & CAROL E
SODERGREN TRUST
742 EVANGELINE AVE
ORLANDO, FL 32809-6421

FOREST C WILLIAMS & DOROTHY M WILLIAMS TR
FOREST C WILLIAMS LIVING TRUST UA 08/19/98
19260 MAGNOLIA ST
SOUTHFIELD, MI 48075-7129

FORREST L STEINMAN
160 W KIBLER ST
BLUFFTON, OH 45817-1068

FORREST M SMITH JR CUST MADISON A SMITH
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
101 GATEWOOD COURT
SAN ANTONIO, TX 78209-5427

FORREST ROGERS
6489 116A ST
DELTA BC
V4E 2C5 CANADA

FRANCES A UNDREINER
30 OVERLOOK DR
SYOSSET, NY 11791-1404

FRANCES AIKENS CUST MAI LAN AIKENS
A MINOR PURS TOSECTIONS 1339 /26 INCLUSIVE OF THE
REVISED CODE OF OHIO
PO BOX 81524
CHAMBLEE, GA 30366-1524

FRANCES ALICE ALEXANDER TOD MARIAN FAYE ALEXANDER
RULES
7112 YOUNG ST
BROOKSVILLE, FL 34601-5556

FRANCES ANN WEIDNER TR
UA 06/29/2006 GEORGE D & FRANCES A WEIDNER JOINT
REVOCABLE TRUST
7632 WESTFORD COURT
FORT WAYNE, IN 46835

FRANCES C BERNSTEIN
5 BREWSTER LANE
BELLPORT, NY 11713-2803

FRANCES E WILK TOD PATRICIA L WINTERSTEIN SUBJECT TO
233 SE 31ST STREET
CAPE CORAL, FL 33904

FRANCES H DAVIS TR
LLOYD B & FRANCES H DAVIS REVOCABLE FAMILY
SURVIVORS TRUST UA 11/23/99
4911 PIPER GLEN DR
CHARLOTTE, NC 28277-0374

FRANCES H MIDDLEBROOKS IRVEN B MIDDLEBROOKS
& S DIANE MIDDLEBROOKS JT TEN
292 BRIARCLIFF RD
JACKSON, GA 30233-2745

FRANCES HENDERSON LUNDBERG
21019 196TH AVE
RENTON, WA 98058-0543

FRANCES J CHMIEL & STANLEY R CHMIEL TR
FRANCES J CHMIEL REVOCABLE LIVING TRUST UA 06/18/02
108 ALEXANDER DR
MC MURRAY, PA 15317-2609

FRANCES J FRANCIS & CHARLES O BOYLES TR
UA 08/27/2007 JAMES T FRANCIS MARITAL TRUST
1504 SANTA ROSA RD
APT 204
RICHMOND, VA 23229

FRANCES J FRANCIS & CHARLES O BOYLES TR
UA 08/27/2007 JAMES T FRANCIS RESIDUARY TRUST
1504 SANTA ROSA RD
APT 204
RICHMOND, VA 23229

FRANCES J KENDALL & BRIAN D KENDALL TR
CARL H KENDALL & FRANCES J KENDALL TRUST UA 04/19/85
1132 EAGLE NEST DR
OAKLAND TWNSHP, MI 48306-1214

FRANCES K FOGG & GEORGE P FOGG III & COLIN S MARSHAL
FRANCES K FOGG TRUST UA 6/19/96
C/O PEDDOCK CAPITAL ADVISORS LLC
50 BRAINTREE HILL OFFICE PARK
SUITE 207
BRAINTREE, MA 02184

FRANCES KARDON CUST MARTIN STEVEN KARDON
U/THE PA UNIFORM GIFTS TO MINORS ACT
6447 OVERBROOK AVE
PHILADELPHIA, PA 19151

FRANCES L BROWN CUST CLAIRE H BROWN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
12 TARTAN COURT
HORSHAM, PA 19044-1966

FRANCES LICHTENSTEIN
1288 STURLANE PL
HEWLETT, NY 11557-1206

FRANCES M HAYES
15674 254 STREET
LAWRENCE, KS 66044

FRANCES M PARADISE TR
ROBERT L PARADISE & FRANCES M PARADISE LIVING
TRUST UA 2/9/94
3700 SAN AUGUSTINE DR
GLENDALE, CA 91206-1201

FRANCES M TARINELLI CUST ANTHONY TARINELLI
UNDER THE NEW JERSEY U-G-M-A
PO BOX 76
POTTERSVILLE, NJ 07979-0076

FRANCES M TARINELLI CUST MARGUERITE TARINELLI
UNDER THENEW JERSEY U-G-M-A
1300 ST CHARLES PL
PEMBROKE PINES, FL 33026-3368

FRANCES ORR BATCHELOR CUST PHYLLIS SUSAN BATCHELO
A MINOR U/LAWS OF NORTH CAROLINA
2231 RALEIGH RD
ROCKY MOUNT, NC 27803-3729

FRANCES P PERRY CUST WILLIAM H PERRY 3RD
U/THE CONN UNIFORM GIFTS TO MINORS ACT
14 MELLON ROAD
WELLESLEY, MA 02482-4520

FRANCES PAUL CUST DEBRA ELLEN PAUL
U/THE CONN UNIFORM GIFTS TO MINORS ACT
4 MAGNOLIA HIW
W HARTFORD, CT 06117-2021

FRANCES PINCUS CUST MITCHELL PINCUS
A MINOR U/ART 8-A OF THE PER PROP LAW OF N Y
526 MOUNTAIN AVE
WESTFIELD, NJ 07090-3036

FRANCES S BALDWIN
526 N HEINCKE ROAD
MIAMISBURG, OH 45342-2640

FRANCES S SZTUKOWSKI TR
UA 01/26/93 FRANCES S SZTUKOWSKI REVOCABLE LIVING
TRUST
4013 NORTHBRIDGE LANE
ST PETERS, MO 63376-3301

FRANCES STEINER
146 CURRITUCK RD
NEWTOWN, CT 06470-1210

FRANCES TARINELLI CUST MARGUERITE TARINELLI
U/THE N J UNIFORM GIFTS TO MINORS ACT
1300 SAINT CHARLES PL
PEMBROKE PINES, FL 33026-3368

FRANCES WEINTRAUB & ARTHUR WEINTRAUB JT TEN
28933 SAN SOLAIRE
MISSION VIEJO, CA 92692-4946

FRANCHON SILBERSTEIN
800 25TH ST NW
APT 802
WASHINGTON, DC 20037-2207

FRANCINE R FEDER CUST JOHN M FEDER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
111 BAY WAY
SAN RAFAEL, CA 94901-2476

FRANCIS A REINHOLTZ
4349 FIR
CLARKSTON, MI 48348-1428

FRANCIS C MALONEY & FRANCES S MALONEY TR
UA MALONEY FAMILY TRUST 04/26/90
10524 ROUNDELAY CIRCLE
SUN CITY, AZ 85351-2268

FRANCIS CASIER CUST DAVID HARPER CASIER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
106 MAIN ST
BURLINGTON, VT 05401-8420

FRANCIS E JACKETT & CATHERINE M JACKETT TR
FRANCIS E JACKETT & CATHERINE M JACKETT LIV TR UA
1059 E ANDERSON
LINWOOD, MI 48634-9453

FRANCIS H HARTMAN & ELMA M HARTMAN TR
UA 04/20/87 F/B/O FRANCIS H HARTMAN & ELMA M HARTMAN
3642 GLEN OAKS MANOR DR
SARASOTA, FL 34232-1047

FRANCIS H KLABOUCH & MADELEINE M KLABOUCH JT TEN
60 EAST END AVE 6A
NEW YORK, NY 10028-7973

FRANCIS I DU PONT 2ND CUST MARIA S DU PONT
U/THE DEL UNIFORM GIFTS TO MINORS ACT
135-M RIDGE RD
CHADDS FORD, PA 19317-9163

FRANCIS I DU PONT 2ND CUST SOPHIE G DU PONT
U/THE DEL UNIFORM GIFTS TO MINORS ACT
135 M RIDGE RD
CHADDS FORD, PA 19317-9163

FRANCIS J DE JOURDAN & FRANCIS C DE JOURDAN TR
FRANCIS J DE JOURDAN & FRANCES C DE JOURDAN TRUST
UA 02/01/95
671 PEBBLE BEACH AVE NE
PALM BAY, FL 32905-5042

FRANCIS J GILLMAN
PO BOX 744905
HOUSTON, TX 77274-4905

FRANCIS J HANZEL CUST PAUL J HANZEL
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
100 CHATHAM LANE
FREDERICKSBURG, VA 22405-2508

FRANCIS J MC LAUGHLIN CUST JOAN M MC LAUGHLIN
UNDER THE MASSACHUSETTS U-G-M-A
13 GASKILL STREET
MENDON, MA 01756-1136

FRANCIS J MCCARTHY & GLADYS M MCCARTHY TR
UA MCCARTHY FAMILY TRUST 11/07/91
1105 AVENIDA SEVILLA APT 1A
WALNUT CREEK, CA 94595-4130

FRANCIS J REILLY & RITA J REILLY TR
UA 10/01/2008 FRANCIS J REILLY & RITA J REILLY
655 COURTLAND CIR
WESTERN SPRGS, IL 60558

FRANCIS JAMES RHEIN
32 THE HORSESHOE
NEWARK, DE 19711-2068

FRANCIS L FILE & MARY F FILE JT TEN
204 WEXFORD LN
SPARTANBURG, SC 29301-3818

FRANCIS L MURPHY & MARY JANE W MURPHY TR
FRANCIS L MURPHY FIRST AMENDED &RESTATED REV TR
UA 06/07/99
15 FLAGSTAD ROAD
WEST HARTFORD, CT 06017

FRANCIS L RICHARDSON & DORIS E RICHARDSON TR
RICHARDSON LIVING TRUST UA 08/12/94
6196 VERDURA AVE
GOLETA, CA 93117-2004

FRANCIS LEE LLOYD JR & MARY VIRGINIA BATEMAN LLOYD T
LLOYD FAMILY TRUST UA 7/17/96
7709 PEPPERTREE RD
DUBLIN, CA 94568-1344

FRANCIS M COUNTS & VIRGINIA COUNTS TR
DAVID COUNTS & ANY MEMBER OF HIS IMMEDIATE FAM
122 CATHEDRAL OAKS
FOREST CITY, IA 50436-2225

FRANCIS M KIMOTO & MARLENE M KIMOTO TR
FRANCIS M & MARLENE M KIMOTO LIVING TRUST UA
06/11/98
721 A 9TH AVE
HONOLULU, HI 96816

FRANCIS M PAUL CUST JAMES WALTER PAUL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
469 E JERICHO TURNPIKE
HUNTINGTON STATION, NY 11746-7311

FRANCIS N SERVODIDIO CUST MARK SERVODIDIO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
37 MAPLE AVE
MENDHAM, NJ 07945-1317

FRANCIS N SERVODIDIO CUST THOMAS SERVODIDIO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1 BALDWIN HILL PL
MOORESTOWN, NJ 08057-3943

FRANCIS P KEENAN CUST TIMOTHY F KEENAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
75 FOREST HILL DR
HUBBARD, OH 44425-2125

FRANCIS Q LEMON JR CUST MARYANN LEMON
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
304 WASHINGTON AVE
WILMINGTON, DE 19804-3053

FRANCIS Q LEMON JR CUST MICHAEL FRANCIS LEMON
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2 NER HAVEN DR
NEWARK, DE 19713

FRANCIS S ABE CUST STEVEN H ABE
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
PO BOX 7
KEALAKEKUA, HI 96750-0007

FRANCIS SCOTT HEINEMANN CUST JORDAN PARKER HEINEM
14 HONORS DR
NEWPORT BEACH, CA 92660-4286

FRANCIS THOMAS O'KEEFE CUST BRIAN O'KEEFE
UNDER THE PENNSYLVANIA GIFTS TO MINORS ACT
219 LOCKWOOD LANE
WEST CHESTER, PA 19380-6381

FRANCIS V PESCE CUST PAUL F PESCE
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
11 MAGNOLIA TERRACE
PEABODY, MA 01960-2041

FRANCIS W JENKINS CUST FRANCIS W JENKINS JR
U/THE VA UNIFORM GIFTS TO MINORS ACT
950 MONASKON ROAD
LANCASTER, VA 22503-3404

FRANCIS W KIMBALL & MARY G KIMBALL TR
UA 02/09/2007 KIMBALL LIVING TRUST
4958 ELGIN CIRCLE
SYRACUSE, NY 13215

FRANCIS W WROCK TR UA 02/07/94 FRANCIS W WROCK TRUS
2316 NORTHFIELD
TRENTON, MI 48183-2423

FRANCIS X CASSAR
22170 REINHARDT
WOODHAVEN, MI 48183-1504

FRANCIS X CLARKE & OWEN L CLARKE TR
FRANCIS X CLARKE REVOCABLE TRUSTUA 10/28/98
56 PICKWICK RD
MARBLEHEAD, MA 01945-1859

FRANCIS X MAHONEY & ESTHER E MAHONEY TR
UA 02/25/94 THE MAHONEY LIVING TRUST
3 INTERVALE RD
SUDBURY, MA 01776

FRANCIS X MAHONEY & ESTHER E MAHONEY TR
UA 02/25/94 THE MAHONEY LIVING TRUST
3 INTERVALE RD
SUDBURY, MA 01776

FRANCISCO NELSON SATKUNAS
RUA VITOR MEIRELLES
110 JARDIM SAO CAETANO
SAO CAETANO DO SUL-SP
09581-465 BRAZIL

FRANK & ROSE SWITALSKI TR
UA 05/13/02 FRANK & ROSE SWITALSKI REV LIVING TRUST
7737 ZIEGLER
TAYLOR, MI 48180-2619

FRANK A CASTER CUST JEFFREY HOWARD CASTER
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
7912 BRIARCREEK RD
TALLAHASSEE, FL 32312-3662

FRANK A HILL CUST PATRICIA ELLEN HILL
A MINOR U/P L 55 CHAPTER 139 OF LAWS OF NJ
25406 W LAKE SHORE DR
BARRINGTON, IL 60010-2930

FRANK A PAEZ
PO BOX 477271
CHICAGO, IL 60647-7271

FRANK A PIASECKI & ROSE M PIASECKI TR
UA 09/30/92 FRANK APIASECKI & ROSE M
20656 LUNN RD
STRONGSVILLE, OH 44136-4937

FRANK A SACCO CUST VIRGINIA JEANETTE SACCO
U/THE PA UNIFORM GIFTS TO MINORS ACT
121 JOSEPH ST
PITTSBURGH, PA 15227-4011

FRANK A STEINER JR
3140 BUFFALO RD
NEW WINDSOR, MD 21776-8312

FRANK AMBROGIO CUST FRANK C AMBROGIO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
14 HUGHES ST
EAST HAVEN, CT 06512-2613

FRANK AMBROGIO CUST JAMES R AMBROGIO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
3 ALDEN DR
CLINTON, CT 06413-1501

FRANK ARCERI & BRIGITTE E ARCERI TR
UA 3/12/92 FRANK & BRIGITTE ARCERI FAM TRUST
92 RUE GRAND
LAKE ST LOUIS, MO 63367

FRANK B ENGLISH III & CINDY ENGLISH JT TEN
PO BOX 121006
ARLINGTON, TX 76012

FRANK BEAVERS
2049 103RD AVE
OAKLAND, CA 94603-3325

FRANK BERNSTEIN & ISAAC BERNSTEIN & MANNY BERNSTEIN
475 FDR DR
APT 605
NEW YORK, NY 10002

FRANK C CARNAGHE & PAULA C CARNAGHE TR
CARNAGHE FAMILY TRUST UA 12/21/95 FRANK C
6269 SHAMROCK AVE
GOLETA, CA 93117-2022

FRANK C NEWBY
PO BOX 252211
W BLOOMFIELD, MI 48325-2211

FRANK CAMPANILE & KATHERINE L CAMPANILE TR
FRANK CAMPANILE REVOCABLE LIVING TRUST UA 03/25/05
3322 FAIR OAKS DRIVE
BEAVERCREEK, OH 45434-6008

FRANK D BONNEY & JEANE E BONNEY TR
UA 06/04/91 THE FRANK D BONNEY AND JEANE E BONNEY
TRUST
604 PRAIRIE AVE
DOWNERS GROVE, IL 60515-3828

FRANK D STEINOCHER
PO BOX 355
WEST, TX 76691-0355

FRANK D TRYBULSKI & SHIRLEY M TRYBULSKI TR
FRANK & SHIRLEY M TRYBULSKI INTER-VIVOS TRUST UA
09/14/93
3614 BUTTERNUT
SAGINAW, MI 48604-9505

FRANK DWYER CUST BRANDON DWYER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
18228 DEEP PASSAGE LANE
FORT MYERS BEACH, FL 33931-2311

FRANK E BYERLY
AFRH-W673 3700 N CAPITOL ST NW
WASHINGTON, DC 20011

FRANK E CASTLES
3897 REINWOOD DR
DAYTON, OH 45414-2445

FRANK ELKOVICH TR
FRANK ELKOVICH REVOCABLE INTER-VIVOS TRUST UA
07/7/00
4240 MONROE ST
WATERFORD, MI 48329-4133

FRANK F RHINEHART CUST FRANK N RHINEHART
U/THE WASH UNIFORM GIFTS TO MINORS ACT
3208 BELVIDERE AVE SW
SEATTLE, WA 98126-2225

FRANK F WEINBERG
1008 ASHMOUNT AVE
OAKLAND, CA 94610-1205

FRANK GOODPASTURE III TR
UA 06/12/2008 ANNE MCLEAN MINGEA GOODPASTURE
FAMILY TRUST
PO BOX 16277
BRISTOL, VA 24209

FRANK GREIFENSTEIN JR
8616 ORCHARD AVENUE
BROOKLYN, OH 44144-2543

FRANK H AMRHEIN
1000 E 7TH ST
FLINT, MI 48503-2774

FRANK H SANDERS
PO BOX 680607
HOUSTON, TX 77268

FRANK H WHITMYER & RUTH K WHITMYER TR
UA 05/10/91 FRANK H WHITMYER & RUTH K
46935 DUNSANY
NORTHVILLE, MI 48167-1018

FRANK H WILLIAMSON JR TR
FRANK H WILLIAMSON REVOCABLE TRUST UA 04/08/91
3540 S ALGER ROAD
ITHACA, MI 48847-9642

FRANK HAENTSCHKE & MARILYN HAENTSCHKE TR
FRANK & MARILYN HAENTSCHKE TRUST UA 07/10/97
1161 HIGHWAY 770
MAYODAN, NC 27027

FRANK HEFNER
PO BOX 821547
FORT WORTH, TX 76182-1547

FRANK J ANGELILLI CUST PETER ANGELILLI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
37 WASHINGTON SQ W
APT 5A
NEW YORK, NY 10011-9141

FRANK J CLAVERIE & PHYLLIS M CLAVERIE TR
UA F-B-O CLAVERIE FAMILY TRUST 11/20/81
1267 METS RD
HOLTVILLE, CA 92250-9625

FRANK J HEINING & LINDA S HEINING JT TEN
1956 KAREN AVE
SAINT CLAIR, MI 48079-5563

FRANK J HEINZ
11257 ALLAN RD
NEW LOTHROP, MI 48460-9747

FRANK J KOSTUSAK JR & VERONICA T KOSTUSAK TR
KOSTUSAK FAMILY TRUST UA 09/25/97
6385 GOLDEN GOOSE LANE
LAS VEGAS, NV 89118-1950

FRANK J LAUERMAN 3RD CUST CHRISTOPHER JOSEPH LAUE
U/THE WISC UNIFORM GIFTS TO MINORS ACT
383 STATE ST
MARINETTE, WI 54143-1223

FRANK J LAUERMAN III CUST TIMOTHY BARRY LAUERMAN
U/THE WISC UNIFORM GIFTS TO MINORS ACT
3655 S GREENLAWN TER
NEW BERLIN, WI 53151-5473

FRANK J MASTERSON CUST PETER D MASTERSON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 480
WILLISTON PARK, NY 11596-0480

FRANK J MORELLO TR MORELLO TRUST # 1 UA 08/01/06
4274 CROWBERRY E TRAIL
SAGINAW, MI 48603-1658

FRANK J PAPA & ANNA J PAPA TR
FRANK J PAPA & ANNA J PAPA TR UA 10/19/01
2189 PRICETON PL
BROOMALL, PA 19008

FRANK K SAUNDERS JR CUST JOHN KASEY SAUNDERS
U/THE VA UNIFORM GIFTS TO MINORS ACT
2512 CORNWALLIS AVE S E
ROANOKE, VA 24014-3343

FRANK KIRSTEIN
BAHNHOFSTR 22
13125 BERLIN
GERMANY

FRANK KIRSTEIN
BAHNHOFSTR 22
13125 BERLIN
GERMANY

FRANK KIRSTEIN
BAHNHOFSTR 22
13125 BERLIN
GERMANY

FRANK KOCHER CUST PAUL E KOCHER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1000 OAK RIDGE DRIVE
VICTOR, NY 14564-9414

FRANK L DANIELS CUST STEPHEN A DANIELS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2933 PUESTA DEL SOL
SANTA BARBARA, CA 93105-3007

FRANK L KELLOGG JR & GLORIA A KELLOGG TR
UA KELLOGG FAMILY TRUST 03/14/91
250 VELLA VISTA LN
WATSONVILLE, CA 95076

FRANK L NEWELL & GLORIA M NEWELL TR
FRANK NEWELL FAMILY TRUST UA 07/30/04
7205 SE HOGAN ROAD
GRESHAM, OR 97080-5366

FRANK M FAGIANO & NANCY D FAGIANO TR
FRANK M & NANCY D FAGIANO TRUST UA 3/6/00
5508 NORTH PIONEER AVENUE
CHICAGO, IL 60656-1546

FRANK MICHAEL BELLINO & MAURINE HAZEL BELLINO TR
BELLINO FAM COMMUNITY PROPERTY TRUST UA 11/18/93
2445 VIA NINA
MONTEBELLO, CA 90640-2355

FRANK MOLINARI CUST FRANCIS XAVIER MOLINARI
A MINOR U/ART 8-A OF THE PERS PROPERTY
10 PHILLIPS RD
MASSAPEQUA PARK, NY 11762-3520

FRANK MORTELLARO & MARIE MORTELLARO TR
MORTELLARO RANCH TRUST UA 08/13/03
PO BOX 496
PHILIP, SD 57567-0496

FRANK NAISHTEIN CUST DEBORAH JOY NAISHTEIN
U/THE PA UNIFORM GIFTS TO MINORS ACT
1311 CONCHA ST
OXNARD, CA 93030-5433

FRANK P ELARDO JR CUST JOHN ALBERT ELARDO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7527 E DESERT COVE AVE
SCOTTSDALE, AZ 85260-6459

FRANK P ELARDO JR CUST JOSEPH PETER ELARDO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7527 EAST DESERT COVE
SCOTTSDALE, AZ 85260-6459

FRANK P MOSES CUST RICHARD L MOSES
UNDER THE FLORIDA GIFTS TO MINORS ACT
8151 SW 93 CT
MIAMI, FL 33173-4114

FRANK P SMITH JR
PO BOX 270650
SAN DIEGO, CA 92198-2650

FRANK P VELLELLA & HELEN J VELLELLA TR
VELLELLA FAMILY TRUST UA 01/29/02
3904 ARNHEIM ST
ANNANDALE, VA 22003-2505

FRANK P ZIEMKIEWICZ CUST PAUL ZIEMKIEWICZ
U/THE PA UNIFORM GIFTS TO MINORS ACT
131 PINETREE LANE
MORGANTOWN, WV 26508-8129

FRANK PASSARELLI
PO BOX 2303648
SIOUX FALLS, SD 57186-0001

FRANK RENOVICH JR & ROSWITHA RENOVICH TR
FRANK RENOVICH JR & ROSWITHA RENOVICH TRUST UA
04/04/03
PO BOX 23159
CHAGRIN FALLS, OH 44023-0159

FRANK ROMANOWICZ
PO 530785
BIRMINGHAM, AL 35253-0785

FRANK S DUDLEY JR CUST FRANK WICK DUDLEY
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
PO BOX 70
QUEENSTOWN, MD 21658-0070

FRANK S DUDLEY JR CUST PETER INGELS DUDLEY
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
111 TAPLOW RD
BALTIMORE, MD 21212-3313

FRANK S KUSUMOTO & DANIELLE P SIMMANCE TR
FRANK S KUSUMOTO & DANIELLE P SIMMANCE TRUST
1326 HUMBOLDT ST
DENVER, CO 80218-2318

FRANK SCOTT CUST MICHAEL FREDERICK SCOTT
UNDER THE MISSOURI UNIFORM GIFTS TO
15907 WOODLET WAY CT
CHESTERFIELD, MO 63017-5036

FRANK T CROHN CUST FRANK T CROHN JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
412 OLD DEEP RIVER TPKE
KILLINGWORTH, CT 06419-1440

FRANK TRAYER & BERT BERGSTROM TR
TRAYER ENGINEERING CORPORATION PROFIT SHARING
PLAN
898 PENNSYLVANIA AVE
SAN FRANCISCO, CA 94107-3441

FRANK V ARCHULETTA & NORBERTA ARCHULETTA TR
ARCHULETTA LIVING TRUST UA 11/13/95
21693 LAKE CHABOT RD
CASTRO VALLEY, CA 94546-6209

FRANK W GARDNER CUST GEORGE F GARDNER
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
11709 ROSEMONT CT
DENTON, TX 76207

FRANK W LOVERING CUST ARTHUR LESLIE LOVERING
U/THE ILL UNIFORM GIFTS TO MINORS ACT
4667 W PRATT
LINCOLNWOOD, IL 60646-3348

FRANK W STALZER & FRANCES A STALZER TR
UA 2/15/01 STALZER FAMILY REV LIVING
6403 GALE DR
SEVEN HILLS, OH 44131-3128

FRANKFURTER KASSENVEREIN AG BOERSENPLATZ 7-11
60313 FRANKFURT-MAIN
GERMANY

FRANKIE HARRIS
PO BOX 970084
YPSILANTI, MI 48197-0802

FRANKLIN O L STEINBERG
1285 NORTHERN BLVD
MANHASSET, NY 11030-3019

FRANKLIN P DALPRA & FRANKIE M DALPRA TR
FRANKLIN P & FRANKIE M DALPRA REV LIVING TRUST UA
8/22/01
624 WILSON AVENUE
KINGSFORD, MI 49802-3842

FRANKLIN R DAVIS & VIRGINIA LEE DAVIS TR
DAVIS FAMILY TRUST UA 12/22/97
1306 CEDAR BRANCH DR
WYLIE, TX 75098-6678

FRANKLIN R THOMAS & JEANETTE A THOMAS TR
THOMAS FAMILY TRUST UA 11/04/83
758 FLINTRIDGE AVE
LA CANADA FLTRIDGE, CA 91011-4027

FRANKLIN RUBEN
BOX 460244
HOUSTON, TX 77056-8244

FRANKLIN T SUKANY & JOANNE C SUKANY TR
FRANKLIN T & JOANNE C SUKANY JT TRUST NO 1 UA
12/30/04
21379 US 23 SOUTH
PRESQUE ISLE, MI 49777-9073

FRANKLIN Y HO CUST CHRISTOPHER K HO
U/THE CAL UNIFORM GIFTS TO MINORS ACT
476 CONCHA ST
ALTADENA, CA 91001-1413

FRATERNAL ORDER OF EAGLES REYNOLDSVILLE AERIE # 54(
425 MAIN ST
REYNOLDSVILLE, PA 15851-1250

FRAY L HOBSON & WENDOLYN U HOBSON TR
UNDER DECLARATION OF TRUST 04/26/90
4906 HILLARD AVE
LA CANADA, CA 91011-1505

FRED A JENNINGS TR
UA 09/25/91 FRED A JENNINGS AND EVELYN A JENNINGS
FAMILY TRUST
5029 HONEYNUT LANE
WINDERMERE, FL 34786-8803

FRED BRIEGER CUST RANDALL BRIEGER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
117 COLUMBIA DR
JERICHO, NY 11753-1637

FRED C KLEINHUBERT
6882 N TONTY
CHICAGO, IL 60646-1315

FRED COX WOHLFARTH & PHYLLIS AMY WOHLFARTH TR
UA 04/07/83 WOHLFARTH LIVING TRUST
26539 163RD AVE SE
KENT, WA 98042-8223

FRED E BROTHERTON & EDITH J BROTHERTON TR
FRED E & EDITH J BROTHERTON TRUST UA 10/9/97
288E 800N
ALEXANDRIA, IN 46001-8657

FRED F BAILEY
4413 155TH AVE
HERSEY, MI 49639-8760

FRED FRY & JO ANNE FRY TR
FRED FRY & JO ANNE FRY LIVING TRUST UA 02/12/93
3807 LOCH BEND DR
COMMERCE TOWNSHIP, MI 48382-4340

FRED GOODSTEIN
750 LIDO BLVD
APT 96A
LIDO BEACH, NY 11561-5244

FRED GRASSLE CUST NANCY A GRASSLE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
6012 LAQUNA VILLA WAY
ELK GROVE, CA 95758-4706

FRED GYEKYE MENSAH
HARUNO 1 6 2 204
SAITAMA
330-0002 JAPAN

FRED H KELLY & MADONNA R KELLY TR
KELLY FAMILY REVOCABLE TRUST UA 11/01/04
26404 SCHAM RD
PUNTA GORDA, FL 33955-1641

FRED J CONE CUST JAMES LEE CONE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1423 FRANCIS STREET
ST JOSEPH
SAINT JOSEPH, MO 64501-2320

FRED J CONE CUST TERI LYNN CONE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1086 BAYLESS PLACE
EAGLEVILLE, PA 19403-1464

FRED J SCHIEFERSTEIN & CHARLOTTE M SCHIEFERSTEIN JT
431 MADISON HILL RD
CLARK, NJ 07066-2901

FRED L CONGER CUST MISS CANDACE G CONGER
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
3201 N MONROE
HUTCHINSON, KS 67502-2330

FRED L FEINSTEIN & MRS LENORE FEINSTEIN JT TEN
56-26 244TH ST
DOUGLASTON, NY 11362-1905

FRED L KOVACS CUST LYNN CAROL KOVACS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
13780 F PORTOFINO DR
DEL MAR, CA 92014-3555

FRED M GLOTH JR CUST PAUL D GLOTH
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
4607 SOMERSET LANE
ELLICOTT CITY, MD 21042-7724

FRED MAROON 3RD CUST FRED MAROON 4TH
U/THE MICH UNIFORM GIFTS TO MINORS ACT
608 CADAGUA
CORAL GABLES, FL 33146-1712

FRED N PRINGLE & GWEN J PRINGLE TR
PRINGLE FAMILY LIVING TRUST UA 06/28/01
4157 W HORSESHOE DR
BEVERLY HILLS, FL 34465-2951

FRED PARKE CUST THOMAS D PARKE
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
R D 2 BOX 403
NEW KENSINGTN, PA 15068-9802

FRED R KLEIN & TERESE C KLEIN JT TEN
13832 SOPHIE CT
WESTMINSTER, CA 92683-2870

FRED REINHARD
2916 COTSWOLD ROAD
READING, PA 19608-9699

FRED REINL & MRS ELEANORE REINL JT TEN
2 SPARMAN PLACE
SECAUCUS, NJ 07094-3014

FRED STEINMAN
PO BOX 17982
MEMPHIS, TN 38187-0982

FRED UNGER CUST WILLIAM C UNGER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
245 BOG HOLLOW ROAD
WASSAIC, NY 12592-2529

FRED W CRAWFORD & JOSEPHINE A CRAWFORD TR
CRAWFORD FAMILY TRUST UA 07/31/98
6555 JEFFERSON
NORTH BRANCH, MI 48461-9701

FRED W JACOB CUST ELAINE JACOB
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
157 GREAVES AVE
STATEN ISLAND, NY 10308-2133

FRED WEINSTEIN
1521 S BOWLING GREEN DR
CHERRY HILL, NJ 08003-3631

FRED WIENER & MRS MIRIAM WIENER JT TEN
33A EINSTEIN AVE
HAIFA-AHUZA
ISRAEL

FRED YOUNG JR & KEN YOUNG & GORDON YOUNG TR
T LONNIE YOUNG SURVIVOR'S TRUST UA 08/03/87
400 HALE ST
PALO ALTO, CA 94301-2207

FREDA IRENE FEY CUST GREGORY CARLTON FEY
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
8411 CRESTWOOD AVE
MUNSTER, IN 46321-2011

FREDA M HUNTER
PO BOX 241222
DETROIT, MI 48224-5222

FREDDA FINKELSTEIN
10 LINCOLN ST
APT1
JERUSALEM
94186 ISRAEL

FREDERIC S BRIGGS & CHARLES HEINRICH BRIGGS JT TEN
7 EAST LAFAYETTE AVE
BALTIMORE, MD 21202-2807

FREDERIC S KESSLER TR
TRUST UNDER THE WILL OF ALBERT L KESSLER UA 1/17/98
33 HEMLOCK CIR
CRANFORD, NJ 07016-2045

FREDERICK A BRAMAN & LOUISE K BRAMAN TR
BRAMAN LIVING TRUST UA 04/11/02
1423 COURSE VIEW DR
ORANGE PARK, FL 32003-7274

FREDERICK A BULLOCK & ELIZABETH T BULLOCK TR
FREDERICK A BULLOCK LIVING TRUSTUA 10/26/95
4619 47TH ST NW
WASHINGTON, DC 20016-4436

FREDERICK A HOLTZ & SARAH D HOLTZ TR
FREDERICK A HOLTZ & SARAH HOLTZ JOINT TRUST
307 CALOOSA WOODS LN
SUN CITY CENTER, FL 33573-6940

FREDERICK A KLEINHEN
3149 BERRY RD NE
WASH, DC 20018-1609

FREDERICK A MINER & LOIS M MINER TR
FREDERICK MINER & LOIS MINER REV LIVING TRUST UA
01/18/00
6558 LONGWORTH DR
WATERFORD, MI 48329-1341

FREDERICK A PFLUGHOEFT & ROYLEE R PFLUGHOEFT TR
UA 11/02/92 FREDERICK A PFLUGHOEFT &
7023 GRAND PARKWAY
WAUWATOSA, WI 53213-3732

FREDERICK A PFLUGHOEFT & ROYLEE R PFLUGHOEFT TR
UA 11/2/92 THE FREDERICK A PFLUGHOEFT &
7023 GRAND PKWY
WAUWATOSA, WI 53213-3732

FREDERICK A VAN SKIVER & DORIS J VAN SKIVER TR
FREDERICK A & DORIS J VAN SKIVER LIVING TRUST UA
02/23/04
15311 HUNTCLIFF DR
MACOMB, MI 48044-3848

FREDERICK A WALKER & ALICE H WALKER TR
FREDERICK & ALICE WALKER TRUST UA 05/24/01
651 SINEX AVE R102
PACIFIC GROVE, CA 93950-4271

FREDERICK C CARTER & VIVIEN B CARTER TR
UA 05/26/93 THE CARTER FAMILY TRUST
16496 ALIANTE DRIVE
BROOMFIELD, CO 80020-8087

FREDERICK C EBERLEIN & LINDA J EBERLEIN JT TEN
1261 GREENLEAR DR
ROCHESTER HILLS, MI 48309-1724

FREDERICK C KROLL & ELEANOR O KROLL TR
FREDERICK C KROLL REVOCABLE LIVING TRUST UA
03/29/99
15894 19 MILE RD APT 116
CLINTON TWP, MI 48038

FREDERICK C STEINHAUER CUST FREDERICK C STEINHAUER
U/THE WISCONSIN U-G-M-A
58 CAMBRIDGE ROAD
MADISON, WI 53704-5908

FREDERICK D PRICE & CHARLOTTE DIANE PRICE TR
UA 10/19/93 THE FREDERICK D PRICE &
2207 GAYWOOD PL
DAYTON, OH 45414-2814

FREDERICK E DRAISS CUST LYNDA MARIE DRAISS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
21 LIMETREE LANE
LIVERPOOL, NY 13090-3409

FREDERICK E HUNTLEY TR
FREDERICK E HUNTLEY REV LIVING TRUST UA 03/10/05
197 BRAMBLEBUSH TRAIL
BEAVERCREEK, OH 45440-3538

FREDERICK E MCCANDLES & D TODD MURDOCK TR
FREDERICK E MCCANDLES & D TODD MURDOCK TRUST UA
10/27/99
3391 LAKESIDE DR
MINERAL RIDGE, OH 44440-9738

FREDERICK GEORGE BEHRENS AND PAMELA GAIL BEHRENS
UNDER GUARDIANSHIP OF MARY BEHRENS
208 E MAPLE ST
GILLESPIE, IL 62033-1448

FREDERICK GIBSON & GERALDINE D GIBSON TR
UA 09/14/94 FREDERICK & GERALDINE D GIBSON
9725 SW 146TH ST
MIAMI, FL 33176-7828

FREDERICK GIBSON & GERALDINE D GIBSON TR
UA 09/14/94 FREDERICK & GERALDINE D GIBSON REV LIV TR
9725 SW 146TH ST
MIAMI, FL 33176-7828

FREDERICK GIBSON & GERALDINE D GIBSON TR
UA 09/14/94 FREDERICK GIBSON & GERALDINE D
9725 SW 146TH ST
MIAMI, FL 33176-7828

FREDERICK H HEINER & DONNA E HEINER TR
FREDERICK H HEINER & DONNA E HEINER TRUST UA
09/07/99
97652 OVERSEAS HWY APT T-9
KEY LARGO, FL 33037-2226

FREDERICK H HOTTENSTEIN
3111 5TH STREET S W
LEHIGH ACRES, FL 33971-2407

FREDERICK HOOKER ANNESS
11827 154TH ROAD N
JUPITER, FL 33478-6791

FREDERICK J & SHIRLEY A SCHMIDT TR
FREDERICK & SHIRLEY SCHMIDT LIVING TRUST UA 09/01/98
15257 IRENE
SOUTHGATE, MI 48195-2020

FREDERICK J CHENEY & JOYCE E CHENEY TR
FREDERICK J & JOYCE ECHENEY LIV TRUST UA 09/03/99
4464 E CEDAR LAKE DR
GREENBUSH, MI 48738-9727

FREDERICK J HEINEMANN
WATERFOHRSTR 9
43 ESSEN
GERMANY

FREDERICK J HILLER CUST ERIC C HILLER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
13772 197TH LN NW
ELK RIVER, MN 55330-6007

FREDERICK J HILLER CUST FREDERICK J HILLER 2ND U/THE I
13772 197TH LN NW
ELK RIVER, MN 55330-6007

FREDERICK J HILLER CUST KURT C HILLER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
36633 THEODORE
CLINTON TWP, MI 48035

FREDERICK J HILLER CUST STEPHANIE R HILLER U/THE MICH
13772 197TH LN NW
ELK RIVER, MN 55330-6007

FREDERICK J HILLER CUST THERESA L HILLER U/THE MICH U
13772 197TH LN NW
ELK RIVER, MN 55330-6007

FREDERICK J OCHS & ELEANOR G OCHS TR
UA 08/30/91 OCHS FAMILY 1991 TRUST
2665 VAM PELT BLVD #143
ROSEBURG, OR 97470-8823

FREDERICK K CONRAD & HESTER A CONRAD TR
FREDERICK & HESTER CONRAD LIVING TRUST UA 09/17/93
158 WILD OAK CT
BALLWIN, MO 63011-2627

FREDERICK K STEINOUER & JANE E STEINOUER JT TEN
128 LAKEDALE DR
LAWRENCEVILLE, NJ 08648-4444

FREDERICK KLEIN
3517 OLD MILL DR
SPRING HILL, TN 37174-2190

FREDERICK KLEIN & OLGA KLEIN JT TEN
24515 BECK AVE
EASTPOINTE, MI 48021-3449

FREDERICK L KUEFFER & PATRICIA A KUEFFER TR
UA 05/23/2008 FREDERICK L KUEFFER & PATRICIA A
N6831 DONLIN DR
PARDEEVILLE, WI 53954

FREDERICK LEE GOEBEL TR
FREDERICK LEE GOEBEL & DOROTHY MAY GOEBEL TRUST
UA 09/20/95
3407 N PAIUTE WAY
SCOTTSDALE, AZ 85251-5136

FREDERICK LEININGER JR
37932 BLOOMFIELD DRIVE
LIVONIA, MI 48154-1142

FREDERICK LLOYD SHARPE PERSONAL REPRESENTATIVE OI
G SHARPE
460 BROADVIEW DR
RIDGELAND, SC 29936-5156

FREDERICK M HATHAWAY JR TR
FREDERICK M HATHAWAY JR LIVING TRUST UA 06/08/89
41302 FORTUNA DR E
CLINTON TWP, MI 48038-2235

FREDERICK ORR & SALLY ORR JT TEN
1848 118TH AVE NE
BLAINE, MN 55449-7903

FREDERICK R LENT CUST ELIZABETH LENT
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
4418 N WOLCOTT APT 2
CHICAGO, IL 60640-5833

FREDERICK ROBERT MIRMELSTEIN
1641 N NEW JERSEY ST
INDIANAPOLIS, IN 46202

FREDERICK W BODE & R JANET BODE TR
BODE FAMILY LIVING TRUST UA 05/08/96
1235 PLACITA JOSEPHINA
GREEN VALLEY, AZ 85614

FREDERICK W HENKE & VIOLA A HENKE TR
OR SUCCESSOR TTEE OF HENKE TRUST10/06/87
1203 E RIDLINGTON AVE
SHAWANO, WI 54166-3745

FREDERICK W KENDALL & DORIS E KENDALL TR
UA 5/31/08 FREDERICK W KENDALL &
129 CITY MILL RD
LANCASTER, PA 17602

FREDERICK W MILLER JR & JOHN D MILLER TR
FREDERICK WING MILLER TRUST UA 6/2/00
4 PARK RIDGE LN
PASS CHRISTIAN, MS 39571-4700

FREDERICK W ORR
1848 118TH AVE NE
BLAINE, MN 55449-7903

FREDERIQUE M KLEIN
AUF DEM WINGERTBERG 29
65817
EPPSTEIN
GERMANY

FREDRIC B WHITING CUST FREDRIC CHASE WIHITING UTMA (
1816 LEEWARD LANE
NEWPORT BEACH, CA 92660-3801

FREDRIC G DUNN CUST DAVID AARON DUNN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
835 SERENA DRIVE
PACIFICA, CA 94044-3448

FREDRIC SCHEINFELD
1565 FRANKLIN AVE 2ND FL
MINEOLA, NY 11501-4829

FREDRIC SCHEINFELD & MARTY SCHEINFELD JT TEN
251 PARK AVE
WESTBURY, NY 11590-1243

FREDRICK C KLEINERT
211 MIDFOREST LDG
PRUDENVILLE, MI 48651

FREDRICK E DRAISS CUST KATHLEEN ANNE DRAISS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21 LIME TREE LANE
LIVERPOOL, NY 13090-3409

FREDRICK G SPRINGMAN & ERIN SPRINGMAN TR
SPRINGMAN REVOCABLE LIVING TRUSTUA 01/30/04
180 N MORNINGSIDE DR
IDAHO FALLS, ID 83402-4625

FREDRICK L KLEIN
RR 2 BOX 27
SILEX, MO 63377-9609

FREDRICK P HEINRICHS
9609 HOLLY OAK DR
BAKERSFIELD, CA 93311-1712

FREDRICKA H MEINE
7352 LULLWATER ROAD
COLUMBUS, GA 31904-1912

FREEMAN L ADEN & MARILYN M ADEN TR
UA 10/24/90 THE FREEMAN L ADEN &MARILYN
7185 MARSH RIDGE TRL
AUGUSTA, MI 49012-9400

FREIDA A LACH TOD JENNA LACH
P O BOX 292382
PHELAN, CA 92329

FREIDA A LACH TOD TANYA M LACH
P O BOX 292382
PHELAN, CA 92329

FREIDA D BERNSTEIN
107 HYLAND DR
LAKE LUZERNE, NY 12846-3929

FRIDOLIN H KUMMER CUST HEIDI SONJA KUMMER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
197 RIDGECREST RD
BRIARCLIFF MANOR, NY 10510-2539

FRIEDA FARBER CUST LESTER J FARBER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
15 FAIR LANE
JERICHO, NY 11753-2309

FRIEDA M PATRICK & JUDITH B REINDL JT TEN
6201 TOWN HALL RD
BELLEVILLE, IL 62223-8611

FRIEDA MEYER CUST ADOLPH MEYER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
144-32 NORTHERN BLVD
FLUSHING, NY 11354-4231

FRIEDA MEYER CUST CAROLYN MEYER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
144-32 NORTHERN BLVD
FLUSHING, NY 11354-4231

FRIEDHELM WENZEL
EICHHOF 30
D 34359
REINHARDSHAGEN
GERMANY

G J RUTLEDGE
1364 102ND STREET
NIAGARA FALLS, NY 14304-2720

G MARVIN CLICKNER CUST TRINA E CLICKNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
710 LOUDEN AVE
DUNEDIN, FL 34698-7011

G MICHAEL BOSWELL CUST JEFFERSON M BOSWELL UGMA T
2632 WERLEIN ST
HOUSTON, TX 77005-3958

G THOMAS COVERT & MARGARET A COVERT TR
G THOMAS & MARGARET A COVERT REV TRUST UA 07/24/03
2112 W VISTA RIDGE DR
GREEN VALLEY, AZ 85614-5475

GABREL FARESE CUST FRANCES FARESE
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
36 BIRCH STREET
CARTERET, NJ 07008-2459

GABRIEL MELLO CUST RUSSELL STEPHEN MELLO
U/THE MASS UNIFORM GIFTS TO MINORS ACT
78 JEAN AVE
SOMERSET, MA 02725-1806

GAETANO AGOSTINO & MARY V AGOSTINO TR
GAETANO AGOSTINO TRUST UA 03/12/02
700 W FABYAN PKWY APT 178E
BATAVIA, IL 60510-1213

GAETANO M ROSSI
1432 REINER ROAD
NORRISTOWN, PA 19403

GAETANO W CAPODANNO & CHRISTA CAPODANNO TR
UA 01/24/08 CAPODANNO LIVING TRUST
6 CABOT ROAD
LARCHMONT, NY 10538

GAIEROSE HASKEL CUST WILLIAM D HASKEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4 FOXEY LANE
MAHOPAC, NY 10541-2034

GAIL A BROTHER & DAVID BROTHER TR
GAIL A BROTHER LIVING TRUST UA 6/28/99
3 EMERY RD
BEDFORD, MA 01730-1061

GAIL B KEMPT & HARRY C KEMPT JT TEN
PO BOX 180382
CORONADO, CA 92178-0382

GAIL B LEFF
ATTN GAIL LEFF FELDSTEIN
14720 PLUMAS DR
CHESTERFIELD, MO 63017-2440

GAIL ELENA WEINBERGER
6130 CARPENTER HOUSE
DOWNERS GROVE, IL 60516-1809

GAIL J JONES
PO BOX 700786
MIAMI, FL 33170-0786

GAIL K KLEIN & ROBERT E KLEIN JT TEN
2650 HAMPTONS CHASE
ALPHARETTA, GA 30005-7407

GAIL STEIN
29 FAIRBANKS BLVD
WOODBURY, NY 11797-2603

GALE L VANDEWATER
11572 152ND AVE
WEST OLIVE, MI 49460-9619

GALEN C MOSER CUST LINDA PAGE MOSER
U/THE N C UNIFORM GIFTS TO MINORS ACT
1916 SHIRLEY DRIVE
BURLINGTON, NC 27215-4832

GALEN C MOSER CUST MARGARET CARTNER MOSER
U/THE N C UNIFORM GIFTS TO MINORS ACT
1916 SHIRLEY DRIVE
BURLINGTON, NC 27215-4832

GALEN E EVERETT & HELEN M EVERETT TR
UNDER DECLARATION OF TRUST 05/14/91
10011 S TURNER
EVERGREEN PARK, IL 60805-3448

GALINA VELIKANOV & IGOR VELIKANOV TR
VELIKANOV FAM JOINT LIVING TRUSTUA 01/10/98
930 N LA JOLLA AVE
W HOLLYWOOD, CA 90046-6817

GALIPOTHU JOHN SATISCHANDRA ABRAHAM
27 GOMECO HSG SOCIETY
BAMBOLIM
GOA-403202
INDIA

GARALD W STARR CUST SANDRA JANE STARR
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
509 MAPLE LEAF DR
GREENCASTLE, IN 46135-7209

GARLAND G RANSOM CUST JAY A RANSOM
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
538 LODGE DRIVE
ST LOUIS, MO 63126-1632

GARRETT DU BOIS CRISPELL CUST SARAH MAIDEN CRISPELL
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
PO BOX 808
EL GRANADA, CA 94018-0808

GARRETT SILCOX
2311 216TH AVE SE
SAMMAMISH, WA 98075

GARTHA L TATE
APT 8E
140-8 EINSTEIN LOOP
BRONX, NY 10475

GARY A BRUBAKER
8601-518 OLD SPAINSH TRAIL
TUCSON, AZ 85710-4358

GARY A FALKENSTEIN
37 SENTRY LANE
NEWARK, DE 19711-6959

GARY A WIREMAN & WENDY S THOMPSON TR
GLEN F WIREMAN LIVING TRUST UA 05/12/05
3546 WARREN-SHARON RD
VIENNA, OH 44473-9509

GARY C CANTRELL
PO BOX 330087
MURFREESBORO, TN 37135-0087

GARY C KLEINKE
4455 ALVARADO DR
BAY CITY, MI 48706-2515

GARY D BRONSON & BETTY L BRONSON JT TEN
3687 104TH AVE
ALLEGAN, MI 49010-8196

GARY D LEIRSTEIN & TERRI L LEIRSTEIN
9100 MAYFRED
PINCKNEY, MI 48169-9131

GARY D MILSTEIN
298 BLOSSOM LN
CHAGRIN FALLS, OH 44022-5107

GARY D STEINBERG & SUSAN C STEINBERG JT TEN
2 PITT CT
ROCKVILLE, MD 20850-1027

GARY D STEINER
4455 E PARADISE VILLAGE PKWY S
UNIT 1108
PHOENIX, AZ 85032-7760

GARY E KOBEN
HC 476310 ST MARTINS PT
HESSEL, MI 49745

GARY E MAIN
11523 169TH CT NE
REDMOND, WA 98052

GARY E SCHEINER
132 WINDSTONE DRIVE
GREENVILLE, SC 29615-3819

GARY E THOMAS CUST RANDELL S THOMAS
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
P O BOX 788
EDMONDS, WA 98020

GARY E WOLTER & RITA D WOLTER TR
GARY E & RITA D WOLTER JOINT REVOCABLE
1401 WHITTIER PLACE
DEARBORN, MI 48124-1725

GARY G LEINBERGER
2713 22ND STREET
BAY CITY, MI 48708-7615

GARY G ZAPOLI & CAROLYN ZAPOLI & ANGELA R ZAPOLI TR
ZAPOLI REVOCABLE TRUST UA 4/1/05
55081 WOODSLANE
SHELBY TWP, MI 48316-1020

GARY I BISNOW CUST MAUREEN E BISNOW
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
5589 FAIRFIELD PLACE
MOBILE, AL 36609

GARY J GERSTNER
2215 197TH AVENUE KP S
LAKEBAY, WA 98349-9732

GARY J GOTOWKA
5132 REINHARDT
BAY CITY, MI 48706-3253

GARY J PETERSON & BEULAH M PETERSON TR
THE GARY & BEULAH PETERSON REVOCABLE TRUST UA
06/27/03
1024 GLENHAVEN
FULLERTON, CA 92835-3726

GARY J RICCIO & SARAH D RICCIO JT TEN
2618 223RD STREET EAST
BRADENTON, FL 34211

GARY J STEIN
7434 JOHNSON RD
FLUSHING, MI 48433-9050

GARY JEROME LEVINSON
PO BOX 691452
W HOLLYWOOD, CA 90069

GARY K LEVENE & PATRICIA A LEVENE JT TEN
2180 348TH STREET
CASEY, IA 50048-8035

GARY KENNEDY
205605 E 10TH AVE
KENNEWICK, WA 99337

GARY KLEINFELDER
246 W MARKET
MERCER, PA 16137-1013

GARY KRAMER CUST MARK KRAMER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
6 RISING MOON
SANTA FEE, NM 87501-8642

GARY L BOTTENFIELD & LANA BOTTENFIELD TR
GARY & LANA BOTTENFIELD FAMILY TRUST UA 06/14/01
1136 CAMINO ALISOS
FALLBROOK, CA 92028-3765

GARY L CALDWELL & ELEANOR M CALDWELL TR
UA 03/17/2009 CALDWELL FAMILY TRUST
519 AZURE AVE
WELLINGTON, FL 33414

GARY L CAVITT & MARY Q CAVITT JT TEN
PO BOX 681773
FRANKLIN, TN 37068-1773

GARY L GOOD
5781 LEE BLVD
UNIT 208-373
LEHIGH ACRES, FL 33971-6337

GARY L GROVER
46164 186TH AVENUE CT
ZUMBROTA, MN 55992-7275

GARY L HIGHTOWER
PO BOX 490483
LAWRENCEVILLE, GA 30049-0009

GARY L KLEIN
14130 HILLSDALE DRIVE
STERLING HTS, MI 48313-3542

GARY L KLEINERT
537 CLARION ST
CLIO, MI 48420

GARY L MCMILLIAN
PO BOX 382476
DUNCANVILLE, TX 75138-2476

GARY L ORENSTEIN
1285 WOODMANCY RD
TULLY, NY 13159

GARY L STARK SR & LINDA S STARK TR
GARY L STARK SR & LINDA S STARK TRUST UA 08/14/96
4503 ST ANTHONY RD
TEMPERANCE, MI 48182-9779

GARY L WHITING
6216 S DORR RD
FALMOUTH, MI 49632-9727

GARY LYNN JENNEWEIN
121 DEAN TOWN LANE
HAZARD, KY 41701

GARY M NOBEL & VANITA MURTHY & SANFORD M NOBEL TR
NOBEL/MURTHY 1999 REV TRUST UA 06/10/99
12924 TRIUMPH DR
POWAY, CA 92064

GARY M REYNOLDS & BEVERLY A REYNOLDS TR
REYNOLDS LIVING TRUST UA 12/28/00
1628 WEST PORT COURT
CICERO, IN 46034-9517

GARY M ROLLING
1540 KELLER PKWY 108 236
KELLER, TX 76248-3621

GARY PETERSON
2118 136TH AVE SE
NORMAN, OK 73026-8789

GARY R TROSIN & GAIL G TROSIN TR
GARY R & GAIL G TROSIN REVOCABLE TRUST UA 11/14/01
12925 LINDA VISTA CT
BELLEVILLE, MI 48111-2275

GARY S GLESBY
PO BOX 270415
HOUSTON, TX 77277-0415

GARY SCHAEZLEIN
2543 SHERBORNE
BELMONT, CA 94002

GARY V MOTCH
180-3000 KASSON RD
TRACY, CA 95304

GARY W EINFELDT
PO BOX 183
FORT GAY, WV 25514

GARY W SLATER & JANETHA L SLATER TR
GARY W SLATER & JANETHA L SLATER REVOCABLE LIVING
TRUST UA 5/15/03
26209 S BEECH CREEK DR
SUN LAKES, AZ 85248-7216

GARY W TAYLOR
PO BOX 112241
ANCHORAGE, AK 99511-2241

GARY WOLFE & BROOK WOLFE TR
GARY WOLFE & BROOKE WOLFE REV LIVING TRUST UA
10/29/97
1440 YAQUI
ST LOUIS, MO 63031-7347

GAYE M DINGEMAN & ROBERT E DINGEMAN TR
UNDER DECLARATION OF TRUST 10/31/91
10292 AVIARY DRIVE
SAN DIEGO, CA 92131-1319

GAYLE R HEUBISH CUST JOHN E HEUBISH JR UGMA NY
5023 192 ST
FRESH MEADOWS, NY 11365-1213

GEERT JAN HOOGEVEEN
#204-1872 BARCLAY ST
VANCOUVER BC
V6G 1K8 CANADA

GENA LOU WOYWOOD & BRETT G WOYWOOD TR
UA 08/17/2006 DENNIS J WOYWOOD & GENA LOU WOYWOOD
2405 TAMARAC DRIVE
ALBUQUERQUE, NM 87111

GENE A ALDERSON & MARY ANNE ALDERSON TR
UA ALDERSON FAMILY TRUST 07/24/91
919 W STANFORD STREET
SANTA ANA, CA 92707-1546

GENE D BESS
PO BOX 352386
PALM COAST, FL 32135-2386

GENE HICKS & GARY GENE HICKS & JOANNE ROSE HICKS TR
GENE HICKS REVOCABLE TRUST UA 5/13/99
138 FAIRMONT PL
BEL AIR, MD 21014-5472

GENE HICKS & GARY GENE HICKS &JOANNE ROSE HICKS TR
JOAN STAFFORD HICKS REV TRUST UA 5/13/99
138 FAIRMONT PL
BEL AIR, MD 21014-5472

GENE MCFADDEN & MARY A MCFADDEN TR
THE GENE MCFADDEN & MARY A MCFADDEN REV LIVING
TRUST UA 03/02/00
19610 MAGNOLIA
SOUTHFIELD, MI 48075-7310

GENE R DIXSON & LELIA WESTON DIXSON TR
DIXSON REVOCABLE TRUST UA 09/01/98
3109 MATADOR DR NE
ALBUQUERQUE, NM 87111-5622

GENE R LYONS JR & NANCY LYONS JT TEN
13820 128 AVE
GRAND HAVEN, MI 49417-9775

GENEVA B TAYLOR
PO BOX 770853
STEAMBOAT SPRINGS, CO 80477-0853

GENEVIEVE A BARRETTE TR
UA 08/23/90 RONALD J BARRETTE & GENEVIEVE A
BARRETTE TRUST
1319 BASSWOOD DR
HOLIDAY, FL 34690-6604

GENEVIEVE A SAUTKULIS CUST JOHN EDWARD SAUTKULIS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
20 ORCHARD ST
PRT WASHINGTN, NY 11050-2464

GENEVIEVE CHARTERS TR
GENEVIEVE CHARTERS REVOCABLE LIVING TRUST UA
04/25/02
193 COLEMAN DRIVE
WATERFORD, MI 48328-3611

GENEVIEVE K TRINKLE & CAROL A WILLIAMS TR
UA 4-17-2008 THE TRINKLE TRUST
4912 UNIVERSITY AVENUE
INDIANAPOLIS, IN 46201

GENEVIEVE M ZBROZEK TR
GENEVIEVE ZBROZEK & VICTOR ZBROZEK TRUST UA
03/17/92
8034 PASADENA DRIVE
PORT RICHEY, FL 34668-3036

GENEVIEVE NOWAK CUST ALICA LEGUMINA
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
31154 MOCERI CIRCLE
WARREN, MI 48093-1823

GENEVIEVE RAZIK CUST TAREK RAZIK
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
3 LINDEN ROAD
BURLINGTON, NJ 08016-1025

GENEVIEVE V & HARRY C LABONDE JR & SHAWN D LABONDE
HARRY C LABONDE TRUST UA 02/20/80
19403 E TUFTS CIR
AURORA, CO 80015-5821

GEOFFREY C GREENE
27403 THORNTREE RD
MUNDELEIN, IL 60060

GEOFFREY STEVEN FEINSTEIN
1222 AMHERST AVE 101
LOS ANGELES, CA 90025

GEORGE A ADAMS CUST ELIZABETH A ADAMS
A MINOR UNDER THE LAWS OF GEORGIA
38 GORMLEY AVE
TORONTO ON
M4V 1Y8 CANADA

GEORGE A BARNARD & RITA M BARNARD TR
UA 05/11/93 THE BARNARD FAMILY TRUST
7162 COUNTRY LANE
CHAGRIN FALLS, OH 44023-1302

GEORGE A BOEHM CUST MARK G BOEHM
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
112 E PASSAIC AVE
NUTLEY, NJ 07110-3026

GEORGE A CHALLIS & JEAN S CHALLIS TR
GEORGE A CHALLIS & JEAN S CHALLIS TRUST UA 5/5/04
1735 VICTORIA CIRCLE
VERO BEACH, FL 32967-7294

GEORGE A DEJONG & AGNES J DEJONG TR
GEORGE A DEJONG LOVING TRUST UA 06/20/90
10501 EMILIE LANE #1109
ORLAND PARK, IL 60467-8806

GEORGE A KNOX
P O BOX 372097
SAINT LOUIS, MO 63137

GEORGE A SAVARY & BERNADINE N SAVARY TR
REV LIV TR 05/16/85 U-A GEORGE ASAVARY &
4535 E EDGEWOOD
MESA, AZ 85206-2603

GEORGE A SCHNEIDER & ROBERT J SCHNEIDER & THOMAS J
SCHNEIDER TR UAD3 16 94FBO JM THOMAS & GA
5884 DEWHIRST DR
SAGINAW, MI 48603-7367

GEORGE ALAMEDA CUST LINDA MARIE ALAMEDA
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
58 MONTROSE
IRVINE, CA 92620-1995

GEORGE ALLEN KEMP & CHARLOTTE EILEEN KEMP TR
KEMP 1991 FAM TRUST UA 12/09/91
1672 FAIRWOOD AVENUE
SAN JOSE, CA 95125-4937

GEORGE ANASTAS CUST DAEMON GEORGE ANASTAS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4140 DOWNSROW CT
PORTLAND, OR 97221

GEORGE ARONOFF CUST JAMES BRUCE ARONOFF
A MINOR PURS TO SECS 1339 /26 INCLUSIVE OF THE
3142 SOMERSET DRIVE
SHAKER HEIGHTS, OH 44122-3813

GEORGE B GRANT & IMOGENE N GRANT TR
UA 07/07/92 GEORGE B GRANT & IMOGENE N GRANT TRUST
PO BOX 513
FLORAL CITY, FL 34436-0513

GEORGE B GURNETT & ROBERTA MUSSEN GURNETT TR
GEORGE B & ROBERTA MUSSEN GURNETT FAMILY TRUST
UA 03/21/95
1908 AVENIDA MONTE VISTA
SAN DIMAS, CA 91773-4100

GEORGE B MORRIS III & CELESTE B MORRIS TR
ANN PATRICIA MORRIS UA 07/17/79
1325 NORTH STATE PARKWAY # 5 B
CHICAGO, IL 60610-2136

GEORGE B PICKETT & ANNE L PICKETT TR
GEORGE B & ANNE L PICKETT TRUST UA 11/20/98
PO BOX 321
CLYDE, OH 43410-0321

GEORGE B RADER & LOUISE T RADER TR
UA 09/23/91 GEORGE & LOUISE RADER FAMILY TRUST FBO
5358 W 123RD ST
HAWTHORNE, CA 90250-3421

GEORGE B STEIN
20080 SECLUDED LANE
SOUTHFIELD, MI 48075-3819

GEORGE B STRATHERN TR
GEORGE B STRATHERN REVOCABLE LIVING TRUST UA
02/11/00
2411 CATHEDRAL DR
MONROEVILLE, PA 15146-4632

GEORGE BARNETT
15704 179TH AVE SE
MONROE, WA 98272

GEORGE BARRY LIKENS & FLORENCE L LIKENS TR
LIKENS FAM 1995 TRUST UA 05/01/95
321 SHERWOOD WAY
MENLO PARK, CA 94025-3511

GEORGE BARTRAM-PAUL SAND LODGE # 298 F&AM
POST OFFICE BOX 1298
MEDIA, PA 19063-8298

GEORGE BERNARDI CUST GAIL LYNNE BERNARDI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
8225 SW 109TH PL RD
OCALA, FL 34481-9637

GEORGE BLUM CUST KATHRYN BLUM
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2719 RIDGEWOOD CT
BLOOMFIELD, MI 48302-0967

GEORGE BOLTON & KATHLEEN BOLTON TR
THE BOLTON FAMILY TRUST 2002 UA 03/25/02
2303 LONESOME DOVE RD
SOUTHLAKE, TX 76092-3319

GEORGE BOOTH
PO BOX 420729
PONTIAC, MI 48342-0729

GEORGE C ANDERSON & TAUBA U ANDERSON TR
ANDERSON FAMILY TRUST UA 09/03/93
485 ARUNDEL RD
GOLETA, CA 93117-2163

GEORGE C ANDERSON & TAUBA U ANDERSON TR
ANDERSON FAMILY TRUST UA 9/3/93
485 ARUNDEL ROAD
GOLETA, CA 93117-2163

GEORGE C DYER JR & CLARISSA B DYER TR
UA 11/07/02 DYER POWER OF APPOINTMENT
2286 PLEASANT VIEW DR
VICTOR, MT 0ZZZZ

GEORGE C GUZIK & PATRICIA A GUZIK TR GUZIK LIVING TRUS
3898 309TH AVE NW
CAMBRIDGE, MN 55008-7039

GEORGE C LYONS CUST EDWARD GEORGE LYONS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
BOX 69
RAYMONDVILLE, NY 13678-0069

GEORGE C LYONS CUST KATHRYN ELLEN LYONS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
6331 HUNTERS CREEK RD
SOUTH WALES, NY 14139-9511

GEORGE C MACEWAN & RITA A MACEWAN TR
UA 05/12/92 REVOCABLE TRUST FOR TRUST OF R A
MACEWAN
3088 OXBOW CT
CLEARWATER, FL 33761-4029

GEORGE C NICHOLS III
4624 259TH ST NE
ARLINGTON, WA 98223

GEORGE C SCHOULDA & ELEANOR L SCHOULDA TR
UA 07/11/91 THE GEORGE C SCHOULDA & ELEANOR L
110 WAREHAM LANE
WINSTON SALEM, NC 27106

GEORGE C SCHULZ CUST JOHN W SCHULZ
A MINOR UNDER GIFTS OF SECS TO MINORS ACT
746 17TH AVE
SAN FRANCISCO, CA 94121-3821

GEORGE C WILEY JR TR
GEORGE C WILEY JR REVOCABLE LIVING TRUST UA 08/29/01
3017 E 5TH ST
ANDERSON, IN 46012-3811

GEORGE CINI & NANCY JANE CINI TR
UA 09/20/2008 GEORGE & NANCY JANE CINI REVOCABLE
4333 24TH AVE
FORT GRATIOT, MI 48059

GEORGE D LOYA & RUTH A LOYA TR
LOYA FAMILY REVOCABLE LIVING TRUST UA 09/08/98
9060 MCKINLEY DR
NORTHFIELD, OH 44067-1219

GEORGE D PAPAGEORGIOU
& LIZA PAPAGEORGIOU & DEMETRIOS PAPAGEORGIOU JT
TEN
5310 LONGMEADOW
BLOOMFIELD HILLS, MI 48304-3660

GEORGE D RAY CUST JOSEPH MICHAEL PFISTER
UNDER THE MO TRANSFERS TO MINORS LAW
2613 HERITAGE LANDING
ST CHARLES, MO 63303-6119

GEORGE D WISEMAN
3590 ROUND BOTTOM RD
CINCINNATI, OH 45244-3026

GEORGE DOUGLAS HEINZE
2041 FARMVIEW DR
NEWTOWN, PA 18940-9418

GEORGE E AUBIN & PATRICIA A AUBIN TR
GEORGE & PATRICIA AUBIN JT REVOCABLE TRUST
21000 BRINK CT
GAITHERSBURG, MD 20882-4209

GEORGE E DEBISSCHOP & LINDA L DEBISSCHOP TR
THE DEBISSCHOP TRUST UA 04/16/02
1346 RELIEZ VALLEY RD
LAFAYETTE, CA 94549-2647

GEORGE E ERHARDT
1571 104TH
GRANT, MI 49327

GEORGE E HOWARD
PO BOX 430667
PONTIAC, MI 48343-0667

GEORGE E KLINKENBERG
24525 219TH ST
LEAVENWORTH, KS 66048-7128

GEORGE E MILLER
2893 BENSTEIN RD
WALLED LAKE, MI 48390-1103

GEORGE E MURAS & DIANNE MARIE MURAS TR
UA 06/25/91 GEORGE MURAS & DIANNE MURAS LIVING
TRUST
40614 CALLE GALACIA
MURRIETA, CA 92562-3578

GEORGE E SCHMIDT & ARHONDIA SCHMIDT TR
GERORGE E SCHMIDT & ARHONDIA SCHMIDT REV TRUST
UA 3/29/99
4802 LAKE WAY DRIVE
BROWNSVILLE, TX 78520-9243

GEORGE E STEELE
23185-104TH
LIVE OAK, FL 32060-5834

GEORGE E THEXTON
& FLORENCE A THEXTON JT TEN TOD KEVIN D THEXTON
SUBJECT TO STA TOD RULES
3119 BERRY ROAD
KANSAS CITY, KS 66106

GEORGE E WHITING & JEAN G WHITING JT TEN
12 VIEW DR
LEXINGTON, VA 24450-7475

GEORGE E WIEGEL JR CUST GEORGE E WIEGEL 3RD
U/THE ILL UNIFORM GIFTS TO MINORS ACT
10448 LOUETTA LANE
ORLAND PARK, IL 60467-1349

GEORGE F CHASE & JEAN F CHASE TR
UA 06/03/93 GEORGE F CHASE & JEAN F CHASE TRUST
10 CONGRESS ST APT 709
GREENFIELD, MA 01301-3540

GEORGE F FANSLOW & BARBARA J FANSLOW & ANNETTE L II
FANSLOW FAMILY TRUST UA 08/02/04
4408 WINFIELD LANE
SEBASTOPOL, CA 95472-5734

GEORGE F FLEINER JR
126 W DURBIN AVE
BELLVILLE, OH 44813-1137

GEORGE F SOUTHLAND & FLORENCE A SOUTHLAND TR
SOUTHLAND FAMILY TRUST UA 7/28/97
2036 FOLLE BLANCHE DR
SAN JOSE, CA 95135-1251

GEORGE F WIEGAND & JOANNE M WIEGAND TR
UA 02/18/94 GEORGE & JOANNE M WIEGAND
8188 ALMONT RD
ALMONT, MI 48003-8746

GEORGE FALKENSTEIN & ANGELINA FALKENSTEIN JT TEN
3 KEVIN TER
FAIRFIELD, NJ 07004-1825

GEORGE FONG CHIN CUST HENRY CHIN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
96 ROBERT ST
BRAINTREE, MA 02184

GEORGE FORSMAN CUST BJORN FORSMAN UTMA WA
16423 161ST LN N E
WOODINVILLE, WA 98072

GEORGE G FIESINGER
504-507 BURRELL BLDG
LITTLE FALLS, NY 13365-3838

GEORGE G KLEIMAN
R AMERICO DE CAMPOS 1093
13083040 CAMPINAS SP BRASIL
BRAZIL

GEORGE G METZGER TR
GEORGE G & MARY G METZGER REVOCABLE TRUST UA
11/16/98
1940 HINES LAKEVIEW DR
CUMBERLAND, WI 54829-9118

GEORGE G PATTERSON CUST FRANK G PATTERSON
U/THE N C UNIFORM GIFTS TO MINORS ACT
4572 FRIENDSHP PATTERSON MILL
BURLINGTON, NC 27215

GEORGE G PATTERSON CUST G WILSON PATTERSON
U/THE N C UNIFORM GIFTS TO MINORS ACT
4560 FRNDSHP PATTERSON MILL RD
BURLINGTON, NC 27215-8510

GEORGE G PATTERSON CUST MISS SUSAN E PATTERSON
U/THE N C UNIFORM GIFTS TO MINORS ACT
4560 FRIENDSHIP PATTERSON MILL
BURLINGTON, NC 27215-8510

GEORGE G WEST & SANDRA L WEST TR
GEORGE G WEST AND SANDRA L WEST TRUST 06/18/04
5075 S W LUDLUM ST
PALM CITY, FL 34990-5042

GEORGE GAMBINO
& CHARLOTTE F GAMBINO & CHERYL L GAMBINO & GARY G
GAMBINO JT TEN
1150 CLINTON AVE
OAK PARK, IL 60304-1846

GEORGE GINOS CUST MATTHEW JOHN PECK
UNDER THE FLORIDA GIFTS TO MINORS ACT
936 5TH AVE S
NAPLES, FL 34102-6412

GEORGE GODHARDT
PO BOX 521535
BIG LANE, AK 99652-1535

GEORGE H BECKER CUST BARRIE BECKER
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
81 WEST MONTECITO AVE.
SIERRA MADRE, CA 91024

GEORGE H BYHAM & DOROTHY D BYHAM TR
BYHAM FAMILY REVOCABLE LIVING TRUST UA 09/26/01
4535 PERKINS ST
ERIE, PA 16509-1171

GEORGE H CURFMAN CUST GEORGE H CURFMAN 3RD
U/THE COLO UNIFORM GIFTS TO MINORS ACT
1271 HUMMINGBIRD CIR
APT D
LONGMONT, CO 80501-8863

GEORGE H LITTLEFIELD & KATHLEEEN C LITTLEFIELD TR
LITTLEFIELD FAM TRUST UA 07/06/94
1647 LITTLEFIELD RD
BROOKE, ME 04921-3912

GEORGE H REGAN & DOROTHY L REGAN TR
UA 09/02/93 THE GEORGE H REGAN &DOROTHY L REGAN
5770 STIRLING RD
HOLLYWOOD, FL 33021-1549

GEORGE H SPENCER & SUSAN L SPENCER TR
UA SPENCER FAMILY REVOCABLE TRUST
3711 EL RICON WAY
SACRAMENTO, CA 95864-2918

GEORGE H WOOD JR CUST TRACY BATTEN WOOD
U/THE VA UNIFORM GIFTS TO MINORS ACT
PO BOX 5
BOONES MILL, VA 24065-0005

GEORGE HANNAUER 3RD CUST DAVID GEORGE HANNAUER
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
52 KENDAL DR
OBERLIN, OH 44074-1902

GEORGE HANNAUER 3RD CUST JOHN GEOFFREY HANNAUER
U/THE N J UNIFORM GIFTS TO MINORS ACT
52 KENDAL DR
OBERLIN, OH 44074-1902

GEORGE HEINISH JR
12224 THE BLUFFS
STRONGSVILLE, OH 44136-3521

GEORGE HEINLEIN
245 SYLVIA ST
ROCHESTER, NY 14623-1345

GEORGE HOLST II
4276 165TH AVE NW
ANDOVER, MN 55304-1705

GEORGE I CANNON & KENT H CANNON TR
GEORGE I CANNON REVOCABLE TRUST UA 09/06/97
2300 ONEIDA ST
SALT LAKE CITY, UT 84109-1527

GEORGE I GRAY & VALERIE E GRAY TR
GEORGE I GRAY & VALERIE E GRAY REV TRUST UA 08/27/99
14500 FARMBROOK DR
PLYMOUTH, MI 48170-2720

GEORGE IMPERATORE CUST GEORGE GERARD IMPERATORE
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
613 SLOAT PL
RIVERVALE, NJ 07675-6233

GEORGE J AMAN CUST JAMES K AMAN
A MINOR PURS TO SECTIONS 1339 /26 INCLUSIVE OF THE
1101 CENTRAL TRUST TOWERS
CANTON, OH 44702

GEORGE J BEGLINGER
ACKERSTEINSTR 164
8049 ZURICH
SWITZERLAND

GEORGE J BLES & JEANNE L BLES TR
GEORGE J & JEANNE L BLES REV LIVING TRUST UA 04/01/98
8688 ASHBURY DR
HUDSON, FL 34667-6927

GEORGE J ECK JR CUST MELISSA S ECK
UNDER THE FL UNIF TRNSFERS TO MINORS ACT
101 KYLE CT NE
PALM BAY, FL 32907-1149

GEORGE J HANSON & ROBERTA H HANSON TR
GEORGE J HANSON & ROBERTA H HANSON TRUST UA
09/01/95
2579 T AVE
WILLIAMSBURG, IA 52361-8635

GEORGE J RUTLEDGE & CAROLYN P RUTLEDGE JT TEN
1364 102ND ST
NIAGARA FALLS, NY 14304-2720

GEORGE J TREZEK & JOAN A TREZE SUCC TR
THE TREZ REVOCABLE TRUST UA 09/04/92
2210 CANYON OAK LANE
DANVILLE, CA 94506-2014

GEORGE JOHN DOBROVICH & RUTH M DOBROVICH TR
UA DOBROVICH REVOCABLE LIVING TRUST 07/29/92
97 BALMORAL DR
LAKE PLACID, FL 33852-7000

GEORGE JOSEPH CUST DEEPU GEORGE JOSEPH
UNDER MO TRANSFERS TO MINORS LAW
PO BOX 191015
SAINT LOUIS, MO 63119-7015

GEORGE K MISTER SR
11048 116TH ST N
LARGO, FL 33778-3730

GEORGE K MISTER SR & MARGARET A MISTER JT TEN
11048 116TH ST N
LARGO, FL 33778-3730

GEORGE KANTER CUST ANDREW KANTER
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
10 SHASTA RD
WAYNE, NJ 07470-6114

GEORGE KEENAN & MARGARET M KEENAN TR
UA 12/21/2006 KEENAN FAMILY REV LIV TRUST
1350 SILVER LAKES BLVD
NAPLES, FL 34114

GEORGE KONSTANTINOW TOD GEORGE KONSTANTINOW JR
RULES
2716 PATRICIA LANE
WINSTON SALEM, NC 27103

GEORGE KRAWCHUK
& MICHAEL KRAWCHUK & KATHLEEN E MIER & ELIZABETH A
KRAWCHUK JT TEN
6491 METTETAL
DETROIT, MI 48228-5217

GEORGE L BATT CUST KENNETH C BATT
U/THE IDAHO UNIFORM GIFTS TO MINORS ACT
24104 SHERYL LANE
CALDWELL, ID 83605-8465

GEORGE L ELLIS CUST JOHN YOUNG ELLIS
A MINOR UNDER CALIF GIFTS OF SEC TO MINORS ACT
12285 WOODLEY AVE
GRANADA HILLS, CA 91344-2863

GEORGE L HEWITT & ESTHER F HEWITT TR
GEORGE L & ESTHER F HEWITT REVOCABLE TRUST UA
10/28/03
14351 PARK DR
MECOSTA, MI 49332-9797

GEORGE L MALLISON & JANET ANN MALLISON TR
UA 08/22/2007 GEORGE MALLISON REVOCABLE TRUST
11642 SARA ANN DR
DEWITT, MI 48820

GEORGE L ORTWEIN & NORMA J ORTWEIN TR
THE ORTWEIN REVOCABLE TRUST UA 05/27/93
5325 BEDFORD COURT
INDEPENDENCE, KY 41051-7803

GEORGE LE FEVRE CUST DOUGLAS LE FEVRE
UNDER THE MI UNIFORM GIFTS TO MINORS LAW
19400 WOODWORTH
REDFORD, MI 48240-1532

GEORGE M FRANK
15B MONMOUTH LN
WHITING, NJ 08759-1744

GEORGE M HIRSBERG CUST DAVID M HIRSBERG
U/THE MISS UNIFORM GIFTS TO MINORS ACT
MC WILLIAMS BLDG
CLARKSDALE, MS 38614

GEORGE M KRUMPOTICH & SUSAN G KRUMPOTICH TR
UA KRUMPOTICH FAMILY TRUST 08/31/89
BOX 2870
PALM SPRINGS, CA 92263

GEORGE M POMPHRET IN TR
UW FRANCIS J POMPHRET F/B/O CHRISTOPHER REARDON
36 MYSTIC STREET
METHUEN, MA 01844-2417

GEORGE M SUTER CUST FREDERICK H SUTER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
88 FULLER AVE
WEBSTER, NY 14580-3547

GEORGE MARTIN STONE II & CELIA ANNE WALKER STONE TR
GEORGE M & CELIA A STONE REV LIVING TRUST UA11/19/97
4009 QUEENSWOOD DRIVE
PORTSMOUTH, VA 23703-1805

GEORGE MASTERTON & HARRIET MASTERTON TR
GEORGE MASTERTON & HARRIET MASTERTON LIVING
521 WATERFORD AVE
MOUNT DORA, FL 32757-9554

GEORGE MURGES CUST JOHN G MURGES
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
4061 PRAIRIE VIEW DRIVE N
SARASOTA, FL 34232-1635

GEORGE N ANDREWS & FRANCES A ANDREWS TR
UA 04/06/93 ANDREWS REVOCABLE LIVING TRUST
1525 VALPARAISO
MENLO PARK, CA 94025-5563

GEORGE N WILLIAMS JR & EULALIA J WILLIAMS JT TEN
PO BOX 151531
ARLINGTON, TX 76015-7531

GEORGE NEIL PERKINS & SHERRIE PERKINS TR
UA PERKINS FAMILY TRUST 08/22/91
1405 DARTMOUTH DR
SOUTH LAKE, TX 76092-7104

GEORGE P CIVILLE CUST PATRICK CIVILLE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
STE 400
GCIC BUILD
AGANA 96910 GUAM

GEORGE P SLIVINSKI & ALICE K SLIVINSKI TR
SLIVINSKI LIVING TRUST UA 12/28/98
7772 BREAGER RD
THREE LAKES, WI 54562-9207

GEORGE PASKIEWICZ
RUA PROFESSOR THOMAZ GALHARDO
655 CENTRO
UBATUBA SAO PAULO 11680 000
BRASIL BRAZIL

GEORGE PETRILLO & CAROLYN A PETRILLO JT TEN
PO BOX 471134
AURORA, CO 80047-1134

GEORGE PHILLIP REINER
29761 MONARCH DR
SAN JUAN CAPISTRAN, CA 92675-1427

GEORGE R CHENEY & CAROL J CHENEY TR
GEORGE R CHENEY REVOCABLE TRUST UA 06/09/99
8229 SOUTH MASON
BURBANK, IL 60459-1955

GEORGE R FERRIS & BETTY JEAN FERRIS TR
GEORGE R & BETTY JEAN FERRIS REVOCABLE TRUST UA
5/5/99
2595 EASTMOOR DR
SANTA ROSA, CA 95405-8042

GEORGE R JACOBSEN
& MARY L JACOBSEN JT TEN TOD RONALD G JACOBSEN
SUBJECT TO STA TOD RULES
2017 SUNSET RIDGE DR
CROSSVILLE, TN 38571-0489

GEORGE R MANSFIELD CUST SHIRLEY K MANSFIELD
A MINOR U/SECT 125-5-1/12 OF THE COLO REVISED
STATUTES 53
6772 S KEARNEY COURT
ENGLEWOOD, CO 80112-1034

GEORGE R PARKHURST & STEPHANIE G PARKHURST TR
UA 11/30/93 PARKHURST REVOCABLE TRUST
117 CONCORD ST
GLOUCESTER, MA 01930-1652

GEORGE R PASSERI
PO BOX 478105
CHICAGO, IL 60647-8105

GEORGE R POERNER CUST GEORGE G POERNER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
PO BOX 1475
ROBBINVILLE, NC 28771-1475

GEORGE R RAYMONDS & JOANNE B RAYMONDS TR
RAYMONDS REVOCABLE TRUST UA 06/09/97
2839 KAVALIER DR
PAIN HARBOR, FL 34684-4118

GEORGE R REINIS
715 MARLOWE RD
CHERRY HILL, NJ 08003-1551

GEORGE R SANFORD CUST ARTHUR H SANFORD
U/THE MASS UNIFORM GIFTS TO MINORS ACT
13244 GLENCLIFF WAY
SAN DIEGO, CA 92130-1309

GEORGE R TYNES
PO BOX 524205 STADIUM
BRONX, NY 10452-1283

GEORGE RITCHIE
1211-360 WATSON ST WEST
WHITBY ON
L1N 9G2 CANADA

GEORGE ROBERT LEOPOLD & PATSY CLEYONE LEOPOLD TR
U-D TR 8/28/89 W/GEORGE R LEOPOLD &
8566 NOTTINGHAM PLACE
LA JOLLA, CA 92037-2124

GEORGE ROBERT SHANNON & BETTY LOU SHANNON TR
UA 03/14/88 GEORGE ROBERT SHANNON &
307 S WOODS MILL RD APT 178
CHESTERFIELD, MO 63017

GEORGE ROBINSON & RUTH NAOMI ROBINSON TR
GEORGE & RUTH ROBINSON TRUST UA 10/28/96
2651 RESOR RD
FAIRFIELD, OH 45014-3955

GEORGE ROSS GILLESPIE & BEATRICE GILLESPIE TR
UA 09/01/88 GEORGE BEATRICE GILLESPIE
4014 HILLSDALE DR
AUBURN HILLS, MI 48326-4305

GEORGE RUBINE CUST MARCIA RUBINE
A MINOR U/P L 55CHAPTER 139 OF THE LAWS OF NJ
230 W 79TH ST
APT 122 SOUTH
NEW YORK, NY 10024-6210

GEORGE S SPINK &DORIS S SPINK TR
SPINK FAMILY REVOCABLE LIVING TRUST UA 12/13/00
1144 MIFFLIN AVE
ASHLAND, OH 44805-2943

GEORGE S ZIMMER & DIANE M ZIMMER TR
UA 08/25/93 THE ZIMMER FAMILY TRUST
PO BOX 1143
LAKEPORT, CA 95453-1143

GEORGE SEALOVE CUST ALAN SEALOVE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
61 ARBOR ROAD
ROSLYN, NY 11577-1805

GEORGE SIMEON PORTIE JR USUFRUCT PENNIE L PORTIE
& DANIEL W PORTIE & GARY L PORTIE NAKED OWNERS
1010 PATCH STREET
SULPHUR, LA 70663

GEORGE SPIELHAUPTER & ANN SPIELHAUPTER TR
THE SPIELHAUPTER FAMILY LIVING TRUST UA 10/18/02
105 RED FOX CT
ROSCOMMON, MI 48653-9328

GEORGE STEETS CUST DAVID STEETS
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
21 HALEY LN
NORTH WINDHAM, CT 06256-1402

GEORGE T BARTON & MARY T BARTON & MARGARET E CONN
GEORGE T BARTON REVOCABLE TRUST UA 09/29/03
1262 EAST 32ND STREET
BROOKLYN, NY 11210-4743

GEORGE T KENNEDY CUST PATRICK G KENNEDY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
101 HONEYTREE CIRCLE
WAXAHACHIE, TX 75165-6903

GEORGE THOMAS CHALLONER & GLADYS MOORE CHALLONE
G T & G M CHALLONER TRUST UA 10/26/04
10201 REINTREE COMMON LANE
RICHMOND, VA 23238

GEORGE W BISCOE & TERESA C BISCOE TR
GEORGE W BISCOE REVOCABLE LIVING TRUST UA 02/09/96
11 GRUBER DR
GLEN COVE, NY 11542-3202

GEORGE W BRANDT
1106 HEINES DRIVE
TYLER, TX 75701-9072

GEORGE W CARVER & WILMA S CARVER TR
UA CARVER REVOCABLE FAMILY TRUST12/18/89
2 CRIMSON COURT
PEKIN, IL 61554-2402

GEORGE W COOK
PO BOX 600458
DALLAS, TX 75360-0458

GEORGE W DEFENTHALER & JACQUELINE J DEFENTHALER T
UA 11/11/88 BY GEORGE W DEFENTHALER
4823 PINE EAGLES DR
BRIGHTON, MI 48116-9762

GEORGE W GREGORY TR
IRREVOCABLE TRUST 02/23/86 U-A LORRAINE NEW &
GEORGE GREGORY
2476 KINGSTON
TROY, MI 48084-2707

GEORGE W GRIFFITH CUST CHARLES M GRIFFITH
U/THE IND UNIFORM GIFTS TO MINORS ACT
300 BARTON SHORE DR
ANN ARBOR, MI 48105-1026

GEORGE W KNABE CUST DOROTHY M KNABE
U/THE SOUTH DAKOTA UNIFORM GIFTS TO MINORS LAW
1008 7TH AVE S
VIRGINIA, MN 55792-3151

GEORGE W LAWRENCE
16850-112 COLLINS AVENUE
APT #451
SUNNY ISL BCH, FL 33160

GEORGE W LYONS & DOROTHY F LYONS TR
UA 02/15/91 GEORGE W LYONS & DOROTHY F LYONS
7910 KNOX LOOP
NEW PORT RICHEY, FL 34655-2738

GEORGE W ROVOLL & ANNA M ROVOLL TR ROVOLL TRUST #
1706 ASHWOOD DR
REESE, MI 48757-9438

GEORGE WALTER LOWRY
3590 ROUNDBOTTOM ROAD
PMB F101238
CINCINNATI, OH 45244-3026

GEORGE WARREN COBB JR TR
UNDER THAT CERTAIN SEPARATE PROPERTY
DECLARATION OF TRUST UA 10/20/93
2032 FREDA LN
CARDIFF-BY-THE-SEA, CA 92007-1419

GEORGE WARREN RICHARDS & GLORIA GOTSHALL RICHARD
UA RICHARDS FAMILY TRUST 10/01/92
63897 E SQUASH BLOSSOM LN
TUCSON, AZ 85739-2036

GEORGE WILLIAM CHARLESWORTH TR
UA 05/07/91 GEORGE WILLIAM CHARLESWORTH TRUST
836 4TH ST
BETTENDORF, IA 52722-4044

GEORGE WILLIAM WARE CUST BONNY ILENE WARE
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
12801 HALL SHOP ROAD
HIGHLAND, MD 20777-9546

GEORGE WRUBEL CUST AUSTIN S WRUBEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4555 HENRY HUDSON PKWY
APT 1209
BRONX, NY 10471-3840

GEORGEANNE CONTOYANNOPOULOS CUST CHRISTOS CONT
UNDER THE NEW YORK U-G-M-A
C/O WORLD SEAS SHIPPING
200 WILLIAM ST P O BOX 106
PORT CHESTER, NY 10573-0106

GEORGIA BLOW & EDITH BEATTIE & PETER WAYSTACK TR
GEORGIA BLOW LIVING TRUST UA 06/01/04
87 N WOODCREST DR
MELROSE, MA 02176-3415

GEORGIA C FORBES
PO BOX 320793
FLINT, MI 48532-0014

GEORGIA J BONESTEEL CUST JONATHON WATSON BONESTE
U/THE ILL UNIFORM GIFTS TO MINORS ACT
PO BOX 96
FLAT ROCK, NC 28731-0096

GEORGIA L HIBBS TR
UA 12/10/86 GEORGIA L HIBBS AND CLEO E HIBBS FAMILY
TRUST
224 SOUTH GRACE STREET
LANSING, MI 48917-3800

GERALD A ESKAY & MARIAN S ESKAY TR
GERALD A & MARIAN S ESKAY TRUST UA 07/10/03
23 HICKORY TRACE
GIRARD, OH 44420-1036

GERALD A HERWITZ & ESTHER D HERWITZ TR
GERALD A & ESTHER D HERWITZ REVOCABLE
9237 CORAL ISLE WAY
FT MYERS, FL 33919-8438

GERALD A SILVERMAN CUST SUSAN DIANE SILVERMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
9 UNCAS DR
AMSTON, CT 06231-1331

GERALD C ANDERSON & LAURA A ANDERSON TR
UA 09/07/93 GERALD C ANDERSON & LAURA A ANDERSON
TRUST
HCR 1 BOX 148
EAGLE HARBOR, MI 49950-9737

GERALD C JOHNSON JR & JOSEPHINE A JOHNSON TR
UA JOHNSON FAMILY TRUST 09/25/92
1108 HOLLY AVE
DAYTON, OH 45410-2625

GERALD C VEIN
614 SKYVIEW CIRCLE
GRAND FORKS, ND 58201-7682

GERALD CABIN CUST MITCHELL PAUL CABIN
U/THE PA UNIFORM GIFTS TO MINORS ACT
463 BROWN BRIAR CIRCLE
HORSHAM, PA 19044-1974

GERALD D BYRD
PO BOX 701762
PLYMOUTH, MI 48170-0970

GERALD D EBERLEIN
6175 BIRCH RUN RD
MILLINGTTON, MI 48746-9734

GERALD D GRUDT & MARYLIN F GRUDT TR
GERALD GRUDT & MARYLIN GRUDT TRUST UA 03/06/96
64650 JAN DR
BEND, OR 97701-8824

GERALD E CURTIS & ALEXANDERIA B CURTIS TR
GERALD E & ALEXANDERIA B CURTIS TRUST UA 03/26/01
1788 RANIER
CANTON, MI 48187-3438

GERALD E LAPINSKI
PO BOX 380693
SAN ANTONIO, TX 78268-7693

GERALD E RIDINGER & MIRIAM L RIDINGER TR
GERALD E RIDINGER & MIRIAM L RIDINGER TRUST UA
09/27/94
5741 CARANOR DR
KENT, OH 44240-4208

GERALD E STEINER
1838 W VALLEY
ADRIAN, MI 49221-8500

GERALD F RIEDEL & JANET M RIEDEL TR
GERALD F & JANET M RIEDEL REVOCABLE TRUST UA
06/14/01
4025 CHURCH RD
CASCO, MI 48064-2405

GERALD GILBERT POSTHUMUS & MARCIA ELIZABETH POSTH
UA POSTHUMUS REVOCABLE TRUST 09/20/91
11125 TIFFANY COURT
SUN CITY, AZ 85351-2136

GERALD GRUNEWALD & JAMES GRUNEWALD & BEVERLY THE
NORMAN E GRUNEWALD LIVING TRUST UA 03/16/95
16720 N APPLE LN
RAY TWP, MI 48096-4107

GERALD H SCHIEFELBEIN
3021 S COUNTY ROAD D
JANESVILLE, WI 53548-9182

GERALD H WHITEMAN & EDITH B WHITEMAN TR
WHITEMAN FAMILY TRUST UA 10/02/89
2321 FAIRSKIES DR
SPRING HILL, FL 34606-7257

GERALD IRA GOLDMAN
& PETER DAVID GOLDMAN & GABRIEL JONAH GOLDMAN
& TOBY RUTH GOLDMAN JT TEN
365 EDGEWOOD AVE
TEANECK, NJ 07666-3024

GERALD J GETCHELL
45484 215TH LANE
AITKIN, MN 56431-5491

GERALD J MCCANN & MADELEINE A MCCANN TR
MCCANN FAMILY TRUST UA 06/26/95
1930 W SAN MARCOS BLVD 9
SAN MARCOS, CA 92078

GERALD J RINGES & INA P RINGES TR
GERALD J RINGES & INA P RINGES REVOCABLE LIVING
TRUST UA 05/07/99
7515 ADMIRALTY DRIVE
CANTON, MI 48187-1578

GERALD J STIRLING & ELEANORE C STIRLING TR
GERALD J & ELEANORE C STIRLING TRUST UA 06/07/99
6547 ELIZABETH
GARDEN CITY, MI 48135-2004

GERALD L DE MOTTS CUST JERRY WAYNE DE MOTTS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
8 FEATHER RIDGE ROAD
MARQUETTE, MI 49855-9427

GERALD L DEGELBECK & GRETCHEN M DEGELBECK TR
GERALD L & GRETCHEN DEGELBECK REVOCABLE LIV
TRUST UA 06/19/06
30 S EL DORADE AVE
LAKE HAVASU CITY, AZ 86403-6061

GERALD L FLITCRAFT & MARJORIE H FLITCRAFT TR
FLITCRAFT FAM TRUST UA 04/11/96
1314 B ST
ANTIOCH, CA 94509-2304

GERALD L HAMILTON TR
UA 11/22/2002 GERALD L & SHIRLEY A HAMILTON LIVING
TRUST
484 CEDAR DRIVE
ITHACA, MI 48847

GERALD L HARTMAN & BARBARA C HARTMAN TR
GERALD L & BARBARA C HARTMAN REV LIVING TRUST UA
07/24/03
2440 LONG LAKE RD
HARRISON, MI 48625-8643

GERALD L HARTMAN & BARBARA C HARTMAN TR
GERALD L & BARBARA C HARTMAN REV LIVING TRUST UA
07/24/03
2440 LONG LAKE RD
HARRISON, MI 48625-8643

GERALD L HOLBERT & BETTY L HOLBERT JT TEN
30858 STEINHAUER
WESTLAND, MI 48186-9022

GERALD L LARNER & BETTY M LARNER TR
GERALD L LARNER & BETTY M LARNER REV TRUST UA
4/13/99
704 WILDLIFE LANE
COLUMBIA, SC 29209

GERALD L PETERSEN TR
GERALD L PETERSEN TRUST UA 5/26/99 MARGARET A
PETERSEN TR MARGARET
403 WINDMERE DRIVE
COLONIAL HEIGHTS, VA 23834-1925

GERALD L RHODES & DOLORES M RHODES TR
INTERVIVOS TRUST 11/14/89 U-A GERALD L RHODES
3714 N E 47TH TERRACE
KANSAS CITY, MO 64117-1225

GERALD L RODGERS
PO BOX 401182
REDFORD, MI 48240-9182

GERALD L SWARTZ & DONNA J SWARTZ TR
GERALD L & DONNA J SWARTZ REVOC LIV TRUST UA 8/4/03
640 MCKEIGHAN AVE
FLINT, MI 48507-2776

GERALD L WAY CUST DEBORAH D WAY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
301 E RIVER RD
FLUSHING, MI 48433-2139

GERALD L WAY CUST LESLIE C WAY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
301 E RIVER RD
FLUSHING, MI 48433-2139

GERALD L WAY CUST NELSON L WAY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
301 E RIVER RD
FLUSHING, MI 48433-2139

GERALD M SLOMINSKI CUST MARILYN A SLOMINSKI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
121 38TH PL
MANHATTAN BEACH, CA 90266-3105

GERALD MAURER & VIRGINIA MAURER TR
KIMBERLY A MAURER IRREVOCABLE TRUST UA 03/10/01
16320 EASY ST PO BOX 66
KETTLERSVILLE, OH 45336-0066

GERALD MUELLENSCHLADER CUST RICHARD ALAN MUELLEN
U/THE MD UNIFORM GIFTS TO MINORS ACT
904 EDGEFIELD DR
SHREVEPORT, LA 71118-3406

GERALD N COLES & ADELHEID COLES & EDWIN L COLES TR
GERALD COLES TRUST UA 5/18/00
536 ANNABELLE
HAZEL PARK, MI 48030

GERALD P KENNA
PO BOX 940042
ROCKAWAY PARK, NY 11694

GERALD P SEELEY
WESTMOOR #37 2688 150TH ST
WHITE ROCK BC
V4P 1P1 CANADA

GERALD R REINHART
308 TIMBER HILL DR
TRAVERSE CITY, MI 49686-9451

GERALD R SWANSON & CHARLENE C SWANSON TR
GERALD SWANSON & CHARLENE SWANSON TRUST UA
10/31/97
800 CARI ANN CT
JEFFERSON CITY, MO 65109-5829

GERALD R WILLIAMS OR ALICE J WILLIAMS TR
WILLIAMS FAMILY TRUST UA 8/30/99
222 CHEESTANA WAY
LOUDON, TN 37774-2527

GERALD ROBINSON CUST RICKY WEINSTEIN UTMA FL
21 N W 12TH STREET
DELRAY BEACH, FL 33444-2913

GERALD S ADELMAN CUST STUART F ADELMAN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
20 N WACKER DR 1334
CHICAGO, IL 60606-2902

GERALD S SCHUR CUST ANDREA JOY SCHUR
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
5816 MARIOLA PL NE
ALBUQUERQUE, NM 87111-8145

GERALD S SCHUR CUST DAVID I SCHUR
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
300 N CANAL ST
APT 3314
CHICAGO, IL 60606-1310

GERALD S SCHUR CUST ROBERT L SCHUR
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1445 LAUREL AVE
DEERFIELD, IL 60015-4775

GERALD SMITH CUST EVIE H SMITH
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1525 SAUNDER
WHEELING, IL 60090-5961

GERALD SWAIN DITTO & MARJORIE LOUISE DITTO TR
UA 01/19/93 THE DITTO TRUST
349 HOPE RD
HELENA, MT 59602-9416

GERALD TANNENBAUM CUST PAMELA LYNN TANNENBAUM
U/THE WISC UNIFORM GIFTS TO MINORS ACT
1005 E GLENCOE PL
MILWAUKEE, WI 53217-1926

GERALD V FOOTE & VERA FOOTE TR
GERALD V FOOTE & VERA FOOTE FAM TRUST UA 08/03/95
11842 POINT ROCK WAY
GOLD RIVER, CA 95670-8372

GERALD W BURROWS & DONNA M BURROWS TR
GERALD W & DONNA M BURROWS REVOCABLE TRUST UA
05/19/97
8122 S ENOCH MILL ROAD
GRAIN VALLEY, MO 64029-9150

GERALD W KOWALEWSKI & JOAN M KOWALEWSKI TR
UA 02/20/09 GERALD W KOWALEWSKI & JOAN M
1590 10TH STREET
WYANDOTTE, MI 48192

GERALD W RUSTEM & ELIZABETH J RUSTEM TR
GERALD W & ELIZABETH J RUSTEM LIVING TRUST UA
05/27/98
10115 BUSCH RD
BIRCH RUN, MI 48415-9710

GERALD WEINSTEIN
40 WEST 77TH ST 17B
NEW YORK, NY 10024-5128

GERALDINE A FETCHEN
& LINDA ANN EHRHARDT & ROSEANNE SAMSEL & JOANNE
SUYDAM JT TEN
54 GURLEY RD
EDISON, NJ 08817-4530

GERALDINE ADAMS
PO BOX 500922
ATLANTA, GA 31150-0922

GERALDINE CELMER & JEFFREY A CELMER JT TEN
39413HEATHERHEATH DRIVE
CLINTON TOWNSHIP, MI 48038-2644

GERALDINE F SZALAY & ARTHUR F SZALAY TR
GERALDINE F & ARTHUR SZALAY REVOCABLE LIVING TR
3110 NOLENSVILLE PIKE
APT 805
NASHVILLE, TN 37211

GERALDINE J HENRY
541 KLEIN RD
STERLING, MI 48659-9709

GERALDINE JC DALY CUST JACOB WARNER DALY UTMA FL
PO BOX 358375
GAINESVILLE, FL 32635-8375

GERALDINE JOYCE KLEIN
4452 FERDEN ROAD
NEW LOTHROP, MI 48460

GERALDINE L COLLIER
C/O 2405 LOREINES'S LN
RICHMOND, VA 23233-1415

GERALDINE LOUISE WISSINGER CUST STEPHANIE LYNN WIS:
U/THE MINN U-G-M-A
1904 W 14TH 1/2 ST
HOUSTON, TX 77008-3404

GERALDINE MEINKE
3960 NORTH CALLE HONDANADA
TUCSON, AZ 85750-2317

GERALDINE P COOK & LAURA J CALLAHAN & MARGARET C FF
HAROLD A COOK TRUST UA 06/29/95
5404 MOSS OAK TRAIL
LAKE PARK, GA 31636-3302

GERALDINE SWIECICKI TR
UA 01/13/2000 FRANK SWIECICKI & GERALDINE SWIECICKI
TRUST
4424 CROSS CREEK BLVD
BURTON, MI 48509

GERALDINE T NESBITT MARGARET T BUTLER & FRANK TOWN
ERNEST S TOWNEND TR D UA 7/28/48 BY APPT UW ET
TOWNEND
1400 UNITED PENN BLDG
WILKES-BARRE, PA 18701

GERALDINE T PIERT
PO BOX 310343
FLINT, MI 48531

GERALDINE V KIRTLEY TR
GERALD R KIRTLEY FAM REVOCABLE TRUST UA 08/21/97
72 MEADOWBROOK DR
SAN FRANCISCO, CA 94132-1410

GERALDINE WINKLER TR
UA 07/19/90 FRED M WINKLER & GERALDINE WINKLER
TRUST
11354 E SAN JUANITO PL
TUCSON, AZ 85749-9234

GERALDINE ZIFCHAK
& JOHN ZIFCHAK & CHARLOTTE ZANKO & SHARON SMITH JT
TEN
11111 ALBION ROAD
NO ROYALTON, OH 44133-2504

GERARD B HANDFIELD JR
240 MADELEINE AVE
WOONSOCKET, RI 02895-3912

GERARD F IDSTEIN SR & MARY B IDSTEIN TR
UA 06/22/94 GERARD F IDSTEIN SR & MARY B
1003 W FLORENCE ST-PISTAKEE HLLS
MC HENRY, IL 60050-7916

GERARD FITZPATRICK CUST FRANCIS GERARD FITZPATRICK
CALIFORNIA U-G-M-A
3318 PTARMIGAN DR
APT 3A
WALNUT CREEK, CA 94595-3155

GERARD GOLDEN CUST LIZABETH A GOLDEN
A MINOR U/ART 8-A IF THE PERS PROPERTY LAW OF NEW
YORK
ATTN LYSBETH KARAGJOZI
20 RIVERSIDE DR
RUMSON, NJ 07760-1048

GERARD M LALONDE
3734 BENSTEIN
MILFORD, MI 48382-1813

GERARD S CARNEY & PATRICIA I CARNEY TR
CARNEY FAMILY REVOCABLE TR UA 12/02/03
112 TOMLINSON DRIVE
FOLSOM, CA 95630-1587

GERARD T SOWINSKI CUST CHERYL J SOWINSKI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
55 COURT ST
LANCASTER, NY 14086-2301

GERARD W IVORY
PO BOX 311052
FLINT, MI 48531-1052

GERDA FEITH CUST JUDY FEITH
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF
C/O TABAK 1361 MADISON AVE
NEW YORK, NY 10128

GERDA K JOHNSON TR
UW JERRY MACK JOHNSON FBO JERRY MACK JOHNSON
TESTAMENTARY TRUST
6833 ASWAN
CORPUS CHRISTI, TX 78412-4142

GERDA M WRIGHT
4818 134TH PL SE
BELLEVIEW, WA 98006-3478

GERHARD C CHRISTEIN & MARGARETHE CHRISTEIN JT TEN
4620 BAY BLVD #1156
PORT RICHEY, FL 34668-6156

GERHARD ECK CUST SUSAN J ECK
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
2418 SARANAC LN
GLENVIEW, IL 60025-1068

GERLD R ETESSE
3025 181ST LN NW
CEDAR, MN 55011-9578

GERMAINE GWISDALA
& TIMOTHY P GWISDALA & MARY E ROTH & PAUL W
GWISDALA &
2391 26TH ST
BAY CITY, MI 48708-3801

GEROLAMO J GIUNTA CUST JENNIFER SUE GIUNTA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
20 S DELAWARE DR
NYACK, NY 10960-2312

GEROLD L SCHIEBLER CUST MARK SCHIEBLER
U/THE FLORIDA GIFTS TO MINORS ACT
4516 NINA LN
MIDDLETON, WI 53562-5326

GERORMO MORABITO TR
GERORMO MORABITO REVOCABLE LIVING TRUST UA
02/27/98
17960 BIEHL
ROSEVILLE, MI 48066-2570

GERRET VAN S COPELAND
BOX 4060 175 BRECKS LANE
GREENVILLE, DE 19807-3008

GERRIE S OSHAUGHNESSY
C/O MRS J D STEIN
105 GLENWOOD DR
FREDERICKSBURG, TX 78624-2909

GERSON PAGNOTTA
RUA DR RUBENS BELUZZO BRANDO
NUMERO 150
PARQUE DOS PRINCIPES SAO PAULO
CEP 05396-345 SP - BRAZIL

GERTRUD H SCHULER
HERTASTR 8A
65510 IDSTEIN/TS
GERMANY

GERTRUDE A BOBKA TR
UA DTD 9/25/89 EDWARD W BOBKA & GERTRUDE A BOBKA
TRUST
13108 W STONEBRIDGE LN
HUNTLEY, IL 60142

GERTRUDE A TITCOMB & THAYER A MILLER & CLAIRE E DERS
TITCOMB LIVING TRUST UA 09/03/98
42 FRONT ST
MARATHON, NY 13803-3014

GERTRUDE A VAN OOSTENDORP
& JOHN J VAN OOSTENDORP & DOUGLAS L VAN
OOSTENDORP JT TEN
5305 CHRISTIE SOUTHEAST
KENTWOOD, MI 49508-6162

GERTRUDE BERTHA LIENARZ & BARBARA L HUMBERG CO
GERTRUDE BERTHA LIENARZ REVOCABLE TRUST UA
03/24/05
2623 TOE JAM HILL RD NE
BAINBRIDGE ISLAND, WA 98110-2382

GERTRUDE CAVACIUTI CUST ERIC ANTHONY CAVACIUTI
U/THE DEL UNIFORM GIFTS TO MINORS ACT
1470 HEDGEWOOD LN
KENNESAWK, GA 30152-4513

GERTRUDE D GILLESPIE CUST JOHN A GILLESPIE
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
190 BRYANT ST
BUFFALO, NY 14222-2005

GERTRUDE GOLDSTEIN
114 BREWSTER RD
WEST HARTFORD, CT 06117-2101

GERTRUDE JAHNS CUST JOHN O SHIELDS JR
U/THE MO UNIFORM GIFTS TO MINORS ACT
1 FOX RUN LN
ST LOUIS, MO 63131-3312

GERTRUDE K BURCH TR
UA 12/30/08 GERTRUDE K BURCH REVOCABLE LIVING
TRUST
3114 HIDDEN RIDGE DR
WATERFORD, MI 48328

GERTRUDE L WEINGARTEN
7734 KENTLAND AVE
CANOGA PARK, CA 91304-5408

GERTRUDE M KREINHEDER
3 SAGE MEADOWS CT
O FALLON, MO 63366-4189

GERTRUDE MAYER
C/O GERTRUDE MAYER-MUEHSTEIN
10 GASTON ST
APT 6K
WEST ORANGE, NJ 07052-5316

GERTRUDE S DAVISON CUST IRWIN DAVISON
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
92 FREDERICK PL
MT VERNON, NY 10552-2331

GERTRUDE SZUBSKI
& PATRICIA MIDGETT & JOANN PREISZ & DOUGLAS SZUBSKI
JT TEN
10142 DUNKIRK RD
SPRING HILL, FL 34608-4472

GHASSAN TAWIL TR GHASSAN TAWIL REVOCABLE TRUST UA
PO BOX 531821
LIVONIA, MI 48153-1821

GIDEON A ROBARGE & JANET K ROBARGE TR
GIDEON A ROBARGE AND JANET K ROBARGE REVOCABLE
1895 GREENFIELD DRIVE
OSSINEKE, MI 49766-9602

GILBERT A JOHNS
PO BOX 257737
CHICAGO, IL 60625-7737

GILBERT A MANDEVILLE CUST TERRY M MANDEVILLE
U/THE WASH UNIFORM GIFTS TO MINORS ACT
PO BOX 84000
SEATLE, WA 98124-0001

GILBERT ALBERT CUST NEAL K ALBERT
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
73 HILLSIDE TERRACE
SHELBURNE, VT 05482-6632

GILBERT C GODINEZ & THELMA S GODINEZ TR
GILBERT C & THELMA S GODINEZ TRUST UA 6/23/98
334 GLISTENING CLOUD DR
HENDERSON, NV 89012-3119

GILBERT DAVIDOFF CUST ALYSSA DAVIDOFF
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
587 ISLAND AVE
WOODMERE, NY 11598-2330

GILBERT DAVIDOFF CUST RISE B DAVIDOFF
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
587 ISLAND AVE
WOODMERE, NY 11598-2330

GILBERT HOFFMAN CUST DEBRA HOFFMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
32 FARBROOK DR
SHORT HILLS, NJ 07078-3007

GILBERT J DONNELLY
PO BOX 223172
PRINCEVILLE, HI 96722-3172

GILBERT J ELIAS CUST DAVID J ELIAS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1808 YOSEMITE
OKEMOS, MI 48864-3851

GILBERT L STEMPFLY & PATTIE LEE STEMPFLY TR
THE WONDERHORSE TRUST UA 12/13/99
890 WRIGHT ST
YELLOW SPGS, OH 45387-1444

GILBERT W KARPINSKI & SADIE M KARPINSKI TR
GILBERT W & SADIE M KARPINSKI TRUST UA 1/14/03
46600 ROSE LANE DRIVE
NEW BALTIMORE, MI 48047-5150

GILBERT W SCHREINER TR GILBERT W SCHREINER TRUST U
1250 LA BROSSE
WATERFORD, MI 48328

GILDA D JENSEN CUST A CHRISTEN JENSEN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
66 FIELD POINT RD
# 3
GREENWICH, CT 06830-6473

GILDA S FINKELSTEIN TR UW JULIUS FINKELSTEIN F-B-O RAY
4824 BISSONET DR
METAIRIE, LA 70003-1136

GILES W BRANSTON
301 HO 3RD FL BIEN FAIT VILLA
1-106 BANGHAE-DONG SEOCHU-GU
SEOUL 137-060
KOREA SEYCHELLES

GILLES PRE
540-4 PYUNGCHANG-DONG
JONGRO-KU
SEOUL
110-849 KOREA (REP)

GILLIAN HINTON LEBEL
2524 148A ST
SURREY BC
V4P 1N8 CANADA

GINA LEBEL
2524 148A ST
SURREY BC
V4P 1N8 CANADA

GIOVANNI PETROCELLI CUST ANGELO PETROCELLI
U/THE R I UNIFORM GIFTS TO MINORS ACT
178 BLACK HILL RD
PLAINFIELD, CT 06374-1409

GISE VANBAREN & CAROLYN A VAN BAREN TR
VANBAREN FAMILY TRUST UA 05/31/97
23850 PLUM VALLEY DRIVE
CRETE, IL 60417-1780

GIULIANO SAMORI
AU GETULIO VARGAS 319 APT 82A
S BERNARDO DO CAMPO S PAULO
09751 250 BRAZIL

GLADYS C SCHMITT TR
GLADYS C SCHMITT REVOCABLE DECLARATION TRUST UA
08/07/98
3355 KIRKWOOD CT
KESWICK, VA 22947-9138

GLADYS E ROSTAD CUST PENNY C ROSTAD
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
3017 W WOODLAND CT
MEQUON, WI 53092-2326

GLADYS M ASBURY
8918 W 21ST ST N #200-257
WICHITA, KS 67205-1802

GLADYS M MELNICK CUST ROBERT R MELNICK
A MINOR PUR TO SECS 1339 /26 INCL REV CODE OF OHIO
719 FORESTRIDGE DR
YOUNGSTOWN, OH 44512-3517

GLADYS M POLITTE & DEBRA M CAMPOS TR
GLADYS M POLITTE REVOCABLE TRUSTUA 02/22/97
150 SAINT NICHOLAS LANE
FLORISSANT, MO 63031

GLADYS MAE KEENAN & KEVIN ANTHONY RATHBURN JT TEN
40500 119TH ST
GENOA CITY, WI 53128-2526

GLADYS V CUNNINGHAM
PO BOX 218180
COLUMBUS, OH 43221-8180

GLADYS V SANDER & RICHARD G SANDER TR
UA 05/06/2009 SANDER FAMILY TRUST
8724 SHADE TREE CIR
VLG OF LAKEWD, IL 60014

GLEN E CARNAHAN & THELMA M CARNAHAN TR
GLEN E CARNAHAN FAM LIVING TRUSTUA 11/03/94
15572 CAMPBELL RD
DEFIANCE, OH 43512-8833

GLEN E LILLY
PO BOX 210631
AUBURN HILLS, MI 48321-0631

GLEN P STEWART & JULIA A STEWART TR
GLEN & JULIA STEWART LIV TRUST UA 12/11/97
2342 TWIN LEAF CT
ASHLAND, OH 44805-8520

GLEN W PENNELL
& JUNE PENNELL JT TEN TOD GLENDA HAMMOND SUBJECT
TO STA TOD RULES
612 NW SHAMROCK AVE
APT 213
LEES SUMMIT, MO 64081-1141

GLEN W READER
1928 140TH AVE
DORR, MI 49323-9547

GLENDA E FRANCIS TR
UA 10/03/08 GLENDA E FRANCIS REVOCABLE LIVING TRUST
3358 DOBIE RD
OKEMOS, MI 48864

GLENEDEN A HEINTZELMAN
90 NETTIE AVE
LANSING, MI 48906

GLENN A VANDERSLUIS & DOROTHY DEVRIES TR
VANDERSLUIS FAMILY TRUST UA 02/02/94
2 PEMBROKE PLACE
MENLO PARK, CA 94025-5859

GLENN ADRION KOCH & JOYCE DIANE KOCH TR
GLENN ADRION KOCH & JOYCE DIANE KOCH REVOCABLE
942 MELODIE NORTH
QUINCY, IL 62301-4543

GLENN C STEINMEYER
6438 MANDALAY DRIVE
PARMA HEIGHTS, OH 44130-2922

GLENN COLE & DAWN M COLE JT TEN
P O BOX 920914
DUTCH HARBOR, AK 99692

GLENN E GEESEY & LORRAINE A GEESEY TR
UA 12/06/91 GLENN E GEESEY & LORRAINE A GEESEY
2106 PLATINUM DRIVE
SUN CITY CENTER, FL 33573-6462

GLENN E GILLESPIE & LOUISE F GILLESPIE TR
GLENN F GILLESPIE TRUST UA 10/27/97
6852 SW BURLINAME AVE
PORTLAND, OR 97219-2128

GLENN E GRAY
20866 102ND AVE SE
KENT, WA 98031-2059

GLENN E MOHNEY CUST DAVID B MOHNEY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
247 NORTH MILL STREET
LEXINGTON, KY 40507-1035

GLENN E MOHNEY CUST MARK W MOHNEY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3892 FAIRFAX CT
ATLANTA, GA 30339-4410

GLENN E REINHART & MARY A REINHART JT TEN
4191 ORANGEVILLE CUSTER RD
BURGHILL, OH 44404

GLENN HEINRICHS
77-28 74TH ST
GLENDALE, NY 11385-8235

GLENN HUNTER
7417-107 A ST
GRANDE PARIRIE AB
T8W 2S7 CANADA

GLENN L MUIR & SALLY H MUIR TR
GLENN L AND SALLY H MUIR REVOCABLE LIVING TRUST UA
08/11/03
16326 LAURELFIELD
HOUSTON, TX 77059-6520

GLENN R AVERY JR
3525 139TH AVE
DORR, MI 49323-9351

GLENN R MORAVEC & MARY E MORAVEC TR
THE MORAVEC FAMILY REVOCABLE LIVING TRUSTUA
04/01/02
10821 JOHN EDWARD DR
MANTUA, OH 44255-9411

GLENN RAY WATSON & JOANNE FIRPO TR
GLENN RAY WATSON & JOANNE FIRPO 1993 LIVING TRUST
UA 03/18/93
177 WAWONA ST
SAN FRANCISCO, CA 94127-1325

GLENN T DILL & CATHERINE M DILL TR
GLEN T DILL REV LIV TRUST UA 06/21/04
363 UNIVERSITY DR
PONTIAC, MI 48342-2459

GLENN W SUTTON CUST CHRISTINE L SUTTON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
168 SPRING HILL RD
FAIRFIELD, CT 06824-1949

GLENORA R WARREN & WILLIAM R WARREN TR
UA 06/22/83 GLENORA R WARREN TRUST
2786 LOCHMORE BLVD
LAKE ORION, MI 48360-1984

GLORIA CHRISTIE & DAVID CHRISTIE JT TEN
3212 112TH PLACE
EAST ELMHURST, NY 11369-2532

GLORIA ESTUDILLO DE SASPE
PO BOX 430 205
SAN YSIDRO, CA 92143-0205

GLORIA J HEMINGWAY TR
JAMES E HEMINGWAY REVOCABLE LIVING TRUST UA
06/29/98
3075 PIERCE RD
SAGINAW, MI 48604-9245

GLORIA J TEITELBAUM CUST CHERYL B TEITELBAUM
U/THE N Y UNIFORM GIFTS TO MINORS ACT
39 BERGEN AVE
TEANECK, NJ 07666-3806

GLORIA J TEITELBAUM CUST DAVID M TEITELBAUM
U/THE N Y UNIFORM GIFTS TO MINORS ACT
7-06 FAIRHAVEN PL
FAIR LAWN, NJ 07410-1626

GLORIA JEAN MC CRARY TR
UA 10/19/92 THE REVOCABLE TRUST FOR GLORIA MC
CRARY
317 BUENA TIERRA DR
WOODLAND, CA 95695-4716

GLORIA L STAPLETON & MICHELLE C MURPHY TR
GLORIA L STAPLETON REVOCABLE TRUST UA 09/12/05
5 BERKSHIRE ST
DORCHESTER, MA 02124-5109

GLORIA M VENTURA & MICHAEL T VENTURA TR
ACACIO J & GLORIA M VENTURA FAMILY TRUST UA 08/15/05
1071 TURNBERRY DR
SPARKS, NV 89436-1817

GLORIA PIATKOWSKI CUST ROBERT J PIATKOWSKI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
RD 4 BOX 539-C
CANASTOTA, NY 13032-9431

GLORIA R OCONNOR TR
ROBERT J O'CONNOR & GLORIA R O'CONNER TRUST
NUMBER ONE UA 01/23/01
419 CHERRY CT
ROSELLE, IL 60172-1506

GLORIA ROSOFF & SUMNER ROSOFF & ELLIOT LOEW TR
1989 CLORIA ROSOFF FAM TRUST UA 05/12/89
62 STANLEY RD
WABAN, MA 02468-2338

GLORIA SHANABERG CUST TRAVIS SHANABERG
UNDER THE FLORIDA GIFTS TO MINORS ACT
1563 NORTH ST
GRANVILLE, OH 43023-9748

GLORIA SPADAVECCHIA TR ALBERT B SPADAVECCHIA
& GLORIA SPADAVECCHIA REVOCABLE LIVING TRUSTUA
12/21/02
2315 FENTON AVE
BRONX, NY 10469-5755

GLORIA T MILLER CUST BARBARA LYNN MILLER
U/THE PA UNIFORM GIFTS TO MINORS ACT
124 E NORTH ST
BUTLER, PA 16001-4931

GLORIA T MILLER CUST GLENN THOMPSON MILLER
U/THE PA UNIFORM GIFTS TO MINORS ACT
1404 NORTH MAIN ST EXT
BUTLER, PA 16001-1510

GLORIETTA M PROVENZANO TR
UA 05/16/2008 GLORIETTA M PROVENZANO REV TRUST
10507 WASHINGTONIA PALM 3816
FORT MYERS, FL 33966

GOLD INVESTMENT MANAGEMENT LTD
10088 102 AVE NW STE 2705 TD TOWER
EDMONTON AB
T5J 2Z1 CANADA

GOLDIE MAE BISHARD & LARRY L BISHARD TR
UA 03/28/90 GOLDIE MAE BISHARD TRUST
10507 NW MEADOW LANE
PARKVILLE, MO 64152-2533

GONZALO REIMUNDEZ & AMANDA REIMUNDEZ TR
REIMUNDEZ LIV TRUST UA 04/23/02
127 N WASHINGTON ST
TERRYTOWN, NY 10591-3112

GONZALO REIMUNDEZ & AMANDA REIMUNDEZ TR
REIMUNDEZ LIVING TRUST UA 4/23/02
127 NORTH WASHINGTON ST
TARRYTOWN, NY 10591-3112

GORDON A GREGORY TR
GORDON A GREGORY REVOCABLE LIVING TRUST UA
02/25/94
29564 OLD NORTH RIVER ROAD
HARRISON TOWNSHIP, MI 48045

GORDON B MARSHALL & JUDITH A HERNANDEZ TR
GORDON B MARSHALL REVOCABLE LIVING TRUST UA
06/28/06
3109 KING ALFORD
SAINT CHARLES, IL 60174

GORDON BUNN & MILDRED BUNN TR
GORDON BUNN & MILDRED BUNN LIVING TRUST UA 05/11/94
9791 SILVERSIDE DRIVE
SOUTH LYON, MI 48178-8811

GORDON C JACOBSON & NORMA JACOBSON TR
UA 09/25/1995 GORDON C JACOBSON AND
1700 S RIVER RD
APT 277
JANESVILLE, WI 53546-4504

GORDON D LANGLOIS & LITA H LANGLOIS REVOCABLE LIVING
UNDER DTD 04-17-82
38733 MUIRFIELD DR
MURRIETA, CA 92562-3090

GORDON E WOODBURN & LILLIAN P WOODBURN TR
UA THE WOODBURN FAMILY TRUST 09/06/88
6323 RIDGE WAY AVE
BATON ROUGE, LA 70817-5243

GORDON F Y LEONG TR
GORDON F Y LEONG REVOCABLE LIVING TRUST UA 12/02/91
1389 ALA HOKU PL
HONOLULU, HI 96819-1430

GORDON G CHALFANT JR & MARY B CHALFANT TR
GORDON J JR & MARY B CHALFANT LIVING TRUST UA
09/06/00
PO BOX 6368
NORTH AUGUSTA, SC 29861-6368

GORDON K ELLIS & DAVID A ELLIS & GEOFFREY S ELLIS TR
HARRIETTE G ELLIS TRUST UA 12/19/73
78 WHITTIER RD
WELLESLEY, MA 02481-5239

GORDON L MUNDY & DOROTHY M MUNDY TR
UA 12/19/91 GORDON L MUNDY & DOROTHY M MUNDY
5509 W BALDWIN ROAD
SWARTZ CREEK, MI 48473-9141

GORDON LESLIE WALKER CUST SCOTT DAVID WALKER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6602 ENCLAVE DR
CLARKSTON, MI 48348-4859

GORDON LESLIE WALKER CUST STEVEN LESLIE WALKER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
780 W GIRARD
MADISON HEIGHTS, MI 48071-5102

GORDON R CORBETT & MARY ANN G CORBETT TR
GORDON R CORBETT & MARY ANN G CORBETT JOINT
TRUST UA 05/10/96
5304 DITCHLEY RD
RICHMOND, VA 23226-2112

GORDON R MAITLAND JR CUST EDWARD W MAITLAND
U/THE MICH UNIFORM GIFTS TO MINORS ACT
32239 ROBINHOOD DR
BEVERLY HILLS, MI 48025-3546

GORDON SUSSMAN CUST RODNEY SUSSMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11 E 86TH ST
NEW YORK, NY 10028-0501

GORDON W BRISTOL
#206 1144 STRATHAVEN DRIVE
N VANCOUVER BC
V7H 2Z6 CANADA

GORDON W BRISTOL
#206 1144 STRATHAVEN DRIVE
N VANCOUVER BC
V7H 2Z6 CANADA

GRACE B WOLGEMUTH TR
01/03/90 SAMUEL F WOLGEMUTH & GRACE B WOLGEMUTH
TRUST
91 S ROBERTS RD
INVERNESS, IL 60067

GRACE D LIEBLEIN
PO BOX 9022
WARREN, MI 48090-9022

GRACE D REIN
35555 LONE PINE LANE
FARMINGTON HILLS, MI 48335-5801

GRACE E KRAWZA
11881 205TH ST WEST
LAKEVILLE, MN 55044-7449

GRACE EFIRD HOYLE TR
GRACE EFIRD HOYLEIRREV TRUST UA 5/20/87 ELIZABETH
HOLLAND HOYLE
496 STONEGATE LANE
WINSTON SALEM, NC 27104-1825

GRACE H GOTTSTEIN
5201-B MAGNOLIA DRIVE
LOCKPORT, NY 14094-6815

GRACE HAAS HORTON CUST KATHLEEN ELIZABETH HORTON
U/THE FLORIDA GIFTS TO MINORS ACT
219 S CLAIRE DR
PANAMA CITY, FL 32401-4025

GRACE HAAS HORTON CUST MARK ALLEN HORTON
U/THE FLORIDA GIFTS TO MINORS ACT
219 S CLAIRE DR
PANAMA CITY, FL 32401-4025

GRACE KAY HARDMAN TOD WALTER B HARDMAN TR
HARDMAN FAM TRUST UA 1/9/97 SUBJECT TO STA TOD
14317 W LAS BRIZAS LN
SUN CITY WEST, AZ 85375-2728

GRACE M SIMONE & DAVID H WIELAND TR
ANTONIO J SIMONE & GRACE M SIMONE TRUST
1543 S HOLLAND
SPRINGFIELD, MO 65807-1815

GRACE M WATTERS CUST DAVID H WATTERS
U/THE OKLAHOMA UNIFORM GIFTS TO MINORS ACT
45 EAST SPRING DR
WOODLAND HILLS, UT 84653-2056

GRACE W STEIN
524 DREXEL AVENUE
GLENCOE, IL 60022-2105

GRACIE FINLEY & EARNEST FINLEY TR
UA 01/16/2003 EARNEST AND GRACIE FINLEY
6110 PARAMUS DR
CLARKSTON, MI 48346

GRAHAM E ARMSTRONG & LOIS C ARMSTRONG TR
THE ARMSTRONG FAMILY REVOCABLE LIVING TRUST UA
12/12/02
6539 SHENANDOAH AVE
ALLEN PARK, MI 48101-2429

GRAHAM R UZLIK
58910 220TH STREET
AUSTIN, MN 55912-6447

CRAIG TALESMAN
PO BOX 770422
CORAL SPRINGS, FL 33077-0422

GRANT C POOLE & MIRIAM J POOLE TR GRANT POOLE TRUST
3515 ROOKS RANCH RD
MANHATTAN, KS 66502-9416

GRANT D RODAMMER & MICHELE Y RODAMMER JT TEN
8102 104TH STREET
HOWARD CITY, MI 49329-9627

GRANT E CARLSON & KAREN L CARLSON TR
GRANT CARLSON & KAREN CARLSON REVOCABLE TRUST
UA 10/07/98
84 WEST MUTTON HOLLOW ROAD
KAYSVILLE, UT 84037-1273

GRANT EDWARD JOHNSON
19124 350TH ST
TAYLORS FALLS, MN 55084-2812

GRANT L MACARTHUR & VIVIAN B MACARTHUR TR
LOVING TRUST 08/07/91 U-A GRANT MACARTHUR & VIVIAN
MACARTHUR
1210 NORTH 900 EAST
BOUNTIFUL, UT 84010-2523

GRAYDON M PETERSON & PATRICIA L PETERSON TR
GRAYDON PETERSON & PATRICIA PETERSON TRUST UA
01/07/94
504 ELM ST
ATHENS, WI 54411-9761

GRAYSTON W CHAPMAN & GERTRUDE B CHAPMAN TR
GRAYSTON & GERTRUDE CHAPMAN LIVING TRUST UA
2/17/99
SUNRISE 3520 DUKE STREET RM#225
ALEXANDRIA, VA 22304-3413

GREG DRUMMOND
PO BOX 150381
ALTAMONTE SPRINGS, FL 32715-0381

GREG WHITE
26914 140TH AVE SE
KENT, WA 98042-8053

GREGG D STEINMETZ
700 E LAKE DR
UNIT 71
ORANGE, CA 92866-2758

GREGG R MARCUK
PO BOX 161228
DULUTH, MN 55816-1228

GREGORY A HEIN
28511 TIFFIN DR
CHESTERFIELD, MI 48047-6205

GREGORY A KNOTT & LINDA S KNOTT TR
GREGORY A & LINDA S KNOTT JOINT LIVING TR UA
7608 DEVIN'S RIDGE
CLARKSTON, MI 48348-4351

GREGORY A SNYDER & LINNEE E SAPERSTEIN JT TEN
296 JAMAICA AVE
MEDFORD, NY 11763-3252

GREGORY ALAN THOMAS
29744-174 AVE S E
KENT, WA 98042

GREGORY B NACHREINER
31 JAMES ST
TONAWANDA, NY 14150-3805

GREGORY B STAFFENHAGEN
6548 119TH PL N
CHAMPLIN, MN 55316-2475

GREGORY BRADLEY TR
UA 05/02/2006 GERALD & RITA MAE BRADLEY FAMILY TRUST
6596 LINDBLOOM LANE
CHERRY VALLEY, IL 61016

GREGORY C HALVORSON & CINDA G HALVORSON TR
UA 06/27/2007 GREGORY C & CINDA G HALVORSON LIV
1149 3RD ST
BARABOO, WI 53913

GREGORY CLARK HUFFMAN U/GDNSHP OF KENNETH A HUFF
& MELENA ROBINSON HUFFMAN
822 VILLA RIDGE ROAD
FALLS CHURCH, VA 22046-3663

GREGORY D MEINECKE & TERRIE L MEINECKE JT TEN
10029 E COLDWATER ROAD
DAVISON, MI 48423-8508

GREGORY F HEINS
30104 APPLE GROVE WAY
FLAT ROCK, MI 48134-2750

GREGORY J WARNER & ELLEN J WARNER TR
GREGORY J WARNER LIVING TRUST UA 09/09/98
PO BOX 5903
CAREFREE, AZ 85377-5903

GREGORY L BERNSTEIN
70 ARTHUR AVE SE
MINNEAPOLIS, MN 55414-3410

GREGORY M WEINERT
6306 MEETINGHOUSE WAY
ALEXANDRIA, VA 22312-1717

GREGORY R STEINMAYER
19001 SNOW ST
DEARBORN, MI 48124-4136

GREGORY W MANDEVILLE SR CUST GREGORY W MANDEVILL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 893
WILSON, NY 14172-0893

GREGORY W OWENS
PO BOX 352123
TOLEDO, OH 43635-2123

GRENADENE J CRUCE
18515 134TH ST SE
MONROE, WA 98272-9702

GRETCHEN ANN GREINER DORIAN
2024 PINE TR
BRUTUS, MI 49716

GRETCHEN WESTERFIELD & ARTHUR F WESTERFIELD TR
GRETCHEN WESTERFIELD TRUST UA 06/12/06
27900 E LAKE POINT DRIVE
LEES SUMMIT, MO 64086

GRIER B MILLER TR
JACQUELINE M MILLER TR UA DTD 04/26/2007 GRIER B
MILLER LIVING TRUST
96 WEST STREET
LENOX, MA 01240

GRIS A DAHLIN
1163 137TH LN NW
ANDOVER, MN 55304-4065

GROVER D WHITINGER
5706 N OLIVIA DR
ALEXANDRIA, IN 46001-8606

GROVER E MURRAY & SALLY MARIE MURRAY TR
GROVER E MURRAY & SALLY MARIE MURRAY TRUST UA
05/13/87
4512 7TH ST
LUBBOCK, TX 79416-4713

GROVER F NORTHCUTT & LOUISE T NORTHCUTT TR
LIVING TRUST 11/16/89 U-A GROVER F NORTHCUTT
12445 COVINGTON COURT
CHARLOTTE, NC 28277-4608

GROVER STUBBS CUST BONNIE MARIE STUBBS
U/THE NEBRASKA UNIFORM GIFTS TO MINORS ACT
AMHERST, NE 68812

GROWERS INSURANCE AGENCY INC ATTORNEY-IN-FACT FOR
INSURANCE ASSOCIATION
317 CIRCLE TOWER
INDIANAPOLIS, IN 46204

GUENTHER H HESPELER & ANN P HESPELER TR
HESPELER FAMILY LIVING TRUST UA 01/10/01
40 CLIFT LANE
MYSTIC, CT 06355-1808

GUENTHER R STEINBORN
3898 EAST PATTERSON ROAD
BEAVER CREEK, OH 45430-1106

GUILHERME L G KRAUSE
RUA PORTO MARTINS 259
SAO PAULO SP
04570 140 BRAZIL

GUILLERMO SARMIENTO REGUERA
GENERAL MOTORS PORTUGAL LDA
QUINTA DA FONTE
EDIFICIO FERNAO DE MAGALHAES PISO2
PORTO SALVO 2770-190 PORTUGAL

GULUMSER A SAILORS
PO BOX 542872
DALLAS, TX 75354-2872

GURI WHITELY BYRNE CUST TIMOTHY P BYRNE
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
PO BOX 66266
ALBUQUERQUE, NM 87193-6266

GURU BANDHU S KHALSA
PO BOX 877498
WASILLA, AK 99687-7498

GUS J KAREY & CAROL A WELLINGTON TR
CONSTANCE KAREY TESTAMENTARY TRUST UA 8/4/02
3828 CEDARBRUSH DR
DALLAS, TX 75229-2701

GUSTAV W HEBERLEIN
5927 ROLLINGWOOD DR
ANN ARBOR, MI 48103-8800

GUY C SATTERLEE CUST JERRY A SATTERLEE
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
8311 ASTWOOD CT
SPRING, TX 77379-6880

GUY C SATTERLEE CUST MARGARET HELEN SATTERLEE
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
7610 DAYHILL DR
SPRING, TX 77379

GUY CHAMBLEE CUST ROBERT LEE CHAMBLEE
A MINOR UNDER THE LAWS OF GEORGIA
2555 LAGRANGE CT
FAYETTVILLE, GA 30214

GUY DUPORT
1506 DONG FENG HOUSE
18 NAN SHI LI JU
BEIJING CHAO YANG DISTRICT
100016 CHINA (PEOPLE'S REP)

GUY LINWOOD LANTIS & MILDRED LUCILLE LANTIS TR
UA 10/29/92 GUY LINWOOD LANTIS &MILDRED LUCILLE
LANTIS REV LV TR
286 RIVERWOOD DR
MIDDLEVILLE, MI 49333-9075

GUY T DIPLACIDO & JAMES H LOPRETE TR
UA 08/02/90 THE CECILE W DIPLACIDO TRUST
726 LAKESIDE DRIVE
BIRMINGHAM, MI 48009-1382

GWENDOLYN A MASAK TR
GWENDOLYN A MASAK REVOCABLE LIVING TRUST UA
02/25/97
198 6TH ST E
UNIT 504
SAINT PAUL, MN 55101-2991

GWENDOLYN M WILSON & VERNON R HOFFNER JR TR
GWENDOLYN M WILSON TRUST UA 08/11/95
21832 PARKLANE CT
FARMINGTN HLS, MI 48335-4212

GWENDOLYN R WHITING
PO BOX 694
PONTIAC, MI 48343

GWENEVIERE COLMAN & JOLENE COLMAN TR
COLMAN TRUST SUB TRUST B UA 08/02/89
5415 WHITEWOOD AVE
LAKEWOOD, CA 90712-1843

H CARL RINCK CUST ROGER P RINCK
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
2342 LEHMAN DR
WEST CHICAGO, IL 60185-6169

H EDWIN BORNSTEIN & MRS MARSHA P BORNSTEIN JT TEN
1407 OXMOOR WOODS PARKWAY
LOUISVILLE, KY 40222-5662

H J RAYNER & MARGARET M RAYNER TR
UA 03/09/81 H J RAYNER & MARGARET M RAYNER
3626 DOVE CT
SAN DIEGO, CA 92103-3906

H J RUSSELL MC NITT & RICHARD P SMOOT TR
U-A WITH H J RUSSELL MC NITT 10/9/74
PO BOX 9388
SALT LAKE CITY, UT 84109-0388

H KARL NEIDLEIN
466 PETER PAR ROAD
BRIDGEWATER, NJ 08807-2228

H KEITH SCHMODE & MARY LOU SCHMODE TR
UA 12/14/2007 KEITH & MARY LOU SCHMODE REVOCABLE
16630 WRIGHT CIRCLE
OMAHA, NE 68130

H KNEELAND WHITING
PO BOX 1123
BEACH HAVEN, NJ 08008-0013

H LEWIS KLEIN
1475 HAMPTON ROAD
RYDAL, PA 19046-1246

H NEAL MC LEMORE & NANCY D MC LEMORE TEN ENT
28644 192ND PLACE S E
KENT, WA 98042-5411

H NELSON LONG JR CUST H NELSON LONG 3RD
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
7525 SAWYER PIKE
SIGNAL MT, TN 37377-1617

H OKANE CUST ROSEMARY PATRICIA OKANE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1520 W WOLFRAM
CHICAGO, IL 60657-4018

H PHILIP FARNHAM & GREGORY P FARNHAM TR
MARGARET S KING TRUST UA 10/29/98
137 WHITMAN RD
WILLIAMSTOWN, MA 01267

H QUINCY STRINGHAM JR CUST SHAWN QUINCY STRINGHAM
UNDER THE UT UNIF GIFTS TO MIN PROVISIONS
1917 E 3780 S
SALT LAKE CTY, UT 84106-3865

H SIDNEY WADDELL JR CUST MISS ANNE H WADDELL
U/THE VA UNIFORM GIFTS TO MINORS ACT
PO BOX 7698
RICHMOND, VA 23231-0198

H SIDNEY WADDELL JR CUST MISS LORI R WADDELL
U/THE VA UNIFORM GIFTS TO MINORS ACT
PO BOX 1100
MATHEWS, VA 23109-1100

H W HOLEY
PMB 299684
3590 ROUND BOTTOM ROAD
CINCINNATI, OH 45244-3026

HADEN H DOUGLAS JR CUST HADEN DEREK DOUGLAS
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
1740 ADDISON
BERKELEY, CA 94703-1567

HAL M WEINSTEIN TOD ELLIE K WEINSTEIN
5500 FIELDSTON ROAD
APT 2JJ
BRONX, NY 10471

HALE LAYBOURN JR CUST PAUL JAMES LAYBOURN
U/THE WYO UNIFORM GIFTS TO MINORS ACT
5938 CENTURY DR
FORT COLLINS, CO 80526

HALINA J MAJEWSKI TR
HALINA J MAJEWSKI REVOCABLE LIVING TRUST UA 02/03/00
45416 FIELDSTONE DR
CANTON, MI 48187-1550

HALLIE S ARRINGTON TR
THOMAS M ARRINGTON III TESTAMENTARY TRUST UA
07/13/97
126 NORTH AVE
WAKE FOREST, NC 27587-2328

HANNELORE M WEINZIERL
78 MARTHA ST
FREEPORT, NY 11520-6211

HANNELORE WEINZIERL CUST ELIZABETH THERESIA WEINZIE
8-A OF THE PERS PROP LAW OF NEW YORK
73 MARTHA ST
FREEPORT, NY 11520-6239

HANS F STEINHAUSER
509 TADMORE CT
SCHAUMBURG, IL 60194

HANS J BOETTCHER & BEN H BOETTCHER TR
UA 06/25/2007 WAYNE T LONG REVOCABLE LIVING
C/O THE LODESTAR GROUP
720 PARK BLVD STE 265
BOISE, ID 83712

HANS W NEUBERG CUST PETER G NEUBERG
U/THE N J UNIFORM GIFTS TO MINORS ACT
362 PARSIPPANY ROAD
PARSIPPANY, NJ 07054-5102

HARDY E THOMPSON JR CUST HARDY E THOMPSON 3RD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
PO BOX 1696
DRIPPING SPRINGS, TX 78620-1696

HARLAN L STEINDL
1414 BARBERRY DR
JANEVILLE, WI 53545-0402

HARLEY DUNHAM & SHIRLEY DUNHAM JT TEN
32688 401ST ST
DENT, MN 56528-9019

HARLEY R SPIEKERMAN & BONNIE J SPIEKERMAN TR
SPIEKERMAN FAMILY TRUST UA 2/25/99
7651 N MASON RD
MERRILL, MI 48637-9620

HARLEY RUBENSTEIN
2630 NIPOMO AVE
LONG BEACH, CA 90815-1540

HAROLD A ALVARADO
P O BOX 262202
TAMPA, FL 33685-2202

HAROLD A HACKNEY & MYRNA L HACKNEY TR UA 01/11/2008 I
4524 106TH STREET W
BRADENTON, FL 34210

HAROLD A JAHNZ & MADELINE JAHNZ JT TEN
48868 127TH ST
AMBOY, MN 56010-4533

HAROLD A KUSNETZ TR
HAROLD A KUSNETZ LIVING TRUST UA 05/16/72 AMENDED
07/07/93
25475 CONCOURSE
SOUTHFIELD, MI 48075-1799

HAROLD A LEVIN CUST LEONE ROBIN LEVIN
A MINOR U/SECT 319 60 OF THE WISCONSIN STATUTES
APT 3E
655 E 14TH ST
NEW YORK, NY 10009-3142

HAROLD A MEINECKE
6235 NORTH LAKE RD
OTTER LAKE, MI 48464-9747

HAROLD A RITTER
84197 531 AVE
TILDEN, NE 68781-8074

HAROLD ALLEN
PO BOX 370891
DECATUR, GA 30037-0891

HAROLD B STANDEN
C/O LISA GOLDSTEIN POA
3628 FAIRHILLS DR
OKEMOS, MI 48864

HAROLD BARR & MARJORIE BARR TR
UA 03/17/2008 HAROLD & MARJORIE BARR FAMILY
37861 CARSON ST
FARMINGTN HLS, MI 48331-3711

HAROLD C HECKENDORN JR & PAMELA R HECKENDORN TR
UA 04/30/88 HAROLD C HECKENDORN JR & PAMELA R
HECKENDORN
2527 ROBBINS COURT
PORT HURON, MI 48060-7339

HAROLD C SMITH TR
UA 06/02/92 THE HAROLD C SMITH AND ALMA M SMITH
FAMILY TRUST
4806 CHATEAU DRIVE
GODFREY, IL 62035-1602

HAROLD D GREER CUST LISKA M GREER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
5230 BUTLER HILL ESTATES DR
ST LOUIS, MO 63128-3720

HAROLD D SILVERSTEIN & MRS SUSAN SILVERSTEIN JT TEN
201 WINCHESTER CT
FOSTER CITY, CA 94404-3542

HAROLD D WHITE & EARLYN WHITE TR
HAROLD D WHITE & EARLYN WHITE TRUST UA 08/27/94
108 E SOUTH HOLLY RD
FENTON, MI 48430-2972

HAROLD DEAN MORROW & DELORES J MORROW TR
U-A MORROW FAMILY LIVING TRUST 09/09/92
22854 PENTON RISE
NOVI, MI 48375-4265

HAROLD E HEISNER & MARGARET H HEISNER TR
HAROLD E HEISNER & MARGARET H HEISNER
19522 RIDGEMONT ST
ST CLR SHORES, MI 48080-1615

HAROLD E KALFUS
IM ROETEL 19A
PO BOX 4276301
ZUG
SWITZERLAND

HAROLD E MCDONNELL & A VERONICA MCDONNELL TR
HAROLD E & A VERONICA MCDONNELL LIVING TRUST UA
05/13/96
27026 INDIAN PEAK RD
RANCHO PALOS VERDE, CA 90275-2219

HAROLD E NELSON & TOM J NELSON TR HAROLD EUGENE NE
TRUST UA 07/26/04 HAROLD EUGENE NELSON
5890 WINDSOR TER
BOCA RATON, FL 33496-2758

HAROLD E STAGGEMEIER TR
HAROLD E STAGGEMEIER & BEVERLY STAGGEMEIER
LIVING TRUST UA12/12/01
13629 S GRANGE RD
EAGLE, MI 48822-9779

HAROLD E SUTTON & MARY L SUTTON TR
HAROLD & MARY SUTTON REVOCABLE LIVING TRUST UA
10/26/05
1017 FORD BLVD
LINCOLN PARK, MI 48146-4224

HAROLD E TREXLER & JESSIE TREXLER TR
HAROLD E TREXLER & JESSIE TREXLER TRUST
23200 GREENCREST
ST CLAIR SHORES, MI 48080-2574

HAROLD E WAGNER CUST JAMES D WAGNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
294 RIVER MEADOW RD
ROCHESTER, NY 14623-4817

HAROLD E WEISS & JUDITH A WEISS TR
HAROLD E WEISS & JUDITH A WEISS LIVING TRUST UA
03/10/98
2024 E MURDOCK AVE
OSHKOSH, WI 54901-2538

HAROLD EDWARD SPENCER CUST ELIZABETH JANE SPENCE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
6541 RIVERVIEW LN
CASEVILLE, MI 48725-9421

HAROLD EISENBERG CUST LOUIS EISENBERG
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
601 PEMBROKE AVE APT 407
NORFOLK, VA 23507-2049

HAROLD F CARR JR CUST MITCHELL S CARR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1063 RIDGE VIEW CIR
LAKE ORION, MI 48362-3449

HAROLD F SCHAEFF & BETTE LOU SCHAEFF TR
UA 07/29/94 THE HAROLD SCHAEFF &BETTE LOU
1040 S REIMER ROAD
SAGINAW, MI 48601-9429

HAROLD FINKELSTEIN & MRS MARCIA FINKELSTEIN JT TEN
12 STRATFORD RD
PLAINVIEW, NY 11803-2612

HAROLD G ECOFF
1055 301 BLVD E APT 1011
BRADENTON, FL 34203-3627

HAROLD G REYNOLDS CUST GRAHAM J REYNOLDS
UNDER THE FLORIDA GIFTS TO MINORS ACT
15416 ARCHWOOD ST
VAN NUYS, CA 91406-6304

HAROLD G ROHRBACH & BERNICE A ROHRBACH TR
UA 08/14/92 THE ROHRBACH FAMILY LIVING TRUST
19399 WINDRIFT WAY
WOODBRIDGE, CA 95258-9039

HAROLD G SCHWALM & LEONA M SCHWALM TR
HAROLD G & LEONA M SCHWALM REV LIVING TRUST UA
11/21/02
16671 RAILROAD
PETERSBURG, MI 49270-9705

HAROLD GOODMAN & RUBY GOODMAN TR
UA 09/10/90 HAROLD GOODMAN & RUBY GOODMAN LIVING
TRUST
646 FUNSTON AVE
SAN FRANCISCO, CA 94118-3604

HAROLD H STILSON JR CUST HAROLD H STILSON 3RD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
37754 PEBBLE POINTE DR
CLINTON TWP, MI 48038-5128

HAROLD HOWELL EX UW VOLREY HARRISON
PO BOX 681864
PRATTVILLE, AL 36068-1864

HAROLD HULST & BARBARA HULST JT TEN
A-3809 146TH AVENUE
HOLLAND, MI 49423-9016

HAROLD I FEINGOLD
ATTN SUSAN N FEINGOLD
PO BOX 399
MEIGS, GA 31765-0399

HAROLD J BEEBE & SHIRLEY V BEEBE TR
HAROLD J & SHIRLEY V BEEBE TRUST UA 2/27/02
326 MANITOU
CLAWSON, MI 48017

HAROLD J FRIEDERICH & ADELE O FRIEDERICH TR
HAROLD J FRIEDERICK LIVING TRUSTUA 09/10/96
3879 HIRONDELLE LANE
FLORISSANT, MO 63034-2307

HAROLD J HOOVER & JANET L HOOVER TR
HOOVER FAMILY TRUST AGREEMENT UA 6/30/00
8432 COUNTRY VIEW LN
PLAIN CITY, OH 43064-8400

HAROLD J REINKE & CHARLOTTE L REINKE & JAMES H REINK
7020 DANNY
SAGINAW, MI 48609-5226

HAROLD J REINKE & CHARLOTTE L REINKE TEN ENT
7020 DANNY DRIVE
SAGINAW, MI 48609-5226

HAROLD J WHITING
6015 RIVER RD
FLOWERY BRANCH, GA 30542-2546

HAROLD JAY EINBINDER
3214 ST JAMES DR
SOUTHPORT, NC 28461-8538

HAROLD JAY STEIN
5600 COUNTRY CREEK TERRACE
GLEN ALLEN, VA 23060-5300

HAROLD JEROME HUDSON & JOYCE EILEEN HUDSON TR
U-A WITH HAROLD JEROME HUDSON & JOYCE
543 S MCKINLEY RD
FLUSHING, MI 48433-1901

HAROLD JOSEPH SCHUTT CUST RONALD DAVID SCHUTT
U/THE N Y UNIFORM GIFTS TO MINORS ACT
13261 STONE HEATHER DR
OAK HILL, VA 20171-4024

HAROLD K LIPSET CUST LOUIS ALLAN LIPSET
U/THE NEVADA UNIFORM GIFTS TO MINORS ACT
2509 PACIFIC AVE
SAN FRANCISCO, CA 94115-1162

HAROLD KNOPF CUST GERALD STEPHEN KNOPF
U/THE CONN UNIFORM GIFTS TO MINORS ACT
75 ROLLINGWOOD DR
STAMFORD, CT 06905-2331

HAROLD KOH
1E SHELFORD ROAD
# 04-31
286890 SINGAPORE

HAROLD L MOWAT & RUTH A MOWAT TR
UA 06/18/2008 HAROLD & RUTH MOWAT TRUST
10698 70TH AVE
EVART, MI 49631

HAROLD L OTTERSTETTER TR
HAROLD & HELEN OTTERSTETTER ER 2000 TRUST UA
12/10/00
1848 VIA HERMANA
SAN LORENZO, CA 94580-1338

HAROLD LEE PEARSON
& BOBBY ALLEN PEARSON EX EST LONNIE DELOACH
PEARSON JR
5366 JOHNNY RD
BLACKSHEAR, GA 31516

HAROLD M DAVIS CUST JEFFREY PAUL DAVIS
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
50 CROSSBROOK ROAD
LIVINGSTON, NJ 07039-3741

HAROLD M MARTIN
BOX 141952
AUSTIN, TX 78714-1952

HAROLD M SEELYE CUST DOUGLAS R SEELYE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
9344 EAST D AVE
RICHLAND, MI 49083-9601

HAROLD M SEIDEL CUST JAMES D SEIDEL
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
150 CARONDELET PLZ
APT 1902
SAINT LOUIS, MO 63105-3454

HAROLD P CROMES & PATRICIA L CROMES TR
HAROLD P CROMES LIVING TRUST UA 08/29/95
3540 CLARK CIR
MILFORD, MI 48382-1849

HAROLD P FAUGHN & EDNA E FAUGHN TR
HAROLD P & EDNA E FAUGHN TRUST UA 3/28/01
5081 VINES RD
HOWELL, MI 48843-9659

HAROLD PAUL DYGERT JR CUST HAROLD PAUL DYGERT 3RD
U/THE WASH UNIFORM GIFTS TO MINORS ACT
3915 BRIGADOON DRIVE
OLYMPIA, WA 98501-4179

HAROLD R EBRIGHT JR & KATHERINE F EBRIGHT TR
HAROLD R EBRIGHT JR & KATHERINE F
500 INDIAN SPRINGS RD
NOVATO, CA 94947-4247

HAROLD R MUELLER
2018 106TH ST S
TACOMA, WA 98444-8751

HAROLD R NEWBOLD & HELEN J NEWBOLD TR
HAROLD R NEWBOLD & HELEN J NEWBOLD TRUST
625 PINEVIEW DR
ORANGE CITY, FL 32763-8546

HAROLD R RUDOLPH & ANN M RUDOLPH TR
HAROLD R RUDOLPH & ANN M RUDOLPH LIV TRUST UA
01/08/04
47900 JEFFERSON
NEW BALTIMORE, MI 48047-2222

HAROLD R SIMPSON
PO BOX 490808
COLLEGE PARK, GA 30349-0808

HAROLD R WEINBERG
8 LANSDOWNE ESTATES
LEXINGTON, KY 40502-3322

HAROLD S TODA
1394-7 NAKAGAMICHO
AKISHIMA SHI TOKYO
196 0022 JAPAN

HAROLD STEIN CUST CAROL STEIN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
1 FERNWOOD COURT
CLIFTON, NJ 07011-2901

HAROLD T SINGER CUST SHERYL LYNN SINGER
U/THE PA UNIFORM GIFTS TO MINORS ACT
9280 SILVERTHORN RD
LARGO, FL 33777-3161

HAROLD V HOUSTON & PATRICIA ANN HOUSTON BARRETT &
HOUSTON GOTTENOELLER JT TEN
3686 SHORELINE DR
GREENWOOD, IN 46143-8358

HAROLD V SELLAND & MABELLE M SELLAND TR
UA 09/29/93 THE SELLAND FAMILY TRUST
1483 E PORTALS
FRESNO, CA 93710-6423

HAROLD W BROECKER & BARBARA A BROECKER TR
BROECKER LIVING TRUST UA 07/08/99
5125 N MONITOR AVE
CHICAGO, IL 60630-4616

HAROLD W FEINGOLD CUST FRANK LEE FEINGOLD
U/THE WIS UNIFORM GIFTS TO MINORS ACT
9026 DEERBROOKE CT
FRANKLIN, WI 53132

HAROLD W SIMON & VIRGINIA B SIMON TR
UA 06/18/85 THE HAROLD W SIMON &VIRGINIA B SIMON
TRUST
7745 INDIAN OAKS DR
APT H114
VERO BEACH, FL 32966-2438

HARRIET A MUHRLEIN
12396 N E MARINE VIEW DRIVE
KINGSTON, WA 98346-9116

HARRIET ANN GRIFFITH TR
UA 06/26/91 HARRIET ANN GRIFFITH REVOCABLE TRUST
7633 DUBLIN
WICHITA, KS 67206-1604

HARRIET D HLAVKA
8393-195TH ST
SILVER LAKE, MN 55381-6148

HARRIET E EINSTOSS
30681 BRENDA WAY
CATHEDRAL CITY, CA 92234-5839

HARRIET I ATTIG
317-319 NORTH MULBERRY ST
LANCASTER, PA 17603-2919

HARRIET JANKOWIAK
& DAVID JANKOWIAK & RICHARD JANKOWIAK & TIM
JANKOWIAK JT TEN
2203 S GRANT STREET
BAY CITY, MI 48708-8165

HARRIET KLEIN
22 EAST GREEN ST
EAST HAMPTON, MA 01027-2402

HARRIET L MOULDER
1245 112TH AVE
OTSEGO, MI 49078

HARRIET P CAMPBELL CUST MARTHA I CAMPBELL
U/THE TENN UNIFORM GIFTS TO MINORS ACT
520 FRANKLIN ST
STATE COLLEGE, PA 16803-3457

HARRIET R FEINBERG & DAVID J FEINBERG & DEBRA FEINBEI
408 CAMINO DE LAS COLINAS
REDONDO BEACH, CA 90277-6518

HARRIET WEINER
ATTN HARRIET OTIS
PO BOX 284
NUTTING LAKE, MA 01865-0284

HARRIETTE S SCRINOPSKIE & RONALD S SCRINOPSKIE TR
UA 04/06/2007 ERWIN LESLIE SCRINOPSKIE
5964 SOUTH WEST 31ST STREET
TOPEKA, KS 66614

HARRIS B WELLER & VIRGINIA C WELLER TR
WELLER JOINT REV TRUST UA 03/19/02
8244 W RED OAKS COURT
GREENFIELD, WI 53220-2842

HARRISON HILLTOP HORNETS 4-H CLUB
ATTN MURRAY MONSON
1464 130TH ST
BOONE, IA 50036-7210

HARRY A STEIN III
18257 EAST STREET
NEW LOTHROP, MI 48460-9612

HARRY B MERRIHEW CUST BROOK LUANNE MERRIHEW
U/THE NEBR UNIFORM GIFTS TO MINORS ACT
ASHBY, NE 69333

HARRY B MERRIHEW CUST ROCKY DAN MERRIHEW
U/THE NEB UNIFORM GIFTS TO MINORS ACT
ASHBY, NE 69333

HARRY B THOERNER
12180 KLEIN RD
MORNING VIEW, KY 41063-8734

HARRY BROOKS CUST STEVEN BROOKS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
31 BRETTON ROAD
SCARSDALE, NY 10583-2763

HARRY BURKUTEAN
GENERAL MOTORS BRAZIL
AVENIDA GOIAS 1805
SAO CAETANO DO SUL SP
9550900 BRAZIL

HARRY C BARNAS CUST MICHAEL C BARNAS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10 LINDEN RD
ALBANY, NY 12208-1808

HARRY C MEYERS CUST PETER V MEYERS
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
57 WOODBINE CT
BERLIN, CT 06037-3150

HARRY C MEYERS CUST ROBERT N MEYERS
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
57 WOODBINE CT
BERLIN, CT 06037-3150

HARRY C SOMMERS & NAOMI H SOMMERS TR
HARRY C & NAOMI H TRUST UA 02/28/06
4724 PINNACLE DR
BREADENTON, FL 34208-8497

HARRY CHETKIN CUST DAVID W CHETKIN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
39 WITHERSPOON RD
CLIFTON, NJ 07013-4008

HARRY D BOLEN & LEANNA C BOLEN TR
HARRY D & LEANNA C BOLEN JOINT REV LIVING TRUST UA
08/01/01
2501 FRIENDSHIP BLVD
KOKOMO, IN 46901-4199

HARRY D HENKEL & LILLIAN L HENKEL TR
UA 12/18/99 HARRY D & LILLIAN L HENKEL TRUST
238 PLEASANT HILL DR
DAYTON, OH 45459

HARRY D HENKEL & LILLIAN L HENKEL TR
UA 12/18/99 HARRY D AND LILLIAN L HENKEL TRUST
238 PLEASANT HILL DR
DAYTON, OH 45459

HARRY DELODDER TR
HARRY E DELODDER & JULIET J DELODDER TRUST UA
03/27/95
8571 LAKEVIEW
LEXINGTON, MI 48450-9717

HARRY DUBROFSKY CUST SYLVAIN DUBROFSKY
UNDER THE FLORIDA GIFTS TO MINORS ACT
6500 E TROPICAL WAY
FORT LAUDERDALE, FL 33317-3311

HARRY E BROWN
580 SOUTH STEIN RD
CHARLOTTE, MI 48813-9563

HARRY E NOLL
& ERMA L NOLL JT TEN TOD DIANN N ZENTNER SUBJECT TO
STA TOD RULES
12013 DONNA CT NE
ALBUQUERQUE, NM 87112-4506

HARRY E RICHARDSON & EDNA J RICHARDSON TR
HARRY E & EDNA J RICHARDSON JOINT LIVING TRUST UA
8/1/99
11264 OAK HILL LANE
MOUNTAIN GROVE, MO 65711-4014

HARRY EVERETT HAY & SHIRLEY N HAY TR
HAY FAM TRUST REVOCABLE TRUST UA 12/08/98
307 CUNNINGHAM ST
RICHMOND, MO 64085-2175

HARRY F STANFORD & WANDA A STANFORD TR
STANFORD FAMILY TRUST UA 10/25/89
401 ESKATON CIRCLE
GRASS VALLEY, CA 95945

HARRY F STEFANI & VICTORIA H STEFANI TR
HARRY F & VICTORIA H STEFANI TRUST 1/29/01
1322 CIRCLE DR
METAMORA, MI 48455-8912

HARRY G ATHANASIOU
C/O H&A A/C & REFRIGERATION
2301 OSGOOD STREET
PITTSBURGH, PA 15214-3624

HARRY G LISCOMB & BERNICE J LISCOMB TR
UA 04/07/93 HARRY G LISCOMB & BERNICE J
1119 ELKHART CIRCLE
TAUARES, FL 32778-2532

HARRY G WEAVER JR & DOROTHY E WEAVER TR
UA 12/3/90 HARRY G WEAVER JR & DOROTHY E
1068 RIDGEFIELD CIRCLE
CAROL STREAM, IL 60188-4706

HARRY H BROWN JR CUST HARRY H BROWN 3RD
U/THE CONN UNIFORM GIFTS TO MINORS ACT
RD BOX 1090
STARKS, ME 04911

HARRY J BULLIS & KATHRYN LUCILLE BULLIS TR
HARRY J BULLIS & KATHRYN LUCILLEBULLIS UA 7/31/79
704 SOLANA CIRCLE E
SOLANA BEACH, CA 92075-2356

HARRY J HELMRICH CUST HARRY DANIEL HELMRICH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
8340 TANNAMERA PL
NEW PORT RICHEY, FL 34655-4582

HARRY J HOOSS CUST HARRY J HOOSS JR
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
200 BISHOPS LN
LYNCHBURG, VA 24503-1255

HARRY J MURAWKA TR
UA 09/12/89 HARRY J MURAWKA TRUST FBO HARRY J
MURAWKA
4317 BUCKINGHAM RD
ROYAL OAK, MI 48073-6221

HARRY J NEDERLANDER CUST SCOTT E NEDERLANDER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
805 OAKWOOD DR #275
ROCHESTER, MI 48307

HARRY J NEDERLANDER CUST SKIPPER NEDERLANDER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2790 GOLONDRINA WAY
PALM SPRINGS, CA 92264-8753

HARRY L LEONARDI CUST CRAIG LEONARDI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7240 WESTMORELAND DR
ST LOUIS, MO 63130-4425

HARRY L LOURIE CUST MILDRED B LOURIE
A MINOR U/THE CALIF GIFTS OF SEC TO MINORS ACT
3176 DONA SARITA PL
STUDIO CITY, CA 91604-4344

HARRY L MCKENNA & ANNA F MCKENNA TR
UA 10/13/93 THE MCKENNA FAMILY TRUST
1108 E CYPRESS AVE
LOMPOC, CA 93436-7038

HARRY LEVENSON CUST JEFFREY MARK LEVENSON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2002 GRANADA DR APT D4
COCONUT CREEK, FL 33068-1133

HARRY M STUDEBAKER & CAROL R STUDEBAKER TR
HARRY M & CAROL R STUDEBAKER REV TRUST UA 03/06/01
176 N JANESVILLE ST
MILTON, WI 53563-1305

HARRY OPENHEIM CUST ARNOLD RICHARD OPPENHEIM
U/THE MASS UNIFORM GIFTS TO MINORS ACT
3729 REDWOOD FARM DRIVE
VIRGINIA BEACH, VA 23452-4640

HARRY P CRAFT & AMELIA A CRAFT TR
HARRY & AMELIA CRAFT LIV TRUST UA 12/18/97
16501 EL MIRAGE #586
SURPRISE, AZ 85374-3600

HARRY P H NICHOLAS CUST ANDREA MARY NICHOLAS
A MINOR U/ART 8-A OF PERS PROP LAW N Y
54 VAN DOREN AVE
CHATHAM, NJ 07928-2251

HARRY P LUBBEN & MARCELLA M LUBBEN TR
HARYY P LUBBEN & MARCELLA LUBEN FAMILY TRUST UA
2/11/00
1011 25TH PLACE
WISCONSIN RAPIDS, WI 54494-3131

HARRY PANKRATZ & KATHLEEN M PANKRATZ TR
PANKRATZ LIVING TRUST UA 02/05/98
1573 PEMBROKE DR
ROCHESTER HILLS, MI 48307-5731

HARRY PHILLIPS JOHN PHILLIPS ANDREW PHILLIPS MARK PH
& DAVID PHILLIPS TEN COM
112 PLEASANT BANK LN
KENNET SQ, PA 19348-2679

HARRY POUSHTER CUST ALAN DAVID POUSHTER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
6 CRICKET LANE
FAYETTEVILLE, NY 13066-1605

HARRY R DITTMAR CUST THOMAS ALAN DITTMAR
U/THE N J UNIFORM GIFTS TO MINORS ACT
2101 HACKETT AVE
EASTON, PA 18045-2224

HARRY R SHERIDAN CUST CONNIE LEE SHERIDAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5525 LOTUSDALE DR
DAYTON, OH 45429-2025

HARRY RIDZWESKI
STEINMETZSTRASSE 46
D-10783
BERLIN
GERMANY

HARRY SCHIFFMAN CUST ALISA B SCHIFFMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
440 FRANK ST
OCEANSIDE, NY 11572-2813

HARRY W MC ANINCH CUST DEBORAH E MC ANINCH
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
415 NARCISSUS
KEMAH, TX 77565-2440

HARRY WEINTRAUB & RITA WEINTRAUB TR UA FOR THE WEIN
441 ROBINWOOD DR
LOS ANGELES, CA 90049-2327

HARSHVADAN V SHAH
11309 126TH AVE NE
KIRKLAND, WA 98033-4122

HARUTO W YAMANOUCHI TR
U-A WITH HARUTO W YAMANOUCHI & DOROTHY S
YAMANOUCHI 3/30/72
6140 E LAFAYETTE BLVD
SCOTTSDALE, AZ 85251-3042

HARVEY A GOLDSTEIN & MARJORIE F GOLDSTEIN JT TEN
226 VICTOR AVE EXT
GREER, SC 29651-4260

HARVEY C SAARI CUST ALICE E SAARI
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
4608 W TOWNLEY AVE
GLENDALE, AZ 85302-5242

HARVEY DINERSTEIN
72 BEECHWOOD RD
WINTHROP, ME 04364

HARVEY ELLIOTT
1397 102ND ST
NIAGARA FALLS, NY 14303

HARVEY FELTON CUST NANCIE JAYNE FELTON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
60 BALDWIN RD
BEDFORD CORNERS, NY 10549-4816

HARVEY FRANK CUST STEPHEN R FRANK
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
750 COUNTRY ROAD 3000N
FISHER, IL 61843

HARVEY H BOITEL TR
UA 10/03/2007 HARVEY H BOITEL REVOCABLE LIVING TRUST
2917 LAKEVIEW DR
SANFORD, MI 48657

HARVEY I STEIN
316B S 2ND ST
PHILADELPHIA, PA 19106-4302

HARVEY J KAMPS
3010 138TH AVENUE
HAMILTON, MI 49419-9552

HARVEY KALT CUST MARTIN KALT
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
62 25 WOODHAVEN BOULEVARD
REGO PARK, NY 11374-2709

HARVEY M GOLDSTEIN
607 BRADFORD PARKWAY
SYRACUSE, NY 13224-2026

HARVEY PELTZ CUST JACLYN PELTZ
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
320 W HILL RD
STAMFORD, CT 06902-1714

HARVEY R KLEINERT TR
HARVEY R KLEINERT DECLARATION OF TRUST UA 08/20/03
1243 S TUSCOLA RD
BAY CITY, MI 48708-9633

HARVEY R WRIGHT CUST KENNETH JAMES WRIGHT
U/THE WISC UNIFORM GIFTS TO MINORS ACT
PO BOX 4017
BARTLESVILLE, OK 74006-4017

HARVEY S ROGERS & NANCY ROGERS TR
FAMILY TRUST 01/19/89 U-A HARVEYROGERS & NANCY
ROGERS
28 LAGOON RD
BELVEDERE, CA 94920-2319

HARVEY S STEIN CUST ELLEN JULL STEIN UGMA IN
8322 S QUATAR CIR
AURORA, CO 80016-7263

HARVEY W REINKING JR
PO BOX 1443
BUENA VISTA, CO 81211-1443

HASWELL M FRANKLIN CUST HASWELL M FRANKLIN JR
U/THE MD UNIFORM GIFTS TO MINORS ACT
1 GRAY SQUIRREL CT
LUTHERVILLE, MD 21093-4006

HAYES C STOVER CUST JAMES G STOVER
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
2 HIGHLAND COURT
CARNEGIE, PA 15106-1044

HAZEL E AUSTIN TOD ARTHUR A AUSTIN SUBJECT TO STA RU
P O BOX 320464
FLINT, MI 48532-0009

HAZEL L BRANUM
PO BOX 261607
HIGHLANDS RANCH, CO 80163-1607

HAZEL L PLEINESS
266 DAFFODIL DR
FRUITLAND PK, FL 34731-6754

HEATHER ANNE FILE
2525 BRADDOCK DR
NAPERVILLE, IL 60565-3449

HEATHER WHEELOCK ROSS
6713 215TH CT NE
REDMOND, WA 98053-2381

HECTOR M ANTUNEZ CUST ALAN EUGENE ANTUNEZ UGMA C
9-A
1425 BUENOS AIRES ARGENTINA
ARGENTINA

HEIDI REINKER CUST MICHAEL J REINKER UGMA CT
11 LIDA DR
ESSEX JCT, VT 05452-3363

HEINRICH A BERG
75 DELAWARE AVE
ROCHESTER, NY 14623-1023

HEINRICH DECH JR
951 DRESDEN DRIVE
MANSFIELD, OH 44905-1525

HEINRICH HOLZINGER
1205 ELIDA STREET
JANESVILLE, WI 53545-1807

HEINRICH ZIEMANN
20170 FULLER AVE
EUCLID, OH 44123-2635

HEINZ A WENGERTER
2424 CENTRAL AVENUE
WESTFIELD, NJ 07090-2205

HEINZ BECKER
THAELMANNSTRASSE 15A
D-15827
DAHLEWITZ
GERMANY

HEINZ E KNACKSTEDT
1232 TIMBER HAWK TRAIL
CENTERVILLE, OH 45458-9633

HEINZ ENGELS
IM RETHKAMP 6
4040 NEUSS
GERMANY

HEINZ FREIMANN
ERLENWEG 28
5436 WURENLOS
SWITZERLAND

HEINZ G GRUHN
2908 WESTMOOR RD
ROCKY RIVER, OH 44116-3552

HEINZ G LEHNHOFF
ADAM OPEL AG
IPC A5-02 D-65423
RUSSELSHEIM
GERMANY

HEINZ H BALZUWEIT
PO BOX 97
VANDALIA, OH 45377-0097

HEINZ HERBERT OBERPRILLER & LORETTA H OBERPRILLER ،
4175 LOUIS DRIVE
FLINT, MI 48507-1207

HEINZ J FRISCH
KIERDORFER STRASSE 71
50169 KERPEN DEUTSCHLAND
GERMANY

HEINZ J KOPP
3115 HEDGE DRIVE
STERLING HEIGHTS, MI 48310-6088

HEINZ J KOPP & LORE KOPP JT TEN
3115 HEDGE DRIVE
STERLING HTS, MI 48310-6088

HEINZ J LUCKGEN
MELISSENSTR 3
4040 NEUSS 1
GERMANY

HEINZ J SLAWINSKI
1588 ALAMO WAY
ALAMO, CA 94507-1503

HEINZ KOCH & MARGOT KOCH JT TEN
10355 GREENTRAIL DRIVE NORTH
BOYNTON BEACH, FL 33436-4409

HEINZ R BOCK
5562 DRIFTWOOD AVE
LA PALMA, CA 90623-1821

HEINZ W HESSEL
6507 RIVERTON AVE
NO HOLLYWOOD, CA 91606-2737

HEINZ-DIETER REISSE
AM ESELSWEG 39
55128 MAINZ
GERMANY

HEINZ-GERD LEHNHOFF
IPC 80-40
RUSSELSHEIM
GERMANY

HELEN A BEAM TR UA 07/10/75 HELEN A BEAM TRUST
P O BOX 612007
POMPANO BEACH, FL 33061

HELEN A HELTZELL TR UA 12/14/93 HELEN HELTZELL REVOCA
509 BOONVILLE RD
JEFFERSON CITY, MO 65109-0820

HELEN A LENGYEL
& STEVEN P LENGYEL & DAVID M LENGYEL & MARIANN
LENGYEL WHITE JT TEN
1315 BURGUNDY RD
ANN ARBOR, MI 48105-2524

HELEN A MICKOOL & CLIFFORD P MICKOOL TR
PHILP J & HELEN A MICKOOL REVOCABLE TRUST UA
09/28/93
20109 RUNNYMEDE STREET
CANDGA PARK, CA 91306-2958

HELEN A PTAK TR UA 02/04/83 HELEN A PTAK TRUST # OO1
5317 JOHNSON AVE SPRINGDALE
WESTERN SPRINGS, IL 60558-1948

HELEN A RIORDAN
& ELAINE HAJJAR & BARBARA RIORDAN RIORDAN FAMILY
TRUST UA 2/22/01
181 LITTLETON RD UNIT 233
CHELMSFORD, MA 01824-2672

HELEN B COHEN CUST A JEROLD COHEN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
12270 NW 71ST ST
PARKLAND, FL 33076-4601

HELEN B IACOPONI CUST JAMES ANTHONY IACOPONI
U/THE MASS UNIFORM GIFTS TO MINORS ACT
1736 ROBERT LN
NAPERVILLE, IL 60564-7125

HELEN B RUEMEKORF CUST STEPHEN A SHORT
UNDER THE FLORIDA GIFTS TO MINORS ACT
PO BOX 455
BRANDON, FL 33509-0455

HELEN C HEIN
1040 W ESCALON
FRESNO, CA 93711

HELEN C HUNTER & EARL M HUNTER TR
HELEN C & EARL M HUNTER TRUST UA 03/18/03
9982 SHORE DR N
PIGEON, MI 48755-9666

HELEN CARYN PRESSER
PO BOX 531372
HENDERSON, NV 89053-1372

HELEN D ASHWORTH & DAVID T ASHWORTH TR
HELEN D ASHWORTH LIVING TRUST UA 06/09/98
2135 WESTMINSTER DR
WILMINGTON, DE 19810-3928

HELEN D KLEIN & JO ANN K LEVY JT TEN
5600B EMERALD RIDGE PKY
SOLON, OH 44139

HELEN D VAN ROSSEN & EDWARD C VAN ROSSEN TR
HELEN D VAN ROSSEN LIVING TRUST UA 06/10/02
6745 WESTAWAY
TROY, MI 48085-1508

HELEN E STEINMAN & JEAN E KRACKER JT TEN
43201 38TH AVE
PAW PAW, MI 49079-9629

HELEN ELIZABETH KURTZ TR
HELEN ELIZABETH KURTZ REVOCABLE LIVING TRUST UA
04/11/97
PO BOX 114
LIBERTY CTR, IN 46766-0114

HELEN F MAYBERRY TR
HELEN F MAYBERRY REVOCABLE TRUSTUA 12/12/97 &
AMMENDED 08/06/01
605 S BENCH STREET
GALENA, IL 61036-2322

HELEN FRANCES REINHART
3162 STERLING ROAD
OMER, MI 48749-9722

HELEN G COLLINS
803 WEINLAND DR
NEW CARLISLE, OH 45344-2647

HELEN GREENFIELD CUST JOEL H GREENFIELD
U/THE MASS UNIFORM GIFTS TO MINORS ACT
BOX 273
WINTHROP, MA 02152

HELEN HAWTHORNE TESTERMAN & GEORGE M TESTERMAN
HELEN HAWTHORNE TESTERMAN LIVING TRUST UA 05/05/05
601 E MAIN STREET
ROGERSVILLE, TN 37857-2731

HELEN HOLLSTEIN
14953 HALLAUER RD
OBERLIN, OH 44074-9043

HELEN ILENE BATOR & STANLEY BATOR JR TR
UA 11/12/90 THE HELEN ILENE BATOR & STANLEY
2554 COMMERCE LN
APT 210
IONIA, MI 48846-9821

HELEN J STOCKTON TR
GILBERT C STOCKTON & HELEN J STOCKTON TRUST UA
05/18/95
28607 BLOCK
GARDEN CITY, MI 48135-2430

HELEN KAHNOWITZ CUST SAMUEL D KAHNOWITZ
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
11 COBLLEWOOD RD
LIVINGSTON, NJ 07039-2019

HELEN KUZMKOWSKI CUST JOHN KUZMKOWSKI
U/THE PA UNIFORM GIFTS TO MINORS ACT
112 UNIVERSITY DR
GREENSBURG, PA 15601-5847

HELEN L GERVASIO & PHYLLIS JO GERVASIO TR
HELEN L GERVASIO LIVING TRUST UA 07/26/05
3200 CHESTNUT ST NW
WASHINGTON, DC 20015-1412

HELEN L PURNELL
PO BOX 681576
PRATTVILLE, AL 36068-1576

HELEN L SZOTKIEWICZ CUST CHARLENE M SZOTKIEWICZ
U/THE DEL UNIFORM GIFTS TO MINORS ACT
1709 BEECH ST
WILMINGTON, DE 19805-4207

HELEN L SZOTKIEWICZ CUST CHRISTINA M SZOTKIEWICZ
U/THE DEL UNIFORM GIFTS TO MINORS ACT
1709 BEECH ST
WILMINGTON, DE 19805-4207

HELEN L SZOTKIEWICZ CUST CYNTHIA M SZOTKIEWICZ
U/THE DEL UNIFORM GIFTS TO MINORS ACT
1709 BEECH ST
WILMINGTON, DE 19805-4207

HELEN L SZOTKIEWICZ CUST KENNETH J SZOTKIEWICZ
U/THE DEL UNIFORM GIFTS TO MINORS ACT
1709 BEECH ST
WILMINGTON, DE 19805-4207

HELEN LAGIMODIERE
221-815 HERITAGE GREEN
SASKATOON SK
S7H 5R6 CANADA

HELEN M EDWARDS
& SHARON E URSO & DEBRA A EDWARDS & ALAN M
EDWARDS JT TEN
6954 HIGHVIEW
DEARBORN HEIGHTS, MI 48127-2129

HELEN M GAEDE & BARBARA J HERR TR
GAEDE FAMILY SURVIVORS TRUST UA 06/04/93
3123 17TH ST
SACRAMENTO, CA 95818-3816

HELEN M HANSEN & IB S HANSEN TR
HELEN M HANSEN REVOCABLE TRUST UA 04/04/97
750 WEAVER DARRY RD APT 1102
CHAPEL HILL, NC 27514

HELEN M KEELIN & FREDERICK R KEELIN TR
HELEN M KEELIN TRUST UA 03/27/97
73512 MORRISON
ARMADA, MI 48005-4603

HELEN M MARVIN TR
TYRUS J MARVIN & HELEN M MARVIN REV LIV TRUST UA
12/11/98
62177-5 TICONDEROGA
SOUTH LYON, MI 48178-1076

HELEN MARIE MC DILL & JANNA RUTH MC DILL MINORS U/GDI
MC DILL & MARTHA N MC DILL
20200 GILMORE ST
WINNETKA, CA 91306-4212

HELEN N HOLLORAN & SUSAN HOLLORAN TR
HELEN HOLLORAN REV LIV TRUST UA 01/19/00
105 WINDEMERE RD
ROCHESTER, NY 14610-1340

HELEN P BUNDY CUST JOHN BUNDY 3RD
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
859 E COUNTY RD 1550 N
TUSCOLA, IL 61953-7818

HELEN P BUNDY CUST JOHN LELAND BUNDY 3RD
U/THE ILL UNIFORM GIFTS TO MINORS ACT
859 E COUNTY ROAD 1550 N
TUSCOLA, IL 61953-7818

HELEN PATRICIA SMITH TR
UW ROSE T SMITH F-B-O HELEN PATRICIA SMITH TRUST
3555 TIMMONS LN
STE 1020
HOUSTON, TX 77027-6426

HELEN PORTEOUS
& TERESA A PORTEOUS & ROBERT M PORTEOUS II &
RUSSEL W PORTEOUS JT TEN
1902 COLCHESTER
FLINT, MI 48503-4630

HELEN R KIBLER
1515-170 CHERRYHILL CIRCLE
LONDON ON
N6H 2M1 CANADA

HELEN R MORAN
PO BOX 420197
PONTIAC, MI 48342-0197

HELEN R SHUMAN & SIDNEY J SHUMAN TR
HELEN R SHUMAN REVOCABLE TRUST UA 05/07/99
3200 N LEISURE WORLD BLVD #319
SILVER SPRING, MD 20906-7613

HELEN RAE BERRY & PAUL H BERRY TR
HELEN RAE BERRY & PAUL H BERRY FAM TR OF 1986 UA
3705 WINDOVER DR
NORMAN, OK 73072-3230

HELEN RAE BERRY & PAUL H BERRY TR
UA 01/31/86 HELEN RAE & PAUL BERRY FAMILY TRUST OF
1986
3705 WINDOVER DR
NORMAN, OK 73072-3230

HELEN ROSENFELD CUST RICHARD ROSENFELD
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
64 EAST MITHOFF ST
COLUMBUS, OH 43206-3542

HELEN S BALMUTH & EDWARD S BALMUTH TR
UA 05/16/05 SAUL BALMUTH FAM TRUST
47 PLEASANT STREET
BALLSTON SPA, NY 12020

HELEN S DUPREE & UBS TRUST CO NA TR
UA 10/04/1989 JOHN C DUPREE REVOCABLE TRUST
3021 ARBORCREEK DR
CINCINNATI, OH 45242

HELEN S HOHENGARTEN TR
INTER VIVOS TRUST UA 05/21/84 HELEN S HOHENGARTEN
45 HONEY LOCUST LANE
APT 302C
ST CHARLES
SAINT CHARLES, MO 63303-5711

HELEN S WILLY CUST CLIFFORD N WILLY JR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
47 OLD FARM RD
ABINGTON, MA 02351-3000

HELEN SOLORIO & ANN AMOS & MARY J ZAMORA TR
E A ZAMORA REVOCABLE LIVING TRUST UA 10/31/01
400 POTOMAE AVE
SACRAMENTO, CA 95833

HELEN T SMITH & ANDREW W SMITH TR
UA 03/18/94 THE HELEN T SMITH LIVING TRUST
514 FOX RUN BLVD
TAVARES, FL 32778-4859

HELEN TRYBULA
& ROSE MARY OLSZEWSKI & DOROTHY SZCZEPINSKI & JAN
TRYBULA JT TEN
14416 WHEELER ROAD
MAPLE HEIGHTS, OH 44137-4033

HELEN V HAND
24121 116TH AVE SE
APT 332
KENT, WA 98030-5377

HELEN WINTER WEINSCHENK
100 VIA LUGAMO CIRCLE #109
BOYNTON BEACH, FL 33436-7157

HELEN Z MINER CUST DEBORAH RAE MINER
A MINOR U/THE LOUISIANA GIFTS TO MINORS ACT
ATTN DEBORAH RAE ALLEN
6010 76TH ST
LUBBOCK, TX 79424-1744

HELENE KRAMER
8608 REINHARDT LANE
LEAWOOD, KS 66206-1455

HELENE LEVINE & STUART H LEVINE TR
HELENE LEVINE & STUART LEVINE FAM TRUST UA 07/01/96
36 SALEM RD
ROSLYN HEIGHTS, NY 11577-1500

HELENE WEINBERG
133-33 SANFORD AVE 2H
FLUSHING, NY 11355

HELMUT SIEVERS
ZUM ROSSBERG 11A
D-64354 REINHEIM 4
GERMANY

HELMUT SIEVERS
ZUM ROSSBERG 11A
D-64354 REINHEIM 4
GERMANY

HELMUT W NOETHEN & GRACE A NOETHEN JT TEN
PO BOX 811295
BOCA RATON, FL 33481-1295

HELMUT WEBER & HILDEGARD WEBER TR
HELMUT & HILDEGARD WEBER TRUST UA 12/15/94
1245 ARROWWOOD LN
GRAND BLANC, MI 48439-4861

HENDRIK VERMEEREN & SILVIA E VERMEEREN TR
VERMEEREN FAMILY TRUST 1999 UA 11/24/99
16312 UNDERHILL LANE
HUNTINGTON BEACH, CA 92647-3330

HENRI L MONTPAS JR
PO BOX 866264
PLANO, TX 75086-6264

HENRIETTA A NEFZGER
206 CONSTITUTION BLVD
WHITING, NJ 08759-1802

HENRIETTA B TRAUTWEIN
3928 SEA EAGLE CIR
ST AUGUSTINE, FL 32086-5549

HENRIETTA J INGRAM & LAFAYETTE N INGRAM III TR
LAFAYETTE N INGRAM TRUST UA 08/31/90
900 6TH AVENUE SO STE 302
NAPLES, FL 34102-6745

HENRIETTA JANKOWIAK
& DAVID R JANKOWIAK & RICHARD M JANKOWIAK & TIM R
JANKOWIAK JT TEN
2203 S GRANT STREET
BAY CITY, MI 48708-8165

HENRIETTA KACZYNSKI DIANE DORA ASHE RICHARD P KACZY
& KRYSTYNA HELENE HORNE JT TEN
5502 ELMGROVE
WARREN, MI 48092-3468

HENRY A KLEIN
RT 1 11560 STONEY CREEK RD
PEWAMO, MI 48873-9704

HENRY A PETERSON & MARTHA HELEN PETERSON TR
UA 05/28/91 HENRY A PETERSON & MARTHA HELEN
607 INDIAN RD
CLEARFIELD, PA 16830-1002

HENRY B BRIGHT
PO BOX 250422
FRANKLIN, MI 48025-0422

HENRY B VOELK & LINDA VOELK TR
HENRY B VOELK & LINDA A VOELK LIVING TRUST UA
03/16/95
163 COTTONWOOD DR
WILLIAMSVILLE, NY 14221-1612

HENRY C CHEATHAM
PO BOX 311170
FLINT, MI 48531-1170

HENRY C REINER JR
4940 E SHOREWOOD DRIVE
DUNKIRK, NY 14048-9618

HENRY CELUSTA & CONSTANCE A CELUSTA TR
HENRY CELUSTA & CONSTANCE A CELUSTA FAM TRUST UA
07/08/98
35505 HERITAGE LANE
FARMINGTON, MI 48335-3137

HENRY D EPSTEIN
71 GREENLAWN AVE
NEWTON CENTER, MA 02459-1712

HENRY DIETRICH
2204 135 HILLCREST AVE
MISSISSAUGA ON
L5B 4B1 CANADA

HENRY E KARL CUST HENRY E KARL JR
A MINOR U/THE CONN UNIFORM GIFTS TO MINORS ACT
22 WINTHROP RD
BETHEL, CT 06801-2719

HENRY E MILLER & LOVINA M MILLER TR
MILLER FAMILY U-DECL OF TRUST 03/18/92
2566 TRUMAN AVE
OAKLAND, CA 94605-4841

HENRY E NASH CUST PATRICIA JANE NASH
A MINOR UNDER GIFTS OF SECS TO MINORS ACT
1532 ESPINOSA CR
PALOS VERDES ESTAT, CA 90274

HENRY E ROHRBEIN
521 BERKSHIRE LANE
DES PLAINES, IL 60016-1019

HENRY EPSTEIN
189 LINDBERGH AVE
OCEANSIDE, NY 11572-5507

HENRY F GAVIN & DOROTHY M GAVIN TR
HENRY F GAVIN & DOROTHY M GAVIN FAM TRUST UA
01/30/97
38 HARRISON PL
MASSAPEQUA, NY 11758-7031

HENRY F HEIN
896 PINE AVE
WEST ISLIP, NY 11795-2609

HENRY F SPENCER
PO BOX 192006
LOS ANGELES, CA 90019-1306

HENRY FEINSTEIN
16 CLARK LANE
HARRIMAN, NY 10926-3614

HENRY FROMM CUST HELENE FROMM
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
180 W END AVE APT 23A
NEW YORK, NY 10023-4906

HENRY G SEIBELS JR CUST HENRY G SEIBELS 3RD
U/THE ALA UNIFORM GIFTS TO MINORS ACT
3924 GLENCOE DRIVE
BIRMINGHAM, AL 35213-3829

HENRY GOVONI CUST ROBERT PAUL GOVONI
U/THE MASS UNIFORM GIFTS TO MINORS ACT
60 OAK AVE
NORTHBORO, MA 01532-1751

HENRY H MIZE CUST JOHN A MIZE
U/THE ALABAMA UNIFORM GIFTS TO MINORS ACT
2381 FOREST LAKES LN
STERRETT, AL 35147-8156

HENRY H SCOFIELD & WILLIAM J PORTER TR
HENRY H SCOFIELD TRUST UA 11/4/99
817 GLYNDON ST SE
VIENNA, VA 22180

HENRY H STRIEFF & SARA J MILLER TR
UA 01/12/2010 HENRY H STRIEFF TRUST NO 1
6643 BUNKER HILL DR
LANSING, MI 48906

HENRY I BOREEN & LOIS A BOREEN & STUART M BOREEN TR
UA 09/30/80 SUSAN T BOREEN
1182 WRACK RD
JENKINTOWN, PA 19046-2544

HENRY I BOREEN & LOIS A BOREEN & SUSAN T BOREEN TR
UA 09/30/80 STUART M BOREEN
1182 WRACK RD
MEADOWBROOK, PA 19046-2544

HENRY J HARDEN JR & VIOLET L HARDEN TR
04/30/08 THE HARDEN FAMILY REVOCABLE
6328 BELMAR
SAGINAW, MI 48603

HENRY J HOLYST CUST HERBERT ALLEN HOLYST
U/THE CONN UNIFORM GIFTS TO MINORS ACT
602 YALE AVE
MORTON, PA 19070-2022

HENRY J MEINERT III
8327 ROBINSON ST
OVERLAND PARK, KS 66212-1934

HENRY J ORTH 3RD CUST HENRY J ORTH 4TH
U/THE ALASKA UNIFORM GIFTS TO MINORS ACT
PO BOX 878308
WASILLA, AK 99687-8308

HENRY J POELMAN
7521 138TH ST CT E
PUYALLUP, WA 98373-5309

HENRY J REINHARDT
7520 GLASCOTT ST
W BLOOMFIELD, MI 48323-1333

HENRY J RUZICKA & INGEBORG RUZICKA TR
HENRY & INGE RUZICKA REVOCABLE TRUST UA 6/7/05
1425 W LINDNER AVE
MESA, AZ 85202-6638

HENRY J SHAFFER CUST EDWARD SHAFFER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
28151 PINEHURST
ROSEVILLE, MI 48066-7434

HENRY J TONOLE JR & SARAH W TONOLE TR
HENRY J TONOLE JR REVOCABLE TRUST UA 10/26/04
180 JOHN TILLINGHAST RD
GREENE, RI 02827

HENRY J WILDENSTEIN
25607 COTTON BELT RD
ELKMONT, AL 35620-8025

HENRY KRIKORY CUST MISS MARGARET ANN KRIKORY
U/THE PA UNIFORM GIFTS TO MINORS ACT
2470 SCHUKRAFT RD
QUAKERTOWN, PA 18951

HENRY KRZYWDA CUST ROBERT KRZYWDA
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
143 S MARYLAND AVE
LAKE HOPATCONG, NJ 07849-1522

HENRY L WELLS CUST MARTIN WELLS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3 COVE LANE
FAYETTEVILLE, NY 13066-1714

HENRY LAU & SALLY ANN LAU TR
HENRY & SALLY ANN LAU REVOCABLE TRUDT UA 10/03/01
1567 LEWISTON DR
SUNNYVALE, CA 94087-4147

HENRY LEIBOWITZ & BEATRICE LEIBOWITZ TR
LEIBOWITZ LIVING TRUST UA 3/17/92
319 E 24TH ST APT 8F
NEW YORK, NY 10010-4039

HENRY M CANN CUST RONALD EDWARD CANN
U/THE MO UNIFORM GIFTS TO MINORS ACT
726 EASTGATE
ST LOUIS, MO 63130-4822

HENRY M PICARD & MIRIAM PICARD TR UA PICARD FAMILY TR
PO BOX 260352
ENCINO, CA 91426-0352

HENRY NORMAN FJERSTAD & SUE A FJERSTAD TR
FJERSTAD TRUST NO 1 UA 5/16/03
6 IOTA PL
SAGINAW, MI 48603-5978

HENRY O LONG
PO BOX 414745
KANSAS CITY, MO 64141-4745

HENRY P ACCORNERO & ANGIE M ACCORNERO TR
THE ACCORNERO FAMILY TRUST 08/02/85
303 BERKELEY PARK BLVD
KENSINGTON, CA 94707-1202

HENRY PIECH
84 REINHOLD TERRACE
UNION, NJ 07083-8909

HENRY R DUBE & IRIS P DUBE TR
HENRY R DUBE & IRIS P DUBE REVOCABLE LIVING TRUST
UA 6/18/97
750 N THOMPSONVILLE RD
BEULAH, MI 49617-9747

HENRY R MOURADIAN & JOYCE V MOURADIAN TR
UA 1/26/90 HENRY H MOURADIAN REVTRUST
TIROGA POINT BOX 161A
TICONDEROGA, NY 12883-0161

HENRY R REINHARDT JR & MARSHA A REINHARDT JT TEN
10235 GARLAND ROAD W
WEST MILTON, OH 45383-9634

HENRY R TATNALL JR CUST DAVID R TATNALL
U/THE DEL UNIFORM GIFTS TO MINORS ACT
17561 GATSBY TERR
OLNEY, MD 20832-2375

HENRY REED HATFIELD JR AND GLENNA C HATFIELD GDNS C
HATFIELD
2703 WINIFRED RD
ALBANY, GA 31721-8839

HENRY ROSS ESCALETTE & PHYLLIS M ESCALETTE TR
UA 03/29/90 THE ESCALETTE TRUST
515 VIA LIDO SOUD
NEWPORT BEACH, CA 92663-4931

HENRY S HOLSTEIN
102 ETHYL WA B102
STOUGHTON, MA 02072-6122

HENRY SCHWARTZ CUST RALPH P SCHWARTZ
A MINOR PURS TO SEC 1339 19-TO 1339 26-INCLUSIVE OF
2289 W CENTERVILLE RD
DAYTON, OH 45459-3816

HENRY SEAGRAVE SMITH & GENEVIEVE SEAGRAVE SMITH TR
UA SEAGRAVE-SMITH FAMILY TRUST 05/02/90
1740 IRONWOOD PL
TEMPLETON, CA 93465

HENRY SEIDEN CUST MATTHEW IAN SEIDEN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
32 TWIN OAK ROAD
SHORT HILLS, NJ 07078-2259

HENRY T COOK CUST THOMAS F COOK
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
RR 1 BOX 3085
WAYNE, ME 04284-9720

HENRY V DOMBROWSKI
& CHARLOTTE B DOMBROWSKI & DONNA M DOMBROWSKI
JT TEN
19001 SKYLINE DRIVE
ROSEVILLE, MI 48066-1323

HENRY V ROMINGER TR
REVOCABLE LIVING TRUST 06/27/91 U-A HENRY V
ROMINGER
PO BOX 1696
BETHEL, AK 99559-1696

HENRY W BALDWIN JR CUST CHERYL DIANE BALDWIN
U/THE PA UNIFORM GIFTS TO MINORS ACT
3559 BAKERSTOWN RD
BAKERSTOWN, PA 15007-9706

HENRY W BALDWIN JR CUST CLARICA LEA BALDWIN
U/THE PA UNIFORM GIFTS TO MINORS ACT
12434 CREEK RD
CARLETON, MI 48117-9243

HENRY W LORISCH
219 153RD PLACE S E
BELLEVUE, WA 98007-5236

HENRY W PERSONS JR & BRENDA S PERSONS TR
UA 02/08/2008 PERSONS FAMILY TRUST
912 MERRIWEATHER WAY
SEVERN, MD 21144

HENRY W WEINBERG & LILLIAN WEINBERG JT TEN
150 LAKE BLVD 37
BUFFALO GRVE, IL 60089-4370

HENRY WOOD AXFORD JR CUST JENEFFER AXFORD
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4355 WHITEHOUSE TRAIL
GAYLORD, MI 49735-9733

HENRY Y MATSUTANI JR & RENEE M MATSUTANI TR
HENRY & RENEE MATSUTANI TRUST UA 1/14/00
19 OLD RODGERS RANCH COURT
PLEASANT HILL, CA 94523-3572

HERALD E SWEET
3991 108TH ST SW
BYRON CENTER, MI 49315-9700

HERB HEIN
SUITE 190
C-4225 B-4 MILLER ROAD
FLINT, MI 48507

HERBERT A KLEINERT & MARGARET A KLEINERT JT TEN
PO BOX 640
LAKESIDE, MT 59922-0640

HERBERT A LEHRTER & PATRICIA L LEHRTER TR
U/T/D 04/17/91 THE LEHRTER FAMILY
2200 PLAZA DEL ROBLES
LAS VEGAS, NV 89102-4034

HERBERT A ROGERS CUST JEFFREY ALAN ROGERS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
25 WOODFIELD ROAD
WASHINGTON TWP, NJ 07676-4817

HERBERT A YAGER
7339 113TH ST
FLUSHING, MI 48433-8750

HERBERT E HINSCH & JUDITH A HINSCH JT TEN
2B CONSTITUTION BLVD
WHITING, NJ 08759-1988

HERBERT EUGENE WILLIAMS & ALYCE JEAN WILLIAMS TR
WILLIAMS FAM LIVING TRUST UA 01/23/96
13361 FAIRFIELD LN
APT 180A
SEAL BEACH, CA 90740

HERBERT EVANS CUST TOM ROBERT EVANS
UNDER THE FLORIDA GIFTS TO MINORS ACT
150 HARTFORD AVE
DAYTONA BEACH, FL 32118-3370

HERBERT F SILVER TR
ADELE B SILVER TR HERBERT F SILVER & ADELE B SILVER
TRUST UA 06/02/05
8600 KIMBALL AVE
SKOKIE, IL 60076-2420

HERBERT FELLERMAN TR ENDOCRINE SPECIALTY GROUP IN
DEFINED CONTRIBUTION PENSION TRUST
644 GIBSON AVENUE
KINGSTON, PA 18704

HERBERT G LONDON CUST LAURI BESS LONDON
U/THE PA UNIFORM GIFTS TO MINORS ACT
3508 PALAS TERRACE
WELLINGTON, FL 33467-8063

HERBERT H HEINZL
1515 RIDGELAND AVE
BERWYN, IL 60402-1446

HERBERT H KAY CUST MISS VANESSA DREW KAY
U/THE PA UNIFORM GIFTS TO MINORS ACT
8 FAIRVIEW BLVD
FORT MYERS BEACH, FL 33931-4514

HERBERT H KNOOP & MAJ-BRITT K KNOOP TR
UA 05/14/94 HERBERT H KNOOP & MAJ-BRITT K
814 WEST CALIFORNIA WAY
WOODSIDE, CA 94062-4035

HERBERT H SHANNON & MADELINE M SHANNON TR
HERBERT H & MADELINE M SHANNON REVOCABLE LIV
TRUST UA 11/9/05
5550 BIRD ISLAND DR
LADY LAKE, FL 32159-4114

HERBERT HARRIS CUST JEFFREY JAY HARRIS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
622 DORINA RD
WESTFIELD, NJ 07090-3339

HERBERT HOFFSTEIN
2201 MARINA ISLE WAY APT 406
JUPITER, FL 33477-9422

HERBERT J MANDL CUST ARON M MANDL
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
10123 HARDY
OVERLAND PARK, KS 66212-3438

HERBERT J MANDL CUST SETH M MANDL
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
10123 HARDY
OVERLAND PARK, KS 66212-3438

HERBERT J SEMLER CUST
U/THE LAWS OF OREGON FOR SHELLI JOY SEMLER A
MINOR
1732 NW JOHNSON ST
PORTLAND, OR 97209-2320

HERBERT J SHUBICK TR
UA 09/04/07 HERBERT J SHUBICK REVOCABLE LIVING TRUST
15850 LEGGETT ROAD
MONTVILLE, OH 44064

HERBERT J WEINER
3701 SACRAMENTO ST 137
SAN FRANCISCO, CA 94118-1705

HERBERT L COHEN TR
COHEN MASON FAMILY LIVING TRUST (SURVIVORS) UA
11/13/97
4651 CRESTWOOD WAY
SACRAMENTO, CA 95822-1605

HERBERT M ROUND & MARLENE G ROUND TR
UA 09/16/08 ROUD FAMILY REVOCABLE TRUST
7842 NAPLES HERITAGE DR
NAPLES, FL 34112

HERBERT M WEBBER & LILLIAN E WEBBER TR
HERBERT & LILLIAN WEBBER FAM TRUST UA 08/12/94
2850 GAYLE LN
AUBURN, CA 95602-9674

HERBERT MAURER CUST GAIL C MAURER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9454 NO 105TH PLACE
SCOTTSDALE, AZ 85258-6050

HERBERT MAURER CUST IRA M MAURER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9454 NO 105TH PLACE
SCOTTSDALE, AZ 85258-6050

HERBERT MAURER CUST JEFFREY S MAURER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9454 NO 105TH PLACE
SCOTTSDALE, AZ 85258-6050

HERBERT NELSON CUST PETER NELSON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
19 WARREN RD
MAPLEWOOD, NJ 07040-1813

HERBERT O FRANZ
PO BOX 675611
RANCHO SANTE FE, CA 92067-5611

HERBERT P SMITH
158 DUERSTEIN STREET
WEST SENECA, NY 14210-2541

HERBERT RIBNER CUST DEENA R RIBNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
C/O MARK FISH
299 BORADWAY SUITE 1305
NEW YORK, NY 10007

HERBERT ROSENBLUM CUST SHELDON ROSENBLUM
U/THE N Y UNIFORM GIFTS TO MINORS ACT
40-20 WEST MORELAND ST
LITTLE NECK, NY 11363-1737

HERBERT S GALKIN CUST DAVID G GALKIN
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
11565 PRIVADO WAY
BOYNTON BEACH, FL 33437-1925

HERBERT SCHLOSSBERG CUST ALAN MARK SCHLOSSBERG
U/THE N Y UNIFORM GIFTS TO MINORS ACT
11207 APPLEGATE CIR
BOYNTON BCH, FL 33437-1819

HERBERT SCHLOSSBERG CUST JANET LYNN SCHLOSSBERG
U/THE N Y UNIFORM GIFTS TO MINORS ACT
11207 APPLEGATE CIR
BOYNTON BCH, FL 33437-1819

HERBERT SCHNEIDER CUST BETH ANN SCHNEIDER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3216 TEMPLE CT
WILMETTE, IL 60091-2900

HERBERT SCHNEIDER CUST JAY ELLIOTT SCHNEIDER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3216 TEMPLE CT
WILMETTE, IL 60091-2900

HERBERT SCHULER CUST LYLE J SCHULER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
172 WALTON LN
HURLEY, NY 12443-6211

HERBERT SCHWARZ CUST MARLENE SCHWARZ
A MINOR UNDER ARTICLE EIGHT-A OF THE PERS PROPERTY
LAW OF NEW YORK
12 WOODS CT
HUNTINGTON, NY 11743-4845

HERBERT STEIN
226 ROSE HILL AVENUE
NEW ROCHELLE, NY 10804-3118

HERBERT W COLE CUST STEVEN COLE
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
8 HALLISEY DRIVE
NEWBURYPORT, MA 01950-6520

HERBERT W SPENCER TR
UA 12/13/2007 HERBERT W SPENCER REVOCABLE LIVING
TRUST
4505 LINDWOOD
W BLOOMFIELD, MI 48324

HERBERT ZEUMANN
PO BOX 630264
BRONX, NY 10463-0806

HERES PASCO CUST STEPHEN PASCO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
70 PASCACK RD
PARK RIDGE, NJ 07656-1921

HERMAN A STEINBERG
155 6TH AVE
BROOKLYN, NY 11217-3508

HERMAN D GILBERT
225 162ND ST
# 5
HAMMOND, WI 54015-5407

HERMAN D LANDERS CUST CHRISTI ANNE LANDERS
U/THE ALA UNIFORM GIFTS TO MINORS ACT
PO BOX 229
WEDOWEE, AL 36278-0229

HERMAN E WINTER & ROBERT E WINTER & TIMOTHY L WINTE
HERMAN E WINTER REVOCABLE TRUST UA 03/09/05
3599 SILVER SANDS
WATERFORD, MI 48329-4257

HERMAN GREENSTEIN
7040 TRAILWAY CT
WEST BLOOMFIELD, MI 48322-4564

HERMAN H DE BACKER
SINT JANSPLEIN 11
KONTICH
B2550 BELGIUM

HERMAN L PERKINS JR
8010 202ND ST CT E
SPANAWAY, WA 98387-5278

HERMAN O STEINKE & WINIFRED M STEINKE JT TEN
8110 E CYPRESS ST
SCOTTSDALE, AZ 85257-2815

HERMAN TERUO HASIZUME & MAYBELLE CHIYOKO HASHIZUM
UA 12/31/91 HERMAN TERUO HASHIZUME &
PO BOX 1053
WAILUKU, HI 96793-1053

HERMAN W GREEN & CHARLOTTE E GREEN TR
THE GREEN FAMILY REVOCABLE LIVING TRUST UA 03/25/02
PO BOX 102
NEW MILFORD, NJ 07646-0102

HERMAN WEBERLEIN & MARGARET WEBERLEIN JT TEN
3597 KORTZ RD
CHEBOYGAN, MI 49721-8915

HERMANN M CAMERON & KATHLEEN M CAMERON TR
UA 02/08/94 HERMANN M CAMERON & KATHLEEN M
CAMERON TR
5233 KENDAL
DEARBORN, MI 48126-3189

HERMENE E BARTHOLD
4854 210TH ST N
FOREST LAKE, MN 55025-9739

HERMIONE DIOYENIS TR
GEORGE J DIOYENS & HERMIONE DIOYENIS LIVING TRUST
UA 02/23/02
20491 DAMMAN
HARPER WOODS, MI 48225-1775

HERMON TARTT
1500 193RD ST 526
EUCLID, OH 44117-3312

HESTER G HUMPHREYS & MYRTLE L HUMPHREYS TR
HESTER G HUMPHREYS REVOCABLE TRUST UA 06/28/99
227 PALO VERDE DR
LEESBURG, FL 34748-8801

HESUNG CHUN KOH CUST CAROLYN K KOH
U/THE CONN UNIFORM GIFTS TO MINORS ACT
ROOM 104 165 MIDDLESEX TNPK
BEDFORD, MA 01730-1436

HILARY KRAVINSKY KLEIN & SAMUEL KLEIN JT TEN
38 RIDGEMOOR DRIVE
CLAYTON, MO 63105-3038

HILDA KRUMBEIN
3106 LABYRINTH ROAD
BALTIMORE, MD 21208-5611

HILDA M WARHAFTIG TR
JACK WARHAFTIG & HILDA M WARHAFTIG TRUST UA
11/04/98
431 S BURNSIDE AVE 5J
LOS ANGELES, CA 90036-5344

HILDA O KLEIN
4951 COSHOCTON
WATERFORD, MI 48327-3325

HILDING G MOLINE
44120 200 ST E
LANCASTER, CA 93535-8818

HILLARD H GORDON CUST DAVID GORDON
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
2614 NORTHSHORE CT
WICHITA, KS 67205-1078

HILTON W GOODWYN JR CUST DAVID WARNER GOODWYN
U/THE VA UNIFORM GIFTS TO MINORS ACT
210 E MAIN ST
RICHMOND, VA 23219-3715

HIRAM W HILL
60 STEINER RD
INDIANOLA, MS 38751-2682

HIROSHI TOYONAKA
MARUSEDAI 2-13-7
MACHIDA SHI
TOKYO
194 0043 JAPAN

HIROYUKI NAGATA & JOYCE K NAGATA TR
HIROYUKI NAGATA & JOYCE K NAGATA FAM TRUST UA
01/04/96
11463 YOLANDA AVE
NORTHRIDGE, CA 91326-1818

HISAMI E HIGA TR
UA 12/18/90 HISAMI E HIGA SELF-TRUSTEED REVOCABLE
TRUST
PO BOX 87
KEKAHA, HI 96752-0087

HITOSHI TAKANO
1/17/2009
KITAMACHI KOKUBUNJI SHI
TOKYO
185-0001 JAPAN

HITOSHI THOMAS TAMAKI & MARION TAMAKI TR
HITOSHI THOMAS & MARION TAMAKI LIVING TRUST UA
12/08/97
1522 SANDY HILL RD
PLYMOUTH MEETING, PA 19462-2604

HOBERT L BURKHEAD CUST MISS KAREN DENISE BURKHEAD
U/THE TENN UNIFORM GIFTS TO MINORS ACT
384 SHARON DR
SHEPHERDSVILLE, KY 40165-5713

HOBERT L BURKHEAD CUST MISS LEIGH ANNE BURKHEAD
U/THE TENN UNIFORM GIFTS TO MINORS ACT
1600 LOCUST GROVE RD
SHELBYVILLE, KY 40065-9244

HOLLIS THOMAS & ANITA THOMAS TR
UA 11/21/2005 HOLLIS & ANITA THOMAS TRUST
124 ASHWORTH DRIVE
IONE, CA 95640

HOLLY J THOMPSON JR
PO BOX 871444
NEW ORLEANS, LA 70187-1444

HOLLY SUSAN HADAC TR
UA 10/01/2008 DOROTHY LOUISE HADAC IRREVOCABLE
TRUST
200 W BEVERLY
OXFORD, MI 48371

HOMER E STEINHAUER
1806 MC KEE ST #A2
SAN DIEGO, CA 92110-1968

HOMER ELY & LOLAS M ELY TR
HOMER ELY & LOLAS M ELY REVOCABLE TRUST UA 09/24/03
1591 OAKVIEW CR SE
WINTER HAVEN, FL 33880-4470

HOMER H HUNT CUST JONATHON O HUNT
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
766 GREAT HIGHWAY # 1
SAN FRANCISCO, CA 94121-3267

HOMER O TRELOAR & MRS BARABARA J TRELOAR JT TEN
19681 106TH SE
RENTON, WA 98055-7355

HOMER O TRELOAR CUST JULIE A TRELOAR UGMA WA
19681 106TH AVE S E
RENTON, WA 98055-7355

HOMER O TRELOAR CUST TODD N TRELOAR UGMA WA
19681 106TH SE
RENTON, WA 98055-7355

HORST STROBACH OPEL AUSTRIA GMBH
HEINRICHCOLLINSTRASSE 27/2/2
WIEN
A-1140 AUSTRIA

HORTENSE POUSEDA SUSLAVICH & FRANK J SUSLAVICH JR a
PERS REPRESENTATIVE OF THE ESTATE OF FRANK J
SUSLAVICH
39 ALLWOOD RD
DARIEN, CT 06820-2416

HOSEA MCLEOD
PO BOX 300433
KANSAS CITY, MO 64130-0433

HOSEA WHITING
2000 BURLINGTON
MUNCIE, IN 47302-3881

HOSSEIN HASSANI
390 THE KINGSWAY
TORONTO ON
M9A 3V7 CANADA

HOUGHTON N SAWYER JR
PO BOX 530
WHITINGHAM, VT 05361-0530

HOWARD A REINHARDT
3513 LAURIA
BAY CITY, MI 48706-1130

HOWARD A SCHUNEMON CUST ROSEMARY SCHUNEMON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
11120 NE 8TH AVE
BISCAYNE PARK, FL 33161-7202

HOWARD C BRANDENSTEIN
12 BRANDER PARKWAY
PO BOX 3029
SHELTER ISLAND HTS, NY 11965-3029

HOWARD C FINGER & ANNA E FINGER TR
UA 08/31/06 HOWARD C FINGER & ANNA E FINGER
152317 CHARULENE
FENTON, MI 48430

HOWARD COHEN
STIFEL FREEDOM ACCOUNT
4367 WESTBROOKE COURT
FORT COLLINS, CO 80526-3451

HOWARD E LINEBERRY JR
1133 LEININGER DR
TIPTON, IN 46072-9790

HOWARD E MESERVY CUST BARBARA A MESERVY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6257 SOUTH SLEEPY LANE
COEUR D ALENE, ID 83814-7503

HOWARD F HEINTZ TR HOWARD F HEINTZ TRUST UA 04/19/05
1721 WELLING DR
TROY, MI 48085-5085

HOWARD FRIEND CUST ANDREW FRIEND
A MINOR U/ARTICLE 8-A OF THE PERS PROPERTY LAW OF N
Y
6561 SAUNDERS ST 165
REGO PARK, NY 11374-4252

HOWARD G ECKERT & HORTENSE L ECKERT TR
HOWARD G ECKERT & HORTENSE L ECKERT LIVING TRUST
UA 05/17/96
645 HIGH ST
VICTOR, NY 14564-1161

HOWARD G HENDRIAN & BETTY J HENDRIAN TR
HENDRIAN LIVING TRUST UA 09/09/97
56195 10 MILE RD
SOUTH LYON, MI 48178-9758

HOWARD G STEPHENS & MARALEE J STEPHENS TR
UA 06/12/91 STEPHENS FAMILY TRUST
9220 EL MORADO
FOUNTAIN VALLEY, CA 92708-4448

HOWARD GLICKMAN CUST ELLEN GLICKMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7705 CHERRY BLOSSOM ST
BOYNTON BEACH, FL 33437-5439

HOWARD GLICKMAN CUST MARCIE GLICKMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
240 CENTRAL AVE APT 1B GREEN
LAWRENCE, NY 11559-1558

HOWARD H RAASCH & RITA M RAASCH TR
HOWARD & RITA RAASCH TRUST UA 06/30/03
6222 N STONEY CREEK RD
MONROE, MI 48162-9365

HOWARD J COLLINS JR CUST JOHN T COLLINS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
19 FAIRBROTHERS AVE
CHARLESTOWN, NH 03603-4756

HOWARD J HILDENBRAND & BARBARA A HILDENBRAND TR
HOWARD J HILDENBRAND LIVING TRUST UA 05/15/00
302 KIDD CASTLE WAY
WEBSTER, NY 14580-1967

HOWARD J PHELPS & MARION DIANNE PHELPS TR
HOWARD J PHELPS & MARION D PHELPS TRUST UA 08/20/97
14958 PERE ST
LIVONIA, MI 48154-4737

HOWARD J POLLACK & JANET E POLLACK TR
HOWARD J & JANET E POLLACK REV LIVING TRUST UA
08/14/03
49323 GLASCO CT
SHELBY TOWNSHIP, MI 48315-3929

HOWARD J S BOMSTEIN
2201 WISCONSIN AVE NW
WASHINGTON, DC 20007-4105

HOWARD J WEINER
6336 ORCHID LANE
DALLAS, TX 75230-4034

HOWARD J WILWERDING
18358 102ND WAY SOUTH
BOCA RATON, FL 33498-1663

HOWARD KNAPP CUST GLENN F KNAPP
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
52 PERRY DRIVE
NEW MILFORD, CT 06776-4215

HOWARD L ANDERSON & ELIZABETH S ANDERSON TR
HOWARD L ANDERSON FAM TRUST UA 08/15/95
111 PLANTATION DR
CARSON CITY, NV 89703-5411

HOWARD L ROE
PO BOX 077621
COLUMBUS, OH 43207-7621

HOWARD M WEINBERG
4000 N CHARLES ST UNIT 608
BALTIMORE, MD 21218-1769

HOWARD N MILLER & INA M MILLER TR
UA 10/13/87 HOWARD MILLER & INA M MILLER TRUST
5719 SO TINA PT
HOMOSASSA, FL 32546

HOWARD OSHRY & GLADYS EISMAN TR
HOWARD OSHRY CHILDREN TR FOR MICHAEL HAROLD
C/O SUPERIOR AUTOMOTIVE W'HOUSE
22 PRATT
ALLSTON, MA 02134-1809

HOWARD R FINKBEINER
4455 ALDER DR
FLINT, MI 48506-1461

HOWARD REIN
511 W ARNOLD STREET
BOZEMAN, MT 59715-6136

HOWARD ROSENBLOOM & MILTON TOTTLE GOODMAN TR
HYDRO MECHANICAL SYS INC PROF SHAR PLAN 6/10/73
BOX 62
WESTVILLE, NJ 08093-0062

HOWARD RUSSELL TR ESTELLE PARNELL HOWARD WOOTEN
PO BOX 123296
FT WORTH, TX 76121-3296

HOWARD SCHREIDELL & PHYLIS G SCHREIDELL TR
LIVING TRUST 06/27/77 U-A HOWARD SCHREIDELL
C/O PARK SUMMIT
APT D644
8500 ROYAL PALM BLVD
CORAL SPRINGS, FL 33065

HOWARD SOKOL & PATRICIA T SOKOL TR
THE SOKOL/TACKES FAMILY REV LIVING TRUST UA 10/09/01
1115 N FORTUNA AVENUE
PARK RIDGE, IL 60068-1956

HOWARD T WEINER
5615 ORCHARD AVE
PARMA, OH 44129-3018

HOWARD W HAFTEL CUST AMY SUE HAFTEL
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
60 GERDES AVE
VERONA, NJ 07044-1021

HOWARD W MIDDLETON & ARLA K MIDDLETON TR
HOWARD W & ARLA K MIDDLETON FAMILY REV
501 PORTOLA ROAD #8150
PORTOLA VALLEY, CA 94028-7654

HOWARD WEINER & CAROLE WEINER JT TEN
11124 E BELLFLOWER CT
SUN LAKES, AZ 85248-8235

HOWARD WILLIAM JEROME & GERALDINE JUNE JEROME TR
UA 4/28/89 HOWARD WILLIAM & GERALDINE JUNE JEROME
TRUST
3257 BARTLETT STREET
SPRING HILL, FL 34606-3014

HOWELL K MCCAGHREN & KIMBERLY D MCCAGHREN TR
MCCAGHREN FAM TRUST UA 05/21/97
152 COUNTY RD 344
DANVILLE, AL 35619-8564

HOWELL N TYSON JR
PO BOX 661990
ARCADIA, CA 91066

HOYT R BUSH JR & LAURA L BUSH TR
HOYT RALPH BUSH JR & LAURA LOU BUSH REV LIV TRUST
UA 12/11/90
8 REDWOOD DR
OXFORD, MI 48371-6171

HUBERT P GOBER
8775-310 LAWRENCE WELK DR
ESCONDIDO, CA 92026

HUGH A GILES
3870 105TH AVE
ALLEGAN, MI 49010-9132

HUGH J FEUERSTEIN
12910 KELLEY ROAD
BROOKLYN, MI 49230-9773

HUGH K FERGUSON
PO BOX 230288
FAIR HAVEN, MI 48023-0288

HUGH K FERGUSON & LORETTA I FERGUSON JT TEN
PO BOX 230288
FAIR HAVEN, MI 48023-0288

HUGH S P BINNIE & ANNE V BINNIE TR
BINNIE FAMILY LIVING TRUST UA 10/18/00
2 GOVERNORS LANE
BETHEL, CT 06801-2731

HUGHIE F PUGH & GWENDOLYN G PUGH TR
HUGHIE F PUGH FAM LIVING TRUST UA 04/22/96
259 MAIN ST
WHITESBORO, NY 13492-1119

HUGO BARTH CUST BRUCE GREGORY BARTH
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
393 SAND SPRING ROAD
MORRITOWN, NJ 07960-6770

HUGO D MORAS & MARIA E MORAS TR
HUGO D MORAS REVOCABLE LIVING TRUST UA 5/05/06
11557 SW 75TH CIR
OCALA, FL 34476-9432

HUGO J RANELLE CUST BRIAN D RANELLE
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
3716 BRIARHAVEN RD
FORT WORTH, TX 76109

HUGO LUIS NEIRA TOUTIN
CAMINO DE LA FUENTE ORIENTE 5478
PENALOLEN
SANTIAGO
7940921 CHILE

HUSSEIN A SAAB
7350 OAKMAN BLVD
DEARBORN, MI 48126-1573

HUSSEIN H ILAYAN
26636 LAWRENCE DR
DEARBORN HEIGHTS, MI 48127-3347

HUSSEIN M MAKI
639 KINLOCH
DEARBORN, MI 48127-3753

HUSTIANA PEGGY OGHIGIAN TR
HUSTIANA PEGGY OGHIGIAN FAM TRUST UA 05/09/91
1618 RIDGEWAY DR
GLENDALE, CA 91202-1219

HYMAN A LEZELL CUST MARK LEZELL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5800 MAGIC MOUNT DR
ROCKVILLE, MD 20852

HYMAN A LEZELL CUST STEWART LEZELL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
17272 NORTHWAY CIRCLE
BECA RATO, FL 33496-5909

HYMAN GOLDSTEIN
9340 SUNRISE LAKES BLVD APT 203
SUNRISE, FL 33322-2103

HYMAN GORENSTEIN
265 WEST FULTON ST
LONG BEACH, NY 11561-1922

HYMAN GREENSPAN CUST MARK GREENSPAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 1598
KINGSTON, NY 12402-1598

HYMAN KIPPER CUST GLENNE L KIPPER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
7643 LENA AVE
WEST HILLS, CA 91304-4564

HYMAN KUPERSTEIN & MRS ELEANOR D KUPERSTEIN JT TEN
2 ALBERT COURT
SPRINGFIELD, NJ 07081-3301

HYMAN PYONEIN
2613 NASSAU BEND
APT B1
COCONUT CREEK, FL 33066-2717

HYMAN SHERMAN CUST ELAYNE SHERMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
13725 VIA AURORA
APT D
DELRAY BEACH, FL 33484-1923

HYMEN KRIEBERG CUST RICHARD J KRIEBERG
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1214 GREEN KNOLLS DR
BUFFALO GROVE, IL 60089-1146

I GEORGE LIEBERFARB CUST RICHARD ELLIOT LIEBERFARB
U/THE N Y UNIFORM GIFTS TO MINORS ACT
43 WOODLAKE DR E
WOODBURY, NY 11797-2316

I JAMES MALATESTA CUST PAUL MALATESTA
U/THE MASS UNIFORM GIFTS TO MINORS ACT
95 STONE ROOT LANE
CONCORD, MA 01742-4707

IAN A CASTEL
#E116 1300 NORTH RIVER RD
VENICE, FL 34293

IAN BYERS
806-245 ROEHAMPTON AVE
TORONTO ON
M4P 1R6 CANADA

IAN WHITELAW MONIE & BARBARA JANE MONIE TR
UA 03/28/89 THE IAN MONIE & BARBARA MONIE
1494 PLYMOUTH AVENUE
SAN FRANCISCO, CA 94112-1260

ICHIO EGASHIRA & SHIRLEY M EGASHIRA TR
EGASHIRA FAMILY TRUST UA 12/01/99
BOX 4609
PAHRUMP, NV 89041-4609

IDA E PAYNE TR
JAMES A PAYNE & IDA E PAYNE REV JT TEN TRUST UA
06/03/92
G-3245 W MYRTLE
FLINT, MI 48504

IDA GOODMAN
ATTN LINDA B KOGAN
PO BOX 721945
NORMAN, OK 73070-8481

IDA LEINHARDT
150 E 61 STREET APT 9B
NEW YORK, NY 10065-8534

IDA LIBBY DENGROVE CUST ROBERT DENGROVE
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
255 CEDAR AVE
LONG BRANCH, NJ 07740-5055

IDA M MC CLENTON
PO BOX 286011
CHICAGO, IL 60628-0011

IHSAN UYGUR CUST IHSAN UYGUR JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4 TWINN HILL DR
BOONTON, NJ 07005-9524

ILA E MCFADDEN TR
UA 01/10/73 ILA E MCFACCEN TRUST ILA E MCFADDEN AS
GRANTOR
63 345 WEST 8 MILE RD
SOUTH LYON, MI 48178

ILENE A KORTHAS
PO BOX 930074
WIXOM, MI 48393-0074

ILENE MITZ GOLDBERG CUST AARON JASON STEIN UGMA MI
28122 PEPPERMILL RD
FARMINGTON HILLS, MI 48331-3331

ILENE STEINBERG
816 WOODMONT DR
MARIETTA, GA 30062-3816

IMA JEAN DEHART & DAVID E GIBBS TR
IMA JEAN DEHART LIV TRUST UA 12/07/99
5782 BOXWOOD DR
LORAIN, OH 44053-2170

IMGARD A RIENTS & ROBERT EUGENE RIENTS JT TEN
PO BOX 230525
7789 LAKE DR
FAIRHAVEN, MI 48023-0525

INEZ E VAN ALST & CHARLES K VANALST TR
UW CHARLES VANALST TESTAMENTAL TRUST UA 10/09/98
100 RED BARN RD
NEW PALTZ, NY 12561-3748

INGEBORG H NIELSON
& PATRICIA M MAXWELL & KATHERINE JANE MAXWELL JT
TEN
601 N BALL ST
OWOSSO, MI 48867-2309

INGIBJORG FERRENTINO & JULIUS R FERRENTINO & JOSEPH
ANOTHONY R FERRENTINO JT TEN
564 BRECKENRIDGE VLG APT 5
ALTAMONTE SPRINGS, FL 32714-7169

INGRID LEVI CUST MARK DAVID LEVI
U/THE NEW YORKUNIFORM GIFTS TO MINORS ACT
3460 SOUTH OCEAN BLVD
APT 211
PALM BEACH, FL 33480-5964

INGRID MARIA KLOVE CUST OLIVIA ANN RHODIN
UNDER THE NC UNFORM TRANSFERS TO MINORS ACT
4 OAK KNOLL RD
CARLISLE, MA 01741-1231

INTERNATIONAL ADVERTISING CORPORATION
PO BOX 241
FL-9494 SCHAAN
LIECHTENSTEIN

IN-YOUNG LEE
14 FLOOR JS TOWER
144-19 SAMSEONG-DONG GANGNAM-GU
SEOUL KOREA
135-090 KOREA (REP)

IONE M HOLZWORTH & ROBERT J HOLZWORTH TR
IONE M HOLZWORTH LIVING TRUST UA 04/14/99
2118 BROOKSIDE LN
AURORA, IL 60504-1370

IOSHIHERO NORO
ALAMEDA UAPICHANA 165
SAO PAULO SP
04085-030 BRAZIL

IRA D PRUITT JR CUST ELISA LYNN PRUITT
U/THE ALA UNIFORM GIFTS TO MINORS ACT
PO BOX 1037
LIVINGSTON, AL 35470-1037

IRA E GOSLING & MARILYNN E GOSLING TR
E GOSLING LIVING TRUST IRA UA 10/30/00
3914 W ORCHARD HILL DR
BLOOMFIELD HILLS, MI 48304-3132

IRA HERTAN CUST DAVID HERTAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
40 SEWALL ST
WEST NEWTON, MA 02465-2613

IRA M BRESLOW CUST MARTHA J BRESLOW
U/THE PA UNIFORM GIFTS TO MINORS ACT
1 DORCHESTER DRIVE #403
PITTSBURGH, PA 15241-1027

IRA M BRESLOW CUST ROBERT L BRESLOW
U/THE PA UNIFORM GIFTS TO MINORS ACT
1 DORCHESTER DRIVE #403
PITTSBURGH, PA 15241-1027

IRA ORENSTEIN
2632 VIA CARILLO
PALOS VERDES ESTS, CA 90274-2856

IRA PORETSKY CUST JILL LORI PORETSKY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
43 ARDSLEIGH PL
MONROE TOWNSHIP, NJ 08831-2675

IRENE A SIGG
PO BOX 680541
PARK CITY, UT 84068-0541

IRENE A STEINMETZ
C/O JOHN M STEINMETZ
107 LAKESIDE CIRCLE
JUPITER, FL 33458-5505

IRENE AUGENSTEIN CUST STEPHEN AUGENSTEIN U/THE NEW
13203 ALHAMBRA LAKE CIR
DELRAY BEACH, FL 33446-3734

IRENE B HERBERG
37961 391ST AVENUE
ST PETER, MN 56082-4308

IRENE C MARCZAK & JOSEPH S MARCZAK JR JT TEN
76 MILFORD AVE
WHITING, NJ 08759-2060

IRENE C SPEAR TR
UA 01/13/93 THE IRENE C SPLEAR REVOCABLE LIVING
TRUST
517 N MILL ST
PONTIAC, IL 61764-1825

IRENE CLAIRE HOUSTON CUST ALEXANDER HOUSTON
A MINOR U/P L 55 CHAP 139 OF LAWS OF N J
12 FALLING LEAF LN
HOUSTON, TX 77024-4513

IRENE CLAIRE HOUSTON CUST WILLIAM JAMES HOUSTON
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
1361 SANFORD LN
GLENVIEW, IL 60025-3146

IRENE E MORRILL & CHARLES F MORRILL TR
UA 04/16/76 RICHARD F MORRILL TRUST
3427 YORKSHIRE DR SE
OLYMPIA, WA 98513-4265

IRENE E STEIMLE TR
THE IRENE E STEIMLE REVOCABLE LIVING TRUST UA
10/28/02
404 CHESTNUT DRIVE
BEREA, OH 44017-1336

IRENE ESSWEIN & HERBERT ESSWEIN JT TEN
552 LAKE OF THE WOODS DR
VENICE, FL 34293-7215

IRENE H HEINZ & HEIDI E MERRIMAN & WILLIAM A HEINZ JT TE
49359 MARQUETTE CT
SHELBY TWP, MI 48315-3957

IRENE H REDIKER CUST FRANK REDIKER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
35619 CANDLEWOOD DRIVE
STERLING HEIGHTS, MI 48312-4121

IRENE HESLIN KILCOYNE USUF P E KILCOYNE H W KILCOYNE
MRS F KREIS R KILCOYNE & MRS I K CARMICHAEL NAKED
OWN
719 N WILSON STREET
METAIRIE, LA 70003-6049

IRENE L SIKORA & PATRICIA A SIKORA TR
IRENE L SIKORA LIVING TRUST UA 11/17/98
18633 MIDDLESEX AVE
LATHRUP VILLAGE, MI 48076-4419

IRENE M DOUTRY TR
U-AD TD 08/31/93 THE IRENE M DOUTRY REVOCABLE LIVING
TRUST
240 DEER PARK S
CAPAC, MI 48014-3759

IRENE M LIBEL & BARBARA YOUNG TR
IRENE M LIBEL REVOCABLE LIVING TRUST UA 10/26/94
1049 BLACKJACK RD
SEVERANCE, KS 66087-4127

IRENE M LOBER CUST CLIFFORD WARREN LOBER
U/THE VA UNIFORM GIFTS TO MINORS ACT
3142 YATTIKA PLACE
LONGWOOD, FL 32779-3113

IRENE M LOBER CUST LORI ANN LOBER
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
926 7TH ST
HERMOSA BEACH, CA 90254-4823

IRENE M LOBER CUST RICHARD WAYNE LOBER
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
13214 MINK LN
WESTFIELD, IN 46074

IRENE MARIE DADEPPO TR
IRENE MARIE DADEPPO TRUST NO 1 UA 10/03/97 AS
AMENDED
10876 MELBOURNE
ALLEN PARK, MI 48101

IRENE R KENNEY
4682 200 2S AVE SE
SAMMAMISH, WA 98075-6814

IRENE SPERBER & RICHARD SPERBER JT TEN
HOHENSTEINSTR 4
D-91217 HERSBRUCK
GERMANY

IRENE SPERBER & STEFANIE SPERBER & RICHARD SPERBER
HOHENSTEINSTR 4
D 91217 HERSBRUCK
GERMANY

IRENE T PETRYKOWSKI
& DIANNE M RAMIREZ & SUSAN M KLIMEK & LUCY M
PETRYKOWSKI JT TEN
9322 CEDAR ISLAND RD
WHITE LAKE, MI 48386-3212

IRENE WOLF
EBERSTEINER STR 22
D75177 PFORZHEIM
GERMANY

IRIS DALE GOLDSTEIN
3700 CROWNRIDGE DR
SHERMAN OAKS, CA 91403-4819

IRIS J VASILEVICH & MICHAEL VASILEVICH TR
VASILEVICH LIVING TRUST UA 7/22/99
2934 W BELDEN AVE
CHICAGO, IL 60647-2919

IRIS M BRINK
& JAMES C WEATHERWAX & LLOYD J WEATHERWAX &
JERRY R WEATHERWAX &
300 S MAIN ST APT 543
DAVISON, MI 48423-1646

IRIS M KLEINSCHMIDT
PO BOX 10930
TRUCKEE, CA 96162-0930

IRIS ROSS CUST MITCHELL ROSS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
441 DIVISION AVE
HICKSVILLE, NY 11801-6338

IRMA B HANEY
C/O ESTATE OF IRMA B HANEY
LAROSE LEON TAYLOR & FAZARI
PO BOX 366 149 W MAIN ST
WELLAND ON L3B 5P7 CANADA

IRMA R GOLDSTEIN
437 DEL POND DR
CANTON, MA 02021

IRMGARD A RIENTS & LIDDY LEE SMITH JT TEN
PO BOX 230525
7789 LAKE DR
FAIRHAVEN, MI 48023-0525

IRVIN A BERKEMEIER & EVELYN M BERKEMEIER TR
IRVIN A BERKEMEIER LIVING TRUST UA 03/18/97
503 ASPEN CT
MIDDLETOWN, DE 19709-9311

IRVIN K SISSON
15083 191ST STREET
NOBLESVILLE, IN 46060-9532

IRVIN KRAUSE CUST SHERRY JOAN KRAUSE
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF NY
C/O SHERRY MAZZA
38 TUCKER LANE
NO DARTMOUTH, MA 02747-3594

IRVIN R KOBSA TR
KOBSA FAMILY TRUST UA 01/08/86 U-T-A 10-23-81 BY IRVIN R
KOBSA ET AL
2485 LA MIRADA DRIVE
SAN JOSE, CA 95125-5829

IRVIN VINE CUST BRENT H VINE
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
58 HUCKLEBERRY LN
EAST HAMPTON, NY 11937-2831

IRVIN WEINTRAUB & MRS GLORIA B WEINTRAUB JT TEN
417 MICHAEL LANE
BIRMINGHAM, AL 35213-4401

IRVINE F TOUCHIE & ARLENE M TOUCHIE TR
TOUCHIE FAM LIVING TRUST UA 05/23/94
7471 GREEN MEADOW LN
CANTON, MI 48187-3680

IRVING A GLASSER TR
UA 03/09/1990 IRVING A GLASSER & SYLVIA M
GLASSERFAMILY TRUST A
30 TAHOE
IRVINE, CA 92612

IRVING A PRIEST & THELMA B PRIEST TR
IRVING A PRIEST & THELMA B PRIEST TRUST UA 05/26/92
PO BOX 37
HANCOCK, NH 03449-0037

IRVING AVRICK CUST ROBERT H AVRICK
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
22 FULLIN ROAD
NORWALK, CT 06851-3418

IRVING BORENSTEIN CUST MARK BORENSTEIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
439 MARTLING AVE
TARRYTOWN, NY 10591-4714

IRVING C SANDBAKKEN & KATHLEEN C SANDBAKKEN TR
UA SANDBAKKEN FAMILY TRUST 11/30/89
4174 RHODES WAY
OCEAN HILLS, CA 92056-7412

IRVING EHRLICH CUST HOWARD SCOTT EHRLICH
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2300 W SAMPLE RD
STE 215
POMPANO BEACH, FL 33073-3049

IRVING EPSTEIN & BERTHA EPSTEIN JT TEN
C/O NATIONAL MACHINERY EXCHANGE
72 ROANOKE AVE
NEWARK, NJ 07105-4308

IRVING FINKELSTEIN
10 WEST 66TH STREET
APT 14K
NEW YORK, NY 10023-6208

IRVING HORN CUST RACHELLE ANNE HORN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
605 NORTHCLIFFE DRIVE
ROCKVILLE, MD 20850

IRVING KAPLAN CUST HAROLD N KAPLAN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
15 MC KINLEY AVE
WEST CALDWELL, NJ 07006-7803

IRVING M SILVERMAN CUST SCOTT R SILVERMAN
UNDER THE FLORIDA GIFTS TO MINORS ACT
13614 11TH TERRACE E
BRADENTON, FL 34202-9003

IRVING POLOKOFF CUST HARVEY SHELDON POLOKOFF
U/THE N Y UNIFORM GIFTS TO MINORS ACT
11807 PEBBLEPOINT PASS
CARMEL, IN 46033-9672

IRVING S BENGELSDORF & BEVERLY D BENGELSDORF TR
IRVING & BEVERLY BENGELSDORF TRUST UA 12/07/84
211 SAXONY RD
APT 258
ENCINITAS, CA 92024-2779

IRVING SHAPIRO & CYNTHIA SHAPIRO TR
UA 07/02/03 SHAPIRO REVOCABLE TRUST
391 MILLER AVE STE 100
MILL VALLEY, CA 94941

IRWIN A HOROWITZ CUST SHERI BETH HOROWITZ
A MINOR U/ P L 55 CH 139 OF LAWS OF N J
19 DALEWOOD RD
WEST CALDWELL, NJ 07006-8237

IRWIN B SCHUMER CUST EDWARD SCHUMER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
246 NO MAIN STREET
SAINT ALBANS, VT 05478-1554

IRWIN C SCHNEIDER & MARIAN SCHNEIDER TR
SCHNEIDER FAMILY TRUST UA 07/24/84
1995 S CAMINO REAL
PALM SPRINGS, CA 92264-9290

IRWIN JACOBS CUST BONNIE SUE JACOBS
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
31 GEIGER LANE
WARREN, NJ 07059

IRWIN JACOBS CUST HOWARD JACOBS
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
7 DOWNING PLACE
LIVINGSTON, NJ 07039-3612

IRWIN KINZLER CUST JEFFREY LAWRENCE KINZLER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
750 LARK CT
WOODMERE, NY 11598-2914

IRWIN S WHITMAN CUST STEPHANIE ROBIN WHITMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
23 CALERIDGE CT
HGHLNDS RANCH, CO 80130-3979

IRWIN SCHULTZ CUST ANDREW I SCHULTZ
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
429 FOREST AVE
RYE, NY 10580-3642

IRWIN STEIN & MRS ARLYN R STEIN JT TEN
2475 W GULF DR
UNIT 307
SANIBEL, FL 33957-6038

IRWIN WEINBERG TOD ADRIENNE PACHTER SUBJECT TO STA
9855 E IRVINGTON ROAD
LOT 121
TUCSON, AZ 85730-5229

ISAAC CLIFTON ASKEW 3RD CUST ISAAC CLIFTON 4TH
A MINOR UNDER THE LAWS OF GEORGIA
2413 SEMINOLE RD
AUGUSTA, GA 30904-3411

ISAAC KLEIN
ROOM 407
20 WEST 47TH STREET
NEW YORK, NY 10036-3303

ISAAC PRATT
PO BOX 970595
YPSILANTI, MI 48197-0810

ISAAC RODRIGUEZ
26 CARR 833 915V
GUAYNABO, PR 00971-9011

ISABEL R MERMELSTEIN
2929 POST OAK BLVD APT 1505
HOUSTON, TX 77056

ISABELLE L SPIELES & ROBERT L SPIELES TR
ISABELLE SPIELES & ROBERT L SPIELES
21125 MARTIN RD
ST CLAIR SHORES, MI 48081-1185

ISABELLE M ATHERTON CUST ROBERT DONALD ATHERTON
A MINOR U/P L 55 CH 139 OF LAWS OF N J
537 ROYAL PALM BLVD APT 2
VERO BEACH, FL 32960

ISABELLE O BLITCH TR
BERNARD C BLITCH & ISABELLE O BLITCH REVOCABLE
TRUST UA 04/16/93
3704 SANTIAGO STREET
TAMPA, FL 33629-6932

ISADORE J WILINSKY CUST SHARON LYNNE WILINSKY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
11 BRAMBLY CT
WILLIAMSVILLE, NY 14221-5777

ISADORE M SINGER CUST MARILYN J SINGER
A MINOR U/THE CALIF GIFTS OF SEC TO MINORS ACT
2595 SAYBROOK ROAD
UNIVERSITY HEIGHTS, OH 44118-4703

ISAIAH BOYD
PO BOX 351113
DETROIT, MI 48235-6013

ISIDORE MALEK CUST SHARON MALEK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
330 MAPLE ST
WEST HEMPSTEAD, NY 11552-3207

ISRAEL BERGSTEIN
98 WEST END AVE
BROOKLYN, NY 11235-4813

ISRAEL GOPSTEIN
2343 DECKMAN LA
SILVER SPRING, MD 20906-2262

ISRAEL ROSENZWEIG CUST JAMES ROSENZWEIG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
101 WALCOTT AVE
S I, NY 10314-6311

ISRAEL SMITH & EVE SMITH TR UA SMITH FAMILY TRUST 08/1
PO BOX 130276
TYLER, TX 75713-0276

ITALO CASTAGNOLA & CAROLYN CASTAGNOLA TR
UA 04/30/90 THE ITALO CASTAGNOLA& CAROLYN
253 LA VISTA GRANDE ROAD
SANTA BARBARA, CA 93103-2818

IVAN E BIRSIC CUST JAMES BIRSIC
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
35927 RUGGLES ST
UNION CITY, PA 16438-3767

IVAN E BIRSIC CUST THOMAS E BIRSIC
U/THE PA UNIFORM GIFTS TO MINORS ACT
614 VICTORIA DR
WEXFORD, PA 15090-8795

IVAN E HAUBENSTRICKER
128 BEYERLEIN ST
FRANKENMUTH, MI 48734-1502

IVAN E HAUBENSTRICKER & MRS MARGARET M HAUBENSTRI
128 BEYERLEIN
FRANKENMUTH, MI 48734-1502

IVAN F STUCKEY SR & MARGIE M STUCKEY TR
THE STUCKEY FAMILY TRUST UA 02/09/91
1103 LIPTON LANE
DAYTON, OH 45430-1315

IVAN L MCCRANNER & SHARAL R MCCRANNER TR
IVAN L & SHARAL R MCRANNER LIVING TRUST UA 12/19/00
14671 KOGAN DRIVE
WOODBRIDGE, VA 22193-3321

IVAN POKORNY CUST MISS HEIDI GWEN POKORNY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
75 MAMARONECK RD
SCARSDALE, NY 10583-2821

IVAN R MAXWELL CUST JEFFREY I MAXWELL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1323 18TH ST
PORT HURON, MI 48060-5620

IVAN R PETERSON & SHIRLEE J PETERSON JT TEN
122389 COLDWATER RD
FLUSHING, MI 48433

IVER SIMON JOHNSON & DONNA S JOHNSON TR
THE IVER SIMON JOHNSON & DONNA SJOHNSON REV TR
6520 OCALA CT
CENTERVILLE, OH 45459-1941

IVORY C GOODRUM JR
PO BOX 310366
FLINT, MI 48531-0366

IVY GLENN MCWHORTER
PO BOX 211562
COLUMBIA, SC 29221-6562

J A MATTOON & MARJORIE B MATTOON TR
JA & MARJORIE MATTOON LIVING TRUST UA 4/30/01
2702 N GRAFHILL DR
MOBILE, AL 36606-2335

J B COLLINS
PO BOX 370980
DECATUR, GA 30037-0980

J BAILEY
PO BOX 378823
CHICAGO, IL 60637-8823

J BROGDON NICHOLS CUST THOMAS HUGH NICHOLS
A MINOR UNDER THE LAWS OF GEORGIA
727 CAMELLIA DR
LAGRANGE, GA 30240-1646

J BURL FROST CUST JON FROST
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
18865 HERITAGE CT
SALINAS, CA 93908-8700

J C GARRIOTT JR CUST RICHARD R GARRIOTT
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1545 LOOKOUT ST
W BLOOMFIELD, MI 48324-3524

J C HARLAN JR
2309 COUNTY ROAD 4680 4680
BOYD, TX 76023-4439

J CHARLES RICH & JASMINE F RICH JT TEN
PO BOX 581257
SALT LAKE CTY, UT 84158-1257

J D ALLEN
PO BOX 310977
FLINT, MI 48531-0977

J D ROPER
PO BOX 401285
REDFORD, MI 48240-9285

J DANIEL ELEK
7334 217TH CT NE
REDMOND, WA 98053-7731

J DURWARD WATSON JR CUST J DURWARD WATSON 3RD
A MINOR U/THE LAWS OF GEORGIA
504 SISK AVE
OXFORD, MS 38655-3412

J EUGENE SCHAFHAUSER CUST BRUCE JOHN SCHAFHAUSE
U/THE N J UNIFORM GIFTS TO MINORS ACT
413 TOLL HOUSE LANE
MOORESTOWN, NJ 08057-2856

J F SEINSHEIMER IV
1427 LOTUS DR
GALVESTON, TX 77554-7126

J F SUMMERS CUST JOHN R SUMMERS
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
2208 LAKE OAKS CT
MARTINEZ, CA 94553-5443

J GERALD HERBERT KATHLEEN H HULL & WILLIAM B PLATT JI
UW EVA G HERBERT
99 SANFORD PL
SOUTHAMPTON, NY 11968-3338

J GORMAN HOUSTON JR & MARTHUR M HOUSTON TR
J GORMAN HOUSTON JR PC EMPLOYEESPROF
201 E BROAD
EUFAULA, AL 36027-1607

J HOWARD SIMON
PO BOX 270413
LAS VEGAS, NV 89127-2706

J IACOVITTI & M IACOVITTI TR
JOSEPH & MARY IACOVITTI LIVING TRUST UA 02/19/91
1648 LINDSAY DR
NORTH WALES, PA 19454-3609

J LEE DOCKERY CUST KIMBERLY DOCKERY
UNDER THE FLORIDA GIFTS TO MINORS ACT
C/O KIMBERLY D RUFFIER
3039 MIDDLESEX RD
ORLANDO, FL 32803-1128

J M REINEMAN
200 WORDSWORTH DR
WILMINGTON, DE 19808-2343

J M WATSON & C A WATSON TR
JOHN M & CAROLYN A WATSON 2003 TRUST UA 08/05/03
2812 STERNE PL
FREMONT, CA 94555-1426

J MICHAEL NEWBERGER CUST ROBIN GAIL NEWBERGER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3240 N LAKE SHORE DR
CHICAGO, IL 60657-3954

J MORGAN LYONS CUST J MORGAN LYONS JR
A MINOR U/THE LA GIFTS TO MINORS ACT
429 IONA ST
METAIRIE, LA 70005-4427

J N THOMPSON
1908 101ST AVE
OAKLAND, CA 94603-3352

J OTROSHINA
85 CLEAR LAKE RD
WHITING, NJ 08759-2981

J POLK COOLEY CUST PATRICK COOLEY
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
PO BOX 730
KINGSTON, TN 37763-0730

J RANDALL POLLARD
50 STEINWAY CT
WILLIAMSVILLE, NY 14221

J RICHARD COOPER & JEAN D COOPER TR
J RICHARD COOPER & JEAN D COOPER TRUST UA 07/21/97
1241 PARK PL
QUINCY, IL 62301-4219

J THOMAS SCHAEFFER & PAUL K BEARDSLEE & KENNETH P H
206 S KALAMAZOO AVE
MARSHALL, MI 49068

J VINCENT BOYLE & LAWRENCE GRACI TR
UA 09/21/84 KENNETH G PUTTICK TRUST
700 20TH ST
VERO BEACH, FL 32960-5442

J WILLIAM HARRINGTON CUST MARY ELLEN HARRINGTON
A MINOR UNDER P L 55 CHAP 139 OF THE LAWS OF NEW
JERSEY
2002 LONG KNIFE COURT
LOUISVILLE, KY 40207-1176

J WILLIAM JENNINGS CUST PAUL J JENNINGS
U/THE S C UNIFORM GIFTS TO MINORS ACT
10605 DUTCHESS WAY
WOODSTOCK, MD 21163-1465

J WILLIAM JENNINGS CUST REBECCA G JENNINGS
U/THE S C UNIFORM GIFTS TO MINORS ACT
12304 EARLY ROAD
KNOXVILLE, TN 37922-6122

JACEK GORSKI
GM CIS
TESTOVSKAYA 10
123317 MOSCOW
RUSSIAN FEDERATION

JACK A COHEN & BONNIE M COHEN TR
UA 12/29/2003 JACK A COHEN REVOCABLE TRUST
432 CASTLE PINES LN
RIVERWOODS, IL 60015

JACK A GODAR & EVELYN C GODAR TR
JACK A & EVELYN C GODAR TRUST UA 12/04/00
7860 CIRCLE DR
BURR RIDGE, IL 60527-8011

JACK A KENNY & GERALDINE L KENNY TR KENNY TRUST # 1 U
26 TUSCANY CIR
SAGINAW, MI 48603-1376

JACK ANDERSON TR
UA 01/13/94 JACK ANDERSON & ANSELEE M ANDERSON
REVOCABLE TRUST
6571 N RIVER HWY
GRAND LEDGE, MI 48837-9315

JACK BRANDENBURG TR
BLUE WATER INDUSTRIAL SUPPLY INCPROFIT SHARING
PLAN & TRUST 06/15/84
37596 HURON PTE
HARRISON TOWNSHIP, MI 48045-2821

JACK BRIAN LUDWIG & LOUISE THAYER LUDWIG TR
LUDWIG FAMILY TRUST UA 02/16/00
502 SOUTHVIEW DR
EAST LIVERPOOL, OH 43920-4259

JACK BROWN CUST MARSHALL BROWN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9321 MOUNT CASH AVE
UNIT 102
LAS VEGAS, NV 89129

JACK C FINCHER CUST JOHN HERMAN FINCHER
A MINOR UNDER THE LAWS OF GEORGIA
BOX 512
CANTON, GA 30114-0512

JACK C MALIN & NANCY JOAN MALIN TR
UA 04/20/1995 JACK C & NANCY JOAN MALIN REVOCABLE
320 SOUTH PONTIAC DRIVE
JANESVILLE, WI 53545

JACK D EMERY
22195 205TH AVE
PARIS, MI 49338-9705

JACK D EMERY TR UA 10/22/2008 JACK D EMERY REVOCABLE
22195 205TH AVE
PARIS, MI 49338-9705

JACK D SONGER & MRS HENRIETTA SONGER JT TEN
9842 1610 N ROAD
OAKWOOD, IL 61858-6106

JACK D TALIAFERRO & LUE E TALIAFERRO TR
JACK D TALIAFERRO TR UNDER TR AGMT
8158S HARRISON WAY
LITTLETON, CO 80122-3623

JACK E BILLET CUST BRADFORD S BILLET
U/THE DEL UNIFORM GIFTS TO MINORS ACT
505 N DUPONT ROAD WESTHAVEN
WILMINGTON, DE 19807-3113

JACK E HALSEY
7579 FILEDSTONE CT
BROWNSBURG, IN 46112-8306

JACK E HEISTER & KATHERINE L HEISTER TR
JACK E & KATHERINE L HEISTER REV TRUST UA 06/13/01
704 SW 101ST
OKLA CITY, OK 73139-5404

JACK E LINNE CUST JEFFERY LINNE
A MINOR PURS TO SEC 1339 /26 INCL REV CODE OF OHIO
6365 PAWNEE RIDGE
LOVELAND, OH 45140-9001

JACK E ROSSMAN & CAROL E ROSSMAN TR
JACK E ROSSMAN & CAROL E ROSSMAN FAM TRUST UA
03/24/97
167 VEGA DR
GOLETA, CA 93117-2009

JACK E STOUGHTON & MARY J STOUGHTON TR
JACK E STOUGHTON & MARY J STOUGHTON TRUST
7746 MOKENA CT
NEW PORT RICHEY, FL 34654-5658

JACK E STOUGHTON & MARY J STOUGHTON TR
STOUGHTON FAMILY TRUST UA 03/23/94
7746 MOKENA AVE
NEW PORT RICHEY, FL 34654-5658

JACK F HORNADAY & GLESNA A HORNADAY TR
HORNADAY FAM LIVING TRUST UA 12/19/95
701 S AHRENS
LOMBARD, IL 60148-3607

JACK G COLLINS & ROSE J COLLINS TR
JACK G COLLINS & ROSE J COLLINS TRUST UA 10/21/97
1613 W STONE BLVD
RAYMORE, MO 64083-9174

JACK G NOWLING & BEVERLY L NOWLING TR
JACK G & BEVERLY L NOWLING LIVING TRUST UA 04/28/95
1175 BOURNEMOUTH CT
CENTERVILLE, OH 45459-2647

JACK GABRIEL & KATHY GABRIEL & CAMALL GABRIEL TR
JULIET 2 GABRIEL TRUST UA 09/04/03
3324 MOUNTAIN VIEW AVE
LOS ANGELES, CA 90066-1930

JACK GETHMANN CUST JEFFREY L GETHMANN
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
PO BOX 160
MARSHALLTOWN, IA 50158-0160

JACK GETHMANN CUST JILL D GETHMANN
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
PO BOX 160
MARSHALLTOWN, IA 50158-0160

JACK GETHMANN CUST JULIE A GETHMANN
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
PO BOX 160
MARSHALLTOWN, IA 50158-0160

JACK GOLDSTEIN & EDNA GOLDSTEIN JT TEN
336 WESTCHESTER AVE
MOUNT VERNON, NY 10552-3040

JACK GOLDSTEIN & MRS SYLVIA E GOLDSTEIN JT TEN
95 CHADWICK RD
TEANECK, NJ 07666-4203

JACK H MEKJIAN & HELEN S MEKJIAN TR
JACK & HELEN MEKJIAN TRUST UA 01/04/05
39130 OXBOW COURT
FARMINGTON HILL, MI 48331-1607

JACK H PENNINGTON TR
AMY PENNINGTON BLACK SEPARATE PROPERTY TRUST UA
08/08/94
22 E DELAWARE AVE
PENNINGTON, NJ 08534-2301

JACK H PENNINGTON TR
SHELLEY PENNINGTON IRREVOCABLE SEPARATE
PROPERTY TRUST UA 08/08/94
22 E DELAWARE AVE
PENNINGTON, NJ 08534-2301

JACK H PENNINGTON TR
STEVEN PENNINGTON SEPARATE PROPERTY TRUST UA
12/30/93
22 E DELAWARE AVE
PENNINGTON, NJ 08534-2301

JACK ISAAC BEAR II CUST JACK ISSAC BEAR III
UNDER THE FLORIDA GIFTS TO MINORS ACT
1649 BROOKSIDE CIRCLE E
JACKSONVILLE, FL 32207-2407

JACK J KOLKIN & PHYLLIS Z KOLKIN TR
JACK J & PHYLLIS Z KOLKIN FAMILY TRUST UA 11/30/92
28314 S ROTHROCK DR
RANCHO PALOS VERDE, CA 90275-3041

JACK L BURKS & L MAXINE BURKS TR
JACK L BURKS REVOCABLE TRUST UA 09/16/97
8755 CR 162
CARTHAGE, MO 64836-7221

JACK L CHIN & JULIE K CHIN TR
JACK L & JULIE K CHIN REVOCABLE TRUST UA 8/27/99
10 SIERRA ST
WATSONVILLE, CA 95076-2718

JACK L COONS & MARY JANE COONS TR
JACK L COONS & MARY JANE COONS JT TRUST UA 02/02/93
2930 BELLASERA WAY
MATTHEWS, NC 28105

JACK L MCDOWELL & LORRAINE M MCDOWELL TR
LIVING TRUST 04/15/92 U-A JACK L MCDOWELL
431 COLLEGE AVE
WINTHROP HARBOR, IL 60096-1234

JACK L MILLIGAN DELIA JOAN MILLIGAN TR
UA 10/21/92 MILLIGAN FAMILY TRUST
6005 CONDOR DR
LAKELAND, FL 33809

JACK L VAN LEAR & BETTY L VAN LEAR TR
BETTY L VAN LEAR TRUST UA 09/05/97
8508 ROSEHILL RD
LENEXA, KS 66215-2838

JACK LEVITT CUST SUSAN B LEVITT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 8648
SCOTTSDALE, AZ 85252-8648

JACK M HEIN & ARLENE E HEIN TR
JACK & ARLENE HEIN LIVING TRUST UA 07/23/03
733 E WALNUT AVE
BURBANK, CA 91501-1727

JACK NEWHOUSE CUST ROBERT NEWHOUSE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
100 BAYVIEW DR
APT 2017
SUNNY ISL BCH, FL 33160-4743

JACK NISENBAUM CUST MICHAEL JAY NISENBAUM
A MINOR U/THE LAWS OF THE STATE OF MICH
5922 ELLENVIEW AVE
WOODLAND HILLS, CA 91367-1037

JACK R BALLSMITH CUST MICHAEL C BALLSMITH
U/THE ILL UNIFORM GIFTS TO MINORS ACT
6916 CASCADE AVE SE
SNOQUALMIE, WA 98065-9757

JACK R MAUS & VERONICA W MAUS TR
VERONICA W MAUS LIVING TRUST UA 08/24/98
250 OHUA AVE APT 8G
HONOLULU, HI 96815-3634

JACK R MILLER CUST ANN MICHELE MILLER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
14430 PIKE RD
SARATOGA, CA 95070-5358

JACK R PUMALA & IRENE E PUMALA TR
JACK R PUMALA & IRENE E PUMALA REVOCABLE TRUST UA
10/24/96
N8006 VANBUSKIRK RD
IRONWOOD, MI 49938-9687

JACK R STEWART AND BARBARA A STEWART GUARDIANS FC
STEWART A MINOR
669 STONE HARBOR PARKWAY
MARIETTA, GA 30060-6219

JACK SUTTON
1400 360 MAIN ST
WINNIPEG MB
R3C 3Z3 CANADA

JACK W BARRON & ELIZABETH M BARRON TR
MACKENZIE LOUISE MIZENER TRUST UA 05/12/97
4228 O'KEEFE
EL PASO, TX 79902-1386

JACK W BARRON & ELIZABETH M BARRON TR
MASON ELIZABETH MIZENER TRUST UA 05/23/96
4228 O'KEEFE
EL PASO, TX 79902-1386

JACK W BARRON & ELIZABETH M BARRON TR
TALOR RANDOLPH MIZENER TRUST UA 05/12/97
4228 O'KEEFE
EL PASO, TX 79902-1386

JACK W ROBINSON & MRS CLAUDINE H ROBINSON JT TEN
PO BOX 198888
NASHVILLE, TN 37219-8888

JACK WEINBERGER
320 EAST SHORE RD APT 25B
GREAT NECK, NY 11023-1743

JACK WEINSTINE
301 E MAIN STREET
MORRISON, IL 61270-2852

JACK WEPRIN CUST MICHAEL E H WEPRIN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1501 BROADWAY
NEW YORK, NY 10036-5601

JACKIE DWIGHT SAVAGE & JO ANN SAVAGE TR
JACKIE DWIGHT SAVAGE & JO ANN SAVAGE FAM TRUST UA
09/23/94
PO BOX 429
HOMINY, OK 74035-0429

JACKIE L MILLER TR
UA 06/12/2008 JACKIE L MILLER REV LIVING TRUST
AGREEMENT
208 HENRIETTA
JACKSON, MI 49203

JACKIE LEE BIBBS & BARBARA ANNA SKIPPER TR
UA 03/25/2005 JACKIE LEE BIBBS & BARBARA ANNE
4000 BLUEBONNET HILLTOP DR
FORT WORTH, TX 76126

JACKIE T MOORE
PO BOX 390637
SNELLVILLE, GA 30039-0011

JACKMAN S WILSON & ELLEN D WILSON TR
JACKMAN S WILSON & ELLEN D WILSON TRUST UA 05/28/96
220 SOUTH 8TH ST
QUAKERTOWN, PA 18951-1522

JACKSON B PRESSLEY & ANNA M PRESSLEY TR
UA 05/15/91 PRESSLEY FAMILY TRUST
P O BOX 188
OJAI, CA 93024

JACOB D BROKAW
17747 157TH ST
BONNER SPRINGS, KS 66012-7353

JACOB FISKER-ANDERSEN & MARY SUZANNE FISKER-ANDER
13134 130TH LANE NE
KIRKLAND, WA 98034-7911

JACOB J SPANNAGEL & JOANNE M SPANNAGEL TR
UA 10/19/2007 JACOB & JOANNE SPANNAGEL REVOCABLE
5091 KENCLIFF
SAGINAW, MI 48602

JACOB KIEFER JR CUST JACOB FRED KIEFER
U/THE MINN UNIFORM GIFTS TO MINORS ACT
13 RIVERSIDE DR
LIVINGSTON, MT 59047-9225

JACOB SCHULMAN & RITA W SCHULMAN TR
JACOB SCHULMAN & RITA W SCHULMANFAM TR UA
3900 CALIFORNIA ST
SAN FRANCISCO, CA 94118-1486

JACOB WEINREB
320 RIVERSIDE DR
NEW YORK, NY 10025-4115

JACQUELIN K FLETCHER TR
JACQUELIN K FLETCHER REVOCABLE TRUST UA 10/16/03
4244 HARWOOD DR
DESMOINES, IA 50312-2318

JACQUELIN KLEIN
38506 FERM CIR
ZEPHYRHILLS, FL 33540-3038

JACQUELINE A GILDEMEISTER TR
UA 09/16/02 JACQUELINE A GILDEMEISTER TRUST
419 NORTHWEST ST
BELLEVUE, OH 44811

JACQUELINE BRUTTE
9580 178TH ST W
LAKEVILLE, MN 55044-8729

JACQUELINE J JOHNS TR
THE JACQUELINE J JOHNS DECLARATION OF TRUST
06/15/94
21 W 340
AUDUBON LOMBARD, IL 60148

JACQUELINE K GRAF & LEONARD J GRAF TR
LOVING TRUST 12/03/91 U-A JACQUELINE
5157 SHERWIN
SKOKIE, IL 60077-3473

JACQUELINE K HEINE
11984 SOUTH PROVINCE
PATIO HOMES
UNIT 2000
OLATHE, KS 66061

JACQUELINE K WESNER TR JACQUELINE K WESNER TRUST #
502 MAIN ST
BUCHANAN, MI 49107-1389

JACQUELINE KLEIN
4276 SO 150TH AVE
OMAHA, NE 68137-5148

JACQUELINE KLEIN & BRUCE A KLEIN JT TEN
4276 SO 150 AVE
OMAHA, NE 68137-5148

JACQUELINE MALONEY CUST DONALD MICHAEL MALONEY
U/THE N C UNIFORM GIFTS TO MINORS ACT
21 GUILFORD LN
GREENWICH, CT 06831-4121

JACQUELINE R DICKSTEIN & GEORGE L DICKSTEIN JT TEN
13 BURNS MEADOW
LONGMEADOW, MA 01106-1753

JACQUELYN G PILAND
PO BOX 681272
PARK CITY, UT 84068-1272

JACQUELYN J SMITH & STUART R SMITH JT TEN
10460 170TH ST N
HUGO, MN 55038-9332

JACQUES M LEVENTHAL CUST ROBERT HAROLD LEVENTHAL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2 FAVORITE LANE
JERICHO, NY 11753-2347

JACQUES MESQUITA FILHO
CAIXA POSTAL 102
SAO JOSE DOS CAMPOS S PAULO
12201-970
BRASIL BRAZIL

JACQULYN SLOCUM
W7476 510TH AVE
ELLSWORTH, WI 54011-4855

JAGDISH T MADHAV
1530 170TH PL SE
MILL CREEK, WA 98012-8040

JAMES A BABCOCK & EILEEN V BABCOCK TR
JAMES A BABCOCK FAMILY TRUST UA 10/23/03
2637 SCHROEDER DR
TOLEDO, OH 43613-2045

JAMES A BOWDEN & ISABELLE BOWDEN TR
JAMES A BOWDEN & ISABELLE BOWDENREV LIV TR 2/25/94
1700 OXNARD DR
DOWNERS GROVE, IL 60516-2519

JAMES A BRAGDON JR TR
JOINT TRUST OF JAMES ALBERT BRAGDON & MARTHA G
BRAGDON TRUST 07/16/99
PO BOX 1292
GRAND JUNCTION, CO 81502-1292

JAMES A COLEMAN CUST JAMES BRIAN COLEMAN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
6255 N LEROY AVENUE
CHICAGO, IL 60646-4831

JAMES A CURRIE CUST BRUCE ROBERT CURRIE
A MINOR U/ P L 55 CHAP 139 LAWS OF N J
22 PINE TREE RD
MOUNTAIN TOP, PA 18707-1717

JAMES A DOWNEY APRIL D DOWNEY
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NJ
C/O CATHERINE M DOWNEY
4 MOUNTAIN AVE
MONTVILLE, NJ 07045-9407

JAMES A DOWNEY CUST BRIDGET K DOWNEY
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
30 WASHINGTON TRAIL
HOPATCONG, NJ 07843-1295

JAMES A FRENCH TR
UNDER DECLARATION OF TRUST 06/10/91 BENEFIT OF
JAMES A FRENCH
1130 S MICHIGAN AVE # 2503
CHICAGO, IL 60605-2331

JAMES A HARTE JR CUST PATRICIA MARGARET HARTE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
15 CAREN CT
MT KISCO, NY 10549-1200

JAMES A KLEIN
16335 WORDEN RD
HOLLY, MI 48442-9785

JAMES A LUCAS CUST MISS BARBARA JEAN LUCAS
U/THE ILL UNIFORM GIFTS TO MINORS ACT
11463 EHREN AVE
LAKE VIEW TERRACE, CA 91342-6815

JAMES A MILLER & DOLORES B MILLER TR
MILLER FAMILY LIVING TRUST UA 08/05/96
1122 W ELM TREE RD
ROSSFORD, OH 43460-1358

JAMES A MORAN
13800 165TH AVE
LEROY, MI 49655

JAMES A MORRISON & KATHLEEN F MORRISON TR
JAMES A MORRISON & KATHLEEN F MORRISON JT
REVOCABLE
18740 BLUE VIOLET LANE
GAITHERSBURG, MD 20879-1530

JAMES A OTTEVAERE II CUST ERIC J OTTEVAERE UTMA WI
8115 160TH ST
CHIPPEWA FLS, WI 54729

JAMES A OTTEVAERE II CUST HANNAH L OTTEVAERE UTMA V
8115 160TH ST
CHIPPEWA FLS, WI 54729

JAMES A POORE JR & JAMES A POORE III TR
ELIZABETH POORE WADSWORTH UA 7/12/77
1341 HARRISON AVE
BUTTE, MT 59701-4801

JAMES A SAMPLE & ANITA MARIE SAMPLE JT TEN
4450 138TH COURT WEST
ROSEMOUNT, MN 55068-3315

JAMES A SKEOCH CUST MELINDA A SKEOCH
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
10751 SOUTH OCEAN DR A-18
JENSEN BEACH, FL 34957-2631

JAMES A SLAGLE & BARBARA L SLAGLE TR
UA 12/06/06 JAMES A SLAGLE & BARBARA L SLAGLE
16605 W 133RD STREET
OLATHE, KS 66062

JAMES A STRATTON CUST JOHN W STRATTON
U/THE MINN UNIFORM GIFTS TO MINORS ACT
74 NEPTUNE
MAHTOMEDI, MN 55115-1927

JAMES A SYVERSON & LAURIE L SYVERSON JT TEN
15514 341ST AVE
HARMONY, MN 55939-4509

JAMES A TAPPEN CUST ROBERT D TAPPEN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
9022 HUNTER GROVE
BRIGHTON, MI 48114-4938

JAMES A WADE
4094 KLEIN AVE
STOW, OH 44224-2727

JAMES B CANN & DEBORAH L CANN TR
JAMES B CANN & DEBORAH L CANN TRUST UA 05/06/97
7806 BRISTOL
TINLEY PARK, IL 60477-2440

JAMES B CARDWELL & JOYCE A CARDWELL TR
UA 08/07/91 JAMES B CARDWELL & JOYCE A CARDWELL REV
TR
2036 S 300 WEST
PERU, IN 46970-7979

JAMES B CARDWELL & JOYCE A CARDWELL TR
UA 08/07/91 THE JAMES B CARDWELL& JOYCE ANN
2036 SOUTH 300 WEST
PERU, IN 46970-7979

JAMES B FINN & BETTY M FINN TR
JAMES B & BETTY M FINN LIVING TRUST UA 05/05/03
PO BOX 185
DAVISON, MI 48423-0185

JAMES B MCGLONE & ELISABETH B MCGLONE TR
JAMES B & ELISABETH B MCGLONE REVOCABLE LIVING
12 ORCHID COURT
SOMERSET, NJ 08873-2939

JAMES B NOLAN & BETTY J NOLAN TR
JAMES B NOLAN & BETTY J NOLAN TRUST UA 06/21/01
6450 BIRCH DRIVE
HARRISON, MI 48625-9620

JAMES B ROGERS TR
UA 09/03/93 JAMES B ROGERS & BARBARA A ROGERS
FAMILY TRUST
PO BOX 126
FRIDAY HARBOR, WA 98250-0126

JAMES BAILEY CUST JAMES H BAILEY
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
8 VIXEN PL
TINTON FALLS, NJ 07753-7684

JAMES BAILEY CUST JOHN F BAILEY
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
11 EMMA PL
EATONTOWN, NJ 07724-1901

JAMES BALLARD CUST JAMES MICHAEL BALLARD
UNDER MIUNIF GITS TO MINORS ACT
158 SAVANNAH DRIVE WEST
BEAR, DE 19701-1639

JAMES BARCHENGER
11442 200 ST
GLENWOOD, MN 56334-4005

JAMES BARRETT MC DONALD CUST BARRETT J MC DONALD
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
RR 2 BOX 125A-1
RAVENSWOOD, WV 26164-9802

JAMES BARRETT MC DONALD CUST MARIA S MC DONALD
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
134 1/2 7TH AVE SW
S CHARLESTON, WV 25302

JAMES BARRETT MC DONALD CUST MICHAEL J MC DONALD
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
RR 2 BOX 125A-1
RAVENSWOOD, WV 26164-9802

JAMES BISHOP JOHNSTON & FRIEDA FRITZ JOHNSTON TR
JOHNSTON REVOCABLE TRUST UA 11/06/97
861 E 5550 S
ODGEN, UT 84405-7082

JAMES BRICKER BURNS CUST BRADLEY PATRICK BURNS
A MINOR U/THE LAWS OF GEORGIA
1239 WINDING BRANCH CIR
DUNWOODY, GA 30338-3935

JAMES BRICKER BURNS CUST JAMES BRICKER BURNS JR
A MINOR U/THE LAWS OF GEORGIA
1239 WINDING BRANCH CIR
DUNWOODY, GA 30338-3935

JAMES C ANDERSON
531 CARPENTER RD
WHITINSVILLE, MA 01588-1345

JAMES C HOEKSEMA
& EMMA D HOEKSEMA U/A DTD 5-4-92 HOEKSEMA LIVING
TRUST
935 OAKCREST LN
# A3
JENISON, MI 49428-8349

JAMES C HOSKINSON CUST MISS NANCY JEAN HOSKINSON
U/THE WEST VIRGINIA GIFTS TO
314 SCENIC DR
ST ALBANS, WV 25177-3446

JAMES C HOSKINSON CUST SUSAN LYNN HOSKINSON
U/THE W VA GIFTS TO MINORS ACT
314 SCENIC DRIVE
ST ALBANS, WV 25177-3446

JAMES C HOUSTON & RUTH L HOUSTON TR
JAMES C & RUTH L HOUSTON REVOCABLE TRUST UA
10/16/98
420 TWIN LAKES NORTH
CLINTON, MS 39056-6159

JAMES C LAUER
1913 150TH ST
MT PLEASANT, IA 52641-9229

JAMES C MULLINIX & ELIZABETH G MULLINIX TR
UA MULLINIX FAMILY TRUST 09/12/91
1491 SANTA CLARA DR
DUNEDIN, FL 34698-4428

JAMES C ROSS & MARGARET W ROSS TR
JAMES C & MARGARET W ROSS REVOC TRUST UA 11/06/97
35793 HILTON
CLINTON TOWNSHIP, MI 48035-2362

JAMES C SMITH & KAYOLA SMITH TR
UA 06/13/80 JAMES C SMITH & KAYOLA SMITH
9159 W FLAMINGO RD #100
LAS VEGAS, NV 89147-6454

JAMES C STOLZ & REGINA V STOLZ TR
JAMES C STOLZ & REGINA STOLZ REVOCAVLE LIVING
1537 SOUTH DELAWARE
MOUNT BETHEL, PA 18343-5230

JAMES C VOHWINKEL CUST JAMIE C VOHWINKEL
UNDER OH UNIF TRANSFERS TO MINORSACT
8890 WINSTON RD
PICKERINGTON, OH 43147-9737

JAMES CHAKOS CUST MICHAEL A CHAKOS
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
61508 HANCOCK DR
ST HELENS, OR 97052-9144

JAMES CULBERTSON & RUTH CULBERTSON TR
JAMES & RUTH CULBERTSON FAM TRUST UA 03/12/98
5190 AMELIA DR
SAN JOSE, CA 95118-2101

JAMES D BASIL
600 KLEIN RD
WILLIAMSVILLE, NY 14221-2722

JAMES D BILLINGS & SUE C BILLINGS TR
J D & S C BILLINGS LIVING TRUST UA 8/11/99
501 DUNDEE ST
VICTORIA, TX 77904-2878

JAMES D CLARK SR & SYLVIA M CLARK TR
JAMES D CLARK SR TRUST UA 08/29/96
200 FAIRVIEW DR
BERKELEY SPRINGS, WV 25411-3206

JAMES D ENGEL & KAY A ENGEL TR
JAMES D ENGEL & KAY A ENGEL TRUST UA 04/15/98
7165 DURAND DRIVE
MOORPARK, CA 93021-9789

JAMES D GRINSTEAD
7106 296TH STREET
BRANFORD, FL 32008-2584

JAMES D KRISE
4273 244TH PL SE
ISSAQUAH, WA 98029-7547

JAMES D RICHARDS
& REGEANA DOLORES RICHARDS & JARRETTA D CHAFFIN
JT TEN
8105 SAKADEN PKWY
FORT WAYNE, IN 46825-2926

JAMES D SHILLADY & DIANE M KUKURUDA & SHARON E NIET(
SHILLADY TRUST UA 11/19/92
1263 CRYSTAL SPRINGS DRIVE
CHULA VISTA, CA 91915-2154

JAMES D WHITE & MARY B WHITE TR
UA 11/14/2008 JAMES & MARY WHITE FAMILY TRUST
949 ROLLING HILLS DR
LK HAVASU CTY, AZ 86406

JAMES D WILDE & BEVERLY M WILDE TR
JAMES D & BEVERLY M WILDE FAMILY TRUST UA 3/26/98
S88W19476 TIMBERBROOK DR
MUSKEGO, WI 53150-7867

JAMES DECOURSY CUST KATHRYN ANNE DECOURSY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1708 BILLMAN LANE
SILVER SPRING, MD 20902-1420

JAMES E BERTONCIN & MARY JANE BERTONCIN TR
UA 01/25/06 JAMES E BERTONCIN & MARY JANE
4429 S DAVIDSON DR
INDEPENDENCE, MO 64055-6785

JAMES E BROWN CUST MARVIN K BROWN 2ND
U/THE CAL UNIFORM GIFTS TO MINORS ACT
985 RIVER BEND ROAD
REDDING, CA 96003-3712

JAMES E BURDETTE SR & MARY R BURDETTE TR
JAMES E BURDETTE SR REVOCABLE LIVING TRUST UA
11/09/05
3313 ALICEMONT AVENUE
CINCINATTI, OH 45209-1804

JAMES E CHANEY
BOX 122988
SAN DIEGO, CA 92112-2988

JAMES E DEMPSEY JR CUST JAMES E DEMPSEY 3RD
U/THE N J UNIFORM GIFTS TO MINORS ACT
38 CREEMER ROAD
ARMONK, NY 10504-2402

JAMES E GIACONE
PO BOX 230683
NEW YORK, NY 10023-0012

JAMES E GRINDSTAFF
7106 296TH ST
BRANFORD, FL 32008-2584

JAMES E HATFIELD SR CUST JAMES EDWARD HATFIELD JR
UNDER THE FLORIDA GIFTS TO MINORS ACT
BOX 1506
FT PIERCE, FL 33450

JAMES E JOHNSON & JESSIE I JOHNSON TR
UA 08/13/09 JOHNSON FAMILY REVOCABLE TRUST
33 TALMAGE DR
LITTLE ROCK, AR 72204

JAMES E KEELER & VESTA R KEELER TR
VESTA R KEELER & JAMES E KEELER TRUST UA 11/02/01
6014 HARSIN LANE
INDIANAPOLIS, IN 46235-2939

JAMES E MAYER JR
PO BOX 534119
HARLINGEN, TX 78553-4119

JAMES E MCCRORY & VELMA P MCRORY TR
JAMES E & VELMA P MCCRORY REV LIVING TRUST UA
01/11/99
508 N HIGHLAND STREET
MEMPHIS, TN 38122-4524

JAMES E OSBORN TR
UNDER THE JAMES E OSBORN DECLARATION OF TRUST
11/04/93
13381 TALL GRASS COURT
FORT MYERS, FL 33912-3821

JAMES E PHIFER JR & BEVERLY B PHIFER TR
PHIFER LIVING TRUST UA 09/19/03
215 BLACK FOREST DR
SPRING, TX 77388-5903

JAMES E RAAB
2498 160TH ST
PO BOX 420
MORLEY, MI 49336-0420

JAMES E RATH & CHRISTINA RATH TR
JAMES E & CHRISTINA RATH REV LIVING TRUST UA 01/17/01
04348 ST RT 18
HICKSVILLE, OH 43526-9734

JAMES E RHEIN
404 WEST MAIN STREET
JONESBOROUGH, TN 37659-1022

JAMES E SCHUON & LINDA M SCHUON TR
UA 11/13/2007 JAMES E SCHUON LIVING TRUST
5918 EAGLES WAY
HASLETT, MI 48840

JAMES E SKILLMAN & DOROTHY E SKILLMAN TR
SKILLMAN FAMILY TRUST UA 06/28/04
3964 WOODCOVE LN
WILLIAMSTON, MI 48895-9107

JAMES E STEVENSON & FREDA C STEVENSON TR
JAMES E & FREDA C STEVENSON TRUST 01/14/98
3083 WAGON TRAIL
FLINT, MI 48507-1213

JAMES E SWEINHAGEN & VICKIE L SWEINHAGEN JT TEN
PO BOX 1075
DEFIANCE, OH 43512-1075

JAMES E TAYLOR
PO BOX 520251
LONGWOOD, FL 32752-0251

JAMES E TAYLOR & ANN R TAYLOR JT TEN
PO BOX 520251
LONGWOOD, FL 32752-0251

JAMES E WOMACK
& MARY MABEL WOMACK & JAMES L WOMACK & KATHRYN A
KRISTIANSON JT TEN
C/O KRISTIANSON
18 RIVERVIEW DR
NAUVOO, IL 62354-2007

JAMES EDWARD FRIEDHEIM
PO BOX 721110
HOUSTON, TX 77272-1110

JAMES EDWARD PACK
186430
PO BOX 740 JA 165
LONDON, OH 43140-0740

JAMES EDWARD WALTERS & DELORES A WALTERS TR
UA 10/10/90 THE WALTERS FAMILY TRUST
108 YANKS STATION CT
ROSEVILLE, CA 95747-8074

JAMES EINEICHNER & CAROL JEAN EINEICHNER JT TEN
3440 WILSHIRE RD
BROOKFIELD, WI 53045-2538

JAMES F CLEMENTS & RUTH G CLEMENTS TR
CLEMENTS FAM LIVING TRUST UA 06/25/98
SUGARMILL WOODS 8 GRAYTWIG CT N
HOMOSASSA, FL 34446-4729

JAMES F FLORES & ELADIA ROSE FLORES TR
THE FLORES FAMILY TRUST UA 01/03/98
1626 SO SAINT MALO STREET
WEST COVINA, CA 91790-4838

JAMES F FREDIANI & DIANE A FREDIANI TR
UA 06/15/2009 FREDIANI LIVING TRUST
3057 MARRANO DRIVE
ORANGE PARK, FL 32073

JAMES F GATES TR 09/06/96 JAMES F GATES TRUST
650-112 S RANCHO SANTE FE
SAN MARCOS, CA 92078-3940

JAMES F GERBER
20538 310TH ST
LONG GROVE, IA 52756-9530

JAMES F HALE JR & CUEMYLE M HALE TR
JAMES F HALE JR & CUEMYLE M HALE TRUST UA 5/7/96
3893 WALNUT GROVE LN
DAYTON, OH 45440-3464

JAMES F MICKLE & MARIANNE T MICKLE TR
JAMES & MARIANNE MICKLE LIVING TRUST UA 04/16/04
2775 BULLIS DR
MARION, IA 52302-9071

JAMES F PARKER
& JAMES M PARKER & MARGARET E PARKER & LINDA C
DENSON JT TEN
3616 WINIFRED DR
FT WORTH, TX 76133-2127

JAMES F PETERSON CUST STEPHEN CLAY PETERSON
U/THE ILL UNIFORM GIFTS TO MINORS ACT
710 SAINT ANDREWS LN APT 15
CRYSTAL LAKE, IL 60014-7032

JAMES F SAVELL & NANCY SAVELL JT TEN
105 174TH PLACE N E
BELLEVUE, WA 98008-4203

JAMES FRANKLIN CARTWRIGHT CUST CHARLES EDWARD CA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
160 CHURCHILL RD
YOUNGSTOWN, OH 44505

JAMES FRANKLIN RUSSO & GEORGIANA RUSSO TEN ENT
PO BOX 320520
COCOA BEACH, FL 32932-0520

JAMES FREDRIC NAGEL
700-100 WINGFIELD RD
SUSANVILLE, CA 96130-5703

JAMES G ABBEE & GILLIAN B ABBEE TR ABBEE FAMILY TRUST
PO BOX 341111
AUSTIN, TX 78734-0019

JAMES G DENTON
1900 130TH AVENUE
HOPKINS, MI 49328-9733

JAMES G HEIKEN
31103243
PO BOX 311
MENDHAM, NJ 07945-0311

JAMES G HENRY CUST RONALD G HENRY
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
11 DOE RUN DR
THE WOODLANDS, TX 77380-0931

JAMES G ROSS
PO BOX 750942
PETALUMA, CA 94975-0942

JAMES G WALKER
801 KLEIN ROAD
WILLIAMSVILLE, NY 14221-1925

JAMES G WALKER & GLORIA S WALKER JT TEN
801 KLEIN ROAD
WILLIAMSVILLE, NY 14221-1925

JAMES GERASIMEK
477 WHITING RD
SHARPSVILLE, PA 16150-9697

JAMES H BASSETT & MARION H BASSETT TR
JAMES H BASSETT & MARION H BASSETT REV TRUST UA
06/05/98
9468 PRINCESS
TAYLOR, MI 48180-3009

JAMES H BURGIN & SHEILA A BURGIN TR
JAMES H BURGIN LIVING TRUST UA 5/04/98
5780 SEYMOUR LAKE ROAD
OXFORD, MI 48371-4145

JAMES H BURRELL
PO BOX 980035
YPSILANTI, MI 48198-0035

JAMES H BUSHART CUST JUDITH MARIE BUSHART
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
4068 STANFORD
DALLAS, TX 75225-7005

JAMES H CASSIDY JR CUST JAMES H CASSIDY 3RD
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2530 EATON RD
WILMINGTON, DE 19810-3566

JAMES H GUNTHER JR CUST JAMES H GUNTHER 3RD
U/THE N J UNIFORM GIFTS TO MINORS ACT
1 WHISPER WAY EAST
LEDGEWOOD, NJ 07852-2134

JAMES H LANDREE & JILL D LANDREE TR
UA 05/22/92 JAMES H LANDREE & JILL D LANDREE REV LIV
13050 W BLUEMOUND RD #301
ELM GROVE, WI 53122-2650

JAMES H LANE & RUTH ANN LANE TR
UA 06/06/94 JAMES H LANE FAMILY LIVING TRUST
1155 N OAK RD
DAVISON, MI 48423-9148

JAMES H LANE & RUTH ANN LANE TR
UA 06/06/94 JAMES H LANE FAMILY LIVING TRUST
1155 N OAK RD
DAVISON, MI 48423-9148

JAMES H MC INTYRE CUST JAMES CHARLES MC INTYRE
U/THE IND UNIFORM GIFTS TO MINORS ACT
1916 CARROLLTON ROAD
ANNAPOLIS, MD 21401-6213

JAMES H MC INTYRE CUST MISS SHELLEY LOUISE MC INTYRE
U/THE INDIANA UNIFORM GIFTS
90 BELLEVUE AVE
MELROSE, MA 02176-3224

JAMES H MEINKE
90 CROYDON DRIVE
DEPEW, NY 14043-4419

JAMES H ROBB
PO BOX 675550
RANCHO SANTA FE, CA 92067-5550

JAMES H VAN WAGNER
2228 108TH ST
BYRON CENTER, MI 49315-9107

JAMES H WERNTZ JR CUST MISS JANE ANNE WERNTZ
UNDER THE MINNESOTA UNIFORM GIFTS TO
80 ELIZA RD
LOPEZ ISLAND, WA 98261-8106

JAMES H WERNTZ JR CUST MISS MARY SUSAN WERNTZ
UNDER THE MINNESOTA U-G-M-A
10901 176TH CIR NE
REDMOND, WA 98052-7218

JAMES HART HEIN
3729 SHIRLWOOD AVE
MEMPHIS, TN 38122-4634

JAMES HARTE CUST PATRICIA MARGARET HARTE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
15 CAREN CT
MT KISCO, NY 10549-1200

JAMES HEMPSEED & SONJA J HEMPSEED TR
JAMES & SONJA J HEMPSEED JOINT REVOCABLE TRUST
08/10/04
41150 FOX RUN
APT 319
NOVI, MI 48377-5020

JAMES HENRY LEE & LUCILLE LEE JT TEN
8402 175 ST
HEDRICK, IA 52563

JAMES HOPPER PETERSON JR TR UA 10/08/96 JAMES HOPPE
PO BOX 861606
WAHIAWA, HI 96786-8562

JAMES J ARBUCKLE & MICHELLE M ARBUCKLE TR
JAMES J & MICHELLE M ARBUCKLE REV LIVING TRUST UA
01/13/03
3619 BRUNSWICK DR
CARMEL, IN 46033-3842

JAMES J DE COURSY CUST PATRICIA MARIE DE COURSY
U/THE MD UNIFORM GIFTS TO MINORS ACT
1708 BILLMAN LANE
SILVER SPRING, MD 20902-1420

JAMES J DIVASTO & MARY L DIVASTO JT TEN
3590 ROUNDBOTTOM RD
CINCINNATI, OH 45244-3026

JAMES J FARLEY
5353 207TH ST #12C
FLUSHING, NY 11364-1715

JAMES J FLANARY & GENEVIEVE E FLANARY TR
JAMES J FLANARY & GENEVIEVE E FLANARY TRUST UA
04/10/02
7343 LENNON RD
SWARTZ CREEK, MI 48473-9758

JAMES J GALLAGHER & DOLORES M GALLAGHER TR
J & D GALLAGHER REVOCABLE TRUST UA 06/06/97
3400 WAGNER HEIGHTS RD
STOCKTON, CA 95209-4885

JAMES J HESSELBROCK & CAROL U HESSELBROCK TR
JAMES & CAROL HESSELBROCK REVOCABLE TRUST UA
07/07/04
1351 CLEVELAND AVE
HAMILTON, OH 45013-1400

JAMES J HOHREIN
206 WEST MINISTER AVE
OFALLON, IL 62269-2646

JAMES J KAPETAN CUST MISS PAULINE J KAPETAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
5748 N ARTESIAN
CHICAGO, IL 60659-5138

JAMES J KELLY CUST JOHN J KELLY
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
12 DANA AVE
WINCHESTER, MA 01890-1010

JAMES J KOTLIN & ANTOINETTE G KOTLIN TR
THE KOTLIN DECL OF TRUST UA 02/18/93
4611 CUMNOR RD
DOWNERS GROVE, IL 60515-3132

JAMES J PRECZEWSKI & LORRAINE PRECZEWSKI TR
UA 04/26/94 PRECZEWSKI FAMILY TRUST
PO BOX 952
PRUDENVILLE, MI 48651-0952

JAMES J RYSZKIEWICZ
9275 GREINER RD
CLARENCE, NY 14031-1208

JAMES J SLAGA CUST MARK H SDIENKIEWICZ
UNDER THE IN TRANSFERS TO MINORS ACT
1785 BOWERS ST
BIRMINGHAM, MI 48009-6886

JAMES J STOLOW & JANET R STOLOW TR
JAMES J STOLOW & JANET R STOLOW TRUST UA 01/30/04
238 VENTANA DRIVE
POINCIANA, FL 34759-3112

JAMES J YOUNG CUST JAMES D YOUNG
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 83
CHICAGO PARK, CA 95712-0083

JAMES K ATKINSON & MARIN P ATKINSON TR
JAMES K ATKINSON & MARIN P ATKINSON TRUST
2649 SWEETWATER TR
COOL, CA 95614-2338

JAMES K CROSBY CUST ELIZABETH ANN CROSBY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
11368 W OLYMPIC BLVD
LOS ANGELES, CA 90064-1605

JAMES KILROY BREINER
4660 BALSAM ST
WHEAT RIDGE, CO 80033-3239

JAMES L ADY & DOROTHY L ADY TR
JAMES L & DOROTHY L ADY REV LIVING TRUST UA 02/08/00
37518 NEUKOM AVE
ZEPHYRHILLS, FL 33541-7697

JAMES L BETTNER & SANDRA L BETTNER TR
JAMES L & SANDRA L BETTNER REV LIVING FAMILY TRUST
UA 11/19/04
5990 NORTH COUNTY RD 550 EAST
PITTSBORO, IN 46167-9389

JAMES L BRANCH & BONNIE A BRANCH TR
UA 03/09/89 JAMES L BRANCH & BONNIE BRANCH TRUST
2010 SAWMILL RD
BATESVILLE, IN 47006-9328

JAMES L DUNCAN
10463 116TH AVE
LARGO, FL 33773-2417

JAMES L FRIEDMAN & MARILYN FRIEDMAN TR
JAMES L & MARILYN FRIEDMAN TRUST UA 09/13/01
1112 OAK RIDGE DR
PITTSBURGH, PA 15227-1404

JAMES L HEINZE
20406 N AUTUMN CT
SUN CITY WEST, AZ 85375-5459

JAMES L HENDRY CUST TIMOTHY J HENDRY
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1634 BEN ROE L
LOS ALTOS, CA 94024-6207

JAMES L HILL & JUDITH A HILL TR
UA 03/04/2008 HILL FAMILY REVOCABLE TRUST
1496 NUT TREE LANE
SONOMA, CA 95476

JAMES L JAMIESON CUST JAMES WHITMAN JAMIESON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
79 HEMLOCK DRIVE
KILLINGWORTH, CT 06419-2225

JAMES L KIDDER
9173 220TH AVE
STANWOOD, MI 49346-9506

JAMES L LAWS & DOROTHY I LAWS TR
UA 07/21/94 LAWS FAMILY REVOCABLE LIVING TRUST
2814 FAIRMONT AVE
SANDUSKY, OH 44870-5912

JAMES L MCCRYSTAL JR TR
M ERNST LIFETIME BENE TRUST UA 08/21/89 JAMES L
MCCRYSTAL JR
900 SKYLIGHT OFC TWR 1660 W 2ND
CLEVELAND, OH 44113

JAMES L MILLER CUST DONN W MILLER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
540 ROCKWOOD ST SE
SALEM, OR 97306-1755

JAMES L MILLER CUST MICHAEL E MILLER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
242 E RAHN RD
KETTERING, OH 45429-5424

JAMES L PAPPAKOSTAS
& MARJORIE A PAPPAKOSTAS & CHRIST L PAPPAKOSTAS JT
TEN
1600 SERENO DRIVE
VALLEJO, CA 94589

JAMES L SEWELL
847-607 WEST RIVERVIEW AVE
DAYTON, OH 45402

JAMES L SPALETTA CUST ERNEST D SPALETTA
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2200 SIR FRANCIS DRAKE BLVD
POINT REYES, CA 94956

JAMES L SPALETTA CUST JAMES L SPALETTA JR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
PO BOX 506
VALLEYFORD, CA 94972-0506

JAMES L STRONG JR
10524 238TH AVENUE E CT
BUCKLEY, WA 98321-8406

JAMES L SURFACE & SANDRA J SURFACE TR
UA 12/12/2007 JAMES L SURFACE & SANDRA J SURFACE
9154 EAST 450 SOUTH
WALTON, IN 46994

JAMES L TROUP
P O BX167 402 W FULTO
PERRINTON, MI 48871-0167

JAMES L WILSON & BETTY WILSON TR
JAMES L & BETTY WILSON REV LIVING TRUST UA 06/03/99
6930 CRANWOOD
FLINT, MI 48505

JAMES L WRAY
48405 197TH AVE
MCGREGOR, MN 55760-4457

JAMES LAWSON
1316 110TH ST
OLIN, IA 52320-9712

JAMES LOUIS DENNIS & MARY FRANCES DENNIS TR
DENNIS FAM TRUST UA 03/06/97
4545 DANDRIDGE
CORPUS CHRISTI, TX 78413-5093

JAMES LOUIS GOLDSTEIN
2615 STONE MOUNTAIN COURT
HENDON, VA 20170-2883

JAMES M BEAHAN & HELEN M BEAHAN TR
JAMES & HELEN BEAHAN REV TRUST UA 06/05/00
121 W PINE
CARSON CITY, MI 48811-9584

JAMES M BRENNAN
1946 TREBEIN RD
XENIA, OH 45385-9515

JAMES M BURNS & DELPHINE M BURNS TR
JAMES M & DELPHINE M BURNS TRUST UA 08/01/97
2359 S 8TH AVE
NORTH RIVERSIDE, IL 60546-1103

JAMES M CHAMBERLAIN & PHYLLIS J CHAMBERLAIN TR
JAMES & PHYLLISCHAMBERLAIN LIVING TRUST UA 12/16/99
5906 N STATE RTE 123
FRANKLIN, OH 45005-4634

JAMES M ELLSWORTH GLORIA J ELLSWORTH TOD NAME ON
BOX 5294
NORTHVILLE, MI 48167

JAMES M HEINRICH
261 COLE DR
FAIRFIELD, OH 45014-1505

JAMES M HUMPHREY CUST MICHELLE ELAINE HUMPHREY
U/THE IND UNIFORM GIFTS TO MINORS ACT
1324 N SHORTRIDGE RD
INDANAPOLIS, IN 46219-3738

JAMES M LANDIS & BARBARA L LANDIS TR
UA 12/01/2008 JAMES L LANDIS & BARBARA L LANDIS
52070 HONEYSUCKLE DR
SHELBY TWP, MI 48316

JAMES M LEBSTER CUST GREGG E LEBSTER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1791 WATERMARK DR SE
GRAND RAPIDS, MI 49546-6492

JAMES M MILLS
5313-413 LINWELL RD
ST CATHARINES ON
L2M 7Y2 CANADA

JAMES M STEINERT
1004 KENTUCKY AVE
MONROE, MI 48161-1145

JAMES M WENTWORTH CUST JULIE L WENTWORTH
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
33 HIGHVIEW TERRACE
BELFAST, ME 04915-7120

JAMES M WENTWORTH CUST SUSAN R WENTWORTH
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
33 HIGHVIEW TERRACE
BELFAST, ME 04915-7120

JAMES MATHEW BJOSTAD
9617 171ST ST W
LAKEVILLE, MN 55044-6805

JAMES MELLEIN
1205 LUGUNA DRIVE
HURON, OH 44839-2608

JAMES MITCHELL
165 159TH AVE SE
BELLEVUE, WA 98008-4617

JAMES N DONALDSON
300 STEINER ST
FAIRFIELD, CT 06432-2461

JAMES N HALLSTEIN
28538 STRINGTOWN RD
MINIER, IL 61759-9322

JAMES N KLEIN
68 HILLTOP CT
WEST SENECA, NY 14224-4210

JAMES O HILLS & PEGGY W HILLS TR
JAMES & PEGGY HILLS REVOCABLE TRUST UA 6/13/02
8114 BETHEL RD
SEAFORD, DE 19973-3064

JAMES O PEREZ & CARMEN M PEREZ TR
JAMES O & CARMEN M PEREZ TRUST UA 12/16/94
1415 SHADOW LN
FULLERTON, CA 92831-1819

JAMES OLIVER OLSON & FON GLYN OLSON & KRISTINA KAY C
UA OLSON FAMILY TRUST 05/07/92
229 TRAIL OF THE FLOWERS
GEORGETOWN, TX 78628-4847

JAMES P BARTON CUST MISS NANCY A BARTON
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
533 RIPPLE RD
INDIANAPOLIS, IN 46208-2535

JAMES P CARMODY
8949 215TH PL
QUEENS VILLAGE, NY 11427-2424

JAMES P EISENSTEIN
1852 MONTEREY RD
S PASADENA, CA 91030-3955

JAMES P FERRON
4716 KLEIN RD
FILLMORE, NY 14735-8796

JAMES P GARRITY & MARY LOU GARRITY JT TEN
206 MITINGER AVE
GREENSBURG, PA 15601-1950

JAMES P GARRITY & MRS MARY LOU GARRITY TEN ENT
206 MITINGER AVE
GREENSBURG, PA 15601-1950

JAMES P HENSLEY
3882 REINWOOD DR
DAYTON, OH 45414-2446

JAMES P SIEFERT CUST JAMES P SIEFERT 2ND
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
4295 WAYBOURN ROAD
COLUMBUS, OH 43220-4373

JAMES P SIEFERT CUST TOD W SIEFERT
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5077 GRASSLAND DR
DUBLIN, OH 43016-4318

JAMES P TOWNSEND TR
JAMES PERRY & REBA BERRY TOWNSEND FAMILY TRUST
UA 10/12/91
19792 WATERVIEW LN
HUNTINGTON BH, CA 92648-3048

JAMES PARRINO CUST DAVID PARRINO
UNDER THE CA UNIFORM TRANSFERSTO MINORS ACT
1281 S YNEZ AVE
MONTEREY PARK, CA 91754-4807

JAMES PAUL KREINDLER
189 HARDSCRABBLE RD
BRIARCLIFF, NY 10510-1913

JAMES R BRANTNER & JOAN M BRANTNER TR
JAMES R BRANTNER & JOAN M BRANTNER FAM TRUST UA
12/10/99
424 W 130TH STREET
BRUNSWICK, OH 44212-2310

JAMES R COFFEY CUST JAMES R COFFEY JR
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3377 WILIAMS ST
EUREKA, CA 95503-5242

JAMES R CRABTREE & MARILYN J CRABTREE TR
UA 10/06/93 THE JAMES CRABTREE REVOCABLE LIVING
TRUST
6543 PINE VALLEY DR
SANTA ROSA, CA 95409-5888

JAMES R HARTT CUST CHRISTOPHER JOHN HARTT
U/THE CAL UNIFORM GIFTS TO MINORS ACT
751 S EUCLID AVE
PASADENA, CA 91106-3734

JAMES R HAWKINS CUST GEORGE PHILIP HAWKINS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9501 NATCHEZ TRL CT
MANASSAS PARK, VA 20110-6601

JAMES R HEAD
PO BOX 200353
CARTERSVILLE, GA 30120-9006

JAMES R HUNTER & ANNA E HUNTER TR
JAMES & ANNA HUNTER LIVING TRUSTUA 4/06/01
22360 KARAM CT
WARREN, MI 48091-2539

JAMES R JOHNSON & RUTH ANN JOHNSON TR
UA 04/05/2007 JAMES R AND RUTH ANN JOHNSON
24837 NEWTON ST
DEARBORN, MI 48124

JAMES R KILLEWALD TR UA 04/22/1991 JAMES R KILLEWALD
& ANNA J KILLEWALD REVOCABLE LIVING TRUST
41320 WINDSOR COURT
NORTHVILLE, MI 48167

JAMES R LINDSEY & JUNE B LINDSEY TR
JAMES R LINDSEY FAMILY TRUST UA 4/4/01
2408 TIFT AVE N
TIFTON, GA 31794-1825

JAMES R MANOR
& BEVERLY MANOR & JAMES R MANOR JR & CLAIRE C
ALLEN JT TEN
2955 EAST BOOTH ROAD
AU GRES, MI 48703-9533

JAMES R MC ELROY & NORMA J MC ELROY TR
JAMES R MC ELROY & NORMA J MC ELROY LIVING TRUST
UA 1/11/94
837 YOUNG ST
PIQUA, OH 45356-3234

JAMES R MCLEOD & OCTAVIA J MCLEOD TR
UA 12/11/2008 BRIGHTSTONE 2008 TRUST
PO BOX 696
YOUNGTOWN, AZ 85363

JAMES R MITCHELL
PO BOX 682164
FRANKLIN, TN 37068-2164

JAMES R PHILPOTT TR MARGARET E PHILPOTT DAY IRREVOC
CHILDREN'S 2003 TRUST UA 03/11/03
244 PARK STREET
JACKSONVILLE, IL 62350

JAMES R REITER CUST GREGORY JAMES REITER
UNDER THEMISSOURI UNIFORM GIFTS TO MINORS LAW
16735 HICKORY CREST DR
BALLWIN, MO 63011-5507

JAMES R REITER CUST MICHAEL ANDREW REITER
UNDER THE MISSOURI UNIFORM GIFTS TO
15026 RIDGE LAKE DR
CHESTERFIELD, MO 63017-7653

JAMES R SIMS & MARJORIE B SIMS TR
JAMES R SIMS & MARJORIE B SIMS REVOCABLE
1321 PARK BAYOU DR
APT C315
HOUSTON, TX 77077-1475

JAMES R SPETH & WANDA MORRIS SPETH TR
JAMES R SPETH & WANDA MORRIS SPETH REV TRUST UA
12/17/02
2581 WOODSON AVE
HENDERSON, NV 89052-6489

JAMES R TOULOUSE CUST MARY TOULOUSE
U/THE N M UNIFORM GIFTS TO MINORS ACT
1712 MORNINGRISE SE
ALBUQUERQUE, NM 87108-4417

JAMES R WARREN JR CUST SUSAN KIMBERLY WARREN
A MINOR UNDER THE LAWS OF VIRGINIA
ATTN SUSAN K GRAVELY
3912 REDFISH COURT
PALMETTO, FL 34221-5620

JAMES R WHEELER & WANDA S WHEELER JT TEN
7051 STEINMEIER DRIVE
INDIANAPOLIS, IN 46220-3953

JAMES RUSSELL BURNS & MRS STEPHANIE SUE BURNS TR
THE REVOCABLE LIVING TRUST UA 08/29/79
1609 TANAGER CT
TEMPLETON, CA 93465-9781

JAMES RUSSELL BURNS & STEPHANIE SUE BURNS TR
UA 08/29/79 J R BURNS & S S BURNS LIV TR
1609 TANAGER COURT
TEMPLETON, CA 93465-9781

JAMES S CLINE CUST CHARLES CLINE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
15410 DEERHORN ROAD D
SHERMAN OAKS, CA 91403-4307

JAMES S CLINE CUST GARY E CLINE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
3577 SOUTHRIDGE DR
SANTA ROSA, CA 95403-0924

JAMES S CLINE CUST MARY JANIS CLINE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1577 CALLE AURORA
CAMARILLO, CA 93010-8416

JAMES S CLINE CUST MATTHEW CLINE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
24737 ARNOLD DRIVE
SONOMA, CA 95476-9216

JAMES S RADNEY & DEBRA R KANE TR
UA 01/05/1996 RESTATED 03/23/2005 RADNEY LIVING TRUST
1010 AMERICAN EAGLE BLVD APT 205
SUN CITY CTR, FL 33573

JAMES S VINCENT & CATHERINE J VINCENT TR
VINCENT LIVING TRUST UA 4/18/00
3103 SCHOOLHOUSE RD
WATERFORD, MI 48329-4328

JAMES SCHEIMAN CUST JEFFREY ALAN SCHEIMAN
U/THE VA UNIFORM GIFTS TO MINORS ACT
11273 MAGNOLIA PL
SMITHFIELD, VA 23430-5743

JAMES SCHEIMAN CUST JEROME J SCHEIMAN
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
320 WEST 7TH STREET
JACKSONVILLE, FL 32206-4327

JAMES SCOTT WARNE TR
JAMES SCOTT WARNE REVOCABLE LIVING TRUST UA
08/12/03
3600 WYOMING ST APT 1
KANSAS CITY, MO 64111

JAMES SIMPSON JR
PO BOX 420329
PONTIAC, MI 48342-0329

JAMES T FOWLER & JEAN L FOWLER TR
UA 05/11/1995 JAMES T FOWLER & JEAN L FOWLER
28061 CUMBERLAND ROAD
TEHACHAPI, CA 93561

JAMES T KING & BARBARA H KING TR
JAMES T & BARBARA H KING TRUST UA 08/13/02
1178 CHILLEM DR
BATAVIA, IL 60510-3309

JAMES T KRIZ
PO BOX 320268
FLINT, MI 48532-0005

JAMES T REED
PO BOX 438008
CHICAGO, IL 60643-8008

JAMES T RICHETTS & SANDRA J RICHETTS TR
UA 03/03/97 RICHETTS FAMILY TRUST
709 VIOLETA DR
ALHAMBRA, CA 91801-5326

JAMES T SCHULER JR & MARY L SCHULER TR
JAMES T SCHULER LIVING TRUST UA 09/27/99
13455 STATE ROAD 38 E
NOBLESVILLE, IN 46060

JAMES T SHEARON & MARK S SHEARON TR
MARY S SHEARON FAMILY TRUST UA 8/3/00
4815 SCOTNEY CT
SUWANEE, GA 30024

JAMES T TAMANAHA & ALVIN TAMANAHA TR
UA 12/15/04 AMENDED 12/25/07 TAMANAHA FAMILY TRUST
1559 SONOMA AVE
ALBANY, CA 94706

JAMES T TEFF
11045 170TH ST W
LAKEVILLE, MN 55044-5573

JAMES TAPPEN CUST FRANK J TAPPEN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4053 ROLLING ACRES DR
HARTLAND, MI 48353

JAMES TOLSON JR
PO BOX 270192
KANSAS CITY, MO 64127-0192

JAMES V FARCHIONE JR & ANITA R FARCHIONE TR
JAMES V FARCHIONE JR & ANITA R FARCHIONE TRUST UA
12/09/04
15024 COVENTRY
SOUTHGATE, MI 48195-2362

JAMES V FINNELL & JACK W FINNELL TR
JOSEPH AND JOAN S FINNELL TRUST UA 4/16/97
254 WARREN AVE
ROCHESTER, NY 14618-4316

JAMES V FINNELL & JACK W FINNELL TR
JOSEPH J FINNELL & JOAN S FINNELL TRUST UA 04/16/97
254 WARREN AVENUE
ROCHESTER, NY 14618-4316

JAMES V GENOVESE
1A BUCKSKIN CT
WHITING, NJ 08759-1807

JAMES V NICOSIA & GILDA NICOSIA TR
JAMES V & GILDA NICOSIA LIVING TRUST UA 05/19/97
6126 BLACKWALL
TROY, MI 48098-1882

JAMES W BAXTER CUST CINDI BAXTER
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
207 S GOVERNORS AVE
DOVER, DE 19904-6703

JAMES W CRAWFORD & SHIRLEY L CRAWFORD TR
UA 04/11/69 CRAWFORD FAMILY TRUST
14698 THEBES ST
SAN DIEGO, CA 92129-1630

JAMES W DARROCH
& WILLIAM J DARROCH & THOMAS R DARROCH & JANICE M
DARROCH &
39353 CHANTILLY DR
STERLING HEIGHTS, MI 48313-5113

JAMES W DUBAY
2116 REINHARDT
SAGINAW, MI 48604-2432

JAMES W FELDHOUSE & MARGE A FELDHOUSE TR
UA 12/9/00 THE FELDHOUSE FAMILY REVOCABLE LIVING
TRUST
2218 BERRYWOOD DR
AKRON, OH 44333-2702

JAMES W FLECKENSTEIN II
10490 STORYBOOK DRIVE
CINCINNATI, OH 45242-4943

JAMES W FLOWER & RUTH B FLOWER TR
JAMES W & RUTH B FLOWER TRUST UA 09/20/93
95 FLOWER PL
POTTSVILLE, AR 72858-8912

JAMES W HARPER TR
UA 12/09/88 RALPH S HARPER & GENEVIEVE G HARPER
IRREVOCABLE TRUST
7311 EAST RIVER RD
RUSH, NY 14543-9747

JAMES W HARPER TR
UA 12/09/88 RALPH S HARPER & GENEVIEVE G HARPER
IRREVOCABLE TRUST
7311 EAST RIVER RD
RUSH, NY 14543-9747

JAMES W HARRIS & NANCY E HARRIS TR
JAMES W HARRIS & NANCY E HARRIS REV LIVING TRUST UA
06/06/00
395 S 500 E MARION
MARION, IN 46953-9758

JAMES W HARVEY & NANCY LOU HARVEY TR
UA 01/15/92 JAMES W & NANCY LOU HARVEY
950 VIA LOS PADRES
SANTA BARBARA, CA 93111-1326

JAMES W HOBZEK
PO BOX 361753
STRONGSVILLE, OH 44136-0030

JAMES W JETER & JERRI L JETER TR
JAMES W & JERRI L JETER TRUST UA 09/11/00
1424 PAKE AVE
MIDWEST CITY, OK 73130

JAMES W JORDAN & KATHLEEN A JORDAN TR
JAMES W & KATHLEEN A JORDAN INTER VIVOS TRUST UA
08/29/94
4200 S AIRPORT
BRIDGEPORT, MI 48722-9585

JAMES W REESE & JOY J REESE JT TEN
1681 116TH CT
DENVER, CO 80234-2611

JAMES W SHIVLEY & CAROLYN L SHIVLEY TR
UA 02/17/92 SHIVLEY FAMILY TRUST
PO BOX 360
RESCUE, CA 95672-0360

JAMES W TRUITT & MARY ELLEN MONEYMAKER & ELIZABETH
UW LILLIAN ESTHER TRUITT
204 S UNIVERSITY AVE
FEDERALSBURG, MD 21632-1235

JAMES W WILLIAMS
118 157TH ST
CALUMET CITY, IL 60409-4804

JAMES WILBUR GUMP & MARGARET V GUMP TR
GUMP FAMILY LIVING TRUST UA 09/19/01
1121 OAKRIDGE DR
PITTSBURGH, PA 15227-1403

JAMES WILLIAM FUSON
1359 260TH ST
LETTS, IA 52754-9528

JAMES WILLIAMSON JR CUST J SCOTT WILLIAMSON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
4595 W SPRING CREEK PKWY
APT 3421
PLANO, TX 75024-5248

JAN C BORDEN
PO BOX 760101
LATHRUP VILLAGE, MI 48076-0101

JAN KIEHNE
WIESENSTRASSE 8 A
61462 KOENIGSTEIN
GERMANY

JAN KRZOK
PO BOX 431863
PONTIAC, MI 48343-1863

JAN M SIMS & DAN E MITCHELL TR
UW CHARLIE MITCHELL TRUST FBO GILDA E MITCHELL
3241 BITTEL ST
OWENSBORO, KY 42301-9464

JANA A KIRLIN & PRICILLA R KIRLIN TR
CAPITAL MANAGEMENT TRUST UA 09/27/85 JANA A KIRLIN
76 MERRIWEATHER ROAD
GROSSE POINTE FARM, MI 48236-3623

JANE B SMITH CUST HILARY ELIZABETH SMITH
UNDER MO TRANSFERS TO MINORS LAW
1008 N SPOEDE RD
SAINT LOUIS, MO 63146-5552

JANE A BORCHERT CUST JAMES E BORCHERT JR
U/THE WISC UNIFORM GIFTS TO MINORS ACT
1242 CAMROSE STREET
FORT COLLINS, CO 80525-2831

JANE A VANYO
2354 151ST LN NW
ANDOVER, MN 55304-4587

JANE ABEEL THOMSON & STEVEN W THOMSON TR
THOMSON TRUST U-AGRMT 02/13/84
9030 UPPER VALLEY RD
AUBURN, CA 95602-9260

JANE BARCEWICZ & REGINA BARCEWICZ & SOPHIE BARCEWI
JANE BARCEWICZ LIVING TRUST UA 02/14/03
5243 SAFFRON DR
TROY, MI 48085-6708

JANE C SMITH & RICHARD C SMITH TR
SMITH FAMILY REVOCABLE LIVING TRUST 04/07/06
205 N COLONIAL DRIVE
CORTLAND, OH 44410-1107

JANE CARROLL CUST MARK CARROLL
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
205 TROTWOOD DRIVE
PITTSBURGH, PA 15241-2227

JANE CARROLL CUST MICHAEL CARROLL
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
173 WHITE STREET
SHREWSBURY, NJ 07702-4452

JANE CLAIRE RITTENMEYER CUST PHILIP DEAN RITTENMEYE
U/THE CAL UNIFORM GIFTS TO MINORS ACT
614 VIVIAN DR
LIVERMORE, CA 94550-8121

JANE D F CODMAN & RUSSELL S CODMAN JR TR
RUSSELL S CODMAN JR TR U/DEC OF TR
PO BOX 1558
MANCHESTER BY THE, MA 01944-0863

JANE D STEINER
312 WEST VIEW
HUBBARD, OH 44425-1965

JANE E REGISTER & RODERICK A REGISTER TR
UA 03/06/2007 REGISTER LIVING TRUST
7660 E VIA DONA RD
SCOTTSDALE, AZ 85266

JANE H ROSS & RAYMOND F ROSS TR
JANE H ROSS REVOCABLE TRUST UA 11/06/00
635 SCHOONER ST
VENICE, FL 34287-6520

JANE HAYWARD WRIGHT TR
UA 02/10/2009 JANE HAYWARD WRIGHT REVOCABLE
DECLARATION TRUST
2401 BRANSFORD DR
RICHMOND, VA 23228

JANE HELEN FLEISCHBEIN
PO BOX 2133
LEBANON, OR 97355-0915

JANE K KEPPLE
9539 120TH N LANE
SEMINOLE, FL 33772

JANE L NEUSCHWANDER & KENNETH M NEUSCHWANDER JT
JOHNSON SUBJECT TO STA TOD RULES
1040 S DAVIS BLVD
BOUNTIFUL, UT 84010-2016

JANE L REINSMA
PO BOX 593
DOWAGIAC, MI 49047-0593

JANE L RIDDELL CUST MARY F RIDDELL
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
8442 SPRINGFIELD OAKS DR
SPRINGFIELD, VA 22153-3567

JANE LEE GUION & JOHN MICHAEL GUION TR
JANE LEE GUION REVOCABLE TRUST UA 11/11/94
2802 WESTLAKE DR
EMPORIA, KS 66801-5934

JANE R GOODMAN CUST DAVID STEVEN GOODMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
R D 2 FISH HATCHERY
ALLENTOWN, PA 18103-9801

JANE RUBENSTEIN CUST EMILY RUBENSTEIN UTMA IL
7 TANOITO
SANTA FE, NM 87506-7551

JANE S LLOYD & LOUIS R LLOYD TR
UNDER THE JANE S LLOYD LIVING TRUST 11/17/89
19 FAYETTE RD
BEDFORD, MA 01730

JANE SMITH STEINBERG
411 KNOLLWOOD AVE
SALISBURY, NC 28144-7598

JANE TONDETTAR
11 NORTH CHESTNUT AVE
WHITING, NJ 08759-2316

JANELL M ROBINSON
BOX 196-1255 TURNER PL
WILBERFORCE, OH 45384-0196

JANET A KLEINO
1140 NW 106TH AVE
PLANTATION, FL 33322-7816

JANET ARDITTI GOLDSTEIN
7 THE COMMONS
COLD SPG HBR, NY 11724-2422

JANET C BARNES & CAROLINE C HOWENSTINE TR
THE JANET C BARNES FAMILY TR UA 05/07/71
3245 DORSETT LANE
YORK, PA 17402-4105

JANET E MITCHELL & CYNTHIA J KOPPRASCH TR
ADELAIDE G ACHTMEYER IRREVOCABLE TRUST UA 7/15/02
2036 HARDSCRABBLE DRIVE
BOULDER, CO 80305-7137

JANET ELIZABETH LINNELL
PO BOX 190687
ANCHORAGE, AK 99519-0687

JANET G DUNFORD & DOUGLAS W DUNFORD TR
DUNFORD FAMILY REVOCABLE TRUST UA 05/07/04
4003 SW 22 DR
GRESHAM, OR 97080-8380

JANET G HEINICKE CUST ADAM ROBERT EDWARD CLERC UTI
54655 HOLLY DRIVE
ELKHART, IN 46514-4428

JANET G HEINICKE CUST ELIZABETH KATHRYN FELTNER UTN
2610 FERNCLIFF
ROYAL OAK, MI 48073-4604

JANET G HEINICKE CUST ERICA CHRISTINE CLERC UTMA IN
54655 HOLLY DRIVE
ELKHART, IN 46514-4428

JANET G HEINICKE CUST GAIL MICHELLE FELTNER UTMA MI
2610 FERNCLIFF
ROYAL OAK, MI 48073-4604

JANET G HEINICKE CUST JENNIFER LOUISE BECKLEY UTMA N
466 BOYNE
NEW HUDSON, MI 48165-9783

JANET G HEINICKE CUST NICOLE LYNN HEINICKE UTMA AZ
7321 WEST PLANADA LANE
GLENDALE, AZ 85310-5891

JANET G HEINICKE CUST RACHAEL CHRISTEN BECKLEY UTM
466 BOYNE
NEW HUDSON, MI 48165-9783

JANET G HEINICKE CUST SARAH KATHERYN HEINICKE UTMA
7321 WEST PLANADA LANE
GLENDALE, AZ 85310-5891

JANET G HEINICKE CUST STEPHEN ROBERT HEINICKE UTMA
831 N PONTIAC TRAIL LOT 133
WALLED LAKE, MI 48390-3212

JANET G STEINMAN & ROBERT E STEINMAN JT TEN
1717 NORFOLK AV
APT B
LUBBOCK, TX 79416-6035

JANET G YOSHONIS TR
JANET G YOSHONIS REVOCABLE LIVING TRUST UA 11/08/91
6667 SCENIC SHORES
PO BOX 285
MACATAWA, MI 49434-0285

JANET HANSEN
1371 490 AVENUE
DOLLIVER, IA 50531-7512

JANET HOURIGAN & JAMES L BURNSIDE & THOMAS P BURNS
JANET HOURIGAN LIVING TRUST UA 3/17/04
72 PRESIDIO PL
PALM DESERT, CA 92260-0317

JANET J REINKING
3330 RAINDROP DR
COLORADO SPRINGS, CO 80917-3210

JANET L BURGESS
5658 N CALLE DE LA REINA
TUCSON, AZ 85718-4479

JANET LEE JENSEN TR
UNDER REVOCABLE TRUST AGREEMENT 05/30/80 JANET
LEE JENSEN TRUST
15389 FISH LAKE RD
HOLLY, MI 48442-8343

JANET LINDA WEINTRAUB
441 ROBINWOOD
LOS ANGELES, CA 90049-2327

JANET LYNN HILLERMAN GDN EST LYNNETT MARIE HILLERMA
& SCOTT M HILLERMAN
11065 HICKORY LN
CLIO, MI 48420-2414

JANET M STEIN & BRET M STEIN JT TEN
5107 N WALL ST
SPOKANE, WA 99205-5260

JANET M STEINBACH
425 BURNLEY CIRCLE
SCHAUMBURG, IL 60193-1778

JANET M WILLIAMS & DONALD J HORTTOR TR
JACK H WILLIAMS TRUST UA 03/17/82
PO BOX 531
TOPEKA, KS 66601-0531

JANET S ESENWEIN
250 WELTON WAY
MOORESVILLE, NC 28117

JANET S LEININGER
BOX 463
GALVESTON, IN 46932-0463

JANET STAAB MEINHOLD
4230 GRINNELL AVE
BOULDER, CO 80303-6609

JANET SYKORA
30762 426TH AVE
TABOR, SD 57063-6129

JANET T TAVRELL & BARRY BISHOP TR
JANET T TAVRELL FAMILY TRUST UA 09/17/96
1701 GILBERT DR
MAYFIELD HIEGHTS, OH 44124-3109

JANET TAYLOR COTTER & RICHARD A COTTER TR
RICHARD & JANET COTTER TRUST UA 12/30/04
111 LAS VEGAS
ORINDA, CA 94563-1920

JANET V KONEFAL
PO BOX 402889
MIAMI, FL 33140-0889

JANETTE JEAN LOW CUST MORRISON K LOW
A MINOR U/THE CALIF GIFTS OF SEC TO MINORS ACT
PO BOX 3588
WALNUT CREEK, CA 94598-0588

JANICE E RUSSULLO & MICHAEL P RUSSILLI TR
RUSSULLO FAMILY REVOCABLE TRUST UA 10/28/97
12503 GREENWOOD AVE N
APT E210
SEATTLE, WA 98133-8070

JANICE E SKAIO
13993 152ND AVE
GRAND HAVEN, MI 49417-8956

JANICE FEROLA CUST DAVID FEROLA
A MINOR U/SEC 2918-D 55 SUP TO THE GEN STATUTES OF
CONN
5 BUNKER HILL RD
COLLINSVILLE, CT 06019-3712

JANICE FEROLA CUST JOEL FEROLA
A MINOR U/SEC 2918-D 55 SUP TO THE GEN STATUTES OF
CONN
5 BUNKER HILL RD
COLLINSVILLE, CT 06019-3712

JANICE HABERLEIN EX EST DORIS CARSON HIGBIE
2 FISK CIRCLE
ANNAPOLIS, MD 21401

JANICE J BREINER
3805 GINGER CREEK DR
SPRINGFIELD, IL 62707-7243

JANICE L BALDWIN
PO VBOX 571213
DALLAS, TX 75357-1213

JANICE LUCILLE BURCH & DAWN SUZETTE JANETZKE TR
JANICE LUCILLE BURCH TRUST 1 UA 10/26/05
2715 FIELDING DR
LANSING, MI 48911-2328

JANICE M KAY & DANIEL T SMALE TR
SMALE CHILDREN'S FAMILY TRUST UA 10/09/97
227 CLOVERLY RD
GROSSE POINTE, MI 48236-3316

JANICE MERLO CALL
& THOMAS WRAY CALL JR CUST MICHAEL THOMAS CALL
UTMA VA
8125 VIOLA ST
SPRINGFIELD, VA 22152-3627

JANICE MERLO CALL & THOMAS WRAY CALL JR CUST ALLISO
UNDER VAU-T-M-A
8125 VIOLA ST
SPRINGFIELD, VA 22152-3627

JANICE R DRAKE
5590 EINOR AVE
ROCKFORD, IL 61108-6637

JANICE SCHILLE
1300 170TH PL SW
LYNNWOOD, WA 98037-3343

JANICE SMITH MORLOCK CUST PAMELA ANN MORLOCK
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1133 MISSION RIDGE CT
ORLANDO, FL 32835-5755

JANICE W SABATELLI TR
NICHOLAS M & JANICE W SABATELLI LIVING TRUST UA
11/17/93
5230 GLADYS
BEAUMONT, TX 77706-4402

JANICE WINGATE
2120-206 TROON OVERLOOK
WOODSTOCK, MD 21163

JANIE I SHEARER
7294 101ST ST
FLUSHING, MI 48433-8705

JANIS C BIALKO-BROWN
11131 169TH AVE SE
RENTON, WA 98059-5921

JANN WOODBURN
BOX 420433
SUMMERLAND KEY, FL 33042-0433

JANNIE M PAGE
PO BOX 430742
PONTIAC, MI 48343-0742

JAROLD R LEIN & PAULETTE M LEIN JT TEN
7094 DANBROOKE
W BLOOMFIELD, MI 48322-2951

JARRELL L SMITH
PO BOX 923386
NORCROSS, GA 30010-3386

JARVIS R EVERETT & NANCY S EVERETT TR
EVERETT REVOCABLE LIVING TRUST UA 07/26/05
5057 EASTERN PINES ROAD
GREENVILLE, NC 27858

JASETTE H WRIGHT
PO BOX 251984
W BLOOMFIELD, MI 48325-1984

JASMINA DIMITRIJEVIC
610-3120 MEADOWBROOK LANE
WINDSOR ON
N8T 3M9 CANADA

JASON BRODIE CUST BRYNA J BRODIE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
105 DAHLIA DR
WAYLAND, MA 01778-2829

JASON BRODIE CUST RUSSELL I BRODIE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
105 DAHLIA DR
WAYLAND, MA 01778-2829

JASON C YUEN CUST RUSSELL S YUEN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1020 PACIFIC AVE
SAN FRANCISCO, CA 94133-4210

JASON EPSTEIN
18 LOCUST RD
GREENWICH, CT 06831-2544

JASON GIPSTEIN
6275 CANTERBURY DR UNIT 309
CULVER CITY, CA 90230-7172

JASON HALPER U/GDNSHP OF HARVEY HALPER
& CLERK SURROGATES COURT KINGS CO NY
1455 E 19TH ST
BROOKLYN, NY 11230

JASON MILLER
PO BOX 961302
BOSTON, MA 02196-1302

JASON RAMSAY GILLMAN
PO BOX 744905
HOUSTON, TX 77274-4905

JAY ALLEN WEINER
242 BEACH 20TH STREET
FAR ROCKAWAY, NY 11691-3618

JAY C MILLER
850-105 LAKE ORCHID CIRCLE
VERO BEACH, FL 32962-8572

JAY C ROBBINS
2278 149A STREET
SURREY BC
V4A 9X3 CANADA

JAY DEAN KRYSTYNIAK & WALTER C KRYSTYNIAK JT TEN
515 KLEIN RD
STERLING, MI 48659-9709

JAY E ALEXANDER & MARY BETH ALEXANDER TR
ALEXANDER FAM REV LIV TRUST UA 03/30/98
19145 BREWSTER ROAD
AURORA, OH 44202-8615

JAY HOWARD WEINSTEIN
6822 CHIPPEWA DRIVE
BALTIMORE, MD 21209-1435

JAY M WILSKER CUST JULIE WILSKER
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
12 LAUREL HILL DRIVE
PLEASANTVILLE, NY 10570-2606

JAY MC DOWELL CUST MARILYN MC DOWELL
U/THE WASH UNIFORM GIFTS TO MINORS ACT
2310 S FOREST ESTATES DR
SPOKANE, WA 99223-3400

JAY MC DOWELL CUST SUSAN MC DOWELL
U/THE WASH UNIFORM GIFTS TO MINORS ACT
8530 16TH AVE NW
SEATTLE, WA 98117-3614

JAY P KLEIN
3738 WALKER AVE NW
GRAND RAPIDS, MI 49544-9705

JAY S KUPERSTEIN
5425 GROVE RIDGE WAY
ROCKVILLE, MD 20852

JAY W EPSTEIN
2704 MONROVIA DR
LAS VEGAS, NV 89117-0508

JAY WILLIAM MCCLURE & DONNA L MCCLURE TR
JAY WILLIAM MCCLURE LIVING TRUSTUA 06/12/00
70 HAUOLI STREET 117
WAILUKU, HI 96793

JAYE ANN HANSEN CUST THEA ASHLEY HANSEN UTMA IL
PO BOX 260084
LAKEWOOD, CO 80226-0084

JAYNE A GREEN
2972-139A ST
WHITE ROCK BC
V4P 2N1 CANADA

JAYNE DE LA HUERGA & J DE LA HUERGA TR
DE LA HUERGA LIVING TRUST UA 05/15/00
1414 LINCOLN ST
EVANSTON, IL 60201-2337

JAYNE W BURNS
PO BOX 501016
MARATHON, FL 33050-1016

JC SCHREINER
J C SCHREINER
HILL COMMONS
MINNEAPOLIS, MN 55458-0911

JEAN A JOHNSON
1285 150TH AVE
BALSAM LAKE, WI 54810

JEAN A YOUNG
& SUE E HAMILTON & CYNTHIA L GARRETT & NANCY K
KRUMMRICH JT TEN
8904 BLOMBERG RD
KINMUNDY, IL 62854-1424

JEAN A ZIEGELBEIN
16 LIPSCOMB CT
STERLING, VA 20165

JEAN B HUFF CUST BARBARA HUFF
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
237 MADELINE DR
MONROVIA, CA 91016-2431

JEAN BOYD CUST MICHAEL JOHN BOYD
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
101 NW 131ST AVE
PLANTATION, FL 33325-2211

JEAN BRECKENRIDGE
31157 434TH AVE
YANKTON, SD 57078-6748

JEAN BREWSTER GIDDINGS TR
BREWSTER FAM RESIDUARY TRUST UA 09/04/86 AMENDED
UA 02/07/96
16 HIGH STREET
BRATTLEBOR, VT 05301-3001

JEAN DOHERTY CUST MARK JONATHAN DOHERTY
A MINOR U/THE LOUISIANA GIFTS TO MINORS ACT
WILCOX BLVD
NEW ORLEANS, LA 70123

JEAN E HARDER
402 MUELLER ST
APT 9
HOLSTEIN, IA 51025-7501

JEAN E NELSON & LUCY A BURRY & JAMES D NELSON TR
JEAN E NELSON TRUST UA 11/18/03
739 NORTH CHANNEL DR
HARSENS ISLAND, MI 48028-9510

JEAN E TODOSCIUK
ATTN MERLAN KLEIN
8640 N FOWLERVILLE RD
FOWLERVILLE, MI 48836-9337

JEAN EBERLEIN NICHOLLS
29674 HILLIARD OAK LANE
WESTLAKE, OH 44145-3875

JEAN ENGELBACH SMOUSE CUST CHARLES EDWARD SMOUS
U/THE MD UNIFORM GIFTS TO MINORS ACT
4 COLUMBIA COURT
ROCKVILLE, MD 20850-1009

JEAN F FINLAY & VIRGINIA MCBRIDE TR
UA 04/17/87 ANNE W FINLAY TRUST F-B-O JEAN F FINLAY
8621 BASSWOOD RD
UNIT 16
EDEN PRAIRIE, MN 55344-4174

JEAN F TURPIN CUST EDWARD F TURPIN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1825 MCCULLOH ST
BALTIMORE, MD 21217-3408

JEAN H LOCKE & SIMEON LOCKE TR
SIMEON LOCKE 1999 REVOCABLE TRUST UA 04/23/99
PO BOX 330
BOXFORD, MA 01921-0330

JEAN H SCHNEIDER TR
UNDER DECLARATION OF TRUST 05/31/91 BENEFIT OF JEAN
H SCHNEIDER
4004 W 30TH STREET
DAVENPORT, IA 52804-5014

JEAN L VAIL & VALORIE CRAYCRAFT & JODY J DAILEY TR
JEAN L VAIL INTER VIVOS TRUST UA 06/26/95
4180 NW 110TH AVE
CORAL SPRINGS, FL 33065-7720

JEAN LESLIE GALOWITZ
115 WHITING LANE
W HARTFORD, CT 06119-1642

JEAN M COOPER & EDWIN H BIDEAU III & PHILIP A JARRED TR
UA 09/12/97 JAMES F COOPER
PO BOX 462
CHANUTE, KS 66720-0462

JEAN M JOHNSON CUST CRAIG R JOHNSON
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
9018 NANTWICK RIDGE
BROOKLYN PARK, MN 55443-3928

JEAN M LARKIN CAROLYN L HENRY & FRANCIS P LARKIN TR
LARKIN TRUST UA 2/12/68
37-10TH AVE
SEASIDE PARK, NJ 08752-1902

JEAN M MCDOWALL
13 B COLUMBUS BLVD
WHITING, NJ 08759-1803

JEAN M MITTELBUSCHER TR
THE MRS JEAN M MITTELBUSCHER REV TR UA 05/27/77
958 ANITA ST
GROSSE POINTE WOOD, MI 48236-1417

JEAN M REINERT
8932 HAMILTON BLVD
BREINIGSVILLE, PA 18031-1257

JEAN MARIE HAMPTON WATSON TR CHARLES H WATSON
& JEAN MARIE HAMPTON WATSON REVOCABLE TRUST UA
0708/03
18 MARTA DRIVE WILMINGTON
WILMINGTON, DE 19808

JEAN R BOLTON CUST SCOTT BOLTON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
7 QUEENS CRT
SAN ANTONIO, TX 78257

JEAN ROSEN CUST BRUCE LAWRENCE ROSEN
A MINOR U/ART 8-A OF THE PERS PROP LAW OF
21 LONGLEDGE DR
RYE BROOK, NY 10573-1943

JEAN S HACKETT & ROBERT A HACKETT TR
JEAN S HACKETT REVOCABLE TRUST UA 10/29/97
17 MANSFIELD PLACE
RUTLAND, VT 05701-4149

JEAN T NICHOLSON CUST THOMAS SCOTT NICHOLSON
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2211 WEBSTER ST
SANGER, CA 93657-2749

JEAN THOMAS COLLIER & MARY LOUISE COLLIER TR
UA 05/14/84 THE COLLIER FAMILY REVOCABLE TRUST NO I
1528 BLACKSTOCK AVE
SIMI VALLEY, CA 93063-3115

JEAN WEINBERG
58 BUTLER ST
KINGSTON, PA 18704-4721

JEANE KELLEY CUST WILLIAM J KELLEY JR
U/THE FLORIDA GIFTS TO MINORS ACT
1009 S E 10TH ST
FORT LAUDERDALE, FL 33316-1383

JEANET S DRESKIN & RICHARD B DRESKIN TR
UA 01/16/1996 E ARTHUR DRESKIN TRUST
60 LAKE FOREST DR
GREENVILLE, SC 29609

JEANETTE DREYEL ALBERTUS BYSTERBUSCH & RYAN L BYST
UW H BYSTERBUSCH FBO C
701 BRIDLE WAY
FRANKLIN LKS, NJ 07417

JEANETTE L BURGESS
5658 N CALLE DE LA REINA
TUCSON, AZ 85718-4479

JEANETTE L EPSTIEN TR UA 11/02/89 JEANETTE L EPSTIEN TR
15458 BRIARCREST CIR
FT MYERS, FL 33912-6399

JEANETTE L NAYLOR CUST BOBBI S STIEGLER
UNDER MO TRANSFERS TO MINORS LAW
7024 N WINAN AVE
KANSAS CITY, MO 64152-2452

JEANETTE M HACKETT CUST RICHARD A HACKETT
U/THE VT UNIFORM GIFTS TO MINORS ACT
8 BAYBERRY LN
SOUTH BURLINGTON, VT 05403-8225

JEANETTE O ROTHSTEIN
1150 WINDWARD DR
PEMBROKE PINES, FL 33026-3024

JEANETTE Y FREUDENBERGER TR JEANETTE Y FREUDENBER
REVOCABLE INTER VIVOS TRUST UA 04/07/06
BOX 946
WOODACRE, CA 94973-0946

JEANETTE Y FREUDENBERGER TR UA 12/21/2005 JEANETTE Y
MAXIMUM BENEFIT TRUST UNDER GEORGE EDWARD
FLANDERS
PO BOX 946
WOODACRE, CA 94973

JEAN-FRANCOI AUSSILLOU
501-1075 SHERBROOKE EAST
MONTREAL QC
H2L 4V1 CANADA

JEAN-MICHEL STEINMETZ
4444 COMANCHE DR
OKEMOS, MI 48864-2443

JEANNE A SWEINBERG
1087 MONTIAN VIEW DR
DALLAS, PA 18612

JEANNE B LATTANNER TR
REVOCABLE LIVING TRUST 07/24/84 U-A VICTOR & JEANNE
LATTANER
PO BOX 1014
SACRAMENTO, CA 95812-1014

JEANNE B SCHWARTZ TR
UA 11/06/89 THE RICHARD J SCHWARTZ DECLARATION OF
TRUST
392 KELBURN RD APT 122
DEERFIELD, IL 60015-4360

JEANNE BAGLIANI CUST MICHAEL J BAGLIANI
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
109 CEDARCROFT RD
BALTIMORE, MD 21212-2444

JEANNE CONNELL & CAMERON ADAMS TR
UA 12/30/55 LIPPINCOTT COLKET & ELIZABETH COLKET
TRUST
548 KNAUSS RD
NAZARETH, PA 18064-8811

JEANNE D CIRINCIONE CUST MARTIN J CIRINCIONE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1418 FOX HOLLOW RD
SCHENECTADY, NY 12309-2510

JEANNE DEEG
4506 117TH DR SE
SNOHOMISH, WA 98290-5528

JEANNE E COLES CUST ELISSA M COLES
U/THE CAL UNIFORM GIFTS TO MINORS ACT
821 EL CAMINO ROAD #301
BURLINGAME, CA 94010-5046

JEANNE E ROBINSON
2737 WHITE OAK AVE
WHITING, IN 46394-2128

JEANNE FISHER GILLMOR CUST DAVID SPEAR GILLMOR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4 HARDING ST
EAST NORTHPORT, NY 11731-1408

JEANNE H HEINEMANN
104 OLD 518 EAST
LAMBERTVILLE, NJ 08530-2619

JEANNE H ROBINSON TR
JEANNE HOUNSELL ROBINSON REVOCABLE TRUST UA
5/3/01
719 W 99TH TERRACE
KANSAS CITY, MO 64114-4063

JEANNE K TARCHALSKI TTEE UA 11/21/06 JOSEPH M TARCHA
BENE TRST
2318 MT ROYAL
WATERFORD, MI 48328

JEANNE KAUFER CUST JONATHAN D KAUFER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
411 HOMEWOOD RD
L A, CA 90049-2713

JEANNE KAUFER CUST SCOTT A KAUFER
A MINOR UNDER THE CALIFORNIA GIFTS OF
411 HOMEWOOD RD
LOS ANGELES, CA 90049-2713

JEANNE KAUFER CUST SUSAN M KAUFER
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
411 HOMEWOOD ROAD
LOS ANGELES, CA 90049-2713

JEANNE M ALTSCHULER TR
ALLAN H ALTSCHULER DECEDENTS UNIFIED CREDIT TRUST
UA 06/19/90
2737 MANNING AVE
LOS ANGELES, CA 90064-4354

JEANNE M BOWERMAN TR UA 7/23/90 JEANNE M BOWERMAN
1504 OLD MILL RD
EAST LANSING, MI 48823-2154

JEANNE M CONDOLFF
1063 MOSSER RD
APT T106
BREINIGSVILLE, PA 18031-1397

JEANNE M KIRKLAND TR
UA 11/10/1989 JESSICA MARY KIRKLAND IRREVOCABLE
TRUST
6464 MUNGER RD
DAYTON, OH 45459

JEANNE M MURPHY & DARREN C MURPHY & FRANCIS J MATH
JEANNE M MURPHY TRUST UA 06/06/97
1800 OAK ST
504
TORRANCE, CA 90501

JEANNE MURRAY CUST COLLEEN MURRAY
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
C/O KUTTEN
10 HUNTLEIGH WOODS
ST LOUIS, MO 63131-4818

JEANNE SALES CUST DAVID SALES
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
41 SADDLEVIEW RD
FAIRFIELD, CT 06432-2658

JEANNE-MARIE BARNES CUST EDMUND BARNES UTMA FL
PO BOX 510639
MELBOURNE BCH, FL 32951-0639

JEANNETTE CAROLINE HAAS TR
UA 3/15/2006 JEANNETTE CAROLINE HAAS LIV TRUST
4163 COVETREE LN
BATAVIA, OH 45103

JEANNETTE RESSLER TR
REVOCABLE LIVING TRUST UA 03/25/87 JEANNETTE
RESSLER
13450 OAKDALE
SOUTHGATE, MI 48195-1711

JEANNIE M RINGLEIN
1220 NIAGARA ST
FLINT, MI 48503-1208

JEANNINE BARIBEAU
216 645 GLENGARRY BLVD
CORNWALL ON
K6H 6S1 CANADA

JEFF M NEELY JR CUST MEGAN MELINDA NEELY
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
PO BOX 506
AMARILLO, TX 79105-0506

JEFF M RITZINGER
12217 102 AVE
CHIPPEWA FALLS, WI 54729

JEFF SCHLACKS & SUSAN SCHLACKS TR
JUSTIN G SCHLACKS IRREVOCABLE TRUST UA 12/12/94
12137 LOCKHART LANE
RALEIGH, NC 27614-8006

JEFF SOUTHARD
924 114TH AVE E
EDGEWOOD, WA 98372-1417

JEFFERS V CHAMBERS
PO BOX 214751
AUBURN HILLS, MI 48321

JEFFERY RICHARD PHILLEY
PO BOX 650533
DALLAS, TX 75265-0533

JEFFERY T LOMBARDI TR
UA 10/01/2007 JEFFERY TODD LOMBARDI SEPARATE TRUST
1714 HEMIT AVE
WAUKESHA, WI 53189

JEFFREY ADAM BIRD
APT 1409 11135 83RD AVE
EDMONTON ALBERTA
CANANDA
T6G 2C6 CANADA

JEFFREY ALLEN GOLDSTEIN
15572 CLOVER RIDGE COURT
CHESTERFIELD, MO 63017-5231

JEFFREY D SCHEU & ANGELA C SCHEU TR
JEFFREY D AND ANGELA C SCHEU REVOCABLE TRUST UA
09/30/02
5605 KINGFISHER LANE
CLARKSTON, MI 48346-2938

JEFFREY EINSOHN CUST BENJAMIN EINSOHN UTMA FL
11533 SW 57TH ST
COOPER CITY, FL 33330-4101

JEFFREY EPSTEIN
358 EL BRILLO WAY
PALM BEACH, FL 33480-4730

JEFFREY G MEINICKE
1374 BLAINE RD
BRIGHTON, MI 48114-9636

JEFFREY HOCHSTEIN
109 TIMBER HILL DR
MONROE TWP, NJ 08831-7949

JEFFREY J HEINRICHS
9035 N FIELDING RD
MILWAUKEE, WI 53217-1833

JEFFREY J MUELLER & PAMELA A MUELLER JT TEN
5770 115TH ST E
NORTHFIELD, MN 55057-4423

JEFFREY J STEINBERG
175 MORRISTOWN RD
ELIZABETH, NJ 07208-1315

JEFFREY KLEIN & ILEEN KLEIN JT TEN
554 HASKELL DR
AKRON, OH 44333-2852

JEFFREY L BERNSTEIN
4860 TRANTIN COURT
WAUNAKEE, WI 53597-9165

JEFFREY L EKKEL
433 118TH AVE
MARTIN, MI 49070-9746

JEFFREY M WEINER
1003 MARSH RD
WILMINGTON, DE 19803-4339

JEFFREY MILSTEIN
20 CABLEKNOLL LANE
MORELAND HILLS, OH 44022-1313

JEFFREY N GILBERT
3653 193RD PLACE
LANSING, IL 60438

JEFFREY R FEUERSTEIN
1181 WESTWIND DR
NEENAH, WI 54956-5153

JEFFREY R SHOCK & CHRISTINE M SHOCK TR
JEFFREY R & CHRISTINE M SHOCK LIVING TRUST UA
08/23/00
4402 QUEENSBURY DR
HARRISBURG, NC 28075-5610

JEFFREY S BOTSFORD & VICTORIA T BOTSFORD TR
UA 09/21/2005 2005 BOTSFORD FAMILY TRUST
160 SAN MIGUEL ROAD
PASADENA, CA 91105

JEFFREY S CHOU
53 ALLEY 399 JU FENG RD
APT 1801
PUDONG SHANGHAI
200129 CHINA (PEOPLE'S REP)

JEFFREY S CLICKSTEIN
24 RICHARDS ST
DANVERS, MA 01923-2127

JEFFREY S KLEIN
15 E 26TH ST
STE 12A
NEW YORK, NY 10010-1526

JEFFREY S REINER
15 INWOOD AVE
MONROE TWP, NJ 08831

JEFFREY S RISTAU
2405 165TH PLACE S E
BOTHELL, WA 98012-6050

JEFFREY SCOTT HALL & MRS THEODORA TANG HALL JT TEN
10814 168TH COURT NE
REDMOND, WA 98052-2790

JEFFREY T OBERRY
PO BOX 300804
DRAYTON PLNS, MI 48330-0804

JEFFREY THOMPSON
4721 141ST PLACE SE
SNOHOMISH, WA 98296-7664

JEFFREY WALLERSTEIN
46 SAUPE DRIVE
MANALAPAN, NJ 07726-1855

JEN HAROLD JORGENSEN CUST ERIC EINAR JORGENSEN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
32 ROCHELLE DRIVE
NEW CITY, NY 10956-5853

JENE HARLEY JACOBY & MILDRED MARSH JACOBY TR
JACOBY FAM TRUST UA 06/21/95
4450 N 53RD ST
PHOENIX, AZ 85018-4450

JENNIE SUSSMAN CUST STEVEN SUSSMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
50 WOODS DR
ROSLYN, NY 11576-2618

JENNIFER CUTHBERT
C/O LAKES HEATING & A/C
2476 N TURKEYFOOT RD
AKRON, OH 44319-1139

JENNIFER EPSTEIN
722 ANDOVER ST
SAN FRANCISCO, CA 94110-6018

JENNIFER HOPKINS
5802 EINSTEIN
COTE ST LUC QC
H4W 2Y6 CANADA

JENNIFER J JOHNSON BUTTS
19124-350TH STREET
TAYLORS FALLS, MN 55084-2812

JENNIFER JONES HOWITT & A E W HOWITT JT TEN
PTY 6764
1601 NW 97TH AVE
PO BOX 025207
MIAMI, FL 33102-5207

JENNIFER L REINHART
2751 MACINTOSH
BLOOMFIELD, MI 48302

JENNIFER L THEBERT
ATTN JENNIFER REINHART
2751 MACKINTOSH LN
BLOOMFIELD HILLS, MI 48302-0934

JENNIFER M MORSE & GARY J WEINER JT TEN
24 OLD CHURCH ROAD
MASTIC BEACH, NY 11951

JENNIFER SHARON EPSTEIN
171 W 57TH ST 12 B
NEW YORK, NY 10019-2222

JEONG S STEURBAUT & ROBERT F STEURBAUT TR
LIVING TRUST 08/10/91 U-A JEONG S STEURBAUT
PO BOX 2141
GLEN ELLYN, IL 60138-2141

JERALD E STRAWHACKER & JOAN R STRAWHACKER TR
JERALD E STRAWHACKER & JOAN R STRAWHACKER TRUST
UA 10/31/00
1912 VERSAILLES ST
KOKOMO, IN 46902-5996

JERE M BAZZELL CUST LAURIE J NELSON UGMA FL
ATTN LAUREY J LAURITA
511 1250 DR
DELTA, CO 81416-9131

JEREMIAH N ECKSTEIN
511 GREEN MEADOW DR
ANDERSON, IN 46011-1641

JEREMY S RUST & DANA G RUST TR
JEREMY S RUST & DANA G RUST TRUST UA 04/03/04
124 WOODCREST DR
LEAGUE CITY, TX 77573-4320

JERI J HUNTER CUST BRIAN M HUNTER
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS
8926 EAST 74TH STREET
TULSA, OK 74133-3104

JERI L SIPEK TR UA 10/15/93 JERI L SIPEK TR # I
448 E JOLIET HWY
NEW LENOX, IL 60451-1913

JERI L SIPEK TR UA 10/15/93 JERI L SIPEK TRUST # I
448 E JOLIET HWY
NEW LENOX, IL 60451-1913

JEROLD A BAUM CUST MISS MARCIA LYNN BAUM
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6497 BROOKHILLS
GRAND RAPIDS, MI 49546-7280

JEROLD ALAN KLEIN
2292 STONEGATE DRIVE
WELLINGTON, FL 33414-7779

JEROLD ZWELLING CUST M L ZWELLING
A MINOR PURS TO SECT 1339 /26 INCL OF REV CODE OHIO
2655 E RIDGEWOOD CIRCLE
ZANESVILLE, OH 43701-1611

JEROME A MILLER & CLELA V MILLER TR
UA 12/27/2007 JEROME A MILLER & CLELA V MILLER
3042 AUBURN ROAD
AUBURN HILLS, MI 48326

JEROME A ZUELSDORF & ROSEMOND J ZUELSDORF TR
JEROME A ZUELSDORF & ROSEMAND J ZUELSDORF LVG TR
1733 DAYTON ST APT 1
MAYVILLE, WI 53050-2810

JEROME C WEINBERG CUST STEFAN J WEINBERG
A MINOR UNDER THE LAWS OF THE STATE OF MICH
3225 SLEEPY HOLOW DR
PLANO, TX 75093-3410

JEROME CORNETT & THERESA CORNETT TR
FAMILY TRUST 02/26/89 U-A JEROME CORNETT
19316 S NUNNELEY
CLINTON TWP, MI 48035-1461

JEROME E MONSON CUST LESLIE MONSON
U/THE CAL UNIFORM GIFTS TO MINORS ACT
5873 E CLUB VIEW DRIVE
FRESNO, CA 93727-6212

JEROME EISENSTADT
PO BOX 546881
SURFSIDE, FL 33154-6881

JEROME F POLLOCK CUST DAWNE E POLLOCK
UNDER THE FLORIDA GIFTS TO MINORS ACT
PO BOX 7193
HOLLYWOOD, FL 33081

JEROME GLASS CUST STEWARD MICHAEL GLASS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
845 SWED CIR
YORKTOWN HEIGHTS, NY 10598-1123

JEROME GRANT CUST ELISE GRANT
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
37 KINGS RD
CANTON, MA 02021-1726

JEROME I LESNICK SUSAN M LESNICK TR
JEROME & SUSAN LESNICK FAM TRUST UA 02/02/99
6781 DYER RD
SOUTH BOARDMAN, MI 49680-9406

JEROME J BOGGIANO & MARY BOGGIANO TR
JEROME J BOGGIANO LIVING TRUST UA 12/31/98
7540 GREYCLIFF DRIVE
LINCOLN, NE 68516-6506

JEROME J FEINER & CLIFFORD F FEINER JT TEN
330 OLD COURTHOUSE RD
MANHASSET HILLS, NY 11040-1153

JEROME J HEGER & MARY E HEGER TR
UA 01/28/93 THE JEROME J HEGER &MARY E HEGER TRUST
249 BRYANS DR
MCDONOUGH, GA 30252-2513

JEROME KLEIN
195 MINERVA DR
YONKERS, NY 10710-2106

JEROME L BERNSTEIN CUST JAMIE BERSNSTEIN UTMA FL
PO BOX 1438
SHEPHERDSTOWN, WV 25443-1438

JEROME MARGULIES CUST SHELDON MARGULIES
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
705 KERSEY RD
SILVER SPRING, MD 20902-3054

JEROME O REINHARDT
1601 FEMME OSAGE CREEK ROAD
AUGUSTA, MO 63332-1207

JEROME P EPSTEIN CUST MICHAEL J EPSTEIN UGMA PA
521 DELANCEY ST
PHILA, PA 19106-4105

JEROME REINFELD
215 HARRINGTON AV
NORTH PLAINFIELD, NJ 07063-1810

JEROME ROSENBERG CUST PAUL ROSENBERG
U/THE PA UNIFORM GIFTS TO MINORS ACT
537 N. NERVILLE ST APT 2D
PITTSBURGH, PA 15213

JEROME S WEINER
APT 301
7301 PARK AVE APT 301
BALTIMORE, MD 21208

JEROME SILVER CUST LESLIE H SILVER
A MINOR PURS TO SECS 1339 /26 INCL REV CODE OF OHIO
19807 GARDENVIEW
MAPLE HEIGHTS, OH 44137-1830

JEROME STEIN
2500 EXTON ROAD
HATBORO, PA 19040-2509

JEROME VICTOR CUST MARK VICTOR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2343 EAST 16TH ST
BROOKLYN, NY 11229-4435

JEROME VICTOR CUST TODD VICTOR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2343 EAST 16TH STREET
BROOKLYN, NY 11229-4435

JERRELL L HARRISON & SANDRA K HARRISON TR
JERRELL L & SANDRA K HARRISON TRUST UA 04/14/03
868 N CANAL RD
EATON RAPIDS, MI 48827-9370

JERROLD H BAMEL
77 FARRER DR #04-03
259281 SINGAPORE

JERRY A MEYERS
2115 147 AVE SE
ERIE, ND 58029-9752

JERRY A MEYERS
2115 147TH AVE SE
ERIE, ND 58029-9752

JERRY C ADAMS
& DORIS L ADAMS & CHERYL L ADAMS & JERRIE SUE
KINCAID JT TEN
1093 WOODWORTH
GRAND BLANC, MI 48439-4884

JERRY D KLEINERT
3336 QUAM DR
STOUGHTON, WI 53589-3144

JERRY D WALLACE
PO BOX 210687
AUBURN HILLS, MI 48321-0687

JERRY E MCDONALD & SHARON L MCDONALD TR
JERRY E & SHARON L MCDONALD TRUST UA 07/18/02
1600 N DONNY DAVIS DR
WASHINGTON, IN 47501-7567

JERRY FINKELSTEIN
ATTN JERRY FIELDS
14 HERMITAGE CT
DESTREHAM, LA 70047-3625

JERRY FRIEDBERG CUST GARY FRIEDBERG
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2356 CRAMDEN RD
PITTSBURGH, PA 15241-2438

JERRY GROSS CUST BONNIE RENE GROSS
A MINOR UNDER THE CALIFORNIA GIFTS OF SECURITIES TO
MINORS ACT
18300 COLLINS ST
APT 105
TARZANA, CA 91356-2464

JERRY GROSS CUST DIANE HELENE GROSS
A MINOR UNDER THE CALIFORNIA GIFTS OF SECURITIES TO
MINORS ACT
18300 COLLINS ST
APT 105
TARZANA, CA 91356-2464

JERRY K BALLARD & RICHARD O BALLARD TR
BALLARD LIVING TRUST UA 03/01/96
4601 W 113TH ST
LEAWOOD, KS 66211-1767

JERRY K JONES
15812 153 AVE NE
ARLINGTON, WA 98223-9468

JERRY KLEIN CUST MICHAEL SCOTT KLEIN UGMA TN
701 CHELSEA OAKS PL
BALLWIN, MO 63021-7374

JERRY L BASHOR CUST BRENDA KAY BASHOR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
ATTN BRENDA K SHULL
8403 WOODMANOR COVE
CORDOVA, TN 38018-2032

JERRY L BASHOR CUST DEBORAH LYNN BASHOR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
437 E MAIN ST
DAYTON, OH 45426-2903

JERRY L ELLIOTT & JANET S ELLIOTT TR
JANET S ELLIOTT REV LIVING TRUSTUA 08/11/00
5059 WAKEFIELD RD
GRAND BLANC, MI 48439-9111

JERRY N TOWNSLEY & BONNIE M TOWNSLEY TR
TOWNSLEY JOINT FAM TRUST UA 01/15/96
9611 WOODLAND CT
YPSILANTI, MI 48197-9740

JERRY R KLEINFELD
8523 E ROANOKE AVE
SCOTTSDALE, AZ 85257-1838

JERRY RAUCH RUBENSTEIN
5118 BRAEBURN
BELLAIRE, TX 77401-4902

JERRY W BUSH
687020 CEDAR WAY
SUSANVILLE, CA 96130-8186

JERRY W MURRAY CUST TIMOTHY M MURRAY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
BOX 369
BROWN CITY, MI 48416-0369

JERRY W THEIN
4051 ALDEN AVE
INDIANAPOLIS, IN 46221-2409

JESS EDWIN WADE TR
UA 07/05/90 BY JESS E WADE & PATRICIA ANN WADE F-B-O
REBECCA ANN WADE
1128 DANBURY RD
HOUSTON, TX 77055-6829

JESS M SANDOVAL
11808 120TH AVE E
PUYALLUP, WA 98374-2246

JESSE G PUTMAN CUST MISS EUGENIA ELIZABETH PUTMAN
U/THE TENN UNIFORM GIFTS TO MINORS ACT
1315 NEST PL
PLANO, TX 75093-2613

JESSE J HEINDL
38 BROAD ST
# 1
SALEM, MA 01970-3143

JESSE KREINOP
PO BOX 2531
HELENDALE, CA 92342-2531

JESSE L SMITH & MYRTLE MARGIE SMITH TR
JESSE L SMITH & MYRTLE MARGIE SMITH LIVING TRUST UA
01/18/96
929 MOSSY GROVE LANE
MARYVILLE, TN 37801-4102

JESSE L WOODS JR CUST JESSE L WOODS 3RD
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2746 MANCHESTER LN
GRAPEVINE, TX 76051-4728

JESSE RIOS
& CARMEN GALNARES & DANIEL R RIOS JR & ESTELLA
BERNAL JT TEN
12511 FALCATTA DR
FORT WAYNE, IN 46845-9573

JESSE V MUENCH & PAULINE A MUENCH TR
THE MUENCH FAMILY TRUST UA 1/12/99
3920 ASPENCREST DR
LAS VEGAS, NV 89108-5323

JESSICA BERNHEISEL HEINRICH
44941 HICKORY LANDING WAY
HOLLYWOOD, MD 20636-3070

JESSIE BARBIERI CUST JOSEPH BARBIERI
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
653 EAST 30TH ST
PATERSON, NJ 07513-1101

JESSIE HEINZ & CAROLE HEINZ JT TEN
40 BEVANS RD
LAYTON, NJ 07851-2000

JESSIE KOSTER & JANE KOSTER TR
JESSIE & JANE KOSTER REVOCABLE LIVING TRUST UA
09/24/98
25250 ALEX
CENTER LINE, MI 48015-1912

JEWELL M DORRIS CUST JOHN M DORRIS
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS
18452 GUITREAU LANE
PORT VINCENT, LA 70726-8040

JEWELL N MORGAN & RONALD J MORGAN & SHIRLEY N PICKE
JEWELL NELSON MORGAN FAMILY TRUST UA 09/11/03
868 SHEVLIN DRIVE
EL CERRITO, CA 94530-3051

JICK TEUNG YEE & CHANMEE KAM YEE TR
JICK TEUNG & CHAN MEE KAM YEE TRSY UA 04/19/02
27567 WESTCOTT CRESENT CIR
FARMINGTON HILLS, MI 48334-5349

JILL A MARTINEZ
PO BOX 259274
MADISON, WI 53725-9274

JILL K DREXEL
7617 KUHLWEIN RD
GALLOWAY, OH 43119-9368

JILL L LUDWIG
5712 260TH ST
LITTLE NECK, NY 11362-2238

JILL N MADALONE
1661-243 OLD COUNTRY RD
RIVERHEAD, NY 11901-4411

JILL P BLACKMON & BRUCE E BLACKMON TR
JILL ANN PIERCE BLACKMON INTERVIVOS TRUST UA
10/17/01
14728 KNOX ST
OVERLAND PARK, KS 66221-9679

JILL V LUNNEY
6840 145TH AVE
KENOSHA, WI 53142-8821

JILL WEINSTEIN MUELLER
PO BOX 1011
ALPINE, NJ 07620-1011

JIM AVAKIAN CUST JAMES JOHN AVAKIAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3446 E DUNLAP AVE
PHOENIX, AZ 85028-4978

JIM D STEINHOFF
522 6TH STREET
ONAWA, IA 51040-1208

JIMMIE D BARTON & CHRISTINE A BARTON TR
BARTON FAMILY REVOCABLE LIVING TRUST UA 04/29/04
5375 W 550TH N
SHARPSVILLE, IN 46068-9313

JIMMIE D HEINRICH
1538 S VIRGINIA AVENUE
MARION, IN 46953-1048

JIMMIE D ROPER
PO BOX 401285
REDFORD, MI 48240-9285

JIMMY D CHRISTIAN
PO BOX 366301
ATLANTA, GA 30336-6301

JIMMY GREENE & BETTYE A GREENE TR
JIMMY GREENE & BETTYE A GREENE TRUST UA 8/25/99
33343 LAKE BEND CIR
LEESBURG, FL 34788-3691

JIMMY L STANGE
339 KEINATH DR
FRANKENMUTH, MI 48734-9317

JO ANN BENNERS & FRANK BENNERS TEN COM
PO BOX 450061
GARLAND, TX 75045-0061

JO ANN COOPER
2112 W DARTMOUTH
PO BOX 310705
FLINT, MI 48531-0705

JO ANN GREATHOUSE
PO BOX 259
STEINHATCHEE, FL 32359-0259

JO ANN HEINEN
3300 WILTONWOODS CT
COLLEYVILLE, TX 76034-4683

JO ANN HUGHES CUST REBECCA JO HUGHES
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
42839 BOUQUET RIDGE
MURRIETA, CA 92562-3321

JO ANNE HANFORD TR EXEMPTION TRUST C HANFORD FAMII
TRUST NO 1 UA 03/30/95
29 COBLE ST
CATHEDRAL CITY, CA 92234-6603

JO ANNE HEINE
4807 KINGDOM CT
RACINE, WI 53402-9416

JOACHIM J MILITO & FRANCINE M MILITO TR
JOACHIM J MILITO & FRANCINE M MILITO TRUST UA 06/17/96
2152 PRIMROSE LN
FLINT, MI 48532-4180

JOACHIM QUARG
KATTREINSTR 90
DARMSTADT
D-64295 GERMANY

JOACHIM QUARG
KATTREINSTRASSE 90
D-64295 DARMSTADT
GERMANY

JOAN ADLER CUST CAREN NAN ADLER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
221 WALTON ST
WEST HEMPSTEAD, NY 11552-3027

JOAN B COLLINS
& KENNETH D COLLINS & MARK R COLLINS & CORY K
COLLINS JT TEN
3951 CHAPMAN DR
SHELBY TOWNSHIP, MI 48316-1407

JOAN B DI COLA
PO BOX 130243
BOSTON, MA 02113-0005

JOAN BROATCH HOLMAN & HER SUCCESSORS TR
LIV TR UA 08/30/85 JOAN BROATCH HOLMAN
ONE TANGLEWOOD PLACE
LAFAYETTE, CA 94549-4939

JOAN DOROTHY PICKELHAUPT TOD MARK RICHARD PICKELH
TOD RULES
406 SHORE CLUB DR
ST CLR SHORES, MI 48080

JOAN DOROTHY PICKELHAUPT TOD SCOTT DAVID PICKELHAI
TOD RULES
406 SHORE CLUB DR
ST CLR SHORES, MI 48080

JOAN DOROTHY PICKELHAUPT TOD TERRY ROBERT PICKELH
TOD RULES
406 SHORE CLUB DR
ST CLR SHORES, MI 48080

JOAN E CROSBY & JAMES E CROSBY III TR
UA 11/11/93 JOAN E CROSBY REVOCABLE LIVING TRUST
605 S GREENWOOD
COLUMBIA, MO 65203-2768

JOAN E SERMERSHEIM TOD ERIC D SERMERSHEIM
& GREG J SERMERSHEIM & JULIE M BENDER
900 W STATE RD 66
ROCKPORT, IN 47635-9268

JOAN HEINRICHS
400 CENTRAL AVE
HALEDON, NJ 07508-1116

JOAN HINKLE RATTERREE & EARLE HAGEN TR
ALLEN T RATTERREE TRUST UA 10/31/91
BOX 5964
HUNTINGTON BH, CA 92615-5964

JOAN M CURTO CUST DAVID M CURTO
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1177 CADIEUX RD
GROSSE POINTE, MI 48230-1513

JOAN M CURTO CUST JAMES F CURTO
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1177 CADIEUX RD
GROSSE POINTE, MI 48230-1513

JOAN M CURTO CUST THOMAS P CURTO
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1177 CADIEUX RD
GROSSE POINTE, MI 48230-1513

JOAN M ERTZ
& ROBERT C ERTZ JT TEN TOD TIMOTHY R ERTZ SUBJECT
TO STA TOD RULES
15823 MONROE ST
OMAHA, NE 68135

JOAN M RATHBUN TR REVOCABLE LIVING TRUST OF KENNET
& JOAN M RATHBUN RESIDUARY TRUST UA 01/20/94
2398 BRIGGS ST
WATERFORD, MI 48329-3707

JOAN M REYNOLDS & BRUCE M REYNOLDS TR
JOAN M REYNOLDS LIVING TRUST UA 04/04/01
930 HARRISON AVENUE
NIAGARA FALLS, NY 14305-1107

JOAN MARIE HEINE
236 N UNION RD
WILLIAMSVILLE, NY 14221-5365

JOAN P BERNSTEIN
3 ROCKET CT
SELDEN, NY 11784-1828

JOAN RANDELL CUST LEONARD RANDELL FEIN UGMA NY
APT 6-C
145 NASSAU ST
NEW YORK, NY 10038-1512

JOAN RANDOLPH SCOTT CUST CATHERINE ALICE SCOTT
U/THE VA UNIFORM GIFTS TO MINORS ACT
900 N TAYLOR ST
APT 1617
ARLINGTON, VA 22203-1891

JOAN RUBENSTEIN
113 HATHERLY
SYRACUSE, NY 13224-1818

JOAN SILVERMAN CUST MICHAEL LAIRD SILVERMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
1835 S LOOMIS UNIT 1 R
CHICAGO, IL 60608

JOAN WOODSIDE KENT CUST TAMI KATHLEEN KENT
U/THE MD UNIFORM GIFTS TO MINORS ACT
12251 ROUNDWOOD RD
UNIT 307
LUTHVLE TIMON, MD 21093

JOAN WOODSIDE KENT CUST TARA KAY KENT
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
12251 ROUNDWOOD RD
UNIT 307
LUTHVLE TIMON, MD 21093

JOAN Y SCHIEFELBEIN
500 PARK LN
ELKHORN, WI 53121-1660

JOANA ALBUQUERQUE
PCT DAS TILIAS LT7 48A 4C
URB JARDANS DA PAREDE
2775 336 PORTUGAL

JOANN BREVARD WALTON AS LIFE TENANT
UNDER THE WILL OF MARGARET DURHAM BREVARD
9254 RIVERBLUFF ROAD
MILLINGTON, TN 38053-4106

JOANN D CASTEN
POB 208120
NEW HAVEN, CT 06520-8120

JOANN M COLOT & ROBERT R COLOT JR TR
ROBERT R COLOT DISCLAIMER TRUST UA 02/16/02
10 NEW BRUNSWICK AVE
MATAWAN, NJ 07747-3314

JOANN R HORWATT
& MELISSA HORWATT & MELANIE HORWATT & ROBERT
HORWATT JR &
1776 BRAINARD ROAD
LYNDHURST, OH 44124-3041

JOANN R OWEN CUST JOHN S OWEN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
10124 N W DORAL BLVD
MIAMI, FL 33178-2921

JOANNE A PATRIDGE
2748 130TH
TOLEDO, OH 43611-2205

JOANNE ACOSTA
C/O JOANNE K HENSON
PO BOX 292234
DAYTON, OH 45429-0234

JOANNE ALBRIGHT THOMPSON
210554 LAKE MINATARE RD
SCOTTSBLUFF, NE 69361-5532

JOANNE E HEBERLEIN EX UW WILLIAM H HEBERLEIN
5052 N 91ST ST
MILWAUKEE, WI 53225-4129

JOANNE F REGAN CUST CHARLES H REGAN 3RD
U/THE MASS UNIFORM GIFTS TO MINORS ACT
160 LAKE STREET
WEYMOUTH, MA 02189-1229

JOANNE F REGAN CUST MISS JOANNE F REGAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
230 HIGHLAND ST
MARSHFIELD, MA 02050-6217

JOANNE F SCHMIEDING TOD SANDRA MARTINEZ
& SHARON ASHLEY & SUSAN HERRMANN
5262 SUWANNEE RD
SPRING HILL, FL 34607-2356

JOANNE H ECKMAN
8155 101ST AVE
VERO BEACH, FL 32967-2864

JOANNE M HORN
15116 168TH AVE NE
WOODINVILLE, WA 98072-9076

JOANNE M KLEIN
550 MANCHESTER DRIVE
MADISON HEIGHTS, MI 48071-2123

JOANNE MCMURRAY
110 SEINE SQUARE SEINE SQ
WHITEHORSE YT
Y1A 3C3 CANADA

JO-ANNE MEYER & NOREEN HOCHSPRUNG TR
ALFRED BERTONCINI IRREVOCABLE TRUST UA 02/28/96
89 CONCORD DR
MAHOPAC, NY 10541-2027

JOANNE SCHIFFMAN CUST REEVA ILENE SCHIFFMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
190 N JEAN ST
RAMSEY, NJ 07446-1405

JOANNE TUBBS & STEVEN P TUBBS TR
JOANNE TUBBS IRREVOCABLE TRUST UA 10/08/02
96 GENESEE VIEW TRAIL
ROCHESTER, NY 14623-2042

JOANNE VAN ERP MONTAGUE
3605 130TH AVE NE
BELLEVUE, WA 98005-1351

JOAO S FERNANDES
AVENIDA GOIAS 2769
SAO CAETANO DO SUL SP
CEP
09550-051 BRAZIL

JOAO SIDNEY FERNANDES
AVENIDA GOIAS 2769
SAO CAETANO DO SUL SP
CEP
09550 051 BRAZIL

JOAQUIM MARTINS
RUA RAMALHO
ORTIGAO #7-1
2500 247 CALDAS DA RAIUHA
PORTUGAL

JOCHEN BENDER
DACHSTEINSTR 26
D-65199 WIESBADEN
GERMANY

JODY BUITEN
100 E JEFFERSON
MI 49346 49346
STANWOOD, MI 49346-9636

JODY STEINBERG LAZAROW
2545 HANDASYDE AVE
CINCINNATI, OH 45208-2715

JOE CONLEY CUST JAMES B CONLEY
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 715
ORINDA VILLAGE, CA 94563-0740

JOE E BAKER
& MARGE L BAKER TOD HELEN BAKER WANG SUBJECT TO
STA TOD RULES
2121 ANSLEY-PARK LANE
SOUTHAVEN, MS 38672-8693

JOE JANG CUST MARK DARREL JANG
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
4243 BALFOUR AVE
OAKLAND, CA 94610-1749

JOE K LEONARD & ELOISE K LEONARD TR
JOE K LEONARD & ELOISE K LEONARD TRUST UA 05/09/94
4125 LOIS LN
ST LOUIS, MO 63125-4308

JOE L MILLER & CATHERINE SUE WALLACE TR
UA 07/18/08 JOE L MILLER REVOCABLE TRUST
PO BOX 1874
FRAZIER PARK, CA 93225-1874

JOE M SMITH
PO BOX 280062
MEMPHIS, TN 38168

JOE MORGAN & ROSIE L MORGAN TR
UA 05/02/2000 JOE MORGAN & ROSIE L MORGAN TRUST
5752 ROOSEVELT PLACE
SAINT LOUIS, MO 63120

JOE NICHIPORUK & HAZEL M NICHIPORUK TR
JOE & HAZEL M NICHIPORUK REVOCABLE LIV TRUST UA 6/17/98
16134 WATERING POINT DR
SAN ANTONIO, TX 78247-5628

JOE P TRAYLOR & SYLVIA E TRAYLOR TR
TRAYLOR FAMILY LIV REV TRUST UA 4/14/00
6019 RED FOX RD
PENDLETON, IN 46064

JOE R LOMAX
PO BOX 980164
YPSILANTI, MI 48198-0164

JOE T BRYANT
2605 WEST STEIN RD
LASALLE, MI 48145-9707

JOE W PYLE CUST JEFFREY A PYLE
A MINOR U/THE LOUISIANA GIFTS TO MINORS ACT
610 CROOKED CREEK DR
NACOGDOCHES, TX 75965-1905

JOEL A SCHNUR
PO BOX 260452
ENCINO, CA 91426-0452

JOEL BIGIO
207 8666 HEATHER ST
VANCOUVER BC
V6P 3S7 CANADA

JOEL C MONAHAN
140 WHITINS RD
SUTTON, MA 01590-2700

JOEL ELI KAPENSTEIN
ATTN MARCUS
APT M16
207 W 86TH STREET
NEW YORK, NY 10024-3341

JOEL GREENBURG
2903 KLEIN ST
ALLENTOWN, PA 18103-7408

JOEL J EINHORN
PO BOX 228
ROXBURY, CT 06783-0228

JOEL MC KINNON CUST ASHLEY MC KINNON
UNDER THE FLORIDA GIFTS TO MINORS ACT
PO BOX 2270
WINTER PARK, FL 32790-2270

JOEL ROTHSTEIN WOLFSON CUST GABRIEL HENRY WOLFSO
32 EARLWOODE DRIVE
WHITE PLAINS, NY 10606-3902

JOEL ROTHSTEIN WOLFSON CUST NOAH ARIEL WOLFSON UT
32 EARLWOODE DRIVE
WHITE PLAINS, NY 10606-3902

JOEL ROTHSTEIN WOLFSON CUST TALIA LIBBY WOLFSON UT
32 EARLWOODE DRIVE
WHITE PLAINS, NY 10606-3902

JOEL V NIELSEN
4390 200TH ST
FARMINGTON, MN 55024-9709

JOENE R HEINKE & PAUL F HEINKE JT TEN
2940 CRUMB ROAD
WALLED LAKE, MI 48390-2874

JOHAN WILLEMS
HOUSE 23 LEGEND 99 VILLA
LANE 39 YIN XIAO RD
PUDONG SHANGHAI
201206 CHINA (PEOPLE'S REP)

JOHANNA YATES CUST ROBERT ELLSOWRTH YATES
U/THE PA UNIFORM GIFTS TO MINORS ACT
716 CHARETTE RD
PHILADELPHIA, PA 19115-3502

JOHANNES A BUITEWEG & JOANNE R BUITEWEG TR
UA 03/23/2009 JOHANNES A BUITEWEG & JOANNE R
1337 SHENANDOAH DR
ROCHESTER HLS, MI 48306

JOHANNES G ROODESTEIN
812 WOODBINE AVE
LANSING, MI 48910-2758

JOHN A BENNIE & EDYTHE L BENNIE TR
JOHN A & EDYTHE L BENNIE REV TRUST UA 7/6/01
1085 OREGON ST
GREEN BAY, WI 54303-3042

JOHN A CHRZANOWSKI CUST STEPHEN M CHRZANOWSKI
U/THE DEL UNIFORM GIFTS TO MINORS ACT
715 S DUPONT ST
WILMINGTON, DE 19805-4218

JOHN A CORNWELL & JOAN B CORNWELL TR
JOHN A CORNWELL LIVING TRUST UA 12/08/97
226 PLANET RD
NEWARK, DE 19711-2927

JOHN A FOLEY & DOROTHY R FOLEY TR
FOLEY FAM REVOCABLE LIVING TRUSTUA 09/20/96
10 WILMINGTON AVE
APT 216E
DAYTON, OH 45420-4822

JOHN A HURST
PO BOX 596406
FORT GRATIOT, MI 48059-6406

JOHN A JONES & SHERRI L JONES TR
JOHN A & SHERRI L JONES JOINT LIVING TRUST UA 3/21/02
620 N SECOND STREET
PLATTEVILLE, WI 53818-2123

JOHN A LEATHERWOOD CUST ROBERT W LEATHERWOOD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
9700 LEAWOOD BLVD
APT 213
HOUSTON, TX 77099-2656

JOHN A LISIECKI & ROSEMARY K BAYER TR
JOHN LISIECKI REVOCABLE TRUST UA 11/03/98
3190 RAY RD
OXFORD, MI 48370-1816

JOHN A MANETTA
12377 212TH AVE
BIG RAPIDS, MI 49307-9220

JOHN A MCKENZE
PO BOX 311095
FLINT, MI 48531-1095

JOHN A MICHELSON
PO BOX 219034
PORTLAND, OR 97225-9034

JOHN A NUECHTERLEIN
854 W TUSCOLA
FRANKENMUTH, MI 48734-9501

JOHN A REHFUS & SHERRIE A REHFUS TR
UA 05/04/94 THE JOHN A REHFUS & SHERRIE A REHFUS TRUST
3507 CAMBRIA CIRCLE
LADY LAKE, FL 32162

JOHN A TISEVICH & PATRICIA M TISEVICH TR
TISEVICH FAMILY TRUST 12/01/99
945 DEVONWOOD DRIVE
WADSWORTH, OH 44281-8859

JOHN A WATERHOUSE & LYDIA D WATERHOUSE TR
JOHN A & LYDIA D WATERHOUSE TRUSTUA 05/16/00
934 W CATHY COURT
VENICE, FL 34293-1224

JOHN A WILSON CUST GREGORY ALLAN WILSON
U/THE PA UNIFORM GIFTS TO MINORS ACT
310 DUNCANNON ST
PHILIPSBURG, PA 16866-1828

JOHN A WOLOSON CUST ANDREW J WOLOSON
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF NEW YORK
111 FLOVERTON STREET
ROCHESTER, NY 14610-1103

JOHN ANCINEC & ELINOR D ANCINEC TR
UA 06/04/90 JOHN ANCINEC & ELINOR D ANCINEC FAM
7350 INKSTER RD #112
DEARBORN HEIGHTS, MI 48127-1631

JOHN B BARCROFT & ROBERTA J BARCROFT TR
UA BARCROFT FAMILY REVOCABLE LIVING TRUST 11/14/91
200 LAUREL LAKE DR APT E 366
HUDSON, OH 44236-2156

JOHN B CRUTCHLEY
6901 STATE ROAD 62
BOWLING GREEN, FL 33834-8976

JOHN B DUNN & JO ANNE DUNN TR
JOHN AND JO ANNE DUNN LIVING TRUST UA 10/20/98
6205 PEACOCK RUN
LAKELANE, FL 33809-4619

JOHN B ELLINGTON & HELEN I ELLINGTON TR
JOHN & IRENE ELLINGTON FAMILY TRUST UA 05/24/94
7410 E 6TH ST
TULSA, OK 74112-4710

JOHN B HOGAN & ROSEMARY D HOGAN TR
UA 01/04/2007 THE JOHN B HOGAN & ROSEMARY D
1537 SEAFORD LANE
VIRGINIA BCH, VA 23454

JOHN B KEIFFER & KATHRYN A KEIFFER TR
JOHN B KEIFFER LIVING TRUST UA 11/19/01
1051 DREXEL
DEARBORN, MI 48128-1639

JOHN B MC CALL JR CUST ELIZABETH PARTRIDGE MC CALL
U/THE FLORIDA GIFTS TO MINORS ACT
31 5TH ST
ATLANTIC BEACH, FL 32233-5307

JOHN B MC CALL JR CUST JOHN B MC CALL 3RD
U/THE FLORIDA GIFTS TO MINORS ACT
31 5TH STREET
ATLANTIC BEACH, FL 32233-5307

JOHN B TRAINO SR CUST JOHN B TRAINO JR
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
110 LYNTHWAITE FARM RD
WILMINGTON, DE 19803-1536

JOHN BRODOWSKY JR SUZETE BRODOWSKY TR
JOHN & SUZETE BRODOWSKY TRUST UA 02/18/03
54198 ASHLEY LAUREN
MACOMB, MI 48042-2339

JOHN BURT HAZLE JR CUST JOHN BURT HAZLE 4TH
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
537 FALLS RD
CHAGRIN FALLS, OH 44022-2534

JOHN C BARTLETT & CAROL A BARTLETT TR
JOHN C & CAROL A BARTLETT LIVING TRUST UA 7/14/98
39066 SPRINGWILLOW
WHITNEY, TX 76692-4022

JOHN C DONNELLAN CUST JOHN EDWARD DONNELLAN
U/THE MINN UNIFORM GIFTS TO MINORS ACT
2643 COUNTY ST 2846
CHICKASHA, OK 73018

JOHN C DONNELLAN CUST THOMAS PATRICK DONNELLAN
U/THE MINN UNIFORM GIFTS TO MINORS ACT
11903 LAKE ST EXT
HOPKINS, MN 55343-6904

JOHN C GIGLIOTTI CUST MARYANN GIGLIOTTI
U/THE MASS UNIFORM GIFTS TO MINORS ACT
ATTN MARY GIGLIOTTI-LITTLE
48 PARK STREET
WILMINGTON, MA 01887-1511

JOHN C IRVINE & RUTH V IRVINE TR
JOHN C & RUTH V IRVINE TRUST UA 07/28/92
720 WELLINGTON AVE UN 203
ELK GROVE VLG, IL 60007-3366

JOHN C JANOSKI CUST JOHN C JANOSKI JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
117 N HAMPSHIRE DR
DEPTFORD, NJ 08096-4208

JOHN C KLEIN
3532 SOUTH 34TH STREET
GREENFIELD, WI 53221-1123

JOHN C KLEINFELDER JR
16514 HUNTING VALLEY ST
SAN ANTONIO, TX 78247-1051

JOHN C KOSCO CUST JOSEPH B KOSCO 2ND
U/THE PA UNIFORM GIFTS TO MINORS ACT
4595 LEIR DR
LACANADA
ALTADENA, CA 91001

JOHN C LAFARGUE
8012 148TH AVE SE
NEWCASTLE, WA 98059-9252

JOHN C LAFARGUE & BARBARA S LAFARGUE JT TEN
8012 148TH AVE SE
NEWCASTLE, WA 98059-9252

JOHN C MC CARTHY CUST HUNTER MARIE MC CARTHY
UNDER THE OH UNIF TRANFSERS TO MINORS
PO BOX 27
LILLIAN, AL 36549-0027

JOHN C POLICH
5041 171ST ST
TINLEY PARK, IL 60477-2049

JOHN C SEIPP CUST JEAN CAROL SEIPP
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3709 ALHAMBRA CT
CORAL GABLES, FL 33134-6227

JOHN C SINGLETON TR
JOHN C SINGLETON REVOCABLE DECLARATION TRUST UA
07/28/05
229 BROOKSIDE LN
WILLOWBROOK, IL 60527-2913

JOHN C STRINGER TR
JOHN C STRINGER & ALICE M STRINGER TRUST UA 03/04/96
PO BOX 107
LENOXDALE, MA 01242-0107

JOHN C TRUESDALE & KARIN N TRUESDALE TR
UA 04/20/2007 TRUESDALE LIVING TRUST
7101 BAY FRONT DRIVE
APT 609
ANNAPOLIS, MD 21403

JOHN CHARLES POWLESSON & JEAN V POWLESSON TR
JOHN C POWLESSON & JEAN V POWLESSON FAMILY TRUST
535 RIDER CT
CLAREMONT, CA 91711-2620

JOHN CLARKE KANE & JON E STEFFENSEN TR
KATHERINE M KANE TRUST U-IND 07/25/66
28 PURITAN PARK
SWAMPSCOTT, MA 01907-2423

JOHN COZZOLI CUST JOHN JOSEPH COZZOLI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
45 HARBOR PARK DRIVE
CENTERPORT, NY 11721-1640

JOHN D COHEN & LILLIAN L COHEN TR
UA 08/12/94 JOHN & LILLIAN COHEN LIVING REVOCABLE
TRUST
95 CHURCH ST UNIT 2107
LOS GATOS, CA 95030-6924

JOHN D DIVITTORIO & ALBERTA L DIVITTORIO TR
JOHN D DIVITTORIO & ALBERTA L DIVITTORIO JOINT
6314 ST HENRY DR
NASHVILLE, TN 37205-4121

JOHN D GREINER
14452 ENGLAND ST
OVERLAND PARK, KS 66221-2237

JOHN D HORTON CUST SHERI ANN HORTON
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
65 E INDIA ROW APT PHE
BOSTON, MA 02117

JOHN D KENNEDY
4138 KLEIN AVE
STOW, OH 44224

JOHN D MCCOMB TR
BURT MCCOMB & ASSOCIATES INC PROFIT SHARING PLAN
& TRUST UA 09/12/77
11 N MECHANIC ST
LEBANON, OH 45036-1801

JOHN D MILLER & DONALD B MILLER TR
UNDER THE L-W AND TESTAMENT OF NORMA I
24 PARK ST
MALONE, NY 12953-1213

JOHN D MORDEN
#104A
200 120TH AVE W
TREASURE ISLAND, FL 33706-5154

JOHN D SANDER & ELIZABETH M SANDER TR
JOHN D SANDER LIVING TRUST UA 10/01/96
1426 OAKWOOD TRAIL
INDIANAPOLIS, IN 46260-4073

JOHN D SULLIVAN & VIDA T SULLIVAN TR
THE JOHN D SULLIVAN & VIDA SULLIVAN TRUST UA 08/21/01
5245 WEST BROWN PLACE
DENVER, CO 80227-4137

JOHN D VINCEL CUST GEORGE W VINCEL
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
3029 E SUNSHINE ST STE B
SPRINGFIELD, MO 65804-2054

JOHN DOUGLAS WEINGARTEN
1319 CHESTNUT AVE
WILMETTE, IL 60091-1617

JOHN DOW FISHER 3RD
PO BOX 470291
TULSA, OK 74147-0291

JOHN DUNLEVY
C/O MARY DUNLEVY
29266 430TH ST
AVOCA, IA 51521-5575

JOHN E ARCHER
PO BOX 432 176 SKYLINE DR
SMITHTON, PA 15479-0432

JOHN E BUTLER & PATRICIA O BUTLER TR
JOHN E BUTLER & PATRICIA O BUTLER LIVING TRUST UA
07/09/96
22001/2 ELM AVE 243 HEATHER GLEN
LAURINBURG, NC 28352

JOHN E CARRY & ANNETTE F CARRY TR
THE CARRY FAMILY LIVING TRUST UA02/11/98
682 ROBBINANN DR
WATERFORD TWP, MI 48328-2345

JOHN E CLARK
22900 165TH AVE
HERSEY, MI 49639-9629

JOHN E COX JR
PO BOX 450403
ATLANTA, GA 31145-0403

JOHN E COX JR
PO BOX 450403
ATLANTA, GA 31145-0403

JOHN E DEMMER CUST MARGUERITE A DEMMER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
144 OAK PARK DR
SAN ANTONIO, TX 78209-2131

JOHN E GRISHAM
PO BOX 373085
DECATUR, GA 30037

JOHN E HAMBURN JR
& GAYLE KEEPING & STEVE D HAMBURN EX EST JOHN E
HAMBURN SR
1801 BAYOU DRIVE
SHREVEPORT, LA 71105

JOHN E KEINATH
11120 BAKER
FRANKENMUTH, MI 48734-9746

JOHN E KIRBY CUST JOHN L KIRBY
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
516 S ABILENE AVE
APT 4
PORTALES, NM 88130-6327

JOHN E KOSTELNY & MARJORIE A KOSTELNY TR
UA 09/13/96 KOSTELNY FAMILY TRUST
4747 N CANFIELD AVE APT 1330
NORRIDGE, IL 60706-4480

JOHN E OBERGFELL & PEGGY L OBERGFELL TR
JOHN E & PEGGY L OBERGFELL LIVING TRUST UA 06/09/04
6998 OPOSSUM DR
NINEVEH, IN 46164-9547

JOHN E PEHRSON & MARY E PEHRSON TR
JOHN E PEHRSON & MARY E PEHRSON 1999 LIVING TRUST
UA 06/24/99
1571 N FILBERT RD
EXETER, CA 93221-9783

JOHN E PETERSON & BETTY J PETERSON TR
PETERSON FAMILY TRUST NO P 1 UA 02/09/01
8247 EAST EMELITA AVE
MESA, AZ 85208-4625

JOHN E RONECKER
& JEANETTE G RONECKER & JEFFERY A RONECKER &
JERRY K RONECKER JT TEN
4539 GEMINI DR
ST LOUIS, MO 63128-2433

JOHN E RYMER CUST ANN ELIZABETH RYMER
U/THE FLORIDA GIFTS TO MINORS ACT
5 HIGHWAY 28
HIGHLANDS, NC 28741-9664

JOHN E STANTON
6700 150TH AVE N #412
CLEARWATER, FL 33764-7195

JOHN E STEINER
120 RITTMAN RD
RITTMAN, OH 44270-1276

JOHN E VASSER
PO BOX 851195
WESTLAND, MI 48185-6295

JOHN E WESANEN & MORITA J WESANEN TR
JOHN E & MORITA J WESANEN LIVING TRUST UA 02/27/06
17618 KINLOCH
REDFORD, MI 48240-2245

JOHN E WILLIAMS & HELEN D WILLIAMS TR
JOHN E WILLIAMS TRUST UA 11/22/96
3821 LOTUS DR
WATERFORD, MI 48329

JOHN E WILLIAMS CUST MARK ANDREW WILLIAMS
U/THE MO UNIFORM GIFTS TO MINORS ACT
10345 COUNTY RD 130
CARTHAGE, MO 64836-8572

JOHN E WOLFE
PO BOX 690565
VERO BEACH, FL 32969-0565

JOHN E ZOBAVA
6840 156TH AVE N W
RAMSEY, MN 55303-4020

JOHN EDWARD SCHULIEN
135 W HAMMOND ST
MUNDELEIN, IL 60060-2227

JOHN ELLISON
204-735 WONDERLAND N
LONDON ON
N6H 4L1 CANADA

JOHN EMANUEL CUST MICHAEL EMANUEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1331 BOXWOOD DRIVE WEST
HEWLETT HARBORAAAA, NY 11557-2206

JOHN EMERSON WITT & IRENE KERR WITT TR
JOHN EMERSON WITT & IRENE KERR WITT FAM TRUST UA
09/08/94
906 BRYNWOOD TERR
CHATTANOOGA, TN 37415-3007

JOHN ENDEAN CUST JEFFREY JOHN ENDEAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1825 GLENCAIRN
SAGINAW, MI 48609-9596

JOHN ERIC HOBEIN
699 N VULCAN #134A
ENCINITAS, CA 92024-2135

JOHN EVANCHO CUST ROBERT J EVANCHO
U/THE PA UNIFORM GIFTS TO MINORS ACT
25 SILVERWOOD BLVD
NEWARK, DE 19711-8303

JOHN EVERETS CUST JOHN EVERETS JR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
120 WATER ST
BOSTON, MA 02109

JOHN F & DOROTHY M FOSTER TR
THE JOHN F & DOROTHY M FOSTER REV TRUST UA 10/27/95
130 W FOSTER DR
HALLSVILLE, MO 65255-9314

JOHN F DIFFLEY JR & ELIZABETH C DIFFLEY TR
DIFFLEY FAM TRUST UA 02/14/97
1095 SILVERCREST CIR
APT 312
IOWA CITY, IA 52240-2969

JOHN F HENEHAN & MARGARET ANN HENEHAN TR
UA 07/01/91 JOHN F HENEHAN & MARGARET ANN HENEHAN
TRUST
21992 LANCREST CT
FARMINGTON HILLS, MI 48335-5804

JOHN F JACKSON CUST DAVID REID JACKSON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
746 BRIGHTSIDE CRESCENT
VENICE, FL 34293-4333

JOHN F JACKSON CUST DOUGLAS LEE JACKSON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
746 BRIGHTSIDE CRESCENT DR
VENICE, FL 34293-4333

JOHN F JACKSON CUST JOHN SCOTT JACKSON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
746 BRIGHTSIDE CRESCENT DR
VENICE, FL 34293-4333

JOHN F KENIRY CUST KATHLEEN J KENIRY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
180 OLD SCHUYVILLE RD
SARATOGA SPRINGS, NY 12866

JOHN F KIRKPATRICK & DONNIS S KIRKPATRICK TR
JOHN F & DONNIS S KIRKPATRICK LIVING
210 POPLAR DR
ALEXANDRIA, IN 46001-1039

JOHN F KOTCHIAN CUST JOHN A KOTCHIAN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
204 SKYLINE DR
MIDDLEBURY, CT 06762-1719

JOHN F MITCHELL JR & ADELE R MITCHELL TR
JOHN F MITCHELL & ADELE R MITCHELL REV LIV TR 12/05/03
1402 DEBRA ST
STARKE, FL 32091-1408

JOHN F MITCHELL TR
UA 11/26/2001 JOHN FREDERICK MITCHELL FAMILY
REVOCABLE TRUST
307 WOODLAND DR
ELON, NC 27244

JOHN F NEENAN & MADELINE G NEENAN TR
UA 04/15/88 JOHN F NEENAN & MADELINE G
4799 WILLIAMS RD
SAN JOSE, CA 95129-3232

JOHN F OCHS & VIRGINIA OCHS WALTON TR
UA 05/10/78 GEORGE FRANKLIN OCHS LIVING TRUST
301 BRIDGE ST
CHARLEVOIX, MI 49720

JOHN F PARKER & VERA C PARKER TR
VERA C PARKER REVOCABLE LIVING TRUST UA 11/30/00
9490 E BURT RD
BIRCH RUN, MI 48415-9427

JOHN F REINKE
3732 W 46 PLACE
CLEVELAND, OH 44102-6010

JOHN F SULLIVAN
BOX 760024
LATHRUP VILLAGE, MI 48076-0024

JOHN F WOOLDRIDGE & DONNA K WOOLDRIDGE TR
JOHN F & DONNA K WOOLDRIDGE TRUST UA 2/26/01
RR 1 BOX 73
BROUGHTON, IL 62817-9744

JOHN FEUSTEL & SYLVIA FEUSTEL JT TEN
2690 320TH STREET
CHELSEA, IA 52215-9774

JOHN FORD-JR
176-B COLUMBINE AVE
WHITING, NJ 08759-2907

JOHN FOREMAN
PO BOX 389278
CHICAGO, IL 60638-9278

JOHN FRANCIS KOSTICK
3 TERN CT
WHITING, NJ 08759-3718

JOHN FRANK & VIRGINIA A FRANK TR
JOHN FRANK & VIRGINIA ANN FRANK TRUST 12/7/99
6425 DAKOTA RIDGE
EL PASO, TX 79912

JOHN FREDERIC REINHARDT
PO BOX 1001
GROVE CITY, OH 43123-6001

JOHN G COLEMAN CUST LAURA M COLEMAN
U/THE LOUISIANA GIFTS TO MINORS ACT
3799 GREENWAY PL
SHREVEPORT, LA 71105-2013

JOHN G CONLEY CUST MARIE THERESA CONLEY
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1040 STARR RD
WINNETKA, IL 60093-2033

JOHN G CONLEY CUST MARY MARGARET CONLEY
U/THE ILL UNIFORM GIFTS TO MINORS ACT
903 E GREENWOOD DR
MOUNT PROSPECT, IL 60056-1339

JOHN G CONLEY CUST TIMOTHY F CONLEY
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
203 E FRANKLIN ST
ROCKTON, IL 61072-2213

JOHN G COYLE CUST MARK E COYLE
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
614 S ST
ATCHISON, KS 66002-2925

JOHN G KELLEHER & PATRICIA J KELLEHER TR
J C KELLEHER & P J KELLEHER UA 12/29/83
550 A AVE
CORONADO, CA 92118-1918

JOHN G KLING & DOLORES M KLING TR
10/26/98 JOHN G KLING & DOLORES M KLING LIVING TRUST
1563 ROC DR
COMMERCE TWP, MI 48390-3246

JOHN G KOLMETZ CUST JOHN G KOLMETZ JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
24506 AUDREY
WARREN, MI 48091-1778

JOHN G PAGE JR CUST JOHN THOMAS PAGE
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
326 S CHERRY ST
OLATHE, KS 66061-4427

JOHN GERARD FLYNN
8439 153 AVENUE APT 3M
HOWARD BEACH, NY 11414-1951

JOHN GOLDFEIN
30 EAST 37TH STREET
NEW YORK, NY 10016-3019

JOHN GRAVER CUST KYLE B GRAVER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
300 WINDEMERE WAY
APT 401C
NAPLES, FL 34105-7188

JOHN GRAVER CUST LESLIE V GRAVER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
300 WINDEMERE WAY APT 401C
NAPLES, FL 34105-7188

JOHN GREGOR PAUL CUST CHRISTOPHER BATTIN PAUL
U/THE PA UNIFORM GIFTS TO MINORS ACT
413 BELMONT DR
CHERRY HILL, NJ 08002-1905

JOHN H FECHTER & BONNIE I FECHTER TR
UA 02/15/86 THE FECHTER FAMILY TRUST
1607 ASTORIA DR
FAIRFIELD, CA 94533-3355

JOHN H HINTON
PO BOX 311165
FLINT, MI 48531-1165

JOHN H HOMRIGHAUSEN CUST JOHN MARK HOMRIGHAUSEN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
5122 GRETNA GREEN
HOUSTON, TX 77084-1926

JOHN H IHLE & JULIE ANNE SAUCEDO TR
JOHN H IHLE LIVING TRUST UA 11/08/04
902 WIER ST
MUSCATINE, IA 52761-3635

JOHN H JACOBSON CUST DAVID P JACOBSON
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
1920 QUEBEC AVE N
GOLDEN VALLEY, MN 55427-3533

JOHN H KRAMER
1026 S HEINCKE RD
MIAMISBURG, OH 45342-3859

JOHN H KRAMER & BERNICE A KRAMER JT TEN
1026 S HEINCKE ROAD
MIAMISBURG, OH 45342-3859

JOHN H LEWIS & BILLIE J LEWIS TR
THE JOHN H LEWIS & BILLIE J LEWIS TRUST UA 01/25/96
2598 N AYALA DR #138
RIALTO, CA 92377-8826

JOHN H LEYH CUST JAMES J LEYH
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
931 EAST MARKET STREET
GEROGETOWN, DE 19947-2225

JOHN H MC BRIDE
BUPA DONVALE
296-304 SPRINGVALE RD
DONVALE
VIC 3111 AUSTRALIA

JOHN H NICKODEMUS II & ROSE M NICKODEMUS TR
UA 04/23/01 BY JOHN H NICKODEMUS E T AL
1126 THURMAN ST
SAGINAW, MI 48602-2850

JOHN H REA & VIRGENE L REA TR
VIRGENE L REA TRUST UA 02/21/95
PO BOX 91
DUNDEE, IL 60118-0091

JOHN H SCHMIDT SR TR
UA 02/04/92 JOHN H SCHMIDT SR REVOCABLE LIVING TRUST
1201 WELCH BLVD
FLINT, MI 48504-7359

JOHN H SHOEMAN & JEANNE H SHOEMAN TR
JOHN & JEANNE SHOEMAN TRUST UA 11/6/95
180 TEPEEOTAH RD
TRACY, MN 56175-2036

JOHN H SPRENKLE & ELIZABETH M SPRENKLE TR
UA 11/27/07 SPRENKLE FAMILY TRUST
5939 N PONTATOC RD
TUCSON, AZ 85718

JOHN H STANLEY & JEAN M STANLEY TR
UA 12/15/92 THE STANLEY FAMILY REVOCABLE LIVING
TRUST
3277 MYERSVILLE RD
UNIONTOWN, OH 44685-8324

JOHN H TILTON CUST JOHN H TILTON JR
U/THE N H UNIFORM GIFTS TO MINORS ACT
152 EAST 94TH ST
NEW YORK, NY 10128-2510

JOHN ULLMAN STEVEN M ULLMAN & SHARON L ULLMAN TR
JOHN H ULLMAN TR UA 02/22/84
165 GARNET AVE
SAN CARLOS, CA 94070

JOHN H WESSON CUST JOHN HOWARD WESSON
U/THE ARKANSAS UNIFORM GIFTS TO MINORS ACT
190 BLUE BAYOU ROAD
NASHVILLE, AR 71852-7462

JOHN HANCOCK TR LAWRENCE A WASZAK IRA A/C
4525 S CLINTON AVE
BERWYN, IL 60402-4312

JOHN HENRY FINKENBERG & MARION MILDRED FINKENBERG
FINKENBERG FAM TRUST UA 09/18/97
1158 PULORA CT
SUNNYVALE, CA 94087-2331

JOHN HENRY HINKEBEIN
7505 N PARK PLACE
LYNDON, KY 40222-4823

JOHN HENRY HOUSER
9450 131ST ST
SEMINOLE, FL 33776-1636

JOHN HESSELL CUST JOHN HESSELL 3RD
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
55 BENTON ROAD
PARAMUS, NJ 07652-2105

JOHN HIGGINS & ESTHER HIGGINS TR
JOHN & ESTHER HIGGINS TRUST UA 10/13/94
32100 SW FRENCH PRAIRIE DR
APT 203
WILSONVILLE, OR 97070-7008

JOHN HOFFMAN & BETTY HOFFMANAS TR
JOHN HOFFMAN & BETTY HOFFMAN TRUST UA 02/05/87
10312 DOMINION VALLEY DR
FAIRFAX STATION, VA 22039-2416

JOHN HOLMES
PO BOX 311049
FLINT, MI 48531-1049

JOHN I BOXBERGER
11903 207TH AVE EAST
BONNEY LAKE, WA 98391

JOHN I CARVER
PO BOX 850438
YUKON, OK 73085-0438

JOHN J BARTASAVAGE SR CUST JUDITH CATHERINE BARTAS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
114 FAIRFIELD DRIVE
PAW PAW, MI 49079-1711

JOHN J BOGUE JR & SHIRLEY CASSIDY BOGUE TR
UA 05/04/1989 JOHN J BOGUE JR & SHIRLEY CASSIDY
651 WOODSTOCK RD
HILLSBOROUGH, CA 94010

JOHN J BOHACHICK & SOPHIA E BOHACHICK TR
JOHN J & SOPHIA E BOHACHICK REV LIVING TRUST UA
4/05/02
2028 FRANKSTOWN RD
JOHNSTOWN, PA 15902-4509

JOHN J BRADY SR CUST MARY ELLEN BRADY
A MINOR U/P L55 CHAP 139 OF THE LAWS OF NJ
ATTN MARY ELLEN STYPINSKI
54 BARNES POINT RD
HARPSWELL, ME 04079-2725

JOHN J BRONKHORST & HELEN L BRONKHORST TR
BRONKHORST FAMILY TRUST UA 12/11/96
13956 N TRADE WINDS WAY
ORO VALLEY, AZ 85755-9087

JOHN J CARSON & SARAH J CARSON TR
UA 10/19/90 JOHN J CARSON GRANTOR TRUST
2360 US HWY 160
PARSON, KS 67357-8413

JOHN J CRAWFORD CUST JOHN J CRAWFORD JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
346 FLINT CREEK DR
RICHMOND HILL, GA 31324-3734

JOHN J DOMBKOWSKI CUST ROBERT J DOMBKOWSKI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
13728 SE 88TH AVE
SUMMERFIELD, FL 34491-9605

JOHN J EILBACHER & JOAN-MARIE EILBACHER TR
UA 09/27/2006 EILBACHER FAMILY TRUST
1647 SANDHURST ROAD
COLUMBUS, OH 43229

JOHN J HARMON CUST JAY LAWRENCE HARMON
A MINOR UNDER THE LAWS OF OREGON
232 VALLEY VIEW DRIVE
MEDFORD, OR 97504-6974

JOHN J KEMP & CYNTHIA JOHNSON-KEMP TR
UA 06/30/94 THE JOHN J KEMP & CYNTHIA JOHNSON-KEMP
1994 REV TR
2634 LADBROOK WAY
THOUSAND OAKS, CA 91361-5073

JOHN J KOZUP & ELEANOR C KOZUP TR
JOHN J KOZUP & ELEANOR C KOZUP REVOCABLE LIVING
TRUST UA 8/6/03
7570 2ND ST
DEXTER, MI 48130-1441

JOHN J LOGAN
PO BOX 190506
ANCHORAGE, AK 99519-0506

JOHN J MERRILEES & IRENE F MERRILEES TR
MERRILEES FAMILY REV LIV TRUST UA 09/01/04
1488 STATE ROUTE 162 EAST
NORTH FAIRFIELD, OH 44855-9686

JOHN J MORAN
& JACQUELINE B SARVAIDEO & JOANN LANGAN & JOHN J
MORAN JR &
4 FLOWER ST
NEW ROCHELLE, NY 10801-7507

JOHN J MOTLER JAMES MOTLER GEORGE E MOTLER JR
& MRS MARTHA A RAGULE JT TEN
38 TERRACE AVE
ALBANY, NY 12203-1919

JOHN J O'CONNELL & EVELYN O'CONNELL TR
JOHN J & EVELYN O'CONNELL LIVING TRUST UA 6/08/04
821 DELEON CT #309
DUNEDIN, FL 34698-6080

JOHN J RYAN CUST MISS JEANNINE RYAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
46 COSDREW LN
EAST HAMPTON, NY 11937-2503

JOHN J SCHINDLER & HENRIETTA SCHINDLER TR
SCHINDLER FAM TRUST UA 05/28/96
16010 BORMET DR
TINLEY PARK, IL 60477-6354

JOHN J SCULLY JR & MRS ALVAH H SCULLY JT TEN
509 ROUTE 530
WHITING, NJ 08759-3145

JOHN J SEMON CUST JOSEPH SEMON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
8385 MEDITERRANEAN WAY
SACRAMENTO, CA 95826

JOHN J SHAFFREY CUST JOHN B SHAFFREY
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
6208 MOUNTAIN SPRING CT
CLIFTON, VA 20124-2322

JOHN J SLATTERY & KATRINA J SLATTERY TR
SLATTERY FAMILY 1999 TRUST UA 07/08/99
PO BOX 1036
SAUSALITO, CA 94966-1036

JOHN J SPANGLER & MABLE R SPANGLER TR
JOHN J SPANGLER JOINT LIVING TRUST UA 04/19/97
1782 ELMWOOD DR
DEFIANCE, OH 43512-2509

JOHN J STROMSKI III
31685 ECKSTEIN
WARREN, MI 48092-1667

JOHN J STUHR
PO BOX 133007
ATLANTA, GA 30333-3007

JOHN JANKOWSKI CUST RICHARD J JANKOWSKI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
321 NE 5TH CT
DANIA, FL 33004-2918

JOHN JOSEPH BRANN & FRANCES GRIFFITH BRANN TR
JOHN JOSEPH BRANN REVOCABLE TRUST UA 10/03/96
4631 WARRINGTON DR
ORLANDO, FL 32826-4025

JOHN JOSEPH MEADE JR & BONNIE JEAN MEADE TR
JOHN J MEADE JR & BONNIE J MEADEREVOCABLE TRUST
UA 12/30/03
14198 SANDHURST ST
BROOKSVILLE, FL 34613-5780

JOHN JOSEPH MEADE JR & BONNIE JEAN MEADE TR
JOHN JOSEPH MEAD JR TRUST UA 12/30/03
14198 SANDHURST ST
BROOKSVILLE, FL 34613-5780

JOHN JOSEPH REILLY SR CUST JAMES PETER REILLY
A MINOR U/PL 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
1549 MAIN ST
MANCHESTER CENTER, VT 05255-8921

JOHN JOSEPH SEERLEY JR
1812 314TH ST S
ROY, WA 98580-9684

JOHN K CRISSMAN CUST JOHN K CRISSMAN JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
643 FIELDSTONE DR
ROCHESTER HILLS, MI 48309-1669

JOHN K CRISSMAN CUST SUSAN CRISSMAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
8344 SHADOW CREEK DR
MAPLE GROVE, MN 55311-1508

JOHN K LEINER
2216 CLEMENTINE TRAIL
CLERMONT, FL 34711

JOHN K LOWER CUST JEFFREY T LOWER
UNDER THE FLORIDA GIFTS TO MINORS ACT
6584 ENGRAM RD 304D
NEW SMYRNA BEACH, FL 32169-4920

JOHN K MC LAUGHLIN CUST KEVIN CHARLES MC LAUGHLIN
U/THE N MEX UNIFORM GIFTS TO MINORS ACT
25 BAYBERRY LANE
MOUNTAINSIDE, NJ 07092-1401

JOHN K PITSCH
3013 143RD AVE
PO BOX 21
BURNIPS, MI 49314-0021

JOHN K THOMAS & CECILIA A THOMAS TR
UA 5/25/00 JOHN K & CECILIA A THOMAS
6271 RANGEVIEW DR
DAYTON, OH 45415-1927

JOHN KACPERSKI
PO BOX 801117
SANTA CLARITA, CA 91380-1117

JOHN KEITH III
300 PUPPY SMITH RD 205-230
ASPEN, CO 81611-1455

JOHN L BURNETT & BARBARA E BURNETT TR
JOHN L BURNETT & BARBARA E BURNETT REV TRUST UA
12/14/00
8302 E NATAL AVE
MESA, AZ 85208-6727

JOHN L EASTMAN SR CUST JOHN L EASTMAN JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
39 W 54TH ST
NEW YORK, NY 10019-5404

JOHN L GILTROP & PAULETTE M GILTROP JT TEN TOD JOHN W
CHRISTINE M HAUSBECK TEN COM
2930 EDDY
SAGINAW, MI 48604-2311

JOHN L JERNIGAN III & ARABELLE B JERNIGAN TR
REV INTERVIVOS TR UA 05/17/79 PAULL F
PO BOX 1562
DECATUR, AL 35602-1562

JOHN L KESSLER SR & DONNA L KESSLER TR
JOHN L KESSLER SR & DONNA L KESSLER TRUST
12006 CENTER RD
TRAVIS CITY, MI 49686

JOHN L KOVACHIC
PO BOX 670883
NORTHFIELD, OH 44067-0883

JOHN L O'HARA JR & BARBARA C O'HARA TR
UA 8/12/93 THE JOHN & BARBARA O'HARA
80 CAMINO ENCINAS
ORINDA, CA 94563-3335

JOHN L RYBISKI
1550 135TH AVE
WAYLAND, MI 49348-9567

JOHN L STEINHAUSER
1604 CROYDON LN
MIDDLETOWN, OH 45042-2921

JOHN LEW & MARY LEW TR
UA 06/30/2009 2009 JOHN LEW & MARY LEW REVOCABLE
105 S SACRAMENTO ST
TULARE, CA 93274

JOHN M & PAULINE E MCGUIRE TR
JOHN M MCGUIRE REVOCABLE LIVING TRUST UA 12/15/98
39104 DURAND CT
STERLING HEIGHTS, MI 48310-2403

JOHN M CHASE III & HEATHER A CHASE TR
JOHN M CHASE & HEATHER A CHASE REVOCABLE
266 MCMILLAN RD
GROSSE POINTE FARM, MI 48236-3456

JOHN M CHASE III TR
JOHN M CHASE III IRREVOCABLE TRUST UA 12/01/01 ELAINE
KATHERINE CHASE
266 MCMILLAN
GROSSE POINTE FARM, MI 48236-3456

JOHN M CHASE III TR
JOHN M CHASE III IRREVOCABLE TRUST UA 12/01/01 JOHN M
CHASE IV
266 MCMILLAN
GROSSE POINTE FARM, MI 48236-3456

JOHN M CHASE III TR
JOHN M CHASE III IRREVOCABLE TRUST UA 12/01/01
THOMAS EDWARD CHASE
266 MCMILLAN
GROSSE POINTE FARM, MI 48236-3456

JOHN M DANIELL CUST JEREMY C DANIELL UTMA GA
PO BOX 201116
CARTERSVILLE, GA 30120-9023

JOHN M DANIELL CUST JOSH C DANIELL UTMA GA
PO BOX 201116
CARTERSVILLE, GA 30120-9023

JOHN M DARBY
& ELIZABETH W DARBY Y RUTH ANN HELWIG& DAREE J
RUMBOLD JT TEN
1448 S HOLLY ROAD
FENTON, MI 48430-8525

JOHN M GANNON CUST PAUL M GANNON
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
PO BOX 2933
PALMER, AK 99645-2933

JOHN M GILLESPIE & MARGARET GILLESPIE TR
UA 08/30/00 GILLESPIE FAMILY REVOCABLE LIVING TRUST
7691 RANETT AVE
HUDSON, OH 44236-1465

JOHN M HEINZ
2400 R F D
LONG GROVE, IL 60047

JOHN M HOLLAND CUST BARBARA L HOLLAND
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5166 N E SULLIVAN ROAD
BAINBRIDGE ISLAND, WA 98110-2002

JOHN M HOLLAND CUST JOHN J HOLLAND
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1128 COVENTRY SQUARE DR
ANN ARBOR, MI 48103-6300

JOHN M LEIDLEIN III
444 DONALD DRIVE SW
NEW PHILADELPHIA, OH 44663-7200

JOHN M LEIDLEIN JR & ALEXANDRA G LEIDLEIN JT TEN
18675 PARKSIDE
DETROIT, MI 48221-2208

JOHN M LEINONEN
47609 PINE CREEK CT
NORTHVILLE, MI 48167-8527

JOHN M MONTANA & A CAROLINE MONTANA TR
MONTANA FAMILY TRUST UA 02/09/04
2416 N BELLBROOK ST
ORANGE, CA 92865-2834

JOHN M NADER
PO BOX 311267
DETROIT, MI 48231-1267

JOHN M NORAIAN SR & LUCILLE H NORAIAN TR
UA 03/27/90 JOHN M NORAIAN SR TRUST
4065 JUSTIN CT
BLOOMFIELD TWN, MI 48302-4025

JOHN M OREILLY JR & LUANNE O OREILLY TR
OREILLY LIVING TRUST UA 09/09/98
505 PARRISH POINT BLVD
MARY ESTHER, FL 32569

JOHN M OWENS JR
PO BOX 662171
LIHUE, HI 96766

JOHN M POE II TR UA 09/14/94 JOHN M POE II
8526 157TH PLACE NW
STANWOOD, WA 98292-6797

JOHN M REPKA & MARIANNE REPKA TR
REPKA FAMILY REVOCABLE TRUST UA 02/07/05
3804 LEATHERTOP DR
PLANO, TX 75075-1591

JOHN M SAMMS TR
PENINSULA FAM MEDICAL CENTER PROFIT SHARING PLAN
& TR 01/01/89 JOHN
9007 WARREN DR NW
GIG HARBOR, WA 98335-6008

JOHN M SHEERAN CUST JOHN M SHEERAN JR
U/THE MINN UNIFORM GIFTS TO MINORS ACT
RFD #1
HIAWATHA, KS 66434-9801

JOHN M STOUDT 3RD CUST MISS NANCY LYNN STOUDT
U/THE IND UNIFORM GIFTS TO MINORS ACT
63 PUMPKIN LANE
LITTLETON, NC 27850-8910

JOHN M STOUDT CUST DAVID JOHN STOUDT
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
801 SLEDGE AVE WHITFIELD
READING, PA 19609-1112

JOHN M WELLS
PO BOX 740521
ORANGE CITY, FL 32774-0521

JOHN M WICKERSHAM CUST JOHN M WICKERSHAM JR
U/THE DEL UNIFORM GIFTS TO MINORS ACT
4940 ALMINAR AVENUE
LA CANADA, CA 91011

JOHN M WILLITS
13405 424 AVE SE
NORTH BEND, WA 98045-9022

JOHN MALNIC & MARY L MALNIC TR
JOHN MALNIC & MARY L MALNIC TRUST UA 10/04/01
8824 WESTERN HEMLOCK WAY
LORTON, VA 22079-5665

JOHN MANDROS CUST PAULA A MANDROS
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
408 1/2 N SIERRA BONITA AVE
LOS ANGELES, CA 90036-2408

JOHN MANTOVANI & CAROLYN M MANTOVANI TR
JOHN & CAROLYN M MANTOVANI REV LIVING TRUST UA
09/16/96
16034 HAUSS
EASTPOINTE, MI 48021-1123

JOHN MARCOSKY CUST JEFFREY ALAN MARCOSKY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2560 STRATFORD LN
MORROW, GA 30260-2129

JOHN MARCOSKY CUST SHARON LYNN MARCOSKY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
30424 RAMBLEWOOD DRIVE
FARMINGTON HILLS, MI 48018

JOHN MC KINSTRY BALFE CUST CAROL HILTON BALFE
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
127 WOODHAVEN LANE
SEABROOK, TX 77586-4715

JOHN MC KOWEN TAYLOR
2150 KLEINERT AVE
BATON ROUGE, LA 70806-6712

JOHN MEIER CUST RANDALL JON MEIER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 1908
TRAVERSE CITY, MI 49685-1908

JOHN MERIDETH CUST RANDALL TODD MERIDETH
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
5516 CHARLES ST
BETHESDA, MD 20814-1615

JOHN MILITELLO & JUDITH MILITELLO TR
JOHN S MILITELLO LIVING TRUST UA 01/23/00
209 GARRISON RD
WILLIAMSVILLE, NY 14221-6941

JOHN MINTEER
2624 143RD PL SE
MILL CREEK, WA 98012-5733

JOHN MORTIMER & RHODA GODFREY TR BRUCE ALAN MALAI
MALAMENT U-A WITH WILLIAM MALAMENT 8/21/72
PO BOX 615
UNION CITY, NJ 07087-0615

JOHN N ECHTERNACH CUST ELIZABETH W ECHTERNACH
UNDER THE CALIFORNIA U-G-M-A
22 CHELSEA POINTE
DANA POINT, CA 92629-2750

JOHN N PATRICK & ALBERTA E PATRICK TR
JOHN N PATRICK LIVING TRUST UA 02/17/98
PO BOX 101707
CAPE CORAL, FL 33910-1707

JOHN N WILKINSON JR CUST ELIZABETH ANNE WILKINSON
U/THE VA UNIFORM GIFTS TO MINORS ACT
105 NORTH BOULEVARD
RICHMOND, VA 23220-4303

JOHN NAY
11510 155TH AVE SE
RENTON, WA 98059-6001

JOHN O PARRY & HELEN A PARRY TR
JOHN O PARRY & HELEN A PARRY REVOCABLE LIV TR UA
4188 HAMPTON RIDGE BLVD
HOWELL, MI 48843-5503

JOHN OLT CUST LILIANA OLT UTMA KY
PO BOX 175915
COVINGTON, KY 41017-5915

JOHN P CATTELL TR UA 05/12/1989 EVA CRAIG REVOCABLE F.
53750 863 RD
PLAINVIEW, NE 68769

JOHN P DZUBAN
& FLORENCE A DZUBAN DZUBAN FAMILY LIVING TRUST UA
02/27/04
BOX 106
NORVELT, PA 15674-0106

JOHN P FLANAGAN & FREDA A FLANAGAN TR
FLANAGAN FAM LIVING TRUST UA 08/26/93
28140 HIGHWOOD CT
MENIFEE, CA 92584-7418

JOHN P HEILMAN JR & PEGGY D HEILMAN TR
UA 10/23/2006 JOHN P HEILMAN & PEGGY D HEILMAN
167 ROSEMONT DR
ENTERPRISE, AL 36330

JOHN P HLAVACS & VIRGINIA HLAVACS TR
UA 02/16/94 JOHN P HLAVACS & VIRGINIA HLAVACS TR
8813 BIRCH RUN DR
MILLINGTON, MI 48746-9573

JOHN P HOUSTON CUST STEPHEN C HOUSTON
U/THE FLORIDA GIFTS TO MINORS ACT
5748 BURNET AVE
VAN NUYS, CA 91411-3216

JOHN P KENNEDY CUST ELIZABETH PEYTON KENNEDY
U/THE MD UNIFORM GIFTS TO MINORS ACT
17 GREAT OAK DR
SHORT HILLS, NJ 07078-3426

JOHN P KENNEDY CUST KATHLEEN T KENNEDY
U/THE D C UNIFORM GIFTS TO MINORS ACT
20 CASTLETON ST
JAMAICA PLAIN, MA 02130-1733

JOHN P LOCKE JR CUST JOHN R LOCKE 3RD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
100 W HOUSTON ST STE 1452A00
SAN ANTONIO, TX 78205-1414

JOHN P MELLEIN TR JOHN P MELLEIN REVOCABLE TRUST UA
10 OAK CT
ALLEGAN, MI 49010-1640

JOHN P MOORHOUSE JOHN P MOORHOUSE JR & JOAN POLIS
REPRESENTATIVES FOR THE ESTATE OF BARBARA D
MOORHOUSE
80 LEONARD FARM RD
SWNZEY, NH 03446

JOHN P NATOLI CUST THOMAS A NATOLI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
84 BLAKE AVE
BOHEMIA, NY 11716-3402

JOHN P OHARA CUST VALERIE SVARE
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
25832 ALSEA HIGHWAY
ALSEA, OR 97324-9502

JOHN P RHEINGANS
15257 300 COURT
MASON CITY, IA 50401-9138

JOHN P RHOADES & SHIRLEY J RHOADES TR
UA 01/16/2008 RHOADES FAMILY TRUST
1905 BRADEN LANE
MANSFIELD, OH 44907

JOHN P TAYLOR
509 RTE 530 APT 181
WHITING, NJ 08759-3155

JOHN P TUOHY & MARGARET E TUOHY TR
TUOHY REVOCABLE LIVING TRUST UA 9/18/97
3171 IVY LN
GRAND BLANC, MI 48439-8198

JOHN P WORK CUST STEVEN LANDISS WORK
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
10412 SOMERTON DR
DALLAS, TX 75229-5321

JOHN PATTON JR CUST MARY A PATTON
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
2064 N 600 W
EARL PARK, IN 47942-8674

JOHN PETER NOREEN CUST MICHAEL P NOREEN UGMA IL
E3798 650TH AVE
MENOMONIE, WI 54751-1380

JOHN R BARNES & WINONA J BARNES TR
UA BARNES JOINT REVOCABLE TRUST 09/30/91
256 E DENMARK RD
UNION, MO 63084-4408

JOHN R BEDNAR & CHARLOTTE G BEDNAR TR
JOHN R BEDNAR & CHARLOTTE G BEDNAR LIV TRUST UA
03/15/01
133 HERBST RD
CORAOPOLIS, PA 15108

JOHN R BLOUNT
PO BOX 431946
PONTIAC, MI 48343-1946

JOHN R BORSH & SHIRLEY R BORSH TR
JOHN R & SHIRLEY R BORSH LIVING TRUST UA 10/10/96
5965 WALDON RD
CLARKSTON, MI 48346-2266

JOHN R BURDETTE CUST MICHAEL RAY BURDETTE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2258 E TOBIAS RD
CLIO, MI 48420-7949

JOHN R CALSO & CAROL E CALSO TR
JOHN RICHARD CALSO TRUST NO 1 UA 5/25/00
53352 CHESIRE
SHELBY TWP, MI 48316-2713

JOHN R DEGLOW & ANNETTE M DEGLOW TR
JOHN & ANNETTE DEGLOW FAMILY REVOCABLE TRUST UA
01/29/98
8424 OLIVET COURT
SACRAMENTO, CA 95826-3009

JOHN R DONALDSON CUST DALTON BRIGGS DONALDSON
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
P O BOX 51990
MIDLAND, TX 79710-1990

JOHN R EISEMAN & JENNIFER EISEMAN TR
EISEMAN WILSON LIVING TRUST UA 04/13/95
10133 SPRINGWOOD DR
ST LOUIS, MO 63124-1225

JOHN R ELLENBERGER SR & LILLIE D ELLENBERGER TR
JOHN R ELLENBERGER SR TRUST UA 06/17/94
41 SONGBIRD LN
ROCHESTER, NY 14620-3175

JOHN R ELLENBERGER SR & LILLIE D ELLENBERGER TR
LILLIE D ELLENBERGER TRUST UA 06/17/94
41 SONGBIRD LANE
ROCHESTER, NY 14620-3175

JOHN R FRANCIS CUST WILLIAM H FRANCIS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1018 YORKSHIRE
GROSSE POINTE PARK, MI 48230-1432

JOHN R HOERLEIN CUST MICHAEL A HOERELIN UGMA KY
918 KENRIDGE AVE
VILLA HILLS, KY 41017-1156

JOHN R HOERLEIN CUST ROBERT J HOERLEIN UGMA
1608 E HENRY CLAY
FT WRIGHT, KY 41011-3728

JOHN R JONES
22508 133 RD AVE CT E
GRAHAM, WA 98338-8962

JOHN R KUTINA & JANET V KUTINA TR
JOHN R AND JANET V KUTINA TRUST UA 10/19/99
10845 BILL POINT BLUFF
BAINBRIDGE ISLAND, WA 98110-2105

JOHN R MCFALLS
PO BOX 980381
YPSILANTI, MI 48198-0381

JOHN R ROWLAND CUST TODD R ROWLAND
UNDER THE FLORIDA GIFTS TO MINORS ACT
7000 LA CUESTA LN
CITRUS HEIGHTS, CA 95621-4208

JOHN R SEAGRAVES
3353 HERTLEIN LANE
VANDALIA, OH 45377-9792

JOHN R STRATON JR
8975-384 LAWRENCE WELK DRIVE
ESCONDIDO, CA 92026-6422

JOHN R THOMAS
6226 122ND AVE SE
BELLEVUE, WA 98006-4445

JOHN R WARE CUST JOHN STEVEN WARE
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
179 WHEELER ST
REHOBOTH, MA 02769-1101

JOHN R ZEUSCHEL JR TR
JOHN R ZEUSCHEL REVOCABLE LIVING TRUST UA 07/31/93
1638 HIGHLAND VALLEY CIRCLE
CHESTERFIELD, MO 63005-4919

JOHN R ZITNIK & MRS DENISE G ZITNIK JT TEN
324 FORSYTHE ST CASH OPTION
ACCT
GIRARD, OH 44420-2205

JOHN REIN
2333 FOREST TRAIL
TROY, MI 48098-3670

JOHN REINHARDT MABRY
1518 RAINIER FALLS DR NE
ATLANTA, GA 30329-4106

JOHN RHOERLEIN CUST MELISSA A HOERLEIN UGMA KY
918 KENRIDGE AVE
VILLA HILLS, KY 41017-1156

JOHN RICHARD SCHMID & SHERRY T SCHMID TR
R & S SCHMID FAMILY TRUST UA 03/03/00
6054 SOUTH 2125 EAST
OGDEN, UT 84403-5352

JOHN ROBERT PADDISON CUST ROBERT PADDISON
A MINOR U/THE LAWS OF GEORGIA
2909 QUEEN VICTORIA STREET
PEARLAND, TX 77581-4610

JOHN ROY PEAK III & LORRAINE CHINN PEAK TR
JOHN R PEAK III & LORRAINE C PEAK LIVING TRUST UA
02/24/05
64 WELLESLEY
PLEASANT RIDGE, MI 48069-1243

JOHN S ATKINSON
PO BOX 611043
PORT HURON, MI 48061-1043

JOHN S BILODEAU & DORIS BILODEAU TR
JOHN & DORIS BILODEAU TRUST UA 12/11/03
98 SCOTT DYER RD
CAPE ELIZABETH, ME 04107-2230

JOHN S CLIFFORD
PO BOX 610065
SAN JOSE, CA 95161-0065

JOHN S COOPER & ANNE D COOPER TR
JOHN & ANNE D COOPER TRUST UA 04/24/95
21 STEPHENS WAY
BERKELEY, CA 94705-1537

JOHN S DE MOSLEY JR CUST JOHN MORTON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
217 KENT CT
HAINES CITY, FL 33844-6912

JOHN S DE MOSLEY JR CUST MISS TAUNIA DE MOSLEY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
217 KENT CT
HAINES CITY, FL 33844-6912

JOHN S SCHOENTAG CUST CHRIS SCHOENTAG
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
2901 FREDERICK AVE APT 1-D
ST JOSEPH, MO 64506-2924

JOHN SAMMETH JR & MARTHA ANN SAMMETH TR
LIVING TRUST 05/28/91 U-A JOHN SAMMETH JR
467 FOXHILL DR
DEBARY, FL 32713-4565

JOHN SAUERHOEFER CUST JOSEPH WILLIAM SAUERHOEFER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
6 PIERCE LN
BROAD BROOK, CT 06016-9652

JOHN SHEPARD WILEY JR & DAVID SHEPARD WILEY TR
UA 05/24/82 RUSSELL W WILEY TESTAMENTARY TRUST
1929 UPPER LAKE DRIVE
RESTON, VA 20191-3619

JOHN STEVEN DYKZEUL
PO BOX 281313
SAN FRANCISCO, CA 94128-1313

JOHN STEWART HOFFHEINS
1910 MANNING AVE
APT 6
LOS ANGELES, CA 90025-8308

JOHN T BRADLEY TR
UA 04/01/97 TRUST OF JOHN T BRADLEY FBO JOHN T
BRADLEY
6388 HERON PKWY
CLARKSTON, MI 48346-4802

JOHN T BREIDENSTEIN
1574 FAWNVISTA LANE
CINCINNATI, OH 45246-2038

JOHN T BURNS CUST ERIC H BURNS
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
200 ROSEBANK LN
WEST LAFAYETTE, IN 47906-8613

JOHN T HAYES
PO BOX 801034
ACWORTH, GA 30101-1034

JOHN T LOFTUS & KATHRYN J LOFTUS TR
UA 02/29/08 JOHN & KATHRYN LOFTUS LIVING TRUST
2554 SILVERSIDE
WATERFORD, MI 48328

JOHN T MACK & GLORIA J MACK JT TEN
12682 514TH AVE
AMBOY, MN 56010-5034

JOHN T NAYLOR
PO BOX 352498
TOLEDO, OH 43606

JOHN T SPERLA CUST JOHN T SPERLA JR
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5334 FERN ST
GRAND BLANC, MI 48439-4327

JOHN T SWEENEY CUST GREGORY NEIL SWEENEY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
414 N MAIN ST
MT GILEAD, OH 43338-9789

JOHN T SWEENEY CUST PAMELA ANN SWEENEY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
414 N MAIN ST
MOUNT GILEAD, OH 43338-9789

JOHN THOMAS STEINER & MISSY WITT STEINER JT TEN
110 VISTA DR
CHATANOOGA, TN 37411-4418

JOHN TRUBENBACHER CUST KIMBERELY TRUBENBACHER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
132 GLOVER AVE
YONKERS, NY 10704-4232

JOHN V SANDBERG & MARION L SANDBERG TR
UA 09/27/90 JOHN V SANDBERG & MARION L SANDBERG
TRUST
30410 BARKLEY
LIVONIA, MI 48154-3638

JOHN VAN PELT CUST SCOTT GEORGE VAN PELT
U/THE N J UNIFORM GIFTS TO MINORS ACT
28 HIGH ST
BRANCHVILLE, NJ 07826-4352

JOHN VETRANO CUST JACK THOMAS VETRANO
U/THE CAL UNIFORM GIFTS TO MINORS ACT
3230 E FAIRBROOK ST
MESA, AZ 85213-5513

JOHN W BAXTER & MURIEL L BAXTER TR
JOHN WHITSON BAXTER REVOCABLE LIVING TRUST UA
02/20/01
21264 WELLINGTON DR
WOODHAVEN, MI 48183-1674

JOHN W BIEBESHEIMER JR TOD JOHN W BIEBESHEIMER III TR
JOHN W BIEBESHEIMER JR TRUST UA 10/17/05 SUB TO STA
TOD RULE
19306 LAKESIDE RD
TREGO, WI 54888-9222

JOHN W BLOSSOM CUST CHRISTINE A BLOSSOM
A MINOR U/ ART 8-A PERS PROP LAW OF N Y
1001 MOUNTFORT COURT SW
VIENNA, VA 22180-6469

JOHN W BLOSSOM CUST DEBRA L BLOSSOM
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NEW YORK
1001 MOUNTFORT COURT SW
VIENNA, VA 22180-6469

JOHN W EHRLER CUST LAURA MARIE EHRLER
U/THE MO UNIFORM GIFTS TO MINORS LAW
6 CEDAR CREST
ST LOUIS, MO 63132-4205

JOHN W ELLIS & BERTHA M ELLIS TR
JOHN W & BERTHA M ELLIS REVOCABLE TRUST UA 03/04/98
11401 HILL RD
SWARTZ CREEK, MI 48473-8577

JOHN W HAMLIN & GERMAINE V HAMLIN TR
UA 09/25/91 JOHN W HAMLIN & GERMAINE V HAMLIN
PO BOX 2392
BOERNE, TX 78006-9259

JOHN W HARBRECHT CUST PAUL WILLIAM HARBRECHT
A MINOR U/ART 8-A PERS PROP LAW OF N Y
375 WELWYN WALK
ALPHARETTA, GA 30022-7058

JOHN W HEARN
13222 210TH AVE EAST
SUMNER, WA 98390-7424

JOHN W HEINRICY
8850 TIPSICO LAKE RD
HOLLY, MI 48442-8946

JOHN W JAMESON JR CUST THOMAS PAXTON JAMESON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2521 KEMPTON ST SE
OLYMPIA, WA 98501

JOHN W KLEIN
1225 THURMAN
SAGINAW, MI 48602-2853

JOHN W MODEEN & HELEN A MODEEN TR
UA 04/23/93 THE JOHN W MODEEN & HELEN A MODEEN TR
4933 N RIVER VISTA DR
TUCSON, AZ 85705-4862

JOHN W REINHARDT
16945 VILLAS SQUARE
FORT MYERS, FL 33908-4523

JOHN W SMITH
19443 130TH AVE
TUSTIN, MI 49688-8602

JOHN W STEINER
1050 OAK STREET
NEENAH, WI 54956-4167

JOHN W STEINMACHER
19531 ST ANDREWS DR NW
SOAP LAKE, WA 98851-9747

JOHN W STEWART
PO BOX 610534
PORT HURON, MI 48061-0534

JOHN W TATE
PO BOX 530551
WEST PALM BEACH, FL 33403-8909

JOHN W WARD & MARGARET M WARD TR
JOHN W WARD & MARGARET M WARD FAM TR UA
19002 GORDON LANE
YORBA LINDA, CA 92886-4214

JOHN WACHTER & LAURA WACHTER TR
JOHN WACHTER & LAURA WACHTER REVOCABLE LIVING
TRUST UA 04/14/04
14446 IVANHOE DR
WARREN, MI 48088-3894

JOHN WILLIAM ALLISON & SARAH JANE WEIGANDT TR
UA 12/02/1988 WILLIAM J ALLISON TRUST
1435 CHICKASAW DR
LONDON, OH 43140

JOHN WILLIAM FEHR & CYNTHIA MOORE FEHR TR
WILL & CYNTHIA FEHR TRUST UA 3/19/98
468 13TH AVENUE
SALT LAKE CITY, UT 84103-3229

JOHN WILLIAM FOX & JOAN FOX TR
JOHN W FOX & JOAN FOX # 2004-4 REVOCABLE TRUST UA
08/16/04
1008 TROY-OFALLON RD
TROY, IL 62294-2400

JOHN WILLIAM KURTZ SR CUST JOHN W KURTZ JR
A MINOR U/ART 8-A OF PERSONAL PROPERTY LAW OF NEW
YORK
PO BOX 782
RAMONA, CA 92065-0782

JOHN WORDEN
SUITE 1200 507 S GAY ST
KNOXVILLE, TN 37902-1504

JOHNNIE WHITING
12780 COUNTY ROAD 8110
WEST PLAINS, MO 65775-5620

JOHNNY T BALANOWSKI
9208 DUFFLEIN
MONTROSE, MI 48457-9181

JOHNSON S COWAN CUST JOHNSON STEPHEN COWAN JR
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
5551 EDLEN DRIVE
DALLAS, TX 75220-2105

JON A KOELLA CUST JON A KOELLA JR
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
PO BOX 888
DANDRIDGE, TN 37725-0888

JON ERIC GREEN
4211 139 TH PLACE SE
MILL CREEK, WA 98012-8952

JON K GLITZENSTEIN
4509 BURKHOLDER DR
GENEVA, OH 44041-9250

JON M FILES CUST ALAN W FILES UGMA MD
PO BOX 621
QUINTON, VA 23141-0621

JON M HANSON & MARY M HANSON TR
JON M HANSON & MARY M HANSON FAMILY REVOCABLE
LIVING TRUST UA 09/21/04
14430 SWANEE BEACH
FENTON, MI 48430-1467

JON PALMER MC COY CUST MISS KRISTINE PATRICIA MC CO\
U/THE MICHIGAN U-G-M-A
119 W HARVEY ST
MCALLEN, TX 78501-9443

JON S MESSIER
16720 127TH AVE COURT EAST
PUYALLUP, WA 98374-8835

JONAH SHEINFELD
1631 53RD STREET
BROOKLYN, NY 11204-1421

JONAH SHEINFELD
1631-53RD ST
BROOKLYN, NY 11204-1421

JONAS RALSTON CUST RICHARD JAY RALSTON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 243111
BOYNTON BEACH, FL 33424-3111

JONATHAN A GOLD CUST GEOFFREY B GOLD
U/THE OKLAHOMA UNIFORM GIFTS TO MINORS ACT
710 CROWELLS BOG RD
BREWSTER, MA 02631-5244

JONATHAN A WHITE & CAROL GERBER TR
UA 12/07/2005 L RUTH FREEDMAN 2005 TRUST
30 COLPITTS ROAD
WESTON, MA 02493

JONATHAN CHARLES SAPIRSTEIN
108 COVENTRY LN
LONGMEADOW, MA 01106-1630

JONATHAN D CHAPMAN & ANDREW R CHAPMAN CO TR
JONATHAN D CHAPMAN TRUST UA 09/12/93
312 SCHOOL RD
DENVER, PA 17517-9728

JONATHAN D MARTIN & MICHELE R MARTIN TR
UA 10/27/97 MARTIN FAMILY TRUST
1365 E MOUNTAIN DR
SANTA BARBARA, CA 93108-1214

JONATHAN DAVID KLEIN
3316 VICTORIA AVE
LAFAYETTE, CA 94549-4621

JONATHAN L FEIN & THERESA KARDOS JT TEN
477 BROOME ST 24
N Y, NY 10013-5313

JONATHAN LEIN
224 SPLIT OAK RD
NAPERVILLE, IL 60565-2203

JONATHAN SAPIRSTEIN
108 COVENTRY LN
LONGMEADOW, MA 01106-1630

JONELL L BROWN & BRUCE L BROWN TR
JONELL L BROWN REVOCABLE LIVING TRUST UA 3/10/97
68 GILBERT RD
BORDENTOWN, NJ 08505-4001

JOOST M VLES
34 RUE MADELEINE WY
LANCASTER, NY 14086-9426

JOSE ALBERTO PE SILVA
GM DO BRASIL
RUA HENRIQUE PORCHAT 20 APT 61
SANTO ANDRE SAO PAULO
CEP 09041-170 BRAZIL

JOSE BAPTISTA DE SOUSA
RUA TOMAS DE FIGUEIREDO
12-3-D
1500-599 LISBOA
PORTUGAL

JOSE E PINHEIRO
RUA RUI BARBOSA #255 APT 51
VILA GILDA SANTO ANDRE
SAO PAULO BRAZIL
09190-370 BRAZIL

JOSE E PINHEIRO
RUA RUI BARBOSA 255 APT#51
VILA GILDA SANTO ANDRE
SAO PAULO
BRASIL CEP 09190 370 BRAZIL

JOSE E PINHEIRO
RUA RUI BARBOSA 255 APTO 51
VILA GILDA SANTO ANDRE
SAO PAULO
BRASIL CEP 09190 370 BRAZIL

JOSE E PINHEIRO
RUA RUI BARBOSA 255 APTO 51
VILA GILDA SANTO ANDRE
SAO PAULO
BRASIL CEP 09190-370 BRAZIL

JOSE E PINHEIRO
RUA RUI BARBOSA 255 APTO 51
VILA GILDA SANTO ANDRE
SAO PAULO
CEP 09190 370 BRAZIL

JOSE FREDERICO THEMOTEO JR
RUA APINAGES 235
APT 112-POMPEIA
SAO PAULO-SP
05017-000 BRAZIL

JOSE L MAYMI
1702 S STATE HIGHWAY 121 607
LEWISVILLE, TX 75067-8944

JOSE R FAVARIN
GM DO BRASIL
AV GOIAS 1805
09550-900 SAO CAETANO DO SUL
SP BRASIL BRAZIL

JOSE R RIVERA & MIA C RIVERA TR
JOSE & MIA RIVERA FAM LIVING TRUST UA 12/09/98
11889 DUBLIN GREEN DR
DUBLIN, CA 94568-1318

JOSEF G SWIGART CUST PATRICK DAVID SWIGART
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1005 TAYWOOD RD
ENGLEWOOD, OH 45322-2414

JOSEF GORNEYECZ & ANNI GORNYECZ TR
GORNYECZ FAMILY REVOCABLE TRUST UA 12/29/05
14600 MORTENVIEW
TAYLOR, MI 48180-4781

JOSEPH & ALBERTA DISALVO TR
05/01/98 JOSEPH MICHAEL DISALVO & ALBERTA SANDRA
DISALVO TRUST
1125 NELSON ST
DUNEDIN, FL 34698-2112

JOSEPH A & NORMA J THOMAS TR
UA 02/15/95 JOSEPH A THOMAS & NORMA J THOMAS
612 S HILLTOP DR
QUINCY, IL 62305

JOSEPH A AHEARN CUST STACIA CHERI AHEARN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
5620 S BEACH CIR
LITTLETON, CO 80121-3913

JOSEPH A AUGUSTYNOWICZ TR
JOSEPH A AUGUSTYNOWICZ REVOCABLE TRUST UA
06/10/94
2000 FAIRFIELD DR
WILMINGTON, DE 19810-4310

JOSEPH A LARSON CUST ZOE R LARSON UTMA IA
1735 120TH STREET
GOODELL, IA 50439-7527

JOSEPH A LILLY CUST GERARD LILLY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
948 BROOKWOOD LN E
ROCHESTER HILLS, MI 48309-1546

JOSEPH A MCGAHA & SARAH W MCGAHA TR
SARAH W MCGAHA REVOCABLE LIVING TRUST UA 2/13/02
1850 S WESTWOOD UNIT 12
MESA, AZ 85210-9405

JOSEPH A MEHAN CUST HELEN NOREEN MEHAN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
6253 ST ALBANS DR
DALLAS, TX 75214-2318

JOSEPH A MEHAN CUST JOY ELIZABETH MEHAN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
6253 ST ALBANS DRIVE
DALLAS, TX 75214-2318

JOSEPH A NUNES CUST SHARON L NUNES
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
92-356 AKAULA ST
KAPOLEI, HI 96707-1137

JOSEPH A NUNES CUST SHERRY L NUNES
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
92-356 AKAULA ST
KAPOLEI, HI 96707-1137

JOSEPH A PAROL & JOANNE M PAROL TR
JOSEPH A PAROL & JOANNE M PAROL LIVING TRUST UA
07/05/01
31850 DIMAS DR
WARREN, MI 48092-1498

JOSEPH A POLACEK TR
JOSEPH A POLACEK REVOCABLE LIVING TRUST UA 05/02/00
3530 RED BUTTE DRIVE
SANTA CLARA, UT 84765-5356

JOSEPH A RAKEL
& MARJORIE E RAKEL JT TEN TOD STEVEN J RAKEL
SUBJECT TO STA TOD RULES
5435 CLIFTON
ST LOUIS, MO 63109-3401

JOSEPH A RIVKIN
& ROBERT H RIVKIN CO EXECUTORS OF THE ESTATE OF
MALCOLM BEN RIVKIN
3410 OLD FOREST RD
BALTIMORE, MD 21208-3103

JOSEPH A VILLANI
8 GEMEINHARDT PLACE
NORTH HALEDON, NJ 07508

JOSEPH A WEINBERG
308 BERWICKSHIRE
RICHMOND, VA 23229-7302

JOSEPH A WEINS
3907 CURRY LANE
JANESVILLE, WI 53546-3493

JOSEPH A WOOLMAN CUST MARCIA KAY WOOLMAN
A MINOR UNDER LAWS OF THE DISTRICT OF COLUMBIA
10401 GROSVENOR PL APT 1301
ROCKVILLE, MD 20852-4640

JOSEPH ACCARDI & MRS LEE ACCARDI JT TEN
9008 158TH AVE
HOWARD BEACH, NY 11414-3124

JOSEPH AMIHERE
PO BOX 830353
OCALA, FL 34483

JOSEPH B FILES JR
37198 ORCHARD CIR #3-44
WESTLAND, MI 48186-3940

JOSEPH B GIOFFRE CUST FRED J GIOFFRE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
103 WEST ST
MAMARONECK, NY 10543-3137

JOSEPH B KLERLEIN
40 ZED HILL
SYLVA, NC 28779

JOSEPH BISHOP & NANCY M BISHOP TR
JOSEPH BISHOP NANCY M BISHOP FAMTRUST
1186 W CUTLEAF CIR
SAN TAN VLY, AZ 85143-5820

JOSEPH BOBOSCHI & SOCORRO BOBOSCHI TR
BOBOSCHI FAMILY TRUST AGREEMENT 8/5/82
3631 JACKSON ST
SAN FRANCISCO, CA 94118-1809

JOSEPH C MICHALSKI & HELEN P MICHALSKI TR
UA 03/24/92 THE JOSEPH C MICHALSKI & HELEN P
24821 CULVER
ST CLAIR SHORES, MI 48080-3127

JOSEPH C MILLER & MARTHA R MILLER TR
UA 12/01/84 JOSEPH C MILLER & MARTHA R MILLER TRUST
3260 LA CABADA
KAFAYETTE, CA 94549-4708

JOSEPH C THERIAULT & HENRIETTE J THERIAULT TR
JOSEPH C THERIAULT & HENRIETTE THERIAULT LIVING TR
UA
835 GEORGIA
WILLIAMSTON, MI 48895-1613

JOSEPH CAMASTA CUST JOSEPH CAMASTA
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
329 WHITEHALL
BLOOMINGDALE, IL 60108-1384

JOSEPH D EDELMAYER & MARY E EDELMAYER TR
EDELMAYER LIVING TRUST UA 12/24/02
14330 SARASOTA
REDFORD, MI 48239-3325

JOSEPH D FRANKO & IRENE FRANKO TR
FRANKO FAM AGREEMENT OF TRUST UA 10/07/93
24734 ETON
DEARBORN HEIGHTS, MI 48125-1803

JOSEPH D GIOFFRE CUST CONCETTINA M GIOFFRE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
164 HOBART AVE
PORT CHESTER, NY 10573-2758

JOSEPH D JOHNSON CUST HAROLD B JOHNSON
U/THE N C UNIFORM GIFTS TO MINORS ACT
146 ALPINE CT
FRANKLIN, TN 37069-6551

JOSEPH D JOHNSON SR CUST JOSEPH DYKES JOHNSON JR
U/THE N C UNIFORM GIFTS TO MINORS ACT
146 ALPINE CT
FRANKLIN, TN 37069-6551

JOSEPH D NOLAN CUST NOREEN E NOLAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
412 ALTA AVE
SANTA CRUZ, CA 95060-6317

JOSEPH D SHAKESPEARE JR & MARY ANN SHAKESPEARE TR
UA 09/30/93 JOSEPH D & MARY ANN SHAKESPEARE REV
INTERVIVOS TR
347 TROON COURT
NAPA, CA 94558-1564

JOSEPH DIBELLA & MARY Y DIBELLA TR
JOSEPH DIBELLA & MARY DIBELLA LIVING TRUST UA
05/21/97
4500 DOBRY DR
APT 268
STERLING HTS, MI 48314-1247

JOSEPH DIRE CUST DONNA ELIZABETH DIRE
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
4801 WEST 35TH AVE
DENVER, CO 80212-1847

JOSEPH E BILLER CUST ALAN L BILLER
UNDER THE FLORIDA GIFTS TO MINORS ACT
3 WINDER CT
ROCKVILLE, MD 20850-2149

JOSEPH E BILLER CUST BETH A BILLER
UNDER THE FLORIDA GIFTS TO MINORS ACT
3 WINDER CT
ROCKVILLE, MD 20850-2149

JOSEPH E CONINE CUST KATHLEEN-ANNE H CONINE
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2215 SHIPLEY RD 227
WILMINGTON, DE 19803-2305

JOSEPH E FINKBEINER
13750 HARDENBURG TRAIL
EAGLE, MI 48822-9630

JOSEPH E FRANKO & BARBARA J FRANKO TR
JOSEPH E & BARBARA J FRANKO TRUST UA 03/31/99
1101 EVAMAR DR
MIDLAND, MI 48640-2821

JOSEPH E JANIK & DOLORES I JANIK TR
JOSEPH & DOLORES JANIK LIVING TRUST UA 12/15/99
5258 S HAMLIN AVE
CHICAGO, IL 60632-3709

JOSEPH E MASSARO CUST JEFFREY EDWARD MASSARO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
381 SPRINGS DR
COLUMBUS, OH 43214-2859

JOSEPH E MCCAFFERTY & MILDRED S MCCAFFERTY TR
UA 05/04/93 MCCAFFERTY FAMILY TRUST
5086 MT GAYWAS DR
SAN DIEGO, CA 92117-4814

JOSEPH E RISDON CUST JOSEPH E RISDON JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
142 E HICKORY GROVE
BLOOMFIELD HILLS, MI 48304-1739

JOSEPH E WHITESELL & DORIS E WHITESELL TR
WHITESELL FAMILY REV TRUST UA 10/11/91
12736 WEST SOLA COURT
SUN CITY WEST, AZ 85375-2312

JOSEPH EHLENDT CUST PETER J EHLENDT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
17261 WESTBROOK
LIVONIA, MI 48152-2737

JOSEPH F BAKA & MARY ANN BAKA TR
UA 10/19/93 THE BAKA FAMILY REVOCABLE LIVING TRUST
833 AIRPORT RD
WARREN, OH 44481-9350

JOSEPH F BASIL SR
600 KLEIN RD
WILLIAMSVILLE, NY 14221-2722

JOSEPH F CORSON & MARY F CORSON TR
CORSON FAMILY REVOCABLE LIVING TRUST UA 01/22/93
107 WOLLGAST COURT
BLYTHEWOOD, SC 29016-8132

JOSEPH F GILL
BOX 100296
ARLINGTON, VA 22210

JOSEPH F HEIN & AUDREY D HEIN JT TEN
3640 PRAIS ST
STEVENS POINT, WI 54481-2357

JOSEPH F KENNELLY
7023 STEINMEIER DR W
INDIANAPOLIS, IN 46220-3965

JOSEPH F MEDINA
8 WHITING STREET
BILLERICA, MA 01821-2556

JOSEPH F NACHMAN & ROSEMARY A NACHMAN TR
UA 09/21/92 JOSEPH F NACHMAN & ROSEMARY A NACHMAN
123 ROBINDALE CIRCLE
THE WOODLANDS, TX 77384-4654

JOSEPH F OLDENBURG & CAROL A OLDENBURG TR
UA 01/14/1993 JOSEPH F & CAROL A OLDENBURG FAMILY
42507 WATERFALL
NORTHVILLE, MI 48168

JOSEPH F RYNEWICZ & NANCY B RYNEWICZ TR
UA 01/11/94 JOSEPH F RYNEWICZ & NANCY B RYNEWITZ
1994 TRUST
1977 MONTEMAR WAY
SAN JOSE, CA 95125-5648

JOSEPH F SOUZA II & ANTHONY A SOUZA TR
UA 08/17/92 JOSEPH F SOUZA TRUST
84 FRANKLIN ST
QUINCY, MA 02169-7825

JOSEPH FELDSCHUH CUST STEPHEN D FELDSCHUH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10 BLACK BIRCH LANE
SCARSDALE, NY 10583-7455

JOSEPH FRANK KLEIN
103 EVANS AVE
OCEANSIDE, NY 11572-4013

JOSEPH G GRAHAM CUST JOSEPH G GRAHAM JR
U/THE ILL UNIFORM GIFTS TO MINORS ACT
284 TERRY CT
WOODSTOCK, IL 60098-2483

JOSEPH G MANTEL CUST DEAN W MANTEL
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
3921 PARTRIDGE ROAD
DEFOREST, WI 53532-2605

JOSEPH G PETER
367 SYCAMORE COURT
BLOOMFILED HILLS, MI 48302-1173

JOSEPH G STEINER
2737 MARION AVE
BENSALEM, PA 19020-4137

JOSEPH G WHITE CUST SANFORD WHITE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
561 DOVER COURT
BUFFALO GROVE, IL 60089-6698

JOSEPH GLATSTEIN & ELLEN GLATSTEIN JT TEN
3106 AVE M
BROOKLYN, NY 11210-4747

JOSEPH H BERNSTEIN CUST MICHAEL D BERNSTEIN UGMA M
18 BARBER ST
MEDWAY, MA 02053-1320

JOSEPH H BURGETT
4553 210TH AVE
MORLEY, MI 49336-9534

JOSEPH H LYNCH & MILDRED I LYNCH TR
UA 06/18/90 JOSEPH H LYNCH & MILDRED I LYNCH REV LIV
13300 70TH NE
KIRLAND, WA 98034

JOSEPH H STEINBACH
3547 LUNA AVE
SAN DIEGO, CA 92117-2625

JOSEPH H TROMPETER
& BEVERLY ANN TROMPETER & MICHELLE LEE FRANZEN JT
TEN
38135 SUMPTER DR
STERLING HEIGHTS, MI 48310-3023

JOSEPH H WAGNER CUST LESTER A WAGNER
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
3811 SULGRAVE RD
RICHMOND, VA 23221-3327

JOSEPH H WISE & KAREN L WISE TR
JOSEPH H & KAREN L WISE TRUST UA 11/02/04
13626 SHADY LN
MONROE, MI 48161-4748

JOSEPH HALPERN CUST LEWIS HALPERN
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NEW JERSEY
64 COLORADO ROAD
PARAMUS, NJ 07652-3202

JOSEPH HEINZ
11195 KADER DR
PARMA, OH 44130-7244

JOSEPH HOCHENBERGER CUST JOANNE HOCHENBERGER
U/THE N J UNIFORM GIFTS TO MINORS ACT
74 HAMILTON TRAIL
TOTOWA, NJ 07512-2179

JOSEPH I LENNEMANN & JULIANNE M LENNEMANN JT TEN TO
SUBJECT TO STA TOD RULES
14110 CUTLER RD
PORTLAND, MI 48875-9306

JOSEPH J BALTUS & JANET L BALTUS JT TEN
317 N AMRHEIN DR
GREENSBURY, IN 47240-9579

JOSEPH J COOPER & ELLEN E COOPER & SCOTT A COOPER T
JOSEPH J COOPER LIVING TRUST UA 05/31/89
475 NIADA TER
HIGHLAND PARK, IL 60035-2037

JOSEPH J CORSO CUST MICHAEL CORSO
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
11 NW 114 ST
KANSAS CITY, MO 64155

JOSEPH J ELNICK CUST ALAN J ELNICK
U/THE MICH UNIFORM GIFTS TO MINORS ACT
108 HARVEST LN
FRANKENMUTH, MI 48734-1212

JOSEPH J ELNICK CUST MARY JO ELNICK
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
28600 MOUND RD
WARREN, MI 48092-5507

JOSEPH J GADBAW CUST ELIZABETH GADBAW
A MINOR U/LAWS OF THE STATE OF MICHIGAN
11101 MANN RD
TRAVERSE CITY, MI 49684-7643

JOSEPH J HUDAK & ARDIS J HUDAK TR
JOSEPH J HUDAK FAM LIVING TRUST UA 02/20/95
2292 TREMAINSVILLE RD
TOLEDO, OH 43613-3410

JOSEPH J KALO & VIVIAN V KALO TR
UA 05/01/91 JOSEPH J KALO & VIVIAN V KALO TRUST
5533 NIMITZ RD
NEW PORT RICHEY, FL 34652-3149

JOSEPH J MAKAREWICZ & ARLENE M MAKAREWICZ TR
JOSEPH J & ARLENE M MAKAREWICZ REVOCABLE TRUST
UA 07/02/99
3204 WILDWOOD DRIVE
SAGINAW, MI 48603-1641

JOSEPH J STEINMAN
2222N SUMAC DR
JANESVILLE, WI 53545-0566

JOSEPH JIUNNIES CUST JODY JIUNNIES
A MINOR UNDER THE LAWS OF SOUTH CAROLINA
112 GREEN ASH COURT
AIKEN, SC 29803-2714

JOSEPH JOHN KERRIGAN & MARJORIE G KERRIGAN TR
UA KERRIGAN FAMILY TRUST 03/19/91
4329 ALDERWOOD WAY
SACRAMENTO, CA 95864-0806

JOSEPH KAUFMAN CUST MARK ALAN KAUFMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 236
LAWRENCE, NY 11559-0236

JOSEPH KLEIN
26 WADDINGTON AVE
WEST ORANGE, NJ 07052-2645

JOSEPH KLEIN
5025 OLD NEW UTRECHT ROAD
BROOKLYN, NY 11204-1519

JOSEPH KLEIN III
1724 HILLSIDE RD
STEVENSON, MD 21153-0662

JOSEPH KUTNER CUST RANDY KUTNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
54-40 LITTLE NECK PKWY
LITTLE NECK, NY 11362-2205

JOSEPH L BRUTKO
29 MEINZER STREET
AVENEL, NJ 07001-1718

JOSEPH L IVACKO & JO ELLEN IVACKO TR
JOSEPH & JO ELLEN IVACKO REV LIVING TRUST UA 1/9/02
PO BOX 326
SOMERSET CENTER, MI 49282-0326

JOSEPH L KEHOE CUST TODD D KEHOE
A MINOR UNDER THELOUISIANA GIFTS TO MINORS ACT
ATTN CROWN BUICK
2121 CLEARVIEW PKWY
METAIRIE, LA 70001-2450

JOSEPH L STEIN JR
178 SILO VIEW DRIVE
WENTZVILLE, MO 63385

JOSEPH L TIGYER & JUNE TIGYER TR
UA 12/06/06 JOSEPH L TIGYER & JUNE TIGYER TRUST
2208 W BASELINE AVE LOT 155
APACHE JUNCTION, AZ 85220

JOSEPH LAST CUST WILLIAM LAST MINOR
UNDER ARTICLE 8-A OF THE PERSONAL PROPERTY LAW
3336 KNIGHT ST
OCEANSIDE, NY 11572-4614

JOSEPH LAVITT
2027-905 SHAFTESBURY BLVD
WINNIPEG MB
R3P 0Y3 CANADA

JOSEPH LEVINE CUST VICTOR DAVID LEVINE
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NY
C/O COHEN
1924 E MCGRAW ST
SEATTLE, WA 98112-2629

JOSEPH LORIN WIBEL 2ND CUST ALYSON DEE WIBEL
U/THE TENN UNIFORM GIFTS TO MINORS ACT
971 MOUNT PARAN RD NW
ATLANTA, GA 30327-3743

JOSEPH M BRAUN
7075 139TH AVE NW
ANOKA, MN 55303-4766

JOSEPH M COWAN & LEONA J COWAN TR
JOSEPH M COWAN & LEONA J COWAN TRUST UA 08/24/93
2165 WILD FIELD DRIVE NE
GRAND RAPIDS, MI 49505-6323

JOSEPH M FALORE CUST DAVID FALORE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
3 COLTON CT
REDWOOD CITY, CA 94062-4042

JOSEPH M FITZGERALD CUST ANN S FITZGERALD
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
447 E RAINIER AVE
ORANGE, CA 92865-1113

JOSEPH M FITZGERALD CUST JAMES PERRY FITZGERALD
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
22412 STREAMSIDE CT
MURRIETA, CA 92562-3055

JOSEPH M FITZGERALD CUST JANE GAY FITZGERALD
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2615 RUTHE DUARTE AVE
LAS VEGAS, NV 89121-1533

JOSEPH M FITZGERALD CUST LINDA JOY FITZGERALD
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
21022 LOS ALISOS BLVD APT 716
RANCHO SAN MAG, CA 92688-3251

JOSEPH M KAELIN & NANCY L KAELIN JT TEN
PO BOX 130949
ANN ARBOR, MI 48113-0949

JOSEPH M MULHALL & PAMELA J MULHALL JT TEN TOD JOSE
MULHALL RLT UA 01/22/2009
135 SAPPINGTON ACRES DRIVE
SAINT LOUIS, MO 63126

JOSEPH M NOVAJOVSKY & ANN C NOVAJOVSKY TR
JOSEPH M NOVAJOVSKY LIVING TRUSTUA 03/06/95
8550 OLD PLANK RD
GRAND BLANC, MI 48439-2045

JOSEPH M OLCHAWA CUST RONALD OLCHAWA
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
114 WESTMORELAND LN
NAPERVILLE, IL 60540-5830

JOSEPH M VIGNERI TR
WYOMING OTOLARYNGOLOGY PC PENSION PROFIT
SHARING PLAN UA 11/01/75
6500 E 2ND ST
STE 101
CASPER, WY 82609-4339

JOSEPH MARCELO FAIR
& MICHAEL ANTHONY FAIR & ILETA MARIA FAIR & JOSEPH
LEE FAIR JT TEN
11560 GAINER DR
GARFIELD, AR 72732-9732

JOSEPH MATTHEW CATANIA
PO BOX 711891
SANTEE, CA 92072-1891

JOSEPH MATTHEW MOLUMBY
2871 119TH ST EAST
CHIPPEWA FALLS, WI 54729-5605

JOSEPH MAZZOCCHI CUST JOSEPH MAZZOCCHI JR
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF
217 MAPLEWOOD AVENUE
BOGOTA, NJ 07603-1713

JOSEPH MEININGER & FAY MEININGER TR
MEININGER TRUST 1 JOSEPH & FAY TR 11/23/98
3619 E MARCUS DR
SAGINAW, MI 48603-2043

JOSEPH MICHAEL NEWBERGER CUST TAMAR SUSAN NEWBE
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3240 N LAKESHORE DR
CHICAGO, IL 60657-3954

JOSEPH MILLER & CONRADINE MILLER TR
MILLER FAMILY LIVING TRUST UA 6/30/98
1444 TROJAN AVE
SAN LEANDRO, CA 94579-1542

JOSEPH MORANO CUST MICHAEL MORANO
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
735 BELVIDERE AVE
WESTFIELD, NJ 07090-2301

JOSEPH N EPSTEIN
289 MAITLAND AVE
TEANECK, NJ 07666-3060

JOSEPH N KATZENSTEIN & MRS DIANA H KATZENSTEIN JT TE
277 VAN NOSTRAND
ENGLEWOOD, NJ 07631-4710

JOSEPH N LATA CUST JOSEPH NICHOLAS LATA JR
A MINOR U/SEC 2918-D 55 SUPPLEMENT TO THE
125 BRIDGE ST
WAREHOUSE POINT, CT 06088-9547

JOSEPH N LATA CUST MARGARET ANN LATA
A MINOR U/SEC 2918-D 55 SUPPLEMENT TO THE GENERAL
PO BOX 205
ELLINGTON, CT 06029-0205

JOSEPH N PALLIKKATHAYIL & LEONIE PALLIKKATHAYIL TR
PALLIKKATHAYIL TRUST UA 05/21/98
4003 NW CLAYMONT DR
KANSAS CITY, MO 64116-1750

JOSEPH NEINER
2507 NORTHVIEW DRIVE
CORTLAND, OH 44410-1745

JOSEPH NEUSTEIN
923 GARDENIA WAY
CORONA DEL MAR, CA 92625-1547

JOSEPH NICOLAS BASILE & ANGELA MARIA BASILE TR
INTERVIVOS JOSEPH NICOLAS BASILE TRUST UA 12/18/95
241 MORRIS AVE
BRISTOL, CT 06010-4418

JOSEPH P ANCONA JR CUST JOSEPH ROBERT ANCONA
U/THE CONN UNIFORM GIFTS TO MINORS ACT
720 BRANCHVILLE ROAD
RIDGEFIELD, CT 06877-6129

JOSEPH P CALABRESE ISABELLE M CALABRESE TR
UA 02/17/97 JOSEPH PETER CALABRESE LIVING
7217 EMERSON
MORTON GROVE, IL 60053

JOSEPH P CRISLER CUST JENA L CRISLER
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1640 BELT ST
BALTIMORE, MD 21230-4706

JOSEPH P DEARBORN CUST PETER N DEARBORN
U/THE N H UNIFORM GIFTS TO MINORS ACT
9 SHERRY LN
RAYMOND, NH 03077-1281

JOSEPH P NEKOLA CUST JEANENE NEKOLA
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
3840 E 75TH ST
INDIANAPOLIS, IN 46240-3606

JOSEPH P REED CUST PATRICIA REED
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
111 BIRCHWOOD AVE
UPPER NYACK, NY 10960-1201

JOSEPH P STAFFORD CUST JOSEPH S STAFFORD
U/THE CONN UNIFORM GIFTS TO MINORS ACT
1014 FARMINGTON AVE
WEST HARTFORD, CT 06107-2105

JOSEPH P STEINER
1423 ASCOT CLOSE
MURFREESBORO, TN 37130-5641

JOSEPH P TORTORICE TR
REVOCABLE LIVING TRUST 10/01/85 U-A JOSEPH P
TORTORICE
9334 LIDO LANE
PORT RICHEY, FL 34668-4786

JOSEPH P VAN DER MEULEN & ANN I VAN DER MEULEN TR
UA 08/07/91 VAN DER MEULEN FAMILY TRUST
39 CLUB VIEW LANE
ROLLING HILLS, CA 90274-4208

JOSEPH PACHLA & JEAN R PACHLA TR
U-A-DTD 05/03/91 JOSEPH PACHLA &JEAN R PACHLA LIVING
TRUST
48521 LACOTA CT UNIT 5
SHELBY TWNP, MI 48315-4267

JOSEPH PETRUSKA CUST ROBERT J PETRUSKA MINOR U/P L
LAWS OF N J
255 GROVER AVE
TRENTON, NJ 08610-4325

JOSEPH R BERING & DOROTHY MAE BERING TR
THE BERING REVOCABLE TRUST UA 01/13/95
11107 W ELK AVE
YOUNGSTOWN, AZ 85363-1330

JOSEPH R DUNN JR & ELIZABETH A DUNN TR
JOSEPH R DUNN JR & ELIZABETH A DUNN REVOCABLE
TRUST UA 11/06/97
4437 REFLECTIONS DRIVE
STERLING HEIGHTS, MI 48314-1959

JOSEPH R GOLKOSKY CUST JOHN P GOLKOSKY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 4024
WHEATON, IL 60189-4024

JOSEPH R GOYETTE & DARDENELLA M GOYETTE TR
JOSEPH R GOYETTE & DARDENELLA M GOYETTE
REVOCABLE
14361 SWANEE BEACH
FENTON, MI 48430-1463

JOSEPH R MAYER & JOSEPHINE M MAYER TR
UNDER DECLARATION OF TRUST 03/09/91
281 N BRASHARES DRIVE
ADDISON, IL 60101-2102

JOSEPH R STEINMETZ TR STEINMETZ FAM TRUST UA 05/21/92
567 W LOOP DR
CAMARILLO, CA 93010-2041

JOSEPH ROBERT NATOLI & MARIE LUCILLE NATOLI TR
NATOLI REVOCABLE LIVING TRUST UA 09/09/96
441 TANOAK DR
SANTA CLARA, CA 95051-6239

JOSEPH ROTH & EDITH ROTH TR
JOSEPH ROTH REVOCABLE LIVING TRUST UA 8/06/98
136 LAKE OLIVE DRIVE
WEST PALM BEACH, FL 33411-3383

JOSEPH RUCCIO JR CUST JOSEPH RUCCIO III
UNDER THE NYGIFTS TO MINORS ACT
15 DYER SWITCH RD
SARATOGA SPGS, NY 12866-9708

JOSEPH S BLACKETT & NANCI E BLACKETT TR
UA 08/31/93 JOSEPH S BLACKETT & NANCI E BLACKETT
TRUST
721 ROWLAND BLVD
NOVATO, CA 94947-4622

JOSEPH S CARLSON & LAURA M CARLSON TR
JOSEPH S & LAURA M CARLSON REVOCABLE TRUST UA
04/17/03
128 MT WHITNEY WAY
CLAYTON, CA 94517-1541

JOSEPH S ISLINGER & MARILYN R ISLINGER TR
JOSEPH S ISLINGER REVOCABLE TRUST UA 01/12/97
9720 S HOMAN AVE
EVERGREEN PARK, IL 60805-3038

JOSEPH S LOVINGER TR LEATRICE NATALIE BUTLIEN DAVID I
BUTLIEN & PETER BUTLIEN UA 8/20/68
5 WALLER AVE
WHITE PLAINS, NY 10601-5414

JOSEPH S MAJCHER
& MARY J MAJCHER JT TEN TOD THOMAS J MAJCHER
SUBJECT TO STA TOD RULES
4334 CHERRY HILL DR E
ORCHARD LAKE, MI 48323-1608

JOSEPH S QUARANTA CUST MICHAEL J QUARANTA
UNDER THE MI UNIFORM GIFTS TO MINORS ACTG
2030 SOMERVILLE CT
OXFORD, MI 48371-5928

JOSEPH S REBISZ SR CUST JOSEPH S REBISZ JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
656 JAMES ST
UTICA, NY 13501-5154

JOSEPH S SMOLEY CUST MARIANNE T SMOLEY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3620 CHANT DR
MODESTO, CA 95355-8482

JOSEPH S SMOLEY CUST PAUL G SMOLEY
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
592 HACIENDA
MATECA, CA 95336-3560

JOSEPH SARDANO CUST FRANK DAVID SARDANO
U/THE N J UNIFORM GIFTS TO MINORS ACT
1828 NAUTILUS DR
TOMS RIVER, NJ 08753-3130

JOSEPH SCHULYK CUST JEAN O SCHULYK
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4451 FENWICK
WARREN, MI 48092-3019

JOSEPH SCHWALL CUST DAVID SCHWALL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1184 SHARE AVE
YPSILANTI, MI 48198-6489

JOSEPH STINZIANI CUST DENNIS STINZIANI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1 OX RIDGE ROAD
ELMSFORD, NY 10523-1706

JOSEPH STORELLI CUST JOHN JOSEPH STORELLI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
631 NE 18TH AVE
FORT LAUDERDALE, FL 33304-3451

JOSEPH STUPAR CUST CATHERINE J DONCKERS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1664 RIVIERVIEW
EUGENE, OR 97403-2113

JOSEPH T HORGAN CUST MARY C HORGAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
995 SHORE ROAD
PO BOX 15
POCASSET, MA 02559-0015

JOSEPH T JOHNSON
PO BOX 380166
BROOKLYN, NY 11238-0166

JOSEPH T TIRONE TR
UA 10/08/2009 JOSEPH T TIRONE REVOCABLE LIVING TRUST
11 OAKMONT ROAD
LAKEWOOD, NJ 08701

JOSEPH THOMAS AIELLO & KATHY AIELLO JT TEN
BOX 281838
LAMOILLE, NV 89828

JOSEPH V DAMICO JR CUST JOSEPH V DAMICO 3RD
A MINOR U/THE LA GIFTS TO MINORS ACT
4726 OWENS BLVD
NEW ORLEANS, LA 70122-1227

JOSEPH VASILE CUST GERALD J VASILE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
28 ESTERNAY LANE
PITTSFORD, NY 14534-1057

JOSEPH VERGONA 3RD
31 REINER PLACE
ENGLEWOOD CLIFFS, NJ 07632-2027

JOSEPH W BERGERON CUST JOSEPH W BERGERON JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 35242
RICHMOND, VA 23235-0242

JOSEPH W DOLINYAK & CHARLOTTE B DOLINYAK TR
JOSEPH W & CHARLOTTE B DOLINYAK REV LIV
9560 LAKEBEND PRESERVE CT
BONITA SPGS, FL 34135-8147

JOSEPH W HOPSON CUST REBECCA LYNN HOPSON
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
3655 WARICK
DALLAS, TX 75229-6052

JOSEPH W LECHNER JR
N 3471 870TH ST
HAGER CITY, WI 54014-8210

JOSEPH W MILAM CUST CALVIN P MILAM
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
89 LANGFORD PL
CHARLOTTESVILLE, VA 22903-9311

JOSEPH W MILAM CUST LAURA L MILAM
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
C/O KEIM 7 HOWES CROSSING
FESTUS, MO 63028

JOSEPH W NORTON JR & ELIZABETH J NORTON TR
JOSEPH W NORTON JR TEUST UA 10/11/ 99
3901 MOORLAND DR
MIDLAND, MI 48640-2279

JOSEPH W PANNONE & LAURIE A SHEPPARD PANNONE JT TE
6001 BOEING PLACE
LOS ANGELES, CA 90045-2938

JOSEPH W RAMSEYER & LOIS A RAMSEYER TR
JOSEPH W & LOIS A RAMSEYER TRUST UA 08/29/95
1602 S 13TH STREET
GOSHEN, IN 46526-4538

JOSEPH W UDRY & ELIZABETH A UDRY TR
UA 07/23/01 THE JOSEPH W UDRY & ELIZABETH
16230 WHITTAKER
LINDEN, MI 48451-9096

JOSEPH WASSIL CUST MARILYN WASSIL
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
682 REBA RD
LANDING, NJ 07850-1417

JOSEPH WEINBERG
18046 WHITE OAK AVENUE
LOWELL, IN 46356-9356

JOSEPH WEINER CUST PAUL J WEINER U/THE PENNSYLVANI
633 W 5TH ST STE 21
LOS ANGELES, CA 90071-2005

JOSEPH WESLEY EDWARDS & VERNA ALBERTA EDWARDS TF
JOSEPH WESLEY EDWARDS & VERNA ALBERTA EDWARDS
1818 WESTMINSTER
GRAND PRAIRIE, TX 75050-6333

JOSEPH WILLIAM CARMENA JR CUST HELENA LEE CARMENA
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
1724 GLENMORE AVE
BATON ROUGE, LA 70808-1231

JOSEPH WILLIAM CARMENA JR CUST STEPHEN PAUL CARME
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
1724 GLENMORE AVE
BATON ROUGE, LA 70808-1231

JOSEPH WOLF
73B FRANKLIN LANE
WHITING, NJ 08759-1841

JOSEPH YATSKO & CARLA J YATSKO TR
YATSKO FAMILY REV LIV TRUST UA 09/07/04
2738 COLUMBIA ROAD
MEDINA, OH 44256-9475

JOSEPHINE ANGIOLILLO CUST JOSEPH B ANGIOLILLO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
9 RIVERS EDGE DR
TARRYTOWN, NY 10591-7506

JOSEPHINE C MARTINEZ
& G CHRISTOPHER MARTINEZ & ELIZABETH A MARTINEZ JT
TEN
413 ADAMS DR
MIDLAND, MI 48642-3308

JOSEPHINE C MILES & JACK DEE MILES TR
JACK D & JOSEPHINE C MILES TRUST UA 01/26/98
BOX 86 11945 W HIGHWAY 42
GOSHEN, KY 40026-9792

JOSEPHINE C OLTMANN & RALPH J OLTMANN TR
UA 10/08/92 JOSEPHINE C OLTMANN GENERAL TRUST
901 W PEARL ST
STAUNTON, IL 62088-1322

JOSEPHINE C YOUNG & SUSAN L YOUNG PAPPAS TR
JOSEPHINE C YOUNG TRUST UA 06/28/04
1065A EASY STREET
CROWN POINT, IN 46307-2891

JOSEPHINE DENNIS
PO BOX 261832
PLANO, TX 75026-1832

JOSEPHINE E BRUNNER CUST LAURA ANN ROSE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
120-02 103RD AVE
RICHMOND HILL, NY 11419-2126

JOSEPHINE E DYER & GEORGE P DYER TR
GEORGE P & JOSEPHINE E DYER REV LIVING TRUST UA
8/3/99
19426 EAST LAKE DRIVE
HIALEAH, FL 33015-2216

JOSEPHINE H MUNENO CUST SHERRI D YOUNG
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1018 CHISWELL DR
DOWNINGTOWN, PA 19335-4149

JOSEPHINE I PALMIOTTO & DONALD S PALMIOTTO TR
JOSEPHINE I PALMIOTTO LIVING TRUST UA 10/13/94
1414 85TH ST
BROOKLYN, NY 11228-3406

JOSEPHINE KLEIN
6195 S REED
DURAND, MI 48429-1567

JOSEPHINE KROLICKI TR
REVOCABLE LIVING TRUST 06/15/89 U-A JOSEPHINE A
KROLICKI
35836 SMITHFIELD CT
FARMINGTON, MI 48335-3140

JOSEPHINE L LUFT TR
JOSEPHINE L LUFT REVOCABLE LIVING TRUST UA 04/02/97
39901 SANDPOINT WAY
NOVI, MI 48375-5502

JOSEPHINE M YUHAS
43 BERKSHIRE RD
WHITING, NJ 08759-3228

JOSEPHINE RILEY MICHAEL TR
LIVING TRUST 04/01/91 U-A JOSEPHINE RILEY MICHAEL
711 BARONRIDGE DR
SEABROOK, TX 77586

JOSHUA ROSENSTEIN
MOSHAV SHORASHIM
D N MISGAV
20164 ISRAEL

JOSIEPHINE WHITELAW
PO BOX 430973
PONTIAC, MI 48343-0973

JOY E HILBURT
PO BOX 150638
CAPE CORAL, FL 33915-0638

JOYCE A BEARDEN
PO BOX 791316
NEW ORLEANS, LA 70179

JOYCE BITINAS & CHARLES C BITINAS JT TEN
330 DYKES RD S
MOBILE, AL 36608-8460

JOYCE BOOKE CUST JAIME ALLISON BOOKE U/THE MICHU-G-
ATTN MRS JAIME RUBENSTEIN
3315 SW VESTA CT
PORTLAND, OR 97219-9229

JOYCE DEVOLL TR JOYCE DEVOLL TRUST # 1 UA 9/7/00
8928 FOX AVE
ALLEN PARK, MI 48101-1502

JOYCE ELIZABETH YERKS TR DONALD ELMER
& JOYCE ELIZABETH YERKS REVOCABLE LIVING TRUST UA
05/09/00
9624 ROSELAND
LIVONIA, MI 48150-2738

JOYCE F STEINMANN
13405 WRAYBURN ROAD
ELM GROVE, WI 53122-1349

JOYCE FISHMAN CUST GARY FISHMAN
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
4735 NW 7TH CT
APT 443
BOYNTON BEACH, FL 33426-9346

JOYCE FISHMAN CUST PAUL FISHMAN
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
4735 NW 7TH CT
APT 443
BOYNTON BEACH, FL 33426-9346

JOYCE FISHMAN CUST STEVEN FISHMAN
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
4735 NW 7TH CT
APT 443
BOYNTON BEACH, FL 33426-9346

JOYCE JEANE HENRY & LARRY LEE HENRY TR
LARRY L HENRY & JOYCE J HENRY TRUST UA 11/28/01
1129 W ANGOLA AVE
MT MORRIS, MI 48458-2123

JOYCE K HARAUGHTY & KENNETH HARAUGHTY TR
HARAUGHTY REVOCABLE TRUST UA 07/29/99
73385 JUNIPER STREET
PALM DESERT, CA 92260-4701

JOYCE K LICHTENSTEIN CUST LEE E LICHTENSTEIN UGMA AL
312 ENGLISH CIR
BIRMINGHAM, AL 35209-4118

JOYCE L PLUNGAS CUST TRENT O PLUNGAS
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
PO BOX 807
HERMOSA BEACH, CA 90254-0807

JOYCE LOWARY TR
GENE & JOYCE LOWRY FAMILY TRUST MARITIAL
DEDUCTION TRUST UA 4/14/00
3610 HILLCREST AVE
ANTIOCH, CA 94509-8229

JOYCE M DEDOMINICIS CUST JILL DEDOMINICIS
UNDER THE CT UNIFORM GIFTS TO MINROS ACT
119 TICONDEROGA RD
TORRINGTON, CT 06790-3449

JOYCE M ROGERS
100 408 EAST VACA RD
KENNEWICK, WA 99338-9023

JOYCE P HEISS
13001 112TH AVENUE
GRAND HAVEN, MI 49417-8751

JOYCE P WOHLFEIL CUST CATHERINE A WOHLFEIL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
195 DELRAY AVE
WEST SENECA, NY 14224-1842

JOYCE P WOHLFEIL CUST MARGARET L WOHLFEIL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
195 DELRAY AVE
WEST SENECA, NY 14224-1842

JOYCE PETERSON THURMER CUST KATHARINE S THURMER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
01510 SW RADCLIFFE CT
PORTLAND, OR 97219-7966

JOYCE R TERRELL
PO BOX 251781
WEST BLOOMFIELD, MI 48325-1781

J-P MASEK INVESTMENTS LTD A PARTNERSHIP
C/O JOSEPH MASEK
210060 WILDCAT DRIVE
GERING, NE 69341-6724

JP PONTBRIAND & MARY A PONTBRIAND TR
02/05/02 JP PONTBRIAND REVOCABLE TRUST
2 GOV POWELL DR
HAMPTON FALLS, NH 03844

JUAN ANDRES LOPEZ CONWAY
PO BOX 9020796
SAN JUAN, PR 00902-0796

JUAN CARLOS COTO & YADIRA A COTO TR
JUAN & YADIRA COTO LIVING TRUST UA 1/31/00
951 LAMBOURNE PL
OAK PARK, CA 91377-5811

JUAN M MENDEZ
PO BOX 360414
STRONGSVILLE, OH 44136-0007

JUANITA BRITTAIN GABEL TR
JUANITA BRITTAIN GABEL LIVING TRUST UA 11/14/96
4617 ASTRAL ST
JACKSONVILLE, FL 32205-5030

JUANITA F KELLEY
1125 LEININGER DRIVE
TIPTON, IN 46072-9790

JUANITA J HAMILTON
5736 105TH AVE
STORM LAKE, IA 50588-7754

JUANITA M WHITMAN
PO BOX 401026
REDFORD, MI 48240-9026

JUANITA MCGARVEY TR
JAMES C MCGARVEY & JUANITA MCGARVEY TRUST UA
7/05/02
PO BOX 272
VERMILION, OH 44089-0272

JUANITA P DUNN TR
JUANITA P DUNN REVOCABLE INTER VIVOS TRUST UA
8/20/03
1328 LAKE AVE
KANSAS CITY, MO 64109-1233

JUANITA SNELL
PO BOX 310593
FLINT, MI 48531-0593

JUDI FLECKENSTEIN SALAZAR
3555 STEELE CANYON RD
SPRING VALLEY, CA 91978-2340

JUDITH A FINKBEINER
3581 WABASH AVE
BUFFALO, NY 14219-2427

JUDITH A GIFFIN TR JUDITH A GIFFIN TRUST # 1 UA 03/09/00
3451 FOXHOLLOW CT
WASHINGTON, MI 48094-1118

JUDITH A NEIDEL & DAVID H NEIDEL JT TEN
PMB 280837
3590 ROUND BOTTOM RD
CINCINNATI, OH 45244-3026

JUDITH A PIETRUSZA
PO BOX 141152
GRAND RAPIDS, MI 49514-1152

JUDITH A POSEY
& ROBERT C POSEY JT TEN TOD LISA A POSEY ROBERT C
POSEY JR
1021 WALBRIDGE DRIVE
EAST LANSING, MI 48823-2181

JUDITH A SLYE
7401 KUHLWEIN RD
GALLOWAY, OH 43119-9367

JUDITH A ZREBIEC & LOTTIE ZREBIEC TR
LOTTIE ZREBIEC LIVING TRUST UA 09/09/03
11023 DALE
WARREN, MI 48089-1004

JUDITH ANN MARTIN CUST TARA LEE MARTIN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1489 APPLEGATE DR
NAPERVILLE, IL 60565-1225

JUDITH ANN MCEWAN & STACI ANN MCEWAN TR
JUDITH ANN MCEWAN TRUST UA 03/04/99
7778 TURRILLIUM LANE
WATERFORD, MI 48327-4347

JUDITH ANN MERCER
5015 139TH PLACE SE
BELLEVUE, WA 98006-3451

JUDITH ANNE HOBBY
13175 150TH N CT
JUPITER, FL 33478-3527

JUDITH B WEINSTOCK & DAVID S WEINSTOCK JT TEN
53 OF GRAND ST #2B
NEW YORK, NY 10002

JUDITH BLANK & FENJA BRODO & RACHEL KATZ TR
REVOCABLE TRUST UA 07/10/85
45 LONE OAK PATH
SMITHTOWN, NY 11787-4289

JUDITH BLANK FENJA BRODO RACHEL KATZ TR
UA 07/10/85 JUDITH BLANK REV LIVING TRUST
UPMINSTER J-3006
DEERFIELD BEACH, FL 33442-2802

JUDITH C JACKSON & JOHN J JACKSON TR
JUDITH C JACKSON REV TRUST UA 8/30/99
131 PROSPECT HILL ST
TAUNTON, MA 02780

JUDITH C ROBISON & CHARLES S ROBISON TR
JUDITH C ROBISON TRUST # 1 UA 11/1/98
R R 2 BOX 69
SCANDIA, KS 66966-9512

JUDITH C SMICICK & ROBERT A SIMCICK TR
JUDITH C SMICICK & ROBERT A SIMCICK REVOCABLE
TRUST 4/13/93
30 ROBIN DR
CAPE MAY CH, NJ 08210-1302

JUDITH D DUGAS
PO BOX 970133
YPSILANTI, MI 48197-0803

JUDITH EBERSOLE
21267 137TH DR
OBRIEN, FL 32071-1947

JUDITH FINKELSTEIN HAMELBURG
2010 RANDOLPH RD
WILMINGTON, NC 28403-5325

JUDITH GOLDSTEIN MONHEIT
3404 OAK CANYON DR
BIRMINGHAM, AL 35243-4809

JUDITH J TAMIR TR
UA 03/06/2008 2008 JUDITH J TAMIR LIVING REVOCABLE
TRUST
2315 MAYS BRIDGE RD
GREER, SC 29651

JUDITH KLEIN
PO BOX 253
ROCKAWAY, NJ 07866-0253

JUDITH L CLEMENCE TR
JUDITH & LELAND CLEMENCE REVOCABLE LIVING TRUST
UA 01/20/99
4128 SCOTT B DR
SAINT CLAIR, MI 48079-3565

JUDITH L HINSON SWANSON TR
UA 04/01/2000 BOBB L HINSON IRREVOCABLE TRUST
28743 ESSEX
ROSEVILLE, MI 48066

JUDITH L SHELLHAAS
& JESSICA L SHELLHAAS & JOHN M SHELLHAAS & JASON M
SHELLHAAS JT TEN
2472 SUMMIT LANE
FRANKFORT, MI 49635

JUDITH M BERG CUST SCOTT ALAN BERG
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
31 BRYAN CT
ALAMO, CA 94507-2873

JUDITH M BORNEMANN
& FREDERICK G BORNEMANN JR & JILLANE M BORNEMANN
JT TEN
62 STERLING POINTE DR
ST CHARLES, MO 63301-7313

JUDITH M THOMAS & THEODORE L THOMAS TR
JUDITH M THOMAS LIVING TRUST UA 8/25/98
50 PARKVIEW RD
ELMSFORD, NY 10523-3807

JUDITH PINS WEINGROD
15 HILDESHEIMER STREET
JERUSALEM
ISRAEL

JUDITH R GETZ CUST ANDREW CHARLES GETZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11701 SPRIGGS WAY
HOUSTON, TX 77024-2615

JUDITH R GETZ CUST MARSHALL JAY GETZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11701 SPRIGGS WAY
HOUSTON, TX 77024-2615

JUDITH SCHEIN
59 OVERLOOK ROAD
LIVINGSTON, NJ 07039-1508

JUDITH SILBERLICHT CUST ANN SILBERLICHT
U/THE PA UNIFORM GIFTS TO MINORS ACT
717 CHESAPEAKE AVE
SILVER SPRING, MD 20910-5207

JUDITH WALTZER CUST PATRICIA J WALTZER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
5662 BEACON ST
PITTSBURGH, PA 15217-2000

JUDITH WISNIEWSKI TR WISNIEWSKI TRUST # 1 UA 06/27/01
4640 FOX POINTE DR
APT 135
BAY CITY, MI 48706-2851

JUDY A PETROSKEY TR
UA 02/12/92 JUDY A PETROSKEY REVOCABLE LIVING TRUST
6520 S WEST-BAY SHORE DR
TRAVERSE CITY, MI 49684-9206

JUDY B MICHELS USUFRUCT JANET L MICHELS
& KATHLEEN E NEWLUND & ROBERT R MICHELS
& ANTOINE D MICHELS NAKED OWNERS
772 PARKS RD
BENTON, LA 71006-9695

JUDY E BOLEY
PO BOX 122149
FORT WORTH, TX 76121-2149

JUDY E MAXWELL & CHARLES R MAXWELL JT TEN
9436 169TH RD
LIVE OAK, FL 32060-6098

JUDY KATZ MALAMED
7951 214TH ST
BAYSIDE, NY 11364-3509

JUDY M LEVENSTEIN
3 UNDERWOOD RD
MONTVILLE, NJ 07045-9651

JUDY TURNEY
12724 104TH AVENUE E CT G102
PUYALLUP, WA 98374-5641

JUDY WEST
BOX 786-311
QUEEN ST E
ST MARYS ON
N4X 1B5 CANADA

JUERGEN LOWSKY
FRANKENSTEINER STR 125A
64297 DARMSTADT
GERMANY

JUERGEN NIESTER
AM EISENBERG 31
D-59581 WARSTEIN
GERMANY

JUERGEN-MI REINKE
1M HERLENSTUECK 1
D-65779 KELKHEIM-RUPPERTSHAIN
GERMANY

JULES H EINFRANK & MRS EVELYN EINFRANK JT TEN
140-11 DEBS PL
BRONX, NY 10475-2546

JULES L COUCHE
65 MILFORD AVE
WHITING, NJ 08759

JULES LEVINE CUST ROBERT LEVINE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
465 WEST END AVE
NEW YORK, NY 10024-4926

JULIA A FRANIAK
ATTN JULIA FRANIAK DAVY
11928 197TH ST
MOKENA, IL 60448-2416

JULIA F OSBORNE & FREDERICK H FELLOWS TR
JULIA ELLEN HOLMES FELLOWS LIVING TRUST UA 02/27/99
1141 TREMONT ST
DUXBURY, MA 02332-4407

JULIA G EGGLESTON
C/O 1528 STATE ROUTE 716
MARIA STEIN, OH 45860

JULIA H BRECKINRIDGE TR
JULIA H BRECKINRIDGE REVOCABLE TRUST UA 05/30/01
325 VISTA CAY DRIVE
HUBERT, NC 28539-3455

JULIA M HOUSWORTH
PO BOX 390154
DELTONA, FL 32739-0154

JULIA T ANDERSON CUST DAVID GENE ANDERSON
U/THE TENN UNIFORM GIFTS TO MINORS ACT
PO BOX 66
RISING FAWN, GA 30738-0066

JULIA T ANDERSON CUST MARGUERITE ELIZABETH ANDERSO
U/THE TENN UNIFORM GIFTS TO MINORS ACT
274 PINE HILL DR SW
MCDONALD, TN 37353-5617

JULIA B WOELFEL TR
UA 6/10/10 JULIAN B WOELFEL AMENDED AND RESTATED
DECLARATION OF TRUST
4345 BROOKIE COURT
COLUMBUS, OH 43214

JULIAN BLISSETT
HOUSE 121 SEASONS VILLAS
1983 HUA MU ROAD
PUDONG
SHANGHAI 201204 CHINA (PEOPLE'S REP)

JULIAN J MONTOYA CUST MICHAEL J MONTOYA
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
10240 BRIAN COURT
WHITTIER, CA 90601-2138

JULIAN J RAYNES CUST RICHARD LOUIS RAYNES
A MINOR UNDER THE LAWS OF GEORGIA
690 MOUNT VERNON HWY NE
ATLANTA, GA 30328-4221

JULIAN M WARTON & ELIZABETH M WARTON TR
WARTON FAMILY TRUST UA 07/19/99
3781 RUTH DRIVE
SALT LAKE CITY, UT 84124-2331

JULIAN P FANKHANEL & SUE A FANKHANEL TR
UA 10/17/07 FANKHANEL FAMILY TRUST
11104 W CINNEBAR AVE
SUN CITY, AZ 85351-4350

JULIE A HEINRICH
180 E PINEVIEW DR
SAGINAW, MI 48609-9420

JULIE A LONG
PO BOX 110634
AURORA, CO 80042-0634

JULIE ANN KLEIN CUST ROBERT JOHN KLEIN UGMA MI
25058 SAINT CHRISTOPHER ST
HARRISON TWP, MI 48045-3721

JULIE ANN SCHEINER
6662 FOREST GLEN AVE
SOLON, OH 44139-4044

JULIE CUTHBERT
C/O LAKES HEATING & A/C
2476 N TURKEYFOOT RD
AKRON, OH 44319-1139

JULIE HOFFHEINS HUGHES
342 W CAMBRIDGE AV
PHOENIX, AZ 85003-1005

JULIE M BODURTHA
4033 133RD COURT W
ROSEMOUNT, MN 55068-3376

JULIE STEIN
GENTZSTR 4 RGB
MUNICH
80796 GERMANY

JULIET BISTANY CUST JAYNE MARIE BISTANY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
1 BROOK ST
METHUEN, MA 01844-5065

JULIET REINBOLD
2701 SW WALNUT
BLUE SPRINGS, MO 64015

JULIUS B BERTONCIN JR & PATRICIA A BERTONCIN TR
UA 10/18/02 JULIUS B BERTONCIN JR & PATRICIA
711 NW 16TH ST
BLUE SPRINGS, MO 64015

JULIUS BOVILL CUST DANIEL IAN BOVILL
A MINOR U/THE CALIF GIFTS OF SECS TO MINORS ACT
2317 CENTURY HILL
LOS ANGELES, CA 90067-3539

JULIUS BOVILL CUST MARJORIE ANN BOVILL
A MINOR U/ CALIF GIFTS OF SEC TO MINORS ACT
2317 CENTURY HILL
LOS ANGELES, CA 90067-3539

JULIUS FELDMAN & HANNAH FELDMAN JT TEN
7150 169TH ST
FLUSHING, NY 11365-3347

JULIUS G BRAUNREUTHER & FERNE E BRAUNREUTHER TR
BRAUNREUTHER FAMILY TRUST UA 10/19/05
4324 W 6TH ST
WEST BRANCH, MI 48661-9653

JULIUS GERSTEIN & HAZEL C GERSTEIN JT TEN
400 E RANDOLPH ST
CHICAGO, IL 60601-7329

JULIUS SHEINBAUM
31 ERICK AVE
HEWLETT BAY, NY 11557-1408

JULIUS SULZMAN & LUCY S SULZMAN TR
THE SULZMAN FAMILY TRUST UA 07/27/93
11B VIA CASTILLA
LALAGUNA WOODS, CA 92653-6643

JULIUS ZANOTELLI & ROSE ZANOTELLI TR
ZANOTELLI LIVING TRUST UA 05/08/00
11 CLEMSON LN
WOODBURY, NY 11797-2205

JUNE B HEINZ
200 SAINT LUCIE LANE #203
COCOA BEACH, FL 32931-3463

JUNE C HOERNER RD # 1 BOX 195
1704 BACHMANVILLE RD
HERSHEY, PA 17033-9755

JUNE C REINHARDT
21 IROQUOIS ST E
MASSAPEQUA, NY 11758-7625

JUNE E STENGLEIN CUST JAMES EVAN STENGLEIN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
832 GRAVEL RD
WEBSTER, NY 14580-1774

JUNE JAFFE CUST MICHAEL JAFFE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
216 MELVILLE DRIVE
NEW WINDSOR, NY 12553-6412

JUNE K JOHNSTON & GORDON E JOHNSTON TR
GORDON E JOHNSTON TRUST UA 07/01/98
208 DEL RIO DR
LADY LAKE, FL 32159-5663

JUNE L KUNTZMAN & DONALD E KUNTZMAN TR
JUNE L KUNTZMAN 1999 REVOC TRUSTUA 09/17/99
72 LAURELTON RD
MOUNT KISCO, NY 10549-4218

JUNE LISBETH RABER
4735 FILER
WATERFORD, MI 48328-2832

JUNE M NICHOLLS ALBERT E NICHOLLS GLEN D NICHOLLS
& SHARON D HUFF JT TEN
38124 WESTVALE DRIVE
ROMULUS, MI 48174

JUNE P KUS
PO BOX 513 808 DUNCAN ST
HUBBELL, MI 49934-0513

JUNE R STEINAWAY
13511 ROSEMARY BLVD
OAK PARK, MI 48237-2094

JUNE S REINWALD
PO BOX 3199
HONOLULU, HI 96801-3199

JUNIOR LEROY CRITTENDEN & ESTHER ARLENE CRITTENDEN
JUNIOR L & ESTHER A CRITTENDEN REV LIVING TRUST UA
11/07/97
5627 SHATTUCK RD
SAGINAW, MI 48603-2860

JUNIOR STEIN
2052 ROBINWOOD AVE
TOLEDO, OH 43620-1528

JUNIUS C HARRIS & PEGGY C HARRIS TR
JUNIUS & PEGGY HARRIS LIVING TRUST UA 04/04/00
706 WIMBERLY DR
GREENSBORO, NC 27410-4313

JUNNE BECKETT TR
UA 09/25/1993 AMENDED 04/03/2007 JUNNE BECKETT
REVOCABLE TRUST
1357 TAFT PLACE #3
HAMILTON, OH 45013

JURG J GYGAX
SUNNEWIESSTRASSE 5
9508 WEINGARTEN-KALTHAUSERN
SWITZERLAND

JUSTIN M WILLIAMS & MARCELLE B WILLIAMS TR
UA 04/05/95 JUSTIN M WILLIAMS & MARCELLE B WILLIAMS
2160 S GAREY AVE
POMONA, CA 91766-5614

JUSTIN S GARCIA & GRACE C GARCIA TR
JUSTIN S GARCIA & GRACE C GARCIA FAM TRUST UA
11/21/94
1622 38TH AVE
SAN FRANCISCO, CA 94122-3002

JUSTINE M HEIN
11093 HOMESHORE DR
PIACKNEY, MI 48169-9562

JUTTA JOERNS
VEREINSSTRASSE 19 D-40789
MONHEIM AMRHEIN
GERMANY

JYOTINDRA S DOSHI
PLOT 1086 16-A AMBE KRUPA
DEVIDAYAL CROSS RD MULUND W
400 080 BOMBAY
INDIA

K ERIC BURK
17918 128TH TRL N
JUPITER, FL 33478-4683

K LAURENCE CHANG & ROSE K CHANG TR
UA 05/20/94 THE CHANG FAMILY REVOCABLE LIVING TRUST
512 DOGWOOD LANE
CHAGRIN FALLS, OH 44023-2528

KAETHE MOLTER
SACHSENWEG 11
55743 IDAR-OBERSTEIN
GERMANY

KAH LOH
3811 155TH AVE SE
BELLEVUE, WA 98006-1753

KANAME J FUJISHIGE CUST PAMELA KAY FUJISHIGE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
266 LAS PALMAS BL
NORTH FORT MYERS, FL 33903-1565

KARA HEIN RUSSEL & KENT D RUSSELL JT TEN
2915 NORTH SECOND STREET
HARRISBURG, PA 17110-1209

KARA K WIDMARK
PO BOX 701488
PLYMOUTH, MI 48170-0965

KARELE MARESH WATTS CUST DAVID MARESH WATTS
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
326 CAPE MAY
CORPUS CHRISTI, TX 78412-2638

KAREN A BARLOW
2537 108TH ST
TOLEDO, OH 43611-2044

KAREN A MATTSON & ROGER A MATTSON TR
KAREN A MATTSON REVOCABLE TRUST UA 01/28/99
1501 CLIF AVE
DULUTH, MN 55811-2724

KAREN B COCKRELL & JOHN L COCKRELL JT TEN
2040 W MAIN ST 210-1883
RAPID CITY, SD 57702

KAREN B JENKINS
123 133RD ST
CHESAPEAKE, WV 25315-1411

KAREN BALLARD NOSBUSCH TOD BRUCE WILLIAM NOSBUSC
RULES
26242 COUNTRY GLEN
LAKE FOREST, CA 92630

KAREN CHRISTINE STEINBERG
BOX 54
EL PRADO, NM 87529-0054

KAREN D STEIN & ROBERT W STEIN III JT TEN
4707 MESA VERDE DR
SAINT CLOUD, FL 34769-1626

KAREN E GLASER
22061 283 AVE
LE CLAIRE, IA 52753-9170

KAREN F DUPELL & DAVID H DUPELL TR
DUPELL FAM REVOCABLE TRUST UA 02/19/99
15 FAIRFIELD DR
CONCORD, NH 03301-5281

KAREN H GOLDSTEIN
7736 CHIPWOOD LN
JACKSONVILLE, FL 32256-2350

KAREN HOLLOPETER YORK CUST JESSE LOUIS YORK
UNDER THE FL GIFTS TO MINORS ACT
12470 WESTHALL PLACE
WEST PALM BEACH, FL 33414-4875

KAREN L EDEMA
5569 136TH AVE
HAMILTON, MI 49419-9665

KAREN L FURNESS & RENEE' SCHUNER TR
UW SHIRLEY SCHUNER FBO REGINA SCHUNER
412 HOWELL PKWY
MEDINA, NY 14103

KAREN L WEISSENSTEIN & STEVEN W BEYERLEIN TR
JOANNE F BEYERLEIN UNIFIED CREDIT TRUST UA 12/23/91
8 RED OAK DRIVE
COLCHESTER, VT 05446-6978

KAREN LOZEN CUST ELIZABETH M LOZEN
UNDER THE MIUNIFOM GIFTS TO MINORS ACT
8190 POTTER RD
FLUSHING, MI 48433-9445

KAREN M LEWIS TR
REVOCABLE LIVING TRUST 08/18/89 U-A KAREN M LEWIS AS
AMENDED
360 NORTH WOOD
ROCHESTER, MI 48307-1542

KAREN S BEESON & MICHEAL N BEESON & MICHAEL S BEESO
KAREN S BEESON REVOCABLE TRUST
15458 NORTH 100 EAST
SUMMITVILLE, IN 46070-9647

KAREN S JOHNSON
8516 196TH ST SW
APT 314
EDMONDS, WA 98026-6320

KAREN SUE BURSTEIN
4506 OAKWOOD
DOWNERS GFOVE, IL 60515-2710

KAREN SUE LAVEIN
ATTN KAREN SUE MALONEY
218 OLD DUBLIN PIKE
DOYLESTOWN, PA 18901-2452

KAREY G SAMSON
3800 115TH LN
NORWALK, IA 50211-9667

KARL A STEIN II
12 BEVERLY PLACE
DAYTON, OH 45419-3401

KARL B BETCHER
2100 135TH AVE
LOT 27
HOPKINS, MI 49328-9792

KARL C REEVES
COMMISSION DEPOSIT ACCOUNT
46 POMONA RD
SUFFERN, NY 10901-1800

KARL COLEMAN
16542 115TH AVE SE
RENTON, WA 98055

KARL E THOMPSON
PO BOX 397763
DALLAS, TX 75339-7763

KARL ELBERT
KARLSBADERSTRASSE 9
D-65474 BISCHOFSHEIM
GERMANY

KARL JACOBS SCHAEFER CUST SHERRY LYNN SCHAEFER
U/THE PA UNIFORM GIFTS TO MINORS ACT
6120 LINCOLN HWY
WRIGHTSVILLE, PA 17368-9339

KARL KAKALEY CUST KRISTOPHER PATRICK KAKALEY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1902 QUEENS RD
CONCORD, CA 94519-1724

KARL MAUER
AM HUMMERTAL 36
D55283 NIERSTEIN
GERMANY

KARL MAUER
AM HUMMERTAL 36
D55283 NIERSTEIN
GERMANY

KARL MAUER
AM HUMMERTAL 36
D55283 NIERSTEIN
GERMANY

KARL N WEINSCHROTT
3338 EDGEWOOD LANE
CENTRALIA, WA 98531-9307

KARL R HEINZE
17 MORNINGSIDE
WEST CHICAGO, IL 60185-2433

KARL S ADAMS CUST KARL H ADAMS
U/THE NEW HAMPSHIRE UNIFORM GIFTS TO MINORS ACT
130 S FRUIT ST
CONCORD, NH 03301-2411

KARL S HORVATH
PO BOX 510690
LIVONIA, MI 48151-6690

KARL SICS
PO BOX 510181
LIVONIA, MI 48151-6181

KARL SLYM
102-19 ITAEWON DONG
YONGSAN KU
SEOUL 140-863
KOREA KOREA (REP)

KARL SLYM
GM DAEWOO AUTO & TECHNOLOGY QUALITY
199-1 CHEONGCHEON DONG BUPYUNG GU
INCHEON
403-714 KOREA (REP)

KARL T STEINER CUST JACQUELINE R ZEHNER UTMA PA
2719 COUNTRY LANE
ERIE, PA 16506-1407

KARL W HEINMOELLER & MRS LILLY HEINMOELLER JT TEN
#B-25
315 KENNELY
SAGINAW, MI 48609-6712

KARL W KLEIN & JOANNE L KLEIN TR
KARL W & JOANNE L KLEIN REV LIV TRUST 02/24/05
DEEP BAY-MOSER BAY D P B
KETCHIKAN, AK 99950

KARL W STEINKAMP & MARIE R STEINKAMP JT TEN
3571 E 59TH ST
CLEVELAND, OH 44105-1249

KARLA JEAN WEINGARTEN
39 LANGSTOON LANE
MEDIA, PA 19063-1150

KARL-HEINZ FRIEDEL
FELDBERGSTR 36
D-65462 GINSHEIM
GUSTAVSBURG
GERMANY

KAROL BATES CUST CHARLES A BATES
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
15919 N BARKERS LANDING RD
HOUSTON, TX 77079-2453

KAROLYN LOBUR CUST MEREDITH K LOBUR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
350 NORTH ST #903
BOSTON, MA 02113-2114

KARON L SMITH
PO BOX 971102
YPSILANTI, MI 48197

KARYN D COPPINGER & CRAIG L KLING TR
KARYN D COPPINGER LIVING TRUST UA 11/07/03
50 ANTELOPE AVE
LARAMIE, WY 82072-9560

KATE S KRUPEN & ROBERTA GOLDBLUM & ELAINE K HAAS TR
KRUPEN RESIDUARY TRUST UA 09/23/96
2317 COUNTRYSIDE DR
SILVER SPRING, MD 20905

KATHALEIN J CHUDZINSKI
1009 SAVAGE
BELLEVILLE, MI 48111-4915

KATHARINE E STANSFIELD TR
UA 4/4/08 KATHARINE E STANSFIELD REVOCABLE TRUST
PO BOX 903
DURHAM, NH 03824

KATHERINE A GRAY & ROBERT F GRAY TR
KATHERINE A GRAY LIVING TRUST UA7/23/98
5790 WORTHINGTON RD
WESTERVILLE, OH 43082-8201

KATHERINE A STEINBACH
2475 BYRON COURT
BROOKFIELD, WI 53045

KATHERINE ANN MYNATT
6635-185 CANYON RUM
SAN DIEGO, CA 92111-7453

KATHERINE DUNN & AGNES DUNN JT TEN
2619 168TH STREET
FLUSHING, NY 11358-1127

KATHERINE E BRENNAN & MAUREEN G TAYLOR & MARSHA B
KATHERINE E BRENNAN INTER-VIVOS
2145 ETHEL AVE
SAGINAW, MI 48603-4014

KATHERINE F NOWAK
941 MERRITT P O BOX 772490
STEAMBOAT SPRINGS, CO 80477-2490

KATHERINE H KREUZER & TIMOTHY M KREUZER TR
UA 06/11/2007 KATHERINE H KREUZER REV TRUST
23124 SNEIL ROAD
COLUMBIA STA, OH 44028

KATHERINE J BEAVER
PO BOX 571988
TARZANA, CA 91357-1988

KATHERINE J LANTZ CUST RICHARD A LANTZ
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
4158 NORTH 89
MILWAUKEE, WI 53222-1725

KATHERINE M REID & WILLIAM RICHARD REID TR
KATHERINE M REID INTER VIVOS TRUST UA 06/18/91
2157 E 26TH PL
TULSA, OK 74114-4216

KATHERINE N STECK TR
KATHERINE N STECK REVOCABLE LIVING TRUST UA
06/11/98
2251 SPRINGPORT ROAD APT 203
JACKSON, MI 49202

KATHERINE R HOLCOMB TR
UA 06/30/2008 KATHERINE RAY HOLCOMB LIVING TRUST
1604 SKI SLOPE DR
AUSTIN, TX 78733

KATHERINE RHODES LLOYD TR
UA 05/11/2007 KATHERINE RHODES LLOYD REVOCABLE
LIVING TRUST
111 WAYFAIR OVERLOOK DRIVE
WOODSTOCK, GA 30188

KATHERINE STEINRAD GOLLIN
C/O KATHERINE MILLER
1700 W BENDER RD APT 241
MILWAUKEE, WI 53209-3844

KATHERINE V BREWER TR
KATHERINE V BREWER REVOCABLE LIVING TRUST UA
2/16/99
1506 WEST BLOCK
EL DORADO, AR 71730-5375

KATHERINE VOSE BIGGERSTAFF TR
KATHERINE V BIGGERSTAFF TRUST UA 12/05/03
5233 MONUMENT AVE
UNIT 2C
RICHMOND, VA 23226-1426

KATHLEEN A PIRONE
24040 129TH CT SE
KENT, WA 98030-5023

KATHLEEN ALLEE REHBEIN
3721 N PROSPECT
SHOREWOOD, WI 53211-2602

KATHLEEN DEMARSICO TR
RICHARD DEMARSICO IRREVOCABLE LIVING TRUST UA
12/31/98
4 BROWNING CT
ROSELAND, NJ 07068-1409

KATHLEEN E AMATO CUST CARRIE PATRICE AMATO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
44714 COUNTRY CLUB DR
EL MACERO, CA 95618-1045

KATHLEEN E AMATO CUST CHARLES P AMATO JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
44714 COUNTRY CLUB DR
EL MACERO, CA 95618-1045

KATHLEEN E AMATO CUST MARY C AMATO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
44714 COUNTRY CLUB DR
EL MACERO, CA 95618-1045

KATHLEEN E DUBS & CHRIS L DUBS & LAUREL J SCRIVANI JT
8951 BONITA BEACH RD #525-247
BONITA SPRINGS, FL 34135-4201

KATHLEEN E DUNLOP
16910 159TH PL SE
RENTON, WA 98058-8678

KATHLEEN E KURILLA TR
KATHLEEN E KURILLA REVOCABLE LIVING TRUST UA
09/24/01
4041 WALDON RD
LAKE ORION, MI 48360-1635

KATHLEEN FULTON COOK & CHARLES R COOK TR
LIV TR 12/21/84 U-A KATHLEEN FULTON
208 PRAIRIE ST
CHARLOTTE, MI 48813-1612

KATHLEEN G GRABO TR
A PHILIP GRABO TRUST KATHLEEN W GOE TRUST UA
01/19/96
5219 CAPE LEYTE DR
SARASOTA, FL 34242-1805

KATHLEEN GERAGHTY
& MARGARET BROZYNA & PATRICIA COTTRELL EX EST
MAURA K TIERNEY
13 JAMES PLACE
METUCHEN, NJ 08840

KATHLEEN GOLDSTEIN
1886 SNOWDEN
MEMPHIS, TN 38107

KATHLEEN HRIT CUST ERICA D STEIN UGMA MI
36107 FERNWOOD ST
WESTLAND, MI 48186-4188

KATHLEEN L MEINARDUS
PO BOX 461
HUTTO, TX 78634-0461

KATHLEEN LAMM
37949 490TH AVE
NEW YORK MILLS, MN 56567-9147

KATHLEEN LANGWIN TR
UA 05/19/2010 SUSAN B SHALLIES IRREVOCABLE
INVESTMENT TRUST
100 MARION ROAD
ROCHESTER, MA 02770

KATHLEEN M ALLISON & MARCENE S CHANCELLOR TR
UA 05/20/88 KATHLEEN M ALLISON TRUST
115 S AVE S
POST, TX 79356-3020

KATHLEEN M GREINER
153 MAYFAIR AV
WEST HEMPSTEAD, NY 11552-1532

KATHLEEN M HOWE
14028 129TH AVE NE
KIRKLAND, WA 98034-1576

KATHLEEN M KOPFENSTEINER
8205 PARK CREST DR
DARIEN, IL 60561

KATHLEEN M KWATER
7543 TRINKLEIN RD
SAGINAW, MI 48609-5357

KATHLEEN M LAWRY
7001 142ND AVE
LOT 218
LARGO, FL 33771-4747

KATHLEEN M SCANLON & JOSEPH H SCANLON JT TEN
PO BOX 242044
ANCHORAGE, AK 99524-2044

KATHLEEN M SERAPHINOFF TR
KATHLEEN M SERAPHINOFF REVOCABLE LIVING TRUST UA
02/20/98
4380 SQUIRREL ROAD
BLOOMFIELD HILLS, MI 48304-3062

KATHLEEN MAY GLIVA
PO BOX 670401
CHUGIAK, AK 99567-0401

KATHLEEN P GARDNER & LARRY G GARDNER JT TEN
4041 KLEIN RD
STOW, OH 44224-3423

KATHLEEN RUSZALA THOMPSON TR
REVOCABLE TRUST UA 09/09/86 KATHLEEN RUSZALA
THOMPSON AS GRANTOR
14298 STONEHOUSE
LIVONIA, MI 48154-4943

KATHLEEN S TORMALA CUST SARAH RUTH TORMALA
UNDER MO TRANSFERS TO MINORS LAW
1007 TIMBERWOOD TRAIL DR
FLORISSANT, MO 63031-7511

KATHLEEN STEINER BRADEN CUST KEARLY S BRADEN UGMA
20 COLONIAL DR
BETHEL, CT 06801-1228

KATHLEEN T MC GUIRE CUST THADDEUS M MC GUIRE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
361 HAWTHORNE LANE NE
WARREN, OH 44484-4627

KATHLEEN T WALKER CUST KATHLEEN RUNETTE WALKER
A MINOR U/THE LAWS OF SOUTH CAROLINA
7731 MODISTO LANE
SPRINGFIELD, VA 22153-3928

KATHLEEN TARLETON ADM EST KATHLEEN GOLDSTEIN
1517 SPRING VALLEY CIRCLE
GRIFFIN, GA 30223

KATHLEEN TARLETON ADM UW KATHLEEN GOLDSTEIN PUR E
1517 SPRING VALLEY CIRCLE
GRIFFIN, GA 30223

KATHLEEN TOMLINSON CUST GEOFFREY ALAN TOMLINSON
UNDER THE FL UNIF TRANSFERS TO MINORSA ACT
713 CENTER ST
CARTHAGE, IL 62321-1117

KATHRYN BRACKEN HALL TR
KATHRYN BRACKEN HALL REVOCABLE TRUST UA 07/13/01
40 FOX HOLLOW ROAD
DOWNINGTOWN, PA 19335-1890

KATHRYN C CROCKETT CUST ARTHUR CROCKETT
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
900 EAST FIFTH AVE
MITCHELL, SD 57301-2812

KATHRYN C HINCHLIFFE
PO BOX 113078
CARROLLTON, TX 75011-3078

KATHRYN E STECKE
UNIVERSITY OF TEXAS AT DALLAS
SOM MS SM30
PO BOX 830688
RICHARDSON, TX 75083-0688

KATHRYN G SATORI CUST KATHRYN A SATORI
U/THE PA UNIFORM GIFTS TO MINORS ACT
ATTN KATHRYN A RIEBER
3 RED HILL COURT
MT LAUREL, NJ 08054-3192

KATHRYN GRAVES ESHLEMAN TR
UA 07/28/76 KATHLEEN GRAVES ESHLEMAN LIVING TRUST
15978 GRANDVIEW AVE
MONTE SERENO, CA 95030-3118

KATHRYN K FLOOD TR UA 05/19/2006 BRUCE P FLOOD JR AND
REVOCABLE LIVING TRUST
949 W HIGHLAND ST
WHITEWATER, WI 53190

KATHRYN L HEINLEN
125 TEAL CIRCLE
OCEAN PINES, MD 21811-1531

KATHRYN M HERBRECHTSMEYER TR
UA 03/31/93 THE KATHRYN M HERBRECHTSMEYER TRUST
#3 SUNSET PLACE
CHARLES CITY, IA 50616-1625

KATHRYN M SANTILLI TR
KATHRYN M SANTILLI REVOCABLE LIVING TRUST UA
09/25/96
1737 SUE ELLEN DRIVE
HAVERTOWN, PA 19083-1227

KATHRYN RENEE BERNSTEIN FROMSON
5118 LANDSDOWNE DR
SOLON, OH 44139-1229

KATHRYN S COLLINS & THOMAS W DEWITT TR
UA 02/28/2008 WILLIAM J DEWITT LIVING TRUST
3662 BLACKFOOT COURT SW
GRANDVILLE, MI 49418

KATHRYN S SCHREINER
2805 MADISON AVE
CLAYMONT, DE 19703-1953

KATHRYN TATARKO
& WILLIAM TATARKO & ROBERT TATARKO & ALEX TATARKO
JT TEN
4616 W 54TH ST
CLEVELAND, OH 44144-3656

KATHRYN TYLER VER HAGEN TR
KATHRYN TYLER VER HAGEN REVOCABLE TRUST UA
10/16/00
22 BROADVIEW FARM ROAD
SAINT LOUIS, MO 63141

KATHY G KLEIN
#8 LAKE-MEADOWS DRIVE
LITTLE ROCK, AR 72206-6060

KATHY G KLEIN & BOBBY G KLEIN JT TEN
#8 LAKE-MEADOWS DR
LITTLE ROCK, AR 72206-6060

KATHY JEAN NELSON CUST ROSS ALEXANDER NELSON
UNDER THE FL GIFTS TO MINORS ACT
3755 52ND AVENUE NORTH
SAINT PETERSBUG, FL 33714-2332

KATHY JO FILE
517 NOTRE DAME CT
CHEYENNE, WY 82009-2608

KATHY NOLAN KEMP
419 HOTTENSTEIN ROAD
KUTZTOWN, PA 19530-9461

KATIE WHITING
RR 1 BOX 203-A
DES ARC, AR 72040-9733

KAZAR KAZARIAN & BERNICE & MARK KAZARIAN TR
KAZARIAN FAMILY TRUST UA 07/28/03
18681 MACARTHUR
REDFORD TWP, MI 48240-1950

KEI KUBO & TAKAKO KUBO JT TEN
15-9-201 SARUGAKUCHO
SHIBUYAKU
TOKYO
150-0033 JAPAN

KEITH A HAZELTINE & DIANE B HAZELTINE TR
UA 4/8/93 KEITH HAZELTINE AND DIANE HAZELTINE FAMILY
TRUST
11910 RAINWOOD CV
SAN ANTONIO, TX 78213

KEITH A REINHART
941 GREENE ROAD 125
PARAGOULD, AR 72450-8177

KEITH ALLAN JEFFERY & STELLA PAULINE JEFFERY TR
JEFFERY REVOCABLE TRUST UA 8/26/97
11441 N 141ST STREET
SCOTTSDALE, AZ 85259-3797

KEITH B BRIGHT & ELEANOR JANE BRIGHT TR
THE BRIGHT FAMILY TRUST 02/23/83
DRAWER V
INDEPENDENCE, CA 93526-0622

KEITH C ROLSTON
4530 300TH ST
SHELDON, IA 51201-8002

KEITH EISENSTEIN CUST ELIZABETH EISENSTEIN
UNDER NY GIFTS TO MINORS ACT
PO BOX 3071
CAMP HILL, PA 17011-3071

KEITH H LUNDBOM
17875 110TH AVE
EVART, MI 49631

KEITH J WALLENTINE TR
KEITH J WALLENTINE FAMILY LIVING TRUST UA 02/07/94
3627 E PALISADE DR
SALT LAKE CITY, UT 84109-2316

KEITH MOSSMAN TR
LOUISE R GILCHRIST CHARITABLE TRU-W LOUISE R
GILCHRIST
C/O MOSSMAN & GROTE
122 E 4TH
VINTON, IA 52349-1757

KEITH N DAVIS & CAROL A DAVIS TR
KEITH & CAROL DAVIS REVOCABLE TRUST UA 05/13/02
2625 SOUTH DEMAREE ST
VISALIA, CA 93277-5824

KEITH R DENNY
POO BOX 980754
HOUSTON, TX 77098-0754

KEITH R LIPSTEIN
86 SUMMIT RD
PT WASHINGTON, NY 11050-3341

KEITH R WEISSENSTEIN CUST STEFAN A WEISSENSTEIN UGM
4607 SHAVANO BIRCH
SAN ANTONIO, TX 78230-5858

KEITH R WINCHELL & MARY L WINCHELL TR
UA 09/12/85 KEITH R WINCHELL & MARY L WINCHELL
12685 SCOTT RD
FREELAND, MI 48623-9532

KEITH ROLFE WEISSENSTEIN
4607 SHAVANO BIRCH
SAN ANTONIO, TX 78230-5858

KEITH W SCHREINER
7825 REDWOOD CT
N RICHLAND HL, TX 76180-3040

KELAN EDWARD ROZANSKI
& SHAWN FRANK ROZANSKI & RONALD EDWARD ROZANSKI
JT TEN
36723 AUDREY ROAD
NEW BALTIMORE, MI 48047-6330

KELLEY A BEAMER
4617 N GANTENBEIN AVE
PORTLAND, OR 97217-2911

KELLIE C REINER
401 STATE STREET
MEDINA, NY 14103-1341

KELLIE FITZGERALD LAURIE LILLA TR
UA 05/31/91 DOROTHY FITZGERALD REV TRUST
2058 PORTER RD
BEAR, DE 19701

KELLY ANN PECHACEK
W11353 620TH AVE
PRESCOTT, WI 54021-7438

KELLY J RHODES TR
AND HER SUCCESSORS IN TRUST UNDER THE KELLY J
RHODES DECLARATION OF
3299 NORTH GRAF RD
CARO, MI 48723-9716

KELLY J WAYNICK
PO BOX 320371
FLINT, MI 48532-0007

KELLY L SCHWEINSBERG
240 PROSPECT PARK W
APT 4R
BROOKLYN, NY 11215-5842

KEN WECKSTEIN
10716 FALLS POINTE DRIVE
GREAT FALLS, VA 22066-1600

KENDRICK SMITH & MRS BERNICE M SMITH TR
KENDRICK SMITH & BERNICE M SMITHUA
8805 FAIRCREST DR
LAS VEGAS, NV 89134-8575

KENG HUA TOH
154 LOR 2 TOA PAYOH
08-618
310154 SINGAPORE

KENMORE D ELBERLING & DORA M ELBERLING TR
UA 02/26/91 KENMORE D ELBERLING AND DORA M
ELBERLING TRUST
6121 DENTON HILL ROAD
FENTON, MI 48430-9475

KENNARD C KOBRIN & NORA C KOBRIN TR
KENNARD C KOBRIN KEOGH PLAN UA 01/01/86
67 N LAKE DR
BARRINGTON, RI 02806-2811

KENNENTH L BAER & MARY C BAER TR
THE KENNENTH L BAER LIVING TRUSTUA 10/04/97
15 SPEER DR
CORNING, NY 14830-3725

KENNETH A DOSS SR
2123 106TH AVE
OAKLAND, CA 94603-4001

KENNETH A HOFFMAN JR CUST KENNETH DOUGLAS HOFFMA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5301 HIGHCASTLE CT
FORT COLLINS, CO 80525-6717

KENNETH A LEECE & CINDY M MEINER JT TEN
1332 DUNDEE DRIVE
WATERFORD, MI 48327-2003

KENNETH A LUTTERMOSER CUST GARY LUTTERMOSER
A MINOR PURS TO SECS 1339 /26 INCL OF THE
1506 COUNTRY DRIVE
MECHANICSBURG, PA 17055-5108

KENNETH A MAGNUS
4520 106TH ST W
BRADENTON, FL 34210-1535

KENNETH A MAGNUS & HELEN M MAGNUS JT TEN
4520 106TH ST W
BRADENTON, FL 34210-1535

KENNETH A PARR JR & SUSAN E PARR TR
KENNETH A PARR JR FAMILY TRUST UA 9/26/00
PO BOX 72
CRESTLINE, OH 44827-0072

KENNETH B ALLEN & DELCIE M ALLEN TR
KENNETH B & DELCIE M ALLEN FAMILY TRUST UA 01/05/05
1532 WILLIAMSBURG LANE
FRANKLIN, IN 46131-1951

KENNETH B HALL
50602 221 STREET
COUNCIL BLUFFS, IA 51503-6496

KENNETH B KNUDSEN
8413 168TH LN NW
ANOKA, MN 55303-3433

KENNETH B MC LEAN & MRS ILENE MC LEAN JT TEN
3131 148 AVE SE
WHEATLAND, ND 58079-9797

KENNETH C ARMSTRONG & CLEDA M ARMSTRONG TR
ARMSTRONG FAM LIVING TRUST UA 06/28/99
3557 HUNT RD
LAPEER, MI 48446-2955

KENNETH C FRANZEL & GRACE FRANZEL TR
KENNETH C FRANZEL REVOCABLE LIVING TRUST UA 1/6/99
17975 COUNTY RD #338
BUENA VISTA, CO 81211

KENNETH C GRANT CUST JOEL WILLIAM GRANT
A MINOR UNDER GIFTS OF SEC TO MINORS ACT
262 SINGINGWOOD LN
BREA, CA 92821-4353

KENNETH C HANEY & MARJORIE K HANEY TR
UA 05/21/91 THE HANEY REV TR FBOKENNETH C HANEY &
2762 HEREFORD ROAD
MELBOURNE, FL 32935-2411

KENNETH C LEWIS
137405 W EVANS RD
PROSSER, WA 99350-8746

KENNETH C O'BRIEN & JOAN A O'BRIEN TR
KENNETH C O'BRIEN REVOCABLE LIVING TRUST UA 09/15/03
31029 WELLSTON DR
WARREN, MI 48093-1754

KENNETH C THORNTON
& MILDRED THORNTON & K THORNTON JR & GAIL
THORNTON &
155 GLENCROSS AVE
HAMILTON, OH 45013

KENNETH COHEN
PO BOX 740184
BOYNTON BEACH, FL 33474-0184

KENNETH D BENZIE TR
UA 07/01/1996 KENNETH D BENZIE REVOCABLE LIVING
TRUST
N836 HAMILTON LAKE RD
VULCAN, MI 49892

KENNETH D JAMES & DAVID JAMES TR
KENNETH D JAMES REVOCABLE LIVING TRUST UA 10/23/93
326 SW HEMLOCK ST
DUNDEE, OR 97115-9525

KENNETH E CHRISMAN
1275 138TH AVE
WAYLAND, MI 49348-9553

KENNETH E MERTENS & JANET K MERTENS TR
KENNETH E & JANET K MERTENS LIVING TRUST UA 07/25/00
17644 E KIRKWOOD DR
CLINTON TOWNSHIP, MI 48038-1209

KENNETH E NELSON & JOANN L NELSON TR
NELSON FAMILY LIVING TRUST UA 10/10/01
22604 BERTRAM DRIVE
NOVI, MI 48374-3738

KENNETH E OZIMEK
383 WAVERLY DR
MUNDELEIN, IL 60060-3387

KENNETH E REINHARDT
611 S MAIN ST
DAVISON, MI 48423-1813

KENNETH EDWARD & DONA JEAN POST JT TEN
8833 112TH AVE
WEST OLIVE, MI 49460-9680

KENNETH EUGENE LIDDICOAT TR
REVOCABLE TRUST 10/03/91 U-A KENNETH EUGENE
LIDDICOAT
56 CORONADO AVE
LOS ALTOS, CA 94022-2219

KENNETH F BELL & VIOLET LOUISE BELL TR
UA 02/24/88 KENNETH F BELL & VIOLET LOUISE BELL
2015 BCH DR SE
ST PETERSBURG, FL 33705-2839

KENNETH F KLINDTWORTH CUST CARITA MARIE KLINDTWOR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
340 SAWKILL RD
MILFORD, PA 18337-7002

KENNETH F KLINDTWORTH CUST KENNETH MARK KLINDTWO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
606 MONMOUTH AVE
SPRING LAKE HEIGHT, NJ 07762-2037

KENNETH F KLINDTWORTH CUST KERRY MEAGHAN KLINDTW
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3617 CAMINITO CARMEL LNDG
SAN DIEGO, CA 92130-2508

KENNETH F MURRAH WILLIAM FREDERICK WYLLIE & FRANK (
SUSAN H &
BOX 1328
WINTER PARK, FL 32790-1328

KENNETH F PAWLOWSKI
THE TOWERS #507 1150 TARPON
CENTER DRIVE
VENICE, FL 34285

KENNETH F SAVELA & MARIANNE T SAVELA TR
KENNETH F SAVELA TRUST UA 07/18/97
805 SW MARSH HARBOR BAY
PORT ST LUCIE, FL 34986-3440

KENNETH G BAMRICK SR CUST KENNETH G BAMRICK JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21 DORA AVE
WALDWICK, NJ 07463-2004

KENNETH G KAZANIS CUST ALEXANDER K KAZANIS
A MINOR UNDER THE LAWS OF GA
24284 WOODHAM RD
NOVI, MI 48374-2863

KENNETH G SWANSON & MARYJEAN SWANSON TR
KENNETH G & MARYJEAN SWANSON REVOCABLE LIVING
TRUST UA 8/4/04
3736 E QUENTON DR
MESA, AZ 85215-1109

KENNETH H BRUNNER CUST KENNETH H BRUNNER JR
UNDER THECONNECTICUT U-G-M-A
181 SLEEPY HOLLOW FARM RD
WARWICK, RI 02886-0403

KENNETH H ROPER & MARY A ROPER TR
UA 01/20/94 KENNETH H ROPER & MARY A ROPER TRUST
7400 CRESTWAY APT 1117
SAN ANTONIO, TX 78239-3096

KENNETH IDE & SANDRA IDE JT TEN
A-4443 145TH AVE
HOLLAND, MI 49423

KENNETH J DAVALL CUST EVERETT DAVALL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
C/O AGNEW P O BOX 516
LINDSAY, CA 93247

KENNETH J HILTENBRAND & VERA JOAN HILTENBRAND TR
HILTENBRAND REVOCABLE TRUST UA 11/1/93
181 W 113TH CT SO
JENKS, OK 74037-3211

KENNETH J KINTZ ANN F KINTZ TR
KENNETH J & ANN F KINTZ FAMILY TRUST UA 03/28/97
221 BOONE HOLLOW DR
WENTZVILLE, MO 63385-4470

KENNETH J OUTLAND CUST JAMES K OUTLAND
UNDER THE MISSOURI UNIF GIFTS TO MINORS LAW
2901 SOUTHWOOD RD
BIRMINGHAM, AL 35223-1232

KENNETH J ROBBE & CYNTHIA A ROBBE TR
KENNETH J ROBBE & CYNTHIA A ROBBE FAMILY TRUST UA
07/19/05
3148 MIDDLELAKE DRIVE
HASTINGS, MI 49058-7409

KENNETH J WILLIAMS & MARIE H WILLIAMS TR
THE WILLIAMS FAM LIVING TRUST UA04/03/96
10621 FAIRFIELD ST
WESTCHESTER, IL 60154-5105

KENNETH JAY KAYE CUST MITCHELL CRAIG KAYE
U/THE PA UNIFORM GIFTS TO MINORS ACT
9290 E THOMPSON PEAK PKWY 470
SCOTTSDALE, AZ 85255-4518

KENNETH L BENJAMIN & HELEN L BENJAMIN TR
UA 12/9/91 KENNETH L BENJAMIN & HELEN L
511 E JEFFERSON ST
DIMONDALE, MI 48821-9623

KENNETH L CUTTERIDGE & ARLENE G CUTTERIDGE TR
KENNETH L CUTTERIDGE & ARLENE G CUTTERIDGE TRUST
UA 06/19/96
2835 HILLTOP DR
PARMA, OH 44134-5238

KENNETH L LOVE CUST KATHY LEE LOVE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5067 MARSHALL ROAD
DAYTON, OH 45429-5853

KENNETH L ROLL & VICKIE R ROLL TR
UA 01/09/07 KENNETH & VICKIE ROLL REVOCABLE
914 SAND CREEK COURT
MARTINSVILLE, IN 46151

KENNETH L RUSSELL & MILDRED B RUSSELL TR
UNDER REVOCABLE INTERVIVOS TRUST01/01/86
6720 SAN MIGUEL AVE
LEMON GROVE, CA 91945-1327

KENNETH L SCHWEINSBERG
1079 RONALD ST
FLINT, MI 48507-3308

KENNETH L STEINER & JO ANN STEINER JT TEN
4747 SPRING CREEK DR
HOWELL, MI 48843

KENNETH L VAN RIPER & BEVERLY M VAN RIPER TR
KENNETH L & BEVERLY M VAN RIPER TRUST UA 06/21/96
10932 BROADBENT RD
LANSING, MI 48917-8819

KENNETH LA VALLE CUST JAMES PATRICK LA VALLE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3432 FEDERAL AVE
LOS ANGELES, CA 90066-2031

KENNETH LOCKWOOD
13616 192ND AVE NW
ELK RIVER, MN 55330-1105

KENNETH LYNDON MATTISON
E 1360 1260TH AVE
BOYCEVILLE, WI 54725-9416

KENNETH M MCCORMICK
3573 104TH AVE
ALLEGAN, MI 49010-9147

KENNETH MAC QUEEN
PO BOX 33
TERRE HAUTE, IN 47808-0033

KENNETH MARTIN & MARGUERITE MARTIN TR
KENNETH & MARGUERITE MARTIN REV TRUST
2999 BRIDLEWOOD DR
CAMERON PARK, CA 95762-6237

KENNETH O SMITH & JUNE H SMITH TR
KENNETH O SMITH LIVING TRUST UA 05/30/01
133 BLENHEIM RD
COLUMBUS, OH 43214-3229

KENNETH PARTINGTON & JEAN PARTINGTON TR
PARTINGTON FAM TRUST UA 04/27/01
5800 FOREST HILLS BLVD APT C
303
COLUMBUS, OH 43231-6916

KENNETH PAUL FIELDS
3966 REINWOOD DR
DAYTON, OH 45414-2448

KENNETH R BERENTSEN & WILLA M BERENTSEN TR
BERENTSEN FAMILY TRUST UA 01/26/98
3440 LAKE SHARES RD
MANISTEE, MI 49660

KENNETH R BERNSTEIN
11615 NE 21ST DR
NORTH MIAMI, FL 33181-3209

KENNETH R JAYNE & GISELA H JAYNE TR
KENNETH R JAYNE REVOCABLE TRUST UA 12/10/93
2720 BAGLEY DRIVE WEST
KOKOMO, IN 46902-3229

KENNETH R MCNEFF & PATRICIA A MCNEFF TR
UA 06/10/94 THE MCNEFF REV JOINTLIV TR
2707 EAST CENTERTON RD
MOORESVILLE, IN 46158-6887

KENNETH R MOORE TR
UA 06/19/2006 KENNETH R MOORE REVOCABLE LIVING
TRUST
9459 S NICHOLS RD
GAINES, MI 48436

KENNETH R PUTNAM & EDYTHE M PUTNAM TR
KENNETH R & EDYTHE M PUTNAM REVOCABLE
6512 WATERFORD HIILL TERRACE
CLARKSTON, MI 48346-3382

KENNETH R WEEK
4081 224TH LN SE
ISSAQUAH, WA 98029-5250

KENNETH SEARS
PO BOX 201129
FERNDALE, MI 48220-9139

KENNETH T MALEWITZ & ANN M MALEWITZ TR
KENNETH T M & ANN M MALEWITZ TRUST UA 05/04/04
1553 GARFIELD
MARNE, MI 49435-9624

KENNETH T PERONA CUST NICHOLAS ANTHONY ANTON
UNDER THE FLORIDA GIFTS TO MINORS ACT
8592 LONESOME PINE TRAIL
FORT PIERCE, FL 34945-3107

KENNETH THOMAS WILSON & GAIL BOONE WILSON TR
WILSON FAM TRUST UA 05/06/98
13664 NORTHWOOD ROAD
NOVELTY, OH 44072-9796

KENNETH V BONE & FRANCES J BONE TR
BONE REVOCABLE LIVING TRUST 06/07/89
618 ENCINO COURT
ARCADIA, CA 91006-4450

KENNETH W FOSTER
& SHARON K FOSTER & TAMARA D FOSTER & SCOTT D
FOSTER JT TEN
161 BELMONT AVE
SMYRNA, DE 19977-1704

KENNETH YOUNG & JOLAN YOUNG JT TEN
2420 186TH PL
LANSING, IL 60438-4114

KENRICK A BRAMWELL
PO BOX 710113
LAGUARDIA STATION
FLUSHING, NY 11371-0113

KENTON W STEINKE
2425 PERRY RD
BELLBROOK, OH 45305-8907

KERMIT D HUMPHREY & LOIS ANN HUMPHREY TR
KERMIT D HUMPHREY & LOIS ANN HUMPHREY JOINT TRUST
UA 10/29/82
360 NEFF RD
GROSSE POINTE, MI 48230-1645

KERWIN F MANUEL & BARBARA L MANUEL JT TEN
28631 224TH PL SE
MAPLE VALLEY, WA 98038-3329

KEVIN A KLEIN-GELTINK
204 MYERS RD
CAMBRIDGE ON
N1R 7H1 CANADA

KEVIN H JAMES & INEZ P JAMES JT TEN
10422 153RD CRT N
PO BOX 1509
JUPITER, FL 33468

KEVIN HEIN
C/O JAMES HEIN
507 WHITTIER ST
WESTBURY, NY 11590-4433

KEVIN J REIN
606 CLEVELAND ST
WATERTOWN, WI 53098

KEVIN M DOWNIE
50905 155TH AVENUE
PINE ISLAND, MN 55963

KEVIN M DOWNIE
50905 155TH AVENUE
PINE ISLAND, MN 55963

KEVIN MITCHELL WHITE CUST JUSTIN JAMES WHITE
UNDER THE IL UNIF TRNSFR TO MIN ACT
23745 SANCTUARY CLUB DR
KILDEER, IL 60047-8627

KEVIN N STUCKE
8726 STAR ROUTE 119
MARIA STEIN, OH 45860

KEVIN P STEIN
4257 ALLEGHENY DR
TROY, MI 48085-3668

KEVIN R SCHMIDT
4932 135TH PL
CRESTWOOD, IL 60445-1758

KIM J GRINSTEINNER
902 OLANTA PLACE
HAZEN, ND 58545-4900

KIM M BOWREN
10910 230TH AVE
BIG RAPIDS, MI 49307-9435

KIM PETERSEN
117 19 150 AVE
SO OZONE PK QUEENS, NY 11420-4020

KIMBERLY A REINBOLD
PO BOX 311
OAK GROVE, MO 64075-0311

KIMBERLY A REINBOLD & GAIUS REINBOLD JT TEN
PO BOX 311
OAK GROVE, MO 64075-0311

KIMBERLY ERDWEIN CUST ERIC ERDWEIN JR UTMA NJ
1271 ELK RD
MONROEVILLE, NJ 08343

KIMBERLY M KORY & STEVEN M KORY TR
KIMBERLY M KORY LIVING TRUST UA 02/03/95
1121 RUSTIC RIDGE DRIVE
JOPLIN, MO 64804-3677

KINGSLAND HOBEIN
14425 AUGUSTA RD
ORLANDO, FL 32826

KINGSLEY C LANGTRY
1107-120 GRANT CARMAN DRIVE
NEPEAN ONTARIO ON
K2E 1C8 CANADA

KINGSLEY NZEADIBE CUST UGOCHUKWU KINGSLEY NZEADIE
UNDER LA UNIFORM TRANSFERS TO MI NORS ACT
10503 PAVONIA DR
HOUSTON, TX 77095-5428

KINSTON WALTER R SABISTON TR
HEAD & NECK PHYSICIANS & SURGEONS PROFIT SHARING
PLAN & TRUST 04/01/77
1550 ROBERTS RD
NEWPORT, NC 28570

KIPP A REINHARDT
3447 NORTHWOOD
COLUMBIAVILLE, MI 48421-8926

KIRK ASHCRAFT CUST KARL GEORGE ASHCRAFT
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3030 6TH ST
BOULDER, CO 80304-2506

KIRRA M CRUISE-STREAT
PO BOX 682221
FRANKLIN, TN 37068-2221

KIRSTEN JOHANSEN IN TRUST TR
REVOCABLE TRUST 02/08/84 U-A EGAR JOHANSEN &
KIRSTEN JOHANSEN
1278 LOYOLA DR
SANTA CLARA, CA 95051-3951

KIYOSHI TAKAHARA
11625404 SAIDO KOUNAN KU
YOKOHAMA
233008 JAPAN

KJELL AC BERGSTROEM
CARLANDERSPLATSEN 6
GOTEBORG
SE
41255 SWEDEN

KLAUS D KIRSTEIN
10303 BURNT STORE RD UNIT 130
PUNTA GORDA, FL 33950-7980

KLAUS H NEUMANN MD TR
KLAUS H NEUMANN MD INC FIXED COST PENSION PLAN
9/1/72
19205 PEARL RD APT 319
CLEVELAND, OH 44136-6905

KNIGHTS OF COLUMBUS MOUNT EVERETT COUNCIL # 513
PO BOX 513
GREAT BARRINGTON, MA 01230-0513

KOK-WAH TAN
59 SOO CHOW WAY
SINAPORE
575340 SINGAPORE

KRISHNA KUMAR DAS & NARENDRA KHARIWALA TR
UA 06/18/93 MANISHA KHARIWALA IRREVOCABLE TRUST
3136 GLENGROVE DR
ROCHESTER, MI 48309-2735

KRISHNA KUMAR DAS & NARENDRA KHARIWALA TR
UA 06/18/93 SAMIR KHARIWALA IRREVOCABLE TRUST
6620 MINNOW POND
W BLOOMFIELD, MI 48322-2659

KRISTEN SCHEPP
11821 128TH AVE NW
MINOT, ND 58703

KRISTIN THEIN LINEBACK
BOX 169
BELGRADE, MT 59714-0169

KRISTIN ZILBERSTEIN CUST DANIELLE ZILBERSTEIN UGMA TX
2798 RED WING CIRCLE
COSTA MESA, CA 92626

KRISTINA J LOFTE
24514 118TH ST
TREVOR, WI 53179-9245

KRISTOFER P YOUNG & TORI C JANAYA TR
UA 12/05/1971 MARY KRATKA CALDWELL TRUST
407 DEL NORTE RD
OJAI, CA 93023

KUANG YU CHANG CUST MICHAEL T CHANG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2153 HILLSTONE DR
SAN JOSE, CA 95138-2412

KUM S MOHR
15508 207 TH PLACE SE
RENTON, WA 98059-9029

KURT BERGMANN CUST MARK BERGMANN
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF
N Y
19374 OSSENFORT CT
GLENCOE, MO 63038-1163

KURT E GERHARDSTEIN
2158 BIRCH TRACE
YOUNGSTOWN, OH 44515-4907

KURT F REINWAND
PO BOX 32291
JUNEAU, AK 99803-2291

KURT KLEINMANN
48 EDGEWOOD ROAD
OSSINING, NY 10562-2710

KURT LAWRENCE FEINBERG
135 GRANT DR N
KINGSTOWN, RI 02852-3600

KURT R KLUENDER
PO BOX 081403
RACINE, WI 53408-1331

KURT W LANGBEIN
1645 BELLE AVE
FLINT, MI 48506-3378

KWABENA O SARPONG
PO BOX 740056
HOUSTON, TX 77274-0056

KYLE B THORN
PO BOX 831846
RICHARDSON, TX 75083-1846

KYRUS B FRAMES
PO BOX 567542
ATLANTA, GA 31156-7542

KYRYCZENKO
232 MONTCLAIR ROAD SO
BARNEGAT, NJ 08005-2613

L A WINSLADE
APT 2240 1245 CHEMIN STE-FOY
1 PARC SAMUEL-HOLLAND QC
G1S 4P2 CANADA

L CHRISTOPHER LUND CUST STEPHANIE LUND
UNDER THE OHIO TRANSFERS TO MINORS ACT
4736 FAY DR
SOUTH EUCUID, OH 44121-3884

L EVELYN CARPENTER
& SHIRLEY I BOILORE & MARION C CARYL & PAMELA J
WATHEN &
6911 N SPRINGRIDGE RD
WEST BLOOMFIELD, MI 48322-3938

L FRANKLIN STEINLE
6205 STATE HWY 16 S
JOURDANTON, TX 78026-9601

L JOHN MORTON & MAE S MORTON JT TEN
1319 GLICKSTEIN CT
NEPTUNE BEACH, FL 32266-1504

L L DAVIS
PO BOX 228 11346 SR 771
LEESBURG, OH 45135

L MARIE WINEBRENNER TR
UA 05/05/2003 L MARIE WINEBREENER REVOCABLE LIVING
TRUST
PO BOX 80
205 BAUM ST
AVILLA, IN 46710

LA VONNE M REINHARDT
2517 KATE ST
WATERLOO, IA 50701

LABEL DULITZ CUST ELCHANAN ISRAEL DULITZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
785 WASHBURN ST
TEANECK, NJ 07666-2245

LABELLE FROYD
918 136TH LANE NE
HAM LAKE, MN 55304

LADDIE A VETROVEC & EVELYN T VETROVEC TR
LADDIE A VETROVEC & EVELYN VETROVEC REV TRUST UA
4/26/01
116 ARLINGTON AVE
NAPERVILLE, IL 60565-6360

LALITKUMAR PAI
128 MAPLE B PRESTIGE GREENWOODS
NAGAVARAPALYA
560093 BANGALORE KARNATAKA
INDIA

LAMONA JENKINS
2815 136 PL SE
BOTHELL, WA 98012-5609

LANCELOT BELL & HARRIET L BELL TR
FAMILY LIVING TRUST 10/09/92 U-ALANCELOT BELL &
HARRIET BELL
5712 BROOKBANK RD
DOWNERS GROVE, IL 60516-1359

LANCER R WEINRICH JR
1605 GAGE DR
MIDDLETOWN, OH 45042-2801

LANDON PALMER CUST RICHARD LAFAYETTE PALMER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5553 LAWNSBERRY DR
FORT WORTH, TX 76137-4390

LANNY D HUSEBO TR UA 03/18/1993 JEAN T HUSEBO FAMILY T
UNDER JEAN T HUSEBO LIVING TRUST
33845 OVERTON DR
LEESBURG, FL 34788

LAPEAR W NEAL
PO BOX 431213
PONTIAC, MI 48343-1213

LARISSA M SHEPARD
& CECILY SHEPARD BREIT & MARK NICHOLAS SHEPARD JT
TEN
44 SIENA DRIVE
LAGUNA NIGUEL, CA 92677-8634

LARRY A GARFINKEL & JOANN GARFINKEL TR
UA 11/07/2007 LARRY A GARFINKEL &
1785 BREAKERS POINTE WAY
WEST PALM BCH, FL 33411

LARRY A HALL
PO BOX 451169
ATLANTA, GA 31145-9169

LARRY A HEINLY
839 SUNSET AVE
VENICE, CA 90291-2769

LARRY A HILL
ATTN ROSEMARY HILL
PO BOX 214140
AUBURN HILLS, MI 48321-4140

LARRY A KAUFFMAN & SANDRA D KAUFFMAN TR
KAUFFMAN LIVING TRUST UA 01/16/98
620 E 90TH TERR
KANSAS CITY, MO 64131-2918

LARRY C POTTS & PATRICIA A POTTS TR
LARRY C & PATRICIA A POTTS REVOCABLE LIV TRUST UA
1/14/05
7410 W WILSON RD
MONTROSE, MI 48457-9171

LARRY CARDONICK CUST JENNIFER CARDONICK
U/THE PA UNIFORM GIFTS TO MINORS ACT
106 SANDRINGHAM RD
CHERRY HILL, NJ 08003-1533

LARRY D LEINONEN
4240 HADLEY ROAD
METAMORA, MI 48455-9635

LARRY D SMITH
1000 FREEDON TRAIL
PO BOX 291924
KERRVILLE, TX 78029-1924

LARRY E MC CORD & GLORIA A MC CORD TR
LARRY E MC CORD & GLORIA A MC CORD TRUST UA
09/26/94
6403 W 100TH NORTH
NEW CASTLE, IN 47362

LARRY EDELSTEIN & ESTHER C EDELSTEIN JT TEN
610 SCHOOL LANE
WALLINGFORD, PA 19086-6902

LARRY ELFORD
214 905 1ST AVE S
SUITE 312
LETHBRIDGE AB
T1J 4P6 CANADA

LARRY F BOWMAN & LINDA A BOWMAN TR
UA 12/12/07 HARDWORKER REVOCABLE TRUST
19003 N HAWTHORN DR
SURPRISE, AZ 85387

LARRY F FRUECHTE CUST MATTHEW A FRUECHTE
UNDER THE MO TRANSFERS TO MINORS LAW
201 BOURDELAIS
SWANSEA, IL 62226-1073

LARRY F POPPLEWELL
18035 120TH ST SE
BIG LAKE, MN 55309-4865

LARRY G MEINKE
31213 ST MARGARET
SAINT CLAIR SHORES, MI 48082-1202

LARRY GOLDSTEIN
270 WOODFIELD RD
WESTWOOD, NJ 07675-4846

LARRY J WHITCOMB TR WHITCOMB FAMILY TRUST UA 07/24/9
A-4752 142ND AVE
HOLLAND, MI 49423-9518

LARRY L DAUBY & LYDIA S DAUBY TR
LARRY L DAUBY & LYDIA S DAUBY REV LIVING TRUST UA
08/17/05
14501 SHADY VALLEY DR
EVANSVILLE, IN 47725-9052

LARRY L WAYMAN & ANNETTA M WAYMAN JT TEN
15430 128TH AVE
INDIANOLA, IA 50125-8626

LARRY LAMBERT CUST DAVID LAMBERT
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
427 S MOLINE
AURORA, CO 80012-2233

LARRY M BELL & PATSY A BELL TR
UA DTD 03/29/1983 LARRY M BELL REVOCABLE LIVING
8051 VICTORIA FALLS CIRCLE
SARASOTA, FL 34243

LARRY N KEMPHER & LORETTA G KEMPHER TR
UA 05/03/2007 LARRY & LORETTA KEMPHER REVOCABLE
20386 GIBRALTAR RD
TRENTON, MI 48183

LARRY O KLEIN
31053 GROVE
FRASER, MI 48026

LARRY P CHARNESKI & MARLENE CHARNESKI TR
CHARNESKI LIVING TRUST UA 01/19/06
3324 E 15TH AVE
SPOKANE, WA 99223-3603

LARRY R HARTLEY CUST CINDY SUE HARTLEY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
5021 COWELL BLVD
DAVIS, CA 95616-4406

LARRY R HARTLEY CUST JULIE ANN HARTLEY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
5021 COWELL BLVD
DAVIS, CA 95616-4406

LARRY R SHAVER & CAROL A SHAVER TR
LARRY R SHAVER LIVING TRUST UA 07/14/05
274 E LIVINGSTON RD
HIGHLAND, MI 48356-3100

LARRY S GREER & CAROL A GREER JT TEN
LARRY S GREER
5501 192ND AVE E
LAKE TAPPS, WA 98391

LARRY T FINKBEINER & NANCY FINKBEINER JT TEN
1540 WETTERS RD
KAWKAWLIN, MI 48631-9428

LARRY T MATTHEWS & NANCY H MATTHEWS TR
THE MATTHEWS JOINT LIVING TRUST UA 04/30/96
1404 BENT TWIG CT
MYRTLE BEACH, SC 29579-6524

LARRY V ODER & SUSAN M ODER JT TEN
14200 188TH PL NE
WOODINVILLE, WA 98072-9345

LARRY V YOUNGER
PO BOX 690517
ORLANDO, FL 32869-0517

LARRY WEINER CUST TODD WEINER UGMA KAN
11201 MEADOW
LEAWOOD, KS 66211-3077

LARRY ZIMMERMAN CUST HELAYNE ZIMMERMAN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
73450 COUNTRY CLUB DR
SPC 249
PALM DESERT, CA 92260-8616

LARRY ZIMMERMAN CUST TERRY ZIMMERMAN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
73450 COUNTRY CLUB DR
SPC 249
PALM DESERT, CA 92260-8616

LASSITER THOMPSON TR LASSITER THOMPSON 2ND UA 01/0
LASSITER THOMPSON AS DONOR
7304 GOOD SAMARITAN CT #BDG3-5
EL PASO, TX 79912-1602

LATASHIA CRITINA SATTERFIELD
715 BERRYMANS LN
REISTERSTOWN, MD 21136-6006

LATHA H SEMONES CUST CHARLES ROY SEMONES
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
4616 TIMBER RIDGE DR
MONTCLAIR, VA 22026-1057

LAU SEI KEUNG ATTNTRIANGLE MOTORS LTD
12/F UNION PARK CENTRE
771-775 NATHAN RD
KOWLOON HONG KONG
JAPAN

LAURA A HEIN
5859 MURFIELD DR
ROCHESTER HILLS, MI 48306-2362

LAURA D KOEHLER TR
GEORGE E KOEHLER & LAURA D KOEHLER LIVING TRUST
UA 06/12/96
1633 CLEVELAND AVE
WYOMISSING, PA 19610-2309

LAURA E IRWIN & DIANE E RUFFINO TR
IRWIN FAMILY TESTAMENTARY TRUST UA 06/24/01
626 EAGLE PKWY
BROWNSBURG, IN 46112-9780

LAURA E WIEDEBUSCH TR
LAURA E WIEDEBUSCH REVOCABLE LIVING TRUST UA
11/11/96
2155 WHITETAIL DR
CADILLAC, MI 49601

LAURA ELIZABETH WILDERMAN
1319 BLEISTEIN AVE
CODY, WY 82414-3708

LAURA J BRAMMERLO TR
ALLEN A BRAMMERLO DECLARATION OF TRUST UA 10/26/93
605 BUSH STREET
DEKALLB, IL 60115-4031

LAURA KAY RIVISTO
7340 165TH ST E
PRIOR LAKE, MN 55372-9316

LAURA KIRSCH
ATTN LAURA SAFERSTEIN
90 ROSE AVE
WOODCLIFF LAKE, NJ 07677-7952

LAURA L CHERNOFF CUST HAROLD K CHERNOFF
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
13930 KENNARD DR
GLENELG, MD 21737-9752

LAURA SHEEDY
23711 513TH AVE
AUSTIN, MN 55912

LAURA STACEY GILLMAN C/O THE GILLMAN COM
PO BOX 744905
HOUSTON, TX 77274-4905

LAURA T ATKINSON CUST WILLIAM T ATKINSON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3743 DOROTHY LANE
WATERFORD, MI 48329-1110

LAURE A BERINSTEIN CUST GABRIELA BERINSTEIN UTMA MA
55 CHAPIN RD
NEWTON, MA 02459-1806

LAUREL M MCCARTHY
1376 150TH ST
DUNDEE, IA 52038

LAUREN B GIBEAULT
PO BOX 366572
BONITA SPRINGS, FL 34136-6572

LAUREN CALRK BRAXTON & JOHN MARSHALL BRAXTON TR
UW J MARSHALL BRAXTON TRUST A
PO BOX 722185
HOUSTON, TX 77272-2185

LAUREN H HOBEIN TR
UA 08/26/98 DOROTHY Y HOBEIN TRUST FBO DANIEL G HOBEIN
759 SNELSON ROAD
MARSHALL, NC 28753

LAUREN H HOBEIN TR
UA 09/14/2009 LAUREN H HOBEIN REVOCABLE LIVING TRUST
759 SNELSON ROAD
MARSHALL, NC 28753

LAUREN KAY BAUER & LUCILLE E SCHULZ JT TEN
5322 134TH AVE SE
BELLEVUE, WA 98006-4236

LAUREN ROTHSTEIN
733 NORTH KINGS ROAD APT 212
LOS ANGELES, CA 90069

LAURENCE F WHITE TR
LUCY M WHITE REVOCABLE TRUST MARITAL SHARE A UA 7/7/93
346 MEDINA DR
SAINT LOUIS, MO 63122-1426

LAURENCE G BEAUVAIS III
& ELLEN B TODD EXECUTORS OF ESTATE OF EFFIE L BEAUVAIS
2424 WESTGATE
HOUSTON, TX 77019-6608

LAURENCE GANS & HELENE C GANS TR
LAURENCE GANS LIVING TRUST UA 12/26/97
16864 RIVER BIRCH CIRCLE
DELRAY BEACH, FL 33445-7055

LAURENCE H GARASCIA SR TR
UA 04/08/2009 LAURENCE H GARASCIA SR REVOCABLE LIVING TRUST
34322 JEFFERSON
HARRISON TWP, MI 48045

LAURENCE J SCHMIT & ELIZABETH E SCHMIT TR
SCHMIT FAM LIVING TRUST UA 11/21/95
16255 N ASPEN DR
FOUNTAIN HILLS, AZ 85268-1417

LAURENCE L ANDERSON & LOIS L ANDERSON TR
THE LAURENCE & LOIS ANDERSON LIV TR UA
10205 HAWTHORNE RD
FORISTELL, MO 63348-2410

LAURENCE MISCALL JR & FRANCES KAY MISCALL TR
MISCALL FAMILY TRUST UA 05/13/01
3634 GENISTA PL
FALLBROOK, CA 92028-8142

LAURETTA WARSHAUER CUST JANE WARSHAUER
U/THE N J UNIFORM GIFTS TO MINORS ACT
160 LAKE HILLS RD
PINEHURST, NC 28374-9628

LAURIE BERINSTEIN CUST SOFIA BERINSTEIN UTMA MA
55 CHAPIN ROAD
NEWTON, MA 02459-1806

LAURIE C FEINBERG
P O BOX 827
PLATTSBURGH, NY 12901

LAURIE R APPLEGATE SR CUST SCOTT H APPLEGATE
U/THE N J UNIFORM GIFTS TO MINORS ACT
432 EDKEN AVE
TOMS RIVER, NJ 08753-5535

LAURIE SUE STEINBERG MILLER
55 WOODMONT DRIVE
RANDOLPH, NJ 07869-3739

LAVERNE C MAZZILLI TR
DONALD A MAZZILLI AND LAVERNE C MAZZILLI TRUST A UA 1/23/87
2530 DOUGLAS ROAD
STOCKTON, CA 95207-3337

LAVERNE C MAZZILLI TR
DONALD A MAZZILLI AND LAVERNE C MAZZILLI TRUST B UA 1/23/87
2530 DOUGLAS ROAD
STOCKTON, CA 95207-3337

LAVON E STAAB
& LEISA A STEELE & MICHAEL E STAAB & EDWARD M STAAB JT TEN
1660 DARRAH AVE
SIMI VALLEY, CA 93063-3312

LAWRENCE A GOLDSTEIN
PO BOX 80555
PHOENIX, AZ 85060-0555

LAWRENCE A HUMPHREY & IRENE HUMPHREY TR
UA HUMPHREY FAMILY TRUST 08/29/90
17650 DEVONSHIRE ST
NORTHRIDGE, CA 91325-1445

LAWRENCE A HUMPHREY & IRENE HUMPHREY TR
UA HUMPHREY FAMILY TRUST 08/29/91
17650 DEVONSHIRE ST
NORTHRIDGE, CA 91325-1445

LAWRENCE B OPPENHEIMER CUST ELIZABETH ANN OPPENH
UNDER THE FLORIDA GIFTS TO MINORS ACT
55 FAIRLAWN DR
BUFFALO, NY 14226-3421

LAWRENCE BONI CUST DANIEL BONI
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
421 E MADISON ST
VILLA PARK, IL 60181-3069

LAWRENCE C WHIFFEN & KATHRYN E WHIFFEN TR
UA 11/28/2006 WHIFFEN REVOCABLE LIVING TRUST
8205 W HONEY CREEK PKWY
MILWAUKEE, WI 53214

LAWRENCE D BURGER & MURIEL M BURGER TR
LAWRENCE D & MURIEL M BURGER 1997 REV TRUST UA
10/07/97
11020 LOUISE AVENUE
GRANADA HILLS, CA 91344-4811

LAWRENCE D JACKSON EX EST ARTHUR D JACKSON
313 OTTERBEIN AVENUE
DAYTON, OH 45406-4556

LAWRENCE E ARNOLD JR
& STACY SUE BILLINGSLEY & LORI ANN WILLIAMS JT TEN
1035 N PORTLAND ARCH RD
COVINGTON, IN 47932-8068

LAWRENCE E HILL CUST PAUL S HILL
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
16319 HAZY PINES CT
HOUSTON, TX 77059-5576

LAWRENCE E HILL CUST SCOTT D HILL
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
16319 HAZY PINES CT
HOUSTON, TX 77059-5576

LAWRENCE E INGALL TR
LAWRENCE E INGALL & ELEANOR G INGALL FAM TRUST UA
09/27/94
860 SE CENTRAL PKWY
APT 211
STUART, FL 34994

LAWRENCE E LINDELL & SHIRLEY L LINDELL TR
LAWRENCE E LINDELL REVOCABLE TRUST UA 7/03/98
316 POLLARD ST
CADILLAC, MI 49601-2434

LAWRENCE E TAVERNIER & KAREN A TAVERNIER TR
TAVERNIER FAMILY TRUST UA 03/10/05
125 VINEWOOD
WYANDOTTE, MI 48192-5108

LAWRENCE E THATCHER & WINSTON L THATCHER TR
VERNELL M THATCHER TR 301 12/21/59
582 LAND RUSH DR
MIDVALE, UT 84047-4649

LAWRENCE E WEINREIS
902 TAHQUAMENON BLVD
NEWBERRY, MI 49868

LAWRENCE EDWARD HUGHES CUST DAVID JAMES HUGHES
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1037 BRENTFORD
COLUMBUS, OH 43220-5005

LAWRENCE F RENO & LOUISE G RENO TR
UA 01/29/93 LAWRENCE F RENO & LOUISE G RENO REV TR
46405 OAKLAWN ST
# 1
MACOMB, MI 48042-5345

LAWRENCE G BRADEN & SHARON R BRADEN TR
BRADEN REVOCABLE LIVING TRUST UA 10/27/04
10132 WEST MONTANA AVE
WEST ALLIS, WI 53227-3357

LAWRENCE G JACOBSEN & JENNIE C JACOBSEN TR
UA JACOBSEN FAMILY TRUST 01/04/90
8134 BANNER
TAYLOR, MI 48180-2128

LAWRENCE G REYNOLDS & KAREN P REYNOLDS TR
REYNOLDS FAMILY INVESTMENT TRUST UA 07/27/00
19 DRIFTWOOD RD
HAMPTON, NH 03842-1907

LAWRENCE H KLEIN
1328 DERMOND RD
DREXEL HILL, PA 19026-4904

LAWRENCE H ROLLER & SUZANNE W ROLLER TR
LAWRENCE H ROLLER REVOCABLE TRUST UA 03/09/94
94 651 KAUAKAPUU LOOP
MILILANI TOWN, HI 96789

LAWRENCE HEINBACH
680 FOX HOLLOW DR
YARDLEY, PA 19067

LAWRENCE J ALBAND & REGINA C ALBAND TR
UA ALBAND FAMILY LIVING TRUST 10/15/91
11043 WEDGEMERE DRIVE
TRINITY, FL 34655-7117

LAWRENCE J DION CUST JAMES M DION
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1307 EDINGTON ST
PORTAGE, MI 49024-2605

LAWRENCE J DUPUIS JR & MARIE F DUPUIS TR
LAWRENCE J DUPUIS & MARIE F DUPUIS TRUST UA 09/26/95
1817 CHALLENGER AVE
DAVENPORT, FL 33837-6412

LAWRENCE J HEIN
367 N PETERS AVENUE
FOND DU LAC, WI 54935-2046

LAWRENCE J KIERSTEIN
13620 IRVINGTON DRIVE
WARREN, MI 48088-4318

LAWRENCE J MC DONOUGH
PO BOX 550462
SOUTH LAKE TAHOE, CA 96155-0008

LAWRENCE J MISITA
CRESTWOOD VILLAGE II
11 A VERBENA COURT
WHITING, NJ 08759-2917

LAWRENCE J MLYNEK & ELAINE L MLYNEK TR
UA 10/23/92 THE MLYNEK REVOCABLE TRUST
804 FAIRWAY DR
LAS VEGAS, NV 89107-2013

LAWRENCE K KIERNAN
36436 REINA PLACE
NEWARK, CA 94560-2517

LAWRENCE K OSEI
PO BOX 540971
GRAND PRAIRIE, TX 75054-0971

LAWRENCE KITCHUCK TR
& CAROL KITCHUCK TR UA 07/24/07 KITCHUCK FAMILY
TRUST
812 PIACENZA STREET
LIVERMORE, CA 94551

LAWRENCE L BRUNI
& MIRIAM A BRUNI JT TEN TOD DAVID J BRUNI SUBJECT TO
STA TOD RULES
96 ELEANOR DRIVE
KENDALL PARK, NJ 08824

LAWRENCE LEVINE CUST DEBRA K LEVINE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4 EQUESTRIAN COURT
UPPER BROOKVILLE, NY 11545-2638

LAWRENCE LIFSON CUST ALAN LIFSON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9 REGINA RD
FARMINGDALE, NY 11735-4420

LAWRENCE M WELLS
PO BOX 311021
FLINT, MI 48531-1021

LAWRENCE M WOOD CUST ROBERT M WOOD
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
2399 YARROW STREET
LAKEWOOD, CO 80215-1920

LAWRENCE MILLER & SUSAN MILLER JT TEN
8704 245TH AVE
SALEM, WI 53168-9085

LAWRENCE O STULTS & SHIRLEY A STULTS TR
LAWRENCE & SHIRLEY A STULTS LIVING TRUST UA 10/04/93
19412-48 WEST APT 209
LYNNWOOD, WA 98036

LAWRENCE P REINARDY
1961 KIRKLAND CT
WIXOM, MI 48393-1633

LAWRENCE PEYSER CUST MARC DAVID PEYSER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1048 NEWFIELD AVENUE
STAMFORD, CT 06905-2522

LAWRENCE R GORETSKI
7300 WEINGARTZ
CENTER LINE, MI 48015-1463

LAWRENCE R GORETSKI & LORRAINE D GORETSKI JT TEN
7300 WEINGARTZ
CENTERLINE, MI 48015-1463

LAWRENCE R HALVERSON & MRS MILDRED A HALVERSON JT
E5365 750TH AVE
MENOMONIE, WI 54751-5905

LAWRENCE R LOCHER
PO BOX 510296
LIVONIA, MI 48151-6296

LAWRENCE R TRUMPORE CUST KEVIN E TRUMPORE
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 421
HOPE, NJ 07844-0421

LAWRENCE R WILLIAMS
PO BOX 700614
SAINT CLOUD, FL 34770-0614

LAWRENCE RICHARD PARSONS JR CUST JULIA BYNUM PARS
U/THE NORTH CAROLINA UNIFORM GIFTS TO MINORS ACT
3213 RUFFIN ST
RALEIGH, NC 27607-4023

LAWRENCE RICHARD ZASTROW
PO BOX 220544
CHARLOTTE, NC 28222-0544

LAWRENCE ROTHMAN CUST CARL ROTHMAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1545 CARROLL ST
BROOKLYN, NY 11213-5329

LAWRENCE S BARRETT & MARY B BARRETT TR
UA 12/10/90 LAWRENCE S BARRETT &MARY B BARRETT
TRUST
78-6965 MAMALAHOA HWY
HOLUALOA, HI 96725-9741

LAWRENCE S YELLIN CUST SUSAN YELLIN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
303 LAWNDALE
AURORA, IL 60506-3132

LAWRENCE W WEBB & FRANCINE B WEBB TR
UA 04/21/1999 LAWRENCE WEBB & FRANCINE B WEBB
14827 94TH AVE
FLORISSANT, MO 63034-3125

LAWSON P CALHOUN JR CUST DANIEL CLAY CALHOUN
A MINOR UNDER LAWS OF GEORGIA
1281 SWIMS VALLEY DR
ATLANTA, GA 30327-3809

LAZAR COHN CUST BRUCE WARREN COHN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3 LONDEL CT
EAST NORTHPORT, NY 11731-5730

LAZAR EINHORN
1071 49TH ST
BROOKLYN, NY 11219-2928

LAZAR HIRSCHEL & MRS MINNA ALTE KLEIN JT TEN
3400 FT INDEPENDENCE ST
BRONX, NY 10463-4523

LEAH DUNAIEF CUST JOSHUA LAWRENCE DUNAIEF
U/THE N Y UNIFORM GIFTS TO MINORS ACT
BOX 2842
SETAUKET, NY 11733-0864

LEAH J MAINZER CUST STEPHEN L MAINZER
A MINOR U/SEC 2918-D 55 SUPPLEMENT TO THE GENERAL
137 GOWER RD
NEW CANAAN, CT 06840-6631

LEANNE M STEIN CUST ZACHARY M STEIN UTMA OH
12320 KILE RD
CHARDON, OH 44024-9596

LEASHA F PITTS
PO BOX 277662
SACRAMENTO, CA 95827

LEATHA GREEN
P O BOX 971126
YPSILANTI, MI 48197

LEE A FOREMAN CUST GREGG A FOREMAN
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
2913 SPRING ST
PT TOWNSEND, WA 98368-5917

LEE ANN SCHIEFELBEIN
C/O TINA GEORGEOU
63 CANNON RD
WILTON, CT 06897-2619

LEE B BRAWNER CUST ALLEN LEE BRAWNER
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1909 NW 160TH PL
EDMOND, OK 73013-1433

LEE C GIPSON
PO BOX 289101
CHICAGO, IL 60628-9101

LEE DIESING & SHARLA DIESING TR
UA 07/31/2006 DIESING FAMILY LIVING TRUST
57435 AMVETS DRIVE
NEW HAVEN, MI 48048

LEE EISENSTEIN CUST MELANIE EISENSTEIN UGMA NY
267 ROLLING HILL GREEN
STATEN ISLAND, NY 10312-1818

LEE EISENSTEIN CUST SAMANTHA EISENSTEIN UGMA NY
267 ROLLING HILL GREEN
STATEN ISLAND, NY 10312-1818

LEE ELLEN KUCERA
ACCOUNT 1
985 BALBOA AVE
LAGUNA BEACH, CA 92651-3837

LEE F KLEIN
4271 BEACH RIDGE ROAD
NORTH TONAWANDA, NY 14120-9575

LEE G WEINBERG
34 BROOKSIDE RD
WEST ORANGE, NJ 07052-4844

LEE H SCHLESINGER CUST LEE C SCHLESINGER II
A MINOR UNDER THE LA GIFTS TO MINORS ACT
6133 PERRIER ST
NEW ORLEANS, LA 70118-5942

LEE KAUFMAN JR CUST MARTHA STERN KAUFMAN
UNDER THEMISSOURI UNIFORM GIFTS TO MINORS LAW
8921 MOYDALGAN RD
ST LOUIS, MO 63124-1845

LEE LICHTENSTEIN
1288 STURLANE PL
HEWLETT, NY 11557-1206

LEE M MORRIS
PO BOX 441226
FT WASHINGTON, MD 20749-1226

LEE M SHEPHERD & ANNA SHEPHERD TR
LEE M & ANNA SHEPHERD REV LIVING TRUST UA 09/08/93
20091 ROCKYCREST CT
CLINTON TOWNSHIP, MI 48038-4945

LEE M SHEPHERD & ANNA SHEPHERD TR
UA 09/08/93 THE LEE M SHEPHERD &ANNA SHEPHERD
20091 ROCKYCREST CT
CLINTON TOWNSHIP, MI 48038-4945

LEE MURRAY STEINBERG
3916 HIGHLAND AVENUE
ARLINGTON HEIGHTS, IL 60004-7919

LEE R WAITES & HELEN H WANG JT TEN
765 CHANGHUA ROAD
NO3-23E
SHANGHAI
200060 CHINA (PEOPLE'S REP)

LEE S ELLSWORTH & WINIFRED B ELLSWORTH TR
LEE S ELLSWORTH & WINIFRED B ELLSWORTH REVOCABLE
1101 JUNIPER STREET #904
ATLANTA, GA 30309-7662

LEEMAN H JOHNSON & EDNA M JOHNSON TR
LEEMAN H JOHNSON & EDNA M JOHNSON LIVING TRUST UA
4/15/03
194 HEADLEY ROAD
WASHINGTON, PA 15301-6424

LEFTER K VASSIL
& MS RAY P VASSIL TEN ENT TOD THEODORE VASSIL
SUBJECTO TO STA TOD
1104 CEDAR GROVE RD
KNOXVILLE, TN 37923-2013

LEGARE H T ROBERTSON TR
LEGARE H T ROBERTSON REVOCABLE TRUST UA 5/25/94
1155 OVERBROOK RD
PETERSBURG, VA 23805-1975

LEIGH J YARBROUGH & EDWIN S YARBROUGH III TR
UA 12/12/2007 LEIGH J YARBROUGH REVOCABLE TRUST
12 CHANCERY PLACE
DURHAM, NC 27707

LEIGH THURSTON MYERS CUST ELIZABETH LEIGH MYERS
UNDER NC UNFI TRANSFERS TO MINORS ACT
100 BRANDON PLACE
WINSTON SALEM, NC 27104-1806

LEISA V HEINRICH
PO BOX 426
DALEVILLE, AL 36322

LEIZER HEIMLICH CUST DAVE HEIMLICH
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4619-12TH AVE
BROOKLYN, NY 11219-2513

LELAND R SRIGLEY CUST KENNETH L SRIGLEY
A MINOR U/THE LAWS OF THE STATE OF MICH
2500 13TH AVE
VERO BEACH, FL 32960-5036

LENA BIZJAK CUST LEWIS ALAN BIZJAK
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF N Y
153-12 78TH AVE
FLUSHING, NY 11367-3439

LENA BIZJAK CUST LOIS ANN BIZJAK
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NEW
153-12 78TH AVE
FLUSHING, NY 11367-3439

LENIS LEE TERRY
3905 100TH ST
LUBBOCK, TX 79423-5715

LENORA A BILBREY
3027 STATE ROUTE 132 100
AMELIA, OH 45102-2400

LENORE A ENGEBRETSEN TR UA 08/16/2001 BRUNO F ENGEB
& LENORE A ENGEBRETSEN REVOCABLE TRUST
691 WESTMERE RD
DES PLAINES, IL 60016

LENORE H EISENSTEIN
23545 RIBALTA
MISSION VIEJO, CA 92692-1833

LEO A GOLD CUST ROBERT LAWRENCE GOLD
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1219 VIA YOLO
CATHEDRAL CTY, CA 92234-4367

LEO A WIRTHMAN JR CUST JOSEPH ALLEN WIRTHMAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
10123 ALSPACH RD
CANAL WINCHESTER, OH 43110-9515

LEO B OSIP & DOROTHY B OSIP TR
LEO B & DOROTHY B OSIP REV LIVING TRUST UA 12/12/02
34415 SPRING VALLEY DR
WESTLAND, MI 48185-1453

LEO F DALCONZO & ANNE L DALCONZO TR
UA 11/03/93 THE LEO F DALCONZO TRUST
12 BRIGHAM ROAD
BERLIN, MA 01503-1620

LEO F WEINZIERL
1709 LAWRENCE ROAD
MAYVILLE, MI 48744-9604

LEO GOLDBERG CUST BONNIE GOLDBERG
A MINOR PURS TO SECS 1339 /26 INCL OF REV CODE OHIO
2539 CEDARWOOD RD
CLEVELAND, OH 44124-4246

LEO GOLDBERG CUST ROBERT GOLDBERG
A MINOR PURS TO SECT 1339 /26 INCL REV CODE OF OHIO
5200 RIVER TRAIL
LYNDHURST, OH 44124

LEO J GEHRIG & MARILLYN M GEHRIG TR
LEO J GEHRIG LIVING TRUST UA 07/19/96
5919 CENTERVILLE RD
APT 330
SAINT PAUL, MN 55127-6832

LEO J HEINEN
PO BOX 14
DAKOTA, IL 61018-0014

LEO J MCMANUS & MAXINE O MCMANUS TR
LEO J & MAXINE O MCMANUS TRUST UA 08/26/04
4412 MORRISH RD
SWARTZ CREEK, MI 48473-1323

LEO J RUFFINI & COLLEEN RUFFINI TR
LEO J RUFFINI & COLLEEN RUFFINI TRUST UA 12/20/00
3921 WILSHIRE DR
SARASOTA, FL 34238-2566

LEO J SAYLES TR
LEO J SAYLES & SHIRLEY K SAYLES REVOCABLE TRUST UA
08/13/04
296 COUNTY RD 281 BOX 5
SULLIVAN, OH 44880-9740

LEO KUNIGK
RUA OSSIAN TERCEIRO TELLES 445
SAO PAULO
SP CEP
04649-000 BRAZIL

LEO L KLEIN
1637 N SLOCUM RD
RAVENNA, MI 49451-9554

LEO M PANKOK CUST MARYBETH PANKOK
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
69 S LOCUST AVE
ELSINBORO, NJ 08079-9622

LEO M PANKOK CUST MICHAEL LEO PANKOK
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
15 WATER ST
PENNSVILLE, NJ 08070-1407

LEO MAZOWAY CUST LAWRENCE L MAZOWAY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 517
YORK, ME 03909-0517

LEO MAZOWAY CUST MICHAEL C MAZOWAY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
128 CASTERBRIDGE LANE
BALDWINSVILLE, NY 13027-1064

LEO P VERDICK CUST STEVEN MARK VERDICK
U/THE CAL UNIFORM GIFTS TO MINORS ACT
575 N LILLIAN WAY
LOS ANGELES, CA 90004-1105

LEO PRATT CUST MICHAEL L PRATT
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10500 N W 71ST PLACE
TAMARAC, FL 33321-2210

LEO STEIN & JOHANNA STEIN JT TEN
9917 WOODSON DR
OVERLAND PARK, KS 66207-2803

LEO TORPEY JR & LUCILLE A TORPEY TR
UA 09/21/93 THE LEO TORPEY JR & LUCILLE A TORPEY LIV
PO BOX 201
SWARTZ CREEK, MI 48473-0201

LEOLA WALKER
PO BOX 361030
GROSSE POINTE, MI 48236-5030

LEON C STEINOCHER
PO BOX 523
HALLETTSVILLE, TX 77964-0523

LEON DAVIS
6357 OTTERBEIN-ITHACARD
ARCANUM, OH 45304

LEON E ECKSTEIN
20186 HIGHWAY 167
DRY PRONG, LA 71423-3420

LEON E PIFER & VIRGINIA L PIFER TR
UA 3/28/2006 LEON E PIFER & VIRGINIA L PIFER
3032 E FRANCES RD
CLIO, MI 48420

LEON LICHTENSTEIN
1288 STURLAND PL
HEWLETT, NY 11557-1206

LEON N BRANTON CUST LANCE A BRANTON
U/THE PA UNIFORM GIFTS TO MINORS ACT
4932 ORCHARD RD
SCHENECKSVILLE, PA 18078-2554

LEON O CHOWNING
309 160TH TER
REDINGTON BCH, FL 33708-1649

LEON SILVERMAN CUST JEFFREY ALAN SILVERMAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
7932 ARCADIA AVE
MORTON GROVE, IL 60053-1615

LEON SLATIN & BETTY ANN SLATIN TR
UA 02/22/91 THE LEON & BETTY ANN SLATIN TRUST
4005 OAKRIDGE A
DEERFIELD BEACH, FL 33442-1955

LEON SLUPSKI CUST HOWARD ALLEN SLUPSKI
U/THE N J UNIFORM GIFTS TO MINORS ACT
147 LINCOLN AVE
ELIZABETH, NJ 07208-1726

LEON STEPHENS
PO BOX 401595
REDFORD, MI 48240-9595

LEON T TAYLOR
PO BOX 832075
STONE MTN, GA 30083-0035

LEON WALTER CUST BRENDA SUE WALTER
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
W6578 COUNTY RD A
ELKHORN, WI 53121-2860

LEONA A SCHULTE TR
UA 09/01/2006 LEONA A SCHULTE REVOCABLE LIVING
TRUST
2708 GOLF COURSE RD
VICTORIA, KS 67671

LEONA M KEENAN TR
THOMAS L KEENAN & LEONA M KEENAN INTERVIVOS TRUST
UA 09/26/91
100 HICKSON DR
MERRILL, MI 48637-9759

LEONA SCHWEDER TR REVOCABLE LIVING TRUST OF EDWAF
LEONA SCHWEDER UA 5/4/94
PO BOX 225
WASHINGTON, MI 48094-0225

LEONARD APT
PO BOX 491664
LOS ANGELES, CA 90049-8664

LEONARD B JASINSKI & PHYLLIS JASINSKI TR
LEONARD B JASINSKI & PHYLLIS JASINSKI LVG TRUST UA
6/8/99
1405 W HENRY COURT
FLUSHING, MI 48433-1586

LEONARD BARON CUST SANDY BARON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10605 GLASS TUMBLER PATH
COLUMBIA, MD 21044-4144

LEONARD C CHAMBERS
29465 STEINHAUER ST
INKSTER, MI 48141-1042

LEONARD C LINDGREN TR
LEONARD C LINDGREN REVOCABLE LIVING TRUST UA
12/05/00
1182 BALTUSTROL RUN
AVON, IN 46123-7078

LEONARD DAVIDSON CUST RONALD E DAVIDSON
U/THE CAL UNIFORM GIFTS TO MINORS ACT
521 MONTANA 207
SANTA MONICA, CA 90403-1316

LEONARD E GEIVETT CUST DENNIS CRAIG GEIVETT
U/THE MO UNIFORM GIFTS TO MINORS ACT
215 CEDAR TREE LN
BALLWIN, MO 63011-3872

LEONARD E THOMAS CUST SCOTT ROBERT THOMAS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4021 RISEDORPH ST
BURTON, MI 48509-1039

LEONARD EINHORN CUST GARY EINHORN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
5440 NESTLE AVE
TARZANA, CA 91356-3615

LEONARD EVANS CUST CAITLIN M EVANS UTMA WA
1522 223RD PL NE
SAMMAMISH, WA 98074-4163

LEONARD EVANS CUST RYAN T EVANS UTMA WA
1522 223RD PL NE
SAMMAMISH, WA 98074-4163

LEONARD EVANS CUST TYLER C EVANS UTMA WA
1522 223RD PL NE
SAMMAMISH, WA 98074-4163

LEONARD F DAVIDSON CUST RONALD DAVIDSON
A MINOR PURS TO SECTIONS 1339 /26 INCL OF THE
73444 IRONWOOD ST
PALM DESERT, CA 92260-5593

LEONARD H WACHSMUTH & MARILYN H WACHSMUTH TR
LEONARD H WACHSMUTH & MARILYN H WACHSMUTH
3803 FOX HUNT WAY
GRAYSLAKE, IL 60030-9360

LEONARD J BARTON & HILLERY M BARTON TR
FAMILY REVOCABLE TRUST 05/08/92 U-A LEONARD J
BARTON
3625 - 29 VISTA OCEANA
OCEANSIDE, CA 92057

LEONARD J BROZAK & NANCY KLEIN TR LEONARD J BROZAK
85 KARRAT DR
ROCHESTER, NY 14622-2100

LEONARD J GRIFFIN & MARGARET M GRIFFIN TR
UA 11/06/92 THE LEONARD JOSEPH GRIFFIN
476 E TWINSBURG ROAD
NORTHFIELD, OH 44067-2852

LEONARD J KRAKOWSKI OR DOROTHY L KRAKOWSKI TR
KRAKOWSKI FAM REVOCABLE LIVING TRUST UA 12/02/97
29468 LANSING DRIVE
WESTLAKE, OH 44145-5241

LEONARD K BERG & ESTELLE Y BERG TR
ESTELLE & LEONARD BERG TRUST 2 UA 11/20/92
64 SAN MARINO CIR
RANCHO MIRAGE, CA 92270-1959

LEONARD K VANTASSEL & KATHLEEN A VANTASSEL TR
LEONARD K VANTASSEL LIV TRUST UA 12/11/00
125 KEARNEY AVE
LIVERPOOL, NY 13088-6637

LEONARD L JAMESON
PO BOX 850086
YUKON, OK 73085-0086

LEONARD L THORNELL & GERALDINE S THORNELL TR
THORNELL FAM TRUST UA 08/10/99
10308 HOMESTEAD RD
BEULAH, MI 49617-9769

LEONARD M CARDIFF & LORETTA J CARDIFF TR
CARDIFF LIVING TRUST UA 11/04/96
1389 BRIARGROVE WAY
OLDSMAR, FL 34677-5122

LEONARD M SACKS & NORMA I SACKS TR
UA 09/08/93 LEONARD M SACKS & NORMA I SACKS LIVING
TRUST
10801 LINDLEY AVE
# 208
GRANADA HILLS, CA 91344-4441

LEONARD M WILLAN OR MARION S WILLAN TR
UA 01/17/91 LEONARD M WILLAN & MARION S
965 SOUTH ROBIN LANE
MESA, AZ 85204-4717

LEONARD Q FORMAN CUST EDDY FORMAN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
10617 OAKLYN DR
POTOMAC, MD 20854-3902

LEONARD R THOMAS CUST DOUGLAS EVAN THOMAS
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
45 WALDEMAR AVE
BOSTON, MA 02128-1035

LEONARD RAMINSKI & BARBARA RAMINSKI TR
THE LEONARD RAMINSKI & BARBARA RAMINSKI DECL
11104 KAREN DR
ORLAND PARK, IL 60462

LEONARD REINHARDT & MARY ANN REINHARDT JT TEN
47 DAVID DR
AUGUSTA, NJ 07822

LEONARD SCHAER & ELEANORE SCHAER TR
U/DECL OF TR WITH LEONARD SCHAER& ELEANORE
107 POST RD
ALAMO, CA 94507-2619

LEONARD STEINBERG CUST ALAN STEINBERG
U/THE FLORIDA GIFTS TO MINORS ACT
1411 SOUTHWEST 82ND COURT
MIAMI, FL 33144-5245

LEONARD STEINBERG CUST SUSAN STEINBERG
U/THE FLORIDA GIFTS TO MINORS ACT
10820 EDINBURGH ST
HOLLYWOOD, FL 33026-4719

LEONARD W WEINBERGER
121 W WALNUT ST
LONG BEACH, NY 11561-3315

LEONARD WIDRY CUST FELICA C WIDRY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9139 CHRYSANTHEMUM DRIVE
BOYNTON BEACH, FL 33437-1236

LEONARDA KARPINSKI CUST JOSEPH KARPINSKI
U/THE N J UNIFORM GIFTS TO MINORS ACT
853 SALEM RD
UNION, NJ 07083-7572

LEONIE T GAFNEY CUST SHEILA MARIE GAFNEY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
10475 MCWAIN RD
GRAND BLANC, MI 48439-8321

LEOTTA
38 WOODLAND CIR
MANALAPAN, NJ 07726-3204

LEROY A CLINE & EDYTHE A CLINE TR
CLINE FAM REVOCABLE LIVING TRUSTUA 08/22/96
21251 NAUMANN AVE
EUCLID, OH 44123-3001

LEROY A WILSON JR TOD LEROY ALFRED WILSON
& NANCY W BEST & DONNA F WILSON
3757 S 2000 EAST
SALT LAKE CITY, UT 84109-3347

LEROY D NEWCOMER & LAFAYE NEWCOMER TR
NEWCOMER LIVING TRUST UA 10/14/03
13736 W 115TH TER
OLATHE, KS 66062-7874

LEROY E SIZEMORE JR & PATRECIA C SIZEMORE TR
UA 10/10/00 LEROY E SIZEMORE JR FAMILY
1713 KNUPKE STREET
SANDUSKY, OH 44870-4394

LEROY FRANK HEINTSCHEL
1001 WRIGHT BLVD
BAYTOWN, TX 77520-5837

LEROY IMBER CUST MITCHELL E IMBER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2078 BLANCHE LN
MERRICK, NY 11566-5503

LEROY J YOUNG & LOIS J YOUNG TR
LEROY J & LOIS J YOUNG FAM TRUST UA 11/30/83
2445 VISTA LAGUNA TER
PASADENA, CA 91103-1022

LEROY P BUCKEL & HELEN E BUCKEL TR
UA 03/16/93 LEROY P BUCKEL & HELEN E BUCKEL REV TR
9551 OLD HWY 70
MINOCQUA, WI 54548-9004

LEROY V ANDERLE & CHARLENE M ANDERLE TR
UA 10/22/92 THE ANDERLE FAMILY REVOCABLE TRUST
268 COGNEWAUGH RD
COS COB, CT 06807-1307

LEROY W MITCHELL CUST VICKI LYNN MITCHELL
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
107 KINGSBRIDGE RD
REHOBOTH BCH, DE 19971-1426

LESA SNIDER
4512 GREENFILED HIGHWAY 54
DRESDEN, TN 38225

LESLEE ANN HERZSTEIN
3637 SANTIAGO
SAN MATEO, CA 94403-3525

LESLEY B STALKER CUST DAVID M C STALKER
U/THE N J UNIFORM GIFTS TO MINORS ACT
55 FAIRVIEW AVE
APT 4
BERGENFIELD, NJ 07621-2849

LESLEY CECILIA KELLY TOD DIANA PRICE SUBJECT TO STA R
806 BUCHANAN BLVD UNIT 115328
BOULDER CITY, NV 89005-2130

LESLIE A KLEIN & OLGA J KLEIN TR
UA 11/20/86 LESLIE A KLEIN AND OLGA J KLEIN TRUST
5642 PUERTA DEL SOL BLVD #242
ST PETERSBURG, FL 33715

LESLIE ANN WEINER
77 OXFORD LANE
ABERDEEN, NJ 07747-2138

LESLIE C CLARK JR & ATHANAS CLARK TR
CLARK FAMILY REVOCABLE LIVING TRUST UA 7/29/99
25 S EASTERN DAWN AVE
TUCSON, AZ 85748-1709

LESLIE C PALMER JR & PEGGY S PALMER TR
PALMER REV LIV TRUST UA 02/09/05
121 LITTLE FOREST LANE
STATESVILLE, NC 28625-8907

LESLIE C PHILLIPS CUST THOMAS PHILLIPS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
13 ACKERMAN AVE
SUFFERN, NY 10901-7119

LESLIE E DANIELS ECHOLS TR
LESLIE DANIELS ECHOLS REVOCABLE LIVING TRUST
AGREEMENT UA 5/20/94
6846 CEDARBROOK DRIVE
BLOOMFIELD HILLS, MI 48301-3017

LESLIE F WILCOX & SHARON L WILCOX JT TEN
BOX 1458-82941
PINEDALE, WY 82941

LESLIE HEINSOHN TR BRANDY ELLEN HEINSOHN TR UA 12/29
1560 FM109
NEW ULM, TX 78950-5122

LESLIE J QUEENAN
2724 120TH ST
TOLEDO, OH 43611

LESLIE K MAY & BYRON C MAY TR
UA 07/23/04 LESLIE KNIGHT MAY REVOCABLE LIVING
6 SPRING CREEK WYND
KINGSPORT, TN 37664

LESLIE L GIBSON JR & HILA E GIBSON TR
LESLIE & HILA GIBSON 1999 REV TRUST UA 06/25/99
6022 TURNBERRY DR
BANNING, CA 92220-6616

LESLIE L KENT & LOIS I KENT TR KENT FAM LIVING TRUST UA
PO BOX 930355
WIXOM, MI 48393-0355

LESLIE M KIMMEL CUST SHOSHANA DEVORAH KIMMEL
U/THE TENN UNIFORM GIFTS TO MINORS ACT
1226 46 ST
BROOKLYN, NY 11219-2026

LESLIE N GAY JR CUST SARAH J GAY
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
PO BOX 2131
TIJERAS, NM 87059-2131

LESLIE N HUNTER & DOROTHY M HUNTER TR
HUNTER FAM REVOCABLE TRUST UA 01/14/00
16410 S OBSERVATORY PL
CORONA, AZ 85641-2302

LESLIE NIEDERMAN CUST STEVEN NIEDERMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
188 WOOD ROAD
ENGLEWOOD CLIFFS, NJ 07632-1625

LESLIE STEINER
C/O MRS DUKES
1080 VIENNA 8
ALBERTA G 3A
AUSTRIA

LESLIE STEINHERZ
1305 DAHILL ROAD
BROOKLYN, NY 11204-2642

LESLIE STEVEN STONE
PMB 221 303 W LANCASTER AVE
WAYNE, PA 19087-3938

LESLIE TERNER & BARBARA TERNER TR
TERNER REV INTER VIVOS TRUST UA 08/18/92
7400 FINNEGAN DR
WEST BLOOMFIELD, MI 48322-3554

LESLIE TERNER & BARBARA TERNER TR
UA 08/18/92 TERNER REV INTER VIVOS TRUST
7400 FINNEGAN DR
WEST BLOOMFIELD, MI 48322-3554

LESLIE VAUGHN MC NEAL 3RD
A MINOR U/GDNSHIP OF MRS MARY S R M ROUNSAVILLE
BOX 853
LEAKESVILLE, MS 39451-0853

LESTER B COOPER & ELAINE L COOPER TR
COOPER FAMILY REVOCABLE TRUST UA 12/2/99
16440 W TRES HOMBRES CT
SURPRISE, AZ 85374-6295

LESTER E BUNKER JR & JOHN D BUNKER TR
HELEN P BUNKER FAMILY TRUST UA 04/17/97
454 LEVENSELLER RD
HOLDEN, ME 04429-7307

LESTER F BELTON & ELLEN C LANDSTROM TR
INTERVIVOS TR 09/01/88 U-A ELLENC
8157 RIDER RD
IMLAY CITY, MI 48444-9682

LESTER F MUCKERMAN & MARY J MUCKERMAN TR
LESTER F MUCKERMAN TRUST UA 12/03/97
1025 VAN DYKE
MANCHESTER, MO 63011-3649

LESTER GOLDBERG CUST MEG A GOLDBERG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
105 SUNESTA COVE DR
PALM BCH GDNS, FL 33418-5768

LESTER H KNAPP CUST CHESTER A KNAPP
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
LEROY, IL 61752

LESTER L BISSINGER CUST LELAND BISSINGER
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
603 19TH ST SW
AUSTIN, MN 55912-1546

LESTER L FERGUSON TR
HELEN DAWSON REVOCABLE LIVING TRUST UA 06/16/97
PHILIP DAWSON
BOX 160
XENIA, OH 45385-0160

LESTER L FERGUSON TR
HELEN P DAWSON REV TRUST UA 06/16/97 DUANE P
DAWSON
3010 US RTE 35
XENIA, OH 45385-9618

LESTER L FERGUSON TR
HELEN P DAWSON REV TRUST UA 06/16/97 LLOYD S
DAWSON
BOX 160 3010 US RTE 35
XENIA, OH 45385-0160

LESTER SCHLITZ CUST DAVID SCHLITZ
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
2524 44TH ST NW
WASHINGTON, DC 20007-1105

LETITIA R HATTON
PO BOX 161019
SAN DIEGO, CA 92176-1019

LEVON N KESH CUST MISS MARY C KESH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
25075 MEADOWBROOK RD
APT 305
NOVI, MI 48375-5700

LEVOYD LEVY
PO BOX 438828
CHICAGO, IL 60643-8828

LEWIS ALSTON THOMPSON CUST EVE SPENCER THOMPSON
UNDER NC UNIFORN TRANSFERS TO MINORS ACT
BANZET BANZET & THOMPSOM
PO BOX 535
WARRENTON, NC 27589-0535

LEWIS B STEINGOLD
1008 CRABBERS COVE LANE
VIRGINIA BEACH, VA 23452-4610

LEWIS BARNUM III CUST MARY LYNN BARNUM
A MINOR UNDERTHE LOUISIANA GIFTS TO MINORS ACT
1710 AVE DEL MUNDO #103
CORONADO, CA 92118-3046

LEWIS E LARSON
2605 STATE STREET #3053337
SALEM, OR 97310

LEWIS F KORNFELD JR CUST NICHOLAS S KORNFELD
U/THE MASS UNIFORM GIFTS TO MINORS ACT
6801 SHORE ROAD #5-P
BROOKLYN, NY 11220-5017

LEWIS J CARDELEIN
520 S SCHENLEY
YOUNGSTOWN, OH 44509-3026

LEWIS JOEL STOCKARD
PO BOX 160332
MIAMI, FL 33116-0332

LEWIS N PARRIS & LOLA PARRIS TR
LEWIS N PARRIS & LOLA PARIS TRUST UA 03/22/02
20808 LANGE
ST CLAIR SHORES, MI 48080-1112

LEWIS R PETONIAK & KATHRYN G PETONIAK TR
LEWIS R PETONIAK & KATHRYN G PETONIAK FAMILY
484 SIOUX LN
SAN JOSE, CA 95123-3323

LEWIS S WEBB
6546 125TH AVE E
PARRISH, FL 34219-6602

LEWIS S WEINGARTEN
5306 HORNBEAM
FAYETTEVILLE, NC 28304-5820

LEWIS SPECKER CUST LEWIS SPECKER JR
A MINOR UNDER THE CALIFORNIA GIFTS OF SECURITIES TO
MINORS ACT
10 VIACHEPARRO
GREENBRAE, CA 94904

LEWIS V GILCHER & PATRICIA A GILCHER TR
THE LEWIS V GILCHER LIVING TRUSTUA 06/10/99
7762 BASS CREEK DR
HUDSONVILLE, MI 49426-9774

LIAMENT G RICHIE
PO BOX 198659
CHICAGO, IL 60619

LIBERINO TUFAROLO CUST JEFFREY J TUFAROLO
U/THE WASH UNIFORM GIFTS TO MINORS ACT
1940 91ST N E
BELLEVUE, WA 98004-3203

LIBERINO TUFAROLO CUST MARCIA M TUFAROLO
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
1551 NORTH 36TH
SEATTLE, WA 98103-8938

LILA EISNER CUST STEVEN MICHAEL EISNER
U/THE N J UNIFORM GIFTS TO MINORS ACT
1044 OWL LANE
CHERRY HILL, NJ 08003

LILA GREENBERG CUST RANDY KEITH GREENBERG
UNDER THE FLORIDA UNIFORM GIFTS TO MINORS ACT
10372 SW 114TH TER
MIAMI, FL 33176-4038

LILLIAN C STEIN TR PHILIP CHARLES STEIN JR UA 7/2/58
868 BRANDON LANE
SCHWENKSVILLE, PA 19473-2102

LILLIAN F MCCARTHY TR
FRANCES R MCCARTHY & LILLIAN F MCCARTHY TRUST UA
11/29/01
3085 N GENESEE RD
APT 125
FLINT, MI 48506-2191

LILLIAN G COPELOW & SANFORD COPELOW TR
UA 08/12/2003 LILLIAN G COPELOW REV INTERVIVOS
14942 WILDFLOWER LANE
DELRAY BEACH, FL 33446

LILLIAN G ODLE TR UA 04/20/94 THE LILLIAN G ODLE TRUST
14313 189TH WAY NE
WOODINVILLE, WA 98072-6347

LILLIAN G PERMAR TR UW RUTH B POWER FBO JANICE R POW
11471 137TH ST
LARGO, FL 33774-4006

LILLIAN GUBITOSE COLETTE UNDIV 1/2 INT & ANGELA COLET
UNDIV INT SUBJECT TO LIFE USUF OF LILLIAN GUBITOSE
COLETTE
5201 FAIRWAY #31
NORTH LITTLE ROCK, AR 72116-6969

LILLIAN J EPSTEIN
16055 W 12 MILE ROAD
SOUTHFIELD, MI 48075

LILLIAN KAUFER & STUART KAUFER & DEAN KAUFER TR
ERNEST J KAUFER TRUST UA 02/04/88
4953 OAKTON ST
APT 311
SKOKIE, IL 60077

LILLIAN M HYNES & MARTIN J HYNES TR
UA 02/01/94 LILLIAN M HYNES REVOCABLE TRUST
THE BELTRONE LIVING CTR
6 WINNERS CIRCLE APT 654
ALBANY, NY 12205

LILLIAN M REINDL
617 BLACK GATES RD
WILMINGTON, DE 19803-2239

LILLIAN MORSE CUST DENNIS J MORSE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1695 STANLEY BLVD
BIRMINGHAM, MI 48009-4141

LILLIAN PARANZINO CUST DOMINIC M PARANZINO
U/THE PA UNIFORM GIFTS TO MINORS ACT
5614 HENRY AVE
PHILADELPHIA, PA 19128-2704

LILLIAN R FREEDMAN CUST ROGER FREEDMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
1481 COMMONWEALTH AVE
WEST NEWTON, MA 02465-2831

LILLIAN R SIMON CUST ELISE DEBORAH SIMON
U/THE PA UNIFORM GIFTS TO MINORS ACT
3675 N COUNTRY CLUB DR
APT 2501
MIAMI, FL 33180-1710

LILLIAN REINHEIMER CUST GREGG REINHEIMER UGMA MI
29260 FRANKLIN RD #607
SOUTHFIELD, MI 48034-1178

LILLIAN WENDLANDT
N13323 936TH ST
APT 1
NEW AUBURN, WI 54757-5001

LILLIAN YAEKO SHIBATA & RAYMOND HIDEO SHIBATA TR
LILLIAN YAEKO SHIBATA REVOCABLE TRUST UA 06/29/95
7224 KIPU PLACE
HONOLULU, HI 96825-2718

LILLIE ANN COVINGTON
PO BOX 981238
YPSILANTI, MI 48198-1238

LILLY GOLDSTEIN
969 HENRIETTA AVE
HUNTINGDON VY, PA 19006-8518

LILLYAN MARIE TREMAROLI
A MINOR U/GDNSHIP OF ANTONINE TERESA TREMAROLI
& POMPEI JOSEPH TREMAROLI
150 CLARK DR
SAN MATEO, CA 94402-1003

LINCOLN H HECTOR TR
& VIRGINIA M HECTOR TR HECTOR FAMILY TRUST UA
03/31/99
1019 CINDERELLA DRIVE
ALBERTON, MT 59820-9403

LINDA A BLAUSTEIN
5556 BILL CODY ROAD
HIDDEN HILLS, CA 91302-1101

LINDA A GILFILLAN
557 132ND
AVON, IL 61415-9290

LINDA A SCRINOPSKIE
PO BOX140665
IRVING, TX 75014-0665

LINDA C CAMPBELL
248 SOUTH HEINCKE ROAD APT2A
MIAMISBURG, OH 45342

LINDA C HENRY
PO BOX 230035
SAINT LOUIS, MO 63123-0735

LINDA D KLEINEDLER
616 ST CLAIR ST
FLINT, MI 48504-4877

LINDA E EDMONDS
13307 190TH RD
MAYETTA, KS 66509-8914

LINDA F COOPER
PO BOX 531592
LIVONIA, MI 48153-1592

LINDA F HUBBARD
1121-101 AVENUE
OAKLAND, CA 94603

LINDA F STEINER
12297 BROSIUS RD
GARRETSVILLE, OH 44231-9213

LINDA G SIGMAN & JAMES J SIGMAN TR
UA 09/01/93 LINDA G SIGMAN LIVING TRUST
8694 DUNSINANE DR
DUBLIN, OH 43017-8753

LINDA GLAVAS
PO BOX 795462
DALLAS, TX 75379-5462

LINDA GOLDSTEIN
10971 PADDOCK LA
SANTA ANA, CA 92705-2538

LINDA GOLDSTEIN & VICTOR D GOLDSTEIN JT TEN
10971 PADDOCK LANE
SANTA ANA, CA 92705-2538

LINDA I HELFMANN & FREDERICK R HELFMANN TR
UA 02/19/2007 THE HELFMANN FAMILY TRUST
33204 MONTICELLO
STERLING HTS, MI 48312

LINDA J HORBAL
21962 144TH CIR
ROGERS, MN 55374-9111

LINDA J LANCE
ATTN LINDA J WEINSTEIN
2911 N JUANITA PL
FULLERTON, CA 92835-2403

LINDA J PETERSON TR
LINDA J PETERSON TRUST UA 07/09/92 AMENDED 09/24/03
7549 CASHEW DR
ORLAND PARK, IL 60462-5001

LINDA JEAN DUFRESNE TOD CINDY C CARY CUST AMBER NIC
CA SUBJECT TO STA TOD RULES
809 EL REDONDO
REDONDO BEACH, CA 90277

LINDA K CRONE & FREDERIC E CRONE TR
FREDERIC & LINDA CRONE FAMILY REVOCABLE TRUST UA
6/24/04
6074 TARRAGONA DR
SAN DIEGO, CA 92115-5544

LINDA L CLEVELAND
PO BOX 241070
LITTLE ROCK, AR 72223-0001

LINDA L COOPER
3875 MEINRAD
WATERFORD, MI 48329-1830

LINDA L KLEIN
33 OAK STREET
FRANKLIN, MA 02038-1822

LINDA LITINSKI
5755 M 33 SOUTH
ATLANTA, MI 49709-8963

LINDA LOUISE KLEIN
1701 ENNIS JOSLIN RD APT 739
CORPUS CRISTY
CRP CHRISTI, TX 78412

LINDA M BRUNSTEIN
11245 BARTON LN
DOW, IL 62022-3515

LINDA R BARBER
PO BOX 190074
BURTON, MI 48519-0074

LINDA RAE AL-MUTAWA & SUBHI AL-MUTAWA TR
AL-MUTAWA FAM LIVING TRUST UA 02/04/93
2606 N 162ND LANE
GOODYEAR, AZ 85338-2096

LINDA REINERIO
8924 MOUNTAIN GATE DR
LAS VEGAS, NV 89134-8813

LINDA RHEINGOLD CUST
GRANT RHEINGOLD UTMA MA
180 CABOT ST
CHESTNUT HILL, MA 02467

LINDA RIFFNER CUST JESS T RIFFNER UGMA NEB
PO BOX 540519
OMAHA, NE 68154-0519

LINDA S RAMSEY CUST MICHAEL ARTHUR RAMSEY
U/THE CAL UNIFORM GIFTS TO MINORS ACT
22218 105TH AVE SE
KENT, WA 98031-2545

LINDA STEINER COURSEN CUST JOHN TAYLOR COURSEN UG
75 MARTINGALE LANE
FAIRFIELD, CT 06430-2465

LINDA STEINER COURSEN CUST LAUREN ANN COURSEN UGM
75 MARTINGALE LANE
FAIRFIELD, CT 06430-2465

LINDA STEINER COURSEN CUST WILLIAM TAYLOR COURSEN
75 MARTINGALE LANE
FAIRFIELD, CT 06430-2465

LINDA UFHEIL TR EDWIN REIMAN FAMILY TRUST UA 01/13/93
PO BOX 125 532 CHESTNUT LN
BEECHER, IL 60401-0125

LINDSAY LEINGANG
4506 37TH AVE NW
MANDAN, ND 58554-1154

LINTON H BALDWIN ATTN PAINE WEBBER INC
2310 RT 34
SUITE 2A
MANASQUAN, NJ 08736

LISA ANN HOLTSINGER & VIRGINIA R HOLTSINGER TR
LISA ANN HOLTSINGER TRUST UA 12/18/95
2830 ROXBURGH DR
ROSWELL, GA 30076-2449

LISA ANNE EPSTEIN
763 WAVERLY ST
FRAMINGHAM, MA 01702-8567

LISA J BERNSTEIN
7652 N GREENVIEW
2
CHICAGO, IL 60626

LISA L BORNSTEIN
1407 OXMOOR WOODS PKWY
LOUISVILLE, KY 40222-5662

LISA M REINKE
7498 WOODCLIFF DR
HUDSONVILLE, MI 49426-9167

LISA ROSENSTEIN
1383 VISTA LEAF DR
DECATUR, GA 30033-2028

LISA WALLACH
PO BOX 370056
MONTARA, CA 94037-0056

LIVINGSTON B MORRIS & ANTHONY MORRIS TR
GALLOWAY C MORRIS III TRUST UA 7/13/95
135 OLD LANCASTER ROAD
DEVON, PA 19333-1439

LLEWELLYN F BRENNECKE & LAVERNE H BRENNECKE TR
LLEWELLYN F BRENNECKE TRUST UA 07/29/96
3203 WILLIAMS GLEN DR
SUGAR LAND, TX 77479-2441

LLOYD A ZIMMERMAN
6891 TRINKLEIN
SAGINAW, MI 48609-7050

LLOYD BRONSTEIN
2108 CURTIS AVE
APT 1
REDONDO BEACH, CA 90278-2044

LLOYD C PRESTON CUST TIMOTHY C PRESTON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
993 VALLEY ROAD
MARQUETTE, MI 49855-9167

LLOYD E MORRIS CUST JEFFREY MORRIS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 1501
BRENTWOOD, TN 37024-1501

LLOYD ELVIN RICHARDS & MARGARET SHUGART RICHARDS T
RICHARDS FAM TRUST UA 10/08/98
5608 PARKSTON ROAD
BETHESDA, MD 20816-1257

LLOYD F BARBER & HARRIET E BARBER TR
LLOYD F BARBER & HARRIET E BARBER LIVING TRUST UA
11/28/89
373 ROBERSON RD
SEQUIM, WA 98382-9558

LLOYD F WINTERSTEIN
1512 PRINCETON DR
BRUNSWICK, OH 44212-3535

LLOYD G HECK TR
UA 10/02/2002 LLOYD G HECK & SHIRLEY J HECK
REVOCABLE LIVING TRUST
8068 WILLOW LANE
WARREN, MI 48093

LLOYD H NARHI
3396 MEINRAD DR
WATERFORD, MI 48329-3531

LLOYD O CARTER & PEGGY J CARTER TR
LLOYD O & PEGGY J CARTER TRUST UA 10/25/00
1029 FOXGLOVE LN
DAVISON, MI 48423-7905

LLOYD O CARTER & PEGGY J CARTER TR
LLOYD OWEN CARTER & PEGGY J CARTER TRUST UA
10/25/00
1029 FOXGLOVE LN
DAVISON, MI 48423-7905

LLOYD S PURCELL JR & MARGERY M PURCELL TR
LLOYD S PURCELL JR TRUST UA 04/24/02
5737 SW QUAIL COVE CIR
TOPEKA, KS 66614-4189

LLOYD T KRITZMAN & DOROTHY L KRITZMAN TR
KRITZMAN FAM TRUST UA 06/08/94
4233 S 33 1/2 RD
CADILLAC, MI 49601-8271

LLYWELLYN S LEWIS CUST DAVID L LEWIS
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
182 DENNIS DR
WILLIAMSBURG, VA 23185-4935

LOGAN HOFFMAN
1776 235TH ST
WAVERLY, IA 50677-9032

LOGAN J HOOD CUST MICHAEL J HOOD
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
702 ASHFORD RD
WILM, DE 19803-2222

LOIS A MAC PHEE CUST D KEVIN MAC PHEE
U/THE R I UNIFORM GIFTS TO MINORS ACT
3805 WETHERSFIELD CIR
TITUSVILLE, FL 32780-3528

LOIS A VAN TUSSENBROOK TOD LEE VAN TUSSENBROOK SU
RULES
7497 UPHAM ST
ARVADA, CO 80003-2755

LOIS ANNE SWEATT TR
UA 11/12/04 LOIS ANNE SWEATT REBVOCABLE TRUST OF
2004
55 KENT LN L220
NASHUA, NH 03062

LOIS C OBERDIEK CUST WARREN CARL OBERDIEK
UNDER MISSOURI UNIFORM GIFTS TO MINORS LAW
24390 KISKER RD
PLATTE CITY, MO 64079-8269

LOIS C STAUFFER TOD LOIS C STAUFFER TR
LOIS C STAUFFER TRUST UA 12/10/97
19 WARWICK LN
ROCKY RIVER, OH 44116-2305

LOIS C STEINFELDT
7002 PALAMAR TURN
SEABROOK, MD 20706-2191

LOIS E ADAMS & JOHN KUTA TR
LOIS ELAINE ADAMS & JOHN P KUTA REV TRUST UA 01/04/96
2612 MISSOURI AVENUE
FLINT, MI 48506-3893

LOIS E TULIKANGAS & ROBERT J TULIKANGAS TR
LOIS E TULIKANGAS TRUST UA 03/28/96
22 ARNOLD AVE
READING, MA 01867-2208

LOIS E WEINZIERL
4383 BIRCH RUN ROAD
MILLINGTON, MI 48746-9301

LOIS GIFFORD
2740 121ST LANE
COON RAPIDS, MN 55433-1805

LOIS H COUSINS
7112-157 PAN AMERICAN
FREEWAY N E
ALBUQUERQUE, NM 87109-4213

LOIS H STEIN TR UA 01/30/90 THE LOIS H STEIN TRUST
1340 N ASTOR #2202
CHICAGO, IL 60610-8432

LOIS HEINY MILLS
15655 ST RD 32 E
NOBLESVILLE, IN 46060-8587

LOIS M CARTER & JANICE R DAVISON & FRANK L CARTER TR
LOIS M CARTER REVOCABLE LIVING TRUST UA 05/25/04
3202 SHARI WAY
SPARKS, NV 89431-1460

LOIS M L RUSH
PO BOX 670367
NORTHFIELD, OH 44067-0367

LOIS M WEINGARTZ
6520 NEWARK RD
IMLAY CITY, MI 48444-9760

LOIS MARY CHALMERS
7907 HOLSTEIN STREET
TAKOMA PARK, MD 20912-6828

LOIS MCFAUL SHILTS & DONALD S MCFAUL TR
UA 07/01/2008 LOIS MCFAUL SHILTS REVOCABLE TRUST
64 PELICAN PLACE
CLEARWATER, FL 33756-1568

LOIS NATHALIE WALTS CUST SHERRI LYNN WALTS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
5838 RAVEN RD
BLOOMFIELD, MI 48301-1052

LOIS W SERETNY & STANLEY E SERETNY TR
LOIS W SERETNY LIVING TRUST UA 10/27/98
1202 TRACE 12
W LAFAYETTE, IN 47906-1878

LOIS WOLTA & CAROL BLACKSTONE & LYNN GERCHES TR
EDMUND J & ALBINA M WOLTA FAM TRUST UA 04/30/95
1641 SOUTH AUSTIN BLVD
CICERO, IL 60804-1652

LOISS M HASAN TRUST UA 01/05/96
P O BOX 531235
LIVONIA, MI 48153

LOLA CASE WASHINGTON & RICHARD SCOTT WASHINGTON T
LOLA CASE WASHINGTON REVOCABLE TRUST UA 04/16/97
11222 S SHORE RD
RESTON, VA 20190-4438

LONG V TRAN
PO BOX 182800
ARLINGTON, TX 76096

LONNIE FOREST OLSON & VIRGINIA OLSON TR
LONNIE FOREST & VIRGINIA OLSON TRUST UA 10/27/99
362 E YOUNG RD
GLADWIN, MI 48624-8026

LONNIE L LIEBENGOOD
PO BOX 238581
PORT ORANGE, FL 32123-8581

LORA D STEINER & WILLIAM C STEINER JT TEN
512 S CLARK
VANDALIA, MO 63382-2101

LORAINE STUTT CROOKE TR
HERBERT ANTHONY CROOKE JR RESIDUARY TRUST UA
06/03/02
311 W DAVENPORT ST
ELDRIDGE, IA 52748-1214

LORAINE TUSSEY
PO BOX 072002
COLUMBUS, OH 43207-8002

LORAN L KOLLMORGEN & SHEILA J KOLLMORGEN TR
KOLLMORGEN TRUST UA 06/16/97
14306 23RD AVE SW
SEATTLE, WA 98166-1009

LORANE W KATZ TR
UA 12/29/80 LORANE W KATZ TRUST BY LORANE KATZ AS
TRUSTOR
6611 E LA CUMBRE
ORANGE, CA 92869-4428

LORE LEVINSON CUST ROBERT ELEN LEVINSON
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
11 SURREY LANE
LIVINGSTON, NJ 07039-1926

LORE SIMON CUST MICHAEL SIMON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
100 DALY BLVD APT 1007
OCEANSIDE, NY 11572-6010

LOREIN NATZKE
2502 PASEDENA AVE
FLINT, MI 48504

LOREN C ROBISON
5942 SW HOLSTEIN RD
POLO, MO 64671

LOREN VANDENBERGHE CUST ALISSA VANDERBERGHE UTM
2309 137TH PL SE
BELLEVUE, WA 98005-4033

LOREN VANDENBERGHE CUST KENNETH VANDERBERGHE UT
2309 137TH PL SE
BELLEVUE, WA 98005-4033

LORETTA A KRATZER & DARL W KRATZER TR
LORETTA A KRATZER TRUST UA 12/01/04
6376 WEST 1000 SOUTH
WARREN, IN 46792-9719

LORETTA E WAGNER & FLORENCE E WAGNER TR
UA 01/30/89 LORETTA E WAGNER F-B-O LORETTA E
WAGNER
6829 KIMMSWICK COURT
SAINT LOUIS, MO 63129-3965

LORETTA H OBERPRILLER & HEINZ HERBERT OBERPRILLER J
4175 LOUIS DRIVE
FLINT, MI 48507-1207

LORETTA KAUFMAN CUST MIKE KAUFMAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
716 N PALM DRIVE
BEVERLY HILLS, CA 90210-3417

LORETTA M MCGEE & BART R MCGEE TR
UA 11/28/2001 LORETTA M MCGEE FAMILY TRUST
11400 SILICA ROAD
NORTH JACKSON, OH 44451

LORETTA S MARTIN CUST MARY KATHRYN MARTIN
UNDER THE MISSISSIPPI UNIFORM GIFTS TO MINORS LAW
413 PLANTATION CREST COURT
BATON ROUGE, LA 70810-4962

LORI A GABEL
ATTN LORI A STEIN
4 VIOLET CT
GREENVILLE, SC 29615-5543

LORI A WATTERS
822-119 MERTON ST
TORONTO ON
M4S 3G5 CANADA

LORI MCCLAREN CUST SHELBY A WEBB
UNDER IA UNIFORMTRANSFERS TO MINORS AT
RR2 BOX 97
HINTON, IA 51024-8742

LORI STEINBRUNNER
4896 RAYS CIRCLE
DUBLIN, OH 43016

LORIE L WHITNEY & LARRY E WHITNEY JT TEN
13464 100TH AVE N
SEMINOLE, FL 33776-1501

LORRAINE B WILLEVER & WAYNE B WILLEVER & CRAIG C WIL
UA 08/02/1994
517 GUY RD
PHILLIPSBURG, NJ 08865

LORRAINE D PARSONS CUST CLIFFORD S PARSONS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
625 E CHAPMAN ROAD
OVIEDO, FL 32765-9015

LORRAINE DE WICK WILLIAMS
& CASWELL E WILLIAMS & MARY E WILLIAMS JT TEN
625 PINECREST DRIVE
LARGO, FL 33770-3190

LORRAINE FUTRELL SANDY K FUTRELL CINDY L FUTRELL
& ROBERT FUTRELL JT TEN
6660 LANGLE
CLARKSTON, MI 48346-1441

LORRAINE G PINSKY CUST TIA S PINSKY
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
1 KING PHILIP DR #218
WEST HARTFORD, CT 06117

LORRAINE GERARDI CUST ANTHONY F GERARDI JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
27 ALAN DR
FAIRFIELD, NJ 07004-1725

LORRAINE GERARDI CUST JACQUELINE M GERARDI
U/THE N J UNIFORM GIFTS TO MINORS ACT
27 ALAN DRIVE
FAIRFIELD, NJ 07004-1725

LORRAINE HAUSMANN ELLIS TR
UA 03/09/90 LORRAINE HAUSMANN-ELLIS FAMILY TRUST
630 S ORANGE GROVE BLVD
APT 3
PASADENA, CA 91105-1724

LORRAINE K LEWANDOWSKI & CHESTER A LEWANDOWSKI TF
UA 10/01/91 LORRAINE K LEWANDOWSKI
9420 E SUTTON DR
SCOTTSDALE, AZ 85260-4366

LORRAINE K SPAULDING FOSTER TR
UA 09/18/92 LORRAINE K SPAULDING FOSTER TRUST
1515 LARK TREE WAY
HACIENDA HEIGHTS, CA 91745-3807

LORRAINE M BESSEMER
2725 138TH AVE RR#2
DORR, MI 49323-9537

LORRAINE S ROWELL & RAY W ROWELL III TR
LORRAINE S & RAY W ROWELL III REVOCABLE LIVING TRUST
UA 7/9/98
531 N MANITOU
CLAWSON, MI 48017-1476

LORRAINE W NYE CUST MARGARET JEAN NYE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
6608 GREENWOOD RD
WONDER LAKE, IL 60097-9100

LORRIE C WILSON CUST LEROY WILSON JR
A MINOR U/THE LOUISIANA GIFTS TO MINORS ACT
PO BOX 7388
GULF SHORES, AL 36547-7388

LORYN Y ANDERSON
11915 143RD ST
JAMAICA, NY 11436-1220

LOTTIE F COLLINS
PO BOX 310535
FLINT, MI 48531-0535

LOU ANN P WEATHERLY
PO BOX 680564
FORT PAYNE, AL 35968-1606

LOUIE DELAROSA
16151-103 SW AUDUBON ST
BEAVERTON, OR 97006-2976

LOUIS A FALCON & SYLVIA IRENE FALCON TR
U/A 01/31/2005 AMENDED 01/08/2008 LOUIS A FALCON &
SYLVIA IRENE
2616 SONOMA ST
EL CERRITO, CA 94530

LOUIS A LEIBOWITZ CUST ALEX W KLEIN UTMA NJ
16 SUFFOLD AVE
MAPLEWOOD, NJ 07040-1713

LOUIS A MASCHARKA CUST ROBERT MASCHARKA
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
3915 FLORMAR TERR
NEW PORT RICHEY, FL 34652-3156

LOUIS A TRICERRI & GLORIA C TRICERRI TR
UA 12/15/1987 LOUIS & GLORIA TRICERRI
6 ST MICHAELS COURT
DALY CITY, CA 94015

LOUIS ALTABET & MRS SHIRLEY ALTABET JT TEN
7161 159TH STREET
APT 335
FLUSHING, NY 11365

LOUIS AUSSENBERG CUST NEIL D AUSSENBERG
A MINOR U-A 8-A OF THE PERS PROP LAW OF N Y
5230 BIRDWOOD RD
HOUSTON, TX 77096-2504

LOUIS B KAUFMAN CUST KENNETH LEE KAUFMAN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1814 FLINT OAK
SAN ANTONIO, TX 78248-1808

LOUIS B KLEIN & EVELYN F KLEIN JT TEN
2303 BARREN HILL RD
LAFAYETTE HL, PA 19444-1712

LOUIS B SONNENBERG & JEAN D SONNENBERG TR
THE SONNENBERG FAMILY TRUST UA 10/16/02
703 W 4TH ST
LEWISTOWN, PA 17044-1902

LOUIS BOCKSTEIN CUST SONDRA ELAINE BOCKSTEIN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
400 E HOWRY AVE
APT 710
DELAND, FL 32724-5437

LOUIS BOCKSTEIN CUST STEVEN HOWARD BOCKSTEIN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
400 E HOWRY AVE
APT 710
DELAND, FL 32724-5437

LOUIS CASTAGNOLA JR & MARIA CASTAGNOLA TR
UA 02/10/94 LOUIS CASTAGNOLA JR FAMILY TRUST
PO BOX 2610
RANCHO SANTA FE, CA 92067-2610

LOUIS CHARLES ANDERSON JR TR
LOUIS CHARLES ANDERSON JR REV TRUST UA 03/22/96
315 N PATTON AVE
ARLINGTON HTS, IL 60005-1234

LOUIS D CARUFEL CUST LOUIS J CARUFEL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1424 CAROLINA
MARYSVILLE, MI 48040-1616

LOUIS D CARUFEL CUST PAUL D CARUFEL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1424 CAROLINA
MARYSVILLE, MI 48040-1616

LOUIS E ATWOOD & JOYCE I ATWOOD TR
UA 11/9/99 LOUIS E & JOYCE I ATWOOD DECLARATION OF
TRUST
191 SOUTH LINCOLN RD
BAY CITY, MI 48708-9186

LOUIS E GUGLIELMINO & JUDE P GUGLIELMINO TR
UA 03/24/94 LOUIS E GUGLIELMINO &
PO BOX 906
HEALDSBURG, CA 95448-0906

LOUIS EASON CALDWELL CUST LOUIS RAYMOND CALDWELL
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
7402 RAINIER AVE S
SEATTLE, WA 98118-3946

LOUIS F JAKUBECZ & JUNE M JAKUBECZ TR
JAKUBECZ FAMILY REVOCABLE TRUST UA 8/28/01
14200 SETTLERS WY
STRONGSVILLE, OH 44149-8743

LOUIS GALLO CUST LEONARD J GALLO
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
29 BELLEVUE AVE
BLOOMFIELD, NJ 07003-3033

LOUIS GOLDSTEIN
82-57 257TH STREET
FLORAL PARK, NY 11004-1441

LOUIS GRUSZKA & VICTORIA GRUSZKA TR
LOUIS GRUSZKA & VICTORIA GRUSZKA TRUST UA 01/29/96
8920 LENORE ST
REDFORD, MI 48239-1280

LOUIS H BERNSTEIN
5628 EL CANON AVE
WOODLAND HILLS, CA 91367-4074

LOUIS H HEINTSCHEL
PO BOX 774
LA PORTE, TX 77572-0774

LOUIS H LETOURNEAU & NORMA J LETOURNEAU TR
LOUIS H LETOURNEAU & NORMA J LETOURNEAU TRUST UA
7/23/99
15041 KNOTTINGHAM DR
LINDEN, MI 48451-9699

LOUIS J CARUSO
& CATHERINE M CARUSO & LOUIS NICHOLAS CARUSO
& PAUL SAMUEL CARUSO JT TEN
806 JAYDEE AVE
BALTIMORE, MD 21222-1334

LOUIS J FORITANO CUST STEVEN FORITANO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
744 52ND STREET
DES MOINES, IA 50312-1818

LOUIS J FOURNIER & BONITA A FOURNIER TR
LOUIS JOSEPH FOURNIER LIVING TRUST UA 09/20/94
12008 BIG LAKE RD
DAVISBURG, MI 48350-3436

LOUIS L GAERTNER & FRANCES L GAERTNER TR
FAM TR 09/04/90 U-A LOUIS L GAERTNER &
607 DEL PRADO DR
BOULDER CITY, NV 89005-3121

LOUIS LEVY & LILLIAN LEVY TR
LOUIS & LILLIAN LEVY JOINT REVOCABLE TRUST UA 08/11/04
9460 POINCIANA PL APT 306
FORT LAUDERDALE, FL 33324-4880

LOUIS M MCCAIG & MORNA E MCCAIG TR
LOUIS M & NORMA E MCCGAIG REV LIVING TRUST AU
09/10/98
315 MARTINS LANDING RD
JESUP, GA 31546-2429

LOUIS M MEINERS & MRS MARY E MEINERS JT TEN
14038 COLVILLE CIR
CARMEL, IN 46033

LOUIS M RICHARDS & ALMA J RICHARDS TR
UA 04/25/94 THE RICHARDS LIVING TRUST
4145 SAN MARTIN WAY
SANTA BARBARA, CA 93110-1432

LOUIS M STEAKLEY
& ETHEL M STEAKLEY & SUSAN S STEAKLEY & STEPHEN S
STEAKLEY &
3367 NORTHLAND DR
MORLEY, MI 49336-9546

LOUIS NESLEY CUST TODD J NESLEY
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
2520 PENNSYLVANIA ST
ALLENTOWN, PA 18104-2948

LOUIS P CHISHOLM CUST LOUIS RANDOLPH CHISHOLM
U/THE VA UNIFORM GIFTS TO MINORS ACT
2640 RADNOR PLACE
MIDLOTHIAN, VA 23113-6496

LOUIS R COLEMAN
PO BOX 292267
PHELAN, CA 92329-2267

LOUIS R INFANTE CUST MARK INFANTE
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
25 DEERHILL DRIVE
HO-HO-KUS, NJ 07423-1705

LOUIS RANDALL MILLS LIFE TEN U-W MARGARET H MILLS MA
GREGORY L MILLS MICHAEL RANDALL MILLS JOSEPH W
MILLS REMAINDRMEN
2018 SUSSEX PLACE
OWENSBORO, KY 42301-4300

LOUIS T RILEY
SJO 3789
1601 NW 97TH AVE
PO BOX 025216
MIAMI, FL 33102-5216

LOUIS T VYHNALEK & HELEN L VYHNALEK & TR
VYHNALEK FAM REVOCABLE LIVING TRUST
201 PIMLICO PL
LYNCHBURG, VA 24503-3844

LOUIS W STEINBACH & VIOLA J STEINBACH TEN COM
24 CANYON TR
BELTON, TX 76513-6201

LOUISE C CLYDE & PAUL B CLYDE & WILFORD W CLYDE TR
FAMILY TRUST 12/30/85 U-A BLAINE
240 E CENTER
SPRINGVILLE, UT 84663-1462

LOUISE E ARMSTRONG TR
UA 02/20/93 THE LOUISE E ARMSTRONG REVOCABLE LIVING
TRUST
2470 TERRY ST
WOLVERINE LK, MI 48390-2058

LOUISE FILIPCZAK
PO BOX 700237
PLYMOUTH, MI 48170-0944

LOUISE H KAPLER CUST LORI LOUISE KAPLER
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
3112 180TH ST
FORT ATKINSON, IA 52144-7461

LOUISE KOGER & WILLIAM BEN KOGER TR
LOUISE KOGER REVOCABLE TRUST UA 03/18/98
1954 TAYLOR
DETROIT, MI 48206-2034

LOUISE PARTLOW GREENE TR
UA 04/22/2009 CHARLES ROBERT GREENE JR FAMILY TRUST
506 OYSTER CREEK DRIVE
LAKE JACKSON, TX 77566

LOUISE ROBERTS
PO BOX 972312
YPSILANTI, MI 48197-0839

LOUISE S BARKER
& JONATHAN BARKER & CELIA BARKER LOTTRIDGE
& LUCY BARKER HENIGHAN JT TEN
621 MOUNTAIN VIEW DR
SEYMOUR, TN 37865-4323

LOUISE T RADER GEORGE B RADER TR
UA 09/23/91 GEROGE & LOUISE RADER FAMILY TRUST
5358 W 123RD ST
HAWTHORNE, CA 90250-3421

LOUISE V GRISSOM
& JAMES F GRISSOM & MARK A GRISSOM & DONALD E
GRISSOM JT TEN
4979 BLUFF DR NE
GRAND RAPIDS, MI 49525-1201

LOWELL D PEPPER & VIRGINIA H PEPPER TR
UA 10/12/2007 LOWELL & VIRGINIA H PEPPER
3809 N HALL ROAD
WHITEWATER, WI 53190

LOWELL D WATKINS & JANICE E WATKINS TR
UA 11/21/06 LOWELL D WATKINS & JANICE E WATKINS
1165 ELIZABETH CT
THE VILLAGES, FL 32162-8737

LOWELL E BILLINGSLEY CUST RICKY E BILLINGSLEY
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1555 HONEY LOCUST
CHESTERFIELD, MO 63005

LOWELL J HODSON
PO BOX 190554
BURTON, MI 48519-0554

LOWELL J HOTTENSTEIN
BOX 1
140 ELM
PETERSBURG, MI 49270-9558

LOYD N PUCKETT & FRANCES V PUCKETT TR
LOYD N PUCKETT REV LIVING TRUST UA 11/06/96
70 PARK PLACE TRAIL
SOCIAL CIRCLE, GA 30025

LOYD R CRUMPLEY & EULA F CRUMPLEY TR
1999 REV TRUST OF LOYD R CRUMPLEY UA 11/18/99
13000 VENTURA LANE
OKLAHOMA CITY, OK 73165-7916

LUANN CLINGMAN FROST TOD ELAINE E CLINGMAN FROST S
RULES
115 WALNUT PLACE
SPRINGBORO, OH 45066

LUANN CLINGMAN FROST TOD THEODORE A CLINGMAN FROS
RULES
115 WALNUT PLACE
SPRINGBORO, OH 45066

LUCIA T BURGESS CUST SUSAN BURGESS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
ATTN L T SCOTT
9 ALFRED LANE
STAMFORD, CT 06902-1238

LUCIANO ALVES DOS SANTOS
RUA MARQUES DE ARBANTES NO630
JARDIM SANTA GENEBRA
13080-220 CAMPINAS SP
BRASIL BRAZIL

LUCIEN J BRANCHAUD & DENISE T BRANCHAUD TR
UA 06/11/91 LUCIEN BRANCHAUD & DENISE T
1716 EISENHOWER STREET
SAN MATEO, CA 94403-1054

LUCILE V LESLEIN
9619 MONTERAY DR
PLAIN CITY, OH 43064-8736

LUCILE W ROBINSON MARY M ROBINSON & JOHN E ROBINSO
291 OAKWOOD RD
MUNDELEIN, IL 60061-2711

LUCILE A ZAMIEROWSKI & JOSEPH A JOZWIAK JT TEN TOD F
ZAMIEROWSKI SUBJECT TO STA TOD RULES
11319 MINDEN
DETROIT, MI 48205-3760

LUCILLE B VETTER-MOONEY
2567 350TH STREET
WALL LAKE, IA 51466

LUCILLE D BECZKALA TR
UA 08/01/2008 LUCILLE D BECZKALA REVOCABLE
LIVINGTRUST
242 WOOLWICH LANE
SAINT LOUIS, MO 63125

LUCILLE E SCHULZ & LAUREN KAY BAUER JT TEN
5322 134TH AVE SE
BELLEVUE, WA 98006-4236

LUCILLE I VAN DER LAAG CUST ROBERT J VAN DER LAAG
U/THE MICH UNIFORM GIFTS TO MINORS ACT
623 PERRY PAK CREEK DRIVE
GRAND BLANC, MI 48439-8142

LUCILLE J SEITZ & JAMES P SEITZ TR
UA 02/27/1990 LUCILLE J SEITZ LIVING TRUST
PO BOX 268
HIGGINS LAKE, MI 48627

LUCILLE KERN
1415 220TH ST
LADORA, IA 52251-7555

LUCILLE KONO CUST VAN MARC KONO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3941 CRAWFORD AVE
COCONUT GROVE, FL 33133-6159

LUCILLE M PFISTER CUST WILLIAM C PFISTER
U/THE N C UNIFORM GIFTS TO MINORS ACT
315 W 24TH ST
TIFTON, GA 31794-2807

LUCILLE MARTELLO CUST FRANCESCA MARTELLO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2563 E 19TH ST
BROOKLYN, NY 11235-3519

LUCILLE MARTELLO CUST JULIANNE MARTELLO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2563 E 19TH ST
BROOKLYN, NY 11235-3519

LUCILLE SHORE CUST JOEL S SHORE
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
7 BLACKTHORN DR
SOUTHBOROUGH, MA 01772-1402

LUCINDA L BEELER & CHRISTOPHER J DREYER TR
UA 06/29/09 DREYER SUPPLEMENTAL CARE TRUST
PO BOX 839
NOTRE DAME, IN 46556

LUCY M FELLOWS CUST HELEN FELLOWS
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
2235 ROCKWOOD AVE
APT 209
SAINT PAUL, MN 55116-3130

LUCY M FIELDS CUST ANDREA LYNN FIELDS UGMA CA
PO BOX 751044
PETALUMA, CA 94975-1044

LUCY NELSON CUST DAVID NELSON
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
5329 OAK CENTER DRIVE
OAK LAWN, IL 60453-3863

LUDVIK H JUN
PO BOX 892980
TEMECULA, CA 92589-2980

LUDVIK H JUN
PO BOX 892980
TEMECULA, CA 92589-2980

LUDWIG ELI KATZENSTEIN & ZITA TOBY KATZENSTEIN JT TEN
1753 EAST 21ST ST
BROOKLYN, NY 11229-1514

LUE DORIS GREEN
PO BOX 352824
TOLEDO, OH 43635-2824

LUELLA T STEIN
302 CEDAR BROOK LANE
SANDUSKY, OH 44870-6924

LUIS F GERLEIN
5002 STRASS DR
AUSTIN, TX 78731-5630

LUIZ C LACRETA
AVENIDA GOIAS
1805 BAIRRO SANTA PAULA
SAO CAETANO DO SUL
SP 09550 900 BRAZIL

LUIZ MOAN YABIKU JR
RUA ALMIRANTE TAMANDARE 322
AP 81
SANTO ANDRE SAO PAULO
09040-040 BRAZIL

LUKE B FISCHBECK
PO BOX 291164
LOS ANGELES, CA 90029-9164

LUKE C HESTER CUST ERIN HESTER
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
3 TWITCHELL ST
WELLESLEY, MA 02482-6021

LUKE ROBERT KLEIN & CAROL JEAN KLEIN JT TEN
PO BOX 641
COMSTOCK PARK, MI 49321-0641

LUTHER H CREED & LUCINDA J CREED TR
UA 02/21/92 LUTHER H CREED & LUCINDA J CREED TRUST
7185 W TARA AVE
LAS VEGAS, NV 89117-3031

LYANNE FRANKLIN HAISLIP PER REP BRENDA FRANKLIN BUC
JAMES WILLIAM FRANKLIN
20 BURGUNDY RD
AIKEN, SC 29801

LYDIA A STEIN
10 ESTEN ST 1
PROVIDENCE, RI 02908-4819

LYDIA L SCHELLENBERG TR
UA 01/06/94 THE LYDIA L SCHELLENBERG REVOCABLE
TRUST
BOX 254
HOLLIS, NH 03049-0254

LYDIA M MLINARICH & NICHOLAS A MLINARICH TR
MLINARICH FAM TRUST UA 04/08/92
714 S DANIEL WAY
SAN JOSE, CA 95128-3113

LYLE E BLOSSOM & MARIAN H BLOSSOM TR
LYLE E AND MARIAN H BLOSSOM LIVING
8720 S M 43 HIGHWAY
DELTON, MI 49046-7654

LYLE H HACKER & FRANCES L HACKER TR
LYLE H HACKER & FRANCES L HACKER TRUST UA 03/31/95
2209 N 68TH ST
KANSAS CITY, KS 66109-2605

LYLE J MC CONAUGHY & HELEN E MC CONAUGHY TR
MC CONAUGHY TRUST UA 02/21/95
14013 NORTH WHISPERING LAKE DR
SUN CITY, AZ 85351-2329

LYLE J SCHREIBER & LULA J SCHREIBER TR
LYLE J & LULA J SCHREIBER REVOCABLE LIVING
4601 RIVER RD
APT 214
EAST CHINA, MI 48054-3510

LYLE R WILSON & MARILYN K WILSON JT TEN
PO BOX 769380
SAN ANTONO
SAN ANTONIO, TX 78245

LYLE S MADISON & MARY ANN MADISON TR
UA 02/05/92 THE FAMILY TRUST MADISON
10500 DEVONSHIRE DR
HUNTERSVILLE, NC 28078-6166

LYN L STAMLER
PO BOX 531472
HENDERSON, NV 89053-1472

LYNDER MCWILLIAMS
PO BOX 150048
ARLINGTON, TX 76015-6048

LYNN A MELOCHE
7815 134TH ST W
SAINT PAUL, MN 55124-7363

LYNN D STEINHELPER
9598 WOODY CT
WHITE LAKE, MI 48386-2372

LYNN D TURNER
7801 108TH AVE NE
NORMAN, OK 73026-9760

LYNN M BERNSTEIN
PO BOX 56
FANWOOD, NJ 07023-0056

LYNN M STEINLEY
4335 CARDINAL DRIVE
GRAND BLANC, MI 48439-7920

LYNN MARIE LAKOTA TR
UA 10/22/2008 LYNN MARIE LAKOTA REVOCABLE LIVING
TRUST
39102 STACEY DRIVE
LIVONIA, MI 48154

LYNN NUGENT RUS & STEVEN E RUS TR
STEVEN E RUS & LYNN NUGENT RUS TRUST UA 03/22/03
11513 GRANT
OVERLAND PARK, KS 66210-1761

LYNN W STEWART & JOHN A STEWART TR
UA 11/19/2009 JOHN A STEWART & LYNN W STEWART
8711 BARNETT VALLEY ROAD
SEBASTOPOL, CA 95472

LYNNE A MARTIN & DAVID E MARTIN TR
MARTIN FAMILY LIVING TRUST UA 03/30/00
17730 CONNIE DR
SPRING LAKE, MI 49456

LYNNE A WOODS TR
UA 02/01/92 THE KENNETH D WOODS & LYNNE A WOODS
FAMILY TRUST
16 BALL DR
ATHENS, OH 45701-3676

LYNNE D PEARSON CUST DAVID PEARSON
UNDER THE OH TRANSFERS TO MINORS ACT
941 CHARA LN
COLUMBUS, OH 43240-2157

LYNNE N WEINSTEIN
130 MERION WAY
HAINESPORT, NJ 08036-2782

M ARAZELLA DANNER & DEE JAMES DANNER JT TEN
LOT 710
6700 150TH AVE N
CLEARWATER, FL 33764-7704

M ARAZELLA DANNER & DIXON E DANNER JT TEN
6700 150TH AVE N #710
CLEARWATER, FL 33764-7704

M ARAZELLA DANNER & MARC L DANNER JT TEN
6700 150TH AVE N #710
CLEARWATER, FL 33764-7704

M CRAIG CONNELLY
PO BOX 520243
SALT LAKE CITY, UT 84152-0243

M E MC GINN TR MRS LOUISE M ARNOLD SHORT-TERM TR # 1
3120 ROLLING ROAD
MONTGOMERY, AL 36111-1718

M EILEEN PALMER TR
JOSEPH D PALMER & M EILEEN PALMER REV TRUST UA
06/25/90
5783 PARKWALK DRIVE
BOYNTON BEACH, FL 33472-2309

M GIDEON DRIMER CUST DAVID DRIMER UGMA NY
217159 PECH AVE
HOLLIS HILLS, NY 11427

M HUNTER PUCKETT CUST JOSEPH SHELBY PUCKETT
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
3215 EAGLES KNOLL CT
KATY, TX 77494-7572

M JACK BERNSTEIN & MIRIAM BERNSTEIN JT TEN
455 S NEWPORT WAY
DENVER, CO 80224-1321

M MADELEINE DOUGHERTY
3 SOUTH NEW HAVEN AVENUE
VENTNOR, NJ 08406-2640

M MELACHRINO
& A MELACHRINO JT TEN TOD M HAWORTH J SCHMIDT
SUBJECT TO STA RULES
41 SILK OAKS DRIVE
ORMOND BEACH, FL 32176-3122

M PRISCILLA SHORT KLEIN
212 LOCUST SE ST 106
VIENNA, VA 22180-4645

M S REVA MOSS CUST DAVID MICHAEL MOSS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
27501 W WARREN
GARDEN CITY, MI 48135-2253

M W WEINREB
13106 ANVIL PL
HERNDON, VA 20171-2922

MABEL CHRISTOPHER ET AL TR
UA 08/12/08 CHRISTOPHER FAMILY REVOCABLE TRUST -
FUND B
7 RUSSELL ST
BEVERLY, MA 01915

MABEL L SMITH CUST LINDA K SMITH
A MINOR PURS TO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
1138 EPWORTH AV
DAYTON, OH 45410-2612

MAC DONALD BENSON
PO BOX 118
KLEINBURG ON
L0J 1C0 CANADA

MACEL M COKENOUR TOD HARRY D COMBS SUBJECT TO STA
G3204 KLEINPELL STREET
BURTON, MI 48529-1006

MACIE V HEGWOOD
& CHERYL MABRY & R SCOTT HEGWOOD & GREGARY A
HEGWOOD JT TEN
400 EAST 18TH ST # 113
WESLACO, TX 78596

MACK F FULLER & VIRGINIA H FULLER TR
UA 08/10/2007 FULLER 2007 LIVING TRUST
345 BLACK OAK DRIVE
PETALUMA, CA 94952

MACON W WOODARD JOYCE WOODARD BYRD & DIANNE WOO
ART 05-PAR B U-W MARY F WOODARD
5301 WESTERN BLVD
RALEIGH, NC 27606-1643

MACY H MEYERS CUST JOSEPH STUART MEYERS
U/THE MD UNIFORM GIFTS TO MINORS ACT
1280 COLLEGE AVE
COLUMBUS, OH 43209-2862

MADALEINE BERLEY CUST MARC BERLEY UGMA NY
225 W 106TH STR
APT 12K
NEW YORK, NY 10025-3657

MADELEINE A LONGO
1650 1ST AVE W
APT 304
BRADENTON, FL 34205-6842

MADELEINE ALBANESE
190 MORRIS AVE #3-H
SPRINGFIELD, NJ 07081-1221

MADELEINE BASS TOD SHELDON GUSTAFSON SUBJECT TO S
1459 PEREZ DR
PACIFICA, CA 94044

MADELEINE C BLANC
1 CENTRAL HWY
NEW CITY, NY 10956-2312

MADELEINE C MARTINEZ
12342 BECK
GARDEN GROVE, CA 92840-3848

MADELEINE D MANNIX
C/O C FROST-JOHNSON C
608 W MAIN ST
ELIZABETH CITY, NC 27909-4257

MADELEINE E PAUL
10 CANAL ST
UNIT 409
NORTH BERWICK, ME 03906-6790

MADELEINE E PAUL
10 CANAL ST
UNIT 409
NORTH BERWICK, ME 03906-6790

MADELEINE G FREESTON
22-D TURTLE CREEK DR
TEQUESTA, FL 33469-1563

MADELEINE H POOLE
868 ALDERWOOD WAY
SARASOTA, FL 34243-1314

MADELEINE L KLOC CUST KATRINA L KLOC UTMA MI
4875 MACK RD
HOWELL, MI 48843-9219

MADELEINE LIZOTTE-FRASER
390 RUE JULIE-DEFOY
QUEBEC QC
G1G 2W8 CANADA

MADELEINE M GROVE
2903E 25N
HUNTINGTON, IN 46750-9360

MADELEINE R ORTMAN
561 CANNONBURY DR
SAINT LOUIS, MO 63119

MADELEINE R TAENI
5271 NAUTILUS DR
CAPE CORAL, FL 33904-5659

MADELEINE S BAILEY
2211 BRIARWOOD DR
COPLAY, PA 18037-2261

MADELINE GORDON CUST ILENE GORDON
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
526 HANOVER AVE
CHERRY HILL, NJ 08002-2016

MADELON TALLEY CUST MAC DONALD WEYBRIGHT TALLEY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
49 E 73RD ST
NEW YORK, NY 10021

MADLYN R BERNSTEIN
1811 QUENTIN RD
APT 3K
BROOKLYN, NY 11229

MADONNA H JEFFERS TR
MADONNA H JEFFERS REVOCABLE LIVING TRUST UA 7/11/98
133 TOPAZ TRAIL
CORTLAND, OH 44410-1349

MAE DOWNES TR MAE DOWNES TRUST # 1 UA 06/15/95
3648 N TRIPP AVE
CHICAGO, IL 60641-3037

MAE GLADFELTER KEPHART TR
MAE GLADFELTER KEPHART INTER VIVOS TRUST 02/27/95
3159 NEALON DR
FALL CHURCH, VA 22042-3632

MAE MARIONETTE MCLEOD TR
THE MAE MARIONETTE MCLEOD REV TRUST UA 12/02/96
715 POINSETTA DR
SATELLITE BEACH, FL 32937-2528

MAILLE ANN FARRAR
ATTN MAILLE ANN KESSENICH
526 224TH PL SE
BOTHELL, WA 98021-8289

MAINE FEDERATION OF WOMENS CLUBS
ATTN PATRICIA N TREWORGY
P O BOX 411
MILBRIDGE ME  04658-0411
CASTINE, ME 04421-0027

MAKOTO KAJI
3 13 #311
KITA KU KITA13 NISHI
SAPPORO CITY
001 0013 HOKKAIDO JAPAN

MALCOLM BOSHNACK CUST BRIAN BOSHNACK
U/THE CONN UNIFORM GIFTS TO MINORS ACT
6450 WEBSTER ST APT 341
VENTURA, CA 93003-4474

MALCOLM NEIL MCNEIL & MARY HELEN MCNEIL TR
MALCOLM NEIL MCNEIL & MARY HELENMCNEIL
319 CADGEWITH WEST
LANSING, MI 48906-1535

MALCOLM P HANSON TR
SHIRLEY A HANSON REVOCABLE LIVING TRUST UA 04/23/98
30151 BARBARY CT
WARREN, MI 48093-3086

MALMOUD AMIRANA CUST JASMINE AMIRANA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10220 LOS PADRES PL
LAS VEGAS, NV 89134-6905

MALMOUD AMIRANA CUST OMAR AMIRANA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10220 LOS PADRES PL
LAS VEGAS, NV 89134-6905

MALOUF & SONS # 03-INC
1413 BORGER ST
PLAINVIEW, TX 79072-4735

MALVENIA STEWART
PO BOX 440398
JACKSONVILLE, FL 32222-0004

MAMIE WILLIAMS
PO BOX 298147
COLUMBUS, OH 43229-3147

MAN CHI HO
FLAT C  18/F
339-347 LOCKHART RD
WANCHAI
HONG KONG, CHINA

MANFRED G WOCH
PO BOX 510288
MILWAUKEE, WI 53203-0056

MANFRED GALLE
C/O FIRST NATIONAL BANK
PO BOX 2260
CODY, WY 82414-2260

MANLEY BURT WADE & PATRICIA H WADE TR
MANLEY BURT WADE & PATRICIA H WADE TRUST UA
08/27/92
13 CROSSLEAF COURT EAST
PALM COAST, FL 32137-8907

MANSOUR ASHTIANI-ZARANDI
C/O HOSSEIN
17116 DUNBLAINE AVE
BEVERLY HILLS, MI 48025-4104

MANSSOUR H MOEINZADEH
PO BOX 5074
CHAMPAIGN, IL 61825-5074

MANUEL AZEVEDO CUST SAMUEL AZEVEDO
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1424 42ND ST
SACRAMENTO, CA 95819-4008

MANUEL E FINKELSTEIN
4679 W BRUMMEL
SKOKIE, IL 60076-3680

MANUEL FINKLESTEIN & SHIRLEY FINKLESTEIN JT TEN
BOX 170
NORTH ADAMS, MA 01247-0170

MANUELA WOLF
SPRENGELSTRASSE17
D-13595
BERLIN
GERMANY

MARA F FLAHERTY
PO BOX 781334
SEBASTIAN, FL 32978-1334

MARC B SMITH JR
PO BOX 100997
FORT WORTH, TX 76185-0997

MARC C BARON
PO BOX 371462
MIAMI, FL 33137

MARC C MC DANIELS
PO BOX 425165
CAMBRIDGE, MA 02142-0004

MARC D ELIAS
PO BOX 320185
FLINT, MI 48532-0004

MARC TALBERT
1815 215TH ST APT 9C
BAYSIDE, NY 11360

MARCEL WEINTRAUB
2118 SOUTH BELVOIR BLVD
SOUTH EUCLID, OH 44121-3712

MARCELINE J KEELER TR
MARVIN E KEELER & MARCELINE J KEELER REVOCABLE
TRUST UA 9/7/93
PO BOX 1281
GARDENVILL, NV 89410-1281

MARCELLA M JANOUSKOVEC
PO BOX 934113
MARGATE, FL 33093-4113

MARCI DANA WEIN
27751 AGATE CANYON DR
LAGUNA NIGUEL, CA 92677-4058

MARCI EISENSTEIN
1135 WEST MONTANA
CHICAGO, IL 60614-2220

MARCIA A DEUBNER & TIMOTHY DEUBNER JT TEN
2038-130TH AVE
HOPKINS, MI 49328-9734

MARCIA C GOULD CUST TODD L GOULD
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 600
INDIAN ROCKS BEACH, FL 33785-0600

MARCIA ELLEN DORN CUST WILLIAM C DORN UGMA WA
4818 199TH AVE SE
SNOHOMISH, WA 98290-7434

MARCIA L RICHMAN CUST LARRY DALE RICHMAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1021 E OLIVE STREET #A
ARLINGTON HEIGHTS, IL 60004-5014

MARCILE B WOELFEL TR UA 01/29/1993 AMENDED 06/10/2010 I
WOELFEL AMENDED AND RESTATED DECLARATION OF
TRUST
4345 BROOKIE COURT
COLUMBUS, OH 43214

MARCOS GUASTELLA
RUA CASTILHO 155
BROOKLIN NOVO
SAO PAULO SAO PAULO
ZIP CODE 04568 010 BRAZIL

MARCOS P POLDAUF
GM DO BRASIL
AV GOIAS 1805 SAO
CAETANO SAO PAULO
09550-900 BRAZIL

MARCUS C SMITH
BOX 286078
CHICAGO, IL 60628-0078

MARCUS CRANE HITT & DORENE CLARK HITT TR
MARCUS & DORENE HITT TRUST UA 06/26/95
1850 W ROUTE 29
URBANA, OH 43078-9304

MARCY LYNN KLEIN
105 COMPTON CIR
ROBBINSVILLE, NJ 08691-3060

MARDELLE CAGEN CUST JOAN M CAGEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
C/O JOAN LASER
428-B W WEBSTER
CHICAGO, IL 60614-3813

MARE WILLICK
PO BOX 451866
LOS ANGELES, CA 90045-8523

MARGARET A ANDERSON & HOWARD R ANDERSON TR
UA 09/25/2007 ANDERSON FAMILY REVOCABLE TRUST
207 CIRCLE VIEW DRIVE
DASSEL, MN 55325

MARGARET A BARRIOS TR CHRISTINE S HOYLE TR # 9495 UA
1023 FAIRFIELD COURT
WAUKEGAN, IL 60085-2803

MARGARET A HEINLE CUST CONNER J HEINLE UTMA MA
35709 JOHNSTOWN
FARMINGTON HILLS, MI 48335-2020

MARGARET A HILLER
2066 CHECKREIN LN
LA PINE, OR 97739-9264

MARGARET A LEPORE CUST LAWRENCE R LEPORE
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
70 SEMINARY AVE APT 380
NEW TOWN, MA 02456

MARGARET A NEWBERRY
PO BOX 190101
BURTON, MI 48519-0101

MARGARET A PFLAUMBAUM & GRAYDON H ELLIS JR TR
MARGARET A PFLAUMBAUM REVOCABLE TRUST UA 7/11/86
HOLDERLINSTRASSE 9
68723 OFTERSHEIM/REP OFGERMANY
GERMANY

MARGARET A SHOTWELL TR
MARY E DERLETH TRUST FOR ELIZABETH J COMERFORD
UA 3/17/94
3006 TUMBLEWEED DR
KOKOMO, IN 46901-7011

MARGARET A STEINBEISER
903 ALLEGHENEY ST
HOLLIDAYSBURG, PA 16648-2403

MARGARET ANNE GREEN CUST RICHARD A GREEN
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
4521 HIGHWAY 168
PALMYRA, MO 63461-2314

MARGARET B CROWTHER
C/O GORDON R COOK
714333 1ST LINE EAST MONO
ORANGEVILLE ON
L9W 2Y8 CANADA

MARGARET BUTTERFIELD TOD ARLENE MESZAROS SUBJECT
RULES
171 FAIRWAY RD
ROTONDA WEST, FL 33947-2019

MARGARET C RIFE & JAY R RIFE TR
RIFE SELF TRUSTEED LIVING TRUST UA 11/14/01
2421 VEEDER RD
LEWISTON, MI 49756-8679

MARGARET CALLOUGH CUST ANITA CALLOUGH
U/THE PA UNIFORM GIFTS TO MINORS ACT
543 SOMERVILLE DR
PITTSBURGH, PA 15243-1565

MARGARET CORKLE TR
UA 04/18/1997 MARIAN HAUGH & RICHARD LEWIS CORKLE
LIVING TRUST
1440 MIDDLE GULF DR 1F
SANIBEL, FL 33957

MARGARET D HEYER & JOSEPH L HEYER TR
MARGARET D HEYER LIVING TRUST UA 12/20/99
6599 DAY RD
CANANDAIGUA, NY 14424-9106

MARGARET D VIA & JOSEPH A VIA TR
HENRY E VIA & MARGARET D VIA REVOCABLE TRUST UA
01/14/04
3911 PRESTON RD
MARTINSVILLE, VA 24112-7106

MARGARET E BONIFIELD & JOHN W BONIFIELD TR
UA 04/03/89 BONIFIELD REVOCABLE TRUST
3510 PASEO FLAMENCO
SAN CLEMENTE, CA 92672-3513

MARGARET E KOOPMEINERS
3924 NORTH CAPE CT
FRANKSVILLE, WI 53126-9626

MARGARET E PETERS TR
MARGARET E PETERS REVOCABLE LIVING TRUST UA
03/27/03
PO BOX 76
BRETHREN, MI 49619-0076

MARGARET E SISLIAN CUST SHARON E SISLIAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
30 LOCUST AVE
MILLBURN, NJ 07041-1822

MARGARET G KELSEY CUST JOHN GOULD KELSEY
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF
8131 NEILSEN DR
PINLEY PARK
TINLEY PARK, IL 60477

MARGARET GILL
BOX 100296
ARLINGTON, VA 22210

MARGARET H ROSS CUST JAMES V ROSS 3RD
U/THE MINN UNIFORM GIFTS TO MINORS ACT
1860 20TH AVE N E
ROCHESTER, MN 55906-8000

MARGARET I THOMAS TR
WILLIAM A & MARGARET I THOMAS REV TRUST UA 10/09/98
2635 S CRYSLER
INDEPENDENCE, MO 64052-3246

MARGARET J PIPOLY & PAUL E PIPOLY TR
MARGARET J PIPOLY LIVING TRUST UA 07/12/00
4455 VAN AMBBERG ROAD
BRIGHTON, MI 48114

MARGARET J SCHWEINLE
5250 SCHOOL RD
PECK, MI 48466-9756

MARGARET J URBAN CUST MARK E URBAN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
134 MONROE ST
STRATFORD, CT 06614-4046

MARGARET JANE CURTIS & ROBERT E CURTIS SR TR
MARGARET JANE CURTIS TRUST UA 05/22/96
248 OLD WHARF RD
DENNISPORT, MA 02639-2303

MARGARET JEAN DEHN
& MARGARET JEANETTE BELLONI & RICHARD DAVID DEHN
JT TEN
1212 BEACONSFIELD
GROSSE POINTE, MI 48230

MARGARET JEAN MARCY COTTRELL HOULE TR
UA 04/06/2000 GEORGE W COTTRELL CREDIT SHELTER
16600 NW GILLIHAN RD
PORTLAND, OR 97231

MARGARET JULIA VAN NESTE CUST CHARLES Q VAN NESTE
U/THE FLORIDA GIFTS TO MINORS ACT
2020 WOODS VALLEY RD
CUMBERLAND FURNACE, TN 37051-4906

MARGARET K HOOGSTRAET CUST MARY ELLEN HOOGSTRAE
UNDER THE MISSOURI U-G-M-L
4752 E BLACKTHORN
SPRINGFIELD, MO 65809-1132

MARGARET KILPI TR
UA 06/27/88 MARGARET KILPI TRUST F-B-O MARGARET KILPI
15 POND RD
HARVARD, MA 01451-1650

MARGARET KU CHAN CUST WILLIAM DAVID CHAN
A MINOR U/THE LAWS OF THE DISTRICT OF COLUMBIA
1722 KENYON ST NW
WASHINGTON, DC 20010-2617

MARGARET L BROWN TR
UA 08/28/1989 DECEDENTS TRUST OF BROWN FAMILY
TRUST
34302 SHORE LANTERN ST
DANA POINT, CA 92629

MARGARET L CARSON
9036 149TH ST
APT 5H
JAMAICA, NY 11435-3953

MARGARET L LAY & JULIAN D LAY JT TEN
21280 100TH AVENUE
LA BELLE, MO 63447-2154

MARGARET L PICKEREL & LLOYD A PICKEREL TR
MARGARET L PICKEREL TRUST UA 12/02/03
72 MARY ST
OZARK, AL 36360-7735

MARGARET L REINHARDT & BARBARA BRINKERHOFF JT TEN
523 EDGEWORTHE DR SE
ADA, MI 49301-7809

MARGARET LEE WEST DAWSON & DULANEY LEE WOODWAR
UA 06/25/82 MARGARET LEE WEST REV TR
PO BOX 4251
BUENO VISTO, CO 81211-4251

MARGARET LINCH JORDAN & WILLIAM DANIEL JORDAN TR
UA 08/18/2005 MDJ REVOCABLE TRUST
2857 KINGSLAND COURT
ATLANTA, GA 30339

MARGARET M BUNNELL
PO BOX 595097
DALLAS, TX 75359-0097

MARGARET M EARLEY STEIN
717 JAMIE WAY
WOODSTOCK, GA 30188-4080

MARGARET M GREENFELDER & DAVID P GREENFELDER & TIM
& DENNIS A GREENFELDER JT TEN
15218 WALVERN BLVD
MAPLE HTS, OH 44137-4641

MARGARET M HAMPSON & BENJAMIN C HAMPSON TR
UA 1/14/93 BY MARGARET M HAMPSON
536 GARDENIA ST
LAKE JACKSON, TX 77566-5858

MARGARET M MC CARTY
C/O MARGARET M NICHOLSON
PO BOX 297995
COLUMBUS, OH 43229-7995

MARGARET M MULVANEY & THERESA A SCHEDER TR
MARGARET M MULVANEY LIVING TRUSTUA 01/29/99
1145 WEST 8TH STREET APT 201
NEW RICHMOND, WI 54017-1472

MARGARET M SCIMECA & WILLIAM B SCIMECA TR
MARGARET M SCIMECA REVOCABLE TRUST UA 07/12/01
4215 HONEYSUCKLE DR
MCKINNEY, TX 75070-4498

MARGARET M SOBB TOD DAVID J SOBB & DEBRA A FORTMAN
4471-286TH STREET
TOLEDO, OH 43611-1914

MARGARET M WEIDNER
& NANCY JEAN WEIDNER & WILLIAM PETER WEIDNER
& THOMAS WILLIAM WEIDNER &
4908 HERON RUN CIRCLE
LEESBURG, FL 34748-7820

MARGARET MARSH KNOWLING
5507 189TH ST SE
BOTHELL, WA 98012-7463

MARGARET MARY RENNWALD
ATTN STEINER
840 OXGOOSE DRIVE
LANOKA HARBOR, NJ 08734-2024

MARGARET MINER WESTERBECK TR
MARGARET MINER WESTERBECK TRUST NO 102 UA 12/13/96
37 W 271 WELD ROAD
ELGIN, IL 60123-6733

MARGARET NELSON
PO BOX 432055
PONTIAC, MI 48343-2055

MARGARET NELSON PERS REP EST BERNICE NELS
PO BOX 432055
PONTIAC, MI 48342

MARGARET O DAWSON CUST BONNIE JANE DAWSON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1437 RAMBLEWOOD DR
EAST LANSING, MI 48823-1338

MARGARET O SHAFER
PO BOX 510339
PUNTA GORDA, FL 33951-0339

MARGARET P SHIVERDECKER CUST DENNIS L SHIVERDECKE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
677 SMOKEY LN COVE
CARMEL, IN 46033-9242

MARGARET R ALEXANDER TR
UA 05/24/89 EDITH B LAKE AND MARGARET R ALEXANDER
634 COACHLIGHT LANE
HAZELWOOD, MO 63042-3448

MARGARET R JOY & NELSON D STUBBS TR
UA 09/01/92 H KENNETH MACKEY SECOND TRUST
328 CECIL ST
CHESAPEAKE CITY, MD 21915-1025

MARGARET R MILLER TR
MARGARET R MILLER REVOCABLE LIVING TRUST UA
08/14/96
906 ROBBINS AVE
NILES, OH 44446-2442

MARGARET ROSS MC ELDOWNEY II
15075 108TH LANE SW
VASHON, WA 98070-3835

MARGARET S GINGRICH
14757 205TH AVE
BIG RAPIDS, MI 49307-9210

MARGARET S SCHILLING & HUGH K SCHILLING TR
MARGARET S SCHILLING TRUST UA 02/21/95
354 WOODLAWN AVE
ST PAUL, MN 55105-1240

MARGARET SUE CAMPBELL CUST STACY SUE CAMPBELL
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7353 FIVE OAKS CT
SPRINGBORO, OH 45066-8881

MARGARET V HEBERLEIN
2038 ROYAL PINES DRIVE
NEW BERN, NC 28560

MARGARET V MCLAUGHLIN TR
MARGARET V MCLAUGHLIN LIVING TRUST UA 05/27/05
5343 FOLKSTONE DRIVE
TROY, MI 48085-3271

MARGARET W RENKE
& JOHN K RENKE II JT TEN TOD CHRISTINA K MENDOZA
JOHN K RENKE III
10607 HILLTOP DR
NEW PORT RICHEY, FL 34654-2503

MARGARET W SCHNEIDER & REINER F SCHNEIDER JT TEN
4207 KNOLL CIR
LANSING, MI 48917-2103

MARGARET WITTOCK
& SHARON BERGSTROM & JUDY BEAUCHAMP & KENNETH
WITTOCK JT TEN
1104 STOCKBRIDGE AVE
IRON MOUNTAIN, MI 49801

MARGARETHA MURRAY & LINDA ANN MURRAY SIMMS TR
ARCH MURRAY N M TRUST UA 02/24/92
515 HOOK ROAD
WESTMINSTER, MD 21157-5922

MARGARIE M YOUNG TR
ANDREW E & MARGARIE M YOUNG REV LIVING TRUST UA
08/09/99
1225 W 25TH STREET
INDIANAPOLIS, IN 46208-5302

MARGARITO MARTINEZ & FLORA LUCILLE MARTINEZ TR
MARTINEZ FAM REVOCABLE LIVING TRUST UA 04/14/98
2945 W BRIDGEPORT AVENUE
ANAHEIM, CA 92804-2049

MARGARITO PEINADO
616 KINSHIRE WAY
PATTERSON, CA 95363-9763

MARGERY E GRISWOLD CUST G HOWARD GRISWOLD JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
49 OLD COVERED BRIDGE RD
NEWTOWN SQ, PA 19073-1211

MARGERY G DEANE
908 SHERMAN AVE
PLAINFILED, NJ 07063-1533

MARGIE C MILLER
359650 675E
BRINGHURST, IN 46913-9731

MARGIE L KUTTENKULER TOD JEFFREY KUTTENKULER MARI.
KUTTENKULER
PO BOX 3
TIPTON, MO 65081-0003

MARGIE L KUTTENKULER TOD LORI COMBS EDWARD KUTTEN
KUTTENKULER
PO BOX 3
TIPTON, MO 65081-0003

MARGIE M FITZGERALD
& ELIZABETH A WOLFINBARGER & MARGIE K CAPPARELLI JT
TEN
739 HARRISON ST
FRANKLIN, OH 45005-2510

MARGIE R JAMESON
PO BOX 850086
YUKON, OK 73085-0086

MARGOT WEISS CUST LAURA ANN WEISS
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
2 OVERLOOK RD APT 1B1
WHITE PLAINS, NY 10605

MARGRET NEWCOMER CUST JAMES EDWARD NEWCOMER
U/THE PA UNIFORM GIFTS TO MINORS ACT
RD 2 BOX 263
LATROBE, PA 15650-9407

MARGRET R GERHARDSTEIN
167 S MAIN STREET
MILAN, OH 44846-9735

MARGUERITE E BRECKENRIDGE
& JANICE R DOOGAN & BARBARA A HATFIELD JT TEN
1 TYLER STREET
MONTGOMERY, NY 12549

MARGUERITE E WELCH CUST ANDREA WELCH
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 333
GLEN ST MARY, FL 32040-0333

MARGUERITE KELLY REILLY CUST MARGUERITE MARY REILL
CHAP 139 OF THE LAWS OF NEW JERSEY
2009 FAIRWAY DRIVE
SPRING LAKE HILLS, NJ 07762-2529

MARGUERITE M DONOHUE & CONNIE M DONOHUE TR
RESIDUARY TR U-W ANTHONY J DONOHUE
44 ARROWHEAD WAY
DARIEN, CT 06820-5508

MARGUERITE M SMITH & ELEANOR COSTELLO TR
UA 08/24/2008 MARGUERITE M SMITH LIVING TRUST
10136 SCOTT AVENUE
APT 5
WHITTIER, CA 90603

MARGUERITE TAYLOR PAULLIN CUST JAMES EDGAR PAULLIN
A MINOR U/THE LAWS OF GEORGIA
1885 W PACES FERRY ROAD N W
ATLANTA, GA 30327-2413

MARGUERITE WATSON JONES & HERBERT O JONES TR
MARGUERITE WATSON JONES REV TRUST UA 12/30/88
15428 BRAMBLEWOOD DRIVE
SILVER SPRING, MD 20906-1436

MARIA C PADOVAN
RUA NILO PECANHA 54 AP 41
SC SUL SP
9540830 BRAZIL

MARIA CECILIA PADOVAN
GM BRASIL AVG GOIAS 1805
SAO CAETANO DO SUL
SAO PAULO BRAZIL
09501-970 BRAZIL

MARIA GAGLIARDO & JEAN ADDESSI TR
MARIA GAGLIARDO REV TRUST UA 03/17/99
77 PENN AVE
STATEN ISLAND, NY 10306-2829

MARIA P WHITE & CHARLES R WHITE TR
CHARLES & MARIA WHITE FAMILY TRUST UA 12/22/00
PO BOX 13
MORENO VALLEY, CA 92556-0013

MARIA RIBAUDO & PHILIP RIBAUDO TR
RIBAUDO FAM IRREVOCABLE TRUST UA 10/26/96
501-1 WILLOW ROAD E
STATEN ISLAND, NY 10314-7915

MARIA VICTORIA PIROSO
PO BOX 173474
TAMPA, FL 33672-1474

MARIA YOLANDA HUERTA ALVEAR
PO BOX 532692
GRAND PRAIRIE, TX 75053-2692

MARIAM KURKJIAN TR
UA 06/17/1997 MARIAM KURKJIAN REVOCABLE LIVING
TRUST
28074 FONTANA DRIVE
SOUTHFIELD, MI 48076

MARIAN A GOLLHOFER CUST GARY LEE GOLLHOFER
U/THE MO UNIFORM GIFTS TO MINORS LAW
4008 STONE BROOKE DR
GRAPEVINE, TX 76051-7143

MARIAN BERINGER WILSON TR
UA 01/13/94 MARIAN BERINGER WILSON REVOCABLE LIVING
TRUST
561 WARWICK AVE
SAN LEANDRO, CA 94577-1943

MARIAN BOSTROM
1151 153RD LANE NE
HAM LAKE, MN 55304-5502

MARIAN C BROWN
24009 178TH ST
OKOBOJI, IA 51355

MARIAN COSENTINO CUST MICHAEL PAUL COSENTINO A MIN
/26 INCL OF THE
8596 VICTORIA MEADOW LN
REYNOLDBOURG, OH 43068-9748

MARIAN E SONTAG CUST MARK COLBY ROBERTS
U/THE CAL UNIFORM GIFTS TO MINORS ACT
PO BOX 1690
SAN JUAN CAPISTRAN, CA 92693-1690

MARIAN WEINHEINER
7389 LESOURDVILL W CHESTER RD
WEST CHESTER, OH 45069

MARIANNA R MACDONNELL CUST MARIANNA MACDONNELL
UNDER THE CALIFORNIA U-G-M-A
1353 RADCLIFFE CIRCLE
CORONA, CA 92881-6633

MARIANNE B RICHARDSON TR
MARIANNE B RICHARDSON REVOCABLE LIVING TRUST UA
7/6/01
3390 ACORN LANE SOUTH
SALEM, OR 97302-5901

MARIANNE E HERIFORD
2027 180TH NE CT
REDMOND, WA 98052-6033

MARIANNE L ALBUS
1863 113TH LN NW
COON RAPIDS, MN 55433-3714

MARIANNE M KRASUSKI
C R 3190 3588
MOUNTAIN VIEW, MO 65548

MARIANNE WELLS SAMS
PO BOX 262447
PLANO, TX 75026-2447

MARIANO J RINALDI CUST JOSEPH RINALDI
A MINOR UNDER P L 55 CHAP 139 OF THE LAWS OF N J
PO BOX 1459
SHARON, CT 06069-1459

MARIE A A BLACKWOOD CUST MILES S BLACKWOOD UTMA U
4001 242ND AVE SE
ISSAQUAH, WA 98029-7580

MARIE A FITZPATRICK TR MARIE A FITZPATRICK SEPRATE PR
INTER VIVOS TRUST UA 07/10/06
PO BOX 151
WOODACRE, CA 94973-0151

MARIE A FITZPATRICK TR UA 12/21/2005 MARIE A FITZPATRICK
BENEFITTRUST UNDER GEORGE EDWARD FLANDERS
PO BOX 151
WOODACRE, CA 94973

MARIE A MAMMEN & DOROTHY L MAMMEN & ELIZABETH M TH
MARIE A MAMMEN REVOCABLE TRUST UA 6/28/02
PO BOX 242
MIDDLEBURY, VT 05753-0242

MARIE D BUSSIERE CUST JULIE D BUSSIERE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
40 HOBBS BROOK ROAD
WALTHAM, MA 02451-1321

MARIE E BENSON CUST ROBERT HAROLD BENSON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
7458 TIMBERLEA CT
FLINT, MI 48532-2076

MARIE E LEININGER TR MARIE E LEININGER LIVING TRUST 1/
2025 TICEN CT
BEECH GROVE, IN 46107-1474

MARIE ELIZABETH SPINNEY
& ARTHUR EUGENE SPINNEY & ELIZABETH MARIE PEET JT
TEN
4667 BREEZEWOOD CRT
ANN ARBOR, MI 48103-1570

MARIE H GOLDNER & RUTH A WEINBERG JT TEN
530 TANGLEWOOD LN
APT 124
MISHAWAKA, IN 46545-2654

MARIE K KRIEGER
& BURTON KRIEGER & DANIEL KRIEGER & MARK KRIEGER
JT TEN
9929 NORTH STREET
REESE, MI 48757-9552

MARIE KENNEDY
43 PENWOOD DR
WHITING, NJ 08759-2057

MARIE KLEIN
1555 CYNTHIA AVE
MADISON HTS, MI 48071-2628

MARIE KLEIN TIMSON
102 TAHANTO RD
POCASSET, MA 02559-1726

MARIE L KLEIN
PO BOX 1425
BUCKEYE, AZ 85326-0103

MARIE LAFFIN
& RAYMOND J LAFFIN CO EXECUTORS OF THE ESTATE OF
RAYMOND C LAFFIN
706A OLD NASSAU ROAD
JAMESBURG, NJ 08831-2011

MARIE MENDHALL CLEASBY CUST DAVID G CLEASBY
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2100 WEST AVE 135TH
SAN LEANDRO, CA 94577-4114

MARIE ST MARIE
& DANIEL R ST MARIE & ROBERT ST MARIE & MARIANNE
FLEMING JT TEN
3207 N NOTTINGHAM
CHICAGO, IL 60634-4580

MARIE T SLOYAN & JOSEPH P SLOYAN TR
MARIE T SLOYAN LIVING TRUST UA 08/29/00
7351 ISHNALA DR
PALOS HEIGHTS, IL 60463-2011

MARIEN V HOFFMAN TR MARIEN V HOFFMAN LIVING TRUST U/
7411 112TH ST SW
LAKEWOOD, WA 98498-6626

MARIETTA ECAMPBELL TR
MARIETTA E CAMPBELL REVOCABLE LIVING TRUST UA
11/14/97
1108 STRAFORD DR
NEW HAVEN, IN 46774

MARILYN A MEINEN
2919 ACACIA AVE
SUTTER, CA 95982-2104

MARILYN B SCHMENNER TR
MARILYN BARTHOL SCHMENNER 2003 REVOCABLE TRUST
UA 10/10/03
12310 ROSSLARE RIDGE RD #403
TIMONIUM, MD 21093-8215

MARILYN GOTTFRIED CUST STEWART GOTTFRIED
U/THE N Y UNIFORM GIFTS TO MINORS ACT
244 REDFERN
MONTREAL
H3Z 2G3 CANADA

MARILYN J COPE & NEWTON A COPE TR
NEWTON A COPE JR A MINOR U-DECL OF TRUST
244 GLEN DRIVE
SAUSALITO, CA 94965-1819

MARILYN J GAYLOR TR
REVOCABLE LIVING TRUST 09/07/91 U-A MARILYN J GAYLOR
716 EAST NAPLES COURT
CHULA VISTA, CA 91911-6821

MARILYN J HARTWIG TR
WILLIAM & MARILYN HART WIG JOINT REV TRUST UA
04/29/97
N 3298 HIGHWAY 81
MONROE, WI 53566-9205

MARILYN JO WATT & J HAROLD WATT JR TR
MARILYN JO WATT REV TRUST UA 10/29/97
218 N RIDGE RD
MUNCIE, IN 47304-3755

MARILYN KNEHANS TR MARILYN KNEHANS LIVING TRUST UA
PO BOX 167292
IRVING, TX 75016

MARILYN L EMMERSON UA 10/10/2007 MARILYN L EMMERSON
LIVINGTRUST
820 UPLAND DR
PORT ORANGE, FL 32127

MARILYN M NEWCOMB & JAMES F NEWCOMB TR
THE JAMES F & MARILYN M NEWCOMB TR UA 08/28/03
2190 SILVERWOOD DR
PRUDENVILLE, MI 48561

MARILYN M VAN SCIVER CUST ARTHUR L VAN SCIVER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
1580 POST RD
DARRIEN, CT 06820-5900

MARILYN M WETZLER & JOHN M WETZLER TR
UA 06/01/94 MARILYN M WETZLER REVOCABLE TRUST
847 ENFIELD ST
BOCA RATON, FL 33487-3118

MARILYN MILSTEIN
7815 SW 102ND PL
MIAMI, FL 33173-3903

MARILYN PATRICIA APPLEGATE TR
MARILYN PATRICIA APPLEGATE TRUST UA 03/17/03
14324 W 123RD ST
OLATHE, KS 66062-6026

MARILYN R HEYERDAHL TR
UA 03/16/94 THE MARILYN R HEYERDAHL REVOCABLE
TRUST OF 1994
4465 PHEASANT RUN
JANESVILLE, WI 53546-1019

MARILYN R ISLINGER & JOSEPH S ISLINGER TR
MARILYN R ISLINGER REVOCABLE TRUST UA 01/12/97
9720 S HOMAN AVE
EVERGREEN PARK, IL 60805-3038

MARILYN R KLEIN
11400 TEFFT
ROCKFORD, MI 49341-8418

MARILYN REISCH CUST KATHIE JILL REISCH
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9480 NW 24TH PLACE
SUNRISE, FL 33322-2764

MARILYN SUGGS SMITH CUST WALTER S SMITH 3RD
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
PO BOX 7703
APACHE JCT, AZ 85178-0052

MARILYN V GOODMAN
1123 WHITINGHAM DR
FLINT, MI 48503-2903

MARILYN W BLAKER CUST LAURIE PAWN BLAKER
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
8580 WOODWAY DR 2210
HOUSTON, TX 77063-2476

MARILYN WEINSTEIN CUST ROBERT J WEINSTEIN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
82 WESTLAND AVE
WEST HARTFORD, CT 06107-2732

MARILYN WHITMAN CUST STEPHANIE ROBIN WHITMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
35 HERFORT RD
WAYNE, NJ 07470-3736

MARILYN A MC DONALD
C O REINMILLER
2244 AUBURN RAVINE DR
LINCOLN, CA 95648-2802

MARILYNN E GOSLING & IRA E GOSLING TR
MARILYNN E GOSLING LIV TRUST UA 10/30/00
3914 W ORCHARD HILL DRIVE
BLOOMFIELD HILLS, MI 48304-3132

MARILYN M RICKARD CUST MARIA ANTONIAT RICKARD A MI
CALIFORNIA GIFTS OF
1187 COAST VILLAGE ROAD #218
SANTA BARBARA, CA 93108-2737

MARILYNNE WOOL CUST JONATHAN HENRY WOOL
U/THE CONN UNIFORM GIFTS TO MINORS ACT
1122 CREST LANE
WESTERN SPRINGS, IL 60558-2145

MARILYNNN P PARKER TOD PATRICIA R KLEIN
3231 NORTH WEST 23RD AVE
CAMAS, WA 98607-8097

MARIO BAFFICO & FLORENCE A BAFFICO TR
UA 07/29/93 MARIO AND FLORENCE BAFFICO REVOCABLE
TRUST
175 REY ST
SAN FRANCISCO, CA 94134-2740

MARIO F COMMITO CUST RICHARD COMMITO
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
2420 WESTERN AVE
CHICAGO, IL 60608-4705

MARIO N SCALZI & JUDITH ANN SCALZI TR
MARION N SCALZI LIVING TRUST UA 05/02/03
4082 WEST LAKE ROAD
CANANDAIGUA, NY 14424-8314

MARION A OLIVER & LILLIAN M OLIVER TR
MARION & LILLIAN OLIVER REVOCABLE LIVING TR
3365 EAST CLARKSTON RD
OAKLAND, MI 48363-1927

MARION A TAGGART & EDWARD A BOWER TR
MARION ANDREW TAGGART TRUST UA 04/23/99
169 BOGLE RD
PETERBOROUGH, NH 03458-2203

MARION BEYER CUST CHERI BEYER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
200 WINSTON DR
CLIFFSIDE PARK, NJ 07010-3235

MARION C HENSLEY & MARTHANNA HENSLEY TR
MARION C HENSLEY AND MARTH NNA HENSLEY JT REV
TRUST UA 5/6/98
11675 ATLANTIC ROAD
FORTVILLE, IN 46040-9603

MARION D AIMESBURY & WILTON G A AIMESBURY TR
UA 03/12/1997 LEE AIMESBURY CREDIT SHELTER TRUST
217 WEST WALK
WEST HAVEN, CT 06516

MARION D DOVE
C/O GAIL KOHLMANN
7390 170TH STREET WEST
ROSEMOUNT, MN 55068

MARION D TRAUGHBER
PO BOX 681744
MARIETTA, GA 30068-0030

MARION ELIZABETH FISHER TR
MARION ELIZABETH FISHER LIVING TRUST UA 02/08/96
10805 BREWINGTON RD
HENRICO, VA 23238-4109

MARION F CZOLGOSZ
& JAMES G CZOLGOSZ & JANICE L CZOLGOSZ & JANE A
BOURBONNAIS JT TEN
3310 DALE
SAGINAW, MI 48603-3122

MARION G SMITH CUST WILLIAM WALTER SMITH
U/THE MINN UNIFORM GIFTS TO MINORS ACT
13228 MONTCLAIR DR
OMAHA, NE 68144-2554

MARION H STEINMAN
230 W TERRY LANE
EGGHARBOR CITY
EGG HARBOR CY, NJ 08215

MARION HAWTHORNE
13147 159TH ST
JUPITER, FL 33478-8546

MARION L JACOBSEN CUST STEVEN R JACOBSEN
U/THE MINN UNIFORM GIFTS TO MINORS ACT
3562 114TH LANE N W
COON RAPIDS, MN 55433-2602

MARION LOEWENSTEIN
360 CABRINI BLVD
NEW YORK, NY 10040-3635

MARION LOUIS WEINSTEIN & CHERYL S WEINSTEIN TEN ENT
509 BROOK VIEW CIRCLE
MARLTON, NJ 08057

MARION M RAMALIA & JUNIOR W RAMALIA TR
MARION M RAMALIA & JUNIOR W RAMALIA TRUST
8558 WHITMORE LAKE RD
BRIGHTON, MI 48116-8537

MARION M WHITING & FAIRFIELD WHITING JR JT TEN
PO BOX 38
WALLINGFORD, VT 05773-0038

MARION R MUFICH & HELEN M MUFICH TR
UA 08/21/91 MARION R MUFICH & HELEN M MUFICH TRUST
2967 NORTH 70TH STREET
KANSAS CITY, KS 66109-1801

MARION W LERNER CUST NATHAN LERNER
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
1500 LOCUST ST APT 4007
PHILADELPHIA, PA 19102-4326

MARION WEBERLEIN & HERMAN WEBERLEIN JT TEN
3597 KORTZ
CHEBOYGAN, MI 49721-8915

MARJORIE A ROBSON
1816 235TH ST
JEFFERSON, IA 50129-7552

MARJORIE A STOUT CUST BRADLEY R STOUT
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
207 JAENKA
SAN ANTONIO, TX 78219-1025

MARJORIE C HEIN
221 BROOKSIDE RD
BADEN, PA 15005-2407

MARJORIE C MEADOR TR
ALBERT S & MARJORIE C MEADOR REVOCABLE LIVING
TRUST UA 5/10/94
14001 WEST 92 ST APT 216
LENEXA, KS 66215-3472

MARJORIE C SPENCE
626 HILL ST
WHITINSVILLE, MA 01588-1061

MARJORIE C WILLIAMS JAMES H WILLIAMS JR & MARY SUSAN
U/A/W MARJORIE CIZEK WILLIAMS
20 BRAEBURN DRIVE
SAINT LOUIS, MO 63124-1608

MARJORIE E GAISLER
2121 169TH ST
MT PULASKI, IL 62548-6021

MARJORIE E PRUDHOMME TR
MARJORIE E PRUDHOMME REVOCABLE LIVING TRUST UA
02/22/00
4080 MAPLE WOODS DR WEST
SAGINAW, MI 48603-9307

MARJORIE F GAISLER
2121 169TH ST
MOUNT PULASKI, IL 62548-6021

MARJORIE FAIRCLOTH RAYE
5018 110TH ST
JACKSONVILLE, FL 32244-2330

MARJORIE FRANCES BARNES TR
INTERVIVOS TRUST 05/29/92 U-A MARJORIE FRANCES
BARNES
6314 N AGNES CIRCLE
GLADSTONE, MO 64119-1814

MARJORIE J IRETON TR
UA 03/07/08 MARJORIE J IRETON REVOCABLE INTER VIVOS
TRUST
626 S 3RD ST
# 302
SALINA, KS 67401-4105

MARJORIE JEAN ASHBY
ATTN MARJORIE JEAN STEINER
1624 HOLLY AVE
NORTHBROOK, IL 60062-5022

MARJORIE L VOGLER
19571 190TH STREET
ROCKPORT, MO 64482-8139

MARJORIE M DROMMERHAUSEN DANIEL G DROMMERHAUSE
& DEBRA S DROMMERHAUSEN JT TEN
344 LANDEROS DR
SANTA CLARA, CA 95051

MARJORIE P REINER
1081 ZIRCON AVE
BULLHEAD CITY, AZ 86442-7033

MARJORIE P TURNBULL & LYNN M TURNBULL TR
MARJORIE P TURNBULL TRUST UA 12/18/98
3905 22ND AVE
ROCK ISLAND, IL 61201-4926

MARJORIE S HEINS & MAYNARD C HEINS JR JT TEN
114 CARDINAL GLEN CIR
STERLING, VA 20164-5501

MARJORIE STOSKOPF & GRETCHEN S FALVO TR
A EMERSON & MARJORIE G G STOSKOPF FAMILY TRUST B
747 CATHEDRAL POINTE LANE
SANTA BARBARA, CA 93111-1474

MARJORIE T GOLDSTEIN
339 FRENCH COURT
TEANECK, NJ 07666-6476

MARJORIE TORRES & DEBORAH BARREIRO TR
JEANNE S HODELLA IRREVOCABLE TRUST UA 08/05/96
18 NANTUCKET DRIVE
MEDFORD, NY 11763

MARJORY ARMOS CUST JOANNE G ARMOS UGMA WA
11512 169TH CT NE
REDMOND, WA 98052-2741

MARJORY E SCOTT CUST MISS CYNTHIA JANE SCOTT
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
37206 SECOND ST
FREMONT, CA 94536-2838

MARJORY J MCSHERRY & WILLIAM P MCSHERRY TR
UA 11/23/93 THE MARJORY J MCSHERRY LIVING TRUST
1011 MAPLE COURT
LOCKPORT, IL 60441-3718

MARK A BELSEY CUST ERIKA GABRIELLE BELSEY
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
62 MONTAGUE ST
BROOKLYN, NY 11201-3375

MARK A CAMPBELL & JEANETTE C CAMPBELL TR
UA 07/26/2001 CAMPBELL REVOCABLE TRUST
130 DEER RUN PARK RD
EDGERTON, WI 53534

MARK A ESKRIDGE
13606 152ND AVE
GRAND HAVEN, MI 49417-8919

MARK A MEINECKE
5309 WIGWAM LN
LAPEER, MI 48446-8033

MARK A WARONEK
2075 242ND ST
LOMITA, CA 90717-1115

MARK ALAN FLEISCHBEIN
4513 KINGSWAY
ANACORTES, WA 98221-3205

MARK ANTHONY KLEIN
8 LUQUER RD
PLANDOME MANOR, NY 11030-1016

MARK B KEINATH & GLENN B KEINATH JT TEN
595 N DEHMEL RD
SAGINAW, MI 48601-9453

MARK D ROBBINS
& CHERYL L COX & AMY L HENDERSHOT & MATTHEW A
ROBBINS JT TEN
1915 PLEASANT VALLEY RD NE
NEW PHILADELPHIA, OH 44663-8078

MARK D WEINBERG
104 KILLDER CT
SOUTHLAKE, TX 76092-5802

MARK D WHITING
8725 WAUMEGAH
CLARKSTON, MI 48348-2554

MARK E ANDERSON
PO BOX 532226
LIVONIA, MI 48153-2226

MARK E FOSTER
PO BOX 163782
SACRAMENTO, CA 95816-9782

MARK E MANSTEIN
1221 BARROWDALE RD
JENKINTOWN, PA 19046-2415

MARK F BARTON & MARIE B BARTON TR
UA 06/07/90 MARK F & MARIE B BARTON TRUST
851 W JAMES CAMPBELL BLVD
# 204
COLUMBIA, TN 38401-4668

MARK F NEUMANN
19446 327TH AVE NE
DUVALL, WA 98019-9730

MARK FLEISCHER & DEBRA FLEISCHER TR
JUDITH RELMAN FLEISCHER TRUST UA 07/30/92
18616 PARKLAND DR
SHAKER HEIGHTS, OH 44122-3455

MARK FRANICH & DOUGLAS J MORGAN TR
MARK FRANICH INC PROFIT SHARING PLAN UA 09/01/80
1975 ANNETTE LANE
LOS ALTOS, CA 94024-6903

MARK G AUGENSTEIN
1022 NORMANDALE DRIVE
FORT WAYNE, IN 46808-4039

MARK G GEIS & ELIZABETH A GEIS TR
UA 12/31/91 LIVING TRUST FOR GEIS FAMILY
1392 LUDEAN DRIVE
HIGHLAND, MI 48356-1168

MARK G GEIS & ELIZABETH A GEIS TR
UA 12/31/91 THE LIVING TRUST GEIS FAMILY
1392 LUDEAN DR
HIGHLAND, MI 48356-1168

MARK G HICKS & JANET E HICKS TR
MARK G AND JANET E HICKS TRUST UA 4/21/98
3713 SOUTH 253RD ST
KENT, WA 98032

MARK G MANSTEIN
1221 BARROWDALE RD
RYDAL, PA 19046-2415

MARK G MARINO
2044 REINHARDT
SAGINAW, MI 48604-2432

MARK GIGOWSKI
2492 138TH AVE
DORR, MI 49323-9563

MARK H ECKSTEIN & MARIE N ECKSTEIN JT TEN
3004 SCARBOROUGH LN
MIDLAND, MI 48640-6908

MARK J BROWNSTEIN
24 HALS AVE
LANGHORNE, PA 19047

MARK J FITZPATRICK CUST MADALINE ELIZABETH FITZPATRI
PO BOX 441196
KENNESAW, GA 30160-9523

MARK J REEP & PHYLLIS A REEP TR
MARK J REEP & PHYLLIS A REEP LIVING TRUST UA 12/03/02
4365 CR 183
CLYDE, OH 43410-9502

MARK J RUE & DIANE B RUE TR
MARK J RUE ATTY AT LAW MONEY PURCH PENSION PLAN
UA 01/01/87
90 SOUTH CASCADE SUITE #820
COLORADO SPRINGS, CO 80903-1675

MARK KREINDLER & MARCELLE KREINDLER JT TEN
2000 CASABLANCA TER
APT 2242
DANVILLE, CA 94506-1949

MARK L HEINEN
3303 N 154TH TERR
BASEHOR, KS 66007-9515

MARK L STEINHART
22-B INDEPENDENCE PKWY
WHITING, NJ 08759-1632

MARK LAVINSKY CUST ADAM TODD LAVINSKY
A MINOR UNDER THE LAWS OF GEORGIA
4344 COLLINGHAM TRACE
MARIETTA, GA 30068-2705

MARK P RACE
BOX 980753
YPSILANTI, MI 48198-0753

MARK PAUL CULIK
R ELPIDIO PIMENTEL 383/302
CEP
VITORIA ES
29065-060 BRAZIL

MARK R HARWOOD CUST WENDY HARWOOD
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 188
SYRACUSE, NY 13214-0188

MARK R RUSTIN
30480 STEINHUAER ST
WESTLAND, MI 48186-5019

MARK R STEIN
506 SHORELINE DR
DEWITT, MI 48820-8752

MARK R TRIPATHY & CYNTHIA S DUMMERMUTH TR
UA 10/15/2001 GHANA S TRIPATHY B TRUST
PO BOX 2208
DOVER, OH 44622-1000

MARK ROTHSTEIN
1117 OCEAN AVE
NEW LONDON, CT 06320-2848

MARK S LEINEKE
8322 ILENE DR
CLIO, MI 48420-8518

MARK STEIN
7176 SOUTHAMPTON
WEST CHESTER, OH 45069

MARK STEINBERG
3806 CHURCH ST
EVANSTON, IL 60203

MARK STEVEN WEINTRAUB
2272 LOCUST STREET
MERRICK, NY 11566-2810

MARK THUESEN
PO BOX 710348
HOUSTON, TX 77271-0348

MARK W HOWETT JR & VIRGINIA A HOWETT TR
HOWETT FAMILY TRUST UA 10/22/04
313 MAPLE ST
BROOKVILLE, OH 45309-1712

MARK W STUART
7229 245TH WAY NE
REDMOND, WA 98053-8689

MARK WOODARD
3720 152ND LANE NW
ANDOVER, MN 55304-3010

MARKUS STERNBERG
GM DAEWOO 403-714 INCHEON
KWANG YOK SHI BUPYONG-GU
CHEENG CHON DNG
SINGAPORE

MARLEEN E FREDELL TR
UA 09/22/2008 RICHARD A FREDELL SPECIAL NEEDS TRUST
22816 48TH AVE COURT E
SPANAWAY, WA 98387

MARLENE A HARDESTY & HARRY E HARDESTY TR
MARLENE A HARDESTY TRUST UA 9/4/98
8800 S MCVICKER
OAKLAWN, IL 60453-1136

MARLENE ANN HORACE
PO BOX 774465
STEAMBOAT SPR, CO 80477-4465

MARLENE B OEHMKE & ROBERT C OEHMKE TR
MARLENE B OEHMKE LIVING TRUST UA 12/27/94
304 PARAGON
TROY, MI 48098-4630

MARLENE JUNE HOWE CUST JARED CONRAD HOWE
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
11812 TWILLWOOD
SAINT LOUIS, MO 63128-1132

MARLENE M OLSON & JANA OLSON BAKER & PAUL A OLSON
BAKER FAM TRUST UA 11/17/94
PO BOX 510
KENEDY, TX 78119-0510

MARLENE MAE FISHER CUST ALLEN DEAN FISHER JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1337 ORCHID
WATERFORD, MI 48328-1353

MARLENE MAE FISHER CUST STEPHEN MC KINLEY FISHER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
8400 HOLCOMB RD
CLARKSTON, MI 48348-4318

MARLENE WOLFF CUST LELAND DALE WOLFF
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
900 SOUTH HANLEY ROAD #1E
SAINT LOUIS, MO 63105-2667

MARLENE WOLFF CUST SCOTT WOLFF
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
900 S HANLEY ROAD #1E
SAINT LOUIS, MO 63105-2667

MARLIN DEAN TROTTER & NORMA LYNN TROTTER TR
UA 04/21/2009 TROTTER PRIVATE TRUST MNT 1
BOX 328
509 COCHRAN AVE
MILLEDGEVILLE, IL 61051

MARLYS K HORNSTEIN
5419 N CO RD 200 E
KOKOMO, IN 46901

MARNELL K WILBER & JOSEPH WILBER JT TEN
3510 136TH LN NW
ANOKA, MN 55304-3619

MARREA WINNEGA-GARCIA & MICHAEL WINNEGA
UA 09/01/1988 THEDA L WINNEGA TRUST
281 WINDSOR AVE
WOOD DALE, IL 60191

MARSHALL A RUBENSTEIN
24 SEXTON RD
SYOSSET, NY 11791-6610

MARSHALL EPSTEIN & MRS SARA EPSTEIN JT TEN
6107 PRESTONCREST LN
DALLAS, TX 75230-1825

MARSHALL SCHNEIDER CUST STEVEN BRETT SCHNEIDER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
2020 CARGILL DR
NORTHBROOK, IL 60062-6609

MARSHALL SOWELL
1220 123RD ST
LOS ANGELES, CA 90044-1136

MARSHALL WILBON
PO BOX 397882
DALLAS, TX 75339-7882

MARTHA A BEIN
ZERO DURANGO RD
MONTGOMERY, IL 60538

MARTHA A BURROWS TR
UA 10/25/93 MARTHA A BURROWS REVOCABLE LIVING
TRUST
571 PENN LAKE DR
CHESTER, SC 29706-8137

MARTHA A NICHOLS
& DON B NICHOLS & CYNTHA J SECOR & PAMELA H
RUSSELL JT TEN
107 WASHINGTON AVE
ELKTON, MD 21921-6017

MARTHA A WEAVER
3078 STEINRUCK ROAD
ELIZABETHTOWN, PA 17022-9060

MARTHA ANN MOSCARATILO
PO BOX 731825
PUYALLUP, WA 98373-0019

MARTHA ANNE CHALFANT
& WILLIAM Y CHALFANT & THE 1ST NATIONAL BK OF
HUTCHINSON KANSAS
1007 W 95TH AVE
HUTCHINSON, KS 67502-8325

MARTHA C KELLER
C/O M K BENS
3562 ZUMSTEIN AVE
CINCINNATI, OH 45208-1310

MARTHA CAMPBELL
PO BOX 310213
FLINT, MI 48531-0213

MARTHA E HAMPTON & WILLIAM C HAMPTON JR TR
THE HAMPTON FAMILY TRUST UA 05/12/95
8300 BLOSSOM POINT RD
WELCOME, MD 20693

MARTHA FIELDS LONG
PO BOX 149894
ORLANDO, FL 32814-8894

MARTHA HANCZARUK
& THOMAS R HANCZARUK & THEODORE A HANCZARUK &
JAMES D HANCZARUK &
35330 EDMUNDSS GRV
NEW BALTIMORE, MI 48047-1149

MARTHA HONDA
3703 169TH AVE NE
BELLEVUE, WA 98008-6169

MARTHA J DESCHNER TR
UA 03/14/94 MARTHA J DESCHNER REVOCABLE LIVING
TRUST
10421 LINFIELD PLACE
LAS VEGAS, NV 89134

MARTHA J HELLEIN
508 NORTH JEFFERSON ST
KITTANNING, PA 16201-1228

MARTHA J HOHNER & JAMES P HOHNER SR TR
MARTHA J HOHNER LIVING TRUST UA 09/03/99
13010 ADAMS
WARREN, MI 48093-1386

MARTHA JANE KREINBRINK
6012 DEEPWOOD CT
SYLVANIA, OH 43560-1099

MARTHA JEAN FASSINGER-VESS TOD BELLEAMI E DILBECK S
RULES
425 ROSELL ROAD
HOLLY, MI 48442

MARTHA LYNN WEBB & RALPH M MORRIS IV TR
UA 11/12/2008 GST EXEMPT TRUST CREATED UNDER THE
PO BOX 603
BEAUFORT, SC 29901

MARTHA MANN GALLAGHER CUST GEORGE ANTHONY GALLA
U/THE MICH UNIFORM GIFTS TO MINORS ACT
5136 E COOK RD
GRAND BLANC, MI 48439-8354

MARTHA NELSON FRANCIS CUST JUDSON C FRANCIS 3RD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
5913 BRIDGE POINT DRIVE
MCKINNEY, TX 75070-5368

MARTHA S PULLMAN CUST DANIEL EDWARD PULLMAN UGMA
5609 BEINVENIDA TERRACE
PALMDALE, CA 93551-5732

MARTHA SHERMAN & CARYN SHERMAN TR
HY SHERMAN CHILDRENS TRUST UA 12/07/92
606 TULIP TREE LANE
BOCA RATON, FL 33486-5649

MARTHA T NAGATA & MICHAEL M NAGATA TR
MICHAEL & MARTHA NAGATA REVOCABLE LIV TRUST UA
8/22/03
6720 E GREEN LAKE WAY NORTH
APT.404
SEATTLE, WA 98103-5432

MARTHA W ST CLAIR JESSE JAMES MEADOWS & MARCIA BAK
MARTHA W ST CLAIR TR UA 4/24/81
408 S YORK DR
SPRINGFIELD, MO 65802-5452

MARTHA WHITING TR MARTHA WHITING TRUST UA 12/19/01
1912 HARDING
LANSING, MI 48910-3555

MARTHA WRIGHT WHEELER & DAVID H WHEELER TR
LISA WHEELER U-W MARTHA WHITING REED
6155 SW CHESTNUT AVE
BEAVERTON, OR 97005-4238

MARTIN A COHEN & SHELBY R COHEN JT TEN
PO BOX 230493
ANSONIA STATION
NEW YORK, NY 10023-0493

MARTIN A MANSFIELD CUST MARTIN A MANSFIELD JR
A MINOR U/CHAP 125-4-1 OF THE LAWS OF THE STATE OF
COLORADO
7900 E UNION AVE
STE 1100
DENVER, CO 80237-2746

MARTIN A SWERDLOW TR
UNDER THE MARTIN A SWERDLOW DECLARATION OF
REVOCABLE TRUST 10/13/82
16 RIDGE ROAD
HIGHLAND PARK, IL 60035-4337

MARTIN B BOXER
6501 E GREENWAY PARKWAY
SUITE 103-262
SCOOTSDALE, AZ 85254-2065

MARTIN C MILLS & JUNE S MILLS TR
MARTIN C MILLS & JUNE S MILLS TRUST UA 05/18/99
7887 TIPSICO TRAIL
HOLLY, MI 48442-9120

MARTIN CUBAN CUST SHARON CUBAN
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
128 N CRAIG STREET APT 305
PITTSBURGH, PA 15213-2758

MARTIN EPSTEIN
1438 E 70TH ST
BROOKLYN, NY 11234-5712

MARTIN EPSTEIN & EDITH EPSTEIN JT TEN
1438 E 70TH STREET
BROOKLYN, NY 11234-5712

MARTIN F HEIN
367 N PETERS AVENUE
FOND DU LAC, WI 54935-2046

MARTIN F MALONEY & MRS ELIZABETH L MALONEY JT TEN
3633 MONTICETO CIRCLE
MUNDELEIN, IL 60060-6015

MARTIN F MC DONALD 3RD CUST MISS MEGAN EMMA TAYLOF
U/THE MARYLAND U-G-M-A
14525 SW MILLIKAN
UNIT 42488
BEAVERTON, OR 97005-2343

MARTIN F SCHEINMAN
38 ARDEN LN
SANDS POINT, NY 11050-1242

MARTIN FEINBERG
365 SOUTH END AVE #6H
NEW YORK, NY 10280-1043

MARTIN G CZASNOJC & KORI CZASNOJC TR
UA 05/04/2007 CZASNOJC FAMILY TRUST
2385 TELEGRAPH HILL
EL DORADO HLS, CA 95762

MARTIN G LEFFLER & RANDEE MARSHA K LEFFLER TR
MARTIN G LEFFLER & RANDEE MARSHAK
3757 GREEN VISTA DRIVE
ENCINO, CA 91436-3839

MARTIN J KALLAY & ANNE KALLAY TR
MARTIN J KALLAY & ANNE KALLAY JOINT SURVIVOR
2049 RUSNAK TRL
BROADVIEW HTS, OH 44147-1968

MARTIN J MCDONNELL & SHIRLEY R MCDONNELL TR
UA 08/07/2006 MCDONNELL FAMILY TRUST
9005 EUGENE DRIVE
GAITHERSBURG, MD 20877

MARTIN L FEINBERG
365 S END AVE #6H
NEW YORK, NY 10280-1043

MARTIN L STEINHAUER
1565 SHOSHONE LN
ST HELEN, MI 48656-9491

MARTIN L ZELIN CUST DAVID ALAN ZELIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 51944
BOSTON, MA 02205

MARTIN M HEINTZ
11158 E ATHERTON ROAD
DAVISON, MI 48423-9111

MARTIN M ROTHSTEIN TR MARTIN M ROTHSTEIN REVOCABLE
191 E MAIN STREET
FROSTBURG, MD 21532-1334

MARTIN PILKA CUST DANIEL PILKA
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
647 TEMPLE TERRACE
LAKELAND, FL 33801-5710

MARTIN SALBERG & MARTIN BERNSTEIN JT TEN
15 ROLLING WAY
NEW CITY, NY 10956-6912

MARTIN SHADOIAN CUST GEORGE MARTIN SHADOIAN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
221 6TH ST W
NEW ROADS, LA 70760

MARTIN SHULMAN CUST THEODORE SHULMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
588 47TH AVE
SAN FRANCISCO, CA 94121

MARTIN STEINKAMP & MADELINE K STEINKAMP JT TEN
2861 LONDONDERRY AVE
IDAHO FALLS, ID 83404-8304

MARTIN T WAGENHOFFER & DOROTHY M WAGENHOFFER TR
WAGENHOFFER FAM TRUST UA 06/12/96
1013 EMERALD DR
ALEXANDRIA, VA 22308-2627

MARTY WEINSTEIN & CARON WEINSTEIN JT TEN
110 NORTHGATE CIR
MELLVILLE
MELVILLE, NY 11747

MARVA J FLYNN & JAMES T FLYNN III TR
MARVA J FLYNN TRUST UA 07/26/00 AMENDED 12/03/01
2580 CAMBERLY CIR
MELBOURNE, FL 32940-6630

MARVIN D RENBARGER & JEANNETTE RENBARGER TR
UA RENBARGER FAM TR 08/29/91
4714 SOUTH COLONIAL OAKS DR
APT 610
MARION, IN 46953-7310

MARVIN D SMITH & THELMA V SMITH TR
MARVIN & THELMA REV LIV TRUST UA 08/06/04
RR #3 BOX 54
OAKLAND CITY, IN 47660-9315

MARVIN D WINEINGER & MARGARET WINEINGER TR
MARVIN D & MARGARET WINEINGER REVOCABLE LIV TRUST
UA 10/13/03
5819 COTTON WOOD ST
BRADENTON, FL 34203-8819

MARVIN E BEAUPRE & LYNNE E BEAUPRE TR
MARVIN E BEAUPRE LIVING TRUST UA 5/3/99
692 PEAR TREE LN
GROSSE POINTE, MI 48236-2723

MARVIN EINHORN CUST STEVEN N EINHORN UGMA IL
4350 PAYNE
SKOKIE, IL 60076-1172

MARVIN F CHILDS CUST DENISE ALICE CHILDS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
BASOM, NY 14013

MARVIN FEIN CUST DAVID A FEIN
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
3125 SYMES DR
BELLE MEAD, NJ 08502

MARVIN FEINSTEIN
3211 JUDITH LN
OCEANSIDE, NY 11572

MARVIN GREENWALD & MARILYN GREENWALD TR
UA 06/22/89 MARVIN GREENWALD & MARILYN GREENWALD
1989 TRUST
75 CONEJO DR
MILLBRAE, CA 94030-2819

MARVIN H ROSEMAN CUST NANCY LEE ROSEMAN
A MINOR U/ARTICLE EIGHT-A OF THE PERS PROPERTY LAW
OF NY
10510 GREENCREST DR
TAMPA, FL 33626-5201

MARVIN H TOWNSEND & ANNA C TOWNSEND TR
MARVIN H & ANNA C TOWNSEND REV LIVING TRUST UA
10/27/04
5017 N FREEMONT AVE
KANSAS CITY, MO 64119-3872

MARVIN HARRIS HARVEY GILLERMAN & BENJAMIN S FREEMA
U-A WITH MAURICE DAVIS 11/14/46
35 HEATHER HILL LANE
ST LOUIS, MO 63132-4105

MARVIN HENRY STONE PERSONAL REPRESENTATIVE FOR TH
STONE
1460 S VASSAR RD
BURTON, MI 48519-1344

MARVIN J HAHN & SHARON C HAHN TR
UA 07/02/2008 REVOCABLE LIVING TRUST OF MARVIN J
4168 BIRDSEYE VIEW
OOLTEWAH, TN 37363

MARVIN J MILLS & JANICE L MILLS TR
MARVIN J MILLS & JANICE L MILLS FAM TRUST UA 11/09/94
456 MIDDLESTONE WAY
CUYAHOGA FLS, OH 44223-2885

MARVIN J STEINBERG CUST JAMIE STEINBERG
A MINOR U/ THE LAWS OF THE STATE OF MICH
503 MONROE
GLENCOE, IL 60022-2037

MARVIN K TEGROTENHUIS & WANDA M TEGROTENHUIS TR
TEGROTENHUIS FAMILY TRUST UA 08/16/04
1815 BARBERRY CT
LOUISVILLE, CO 80027-2437

MARVIN KELLY & JILL KELLY TR
THE MARVIN E KELLY & JILL A KELLY TRUST UA 09/03/02
1117 PETRONIA ST
NORTH PORT, FL 34286-4219

MARVIN L BORG
86429 582 AVE
CONCORD, NE 68728-2819

MARVIN L GOLDSTEIN
4365 PHYLLIS DR
NORTHBROOK, IL 60062

MARVIN M MELL CUST ANN SEIBERLING MELL
A MINOR PURS TO SECTION 1339 19-TO 1339 26-INCL
1860 PEMBROKE RD
BIRMINGHAM, MI 48009-5824

MARVIN M RUZANSKY CUST ANDREA LYNN RUZANSKY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
41 LOFGREN RD
AVON, CT 06001-3144

MARVIN M RUZANSKY CUST SUSAN JANE RUZANSKY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
PO BOX 115
CANTON CENTER, CT 06020-0115

MARVIN MILLER CUST EVE MILLER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
10 N VENDOME AVE
MARGATE, NJ 08402-1242

MARVIN MILLER CUST MAURI MILLER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
10 N VENDOME AVE
MARGATE, NJ 08402-1242

MARVIN O O'DELL & DONNA M O'DELL TR
MARVIN O O'DELL & DONNA M O'DELLREVOCABLE LIVING
3294 GREEN RD
ST JOHNS, MI 48879-9121

MARVIN O RAMSEYER & BARBARA A RAMSEYER TR
UA 01/24/2005 MARVIN O RAMSEYER LIVING TRUST
3046 THORNAPPLE LN
BAY CITY, MI 48706

MARVIN R KASTEN & NANCY S KASTEN & VICKI L LOVETT TR
MARVIN & NANCY KASTEN TRUST 3/6/00
2115 S GLADIOLUS
MESA, AZ 85209-5042

MARVIN REINHARDT
PO BOX 215
TROY, MI 48099-0215

MARVIN S COHEN CUST GARY M COHEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2 HAMILTON RD APT 4A
MORRISTOWN, NJ 07960-5338

MARVIN T KESSINGER & JULIA MAE KESSINGER TR
MARVIN T & JULIA MAE KESSINGER REVOCABLE TRUST UA
6/18/97
10003 VEGA LANE
VALLEY STATION, KY 40272-2963

MARVIN T KUPERSTEIN CUST SARA L KUPERSTEIN UTMA MD
1433 LONGFELLOW ST NW
WASHINGTON, DC 20011

MARVIN W TUCHKLAPER TR MARVIN W TUCHKLAPER REVOC
PO BOX 550361
FORT LAUDERDALE, FL 33355-0361

MARVIN WEIN
257 LAKE POINTE DR
AKRON, OH 44333-1790

MARVON L HUDDLESTON TR
MARVON L HUDDLESTON REVOCABLE LIVING TRUST UA
11/15/05
529 BULLET HOLE RD
COOKEVILLE, TN 38501

MARY A ANGERSTEIN
1213 GOLDEN OAK WAY
STOCKTON, CA 95209-2022

MARY A BAUER TR
MARY A BAUER DECLARATION OF TRUST UA 9/30/02 MARY A
BAUER
1702 COUNTRYSIDE DR
SHOREWOOD, IL 60404-7018

MARY A DOEHRING & WILTON R DOEHRING TR
UA 02/10/94 MARY A DOEHRING & WILTON R
1145 CHURCHILL CIRCLE
ROCHESTER, MI 48307-6057

MARY A GEED
4563 196TH PL
FLUSHING, NY 11358-3532

MARY A HOWARD
12670 138TH LANE N
LARGO, FL 33774-2405

MARY A KARP CUST RICHARD A KARP
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
194 MONTE CARLO WAY
DANVILLE, CA 94506-4687

MARY A KARP CUST ROBERT T KARP
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 30946
WALNUT CREEK, CA 94598-7946

MARY A LINDAMOOD TOD KAREN J GAITLEY BRENDA A HAYM
JANET S WEBB BARRY LINDAMOOD
601BADEN AVE
VIRGINIA BEACH, VA 23464-2313

MARY A STEINER
297 CHERRY HILL RD
MOUNTAINSIDE, NJ 07092

MARY ALICE BEHRINGER & SALLY ANN FINKELSTEIN JT TEN
22-30 76TH ST
EAST ELMHURST, NY 11370

MARY ANN BRUNELLI & VINCENT BRUNELLI TR
UNDER BRUNELLI LIVING TRUST UA 07/20/00
BOX 91 HEMLOCK
FORCE, PA 15841-0091

MARY ANN CYAPRANSKI CUST AMBER CYAPRANSKI
UNDER THE NY UNIF GIFTS TO MINROS ACT
340 SOUTH RD
SCOTTSVILLE, NY 14546-9506

MARY ANN EVANS & THOMAS L EVANS TR
EVANS FAMILY REVOCABLE TRUST UA 08/12/03
3660 NW 21ST PLACE
GAINESVILLE, FL 32605-3611

MARY ANN FAMERA
& DEBORA ANN HOLLINGSWORTH & DENISE MARIE FAMERA
JT TEN
3726 N STATE ROUTE 48
LEBANON, OH 45036-1041

MARY ANN FORREST & JEFFREY M FORREST TR
UA 12/24/2005 MARY ANN FORREST TRUST
1551 PALMETTO DR
APT 23
PORTAGE, MI 49002-3933

MARY ANN JARMAN
PO BOX 325 747 ST RT 133
FELICITY, OH 45120

MARY ANN KING
11308 108TH ST S W
TACOMA, WA 98498

MARY ANN LEONARD TR
MARY ANN LEONARD REVOCABLE LIVING TRUST UA
07/28/03
105 NW 24TH ST
AUSTIN, MN 55912-5100

MARY ANN PORTER CUST PAMELA L PORTER
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
803 MIDSHIP CT
ANNAPOLIS, MD 21401-7394

MARY ANN R MCLAUGHLIN TR
UA 08/15/1995 MCLAUGHLIN FAMILY IRREVOCABLE TRUST
13 VENTNOR DRIVE
EDISON, NJ 08820

MARY ANN SANTORO CUST EDWARD SANTORO JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
224 BENEDICT AVE
THORNWOOD, NY 10594-1236

MARY ANNA BRYAN
PO BOX 471685
CHARLOTTE, NC 28247-1685

MARY ANNA KLINKER
11150 HEINTZELMAN
ROCKFORD, MI 49341-9534

MARY ANNE FARREL TR
MARY ANNE FARRELL REVOCABLE LIVING TRUST UA
08/19/98
5515 PEBBLE SPRINGS
HOUSTON, TX 77066-2425

MARY ANNE G TERREAULT
30790 STEINHAUER
WESTLAND, MI 48186

MARY ANNE J KRESKI
1004-145 ST GEORGES AVENE
NORTH VANCOVER BC
V7L 3G8 CANADA

MARY B BLITTSCHAU & EDWARD J BLITTSCHAU TR
UA 10/28/92 MARY B BLITTSCHAU TRUST
9652 CHAMBLIN DRIVE
ST LOUIS, MO 63123-6208

MARY B FITCH CUST DONALD R FITCH JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
5 BACON RD
FRAMINGHAM, MA 01701-3901

MARY B JONAS
PO BOX 750848
DAYTON, OH 45475-0848

MARY B LOVE CUST BARBARA A LOVE
A MINOR U/THE CALIF GIFTS OF SECURITIES TO MINORS
ACT
3382 OAK KNOLL DRIVE
REDWOOD CITY, CA 94062-3302

MARY B STEIN
28512 BARTON ST
GARDEN CITY, MI 48135-2702

MARY BARBARA SMALL TR
MARY BARBARA SMALL REVOCABLE LIVING TRUST UA
01/23/95
690 NORTH 3150 ROAD
UTICA, IL 61373-9736

MARY BARNA CUST JOSEPH BARNA
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
1026 LOVELL PL
NORTH BRUNSWICK, NJ 08902-3233

MARY BARNUM JONES CUST HASSEN JONES
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
3614 WAYNOKA AVE
MEMPHIS, TN 38111-6115

MARY BARNUM JONES CUST MALEN JONES
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
3238 ROSEDALE AVE
DALLES, TX 75205-1456

MARY BARNUM JONES CUST RAGAN JONES
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
1445 ADDINGTON AVENUE
FAYETTEVILLE, AR 72703-1502

MARY BOGGIANO & JEROME BOGGIANO TR
MARY BOGGIANO LIVING TRUST UA 12/31/98
7540 GREYCLIFF DRIVE
LINCOLN, NE 68516-6506

MARY BROWN KLEIN
183 ANNIE LANE
ROCHESTER, NY 14626-4377

MARY C CAMUTI CUST LAURA MARIE CAMUTI
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
320 OLINDA AVE
LA HABRA, CA 90631-2809

MARY C GROTOPHORST & DIANE G BAKER TR
UA 06/21/00 FRED W GROTOPHORST FAMILY TRUST
4311 KUYKENDALL RD
CHARLOTTE, NC 28270

MARY C WILLIS
915 S HEINCKE ROAD
MIAMISBURG, OH 45342-3856

MARY CALDERONE CUST OTTO CALDERONE
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
5452 CARLETON LAKE DR
LOCKPORT, NY 14094-5373

MARY CATHERINE PRICE CUST BRIDGET BOGAN
UNDER THE MO UNIF GIFT TO MIN LAW
911 NEWPORT AVENUE
WEBSTER GROVES, MO 63119-2620

MARY CHRISTINA ZIMMEL & KATHLEEN ANN ABRELL TR
ZIMMEL FAMILY TRUST UA 08/14/03
356 TECUMSEH
CLAWSON, MI 48017-2219

MARY CITARELLA CUST ALAN CITARELLA
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
20 BRENTWOOD DRIVE
BAYVILLE, NJ 08721-2159

MARY D ROSASCHI & KATHERINE A MCAFEE & DARRIN D HAF
UNDER DECL OF TR 11/20/25 MARY C
PO BOX 85
BIG PINEY, WY 83113-0085

MARY DALE PARENT
PO BOX 924691
HOUSTON, TX 77292-4691

MARY DE LUCA BRADY
PO BOX 920613
NORCROSS, GA 30010-0613

MARY DIANNE MCMILLAN TR
MARY DIANNE MCMILLAN REVOCABLE TRUST UA 11/25/03
6956 STONEWOOD PLACE
CLARKSTON, MI 48346-5016

MARY E ANDERSON
531 CARPENTER RD
WHITINSVILLE, MA 01588-1345

MARY E BECKMAN & ROBERT F BECKMAN TR
UA 04/18/07 MARY E BECKMAN LIVING REVOCABLE
16535 POSSUM RIDGE RD
AURORA, IN 47001

MARY E BUCHHEISTER CUST ELIZABETH A BUCHHEISTER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2624 INVITATIONAL DR
OAKLAND, MI 48363-2455

MARY E FREIN TR MARY E FREIN REVOCABLE TRUST UA 06/3
12248 OLD BIG BEND RD APT 5
KIRKWOOD, MO 63122-6835

MARY E HENNING CUST EDWARD J HENNING
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
2818 FORRESTER DR
LOS ANGELES, CA 90064-4662

MARY E HOWLETT
C/O EDWIN B HOWLETT JR
10305 130TH AVE
FELLSMERE, FL 32948

MARY E JOHNSON
14505 313 ST NE
ARLINGTON, WA 98223-9340

MARY E JONAS
PO BOX 750848
DAYTON, OH 45475-0848

MARY E LISCHKA
5140 MAIN ST
# 303-119
BUFFALO, NY 14221-5204

MARY E MOORE
3748 OTTERBEIN AVE
DAYTON, OH 45406-3631

MARY E RICE
PO BOX 134 403 N MAIN ST
PLEASANT HILL, OH 45359-0134

MARY E ROGERS & WILLIAM T ROGERS TR
UA 02/05/08 MARY E ROGERS REVOCABLE TRUST
PO BOX 53
RACKERBY, CA 95972

MARY E SCANLON
& RITA LEWIS & ROBERT J MERSHON & DAVID J MERSHON
TEN COM
760 RIVER DRIVE
KANKAKEE, IL 60901-2239

MARY E SHEPHERD
10987 202ND ST
SAINT ALBANS, NY 11412-1332

MARY E TOPPER CUST TIMOTHY W TOPPER
A MINOR PUR TO SEC 1339 /26 INCLUSIVE OF THE REVISED
CODE OF OHIO
1055 BROWN ST
AKRON, OH 44301-1513

MARY E WILSON DONALD E WILSON TOD NAME ON FILE TOD
126 BLANCHE ST
MANSFIELD, OH 44903-2404

MARY ELIZABETH MC INTYRE CUST KIM JOHNSON MC INTYRE
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
9514 QUAIL RIDGE RUN
BRIGHTON, MI 48114-7539

MARY ELIZABETH MC INTYRE CUST TIMOTHY JOHNSON MC IN
A MINOR U/LAWS OF THE STATE MICH
5271 WAYNE RD
WHITE LAKE, MI 48383-2146

MARY ELIZABETH SWANEY TR
MARY ELIZABETH SWANEY LIVING TRUST UA 04/02/96
2911 RIVER VALLEY
TROY, MI 48098-2394

MARY ELLEN DAUGHERTY ADAMS & BERNICE J OLSZOWSKI T
HESTER D COURTRIGHT TRUST UA 12/12/89
906 IROQUOUS DR
CROWN POINT, IN 46307-4508

MARY ELLEN MAYER
PO BOX 684085
AUSTIN, TX 78768-4085

MARY ELLEN SABLOTNY TR
ELBERT T SABLOTNY CREDIT SHELTER TRUST UA 09/28/93
1941 CORTINA DR
DAYTON, OH 45459-1305

MARY ELLEN SHAEFFER TR
MARY ELLEN SHAEFFER INTERVIVOS TRUST UA 08/16/99
12185 MOUNT ALBERT RD
ELLICOTT CITY, MD 21042-1332

MARY ELLEN STEINBERG
1209 RYDAL ROAD
RYDAL, PA 19046-1414

MARY ELLEN STEINER CUST BENJAMIN JOSEPH STEINER UG
7 HEWINS FARM RD
WELLESLEY, MA 02481-6838

MARY ELLEN STEINER CUST MARY CATHERINE STEINER UTM
7 HEWINS FARM RD
WELLESLEY HILLS, MA 02481-6838

MARY ELLEN STEINER CUST SARAH ELIZABETH STEINER UTM
7 HEWINS FARM RD
WELLESLEY, MA 02481-6838

MARY ESME LILES
& RICHARD J LILES & THOMAS E LILES & CHRISTOPHER A
LILES JT TEN
1126 BURLINGTON DRIVE
FLINT, MI 48503-2935

MARY EVELYN VAN OSTENBRIDGE CUST JAMES ROBERT VAN
U/THE NEW JERSEY U-G-M-A
422 W ANDERSON AVE
PHOENIXVILLE, PA 19460-4305

MARY EVELYN VAN OSTENBRIDGE CUST WAYNE HOWARD VA
U/THE NEW JERSEY U-G-M-A
422 W ANDERSON AVE
PHOENIXVILLE, PA 19460-4305

MARY F EBERSVILLER CUST LISA A EBERSVILLER
U/THE MINN UNIFORM GIFTS TO MINORS ACT
PO BOX 10713
PRESCOTT, AZ 86304-0713

MARY F SITKIEWICZ & DANIEL L SITKIEWICZ TR
LEONARD J & MARY F SITKIEWICZ TRUST UA 08/31/99
3927 ROBERTSON DR
WARREN, MI 48092-4117

MARY F STAHR
11101 295TH RD
UNIONVILLE, MO 63565-3010

MARY FAY KATTMEN & D MICHAEL KATTMEN TR
UA 03/27/91 THE MARY FAY KATTMAN FAMILY TRUST 1991
15 ELMWOOD RD
MARBLEHEAD, MA 01945-1612

MARY FELDMAN CUST SUSAN JOYCE FELDMAN
U/THE N J UNIFORM GIFTS TO MINORS ACT
24 AMBERWINDS CRT
LAKEWOOD, NJ 08701-7347

MARY FRANCES PETERS & RICHARD H PETERS JT TEN
2921 DEINDORFER ST
SAGINAW, MI 48602-3539

MARY FRANCES SCHLEGEL & CHARLES E SCHLEGEL SR TR
UA 02/23/93 MARY FRANCES SCHLEGEL
3214 E LAKEWOOD
CAPE GIRARDEAU, MO 63701-1925

MARY FREEMAN
498844 JEAN DR
MOCOMB TOWNSHIP, MI 48044

MARY GOCH CUST DARLENE MARIE GOCH
A MINOR U/THE LAWS OF THE STATE OF MICH
19012 PEMBRIDGE ST
MACOMB, MI 48042-6230

MARY GUTEKUNST TR
FRED W & MARY L GUTEKUNST REVOCABLE TRUST UA
10/16/98
605 FAIRMOUNT DR
SAN BERNARDINO, CA 92404

MARY H KIKUKAWA CUST BLANCHE S KIKUKAWA
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
PO BOX 38
KAUNNAKAKAI MOLOKA, HI 96748-0038

MARY HAGERTY-SEVERNS
258909 CAMPANULA ST
YUCCA VALLEY, CA 92284

MARY IACOBELLIS
8125 REINHARDT RD
CARLETON, MI 48117-9347

MARY J BYSTRA
PO BOX 210754
MILWAUKEE, WI 53221-8013

MARY J MORAN CUST MICHAEL C MORAN UTMA IN
1789 170TH
MARION, KS 66861-9000

MARY J PALMER CUST HOWELL M PALMER 3RD
U/THE N Y UNIFORM GIFTS TO MINORS ACT
428 BROOK HILL AVE
VESTAL, NY 13850

MARY J SPRINGMAN & PETER J SPITZ III TR
LYNN G SPRINGMAN MARITAL TRUST UA 09/20/94
4792 SANDS PARK ROAD
KALKASKA, MI 49646

MARY J WHITENER & JOY E WHITENER JR TR
MARY J WHITENER TRUST UA 10/27/99
1110 LAKESHORE DR
COLUMBIA, MO 65203-2862

MARY JANE B LINDQUIST TOD MARY JANE C LINDQUIST SUBJ
RULES
87 15 204 STREET APT B 66
HOLLISWOODS, NY 11423-1525

MARY JANE BENDER & KATHLEEN MARIE FOEHLINGER TR
UW 07/27/2007 HARRY S DIETZ
429 N FIFTH ST
COLUMBIA, PA 17512

MARY JANE LUNNY & KATHLEEN P MAHONEY TR
UA 04/12/2007 LUNNY/MAHONEY DECLARATION OF TRUST
2051 SE 37TH COURTH CIRCLE
OCALA, FL 34471

MARY JANE MACIKOWSKI & DORENE M KUBIAK & DANIEL H KI
HENRY J KUBIAK & IRENE T KUBIAK TRUST UA 03/20/97
97 SQUIRRELS HEATH RD
FAIRPORT, NY 14450-9738

MARY JANE MATSON TR
UA 08/28/2009 CLIFFORD H MATSON JR TAX EXEMPTION
TRUST
PO BOX 125
VALLEY FORGE, PA 19481

MARY JANE MILLER TR
MARY JANE MILLER REVOCABLE LIVING TRUST UA 12/11/02
3208 BASIL COURT
DALLAS, TX 75204-5543

MARY JANE PEARSON & PHILLIP THEODORE PEARSON TR
MARY JANE PEARSON TRUST UA 10/17/95
2328 HAMILTON DR
AMES, IA 50014-8201

MARY JANE REINSCH
5790 DENLINGER RD 6201
DAYTON, OH 45426-1838

MARY JO LEINBERGER
7638 LAURIE LN S
SAGINAW, MI 48609-4989

MARY JO STEINRIEDE
2221 ROLLING HILLS BLVD
FAIRFIELD, OH 45014-3735

MARY JOAN ELLMANN CUST MAUDE ELLMANN
A MINOR UNDER THE LAWS OF THE STATE OF MICHIGAN
14 CHAUCER RD
CAMBRIDGE
CB2 2EB GREAT BRITAIN

MARY JOAN GUIRE MILLER & RICHARD LYNN MILLER JR TR
MARY JOAN GUIRE MILLER LIVING TRUST UA 01/28/97
515 LINWOOD DR
MIDLAND, MI 48640-3448

MARY K GIVENS
239 SHERIDAN AVE
MANSFILED, OH 44903-1531

MARY K NIENDORF KAREN A LUPLOW DEBRA K ZAPOLSKI
& MARY K SALAMON JT TEN
5156 NARCISSUS DR
SAGINAW, MI 48603-1146

MARY KALUZNY & HELENE SPITZ & BARBARA GOLDSTEIN JT T
15300 PARK
OAK PARK, MI 48237-1995

MARY KATHERINE B GUNN
& HENRY ALLEN GUNN III & MALEEN G HOPKINS & CURTIS
REID GUNN JT TEN
4600 CASCADE ST
RICHMOND, VA 23234-4212

MARY L BEAUBIEN
& P JAMES BEAUBIEN & NANCY A VANCE & DEBRA S KILLIAN
JT TEN
1021 BLANCHARD AVE
FLINT, MI 48503

MARY L BORING CUST JOHN A BORING JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6850 LAKEVIEW CIR
CANAL WNCHSTR, OH 43110-1257

MARY L COVINGTON & EDWARD J COVINGTON JT TEN TOD D.
SUBJECT TO STA TOD RULES
17279 HOOPER RIDGE RD
MILLFIELD, OH 45761-9645

MARY L COVINGTON & EDWARD J COVINGTON JT TEN TOD N.
SUBJECT TO STA TOD RULES
17279 HOOPER RIDGE RD
MILLFIELD, OH 45761-9645

MARY L KNOPP
PO BOX 291802
DAYTON, OH 45429-0802

MARY L LYBERG
& AARON F LYBERG & CHELSEA L LYBERG EX UW STEPHEN
F LYBERG
9741 KLAIS CT
CLARKSTON, MI 48348-2340

MARY LEE TORBERT & JESSIE BARTON TORBERT TR
MARY LEE TORBERT LIVING TRUST UA 12/02/96
2121 S YORKTOWN #102
TULSA, OK 74114-1425

MARY LEINONEN & MARILYN ALBERS JT TEN
1065 E 19TH AVE
BROOMFIELD, CO 80020-1309

MARY LEONA JONES & DAVID A LIGHT C0-TRUSTEES -U-A DTD
ZACK IRREVOCABLE TRUST
PO BOX 50
REESE, MI 48757-0050

MARY LOIS CAUDILL CUST RICHARD T CAUDILL
U/THE FLORIDA GIFTS TO MINORS ACT
7220 ASHLEY DRIVE
RALEIGH, NC 27604-6402

MARY LOU KOENIG KING CUST STEPHEN EARL KING
U/THE NEBRASKA UNIFORM GIFTS TO MINORS ACT
6311 S 172ND ST
OMAHA, NE 68135-3087

MARY LOU SALING CUST RODNEY RICHARD SALING JR
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1295 HIGH ST
LAKE PORT, CA 95453-3836

MARY LOU SULECKI CUST JOAN SULECKI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
51 BRANTWOOD ROAD
BUFFALO, NY 14226-4304

MARY LOU SULECKI CUST KATHLEEN SULECKI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
46 MANOR HILL DRIVE
FAIRPORT, NY 14450-2533

MARY LOUISE ELLSWORTH & PETER HALLMAN ELLSWORTH T
EDWARD K ELLSWORTH TRUST UA 01/07/83
215 S WASHINGTON SQ STE 200
LANSING, MI 48933-1888

MARY LOUISE GROVER TR
MARY LOUISE GROVER REVOCABLE LIVING TRUST UA
08/03/06
3632 PARKWAY DRIVE
ROYAL OAK, MI 48073-6482

MARY LOUISE M WALKO & ANDREW G WALKO TR
WALKO FAM LIVING TRUST UA 05/24/96
263 MEADOWVIEW DR
SAGAMORE HILLS, OH 44067-2418

MARY LUANNE MORRIS CHAMNESS CUST CATHERINE LUANN
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
621 PLEASANT RIDGE ROAD
BLOOMINGTON, IN 47401-4258

MARY LUANNE MORRIS CHAMNESS CUST CHARLES MORRIS
U/THE INDIANA U-G-M-A
621 PLEASANT RIDGE ROAD
BLOOMINGTON, IN 47401-4258

MARY LYNN TOMLINSON
& AVONDA KAYE SLOAN & RUTH MASON & RALPH C SLOAN
JR TEN COM
1010 ROME PIKE
LEBANON, TN 37087-4522

MARY M BOWER & ROBERT A BOWER TR
UA 03/30/04 GEORGE F BOWER & DOROTHY L BOWER
1020 CLAREMONT DR
DOWNERS GROVE, IL 60516

MARY M KALPIN & MARLIN R KALPIN TR
KALPIN FAMILY 1986 TRUST UA 12/18/86
145 BELWOOD GATEWAY
LOS GATOS, CA 95030

MARY M MINNEAR CUST MADELEINE S SEIBERT UTMA DC
171 BLACKLAND RD
ATLANTA, GA 30342-4419

MARY M REEVE
101 101ST AVE SE
APT 402A
BELLEVUE, WA 98004-5310

MARY M ZASTROW CUST LAWRENCE RICHARD ZASTROW
U/THE WISC UNIFORM GIFTS TO MINORS ACT
PO BOX 220544
CHARLOTTE, NC 28222-0544

MARY MALICK
PO BOX 773362
OCALA, FL 34477-3362

MARY MARGUERITE PETERS OLT & KURTIS E OLT TR
MARY MARGUERITE PETERS OLT LIVING TRUST UA 09/30/02
6430 DEERCROSSING WAY
CENTERVILLE, OH 45459

MARY MARTHA HANCOCK TR
REVOCABLE LIVING TRUST 10/14/88 U-A F-B-O MARY
MARTHA HANCOCK
7929 STRATFORD CHASE LN
JACKSONVILLE, FL 32256-3445

MARY MCWILLIAMS
& JOHN B MCWILLIAMS & DAVID M MCWILLIAMS & PATRICIA
A JONES &
831 AUGUSTA DR
ROCHESTER HILLS, MI 48309-1533

MARY MUTTERSBAUGH TR
UA 09/27/82 MARY E MUTTERSBAUGH REVOCABLE LIVING
TRUST
5226 MAIN ST
MILLBROOK, AL 36054-2446

MARY NANCY IZZO THERESA E IZZO ROSE IZZO FLAHERTY &
UW PASQUALE A IZZO
5300 NORTHERN BLVD
BROOKVILLE, NY 11545-2722

MARY NELL DAVISON SOLOMON USUFRUCTUARY CLARENCE
OWNER
PO BOX 7360
MONROE, LA 71211-7360

MARY O RICHARDSON
& EDWARD L RICHARDSON EXECUTORS ESTATE OF OLIVE
E RICHARDSON
742 WYNDMUIR DR
CRYSTAL LAKE, IL 60012-3771

MARY P BERNHARD CUST GREGORY P BERNHARD
A MINOR U/THE LOUISIANA GIFTS TO MINORS ACT
PALMETTO MERCANTILE CO
PALMETTO, LA 71358

MARY P BERNHARD CUST MISS MARY ELIZABETH BERNHARD
A MINOR U/THE LA GIFTS TO MINORS ACT
PALMETTO MERCANTILE CO
PALMETTO, LA 71358

MARY P ROUGH
PO BOX 140971
TOLEDO, OH 43614-0971

MARY PARKER & MARGARET PARKER BRANDES TR
MARY PARKER FAMILY TR UA 03/31/81
78 BLOSSOM ROAD
WINDHAM, NH 03087-1573

MARY RENA MORRISON CUST GRETCHEN JANE MORRISON
UNDER THE PENNSYLVANIA U-G-M-A
3 ORANGE STREET
OIL CITY, PA 16301-2941

MARY RENA MORRISON CUST LAKE DANIEL MORRISON
UNDER THEPENNSYLVANIA U-G-M-A
110 PETROLEUM ST
OIL CITY, PA 16301-2747

MARY ROST
3634 168TH LN NW
ANDOVER, MN 55304-1900

MARY RUTHERFORD
HWY 101 47361
BANDON, OR 97411

MARY S DENK & LEONARD L DENK TR
UA 06/04/91 MARY SKEFFINGTON DENK TRUST
2 CRICKLEWOOD PLACE
FRONTENAC, MO 63131-3311

MARY S FEINBERG
166 BENZIGER AVE
STATEN ISLAND, NY 10301-2308

MARY SHIRLEY MARTHEY TR
MARY SHIRLEY MARTHEY TRUST UA 09/17/87 MARY
SHIRLEY MARTHEY
18752 MOHICAN DR
SPRING LAKE, MI 49456-9434

MARY SULJAK
17933 157TH ST
BONNER SPRINGS, KS 66012-7386

MARY T BERRY CUST JAMES A BERRY
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
16 MANCHESTER DR
WRENTHAM, MA 02093-2505

MARY T CLARK CUST JOSEPH W CLARK 3RD
U/THE CONN UNIFORM GIFTS TO MINORS ACT
53 HENDLEY ST
MIDDLETOWN, CT 06457-3519

MARY T PARKER
3951 E STEIN ROAD
LASALE, MI 48145-9645

MARY UJHELYI WOLF TR
UA 09/06/1995 DANIEL A UJHELYI & DOLORES T UJHELYI
JOINT LIVING TRUST
1523 RENDERER DR
SAINT LOUIS, MO 63122

MARY V COSTELLO & PATRICIA A HAND TR
UA 12/02/2003 MARY V COSTELLO TRUST
2926 MILLER ROAD
FLINT, MI 48503

MARY VIRGINIA BEVON BURKS CUST ANTHONY BEVON BURK
UNDER THE MS U-G-M-A
403 YELLOW PINE DR
HATTIESBURG, MS 39402-9238

MARY VORDERBRUGGEN & KEVIN VORDERBRUGGEN JT TEN
36958 513TH AVE
NEW YORK MILLS, MN 56567-9121

MARY W CORNELSON CUST MARY KEENE CORNELSON
U/THE MD UNIFORM GIFTS TO MINORS ACT
21 BUCKSPARK COURT
POTOMAC, MD 20854-4265

MARY ZWIERLEIN
1663 STOWELL DR APT 2
ROCHESTER, NY 14616

MARYANN C WALTERS TR
UA 05/01/2008 MARYANN C WALTERS REVOCABLE FAMILY
TRUST
11447 MARTIN ROAD
WARREN, MI 48093

MARYANN HENDROCK & JOHN HENDROCK JT TEN
ATTN MARY ANN SCHEINER
667 BABBITT ROAD
EUCLID, OH 44123-2537

MARYANN KLEINER
13 CITRUS DR
ROCHESTER, NY 14606-4332

MARYANN PLUMB & DONALD A PLUMB JT TEN
2907 LANSDOWNE
PO BOX 300277
DRAYTON PLAIN, MI 48330-0277

MARYANNE H MILLER TR
MARYANNE HOWARD MILLER REVOCABLE TRUST UA
08/11/00
4963 SWINTON DR
FAIRFAX, VA 22032-2330

MARY-LOU DADD CUST DAVID STEPHEN DADD
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
456 CASWALLEN DR
WEST CHESTER, PA 19380-4160

MARYLOU I LEINBERGER
419 LELAND DRIVE
FLUSHING, MI 48433-1342

MASAAKI ARAKI
5/11/2007
SHONAN-TAKATORI
YOKOSUKA
KANAGAWA 237-0066 JAPAN

MASASHI OUCHI & CHIYOKO OUCHI TR
MASASHI OUCHI & CHIYOKO OUCHI TRUST UA 04/18/95
2724 KAHOALOHA LANE #1604
HONOLULU, HI 96826-3337

MASATSUGU KATO GDN TAIGA KATO
MAMADA 1672-1
OYAMA
TOCHIGI
3290205 JAPAN

MASON E KLEIN
740 WEST END AVE
NEW YORK, NY 10025-6246

MATHEW J SPREITZER & HELEN M SPREITZER TR
MATHEW J SPREITZER & HELEN M SPREITZER TRUST UA
06/11/01
2444 118TH AVE
ALLEGAN, MI 49010-9552

MATHIAS J MASSOTH & ARTHENA C MASSOTH JT TEN
29951 193RD ST
LEAVENWORTH, KS 66048-7662

MATILDA LEONARD CUST MARILEE LEONARD
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
124 BRISTOL FOREST TRL
SANFORD, FL 32771-7997

MATTHEW A MCCORMICK & GERALDINE J MCCORMICK TR
MATTHEW A AND GERALDINE J MCCORMICK TRUST UA
04/07/93
126 SUNSET AVE
GLEN ELLYN, IL 60137-5605

MATTHEW C EBENHOEH
& JOY C EBENHOEH JT TEN TOD EBENHOEH REVOCABLE
TRUST UA 09/03/2008
PO BOX 316
9491 ORCHARD
NEW LOTHROP, MI 48460

MATTHEW C HEYNEN
2318 133RD AVE
HOPKINS, MI 49328-9705

MATTHEW IORILLO & ELSBETH IORILLO JT TEN
66 REINMAN RD
WARREN, NJ 07059-5753

MATTHEW J CURREY
18195 181ST CIR S
BOCA RATON, FL 33498

MATTHEW KERR & MARGARET M KERR TR
MATTHEW KERR & MARGARET KERR LIVING TRUST UA
06/16/95
904 FRANK ST
BAY CITY, MI 48706-5500

MATTHEW PICCIANO CUST JOHN CHARLES PICCIANO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
374 BIRD SONG WAY
DOYLESTOWN, PA 18901-4898

MATTHEW R HEIN
10382 WILDWOOD DR
ZIONSVILLE, IN 46077-8508

MATTHEW R R MOLL
& ELLEN A S MOLL & PAMELA C MOLL & RICHARD G MOLL JT
TEN
8042 CAPTAINS COURT
FREDERICK, MD 21701

MATTHEW S RICHARDSON AS CUSTODIANS FOR BETHANY AI
UNDER WISCONSIN UNIF GIFTS TO MINORS ACT
1705 CRYSTAL DRIVE
EDGERTON, WI 53534-8923

MATTHEW T BERGMAN & JULIA A BERGMAN TR
UA 01/04/08 THE BERGMAN REVOCABLE TRUST
10951 EDGECLIFFE DR
SAINT LOUIS, MO 63123

MATTHEW T REINERTSON
4861 TIMBER LAWN CT
CADILLAC, MI 49601-8215

MATTHIAS J FRUGE JR USUFRUCT MATTHIAS J FRUGE III
& IRENE CHARLOTTE FRUGE & LYDIA ANN FRUGE &
205 TIMBERCREEK DR
LAFAYETTE, LA 70506

MATTICE BRANDT JENSEN & JOHN LOREN JENSEN TR
MATTICE BRANDT JENSEN TRUST UA 09/18/02
4509 HEREND PLACE
FAIRFAX, VA 22032-1713

MATTIE L WEINMAN
280 PORT WILLIAM RD
WILMINGTON, OH 45177-8893

MAURA J CHAMBERLIN
247 PEMBROOK LN
MVNOELEIN, IL 60060-2546

MAUREEN A SCHOETTELKOTTE & JOHN R SCHOETTELKOTTE
JOHN R & MAUREEN A SCHOETTELKOTTE
7277 JETUVE LN
CINCINNATI, OH 45243-2112

MAUREEN F MOORE CUST JOHN WILLIAM MOORE
U/THE TENN UNIFORM GIFTS TO MINORS ACT
5500 GLEN COVE DR
KNOXVILLE, TN 37919-8606

MAUREEN J FILES
3031 43RD AVE
MERIDIAN, MS 39307-4319

MAUREEN MCHUGH WEINMANN
1312 ROBIN HOOD LN
WEBSTER, NY 14580-9711

MAUREEN S JEFFERSON & WILLIAM D JEFFERSON TR
UA 06/23/93 MAUREEN S JEFFERSON & WILLIAM D
4917 S W 09 PLACE
CAPE CORAL, FL 33914-7344

MAUREEN VAN POPERING CUST BERNA JANE VAN POPERING
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10 SOUTHWOOD DR
WILBRAHAM, MA 01095-2420

MAUREEN WOLHAUPTER
5634 261ST ST
WYOMING, MN 55092-9017

MAURICE DOLAN CUST THOMAS MATTHEW DOLAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1509 PRESIDENT ST
GLENDALE HEIGHTS, IL 60139-3604

MAURICE E JOHNSON & BETTY J JOHNSON TR
MAURICE & BETTY JOHNSNON REVOCABLE TRUST UA
11/21/05
13810 METCALF AVE
APT 12119
OVERLAND PARK, KS 66223-7883

MAURICE H STEINMETZ
1413 FOX GLEN DRIVE
HARTSDALE, NY 10530

MAURICE M MEYER JR CUST JONATHAN ERIC MEYER
U/THE PA UNIFORM GIFTS TO MINORS ACT
1808 LARCH CIRCLE
LEBANON, PA 17042-9081

MAURICE W TOWNSEND & NANCY LOU TOWNSEND TEN COM
PO BOX 497198
GARLAND, TX 75049-7198

MAURO MARESSA & CYNTHIA ANN MARESSA JT TEN
PO BOX 803368
SANTA CLARITA, CA 91380-3368

MAURO PINTO
GENERAL MOTORS DO BRASIL
AVENIDA GOIA 1 805-PORTAO 1
PREDIO ADMINISTRACAO SAO CAETANO DO SUL
SAO PAULO BRASIL 09501-970 BRAZIL

MAURRY SCHOFF CUST ILENE SCHOFF
A MINOR UNDER P L55 CHAPTER 139 OF THE LAWS OF NJ
ATTN ILENE S CROCCO
543 LEE COURT
WYCKOFF, NJ 07481-1324

MAURRY SCHOFF CUST WILLIAM SCHOFF
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF N J
2091 ZERMATT ST #5
VAIL, CO 81657-4998

MAURY FLOATHE
11033 101ST PL NE
KIRKLAND, WA 98033-4473

MAURY L SCHWARTZ & DAVID J SCHWARTZ TR
MAURY L SCHWARTZ TRUST UA 09/25/98
2530 N 24TH ST
ARLINGTON, VA 22207

MAX B DRESSLER CUST CHARLES BARRY DRESSLER
U/THE R I UNIFORM GIFTS TO MINORS ACT
49 LISA MARIE CIRCLE
WARWICK, RI 02886-9550

MAX D AUGUSTINE & GAIL E TURNWALD TR
UA 01/18/2007 MAX D AUGUSTINE TRUST
410 EAST DRIVE
SHEPHERD, MI 48883

MAX E JARVIS CUST DIANE M JARVIS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3316 HARBOURS BLVD
WATERFORD, MI 48328-4182

MAX G KLEIN & MRS ELEANOR L KLEIN JT TEN
22 SCOTT ST
MASSAPEQUA PARK, NY 11762-3538

MAX GANTMAN CUST MATT KATER
A MINOR UNDER GIFTS OF SECURITIES TO MINORS ACT
16149 OTSEGO ST
ENCINO, CA 91436-1315

MAX GORENSTEIN & MRS FREDA C GORENSTEIN JT TEN
18 FORREST ST
WINTHROP, MA 02152-1223

MAX L HILLMER JR CUST FELICITY MARGARET HILLMER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
25 SOUTHVIEW PL
TIFFIN, OH 44883-3312

MAX L ROBERTSON & H JUNE ROBERTSON TR
MAX & JUNE ROBERTSON REV TRUST UA 12/12/97
7770 E COUNTY RD 600 N
MICHIGANTOWN, IN 46057-9653

MAX L SILBERMAN CUST I L SILBERMAN
A MINOR PURS TO SECS 1339 /26 INCL OF REV CODE OHIO
32 ORCHARD CIR
CHAGIN FALLS, OH 44022-2194

MAX L SILBERMAN CUST K B SILBERMAN
A MINOR PURS TO SECS 1339 /26 INCL OF REV CODE OHIO
32 ORCHARD CIR
CHAGIN FALLS, OH 44022-2194

MAX L SILBERMAN CUST M N SILBERMAN
A MINOR PURS TO SECS 1339 /26 INCL OF REV CODE OHIO
32 ORCHARD CIR
CHARGIN FALLS, OH 44022-2194

MAX LAVATER & BEATRICE LAVATER TR
UA 06/12/2007 MAX LAVATER & BEATRICE GABRIELLE
2789 SONELEY WAY
ALPHARETTA, GA 30004-5108

MAX R VAN WINKLE & EDYTHE M VAN WINKLE TR
UA VAN WINKLE FAMILY TRUST 11/18/91
1211 WOOD MILL TRAIL
DAYTON, OH 45459-3246

MAX STRAITIFF CUST ROBERT PAUL STRAITIFF
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1914 SE 37TH ST
CAPE CORAL, FL 33904-5035

MAXIMILIAN FRIEDMAN CUST ROBERTA LYNN FRIEDMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
167 S ORANGE DR
LOS ANGELES, CA 90036-3012

MAXIMILLIAN FRIEDMAN CUST EUGENE JAMES FRIEDMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
167 S ORANGE DR
LOS ANGELES, CA 90036-3012

MAXINE F PILAVIN EX UW ANNE FISHBEIN
40 GORDONS CORNER ROAD
MANALAPAN, NJ 07726-3704

MAXINE M HOLLAND & ELIZABETH A LEWIS TR
MAXINE M HOLLAND TRUST UA 03/11/92
2033 SHERWOOD LANE
MINNETONKA, MN 55305-2414

MAXINE R FEINBERG & BERNARD M FEINBERG TR
MAXINE R FEINBERG LIV TRUST UA 08/17/00
378 TOWN MOUNTAIN RD
ASHEVILLE, NC 28804-3838

MAXINE V STEIN
200 S BRENTWOOD BLVD
CLAYTON, MO 63105-1601

MAXWELL M HOFFMAN CUST IRA E HOFFMAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6605 PAXTON RD
ROCKVILLE, MD 20852-3659

MAXWELL M HOFFMAN CUST MARC H HOFFMAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
22028 MARTELLA AVE
BOCA RATON, FL 33433-4631

MAYOR EMANUEL CUST STUART EMANUEL
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
222 CANTERBURY CT
BLUE BELL, PA 19422-1279

MEDINA DIPIETRO ARSENAULT TR
MEDINA DIPIETRO ARSENAULT REVOCABLE TRUST UA
08/10/04
23 WENTWORTH AVE
PLAISTOW, NH 03865-3136

MEE YOUNG YEE REVOCABLE TRUST DTD 11-21-83 MEE YOU
& CHOUNG KWAI YEE
PO BOX 36795
GROSSE POINTE, MI 48236-0795

MEGAN E SURGES
W144 57451 INDIAN TRAIL
MUSKEGO, WI 53150

MEHMET CAVUSOGLU CUST ERDAL CAVUSOGLU
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
30 RIDGE RD
DOUGLASTON, NY 11363-1224

MEHMET CAVUSOGLU CUST SINAN CAVUSOGLU
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
30 RIDGE RD
DOUGLASTON, NY 11363-1224

MEL BODWEINE
1217 PECAN VALLEY DR
GARLAND, TX 75043-1642

MELANIE A GRAF-WEIN
5378 LEETE RD
LOCKPORT, NY 14094-1206

MELANIE J COLON
24546 185TH ST
BIG LAKE, MN 55309

MELANIE SPRENGLE CURRY
PO BOX 770008
STEAMBOAT SPRINGS, CO 80477-0008

MELBOURNE D KAUFMAN CUST DAVID LAWRENCE KAUFMAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3937 GREENVIEW DR
EL DORADO HLS, CA 95762

MELEDEE A NICHOLS
227-300 PALISADES WAY
SHERWOOD PARK ALBERTA AB
T8H 2T9 CANADA

MELINDA DAVIDSON COLE TR
UA 08/27/91 WILFRED F COATES AND OLIVE COATES TRUST
4831 RUDY RD
TIPP CITY, OH 45371-9436

MELISSA B HUCKUNTOD TR
UA 12/27/2005 ELIZABETH E BECKTOLD REVOCABLE LIVING
TRUST
279 RHEEM BLVD
MORAGA, CA 94556

MELISSA DALTON
1925 155TH STREET
GIG HARBOR, WA 98335

MELISSA M READING & ARLENE J OAKLAND & ELINOR J READ
LOUISE J READING LIVING TRUST UA 06/10/04
25330 WEST SIX MILE ROAD E71
REDFORD, MI 48240-2105

MELODY J RICHARDS
8835 109TH ST
SEMINOLE, FL 33772-3732

MELVA JEANNE CARPENTER TR
MELVA JEANNE CARPENTER LIVING TRUST UA 04/19/02
19963 HALE AVE
MORGAN HILLS, CA 95037-9230

MELVILLE H KLEIN & ELLEN F KLEIN JT TEN
1407 SARAH DRIVE
SILVER SPRING, MD 20904-2151

MELVIN B SCHWARTZ CUST PHILIP SCHWARTZ
U/THE N J UNIFORM GIFTS TO MINORS ACT
225 NORTH BEVERWYCK ROAD
PARSIPPANY, NJ 07054-2252

MELVIN D JONES CUST LESLIE ANN JONES
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
6 GLENWOOD DR
SCOTIA, NY 12302-4602

MELVIN DAVIS & ANELLA DAVIS JT TEN
850 COOLIDGE AVE
WHITING, NJ 08759-2809

MELVIN DINNER & DIANE M DINNER & MYRON M MILLER TR
THE DIANE TRUST UA 01/28/58
822 7TH STREET SUIT 540
GREELEY, CO 80631-3941

MELVIN E MILLER & PATRICIA M MILLER TR
MELVIN & PATRICIA MILLER REV LIVING TRUST UA 05/01/02
PO BOX 214
CRYSTAL, MI 48818-0214

MELVIN E PAWLEY & NANCY R BRINKER PAWLEY TR
MELVIN E PAWLEY AND NANCY R BRINKER
58241 CYRENUS LANE
WASHINGTON TWNSHP, MI 48094-2620

MELVIN E RICH & GERALDINE N RICH TR
MELVIN E RICH & GERALDINE N RICH LIFETIME TRUST UA
11/1/00
15022 CLAYMOOR CT # 2
CHESTERFIELD, MO 63017-7843

MELVIN E WEINSTEIN
8440 E DIAMOND RIM DR
SCOTTSDALE, AZ 85255-3970

MELVIN F JOHNSON & BETTY ANN JOHNSON TR
MELVIN F JOHNSON & BETTY ANN JOHNSON
5168 SUNBURST CT
FLINT, MI 48532-4147

MELVIN GERALD ZUCKERMAN & SALLY JEAN ZUCKERMAN TR
ZUCKERMAN FAM REVOC TRUST UA 11/13/97
8616 OLEANDER
NILES, IL 60714-2058

MELVIN K GERSTENBERGER & HELEN V GERSTENBERGER TF
UA 07/11/05 GERSTENBERGER FAMILY TRUST
1430 DORELLEN AVE
FLINT, MI 48532

MELVIN L GRAIS CUST NANCY J GRAIS
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
620 SAND HILL RD APT 302C
PALO ALTO, CA 94304-2092

MELVIN L STEINKE
4505 MCBRIDE
MILTON, WI 53563-9407

MELVIN L STRICKER CUST MICHAEL S STRICKER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
12014 GLEN OAK DRIVE
ST LOUIS, MO 63043-1620

MELVIN M GRUMBACH CUST ETHAN M GRUMBACH
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
948 S CITRUS AVE
LOS ANGELES, CA 90036-4929

MELVIN S GELMAN CUST STEVEN A GELMAN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
16 COPPERWOOD
BUFFALO GROVE, IL 60089

MELVIN SCHLESINGER CUST DAVID SCHLESINGER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
2 BROMLEY CT
MORGANVILLE, NJ 07751-9502

MELVIN STARK CUST ERIC MITCHEL STARK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
24 WINDING BROOK LN
REDDING, CT 06896-1917

MELVIN V BROECKER
& SANDRA L BROECKER JT TEN TOD MARK V BROECKER
SUBJECT TO STA TOD RULES
5090 HEGEL RD
GOODRICH, MI 48438-9677

MELVIN V BROECKER & SANDRA L BROECKER JT TEN TOD PE
SUBJECT TO STA TOD RULES
5090 HEGEL RD
GOODRICH, MI 48438-9677

MELVYN D GOLDSTEIN
10498 RENO DR
CLIO, MI 48420-1937

MELVYN LEONARD DAVIS
BOX 811874
LOS ANGELES, CA 90081-0015

MENACHEM GOLDSTEIN
1474 59TH ST
BROOKLYN, NY 11219-5016

MENSAH SASU
BOX 408442
CHICAGO, IL 60640-8442

MERCEDES E ECKER CUST MICHAEL JOSEPH ECKER
U/THE MINN UNIFORM GIFTS TO MINORS ACT
1804 VIVIAN LANE
WEST ST PAUL, MN 55118-3825

MEREDITH L TURLEY CUST RICKEY V TURLEY
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
204 N MAIN ST
WHITESTOWN, IN 46075-9404

MEREDITH L TURLEY CUST RODERICK M TURLEY
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
PO BOX 684
CALLENTE, NV 89008-0684

MERILYN RUMMELSBURG TR
UA 03/18/91 C W RUMMELSBURG & MERILYN
RUMMELSBURG DECLARATION OF TR
24726 12TH AVE S
DES MOINES, WA 98198-3897

MERLE E HOWARD
BOX 133 206 SOUTH CEN
LAGRANGE, OH 44050-0133

MERLE E SCHERER
PO BOX 346 46061
NOBLESVILLE, IN 46060

MERLE JAY STEVENS & LOUELLA ANN STEVENS TR
LIVING TRUST 11/06/92 U-A MERLE JAY STEVENS
8715 SCANDINAVIA BLVD
LAKELAND, FL 33809-1744

MERRILL J OWEN & HELEN P OWEN TR
MERRILL & HELEN OWEN LIVING TRUST UA 08/08/06
5232 CROWN AVE
LA CANADA, CA 91011-2804

MERRILL L CARLTON JR CUST KENT P CARLTON
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
8267CR 2424
ROYSE CITY, TX 75189-4655

MERRILL LYNCH PIERCE FENNER
& SMITH INC CUST MARVIN O ROBINSON IRA UA 11/30/95
30220 AVONDALE
INKSTER, MI 48141-1532

MERRILL WILLIAM NEUSTADT CUST AMY ELISABETH NEUSTA
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
4012 WEST 103
OVERLAND PARK, KS 66207-3656

MERRILL WILLIAM NEUSTADT CUST MAGGIE LEAH NEUSTADT
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
4012 W 103RD
OVERLAND PARK, KS 66207-3656

MERRITT WAYNE MOSELEY CUST MERRITT W MOSELEY JR
U/THE ALA UNIFORM GIFTS TO MINORS ACT
40 GRACELYN RD
ASHEVILLE, NC 28804-3502

MERRY E HOLLOWAY CUST LORINDA JILL HOLLOWAY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PMB 420
169 S MAIN ST
NEW CITY, NY 10956

MERRY LEE NOVAK CUST JESSICA M NOVAK
UNDER THE MO TRANSFERS TO MINORS LAW
3400 STANFORD RD A114
FORT COLLINS, CO 80525

MERRY LOU RHOADES & RONALD R RHOADES TR
UA 05/19/1998 MERRY LOU RHOADES TRUST
1152 W BEAGLE RUN LOOP
HERNANDO, FL 34442

MERVIN GOLDSTEIN CUST ETHAN N GOLDSTEIN UGMA MI
30180 NORTHWICK CT
FARMINGTN HLS, MI 48331

METCALFE COUNTY CHAPTER OF FUTURE FARMERS OF AME
METCALFE COUNTY HIGH SCHOOL TRUST
208 RANDOLPH STREET
EDMONTON, KY 42129-8112

MEYER L GOLDSTEIN CUST LAWRENCE ARTHUR GOLDSTEIN
A MINOR UNDER THE LAWS OF THE STATE OF MICHIGAN
3628 E THOMAS RD
PHOENIX, AZ 85018-7506

MICAEL A CARTER & KIMBERLEE T CARTER TR
CARTER FAMILY TRUST UA 05/24/99
305 RUBICON VALLEY COURT
SANRAMON, CA 94583-5127

MICHAEL A BECK
2829 2709TH RD
MARSEILLES, IL 61341-9437

MICHAEL A DUPREE
PO BOX #430583
PONTIAC, MI 48343-0583

MICHAEL A JOCHIM & AMY W JOCHIM TR
MICHAEL A & AMY W JOCHIM 2004 TRUST UA 06/17/04
428 DANBURY CT
GOLETA, CA 93117-2137

MICHAEL A MATTHEWS
P O BOX 110027
LAKEWOOD RANCH
BRADENTON, FL 34211

MICHAEL A OLUSHOGA
PO BOX 761162
LOS ANGELES, CA 90076-1162

MICHAEL A RAMSEY
22218 105TH AVE SE
KENT, WA 98031-2545

MICHAEL A SPRAGUE & PAMELA A SPRAGUE TR
SPRAGUE FAM LIVING TRUST UA 03/22/02
295 E MCKIMMEY RD
GLADWIN, MI 48624-8434

MICHAEL A TANIMOTO
PO BOX 750081
LAS VEGAS, NV 89136-0081

MICHAEL ALAN HUFFMAN U/GDNSHP OF KENNETH A HUFFMA
& MELENA ROBINSON HUFFMAN
822 VILLA RIDGE ROAD
FALLS CHURCH, VA 22046-3663

MICHAEL ARBUTINA CUST PETRA LOUISE ARBUTINA
U/THE PA UNIFORM GIFTS TO MINORS ACT
6211 KENTUCKY AVE #2
PITTSBURGH, PA 15206-4214

MICHAEL ARCANGELO DEL BUSSO & CONSTANCE MARIE DEL
M&C DEL BUSSO FAM TRUST UA 03/04/97
11732 CROOKED LN
SOUTH LYON, MI 48178-9398

MICHAEL ARTHUR STEIN
2601 HENRY HUDSON PARKWAY
BRONX, NY 10463-7729

MICHAEL ARTIN CUST CAROLYN SEARLES ARTIN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
95 JAMAICA ST APT 2
JAMAICA PLAIN, MA 02130-3822

MICHAEL ARTIN CUST WENDY SUSAN ARTIN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
41 HYDE ST
NEWTON HIGHLANDS, MA 02461-1203

MICHAEL BELLOISE TR
UA 11/17/98 JANET BELLOISE 1998 REVOCABLE
TRUSTJANET BELLOISE
2292 BROAD ST
YORKTOWN HGTS, NY 10598-3815

MICHAEL BERNSTEIN & HELAINE BERNSTEIN JT TEN
16 W 16TH ST APT 7JN
NEW YORK, NY 10011-6334

MICHAEL BLUMENAU CUST ERIC G BLUMENAU
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11 ROSS LANE
MIDDLETOWN, NY 10941-2007

MICHAEL C BARRAGER & KATHLEEN R IRWIN TR
UA 01/17/2008 ELIZABETH M BARRAGER TRUST
3586 MARINER
WATERFORD, MI 48329

MICHAEL C LEE
2031 151ST AVE SE
BELLEVUE, WA 98007-6319

MICHAEL C MCCORKLE TR
UA 11/21/2007 MICHAEL C MCCORKLE 2007 REVOCABLE
TRUST
3325 EL VALLE WAY
ANTELOPE, CA 95843

MICHAEL CIENIAWSKI & FRIEDA CIENIAWSKI TR
TRUST AGREEMENT 12/29/56 UA 6/9/99
11302 SAWYER AVE
CHICAGO, IL 60655-2708

MICHAEL CLARK
PO BOX 140632
DALLAS, TX 75214-0632

MICHAEL D BISHOP TR
MICHAEL D BISHOP & SHARON M BISHOP TRUST UA 08/04/94
2621 S HAGGERTY
CANTON, MI 48188-2021

MICHAEL D BOUTON & PATRICK B BOUTON TR
RONALD F BOUTON TRUST UA 07/23/98
PO BOX 142
FLY CREEK, NY 13337-0142

MICHAEL D COOPER
PO BOX 878826
WASILLA, AK 99687-8826

MICHAEL D HEIN
17513 PARKPLACE CIR
SPRING LAKE, MI 49456-9148

MICHAEL D HICKEY
C/O GURU BANKHU SINGH KHALSA
PO BOX 877498
WASILLA, AK 99687-7498

MICHAEL D MCCORMICK & C J MCCORMICK III & JANE ANN WI
MCCORMICK DECENDANTS IRREVOCABLE
PO BOX 728 C/O JANE ANN WISSEL
VINCENNES, IN 47591-0728

MICHAEL D REINHARDT
527 N KNIGHT ROAD
BAY CITY, MI 48708-9165

MICHAEL D WHITING
11800 BUECHE RD
BURT, MI 48417-9774

MICHAEL D WILLETT & JANICE B WILLETT TR
UA WILLETT FAMILY LOVING TRUST 07/09/91
14543 TIVOLI
HOUSTON, TX 77077

MICHAEL DALTON
1925 155TH STREET
GIG HARBOR, WA 98335

MICHAEL E MACALPINE
PO BOX 300754
DRAYTON PLNS, MI 48330-0754

MICHAEL E MORRENZIN & VICKI L MORRENZIN TR
MORRENZIN LIVING TRUST UA 03/31/04
1542 S MARGATE ST
CHANDLER, AZ 85286-6734

MICHAEL E REINHART
10372 TALLMADGE RD
DIAMOND, OH 44412-9744

MICHAEL E THOMPSON
2114 143 PL S E
MILL CREEK, WA 98012-1334

MICHAEL F BROPHY TR 09/19/97 S & M BROFALO LIVING TRUS
465 EDGERTON DR
SAN BERNARDINO, CA 92405-2315

MICHAEL F REILLY & MARY ANN REILLY TR
MICHAEL F REILLY & MARY ANN REILLY TRUST UA 03/03/00
873 TANIS PL
NIPOMO, CA 93444-5630

MICHAEL FIRESTEIN TR UA 11/4/88 MICHAEL FIRESTEIN LIVIN
9241 KOLMAR
SKOKIE, IL 60076-1621

MICHAEL FRIEDMAN CUST MINDY H FRIEDMAN UTMA GA
PO BOX 965394
MARIETTA, GA 30066-0007

MICHAEL G ALBRECHT
2737 142ND PL NE
BELLEVUE, WA 98007-7600

MICHAEL G BALOG & STACIA L BALOG TR
UA 12/08/05 MICHAEL & STACIA BALOG 2005 TRUST USA
1 BIRCHWOOD DR
GREENWICH, CT 06831-3310

MICHAEL G DOUGHERTY & MARGARET A DOUGHERTY TR
DOUGHERTY FAMILY TRUST UA 11/27/01
5818 GARDEN LAKES DR
BRADENTON, FL 34203-7235

MICHAEL G FELDSTEIN CUST JOSEPH FELDSTEIN UGMA CT
56 CRANE ROAD
STAMFORD, CT 06902-2544

MICHAEL G HURLEY
PO BOX 772386
CORAL SPRINGS, FL 33077-2386

MICHAEL G LASHER TR
UA 03/02/05 LASHER TR UNDER CODICIL FOR PATRICIA
SMITH LASHER
1610 S LOGGERS POND PL
APT 11
BOISE, ID 83706-6597

MICHAEL G MARRS
6716 119TH PL N
CHAMPLIN, MN 55316-2477

MICHAEL G NICKLAWKSY & EMILIE A NICKLAWSKY TR
MICHAEL G & EMILIE A NICKLAWSKY JOINT LIVING TRUST
UA 03/26/99
900 23RD ST SE
WILLMAR, MN 56201-4887

MICHAEL GARY KOPPEL
6740 170TH PL SE
BELLEVUE, WA 98006-6014

MICHAEL GONZALES
P O BOX 210002
AUBURN HILLS, MI 48321-0002

MICHAEL GRUNDFEST CUST JOSEPH GRUNDFEST
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1700 WEBSTER STREET
PALO ALTO, CA 94301-3853

MICHAEL H ACTON & JEAN SC WU TR
UA 04/14/92 MICHAEL H ACTON & JEAN SC WU
5586 E RAMBLE WAY
PRESCOTT VLY, AZ 86314-4261

MICHAEL H CLEINMARK
1718 ARLINGTON AVE
BELOIT, WI 53511-5618

MICHAEL H KLEIN
132 CANAL WALK BLVD
SOMERSET, NJ 08873

MICHAEL H TOMISICH & HEIDI E TOMISICH TR
UA 05/29/2008 HEIDI E TOMISICH TRUST
PO BOX 86
ALVA, FL 33920

MICHAEL HENRICHS & TERESA HENRICHS JT TEN
6609 180TH ST SW
LYNNWOOD, WA 98037-7131

MICHAEL HOUGHTON CUST NICHOLAS NOBILI
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 75
EASTHAM, MA 02642-0075

MICHAEL HUTCHINSON JONES CUST KYLE MICHAEL HUTCHIN
U/THE MICHIGAN U-G-M-A
4280 WENTWORTH
TROY, MI 48098-4250

MICHAEL IACONO SR CUST MICHAEL IACONO JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21 BALLARD AVENUE
STATEN ISLAND, NY 10312-2203

MICHAEL J CESTONE JR CUST CAROLINE CESTONE
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
OLD ORCHARD ROAD
CLARKS GREEN, PA 18411

MICHAEL J CIANCIO JR CUST STACEY ANN CIANCIO
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
10650 STARGATE LANE
CINCINNATI, OH 45240-3535

MICHAEL J CRIPPEN
1651 NEINER RD
SANFORD, MI 48657-9794

MICHAEL J FITZPATRICK CUST BRIAN MICHAEL FITZPATRICK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1804 HARROWSMITH COURT
HAMPSTEAD, MD 21074-2554

MICHAEL J FITZPATRICK CUST KERRY ANN FITZPATRICK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10 KENNERY LANE
WEST ISLIP, NY 11795-5110

MICHAEL J GAIDO JR CUST KIMBERLY ANN GAIDO
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
45 COLONY PARK CIR
GALVESTON, TX 77551-1737

MICHAEL J GIACALONE JR
& ANNA BARBARA GIACALONE & MICHAEL J GIACALONE JT
TEN
518 S MEADE
FLINT, MI 48503-2276

MICHAEL J IRVIN CUST SUSAN D IRVIN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
2240 MIDDLEFIELD RD
PALO ALTO, CA 94301-4024

MICHAEL J KURAK CUST CINDY LOU KURAK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5587 RT 20
LAFAYETTE, NY 13084-9711

MICHAEL J LONGO & THOMAS R LONGO TR
ROBERT E LONGO & LORRAINE A LONGO TRUST UA 12/04/86
216 BROOKSTONE CIRCLE
DEWITT, MI 48820-8706

MICHAEL J MANNING & TERESA A MANNING TR
UA MANNING LIVING TRUST 09/15/92
13121 BELLERIVE FARM DR
ST LOUIS, MO 63141

MICHAEL J MISEWICZ & SHARON J MISEWICZ TR
UA 02/22/89 MICHAEL J MISEWICZ &SHARON J
23701 ROCKFORD
DEARBORN, MI 48124-1624

MICHAEL J SWIDEREK & MARGARET J SWIDEREK TR
MICHAEL & MARGARET S WIDEREK TRUST UA 08/31/05
10783 NORTH STRAITS HIGHWAY
CHEBOYGAN, MI 49721-9077

MICHAEL J VACKETTA CUST PETER MICHAEL VACKETTA
UNDER MI TRANSFERS TO MIN ACT
20348 WOODHILL
NORTHVILLE, MI 48167-3041

MICHAEL J ZUZULA JR
3203 150TH PL SE
MILL CREEK, WA 98012-4865

MICHAEL JACOB CUST ROSELYN JACOB
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
13831 SW 108TH ST
MIAMI, FL 33186-3152

MICHAEL JOHN WOJCIK
PO BOX 160642
BOILING SPGS, SC 29316

MICHAEL K KAZIM CUST MICHAEL KAZIM
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3725 HENRY HUDSON PKWY
RIVERDALE, NY 10463-1527

MICHAEL K KAZIM CUST ROBERT KAZIM
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
49 PINE LAKE TERR
RIVER VALE, NJ 07675-6474

MICHAEL K OLVERA
PO BOX 112379
CAMPBELL, CA 95011-2379

MICHAEL K WHITMORE CUST KEITH B WHITMORE
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
9551 LASSEN CIR
HUNTINGTON BEACH, CA 92646-4834

MICHAEL KURTJIAN & ANGELINE M KURTJIAN JT TEN TOD DEI
SUBJECT TO STA TOD RULES
1654 LE BLANC
LINCOLN PARK, MI 48146

MICHAEL KURTJIAN & ANGELINE M KURTJIAN JT TEN TOD MI(
SUBJECT TO STA TOD RULES
1654 LE BLANC
LINCOLN PARK, MI 48146

MICHAEL L COSS
2830 131ST ST
APT 19
TOLEDO, OH 43611-2314

MICHAEL L HESS
9390 105TH AVE NE
FOLEY, MN 56329-9462

MICHAEL L JOHANSEN & DENISE K JOHANSEN TR
UA 02/15/98 JOHANSEN LIVING TRUST
15544 S BASS LAKE RD
GORDON, WI 54838-9317

MICHAEL L STEFFY CUST WHITNEY KATHLEEN STEFFY UNIF (
OF PA
6 CHAD CT
LITITZ, PA 17543-7980

MICHAEL LIMA & LORETTA M LIMA TR
THE LIMA FAM SEPARATE PROPERTY TRUST 01/24/95 EST
LORETTA M LIMA
204 OPAL
NEWPORT BEACH, CA 92662-1033

MICHAEL M GEHRMAN & BARBARA L GEHRMAN TR
MICHAEL M & BARBARA L GEHRMAN TRUST UA 04/25/00
9814 W SILVER BELL DRIVE
SUN CITY, AZ 85351

MICHAEL M KLEIN
10945 N 40TH
HICKORY CNRS, MI 49060-9507

MICHAEL MATVIYA & KATHERINE A MATVIYA TR
UA 12/20/2007 MICHAEL & KATHERINE MATVIYA LIVING
634 FAIRVIEW AVE
PORT ST LUCIE, FL 34983

MICHAEL MCKIBBEN CUST HANNAH MCKIBBEN UTMA OH
28678 STEINMAIER RD
DEFIANCE, OH 43512-8968

MICHAEL MCMASTER
PO BOX 796932
DALLAS, TX 75379-6932

MICHAEL MEYER
AM ZUCKERBERG 25
55278 WEINOLSHEIM
GERMANY

MICHAEL MOSEY
PO BOX 150783
GRAND RAPIDS, MI 49515-0783

MICHAEL MRLIK CUST MICHAEL JOSEPH MRLIK 2ND
U/THE MD UNIFORM GIFTS TO MINORS ACT
5912 BALCONES DR STE 200
AUSTIN, TX 78731-4202

MICHAEL N BEESON & KAREN S BEESON & MICHAEL S BEES(
MICHAEL N BEESON REVOCABLE TRUST
15458 NORTH 100 EAST
SUMMITVILLE, IN 46070-9647

MICHAEL NICHOLSON & KATHLEEN NICHOLSON TR
MICHAEL NICHOLSON LIVING TRUST UA 04/26/06
44030 STASSEN
NOVI, MI 48375-1654

MICHAEL O FILER
4916 STAUGHTON DRE
INDIANAPOLIS, IN 46226-3134

MICHAEL OPELAR
& LOUISE OPELAR JT TEN TOD TRACY A YUSKA SUBJECT
TO STA TOD RULES
7828 LAVERGNE AVE
BURBANK, IL 60459-1528

MICHAEL P WEINHEIMER
1030 MIAMI WAY
BOULDER, CO 80305-6405

MICHAEL PISANI & VIOLET A PISANI TR
UA 11/30/91 MICHAEL PISANI & VIOLET A PISANI LIVING
TRUST
37709 JUNIPER DRIVE
STERLING HEIGHTS, MI 48310-3952

MICHAEL R COLEMAN & CATHY L COLEMAN TR
MICHAEL R & CATHY L COLEMAN JOINT TRUST UA 05/14/02
13370 WAVERLY DR
ST JOHN, IN 46373-9673

MICHAEL R DEVEAUX
RR 1 BOX 303 CRNR RD 128-191
OAKWOOD, OH 45873-9801

MICHAEL R GOLDBERG & JAYNE GOLDBERG TR
UA 09/19/91 THE LIVING TRUST FOR GOLDBERG
1977 N NORMANDIE AVE
LOS ANGELES, CA 90027-1761

MICHAEL R HEINITZ
18149 GRATIOT RD
HEMLOCK, MI 48626-8609

MICHAEL R HUFF TR UA 07/27/06 HELEN L HUFF RESIDUARY T
P O BOX 577
PARK CITY, MT 59063

MICHAEL R NITZ & MARILYN J NITZ TR
MICHAEL R & MARILYN J NITZ LIVING TRUST UA 09/23/03
26129 BIRCHFIELD AVE
RANCHO PALOS, CA 90275-1717

MICHAEL R PEREZ
2187 130TH AVE
HOPKINS, MI 49328-9734

MICHAEL R SHAFFER & RENE R SHAFFER TR
MICHAELR SHAFFER & RENEE R SHAFFER TRUST
6425 S TROPICAL TRAIL
MERRITT ISLAND, FL 32952-6504

MICHAEL REHA JR
BOX 215032
SACRAMENTO, CA 95821-1032

MICHAEL ROBERT THURAU CUST AMANDA CHRISTINE THURA
UNDER THE MISSOURI UNIFORM TRANSFERS TO MINORS
LAW
13010 FOREST DR
SEMINOLE, FL 33776-2509

MICHAEL ROBINSON CUST ALICE JEAN SIMMONS
U/THE ARIZONA UNIFORM GIFTS TO MINORS ACT
1402 W CLOUD
PHOENIX, AZ 85027-9117

MICHAEL S SHAW
P O BOX 631814
LANAI CITY, HI 96763-1814

MICHAEL S SPECTOR & STEVEN SPECTOR TR
UA 09/22/2007 PHILLIP J SPECTOR GST TRUST
150 S WACKER DRIVE #1200
CHICAGO, IL 60606

MICHAEL SILVERSTEIN
1126 EAST 59 STREET
CHICAGO, IL 60637-1580

MICHAEL STEINBERG
1248 S BARNES DR
BLOOMINGTON, IN 47401-8615

MICHAEL THOMAS MOORE
PO BOX 530272
LIVONIA, MI 48153-0272

MICHAEL V BAITINGER
13761 SUNFIELD HIGHWAY
LAKE ODDESSA, MI 48849-9529

MICHAEL V WARDEN
320 180TH NE AV
NORMAN, OK 73026-7621

MICHAEL VON MOUNTS & LORETTA MARIE MOUNTS TR
MICHAEL & LORETTA MOUNTS TRUST UA 12/21/00
10805 VALLEY HILLS DR
HOUSTON, TX 77071-1610

MICHAEL W DUERKSEN
287125 SUGAR ISLAND COURT
GIBRALTAR, MI 48173-9577

MICHAEL W ROONEY & SALLY ANN ROONEY TR
UA 04/27/94 WILLIAM L ROONEY IRREVOCABLE TRUST
24 ST CLAIR DR
DELMAR, NY 12054-2706

MICHAEL WATSON CUST JAMIE WATSON
UNDER THE NEW YORK UNIF GIFTS TO MINOS ACT
2365 HALYARD DRIVE
MERRICK, NY 11566-5528

MICHELE ANN FATE & WELDON L FATE TR
MICHELE ANN FATE REVOCABLE LIVING TRUST UA 1/24/01
12211 ENGLAND ST
OVERLAND PARK, KS 66213-2529

MICHELE D WEINER
160 HYDE PARK PLACE
YARDLEY, PA 19067

MICHELE M GRANT
6822 132ND CT
APPLE VALLEY, MN 55124

MICHELE R EPSTEIN
28 WATERSIDE CLOSE
EASTCHESTER, NY 10709-5653

MICHELE W PEDERSEN
12562 144TH AVE
GRAND HAVEN, MI 49417

MICHELLE L PRIMAVERA CUST KATELYN M PRIMAVERA
UNDER OH TRANSFER TO MINORS ACT
7936 MORRIS RD
HILLIARD, OH 43026-9713

MICHELLE LOUISE REINSTEIN CUST STEVEN REINSTEIN UGM
382 RIVERWAY
BOSTON, MA 02115-6406

MICHELLE M BUNKER
& PATRICK BUNKER & LAURA L BUNKER & MICHAEL P
BUNKER JT TEN
217 N ALEXANDER ST
SAGINAW, MI 48602-4004

MIGUEL ANTONIO LOPEZ CONWAY MINOR JUAN SANCHEZ LC
WITH PATRIA POTESTAS
262 WALKER BLVD
THOMASVILLE, NC 27360-8709

MIGUEL D INFANTE
828 HEIN AVE
LANSING, MI 48911-4833

MIGUEL MASCARENHAS
RUA PROF MARK ATHIAS N4 4DTO
1600 646 LISBOA
PORTUGAL

MIGUEL P GARCIA FO
AVE PAPA JOAO XXIII 810
JARDIM SAO CENTANO CEP 09581 620
SAO CAETANO DO SUL SAO PAULO
BRASIL BRAZIL

MIGUEL T A ABDALLA
ALAMEDA JAU 161 APT 41
SAO PAULO 01420-000
BRASIL
BRAZIL

MIKE JOSEPH CUST MICHELLE ANN JOSEPH
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
109 S 4TH ST
WEST NEWTON, PA 15089-1313

MIKE RACKSON
5644 285 AVE SE
ISSAQUAH, WA 98027-8844

MIKE ZELJEZNJAK
18662 153RD ST
BASEHOR, KS 66007-5137

MILAN A JAKSIC CUST MARILYN A JAKSIC
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2116 ALGONQUIN ROAD
EUCLID, OH 44117-2402

MILAN K MILOSOVIC
4824 147 AVE
EDMONTON AB
T5Y 2X2 CANADA

MILAN MARKOVIC
4350 204TH ST
MATTESON, IL 60443-1708

MILBURN A WATERS CUST PAMELA K WATERS
U/THE TENN UNIFORM GIFTS TO MINORS ACT
209 RIDGE RD
MARYVILLE, TN 37803-3407

MILDRED A REINHARDT & CATHLEEN L GORSUCH JT TEN
49105 US HWY 169
PALISADE, MN 56469

MILDRED A REINHARDT & STEPHEN R REINHARDT JT TEN
49105 US HWY 169
PALISADE, MN 56469

MILDRED A REINHARDT & VIVIAN L FOWLDS JT TEN
49105 US HWY 169
PALISADE, MN 56469

MILDRED BASTIEN
3240 W STEIN
LASALLE, MI 48145-9602

MILDRED C MANNING TR
HENRY & MILDRED MANNING REVOCABLE TRUST UA 6/17/89
5008 RAY AVE
ST LOUIS, MO 63116-3324

MILDRED C MARKKANEN & JUNE C AMARIUTA TR
UW CARL O MARKKANEN FUND B TRUST
207 PATERSON AVE
HASBRONCK HEIGHTS
HASBROUCK HTS, NJ 07604-2113

MILDRED C STEINBRUECK
244 STALWART
TROY, MI 48098-3039

MILDRED D THOMPSON CUST CAROLYN D THOMPSON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1151 FAIRWAY CT NE
PALM BAY, FL 32905-3751

MILDRED GEIERMANN TR
UA 12/05/00 FREDERIC J GEIERMANN REVOCABLE LIVING
TRUST
755 CENTRAL
MONROE, MI 48162

MILDRED H CORBETT USUFRUCT PERRY H CORBETT JR
& WILLIAM DAVIS CORBETT NAKED OWNERS
2826 HWY 569
FERRIDAY, LA 71334-4460

MILDRED HINES & LAWRENCE A HINES III TR
UA 06/16/2008 MILDRED HINES TRUST
53760 WOODBRIDGE DR
SHELBY TWP, MI 48316-2170

MILDRED K SMITH TR
ODEN H SMITH & MILDRED K SMITH REV LIVING TRUST UA
12/24/95
9161 SANTA FE E SPACE 40
HESPERIA, CA 92345-7911

MILDRED KOPPEL CUST JAN B KOPPEL
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
C/O JAN BRIAN KOPPEL
109 RUTH EAGER CT
PIKESVILLE, MD 21208-6344

MILDRED L MORGAN TR
REVOCABLE LIVING TRUST 04/07/92 U-A MILDRED L
MORGAN
78 SEAMAN ST
GALENA, MO 65656-4624

MILDRED M DUDGEON TOD CLAIRE DUDGEON SUBJECT TO S
C/O HAROLD A FOY
PO BOX 101545
CAPE CORAL, FL 33910

MILDRED M KLEIN
4750 WEATHERBY CT
GLADWIN, MI 48624-8231

MILDRED P ELLERMAN
12175 206TH ST
NORTONVILLE, KS 66060-5093

MILDRED P HALASH TR
MILDRED P HALASH REVOCABLE LIVING TRUST UA 05/04/05
134 POPLAR
WYANDOTTE, MI 48192-4645

MILDRED PAYNE ALDREDGE MC KNIGHT TR
AMY PAYNE ALDREDGE TR U-W MARY BATTS
3540 RANKIN
DALLAS, TX 75205-1209

MILDRED STEIN
1791 SHIPLEY AVE
APT 2
VALLEY STREAM, NY 11580-1726

MILDRED STEIN
68 N BROADWAY
SALEM, NH 03079-2102

MILDRED STEIN TR BEVERLY RENE STEIN A MINOR U/DECL O
1791 SHIPLEY AVE
VALLEY STREAM, NY 11580-1726

MILDRED WIENER CUST MARK EARL ROSEN
U/THE PA UNIFORM GIFTS TO MINORS ACT
1675 CHADWYCK PLACE
BLUE BELL
PHILADELPHIA, PA 19152

MILES DOLAR CUST MICHAEL E DOLAR
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
756 FOX AVENUE
GLENDALE HEIGHTS, IL 60139-2910

MILES DOLAR CUST SUSAN E DOLAR
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
660 BLUEBIRD LN
COBDEN, IL 62920-3041

MILES N DIETRICH CUST DANN A DIETRICH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 1275
LADY LAKE, FL 32158-1275

MILES N DIETRICH CUST KIM N DIETRICH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
8448 HUBBARD
WESTLAND, MI 48185-1412

MILFORD W ANGEVINE JR CUST PHILIP J ANGEVINE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
112 SPALDING ST
LOCKPORT, NY 14094-4650

MILICA M NICKOLAOU TR
MILICA M NICKOLAOU REVOCABLE LIVING TRUST 12/22/03
10652 GREEN PLACE
CROWN POINT, IN 46307-2989

MILLARD F BEASLEY CUST LARRY R BEASLEY
A MINOR UNDER THE LAWS OF GEORGIA
2284 MORRISON RD
YORK, SC 29745-8602

MILLARD W CLEVELAND & PATRICIA CLEVELAND TR
MILLARD W CLEVELAND & PATRICIA CLEVELAND
423 HARDEN ST
HOLLY, MI 48442

MILLERT D LEINONEN
2262 HULL RD
STANDISH, MI 48658-9184

MILLICENT CLAUDETTE FILER
4916 STAUGHTON DR E
INDIANAPOLIS, IN 46226-3134

MILLICENT DELACY
PO BOX 231992
ANCHORAGE, AK 99523-1992

MILLICENT GENE GORDON CUST JILL ELISE GORDON
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
2020 N LINCOLN PARK WEST APT 5E
CHICAGO, IL 60614-4735

MILO I TOMANOVICH CUST STEVEN J TOMANOVICH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
235 BEACONVIEW CT
ROCHESTER, NY 14617-1405

MILTON BENTZ CUST CLIFFORD S BENTZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
146-36 13TH AVE
WHITESTONE, NY 11357-2449

MILTON BERNSTEIN & MRS ROSANNE BERNSTEIN JT TEN
1 BALTIMORE ST
APT 616
CUMBERLAND, MD 21502-2986

MILTON C HATHAWAY JR
33924 KLEIN ST
FRASER, MI 48026

MILTON J RAPORT CUST LORIS S RAPORT
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
10851 NANTUCKET TERR
POTOMAC, MD 20854-4428

MILTON KLEIN JR
217 BERWYN DR W #208
MOBILE, AL 36608-2119

MILTON KOZDRON
7-B FLORIDA DRIVE
CEDAR GLEN LAKES
WHITING, NJ 08759-1210

MILTON KUTSHER CUST MARK KUTSHER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
MONTICELLO, NY 12701

MILTON L SOUZA
1452 156 AVE
SAN LEANDRO, CA 94578-1926

MILTON L WILEY CUST MISS NANCY LYNN WILEY
U/THE COLO UNIFORM GIFTS TO MINORS ACT
BOX 379
DURANGO, CO 81302-0379

MILTON LAVENSTEIN & EVA D LAVENSTEIN TEN ENT
APT 7
2 POMONA N
PIKESVILLE, MD 21208-2957

MILTON LEU CUST DAVID M LEU
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
538 UNION ST
SAN FRANCISCO, CA 94133-3338

MILTON M FARLEY CUST JOAN L FARLEY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7239 RIDGE ROAD
LOCKPORT, NY 14094-9424

MILTON M PRICE JR CUST ANN MARGARET PRICE
U/THE MD UNIFORM GIFTS TO MINORS ACT
30392 VIA ESTORIL
LAGUNA NIGUEL, CA 92677-2300

MILTON MILLER CUST LARRY MARK MILLER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
214 W 29TH #8FL
NEW YORK, NY 10001-5203

MILTON RUSSEL WOFFORD JR CUST EDWARD SMITH WOFFO
MIN ACT
55 MADDOX DR
ATLANTA, GA 30309-2747

MIMI NICHOL CUST SUSAN A NICHOL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
71 IVORY MOON PL
THE WOODLANDS, TX 77381-6455

MING TAT LEUNG
FAT A 9/F 55 BROADWAY ST
MEI FOO SUN CHUEN
819052 KOWLOON
CHINA (PEOPLE'S REP)

MINNIE B REISWERG CUST MARILYN REISWERG
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
4106 PIRATES BCH
GALVESTON, TX 77554-8041

MINNIE E MC CLELLAND
21830 155TH ST
BASEHOR, KS 66007-5152

MINNIE E SOLOMON
40305 168TH STREET EAST
PALMDALE, CA 93591-3031

MINNIE LEONA BUCHHOLZ TR
UA 09/23/92 MINNIE LEONA BUCHHOLZ REVOCABLE TRUST
1970 BEDFORD DR
TITUSVILLE, FL 32796-1015

MINNIE O HUDDLESTON
& JEROME HUDDLESTON & MICHAEL HUDDLESTON &
MARILYN REDDER JT TEN
5572 KIRKRIDGE TRAIL
OAKLAND TWNSHP, MI 48306-2266

MINNIE S STUMP & FRANKLIN A STUMP TR
MINNIE S STUMP REV TRUST UA 5/5/99
801 CAMPBELL GLEN LANE
WINSTON SALEM, NC 27103-5986

MIRIAM BURSTEIN
& ILONA BURSTEIN HEWITT & JUDITH FEIN & PATRICIA B
LAUNA JT TEN
400 PROSPECT APT 133
LA JOLLA, CA 92037-4722

MIRIAM JOLLEY SPENCER TR
MIRIAM JOLLEY SPENCER REVOCABLE LIVING TRUST UA
07/31/97
PO BOX 339
HARRISVILLE, RI 02830-0339

MIRIAM R LAUMAN TR
UA 07/17/2008 MIRIAM R LAUMAN REVOCABLE LIVING TRUST
424 BUTLER STREET
MICHIGAN CITY, IN 46360

MIRIAM S GOLDSTEIN
333 E 93RD ST APT 2P
NEW YORK, NY 10128-5508

MIRIAM S STEINBERG
230 AUTUM RD
LAKEWOOD, NJ 08701-1623

MIRO JADRIC
20111 183RD
TONGANOXIE, KS 66086-5326

MISAO UJIMORI CUST EVELYN UJIMORI
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
3188 ALIKA AVE
HONOLULU, HI 96817-1103

MISS ANGELA MADELEINE MC KENNA
48 DARTMOUTH SQ EAST
LEESON PARK DUBLIN
2 IRELAND

MISS ANN DENTON
C/O PEMBERTON
504-325 VILLAGE GROVE DRIVE
WINDSOR ON
N8N 0B1 CANADA

MISS ANN LEWIS
11967-106TH CT
LARGO, FL 33778-3530

MISS ANN M WEINGARTNER
5549 ASPEN
HOUSTON, TX 77081-6603

MISS ANNA MARIE NOETH
578 PETUNIA LANE NORTH
WHITING, NJ 08759-4318

MISS ANNA MARIE REINTHALER
100 CEDAR ST APT 21A
DOBBS FERRY, NY 10522-1017

MISS BARBARA LACKEY
7354 122ND WAY N
SEMINOLE, FL 33772-5525

MISS BESSE B STEINER
991 HILLTOP RD
MYERSTOWN, PA 17067-1752

MISS CAROL WEINSEIMER
C/O MRS C HEYER
124 BUNKER HILL RD
CANTON, CT 06019

MISS CAROLE ANN MEINERT
1007 S OHIO
DAVENPORT, IA 52802-2641

MISS CAROLYN R CALLO CUST ARMIN R CALLO
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
PO BOX 1416
INDIO, CA 92202-1416

MISS CATHY LYNN LEINOFF
C/O EDWARD NEWMAN
10100 S W 140TH ST
MIAMI, FL 33176-6685

MISS DAWN CHEWITT
APT 302 100 ULSTER ST
WINNIPEG MB
R3T 3A2 CANADA

MISS DEANNE K REINDL
2020 SHADY LANE
MUSCATINE, IA 52761-3623

MISS DELPHINE JANKOWSKI
23367 W SCHWERMAN ROAD
MUNDELEIN, IL 60060-9599

MISS ELLEN GOLDFEIN
4121 N STONE AVE
UNIT 100
TUCSON, AZ 85705-8800

MISS GERALDINE MOORE
390 B FAIRWAY LN
WHITING, NJ 08759-3040

MISS HANNAH STRANSKA
C/O JOHN P REINER
80 WALL STREET # 1018
NEW YORK, NY 10005

MISS HELEN BECKER CUST MISS LOIS SYDNEY BECKER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1327 SW 57TH
PORTLAND, OR 97221-2509

MISS HELEN C CITINO
BOX 236
KENNETT SQUARE, PA 19348-0236

MISS HELEN KLEIN
1113 NORTH MONONA DRIVE
LUDINGTON, MI 49431-1522

MISS HELEN POPECK CUST PAMELA KAYTROSH
U/THE PA UNIFORM GIFTS TO MINORS ACT
TWO WEATHERWOOD LANE
RADNOR, PA 19087-2724

MISS HERTA LOEWENSTEIN
250 W 57TH ST STE 615
NEW YORK, NY 10107-0699

MISS ILENE BONNY SAVOY
1785 215TH ST APT 14G
BAYSIDE, NY 11360-1722

MISS JANE N BIZON & CHESTER J BIZON JT TEN
124 WHITIN AVE
CHICOPEE, MA 01013-1331

MISS JANE RUBENSTEIN
C/O MRS JANE R MENELL
4520 RENO RD NW
WASH, DC 20008-2939

MISS JEANETTE E PAULE
190 BD BINEAU
92200 NEUILLY
S/ SEINE
FRANCE

MISS JO ANN REINSCH
4201 HONEYBROOK AVE
DAYTON, OH 45415-1444

MISS JOAN N WATSON
2320 1650 TH ST
IRWIN, IA 51446

MISS JOSEPHINE H MUNENO CUST DAPHNE S YOUNG
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
349 ESQUINA DR
HENDERSON, NV 89014-4505

MISS JUDITH GRACE SEPPER
ATTN MRS B BRONSTEIN
#72
4301 BISSONNET
BELLAIRE, TX 77401-3231

MISS JUDITH K WEINTRAUB
7032 CEDAR OAKS DR
GRANITE BAY, CA 95746-6539

MISS KAREN HOFFMAN
ATTN KAREN GRAY
PO BOX 795638
DALLAS, TX 75379-5638

MISS KAROL ANN MIRMELSTEIN
ATTN KARYL M LEMBERGER
10 OAKWOOD DR
LLOYD NECK, NY 11743-9748

MISS KATHE HOLTKAMP
C/O WENZEL
BEZIRKSAMT WEDDING VON BERLIN
MULLERSTRASSE 146-147 BERLIN 65
D1000 GERMANY

MISS KATHLEEN H REINHARD
844 OLD WOODS ROAD
WORTHINGTON, OH 43235-1248

MISS KATHRYN LEE REINSCH
347 COMPTON RD
CINCINNATI, OH 45215-4145

MISS LEDA SHISHOFF CUST JOHN W SHISHOFF
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
3180 FELTON DRIVE
BEAVERCREEK, OH 45431-3335

MISS LILY PANG & MISS IVY PANG JT TEN
PO BOX 210312
SAN FRANCISCO, CA 94121-0312

MISS LILY PANG & MISS ROSE C PANG JT TEN
PO BOX 210312
SAN FRANCISCO, CA 94121-0312

MISS LINDA SAPPERSTEIN & ALAN A SHAFER JT TEN
2216 RIDGE RD
REISTERSTOWN, MD 21136-5625

MISS MADELEINE C BEELS
46452 MEADOW LN
MACOMB, MI 48044-3488

MISS MARGARET JEAN REINSCH
504 W BURROUGH RD
BOWDOINHAM, ME 04287-7531

MISS MARGARET T KLEINSCHMIDT
1115 N FRANKLIN ST
SHAMOKIN, PA 17872-4603

MISS MARIA TERESA FERNANDEZ GARCIA
PO BOX 9020845
SAN JUAN
00902 PUERTO RICO
-0845

MISS MARIE ROSE KLEIN
ATTN M K TIMSON
102 TABANTO RD
POCASSET, MA 02559-1726

MISS MARY ALICE ONEAL CUST GLEN SMITH
U/THE S C UNIFORM GIFTS TO MINORS ACT
3317 SE 13TH ST
OCALA, FL 34471-2945

MISS MARY ANN VOGELE CUST MARY CATHERINE EGNOR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6761 KEN ARBRE AVE
CINCINNATI, OH 45236-4120

MISS MAUREEN R OBRIEN CUST PETER MICHAEL SCHMERGE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
505 ARNON LAKE DR
GREAT FALLS, VA 22066-3928

MISS MELISSA JAN DOLBEER
206-4441 5TH ST
PEACHLAND BC
V0H 1X6 CANADA

MISS MIRIAM RODSTEIN
10 DRIFTWOOD LANE
DALY CITY, CA 94014-2818

MISS MYRNA J BORNSTEIN
22605 CAMINO DEL MAR
APT 1241
BOCA RATON, FL 33433-6524

MISS NANCY FARR
PAINE WEBBER
FBO NANCY FARR BAKER
2015 BROADWAY
BURLINGAME, CA 94010

MISS PHYLLIS C CLEMENSEN
RUE PALESTINE 262
04362-030 SAO PAULO
SAO PAULO BRASIL
BRAZIL

MISS ROBIN L VERNATCHI
& GEORGE S VERNATCHI & ELIZABETH M VERNATCHI JT
TEN
ATTN ROBIN L LUND
1941-65TH AVE
SACRAMENTO, CA 95822-4806

MISS ROSE RINELLA
C/O AVONDALE FED SVGS BK
2965 N MILWAUKEE AVE
CHICAGO, IL 60618-7347

MISS SALLY KATHERINE OBRIEN
ATTN MS SALLY KATHERINE
OBRIEN JEFLEY
PO BOX 020010
MIAMI, FL 33102-0010

MISS SHANNON MILLER
PO BOX 381885
GERMANTOWN, TN 38183-1885

MISS SUSAN L JONES
PO BOX 287224
NEW YORK, NY 10128-0021

MISS THERESA E MEINCK
701 RUNNING DEER DR
COLUMBIA, TN 38401-8003

MISS VERA MARY SHERIDAN
& MRS EMMA O TRICKETT & JOSEPH S TRICKETT JT TEN
21 NORMAN ROAD
NORTH ANDOVER, MA 01845-3518

MISS YVONNE ZOGHBI CUST RONALD ZOGHBI JR
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
4603 EL MACERO DR
DAVIS, CA 95616-4348

MITCHEL CAMARATA & DENNIS B CAMARATA TR
MITCHEL CAMARATA REVOCABLE LIVING TRUST UA 11/07/00
3025 VAN ALSTYNE
WYANDOTTE, MI 48192-5943

MITCHELL A SQUIRES
PO BOX 941042
MAITLAND, FL 32794-1042

MITCHELL D JOHNSON CUST PAUL STEVEN JOHNSON
U/THE MINN UNIFORM GIFTS TO MINORS ACT
1149 CASCADE LANE
MENDOTA HEIGHTS, MN 55118-1803

MITCHELL E MILLER CUSTDN FOR EMILY C MILLER
UNDER THE FL UNIF TRANSFERS TO MINORS ACT
224 RIVER DR
TEQUESTA, FL 33469-1934

MITCHELL G LOBROVICH JR TR
MITCHELL G LOBROVICH JR REVOCABLE TRUST UA 3/5/98
4682 STONERIDGE TRAIL
SARASOTA, FL 34232-3022

MITCHELL J HALKA CUST MITCHELL J HALKA JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
703 DRUM POINT RD
BRICK, NJ 08723-7507

MITCHELL M NIARHOS
PO BOX 554 554
VANDALIA, OH 45377-0554

MITCHELL PAUL STEIN
12210 BELLAFONTE DR
DALLAS, TX 75243-3626

MITCHELL S GREEN
5109 SCHREINER DR
WINNEMUCCA, NV 89445-4167

MITSUGI KOMO CUST DANNETTE K KOMO
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
PO BOX 312
HOLUALOA, HI 96725-0312

MITSURU SATO
3-3-1001 TSUKUSHINO
ABIKO SHI CHIBA KEN
270 1164 JAPAN

MITSURU SATO
3-3-1001 TSUKUSHINO
ABIKO-SHI CHIBA-KEN
270-1164 JAPAN

MITZI VALENTINE GOWARD TR
MITZI VALENTINE GOWARD LIVING TRUST UA 02/19/02
1927 LAKE RD
PANTON, VT 05491-9262

MODESTO C PANARO & DOLORES J PANARO TR
UA 03/09/93 THE PANARO FAM TRUST
9420 SE POINT TERRACE
JUPITER, FL 33469-1324

MOEMY F OLSEN
16500 112TH AVE NE
BOTHELL, WA 98011-1520

MOHAMAD K FARHAT
1175 E KLEINDALE RD
TUCSON, AZ 85719-1829

MOHAMED I JESSA
30200 STEPHENSON HIGHWAY
MADISON HEIGHTS, MI 48071-1612

MOHAMED KAZIM
125 16 133RD AVE
C/O SADI Q SAMATALLI
SOUTH OZONE PK, NY 11420-3206

MOHANSINGH UDHWANI
PO BOX 212078
AUGUSTA, GA 30917-2078

MOISE JANIDES CUST NICK JANIDES
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N J
600 NORTH BLVD
BELMAR, NJ 07719-2945

MOLLOY S BENNETT & MARY JOE G BENNETT TR
MOLLOY S BENNETT & MARY JOE G BENNETT REVOCABLE
6017 PEAR ORCHARD
JACKSON, MS 39211-2809

MOLLY ZALEC & ANGELINE T SACHEN JT TEN
PO BOX 980193
YPSILANTI, MI 48198-0193

MOLLYE SIMON CUST TAMARA M GOLDSTEIN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
PO BOX 532
NORTHBROOK, IL 60065

MONA L GRINSTEAD
7106 296TH ST
BRANFORD, FL 32008-2584

MONICA L KNUDTSON CUST ADAM KNUDTSON
UNDER THE MO TRANSFERS TO MINORS LA
1516 POLARIS
BALLWIN, MO 63011-2036

MONICA L VERWOERD
#316-450 BROMLEY
COQUITLAM BC
V3K 6S5 CANADA

MONICA LEE KNUDTSON CUST MELINDA LEE KNUDTSON
UNDER MO UNIFORM TRANSFERS TO MINORS LAW
1516 POLARIS DR
ELLISVILLE, MO 63011-2036

MONICA M ERNST CUST GREGORY T ERNST
UNDER IL UNIF ACT TRANSFERS TO MINORS ACT
9341 S 83 RD AVE
HICKORY HILLS, IL 60457-1923

MONICA M MARTIN & GAYLE D MARTIN TR
GAYLE DAVID MARTIN & MONICA M MARTIN FAMILY TRUST
UA 02/09/01
23711 SINGAPORE STREET
MISSION VIEJO, CA 92691-3006

MONROE A NAIFEH & ERNESTINE D NAIFEH & WOODROW NAI
ALMAS NAIFEH TRUST UA 02/21/69
1131 MELINDA RD
SAPULPA, OK 74066-5831

MONROE EBERLIN CUST JANET EBERLIN
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF
N Y
13 BEVERLY RD
NEW ROCHELLE, NY 10804-1702

MONROE HAAS CUST DEBBIE GALE HAAS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
15 LAWRIDGE DR
PORT CHESTER, NY 10573-1020

MONROE LOKSHIN CUST JEFFREY LOKSHIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
13-15 209TH ST
BAYSIDE, NY 11360-1123

MONROE LOSKIN CUST WENDY LOSKIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
13-15 209TH ST
BAYSIDE, NY 11360-1123

MONTE J LEVINSON CUST VICTOR I LEVINSON
U/THE ILL UNIFORM GIFTS TO MINORS ACT
5520 W TOUHY AVE N
SKOKIE, IL 60077

MONTE M PETTY & CAROL S PETTY TR
MONTE M & CAROL S PETTY TRUST UA 12/14/00
4985 S KINGSTON RD
KINGSTON, MI 48741-9768

MONTY L NUSS & JARRELL D NUSS TR
UA 05/29/2007 MONTY L NUSS IRREVOCABLE TRUST
8433 COLONIAL DR
LONE TREE, CO 80124-9711

MOOSA VALINEZHAD CUST ELIOT A VALINEZHAD
A MINOR UNDER THE LAWS OF GEORGIA
2000 PORTOFINO CIR
APT 107
PALM BCH GDNS, FL 33418-1233

MORGAN B BRAINARD 3RD CUST PATRICIA W BRAINARD
UNDER THE CONNECTICUT U-G-M-A
33 BEAVER POND RD
LINCOLN, MA 01773-3308

MORGAN STANLEY TRUST CO CUST JAMES BERNARD PINSKI
ONE PIERREPONT PLAZA 10TH FL
BROOKLYN, NY 11201-2776

MORRIS GLESBY
PO BOX 270415
HOUSTON, TX 77277-0415

MORRIS GORDON BAGNE JR & DOLORES SANDERS BAGNE T
BAGNE TR ESTB 2/7/79 MORRIS GORDONBAGNE
801 SO ACACIA
FULLERTON, CA 92831-5305

MORRIS J FINKELSTEIN
40 AUTUMN DR
APT 181
SLINGERLANDS, NY 12159-9364

MORRIS KLEIN
4561 CHERRY HILL DRIVE
ORCHARD LAKE, MI 48323-1616

MORRIS KLEIN & MARILYN KLEIN JT TEN
4561 CHERRY HILL
ORCHARD LAKE, MI 48323-1616

MORRIS L SCHWARTZ & LYNNE R SANDMAN TR
MIRIAM SCHWARTZ TRUST UA 08/22/89
1611 CHICAGO AVE
EVANSTON, IL 60201-6019

MORRIS L WALTERS & MARTHA L WALTER TR
WALTERS 2001 REVOCABLE LIVING TRUSTUA 11/13/01
9901 BUNDELLA DRIVE
LAS VEGAS, NV 89134-7575

MORRIS MITCHELL OR BONNIE H MITCHELL TR
MITCHELL JOINT LIVING TRUST UA 01/07/97
4783 NARCISSUS DR
MEMPHIS, TN 38135-1492

MORRIS MONOWITZ CUST SUSAN BENDER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
189 8TH AVE APT 1R
BROOKLYN, NY 11215

MORRIS PRICE
PO BOX 961141
RIVERDALE, GA 30296-6901

MORTON C PEARSON & JEAN H PEARSON TR
THE PEARSON FAMILY TRUST UA 10/01/98
24504 RIDGECROFT AVE
EASTPOINTE, MI 48021-3461

MORTON G MURDOCK & MRS RACINE E MURDOCK TR
ROBERT ELLIS MURDOCK A MINOR UA 2/24/65
1701 WINLARTON DR
LAS VEGAS, NV 89134

MORTON GOLDSTEIN
156 TRUMAN TERRACE
PARAMUS, NJ 07652-1612

MORTON I BERNSTEIN CUST RICHARD L BERNSTEIN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3407 GRAND VIEW BLVD
LOS ANGELES, CA 90066-1901

MOST REVEREND MINISTER GENERAL THIRD ORDER REGULA
PROVINCIAL RESIDENCE
ATTN REV EDWARD CARROLL TOR
PO BOX 188
LORETTA, PA 15940-0188

MOSTAFA GHOREISHI & NASTARAN SHENAVAR JT TEN
5600 153RD AVE SEE
BELLEVUE, WA 98006-5341

MOTOHITO MITA
1 24 203 SHINTOMI CHO 3 CHOME
SHIBATA
957 0017 NIIGATA
JAPAN

MR COLIN ARTHUR DUARTE & MISS JOY DUARTE JT TEN
18/B SHIV SADAN
LADY JAMSHEDJEE CROSS ROAD
NO 2
MAHIM MUMBAI-400 016 INDIA

MRS ADALAIDE TOMBER CUST CONSTANCE TOMBER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
508 WEBSTER FOREST DRIVE
WEBSTER GROVES, MO 63119-3940

MRS ADELE MEYER CUST WENDY ANN MEYER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
143 OAK CIRCLE
SUNSET, TX 76270-6517

MRS ADELINE STEINMAN CUST SHERRY LEE STEINMAN U/TH
7808 PALENCIA WAY
DELRAY BEACH, FL 33446-4405

MRS ADLEY F MC LEOD OWNER OF 1/2 & USUFRUCTUARY OF
MC LEOD CARL B MC LEOD III & OLEN RILLINS MC LEOD NKD
OWNRS
1802 GEORGIA STREET
JEANERETTE, LA 70544-3413

MRS AGNES A LINDGREN CUST PAUL LINDGREN
U/THE NEBRASKA UNIFORM GIFTS TO MINORS ACT
1020 PARK AVE
POLK, NE 68654-4001

MRS AGNES C SPERA CUST JOHN PETER SPERA
U/THE MD UNIFORM GIFTS TO MINORS ACT
5913 KINGSWOOD RD
BETHESDA, MD 20814-1821

MRS AIMEE STRIER CUST ERIC BRIAN STRIER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9 GARLAND TRAIL
MONROE, NY 10950-6948

MRS ALICE G HAWKES CUST PATRICIA MARIE HAWKES
U/THE N Y UNIFORM GIFTS TO MINORS ACT
101 ROYAL VIEW DR
ROCHESTER, NY 14625-1143

MRS ALICE LEE CHUN CUST KAREN LOUISE CHUN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
138-27 HOOVER AVE
JAMAICA, NY 11435-1131

MRS ALICE LEE CHUN CUST KENDALL JOHN CHUN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
138-27 HOOVER AVE
JAMAICA, NY 11435-1131

MRS ALICE LEE CHUN CUST KEVIN DOUGLAS CHUN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
138-27 HOOVER AVE
JAMAICA, NY 11435-1131

MRS ALICE M CONE CUST CAROLYN GRAVES CONE
U/THE FLORIDA GIFTS TO MINORS ACT
115 SHOREHAM DR
SPARTANBURG, SC 29316-4879

MRS ALICE M CONE CUST LAURA LOUISE CONE
U/THE FLORIDA GIFTS TO MINORS ACT
115 SHOREHAM DR
SPARTANBURG, SC 29316-4879

MRS ALICE M CONE CUST WILLIAM LAWRENCE CONE
U/THE FLORIDA GIFTS TO MINORS ACT
115 SHOREHAM DR
SPARTANBURG, SC 29316-4879

MRS ALICE MUNTHER CUST WILLIM E MUNTHER
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 450
BERNARDSVILLE, NJ 07924-0450

MRS ALMA HAUENSTEIN
7766 BROSEND RD
APT B
NEWBURGH, IN 47630-2885

MRS ALTA WEINER & MRS ROBERTA HERZ JT TEN
321 KIMI COURT
CASSELBERRY, FL 32707

MRS ANGELA S BOLDT
ATTN STEINFELD & BOLDT
SUITE 412
310 WEST LIBERTY STREET
LOUISVILLE, KY 40202-3017

MRS ANGIE DICKINSON BACHARACH CUST LEA NIKKI BACHA
U/THE CAL U-G-M-A
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067-4100

MRS ANITA BRENNER CUST IRA HOWARD BRENNER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
8202 N CHARLES DR
SCOTTSDALE, AZ 85253-2405

MRS ANITA GOEHRS
PO BOX 800458
HOUSTON, TX 77280-0458

MRS ANITA LIEBERMAN CUST SHARON HOPE LIEBERMAN
U/THE N J UNIFORM GIFTS TO MINORS ACT
18 PORTEBELLO RD
JACKSON, NJ 08527-3934

MRS ANITA LIEBERMAN CUST STACEY FAITH LIEBERMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
18 PORTEBELLO RD
JACKSON, NJ 08527-3934

MRS ANITA WHITE CUST ARON WHITE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
75-43 181ST ST
FLUSHING, NY 11366-1609

MRS ANN A VAN PELT CUST STOKES ADAMS VAN PELT
U/THE N C UNIFORM GIFTS TO MINORS ACT
10 GILDER POINT COURT
SIMPSONVILLE, SC 29681-5249

MRS ANN AUSTIN STEVENS CUST CAROL ANN STEVENS
U/THE VA UNIFORM GIFTS TO MINORS ACT
6200 WILLSON BLVD #414
FALLS CHURCH, VA 22044-3205

MRS ANN C KENWORTHY CUST ARTHUR JOHN KENWORTHY
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
303 45TH ST
DES MOINES, IA 50312-2501

MRS ANN ELIZABETH ROONEY CUST ELIZABETH ANN ROONE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
225 HAMDEN DR
CLEARWATER BEACH, FL 33767-2497

MRS ANN H SCHICK CUST SAMUEL R SCHICK
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
38200 S BIRD RD
TRACY, CA 95376-9699

MRS ANN LEKOS CUST SOFIA LEKOS
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
PO BOX 8082
CRANSTON, RI 02920-0082

MRS ANN S KINSMAN CUST BARBARA ANN KINSMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
518 MAIN ST
HONESDALE, PA 18431-1841

MRS ANN WEINSTEIN
ATTN WEINSTEIN ADM
SUITE 303
4920 MAIN ST
BRIDGEPORT, CT 06606-1300

MRS ANNA M BACKUES CUST STANLEY A BACKUES
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
1022 ORANGE LANE
LAGUNA VISTA, TX 78578

MRS ANNA M BAYNES CUST TIMOTHY D BAYNES
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2819 DEEDS RD
HOUSTON, TX 77084-4443

MRS ANNA MAE CARBONE CUST ROSARIO P CARBONE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5360 PARK SIDE TRAIL
SOLON, OH 44139-1176

MRS ANNAMAE C BRIDGMAN CUST PAUL WALTER OCONNOR
U/THE ILL UNIFORM GIFTS TO MINORS ACT
2612 PAYNE
EVANSTON, IL 60201-2133

MRS ANNAMAE C BRIDGMAN CUST THOMAS EARL OCONNOR
U/THE ILL UNIFORM GIFTS TO MINORS ACT
2612 PAYNE ST
EVANSTON, IL 60201-2133

MRS ANNE APOSTOL CUST HELEN MARGARET APOSTOL
U/THE VA UNIFORM GIFTS TO MINORS ACT
58 LEXINGTON DR
DUNEDIN, FL 34698-8213

MRS ANNE B EAGAN CUST SUZANNE M EAGAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1 BRATENAHL PLACE
BRATENAHL, OH 44108-1181

MRS ANNE GOLDSTEIN
155 BELLE FOREST CIRCLE
NASHVILLE, TN 37221-2103

MRS ANNE J SAUNDERS CUST ROBERT HARRISON SAUNDER
U/THE VA UNIFORM GIFTS TO MINORS ACT
1501 WILD DUCK CIR/LOT 57
CHESAPEAKE, VA 23321-1244

MRS ANNE M GUSTAFSON CUST KARIN L GUSTAFSON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
3 CEDAR LANE
MEDFIELD, MA 02052-1306

MRS ANNE MATHER JENKINS CUST RUSSELL M JENKINS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 655
COTUIT, MA 02635-0655

MRS ANNE S LEAVITT CUST LLOYD R LEAVITT 3RD
U/THE VA UNIFORM GIFTS TO MINORS ACT
2025 SANTA RENA DR
RANCHO PALO VERDE, CA 90275-1411

MRS ANNE T BIRCHALL CUST NAN T BIRCHALL
A MINOR U/THE LA GIFTS TO MINORS ACT
110 BARRETT PLACE
DURHAM, NC 27713-9734

MRS ANNE T BIRCHALL CUST NAN TINSLEY BIRCHALL
U/THE S C UNIFORM GIFTS TO MINORS ACT
110 BARRETT PLACE
DURHAM, NC 27713-9734

MRS ANNETTE FEINBERG
6708 FALLS CREEK ROAD
LOUISVILLE, KY 40241-6208

MRS ANNETTE T BALIAN CUST MICHAEL J BALIAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 81169
ROCHESTER, MI 48308-1169

MRS ANONIA POLLINI
15506 101ST ST
HOWARD BEACH, NY 11414-2818

MRS ANTOINETTE A CUCCIARRE CUST PAULINE M CUCCIARF
U/THE N Y UNIFORM GIFTS TO MINORS ACT
499 N BROADWAY APT 5C
WHITE PLAINS, NY 10603-3242

MRS ANTOINETTE BANYAI CUST KENNETH J JANOWSKI
U/THE IND UNIFORM GIFTS TO MINORS ACT
16408 E JACKLIN DR
FOUNTAIN HILLS, AZ 85268-5655

MRS ANTONETTE M JONES CUST ROBERT J JONES JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 175
TRANQUILITY, NJ 07879-0175

MRS ARDELL B DAVIS CUST BRUCE BURNETT DAVIS
U/THE MINN UNIFORM GIFTS TO MINORS ACT
3629 BLAISDELL AVE S
MINNEAPOLIS, MN 55409-1212

MRS ARDELL B DAVIS CUST FRANK EDWARD DAVIS
U/THE MINN UNIFORM GIFTS TO MINORS ACT
52 GROVELAND TERRACE
405
MINNEAPOLIS, MN 55403

MRS ARLENE M MOLZAHN CUST DAVID J MOLZAHN
U/THE WISC UNIFORM GIFTS TO MINORS ACT
1766 CARRIAGE CT
GREEN BAY, WI 54304-2812

MRS AUDREY M PERRY CUST YVONNE PERRY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1795 E 53RD ST
BROOKLYN, NY 11234-4618

MRS AUDREY MAE EMANUEL
& MRS BETTY RUTH LUCAS & MRS JANICE MCCALL
& MRS JEAN ANN PHELAN TEN COM
108 CELESTE AVE
RIVER RIDGE, LA 70123-1437

MRS AVALON T PETERS CUST CAROL MARIE PETERS
U/THE MISSOURI UNIFORM GIFTS TO MINORS LAW
5712 NOTTINGHAM
ST LOUIS, MO 63109-2824

MRS AVALON T PETERS CUST LAURA ANN PETERS
U/THE MISSOURI UNIFORM GIFTS TO MINORS LAW
5712 NOTTINGHAM
ST LOUIS, MO 63109-2824

MRS BARBARA A BACON CUST BETSEY ANN BACON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
21353 SNOOK CIR
LANDOLAKES, FL 34639-4904

MRS BARBARA A BACON CUST MOLLY ANN BACON
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
20500 COT RD #144
LUTZ, FL 33558-8374

MRS BARBARA ANN RUDY CUST KELLY ANN RUDY
U/THE PA UNIFORM GIFTS TO MINORS ACT
9808 OAKWOOD DR
TWINSBURG, OH 44087-1225

MRS BARBARA BARRY CUST BARBARA L BARRY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
33 SKYLINE DRIVE
WEST HAVEN, CT 06516-7141

MRS BARBARA BARRY CUST JOHN P BARRY
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
33 SKYLINE DRIVE
WEST HAVEN, CT 06516-7141

MRS BARBARA DRIER CUST AMY THERESA DRIER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
DOLLIVERS NECK
GLOUCESTER, MA 01930

MRS BARBARA E GOLDSTEIN
206 SUNRISE AVE
APT 3
LANTANA, FL 33462-1898

MRS BARBARA G PAULL CUST STEPHEN A PAULL
U/THE MASS UNIFORM GIFTS TO MINORS ACT
95 TURNPIKE ST
WEST BRIDGEWATER, MA 02379-1004

MRS BARBARA H COHEN CUST DARIEN D COHEN
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
3416 WHIRLAWAY DR
NORTHBROOK, IL 60062-6363

MRS BARBARA H LEITE CUST MARK R LEITE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4247 SAILVIEW DRIVE
DENVER, NC 28037-7017

MRS BARBARA H MELICK CUST JOHN D MELICK
U/THE N J UNIFORM GIFTS TO MINORS ACT
802 HOUSTON DR
RUTHER GLEN, VA 22546-1336

MRS BARBARA LEE HELMAN CUST ELIZABETH ANN HELMAN
U/THE MO UNIFORM GIFTS TO MINORS ACT
296 RIVERVIEW RD
IRVINGTON, NY 10533-1322

MRS BARBARA LEE HELMAN CUST ROBIN LEE HELMAN
U/THE MO UNIFORM GIFTS TO MINORS ACT
296 RIVERVIEW RD
IRVINGTON, NY 10533-1322

MRS BARBARA LEVINE CUST DEBRA GAIL LEVINE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
25 N MAIN ST
MARLBORO, NJ 07746-1439

MRS BARBARA LEVINE CUST STEVEN LEVINE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
25 N MAIN ST
MARLBORO, NJ 07746-1439

MRS BARBARA M WOODWARD CUST KIM WOODWARD
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
3413 CORVALLIS ST
CARLSBAD, CA 92008-2187

MRS BARBARA SCHROEDER CUST DIANNE MARIE SCHROEDE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1010 STILLWATER DR
JUPITER, FL 33458-6821

MRS BARBARA SCHWALB CUST STEVEN MATHEW SCHWALB
U/THE N Y UNIFORM GIFTS TO MINORS ACT
18 DELAWARE AVE
LIBERTY, NY 12754-1505

MRS BEATRICE MARCUS CUST ELLIOT MARCUS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
18717 SEVERN RD
GAITHERSBURG, MD 20879-1760

MRS BEATRICE R JOHNSON CUST GUS RAY JOHNSON
U/THE WEST VIRGINIA GIFTS TO MINORS ACT
300 GAERKY CK RD
ASHLAND, OR 97520-9616

MRS BELLE LAITMAN CUST DAVID A LAITMAN
U/THE N J UNIFORM GIFTS TO MINORS ACT
9 ABIS PLACE
WEST LONG BRANCH, NJ 07764-1104

MRS BERNICE FIERMAN CUST ROBERT FIERMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
14 MANSFEILD AVE
SUOTH NYACK, NY 10960-4607

MRS BERNICE HERMAN CUST RICHARD HERMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7 S CRANFORD RD
BARDONIA, NY 10954

MRS BERNICE S LEVINSON CUST ALAN K LEVINSON
U/THE N J UNIFORM GIFTS TO MINORS ACT
1078 TRAILRIDGE LN
DUNWOODY, GA 30338-3924

MRS BERNICE S LEVINSON CUST JEFFREY W LEVINSON
U/THE N J UNIFORM GIFTS TO MINORS ACT
71 NORTHWOODS LN
BOYNTON BEACH, FL 33436-7405

MRS BERNICE S LEVINSON CUST RICHARD C LEVINSON
U/THE N J UNIFORM GIFTS TO MINORS ACT
4 STONEY POND WAY
MONTVILLE, NJ 07045-8608

MRS BERNICE STRUYK MOUW
4866 300TH ST
SHELDON, IA 51201-8101

MRS BERNICE WEISS
100-1167 DR
FOREST HILLS, NY 11375

MRS BERTHA OLINSKI CUST EDWARD JOHN OLINSKI
U/THE N J UNIFORM GIFTS TO MINORS ACT
556 SCOTCH RD WEST
PENNINGTON, NJ 08534-4109

MRS BESSIE GLAZIER CUST LOUIS GLAZIER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6153 DAKOTA CIR
BLOOMFIELD HILLS, MI 48301-1565

MRS BETTY C HUNT CUST BRUCE C HUNT
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
8123 PINEFIELD DR
ANTELOPE, CA 95843-4512

MRS BETTY D BREWER CUST PAUL D BREWER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 527
MONROE, OH 45050-0527

MRS BETTY G BRYAN CUST STEVEN A BRYAN
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
1222 N KINGS RD APT 6
LOS ANGELES, CA 90069-2864

MRS BETTY H KONG CUST FRANK E KONG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
130 UNIONVALE ROAD
CHEEKTOWAGA, NY 14225-2221

MRS BETTY KUSHNER CUST JON KUSHNER
UNDER THE FLORIDA GIFTS TO MINORS ACT
11032 PINE LODGE TRL
DAVIE, FL 33328-7318

MRS BETTY MC DUFFIE MADDOX CUST DAVID WALLACE MAD
A MINOR U/THE LAWS OF GEORGIA
106 SCARBOROUGH CT
MARIETTA, GA 30067-4331

MRS BETTY PASSBERGER CUST HERBERT PASSBERGER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
20 HITCHINGPOST LN
GLEN COVE, NY 11542-1646

MRS BETTY RAE PFAHL CUST BEVERLY A PFAHL
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
137 N HIGHLAND AVE
AKRON, OH 44303-1503

MRS BETTY RAE PFAHL CUST DAVID J PFAHL
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1567 BREIDING ROAD
AKRON, OH 44310-2651

MRS BETTY S GRANT CUST PAMELA DELON GRANT
U/THE N C UNIFORM GIFTS TO MINORS ACT
3505 ROCKINGHAM RD
GREENSBORO, NC 27407-7249

MRS BETTY STEIN
104 SUES CIRCLE CT
ENGLEWOOD, OH 45322-8740

MRS BETTY V CROCKIN CUST MISS SUSAN L CROCKIN
U/THE VA UNIFORM GIFTS TO MINORS ACT
1 GREEN LN
WESTON, MA 02493-2307

MRS BEVERLEY FRIEDMAN CUST ANDREW HEYWARD FRIEDN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2591 NE 41ST STREET
FT LAUDERDALE, FL 33308-5759

MRS BEVERLY CAPLAN CUST MARC H CAPLAN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
6300 RED CEDAR PLACE
UNIT 204
BALTIMORE, MD 21209

MRS BEVERLY CRAWFORD CUST DAVID R CRAWFORD
U/THE WIS UNIFORM GIFTS TO MINORS ACT
642 S CLARK ST
CHICAGO, IL 60605-1702

MRS BEVERLY HURWITZ CUST JAMES B HURWITZ
UNDER THE PENNSYLVANIA U-G-M-A
1422 REDWOOD LANE
WYNCOTE, PA 19095-1906

MRS BEVERLY RINEY CAMBRON CUST MISS KELLY ANN CAMI
UNDER THE FLORIDA GIFTS TO MINORS ACT
501 N SWIM CLUB DR #2A
VERO BEACH, FL 32963-5804

MRS BLANCHE F HUNT CUST MARGARET COLLEEN SHANNON
U/THE ARIZ UNIFORM GIFTS TO MINORS ACT
6838 TOPKE
TUCSON, AZ 85715-3353

MRS BODIL OLSEN CUST FRITS OLSEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
179 WILLOWBROOK LANE
STAMFORD, CT 06902-7019

MRS BONNIE E HOLLIMAN CUST CHARLES D HOLLIMAN
U/THE ALA UNIFORM GIFTS TO MINORS ACT
3401 O'HARA RD
HUNTSVILLE, AL 35801-3449

MRS BONNIE E HOLLIMAN CUST WAYNE T HOLLIMAN
U/THE ALA UNIFORM GIFTS TO MINORS ACT
3401 O'HARA ROAD
HUNTSVILLE, AL 35801-3449

MRS BONNIE LINDA SHERMAN CUST ROBERT MARK SHERMA
U/THE D C UNIFORM GIFTS TO MINORS ACT
8113 APPALACHIAN TERRACE
POTOMAC, MD 20854-4050

MRS CAREN E NEDERLANDER CUST ROBERT NEDERLANDER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
870 5TH AVE APT 15E
NEW YORK, NY 10021-4953

MRS CARLYNE ANN RONAI CUST JAMES G RONAI
U/THE CONN UNIFORM GIFTS TO MINORS ACT
630 RIDGE RD
ORANGE, CT 06477-2408

MRS CARMEN F GRASSO CUST MICHAEL A GRASSO
U/THE NEB UNIFORM GIFTS TO MINORS ACT
104 OAKLAND HILLS DR
NAPLES, FL 34113-7437

MRS CAROL A SOMERS CUST LESLIE KAREN SOMERS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
114 MULPUS RD
LUNENBURG, MA 01462-1804

MRS CAROL DUANE CUST MISS JENNIFER DUANE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
591 TARLETON AVE
EAST LANSING, MI 48823-1457

MRS CAROL GOODMAN CUST MISS BARBARA LYNN GOODMA
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1191 TEAKWOOD CIRCLE
HASLETT, MI 48840-9734

MRS CAROL H HAGER
ATTN CAROL H GODWIN
PO BOX 340232
TAMPA, FL 33694-0232

MRS CAROL JEAN NOVELLI CUST MICHAEL THOMAS NOVELLI
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2498 TRENTON DR
SAN BRUNO, CA 94066-2843

MRS CAROL JEAN NOVELLI CUST RICHARD JOSEPH NOVELLI
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2148 WESTERN OAK DR
REDDING, CA 96002-5127

MRS CAROL JEAN NOVELLI CUST RONALD ANTHONY NOVELL
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2357 LA MADRE CT
REDDING, CA 96002-4159

MRS CAROL K BRAHM CUST ANDREA E BRAHM
U/THE CAL UNIFORM GIFTS TO MINORS ACT
5229 DONCASTER WAY
EDINA, MN 55436-2060

MRS CAROL LOIGMAN CUST MARK DAVID LOIGMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
53 SOMERSET LN
PALM BCH GDNS, FL 33418-4500

MRS CAROL MC ABEE CUST JACQUELINE MC ABEE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2015 ARNETT DR
CAMDEN, SC 29020-3201

MRS CAROL N BERNSTEIN
18057 KAREN DR
ENCINO, CA 91316-4230

MRS CAROL NISSIM CUST MICHELE NISSIM
U/THE CAL UNIFORM GIFTS TO MINORS ACT
656 SCORPIO LN
FOSTER CITY, CA 94404-2762

MRS CAROL OLDS CUST JEFFREY OLDS
A MINOR UNDER THE FLORIDA GIFTS TO MINORS ACT
6610 PERIWINKLE LANE
EAST LANSING, MI 48823

MRS CAROL OLSON CUST CYNTHIA CAROL OLSON
U/THE IDAHO UNIFORM GIFTS TO MINORS ACT
8620 SW 168TH AVE
ALOHA, OR 97007-6459

MRS CAROL S GOLDSTEIN CUST ETHAN M GOLDSTEIN UGMA
30180 NORTHWICK CT
FARMINGTN HLS, MI 48331

MRS CAROL TARANTINO NOVELLI CUST JEANINE LUCILLE NO
U/THE CALIFORNIA U-G-M-A
2350 CASTLEWOOD DR
REDDING, CA 96002-5120

MRS CAROLE CRAIGMILE CUST CURTIS CRAIGMILE UGMA IL
11617 194TH ST
MOKENA, IL 60448-8462

MRS CAROLE MILLER CUST MISS VICTORIA MILLER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
8100 GOULD AVE
LOS ANGELES, CA 90046

MRS CAROLINE P DANOWITZ CUST JANE P DANOWITZ
U/THE N J UNIFORM GIFTS TO MINORS ACT
2760 BON HAVEN LANE
ANNAPOLIS, MD 21401-7134

MRS CAROLYN A SELINGER CUST CARL TANNER SELINGER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
1917 NEW HAVEN RD
GRAPEVINE, TX 76051-7140

MRS CAROLYN FRIEDLANDER CUST JONATHAN A FRIEDLAND
U/THE N Y UNIFORM GIFTS TO MINORS ACT
181 CLOVER HILLS DR
ROCHESTER, NY 14618-4707

MRS CAROLYN S BAER CUST ROBERT HOUGHTON BAER
U/THE ILL UNIFORM GIFTS TO MINORS ACT
6 GREENBRIAR CT
HALF MOON BAY, CA 94019-2263

MRS CAROLYN SMOTRICH CUST CARRIE LYNN SMOTRICH
U/THE MASS UNIFORM GIFTS TO MINORS ACT
62 SUNSET ROCK RD
ANDOVER, MA 01810-4845

MRS CAROLYN SMOTRICH CUST MICHAEL DAVID SMOTRICH
U/THE MASS UNIFORM GIFTS TO MINORS ACT
6 SOMERSET TER
WINTHROP, MA 02152-2844

MRS CAROLYN T PFEIL CUST CHRISTOPHER L PFEIL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6 RUSTYILLE RD
LOUDONVILLE, NY 12211-2104

MRS CATHARINE D GARBER
& CATHERINE R WEBSTER & MARGARET LYNE BOURJAILY
JT TEN
2102 FOREST HILL RD
ALEXANDRIA, VA 22307-1128

MRS CATHARINE D GARBER
& MISS CATHARINE D RAUGUST & MISS MARGARET L
RAUGUST JT TEN
2102 FOREST HILL ROAD
ALEXANDRIA, VA 22307-1128

MRS CATHERINE GUIDONE CUST PAUL J GUIDONE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4791 LA JOLLA
PENSACOLA, FL 32504-7846

MRS CATHERINE LAURITANO CUST LAURA ANN LAURITANO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
127 DAWSON CIR
STATEN ISLAND, NY 10314-3824

MRS CATHERINE MC MAHON CUST MICHAEL MC MAHON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
351 E VAN WAGENEN ST
HENDERSON, NV 89015-7309

MRS CELESTE LEE
PO BOX 320009
ALEXANDRIA, VA 22320-4009

MRS CERETA LAMPHERE CUST CORD DAVID LAMPHERE
U/THE VERMONT UNIFORM GIFTS TO MINORS ACT
7880 CALLISON RD
PENRYN, CA 95663-9634

MRS CHARLOTTE DI MARTINIS CUST STEVEN H DI MARTINIS
U/THE R I UNIFORM GIFTS TO MINORS ACT
50 PRISCILLA AVE
DUXBURY, MA 02332-5237

MRS CHARLOTTE F FISCHER CUST PAMELA ANN FISCHER
U/THE N J UNIFORM GIFTS TO MINORS ACT
1931 TYLER RIDGE
SMYRNA, GA 30080-3102

MRS CHARLOTTE FLOYD CUST WILLIAM LEE FLOYD
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
2712 NORTHWEST 69TH
OKLAHOMA CITY, OK 73116-4718

MRS CHARLOTTE HEIN
C/O LINDA DURDOV
6777 NORTH HIAWATHA
CHICAGO, IL 60646-1401

MRS CHARMAINE ABRAM CUST ROY KENNETH ABRAM
U/THE N J UNIFORM GIFTS TO MINORS ACT
120 WALDRON RD
TOMS RIVER, NJ 08753

MRS CHRISTINE A ROBERTSON CUST PAULE K ROBERTSON
U/THE FLORIDA GIFTS TO MINORS ACT
1832 NOTTINGHAM SW
WINTER HAVEN, FL 33880

MRS CLAIRE AXELROD CUST MICHAEL O AXELROD
U/THE N Y UNIFORM GIFTS TO MINORS ACT
50-12 DONNA COURT
STATEN ISLAND, NY 10314-7580

MRS CLAIRE BRENNER HANDELSMAN CUST MALCOLM JOHN
U/THE PA U-G-M-A
307 SUMMER DR
C/O MALCOLM HANDELSMAN
CORAOPOLIS, PA 15108-3472

MRS CLAIRE L OROURKE CUST EILEEN J OROURKE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4412 SWEETHONEY CIR
APT A
CHARLOTTE, NC 28227-3236

MRS CLARA L HENKELMAN CUST JAMES B HENKELMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
1118 OAKMONT RD
CLARKS SUMMIT, PA 18411-2074

MRS CLARICE A DELONG CUST C PAUL DELONG
U/THE WASH UNIFORM GIFTS TO MINORS ACT
23122 35TH AVE SE
BOTHELL, WA 98021-8914

MRS CLEMENTINE GUARNERA CUST SALVATORE M GUARNEI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
174 80TH ST
BROOKLYN, NY 11209-3514

MRS COLETTE FAE JOHNSON
8309 372ND PL SE
SNOQUALMIE, WA 98065-9315

MRS COLLEEN S THIEDE CUST BRAD L THIEDE
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
127 WINFIELD PARK CT
GREENFIELD, IN 46140-2788

MRS CONCETTA DONOVAN CUST PAUL M DONOVAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
8 PRESTON BEACH RD
MARBLEHEAD, MA 01945-1725

MRS CORA B NUNN
PO BOX 294926
KERRVILLE, TX 78029-4926

MRS DAYRE M DAVIS BOZEK CUST WILLIAM D BOZEK
U/THE VA UNIFORM GIFTS TO MINORS ACT
3440 SOUTH JEFFERSON ST APT 533
FALLS CHURCH, VA 22041-3124

MRS DELIA RANGEL CUST SAMUEL RANGEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2691 PINE LOG WAY
BUFORD, GA 30519-6417

MRS DELLANIRA TULLIO PAZ CUST CESARE TULLIO PAZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
50-47 213TH ST
BAYSIDE HILLS, NY 11364-1221

MRS DENISE A OZIAMBA CUST AMANDA LYNETTE OZIAMBA
UNDER THE FLORIDA GIFTS TO MINORS ACT
ATTN DZIAMBA
1808 ORANGE HILL DRIVE
BRANDON, FL 33510-2635

MRS DIANA F LUCCA CUST MARIA C LUCCA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 2055
EDGARTOWN, MA 02539-2055

MRS DIANA F STEIN
12 BEVERLY PL
DAYTON, OH 45419-3401

MRS DIANA LUCCA CUST JOSEPH WILLIAM LUCCA JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO 2055
EDGARTOWN, MA 02539-2055

MRS DIANA T HOYDIC CUST MICHAEL JOSEPH HOYDIC
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1745 TERRACE LAKE DR
LAWRENCEVILLE, GA 30043-6909

MRS DIANE STEINBERG CUST ANDREW E STEINBERG
U/THE PA UNIFORM GIFTS TO MINORS ACT
31 ELOQUENCE WAY
SPRING, TX 77382-1569

MRS DIONE FENNING CUST DONALD FRANKLIN FENNING
U/THE CAL UNIFORM GIFTS TO MINORS ACT
4434 DENSMORE
ENCINO, CA 91436-3461

MRS DOLORES C DOMINISAC CUST EDWARD CARL DOMINISA
U/THE FLORIDA GIFTS TO MINORS ACT
720 MEADE COURT
WILLIAMSTOWN, NJ 08094-1672

MRS DOLORES E KAZMIERCZAK CUST CLIFFORD P KAZMIERC
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9464 AVEMORE CT
DUBLIN, OH 43017-9490

MRS DOLORES E KAZMIERCZAK CUST DARRYL J KAZMIERCZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9464 AVEMORE CT
DUBLIN, OH 43017-9490

MRS DOLORES J LARSEN
BOX 470187
7059 MILL RD
CLEVELAND, OH 44147-0187

MRS DONNA ABRAMSON CUST STEVEN ABRAMSON
U/THE PA UNIFORM GIFTS TO MINORS ACT
1499 FLAT ROCK RD
NARBERTH, PA 19072-1248

MRS DORA WULC CUST ALLAN WULC
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
901 WAVERLY RD
BRYN MAWR, PA 19010-1930

MRS DORIS G MOON CUST GARY ALAN MOON
U/THE N C UNIFORM GIFTS TO MINORS ACT
PO BOX 518
ABERDEEN, NC 28315-0518

MRS DORIS V LANZO CUST LOLA LANZO
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
12 BRADLEY DRIVE
EDISON, NJ 08817-3514

MRS DORIS Y MC CULLOUGH CUST KENNETH CRAIG MC CUL
U/THE WEST VIRGINIA U-G-M-A
52 CHIPPERFIELD DR
EFFORT, PA 18330-9472

MRS DOROTHY D STEIN
718 COUNTRY CLUB DR
PITTSBURGH, PA 15228-2604

MRS DOROTHY E FRINAK CUST SHERMAN A FRINAK
U/THE WISC UNIFORM GIFTS TO MINORS ACT
339 TRADERS POINT LANE
GREEN BAY, WI 54302-5238

MRS DOROTHY R ISENHOWER
103 HILLCREST DR
REINBECK, IA 50669-1333

MRS EDITH HEUMANN
#1806
301 174 ST
MIAMI BEACH, FL 33160-3237

MRS EDITH M SANDERS CUST CHARLES WESLEY SANDERS
U/THE DEL UNIFORM GIFTS TO MINORS ACT
3 CIRCLE DR
WILMINGTON, DE 19804-2925

MRS EDITH M SANDERS CUST HARLAND WESLEY SANDERS I
U/THE DEL UNIFORM GIFTS TO MINORS ACT
7 CIRCLE DRIVE
WILMINGTON, DE 19804-2925

MRS EDNA N JOHNSTON CUST JAMES A JOHNSTON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3138 LANDVIEW DRIVE
ROCHESTER, MI 48306-1147

MRS EILEEN C WHELAN CUST EDWARD R WHELAN JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
305 OLD TOTE RD
MOUNTAINSIDE, NJ 07092-1835

MRS EILEEN DICTOR CUST WARREN K DICTOR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
755 SW ST CROIX COVE
PORT ST LUCIE, FL 34986-3431

MRS EILEEN F COBB CUST CHRISTINE S COBB
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
52 BARRETT LANE
WYCKOFF, NJ 07481-3410

MRS EILEEN GOLDSTEIN CUST MELISSA B GOLDSTEIN
U/THE MD UNIFORM GIFTS TO MINORS ACT
261 BROADWAY
NEW YORK, NY 10007-2305

MRS EILEEN M CORRIGAN
PO BOX 830594
MIAMI, FL 33283-0594

MRS EILEEN OFFIT CUST MAURICE L OFFIT
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
3407 OLD POST DR
BALTIMORE, MD 21208-3120

MRS ELAINE C LUCKEY CUST TODD WILLIAM LUCKEY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
176 ROMFORD RD
WASHINGTON DT, CT 06794-1307

MRS ELAINE CERBONE CUST LISA MARIE CERBONE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 387
MOUNT KISCO, NY 10549-0387

MRS ELAINE F VANZANT CUST LORI ELIZABETH VANZANT
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7269 STATE ROUTE 753 SE
GREENFIELD, OH 45123

MRS ELAINE G PORTER CUST CARRIE M PORTER
UNDER THE SOUTH DAKOTA U-G-M-L
ATTN CARRIE M TSCHETTER
29750 HWY 34
PIERRE, SD 57501-0085

MRS ELAINE NELSON CUST GLENN NELSON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4653 WESTFORD CIR
TAMPA, FL 33624-4357

MRS ELAINE R JACHINO CUST PETER ROSS JACHINO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
510 WEST LYON FARM DRIVE
GREENWICH, CT 06831-4360

MRS ELAINE R TREISMAN CUST DOUGLAS OWEN TREISMAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1552 N HARVARD AVE
CLOVIS, CA 93611-7608

MRS ELANORA B BISSINGER CUST CHARLES C BISSINGER JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
12046 COOPERWOOD LANE
CINCINNATI, OH 45242-6321

MRS ELEANOR B MOTE JACK A MOTE RAYMOND K MOTE
& MISS SHARON M MOTE JT TEN
61725 RICHFIELD RD
SOUTH LYON, MI 48178-8972

MRS ELEANOR G WARD CUST PHILLIP FLOYD WARD
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
2320 JONES ST
ROSENBERG, TX 77471-5337

MRS ELEANOR G WARD CUST PHYLLIS WARD ROSENBAUM
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
2320 JONES ST
ROSENBERG, TX 77471-5337

MRS ELEANOR GRIGONIS CUST FRANK PETER GRIGONIS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6289 CAROLYN DRIVE
MENTOR, OH 44060-3707

MRS ELEANOR H GROSS CUST MARK A GROSS
U/THE ARKANSAS UNIFORM GIFTS TO MINORS ACT
400 N BOWMAN RD
LITTLE ROCK, AR 72211-2738

MRS ELEANOR T FORD CUST HERBERT S FORD 3RD
U/THE MD UNIFORM GIFTS TO MINORS ACT
KENNEDYVILLE, MD 21645

MRS ELECTA A WHITE CUST RONALD NELSON WHITE
A MINOR UNDER THE LAWS OF GEORGIA
PO BOX 300165
ARLINGTON, TX 76007-0165

MRS ELINOR W BROWN CUST MARK BENSON BROWN
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
110 BROOK HILL DR
HOCKESSIN, DE 19707-9518

MRS ELISBETH F MITRANO CUST TRACY BETH MITRANO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
20 CHASE LANE
ITHICA, NY 14850-9462

MRS ELIZABETH BELLER CUST EDWARD M BELLER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
8643 JENNA DR
CLEVELAND, OH 44147-2000

MRS ELIZABETH BURKE CUST ROBIN LAUREL BURKE
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
PO BOX 257
UPPERVILLE, VA 20185-0257

MRS ELIZABETH G ROSS CUST ROBERT CARLSON ROSS
U/THE N J UNIFORM GIFTS TO MINORS ACT
20 BIRCHWOOD RD
OLD TAPPAN, NJ 07675-7103

MRS ELIZABETH ROSS CUST DAVID BLAIR ROSS JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
20 BIRCHWOOD ROAD
OLD TAPPAN, NJ 07675-7103

MRS ELIZABETH S GRAVES & KENNETH W SHOULBERG TR
UW OF ELIZABETH N ROBINSON
642 OAKWOOD AVE
WEBSTER GROVES, MO 63119-2625

MRS ELIZABETH S RUDELLAT CUST JAMES E RUDELLAT
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
702 N VIRGINIA
PORT LAVACA, TX 77979-3024

MRS ELIZABETH TILLEY ALLEY CUST SALLY LORRAINE ALLEY
U/THE VA UNIFORM GIFTS TO MINORS ACT
10236 STEUBEN DRIVE
GLEN ALLEN, VA 23060-3072

MRS ELLA ROSE HEGYI CUST RICHARD ALLEN HEGYI
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
20808 HILL GROVE AVE
MAPLE HEIGHTS, OH 44137-2064

MRS ELLEN ANN COONEY CUST SARA ANNE COONEY
UNDER THE WEST VIRGINIA GIFTS TO MINORS ACT
103 BUCKHORN RD
CHARLESTON, WV 25314-2404

MRS ELLEN L WRIGHT CUST ZACHARY ALEXANDER CLEMENT
U/THE ILLINOIS U-G-M-A
2871 LOOKOUT PLACE
ATLANTA, GA 30305-3215

MRS ELLICE BROWN RICHARDSON
3165 KLEINERT AVE
BATON ROUGE, LA 70806-6833

MRS ELLIN R COOGAN CUST EDWIN C COOGAN 3RD
U/THE PA UNIFORM GIFTS TO MINORS ACT
664 PINE TREE RD
JENKINTOWN, PA 19046-2230

MRS ELMA L HEMINOVER ELIZABETH SUE HEMINOVER
& RAYMOND OSCAR HEMINOVER JT TEN
1929 N 2753RD RD
OTTAWA, IL 61350-9703

MRS ELOISE C WHITING
400 LOCUST ST APT B211
LAKEWOOD, NJ 08701-7701

MRS ELOISE WEINSTEIN CUST MISS BARBARA LYNN WEINSTI
U/THE MD UNIFORM GIFTS TO MINORS ACT
516 GREENLEAF CT
POMPTON PLNS, NJ 07444-1537

MRS ELOUISE ERMUTH CUST MISS SUSAN D ERMUTH
U/THE MINN UNIFORM GIFTS TO MINORS ACT
9228 DUNBAR KNOLL
BROOKLYN PARK, MN 55443-1751

MRS ELSA STANKARD CUST CHARLES STANKARD
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
10604 GOVERNORS DR
CHAPEL HILL, NC 27514-8403

MRS ELSA STANKARD CUST PETER STANKARD
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
10604 GOVENORS DR
CHAPEL HILL, NC 27514-8403

MRS EMILIE L HUNE CUST MISS CAROL ANN HUNE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7124 OAK DR
POLAND, OH 44514-3766

MRS EMILY C DOCKERY CUST JOHN C DOCKERY 3RD
U/THE N C UNIFORM GIFTS TO MINORS ACT
6300 N OCEAN BLVD
MYRTLE BEACH, SC 29572-3302

MRS EMMA MC COY CUST CHRISTINE PATRICIA MC COY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
P O DRAWER Z
PHARR, TX 78577-1226

MRS EMMA MC COY CUST JON MC COY JR
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
119 W HARVEY
MC ALLEN, TX 78501-9443

MRS ERMA V JOHANSSON CUST THORSTEN BRUCE JOHANSS
U/THE R I UNIFORM GIFTS TO MINORS ACT
45 HAROLD STREET
MELROSE, MA 02176-4909

MRS ESTELLE N BERNSTEIN
APT 11-D
185 WEST END AVE
N Y, NY 10023-5544

MRS ESTELLE S DUBIN CUST IRA DUBIN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
9502 N KEELER
SKOKIE, IL 60076

MRS ESTHER N GIBSON CUST KATHLEEN GIBSON
U/THE N C UNIFORM GIFTS TO MINORS ACT
4296 SADDLEWOOD FOREST DR
WINSTON SALEM, NC 27106-3576

MRS ESTHER N GIBSON CUST SARAH ELIZABETH GIBSON
U/THE N C UNIFORM GIFTS TO MINORS ACT
214 SITTON RD
EASLEY, SC 29642-8393

MRS ETHEL BROWN CUST MISS JOANNA MARIE BURKE
U/THE CAL UNIFORM GIFTS TO MINORS ACT
709 COLLEGE DR
SALINAS, CA 93901-1215

MRS ETHEL FROMM CUST MONA FROMM
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
15144 ASHLAND ST #290
DELRAY BEACH, FL 33484-4179

MRS ETHEL FROMM CUST SHERYL FROMM
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
15144 ASHLAND ST #290
DELRAY BEACH, FL 33484-4179

MRS ETHEL MEOLA CUST PATRICIA MEOLA
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
29 LOWELL AVE
SUMMIT, NJ 07901-1517

MRS ETTALEAH BLUESTEIN
494 KING ST
CHARLESTON, SC 29403-5527

MRS EUDOSIA B JUANITAS CUST MISS AILEEN D JUANITAS
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1200 N VAN BUREN ST
STOCKTON, CA 95203

MRS EVA VARADY CUST ANDREW MALURA VARADY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
265PECK RD
WYNANTSKILL, NY 12198-2617

MRS EVELYN INDURSKY CUST RUTH J INDURSKY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
165 EVELYN RD
NEWTON, MA 02168-1034

MRS EVELYN K FERNEY CUST CHARLES KURT FERNEY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4442 MELDRUM RD
CASCO, MI 48064-2507

MRS EVELYN K FERNEY CUST RUBEN SCOTT CREASY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4442 MELDRUM RD
CASCO, MI 48064-2507

MRS EVELYN K FERNEY CUST SALLY ANN CREASY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4442 MELDRUM RD
CASCO, MI 48064-2507

MRS EVELYN LYONS CUST DOUGLAS S LYONS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
32 REYNOLDS DRIVE
MERIDEN, CT 06450-2533

MRS EVELYN SALTZMAN CUST MARJORIE SALTZMAN
U/THE R I UNIFORM GIFTS TO MINORS ACT
55 OAK HILL AVE
PAWTUCKET, RI 02860-6127

MRS FAYE D JORDING CUST RANDALL G JORDING
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
4832 EAGLEWOOD CT
RENO, NV 89502-7713

MRS FAYE STERN CUST DAVID J MYERS
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
810 LONDON LN
ST LOUIS, MO 63141-6029

MRS FELICIA SHACHTER CUST NEIL SHACHTER
U/THE PA UNIFORM GIFTS TO MINORS ACT
PLAZA APT 104 AVENUE APT 104
1250 GREENWOOD AVE
JENKINGTOWN, PA 19046-2901

MRS FEY M WOHLLEBAN CUST WILLIAM M WOHLLEBAN JR
U/THE MD UNIFORM GIFTS TO MINORS ACT
C/O WILLARD NALLS JR PO BOX 56
SHERWOOD, MD 21665

MRS FLORENCE JUNG CUST SUSAN L JUNG
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
98 MARTHA DR
LEVITTOWN, PA 19054-2615

MRS FLORENCE ZINAMAN CUST STEVEN ZINAMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
243 HAMILTON RD
CHAPPAQUA, NY 10514-3201

MRS FRANCENA M CODREA CUST JEFFREY R CODREA
U/THE PA UNIFORM GIFTS TO MINORS ACT
6590 MOUNTAIN RD
MACUNGIE, PA 18062-9643

MRS FRANCES FARWELL LATHROP CUST ANTHONY PHILIP L/
A MINOR UNDER THE MAINE U-G-M-A
1127 FENWICK
OKLAHOMA CITY, OK 73116-6409

MRS FRANCES HYMAN CUST WILLIAM CLARKE HYMAN
U/THE VA UNIFORM GIFTS TO MINORS ACT
4303 OXFORD CIRCLE
RICHMOND, VA 23221-3252

MRS FRANCES JAKOWENKO CUST CAROL LEE JAKOWENKO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
2360 STANLEY ST
NEW BRITAIN, CT 06053-1043

MRS FRANCES M REISLER CUST MICHAEL PHILLIP REISLER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
703 WAYFIELD DRIVE
SAINT LOUIS, MO 63132-3606

MRS FRANCES MILLER CUST HARVEY S MILLER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
9 DOUGLAS LANE
RIDGEFIELD, CT 06877-1513

MRS FRANCES PECO CUST DAVID GAZZILLIO
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
712 TAUNTON RD
WILMINGTON, DE 19803-1723

MRS FRANCES PECO CUST JOSEPH GAZZILLIO
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2 CROSS CREEK LANE
CHADDS FORD, PA 19317-8944

MRS FRANCES S BORZELLO CUST EMMA J BORZELLO
U/THE ILL UNIFORM GIFTS TO MINORS ACT
46 NOEL ROAD
LONDON N1
GREAT BRITAIN

MRS FRANCES T IRELAND CUST T WILLIAM IRELAND
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
504 ROXBURY LANE
LOS GATOS, CA 95032-1136

MRS FRANCES W TENZEL CUST PAULA TENZEL
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
448 CROSSBEAM CIRCLE EAST
CASSELBERRY, FL 32707-5945

MRS FRANCINE PASSARELLI CUST THOMAS PASSARELLI
UNDER THE NEW YORK U-G-M-A
10418 NEW ASCOT DR
GREAT FALLS, VA 22066-3421

MRS GAIL CULLEN CUST MICHAEL K CULLEN
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
2514 KENDALL AVE
MADISON, WI 53705-3847

MRS GENE ALLEN ROSE CUST ATTIE VERNON ROSE
U/THE TENN UNIFORM GIFTS TO MINORS ACT
2310 HEMINGWAY DRIVE
NASHVILLE, TN 37215-4114

MRS GENELL M BURNETTE CUST DAVID ALBERT BURNETTE
U/THE N C UNIFORM GIFTS TO MINORS ACT
PO BOX 1083
CANTON, NC 28716-1083

MRS GENEVIEVE SCHURIG
11030 221ST ST
# 209
QUEENS VLG, NY 11429-2531

MRS GENOVEFFA BORG CUST FRANK BORG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
97 DEERFIELD RD
SAYREVILLE, NJ 08872-1616

MRS GEORGIA BIRCH CUST CLAUDIA BIRCH
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
4746 GOULD AVENUE
LA CANADA, CA 91011-2628

MRS GEORGIA J DOVOLIS CUST JOHN J DOVOLIS
U/THE MINN UNIFORM GIFTS TO MINORS ACT
7900 XERXES AVE S STE 1200
BLOOMINGTON, MN 55431-1139

MRS GEORGIA JINKINSON BONESTEEL CUST JONATHAN WAT
U/THE MINNESOTA U-G-M-A
PO BOX 96
FLAT ROCK, NC 28731-0096

MRS GERALDINE PERETZ CUST LAUREN JOY PERETZ
U/THE MASS UNIFORM GIFTS TO MINORS ACT
9468 E WHITEWING DR
SCOTTSDALE, AZ 85262

MRS GERALDYN KELLY CUST KEVIN KELLY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
9 CHALMERS PL
STONY BROOK, NY 11790-1706

MRS GERTRUDE CASAGRANDE CUST STEVEN CASAGRANDE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
11 CLARK AVE P O BOX763
EASTHAMPTON, MA 01027-1407

MRS GERTRUDE GRADSTEIN
1413 E 5TH ST #2
BROOKLYN, NY 11230-5604

MRS GERTRUDE NEAL WILSTED CUST JOSEPH K WILSTED
U/THE IND UNIFORM GIFTS TO MINORS ACT
519 WELLINGTON CT
WEST FARGO, ND 58078-4237

MRS GERTRUDE SCHMITTEL CUST BARBARA SCHMITTEL
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 11803
CHICAGO, IL 60611-0803

MRS GILA MOLDOFF REINSTEIN & PAUL REINSTEIN TEN ENT
282 MAPLE STREET
WEST HEMPSTEAD, NY 11552-3206

MRS GINA WEIS CUST ANTHONY VINCENT WEIS
U/THE MD UNIFORM GIFTS TO MINORS ACT
13209 FALLS RD
COCKEYSVILLE, MD 21030-1411

MRS GINA WEIS CUST MARIANNE WEIS
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
8606 CHELSEA BRIDGE WAY
LUTHERVILLE, MD 21093-3948

MRS GISELE KLEIN CUST LILIANE PATRICIA ZOE KLEIN UGMA
96 WILDWOOD RD
KINGS POINT, NY 11024-1223

MRS GISELE KLEIN CUST VIVIAN SOPHIE CHLOE KLEIN UGMA
96 WILDWOOD ROAD
KINGS POINT, NY 11024-1223

MRS GLADYS R MC DONALD
PO BOX 273792
TAMPA, FL 33688-3792

MRS GLORIA ADRIAN CUST DIANNE ADRIAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
192 SCARSDALE MANOR
SCARSDALE, NY 10583-5117

MRS GLORIA ADRIAN CUST DONNA ADRIAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
192 SCARSDALE MANOR TP
SCARSDALE, NY 10583-5117

MRS GLORIA ANDREWS CUST JOHN C ANDREWS
U/THE FLORIDA GIFTS TO MINORS ACT
7251 GLENDYNE DR S
JACKSONVILLE, FL 32216-7107

MRS GLORIA GROSSMAN CUST LAURIE BETH GROSSMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3209 S OCEAN DR
HALLANDALE, FL 33009-6583

MRS GLORIA K PRISAMENT CUST MARC K PRISAMENT
U/THE N Y UNIFORM GIFTS TO MINORS ACT
450 E 63RD ST APT 6C
NEW YORK, NY 10021

MRS GLORIA N RESNICK CUST MICHAEL L RESNICK
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1942 OAKBLUFF DRIVE
CARROLLTON, TX 75007-1510

MRS GLORIA P NOBLE CUST JENNIFER LEIGH NOBLE
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
3716 COTTONWOOD SPRINGS DR
THE COLONY, TX 75056-3683

MRS GOLDIE LIPMAN CUST ALLAN FENTON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
311 W MONTECITO ST
SANTA BARBARA, CA 93101-3826

MRS GRETCHEN BRILL CUST MISS JUDITH MARGARET BRILL
U/THE FLORIDA GIFTS TO MINORS ACT
2525 NW 22ND AVE
GAINESVILLE, FL 32605-3819

MRS GRETCHEN SHULTIS WHIPPLE CUST MISS WENDY R WH
U/THE MASSACHUSETTS U-G-M-A
RR 2 BOX 620
TROY, VA 22974-9719

MRS HANNAH A STEINER
BOX 1111
KEY LARGO, FL 33037-1111

MRS HANNAH B CHURCH CUST MARGARET R CHURCH
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 1849
MIDLAND, MI 48641-1849

MRS HANNAH B CHURCH CUST SARAH A CHURCH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1112 ADAMS DR
MIDLAND, MI 48642-3010

MRS HANNAH B CHURCH CUST SUSAN H CHURCH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 1849
MIDLAND, MI 48641-1849

MRS HARRIET L STERN CUST ALAN HENRY STERN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
7688 N W 18TH ST
MARGATE, FL 33063-3112

MRS HARRIET PARMET CUST HOWARD B PARMET
U/THE PA UNIFORM GIFTS TO MINORS ACT
1118 NORTH 28TH ST
ALLENTOWN, PA 18104-2908

MRS HARRIET SMERTZ CUST GARY SMERTZ
U/THE PA UNIFORM GIFTS TO MINORS ACT
838 MONROE AVE
SCRANTON, PA 18510-1107

MRS HAZEL JOAN ELLIS CUST CHRISTOPHER A ELLIS
U/THE MO UNIFORM GIFTS TO MINORS ACT
1321 E HARRISON
SPRINGFIELD, MO 65804-0119

MRS HAZEL W LEIBLEIN
3 ELIJAH BEEDE RD
S TAMWORTH, NH 03883

MRS HELEN ANDERSON CUST CHARLENE WILLIAMS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21 CANARAS AVE
SARANAC LAKE, NY 12983-1560

MRS HELEN ANN CASSELL CUST EDYTHE ANN CASSELL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 1895
NEVADA CITY, CA 95959-1895

MRS HELEN E HOHMAN CUST WILLIAM C HOHMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
240 WOODLAND RD
PITTSFORD, NY 14534-1140

MRS HELEN FEDOR CUST KIMBERLY MARIE FEDOR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
8550 IVY HILL DR #20
YOUNGSTOWN, OH 44514-5217

MRS HELEN L ALBRIGHT CUST L BARRINGER ALBRIGHT 3RD
U/THE S C UNIFORM GIFTS TO MINORS ACT
6185 RANCH ROAD
WADMALAW ISLAND, SC 29487-6919

MRS HELEN L GOLD CUST HOWARD J GOLD
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
8135 WOODLAWN
MUNSTER, IN 46321-1714

MRS HELEN LEAH SILVERSTEIN
80 WESTGATE RD
NEWTON CENTRE, MA 02159-3134

MRS HELEN LEVCHIK CUST PATRICIA LOUISE LEVCHIK
U/THE PA UNIFORM GIFTS TO MINORS ACT
1019 CALVIN DR
JOHNSTOWN, PA 15905

MRS HELEN M KENNEDY
C/O JEAN BROWN
8A OHIO DR
WHITING, NJ 08759-1427

MRS HELEN ROLLINS CUST DAWN M ROLLINS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
279 STEELE ST
NEW BRITAIN, CT 06052-1500

MRS HELEN S WILLY CUST JOHN S WILLY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 49
NORTH WEYMOUTH, MA 02191-0001

MRS HELEN W HOFFMANN CUST JOHN WALLACE HOFFMANN
U/THE MO UNIFORM GIFTS TO MINORS ACT
13309 MANOR HILL RD
SAINT LOUIS, MO 63131

MRS HELEN W KUTSCHER CUST AUSTIN H KUTSCHER JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
48 BONNELL ST
FLEMINGTON, NJ 08822-1306

MRS HELENE LANSTER CUST ROBERT MICHAEL LANSTER
UNDER THE FLORIDA GIFTS TO MINORS ACT
51 E DILIDO DR
MIAMI BEACH, FL 33139-1225

MRS HILARIA NELSON
PO BOX 4030
CHRISTIANSTED
ST CROIX 00822 4030
VIRGIN ISLANDS VIRGIN ISLANDS OF THE USA

MRS HILDA STERN PRESS CUST SANDRA A PRESS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5079 LANSDOWN ROAD
SOLON, OH 44139-1226

MRS HIROKO K SPINAR
8-21 HON MOKU MAKADO NAKA-KU
YOKOHAMA
231-0825 JAPAN

MRS HOPE S SHULL CUST CHARLES WILLIAM SHULL
U/THE MISS UNIFORM GIFTS TO MINORS ACT
1815 KIRK ST
FLORENCE, AL 35630-2534

MRS HULDA EDELSTEIN
APT 301B
3605 S OCEAN BLVD
PALM BEACH, FL 33480-6304

MRS HYLA MELNICK CUST RICHARD PHILLIP MELNICK
U/THE PA UNIFORM GIFTS TO MINORS ACT
252 EAST EMERSON ROAD
LEXINGTON, MA 02420-2118

MRS IDA KREINGOLD
166-25 POWELLS COVE BLVD
#3B
BEECHHURST, NY 11357-1505

MRS ILSE SCHWARZ CUST MISS CAROL SCHWARZ
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2398 BAYSWATER AVE
FAR ROCKAWAY, NY 11691-1759

MRS INEZ T PAUSTIAN CUST JEANNE T PAUSTIAN U/THEWISC
GIFTS TO MINORS ACT
1624 E FRANCES ST
APPLETON, WI 54911-3303

MRS INGE BARACKER CUST SANDRA LYNN BARACKER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2409 ECHO PARK CT
MODESTO, CA 95358-6097

MRS IONE LANG CUST PATRICK LANG
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
48616 DUNN CT
MACOMB, MI 48044-2229

MRS IONE LANG CUST THOMAS LANG
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
119 LINDA KNOLL
BLOOMFIELD HILLS, MI 48304-4830

MRS IRENE A BOGOFF CUST MARLA TRACY KAUFMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
200 HIGH POINT DR APT 408
HARTSDALE, NY 10530-1131

MRS IRENE E KELLY CUST JOHN L KELLY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
72 HORATO STREET 2N
NEW YORK, NY 10014-1576

MRS IRENE E THORNTON CUST MICHAEL P THORNTON
U/THE WASH UNIFORM GIFTS TO MINORS ACT
105 N 52ND AVE
YAKIMA, WA 98908-3138

MRS IRENE G WHITE CUST JONATHAN LEE WHITE
U/THE MD UNIFORM GIFTS TO MINORS ACT
1416 LAKE NORWOOD WAY
SANDY SPRING, MD 20860-3006

MRS IRENE L BALON CUST BRENDA JOYCE BALON
U/THE R I UNIFORM GIFTS TO MINORS ACT
26 GREENWOOD LANE
LINCOLN, RI 02865-4727

MRS IRMA WEINSTEIN NACHT
256 VAN NOSTRAND AVE
ENGLEWOOD, NJ 07631-4715

MRS ISABEL F STINSON CUST MISS MARY-ANN STINSON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
5511 DELOR
SAINT LOUIS, MO 63109-2804

MRS JACQUELINE ANN AGNESINI CUST MICHAEL P AGNESINI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
400 A WOODBRIDGE DR
RIDGE, NY 11961-1357

MRS JACQUELINE KRONENBERG CUST ROBERT S KRONENBE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2201 ACACIA PARK DR
APT 506
CLEVELAND, OH 44124

MRS JACQUELYN J WESTMORELAND CUST MISS MELANIE P W
U/THE SOUTH CAROLINA U-G-M-A
3600 CHAPEL LANE
MYRTLE BEACH, SC 29579-7612

MRS JANALEEN KALLIOMAA CUST WADE H KALLIOMAA
U/THE WISC UNIFORM GIFTS TO MINORS ACT
W 293 BELLEVIEW AVE
OCONOMOWOC, WI 53066-2032

MRS JANANN L SQUIRE CUST CYNTHIA A SQUIRE
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
8761 N REAMS RD
CENTRALIA, MO 65240-4250

MRS JANE BENNETT CUST JAMES P BENNETT
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
35 EVERGREEN DRIVE
KENTFIELD, CA 94904-2825

MRS JANE BENNETT CUST MICHAEL A BENNETT
U/THE CAL UNIFORM GIFTS TO MINORS ACT
35 EVERGREEN DRIVE
KENTFIELD, CA 94904-2825

MRS JANE BENNETT CUST WILLIAM M BENNETT JR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
35 EVERGREEN DRIVE
KENTFIELD, CA 94904-2825

MRS JANE G CAMIOLO CUST JOSEPH CAMIOLO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
447 CREIGHTON LANE
ROCHESTER, NY 14612-2289

MRS JANE GLODE CUST JOHN EDWARD GLODE
U/THE WYOMING UNIFORM GIFTS TO MINORS ACT
930 RANGER DR
CHEYENNE, WY 82009-2535

MRS JANE M BAUMAN CUST JUSTIN M BAUMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2888 RIDGEWAY AVE
ROCHESTER, NY 14626-4215

MRS JANE M FERRELL CUST BONNIE J FERRELL
A MINOR UNDER THE LAWS OF GEORGIA
ATTN BONNIE J FERRELL
4370 BANKCROFT VALLEY
ALPHARETTA, GA 30022

MRS JANE S THORNTON CUST BRIAN S THORNTON
A MINOR UNDER THE LAWS OF GEORGIA
3304 NW LEEDS WAY
DULUTH, GA 30096-3648

MRS JANE STEIN CUST ROBERT STEIN 3RD
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
58 HAWTHORNE AVE
ALBANY, NY 12203-2121

MRS JANET H SCHMIDT CUST ELIZABETH SCHMIDT
U/THE FLORIDA GIFTS TO MINORS ACT
11 LINDA AVE
SAN RAFAEL, CA 94903-4209

MRS JANET M HAGERMAN CUST MISS DEBORAH L HAGERMA
U/THE MICH UNIFORM GIFTS TO MINORS ACT
10550 RUNYAN LAKE
FENTON, MI 48430

MRS JANICE A SMITH CUST MICHAEL S SMITH
U/THE TENN UNIFORM GIFTS TO MINORS ACT
16D FOUNTAIN MANOR DR
GREENSBORO, NC 27405-8015

MRS JEAN C JOINER CUST JACOB E JOINER III
A MINOR UNDER THE LAWS OF GEORGIA
1621 AUTUMN HURST TRAIL
STONE MOUNTAIN, GA 30088-3505

MRS JEAN E STAN CUST JAMES P STAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3945 ALEESA DR SE
WARREN, OH 44484-2913

MRS JEAN FAINBERG CUST JACK FAINBERG
U/THE PA UNIFORM GIFTS TO MINORS ACT
23 LYNN ROAD
NEEDHAM, MA 02494-1755

MRS JEAN L EBERLEIN
29674 HILLIARD OAK LANE
WESTLAKE, OH 44145-3875

MRS JEAN MATKIN CUST MARK J DOHERTY
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS ACT
ATTN J MATKIN
6415 WEST END BLVD
NEW ORLEANS, LA 70124-2025

MRS JEAN R APPICH CUST CHARLES W APPICH 3RD
U/THE VA UNIFORM GIFTS TO MINORS ACT
14321 WINTERRIDGE LANE
MIDLOTHIAN, VA 23113-6710

MRS JEAN S ROSNER CUST ELISSA KARLA ROSNER
U/THE S C UNIFORM GIFTS TO MINORS ACT
510 KINEY STREET
CHARLESTON, SC 29413-0638

MRS JEAN STAN CUST RANDALL E STAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3945 ALEESA DR SE
WARREN, OH 44484-2913

MRS JEANETTE T DE HAVEN CUST LORI ANN DE HAVEN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2690 SOUTINGTON RD
SHAKER HEIGHTS, OH 44120-1601

MRS JEANNE B GRIFFIN CUST DAVID M GRIFFIN
U/THE S C UNIFORM GIFTS TO MINORS ACT
1826 BOLIN RD
NORTH AUGUSTA, SC 29841-2213

MRS JEANNE B GRIFFIN CUST MELISSA E GRIFFIN
U/THE S C UNIFORM GIFTS TO MINORS ACT
1826 BOLIN RD
NORTH AUGUSTA, SC 29841-2213

MRS JEANNE B GRIFFIN CUST SUSAN J GRIFFIN
U/THE S C UNIFORM GIFTS TO MINORS ACT
1826 BOLIN RD
NORTH AUGUSTA, SC 29841-2213

MRS JEANNE B GRIFFIN CUST WILLIAM E GRIFFIN JR
U/THE S C UNIFORM GIFTS TO MINORS ACT
1826 BOLIN RD
NORTH AUGUSTA, SC 29841-2213

MRS JEANNE LINDBURG CUST MISS COLLEEN MURRAY
UNDER THE MISSOURI U-G-M-L
3 CHATFIELD PLACE RD
SAINT LOUIS, MO 63141-7850

MRS JEANNE N GLASS CUST GEORGE P GLASS
U/THE FLORIDA GIFTS TO MINORS ACT
112 SEVILLE CHASE DR
WINTER SPRINGS, FL 32708-3920

MRS JEANNE PYZDROWSKI CUST HENRY A PYZDROWSKI JR
U/THE MINN UNIFORM GIFTS TO MINORS ACT
3916 MERRIAM RD
MINNETONKA, MN 55305-5045

MRS JESSIE EMERLING CUST ANDREW STEVEN BROWN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
99 BANKS RD
SWAMPSCOTT, MA 01907-2058

MRS JO ANNE M FAIRFIELD CUST MICHELLE FAIRFIELD
U/THE MASS UNIFORM GIFTS TO MINORS ACT
2 BOBOLINK RD
WEST STOCKBRIDGE, MA 01266-9700

MRS JO CLARK JONES CUST LEE B JONES IV
UNDER THE FLORIDA GIFTS TO MINORS ACT
BOX 6310
JACKSONVILLE, FL 32236-6310

MRS JOAN BOORSTEIN
686 CENTRE ST
NEWTON, MA 02458-2329

MRS JOAN C LUCCA CUST KAREN A LUCCA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
ATTN KAREN A REYNOLDS
6 HEATHER DRIVE
NEW CITY, NY 10956-2507

MRS JOAN COOPER CUST WILLIAM COOPER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10 SHELLY LN
WEST HARRISON, NY 10604-1134

MRS JOAN H LEVY CUST MICHAEL PATRICK LEVY
U/THE PA UNIFORM GIFTS TO MINORS ACT
PO BOX 504
SWARTHMORE, PA 19081-0504

MRS JOAN H VANDER SLUIS CUST DAVID KENNETH VANDER
U/THE TENNESSEE U-G-M-A
1341 CANDLEWICK RD
KNOXVILLE, TN 37932-3602

MRS JOAN HEFLIN CUST GERALD MARK HEFLIN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7001 VAN GORDEN RD
HAMILTON, OH 45011-8407

MRS JOAN JAFFE CUST PETER E JAFFE
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
3408 WOOLSEY DR
CHEVY CHASE, MD 20815-3923

MRS JOAN LUCCA CUST MARK LUCCA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
12 GAIL LN
SOUTH WINDSOR, CT 06074-4223

MRS JOAN LUCCA CUST WILLIAM J LUCCA 3RD
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3725 SHADOW CANYON TRL
BROOMFIELD, CO 80020

MRS JOANNE F REGAN CUST MATTHEW REGAN
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
127 SHERMAN ST
CANTON, MA 02021-2504

MRS JOANNE F SOLOMON CUST STEVEN NEIL SOLOMON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2328 OLEAN ST
BROOKLYN, NY 11210-5141

MRS JOANNE L FLENTKE CUST GEORGE R FLENTKE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
5805 ANKORAGE AVE
MADISON, WI 53705-4403

MRS JOANNE ROMANS CUST KELLY REBECCA ROMANS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 761
ANNA MARIA, FL 34216-0761

MRS JOHANN C MAYNARD CUST RONALD S DAWSON
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2410 HOLMES
NAMTRAMCK, MI 48212-4901

MRS JOSEPHINE A LUJAN
BOX 354 119 FEATHERMOON
SANTA TERESA, NM 88008-9300

MRS JOSEPHINE MERCADO CUST DONNA MARIE MERCADO
U/THE N J UNIFORM GIFTS TO MINORS ACT
40 W 34TH ST
BAYONNE, NJ 07002-3911

MRS JOYCE A WEBBER CUST ANTHONY J WEBBER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
666 W 19TH ST APT 405
COSTA MESA, CA 92627-2747

MRS JOYCE E CHELIUS CUST MISS MARGARET M CHELIUS
U/THE PA UNIFORM GIFTS TO MINORS ACT
845 NOB RIDGE DR
MARIETTA, GA 30064-5733

MRS JOYCE ETKIN CUST PATRICIA SUE ETKIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4260 CASPER CT
HOLLYWOOD, FL 33021-2412

MRS JOYCE FRIEDLAND CUST MICHAEL LEE FRIEDLAND
U/THE PA UNIFORM GIFTS TO MINORS ACT
RD 2 PUGHTOWN RD
POTTSTOWN, PA 19465-9802

MRS JOYCE LEE BLUMENAU CUST ERIC GOFFREY BLUMENAU
U/THE N Y UNIFORM GIFTS TO MINORS ACT
11 ROSS LANE
MIDDLETOWN, NY 10941-2007

MRS JOYCE SILVERMAN CUST MARCIA SILVERMAN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
29 ROSS RD
LIVINGSTON, NJ 07039-6219

MRS JOYCE SIMON CUST DANA SIMON
U/THE ARIZONA UNIFORM GIFTS TO MINORS ACT
ATTN DANA SIMON M D
2320 ASHWORTH ROAD
WEST DES MOINES, IA 50265-3317

MRS JOYCE STAHL CUST SHERIN SUE STAHL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1201 S OCEAN DR APT 2212S
HOLLYWOOD, FL 33019-2140

MRS JUANITA L KASA CUST FELICIA M KASA
U/THE ILL UNIFORM GIFTS TO MINORS ACT
210 S DES PLAINES ST #2007
CHICAGO, IL 60661

MRS JUDITH B SHERAK CUST MONA DIAHNN SHERAK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
308 GLENRIDGE CT
NASHVILLE, TN 37221-5307

MRS JUDITH C BRANDENSTEIN
PO BOX 3029
SHELTER ISLAND HTS, NY 11965-3029

MRS JUDITH E CAMPBELL
4009 OLD DENTON RD
SUITE 114-252
CARROLLTON, TX 75007-1000

MRS JUDITH EPSTEIN CUST BENJAMIN ISSAC EPSTEIN UGMA
36 MAYHEW
LIVINGSTON, NJ 07039-2022

MRS JUDITH GLAZER CUST JOEL ANDREW GLAZER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
189 ROWAYTON AVE
NORWALK, CT 06853-1237

MRS JUDITH GREENBERG CUST PHILIP ROSS GREENBERG
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10048 SW 125TH ST
MIAMI, FL 33176-4862

MRS JUDITH GREENFIELD CUST CYNTHIA ILENE GREENFIELD
UNDER THE FLORIDA GIFTS TO MINORS ACT
6829 MADRID AVE
JACKSONVILLE, FL 32217-2682

MRS JUDITH I BECK CUST PAULA ALICE BECK
U/THE WISC UNIFORM GIFTS TO MINORS ACT
PO BOX 27121
WEST ALLIS, WI 53227-0121

MRS JUDITH J DORFMAN CUST MICHAEL SCOTT DORFMAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1703 KOEHLING RD
NORTHBROOK, IL 60062-1300

MRS JUDITH L KAPLAN CUST MINDY ANN KAPLAN
U/THE N J UNIFORM GIFTS TO MINORS ACT
655 POMANDER WALK
APT 425
TEANECK, NJ 07666-1674

MRS JUDITH PASELTINER CUST PHILIP JAMES PASELTINER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
285 CLUB RD
STAMFORD, CT 06905-2126

MRS JUDY SCHNUR CUST WILLIAM ERIC SCHNUR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6749 GROTON ST
FOREST HILLS, NY 11375-4120

MRS JULIA BENANDER CUST ALAN BENANDER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
4862 MONTICELLO BLVD
RICHMOND HEIGHTS, OH 44143-2846

MRS JULIA BENANDER CUST VINCENT BENANDER JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
17999 HARVEST DR
CHAGRIN FALLS, OH 44023-1601

MRS JULIA KLEIN
1610 54TH ST
BROOKLYN, NY 11204-1428

MRS JULIA KRUTEL CUST JULIA AGNES KRUTEL
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 423
116 COMMISSIONERS ROAD
MULLICA HILL, NJ 08062-3222

MRS JULIANE GREENWALT CUST CHRISTINE GREENWALT
U/THE MICH UNIFORM GIFTS TO MINORS ACT
710 EAST MITCHELL STREET
PETOSKEY, MI 49770-2630

MRS JULIANN STORY CUST MICHAEL S STORY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
52088 MALLARD POINTE DR
GRANGER, IN 46530-6227

MRS JUNE GREENWAY
2125 BROCKTON
ROYAL OAK, MI 48067-3569

MRS JUNE POLLACK CUST KEITH L POLLACK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
270-20W GRAND CENTRAL PRKWY
FLORAL PARK, NY 11005-1109

MRS JUNO MAYS HEINE
29 EASTERN AVE
LEXINGTON, MA 02421-7524

MRS KARALANE B SCHREIBER CUST LISA ANN SCHREIBER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
9236 PARK
ALLEN PARK, MI 48101-1548

MRS KAROL ANN FREDERICHS CUST NICOLE FREDERICHS
UNDER THE MISSOURI UNIFORM GIFT MINORS LAW
4043 SOUTH ABILENE CR C
AURORA, CO 80014-5170

MRS KAROL ANN FREDERICHS CUST SCOTT FREDERICHS
UNDER THE MISSOURI UNIFORM GIFTS MINORS LAW
4043 SOUTH ABILENE CR C
AURORA, CO 80014-5170

MRS KAROL ANN FREDERICHS CUST SUZETTE FREDERICHS
UNDER THE MISSOURI UNIFORM GIFTS MINORS LAW
4043 SOUTH ABILENE CR C
AURORA, CO 80014-5170

MRS KATE ZIMRING CUST MICHAH ZIMRING
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
7301 COVENTRY AVE
APT 602
ELKINS PARK, PA 19027-2953

MRS KATHERINE A ONEIL CUST CATHERINE T ONEIL
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 1123
SOUTH DENNIS, MA 02660-1123

MRS KATHERINE K HEININGER JR
801 CRIMSON CRST
WEBSTER, NY 14580-4804

MRS KATHERINE S FRIEDMAN CUST MISS NANCY FRIEDMAN
U/THE N J UNIFORM GIFTS TO MINORS ACT
419 S MC CADDEN PL
LOS ANGELES, CA 90020-4819

MRS KATHLEEN D MC CURDY CUST CHARLES THOMAS MC CI
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
4224 GOLDENSEAL WAY
HILLIARD, OH 43026-3009

MRS KATHLEEN MUCKERMAN CUST JEFFERY T GARZA
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
3 ORCHARD LANE
KIRKWOOD, MO 63122-6918

MRS KATHLEEN MUCKERMAN CUST ROBERT GARZA
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
3 RIVERVIEW CT
WASHINGTON, MO 63090-2931

MRS LAURA ANN STEIN PRIVALLE
3101 WILD MEADOW DR
DURHAM, NC 27705-1939

MRS LAURA D LA FLAMME CUST BRUCE GEORGE LA FLAMME
UNDER THE CONNECTICUT U-G-M-A
222 OLD EAGLEVILLE RD
COVENTRY, CT 06238-3127

MRS LAVERNE H BRENNECKE CUST MISS JOAN FRANCES BR
UNDER THE MISSOURI U-G-M-A
17000 STONEGATE CT
GRANGER, IN 46530-9783

MRS LEAH DRELL CUST MICHAEL LAWRENCE DRELL
U/THE ILL UNIFORM GIFTS TO MINORS ACT
833 GLENCOE STREET
GLEN ELLYN, IL 60137-3214

MRS LEILA A HANNA CUST PAUL A HANNA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
357 MADISON AVE
WEST HEMPSTEAD, NY 11552-1949

MRS LENA DE VITO
PO BOX 280-215
BROOKLYN, NY 11228-0215

MRS LENEVA JEAN KROPF CUST MARSHA ANN KROPF
U/THE MICH UNIFORM GIFTS TO MINORS ACT
16625 LYONHURST CIR
NORTHVILLE, MI 48167-4420

MRS LENICE A WESTFALL CUST PAUL RICHARD WESTFALL
U/THE CAL UNIFORM GIFTS TO MINORS ACT
13180 FF RD
ROCK FORD, CO 80167

MRS LENORE SCHULMAN CUST LAWRENCE A SOLOMON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4410 KING PALM DR
TAMARAC, FL 33319-6118

MRS LENORE SOIFERMAN CUST MARC ROBERT SOIFERMAN
U/THE CAL UNIFORM GIFTS TO MINORS ACT
8015 LASAINE AVE
NORTHRIDGE, CA 91325-4439

MRS LENORE SOIFERMAN CUST STEVEN BRUCE SOIFERMAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
C/O STEVEN SOIFERMAN
7736 FAUST AVE
CANOGA PARK, CA 91304

MRS LEONA K BIELER CUST ROBIN FELICE BIELER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
46 FARMINGTON AVE
WATERBURY, CT 06710-1736

MRS LESLIE C GRANTHAM CUST L CHARLES GRANTHAM
U/THE FLORIDA GIFTS TO MINORS ACT
17305 LEE RD
FT MYERS, FL 33912-2902

MRS LETTY JANE KRAMER CUST THOMAS RICHARD KRAMER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
52 COLONIAL RIDGE DR
GAYLORDSILLE, CT 06755-1003

MRS LILLIAN G KEMPSKI CUST ALFRED E KEMPSKI
U/THE DEL UNIFORM GIFTS TO MINORS ACT
3 ASSAWOMAN ST
BETHANY BEACH, DE 19930-9756

MRS LILLIAN GOLDSTEIN
3654 MOTOR AVE NBR 3
LOS ANGELES, CA 90034-5735

MRS LILLIAN HACK CUST RICHARD L HACK
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
2051 CHESAPEAKE RD
ANNAPOLIS, MD 21401-5714

MRS LILLIAN W KOSBERG CUST ALAN H KOSBERG
U/THE CONN UNIFORM GIFTS TO MINORS ACT
12 WOODMONT ROAD
WEST HARTFORD, CT 06117-1221

MRS LILLIAN W WOOD CUST KENT CLIFFORD CUSICK
U/THE CAL UNIFORM GIFTS TO MINORS ACT
8465 BIANCHI RD
ROSEVILLE, CA 95747-9252

MRS LILLIE CHARLOTTE HAMIL CUST JAMES ROBERT HAMIL
U/THE COLO UNIFORM GIFTS TO MINORS ACT
13557 RD 29
STERLING, CO 80751-9538

MRS LILYAN H GROSS CUST RONALD H GROSS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
211 SHELLEY AVE
ELIZABETH, NJ 07208-1061

MRS LINDA KLEIN
5098 HICKORY POINTE DRIVE
ORCHARD LAKE, MI 48323-1520

MRS LINDA KLEIN CUST DANIEL MARTIN KLEIN UGMA MI
7228 SILVERBEECH LN
WEST BLOOMFIELD, MI 48322-1384

MRS LOIS D LANGENDORF CUST DIANE C LANGENDORF
U/THE PA UNIFORM GIFTS TO MINORS ACT
7888 CUMMINGS LN
BOCA RATON, FL 33433-4117

MRS LOIS D LANGENDORF CUST MICHELE S LANGENDORF
U/THE PA UNIFORM GIFTS TO MINORS ACT
13689 WHIPPET WAY
DELRAY BEACH, FL 33484-1567

MRS LOIS K HERMAN CUST ROBERT J HERMAN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
1496 MAIN STREET
CONCORD, MA 01742-2920

MRS LOIS M BERKENSTADT CUST EUGENE R BERKENSTADT
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1033 MOAHA DRIVE
SAN DIEGO, CA 92107-4106

MRS LOIS S SANDERS CUST ROBERT E SANDERS
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2129 CROWN HILL ROAD
SAN DIEGO, CA 92109-1423

MRS LOIS S SANDERS CUST RUSSELL G SANDERS
U/THE CAL UNIFORM GIFTS TO MINORS ACT
4885 MOUNT ELBRUS DR
SAN DIEGO, CA 92117-3916

MRS LOIS S SANDERS CUST STEPHEN J SANDERS
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2129 CROWN HILL ROAD
SAN DIEGO, CA 92109-1423

MRS LORINE J KNABE CUST ELIZABETH J KNABE
U/THE S D UNIFORM GIFTS TO MINORS LAW
1008 7TH AVE S
VIRGINIA, MN 55792-3151

MRS LORRAINE C ALDRICH CUST STEPHEN L ALDRICH
U/THE MICH UNIFORM GIFTS TO MINORS ACT
111 LYON ST NW
STE 1
GRAND RAPIDS, MI 49503-2404

MRS LORRAINE GLACKEN CUST LORRAINE GLACKEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
189-28 44TH AVE
FLUSHING, NY 11358-3406

MRS LOUISE ARFORD CUST SUSAN MARGARET ARFORD
U/THE PA UNIFORM GIFTS TO MINORS ACT
441 CEDAR BLVD
HOLLIDAYSBURG, PA 16648-1201

MRS LOUISE B FRANKLIN CUST CHRISTOPHER A FRANKLIN
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
1513 GOODMAN AVE
REDONDO BEACH, CA 90278-2716

MRS LOUISE BARTLETT FRANKLIN CUST CHRISTOPHER ANDF
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1513 GOODMAN AVE
REDONDO BEACH, CA 90278-2716

MRS LOUISE COMARDO CUST DONALD COMARDO
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
919 S GLENCOE ROAD
NEW SMYRNA BEACH, FL 32168-8430

MRS LOUISE L PALI CUST JANE LOUISE PALI
U/THE PA UNIFORM GIFTS TO MINORS ACT
1732 CHELSEA AVE
BETHLEHEM, PA 18018-2410

MRS LOUISE REGAN CUST ANN REGAN
UNDER THE NEW HAMPSHIRE UNIFORM GIFTS TO MINORS
LAW
10 PEARL RD
BOXFORD, MA 01921-1206

MRS LUBY F WUCHINA CUST THOMAS J WUCHINA
U/THE PA UNIFORM GIFTS TO MINORS ACT
7850 LAMPLEY RD
PRIMM SPRINGS, TN 38476-9630

MRS LUCILLE C DONIN CUST MARSHALL DONIN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
14756 WEDDINGTON ST
VAN NUYS, CA 91411-4042

MRS LUCILLE G MC COY CUST J MICHAEL MC COY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7715 CLOUDVIEW LN
RALEIGH, NC 27613

MRS LUCY G SCHWARTZ CUST ABBY JOY SCHWARTZ
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
4636 SUGARHILL DR
ROLLING HILLS ESTS, CA 90274-1510

MRS LUCY T NALYVAYKO CUST ALEXANDER NALYVAYKO
U/THE S C UNIFORM GIFTS TO MINORS ACT
1806 EAGLES RIDGE CT
BROOKEVILLE, MD 20833-1835

MRS LUCY WISE GIPSTEIN
SOUTH 4407 MADELIA
SPOKANE, WA 99223-6429

MRS LYDIA F ZACKOWSKI CUST GREGORY F ZACKOWSKI
U/THE ARIZ UNIFORM GIFTS TO MINORS ACT
2013 CHALCEDONY
SAN DIEGO, CA 92109-3412

MRS LYDIA F ZACKOWSKI CUST GREGORY F ZACKOWSKI
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2013 CHALCEDONY
SAN DIEGO, CA 92109-3412

MRS LYDIA F ZACKOWSKI CUST KATHLEEN M ZACKOWSKI
U/THE ARIZ UNIFORM GIFTS TO MINORS ACT
3210 FOSTER AVE
BALTIMORE, MD 21224-4017

MRS LYDIA H WILLITS CUST LYDIA THOMAS WILLITS
U/THE PA UNIFORM GIFTS TO MINORS ACT
145 LUCKY HILL RD
WEST CHESTER, PA 19382-2044

MRS LYNDA L HOWARD CUST WILLIAM PEERCE HOWARD
UNDER THE FLORIDA GIFTS TO MINORS ACT
13730 MARSEILLES CT
CLEARWATER, FL 33762-3320

MRS LYNNE B SANDERS CUST MELISSA L SANDERS
A MINOR UNDER THE LAWS OF GEORGIA
RT 4 BOX 278
COCHRAN, GA 31014-9254

MRS LYNNE TROPP ROTH CUST JOEL DOUGLAS ROTH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
29 GREENWICH CT
HOLBROOK, NY 11741-2848

MRS MABEL A GLAUSER CUST KENNETH R GLAUSER
U/THE N J UNIFORM GIFTS TO MINORS ACT
2260 SCOVEL AVE
PENNSAUKEN, NJ 08110-1726

MRS MALVINA G LEDER CUST RICHARD A LEDER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
106 COBURN DR W
BLUFFTON, SC 29910-4548

MRS MARCIA E WITTREN CUST AMY ELIZABETH WITTREN
U/THE MINN UNIFORM GIFTS TO MINORS ACT
3829 FOX TRAIL
ST BONIFACIUS, MN 55375-1214

MRS MARCIA K KOSTER CUST BARRETT E KOSTER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
17 WHITEWATER WAY
MILFORD, OH 45150-5817

MRS MARCIA K KOSTER CUST KENNETH H KOSTER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
17 WHITEWATER WAY
MILFORD, OH 45150-5817

MRS MARCIA K KOSTER CUST WILLIAM F KOSTER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
17 WHITEWATER WAY
MILFORD, OH 45150-5817

MRS MARGARET A BERNOT CUST JOHN J BERNOT
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
204 BOLTON ST
EBENSBURG, PA 15931-1105

MRS MARGARET A KRELL CUST JACOB KRELL
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
25 NORTHWESTERN AVE
BUTLER, NJ 07405-1607

MRS MARGARET ANN WOOD CUST BARNETT HUGGINS WOOD
U/THE MISS UNIFORM GIFTS TO MINORS ACT
1062 OLD WEST POINT RD
STARKVILLE, MS 39759-9751

MRS MARGARET ANNE FLYNN CUST BRIGID D FLYNN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4169 CARILLON DR
BLOOMFIELD HILLS, MI 48302-1906

MRS MARGARET B VINSON CUST JOHN B VINSON
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
4800 FILLMORE AVE
APT 552
ALEXANDRIA, VA 22311-5057

MRS MARGARET BILINSKY CUST ALAN JAY BILINSKY
U/THE MO UNIFORM GIFTS TO MINORS ACT
13 COUNTRY FAIR ACRES
CREVE COEUR, MO 63141-7805

MRS MARGARET C BORTON CUST ARTHUR B BORTON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
11239 WINDING WOOD CT
INDIANAPOLIS, IN 46235-9750

MRS MARGARET C SCHNIEDERS CUST JAMES SCHNIEDERS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3340 ALGUS LANE
CINCINNATI, OH 45248-2824

MRS MARGARET C SCHNIEDERS CUST JEROME SCHNIEDERS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
742 ANDERSON FERRY ROAD
CINCINNATI, OH 45238-4742

MRS MARGARET C SCHNIEDERS CUST JOHN H SCHNIEDERS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7622 BRIAR GREEN
CINCINNATI, OH 45248-2845

MRS MARGARET C SHERMAN CUST JOHN H SHERMAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2406 BLUESTONE PL
GREEN BAY, WI 54311-6432

MRS MARGARET HIRTH CUST MARGARET BAUGHMAN
U/THE S C UNIFORM GIFTS TO MINORS ACT
PO BOX 279
RIDGEVILLE, SC 29472-0279

MRS MARGARET HIRTH CUST WILLIAM M BAUGHMAN
U/THE S C UNIFORM GIFTS TO MINORS ACT
PO BOX 279
RIDGEVILLE, SC 29472-0279

MRS MARGARET K BARRETT CUST RICHARD K BARRETT
U/THE FLORIDA GIFTS TO MINORS ACT
11155 GARRETT LN
LOWELL, AR 72745-8931

MRS MARGARET LA SALA CUST VICTOR LA SALA
U/THE N Y UNIFORM GIFTS TO MINORS ACT
85 PECONIC DR
MASSAPEQUA, NY 11758-8320

MRS MARGARET M BURFEINDT CUST JOHN D BURFEINDT
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1645 SHERMAN ST
WILLIAMSPORT, PA 17701-2541

MRS MARGARET N CRAIGMILES
4720 130TH AV NORTH
ROYAL PALM BEACH, FL 33411-9073

MRS MARGARET R LA COURSE CUST J MICHAEL LA COURSE
UNDER THE CONNECTICUT U-G-M-A
55 W 74TH ST #2D
NEW YORK, NY 10023-2496

MRS MARGARET R WOODHOUSE CUST DONALD WOODHOUS
U/THE N J UNIFORM GIFTS TO MINORS ACT
230 SMITH RD
ANTRIM, NH 03440-3806

MRS MARGARET T SHUBECK CUST TERENCE J SHUBECK
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
27807 SOUTHERN AVE
NORTH OLMSTED, OH 44070-4953

MRS MARGARET WOLINETZ CUST BRUCE WOLINETZ UGMA N
8255 212TH ST
QUEENS VLG, NY 11427-1317

MRS MARGERY H BARGER CUST DAVID C HARRIS
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
2703 PECOS ST
AUSTIN, TX 78703-1005

MRS MARGUERITE A STEELE CUST PHILIP G STEELE
U/THE COLO UNIFORM GIFTS TO MINORS ACT
16810 E CALEY AVE
CENTENNIAL, CO 80016-1005

MRS MARIA OMELTCHENKO CUST ALEXIS M OMELTCHENKO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
136 BAKER HILL ROAD
GREAT NECK, NY 11023-1716

MRS MARIA OMELTCHENKO CUST VICTORIA C OMELTCHENK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
136 BAKER HILL ROAD
GREAT NECK, NY 11023-1716

MRS MARIA P BORRELLI CUST PATRICIA M BORRELLI
U/THE PA UNIFORM GIFTS TO MINORS ACT
BOX 431
INGOMAR, PA 15127-0431

MRS MARIAN B COHEN CUST MICHAEL WAYNE COHEN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
10711 RED RUN BLVD STE# 101
OWINGS MILLS, MD 21117-5138

MRS MARIAN EPSTEIN CUST DAVID PAUL EPSTEIN
U/THE N J UNIFORM GIFTS TO MINORS ACT
57 GLENWOOD DR
NEW SHREWSBURY, NJ 07724-2721

MRS MARIE BEAUDREAULT CUST ROBERT E BEAUDREAULT
U/THE R I UNIFORM GIFTS TO MINORS ACT
99 PROVIDENCE ST
WOONSOCKET, RI 02895-5129

MRS MARIE BRIGGER MUSSER & MARK GUNDERSON JT TEN
PO BOX 420491
SUMMERLAND KEY, FL 33042-0491

MRS MARIE W GRAMMER
& MISS CAROL ANN BILLETT & WILLIAM C BILLETT JT TEN
7900 BABIKOW RD
BALTIMORE, MD 21237-3308

MRS MARILYN COPE CUST NEWTON A COPE JR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
244 GLEN DRIVE
SAUSALITO, CA 94965-1819

MRS MARILYN D MOXLEY CUST ELLIOTT DE VOE MOXLEY
U/THE N J UNIFORM GIFTS TO MINORS ACT
18 AMSTERDAM RD
YARDVILLE, NJ 08620-1902

MRS MARILYN WEINSTEIN CUST JUDY K WEINSTEIN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
70 WYLDEWOOD ROAD
EASTON, CT 06612-1526

MRS MARILYN WHITMAN CUST ELIZABETH ELLEN WHITMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
273 ROBERTSON WAY
LINCOLN PARK, NJ 07035-1859

MRS MARION E KIPP CUST MARY L KIPP
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6489 E ATHERTON RD
BURTON, MI 48519-1609

MRS MARION E WOLF CUST ROGER L WOLF
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
127 WAYPOINT DR
LANCASTER, PA 17603-5676

MRS MARION EPSTEIN CUST RONALD J EPSTEIN
U/THE N J UNIFORM GIFTS TO MINORS ACT
57 GLENWOOD DR
TINTON FALLS, NJ 07724-2721

MRS MARION MC DONALD CUST PATRICIA MC DONALD
U/THE CONN UNIFORM GIFTS TO MINORS ACT
31 CORTLAND PL
ANSONIA, CT 06401-3344

MRS MARION R ALEXANDER CUST CHERYL L ALEXANDER
U/THE FLORIDA GIFTS TO MINORS ACT
C/O HIRES
326 COUNTRY CLUB DRIVE
TEQUESTA, FL 33469-1944

MRS MARION WEINSTEIN
APT 1502
6311 SOMERLED ST
MONTREAL QC
H3X 2C1 CANADA

MRS MARJORIE BERNSTEIN
389 SALISBURY ST
WORCESTER, MA 01609-1237

MRS MARJORIE C KLEIN
402 BROOKSBY VILLAGE DR
UNIT 2231
PEABODY, MA 01960-8702

MRS MARJORIE M PRINCE CUST MISS M ABIGAIL PRINCE
U/THE TENN UNIFORM GIFTS TO MINORS ACT
300 OAKMONT LANE
SIGNAL MOUNTAIN, TN 37377-1851

MRS MARJORIE M PRINCE CUST RAYMOND G PRINCE
U/THE TENN UNIFORM GIFTS TO MINORS ACT
300 OAKMONT LANE
SIGNAL MOUNTAIN, TN 37377-1851

MRS MARJORIE NIDEN CUST ZINA B NIDEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4 LYNN COURT
FLORHAM PARK, NJ 07932-2843

MRS MARLENE S GUTZAIT CUST STANLEY GUTZAIT
U/THE COLO UNIFORM GIFTS TO MINORS ACT
3719 LAUREL BAY LOOP
ROUND ROCK, TX 78681

MRS MARNA R HUMBERT CUST CONSTANCE MERLE HUMBER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
7337 LITTLE ACORN WAY
RIO LINDA, CA 95673-1336

MRS MARSHALL P YARBOROUGH CUST GAYLE PAGE YARBO
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
2000 ROCKY MILL DRIVE
LAWRENCEVILLE, GA 30044-5387

MRS MARSHALL P YARBOROUGH CUST VIRGINIA A YARBOR
U/THE TENNESSEE UNIFORM GIFTS TO MINORS ACT
2049 SHARON ROAD
CHAROLETTE, NC 28207-2641

MRS MARSHALL P YARBOROUGH CUST WILLIAM D YARBORO
U/THE TENN UNIFORM GIFTS TO MINORS ACT
2009 PONDEROSA LANE
MARYVILLE, TN 37803-6423

MRS MARTHA BERGLAND CUST ALLISON C ABBOTT
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
37W551 MILLS CT
SAINT CHARLES, IL 60175-4701

MRS MARTHA F BERGLAND CUST ROBERT F BERGLAND
U/THE ILL UNIFORM GIFTS TO MINORS ACT
37W551 MILLS CT
SAINT CHARLES, IL 60175-4701

MRS MARTHA K BARHAM CUST PHILIP BRET BARHAM
U/THE TENN UNIFORM GIFTS TO MINORS ACT
79 CRESTRIDGE DR
JACKSON, TN 38305-8502

MRS MARTHA K COUTURE CUST ROBERT HENRY COUTURE
U/THE CONN UNIFORM GIFTS TO MINORS ACT
172 COKE ST
PLAINVILLE, CT 06062-1804

MRS MARTHA K OHMER CUST FREDERICK L OHMER 3RD
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
489 JENNIE LANE
DAYTON, OH 45459

MRS MARTHA M ROYSTON CUST MARK H ROYSTON
U/THE PA UNIFORM GIFTS TO MINORS ACT
106 BUCKINGHAM RD
PITTSBURGH, PA 15215-1506

MRS MARTHA MUNGO CUST ROSE MARY MUNGO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
18 WESTMINISTER DR
CROTON ON HUDSON, NY 10520-1008

MRS MARTHA S PULLMAN CUST CHRISTY SUE PULLMAN UGM
5609 BEINVENIDA TERRACE
PALMDALE, CA 93551-5732

MRS MARTHA T MUNGER CUST PATRICIA E MUNGER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
688 CALLECITA JICAVILLA
SANTA FE, NM 87505-4940

MRS MARY A GREGG CUST WILLIAM F GREGG
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
7659 MASTERS ST
ELK GROVE, CA 95758-7245

MRS MARY A WEINZEL
30631 OLD HOCKEY RD
MAGNOLIA, TX 77355-6016

MRS MARY ANN BRYAN CUST MISS SARA JANET BRYAN
U/THE ALA UNIFORM GIFTS TO MINORS ACT
1162 MELTON DRIVE
LILBURN, GA 30047-1964

MRS MARY ANN KERSTEIN CUST MATTHEW S KERSTEIN UGM
1270 GREENRIDGE
ROCHESTER, MI 48309-2923

MRS MARY ANN SQUASHIC CUST MARIA ANN SQUASHIC
U/THE N J UNIFORM GIFTS TO MINORS ACT
47 E SHORE CULVER RD
BRANCHVILLE, NJ 07826-6039

MRS MARY B CAPABIANCO CUST JAMES ANTHONY CAPABIAN
U/THE TENN UNIFORM GIFTS TO MINORS ACT
10 RUNNEL CIR
WINDSOR, CT 06095-2661

MRS MARY B CAPABIANCO CUST MARK VICTOR CAPABIANCO
U/THE TENN UNIFORM GIFTS TO MINORS ACT
10 RUNNEL CIR
WINDSOR, CT 06095-2661

MRS MARY BETH BASIL CUST THOMAS A BASIL JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4164 HILRAY
SAGINAW, MI 48603-5828

MRS MARY C KLEIN
4219 MC FARLIN
DALLAS, TX 75205-1686

MRS MARY CURRAN KIRK CUST MARIE BISHOP KIRK
U/THE MASS UNIFORM GIFTS TO MINORS ACT
637 GARLAND AVE
WINNETKA, IL 60093-3911

MRS MARY E FITCHORN CUST ANINA MARY FITCHORN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1002 DURHAM DR
BLOOMINGTON, IL 61704-1256

MRS MARY E SCHOONOVER CUST DOUGLAS RAY SCHOONOV
U/THE MICH UNIFORM GIFTS TO MINORS ACT
11606 OAK GROVE RD
GRAND HAVEN, MI 49417-9663

MRS MARY ELIZABETH PEFFER CUST ROBERT JOHN PEFFER
U/THE MASS UNIFORM GIFTS TO MINORS ACT
14926 TERRA POINT DR
CYPRESS, TX 77429-4948

MRS MARY ELLEN SEINSHEIMER
3683 BRIAR CREEK DR
BEAUMONT, TX 77706-7340

MRS MARY F HALL CUST DAVID A HALL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
933 COLOMA WAY
ROSEVILLE, CA 95661-4437

MRS MARY H HIGHT
BOX 633224
NACOGDOCHES, TX 75963-3224

MRS MARY ISELA BELCHER CUST KRAIG BELCHER
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
863 VIA ALEGRE LANE
EL PASO, TX 79912-6622

MRS MARY LOU BOUDREAUX CUST MISS CLAIRE M BOUDREA
A MINOR U/THE LA GIFTS TO MINORS ACT
2027 HAPPALA RD
ELY, MN 55731-8244

MRS MARY LOU TRUMP CUST CHARLES SAMUEL TRUMP 4TH
VIRGINIA GIFTS TO MINORS ACT
ROUTE 7 BOX 12840
BERKELEY SPRINGS, WV 25411-9411

MRS MARY LOU TRUMP CUST KIRSTEN NOREEN TRUMP
UNDER THEWEST VIRGINIA GIFTS TO MINORS ACT
298 GROVE HEIGHTS RD
BERKELEY SPRINGS, WV 25411-5108

MRS MARY LOU VITA CUST JAMES ANDREW VITA
U/THE N J UNIFORM GIFTS TO MINORS ACT
688 LANDINGS WAY S
SAVANNAH, GA 31411-2886

MRS MARY M KNIGHT CUST TRACY JOHN KNIGHT
U/THE PA UNIFORM GIFTS TO MINORS ACT
1625 LYNN AVE
TURTLE CREEK, PA 15145-1726

MRS MARY N RAINERO CUST CHARLES J RAINERO JR
U/THE VA UNIFORM GIFTS TO MINORS ACT
511 CROWFIELD LN
MT PLEASANT, SC 29464-6203

MRS MARY P MC CLOSKEY & ROBERT P MC GEARY JT TEN
5212 REINHEADT
SHAWNEE MISSION, KS 66205

MRS MARY PEIRCE COOPER
4358 STEIN ST
MOBILE, AL 36608-2016

MRS MARY ROMACK CUST RONALD P ROMACK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2330 W HENRIETTA ROAD
ROCHESTER, NY 14623-1343

MRS MARY S BUCKBEE CUST KEVIN KEITH BUCKBEE
U/THE CONN UNIFORM GIFTS TO MINORS ACT
5 COLD HILL RD
# 28
MENDHAM TWSP, NJ 07945-2015

MRS MARY T WOOD CUST EARL MASSIE WOOD JR
U/THE VA UNIFORM GIFTS TO MINORS ACT
43 GRANDVIEW
NEWPORT, KY 41071-2335

MRS MATILDA M YOUNG CUST CHARLES YOUNG PETERS
U/THE FLORIDA GIFTS TO MINORS ACT
PO BOX 4143
CONCORD, NH 03302-4143

MRS MATILDA M YOUNG CUST CLARK VOORHEES PETERS
U/THE FLORIDA GIFTS TO MINORS ACT
4 KING GEORGE DRIVE
LONDONDERRY, NH 03053-2816

MRS MATILDA M YOUNG CUST MATILDA PETERS
U/THE FLORIDA GIFTS TO MINORS ACT
1 STERLING HILL LN
APT 134
EXETER, NH 03833-4863

MRS MAXINE RUTSKI CUST CONNIE LEE RUTSKI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
612 COLUMBIA ST
ELMIRA, NY 14901-2475

MRS MAXINE RUTSKI CUST GAIL RUTSKI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
612 COLUMBIA ST
ELMIRA, NY 14901-2475

MRS MAXINE RUTSKI CUST LEO RUTSKI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
612 COLUMBIA ST
ELMIRA, NY 14901-2475

MRS MELLITA FIRSTENBERG
PO BOX 100404
VANDERVEER STATION
BROOKLYN, NY 11210-0404

MRS MERLE SAMUELS CUST DONALD ROY SAMUELS
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21 CHURCHILL RD
TENAFLY, NJ 07670-3123

MRS MILDRED HAHN CUST CAROL ANN HAHN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
5706 CHEROKEE ROAD
LYNDHURST, OH 44124-3049

MRS MILDRED K CERRA CUST PATRICIA J CERRA
U/THE N Y UNIFORM GIFTS TO MINORS ACT
746 ROUTE 44-55
HIGHLAND, NY 12528

MRS MILDRED L CHARTRAU CUST PHILIP S CHARTRAU
U/THE MO UNIFORM GIFTS TO MINORS ACT
925 HAWTHORNE
SIKESTON, MO 63801-4713

MRS MILDRED L SCHWEIN
1070 W JEFFERSON ST
FRANKLIN, IN 46131-2179

MRS MILDRED LASKE CUST MICHAEL LASKE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
6 HORIZON RD
FORT LEE, NJ 07024-6652

MRS MILDRED MARKOWITZ CUST HARVEY STUART MARKOW
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10 TARA DRIVE
ROSLYN, NY 11576-2610

MRS MIRA T LEHR CUST PAUL TAGER LEHR
UNDER THE FLORIDA GIFTS TO MINORS ACT
5215 PINE TREE DR
MIAMI BEACH, FL 33140-2109

MRS MIRIAM BLAUSTEIN
544 ASBURY ST
NEW MILFORD, NJ 07646-2002

MRS MIRIAM BRONSTEIN
5333 GEORGIA PEACH AVE
PORT ORANGE, FL 32128-7534

MRS MIRIAM R BELL CUST ROBERT B BELL 3RD
U/THE S C UNIFORM GIFTS TO MINORS ACT
7621 LOST TREE ROAD
WILMINGTON, NC 28411-9159

MRS MIRIAM T HEINE
1010 MURRAY HILL LN
MEMPHIS, TN 38120-2674

MRS MOLLE FREEMAN CUST MICHAEL FREEMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
571 HUNT LANE
MANHASSET, NY 11030-2754

MRS MOLLIE MELNICK CUST RENE MELNICK
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
1433 BROWNING RD
PITTSBURGH, PA 15206-1737

MRS MURIEL BRATTLOF CUST JANET LYNN BRATTLOF
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF
14 W PINE DRIVE
PARK RIDGE, NJ 07656-1825

MRS MURIEL BRATTLOF CUST JUDITH ANNE BRATTLOF
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF
14 W PINE DRIVE
PARK RIDGE, NJ 07656-1825

MRS MYRNA ABRAMSON CUST ALLAN SCOTT ABRAMSON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6417 NW 28TH ST
MARGATE, FL 33063-5549

MRS MYRNA L HAWKS CUST NEAL H HAWKS
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
11398 PACIFIC ST
OMAHA, NE 68154-3364

MRS MYRTLE L GILLIGAN CUST ELIZABETH ANN GILLIGAN
UNDER THE NEW JERSEY U-G-M-A
16215 ROSE AVENUE
MONTE SERRENO, CA 95030-4222

MRS NANCY H WHITCOMB CUST SCOTT EDWARD WHITCOMB
UNDER THE FLORIDA GIFTS TO MINOR ACT
1515 SERENITY CIR
NAPLES, FL 34110-4129

MRS NANCY HOLOUBEK CUST ELIZABETH ANN HOLOUBEK
U/THE WIS UNIFORM GIFTS TO MINORS ACT
4465 DOUGLAS AVE
BRONX, NY 10471-3525

MRS NANCY L HAIG
511 229TH LN NE
EAST BETHEL, MN 55005-9804

MRS NANCY S ORNSTEEN CUST MISS MARJORIE LYNNE ORN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
28 BEECHWOOD RD
WELLESLEY, MA 02482-2337

MRS NATALIE R LIBERATORE CUST LEONARD R LIBERATORE
UNDER THE PENNSYLVANIA U-G-M-A
1102 CHILDS AVE
DREXEL HILL, PA 19026-4005

MRS NAUDINE L JENSEN CUST JEFFREY W JENSEN
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
1160 RANCHO BLVD
OGDEN, UT 84404-4127

MRS NOEL B PERRITT CUST MARION BENNETT PERRITT
U/THE ALA UNIFORM GIFTS TO MINORS ACT
PO BOX 828
MADISON, AL 35758-0828

MRS NOREEN E BALLANTYNE
1002-121 LING ROAD
SCARBORO ON
M1E 4Y2 CANADA

MRS NORMA B UIBLE CUST FRANK R UIBLE III
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
7720 W BILTMORE
ST LOUIS, MO 63105-2608

MRS NORMA B UIBLE CUST L SAMUEL UIBLE
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
7720 W BILTMORE
ST LOUIS, MO 63105-2608

MRS NORMA J SEIGMAN CUST DEAN SEIGMAN JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
231 MELINDA DR
YORK, PA 17404-6226

MRS NORMA W WILDGEN CUST RICHARD A WILDGEN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4662 OAKLAWN
LOT 133
KALAMAZOO, MI 49009

MRS NORRIS L GOODFRIEND CUST GENA SUE GOODFRIEND
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
506 N POST OAK LANE
HOUSTON, TX 77024-4621

MRS PATRICIA A CLINTON CUST DAVID CLINTON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1944 W VIA MADONNA
LOMITA, CA 90717-3623

MRS PATRICIA A GLENN CUST JAMES R GLENN UGMA IL
315 1300TH ST
NEW HOLLAND, IL 62671-6050

MRS PATRICIA BLINDER CUST JANE ELIZABETH BLINDER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
285 DOLPHIN DR
WOODMERE, NY 11598-1815

MRS PATRICIA H GAGLIARDI CUST MARIE ANNE GAGLIARDI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
37 SUMMIT TRL
SPARTA, NJ 07871-1430

MRS PATRICIA H GAGLIARDI CUST MISS GINA ANNE GAGLIAR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5233 LARAE DR
ERIE, PA 16506-5293

MRS PATRICIA K MC DOWELL CUST LAURA M MC DOWELL
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 304
EAST DENNIS, MA 02641-0304

MRS PATRICIA K MC DOWELL CUST MARK P MC DOWELL
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 304
EAST DENNIS, MA 02641-0304

MRS PATRICIA KLEINHOFFER CUST CANDACE DALE KLEINHO
U/THE MICH UNIFORM GIFTS TO MINORS ACT
15974 MONTEGO BAY CT
CLINTON TOWNSHIP, MI 48035

MRS PATRICIA KLEINHOFFER CUST KARA LYNN KLEINHOFFE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
15794 MONTEGO BAY CT
CLINTON TWP, MI 48035-1036

MRS PATRICIA KLEINHOFFER CUST LYNWOOD B KLEINHOFFE
U/THE MICHIGAN U-G-M-A
15794 MONTEGO BAY CT
CLINTON TOWNSHIP, MI 48035-1036

MRS PATRICIA M PASSANANTE CUST CHERYL ANN PASSANA
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
912 LABONNE
BALLWIN, MO 63021-6907

MRS PATRICIA VELLA CUST CATHERINE VELLA
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2501 22ND AVE
SAN FRANCISCO, CA 94116-3029

MRS PAULA B REENS CUST BRIAN ELI REENS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
9 FOREST LN
WILTON, CT 06897-1914

MRS PAULETTE PATRICIA HINCKLEY CUST CHRISTOPHER AN
IA
886 PARK PL
IOWA CITY, IA 52246-2937

MRS PAULINE A TODD CUST PAUL ALAN TODD
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2109 WINANS AVE
FLINT, MI 48503-5857

MRS PEARL CHOW CUST LESLIE CHOW
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
133 NUEVA AVE
SAN FRANCISCO, CA 94134-2420

MRS PEGGY F KASDAN CUST MARTIN Z KASDAN JR UGMA
STARKS BLDG #995 455 S 4TH AVE
LOUISVILLE, KY 40202-2593

MRS PEGGY STEINFIRST BLUMBERG
3455 SOUTH CORONA ST
APT 136
ENGLEWOOD, CO 80113-2864

MRS PHYLISS A DONALD CUST MURRAY C DONALD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
8333 OLD HARBOR
GRAND BLANC, MI 48439-8060

MRS PHYLLIS B RUDNICK CUST MICHAEL R RUDNICK
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
PO BOX 800741
DALLAS, TX 75380-0741

MRS PHYLLIS DANZIG CUST JILL ELLEN DANZIG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
156 CARRIAGE LN
PLAINVIEW, NY 11803-1528

MRS PHYLLIS ELOISE WEINSTEIN CUST BARBARA LYNN WEIN
U/THE MARYLAND U-G-M-A
516 GREENLEAF CT
POMPTON PLNS, NJ 07444-1537

MRS PHYLLIS K MITCHEL CUST DAVID C MITCHEL
U/THE MICH UNIFORM GIFTS TO MINORS ACT
521 RAVEN WAY
NAPLES, FL 34110-1167

MRS PHYLLIS K MITCHEL CUST RALPH H MITCHEL
U/THE MICH UNIFORM GIFTS TO MINORS ACT
521 RAVEN WAY
NAPLES, FL 34110-1167

MRS PHYLLIS MILSTEIN
5110 SAN FELIPE ST
UNIT 343W
HOUSTON, TX 77056-3672

MRS PHYLLIS STEIN CUST VICKEY STEIN U/THE NEW YORK U
PO BOX 160
ATLANTIC BCH, NY 11509-0160

MRS PRICELLA OLANS CUST STEPHEN OLANS
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
2440 OVERLOOK RD APT 21
CLEVELAND, OH 44106-2422

MRS PRISCILLA GLOSSOP CUST SARAH JANE GLOSSOP
U/THE MICH UNIFORM GIFTS TO MINORS ACT
4609 SW 56TH TERRACE
GAINESVILLE, FL 32608

MRS PRISCILLA GLOSSOP CUST THOMAS VICTOR GLOSSOP
U/THE MICH UNIFORM GIFTS TO MINORS ACT
21854 SIEGAL DR
NOVI, MI 48375

MRS PURIE DU ENGELS CUST BRIAN CHRISTOPHER ENGELS
U/THE VA UNIFORM GIFTS TO MINORS ACT
8705 KIBLERCREST DR
MECHANICSVLLE, VA 23116

MRS REBECCA D JONES CUST LEM DALE JONES
U/THE TENN UNIFORM GIFTS TO MINORS ACT
199 RHOADES LN
HENDERSONVILLE, TN 37075-8404

MRS REGINA M RAINEY CUST EILEEN ANNE RAINEY
U/THE N J UNIFORM GIFTS TO MINORS ACT
1 AKRON AVENUE
WESTMONT, NJ 08108-2216

MRS REGINA PERNIKOFF CUST DAVID JOEL PERNIKOFF
U/THE MO UNIFORM GIFTS TO MINORS ACT
328 CABIN GROVE LANE
SAINT LOUIS, MO 63141-8172

MRS REN HYINK CUST SCOTT MICHAEL BURNHAM
A MINOR UNDER THE LAWS OF GEORGIA
2700 WYNDHAM LANE
REDDING, CA 96001-3920

MRS RENA GELERNTER CUST ARI GELERNTER UGMA NY
7623 168TH STREET
HILLCREST, NY 11366-1333

MRS REVELLE BERMAN CUST MARSHALL P BERMAN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
364 BARBERRY
HIGHLAND PARK, IL 60035-4456

MRS RHODA SCHARF CUST STEPHEN ANDREW SCHARF
U/THE N J UNIFORM GIFTS TO MINORS ACT
23 HAMPSHIRE LN
BOYNTON BEACH, FL 33436-7414

MRS RIETA JEAN GRAY CUST RODNEY A GRAY
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
4652 CLIFTY CT
ANDERSON, IN 46012-9703

MRS RIME D SANDERS
PO BOX 104975
JEFFERSON CTY, MO 65110-4975

MRS RITA ANNE ELLSWORTH CUST MISS JOAN ELLSWORTH
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21 RYDER AVENUE
DIX HILLS, NY 11746-6108

MRS RITA BERNSTEIN CUST BRENDA LYNN BERNSTEIN U/THI
ATTN BRENDA L SAPIR
10779 SEACLIFF CIRCLE
BOCA RATON, FL 33498-6356

MRS RITA CASTAGNA CUST CATHERINE CASTAGNA
U/THE N Y UNIFORM GIFTS TO MINORS ACT
12 WHEATLEY RD
GLENHEAD, NY 11545-2906

MRS RITA CASTAGNA CUST PAUL CASTAGNA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
12 WHEATLEY RD
GLENHEAD, NY 11545-2906

MRS RITA E CORDILL CUST JAMES KELLY CORDILL
U/THE CAL UNIFORM GIFTS TO MINORS ACT
22125 PALOS VERDES BLVD
TORRANCE, CA 90503-6841

MRS RITA FRAZER CUST IRA FRAZER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
3315 SAN AMADEO UNIT B
LAGUNA WOODS, CA 92637-2972

MRS RITA FRIEDMAN CUST CAROL FRIEDMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
312 N BROOKSIDE AVE
FREEPORT, NY 11520-1307

MRS RITA KLEIN CUST SHELIA KLEIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
275 WEBSTER AVE 1J
BROOKLYN, NY 11230-1206

MRS ROBERTA KIRSHNER CUST MISS CARLA DAWN KIRSHNE
U/THE PA UNIFORM GIFTS TO MINORS ACT
89 MARY ST
SHAVERTOWN, PA 18708-1013

MRS ROBIN K DUNKLE CUST ROBERT JAY DUNKLE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9248 STANSEL CIR
DAYTON, OH 45458

MRS ROCHELLE HARRIS CUST DAVID HARRIS
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
10381 OXFORD HILL DR #18
ST LOUIS, MO 63146-6602

MRS ROLANDE MIRAKIAN CUST ROSE MIRAKIAN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
21 SAILORS LANE
NORTON, MA 02766-1666

MRS ROMA A KENT CUST JOSHUA D KENT
A MINOR UNDER THE LOUISIANA GIFTS TO MINORS
254 PINE ST
NEW ORLEANS, LA 70118-3645

MRS ROSALIE G SILVERSTEIN CUST MARC SILVERSTEIN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
130 DAPPLEGRAY RD
BELL CANYON, CA 91307-1011

MRS ROSE ANN SUNDAY CUST DEANNA LYNN SUNDAY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
18164 CHILLICOTHE RD
CHAGRIN FALLS, OH 44023-4878

MRS ROSE BURNSTEIN & MARC BURNSTEIN JT TEN
66 LA GRANDE PRINCESS
CHRISTIANSTED
VIRGIN ISLAND
820 VIRGIN ISLANDS OF THE USA

MRS ROSE KOPLOW CUST STEVEN H KOPLOW
U/THE MASS UNIFORM GIFTS TO MINORS ACT
12 HARRIS ST #1
BROOKLINE, MA 02446-4933

MRS ROSE M MULLIGAN CUST MISS MICHELE ROSE MULLIGA
U/THE PA UNIFORM GIFTS TO MINORS ACT
107 VESEY STREET
BROCKTON, MA 02301-6532

MRS ROSE M SPIEGLEMAN CUST JULIE LYNN SPIEGLEMAN
U/THE COLO UNIFORM GIFTS TO MINORS ACT
40 SILVER FOX CIR
GREENWOOD VILLAGE, CO 80121-2129

MRS ROSE W LONG CUST BERNARD A LONG
U/THE D C UNIFORM GIFTS TO MINORS ACT
8633 DANGERFIELD PL
CLINTON, MD 20735-2800

MRS ROSE WAITS CUST CHARLES M WAITS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
554 HARLEM RD
WEST SENECA, NY 14224-1151

MRS ROSELYN MC CLENDON CUST MISS CAROL MC CLENDO
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1965 HYDE PARK DR
DETROIT, MI 48207-3819

MRS ROSEMARY ROUSH CUST DIANE LOUISE ROUSH
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1766 EL CODO WAY
SAN JOSE, CA 95124-1807

MRS ROSEMARY ROUSH CUST PATRICIA LOUISE ROUSH
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1799 BALSA AVE
SAN JOSE, CA 95124-1863

MRS ROSEMARY ROUSH CUST WILLIAM DALLAS ROUSH
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6564 CAMELIA DR
SAN JOSE, CA 95120-4606

MRS ROSEMARY SASSO CUST MARY ELIZABETH SASSO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
379 RACEBROOK ROAD
ORANGE, CT 06477-3142

MRS ROSEMARY SASSO CUST PETER M SASSO
U/THE CONN UNIFORM GIFTS TO MINORS ACT
379 RACEBROOK ROAD
ORANGE, CT 06477-3142

MRS ROSEMMA C ANDERSON CUST MARY E ANDERSON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1614 DALE ST
SAN DIEGO, CA 92102-1428

MRS ROSLYN H SCHECKNER
PO BOX 566658
MIAMI, FL 33256-6658

MRS ROSLYN LETTVIN CUST EVE LESLIE LETTVIN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
151 W 16TH ST
NEW YORK, NY 10011-6284

MRS ROSLYNN GOLDMAN CUST LISA M GOLDMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
11800 BEEKMAN PL
POTOMAC, MD 20854-2177

MRS RUBY K JOHNSON CUST SUSAN K JOHNSON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
122 15TH AVE
SAN FRANCISCO, CA 94118-1011

MRS RUTH ADAMS CUST WENDELL D ADAMS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
92 WALNUT ST
SOUTHPORT, IN 46227-5187

MRS RUTH ANN RANDOLPH CUST DAVID CHARLES RANDOLP
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1011 WINDING WAY
COVINGTON, KY 41011-1135

MRS RUTH ARONSON CUST ROBIN BETH ARONSON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
16 BEACH ROAD
WINTHROP, MA 02152-1102

MRS RUTH C OTIS CUST TED RICHARD OTIS
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
9139 KIRKWOOD LN N
MAPLE GROVE, MN 55369-3969

MRS RUTH H POWERS CUST WRIGHT C POWERS JR
A MINOR UNDER THE LAWS OF GEORGIA
309 JOHNSTON ST
SAVANNAH, GA 31405-5608

MRS RUTH HEMINGWAY MITMAN CUST GRETCHEN HEMINGW
U/THE VIRGINIA U-G-M-A
31 STEEP HOLLOW LANE
WEST HARTFORD, CT 06107-3521

MRS RUTH HEMINGWAY MITMAN CUST STEPHAN CONRAD MI
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
31 STEEP HOLLOW LANE
WEST HARTFORD, CT 06107-3521

MRS RUTH KAPLAN CUST SUSAN P KAPLAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
201 E 79TH ST S F
NEW YORK, NY 10021-0830

MRS RUTH L CAMERON
& MRS MARY CAMERON NEBEL & MRS LORNA CAMERON
ADDISON JT TEN
57 ELDER DRIVE
MARQUETTE, MI 49855-1668

MRS RUTH L JACOBSON CUST MEG JACOBSON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
870 DEMOCRAT
BELLINGHAM, WA 98221-8829

MRS RUTH LEVINE CUST LOUIS S LEVINE
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
89 WOODHILL RD
NEWTOWN, PA 18940

MRS RUTH R LANE CUST DAVID LANE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
RR#1 BOX 221
CAVE IN ROCK, IL 62919-9750

MRS RUTH SCHIMMEL CUST DAVID MARTIN SCHIMMEL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
21-C LANCASTER CT
WAYNE, NJ 07470-7818

MRS SALLY CRANE CUST PETER ROSS CRANE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
850 RIVERWOOD ROAD
LAKE FOREST, IL 60045-2555

MRS SALLY JO JOHNSON CUST JEFFREY WHITE JOHNSON
U/THE ILL UNIFORM GIFTS TO MINORS ACT
131 W 11TH ST
MT CARMEL, IL 62863-1405

MRS SALLY JO JOHNSON CUST MARK FRIDRICH JOHNSON
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1411 ASHMORE DR
EVANSVILLE, IN 47725-6599

MRS SALLY JO JOHNSON CUST SEAN PETER JOHNSON
U/THE ILL UNIFORM GIFTS TO MINORS ACT
414 N PEAR ST APT 1
MOUNT CARMEL, IL 62863-2141

MRS SANDRA COBURN CUST RUTH LAURA COBURN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
26 BRADFORD ROAD
NATICK, MA 01760-1238

MRS SANDRA E GUSTIN CHARLOTTE A TEICHER TR
THE LEAVY FAMILY TRUST 12/20/71
62 LEOLEIS DRIVE
MARLBOROUGH, MA 01752-3153

MRS SANDRA RAIDER CUST PETER KENNETH RAIDER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
8845 SHOAL CREEK LN
BOYNTON BEACH, FL 33437-2506

MRS SANDRA RAIDER CUST RENEE MARA RAIDER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
8845 SHOAL CREEK LN
BOYNTON BEACH, FL 33437-2506

MRS SARA B SIMMS CUST DAVID BACON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
2023-B 7TH ST
BERKELEY, CA 94710-2024

MRS SARA BRYAN CREDILLE CUST MISS SARA CHRISTINE CR
A MINOR UNDER THE LAWS OF GA
2123 YARBROUGH WAY
DACULA, GA 30019-6769

MRS SARA WEST CUST LEE GEORGE WEST
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
241 HALSEY STREET
BROOKLYN, NY 11216-2403

MRS SARAH SPECTOR CUST ALVIN H SPECTOR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
105 PARKSIDE COURT
BUFFALO, NY 14214-1049

MRS SARAH Y B CUMMINGS CUST MISS DONNA KAYE CUMMI
U/THE S C UNIFORM GIFTS TO MINORS ACT
305 QUAKER ST
ST GEORGE, SC 29477-2534

MRS SELMA HOROWITZ CUST DAVID HOROWITZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
137-81 75TH ROAD
FLUSHING, NY 11367-2815

MRS SHARON L ZUCKERMAN CUST BARRY SCOTT ZUCKERMA
U/THE N J UNIFORM GIFTS TO MINORS ACT
11 GLEN HAVEN DR
NEW CITY, NY 10956-5806

MRS SHEILA F ELLMANN CUST CAROL ELIZABETH ELLMANN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
28000 WEYMOUTH DR
FARMINGTON HILLS, MI 48334-3267

MRS SHERRYL HURWITZ CUST SCOTT R HURWITZ
U/THE MASS UNIFORM GIFTS TO MINORS ACT
45 HEMLOCK DR
NATICK, MA 01760-3134

MRS SHIRLEE FINKEL CUST MARC R FINKEL
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
911 MOYER ROAD
YARDLEY, PA 19067-3018

MRS SHIRLEY ANN SELBY CUST RONALD KENNETH SELBY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
5107 N VASSAR RD
FLINT, MI 48506-1752

MRS SHIRLEY CARPARELLI CUST PETER CARPARELLI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
321 SO 6TH ST APT 312
PHILADELPHIA, PA 19106

MRS SHIRLEY J BELL CUST KATHLEEN A BELL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
11461 REDBRICK CT
PROVIDENCE FORGE, VA 23140-4425

MRS SHIRLEY JAFFE
ATTN STERNSTEIN
73 PUDDING HOLLOW RD
CHARLEMONT, MA 01339-9620

MRS SHIRLEY L BETANCOURT CUST JOANNE BETANCOURT
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
4 PERSIMMON LANE
GLASTONBURY, CT 06033

MRS SHIRLEY P BURNETT CUST MARK P BURNETT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5217 WHISPERING OAK
WEST BLOOMFIELD, MI 48322-3930

MRS SHIRLEY R VAN DUYS CUST JOHN K VAN DUYS
U/THE FLORIDA GIFTS TO MINORS ACT
2313 BERMUDA HILLS RD
COLUMBIA, SC 29223-6805

MRS SHRINE RACOMA CUST SHAWN M RACOMA
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
33 KOIKOI PLACE
HAIKU, HI 96708-5035

MRS SHRINE RACOMA CUST TAMMY T RACOMA
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
33 KOI KOI PLACE
HAIKU, HI 96708-5035

MRS SOLVEIG PERRY CUST GEIR PERRY
A MINOR UNDER THE MASSACHUSETTS U-G-M-A
C/O MICHELLE MIRELES
960 ROSEA COURT
NAPLES, FL 34104-4472

MRS STEPHANIE R KLEIN CUST JENNIFER KLEIN UGMA CA
18623 CELTIC
NORTHRIDGE, CA 91326-2707

MRS STEPHANIE WOJACZYK CUST KENNETH WOJACZYK
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
140 LUKE ST MORGAN
SOUTH AMBOY, NJ 08879-2231

MRS SUE FRIEDMAN CUST JUDITH F FRIEDMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
43 WHITSON ST
FOREST HILLS, NY 11375-6851

MRS SUSAN A PAPE CUST MICHELE A PAPE UGMA MI
8107 198TH AVE
BRISTOL, WI 53104-9586

MRS SUSAN E MATTINGLY CUST DAVID M MATTINGLY JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2089 INDIAN RIPPLE RD
XENIA, OH 45385-8940

MRS SUSAN F GOOD
PO BOX 771521
STEAMBOAT SPR, CO 80477-1521

MRS SUSAN KIRSCHENBAUM CUST CHRISTOPHER RAUSCHE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
525 S E 16TH
PORTLAND, OR 97214-2613

MRS SUSAN RANDOLPH NICHOLSON CUST MISS KRISTIN E N
U/THE WISCONSIN U-G-M-A
2021 WEST MARQUETTE ST
APPLETON, WI 54914-6003

MRS SUSIE DEPILLIS CUST LISETTE DEPILLIS
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
18100 SHADY SIDE LANE
RIVERSIDE, CA 92504-9733

MRS SUZANNE MARSH CUST LINDA MARSH
U/THE CONN UNIFORM GIFTS TO MINORS ACT
PO BOX 1787
MT PLEASANT, SC 29465-1787

MRS SUZANNE REINES
15 BRIARFIELD DR
GREAT NECK, NY 11020-1409

MRS SYBIL SEIDEL CUST ADAM SEIDEL
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
8810 REDONDO DR
DALLAS, TX 75218-4142

MRS SYLVIA BERLIN CUST BRUCE BERLIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
8 SWARTHMORE ROAD
SCARSDALE, NY 10583-7570

MRS SYLVIA DIAMOND CUST JOEL STUART DIAMOND
U/THE N Y UNIFORM GIFTS TO MINORS ACT
19060 KILLOCH WAY
NORTHRIDGE, CA 91326-1028

MRS SYLVIA G GOLDMAN CUST KIMBERLY BETH GOLDMAN
U/THE WEST VIRGINIA GIFTS TO MINORS ACT
52 WEBSTER ACRES
ST LOUIS, MO 63119-4055

MRS SYLVIA KLEIN CUST GARY KLEIN UGMA NJ
3305 WATERFORD DR
CLEARWATER, FL 33761-2016

MRS TEDDI ORGELL CUST PETER ORGELL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
904 THISTLE GATE RD
AGOURA, CA 91377-3917

MRS TERRI L WEINRICH
1407 HILLVIEW
NORFOLK, NE 68701-2413

MRS TERRY L HEINZ
1505 LEOPARD COURT
APOPKA, FL 32712-3023

MRS THALYIA SHIVER CUST WILLIAM RALPH EDWARD SHIVER
A MINOR UNDER THE LAWS OF GA
4504 OLD COSSETA RD
COLUMBUS, GA 31903-2439

MRS THERESA T ST ONGE CUST SUSAN R ST ONGE
U/THE CONN UNIFORM GIFTS TO MINORS ACT
10 GEORGE ST
TERRYVILLE, CT 06786-6628

MRS TOBY L ROSEN CUST MICHAEL IRA ROSEN
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1409 MILLBROOK LN
WYLIE, TX 75098-8427

MRS TOSHIE MURAMOTO & GARY I MURAMOTO JT TEN
6424 HOLSTEIN WAY
SACRAMENTO, CA 95831-2224

MRS VANDA E BALUKAS CUST DANA M BALUKAS
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
6402 GLEASON CT
MINNEAPOLIS, MN 55436-1848

MRS VELMA S GEROW CUST JOHN W GEROW JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
8181 MUNSON RD
MENTOR, OH 44060-2404

MRS VERA P HIGUERA CUST DONALD M HIGUERA JR UGMA V
PO BOX 560124
MONTVERDE, FL 34756-0124

MRS VERA R HUGHES CUST MICHAEL DEAN HUGHES
U/THE CAL UNIFORM GIFTS TO MINORS ACT
BOX 1827
SAINT GEORGE, UT 84771-1827

MRS VERNA KLOS & EDWARD KLOS JT TEN
3778 115TH AVE
EVART, MI 49631-8064

MRS VIOLET OBADIA CUST LINDA R OBADIA
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1242 SMITHWOOD DRIVE #2
LOS ANGELES, CA 90035-1128

MRS VIRGINIA E HULBERT CUST JUDITH HULBERT
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1235 MCKEEL ST
YORKTOWN HEIGHTS, NY 10598-5002

MRS VIRGINIA M ROLLESTON CUST KEITH JOH ROLLESTON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
743 SADDLEBROOK DR
TARPON SPRINGS, FL 34689-8020

MRS VIVIAN D EBEL CUST STEPHEN M GRAY
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
5015 FOUNTAIN WOOD CIRCLE
GEORGETOWN, TX 78628-1913

MRS VIVIAN I BOOTH CUST DEBORAH V BOOTH
U/THE CONN UNIFORM GIFTS TO MINORS ACT
100 SPRING GARDEN ST
HAMDEN, CT 06517-1914

MRS WANDA L WOOLF CUST WANDA ARLEEN WOOLF
U/THE ARIZONA UNIFORM GIFTS TO MINORS ACT
1648 E GABLE AVE
MESA, AZ 85204-6010

MRS WILHELMINA BOURNE CUST ALYCE JENKINS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
225 E 106TH ST #20E
NEW YORK, NY 10029-7627

MRS WILLIAM BREINER CUST JASON MICHAEL BREINER UGM
1 ECHO HILL RD
WEST GROVE, PA 19390-9469

MRS WINIFRED M SCHMEDTJE CUST DIANE M SCHMEDTJE
UNDER THE MASSACHUSETTS U-G-M-A
7136 CREEKSIDE LANE
INDIANAPOLIS, IN 46250-2824

MRS WINIFRED M SCHMEDTJE CUST JOHN F SCHMEDTJE
UNDER THE MASSACHUSETTS U-G-M-A
2619 AVENHAM AVE S/W
ROANOKE, VA 24014-1506

MRS WINIFRED R MC LAUGHLIN CUST JOHN ROURKE MC LAU
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
146 ANTHONY MACHESTER
MANCHESTER, NH 03103

MUI KWAI ROSE KONG
1A WEST COAST PLACE
SINGAPORE
REBULIC OF
127605 SINGAPORE

MURIEL A DONOGHUE & EUGENE J DONOGHUE JR TR
MURIEL A DONOGHUE LIVING TRUST UA 6/16/95
925 LANGLEY DR
ROCHESTER HILLS, MI 48309-1504

MURIEL A MAHER TR
UA 11/30/89 MURIEL A MAHER REVOCABLE INTERVIVOS
TRUST
2910 PINEWOOD CT
FULLERTON, CA 92835-2336

MURIEL E BOYD CUST HENRY M BOYD
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
1054 ROUTE 52
CARMEL, NY 10512-4727

MURIEL H SNELLER CUST CLAY H SNELLER
A MINOR PURS TO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
515 W WAYNE AVE
WOOSTER, OH 44691-1582

MURIEL R MORGAN TR MURIEL R MORGAN REVOCABLE LIVIN
ALAMO, TX 78516

MURIELENE C STEPHENS
PO BOX 262546
HOUSTON, TX 77207-2546

MURIELENE C STEPHENS & OTHO L STEPHENS JT TEN
PO BOX 262546
HOUSTON, TX 77207-2546

MURL E KLEINSCHMIDT
927 WILLIAM ST
MIAMISBURG, OH 45342-1722

MURRAY BARLOWE CUST JEFFREY S BARLOWE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
253 OAK ST
MEDFORD, NY 11763-4035

MURRAY SHAVEL CUST IRA H SHAVEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5516 DEVON RD
BETHESDA, MD 20814-1010

MURRY PANTIRER CUST LAWRENCE PANTIRER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
5 WINDERMERE COURT
LIVINGSTON, NJ 07039-3422

MYRA FELLS CUST STEVEN FELLS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
76 OSPREY CIRCLE
CALLAWASSIE ISLAND
OKATIE, SC 29909

MYRA GERSTENSCHLAGER TR
UA 06/17/83 LLOYD GERSTENSCHLAGER REVOCABLE LIVING
TRUST
1576 VAN WAGONER DR
SAGINAW, MI 48603-4413

MYRA TAPLINGER & ARMIN R TAPLINGER & DIANA L KRADJA
MYRA TAPLINGER REVOCABLE TRUST UA 07/11/95
5555 COLLINS AVE #8R
MIAMI BEACH, FL 33140-2542

MYRON D HANSEN & CATHERINE M HANSEN TR
MYRON DWAIN & CATHERINE MAY HANSEN TRUST UA 2/5/00
79 TEAK RD
OCALA, FL 34472-8758

MYRON D RICE & ANN S RICE TR
U/THE MYRANN RICE TRUST AND ANY AMENDMENTS
609 VALLEY VIEW DR
MESQUITE, NV 89027-3112

MYRON L BORAWICK CUST JOHN D BORAWICK
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
121 SW 192ND ST
SEATTLE, WA 98166-4147

MYRON L HATFIELD & DONNA F HATFIELD TR
MYRON L & DONNA F HATFIELD REV TRUST UA 02/09/00
1240 AUTUMN WALK
HAMILTON, OH 45013-5149

MYRON LEVBARG CUST DEBORAH BETH LEVBARG
A MINOR U/ ART 8-A OF PERS PROP LAW OF N Y
9 SWAN PLACE
NISSEQUOGUE, NY 11780-1335

MYRON M BLUME CUST MARY ELIZABETH BLUME
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
4909 NW 62ND ST
OKLAHOMA CITY, OK 73122-7412

MYRTLE A BRADFORD CROUT USUFRUCT THOMAS HOWARD
& CATHY JANE CROUT LUCIA NAKED OWNERS
1435 DUCHESS DR
BATON ROUGE, LA 70815-2901

MYWIN H ANDERSON & DAWN RAE ANDERSON TR
ANDERSON FAMILY TRUST UA 06/04/01
828 SANTA HELENA
HENDERSON, NV 89002-9016

N LEWIS MORRIS CUST GINGER T MORRIS
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
18 ARROWHEAD CIRCLE
SPENCER, VA 24165-3084

N LEWIS MORRIS CUST NEAL L MORRIS
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
18 ARROWHEAD CIRCLE
SPENCER, VA 24165-3084

N LORRAINE KLEIN
BOX 44
OHLMAN, IL 62076-0044

NADINE M BURKHART TR
NADINE M BURKHART REVOCABLE LIVING TRUST UA 6/24/95
101 PINE AVENUE UNIT 104
SNOHOMISH, WA 98290

NAEF K BASILE CUST MARIANNE THERESA BASILE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
24 PASADENA PLACE
MOUNT VERNON, NY 10552-1320

NAEIM A HENEIN & NAIRA S HENEIN JT TEN
785 LAKE SHORE DRIVE
GROSSE POINTE SHRS, MI 48236-1555

NAFTALI REINER
1572 40TH STREET
BROOKLYN, NY 11218-4416

NAHUM SCHULMAN CUST MAOMI BARBARA SCHULMAN
U/THE MINN UNIFORM GIFTS TO MINORS ACT
SAND SPRING RD
MORRISTOWN, NJ 07960-1041

NAN B COHEN STEIN
160 DORAL CT
DEERFIELD, IL 60015-5072

NAN CLAYTON MARTIN
8704 153RD STREET
WOLFFORTH, TX 79382-4361

NAN M BREIDENSTEIN
PO BOX 181
MILL VALLEY, CA 94941

NAN R JULIAN CUST ROBERT R JULIAN JR
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
313 BLACKSTONE AVE
ITHACA, NY 14850-1705

NANCI HEINMILLER
720 NE LAKEVIEW TER
BOCA RATON, FL 33431-6915

NANCY A ASKINS
& REBECCA K POTTS & CHERRY L BUCKLEY & TERRY L
ASKINS TR
6259 WORTHINGTON RD
WESTERVILLE, OH 43082

NANCY A BURDER
PO BOX 300695
DRAYTON PLNS, MI 48330-0695

NANCY A MACKE
1740 255TH ST
LAKE CITY, IA 51449-2129

NANCY A MEINBERG
2416 VINSETTA BLVD
ROYAL OAK, MI 48073-3338

NANCY B ADLER CUST STEVEN M ADLER
A MINOR UNDER GIFTS OF SECURITIES TO MINORS ACT
5687 WEATHERSTONE CT
SAN DIEGO, CA 92130-4826

NANCY C CARMEL
35060 225TH AVE
GILMAN, WI 54433-9548

NANCY C LEONHARD CUST LORI ANN LEONHARD
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3360 SOUTHDALE DR
DAYTON, OH 45409-1136

NANCY C LUNDGREN & RAYMOND G LUNDGREN JR TR
NANCY C LUNDGREN LIVING TRUST UA 04/05/96
531 PUNKATEEST NECK ROAD
TIVERTON, RI 02878-4011

NANCY C MOORE CUST CHARLES M MOORE
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
215 NORTH CHERRY STREET
FALLS CHURCH, VA 22046-3521

NANCY CHAMBERS CUST SCOTT E CHAMBERS
UNDER THE FLORIDA GIFTS TO MINORS ACT
4 ABERDEEN STREET
PEABODY, MA 01960-6002

NANCY E ATHA & SCOTT B ATHA TR
NANCY E ATHA FAMILY TRUST FUND UA 10/06/98
5605 CUERO DR
GRANBURY, TX 76049-5240

NANCY E BURKE TR
ROBERT AND NANCY BURKE FAMILY TRUST NUMBER TWO
UA 12/16/93
740 CASTLEDALE CT
SAINT JOHNS, FL 32259-7276

NANCY E JOHNSON TR
NANCY ELLEN JOHNSON REVOCABLE LIVING TRUST UA
02/24/03
2323 SW 18TH AVE
PORTLAND, OR 97201-2321

NANCY E PETERCHEFF & ANDREW F PETERCHEFF TR
UA 06/24/94 THE NANCY E PETERCHEFF LIVING TRUST
PO BOX 34021
INDIANAPOLIS, IN 46234-0021

NANCY ELLEN VERSHURE TR
NANCY ELLEN VERSHURE REVOCABLE TRUST UA 02/22/88
77A CARMELITA STREET
SAN FRANCISCO, CA 94117

NANCY FORD ARUFFO CUST PAUL ARUFFO
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
4600 B HUISACHE ST
BELLAIRE, TX 77401-5116

NANCY G BAISH CUST JAMES E BAISH
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
2820 RITNER HWY
CARLISLE, PA 17013-9434

NANCY G STEIN
1856 HOVSONS BLVD
TOMS RIVER, NJ 08753-1517

NANCY GANT HOLLIS LIFE TENANT U-W SARAH E C GANT L L
HOLLIS LESLIE C HOLLIS M B HOLLIS REMAINDERMAN
PO BOX 922
CRYSTAL BEACH, FL 34681

NANCY GREEN LURIE CUST DAVID R LURIE
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
194 PRESIDENT ST
BROOKLYN, NY 11231-3521

NANCY GRIGGS SHIPLEY SUBJECT TO THE WILL OF GLADYS
HOLLINGSWORTH
421 CHINQUAPIN DRIVE
MARIETTA, GA 30064-3507

NANCY I KLEIN
93 BELVEDERE DR
YONKERS, NY 10705-2813

NANCY J RILEY & JAMES J CONCEISON TR
UA 06/13/2008 CONCEISON FAMILY TRUST
7 ANDREWS ST
NORTH EASTON, MA 02356

NANCY J STROEHLEIN
ATTN J PALCHANES
209 ODD FELLOWS RD
PEMBERTON, NJ 08068-1405

NANCY JEN C ARLITZ CUST JEFFREY GRAHAM ARLITZ
A MINOR U/ P L 55 CHAP 139 OF LAWS OF N J
9173 BUSH POPPY AVE
LAS VEGAS, NV 89147-7803

NANCY K HARPER & WESLEY A HARPER TR
UA 02/27/1996 WESLEY A HARPER JR DISCLAIMER
17300 N 88TH AVE # 134
PEORIA, AZ 85382

NANCY L BEMER
PO BOX 290187
WETHERSFIELD, CT 06129-0187

NANCY L BEMERS
PO BOX 290187
WETHERSFIELD, CT 06129-0187

NANCY L HEINTZ
5496 HALL MARK LANE
LOCKPORT, NY 14094-6257

NANCY L MODLA & JOANNA M MODLA & EMIL J MODLA TR
UA 05/27/90 EMIL J MODLA
2811 REDDING RD
COLUMBUS, OH 43221-3149

NANCY LEE HEINZE
4707 AMBROSHIA SPRINGS LANE
KATY, TX 77494

NANCY LIPSITZ CUST JONATHAN LIPSITZ
UNDER THE FLORIDA GIFTS TO MINORS ACT
1800 NE 114TH ST
APT 2202
MIAMI, FL 33181-3413

NANCY LOUISE KLEIN
C/O WEISS
14702 BLUE SKIES
LIVONIA, MI 48154-4966

NANCY LYNN DIEHL WILLIAMS TOD CHARLES NELSON WILLIA
TOD RULES
PO BOX 911138
SAINT GEORGE, UT 84791

NANCY M GETHINS
C/O NANCY G STEIN
1856 HOVSONS BLVD
TOMS RIVER, NJ 08753-1517

NANCY MARIE DUNLOP CUST JENNIFER ANNE DUNLOP
UNDER THE STATE OF MICHIGAN UNIF GIFTS TO MINORS
ACT
104 RIVERDALE
HILLSDALE, MI 49242-1433

NANCY MEYER CUST PETER MEYER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
838 WEST END AVE
N Y, NY 10025-5351

NANCY MOSS THOMPSON TR
UA 08/20/2004 NANCY MOSS THOMPSON
GRANDCHILDREN'STRUST
2340 ROCKLEDGE DR
ROCKLEDGE, FL 32955

NANCY PAGE HENDERSON THORSEN TR
NANCY PAGE HENDERON THORSEN TRUST UA 11/08/96
1731 FAIRWAY DRIVE
WILMINGTON, NC 28403-4824

NANCY REIMER CUST ANDREW SCOTT REIMER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
75 NOBLE ST APT 225
LYNNBROOK, NY 11563-2228

NANCY RILETT
BOX 190014
SAN FRANCISCO, CA 94119-0014

NANCY ROSSBACH MCSHANE
& FRANCIS J BOURASSA JR & CYNTHIA BOURASSA JT TEN
50 HAMEL AVENUE
PO BOX 393
WILLIAMSTOWN, MA 01267-0393

NANCY S CYRUS & JAMES M CYRUS JT TEN
4246 127 AVE
ALLEGAN, MI 49010-9434

NANCY S HARTNETT & DONALD E HARTNETT TR
NANCY S HARTNETT & DONALD E HARTNETT TRUST UA
12/04/96
221 BELVOIR RD
WILLIAMSVILLE, NY 14221-3603

NANCY S SCHWEIGER CUST ROBERT B SCHWEIGER
U/THE FLA GIFTS TO MINORS ACT
325 NORTHEAST 122ND ST
NORTH MIAMI, FL 33161-5332

NANCY TERI HARRIS
PO BOX 220410
HOLLYWOOD, FL 33022-0410

NANCY WENTWORTH CUST KELLY ANN WENTWORTH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5441 PEPPERMILL RD
GRAND BLANC, MI 48439-1946

NANITA DOROTHY EVERMAN & ANDREW JON EVERMAN TR
NANITA DOROTHY EVERMAN TRUST UA 08/29/03
216 CIRCLE DRIVE
FLUSHING, MI 48433-1546

NAOFUMI NISHI
2 CHOUME TAFUSE 11-25
SAGA-CITY
SAGA-PREFECTURE
8400842 JAPAN

NAOFUMI NISHI
2 CHOUME TAFUSE 11-25
SAGA-CITY
SAGA-PREFECTURE
8400842 JAPAN

NAOMI H SOMMERS & HARRY C SOMMERS TR
HARRY C & NAOMI H SOMMERS TRUST UA 02/28/06
4724 PINNACLE DRIVE
BRADENTON, FL 34208-8497

NAOMI KLEIN
759 OCEAN PKWY
BROOKLYN, NY 11230-2238

NAOMI ROSENBLOOM CUST KATHERINE ANN ROSENBLOOM I
U-G-M-A
APT 6A
50 E 10TH ST
NEW YORK, NY 10003-6222

NAOMI T BULLION & DAVID NELSON BULLION TR
SAMUEL T BULLION TRUST UA 11/04/96 AMENDED 10/03/06
165 BULLION RD
SPRINGTOWN, TX 76082-4821

NAOMI W FITZPATRICK CUST THOMAS W FITZPATRICK
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
STONEY POINT
STORM LAKE, IA 50588

NAPOLEON PAPADAKIS
36100 PETERSBURG 2
STEINWANDSTR 8
GERMANY

NARENDRA N SANYAL & APARNA SANYAL TR
SANYAL FAMILY REVOCABLE LIVING TRUST UA 12/18/01
7701 BAKER COURT
DARIEN, IL 60561-4500

NAT FELTON CUST JILL SUSAN FELTON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
36 HORSESHOE LANE
MIDDLETOWN, CT 06457-7921

NAT FELTON CUST NANCY JANE FELTON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
60 BALDWIN RD
BEDFORD CORNERS, NY 10549-4816

NATALIE GARDNER CUST JOHN J GARDNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
135 CENTRAL PARK WEST
NEW YORK, NY 10023-2413

NATALIE GARDNER CUST RALPH D GARDNER JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
135 CENTRAL PARK WEST
NEW YORK, NY 10023-2413

NATALIE M NENCKA CUST LAURA J NENCKA
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
3 PINE LANE
WARREN, RI 02885-1110

NATALIE PICKUS CUST PHILIP PICKUS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
848 HAYES STREET
BALDWIN, NY 11510-4644

NATE DAVIS INVESTMENT ACCOUNT
BOX 2076
PARKERSBURG, WV 26102-2076

NATE LAVINDER ADAMS II TR
NATE LAVINDER ADAMS II REVOCABLE TRUST UA 04/23/98
#8 SIXTY WEST DRIVE
LEXINGTON, VA 24450-1781

NATE SHAPIRO CUST FRED SHAPIRO UGMA MI
PO BOX 250489
FRANKLIN, MI 48025-0489

NATELLE BENDERSKY RACHLIN
PO BOX 612172
N MIAMI, FL 33261-2172

NATHAN A KEMP & KAREN F KEMP TR
NATHAN A AND KAREN F KEMP REV LIVING TRUST UA
8/25/98
47340 SAVANNAH DR
MACOMB, MI 48044-2795

NATHAN ALBERT TUFTS JR & CHARLOTTE TAMBLYN TUFTS T
UA TUFTS FAMILY REVOCABLE TRUST 12/13/90
1549 SOUTH IVY ST
MEDFORD, OR 97501-4055

NATHAN COHEN CUST SUZANNE GLICKSTEIN
UNDER THE FLORIDA GIFTS TO MINORS ACT
400 BRIARWOOD CIRCLE
HOLLYWOOD, FL 33024-1389

NATHAN J BLUESTEIN
494 KING ST
CHARLESTON, SC 29403-5527

NATHAN P OZMON CUST PETER KUCHIN OZMON
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
5159 COACH LIFE TRAIL
ROCKFORD, IL 61111-3509

NATHAN R SELTZER CUST KATHLEEN SELTZER
U/THE PA UNIFORM GIFTS TO MINORS ACT
54 E 11TH ST APT 10
NEW YORK, NY 10003-6016

NATHAN S FIRESTONE CUST KERI SUE FIRESTONE
A MINOR U/THE LAWS OF THE STATE OF MICHIGAN
ATTN KERI SUE WORKMAN
21010 BUCKSKIN TRAIL
ELKHORN, NE 68022-2128

NATHAN WEINBERG
100 BAYVIEW DR 716
SUNNY ISLES BEACH, FL 33160

NATHANIEL ARNOLD & ZENIA ARNOLD JT TEN
9241 179TH OSAGE PL
THE VILLAGE, FL 32162-0840

NATHANIEL BARATZ CUST IVAN SCOTT BARATZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
222 N W 110 WAY
CORAL SPRINGS, FL 33071-8128

NATHANIEL JENKINS
PO BOX 420034
MIAMI, FL 33242-0034

NAZRA B KHAN
C/O NAZRA KHAN MAKUS
832 191 ST SW
LYNNWOOD, WA 98036-4908

NBCN INC
FBO 083001B
904-SECURITIES ADMINISTRATION
1410-1010 DE LA GAUCHETIERE ST WEST
MONTREAL QC H3B 5J2 CANADA

NEAL A MCCARROLL
PO BOX 340035 RYDER STATION
BROOKLYN, NY 11234-0035

NEAL E LLOYD
3127 280TH ST
OTO, IA 51044-8001

NED FELDMAN CUST JAMES FELDMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
303 E LINDEN AVE
ENGLEWOOD, NJ 07631-3716

NED I CHALAT CUST NANCY JEANNE CHALAT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 98
OAKLEY, UT 84055-0098

NEEIM A HENEIN CUST MICHAEL N HENEIN UGMA MI
785 LAKESHORE DRIVE
GROSSE POINTE SHRS, MI 48236-1555

NEIL A MARTONE SR & GLORIA J MARTONE TR
UA 01/21/10 THE MARTONE FAMILY TRUST
1910 ARMONDO DR
LADY LAKE, FL 32159

NEIL C KOCH & MARIE B KOCH JT TEN
N 7238 520TH ST
MENOMONIE, WI 54751-1298

NEIL J COLLINS CUST LYNNE L COLLINS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
692 PEAR TREE LN
GROSSE POINTE, MI 48236

NEIL ODONNELL CUST MAREA ANNE SHIOBAN ODONNELL
U/THE PA UNIFORM GIFTS TO MINORS ACT
BALLYDEVITT DONEGAL TOWN P O
CO DONEGAL
IRELAND

NEIL R FRANCOEUR
4549 153RD AVENUE SE
BELLEVUE, WA 98006-2551

NEIL R ROHNER & ALMA C ROHNER TR
ROHNER FAM REVOCABLE LIVING TRUST UA 06/18/97
4514 PORT AUSTIN RD
CASEVILLA, MI 48725-9666

NEINA E THIESSEN
2481 HEIL AVE
EL CENTRO, CA 92243-3531

NELL MAE THAMES
PO BOX 160245
AUSTIN, TX 78716-0245

NELLIE CHARLESTON
603C WILLOW LN
WHITING, NJ 08759-3774

NELLIE M STORY CUST NANCY A STORY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7674 STATE RTE 12
BARNEVELD, NY 13304-1837

NELSON F RUSSELL & GERTRUDE M RUSSELL TR
NELSON F & GERTRUDE RUSSELL TRUST UA 02/01/96
70 FEARING ST
BUZZARDS BAY, MA 02532-4516

NELSON KLEIN
ATTN LEO & RUTH KLEIN
49 AVA CT
MANORVILLE, NY 11949-2516

NELSON P WITHERS CUST JAMES A WITHERS
A MINOR UNDER THE LAWS OF GEORGIA
270 MOSSY WAY
KENNESAW, GA 30152-5707

NELSON P WITHERS CUST MELINDA L WITHERS
A MINOR UNDER THE LAWS OF GEORGIA
270 MOSSY WAY
KENNESAW, GA 30152-5707

NELSON P WITHERS CUST ROBERT P WITHERS
A MINOR UNDERTHE LAWS OF GEORGIA
270 MOSSY WAY
KENNESAW, GA 30152-5707

NELSON T NORDQUIST CUST JOHAN NELSON NORDQUIST
UNDER THE NEW JERSEY U-G-M-A
PO BOX 106
WHITE HORSE BEACH, MA 02381-0106

NENG PIN YAP
BLOCK 66
MARINE PARADE ROAD 16-10
449300 SINGAPORE

NESTOR ORTIZ CUST JUSTIN EIN ORTIZ UTMA NY
712 FOX ST APT 6D
BRONX, NY 10455-2042

NETTIE B WHITING
12780 COUNTY ROAD 8110
WEST PLAINS, MO 65775-5620

NEVILLE S ORCHARD & BERYL W ORCHARD TR
UA 09/02/88 NEVILLE S ORCHARD & BERYL W ORCHARD
17 SKYUKA TRAIL
COLUMBUS, NC 28722-8455

NEWELL V CHURCHILL & GLADYS M CHURCHILL TR
CHURCHILL FAM REVOCABLE LIVING TRUST UA 02/25/97
4230 TOWER HILL RD
HOUGHTON LAKE, MI 48629-9258

NEWTON Y WALKER
PO BOX 681732
FRANKLIN, TN 37068-1732

NICHOLAS A POCCIA & PHYLLIS C POCCIA TR
POCCIA LIVING TRUST UA 11/04/94
111 CREEKSIDE LN
OXFORD, OH 45056-9488

NICHOLAS C HEINRICH
PO BOX 121
ONAWAY, MI 49765-0121

NICHOLAS EREMITA CUST MICHAEL EREMITA
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
3155 SAVANNAHS TRAIL
MERRITT IS, FL 32953

NICHOLAS F ALDRICH JR
5518 168TH PLACE SW
LYNNWOOD, WA 98037-3076

NICHOLAS F ALDRICH SR
5518 168TH PL SW
LYNNWOOD, WA 98037-3076

NICHOLAS J CHICK CUST VIRGINIA ANN CHICK
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1156 KRAMER ST
SAN LEANDRO, CA 94579-2351

NICHOLAS JAMES FENGOS
3338 160TH STREET
FLUSHING, NY 11358-1347

NICHOLAS LIMBEROPULOS & ANGELINE LIMBEROPULOS TR
UA 02/17/93 NICHOLAS & ANGELINE LIMBEROPULOS TR
910 S WAVERLY
MOUNT PROSPECT, IL 60056-4154

NICHOLAS LONT CUST KENNETH N LONT
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
741 CHARNWOOD DRIVE
WYCKOFF, NJ 07481-1011

NICHOLAS N MENEGAS CUST KIMON PETER MENEGAS
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1306 CANTERBURY LANE
GLENVIEW, IL 60025-3141

NICHOLAS P SCHAFFHAUSEN
10154 240TH STREET NORTH
SCANDIA, MN 55073-9733

NICHOLAS PINO CUST MARIA ELLEN PINO
A MINOR U/ART8-A OF THE PERS PROP LAW OF NEW YORK
ATTN MARIA ELLEN P BLACKSTONE
274 BARLOW POINT RD
LONGVIEW, WA 98632-9454

NICHOLAS T KOLLINATIS & ZAPHIRA G KOLLINATIS TR
KOLLINATIS FAM LIVING TRUST UA 03/21/00
5839 CLIFFSIDE
TROY, MI 48098-3848

NICHOLAS VECCHIONE & FRANCES C VECCHIONE TR
NICHOLAS VECCHIONE & FRANCES C VECCHIONE TRUST
UA 10/04/95
26632 EL MAR DR
MISSION VIETO, CA 92691-6106

NICK FUNCICH CUST CHRISTOPHER NICK FUNCICH
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1285 21ST ST
SAN PEDRO, CA 90731-4924

NICK FUNCICH CUST KAREN MARIE FUNCICH
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1285 21ST ST
SAN PEDRO, CA 90731-4924

NICOLAAS MANN & JOHANNA B MANN TR
THE NICOLAAS MANN & JOHANNA B MANN TRUST UA
09/10/01
512 MIDCREST ROAD
OAKLAND, CA 94610-1814

NICOLAS SEMENIUK & JENNIE SEMENIUK TR
NICOLAS & JENNIE SEMENIUK REVOCABLE LIV TRUST UA
3/17/00
14303 DENNE
LIVONIA, MI 48154-4360

NICOLE KORELSTEIN
DOMAINE DES PRINCES
799 BD DES PRINCES
06210 MANDELIEU
LA NAPOULE FRANCE

NICOLE LEW BEHRSTOCK
PO BOX 642873
LOS ANGELES, CA 90064-7178

NIKITA KISELEV
RAEVSKOGO 3 51
MOSCOW
121151 RUSSIAN FEDERATION

NIKKI GOLDSTEIN CUST JORDYN MICHELE GOLDSTEIN UTMA
888 NORTHRIDGE COURT
GOLDEN, CO 80401-9175

NILA RAMESH DESAI & RAMESH RATILAL DESAI TR
NILA RAMESH & RAMESH RATILAL DESAI
18 VIA CORALLE
NEWPORT COAST, CA 92657-1614

NILES BAAB CUST TRACY ANN BAAB PURS TO SECS 1339/26 I
OH
116 E REYNOLDS ST
URBANA, OH 43078-2142

NINA F SWANSON
& CRYSTAL SWANSON & LEAH L SWANSON & STERLING
SWANSON JT TEN
10660 MORTON CHASE WAY
ALPHARETTA, GA 30022

NIOLA MODELLE METCALF & COBURN C METCALF TR
NIOLA MODELLE METCALF TRUST US 12/07/90
6684 MILLL RIDGE RD
MAUMEE, OH 43537-9658

NISHA K GHIYA & KINNAR K GHIYA JT TEN
PO BOX 231159
NEW YORK, NY 10023-0020

NITIN THAKER & DISHITA THAKER JT TEN
17230 PARK LANE DR
STRONGSVILLE, OH 44136-6472

NOEL D SCHLEININGER
3707 NE 57TH TERR
GLADSTONE, MO 64119-2332

NOEL K RUBALOFF CUST NANCY JO RUBALOFF
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
5940 CALIFORNIA ST APT 5
SAN FRANCISCO, CA 94121-2120

NOEL M PACE CUST RODNEY ORTON PACE
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
2142 S RIDGE POINT WAY
BOISE, ID 83712-8517

NOEL STONE
11300 122ND AVE NORTH
LARGO, FL 33778-2537

NOMA HART
248 S HEINCKE RD
APT 8A
MIAMISBURG, OH 45342-3578

NORBERT F REINERT CUST MATTHEW W REINERT UGMA DE
BOX 311
MENDENHALL, PA 19357-0311

NORBERT F REINERT CUST PAUL H REINERT UGMA DE
BOX 311
MENDENHALL, PA 19357-0311

NORBERT J RADLICK & DOROTHY RADLICK TR
NORBERT J RADLICK & DOROTHY RADLICK TRUST UA
11/11/92
36651 TULANE DR
STERLING HEIGHTS, MI 48312-2866

NORBERT L KNAPP & JEAN B KNAPP TR
UA 03/10/93 KNAPP FAMILY LIVING TRUST
19621 ROSEDALE
ST CLAIR SHORES, MI 48080-3387

NORBERT L WECKSTEIN CUST CLIFFORD WECKSTEIN
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
2602 WILSHIRE AVE
ROANOKE, VA 24015-3946

NORBERT MICHAEL BRIES & PATRICIA J BRIES JT TEN
691 BANBURY RD
MUNDELEIN, IL 60060-1114

NOREEN STONOR DREXEL TR
NOREEN STONOR DREXEL REVOCABLE TRUST UA 04/11/97
668 PUBLIC LEDGER BLDG
PHILADELPHIA, PA 19106-3474

NORMA C WYGANT & LLOYD B WYGANT TR
NORMA WYGANT LIVING TRUST UA 04/21/98
428 LEAWOOD CT
ASHLAND, OH 44805-4156

NORMA E RENICK TOD GLENDA E SCHROEDER
& GAIL K RENICK & GARREL L RENICK
1008 ELMONT
SULLIVAN, MO 63080-1006

NORMA GREENSTEIN & GERALD A GREENSTEIN JT TEN
Q212
1400 SW 131 WAY
PEMBROKE PINES, FL 33027-2453

NORMA HEINZ
55 TREMONT ST
BOSCAWEN, NH 03303-1325

NORMA J BAKER
C/O NORMA J WEINER
1000 KINGS HWY-464
PORT CHARLOTTE, FL 33980-5215

NORMA J BLACK & WARREN A SALZMAN TR
NORMA J BLACK REV TRUST UA 07/10/96
3003 HAZELWOOD #330
MAPLEWOOD, MN 55109-1187

NORMA J OESWEIN
3833 CHATHAM RD
LOUISVILLE, KY 40218-4703

NORMA J YOUNG & CHESTER D YOUNG JR TR
NORMA J YOUNG LIVING TRUST UA 10/16/00
15307 W 93RD ST
LENEXA, KS 66219

NORMA JEAN GAITO TR
NORMA JEAN GAITO REVOCABLE LIVING TRUST UA 10/15/97
4512 SE OAK BEND DR
BERRYTON, KS 66409-9226

NORMA M WILLIAMS TR NORMA M WILLIAMS TRUST UA 06/01/
PO BOX 510641
LIVONIA, MI 48151-6641

NORMA M WOODVINE & GEORGE T WOODVINE TR
NORMA M WOODVINE TRUST UA 5/26/98
175 DAY DR
SABASTIAN, FL 32958-6937

NORMA S BISACCA
& CAROL A BISACCA & LINDA LEE GRAU & PAUL FRANK
BISACCA JT TEN
494 SPRING VALLEY RD
W MIFFLIN, PA 15122-2541

NORMA SMALLEN CUST DANIEL SMALLEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
412-2D BENEDICT AVENUE
TARRYTOWN, NY 10591

NORMA V BEUKE & DONALD E BEUKE TR
DONALD E BEUKE & NORMA V BEUKE REV TRUST UA 1/20/00
2886 QUESTEND DR
INDIANAPOLIS, IN 46242

NORMA W STEIN
3033 CARDINAL PL
LYNCHBURG, VA 24503-3301

NORMAN A KUYKENDALL & MARY F KUYKENDALL TR
KUYKENDALL LIVING TRUST UA 08/16/99
1063 BEAR CREEK RD
LEICESTER, NC 28748-6312

NORMAN A RICK & ADELAIDE E RICK TR
NORMAN A RICK & ADELAIDE E RICK REV TRUST UA 01/29/01
315 N LA GRANGE RD
APT 425
LA GRANGE PK, IL 60526-5016

NORMAN A STETZ CUST MICHAEL NORMAN STETZ
U/THE MICH UNIFORM GIFTS TO MINORS ACT
6727 LAKEWOOD DR
OSCODA, MI 48750-8747

NORMAN A TIBBITS
& JANE K TIBBITS & DAVID P DEHN & GLENDA F DEHN JT
TEN
4070 NORMAN RD
BURTCHVILLE, MI 48059

NORMAN ARTHUR HEIN
24525 NOTRE DAME
DEERBORN, MI 48124-4492

NORMAN BASMAJIAN & JANICE BASMAJIAN TR
UA 07/23/91 THE BASMAJIAN REVOCABLE INTER VIVOS
TRUST
4003 PASEO DE LAS TORTUGAS
TORRANCE, CA 90505-6323

NORMAN BECKMAN CUST MISS DIANE S BECKMAN
U/THE VA UNIFORM GIFTS TO MINORS ACT
6849 STRATA ST
MC LEAN, VA 22101-5437

NORMAN BENNETT CUST MILLARD S BENNETT
U/THE MD UNIFORM GIFTS TO MINORS ACT
17709 HOLLINGSWORTH DR
DERWOOD, MD 20855-1306

NORMAN BORENSTEIN
3520 RIDGELAND RD
DAVIE, FL 33328-6975

NORMAN C COTTMAN JR & ANN H COTTMAN TR
UA 04/26/91 THE COTTMAN FAMILY TRUST
1792 AMARONE WAY
HENDERSON, NV 89012-7220

NORMAN C HERMANN & ROSE MARIE L HERRMAN TR
HERMANN FAMILY TRUST UA 04/24/06
5175 ELMS ROAD CREEK
MICHIGAN, MI 48473-1601

NORMAN C RIBBLE & DOROTHY L RIBBLE TR
NC & D L RIBBLE LIVING TRUST UA 01/01/90
PO BOX 897
ELEPHANT BTTE, NM 87935-0897

NORMAN C SEURINCK & RUTH B SEURINCK TR
NORMAN C SEURINCK LIVING TRUST UA 05/08/06
25249 WYKESHIRE
FARMINGTON HILLS, MI 48336-1554

NORMAN DONALD MORRISON III & MAIYA M MORRISON TR
MORRISON TRUST UA 1/21/99
136 CORTE DEL ENCINO
SONORA, CA 95370

NORMAN E PETERSON
26205 129TH AVE SE
KENT, WA 98031-7945

NORMAN EDELSTEIN CUST MARK EDELSTEIN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
4664 W LUNT
LINCOLNWOOD, IL 60646-2121

NORMAN EPSTEIN & MARIAN EPSTEIN JT TEN
57 GLENWOOD DR
NEW SHREWSBURY, NJ 07724-2721

NORMAN F ABRAMS & LA VERN L ABRAMS TR
NORMAN F ABRAMS & LA VERN L ABRAMS TRUST UA
03/19/99
5222 PEONY DR
LIVERMORE, CA 94551-1252

NORMAN F STEINAGLE
3830 CONCORD DR
N TONAWANDA, NY 14120-3702

NORMAN F STEINBERGER
PO BOX 221473
CHARLOTTE, NC 28222-1473

NORMAN FOSTER & WINSTON FOSTER JT TEN
BOX 801308
AVENTURA, FL 33280-1308

NORMAN GREEN CUST STEPHEN H GREEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1588 UNION AVE
HEWLETT BAY, NY 11557-1826

NORMAN GREENBERG CUST JODI SUE GREENBERG
U/THE N Y UNIFORM GIFTS TO MINORS ACT
9404 ALTA SOL WAY
NEW PORT RICHEY, FL 34655-1764

NORMAN I STEIN & MRS RUTH STEIN JT TEN
10900 BALANTRE LANE
POTOMAC, MD 20854-1321

NORMAN J YENTZEN CUST RICKI ANN YENTZEN
U/THE LOUISIANA GIFTS TO MINORS ACT
PO BOX 333
CARENCRO, LA 70520-0333

NORMAN KELLER CUST BRENT F KELLER
U/THE NEBRASKA UNIFORM GIFTS TO MINORS ACT
1517 2ND ST
SAINT PAUL, NE 68873-1307

NORMAN KELLER CUST ROBIN M KELLER
U/THE NEBRASKA UNIFORM GIFTS TO MINORS ACT
1517 2ND ST
SAINT PAUL, NE 68873-1307

NORMAN L BRAUN CUST PERRY HOWARD BRAUN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
17 KINGSTON RD
SCRARSDALE, NY 10583-1147

NORMAN L CHAFFEE CUST PAMELA R CHAFFEE
U/THE PA UNIFORM GIFTS TO MINORS ACT
526 WOOD ST
APT 311
BETHLEHEM, PA 18018-4456

NORMAN L ECKERT
& BARBARA J NEWMAN & JAMES G ECKERT & EARL R
ECKERT JT TEN
12383 MOERS DR
STERLING HEIGHTS, MI 48313-2586

NORMAN L FEINAUER
610 S FARRAGUT ST
BAY CITY, MI 48708-7361

NORMAN L KAISER & ELIZABETH P KAISER TR
NORMAN L & ELIZABETH P KAISER REV TRUST UA 03/21/01
214 FAIRGREEN AVE
NEW SMYRNA BCH, FL 32168-6192

NORMAN L PIEGOLS & MARY U PIEGOLS TR
NORMAN & MARY PIEGOLS LIVING TRUST
4OO E MAIN APT 415
MIDLAND, MI 48640

NORMAN L WILKES & PEG Y MCMAHAN TR
NORMAN L & PEG Y MCMAHAN LOVING TRUST UA 07/10/90
5217 WOODSTONE CR SO
LAKE WORTH, FL 33463-5817

NORMAN LEE NICHOLS CUST NORMAN KENT NICHOLS
U/THE MICH UNIFORM GIFTS TO MINORS ACT
7703 GRANDMONT
DETROIT, MI 48228-3626

NORMAN LESTER ANDERSON & DOROTHY ELAINE ANDERSO
ANDERSON FAMILY TRUST UA 07/18/02
3610 HIRSCHFIELD ROAD
SPRING, TX 77373-7416

NORMAN M LAWRENCE & OLA B LAWRENCE & NORMAN W LA
NORMAN M LAWRENCE & OLA B LAWRENCE TRUST UA
3/11/91
1635 LINDBERGH DR
BEAUMONT, TX 77707-4132

NORMAN M LAWRENCE & OLA B LAWRENCE TR
NORMAN M & OLA B LAWRENCE TRUST UA 03/11/91
1635 LINDBERGH DR
BEAUMONT, TX 77707-4132

NORMAN M MARSHALL & DELORES MARSHALL TR
NORMAN M & DELORES E MARSHALL REVOCABLE TRUST
UA 11/03/97
2709 72ND STREET CT W
BRADENTON, FL 34209-5327

NORMAN N FOX CUST DAVID B FOX
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
244 HARBOR DR
BIGFORK, MT 59911-6264

NORMAN NATKO CUST STEVEN NATKO
A MINOR U/ART 8-A OF THE PERSONAL PROPERTY LAW OF
N Y
200 WINSTON DR APT 2321
CLIFFSIDE PK, NJ 07010-3229

NORMAN PEMSTEIN & CLAIR PEMSTEIN JT TEN
344 SACKETT ST
BROOKLYN, NY 11231-4702

NORMAN PLOTZKA & CAROLE A PLOTZKA TR
NORMAN PLOTZKA LIVING TRUST UA 05/22/95
889 ISLAND RD
HOPE, MI 48628-9617

NORMAN R ANDERSON & DOLORES M ANDERSON TR
NORMAN R & DOLORES M ANDERSON TRUST UA 09/28/99
939 MARCONI AVE
ANNAPOLIS, MD 21401-6843

NORMAN R BERGRUN & CLAIRE M BERGRUN TR
UA 11/09/01 BERGRUN FAMILY REVOCABLE TRUST
26865 ST FRANCIS RD
LOS ALTOS HILLS, CA 94022

NORMAN R REINKE
2555 ANDEN PL
SAGINAW, MI 48604-9740

NORMAN R REINKE & MRS CAROL R REINKE JT TEN
2555 ANDEN PL
SAGINAW, MI 48604-9740

NORMAN S STRAND CUST KURT STRAND
U/THE WASHINGTON UNIFORM GIFTS TO MINORS ACT
22101 S E 32ND ST
ISSAQUAH, WA 98029-9541

NORMAN S WIENER CUST FRANCIS JOSEPH WIENER
A MINOR UNDER P L 55 CH 139 OF THE LAWS OF
204 6TH ST N
BRIGANTINE, NJ 08203-3116

NORMAN SIU
PO BOX 282465
SAN FRANCISCO, CA 94128

NORMAN T WOOD & NANCY M WOOD TR
NORMAN T WOOD & NANCY M WOOD LIVING TRUST UA
12/02/94
4469 GRANT RD
MILDDLETON, MI 48856-9729

NORMAN W BELLENGER JR
5392 110TH AVE
PULLMAN, MI 49450-9653

NORRIS B LUTHER TR
UA 03/13/1997 NORRIS B LUTHER REVOCABLE LIVING TRUST
5345 MISSION HILL DR
TUCSON, AZ 85718

NORRIS C WALLS TR
UA 1/25/2002 NORRIS C WALLS AND PAULINE A WALLS
REVOCABLE LIVING TRUST
8055 MARQUOIT
DAVISBURG, MI 48350-2414

NORRIS E HARRELL & KATHRYN J HARRELL JT TEN
18654 111TH PLACE S E
RENTON, WA 98055-7180

NORTON M RUBENSTEIN
8711 OLD SPRING RD
RICHMOND, VA 23235-1535

NOTT WHEELER CUST EDWARD NOTT WHEELER JR
U/THE MISS UNIFORM GIFTS TO MINORS ACT
1306 COLLEGE ST
CLEVELAND, MS 38732-3024

NTC & CO CUST JOAN LUEBBERT IRA MANAGED A/C
BOX 173859
DENVER, CO 80217-3859

NUMA DALE COOPER
1126 WEINSZ DR
DOYER, OH 44622-1266

O BENTON BISSELL & LUCY B BISSELL TR
UA F-B-O BISSELL FAMILY TRUST 08/28/92
7700 WESTVIEW
NEWCASTLE, CA 95658-9607

O J HORGER II & CAROLYN HORGER TR
UA 06/19/91 O J HORGER II & CAROLYN HORGER
444 CAMINO DE LUCIA
CORRALES, NM 87048-8308

O LESTER WEINGART
10051 STRATTON RD
SALEM, OH 44460-7648

OBIE L SMITH
PO BOX 201384
CLEVLAND, OH 44120-8106

OCTAVE G BROWNE OWNER OF UNDIV 1/2 ALFRED O ROBER
CASTILLE LEO J BERGGREEN OWNERS OF OTHER UNDIV 1/2
4560 BENNETT DR
BATON ROUGE, LA 70808-8701

ODELL N WALKER
PO BOX 199122
CHICAGO, IL 60619-9122

OLA C TORNS
& SAMUEL T TORNS & MARGIE M SOCTT & LAVINYA M
BETHEL JT TEN
411 EAST STEWART ST
FLINT, MI 48505-3421

OLEG SAVICH
40 1 121 MIKLUHO MAKLAYA ST
117342 MOSCOW
RUSSIAN FEDERATION

OLGA JEAN BECICH TR OLGA JEAN BECICH LIV TRUST UA 07/
1701 LAKE AVE
WHITING, IN 46394-1525

OLGA KRUEGER CUST LESLIE J KRUEGER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
6 RIDINGS WAY
CHADDS FORD, PA 19317-9142

OLGA KURTZ
38205 183RD SOUTH EAST
AUBURN, WA 98092-9570

OLIVE E RICHARDSON CUST EDWARD LYNAUGH RICHARDSO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
742 WYNDMUIR DR
CRYSTAL LAKE, IL 60012-3771

OLIVE JONES HARKESS OWNER OF UNDIVIDED 5/6TH USUFR
1/6 NANCY K HARKESS NAKED OWNER
C/O TERRY 12853 PALM DRIVE
LARGO, FL 33774-3137

OLIVER A BLACKBURN & LAVETA P BLACKBURN TR
UA 10/16/2007 OLIVER A BLACKBURN &
1834 JEFFERSON DR
MOUNT VERNON, IN 47620

OLIVER HEINISCH
27 HAKENORT
BIELEFELD
GERMANY

OLIVER K OSBORNE & MARILYN N OSBORNE TR
OSBORNE REVOCABLE LIVING TRUST UA 12/05/97
6234 N ARROWHEAD DRIVE
SCOTT, MI 49088-9780

OLIVER STEINHOFF
ADAM OPEL GMBH
IPC 71-50
RUSSELSHEIM
GERMANY

OLIVER W WRIGHT CUST JOANN WRIGHT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1205 BALFOUR
GROSSE POINTE PARK, MI 48230-1019

OLIVEROSE APPLE & WILLIAM APPLE TR
REVOCABLE TRUST 05/02/89 U-A OLIVER APPLE
237 STONEHAVEN RD
KETTERING, OH 45429-1641

OLIVIA C HSIUNG & ROSA C HSIUNG TR
UA 01/21/10 OLIVIA C HSIUNG REVOCABLE TRUST
9209 HUNTMASTER RD
LAYTONSVILLE, MD 20882

OLLIE M CAINE
PO BOX 431791
PONTIAC, MI 48343-1791

OMER E PORTER & BETTY C PORTER TR
UA 11/16/2006 THE PORTER FAMILY LIVING TRUST
8263 PINECOVE COURT
CINCINNATI, OH 45249

OMUS HIRSHBEIN CUST PERETZ HIRSHBEIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
340 RIVERSIDE DR APT 15A
NEW YORK, NY 10025-3441

ONEIDA D KEGEBEIN
6708 KIRKWOOD ST
RICHMOND, VA 23230-1642

ONTARIO INC
253 ROBINA RD
ANCASTER ON
L9G 2L6 CANADA

ONTARIO INC
253 ROBINA ROAD
ANCASTER ON
L9G 2L6 CANADA

ONTARIO INC 1071606 ONT INC
253 ROBINA RD
ANCASTER ON
L9G 2L6 CANADA

ONTARIO LTD
2765 CURRY AVE
WINDSOR ON
N9E 2S6 CANADA

ONTARIO LTD
464 SUMMERHILL AVENUE
SUITE 21
TORONTO ON
M4W 2E4 CANADA

ORA E CALDWELL
& MAINEL L CALDWELL & STEVEN O CALDWELL & DALE L
CALDWELL JT TEN
RT 1 BOX 174
PRINCETON, MO 64673-9602

ORCENETH F KNIGHT & BERNICE A KNIGHT TR
ORCENETH F KNIGHT FAM TRUST UA 08/01/92
9350 BLUEBELL DR
GARDEN RIDGE, TX 78266-2316

OREN H WIGGIN & MINNIE M WIGGIN TR
UA 05/03/91 OREN H WIGGIN & MINNIE M WIGGIN REV LIV
15325 S LONE ELM RD APT 112
OLATHE, KS 66061-5445

ORINNE G WEARE TR UA 08/04/08 ORINNE G WEARE TRUST
8507 134TH ST N
SEMINOLE, FL 33776

ORLAND SMITH CUST KEITH ORLAND SMITH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
41158 VILLAGE LAKE
NOVI, MI 48375-4355

ORRIN M ANDERSON & MYRA L ANDERSON TR
ORRIN M ANDERSON & MYRA L ANDERSON REVOCABLE
5201 ASBURY AVE
APT 245
GODFREY, IL 62035-4807

ORSON D GALLUP S O MALLEY & BENNY FRIEL TR
UA 11/07/94 ORSON D GALLUP REV TRUST
650 N ATLANTIC AVE APT 211
COCOA BEACH, FL 32931

ORTON L MILLS CUST ROY LESLIE MILLS
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
14220 34 MILE RD
ROMEO, MI 48065-3304

ORVILLE C SCHLUCHTER TR
UA 10/14/93 ORVILLE C SCHLUCHTER REVOCABLE LIVING
TRUST
7304 GOOD SAMARITAN COURT APT 233
EL PASO, TX 79912

ORVILLE K HEIN & MRS CAROL R HEIN JT TEN
5140 MARSHALL ROAD
DAYTON, OH 45429-5814

ORVILLE M REDDING & PATRICIA M REDDING TR
ORVILLE M & PATRICIA M REDDING TRUST UA 03/24/97
12472 111TH AVE
FINLAYSON, MN 55735

OSCAR BRETTHORST CUST MISS BARBARA ANN BRETTHORS
U/THE NEB UNIFORM GIFTS TO MINORS ACT
5720 FRANKLIN ST
LINCOLN, NE 68506-2211

OSCAR BRETTHORST CUST MISS SALLY MARIE BRETTHORS1
U/THE NEB UNIFORM GIFTS TO MINORS ACT
5720 FRANKLIN ST
LINCOLN, NE 68506-2211

OSCAR F HULBER & BARBARA J HULBER TR
UA 09/11/90 OSCAR F HULBER & BARBARA J HULBER TRUST
3558 CASTLE DR
ZEPHYRHILLS, FL 33540-6510

OSCAR G CASE & CAROL A CASE TR
UA 05/23/2007 OSCAR G CASE & CAROL A CASE
15040 CHETWYN DRIVE
LANSING, MI 48906

OSCAR H FEHLEN & MAREE A FEHLEN TR
UA 06/04/90 OSCAR H FEHLEN & MAREE A FEHLEN TRUST
2318 BACK NINE ST
OCEANSIDE, CA 92056-1701

OSCAR J VITAL & ROSEMARY VITAL TR
THE REV LIV TR OF OSCAR J VITAL & ROSEMARY VITAL UA
10811 TERECITA RD
TUJUNGA, CA 91042-1444

OSCAR T PAIGE & ROBERT B SEAY JT TEN
PO BOX 431761
PONTIAC, MI 48343

OSHRY KASPARIAN & HELEN KASPARIAN TR
KASPARIAN FAMILY TRUST UA 07/16/96
5239 EL MIRADOR DR
LOS ANGELES, CA 90008-1124

OTIS PHILLIP DAILEY JR
7750 UNTREINER AV
PENSACOLA, FL 32534-4540

OTTO LINKS & CELIA LINKS TR
OTTO LINKS & CELIA LINKS REVOCABLE LIVING TRUST UA
12/06/94
4901 E SUNRISE DR # 1310
TUCSON, AZ 85718-4595

OTTO ZMOOS
3296 220TH ST
WAUCOMA, IA 52171-8504

OVA O NICKELL
PO BOX 174863
ARLINGTON, TX 76003

OWEN W CARRIGAN & THOMAS R CARRIGAN & EILEEN R FEI(
CARRIGAN FAMILY TRUST UA 01/22/97
7338 KINSEL
VERMONTVILLE, MI 49096-9540

OWENS CORNING FCU CUST IRA OF DENNIS E GRANZOW
UNDER I-R-A PLAN DTD 04-13-87
6683 EMBASSY CT
MAUMEE, OH 43537-9648

OZ A MAURADAIN & MARGARET MAURADAIN TR
OZ A MAURADAIN & MARGARET MAURADAIN TRUST UA
11/25/97
4231 19TH ST
WYANDOTTE, MI 48192-6929

P KENNETH PIERPONT TR
UA 04/02/2008 P KENNETH & NANCY C PIERPONT
FAMILYTRUST
204 CEDAR POINT CRESCENT
YORKTOWN, VA 23692

P L GREEN
PO BOX 410572
CHARLOTTE, NC 28241-0572

P RUSSELL KIERNAN & MARILYN M KIERNAN TR
KIERNAN 2000 FAMILY TRUST UA 12/27/00
701 MILLER AVENUE
MILL VALLEY, CA 94941-2927

P WENDELL CALHOUN CUST CHARLTON P CALHOUN
A MINOR UNDER THE LAWS OF GEORGIA
725 COPPER TRACE WAY
WOODSTOCK, GA 30189-2303

PAAVO K NURMI & NANCY A NURMI TR
PAAVO K NURMI & NANCY A NURMI TRUST UA 09/25/95
4914 N LOUIES LN
HESSEL, MI 49745

PABLO D PLACIDO & VISITACION A PLACIDO TR
UA 11/09/92 PLACIDO FAMILY TRUST
470 9TH AVE
SAN FRANCISCO, CA 94118-2913

PALMA MICALIZZI & JOHN MICALIZZI & THOMAS MICALIZZI JT 1
205 MOCKINGBIRD WAY
WHITING, NJ 08759-3711

PALMER M KIRKPATRICK CUST HUGH G KIRKPATRICK
U/THE S C UNIFORM GIFTS TO MINORS ACT
903 SPRUCE COURT
GREENVILLE, SC 29611-2409

PALMIERI QUARANTOTTO CUST JOHN QUARANTOTTO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
210 NW 58TH CT
MIAMI, FL 33126-4726

PAMELA A CHRISTENSEN TR
UA 04/01/2009 PAMELA A CHRISTENSEN DECLARATION OF
TRUST
913 WEDGEWOOD DR
CRYSTAL LAKE, IL 60014

PAMELA A DUCKWORTH
PO BOX 775012
STEAMBOAT SPRINGS, CO 80477-5012

PAMELA A EBERSTEIN
107 ELLIOTT CT
COLUMBIA, TN 38401-5500

PAMELA A ROSSETTI
& MICHAEL T ROSSETTI & BRENT J FOX & TYLER O FOX JT
TEN
3452 SANDSTONE CIRCLE APT 1212
COLUMBUS, IN 47201

PAMELA ANN HAWKS
18718 196TH AVE S E
RENTON, WA 98058-0301

PAMELA GAIL PINTUS
111 143RD ST SE
LYNNWOOD, WA 98037-6702

PAMELA J WILMOT
18833 296TH PL NE
DURALL, WA 98019-8701

PAMELA K STEINER
627 CYPRESS AVE
MILLBRAE, CA 94030-1210

PAMELA L POORE
2175 STEINER RD
MONROE, MI 48162-9491

PAMELA LYNN HEINLY
214 LONGVIEW DRIVE
SINKING SPG, PA 19608

PAMELA SCHEINMAN
236 MONTGOMERY ST
HIGHLAND PARK, NJ 08904-2406

PAMELA SNOW CROWTHER
& MELINDA SNOW RICH & MARJORIE SNOW SCHOFIELD &
JULIE SNOW &
690 W 560 N
CEDAR CITY, UT 84720-4110

PAMELA STEINMAN
32215 COLFAX
FARMINGTON HILLS, MI 48336-4513

PAO C PIEN CUST EDWARD H H PIEN
A MINOR U/THE LAWS OF THE DISTRICT OF COLUMBIA
7310 DURBIN TERR
BETHESDA, MD 20817-6127

PASQUALE A VIGLIOTTI & JOHN H VIGLIOTTI TR
UA 05/19/93 PASQUALE A VIGLIOTTI& M
21 WEATHER OAK HILL DR
NEW WINDSOR, NY 12553-7207

PAT P SYLVESTER CUST PATRICK JOSEPH SYLVESTER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2341 E LAUREL LANE
PHOENIX, AZ 85028-1014

PATHE SESHAIER VIVEK & RAMOLA KANNU VIVEKANANTHAN
UA 09/17/2008 THE PATHE SESHAIER VIVEK & RAMOLA
4608 HIDDENBROOK DRIVE
RALEIGH, NC 27609

PATRICE D LEIER
ATTN PATRICE OLSEN LEIER
5441 240TH LN NW
ST FRANCIS, MN 55070-9785

PATRICE SCHUETTE WHITE CUST MATTHEW SCHUETTE WHIT
UNDER THE MICHIGAN U-G-M-A
6216 NE BARRETT DR
POULSBO, WA 98370-7701

PATRICIA A ARRIGAN CUST NICHOLAS F ARRIGAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
460 MOUNT AIRY RD
BASKING RIDGE, NJ 07920

PATRICIA A BARNES TR
PATRICIS A BARNES REVOCABLE LIVING TRUST UA 07/29/03
5096 PERRYVILLE ROAD
HOLLY, MI 48442-9408

PATRICIA A BRECKLING & ROBERT E BRECKLING TR
BRECKLING FAMILY TRUST UA 11/3/99
311 WALTON HEATH DR
ORLANDO, FL 32828-8016

PATRICIA A DUTHIE TR
UA 12/14/2007 PATRICIA ANN DUTHIE REVOCABLE LIVING
TRUST
1770 TURNSTONE LN
GRAND RAPIDS, MI 49505

PATRICIA A GUSTIN CUST MATTHEW GUSTIN THE UT UNIFOR
PROVISION
7671 W HI-COUNTRY RD
HERRIMAN, UT 84065

PATRICIA A KLEIN & THOMAS E KLEIN JT TEN
12940 MARTINSVILLE RD
BELLEVILLE, MI 48111-4811

PATRICIA A LITTON CUST JOHN R LITTON
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
612 OLD TRAIL DRIVE
DIAMOND BAR, CA 91766

PATRICIA A NEWBOLD & DONALD L NEWBOLD TR
PATRICIA A NEWBOLD LIVING TRUST UA 2/24/06
7767 MCCULLOUGH RD
GOSPORT, IN 47433-7921

PATRICIA A RASK TR
UA 12/03/2008 PATRICIA A RASK REVOCABLE LIVING TRUST
1169 BARNEY ST
OWATONNA, MN 55060

PATRICIA A ROED INDEPENDENT PERSONAL REPRESENTATI
MARZOLF
5104 86TH ST W
BRADENTON, FL 34210

PATRICIA A SHEHAN
4063 122ND DR NORTH
ROYAL PALM BEACH, FL 33411-8922

PATRICIA A SMITH
PO BOX 141864
ANCHORAGE, AK 99514

PATRICIA A STEINKE
19 S MARTIN RD
JANESVILLE, WI 53545-2658

PATRICIA A STOUT TR UA 01/31/07 PATRICIA A STOUT REV LIV
129 104TH AVE APT # 109
TREASURE IS, FL 33706

PATRICIA A THORPE
PO BOX 320193
FLINT, MI 48532

PATRICIA A WHITENECK TR
UA 05/09/08 THE PATRICIA A WHITENECK 2008 TRUST
467 MT MOOSILAUKE HWY
WENTWORTH, NH 03282

PATRICIA AILEEN BARRETT TR
UA 03/22/94 THE PATRICIA AILEEN BARRETT FAMILY TRUST
1109 CRESTHILL PL
EL CAJON, CA 92021-3303

PATRICIA ANN DELUCA CUST THERESA MARIE DELUCA
UNDER THE PA GIFTS TO MINORS ACT
44 QUARTZ MILL ROAD
NEWARK, DE 19711-2330

PATRICIA ANN MCCONNELL SANDERS TOD JOYCE MARIE MC
SUBJECT TO STA TOD RULES
PO BOX 451621
HOUSTON, TX 77245-1621

PATRICIA B CRUDEN TR
CRUDEN MARITAL TRUST UA 10/14/88 PATRICIA B CRUDEN
760 CHILTERN RD
HILLSBOROUGH, CA 94010-7026

PATRICIA C STARA
PO BOX 770096
STEAMBOAT SPRINGS, CO 80477-0096

PATRICIA C WOOD USUFRUCT CHERYL WOOD HARRIS
& CAROLYN WOOD LORIO & CORINNE ELIZABETH WOOD
PO BOX 9101
METAIRIE, LA 70055-9101

PATRICIA CHAVEZ SAFERSTEIN
645 W END AVE
APT 5E
NEW YORK, NY 10025-7350

PATRICIA D NIEMAN TR
PATRICIA D NIEMAN REVOCABLE LIVING TRUST UA 04/22/98
234 RAINBROOK WAY
YORKTOWN, VA 23692-3290

PATRICIA DUGAN CANON & CHARLES CANON TR
UA 11/15/83 CHARELS & PATRICIA CANON # 101 TRUST
137 E LINCOLN HWY.
DEKALB, IL 60115

PATRICIA E MCNEFF-ACKERMAN
& PATRICK W MCNEFF & MARY K MCNEFF & ELIZABETH A
MCNEFF JT TEN
7805 HARPOLE ST SE
SALEM, OR 97301-9223

PATRICIA ELLIOTT CUST JOHN THOMAS ELLIOTT
U/THE COLORADO UNIFORM GIFTS TO MINORS ACT
23 CHERRYMOOR DRIVE
ENGLEWOOD, CO 80110-6031

PATRICIA F NEWTON TR
UA 06/28/91 PATRICIA F NEWTON & GEORGE R NEWTON
TRUST
800 BLOSSOM HILL ROAD #P295
LOS GATOS, CA 95032-3579

PATRICIA H LEMMON TR UA 09/15/1997 JOHN V LEMMON
& PATRICIA H LEMMON FAMILY TRUST CREDIT EQUIVALENT
20005 S MOUNTAIN RD
SANTA PAULA, CA 93060

PATRICIA HEIN
2114 PESCARA CT
LAS VEGAS, NV 89123-3925

PATRICIA HEINZMANN MURPHY
43 MAIN ST
NORTHBOROUGH, MA 01532-1941

PATRICIA I FRUEH CUST DONALD J FRUEH
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
860 CRAMER CT
WILLOWBROOK, IL 60521-5324

PATRICIA I FRUEH CUST TERRY ANN FRUEH
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
3915 RANDHALL DR
ST LOUIS, MO 63125-4343

PATRICIA J LOWE CUST DUANE F LOWE
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
837 VIA DEL SOL
NORTH FORT MYERS, FL 33903-1535

PATRICIA J REINERT
289 MCARTHUR DR
PORT CHARLOTTE, FL 33954-2411

PATRICIA K GMEINER
19 CAMERON PL
GROSSE POINTE, MI 48230-1912

PATRICIA K MC DOWELL CUST PATRICK K MC DOWELL
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 304
EAST DENNIS, MA 02641-0304

PATRICIA L BARTLETT
151011 COLONIAL
CUMBERLAND, MD 21502

PATRICIA L CAPPAWANA & GEORGE J CAPPAWANA TR
THE CAPPAWANA FAMILY TRUST UA 2/05/2003
3537 PLEASANT CREEK DR
ROCKLIN, CA 95677

PATRICIA L CULBREATH & H LEE CULBREATH TR
REV TR 05/28/92 U-A H LEE CULBREATH &
4416 WEST BAY TO BAY BLVD
TAMPA, FL 33629-6502

PATRICIA L LUGARI & DEANNA JO UTSLER TR
JAMES D LUGARI SR TRUST UA 04/05/95
2043 KEMP
BLOOMFIELD, MI 48302

PATRICIA L MACKIE & EINO H MACKIE JT TEN
13070 W PRARIE RD
RUDYARD, MI 49780-9230

PATRICIA L REINERT
4110 SE JENNINGS AVE
PORTLAND, OR 97267-6404

PATRICIA LARY
10550-709 BAY MEADOWS RD
JACKSONVILLE, FL 32256-4548

PATRICIA LIM-CHING CHANG TR
UA 01/15/93 PATRICIA LIM-CHING CHANG REVOCABLE
LIVING TRUST
PO BOX 588
PLACIDA, FL 33946-0588

PATRICIA M BERNSTEIN
11224 82ND AVENUE
#102
SEMINOLE, FL 33772-4259

PATRICIA M COVAL & FREDERICK P ERICKSON TR
MARIE K ERICKSON REVOCABLE TRUSTUA 04/25/06
4987 RIPP RD
STURGEON BAY, WI 54235

PATRICIA M DANAHER-DUNN TR
UA 06/29/2007 PATRICIA M DANAHER-DUNN REVOCABLE
TRUST
7765 W KINGS CROSSING WAY
MEQUON, WI 53097

PATRICIA M LANGLOIS TR
RALPH & PATRICIA LANGLOIS LIVING TRUST UA 08/14/00
26131 SECOND ST
TAYLOR, MI 48180-1401

PATRICIA M ROBERTS CUST JASON M ROBERTS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
301 UNIONVILLE RD
GLASSBORO, NJ 08028-3505

PATRICIA M YUNGCLAS NEIL P OLSEN & J C BREKKEN TR
UNDER THE WILL OF RALPH A OLSEN
RURAL FREE DELIVERY
ELLSWORTH, IA 50075

PATRICIA M ZAPF CUST MICHAELE MC COLGAN ZAPF
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2001 NORWOOD DRIVE
MIDLAND, MI 48640-6753

PATRICIA MAGUIRE CUST MICHELE MAGUIRE
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
1007 WELDIN CIR
WILMINGTON, DE 19803-3203

PATRICIA O WOODS TR PATRICIA O WOODS SUBTRUST UA 0!
& PATRICIA WOODS TRUST UA 04/20/94
3930 PINEBROOK CIR UNIT #15
BRADENTON, FL 34209-8003

PATRICIA P KORN & REINHART P KORN JT TEN
5710 W BOTTSFORD
GREENFIELD, WI 53220-3521

PATRICIA REEKIE
#205-335 WEST HIRST AVE
PARKSVILLE BC
V9P 2R5 CANADA

PATRICIA REINBOLD
75 SHASHI CT
SMYRNA, DE 19977-4816

PATRICIA SHURTLEFF MILLEN CUST ELIZABETH ANN MILLEN
UNDER NJ UNI GIFTS FOR MINOR ACT
83 HOLYOKE RD
RICHBORO, PA 18954-1921

PATRICIA STEENHUSEN
1748 2100TH ST
IRWIN, IA 51446-7518

PATRICIA STEWART SAVAGE TR
PATRICIA STEWART SAVAGE REVOCABLE LIVING TRUST UA
03/24/99
916 LAWTON AVE
SAN JOSE, CA 95128-3619

PATRICIA STUDINGER DEWANDELER TR
UA 11/25/2008 PATRICIA STUDINGER DEWANDELER LIVING
TRUST
38630 CHELDON
CLINTON TWP, MI 48038

PATRICIA U BONOMI & KATHRYN BONOMI & JOHN BONOMI JR
TRUST U/W JOHN G BONOMI UA 11/06/99
131 DEERTRACK LANE
IRVINGTON, NY 10533-1013

PATRICIA VERDERAMI
171 EINSTEIN WAY
EAST WINDSOR, NJ 08512-2541

PATRICIA W MC ADAMS CUST CHRISTY DALE MC ADAMS
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1038 SAXON PL
THOUSAND OAKS, CA 91360-5347

PATRICIA W STOOPS TR
PATRICIA WILHITE STOOPS REVOCABLE LIVING TRUST UA
06/29/98
851 W LEAH LN
GILBERT, AZ 85233-1934

PATRICIA W WOODREL TR
UA 09/11/00 PATRICIA MARIE WOODREL REVOCABLE TRUST
PO BOX 483
WILLIAMSTON, MI 48895-0483

PATRICK BARRY EBERLEIN & JENNIFER P EBERLEIN JT TEN
DEPT OF MATHEMATICS
UNIVERSITY OF NORTH CAROLINA
CHAPEL HILL, NC 27514

PATRICK D CAMPBELL & JOYCE C CAMPBELL TR
UA 12/08/2008 PATRICK DUNLEAVY CAMPBELL & JOYCE
9155 SUGARSTONE CIRCLE
HGHLNDS RANCH, CO 80130

PATRICK DANIEL GAFNEY CUST CORBMACC CHARLES GAFNI
39 HEIN AVE
PLYMOUTH, WI 53073-2502

PATRICK F FAUBERT & LORETTA P FAUBERT TR
PATRICK F & LORETTA P FAUBERT REV LIV TRUST UA
02/12/99
997 N RENAUD
GROSSE POINTE WOOD, MI 48236-1725

PATRICK GESUELE CUST KRISTIAN PHILLIPPE GESUELE
UNDER NY UNIF GIFT STO MIN ACT
97 MARGARET DRIVE
EAST MEADOW, NY 11554-1312

PATRICK H DUVENDECK & JANET E DUVENDECK TR
DUVENDECK FAMILY TRUST UA 08/05/04
197 COUTANT ST
FLUSHING, MI 48433-1547

PATRICK H LARNEY CUST RAYMOND LARNEY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
10 WESTMINSTER ROADWAY
ANDOVER, MA 01810-2857

PATRICK H LAWRENCE & CHARLENE K LAWRENCE TR
PATRICK H LAWRENCE & CHARLENE K LAWRENCE
10141 CAROL LANE
DIMONDALE, MI 48821-9515

PATRICK J CROWLEY CUST SHEILA A CROWLEY
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
2638 190TH ST
DELMAR, IA 52037-9125

PATRICK J GAUGHAN & JUDITH A GAUGHAN TR
GAUGHAN FAM LIVING TRUST UA 06/24/96
1299 PRENTICE RD
WEST FARMINGTON, OH 44491-9786

PATRICK J KLEIN
1156 FRENCH RD RT #3
ST JOHNS, MI 48879-9407

PATRICK J PORN & DENISE L PORN TR
UA 01/21/2008 PORN REVOCABLE LIVING TRUST
PO BOX 865
AU GRES, MI 48703-0865

PATRICK LEMONGELLO CUST KATHLEEN LEMONGELLO
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
5 DALEWOOD RD
WEST CALDWELL, NJ 07006-8213

PATRICK M FITZGERALD & LORETTA M FITZGERALD TR
UA 04/18/2008 FITZGERALD FAMILY TRUST
5947 ORMOND RD
WHITE LAKE, MI 48383

PATRICK M MURPHY & JANICE K MURPHY TR
PATRICK M & JANICE K WAINSCOTT MURPHY REVOCABLE
1509 DELLANO WAY
THE VILLAGES, FL 32159-8572

PATRICK ONEILL CUST PATRICK JOSEPH ONEILL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
104 WAGER DRIVE
ROME, NY 13440-7347

PATRICK R FRANKS & CAROL FRANKS TR
PATRICK & CAROL FRANKS LIVING TRUST UA 8/19/98
125 LINWOOD RD
STERRETT, AL 35147-7009

PATRICK T LING & EVE Y LING TR
LING GRANDCHILDRENS EDUCATIONAL TRUST UA 1/19/99
531 CAMINO VERDE
SOUTH PASADENA, CA 91030-4137

PATRICK W SAINT
GM BLDG 482-100-AB9
DETROIT, MI 48202

PATSY A STEINMAN
12411 MEANDER LINE RD
CHARLEVOIX, MI 49720-1072

PATSY DONICA TR
UA 09/24/93 WILLIAM G DONICA & PATSY C DONICA
REVOCABLE LIVING TRUST
2000 TAHOE DRIVE
FLORISSANT, MO 63031-7502

PATSY M THOMAS CUST DIANE M THOMAS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
8286 N NICHOLS ROAD
FLUSHING, MI 48433-9223

PATSY P ARLEDGE
PO BOX 830116
RICHARDSON, TX 75083-0116

PATSY SCHORR
1243 169TH AVE NE
BELLEVUE, WA 98008-3007

PAUL A & MARY C RUSSELL TR
PAUL A & MARY C RUSSELL REVOCABLE TRUST UA 08/21/98
1327 ERIE AVE
NORMAN, OK 73071-3655

PAUL A BURROWS
24235 REIN
EAST POINTE, MI 48021-3334

PAUL A CONNOLLY CUST PAUL A CONNOLLY JR MINOR U/ART
OF N Y
115 FAIRMOUNT RD
RIDGEWOOD, NJ 07450-1422

PAUL A FRANK TR
PHILIP FRANK A MINOR UNDER DECLARATION OF TRUST
4/13/56
195 N VILLAGE AVE
ROCKVILLE CENTRE, NY 11570-3814

PAUL A HUTCHINSON & LINDA J HUTCHINSON TR
UA 02/04/2009 PAUL A HUTCHINSON & LINDA J
1007 SUMMIT AVE
NAPA, CA 94559

PAUL A RUSSELL & JANICE H RUSSELL TR
PAUL A RUSSELL & JANICE H RUSSELL 1995 TRUST UA
03/24/95
1407 W 1825 N
PROVO, UT 84604-1103

PAUL A STAPERT CUST SHERRY L STAPERT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4414 HEDGETHORN CIR
FLINT, MI 48509-1249

PAUL A SZABO TTREE U-A DTD 10-10-91 PAUL A SZABO REVO
TRUST
1525 ALINE DR
GROSSE POINTE WOOD, MI 48236-1057

PAUL B FISHER & NATALIE B FISHER TR
FAMILY TRUST 07/07/87 U-A PAUL BFISHER & NATALIE B
FISHER
11459 ROSE AVE
LOS ANGELES, CA 90066-1232

PAUL B JOHNSON CUST SCOTT C JOHNSON
U/THE R I UNIFORM GIFTS TO MINORS ACT
70 WILBUR HAZARD RD
SAUNDERSTOWN, RI 02874-3210

PAUL BLANKENSHIP & TERRY BANKENSHIP TR
BLANKENSHIP FAMILY REVOCABLE LIVING TRUST UA
07/14/05
43 S KITLEY AVE
INDIANAPOLIS, IN 46219-6711

PAUL C HELGESON
E2502 1240TH AVE
BOYCEVILLE, WI 54725-9451

PAUL C LINDOERFER & ERNA L LINDOERFER TR
UA 03/25/92 PAUL C & ERNA L LINDOERFER TRUST
10 EAST NEBRASKA AVE
HAVEN BEACH, NJ 08008-3154

PAUL C PRODY & MARY ANN PRODY TR
UA 05/30/84 PAUL C PRODY & MARY ANN PRODY TRUST
492 W ESCALON
FRESNO, CA 93704-1403

PAUL C SCHREINER
5176 SHAWNEE ROAD
SANBORN, NY 14132-9116

PAUL D CAMERON SR
9314 126TH STREET EAST
PUYALLUP, WA 98373-4922

PAUL D LARSON & MARJORIE M LARSON TR
MARJORIE M LARSON TRUST UA 04/23/98
2415 SO 109TH ST
OMAHA, NE 68144-3110

PAUL D SPENCE
PO BOX 131972
TYLER, TX 75713-1972

PAUL E ALLEN & JEANNE M ALLEN TR
ALLEN FAMILY REVOCABLE LIVING TRUST 10/29/92
25342 CHEYENNE WAY
LAKE FOREST, CA 92630-3505

PAUL E ATHERTON & SYBLE L ATHERTON TR
ATHERTON LIVING TRUST UA 06/16/97
9098 E 27TH ST
TULSA, OK 74129-6702

PAUL E EBERLEIN & DENNIS C EBERLEIN JT TEN
619 OSWEGO DR
GIBSONIA, PA 15044-8040

PAUL E GERHARDSTEIN & MARGRET R GERHARDSTEIN JT TE
167 S MAIN ST
MILAN, OH 44846-9735

PAUL E GILDEHAUS CUST PAUL E GILDEHAUS III
UNDER THEMISSOURI UNIFORM GIFTS TO MINORS LAW
12216 KINGSHILL DR
CREVE COEUR, MO 63141-6617

PAUL E HEINEMAN
3443 RICHMOND
WATERFORD, MI 48328-1421

PAUL E MOORE
& DEBORAH ANNE MOORE GUARDIANS OF THE ESTATE OF
PAUL E MOORE IV
404 CORTE DORADO
DANVILLE, CA 94526-5444

PAUL E OBERKIRCHER CUST DOUGLAS H OBERKIRCHER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
920 HAVERSTRAW RD
SUFFERN, NY 10901-2202

PAUL E REINHARDT
196 UNION ST
NORFOLK, MA 02056-1702

PAUL E REINHART
3102 STARKWEATHER
FLINT, MI 48506-2620

PAUL E REINKE CUST BROOKE C REINKE UGMA MI
1133 SPRINGWOOD LANE
ROCHESTER HILLS, MI 48309-2602

PAUL E REINKE CUST CARSON P REINKE UGMA MI
1133 SPRINGWOOD LANE
ROCHESTER HILLS, MI 48309-2602

PAUL E STEIN
646 WADHAMS RD
SMITHS CREEK, MI 48074-3717

PAUL E THOMAS & MARY F THOMAS TR
UA 12/19/91 PAUL E THOMAS & MARYF THOMAS
428 DURST DRIVE NW
WARREN, OH 44483-1108

PAUL F DUVALL & VIRGINIA L DUVALL IRREVOCABLE EDUCAT
CHRISTINE L LONGDEN & JOSEPH M LONGDEN UA 04/21/97
1388 MISSION SAN CARLOS DR
FERNANDINA BEACH, FL 32034-5030

PAUL F DUVALL & VIRGINIA L DUVALL IRREVOCABLE EDUCAT
KERRY M DUVALL & AMANDA L DUVALL UA 04/21/97
1388 MISSION SAN CARLOS DR
FERNANDINA BEACH, FL 32034-5030

PAUL F MILLER JR CUST RAYMOND P SCOTT 3RD
U/THE PA UNIFORM GIFTS TO MINORS ACT
821 BRIARWOOD ROAD
NEWTOWN SQUARE, PA 19073-2603

PAUL FRANCIS SCHUSTER CUST GERALD JOSEPH SCHUSTE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1715 WILLIAM ST
BUFFALO, NY 14206-1435

PAUL FRANCIS SCHUSTER CUST THOMAS PAUL SCHUSTER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
363 AURORA ST
LANCASTER, NY 14086-2945

PAUL FULLER
211 176TH TERRACE DRIVE EAST
REDINGTN SHOR, FL 33708

PAUL G GOLDSTEIN & LOIS S GOLDSTEIN JT TEN
69-31 181ST ST
FRESH MEADOWS, NY 11365-3531

PAUL G MOLLMANN TR
UA 03/06/95 PAUL & JEAN MOLLMANN FAMILY LIVING TRUST
B
3678 PARAMOUNT RIDGE
CINCINNATI, OH 45247

PAUL G MOLLMANN TR
UA 03/06/95 PAUL & JEAN MOLLMANN FAMILY LIVING TRUST
OF THE
3678 PARAMOUNT RIDGE
CINCINNATI, OH 45247

PAUL G NOVAK
18224 153RD ST
BONNER SPRINGS, KS 66012-7391

PAUL G WIENBRAUCK & BETTY J WIENBRAUCK TR
UA 01/02/1985 PAUL G WIENBRAUCK AND BETTY J
1279 LAKESHORE BLVD STE 3E
MARQUETTE, MI 49855

PAUL H BROWN
2956-192ND STREET
LANSING, IL 60438-3720

PAUL H DAVIS & ROSELLA M DAVIS TR
PAUL & ROSELLA DAVIS FAMILY TRUST UA 03/14/01
166 BEECHTREE DR
ENCINITAS, CA 92024-4032

PAUL H HARTENSTEIN & EVELYN R HARTENSTEIN JT TEN
14210 BUTLER ROAD
ROUTE 1 BOX 303
WAKEMAN, OH 44889-9264

PAUL H J KROGH CUST KATHARINE LEA KROGH
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
8907 HONEYBEE LANE
BETHESDA, MD 20814-1015

PAUL H MEINHOLD
48521 N VIEW DR
PALM DESERT, CA 92260-6753

PAUL H NEVINS & AUDREY M NEVINS JT TEN
1275 104TH
BYRON CENTER, MI 49315-9208

PAUL HALSTEAD LAUBE & LISA BROWN LAUBE TR
PAUL HALSTEAD LAUBE LIVING TRUSTUA 06/29/05
100 SCAMP
MADISON, AL 35758-3653

PAUL HARRIS CUST CHIRSTOPHER HARRIS UTMA CA
PO BOX 676010
RANCHO SANTA FE, CA 92067-6010

PAUL HUMPHREY & MADALYN HUMPHREY TR
REV LIV TR 03/13/87 U-A PAUL HUMPHREY & MADALYN
HUMPHREY
26171 KENTIA PALM DR
HOMELAND, CA 92548-9380

PAUL J ABLE
PO BOX 197024
LOUISVILLE, KY 40259-7024

PAUL J BUCHHOLTZ & MOLLY P BUCHHOLTZ TR
BUCHHOLTZ FAMILY REVOCABLE TRUSTUA 11/07/97
14165 W WHITE ROCK DR
SUN CITY WEST, AZ 85375-5641

PAUL J GELDHOF CUST JUDITH ANN WOZNIAK
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2340 RIDGEFIELD DR NE
GRAND RAPIDS, MI 49505-5712

PAUL J LENFERT CUST CHARLES B LENFERT
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
1807 RITA DRIVE
NEW ALBANY, IN 47150-6926

PAUL J LENFERT CUST MARIA A LENFERT
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
5502 BUCKTHORNE DR
JEFFERSONVLLE, IN 47130-7723

PAUL J OBERTEIN
6745 KINGSTON RD
CLIFFORD, MI 48727-9516

PAUL J PETLEWSKI & ANNA B PETLEWSKI TR
UA 09/14/90 PAUL J PETLEWSKI & ANNA B PETLEWSKI
14272 ARCOLA
LIVONIA, MI 48154-4691

PAUL J PLATZ & MARJORIE A PLATZ TR
PAUL J PLATZ & MARJORIE A PLATZ LIVING JOINT TRUST UA
01/07/91
48761 BRIDGEVIEW CT
SHELBY TWP, MI 48315-4332

PAUL J PUMPHREY CUST WILLIAM R PUMPHREY
A MINOR UNDER CHAP 125-4-1 OF THE LAWS OF COLO
PO BOX 957
PUEBLO, CO 81002-0957

PAUL J RAWSKI
3801 104TH AVE NORTH
CLEARWATER, FL 33762-5470

PAUL J REINKE
18982 W 130TH ST
CLEVELAND, OH 44136-8427

PAUL J ROBERT
134 CLIPPER CT
KILL DEVIL HILLS NC
KILL DEVIL HILLS, NC 27948-9113

PAUL J SCHILLING & DORIS M SCHILLING TR
SCHILLING LIVING TRUST UA 07/17/95
9313 CREEKSIDE TR
STONE MTN, GA 30087

PAUL J SEMAN
2102 DEINDORFER ST
SAGINAW, MI 48602-5021

PAUL J SOLNICK & CATHERINE T SOLNICK TR
SOLNICK FAM REVOCABLE LIVING TRUST UA 02/07/97
6766 MIDDLEBROOK BLVD
MIDDLEBURG HTS, OH 44130-2650

PAUL J WOLF CUST ANN MARIE WOLF
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1081 AIRPORT RD
WATERFORD, MI 48327-1805

PAUL JAFFE CUST PETER JAFFE
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
4701 WILLARD AVE #408
CHEVY CHASE, MD 20815-4611

PAUL JOHN GUTOWSKI TOD ALAN CHRISTOPHER GUTOWSKI
RULES
7320 ASBURY PK
DETROIT, MI 48228-3618

PAUL L CUNEO & NANCY J CUNEO JT TEN
SPECIAL ACCOUNT
16 LEEDS DR
PRT WASHINGTN, NY 11050-4132

PAUL L ELLIS & MRS FRANKIE M ELLIS JT TEN
107401 W TWIN OAKS DR
SUN CITY, AZ 85351-1951

PAUL L GOLDSTEIN
2683 SW 84TH TERRACE
MIRAMAR, FL 33025

PAUL L HEINE
64 COUNTRY FIELD DR
CAMDEN WYO, DE 19934-1772

PAUL L KLEIN & NANCY L KLEIN JT TEN
6699 CO RD 417
MCMILLAN, MI 49853-9240

PAUL M HEINRICH
30812 BLAIRMOOR
MADISON HTS, MI 48071-2182

PAUL M HEINRICH & ALICE O HEINRICH JT TEN
30812 BLAIRMOOR
MADISON HTS, MI 48071-2182

PAUL MANDIGO CUST SCOTT MANDIGO
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
214 MOSS RD
WINTER SPRINGS, FL 32708

PAUL MAURICE BICKNELL RUBY DOROTHY BICKNELL RUTH T
& SYDNEY ARTHUR PHILLIPS
PO BOX 7 RED HILLS
JAMAICA WI
JAMAICA

PAUL MILLS PADDACK & ANA LIVINGSTON PADDOCK TR
RUTH L MILLS TRUST UA 10/25/83 MARY OSTER
105 S NARCISSUS AVE #402
WEST PALM BEACH, FL 33401-5526

PAUL N AKEY & LEORAL F AKEY TR
PAUL N AKEY & LEORAL F AKEY LIVING TRUST UA 01/24/95
645 MOUNTROSE ST
LEBANON, MO 65536-4269

PAUL N SWEET TR SWEET TR # 70 UA 1/29/71
1694 NORTH SAUK TRAIL
OREGON, IL 61061

PAUL NIANOURIS
13064 125TH AVE N
LARGO, FL 33774-3501

PAUL O HOWARD
4401 289TH STREET
TOLEDO, OH 43611

PAUL O NADEAU JANE B NADEAU TOD NAME ON FILE 03/21/05
2675 MONTEBELLO
WATERFORD, MI 48329

PAUL R ATWOOD
34965 350 E
KOKOMO, IN 46902-9530

PAUL R JENKINS & HERTHA JENKINS WOODRUFF TR
UA 07/21/2006 HERTHA P JENKINS REV TRUST
23150 LAUREL VALLEY
SOUTHFIELD, MI 48034

PAUL R OLDROYD CUST JEFFREY R OLDROYD UGMA UT
PO BOX 970055
OREM, UT 84097-0055

PAUL R ROUSSEAU RICHARD ROUSSEAU & JEANNE M MATHI
ROUSSEAU MEMORIAL FUND U-W MARGARET I ROUSSEAU
232 MAPLE ST
NEW BEDFORD, MA 02740-3514

PAUL R STOREY
PO BOX 797785
DALLAS, TX 75379-7785

PAUL R UTTERBACK CUST SUSAN UTTERBACK
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
618 ST CATHERINES CT
NEWBURGH, IN 47630-1528

PAUL RICHARD LUNSFORD SR TR
PAUL RICHARD LUNSFORD SR REVOCABLE TRUST UA
12/02/03
162 HERON LANE
GILBERT, SC 29054-9749

PAUL RICHARD NEUMAN
3067 134TH AVE
HOPKINS, MI 49328-9799

PAUL S MCKIBBEN JR
9210 393RD AVENUE
GENOA CITY, WI 53128-1274

PAUL SCHECHTER
73A FRANKLIN LN
WHITING, NJ 08759-1841

PAUL SCHREIER & BERTA SCHREIER TR
UA 06/30/89 THE 1989 SCHREIER FAMILY TRUST
21 MORNINGSIDE DR
SAN FRANCICO, CA 94132-1236

PAUL SOLOMON CUST JEFFREY SOLOMON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
7596 BILTMORE DR
SARASOTA, FL 34231-6906

PAUL STUART PARKER
PO BOX 198066
NASHVILLE, TN 37219-8066

PAUL V HALABURDA TR
UA 11/19/93 THE JOSEPHINE R HALABURDA IRREVOCABLE
TRUST
3864 E 364TH STREET
WILLOUGHBY, OH 44094-6319

PAUL W BIESEMEIER & JUDY ANN BIESEMEIER TR
UA 02/01/2008 PAUL W BIESEMEIER & JUDY BIESEMEIER
3833 CAIRNS WAY
MODESTO, CA 95356

PAUL WEINBERG CUST ANDREW JORDAN WEINBERG UGMA I
43 MIDLAND RD
ROSLYN HTS, NY 11577-1414

PAUL WEINREBE TR UA 12/19/1995 PAUL WEINREBE FAMILY T
88 MASONIC HOME RD
CHARLTON, MA 01507

PAUL ZIEKY CUST EDWARD NORMAN ZIEKY
U/THE CONN UNIFORM GIFTS TO MINORS ACT
3720 S OCEAN BLVD
APT 1404
HIGHLAND BCH, FL 33487-3389

PAULA A CAPONETTI & RICHARD F CAPONETTI TR
UA 12/16/98 THE PAULA A & RICHARD F
11 WILLIAMSBURG SO
COLTS NECK, NJ 07722-1615

PAULA K YARBROUGH TR
PAULA K YARBROUGH REVOCABLE LIVING TRUST UA
10/09/01
10585 CEMENT CITY HWY
ADDISON, MI 49220-9549

PAULA STASIAK
706-1176 OUELLETTE AVE
WINDSOR ON
N9A 6S9 CANADA

PAULINE C ARMSTRONG TR
INTERVIVOS LIVING TRUST 02/23/87 U-A PAULINE C
ARMSTRONG
#6 JAY STREET
COLUSA, CA 95932-2925

PAULINE CURHAN CUST DANIEL J CURHAN
A MINOR UNDER LAWS OF THE STATE OF MICHIGAN
1122 CORTO CAMINO ONTARE
SANTA BARBARA, CA 93105-1914

PAULINE FEINBLATT
22204 77TH AVE
OAKLAND GDNS, NY 11364-3041

PAULINE H FILER & SANDRA SCARLETT & CYNTHIA SANDERS
4122 VANTAGE CIR
SEBRING, FL 33872-3400

PAULINE L POTTS CUST GORDON O POTTS JR
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
2825 SE 23RD AVE
OCALA, FL 34471-6184

PAULINE LEVIN CUST ALAN DOUGLAS LEVIN
U/THE N J UNIFORM GIFTS TO MINORS ACT
28 ALCOTT DRIVE
LIVINGSTON, NJ 07039-1224

PAULINE MAE WEENINK TR
PAULINE MAE WEENINK REVOCABLE LIVING TRUST UA
02/15/91
210 HEILMAN ST
EATON RAPIDS, MI 48827-1911

PAULINE MILLER
& DANNY R BLAIR & TIMOTHY E BLAIR & JONATHON R BLAIR
JT TEN
101 S MAIN ST
PO BOX 119 101 S MAIN STREET
NEW MADISON, OH 45346-0119

PAULINE PALMER MEEK & MILO BEN MEEK TR
PAULINE PALMER MEEK TRUST UA 04/15/98
1923 LITTLE KITTEN AVE
APT 26
MANHATTAN, KS 66503-7587

PAULINE WALKER
9341 300TH AVE
NEW AUBURN, WI 54757

PAULINE WISNIEWSKI & CHARLES WISNIEWSKI TR
PAULINE WISNIEWSKI REVOCABLE LIVING TRUST UA
11/21/95
18 LAKEVIEW RD
N SALEM, NY 10560-2910

PAULINO V VARELA
GM DO BRASIL
RODOVIA RS30 PARADA 101
GRAVATAI-RS
94198-900 BRAZIL

PAULO F MOREIRA
RUA J.B. SANTOS
SANTO ANTOIO DO BIMHAL
CAIXA BOSTAL 55
12450-000 BRAZIL

PAULO FRANCISCO MOREIRA
RUA J B SANTOS CAIXA POSTAL 55
SANTO ANTONIO DO PINHAL
SAO PAULO
12450-000 BRAZIL

PAULO R FERREIRA ROCHA
RUA JOSE GALDINO DA SILVA 651
SAO PAULO SP
04792-000
BRASIL BRAZIL

PEARL CEIFETZ CUST ROCHELLE DEE CEIFETZ
U/THE MICH UNIFORM GIFTS TO MINORS ACT
10525 KINGSTON
HUNTINGTON WOODS, MI 48070-1159

PEARL L DAVIDSON TOD DAVID H
& PEARL L DAVIDSON LIVING TRUST UA 10/14/1996
2143 MARJORIE ANN STREET
WEST BRANCH, MI 48661

PEARL LOUISE MOLES HAAS TR
PEARL LOUISE MOLES HAAS REVOCABLE TRUST UA
04/26/04
3040 CHAR ANN
HOWELL, MI 48843-5703

PEARL PECHTER
PO BOX 940458
SIMI VALLEY, CA 93094

PEARL W CAPLAN CUST LAWRENCE J CAPLAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4856 WINTERWOOD DR
RALEIGH, NC 27613

PEARLY A EDWARDS
1050 CHILVERS AVE
WHITING, NJ 08759-2714

PEDRAM PANAHI
2203-1383 MARINASIDE CRESCENT
VANCOUVER BC
V6Z 2W9 CANADA

PEDRO L DIAS
ALAMEDA TIETE 325 APT 21
SAO PAULO SP BRAZIL
01417-020 BRAZIL

PEDRO V DE MELLO
RUA JUPITER 94
SANTO ANDRE V ASSUNCAO
EST DE S PAULO
09181-540 BRAZIL

PEDRO V DE MELLO
RUA JUPITER 94 VILA ASSUNCAO
SANTO ANDRE
SAO PAULO
09181-540 BRAZIL

PEDRO VENTURA DE MELLO
RUA JUPITER 94
SANTO ANDRE-V ASSUNCAO
EST DE S PAULO
09181-540 BRAZIL

PEGGIE E CARINDER & JAMES E CARINDER TR
PEGGIE E CARINDER LIVING TR UA 07/16/96
15516 BLUE MESA DR
EDMOND, OK 73013-8848

PEGGY A JEFFERY
PO BOX 630232
IRVING, TX 75063-0115

PEGGY ANN FORSTER
13445 168TH AV
ACKWORTH, IA 50001-9661

PEGGY HALVERSON CUST CHANDLER E HALVERSON UTMA V
W236444 AMERICAN HEIGHTS
ARCADIA, WI 54612

PEGGY J BOONE & LARRY R BOONE JT TEN
29410 110TH AVE SE
AUBURN, WA 98092-1918

PEGGY J HEINZKILL
1401 S NICOLET RD
APT 64
APPLETON, WI 54914-8228

PEGGY L JOHNSON
23804 150TH ST SE
MONROE, WA 98272-9606

PER I LUNDGAARD & LESLIE S LUNDGAARD TR
NELSON SHIELDS LUNDGAARD TRUST UA 03/27/96
PO BOX 3963
WILMINGTON, DE 19807-0963

PERI Z HANSEN
BOX 492021
LOS ANGELES, CA 90049-8021

PERRY B ALERS CUST PERRY CAMPBELL ALERS
A MINOR UNDER THE LAWS OF THE DISTRICT OF COLUMBIA
9272 ALLEN STREET
NABASSAS, VA 20110-6176

PERRY K TRIMMER II
PO BOX 155702
FORT WORTH, TX 76155-0702

PERSHING TR FBO ALEXANDRA L WARD IRA
13225 101ST STREET
SE LOT 350
LARGO, FL 33773-5605

PETE GAMMON CUST PAUL VADER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
14501 ATRIUM WAY #231
MINNETONKA, MN 55345-4757

PETE GAMMON CUST PETER VADER
UNDER THE MISSOURIUNIFORM GIFTS TO MINORS LAW
5905 ELLIOT AVE S
MINNEAPOLIS, MN 55417-3151

PETER A DEL PUPPA CUST PETER DEL PUPPA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
579 PARK ESTATES SQ
VENICE, FL 34293-4189

PETER A RICH
94-9025 216TH STREET
LANGLEY BC
V1M 2X6 CANADA

PETER ALLAN STEIN
1519 PINEHURST LN
ROUND ROCK, TX 78664-6147

PETER BERNTSEN CUST PETER B BERNTSEN
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
1355 GAY CIR
LONGMONT, CO 80501-1876

PETER DE MARIE CUST ELAINE DE MARIE
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
609 SAVANNAH RD
LEWES, DE 19958-1520

PETER DERSCHA & AUDREY DERSCHA TR DERSCHA TRUST #
PO BOX 249
VERNON, MI 48476-0249

PETER DYKSTRA CUST MARK WILLIAM DYKSTRA
U/THE ILL UNIFORM GIFTS TO MINORS ACT
2146 TIMBERIDGE COURT
HIGHLAND, IN 46322-3526

PETER F LICHTENSTEIN
91 FERRIS STREET
SOUTH RIVER, NJ 08882-1842

PETER G DILLON & JUDITH H DILLON TR
DILLON FAMILY REVOCABLE TRUST UA 06/15/04
8842 N MAY AVE
OKLAHOMA CITY, OK 73120-4472

PETER G TOWNSEND & IRENE H TOWNSEND TR
PETER G TOWNSEND TRUST UA 06/21/90
665 LYNNDALE CT
ROCHESTER HILLS, MI 48309-2436

PETER GALLUCCI CUST PETER GALLUCCI JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
13 HOOVER AVE
BLOOMFIELD, NJ 07003-5226

PETER H BRONSTEIN
15 MERRILL AVENUE
SALEM, NH 03079

PETER H RHEINSTEIN
621 HOLLY RIDGE RD
SEVERNA PARK, MD 21146-3520

PETER HEPPE
PO BOX 220263
ANCHORAGE, AK 99522-0263

PETER HOO CUST MISS ROSANNE HOO
A MINOR U/ART8-A OF THE PERS PROP LAW OF N Y
2106 BROADWAY
SAN FRANCISCO, CA 94115-1329

PETER J AHRENS TR
UA 05/18/72 ADAM A AHRENS TRUST DON AHRENS AS
GRANTOR
3037 WOODS EDGE WAY
MADISON, WI 53711-5163

PETER J HEINRICH
401 COLBORNE ST WEST
WHITBY ON
L1N 1X5 CANADA

PETER J HOUSER CUST PHILIP J HOUSER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
33 MEADOWBROOK ROAD
LONGMEADOW, MA 01106-1340

PETER J MEYERS JR CUST STEVE ALAN MEYERS
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
126 W 3RD AVE
LITITZ, PA 17543-2614

PETER J MEYERS JR CUST STEVE ALAN MEYERS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
126 W 3RD AVE
LITITZ, PA 17543-2614

PETER J SHUE CUST NINA LOUISE SHUE
U/THE PA UNIFORM GIFTS TO MINORS ACT
115 COLD SPRINGS ROAD
CARLISLE, PA 17013-9119

PETER J ZANNONI CUST MISS LISA W ZANNONI
U/THE WEST VIRGINIA GIFTS TO MINORS ACT
PO BOX 559
GRANTSVILLE, WV 26147-0559

PETER J ZANNONI CUST MISS PIER J ZANNONI
U/THE WEST VIRGINIA GIFTS TO MINORS ACT
BOX 129
GRANTSVILLE, WV 26147-0129

PETER JOHN LENGYEL
& HELEN A LENGYEL & STEVEN P LENGYEL & DAVID M
LENGYEL &
1315 BURGUNDY RD
ANN ARBOR, MI 48105-2524

PETER JONES
10 HOLBEIN GARDENS
NORTHAMPTON
NORTHAMPTONSHIRE
NN4 9XT GREAT BRITAIN

PETER KNOWLES JR & ELIZABETH KENDALL RANSLOW TR
PETER KNOWLES JR LIVING TRUST UA 12/03/04
10201 GROSVENER PLACE APT 526
ROCKVILLE, MD 20852

PETER L BERNARD JR CUST SUZANNE LEE BERNARD
A MINOR U/THE LA GIFTS TO MINORS ACT
113 MAGNOLIA DR
METAIRIE, LA 70005-4028

PETER L BLASCO
& CLAIRE M BLASCO & ANTHONY P BLASCO & THOMAS M
BLASCO &
8905 FINLEY DR
HICKORY HILLS, IL 60457-1058

PETER LILOIA III TR
UW PETER LILOIA JR DORIS LILOIA CREDIT SHELTER TRUST
117 SUNRISE TERRACE
WASHINGTON, NJ 07882

PETER LUKIC
7704 KLEIN DR
MIDDLBURG, OH 44130-7123

PETER M MILCOVICH DJHOSSAN S MILCOVICH TR
UA 12/13/96 THE PETER & DJHOSSANMILCOVICH
228 TIBURON COURT
WALNUT CREEK, CA 94597-3436

PETER M WEINSTEIN & BARBARA WEINSTEIN JT TEN
10050 VESTAL PL
CORAL SPRINGS, FL 33071-5827

PETER MADVAD & MARTHA B MADVAD TR
UA 12/14/93 THE MADVAD FAMILY REVOCABLE LIVING
TRUST
2102 WILLOW BROOK DR
WARREN, OH 44483-4657

PETER MANCUSI JR TR
PETER MANCUSI JR REVOCABLE TRUST AGREEMENT
05/10/94
4535-A NUTMEG TREE LANE
BOYNTON BEACH, FL 33436-3617

PETER P KLEIN & DIANA M KLEIN TR
PETER P KLEIN & DIANA M KLEIN LIVING TRUST UA 11/14/94
1268 CAMINO RIO VERDE
SANTA BARBARA, CA 93111-1015

PETER P VAN BLARCOM CUST JAMES P VAN BLARCOM
U/THE PA UNIFORM GIFTS TO MINORS ACT
701 W BUTLER PIKE
AMBLER, PA 19002-5148

PETER PAUL ZIMMERMANN & MICHAEL JOSEPH ZIMMERMANN
UA 03/22/68 CATHERINE MORRISON ZIMMERMANN TR
10825 TABOR ST
LOS ANGELES, CA 90034-5513

PETER PETROS REGAS CUST CONSTANTINOS P REGAS
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2717 CHINCILLA DR
WILMINGTON, DE 19810-1534

PETER PETROS REGAS CUST PETROS P REGAS
U/THE DEL UNIFORM GIFTS TO MINORS ACT
2717 CHINCILLA DR
WILMINGTON, DE 19810-1534

PETER R DEMARCO & LORETA L DEMARCO TR
UA 11/07/91 PETER & LORETA DEMARCO REV TRUST
12701 FAIRVIEW RD
SPRINGFIELD, NE 68059-5298

PETER S CROUCH
PO BOX 460668
DENVER, CO 80246-0668

PETER S POLCHERT CUST STACI LEE SCHEIN UGMA WI
9822 WILSON RUBY AVE
WAUWATOSA, WI 53225

PETER SCHAFFER
BET DEN KLEINEN HAEUSERN 16A
D-21643 BECKDORT
GERMANY

PETER T STEINER
1625 NEWCASTLE COURT
ROCHESTER HILLS, MI 48306-3679

PETER V DABBIERI CUST PETER DABBIERI JR
U/THE VA UNIFORM GIFTS TO MINORS ACT
PO BOX 1210
PAHRUMP, NV 89041-1210

PETER V V HAMILL CUST PETER V V HAMILL
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
1362 GREENWAY DR
ANNAPOLIS, MD 21401-4637

PETER W ANDERSON CUST DAVID WALTER ANDERSON
A MINOR U/THE CALIFORNIA GIFTS OF SECURITIES TO
MINORS ACT
1091 REED AVE APT A
SUNNYVALE, CA 94086-6817

PETER W ANDERSON CUST DAVID WALTER ANDERSON U/SEC
STATUTES 53
1091 REED AVE APT A
SUNNYVALE, CA 94086-6817

PETER W DAVIS
3060 135TH
TOLEDO, OH 43611-2332

PETER WALSH CUST DOROTHY M WALSH
U/THE MASS UNIFORM GIFTS TO MINORS ACT
37 MELVERN RD
ABINGTON, MA 02351-2517

PETER WALSH CUST KENNETH P WALSH
U/THE MASS UNIFORM GIFTS TO MINORS ACT
37 MELVERN RD
ABINGTON, MA 02351-2517

PETER WEINBERG
738 S GILPIN ST
DENVER, CO 80209-4513

PHEBA J BLACKWELL TR
PHEBA J BLACKWELL REVOCABLE LIVING TRUST UA
11/15/00
RT 2 BOX 694
IRONTON, MO 63650-9566

PHIL R MANNING JR & MARY M MANNING TR
PHIL R & MARY M MANNING JR FAMILY TRUST UA 10/16/95
19 POINT LOMA DR
CORONA DEL MAR, CA 92625-1027

PHIL ROBINSON JR & GWENDOLYN D ROBINSON TR
PHIL ROBINSON JR LIVING TRUST UA 08/04/97
114 CARRIAGE DRIVE
MIDDLEBURY, CT 06762-1928

PHILIP A CIANCIOLO & EDITH J CIANCIOLO TR
UA 05/21/2007 CIANCIOLO FAMILY TRUST
21140 SEABURY AVE
CLEVELAND, OH 44126

PHILIP A MARRACCINI CUST NINA MARIE MARRACCINI
U/THE N Y UNIFORM GIFTS TO MINORS ACT
7 INDIAN TRAIL
HARRISON, NY 10528-1803

PHILIP A PRAIRIE
361 LINWOOD AVE
WHITINSVILLE, MA 01588-2313

PHILIP B TANKARD & CYNTHIA T LATTIMORE TR
PHILIP B TANKARD REVOCABLE TRUSTUA 11/01/02
BOX 69 8410 GRAPELAND FARM RD
FRANKTOWN, VA 23354-0069

PHILIP BEICKLER
ATTN JOACHIM M BEICKLER
ROMBERGWEG 19
61462 KONIGSLEIN
GERMANY

PHILIP C HINES
PO BOX 851003
WESTLAND, MI 48185-6103

PHILIP C STEIN JR
868 BRANDON LANE
SCHWENKSVILLE, PA 19473-2102

PHILIP CHARLES STOLP & DOROTHY LOUISE STOLP TR
UA STOLP FAMILY TRUST 07/12/91
1148 W MOUNTAIN VIEW
GREEN VALLEY, AZ 85614-1006

PHILIP D FELDMAN & JEANNE R FELDMAN TR
UA 06/01/93 THE PHILIP D FELDMAN& JEANNE R
1019 HARVARD
BUFFALO GROVE, IL 60089-4324

PHILIP D WEAGEL & CAROL M WEAGEL TR
PHILIP D WEAGEL & CAROL M WEAGEL TRUSTUA 07/26/01
22025 BENJAMIN
ST CLAIRE SHORES, MI 48081-2280

PHILIP ECKER CUST LARRY J ECKER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
10 EDINBURGH DR
RANDOLPH, NJ 07869-2137

PHILIP ECKER CUST LEE A ECKER
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
10 EDINBURGH DR
RANDOLPH, NJ 07869-2137

PHILIP ECKSTEIN & JOAN ECKSTEIN TR
ECKSTEIN REVOCABLE TRUST UA 05/04/06
22817 STERLING LAKES DR
BOCA RATON, FL 33433-6270

PHILIP F HURST CUST LISA KAY HURST
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
216 LONGVIEW AVE
FAIRFIELD, CT 06430-6121

PHILIP F WOOD TR UA 05/13/05 TRUSTEE OR SUCCESSOR TR
THEPHILIP F WOOD REVOCABLE TRUST
7349 CONSERVATION ROAD
ADA, MI 49301

PHILIP FINNEGAN CUST HUGH FINNEGAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
405 N VILLAGE AVE
ROCKVILLE CENTRE, NY 11570-2329

PHILIP G RUBENSTEIN
APT 5-C
2500 EAST AVE
ROCHESTER, NY 14610-3170

PHILIP GROSSO CUST ROBERT ANTHONY GROSSO JR
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NEW JERSEY
1201 SQUIRREL CREEK PL
AUBURN, CA 95602-8863

PHILIP H CLARK CUST JOSHUA H CLARK
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
1997 DONELSON LN
SALT LAKE CITY, UT 84117-7039

PHILIP I MC GRATH JR CUST ELIZABETH ANNE MC GRATH
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1281 BRANCHWATER LANE
BIRMINGHAM, AL 35216-2001

PHILIP J BURNS JR CUST PHILIP JOSEPH BURNS 3RD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 54
RUBY, NY 12475-0054

PHILIP J CRONIN
PO BOX 311171
FLINT, MI 48531-1171

PHILIP M MISTRETTA & ELAINE K MISTRETTA TR
MISTRETTA LIV TRUST UA 02/18/99
14362 MORAVIAN MANOR CIRCLE
STERLING HEIGHTS, MI 48312-5797

PHILIP P CARPENTIER & THERESE A CARPENTIER TR
THE CARPENTIER FAM LIVING TRUST UA 10/24/95
11762 DOROTHY LANE
WARREN, MI 48093-8917

PHILIP P WOODWARD & ALVINE A WOODWARD TR
WOODWARD FAM TRUST UA 11/11/93
15939 E LOS ALTOS DR
HACIENDA HGTS, CA 91745-5432

PHILIP PRINDLE & JEAN M PRINDLE JT TEN
3042 195TH AVE
MONTROSE, IA 52639

PHILIP R GOLDSTEIN
200 NORTH WYNNEWOOD AVENUE
APARTMENT A 422
WYNNEWOOD, PA 19096-1425

PHILIP R MALONE CUST JAMES PHILIP MALONE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3138 VALLEY FARMS RD
INDIANAPOLIS, IN 46214-1516

PHILIP R PRIMOZIC CUST PHILIP ANDREW PRIMOZIC
UNDER THE WEST VIRGINIA GIFTS TO MINORS ACT
309 VIOLA RD
CHARLESTON, WV 25314-1835

PHILIP S THACHER JR CUST PHILIP S THACHER 3RD
A MINOR U/ CALIF GIFTS OF SEC TO MINORS ACT
1732 VULCAN ST
EL CAJON, CA 92021-1054

PHILIP W BALINT
1 BOEING RD
APT 3
NEW CUMBERLND, PA 17070-2486

PHILIP W JENSEN & MARJORIE H JENSEN TR
UA 06/09/2007 PHILIP & MARJORIE JENSEN TRUST
469 BRIARWOOD
UKIAH, CA 95482

PHILIP WECHSLER & BETTY WECHSLER TR
1999 PHILIP & BETTY WECHSLER REVOCABLE TRUST UA
12/27/99
PO BOX 101
WOODLAND, CA 95776-0101

PHILIP WEST
BOX 786-311
QUEEN ST E
ST MARYS ON
N4X 1B5 CANADA

PHILLIP C LEININGER
PO BOX 463
GALVESTON, IN 46932-0463

PHILLIP G JACOBSON CUST GARY J JACOBSON
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
27 YORKTOWN
IRVINE, CA 92620-2677

PHILLIP I OPPENHEISER & JO ELLEN OPPENHEISER TR
UA 04/29/07 PHILLIP I OPPENHEISER & JO ELLEN
5426 HIAWATHA DRIVE
CHEBOYGAN, MI 49721

PHILLIP J YEITER & NANCY A YEITER TR
PHILLIP J YEITER TRUST UA 05/13/99
1350 GRANADA DR NW
GRAND RAPIDS, MI 49544-2217

PHILLIP MARZANO
C/O P M A/C & REFRIGERATION
RD 2 BOX 85
KUNKLETOWN, PA 18058-9668

PHILLIP R SAVAGE
PO BOX 907570
GAINESVILLE, GA 30501-0910

PHILLIP W BOVENSIEP TR
CATHERINE BOVENSIEP & PHILIP W BOVENSIEP TR UA
8/15/91AMENDED 04/05/04
3030 N CHANNEL DR
HARSENS ISLAND, MI 48028-9500

PHILLIP W DOWNEY & CAROL J DOWNEY TR
PHILLIP W & CAROL J DOWNEY LIVING TRUST UA 10/19/99
455 GLORIA CIRCLE NW
CANAL FULTON, OH 44614-9314

PHILLIPS S PETER CUST PHILLIPS S PETER JR
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
10805 TARA RD
POTOMAC, MD 20854-1341

PHINEAS MUNSELL RANDALL IV & PHOEBE M RANDALL TR
PHINEAS MUNSELL RANDALL LIVING TRUST UA 04/13/98
925 GLYN MORGAN COURT
NEWARK, OH 43055-1793

PHYLIS CONKLIN CUST MICHAEL JOSEPH CONKLIN A MINORF
/26 INCL OF THE
3336 CARPENTERS CREEK DR
CINCINNATI, OH 45241-3813

PHYLLIS BIRCH WEISS CUST ADAM BIRCH WEISS
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
6243 29TH ST NW
WASH, DC 20015-1558

PHYLLIS C KREEGER CUST PAUL W STULTZ JR
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
PO BOX 282
SCOTTSBURG, IN 47170-0282

PHYLLIS C KREEGER CUST RICHARD LEE STULTZ
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
PO BOX 461
SCOTTSBURG, IN 47170-0461

PHYLLIS C THOMSON TR
PHYLLIS C THOMSON REVOCABLE TRUS OF 1997 UA 4/22/97
BOX 91
NORTHWOOD, NH 03261-0091

PHYLLIS CALLAMARI CUST DEBRA CALLAMARI
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
14 PETERSON RD
TOTOWA BORO, NJ 07512-1930

PHYLLIS CALLAMARI CUST HAROLD CALLAMARI JR
U/THE N J UNIFORM GIFTS TO MINORS ACT
14 PETERSON RD
TOTOWA BORO, NJ 07512-1930

PHYLLIS CALLAMARI CUST THOMAS CALLAMARI
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
14 PETERSON RD
TOTOWA BORO, NJ 07512-1930

PHYLLIS E JOHNSON & CHARLOTTE J JONES TR
PHYLLIS E JOHNSON LIVING TRUST UA 03/10/05
1196 LINKSIDE DRIVE
ATLANTIC BEACH, FL 32233-4387

PHYLLIS G BERNARD & JOHN A BERNARD TR
UA 07/28/87 PHYLLIS G BERNARD FAMILY TRUST
6608 REEDS DR
MISSION, KS 66202-4260

PHYLLIS HOFFMAN CUST TRACY HOFFMAN
UNDER THE FLORIDA GIFTS TO MINORS ACT
5 FAIRVIEW DR
WESTPORT, CT 06880-1702

PHYLLIS J LEONARD TR UA 05/06/2004 THE THOMAS R LEONA
LEONARD TRUST-TRUST B DECEDENT'S
1320 ASHEBURY LANE
APT 201
HOWELL, MI 48843

PHYLLIS JEAN SPILLERS CUST ERIN KATHLEEN SPILLERS
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
368 PRAIRIE HERITAGE DRIVE
O'FALLON, MO 63366-7203

PHYLLIS K SLATTERY TR
UA 02/09/00 PHYLLIS K SLATTERY REVOCABLE LIVING
TRUST
1235 STONETREE DR
TROY, MI 48083-5220

PHYLLIS K STEINKE
12001 WEDGE DR
FORT MYERS, FL 33913-8346

PHYLLIS M BAKER CUST ALISA JEANNE BAKER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
48 AFTERGLOW WAY
MONTCLAIR, NJ 07042-1712

PHYLLIS MILLSTEIN
22 E 81ST ST
N Y, NY 10028-0230

PHYLLIS P NIELSEN & ALVIN L NIELSEN TR
NIELSEN REVOC LIVING TRUST UA 04/30/96
608 4TH ST
TAYLOR, NE 68879

PHYLLIS R DONALDSON
12765 162ND TERR
MCALPIN, FL 32062-2357

PHYLLIS R MORSE CUST MATTHEW DAVID MORSE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
51 HOP BROOK RD
AMHERST, MA 01002-2771

PHYLLIS S WEINTRAUB & MARC R WEINTRAUB TR
PHYLLIS S WEINTRAUB REVOCABLE TRUST UA 5/9/00
7600 BAYSHORE DR
TREASURE ISLAND, FL 33706-3529

PHYLLIS SELLERS
PO BOX 970607
YPSILANTI, MI 48197-0810

PIERRE MARCEL DESPINS & MADELEINE DENISE DESPINS JT
PO BOX 321
FALHER AB
T0H 1M0 CANADA

PLESANT M PARK & NORMA L PARK TR
UA 10/15/91 PLESANT M PARK & NORMA L PARK LIVING
TRUST
2639 PAR FOUR LN
JOLIET, IL 60436-1000

PLINIO J PIMPAO CUST DIANE ESTEVES
A MINOR U/P L 55 CHAP 139 OF LAWS OF STATE OF N J
142 STILES ST
ELIZABETH, NJ 07208-1811

PNC BROKERAGE FBO ELIZABETH A OSBORNE
30 LOUISE RD
NEW CASTLE, DE 19720-1720

POLING MCGRAW & POLING PC PROFIT SHARING & EMPLOYE
TRUST U-A DTD 12-29-87
5435 CORPORATE DR SUITE 275
TROY, MI 48098-2611

POLLY BEST FELLOWS CUST ELIZABETH B FELLOWS
U/THE ARK UNIFORM GIFTS TO MINORS ACT
1 MASTERS CIR
LITTLE ROCK, AR 72212-3310

POLLY S MOWELL CUST HARRY BARNES MOWELL
U/THE MD UNIFORM GIFTS TO MINORS ACT
1317 GLENCOE RD
GLENCOE, MD 21152-9353

POLLY S MOWELL CUST WILLIAM SATTLER MOWELL
U/THE MD UNIFORM GIFTS TO MINORS ACT
11404 CARDINAL LANE
JAMESVILLE, MD 21754-8926

PORTER C EDDY CUST KURT EDDY
U/THE NORTH DAKOTA UNIFORM GIFTS TO MINORS ACT
905 2ND AVENUE NORTH
NEW ROCKFORD, ND 58356-1505

PRADEEP SHASTRI & RANJANA SHASTRI TR
UA 11/06/04 PRADEEP & RANJANA TRUST
654 SWARTHMORE AVE
PACIFIC PALISADE, CA 90272

PRESTON B HELLER JR TR
PRESTON B HELLER JR DECLARATION OF TRUST UA
11/19/01
13599 COUNTY LINE ROAD
CHAGRIN FALLS, OH 44022-4005

PRIMETTA GIACOPINI & UMBERT GIACOPINI TR
UA 09/15/89 PRIMETTA GIACOPINI &UMBERT
4863 RENO LN
EL SOBRANTE, CA 94803-3850

PRINCESS J JOHNSON TR
JAMES W & PRINCESS J JOHNSON LIVING TRUST UA 8/22/00
3909 CRYSTAL ST
ANDERSON, IN 46012-1109

PRISCILLA JEAN NAGY & JULIUS NAGY JR TR
JULIUS & PRISCILLA J NAGY TRUST UA 04/19/02
2103 ALA ST
BURTON, MI 48519-1203

PRISCILLA LOUISE MAYSTEAD TR
UA 05/18/2007 PRISCILLA LOUISE MAYSTEAD FAMILY TRUST
P O BOX 4028
CHATSWORTH, CA 91313

PRUDENTIAL-BACHE SECURITIES INC CUST DIANA KAY HASE
PLAN U-A DTD
10605 RED BRICK CT
LOUISVILLE, KY 40223-5514

PRUDENTIAL-BACHE SECURITIES INC CUST JAMES VANDREU
10-08-90
BOX 2009 PECK SLIP STA
NEW YORK, NY 10272-2009

PRUDENTIAL-BACHE SECURITIES INC CUST SALVATORE I VEI
09-22-89
BOX 2009
PECK SLIP STA
NEW YORK, NY 10272-2009

PRUDENTIAL-BACHE SECURITIES INC CUST STUART LEE HAS
ROLLOVER PLAN U-A DTD
10605 RED BIRCH CT
LOUISVILLE, KY 40223-5514

PURIE D ENGELS CUST RICHARD SCOTT ENGELS
U/THE VA UNIFORM GIFTS TO MINORS ACT
8705 KIBLERCREST DR
MECHANICSVILLE, VA 23116-2933

QUAY WILLIAMS CUST KEVIN QUAY WILLIAMS
U/THE MD UNIFORM GIFTS TO MINORS ACT
16400 BANBURY LANE
BOWIE, MD 20715-4365

QUAY WILLIAMS CUST SUSAN JOYCE WILLIAMS
U/THE MD UNIFORM GIFTS TO MINORS ACT
2514 COXSHIRE LANE
DAVIDSONVILLE, MD 21035-1153

QUENTIN STEINBERG
1402 THIRD AVE ROOM 1210
SEATTLE, WA 98101-2110

QUENTIN STEINBERG
1402 THIRD AVE STE 1210
SEATTLE, WA 98101-2110

QUINTON L HEINTZELMAN
303 NARCISSUS DR
INDIANAPOLIS, IN 46227-2600

QUONG Y YEE & YOLANDA YEE TR
QUONG YUEN YEE & YAM YUEN YEE AKA YOLANDA YEE
FAMILY TRUST UA 8/4/99
1156 DERICK WAY
SACRAMENTO, CA 95822-1035

R DEAN PAPPIN CUST STEVEN DEAN PAPPIN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX 970985
YPSILANTI, MI 48197-0817

R J FORLER & D R FORLER & L E ABEL & P A FORLER TR
ROY & DOLORES FORLER FAM TRUST UA 09/11/91
239 EAST GRAY STREET
MARTINSVILLE, IN 46151-2510

R JACQUES T DU PONT TR
NANCY SPRINGER DU PONT U-A WITH JEAN KANE FOULKE
DU PONT 10/11/56
143 MITCHELL RD
BENTON, PA 17814-7780

R JAMES KINNISON & NANCY J KINNISON TR
THE KINNISON FAMILY TRUST UA 02/22/05
221 WAGNER ROAD
WEST MILTON, OH 45383-1654

R KANAGA
30200 ROSEBRIAR X
ST CLAIR SHRS, MI 48082-2641

R LAVERNE HENDERSON & CELIA J HENDERSON TR
RAYMOND LAVERNE & CELIA JANE HENDERSON TRUST UA
04/08/92
1795 SUNDANCE DR
MARION, IA 52302-9266

R LEE DAVIS & SUE V DAVIS TR
THE R LEE & SUE V DAVIS REV TRUST UA 05/08/01
25 AVERY CIRCLE
JACKSON, MS 39211-2474

R LEE LEAVELL & BETTY LEAVELL TR
R LEE LEAVELL & BETTY LEAVELL LIVING TRUST UA 08/15/96
723 MAIN ST
RACINE, WI 53403-1211

R LEE VANDERPOOL III CUST DAMIEN CHRISTOPHER VANDER
A MINOR UNDER THE LOUISIANA GIFTS
2332 TIMBERLINE WAY
LAS VEGASGE, NV 89117-5808

R M MORRISS III CUST B DOUGLAS MORRISS
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
5 UPPER PRICE RD
ST LOUIS, MO 63124-4470

R PAUL COGGINS CUST DALE A COGGINS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
65 DRINKWATER RD
HAMPTON FALLS, NH 03844-2119

R PAUL COGGINS CUST SCOTT R COGGINS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
75 RONDEAU ST
PALMER, MA 01069-9656

R PETER BERNSTEIN
152 WOBURN AVE
TORONTO ON
M5M 1K7 CANADA

R S BARTA CUST BRETT RAYMOND BARTA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2060 FAIRWAY CIRCLE
HUDSON, OH 44236-1300

R S FELTMAN
19836 210TH AVE
TUSTIN, MI 49688-8209

R V CAMPBELL CUST EARL H CAMPBELL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3366 SHADY CREEK
HARTLAND, MI 48353-2124

RACHAEL A OTT & LARRY L OTT TR
LARRY LEE & RACHAEL ANN OTT JOINT LIVING TRUST UA
5/23/05
13906 WEST WHITEWOOD DRIVE
SUN CITY WEST, AZ 85375-5952

RACHAEL D LONG & EILEEN E OHL TR
BETTY JANE OHL IRREVOCABLE TRUSTUA 02/07/03
5391 CHAPMANS RD
OREFIELD, PA 18069-9008

RACHAELE OTTO
PO BOX 112378
NAPLES, FL 34108

RACHEL AIZER CUST ARLENE AIZER
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF N Y
248 FOREST RD
MILFORD, CT 06460-2730

RACHEL B SILVERMAN CUST MICHAEL J SILVERMAN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
692 W IRVING PARK RD #C-1
CHICAGO, IL 60613-3131

RACHELE A FARDEN TR
U-A DTD THE RACHELE ANN FADEN REVOCABLE LIVING
TRUST
109 OAKWOOD AVE
PRUDENVILLE, MI 48651-9709

RAFAEL GUERRA
PO BOX 360444
MILPITAS, CA 95036-0444

RAFEL POLA
PO BOX 143732
CORAL GABLES, FL 33114-3732

RAFFIE A HAROOTIAN & MARY C HAROOTIAN TR
UA 07/12/94 HAROOTIAN 1994 REVOCABLE TRUST
2504 KENT DRIVE
BAKERSFIELD, CA 93306-3517

RAGAN N HARBAUGH & RUTH E HARBAUGH TR
RAGAN & RUTH HARBAUGH TRUST UA 06/16/97
2233 E BEHREND DR LOT 255
PHOENIX, AZ 85024-1868

RAJVINDER KAMBO
203-8040 COLONIAL DR
RICHMOND BC
V7C 4V1 CANADA

RALF TISCHKA
AM FALKENSTEIN 4
VILLMAR AUMENAU
GERMANY-
GERMANY

RALPH A ASTORINO & JOY L ASTORINO TR
ASTORINO FAM REV TRUST 1 UA 11/01/96
2311 GUNN RD
CARMICHAEL, CA 95608-5022

RALPH A CIANFARANI & BETTY A CIANFARANI TR
CIANFARANI LIVING TRUST UA 06/09/97
38210 STEEDE
STERLING HTS, MI 48310-3069

RALPH A HECKER & EVELYN M HECKER TR
RALPH A HECKER & EVELYN M HECKER FAMILY TRUST UA
05/21/97
W 266 N 5702 HWY MORAINE DR
SUSSEX, WI 53089

RALPH A TAYLOR & KATHRYN E TAYLOR TR TAYLOR TRUST #
1302 W AJO WAY
UNIT 177
TUCSON, AZ 85713-5718

RALPH BOYD HATHCOCK CUST THOMAS B HATHCOCK
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
PO BOX 1321
DEER PARK, TX 77536-1321

RALPH C KIENZ
50 LACEY RD
APT D208
WHITING, NJ 08759-4424

RALPH C SCHEUERLEIN
5082 FREELAND ROUTE #1
FREELAND, MI 48623-8908

RALPH D WERK & REBECCA B WERK TR
RALPH D WERK & REBECCA B WERK LIVING TRUST UA
12/24/98
1172 ROCK VALLEY DR
ROCHESTER, MI 48307-6002

RALPH D WHITTIER & LILLIAN WHITTIER TR
UA 06/04/79 M-B RALPH D WHITTIER
402 THOMAS LANE
GRAND BLANC, MI 48439-1526

RALPH DRAKE
3355 HERTLEIN LANE
VANDALIA, OH 45377-9792

RALPH DUANE HUNTER TR
RALPH J HUNTER & ELEANOR N HUNTER TRUST UA 06/28/95
5442 MCCLELLAN RD
MECHANICSVILLE, VA 23111-6801

RALPH E FLECK JR TR
CARROLLTON ORTHOPEDIC CLINIC PC PENSION PLAN &
TRUST UA 07/05/77
148 CLINIC AVE
CARROLLTON, GA 30117-4414

RALPH E LEONARD JR CUST DOUGLAS R LEONARD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3151 OTSEGOLAND DR
GAYLORD, MI 49735-9448

RALPH E WALKER & MILDRED M WALKER TR
UA 10/14/91 RALPH E WALKER & MILDRED M WALKER TRUST
1302 W SUNSET
SPRINGFIELD, MO 65807-5943

RALPH EDGAR EAKINS & CHRISTINE N EAKINS JT TEN
440 213 PLACE S E
REDMOND, WA 98053-7055

RALPH EVERETT LOOMIS CUST DREW EVERETT LOOMIS
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF NEW
YORK
313 CENTRAL AV
HAMMONTON, NJ 08037-1636

RALPH F GILNACK & JANET A JOHNSON GILNACK TR
UA 12/18/2006 RALPH & JANET GILNACK LIVING TRUST
100 WHITE AVE
MIDDLEBURY, CT 06762

RALPH FOSTER
PO BOX 202593
CLEVELAND, OH 44120-8126

RALPH G PLESS & JOAN E PLESS TR
UA 10/16/91 RALPH & JOAN PLESS LIVING TRUST
11808 LAKESHORE NORTH
AUBURN, CA 95602-8334

RALPH H & JEAN M SANDBERG TR
SANDBERG FAMILY REVOCABLE TRUST UA 09/14/98
17300 N 88TH AVE
APT 217
PEORIA, AZ 85382-3504

RALPH H CARLING JULIA E CARLING ELLA L CARLING
& CHRIS B CARLING JT TEN
7106 DEEP WATER POINT ROAD
WILLIAMSBURG, MI 49690-9549

RALPH H HARDING & ANGELINE Y HARDING TR
UA 11/10/86 HARDING FAMILY TRUST
54267 WOODCREEK BLVD
SHELBY TWP, MI 48315-1431

RALPH HORROCKS & ELIZABETH HORROCKS TR
UA 03/18/93 THE RALPH & ELIZABETH HORROCKS
30 SHAW ST
HESPERIA, MI 49421-9245

RALPH J EDELSTEIN & EILEEN EDELSTEIN TR
RALPH J EDELSTEIN REVOCABLE TRUST UA 12/18/97
82 BOYLES ST
BEVERLY, MA 01915-2025

RALPH J HAUBENSTRICKER & IRENE A HAUBENSTRICKER TR
RALPH J HAUBENSTRICKER REV LIV TRUST UA 08/12/99
9520 JUNCTION RD
FRANKENMUTH, MI 48734-9578

RALPH J HILL & JOSEPHINE H HILL TR
RALPH J HILL & JOSEPHINE H HILL TRUST UA 04/10/96
8825 MORNINGLIGHT CIR
RIVERSIDE, CA 92508-3105

RALPH J SHAY CUST MICHAEL D SHAY
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1136 CYNTHIA SQ
MOUNTAIN HOME, AR 72653-4824

RALPH KAZANJIAN & ELISE E KAZANJIAN TR
KAZANJIAN REVOCABLE TRUST UA 08/05/99
1000 NORTH POINT #1707
SAN FRANCISCO, CA 94109-1079

RALPH L DENSMORE & SHIRLEY A DENSMORE TR
RALPH & SHIRLEY DENSMORE LIVING TRUST UA 07/11/97
9179 STEEP HOLLOW
WHITE LAKE, MI 48386-2072

RALPH L ROBIE JR & PHYLLIS N ROBIE TR
RALPH L ROBIE JR & PHYLLIS N ROBIE REV LIV TRUST UA
8/09/97
19749 NW BARON LANE
POULSBO, WA 98370

RALPH MERCURI CUST ANTHONY MERCURI
U/THE PA UNIFORM GIFTS TO MINORS ACT
PO BOX 3595
HAILEY, ID 83333-3595

RALPH NUNEZ & LISA NUNEZ TR
RALPH & LUISA NUNEZ REVOCABLE LIVING TRUST UA
08/30/02
3864 OLD CREEK ROAD
TROY, MI 48084-1656

RALPH P SCHWEINLE
C/O MARGARET SCHWEINLE
5250 SCHOOL RD
PECK, MI 48466-9756

RALPH R SULLIVAN
30095 151ST AVENUE
NEW PRAGUE, MN 56071-4037

RALPH ROCKICIOLI CUST ALBERT LOUIS ROCKICIOLI UGMA N
2931 166TH ST
FLUSHING, NY 11358-1435

RALPH ROCKICIOLI CUST FRANCES ROCKICIOLI UGMA NY
2931 166TH STREET
FLUSHING, NY 11358-1435

RALPH S TRIGG JR & GWENNA TRIGG TR
RALPH S TRIGG JR & GWENNA B TRIGG REVOCABLE TRUST
05/12/98
1513 PLAZA ENCANTADA NW
ALBUQUERQUE, NM 87107-3256

RALPH V HILLIGOSS TR
RALPH V HILLIGOSS REVOCABLE LIVING TRUST UA 02/16/05
846 BRIARWOOD DR
ANDERSON, IN 46012-9803

RALPH V WEINREIS
902 TAHQUAMENON BLVD
NEWBERRY, MI 49868-1728

RALPH W ELSNER CUST DAVID E ELSNER
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
516 SOUTH SAINT JAMES
EVANSVILLE, IN 47714-1640

RALPH W ROSENOW & BETTY J ROSENOW TR
UA 10/03/2007 RALPH WALDO ROSENOW AND BETTY JANE
6214 PEGGY LN W
TRAVERSE CITY, MI 49684

RALPH W SKAIO
13993 152ND AVE
GRAND HAVEN, MI 49417-8956

RAM S GOYAL & AKSHAMA D GOYAL TR
RAM S GOYAL & AKSHAMA D GOYAL REVOCABLE
13191 SUNSET POINT WAY
SAN DIEGO, CA 92130

RAMEY O ROGNESS & NANCY Y LARSEN TR
TESTAMENTARY TRUST FBO SHERRYL R PERDUE UA
09/30/03
1909 E BROADWAY ST
HELENA, MT 59601-4713

RAMON LLOVERAS
PO BOX 9020895
SAN JUAN
0092-0895 PUERTO RICO

RAMSAY GILLMAN CUST LAURA STACEY GILLMAN
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
10595 W SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77099-2844

RAND S GOLDSTEIN
9530 LADUE RD
ST LOUIS, MO 63124-1340

RANDAL J NIXON
170 STEINFELDT RD
LANCASTER, NY 14086-2332

RANDALL C HERR CUST AARON M HERR
UNDER MISSOURI UNIFORM GIFTS TO MINORS LAW
4409 RAVEN PT
HIGH RIDGE, MO 63049-3814

RANDALL F SOCIER & MARY JANE SOCIER TR
RANDALL F & MARY JANE SOCIER REVOCABLE TRUST
06/07/04
1280 SOUTH EIGHT MILE RD
KAWKAWLIN, MI 48631-9722

RANDALL FEINBLATT
PO BOX 128
CAMPVERDE, AZ 86322-0128

RANDALL G JANISSE & SUSAN JANISSE TR
RANDALL G JANISSE LIVING TRUST UA 01/05/01
13706 JULIUS
WARREN, MI 48089-5427

RANDALL S ECKSTEIN
5939 HUNTER LN
TANNER, AL 35671-4008

RANDALL S VAN REKEN & DEBBIE J VAN REKEN TR
RANDAL S VAN REKEN REVOCABLE LIV TRUST UA 01/15/03
7935 WEST RED COACH
LAS VEGAS, NV 89129-5344

RANDEE KAYE BERNSTEIN
2016 STONEY BROOK COURT
FLINT, MI 48507-2273

RANDOLF D KNOTT
484261 SWEADBURG ROAD
INGERSOLL ON
N5C 3J8 CANADA

RANDOLPH A REINKE
1055 ROBERTA ST
VENICE, FL 34285

RANDOLPH B HESSELBAUM & DONNA M HESSELBAUM TR
RANDOLPH B HESSELBAUM LIVING TRUST UA 03/01/04
1005 RIVERWATCH TRACE
SPARTA, TN 38583-6687

RANDOLPH B STRIPLING JR & JANE A STRIPLING TR
THE STRIPLING FAM REV LIV TRUST UA 03/07/03
409 NORTH BRIDGE
DEWITT, MI 48820-8907

RANDOLPH WALTHALL & JANE WALTHALL TR
RANDOLPH WALTHALL & JANE WALTHALL 1995 TRUST UA
11/28/95
1200 STEWART RD
SACRAMENTO, CA 95864-5351

RANDY BLEVINS
3927 124TH ST
URBANDALE, IA 50323-2348

RANDY J MARKLEVITZ
416 131ST AVE
WAYLAND, MI 49348-9522

RANDY JOHANSEN & DIANN L JOHANSEN JT TEN
1562 200TH ST
SHEFFIELD, IA 50475-8034

RANDY K FLETCHER & DEBRA K FLETCHER TR
UA 10/29/08 FLETCHER FAMILY TRUST
2201 SACRAMENTO WAY
EAST LANSING, MI 48823

RAPHAEL A UMENTUM & DELORES M UMENTUM TR
RAPAEL A UMENTUM & DELORES M TRUST UA 03/14/00
5728 HWY R
DENMARK, WI 54208-9107

RASHEED AMEER JR
PO BOX 608714
CLEVELAND, OH 44108-0714

RAUL C RAMIREZ
PO BOX 214042
AUBURN HILLS, MI 48321-4042

RAUL M TORRES CUST ESTELLE PHYLLIS TORRES JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
711 BALFOUR
GROSSE POINT PARK, MI 48230-1811

RAUSHAN A CHOWDHURY
& M A MONAYEM CHOWDHURY & M A AZIZ CHOWDHURY JT
TEN
173 S CHEYNEY RD
GLEN MILLS, PA 19342-1333

RAY AUSLOOS CUST DAVID AUSLOOS UGMA WI
PO BOX 320550
FRANKLIN, WI 53132-6091

RAY DURDIN CUST SHARILYN D OGLESBY
UNDER THE FLORIDA GIFTS TO MINORS ACT
PO BOX 79707
HOUSTON, TX 77279-9707

RAY E MURPHY & YOLONDA H MURPHY TR
RAY & YOLONDA MURPHY TRUST UA 02/24/98
7583 RT 127
CAMDEN, OH 45311-9501

RAY G BENDER
1204 135TH AVE
WAYLAND, MI 49348-9568

RAY K MICHIHIRA & GRACE T MICHIHIRA TR
MICHIHIRA REVOCABLE FAMILY TRUST UA 9/10/99
6301 BELLINGER DRIVE
HUNT BEACH, CA 92647-3335

RAY L KIMBERLEY & PATRICIA V KIMBERLEY TR
KIMBERLEY LIV TRUST UA 11/12/03
3227 N OLEANDER
CHICAGO, IL 60634-3230

RAY L KINGSTON & BETTY L KINGSTON TR
UA 11/13/06 RAY L & BETTY L KINGSTON
1312 W. TOMICHI AVE UNIT 19
PO BOX 223
GUNNISON, CO 81230

RAY M HARLIN CUST RAY M HARLIN JR
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
5351 FAIRVIEW ROAD
HIXSON, TN 37343-4623

RAY M RENAUD
G1151 W KLEIN ST
MOUNT MORRIS, MI 48458

RAY MCCLELLAN & ELISE L MCCLELLAN TR
RAY & ELISE MCCLELLAN TRUST UA 12/08/92
955 PEPPERWOOD DR
BRUNSWICK, OH 44212-2456

RAY RENTERIA
39112 162ND STREET EAST
LAKE LOS ANGELES, CA 93591-3409

RAYKUN R CHANG
PO BOX 493764
REDDING, CA 96049-3764

RAYMOND A HORNBOSTEL & ANITA HORNBOSTEL TR
LIVING TRUST 08/01/91 U-A ANITA HORNBOSTEL
2112 E ST JAMES
ARLINGTON HEIGHTS, IL 60004-6463

RAYMOND A MUNDER JR CUST ELIZABETH F MUNDER
U/THE PA UNIFORM GIFTS TO MINORS ACT
800 HUDSON DRIVE
YARDLEY, PA 19067-4304

RAYMOND A POWERS CUST DANIEL VINCENT POWERS
U/THE ILL UNIFORM GIFTS TO MINORS ACT
3531 SPENO DR
SAN JOSE, CA 95117-2950

RAYMOND A TIDROW CUST DONALD R TIDROW
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
14618 IVANHOE DR
WARREN, MI 48088-7404

RAYMOND A WIDMER & GLORIA M WIDMER TR
UA 03/11/94 RAYMOND A WIDMER & GLORIA M WIDMER
34486 CEDARFIELD DRIVE
RIDGE MANOR, FL 33523-9410

RAYMOND AXELRODE CUST STEVEN AXELRODE
U/THE CAL UNIFORM GIFTS TO MINORS ACT
750 S SPAULDING AVE #302
LOS ANGELES, CA 90036-4564

RAYMOND BOOKER & MILDRED L BOOKER TR
RAYMOND & MILDRED LBOOKER REV LIV TRUST UA 09/27/00
12238 NORTH CR 800 EAST
ROACHDALE, IN 46172-9438

RAYMOND C CAMPBELL & M JEANETTE CAMPBELL TR
RAYMOND CAMPBELL & JEANETTE CAMPBELL
2107 MEADOWLARK LANE
IDABEL, OK 74745-3726

RAYMOND C HUTCHINSON & MARY F HUTCHINSON & NANCY
UA 11/21/00 HUTCHINSON FAMILY
231 E 276TH ST
EUCLID, OH 44132-1301

RAYMOND C MCGROARTY & DOROTHY L MCGROARTY TR
MCGROARTY FAMILY TRUST UA 12/18/96
7092 SOUTH OUTER 364
APT 216
O FALLON, MO 63368

RAYMOND C OSTROWSKI & DELORES M OSTROWSKI TR
UA 11/13/2006 RAYMOND & DELORES OSTROWSKI
30570 LEROY
ROMULUS, MI 48174

RAYMOND C SPEAR & SUSANNE S SPEAR TR
SPEAR FAMILY LIVING TRUST UA 02/15/05
223 SHAWNEE DRIVE
BEDFORD, IN 47421-5227

RAYMOND CHOI
GREEN COURT APARTMENT
BLOCK 13 UNIT 1001
777 BIYUN ROAD PUDONG
SHANGHAI 201206 CHINA (PEOPLE'S REP)

RAYMOND CHOW CUST LESLIE CHOW
A MINOR UNDER THE CALIF GIFTS OF SEC TO MINORS ACT
133 NUEVA AVE
SAN FRANCISCO, CA 94134-2420

RAYMOND D WAITKINS & C ELLEN COLEMAN TR
UA 04/09/90 MIRIAM F WAITKINS TRUST
3517 NYS RT 14
WATKINS GLEN, NY 14891

RAYMOND E DANIEL & MARY P DANIEL TR
UA 11/20/91 RAYMOND DANIEL & MARY DANIEL FAMILY
TRUST
715 HIGH POINT DR
LAKE ST LOUIS, MO 63367-2034

RAYMOND E HARTSTEIN & ELLIOTT D HARTSTEIN & BARRY A
9801 GROSS POINT RD #201
SKOKIE, IL 60076-1166

RAYMOND E JANKOVSKY SR
232 KLEIN CREEK CT
APT A
CAROL STREAM, IL 60188-9390

RAYMOND E SKELLETT & BETTY J SKELLETT TR
RAYMOND E SKELLETT & BETTY J SKELLETT
1489 W BRISTOL RD
FLINT, MI 48507-5523

RAYMOND E SUMMERER & FRANCES J SUMMERER JT TEN
RR 1 1425 110TH AVE
OTSEGO, MI 49078-9801

RAYMOND F CHIOSTRI TR
RAYMOND F CHIOSTRI DECLARATION OF TRUST UA 02/24/99
452 CARSWOLD DR
CLAYTON, MO 63105-2029

RAYMOND F FORBES JR CUST CYNTHIA LOUISE FORBES
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1512 MARINERS DRIVE
NEWPORT BEACH, CA 92660-4414

RAYMOND F PASTERNAK & SOPHIE J PASTERNAK TR
RAYMOND F & SOPHIE J PASTERNAK TRUST UA 12/08/99
47334 JUNIPER
MACOMB, MI 48044-2433

RAYMOND F ROSS & JANE H ROSS TR
RAYMOND F ROSS REVOCABLE TRUST UA 11/06/00
4669 WEST LAKE RD
GENESEO, NY 14454-9618

RAYMOND H KALIS & ANNE L KALIS TR
UA 12/29/92 KALIS FAMILY LIVING TRUST
4447 S FRANKLIN AVE
WESTERN SPRING, IL 60558-1530

RAYMOND HELLER & GLORIA HELLER TR
UA 02/01/90 THE RAYMOND HELLER &GLORIA HELLER
TRUST
789 DEVONSHIRE WAY
SUNNYVALE, CA 94087-3510

RAYMOND HIDEO SHIBATA & LILLIAN YAEKO SHIBATA TR
RAYMOND HIDEO SHIBATA REVOCABLE LIVING
7224 KIPU PLACE
HONLULU, HI 96825-2718

RAYMOND I WARREN CUST MARK L WARREN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
29344 MARK BLVD
MADISON HEIGHTS, MI 48071-4443

RAYMOND J FESLER CUST DOUGLAS M FESLER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
5537 KERTH ROAD
SAINT LOUIS, MO 63128-3643

RAYMOND J HEBEL CUST DAVID M HEBEL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
850 CORONA ROAD
PETALUMA, CA 94954-1401

RAYMOND J MARVAR CUSTODAIN FOR JOHN GOEBEL MARVA
UNDER OH UNIFORM TRANSFERS TO MINORS ACT
21520 KENWOOD AVE
ROCKY RIVER, OH 44116-1232

RAYMOND J PODKOWA SR & VIRGINIA PODKOWA TR
THE PODKOWA FAMILY TRUST UA 06/03/92
822 HIBISCUS DR
LADY LAKE, FL 32159-2117

RAYMOND J SCHOEBERLEIN
PO BOX 191
OLD FORGE, NY 13420-0191

RAYMOND J SROKA & JULIANA SROKA TR
SROKA SELF-TRUSTED LIVING TRUST UA 02/01/99
4862 S VAIL LN
GAYLORD, MI 49735-9657

RAYMOND J SYMONS & PATRICIA A SYMONS TR
RJ & PA SYMONS TRUST UA 02/11/02
25235 S GLENBURN DR
SUN LAKES, AZ 85248-6613

RAYMOND J TRUTING JR & MARIJANE TRUTING TR
UA 12/13/2007 TRUTING FAMILY TRUST
3920 BAL HARBOR BLVD UNIT E2
PUNTA GORDA, FL 33950

RAYMOND JAMES & ASSOC CUST FRANK S HLAVENKA ACTT
880 CARILLON PARKWAY STE 28030
ST PETERSBURG, FL 33733

RAYMOND KLEINSCHMIDT & ROSEMARY HUTCHESON JT TEN
3988 FAR HILL DR
BLOOMFIELD HILLS, MI 48304-3215

RAYMOND KLONOWSKI & SHARON L KLONOWSKI TR
RAYMOND KLONOWSKI & SHARON L KLONOWSKI TRUST UA
08/24/00
5551 MARY COURT
SAGINAW, MI 48603-3642

RAYMOND L SUTTON JR & PHYLLIS N SUTTON TR
UA 05/04/93 RAYMOND & PHYLLIS SUTTON LIVING TRUST
591 PINE LANE
EAST TAWAS, MI 48730-9512

RAYMOND M LEFEVER CUST ROBERT LYNN LEFEVER
U/THE PA UNIFORM GIFTS TO MINORS ACT
879 GOSHEN MILL ROAD
PEACH BOTTOM, PA 17563-9630

RAYMOND M MEGA & CATHERINE C MEGA TR
RAYMOND M & CATHERINE C MEGA TRUST UA 03/07/96
1024 EAST LONGS PEAK AVE
LONGMONT, CO 80501-5220

RAYMOND M SMIECINSKI & AUDREY A SMIECINSKI TR
THE SMIECINSKI FAMILY TRUST UA 05/03/02
3967 COVENTRY CT
WATERFORD, MI 48329-3919

RAYMOND M TALKINGTON & MARY M TLAKINGTON TR
RAYMOND & MARY TALKINGTON REV LVG TRUST UA3/14/200
1356 NORTH ORANGE GROVE AVE
LOS ANGELES, CA 90046-4711

RAYMOND M WOLFE & LINDA M WOLFE TR
WOLFE FAMILY REVOCABLE LIVING TRUST 01/20/94
5460 ERICSON WAY STE A
ARCATA, CA 95521-8909

RAYMOND R STEELEY
342844 EAST 940TH RD
CHANDLER, OK 74834

RAYMOND T MOY
PO BOX 720568
HOUSTON, TX 77272-0568

RAYMOND T SCOTTEN CUST JANICE RAE SCOTTEN
U/THE IND UNIFORM GIFTS TO MINORS ACT
8038 STAFFORD LN
INDIANAPOLIS, IN 46260-2848

RAYMOND THACKER
PO BOX 250075
FRANKLIN, MI 48025-0075

RAYMOND VAN DEN HEUVEL & LONA VAN DEN HEUVEL TR
RAYMOND & LONA VAN DEN HEUVEL 2000 TRUST UA
07/21/00
18618 CELTIC STREET
NORTHRIDGE, CA 91326-2708

RAYMOND W SUARES
& KATHERINE M SUARES & JOANNE BETH JAKEL &
CHRISTINE D MUSICH JT TEN
13164 BALFOUR AVE
HUNTINGTON WOODS, MI 48070-1701

RAYMOND W VERNON & MARGERY H VERNON TR
RAYMOND W VERNON & MARGERY H VERNON FAMILY
TRUST UA 02/22/94
196 N CENTRAL AVE
CAMPBELL, CA 95008-1404

RAYMOND WELLS & MARGARETE WELLS TR
UA 10/16/97 RAYMOND WELLS & MARGARETE WELLS
7114 SPRING ORCHARD LN
RICHMOND, TX 77469-3813

REBA BECKER CUST STEVEN IRA BECKER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
35 WENDY LANE
CLOSTER, NJ 07624-2319

REBA BECKER CUST SUSAN BECKER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
29 E 22 STREET
NEW YORK, NY 10010-5303

REBECCA A REHBEIN CUST POLLY A REHBEIN UGMA IN
68 LOOKOUT RIDGE DR
COLUMBUS, IN 47201-8937

REBECCA D CANTY
BOX 631770
NACOGDOCHES, TX 75963-1770

REBECCA D PALMER CUST JASON PALMER
UNDER THE FLORIDAGIFTS TO MINORS ACT
316 OAK KNOLLS CIRCLE
SEBRING, FL 33870-6246

REBECCA DINETZ CUST ELLIOT HARVITH
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
268 WEST SAGINAW ST. 104
EAST LANSING, MI 48823

REBECCA GOLDSTEIN
10498 RENE DR
CLIO, MI 48420-1937

REBECCA HODGEKINSON
UNIT 1114-150 LAKESHORE RD W
MISSISSAUGA ON
L5H 3R2 CANADA

REBECCA MADELEINE THOMPSON
PO BOX 720254
DALLAS, TX 75372-0254

REBECCA SHEIN CUST TAMMY SHEIN UGMA NY
82 MARK LANE
ATLANTIC BEACH, NY 11509-1617

REBECCA WOOTTEN CUST LAYNE M WOOTTEN
U/THE ARIZONA UNIFORM GIFTS TO MINORS ACT
19071 ORO VERDE LANE
YORBA LINDA, CA 92886-2727

REBINA M PETERSON TR REBINA M PETERSON TRUST # 101 I
926 TOWNSEND ST
SYCAMORE, IL 60178-2525

REDEEMER EVANGELICAL LUTHERAN CHURCH OF NEWARK I
JERSEY CORPORATION
BROADWAY AT CARTERET ST
NEWARK, NJ 07104

REECE BARTLETT CAVE TR
REECE BARTLETT CAVE REVOCABLE LIVING TRUST UA
09/23/03
2800 VILLA VISTA WAY
SACRAMENTO, CA 95821-5415

REESE COUNCIL # 9 R & SM
4700 BRIAR KNOLL DR
KETTERING, OH 45429-5532

REESE D BARKER & VESTA A BARKER TR
BARKER FAMILY LIVING TRUST UA 03/16/05
124 AMBER VALLEY DR
ORINDA, CA 94563-1202

REEVE R HASTINGS CUST RALPH E HASTINGS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
11391 WASHINGTON ST
CHAGRIN FALLS, OH 44023-5549

REGINA BARCEWICZ & JANE BARCEWICZ & SOPHIE BARCEWI
REGINA BARCEWICZ LIVING TRUST UA
5243 SAFFRON
TROY, MI 48085-6708

REGINA JOYCE DONALD JOYCE & EUGENE JOYCE TR
REGINA JOYCE REV TRUST UA 12/04 98
9825A PARKINSONIA TREE TR # A
BOYNTON BEACH, FL 33436-3709

REGINALD CRYER
PO BOX 850234
NEW ORLEANS, LA 70185

REGINALD J DAVIDSON CUST DOUGLAS WOODBURN DAVIDS
U/THE WASH UNIFORM GIFTS TO MINORS ACT
7035 135TH PL SE
NEWCASTLE, WA 98059-3120

REGINALD J DAVIDSON CUST JOHN RANGER DAVIDSON
U/THE WASH UNIFORM GIFTS TO MINORS ACT
PO BOX 169
ROSLYN, WA 98941-0169

REGIS F MAZANET & MARY M MAZANET TR
UA 04/08/87 REGIS F MAZANET & MARY M MAZANET TRUST
24 DAFFODIL LN
COS COB, CT 06807-1412

REGIS MC GUIRE CUST REGIS PIERRE MC GUIRE
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
910 ROUTE 1 NORTH
WOODBRIDGE, NJ 07095-1403

REID M THEIN & FRANCES A THEIN JT TEN
622 LOMBARD ST
CLARENCE, IA 52216

REINALD DERSCH
2931 SUMMITOP RD
MARIETTA, GA 30066-1630

REINALDO ARCS
3224 W 23RD ST
CHICAGO, IL 60623-3324

REINALDO FELICIANO
11708 RIVER RD
CARMEL, IN 46033-9753

REINALDO R ODIO
14262 SW 160TH TER
MIAMI, FL 33177-1825

REINDER KARS
515 COUNTRY CLUB RD
HOLLAND, MI 49423-9124

REINE LITTLE
9945 MELGAR DR
WHITTIER, CA 90603-1456

REINE M CORWIN
PO BOX 159
BOONVILLE, NY 13309-0159

REINE M CORWIN TR CORWIN FAM TRUST UA 12/20/94
PO BOX 159
BOONVILLE, NY 13309-0159

REINER KISCHPORSKE
EUROPARING 89
D-64521 GROSS GERAU
REPL OF
GERMANY

REINER SCHNEIDER
GARTENHEIMSTR 23
D-30659 HANNOVER
GERMANY

REINHARD FELTEN & ANNA F FELTEN JT TEN
21 CLEAR LAKE RD
WHITING, NJ 08759-2971

REINHARD M SCHROEDEL & FRANCES L SCHROEDEL JT TEN
2617 3RD PL NE
ROCHESTER, MN 55906-3469

REINHARD WEBER
HIMMELOHSTR 156
D-58454 WITTEN
GERMANY

REINHARD WEBER
HIMMELOHSTR 156
D-58454 WITTEN
GERMANY

REINHARDT A MALSHESKE
PO BOX 1168
BURLINGTON, CT 06013-0168

REINHOLD H RUPPEL & MILDRED J RUPPEL TEN ENT
16 5 OAKS DR
SAGINAW, MI 48638-5953

REINHOLD H SHARPE
373 E PEKIN RD
LEBANON, OH 45036-9710

REINHOLD K FEHRENBACH
20 MT VERNON AVE
NORTHFIELD, NJ 08225-2207

REINHOLD KOMM
7510 YORKTOWN RD
LANSING, MI 48917-9688

REINHOLD M W MAYER TR LIVING TRUST 02/22/91 U-A REINHO
511 GEYER
FRANKENMUTH, MI 48734-1605

REINHOLD OLBRICH
ANTONIUS-STR 82
4044 KAARST 2
GERMANY

REINHOLD ZESSIN
7944 MITCHELL FARM LANE
CINCINNATI, OH 45242-6437

REINOUD L ELIAS & MARY F ELIAS JT TEN
4903 RIVER HEIGHTS DR
MANITOWOC, WI 54220-1033

RELIANCE DYEING & FINISHING CO INC
1500 PALISADE AVE
APT 23C
FORT LEE, NJ 07024-5341

REMBERT C PARKER JR
PO BOX 431388
PONTIAC, MI 48343-1388

RENA TRUXILLO USU CHRISTINE HAINS PATRICIA BOUDREAU
& JEROME & JOSEPHIII TRUXILLO & VICTORIA TRUXILLON/O
1106 DICARLO DR
LAFAYETTE, LA 70503-4432

RENATO D COSTA
GM CHINA INVESTMENT CO LTD
23RD FLOOR AURORA PLAZA
99 FUCHENG ROAD PUDONG
SHANGHAI SHANGHAI 200120 CHINA (PEOPLE'S REP)

RENE C DELMAR & EVELYN A DELMAR TR
RENE & EVELYN DELMAR REV TRUST UA 04/25/02
49721 REGATTA
NEW BALTIMORE, MI 48048

RENE COURPET & LOUISE COURPET TR
UA 12/06/88 RENE COURPET & LOUISE COURPET TRUST
28 CRESTVIEW AVE
DALY CITY, CA 94015-4501

RENE D FRANCO
111137 RISNER LN
EATON RAPIDS, MI 48827-8247

RENE E ZALDIVAR
PO BOX 668292
POMPANO BEACH, FL 33066-8292

RENEE DELPROPOSTO TR
RENEE DELPROPOSTO REVOCABLE LIVING TRUST UA
01/18/06
PO BOX 80878
ROCHESTER, MI 48308-0878

RENEE FRISCH CUST JAMES RANDALL FRISCH
A MINOR U/THE LAWS OF SOUTH CAROLINA
2 TRAPMAN ST
CHARLESTON, SC 29401-1913

RENIE C WONG & CYNTHIA K WONG JT TEN
2519 120TH ST
COLLEGE POINT, NY 11354-1052

RENNY OHLSSON & JUDITH A OHLSSON TR
UA 04/09/2007 RENNY OHLSSON & JUDITH A OHLSSON
944 PIERCE AVENUE
OSHKOSH, WI 54902

RENO V VITTORELLI
1795 222ND PLACE
SAUK VILLAGE, IL 60411-4981

RERNEST S MCCOY & CORA L MCCOY TR
FAMILY TRUST 07/02/91 U-A ERNEST S MCCOY
315 CARLTON
MUSKOGEE, OK 74403-8308

RESA GOLDSTEIN CUST RYAN BENJAMIN GOLDSTEIN UTMA F
1191 NW 185TH AVE
PEMBROKE PINES, FL 33029-3642

RETTA KLEIN
10 EDINBURGH DR
RANDOLPH, NJ 07869-2137

RETTY J ROTHMAN & CAROLE L FORSTER TR
MILTON S ROTHMAN TRUST UA 02/24/86
240 WEST END AVE
NEW YORK, NY 10023-3613

REUBEN WEINSTEIN CUST CARA RACHEL WEINSTEIN UTMA N
665 CENTRE STREET
NEWTON, MA 02458-2341

REUBEN WEINSTEIN CUST DANIEL ARI WEINSTEIN UTMA MA
665 CENTRE STREET
NEWTON, MA 02458-2341

REUBEN WEINSTEIN CUST JACOB JON WEINSTEIN UTMA MA
665 CENTRE ST
NEWTON, MA 02458-2341

REVA KRAUSE CUST MELISSA ILENE KRAUSE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
6725 ORINOCO CIRCLE
BLOOMFIELD, MI 48301

REVA KRAUSE CUST PATRICIA BETH KRAUSE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
28275 DANVERS CT
FARMINGTON HILLS, MI 48334-4237

REVA R REINELT
W379S9446 COUNTY ROAD S
EAGLE, WI 53119-1554

REVA ROSENFELD CUST AMY E ROSENFELD
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
6295 WOODPOND
W BLOOMFIELD, MI 48323-2266

REVA ROSENFELD CUST CYNTHIA J ROSENFELD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
6911 PLAYFAIR
W BLOOMFIELD, MI 48323-1372

REVA ROSENFELD CUST DIANE R ROSENFELD
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5004 WEST POND CIRCLE
W BLOOMFIEDL, MI 48323-2280

REVILLO J STEVENS & CAROLYN J STEVENS TR
REVILLO J STEVENS & CAROLYN J STEVENS REVOCABLE
2200 W TEMPERANCE RD
TEMPERANCE, MI 48182-9768

REX EDWARD DUMBAUGH & MARY GLADYS DUMBAUGHJOINT
UNDER THE DECLARATION OF TR 04/10/90
508 WHITESTOWN RD
BUTLER, PA 16001-2840

REYNOLD MILLARD WIK & HELEN BYRAN WIK TR
UA 05/31/89 REYNOLD MILLARD WIK & HELEN
44 LINDA AVE APT 1301
OAKLAND, CA 94611-4828

RHEA S WOLFRAM CUST MICHAEL L WOLFRAM
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
2460 DUVAL RD
CAMARILLO, CA 93012-9025

RHETA C PEISER TR
RHETA C PEISER REVOCABLE TRUST UA 02/11/92 /SOLE &
SEPARATE PROPERTY/
5225 NORTH CENTRAL AVE 105
PHOENIX, AZ 85012-1400

RHODA C VAN ORDEN TR
RHODA C VAN ORDEN REVOCABLE LIVING TRUST UA 6/17/96
12 WHITE ST
HOLLEY, NY 14470-1135

RHODA F JUTTING
24433 425TH ST
LAKE MILLS, IA 50450

RHODA GLINER CUST MICHAEL STUART GLINER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2911 BEACH CHANNEL DR
FAR ROCKAWAY, NY 11691-1919

RHODA SILVERSTEIN & DAVID SILVERSTEIN JT TEN
1 CANTON RD APT 416
NORTH QUINCY, MA 02171-3022

RHODA SIMOWITZ CUST CAROL B SIMOWITZ
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
16 CAZNEAU STREET
SAN SALITO, CA 94965-1802

RHODA STEIN
32 VETERI PL
WAYNE, NJ 07470-3480

RHONDA MALLIS
2320 KLEINDALE RD
TUCSON, AZ 85719-2443

RICARDO VILLARINA JR & VIVIANA VILLARINA TR
RICARDO VILLARINA JR & VIVIANA LIVING TRUST UA 10/12/90
545 PIERCE ST
SUITE 1302
ALBANY, CA 94706

RICHARD A BELL & ANN B WOOD & KATHERINE BELL TR
BELL FAMILY TRUST UA 08/13/97
PO BOX 670
318 EAST LOCUS ST
CLEARFIELD, PA 16830-0670

RICHARD A BERNSTEIN
9700 ROUTE 240
WEST VALLEY, NY 14171-9721

RICHARD A DONOHOO CUST TAMMI JO BLAKELY
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
1255 N GULFSTREAM AVE APT 1502
SARASOTA, FL 34236-8935

RICHARD A FERRANTE & BARBARA A FERRANTE TR
FERRANTE FAMILY TRUST UA 09/24/97
3540 W SAHARA AVE NBR E6
LAS VEGAS, NV 89102-5816

RICHARD A FINKBEINER
O-204 BEGOLE SW
GRAND RAPIDS, MI 49534

RICHARD A FRISCH CUST ROBERT W FRISCH
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
72 HARTSDALE RD
ROCHESTER, NY 14622-1803

RICHARD A FRITTS & DOLORES Z FRITTS TR
RICHARD & DOLORES FRITTS REV LIV TRUST UA 11/19/98
17411 HWY 1061
AMITE, LA 70422-6103

RICHARD A HAMMERSTEIN
9070 SASHABAW RD
CLARKSTON, MI 48348-2018

RICHARD A KEMPF & CAROL H KEMPF TR
REVOCABLE TRUST UA 12/07/77 RICHARD A
9777 N TERRITORIAL RD
DEXTER, MI 48130-8520

RICHARD A KLEIN
5175 RENVILLE
DETROIT, MI 48210-2149

RICHARD A MIGET & MARGIE M MIGET TR
UA 03/12/2008 RICHARD A MIGET & MARGIE M REV
838 PCR 538
PERRYVILLE, MO 63775

RICHARD A MILLER CUST GREGORY A MILLER
A MINOR U/P L55 CHAP 139 OF THE LAWS OF NJ
1687 NESTLEDOWN CRT
ROCK HILL, SC 29732-7799

RICHARD A MOUNT
& KAREN M MOUNT JT TEN TOD BRIAN A MOUNT SUBJECT
TO STA TOD RULES
6671 POWERS COURT
SHELBY TWP, MI 48317-2234

RICHARD A MOUNT
& KAREN M MOUNT JT TEN TOD ROBERT A MOUNT SUBJECT
TO STA TOD RULES
6671 POWERS COURT
SHELBY TWP, MI 48317

RICHARD A REINLEIN & PATRICIA M REINLEIN JT TEN
27095 DEVONSHIRE
SOUTHFIELD, MI 48076-3138

RICHARD A SCOTT & ANNABELLE (ANN) E SCOTT TR
UA 06/24/2004 TRUST OF RICHARD & ANNABELLE (ANN)
531 GREENWOOD DR
BRIGHAM CITY, UT 84302

RICHARD A SIVITS & LOUISE M SIVITS TR
RICHARD A & LOUISE M SIVITS LIVING TRUST UA 12/21/94
3971 CAPITOL AVE SW LOT 32
BATTLE CREEK, MI 49015-8401

RICHARD A SWOIK
12459 LILY LANE
PLAINFILED, IL 60585-5499

RICHARD A YOUNGMAN CUST ROGER A YOUNGMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
188 WINDSOR RD
ROCHESTER, NY 14612-4231

RICHARD A ZIMMERMAN
7297 100TH STREET
FLUSHING, MI 48433-8704

RICHARD ADOLF REINCKE
20088 BREEZEWAY
MACOMB TWP, MI 48044-5749

RICHARD B DICKEY CUST LINDA RAE DICKEY
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
4914 94TH ST
LUBBOCK, TX 79424

RICHARD B ENDRESS & PATRICIA L ENDRESS TR
RICHARD B & PATRICIA L ENDRESS REVOCABLE TRUST UA
02/28/02
31010 GRANDON
LIVONIA, MI 48150-3949

RICHARD B GRYNIEWICKI TR
UA 03/25/94 RICHARD B GRYNIEWICKI LIVING TRUST
2351 CULVER ROAD
ROCHESTER, NY 14609-1636

RICHARD B LANE & RICHARD KIRK TR JOAN LANE TRUST UA (
PO BOX 850270
BRAINTREE, MA 02185-0270

RICHARD B PARSONS JR & BARBARA N PARSONS TR
PARSONS FAM TRUST UA 05/01/95
PO BOX 430669
BIG PINE KEY, FL 33043-0669

RICHARD B TOMLINSON & JEAN L TOMLINSON TR
RICHARD B & JEAN L TOMLINSON REVOCABLE TRUST UA
09/24/02
160 PALMER AVE
COLON, MI 49040-9302

RICHARD C BIRKE & PATRICIA C BIRKE TR
RICHARD C & PATRICIA C BIRKE REVOCABLE TRUST UA
07/03/97
10318 MANZANITA DR
SUN CITY, AZ 85373-1657

RICHARD C BUTLER CUST CRAIG P BUTLER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
1628 SOUTH TENTH AVENUE
ARCADIA, CA 91006-5044

RICHARD C DALLAVALLE & BARBARA SUE DALLAVALLE TR
RICHARD C & BARBARA S DALLAVALLEREVOCABLE
2434 WESINGTON
MARYLAND HEIGHTS, MO 63043-4135

RICHARD C DERRA & JULIE ANN DERRA TR
UA 02/23/1999 RICHARD C DERRA & JULIA ANN DERRA
2931 W PARK WAY
ALGONAC, MI 48001

RICHARD C FIGG CUST CYNTHIA L FIGG
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1239 BROOMFIELD
MOUNT PLEASANT, MI 48858

RICHARD C FIGG CUST DOUGLAS M FIGG
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1239 E BROOMFIELD
MOUNT PLEASANT, MI 48858

RICHARD C FIGG CUST TERRI LYNN FIGG
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1239 BROOMFIELD RD
MOUNT PLEASANT, MI 48858

RICHARD C FORNOFF & BARBARA JANE FORNOFF TR
UA 06/07/09 THE FORNOFF LIVING TRUST
1809 WILDBERRY DR
GLENVIEW, IL 60025

RICHARD C HOOVER CUST R SCOTT HOOVER
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
PO BOX 5677
VAIL, CO 81658-5677

RICHARD C KLEIN
14 W WESTWOOD RD
PARK CITY, UT 84098-4901

RICHARD C KLEIN
701 KOLEHOUSE RD
SPARTA, MI 49345-9571

RICHARD C LUCKAS
21603 142ND DR
SUN CITY, AZ 85375-5804

RICHARD C NORRIS & SU A NORRIS TR
RICHARD C NORRIS & SU A NORRIS LIVING TRUST UA
09/11/92
9228 WESTFORK TRAIL
FORT WORTH, TX 76179-3208

RICHARD C OLHOFFER & MARGARET SUSAN OLHOFFER TR
THE OLHOFFER TRUST UA 08/05/98
9158 CARDINAL AVE
FOUNTAIN VALLEY, CA 92708-6521

RICHARD C SMITH & JANE C SMITH TR
SMITH FAMILY REVOCABLE LIVING TRUST UA 04/07/06
205 N COLONIAL DR
CORTLAND, OH 44410-1107

RICHARD C THOMPSON
PO BOX 110229
TRUMBULL, CT 06611

RICHARD C TUEY & LOIS A TUEY TR
RICHARD C & LOIS A TUEY FAMILY TRUST UA 12/17/01
626 7TH ST
HERMOSA BEACH, CA 90254-4705

RICHARD COWAN CUST PATRICIA JANE COWAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
8463 MUSIC ST
CHAGRIN FALLS, OH 44022-3854

RICHARD D ARGOTE CUST LESLIE MARIE ARGOTE
A MINOR UNDER THE LOUISIANA GIFTS TO
119 GLENWOOD DR
METAIRIE, LA 70005-3911

RICHARD D BRAIDWOOD & EUNICE D BRAIDWOOD TR
BRAIDWOOD LIVING TRUST UA 03/13/06
8488 GUTCHESS ROAD
ALPENA, MI 49707-8929

RICHARD D BUCKBEE & PATTY J BUCKBEE JT TEN
BOX 435 320 N CENTER ST
UTICA, MN 55979-0435

RICHARD D CHAPPLE & BEVERLY A CHAPPLE TR
CHAPPLE FAMILY REV TRUST UA 04/28/97
566 HORIZON DR
N FT MYERS, FL 33903-7615

RICHARD D CHAPPLE & BEVERLY A CHAPPLE TR
CHAPPLE FAMILY REVOCABLE TRUST UA 4/28/97
566 HORIZON DR
N FT MYERS, FL 33903-7615

RICHARD D KENDALL 7 DIANE K KENDALL TR
KENDALL FAMILY LIVING TRUST UA 07/25/01
2569 DEVONWOOD
TROY, MI 48098-2325

RICHARD D MCCORMICK & ROBIN D MCCORMICK TR
MCCORMICK FAMILY TRUST U/A 0918/96
147 AGATE STREET
LAGUNA BEACH, CA 92651-3225

RICHARD D MUENTER
& ARLENE L MUENTER UA MUENTER FAMILY TRUST DTD
03-26-92
7955 E CHAPARRAL ROAD
#129
SCOTTSDALE, AZ 85250-7235

RICHARD E CRIBBS TR
RICHARD E & DORIS A CRIBBS FAMILY TRUST UA 06/19/96
1558 S BROWN AVENUE
TUCSON, AZ 85710-8636

RICHARD E CROCKER & GAIL A CROCKER TR
UA 12/29/92 THE GAIL A CROCKER &RICHARD E
28604 COVECREST DRIVE
RANCHO PALOS VERDE, CA 90275-3323

RICHARD E ECKSTEIN & MRS ELIZABETH ANN ECKSTEIN JT T
7151 ESTRELLE ST
MT MORRIS, MI 48458-2146

RICHARD E EPSTEIN
BOX 6
GALT, CA 95632-0006

RICHARD E FOUTS
674 HEINE ST
FRANKENMUTH, MI 48734-1425

RICHARD E KESTERKE & SHIRLEY A KESTERKE TR
RICHARD E KESTERKE FAMILY TRUST UA 06/14/04
PO BOX 2934
ARNOLD, CA 95223-2934

RICHARD E KIDD
PO BOX 210403
AUBURN HILLS, MI 48321-0403

RICHARD E KIMMELL & FRANKIE J KIMMELL TR
RICHARD E & FRANKIE J KIMMELL REVOCABLE TRUST UA
05/12/05
14670 FLATHEAD ROAD
APPLE VALLEY, CA 92307-3524

RICHARD E LAMASTUS & MARLENE A LAMASTUS TR
LAMASTUS 1994 FAM TRUST UA 09/02/94
908 THOREAU CT
ROSEVILLE, CA 95747-5817

RICHARD E LEEDS SR & JUDITH C LEEDS TR
RICHARD E LEEDS SR & JUDITH C LEEDS REV TRUST UA
10/05/00
102 PIUTE CIR
LOUDON, TN 37774-3137

RICHARD E LIETZ CUST KURT MICHAEL LIETZ
U/THE WISC UNIFORM GIFTS TO MINORS ACT
6191 SANTA MARGUERITA WAY
GOLETA, CA 93117-1709

RICHARD E MACFADDEN CUST RICHARD MACFADDEN JR
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6 TERRY LANE
BLAUVELT, NY 10913-1516

RICHARD E NICCUM
6588 OTTERBEIN
ITHACA ROAD
ARCANUM, OH 45304

RICHARD E STEPHENS & ALICE F STEPHENS TR
THE STEPHENS FAMILY TRUST UA 04/23/93
401 BROOKER ROAD
BRANDON, FL 33511-7209

RICHARD E TYGIELSKI CUST PAMELA TYGIELSKI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2535 W 133RD CIR
BROOMFIELD, CO 80020-5183

RICHARD E WEINBERG
PO BOX 458
BELLAIRE, TX 77402-0458

RICHARD E WEINER & MRS ANNETTE P WEINER JT TEN
2325 GLENMORE TERR
ROCKVILLE, MD 20850-3061

RICHARD EVANS CUST STEVAN RICHARD EVANS
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
7112 ST JOE RD
FT WAYNE, IN 46835-1566

RICHARD F BERNSTEIN & JANE E BERNSTEIN JT TEN
6070 FOOTHILL GLEN DR
SAN JOSE, CA 95123-4550

RICHARD F BLEVINS CUST TIFFANY N BLEVINS
UNDER FL UNIFORM TRANSFERS ACT
3905 SANDPOINTE DR
BRADENTON, FL 34205-1246

RICHARD F GAURON
9413 240TH AVENUE SE
ISSAQUAH, WA 98027-4728

RICHARD F MC NALLY CUST RICHARD F MC NALLY JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
717 S GRAND TRAVERSE
FLINT, MI 48502-1118

RICHARD F PERNAL & JUDITH A PERNAL TR
PERNAL FAMILY LIVING TRUST UA 03/01/03
1254 E BOSTON STREET
CHANDLER, AZ 85225-5416

RICHARD F STEVENS CUST CHRISTOPHER J STEVENS
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 525
OSPREY, FL 34229-0525

RICHARD F TAUBERT & LENORE E TAUBERT TR
RICHARD F TAUBERT & LENORE E TAUBERT
6515 N LA PALOMA ESTE
PHOENIX, AZ 85014-1339

RICHARD F TIEMAN TR
RICHARD F TIEMAN REVOCABLE LIVING TRUST UA 09/05/80
874 MUER
TROY, MI 48084-1602

RICHARD F WILSON TONI B WILSON TR
UA 08/22/07 THE WILSON FAMILY TRUST OF
742 HASTING ST
CHICO, CA 95973

RICHARD G BOTTUM
18755 375TH AVENUE
TULARE, SD 57476-7506

RICHARD G COOLING & BARBARA M COOLING TR
COOLING LIVING TRUST UA 03/08/04
7706 BUTTERNUT CT
WOODRIDGE, IL 60517-2720

RICHARD G GRAHAM & JENNIFER L MCCAULEY TR
RICHARD G GRAHAM TRUST UA 09/02/04
7826 SPRING TRACE RD
BRIGHTON, MI 48114

RICHARD G LARSON & MYRLA J LARSON TR
RICHARD G LARSON & MYRLA J LARSON JOINT
1048 CROWN POINT DR
LAKE ISABELLA, MI 48893-9374

RICHARD G MEINEN
1269 SCOTT ST
MAUMEE, OH 43537-3145

RICHARD G PENMAN CUST CAROL ANN PENMAN
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2970 SHAWNEE LANE
WATERFORD, MI 48329-4336

RICHARD GEORGE MAGNER & JANICE L MAGNER TR
UA 09/26/2005 MAGNER REVOCABLE TRUST
2201 BRISBAYNE CIR
RALEIGH, NC 27615

RICHARD GOLDBERG CUST SHERI M GOLDBERG
UNDER THE FLORIDA GIFTS TO MINORS ACT
21210 HIGHLAND LAKES BLVD
NORTH MIAMI BEACH, FL 33179-1658

RICHARD GORDON KATZ
APT 2019
251 174TH ST
MIAMI BEACH, FL 33160-3367

RICHARD H COUSINS & DOROTHY A COUSINS TR
UA COUSINS FAMILY LIVING TRUST 08/03/92
14025 ARNOLD
REDFORD, MI 48239-2816

RICHARD H FORRESTER CUST AMY ARLA FORRESTER
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
6214 GAINSBOROUGH
AMARILLO, TX 79106-3418

RICHARD H FORRESTER CUST RICHARD BOLTON FORRESTE
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
6214 GAINSBOROUGH
AMARILLO, TX 79106-3418

RICHARD H GARRETT SR
3010 119TH ST
TOLEDO, OH 43611-2717

RICHARD H GOLDMAN CUST STEPHEN LOUIS GOLDMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
32 WILDWOOD DR
ESSEX, VT 05452-3816

RICHARD H KELLY & GWENDOLYN C KELLY TR
THE KELLY REVOCABLE TRUST UA 09/09/04
52 EVERGREEN DRIVE
ORINDA, CA 94563-3115

RICHARD H LANDIS
PO BOX 160838
BIG SKY, MT 59716-0838

RICHARD H LITTLE & PHYLLIS J LITTLE TR
UA 05/31/2009 RICHARD H LITTLE & PHYLLIS J
PO BOX 2048
BENSON, AZ 85602

RICHARD H MAGAZINER & IRENE B MAGAZINER TR
UA 10/08/91 MAGAZINER FAMILY TRUST
3300 DARBY RD C-111
HAVERFORD, PA 19041-1066

RICHARD H MILLWARD & LAURI E MILLWARD TR
MILLWARD FAMILY TRUST UA 5/11/89
3157 KILLARNEY LANE
COSTA MESA, CA 92626-2610

RICHARD H SCHREINER
8190 OHERN RD
SAGINAW, MI 48609-5116

RICHARD H STEIN & ROSEMARY ANN STEIN TR STEIN FAMILY
427 HARVARD AVE
ADDISON, IL 60101-4607

RICHARD H STEINER
RD#1 BOX 239
DUNBAR, PA 15431-9402

RICHARD H WITHERS CUST ELIZABETH K WITHERS
A MINOR UNDER THE LAWS OF GEORGIA
5058 GRAY RD
DOUGLASVILLE, GA 30135-4702

RICHARD H WITHERS CUST RACHAEL P WITHERS
A MINOR UNDER THE LAWS OF GEORGIA
5058 GRAY RD
DOUGLASVILLE, GA 30135-4702

RICHARD H WITHERS CUST RICHARD E WITHERS
A MINOR UNDER THE LAWS OF GEORGIA
4511 VININGS CENTRAL SE TR
APT 80
SMYRNA, GA 30080-6790

RICHARD HEINRICH CUST KENNETH JAY HEINRICH UGMA IL
1222 GREEN KNOLLS DR
BUFFALO GROVE, IL 60089-1146

RICHARD HERMAN SCHREINER
8190 O'HERN RD
SAGINAW, MI 48609-5116

RICHARD HIGLEY ACF CUST STEVE DRINKWINE
UNDER WI UNIF GIFTS TO MINORS ACT
2233 LARRY LN
DE PERE, WI 54115-9408

RICHARD HOLLAND CUST ADAM SIMON HOLLAND
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
69 WILLOW RD
WOODMERE, NY 11598-2228

RICHARD HOUTTEMAN & GERALDINE V HOUTTEMAN TR
RICHARD HOUTTEMAN & GERALDINE V HOUTTEMAN TRUST
UA 05/22/95
25901 CULVER
ST CLAIR SHORES, MI 48081-2123

RICHARD HOVSEPIAN & ANN HOVSEPIAN TR
UA F-B-O HOVSEPIAN FAMILY TRUST 09/12/90
1065 W MESA AVE
FRESNO, CA 93711-2002

RICHARD HOWARD WEINSTEIN
3442 BERTHA DR
BALDWIN HARBOR, NY 11510-5052

RICHARD I BROWN CUST KENNETH A BROWN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6860 N AMAHL DR
TUCSON, AZ 85704-1211

RICHARD J BEMMAN & DEBRA A BEMMEN JT TEN
PO BOX 771325
OCALA, FL 34477-1325

RICHARD J BENSON & KATHRYN M DOIG TR
BENSON-DOIG FAMILY TRUST UA 09/08/99
603 S BARNES ST
MASON, MI 48854-1605

RICHARD J BOEHM JR CUST STEPHEN RICHARD BOEHM
U/THE MICH UNIFORM GIFTS TO MINORS ACT
33935 NINE MILE ROAD
FARMINGTON HILLS, MI 48335-4713

RICHARD J DOVALA & CAROLE B DOVALA TR
RICHARD J & CAROLE B DOVALA INTER VIVOS TRUST UA
09/05/00
6340 FAIRLYNN BLVD
YORBA LINDA, CA 92886-6411

RICHARD J GAWRONSKI TR
UA 01/29/93 RICHARD J GAWRONSKI REVOCABLE LIVING
TRUST
24319 THATCHER COURT
NOVI, MI 48375-2353

RICHARD J GUSTAFSON & LOIS M GUSTAFSON TR
GUSTAFSON TRUST NO 2006 UA 4/6/06
1070 WILS WOODS
MACHESNEY PARK, IL 61103-8800

RICHARD J HAMES & NANCY HAMES TR
RICHARD J HAMES & NANCY HAMES TRUST UA 03/27/96
5594 NORTHCOTE
W BLOOMFIELD, MI 48322-4005

RICHARD J KILGER CUST KRISTINE M KILGER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
16950 LEXINGTON
REDFORD, MI 48240-2435

RICHARD J MICHALEK & DOLORES D MICHALEK TR
UA 03/23/94 THE MICHALEK FAMILY LIVING TRUST
13332 RED CEDAR LN
PLAINFIELD, IL 60544-9369

RICHARD J NEUMAN & JUNE F NEUMAN TR
RJ & JF NEUMAN 1991 REV TRUST UA10/21/91
910 COLOGNE COURT
LODI, CA 95242-4119

RICHARD J POHL & PATRICIA L POHL TR
UA 10/12/2006 THE POHL FAMILY TRUST
5620 CHAMBERSBURG RAOD
HUBER HEIGHTS, OH 45424

RICHARD J PULLMAN & KTHLEEN T PULLMAN TR
RICHARD J PULLMAN & KATHLEEN T PULLMAN
722 HOMESTEAD PL
JOLIET, IL 60435-5108

RICHARD J REIZNER & SUSAN E REIZNER TR
REIZNER LIVING TRUST UA 06/23/95
7179 VIA MARIA
SAN JOSE, CA 95139-1143

RICHARD J SCHEUERMAN TR
RICHARD J SCHEUERMAN REV LIVING TRUST UA 02/11/04
2084 NEW YORK AVE
LINCOLN PARK, MI 48146

RICHARD J SHEMON & MARY KRISTEN DELMORE & MARLYS A
HERBERT C LINDSTOM TERMINABLE INTEREST TRUST UA
06/12/85
9800 SANDRA LN
MINNETONKA, MN 55305-4629

RICHARD J SIEGEL
3092 EPSTEIN CIR
MUNDELEIN, IL 60060-6047

RICHARD J SKWAREK & DOLORES V SKWAREK TR
SKWAREK LIVING TRUST UA 05/03/99
10797 MELBOURNE
ALLEN PARK, MI 48101-1185

RICHARD J SMITH CUST MISS STACEY ANN SMITH
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
405 MIDLOCK RD
FAIRFIELD, CT 06430-7845

RICHARD J SPRINGSTEAD
& MARGARET A SPRINGSTEAD JT TEN TTEE U-A DTD
05-24-94 SPRINGSTEAD FAM
6191 SIGLER RD
SOUTH ROCKWOOD, MI 48197

RICHARD J STEINMETZ JR
HC 1 BOX 28
BRODHEADSVILLE, PA 18322-9685

RICHARD J SULLIVAN & MARY T SULLIVAN TR
RICHARD J SULLIVAN REVOCABLE TRUST UA 08/10/00
3010 NE 41ST STREET
FT LAUDERDALE, FL 33308-5802

RICHARD J VRATANINA CUST BARBARA ANN VRATANINA
U/THE IND UNIFORM GIFTS TO MINORS ACT
21721 W 50TH ST
SHAWNEE, KS 66226-9784

RICHARD J VRATANINA CUST RICHARD J VRATANINA II
UNDER THE INDIANA U-G-M-A
50590 TECUMSEH DR
GRANGER, IN 46530-9461

RICHARD J WEIMAN
PO BOX 101189
CAPE CORAL, FL 33910-1189

RICHARD J YEAGER SR & MARY LOUISE YEAGER TR
RICHARD J & MARY LOUISE YEAGER REVOCABLE TRUST UA
01/21/00
PO BOX 512
PENNEY FARMS, FL 32079

RICHARD JAMES OLVER
291445 AVENUE
ATHABASCA ALBERTA
TN5 1N8
ZZZZ CANADA

RICHARD K GRIESSER & EVELYN B GRIESSER TR
RICHARD K GRIESSER & EVELYN B GRIESSER REV TRUST
UA 1/20/01
925 WEST NAVAJO ST
TUCSON, AZ 85705-3426

RICHARD K MC EVOY CUST MARTHA C MC EVOY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10 OLD LANDMARK DR
ROCHESTER, NY 14618-3517

RICHARD K MCEVOY CUST GEORGE RICHARD MCEVOY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2893 CLAY ST
LIMA, NY 14485-9627

RICHARD KESSLER CUST DOROTHY E KESSLER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
23425 AMBER CT
AUBURN, CA 95602-8062

RICHARD L & JANNETTE M ECKBERG TR
RICHARD L & JANNETTE M ECKBERG LIVING TRUST UA
09/01/98
1134 N WOOD AVE
WICHITA, KS 67212-4055

RICHARD L BEALE JR CUST MISS ELIZABETH M BEALE
U/THE VA UNIFORM GIFTS TO MINORS ACT
BOX 802
BOWLING GREEN, VA 22427-0802

RICHARD L BORKOWSKI & CAROL A BORKOWSKI TR
BORKOWSKI FAM LIVING TRUST UA 6/22/98
8224 TIMBER RIDGE RD
CONWAY, SC 29526-9004

RICHARD L CARTWRIGHT & BETTY JEANNE CARTWRIGHT U-A
RICHARD L CARTWRIGHT & BETT Y J CARTWRIGHT REV
TRUST
6337 PRAIRIE RD NE
ALBUQUERQUE, NM 87109-1929

RICHARD L DAVIS JR & PATRICIA A DAVIS TRUST RICHARD L I
UA 11/28/90 AMD UA 03/01/93
531 N SEMINARY AVE
PARK RIDGE, IL 60068-3047

RICHARD L GARY & BEVERLY MGARY TR
RICHARD L SR & BEVERLY M GARY JOINT TRUST UA 12/19/96
1711 BELLEVUE AVE BLDG D #603
RICHMOND, VA 23227-3964

RICHARD L GUETHLEIN
8370 PENINSULA DR
STANWOOD, MI 49346-9746

RICHARD L HEINE & CHRISTINA R HEINE TEN COM
610 WEST EVE SHAM ROAD
GLENDORA, NJ 08029

RICHARD L JOYCE & MALLORY C JOYCE TR
RICHARD L JOYCE & MALLORY C JOYCE LIVING TRUST UA
01/18/93
854 LANCASTER LANE
NEWPORT NEWS, VA 23602-8878

RICHARD L KOBLINSKI RICHARD R KOBLINSKI
& MRS YVONNE M KOBLINSKI JT TEN
8070 CARRIAGE LN
STANWOOD, MI 49346-9210

RICHARD L MAIRES & BARBARA J MAIRES TR
RICHARD L MAIRES FAMILY TRUST 04/03/81
12 NORTHRIDGE LANE
SANDY, UT 84092-4902

RICHARD L MEINERT
10121 HYDE PLACE
RIVER RIDGE, LA 70123-1523

RICHARD L REMMERS & SANDRA C REMMERS TR
REMMERS 2005 REVOCABLE TRUST UA 05/16/05
1122 MONICA LN
SAN JOSE, CA 95128-4119

RICHARD L ROOT
P O BOX 644027
VERO BEACH, FL 32964

RICHARD L SCHREINER
17622 FAIRWAY DRIVE
LIVONIA, MI 48152-2966

RICHARD L STEINER
5935 REINHARDT DR
FAIRWAY, KS 66205-3330

RICHARD L STEPHEN & DOROTHY B STEPHEN TR
UA 04/19/94 STEPHEN REVOCABLE LIVING TRUST
2229 BEACON DR
PORT CHARLOTTE, FL 33952-5664

RICHARD L STETAR CUST DIANA LYNN STETAR
U/THE PA UNIFORM GIFTS TO MINORS ACT
2093 RIDGE RD
LIBRARY, PA 15129-8804

RICHARD L TRAUTWEIN
1637 WILLIAMS AVE
BALTIMORE, MD 21221-2922

RICHARD L VILLEC & HELEN W VILLEC TR
UA 01/05/2007 RICHARD L VILLEC & HELEN W VILLEC
33 LAYTONS LAKE DRIVE
CARNEYS POINT, NJ 08069

RICHARD L WEAVER 2ND CUST RICHARD SCOTT WEAVER
U/THE IND UNIFORM GIFTS TO MINORS ACT
9583 WOODLEIGH CT
PERRYSBURG, OH 43551-2669

RICHARD M BANHAM
2700 WOODLANDS VILLAGE BLVD
SUITE 300-421
FLAGSTAFF, AZ 86001-7114

RICHARD M CARLEY & NANCY P CARLEY TR
RICHARD M & NANCY P CARLEY REVOCABLE TRUST UA
04/07/05
1021 S GREENFIELD RD #1147
MESA, AZ 85206-2666

RICHARD M ECKSTEIN
6701 WYCLIFFE PL
WESTERVILLE, OH 43082-8574

RICHARD M KUCHINSKY & JANEY FRANK TR
UA KUCHINSKY SUPPLEMENTARY TRUST05/30/91
325 PARK ST
WEST ROXBURY, MA 02132-2152

RICHARD M NEINER
928 MOREAU DRIVE
JEFFERSON CITY, MO 65101-3517

RICHARD M SEDLOCK & DOROTHY A SEDLOCK TR
UA 06/11/2002 RICHARD M SEDLOCK & DOROTHY A
3408 PEAR TREE COURT
OAKLAND, MI 48363

RICHARD MINARIK JR TR MADELEINE DOLORES KATES TRUST
145 HAGAN RD
CLERMONT CAPE MAY, NJ 08210-1172

RICHARD N BROCHSTEIN
5618 DARNELL
HOUSTON, TX 77096

RICHARD N WEBSTER & MATTHEW B WEBSTER TR
WEBSTER REVOCABLE LIVING TRUST UA 08/07/99
3003 GREAT VALLEY DR
CEDAR PARK, TX 78613-5444

RICHARD O BALLARD & JERRY K BALLARD TR
BALLARD LIVING TRUST UA 03/01/96
4601 W 113TH ST
LEAWOOD, KS 66211-1767

RICHARD O RANSBOTTOM & JACQUELYN S RANSBOTTOM TR
RANSBOTTOM TRUST UA 5/04/00
2001 W RUDASILL RD APT 1502
TUCSON, AZ 85704-7824

RICHARD O STRAUSS & SHIRLEY J STRAUSS TR
RICHARD O & SHIRLEY J STRAUSS TRUST UA 05/12/05
9941 CROOKED CEDAR LANE
RILEY, KS 66531-9531

RICHARD P AUTZ & REAH J AUTZ TR
UA 03/14/2007 RICHARD P & REAH J AUTZ POUR
4606 FELDSPAR RD
MIDDLETOWN, MD 21769

RICHARD P DOCTOR CUST MISS JULIE LISA DOCTOR A MINOR
GEORGIA
21396 GLEBE VIEW DR
ASHBURN, VA 20148-3628

RICHARD P KOCH & COLETTE M KOCH TR
RICHARD P & COLETTE M KOCH REV LIVING TRUST UA
9/14/01
37304 25 MILE RD
NEW BALTIMORE, MI 48047-2815

RICHARD P REINBOLD
1071 PRENTICE RD
WARREN, OH 44481-9415

RICHARD P STEINBERGER
PO BOX 3157
LEESBURG, VA 20177-8039

RICHARD P SWITZER TR
RICHARD P SWITZER REVOCABLE LIVING TRUST UA 08/25/97
6175 S MISSION RD
MOUNT PLEASANT, MI 48858-9138

RICHARD R GONZALEZ SR TR RICHARD R GONZALEZ SR TRU
2901 190TH STREET
LANSING, IL 60438-3451

RICHARD RUCOBA & DOLORES REYES RUCOBA TR
UA 09/25/2007 RICHARD RUCOBA LIVING TRUST
18619 VILLA COURT
LANSING, IL 60438

RICHARD S GOLDSTEIN CUST SETH L GOLDSTEIN
U/THE N H UNIFORM GIFTS TO MINORS ACT
4320 PLACITA PANUCO
TUCSON, AZ 85718-2532

RICHARD S HAERING & LINDA P HAERING TR
HAERING LIVING TRUST UA 04/24/02
PO BOX 7142
RENO, NV 89510-7142

RICHARD S NELSON & ANDREA K NELSON JT TEN
57730 270TH ST
AMES, IA 50010

RICHARD SHEINBERG
PO BOX 2593
PARK CITY, UT 84060-2593

RICHARD SOMMERS ARTHUR CUST CATHERINE D ARTHUR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
PO BOX 254
SUNSET BEACH, CA 90742-0254

RICHARD STEIN
15273 SURREY HOUSE WAY
CENTREVILLE, VA 20120-1179

RICHARD T SAWAYA & BEVERLY S SAWAYA TR
UA 07/08/2004 RICHARD & BEVERLY SAWAYA TRUST
19316 LAUREL
LIVONIA, MI 48152

RICHARD TODD ROSENBURGH CUST SHERRI LYNN ROSENBU
U/THE N J UNIFORM GIFTS TO MINORS ACT
21 STONEHAM DRIVE
LIVINGSTON, NJ 07039-1836

RICHARD V WOODWARD & CAROL A WOODWARD TR
WOODWARD LIVING TRUST UA 12/09/99
982 TREASURE LAKE
DUBOIS, PA 15801-9022

RICHARD W ASKREN TR UA 01/29/93 RICHARD WALLACE ASK
& ROSEMARY ESTELLE ASKREN REV LIV TR
4350 VICTORY BLVD
INDIANAPOLIS, IN 46203-5971

RICHARD W BARNES & JEANNE E BARNES TR
BARNES FAMILY LIVING TRUST UA 04/11/97
3118 WEST HOWARD AVE
VISALIA, CA 93277-4250

RICHARD W BARTON
13225 101ST ST
LOT 206
LARGO, FL 33773-5614

RICHARD W BERGMANN & JANET G BERGMANN TR
BERGMANN FAMILY TRUST UA 08/30/02
4931 MATILIJA AVE
SHERMAN OAKS, CA 91423-1921

RICHARD W BROWN
71894 320TH STREET
ST JAMES, MN 56081-3414

RICHARD W DIBARTELO & PENNY S DIBARTELO TR
RICHARD W DIBARTELO REVOCABLE TRUST UA 05/18/98
13715 DIXON WAY DRIVE
LEMONT, IL 60439-8785

RICHARD W HEINBUCH
6652 SEAGUALL COURT
FREDERICK, MD 21703-9544

RICHARD W HEINTZ
1008 HIGHFIELD ROAD
BETHEL PARK, PA 15102-1024

RICHARD W HUDELSON & MARGARET H HUDELSON TR
RICHARD W & MARGARET H HUDELSON TRUST UA 2/27/06
630 HASTINGS AVE
APT 208
HOLLAND, MI 49423-5512

RICHARD W REINHARDT
5100 S 2 MILE
BAY CITY, MI 48706-3063

RICHARD W SCHAEFER & KATHLEEN F SCHAEFER TR
UA 04/18/2007 RICHARD W SCHAEFER & KATHLEEN F
654 CLOVERTRAIL DR
CHESTERFIELD, MO 63017

RICHARD W SCOTT
461-675 MEADOWS EDGE
JANESVILLE, CA 96114

RICHARD W STEIN
87 BROOKWOOD RD
CLIFTON, NJ 07012-1360

RICHARD W WILKINSON JR CUST MARGARET S WILKINSON
U/THE MD UNIFORM GIFTS TO MINORS ACT
5502 GLENWOOD ROAD
BETHESDA, MD 20817-3748

RICHARD WALDOCH
15035 127TH AVE
LITTLE FALLS, MN 56345-5207

RICHARD ZECHLIN & BERNICE M ZECHLIN TR
RICHARD & BERNICE ZECHLIN REV TRUST 2000 UA 12/18/00
1622 CRESCENT DRIVE
BELOIT, WI 53511-3822

RICHARDS W HANNAH CUST MARY ELIZABETH HANNAH
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF NEW
YORK
15892 DUMBLAINE AVE
BEVERLY HILLS, MI 48025-4239

RICHMOND CLAY PORTER & ISABEL G PORTER TR
UA 01/17/86 RICHMOND CLAY PORTER&
14395 SYCAMORE AVE
SAN MARTIN, CA 95046-9301

RICK L KLEIN
380 SANDRIDGE DR
HEMLOCK, MI 48626-9601

RICK L RITENOUR
4449 289TH ST
TOLEDO, OH 43611-1925

RICK VALENTINE & SANDRA VALENTINE JT TEN
503 131ST ST E
BRADENTON, FL 34212

RICKY A KLEIN
266 DONNA MAE
LEONARD, MI 48367-4210

RICKY J DEROSSETT
22159 179TH ST
TONGANOXIE, KS 66086-4241

RICKY J HOLBROOK
PO BOX 190362
BURTON, MI 48519-0362

RIELLE HINTON LEBEL
2524 148A ST
SURREY BC
V4P 1N8 CANADA

RITA CASTAGNA CUST FRED CASTAGNA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
12 WHEATLEY RD
GLEN HEAD, NY 11545-2906

RITA D VICK CUST MELISSA R SILVA UTMA WY
740 GOODSTEIN DR
CASPER, WY 82601-6409

RITA ELLEN LEHR
177 107 AVE NE #1208
BELLEVUE, WA 98004-5930

RITA FACCENDA & JOSEPH F FACCENDA TR
UA 02/21/1998 ROBERT D FACCENDA TRUST
87 CARAVEL DRIVE
BEAR, DE 19701

RITA HUBACHER CUST JOHN J HUBACHER
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
4071 TIVOLI AVE
LOS ANGELES, CA 90066-5103

RITA L GOLDSTEIN
66 WHITEFIELD AVE
UNIT 100
OCEAN GROVE, NJ 07756-1286

RITA L LEVINE
PO BOX 540125
HOUSTON, TX 77254-0125

RITA LANE CUST JEFFREY NEIL LANE
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF N J
1752 SPRINGFIELD AVENUE
MAPLEWOOD, NJ 07040-2929

RITA M MURZIN & ROBERT J MURZIN JT TEN
PO BOX 174185
ARLINGTON, TX 76003-4185

RITA S LAYSTROM TR
UNDER THE RITA S LAYSTROM DECLARATION OF TRUST
10/26/93
2605 CRESTWOOD LANE
DEERFIELD, IL 60015-1904

RITA SCHNEIDER EX EST MORTIMER WEINERMAN
7 FERN DR
JERICHO, NY 11753

RITA SEVELL & WILLIAM HOLSTEIN JT TEN
260 FURNACE DOCK RD
CORTLANDT MNR, NY 10567-6508

RITA WEINGART
2142 BRANDYWINE FALLS WAY
ORLANDO, FL 32824-4300

RITA WELLS
11509 132ND ST E
PUYALLUP, WA 98374

RITA ZACHARY HOLDEN EXECUTORS ESTATE OF RODNEY B .
& VIRGINIA B ZACHARY
17816 EAGLE RIVER RD
EAGLE RIVER, AK 99577-8377

ROBBIE J DEGRATE
1601 165TH AVE #322
SAN LEANDRO, CA 94578-3137

ROBERT A BERNSTEIN
2804 MCKINLEY PL NW
WASHINGTON, DC 20015-1104

ROBERT A EBERLEIN
1610 ADAMS
SAGINAW, MI 48602-2501

ROBERT A EDELSTEIN
42 NEPTUNE STREET
BEVERLY, MA 01915-4751

ROBERT A EDGAR & CARLEY S EDGAR TR
ROBERT A & CARLEY S EDGAR TRUST UA 04/13/01
2275 ATLAS ROAD
DAVISON, MI 48423-8300

ROBERT A FEIN
39 LINNAEAN ST
CAMBRIDGE, MA 02138-1511

ROBERT A FERGUSON & RUTH L FERGUSON TR
07/22/93 ROBERT A FERGUSON & RUTH L FERGUSON TRUST
2456 DEER TRAIL LANE
SPRING HILL, FL 34606-7054

ROBERT A FRIEDL
2002 126TH ST
COLLEGE POINT, NY 11356-2320

ROBERT A GARRETT
PO BOX 500044
PALMDALE, CA 93550-0044

ROBERT A HAAKE JR
C/O A J MFG CO
PO BOX 270320T
KANSAS CITY, MO 64127-0320

ROBERT A HEINZ & DOLLY A HEINZ JT TEN
10401 ANDREWS
ALLEN PARK, MI 48101-1296

ROBERT A HUTH TR
UA 10/20/2004 ROBERT ARTHUR HUTH REVOCABLE
LIVINGTRUST
PO BOX 255
CLARKSTON, MI 48347-0255

ROBERT A JAUCH & WINNIE B JAUCH & SHAWN R HUMPHREY
JAUCH FAMILY TRUST UA 10/03/02
710 DEAUVILLE DR
PUNTA GORDA, FL 33950-8725

ROBERT A KEISMAN & ROBIN H KEISMAN TR
ROBERT A KEISMAN PROFIT-SHARING PLAN UA 01/01/91
247 E 33RD ST APT 3D
NEW YORK, NY 10016-4808

ROBERT A KLEIN & RITA KLEIN JT TEN
137 HIAWATHA BLVD
LAKE HIAWATHA, NJ 07034-2214

ROBERT A KLEINFELDER
16630 E MASON RD
SIDNEY, OH 45365-9233

ROBERT A KOBETIS & MARYELLEN KOBETIS TR
ROBERT A & MARYELLEN KOBETIS LIVING TRUST UA
12/26/94
14389 TOWERING OAKS DR
SHELBY TWP, MI 48315-1964

ROBERT A KURILLA & KATHLEEN E KURILLA TR
ROBERT & KATHLEEN KURILLA REV TRUST UA 10/04/01
4041 WALDON
LAKE ORION, MI 48360-1635

ROBERT A MALONEY CUST JOHN MICHAEL MALONEY
U/THE ILL UNIFORM GIFTS TO MINORS ACT
290 SCOTTSWOOD RD
RIVERSIDE, IL 60546-2224

ROBERT A MATAR
PT411 15081 FORD RD
DEARBORN, MI 48126

ROBERT A MILLER & NINA MILLER TR
ROBERT A MILLER & NINA MILLER FAM TRUST
4000 S 25TH E
APT 151
IDAHO FALLS, ID 83404-7672

ROBERT A MONSCHEIN
110 W FOURTH
CHARLOTTE, MI 48813-2188

ROBERT A MORGANSTEIN & LISA A MORGANSTEIN JT TEN
3736 WHEATSHEAF RD
HUNTINGDON VALLEY, PA 19006-2810

ROBERT A PETRANEK & CARRIE K PETRANEK TR
UA 05/09/08 ROBERT A PETRANEK & CARRIE K
9 S 541 CLARENDON HILLS RD
WILLOWBROOK, IL 60527

ROBERT A REIFF CUST DONALD E REIFF
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2381 DELAWARE DR
ANN ARBOR, MI 48103-6170

ROBERT A REISTER & BETSY W REISTER TR
UA 02/12/91 ROBERT A REISTER AND BETSY W REISTER
TRUST
755 COX LN
QUINCY, FL 32351-7672

ROBERT A SHADER & PATRICIA R SHADER TR
ROBERT & PATRICIA SHADER REVOCABLE
10603 PARKHURST CT
LOUISVILLE, KY 40291-5304

ROBERT A STEINMETZ
408 SUMMIT LN
BURNSVILLE, MN 55337-4051

ROBERT A STONE & JOYCE M STONE TR
ROBERT A STONE & JOYCE M STONE TRUST UA 02/22/94
10161 GOLSIDE DR
GRAND BLANC, MI 48439-9417

ROBERT A TINICH
469 CIRCLEWOOD DRIVE
VEINCE, FL 34293-7008

ROBERT A UNDERHILL
10301 214TH AVE NE
REDMOND, WA 98053-7649

ROBERT A VANDENBOSCH CUST LISA MARIE VANDENBOSCH
U/THE CAL UNIFORM GIFTS TO MINORS ACT
7081 BAIR AVE
BEAR LAKE, MI 49614-9618

ROBERT A WILSIE
1960 121ST AVE NE
BLAINE, MN 55449-5458

ROBERT A WOOD & BETTY L WOOD TR UA 04/15/94 ROBERT A
PO BOX 410343
MELBOURNE, FL 32941-0343

ROBERT ALAN STEIN
106 CEDERWOOD DR
MONONGAHELA, PA 15063-1112

ROBERT ALLAN BUGALSKI & BARBARA LOUISE BUGALSKI TR
BUGALSKI 1987 REVOCABLE TRUST 07/20/87
185 LYNETTE DRIVE
APTOS, CA 95003-3304

ROBERT ALLEN MCELHERON & MARY ANN MCELHERON TR
MCELHERON FAMILY REV TRUST UA 03/12/02
2181 OLD HICKORY BLVD
DAVISON, MI 48423-2045

ROBERT ARTHUR STEIN JR CUST LYDIA ANNE STEIN UGMA M
571 SALSBURY ST
HOLDON, MA 01520-1427

ROBERT B COOLIDGE & A KNIGHT COOLIDGE TR
THOMAS B COOLIDGE TR UA 12/23/75
PO BOX 2
ROUND POND, ME 04564-0002

ROBERT B FEINBERG CUST FARRAH FEINBERG UTMA NJ
2303 OAKHAM CRT
MAHWAH, NJ 07430

ROBERT B GELBORT CUST JAMES I GELBORT
U/THE ILL UNIFORM GIFTS TO MINORS ACT
858 W ARMITAGE 277
CHICAGO, IL 60614-4329

ROBERT B GREENBLATT CUST EDWARD L GREENBLATT
A MINOR UNDER THE LAWS OF THE STATE OF GEORGIA
3257 TETON DR NW
ATLANTA, GA 30339-4341

ROBERT B HUBBARD TR
MARITAL ONE TRUST CREATED UNDER THE HUBBARD
TRUST UA 12/19/2005
12525 UTOPIA WAY
SAN DIEGO, CA 92128

ROBERT B JUDD CUST DAVE R JUDD
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
23 WOODLAWN AVE
FAIRPORT, NY 14450-2155

ROBERT B LOUDON CUST THOMAS C LOUDON
UNDER THE MISSOURI UNIF GIFTS TO MINORS LAW
1451 MOHICAN TRAIL
SAINT CHARLES, MO 63304-7323

ROBERT B MCDONALD & DORIS L MCDONALD TR
MCDONALD LIVING TRUST UA 6/16/99
215 N MOORLAND DR
BATTLE CREEK, MI 49015-3848

ROBERT B MORRIS & BARBARA J MORRIS TR
UA 02/27/1997 MORRIS FAMILY TRUST
232 SWAZEY COURT
ROSEVILLE, CA 95747

ROBERT B RECTOR & ELIZABETH H RECTOR TR
UA 05/14/92 THE ROBERT B RECTOR TR
719 ASHFORD ROAD
SHARPLEY
WILMINGTON, DE 19803-2221

ROBERT B ROESSLER & SIBYLLE E ROESSLER TR
ROBERT B ROESSLER TR U/DECL OF TR
5167 BLUEMOUND RD
ROLLING HILLS ESTA, CA 90274-2301

ROBERT B SEINAR
15491 EVE DRIVE
PO BOX 494
LINESVILLE, PA 16424-0494

ROBERT B THORNTON CUST SHARON ELIZABETH THORNTON
U/THE TEX UNIFORM GIFTS TO MINORS ACT
PO BOX 738
CUERO, TX 77954-0738

ROBERT B TRAUB CUST KATHALEEN A TRAUB
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
44 WOODSTONE CT
BUFFALO GROVE, IL 60089-6757

ROBERT B TRAUB CUST KIMBERLEE A TRAUB
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
520 QUAIL HOLLOW DRIVE #100
WHEELING, IL 60090-2651

ROBERT B TRAUB CUST RICHARD L TRAUB
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
520 QUAIL HOLLOW DR 100
WHEELING, IL 60090-2651

ROBERT B TRAUB CUST ROBERT N TRAUB
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
520 QUAIL HOLLOW DR #100
WHEELING, IL 60090-2651

ROBERT B WINKELMAN & JUDITH M WINKELMAN TR
ROBERT B WINKELMAN REVOCABLE TRUST UA 09/01/04
375 DOUGLAS RD
BATAVIA, IL 60510-1310

ROBERT BERGNER CUST ANDREW B BERGNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
8 HIGHLAND VIEW DR
BAYVILLE, NY 11709-1808

ROBERT BERNSTEIN
BOX 13
CARMICHAEL, CA 95609-0013

ROBERT BOSKEN CUST DONALD BOSKEN
A MINOR PURS TO SECS 1339 /26 INCLUSIVE OF THE
REVISED CODE OF OHIO
4514 LAKEVIEW CT
THOMASVILLE, NC 27360-5941

ROBERT C ARMSTRONG
5158 167TH ST W
LAKEVILLE, MN 55044-6066

ROBERT C DANIELS CUST ROBERT C DANIELS JR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 199
BREWSTER, MA 02631-0199

ROBERT C DAVIDEK & MARIE DAVIDEK TR
ROBERT C DAVIDEK & MARIE J DAVIDEK TRUST UA 04/03/98
G-5345 W COLDWATER RD
FLINT, MI 48504

ROBERT C GODFREY
6604 110TH PL
APT 2
SEBASTIAN, FL 32958-4762

ROBERT C GOURIEUX & SHARON M GOURIEUX & KEVIN R GO
GOURIEUX FAMILY TRUST UA 08/05/05
358 CONSTITUTION ST
CANTON, MI 48188-6600

ROBERT C GRIFFIN
MARYLAND CORRECTIONAL
INSTITUTION HAGERSTOWN #182382
18601 ROXBURY RD
HAGERSTOWN, MD 21746-1000

ROBERT C HOLAN & NANCY E HOLAN TR
ROBERT HOLAN & NANCY HOLAN LIVING TRUST UA 05/29/96
3212 WORMER
WATERFORD, MI 48329-2566

ROBERT C JERVIS & MARJORIE M JERVIS TR
UA 07/07/93 ROBERT C JERVIS & MARJORIE M
15161 FORD RD APT 510
DEARBORN, MI 48126-4652

ROBERT C JORDAN & CAROL A JORDAN JT TEN
35 A EASTON DR
WHITING, NJ 08759-2083

ROBERT C KEVIN & R C MILLER TR
MILLER ENGINEERING CO INC PP UA 09/21/77 ROBERT C
MILLER
BOX 23565
PHOENIX, AZ 85063-3565

ROBERT C KEVIN & R C MILLER TR
MILLER ENGINEERING CO INC PSP UA 09/21/77 ROBERT C
MILLER
BOX 23565
PHOENIX, AZ 85063-3565

ROBERT C LIND & VIRGINIA F LIND TR
ROBERT C LIND & VIRGINIA F LIND FAM TRUST # 2 UA
06/18/97
909 W 3RD ST
JAMESTOWN, NY 14701-4613

ROBERT C MC CULLOUGH CUST JANICE ANN MC CULLOUGH
U/THE MICH UNIFORM GIFTS TO MINORS ACT
305 VAN ETTEN STREET
PINCONNING, MI 48650-9316

ROBERT C MORRISS & MILDRED C MORRISS TR
ROBERT C & MILDRED C MORRISS JOINT LIVING TRUST UA
03/09/00
PO BOX 7577
INDIAN LAKES EST, FL 33855-7577

ROBERT C NESS & DARLENE M NESS TR
ROBERT C & DARLENE M NESS JOINT LIV TRUST UA 09/12/00
8034 SHADY OAK
SYLVANIA, OH 43560-4225

ROBERT C PRIEBE & DORETTA R PRIEBE TR
UA 11/06/2007 ROBERT C PRIEBE & DORETTA R PRIEBE
9997 HILLCREST
LIVONIA, MI 48150

ROBERT C SCHEITHAUER CUST CHRISTOPHER PAUL SCHEIT
U/THE PA U-G-M-A
13765 GRANDVIEW DR
SOMERSET, MI 49281

ROBERT C WACKER
& JANINA S WACKER INDENTURE TRUST ROBERT & JANINA
WACKER UA 10/04/01
14811 PLEASANT RIDGE CT
CHESTERFIELD, MO 63017

ROBERT C WELLES & SYLVIA F WELLES TR
UNDER DECLARATION OF TRUST 01/26/89
BOX 199
PINE VALLEY, CA 91962-0199

ROBERT CARROLL GLASHEEN & MARIE COLLINS GLASHEEN
UA 04/04/79 ROBERT GLASHEEN & MARIE
PO BOX 9655
SAN DIEGO, CA 92169-0655

ROBERT CEPPOS CUST RICHARD CEPPOS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1281 COUNTRY SQUARE DR
ANN ARBOR, MI 48103

ROBERT CHO
205-210 E 2ND ST
NORTH VANCOUVER
BRITISH COLUMBIA BC
V7M 1C6 CANADA

ROBERT CHRISTIAN NELSON & MARIAN K NELSON TR
UA 11/01/90 ROBERT C NELSON & MARIAN K NELSON TRUST
PO BOX 601
RUSTBURG, VA 24588-0601

ROBERT CLARK HUNTER SR CUST ROBERT CLARK HUNTER J
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
645 VERNA
NEWBURY PARK, CA 91320-2145

ROBERT D BRADLEY & LOUISE J BRADLEY TR
ROBERT D BRADLEY & LOUISE J BRADLEY TRUST UA
04/30/02
25408 FARMBROOK
SOUTHFIELD, MI 48034-1167

ROBERT D CLAXTON
17921 142ND
WINCHESTER, KS 66097

ROBERT D DEW & VERONICA J DEW TR
ROBERT D & VERONICA J DEW LIVING TRUST 03/14/97
23142 S ROSEDALE CT
ST CLAIR SHORES, MI 48080-2617

ROBERT D FRITZ CUST LOWELL WILLIAM FRITZ
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
2532 234TH PL SW
LYNNWOOD, WA 98036-8342

ROBERT D HEINS
8910 KINLOCH
REDFORD, MI 48239-1827

ROBERT D KAEGEBEIN
645 SMOKY MT VIEW DR
SEVIERVILLE, TN 37862

ROBERT D MCKAY & NANCY C MCKAY TR
ROBERT D MCKAY & NANCY C MCKAY TRUST UA 5/5/98
5069 PRENTIS
TROY, MI 48098-3455

ROBERT D MELVIN & MARJORIE M MELVIN TR
UA 04/15/92 THE ROBERT D MELVIN & MARJORIE M
720 GOLF VIEW DR
CORNVILLE, AZ 86325-4842

ROBERT D OAKLEY CUST DAVID D OAKLEY
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
1805 WINDSOR WOOD DR
ROSWELL, GA 30075-1753

ROBERT D PARKE & MARGERY M PARKE TR
UA 08/01/94 ROBERT D PARKE & MARGERY M PARKE REV LIV
11205 CEDAR COVE LN
CLARKSTON, MI 48348-2464

ROBERT D SHOPTAW & CAROLE J SHOPTAW TR
SHOPTAW FAMILY REVOCABLE TRUST UA 05/14/04
371 OSPREY COURT
FORT BRAGG, CA 95437-3948

ROBERT D SHOPTAW & CAROLE J SHOPTAW TR
SHOPTAW FAMILY REVOCABLE TRUST UA 05/14/04
371 OSPREY CT
FORT BRAGG, CA 95437-3948

ROBERT D SNYDER & ELAINE SNYDER TR
UA 02/20/92 ROBERT D SNYDER & ELAINE SNYDER TRUST
7465 SUSSEX DRIVE
CANTON, MI 48187-2235

ROBERT D TENGROTH CUST DAVID R TENGROTH
U/THE ILL UNIFORM GIFTS TO MINORS ACT
PO BOX 277
FALL BRANCH, TN 37656-0277

ROBERT DAVID GORDON SR CUST ROBERT DAVID GORDON
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
3304 SHELLBROOK CT
ARLINGTON, TX 76016-2063

ROBERT DAWSON
PO BOX 431001
PONTIAC, MI 48343-1001

ROBERT DONALD BRADLEY & LOUISE JOSPHINE BRADLEY TR
ROBERT DONALD BRADLEY REV LIVING TRUST UA 04/30/02
25408 FARM BROOK
SOUTHFIELD, MI 48034-1167

ROBERT E BAKER CUST CHARLES S BAKER
U/THE PA UNIFORM GIFTS TO MINORS ACT
92 SUMMER ST
LISBON FALLS, ME 04252-9730

ROBERT E BENNETT & JANYCE N BENNETT TR
UA 12/16/92 BENNETT FAMILY TRUST
2772 ANGELL AVE
SAN DIEGO, CA 92122-2105

ROBERT E BIDWELL CUST ROBERT B BIDWELL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
BOX 61
AQUEBOGUE, NY 11931-0061

ROBERT E BREILING & JOAN S BREILING TR
THE ROBERT E BREILING TRUST UA 11/22/95
765 NE 35TH ST
BOCA RATON, FL 33431-6133

ROBERT E CLARK & BETTY E CLARK TR
ROBERT E CLARK & BETTY E CLARK REV LIV TRUST UA 06/03/99
176 W MILLERTON RD
SCOTTVILLE, MI 49454-9662

ROBERT E COOMBE & WILLIAM D COOMBE TR
UA 06/28/1979 HESTER E COOMBE TRUST
609 E CR 200 N
ARCOLA, IL 61910

ROBERT E CRAMER & JOYCE E CRAMER TR
CRAMER FAM REV LIV TRUST UA 01/04/00
208 CLEARWATER CT
ENGLEWOOD, OH 45322-2255

ROBERT E DESJARDINS & CHRISTINE A DESJARDINS TR
DESJARDINS TRUST UA 08/21/03
7601 HASHLEY ROAD
MANCHESTER, MI 48158-9406

ROBERT E DURFEE & DOROTHY A DURFEE TR
ROBERT E & DOROTHY A DURFEE REVOCABLE
10 ALLDS ST APT 116
NASHUA, NH 03060-4778

ROBERT E GILL CUST JEFFREY T GILL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
101 BULLITT LN
STE 450
LOUISVILLE, KY 40222-5474

ROBERT E GUNNOE & MICHELE B GUNNOE TR
ROBERT E GUNNOE TRUST UA 07/16/88 AMENDED 09/22/90
10421 FLINT ST
OVERLAND PARK, KS 66214-2654

ROBERT E HARMON
PO BOX 384618
WAIKOLOA, HI 96738-4618

ROBERT E HILL & MARGARET M HILL TR
ROBERT E HILL & MARGARET M HILL FAMILY TRUST UA 02/02/90
32124 VILLAGE 32
CAMARILLO, CA 93012-7161

ROBERT E HOFFMANN
PO BOX 190727
SAINT LOUIS, MO 63119-6727

ROBERT E MANGURIAN CUST TONY S U MANGURIAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
75 THOMPSON ST APT 12
NEW YORK, NY 10012-4329

ROBERT E MANLEY
& KATHLEEN D MILBURN & DEBORAH A GDULA & CYNTHIA E SIEFERT JT TEN
19713 ALPIN DRIVE
LAWRENCEBURG, IN 47025-7945

ROBERT E MANSELL
342 COUNTY ROAD 107 107
KILLEN, AL 35645-8106

ROBERT E MCKILLICAN & DORIS I MCKILLICAN TR
UA 04/13/92 R MCKILLICAN & DORIS MCKILLICAN TRUST
6220 LAGUNATIS AVE
ELCERRITO, CA 94530-1567

ROBERT E RALSTON & VIOLET B RALSTON TR
ROBERT E & VIOLET B RALSTON TRUST UA 03/18/02
PO BOX 13
SPRINGDALE, UT 84767-0013

ROBERT E SCHMITZ & PATRICIA ANN SCHMITZ TR
ROBERT E & PATRICIA ANN SCHMITZ TRUST UA 3/21/97
50 WINGATE COURT
OSWEGO, IL 60543-7922

ROBERT E SEIBERT & MERILYN M SEIBERT TR
ROBERT E & MARILYN M SEIBERT REV LIV TRUST UA
09/13/02
6358 STATE ROUTE 727
GOSHEN, OH 45122-9537

ROBERT E SHANNON & NANCY J SHANNON TR
SHANNON FAMILY REVOCABLE LIVING TRUST UA 8/25/05
2850 ELMWOOD DR
ADRIAN, MI 49221-4129

ROBERT E SMITH & ELIZABETH J SMITH TR
UA SMITH REVOCABLE TRUST 03/31/89
8814 S LAKESHORE RD
HARBOR BEACH, MI 48441-8801

ROBERT E SWARD CUST PAUL E SWARD
A MINOR UNDER ARTICLE 8-A OF THE PERS PROP LAW OF
NEW YORK
PO BOX 59
NORWALK, CT 06856-0059

ROBERT E VALENTINE JR
PO BOX 751383
MEMPHIS, TN 38175-1383

ROBERT E WEINEL
11175 HEMPLE RD
FARMERSVILLE, OH 45325-9215

ROBERT E WEINERT
4703 MEADOWGREEN DRIVE
PITTSBURGH, PA 15236-1848

ROBERT E WHITMIRE CUST GARY R WHITMIRE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
9170 SADDLEHORN DR
FLUSHING, MI 48433-1214

ROBERT EBERBACH JR & PATRICK EDWARD CAVANAGH TR
UW FLORA STUART GARMANY
232 MC NEIL ST
SAYVILLE, NY 11782-2249

ROBERT EINBINDER
748 PEPPERVINE AVE
JACKSONVILLE, FL 32259-5272

ROBERT EINBINDER & MONA EINBINDER JT TEN
213 HUNTER AVE
NORTH BABYLON, NY 11703-4718

ROBERT ELLIOT WEINER
9 LORRAINE DR
PINE BROOK, NJ 07058-9449

ROBERT F BAYER & MRS VIRGINIA E BAYER JT TEN
PO BOX 230615
FAIR HAVEN, MI 48023-0615

ROBERT F BLANCHARD CUST STEPHEN C BLANCHARD
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4045 BIRKSHIRE HTS
FORT MILL, SC 29708

ROBERT F BROWN
PO BOX 291730
PORT ORANGE, FL 32129-1730

ROBERT F DONEHOO JR CUST MARTIN VENSON DONEHOO
UNDER THE FLORIDA GIFTS TO MINORS ACT
2409 SURRY RD NW
WILSON, NC 27896-1378

ROBERT F DOW JR CUST ROBERT THOMAS DOW
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
14 CLEARVIEW DR
TINTON FALLS, NJ 07724-2704

ROBERT F EDGERTON & ELIZABETH L EDGERTON TR
UA EDGERTON FAMILY LIVING TRUST 07/26/91
341 35TH AVE E
SEATTLE, WA 98112-4923

ROBERT F FALBERG & CARROL M FALBERG TR
UA 12/15/2003 ROBERT F FALBERG & CARROL M
32606 OLD POST RD
BEVERLY HILLS, MI 48025

ROBERT F GRAY CUST ROBERT F GRAY JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2721 PASEO DEL MAR
PALOS VERDES ESTS, CA 90274-4315

ROBERT F HARRIS
12 HOFFHEINES DR
NEW FREEDOM, PA 17349-9686

ROBERT F JACKSON
4 B MASON LN
WHITING, NJ 08759-1912

ROBERT F KASPERLIK
0-101518TH AVE
GRAND RAPIDS, MI 49504

ROBERT F KEYES
3621 109TH STREET
PLEASANT PRAIRIE, WI 53158-4103

ROBERT F KLEIN
10784 EASTERN AVE
WAYLAND, MI 49348-9609

ROBERT F MCVICKER & BARBARA MCVICKER TR
UA 04/21/94 DARBY MARIE MCVICKER TRUST
6722 ELMERS COURT
WORTHINGTON, OH 43085-2976

ROBERT F REINELT
9011 TARTAN DR
CLARKSTON, MI 48348-2455

ROBERT F RUCZYNSKI TR ROBERT F RUSZYNSKI TRUST UA (
BOX 182193
SHELBY TWP, MI 48318-2193

ROBERT F SCHMITT & JEANETTE M SCHMITT TR
SCHMITT FAM REV LVG TRUST UA 2/1/02
1644 CHARTWELL DRIVE
CENTERVILLE, OH 45459-1462

ROBERT F SHAFFER & VIRGINIA L SHAFFER TR
ROBERT F SHAFFER TRUST UA 10/12/99
380 SILVER CREEK RD
WADSWORTH, OH 44281-9002

ROBERT F SPAIN & BLANCHE C SPAIN TR
UNDER REV T/A 08/20/85 WHEREIN ROBERT F SPAIN &
BLANCHE
249 BURTMAN DRIVE
TROY, MI 48083-1004

ROBERT F STEVENSON & VIRGINIA M STEVENSON TR
& SUCC TTEE UA 11/11/93 THE ROBERT F
6216 HUMBOLDT EATON TOWN LINE RD
LUXEMBURG, WI 54217-9341

ROBERT FLAHERTY & MATTIE A FLAHERTY TR
UNDER TRUST AGREEMENT 09/18/85 FLAHERTY TRUST
32612 SEA ISLAND DR
DANA POINT, CA 92629-3641

ROBERT FRAZIER JR
PO BOX 401255
REDFORD, MI 48240-9255

ROBERT FREEMAN CUST LISA LEE FREEMAN
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
18 BRENTWOOD RD
MATAWAN, NJ 07747-3721

ROBERT G BISCIOTTI
P O BOX # 550248
DAVIE, FL 33355

ROBERT G BOZARTH CUST MICHAEL DONOVAN BOZARTH
U/THE CAL UNIFORM GIFTS TO MINORS ACT
5200 IRVINE BLVD 428
IRVINE, CA 92620-2002

ROBERT G CARROLL CUST KATHRYN ANN CARROLL
U/THE CONN UNIFORM GIFTS TO MINORS ACT
75 LANTERN HILL
NEWINGTON, CT 06111-3415

ROBERT G DUTTON & HELEN L DUTTON TR
UA 3/26/92 THE DUTTON FAMILY 1992 TRUST
3670 CINDY'S TRL
CARSON CITY, NV 89705-6830

ROBERT G GLOVER & MARGARET S GLOVER TR
ROBERT G & MARGARET S GLOVER JOINT LIVING TRUST UA
9/25/03
6811 GALVIN RD
TRAVERSE CITY, MI 49684-8681

ROBERT G HERTZ & ELIZABETH J HERTZ TR
ROBERT G & ELIZABETH J HERTZ REV FAMILY TRUST UA
05/28/93
1774 KARAMEOS CT
SUNNYVALE, CA 94087-5262

ROBERT G MARTIN & FRANCES MARTIN TR
ROBERT G MARTIN & FRANCES MARTINREV
10457 CLINGMAN ST
SPRING HILL, FL 34608-5019

ROBERT G MCKINNEY & PAMELA F MCKINNEY TR
UA 10/17/07 MCKINNEY FAMILY TRUST
2206 BOLTON ST
SAINT CHARLES, MO 63301-1008

ROBERT G MITCHELL CUST GRANT CLARK MITCHELL
U/THE IND UNIFORM GIFTS TO MINORS ACT
12386 MELROSE CIRCLE
FISHERS, IN 46038-3037

ROBERT G MITCHELL CUST LARRAINE ANN MITCHELL
U/THE IND UNIFORM GIFTS TO MINORS ACT
3409 CEDAR LANE
LAFAYETTE, IN 47905-3909

ROBERT G MITCHELL CUST THOMAS ROBERT MITCHELL
U/THE IND UNIFORM GIFTS TO MINORS ACT
3409 CEDAR LANE
LAFAYETTE, IN 47905-3909

ROBERT G ODLE & LILLIAN G ODLE JT TEN
14313 189TH WAY NE
WOODINVILLE, WA 98072-6347

ROBERT G PEARSON & DOROTHY J PEARSON TR
THE ROBERT & DOROTHY PEARSON LIVING TRUST UA
01/14/00
6353 LAROCQUE CIRCLE
LANSING, MI 48917-9740

ROBERT G SCHUMACHER
1947 136TH AVENUE
DORR, MI 49323-9584

ROBERT G SCHWENKE & DIANA A SCHWENKE TR
ROBERT G SCHWENKE LIVING TRUST UA 08/06/98
24878 GOLDFINCH DR
NEVIS, MN 56467-4006

ROBERT G SIMENSKY CUST JOHN G SIMENSKY
U/THE PA UNIFORM GIFTS TO MINORS ACT
1120 SIXTH AVE
FORD CITY, PA 16226-1218

ROBERT G STARKE & THERESA G STARKE TR
ROBERT G & THERESA G STARKE REVOCABLE TRUST UA
7/18/03
73 NORTH 600 EAST
GREENTOWN, IN 46936-8772

ROBERT G STEINBACH
7427 BURKE RD
JAMESVILLE, NY 13078-9693

ROBERT G WALKER TR
ROBERT G WALKER MARITAL DEDUCTION DECLARATION OF
TRUST UA 07/11/96
40W824 WHITNEY RD
ST CHARLES, IL 60175-8545

ROBERT G WILLIAMS & MARY T WILLIAMS TR
ROBERT G & MARY T WILLIAMS FAMILY TRUST UA 05/13/99
1420 CURCI DR
UNIT 132
SAN JOSE, CA 95126-3978

ROBERT GUILLAUME
13004 130TH ST
S OZONE PARK, NY 11420-3410

ROBERT H BEHRENS CUST DAVID CALVERT BEHRENS
U/THE S D UNIFORM GIFTS TO MINORS LAW
315 LANDSHIRE CT
OSWEGO, IL 60543-8706

ROBERT H BEHRENS CUST MISS BOBBIE JO BEHRENS
U/THE S D UNIFORM GIFTS TO MINORS LAW
BOX 1936
SOLDATNA, AK 99669-1936

ROBERT H BERNARD CUST WILLIAM BERNARD
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
17125 WEST WOODLAND DRIVE
GRAYSLAKE, IL 60030-3040

ROBERT H BURSTEIN CUST JOHN ROBERT BURSTEIN UGMA I
BURSTEIN COMPANY
99 SEAVER ST
BROOKLINE, MA 02445-5753

ROBERT H CLEWLOW & MARGUERITE T CLEWLOW TR
ROBERT H & MARGUERITE T CLEWLOW TRUST OF 1992 UA
10/14/92
200 WYNDEMERE CIRCLE
WHEATON, IL 60187-2424

ROBERT H CRAM CUST CATHERINE S CRAM
U/THE PA UNIFORM GIFTS TO MINORS ACT
190 BRYANT ST D
BUFFALO, NY 14222-2005

ROBERT H ECKENSTEIN
77 DAYTON RD
FLEMINGTON, NJ 08822-1531

ROBERT H GRISWOLD & JOHN H GRISWOLD TR
UW MARGARET H GRISWOLD /RESIDUARY TRUST/
2380 FORT HILL RD
PHELPS, NY 14532-9643

ROBERT H HULL & GEORGIA J HULL TR
HULL FAMILY REVOCABLE LIVING TRUST UA 04/14/00
1143 SPRINGVIEW DR
FLUSHING, MI 48433-1433

ROBERT H JOSEPH CUST ROBERT HENRY JOSEPH JR
U/THE CAL UNIFORM GIFTS TO MINORS ACT
PO BOX 17160
SOUTH LAKE TAHOE, CA 96151-7160

ROBERT H LADEWIG & BETTY A LADEWIG TR
LADEWIG REVOCABLE LIVING TRUST UA 08/16/00
32421 NORCHESTER
BEVERLY HILLS, MI 48025-3049

ROBERT H LUCIO CUST CRAIG L LUCIO
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
2603 PHELAN LN
REDONDO BEACH, CA 90278-2129

ROBERT H MEYER & DONALD J MEYER TR
UW OF LEONORE B MEYER FBO SISTERRUTH ANN MEYER
TR
ATTN MARSH MINZING & METZNER
PO BOX 363
DELPHOS, OH 45833-0363

ROBERT H MILLER JR TR
ROBERT H MILLER JR TRUST UA 01/26/00 KATHLEEN MILLER
TR KATHLEEN
16 SIESTA DR
HANNIBAL, MO 63401-6554

ROBERT H OLSON & SADIE F OLSON TR
THE ROBERT H OLSON FAMILY REVOCABLE TR
8638 WILMOT CT
ELK GROVE, CA 95624-3136

ROBERT H QUICK & MRS NORMA Y QUICK JT TEN
5324 195TH AVE E
BONNY LAKE
BONNEY LAKE, WA 98391

ROBERT H RUBY CUST ROBERT H RUBY JR
U/THE WASH UNIFORM GIFTS TO MINORS ACT
1710 E KINCAID ST
MOUNT VERNON, WA 98274-4560

ROBERT H RUMPLIK CUST JEFFREY SCOTT RUMPLIK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
4 REGINA DR
SAYVILLE, NY 11782-2402

ROBERT H SCHUSTER & DOROTHY D SCHUSTER TR
ROBERT H SCHUSTER LIVING TRUST UA 03/21/00
5600 ROLLING HILLS DRIVE
ROCHESTER, MI 48306-2238

ROBERT H SIMPSON
6504 290TH ST
BRANFORD, FL 32008-2597

ROBERT H VAN OSDOL & HELEN M VAN OSDOL TR
ROBERT H & HELEN M VAN OSDOL TRUST UA 03/09/94
211 OAK DR
WEST LIBERTY, OH 43357-9522

ROBERT HAGAN
PO BOX 250588
AGUABILLA
AGUADILLA PR
604 PUERTO RICO

ROBERT HALL & NANCY A WAMSLEY TR
WALTER D HALL LIVING TRUST UA 02/02/95
PO BOX 23
TROY, MI 48099-0023

ROBERT HANSEN & MARY KATHLEEN HANSEN TR
REVOCABLE LIVING TRUST 01/10/92 U-A ROBERT HANSEN
4028 ROUNDING BEND LN
WILMINGTON, NC 28412-7378

ROBERT HARRINGTON
3266 BENSTEIN RD
MILFORD, MI 48382-1900

ROBERT HOFFMAN & MARGARET M HOFFMAN TR
UA 09/13/83 HOFFMAN FAMILY TRUST
476 SIERRA LEAF CIR
RENO, NV 89511-2052

ROBERT HORSTMEYER CUST GUY G HORSTMEYER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
7196 BUCNELL DRIVE S W
FT MYERS, FL 33908

ROBERT HOWARD SCHNABEL CUST ROBERT PATRICK SCHNA
UNDER THE SOUTH DAKOTA UNIFORM GIFTS TO MINORS
LAW
10 MURRAY AVE
ANNAPOLIS, MD 21401-2818

ROBERT HUNT CUST ROBERT J HUNT JR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9003 MEDITERRA PL
DUBLIN, OH 43016-6103

ROBERT HURWITZ CUST CHERYL HURWITZ
U/THE MASS UNIFORM GIFTS TO MINORS ACT
418-71 QUINAQUISETT AVE
MASHPEE, MA 02649

ROBERT HURWITZ CUST RHONDA HURWITZ
U/THE MASS UNIFORM GIFTS TO MINORS ACT
17826 DEARVILLE LN
BOCA RATON, FL 33496

ROBERT I BRUNKOW & MARILYN P BRUNKOW TR
ROBERT I BRUNKOW & MARILYN P BRUNKOW REVOCABLE
W3786 TOWN CENTER
JUDA, WI 53550-9783

ROBERT IRA PATCHIN & DORIS JEAN PATCHIN TR
UA 09/17/87 PATCHIN FAMILY TRUST
18223 KROSS ROAD
RIVERSIDE, CA 92508

ROBERT IRVING WOLMAN & SHIRLEY GOTTLIEB WOLMAN TR
WOLMAN FAMILY TRUST UA 08/20/90
760 HAWK HILL TRAIL
PALM DESERT, CA 92211

ROBERT J AMRHEIN
1763 SWEETWATER W CIRCLE
APOPKA, FL 32712-2481

ROBERT J BARBER & JOAN Y BARBER TR
ROBERT J BARBER & JOAN Y BARBER TRUST UA 03/24/90
39040 9 MILE RD
NORTHVILLE, MI 48167-9012

ROBERT J BERNDT TR
ROBERT J BERNDT & MARGOT M BERNDT FAM BYPASS
TRUST C UA 03/30/95
11 DEL RIO COURT
MORAGA, CA 94556-2031

ROBERT J BERNDT TR
ROBERT J BERNDT & MARGOT M BERNDT FAM TRUST UA
03/30/95
11 DEL RIO CT
MORAGA, CA 94556-2031

ROBERT J BLASK & MARTHA H BLASK TR
ROBERT J BLASK & MARTHA H BLASK LIVING TRUST UA
1/11/90
4206 CORNWALL DR
BERKLEY, MI 48072-1659

ROBERT J BOOTH & CAROL M BOOTH TR
UA 05/11/94 ROBERT J BOOTH & CAROL M BOOTH REV JOINT
5091 PARO DR
FLINT, MI 48506-1525

ROBERT J BRUNSHIDLE & DOROTHY C BRUNSHIDLE TR
UA 07/24/08 ROBERT J BRUNSHIDLE & DOROTHY C
4037 INDIAN RIVER DRIVE
COCOA, FL 32927

ROBERT J CARPENTER CUST SALLY SUE CARPENTER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
42 CREAM POT RD
HARTLAND, VT 05048-8138

ROBERT J CHARTIER
& BEVERLY J CHARTIER & JULIE A CHARTIER & LISA
RICHTIG JT TEN
225 WILSON AVE
KINGSFORD, MI 49802-3833

ROBERT J CONNER CUST ROBERT J CONNER JR
U/THE WEST VIRGINIA GIFTS TO MINORS ACT
381 LAKEVIEW DR
MORGANTOWN, WV 26508-8080

ROBERT J DODDS
PO BOX 152333
AUSTIN, TX 78715-2333

ROBERT J FEINBERG
5281 NE 18TH TER
FORT LAUDERDALE, FL 33308-3113

ROBERT J FINTA & NORMA J FINTA TR
ROBERT J FINTA & NORMA J FINTA REV TRUST UA 11/17/00
7337 STATE RD 60 EAST LOT # 24
LAKE WALES, FL 33898-9292

ROBERT J FRANKOVICH & MARYANN G FRANKOVICH TR
FRANKOVICH LIVING TRUST UA 04/29/98
331 OLD BLACKSMITH ROAD
SIX MILE, SC 29683

ROBERT J GAWNE & MARLENE L GAWNE TR
ROBERT & MARLENE GAWNE TRUST UA 12/13/93
1050 ARROWHEAD DR
BURTON, MI 48509-1420

ROBERT J JACOBS JR
746 STEINER ROAD
MONROE, MI 48162-9413

ROBERT J JONES
RT 1 BOX 433
BLUEFILED, VA 24605-9761

ROBERT J KOSTER
785 144TH
WAYLAND, MI 49348-9733

ROBERT J LENDERS & SHAREEN K LENDERS TR
UA 11/9/93 SHAREEN K LENDERS TRUST
1726 BERKSHIRE
GLADWIN, MI 48624-8620

ROBERT J LOCKYEAR & PATRICIA L B LOCKYEAR TR
UA 11/09/2007 LOCKYEAR REVOCABLE TRUST
1016 THIRD STREET NORTH
STILLWATER, MN 55082

ROBERT J LOWRY & MARILYN A LOWRY TR
ROBERT J LOWRY REVOCABLE TRUST UA 2/3/97
539 WARREN AVE
FLUSHING, MI 48433-1461

ROBERT J MCCALL & VIRGINIA M MCCALL TR
ROBERT & VIRGINIA MCCALL TRUST UA 11/09/92
16975 SHERBORNE AVE
ALLEN PARK, MI 48101-3136

ROBERT J MILLER & ANJA O MILLER TR
ROBERT & ANJA MILLER LIVING TRUST UA 02/06/03
1611 STARDUST DR
WAUKESHA, WI 53186-2670

ROBERT J PALBICKI
6724 114 CIRCLE NORTH
CHAMPLIN, MN 55316-2809

ROBERT J REINHARDT
3356 SUMMERSET CT
WHEATFIELD, NY 14120-1276

ROBERT J REINING
7701 CEDAR CREEK CIR
CRP CHRISTI, TX 78413

ROBERT J RICKELMAN & MARY E RICKELMAN TR
RICKELMAN FAMILY REVOCABLE FAMILY TRUST UA 10/16/00
10300 GRANGER RD
APT 106
CLEVELAND, OH 44125-3171

ROBERT J ROTH JR & BETTY L COURTNEY ROTH TR
ROBERT ROTH & BETTY ROTH TRUST UA 07/17/98
13019 W CASTLEBAR DR
SUN CITY WEST, AZ 85375-3257

ROBERT J RUBINSTEIN
1061 TABOR HILL AVE
HENDERSON, NV 89014-8034

ROBERT J SCHREINER CUST ROBERT J SCHREINER JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
488 COLIN CIR
ANN ARBOR, MI 48103-6609

ROBERT J SLAIS & LINDA S SLAIS TR
ROBERT & LINDA SLAIS REV LIVING TRUST UA 02/06/96
3727 WALSH RD
LEWISTON, MI 49756-8703

ROBERT J STEIN
1883 SPENCER ST
TOLEDO, OH 43609-3021

ROBERT J STREICHER & ALICE E STREICHER TR
ROBERT J STREICHER & ALICE E STREICHER REV TRUST UA
2/1/00
905 WEST FAIRY CHASM RD 101
BAYSIDE, WI 53217-1611

ROBERT J VARTOOGIAN CUST CHRISTINE ANN VARTOOGIAN
U-G-M-A
1225 ELLEN AVE
MADISON, WI 53716-1536

ROBERT J WEINER
15 BAKER RD
GLOVERSVILLE, NY 12078-1105

ROBERT J WEINSTEIN
6 THORNWOOD DR
FLOSSMOOR, IL 60422-1950

ROBERT J WRIGHT
1803 120 AVE
ALLEGAN, MI 49010-9541

ROBERT J YOUNG CUST CAROL ANN YOUNG
U/THE PA UNIFORM GIFTS TO MINORS ACT
2917 CLAYTON ST
EASTON, PA 18045-2522

ROBERT J YOUNG CUST DONNA MARIE YOUNG
U/THE PA UNIFORM GIFTS TO MINORS ACT
2917 CLAYTON ST
EASTON, PA 18045-2522

ROBERT JACKSON & SHIRLEEN JACKSON TR
ROBERT JACKSON LIVING TRUST UA 07/07/95
316 CASTELL AVE
ROCHESTER, MI 48307

ROBERT JEROME MACIEJEWSKI TR
REVOCABLE TRUST 10/11/91 U-A ROBERT JEROME
MACIEJEWSKI
313 99 TWIN OAKS DRIVE
CHESTERFIELD, MI 48047

ROBERT JOHN CESTARO CUST ROBERT FRANK CESTARO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
10050 38TH WAY
PINELLAS PARK, FL 33782

ROBERT JOHN FISCHESSER & MAXINE JULIA FISCHESSER TR
UA 11/20/2007 ROBERT & MAXINE FISCHESSER
4425 RYBOLT RD
CINCINNATI, OH 45248-1421

ROBERT JOHNSON
201 1556 CHARLES ST
VANCOUVER BC
V5L 2T1 CANADA

ROBERT JOSEPH PHILLIPS TR
LIVING TRUST 07/12/89 U-A F-B-O ROBERT JOSEPH PHILLIPS
3525 TURTLE CREEK BLVD 17-D
DALLAS, TX 75219-5518

ROBERT K BRENKE TR
THE ROBERT K BRENKE REVOCABLE LIVING TRUST UA
03/15/02
1112 SUMMERGREEN LN UNIT 17
LANSING, MI 48917-9283

ROBERT K GRINNELL
3138 122ND AVE
ALLEGAN, MI 49010-9510

ROBERT K HOWE & JEAN R HOWE TR
UA 12/20/93 THE ROBERT K HOWE & JEAN R HOWE
10232 BELLEFONTAINE ROAD
ST LOUIS, MO 63137-2306

ROBERT K HUNG CUST HERWIN C HUNG
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
810 8TH AVE
HONOLULU, HI 96816-2114

ROBERT K SPANGLER & THERESA M SPANGLER & KRISTINE I
SPANGLER FAMILY TR UA 11/16/95
68 3890 LUA KULA ST UNIT 1402
WAIKOLOA, HI 96738-5723

ROBERT K TRUSSLER & PATRICIA A TRUSSLER TR
UA 04/23/2009 ROBERT K TRUSSLER & PATRICIA A
45632 KLINGKAMMER STREET
UTICA, MI 48317

ROBERT K WILLIS
1706-555 MAYFAIR AVE
OSHAWA ON
L1G 6Z8 CANADA

ROBERT KENNETH MONK CUST THOMAS EDWARD MONK
U/THE CONN UNIFORM GIFTS TO MINORS ACT
144 MORNINGSIDE CT
SHELTON, CT 06484-4347

ROBERT KENNETH MONK CUST WILLIAM ROBERT MONK
U/THE CONN UNIFORM GIFTS TO MINORS ACT
144 MORNINGSIDE CT
SHELTON, CT 06484-4347

ROBERT KIRKMAN SUCESSOR TR
UA 10/22/92 ERNEST R KIRKMAN REVOCABLE TRUST
9330 ROSELAWN
DETROIT, MI 48204-2749

ROBERT KORB & MARY LOU KORB TR
ROBERT & MARY LOU KORB REVOCABLE LIV TRUST UA
11/08/94
10565 E CHERRY BEND RD
TRAVERSE CITY, MI 49684-5245

ROBERT L ABBOTT & BARBARA A ABBOTT & ROBERT L ABBOTT
ABBOTT FAMILY TR UA 04/04/01
2903 GRAFTON ROAD
GRAFTON, OH 44044-1040

ROBERT L BAYLESS III & NANCY L BAYLESS TR
UA 1/19/93 THE ROBERT & NANCY BAYLESS FAMILY TRUST
3500 E LINCOLN DR
PHOENIX, AZ 85018-1010

ROBERT L BLUNT & VIRGINIA R BLUNT TR
ROBERT L & VIRGINIA R BLUNT TRUST UA 11/28/95
109 ELIZABETH STREET
EFFINGHAM, KS 66023-4032

ROBERT L BORLAND & BETTY LOU BORLAND TR
BORLAND FAMILY TRUST UA 03/29/88
112 TOPAZ
BALBOA ISLAND, CA 92662-1025

ROBERT L BUNDY & GENEVIEVE M BUNDY TR
ROBERT L BUNDY & GENEVIEVE M BUNDY REV TRUST UA
6/8/99
5388 APPLE HILL
FLUSHING, MI 48433-2401

ROBERT L BUTLER & SANDRA G BUTLER TR
UA 03/07/90 ROBERT L BUTLER & SANDRA G BUTLER TRUST
3120 N HILLS
ADRIAN, MI 49221-9559

ROBERT L CLINKSCALES
PO BOX 681922
FRANKLIN, TN 37068-1922

ROBERT L COLLETT & JOAN C COLLETT TR
ROBERT L & JOAN C COLLETT REV TRUST UA 9/23/02
323 MARACA
PORT CHARLOTTE, FL 33983-5544

ROBERT L CRAMER CUST MICHAEL J CRAMER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
6003 ENGLISH OAK DR
ARLINGTON, TX 76016-1018

ROBERT L GOLDSTEIN
6828 N BARNETT LANE
MILWAUKEE, WI 53217-3601

ROBERT L GOODWIN & EVA M GOODWIN TR
R&E GOODWIN REVOCABLE TRUST UA 06/12/03
5272 WILLIAMSON RD
MARION, NY 14505-9343

ROBERT L GOODWIN & EVA M GOODWIN TR
ROBERT L & EVA M GOODWIN REV TRUST UA 06/12/03
5272 WILLIAMSON RD
MARION, NY 14505-9343

ROBERT L HEIN
3219 W PROVINCIAL LN
BELOIT, WI 53511-8849

ROBERT L HERRON & RUTH L HERRON TR
ROBERT & RUTH HERRON REVOCABLE TRUST UA 11/16/98
101 JOSEPH DR APT 402
MIDLAND, MI 48642

ROBERT L KATTREH & PATRICIA L KATTREH TR
ROBERT & PATRICIA KATTREH REVOCABLE LIV TRUST UA
12/15/03
6350 QUEENS CT
FLUSHING, MI 48433-3523

ROBERT L KELLEMS & BARBARA J KELLEMS TR
ROBERT L KELLEMS & BARBARA J KELLEMS REV TRUST UA
03/06/00
1998 S LEE KAY DR
ROCKVILLE, IN 47872

ROBERT L KLEIN
1 FIRST AVE
SOUTH FERNDALE
GLEN BURNIE, MD 21061

ROBERT L LUNDBLAD
PO BOX 161166
MIAMI, FL 33116-1166

ROBERT L MCLENNAN
PO BOX 310207
DETROIT, MI 48231

ROBERT L MORGAN & HELEN J MORGAN TR
ROBERT & HELEN MORGAN REV LV TRUST UA 02/05/01
21922 W 120TH ST
OLATHE, KS 66061-5670

ROBERT L MOSER
4709 MEINING RD
BERTHOUD, CO 80513-7934

ROBERT L NORTON SR & LOUISE M NORTON TR
UA 06/16/08 ROBERT & LOUISE NORTON LIVING
341 EAST ROAD
BROAD BROOK, CT 06016

ROBERT L POHL
4385 050 ROAD
PAONIA, CO 81428

ROBERT L REHBEIN III CUST BRANDON R REHBEIN UTMA MD
17 SKYLINE DR
CONOWINGO, MD 21918-1505

ROBERT L RICE & BERNICE V RICE TR
ROBERT L RICE & BERNICE V RICE TRUST UA 05/26/94
1401 OAKBROOK EAST
ROCHESTER HILLS, MI 48307-1127

ROBERT L SIMMONS & MILDRED M SIMMONS TR
SIMMONS FAM REVOCABLE LIVING TRUST UA 8/06/98
4078 FREEMAN AVENUE
HAMILTON, OH 45015-1922

ROBERT L SKILLMAN & BARBARA A SKILLMAN TR
SKILLMAN FAMILY TRUST UA 04/26/04
18052 W TIERRA DEL SOL DR
SURPRISE, AZ 85387-6407

ROBERT L SLYE
7401 KUHLWEIN RD
GALLOWAY, OH 43119-9367

ROBERT L STANTON & JOAN S STANTON TR
ROBERT L STANTON & JOAN S STANTON REV LVG TRU
UA5/15/98
43 CEDAR SWAMP RD
TOLLAND, CT 06084-3609

ROBERT L STEINBROOK CUST ERIC A STEINBROOK UTMA MA
8 PEIRCE HILL RD
LINCOLN, MA 01773-3202

ROBERT L STEINEKER
7814 CROWN TOP ROAD
LOUISVILLE, KY 40241-2702

ROBERT L THOMAS
1206 103RD AVE
OAKLAND, CA 94603-3111

ROBERT L VANDERSCORS & DORIS P VANDERSCORS TR
ROBERT L VANDERSCORS LIVING TRUST UA 09/07/95
717 NEW HAMPSHIRE
MARYSVILLE, MI 48040-1296

ROBERT L VON STEIN
403 S E 21 PLACE
VERO BEACH, FL 32962-8304

ROBERT L WAGNER
24129 147TH ST
LEAVENWORTH, KS 66048-6339

ROBERT L WALTER TR ROBERT L WALTER TRUST UA 03/27/98
WHITEHORSE VILLAGE
V192 535 GRADYVILLE RD
NEWTOWN SQUARE, PA 19073

ROBERT L WEGNER & MARY L WEGNER TR
WEGNER REVOCABLE LIVING TRUST UA 04/07/94
1246 MONROE AVE
RACINE, WI 53405-2837

ROBERT L WILKINS SR CUST ROBERT L WILKINS JR
U/THE KY UNIFORM GIFTS TO MINORS ACT
2405 DOUGLASS GLEN LANE
FRANKLIN, TN 37064-6752

ROBERT L WILLIAMS & BETTY J WILLIAMS JT TEN
PO BOX 121372
CLERMONT, FL 34712-1372

ROBERT L WOLFERSBERGER & ROBERT D WOLFERSBERGER
UA 06/16/89 THE WOLFERSBERGER FAM
5304 DILLARD CT
OROVILLE, CA 95966-3803

ROBERT LEROY HARRIS & ELEANOR MAE HARRIS TR
ROBERT L & ELEANOR M HARRIS REV LIVING TRUST UA
10/07/01
6915 TODD RD
AVON, IN 46123-9540

ROBERT LEWIS VARNER CUST JON ROBERT VARNER
U/THE PA UNIFORM GIFTS TO MINORS ACT
SLIGO, PA 16255

ROBERT LISKA CUST ROBERT PATRICK LISKA
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1908 RESERVE CT
FLOWER MOUND, TX 75028-8314

ROBERT LISKA CUST WILLIAM MICHAEL LISKA
U/THE ILL UNIFORM GIFTS TO MINORS ACT
712 W ALDINE
CHICAGO, IL 60657-3412

ROBERT LOUIS EMERALD CUST CHRISTOPHER ROBERT EME
UNDER THE NEW YORK U-G-M-A
25151 IROQUOIS COURT
BARRINGTON, IL 60010-1104

ROBERT M BATT CUST DONNA E BATT
U/THE IDAHO UNIFORM GIFTS TO MINORS ACT
PO BOX 220194
ANCHORAGE, AK 99522-0194

ROBERT M BROWN CUST DEANNA MERLE BROWN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
29775 WOODBROOK DRIVE
AGOURA HILLS, CA 91301-4445

ROBERT M BUBEL & MARY L BUBEL TR
ROBERT M & MARY L BUBEL LIVING TRUST UA 7/18/01
10425 COUNTESS DR
DALLAS, TX 75229-5972

ROBERT M CHANDLER & FLORENCE R CHANDLER TR
UA 05/19/94 ROBERT M & FLORENC R CHANDLER
REVOCABLE TRUST
1905 W CROWN POINTE BLVD
NAPLES, FL 34112-3648

ROBERT M COGEN CUST LISA ANN COGEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 672622
CHUGIAK, AK 99567-2622

ROBERT M CURTIS TR
UA 06/05/03 CHRISTOPHER O FISHER SPECIAL NEEDS
TRUST
9261 PEKIN RD
NOVELTY, OH 44072

ROBERT M CYPERS CUST LISA LYNN CYPERS
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
555 S BARRINGTON AVE
APT 209
LOS ANGELES, CA 90049-4350

ROBERT M DAUGHERTY & SANDRA A DAUGHERTY TR
U-D/DTD 9/3/93 THE DAUGHERTY FAMILY
66 PROMONTORY POINT
RENO, NV 89509-8001

ROBERT M DAVENPORT CUST AMY CONGER DAVENPORT
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
BOX 3511
MIDLAND, TX 79702-3511

ROBERT M DAVIDSON SR & LUELLA J DAVIDSON TR
UA 01/13/94 DAVIDSON SR TRUST
310 CAPSTAN CT
REDWOOD CITY, CA 94065-1024

ROBERT M GORDON CUST WILLIAM M GORDON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
151 SHORE DRIVE
WINTHROP, MA 02152-1203

ROBERT M HOCK
PO BOX 100486
STATEN ISLAND, NY 10310-0486

ROBERT M MERRYMAN & NAOMI O MERRYMAN TR
UNDER DECLARATION OF TRUST 08/20/90
FOX RUN
41140 FOX RUN RD APT 104
NOVI, MI 48377

ROBERT M PALTER TR
GEOFFREY MEYER PALTER A MINOR U/DECL OF TRUST
12/8/55
7404 TOWN CENTER BLVD APT 1101
ROSENBERG, TX 77471-6238

ROBERT M PEREZ
3617 175TH PL
HAMMOND, IN 46323-2910

ROBERT M PERRY TR MARGARET ALLEN GETHING MEMORIAL
PO BOX 830233
SAN ANTONIO, TX 78283-0233

ROBERT M PETERSON
2892 BENSTEIN
WALLED LAKE, MI 48390-1102

ROBERT M RAMEY & ALTA RAMEY JT TEN
24889 352 ND AVE
TUKWANA, SD 57370-6518

ROBERT M REINSTROM
723 BRAINERD ROAD
EXTON, PA 19341-1911

ROBERT M ROSENTHAL CUST BROOKE ROSENTHAL
U/THE D C UNIFORM GIFTS TO MINORS ACT
1100 S GLEBE ROAD
ARLINGTON, VA 22204-4309

ROBERT M STAUDACHER & VIRGINIA E STAUDACHER TR
UA 03/21/92 ROBERT M STAUDACHER & VIRGINIA E
2712 WEST 89TH PLACE
EVERGREEN PARK, IL 60805-1304

ROBERT M WEINTRAUB TR UA 01/15/02 ROBERT M WEINTRAU
9 NANTUCKET
ST LOUIS, MO 63132-4111

ROBERT M WILLIAMS CUST ELIZABETH BRAY WILLIAMS
U/THE MO UNIFORM GIFTS TO MINORS ACT
16 LA HACIENDA
ST LOUIS, MO 63124

ROBERT MATT CUST DALE R MATT
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
6812 PRAIRIEVIEW AVE
WOODRIDGE, IL 60517-1826

ROBERT MICHAEL BEINSTEIN
26 FAIRVIEW ST
SIMSBURY, CT 06070-2127

ROBERT MILLER CUST KENNETH MILLER
U/THE MISSOURI UNIFORM GIFTS TO MINORS LAW
PO BOX 811
OSAGE BEACH, MO 65065-0811

ROBERT MITCHELL BORSTEIN
9508 RISING SUN AVE
PHILADELPHIA, PA 19115-3008

ROBERT MORTON & WILMA G MORTON TR
ROBERT MORTON REVOCABLE LIVING TRUST UA 6/24/95
8119 ACKLEY RD
PARMA, OH 44129-4915

ROBERT MURPHY JR & NEILA C MURPHY TR
ROBERT MURPHY JR & NEILA C MURPHY LIVING TRUST
896 UNION RD
XENIA, OH 45385-7212

ROBERT N CANN & ROBERT N CANN JR & JUDITH C CARPENT
ROBERT N CANN TRUST UA 02/15/95
60 DARTMOUTH COURT
BEDFORD, MA 01730-2908

ROBERT N CHAMBERS & EVA CHAMBERS TR
UA 12/23/2002 ROBERT N & EVA CHAMBERS LIVING
2959 BUNTING DR
WEST BRANCH, MI 48661

ROBERT N COHN & PAMELA D COHN TR
ROBERT COHN FAMILY LIVING TRUST UA 11/05/91
1114 GREENBRIAR DR
MUSKEGON, MI 49445-2046

ROBERT N CZECHANSKI & MARILYN A CZECHANSKI TR
CZECHANSKI FAMILY LIVING TRUST UA 10/19/99
1608 PARKWOOD RD
LAKEWOOD, OH 44107-4722

ROBERT N PRINCIPATO CUST ROBERT N PRINCIPATO JR
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 463
WILMOT, NH 03287

ROBERT N WINKLE CUST NELSON R WINKLE
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1440 PARROT LANE
SARDINIA, OH 45171-9581

ROBERT O BERNSTEIN CUST BENJAMIN H BERNSTEIN UTMA
PO BOX 13
CARMICHAEL, CA 95609-0013

ROBERT O BERNSTEIN CUST ROBERT O BERNSTEIN UTMA C/
PO BOX 13
CARMICHAEL, CA 95609-0013

ROBERT O GUTWEIN
3270 FANLEAF DRIVE
MISSISSAUGA ON
L5N 7C8 CANADA

ROBERT ORENSTEIN CUST NAOMI F ORENSTEIN UTMA MA
20 FAIRLAND CIR ROAD #2
SOUTH DENNIS, MA 02660-1907

ROBERT P COON
PO BOX 930116
WIXOM, MI 48393-0116

ROBERT P FINNERTY & LILLIAN C FINNERTY TR
UNDER DECLARATION OF TRUST 07/27/90
891 PROSPECT HEIGHTS
SANTA CRUZ, CA 95065-1413

ROBERT P HALLERAN & DONNA G HALLERAN TR
UA 10/05/09 HALLERAN REVOCABLE TRUST
14709 PATRICK HENRY RD
N FT MYERS, FL 33917

ROBERT P HOLLAENDER CUST DOUGLAS HOLLAENDER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1251 NILLES RD UNIT 19
FAIRFIELD, OH 45014-7205

ROBERT P KROHN & SUE RINGROSE KROHN JT TEN
PO BOX 881755
STEAMBOAT SPRINGS, CO 80488-1755

ROBERT P LASSITER & NINA L LASSITER TR
LASSITER LIVING TRUST UA 7/18/01
1608 NATCHEZ RD
EDMOND, OK 73003-3624

ROBERT P MC GEARY & SHIRLEY C MC GEARY JT TEN
5212 REINHARDT
SHAWNEE MISSION, KS 66205-1559

ROBERT P ROBBE
13837 136TH
GRAND HAVEN, MI 49417-9706

ROBERT P SMITHWICK & LESSIE C SMITHWICK TR
SMITHWICK FAMILY REVOCABLE TRUST UA 05/10/00
250 SPRUCE AVE
MERRITT ISLAND, FL 32953-4363

ROBERT P WHITNEY TR
STEPHEN JAMES WHITNEY UA 12/21/55 AND KNOWN AS
TRUST NO 202
10639 S CALIFORNIA AVE
CHICAGO, IL 60655-1715

ROBERT PITRE JR CUST MICHELE MARIE PITRE
A MINOR U/THE LA GIFTS TO MINORS ACT
5214 PITRE DR
CROWN POINT, LA 70072

ROBERT POTTERS
PO BOX 1620 1620
SUN VALLEY, ID 83353-1620

ROBERT R FLICKINGER & JOAN L FLICKINGER TR
UA 04/06/07 FLICKINGER TRUST NO 1
6603 WINDSONG WAY
LANSING, MI 48917

ROBERT R FLICKINGER & JOAN L FLICKINGER TR
UA 04/06/2007 FLICKINGER TRUST NO 1
6603 WINDSONG WAY
LANSING, MI 48917

ROBERT R FRAME CUST ROBERT MORGAN FRAME
U/THE PA UNIFORM GIFTS TO MINORS ACT
972 MIDWAY CANDOR RD
BULGER, PA 15019

ROBERT R HENRICH & MARLA J HENRICH TR
HENRICH FAM REVOCABLE TRUST UA 08/19/95
5472 BRECKENRIDGE AVE
BANNING, CA 92220-7155

ROBERT R HUNT & IRENE A HUNT TR
ROBERT & IRENE A HUNT TRUST UA 10/22/01
3169 WEST SHIQWASSEE
FENTON, MI 48430-1763

ROBERT R MICUE
BOX 378661
KEY LARGO, FL 33037-8661

ROBERT R OAKLAND & CATHERINE L MOORE TR
UA 10/17/2008 ROBERT R OAKLAND TRUST
5194 MUSTANG WAY
ORLANDO, FL 32810

ROBERT R RANKIN & JUDITH C RANKIN TR
RANKIN REVOCABLE LIVING TRUST UA 10/23/98
829 9TH AVE S #16 PALMWOOD EST
N MYRTLE BEACH, SC 29582-3488

ROBERT R SEAMAN & ZELDA B SEAMAN TR
ROBERT R & ZELDA B SEAMAN REV LIVING TRUST UA
7/14/97
9311 WHIPPLE SHORE DR
CLARKSTON, MI 48348-2161

ROBERT R SIEMERS CUST GAIL ELIZABETH SIEMERS
U/THE N J UNIFORM GIFTS TO MINORS ACT
1207 MONMOUTH BLVD
WALL, NJ 07719-4229

ROBERT R SIEMERS CUST ROBERT MICHAEL SIEMERS
U/THE N J UNIFORM GIFTS TO MINORS ACT
1207 MONMOUTH BLVD
WALL, NJ 07719-4229

ROBERT R WILSON & HELEN K WILSON TR
WILSON FAM NOMINEE TRUST UA 09/15/96
BOX 606
SOUTH WELLFLEET, MA 02663-0606

ROBERT RAYMOND LA BUTE TR
ROBERT RAYMOND LA BUTE INTER-VIVOS TRUST UA
02/10/95
37660 RHONSWOOD DR
NORTHVILLE, MI 48167-9750

ROBERT ROSE PADGETT & IRENE GOOCH PADGETT TR
1981 REV TR UA 02/25/82 ROBERT &IRENE PADGETT
31 SANBORN AVE
WEST ROXBURY, MA 02132-3817

ROBERT ROSEN CUST SALLY ANNE ROSEN
U/THE N J UNIFORM GIFTS TO MINORS ACT
PO BOX 2057
AMAGANSETT, NY 11930-2057

ROBERT RUDENSTEIN
1331 MEDFORD ROAD
WYNNEWOOD, PA 19096-2418

ROBERT S BLOCKSTEIN
100 WYNNWOOD DR
PITTSBURGH, PA 15215-1548

ROBERT S CLARK CUST SUSAN ELIZABETH CLARK
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
3 SOUTHFIELD DR
SUSSEX, NJ 07461-3037

ROBERT S DOWNS CUST ROBERT S DOWNS JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
47 MOSS CREEK LOOP
MARRELLS INLET, SC 29576

ROBERT S FOSTER & JANE G FOSTER TR
ROBERT S FOSTER LIV TRUST UA 01/30/98
23 GRINNEL DR
CAMP HILL, PA 17011-7716

ROBERT S GOLDBERG CUST LARRY P GOLDBERG
U/THE MASS UNIFORM GIFTS TO MINORS ACT
35 GERALD ROAD
MARBLEHEAD, MA 01945-2068

ROBERT S GRUMIEAUX & ROSE MARIE GRUMIEAUX TR
THE ROBERT A GRUMIEAUX & ROSE MARIE
932 COUNTRY COVE LANE
VINCENNES, IN 47591-6851

ROBERT S HANSON & MARGARET E HANSON TR
HANSON FAM LIVING TRUST UA 09/09/94
2263 FERNLEAF LN
COLUMBUS, OH 43235-2752

ROBERT S HEINTZ
38 LOCUST AVE
DUMONT, NJ 07628-3515

ROBERT S HINTON & MRS JEANETTE E HINTON JT TEN
9307 W 150 150TH STREET
OVERLAND PARK, KS 66221-2510

ROBERT S KLEIN
445 VANDALIA
CULVER, IN 46511-1717

ROBERT S MORROW & LORRAINE A MORROW TR
UA 2/8/00 ROBERT S MORROW & LORRAINE
6535 STEELE HWY
EATON RAPIDS, MI 48827-8019

ROBERT S POVEY & IRENE M POVEY TR
THE ROBERT S & IRENE M POVEY TRUST UA3/25/03
1530 EAST NORTH SHORE DRIVE
TEMPE, AZ 85283-2162

ROBERT S SPILLETT & GWENNA F SPILLETT TR
THE ROBERT S & GWENNA F SPILLETTREV LIVING TRUST
UA 08/12/03
181 E PARK ST
FLUSHING, MI 48433-1563

ROBERT S STEIN CUST STEVEN ELLIOT STEIN A UGMA MA
2715 PENNSYLVANIA AVE S E
WASHINGTON, DC 20020-3928

ROBERT S TUCKER
4606 228TH ST SW
MOUNTLAKE TERRACE, WA 98043-4427

ROBERT SCOTT BAROUCH
809 197TH AVE SE
SAMMAMISH, WA 98075-7499

ROBERT SEPULVEDA & MARCELINA M SEPULVEDA TR
UA 09/27/07 R & M SEPULVEDA TRUST
3329 N REYNOLDS
MESA, AZ 85215-0734

ROBERT SISKIN & HARRIET SISKIN TR
UA 04/01/2006 ROBERT SISKIN & HARRIET SISKIN
15432 ROSAIRE LN
DELRAY BEACH, FL 33484

ROBERT SOMERSTEIN CUST ALAN SOMERSTEIN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
13000 SW 104TH CT
MIAMI, FL 33176-5504

ROBERT SONTAG & MARIAN SONTAG TR
SONTAG FAMILY TRUST OF 1987 UA 05/05/87
PO BOX 1690
SAN JUAN CAPISTRAN, CA 92693-1690

ROBERT STANTON
33818 133RD AVENUE S E
AUBURN, WA 98092-8579

ROBERT STEINGUT
APT 2A
344 WEST 72ND ST
NEW YORK, NY 10023-2635

ROBERT STEVEN ARMSTRONG TR
ROBERT STEVEN ARMSTRONG LIVING TRUST UA 7/29/99
2221 HEDGE
WATERFORD, MI 48327-1139

ROBERT SUTHERLAND & GLORIA SUTHERLAND TR
ROBERT & GLORIA SUTHERLAND LIVING
2133 FOX HILL DR
STERLING HEIGHTS, MI 48310-3549

ROBERT T BEEZLEY CUST ROBERT A BEEZLEY
UNDER MO UNIFTRANSFERS TO MINORS LAW
1200 E WOODHURST ROOM 200
SPRINGFIELD, MO 65804-4257

ROBERT T BEEZLEY CUST SPENCER T BEEZLEY
UNDER MO TRANSFERS TO MINORS LAW
1200 E WOODHURST ROOM 200
SPRINGFIELD, MO 65804-4257

ROBERT T CORDREY & NANCY E CORDREY TR
CORDREY FAMILY REVOCABLE LIVING TRUST UA 01/11/02
1645 PARKVIEW CT
MARCUS HOOK, PA 19061-6803

ROBERT T DEINER
4712 MEADOWVIEW RD
MARIANNA, FL 32446-1801

ROBERT T GIVENS SR & VERTRILLA GIVENS TR
UA 03/19/93 GIVENS FAM REV LIV TR
5207 ABINGTON RD
BLACK JACK, MO 63033-7404

ROBERT T HALCROW
PO BOX 300162
DRAYTON PLAINS, MI 48330-0162

ROBERT T HAZELTINE & LORRAINE HAZELTINE TR
HAZELTINE FAM TRUST UA 09/09/94
105 DEL NORTE VISTA WAY
FULGOM, CA 95630-2143

ROBERT T MILLER CUST MARK R MILLER
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
1102 COUNTY HIGHWAY D
OREGON, WI 53575

ROBERT T MIYASHIRO & MARGARET S MIYASHIRO TR
UA 12/19/85 MIYASHIRO FAMILY TRUST
2786 AINA LANI DR
MAKAWAO, HI 96768-8404

ROBERT TIMOTHY LICHTENSTEIN
91 FERRIS ST
SOUTH RIVER, NJ 08882-1842

ROBERT URBAN & ELIZABETH K URBAN TR URBAN TRUST # I
1302 LISK DR
BAY CITY, MI 48708-8483

ROBERT V EBERSTEIN & MRS BARBARA L EBERSTEIN TEN C(
103 WEST ST BOX 93
SCHOOLCRAFT, MI 49087-0093

ROBERT V FRIEDHOFF & RITA M FRIEDHOFF TR
UA 11/13/92 ROBERT V FRIEDHOFF TRUST
14750 LAKE SIDE CIRCLE 219
STERLING HEIGHT
STERLING HTS, MI 48313

ROBERT V GONZALES
PO BOX 430946
PONTIAC, MI 48343-0946

ROBERT V QUINLAN CUST KAREN ELAINE QUINLAN
U/THE IND UNIFORM GIFTS TO MINORS ACT
1065 SUN VALLEY DR
WOODLAND PARK, CO 80863-9013

ROBERT VAN DANELZEN CUST PAUL WILLIAM DANELZEN
U/THE ILL UNIFORM GIFTS TO MINORS ACT
8631 MAIDEN LANE
KANSAS CITY, MO 64114-3089

ROBERT VEINOVICH
5647 GLEN HILL DR
BETHEL PARK, PA 15102-3315

ROBERT W BANKS
PO BOX 410991
KANSAS CITY, MO 64141-0991

ROBERT W BARTLOMIEJ & PATRICIA J BARTLOMIEJ TR
BARTLOMIEJ LIVING TRUST UA 02/03/97
3620 LACOMB RD
ALPENA, MI 49707-9447

ROBERT W BAUM CUST JUDY ANN BAUM
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
408 BRENTWOOD BLVD
LAFAYETTE, LA 70503-4016

ROBERT W BEITLER ET AL TR
RESIDUARY BYPASS TRUST ULW&T OF RENEE G BEITLER
UA 10/24/97
1613 WETHERSFIELD DRIVE
ALLENTOWN, PA 18104-1600

ROBERT W BRANDT CUST ANDREW DOLE BRANDT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
126 HAMILTON AVE
PLYMOUTH, MI 48170-2156

ROBERT W BRANDT CUST MISS MARIANNE KINNEY BRANDT
U/THE MICH UNIFORM GIFTS TO MINORS ACT
42739 VERSAILLES
CANTON, MI 48187-2341

ROBERT W CHESTNUTT & DOROTHY E CHESTNUTT TR
UA 05/04/90 ROBERT W CHESTNUTT &DOROTHY E
315 MALCOLM DRIVE
PASADENA, CA 91105-1451

ROBERT W CHRISTENSON & MARY J CHRISTENSON TR
ROBERT & MARY CHRISTENSON FAM TRUST UA 06/06/00
2462 JOHNSON AVE
SAN LUIS OBISPO, CA 93401-5350

ROBERT W CLOUSE & BARBARA J CLOUSE TR
UA 09/05/2007 CLOUSE FAMILY TRUST
24348 BLACKMAR
WARREN, MI 48091

ROBERT W DECELLE TR
ROBERT W DECELLE REVOCABLE LIVING TRUST UA 10/10/85
6464 DEER RIDGE DR
CLARKSTON, MI 48348-2802

ROBERT W EVANS JR
654 195TH AVE
PELLA, IA 50219-7508

ROBERT W GRIESENBECK & GERALDINE B GRIESENBECK TR
UA 07/20/2006 CLYDE A GRIESENBECK FAMILY TRUST
510 HUNTERS PARK LANE
HOUSTON, TX 77024

ROBERT W GRIMSHAW & ALICE S GRIMSHAW TR
GRIMSHAW FAMILY TRUST UA 10/17/05
705 STRATHMORE DR
MODESTO, CA 95355-4417

ROBERT W HARE CUST WILLIAM S HARE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
170 PACIFIC ST
MASSAPEQUA PARK, NY 11762-2314

ROBERT W HAWKSLEY & LOIS H HAWKSLEY TR
UA 12/09/2009 HAWKSLEY REVOCABLE FAMILY TRUST
1 ORCHARD WAY
CHEPACHET, RI 02814

ROBERT W HINES & PAULINE HINES TR
UA 02/25/93 THE HINES FAMILY REVOCABLE LIVING TRUST
2838 SOUTH PENNSYLVANIA
INDIANAPOLIS, IN 46225-2323

ROBERT W HIRTZEL & PATRICIA A HIRTZEL TR
UA 03/10/89 ROBERT W HIRTZEL & PATRICIA A HIRTZEL
TRUST
1861 OHIO S W
HURON, SD 57350-3830

ROBERT W JONES TR
UA 04/11/2003 CLARENCE R & MAURINE J ELDRIDGE LIVING
TRUST
6320 NE 165TH COURT
KENMORE, WA 98028

ROBERT W KLEIN & DIANA L KLEIN JT TEN
6286 N RIDGE RD
PENTWATER, MI 49449-9558

ROBERT W KOHLUS & JILL K BENTON TR
UA 03/07/2005 WARREN G & NORMA K KOHLUS FAMILY
4 ELMS LANE
WADING RIVER, NY 11792

ROBERT W LIEBLEIN
2181 MORRISON AVE
LAKEWOOD, OH 44107-5721

ROBERT W MEYER & LELA COE MEYER TR
UA 08/10/88 ROBERT W MEYER AND LELA COE
2040 COWPER STREET
PALO ALTO, CA 94301-3809

ROBERT W MILLER & MARILYN J MILLER TR
ROBERT & MARILYN MILLER LIVING TRUST UA 08/19/03
6665 HWY 13-73
VESPER, WI 54489

ROBERT W ODROBINAK & MISS SADETH ROMAN JT TEN
2041 LINCOLN AVENUE
WHITING, IN 46394-1922

ROBERT W OGILVIE & ESTHER F OGILVIE TR
OGILVIE REVOCABLE TRUST UA 10/10/97
800 FM 495 #621
ALAMO, TX 78516-6928

ROBERT W OLLER & JOANNA M OLLER TR
ROBERT & JOANNA OLLER LIVING TRUST UA 11/13/98
1025 HARBOR DR
HURON, OH 44839-2669

ROBERT W RILEY & ROBERT CLARENCE JONES & AMANDA-M
MAKENZIE WAYNE JONES &
3587 LAKEVIEW DRIVE
BEAVERTON, MI 48612-8868

ROBERT W SCHMITT
4210 249TH STREET
LITTLE NECK, NY 11363-1623

ROBERT W SCHOLZ CUST JONATHAN T SCHOLZ
U/THE WASH UNIFORM GIFTS TO MINORS ACT
501 LOVER'S LANE
COLFAX, WA 99111-9795

ROBERT W SCHRYVER & CARROLL SCHRYVER TR
UA 05/31/91 W SCHRYVER & CARROLL SCHRYVER TRUST
441 SUE ANN DR
LAKE GENEVA, WI 53147-2146

ROBERT W SLACK
PO BOX 340644
DAYTON, OH 45434-0644

ROBERT W WALLACE & MARY LOW WALLACE TR
UA WALLACE FAMILY TRUST 03/28/89
2649 RADNOR AVE
LONG BEACH, CA 90815-1314

ROBERT W WENTLAND CUST ROBERT W WENTLAND JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
200 HOLLYBERRY RD
BRISTOL, CT 06010-2900

ROBERT W WILLIAMS CUST ARTHUR E WILLIAMS
U/THE CONN UNIFORM GIFTS TO MINORS ACT
115 YALE ST
OLIVETS, MI 49076-9456

ROBERT W WITTWER & VIRGINIA D WITTWER TR
UA 06/18/08 ROBERT W WITTWER & VIRGINIA D
304 EAST SOUTH ST
BLUFFTON, IN 46714

ROBERT WEINMAN
153 HARVARD AVE
ELYRIA, OH 44035-6039

ROBERT WEIR
2769229 MILE RD
LENOX, MI 48048

ROBERT WILLIAM FEINDT & BRENDA J FEINDT JT TEN
12841 DAYBREAK CT W
JACKSONVILLE, FL 32246-7092

ROBERT WILLIAM PEVER CUST KATHLEEN E PEVER
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
10540 GREENWAY ROAD
NAPLES, FL 34114-3107

ROBERT YOUMANS
303-2387 KAWARTHA HEIGHTS BLVD
PETERBOROUGH ON
K9K 1S4 CANADA

ROBERTA A JANET
& DEBORAH A HANSON & ROBERT P JANET & MARK A JANET
JT TEN
10705 S KILBOURN
OAK LAWN, IL 60453-5346

ROBERTA D CORCORAN & JOHN J CORCORAN TR
UA 06/14/93 M-B ROBERTA D CORCORAN
1344 WHITEFIELD
DEARBORN HTS, MI 48127-3419

ROBERTA D GROSSMAN & LAWRENCE LANGERMAN TR
UA 03/02/94 RICHARD GROSSMAN FAMILY TRUST
3 SYBIL CREEK PL
BRANFORD, CT 06405

ROBERTA DAUGHERTY
& DANNY JOE DAUGHERTY & JAMES DAUGHERTY JR &
BRUCE DAUGHERTY JT TEN
PO BOX 343
STAFFORD, OH 43786-0343

ROBERTA H STEINBERG
24 COREY RD
MALDEN, MA 02148-1117

ROBERTA HIDDEN FOSTER
748 MEINECKE AVE
SAN LUIS OBISPO, CA 93405-1731

ROBERTA JANE CASH
& JUDITH BORDERS & CAROL LAMB & LU ANN CRAWFORD
JT TEN
2219 LADOGA RD
CRAWFORDSVILLE, IN 47933-3752

ROBERTA L HEINZMANN
11 KERRY LANE
NORTH EASTON, MA 02356-1761

ROBERTA S HEINLEIN
2825 SHEA WAY
MARIETTA, GA 30060-5328

ROBERTA S HEINLEIN & TERRY J HEINLEIN JT TEN
2825 SHEA WAY
MARIETTA, GA 30060-5328

ROBERTA SCHELLER CUST LISA JANE SCHELLER
U/THE CONN UNIFORM GIFTS TO MINORS ACT
730 CANTERBURY LN
VILLANOVA, PA 19085-2052

ROBERTO CASTILLO
RUA APINAGES 271 APT 118
PERDIZES SAO PAULO SP
CEP
05017 000 BRAZIL

ROBERTO ESPINOSA
APARTADO AEREO 102034
BOGOTA 10
COLOMBIA

ROBERTO J GAMBACH CUST MARK ELI GAMBACH
UNDER THE FLORIDA GIFTS TO MINORS ACT
1200 STILLWATER DR
MIAMI BEACH, FL 33141-1028

ROBERTO TINOCO
GM DO BRAZIL
RODOVIA RS030 PARARDA 100
GRAVATAI RS
94198900 BRAZIL

ROBET JAMES SZENTES
15312 210TH AVE NE
WOODINVILLE, WA 98072-5657

ROBIN BONNIE WEINER
12 PIKES WAY
CHELTENHAN, PA 19012-1717

ROBIN EMILY EINHORN
2586 36TH ST
APT 1F
ASTORIA, NY 11103-4533

ROBIN HELMIC
ATTN ROBIN BECKSFORT
4579 132NDAVE
HAMILTON, MI 49419-9530

ROBIN J BROUKER & JAMES J BROUKER TR
UA 08/07/08 JAMES J BROUKER & ROBIN J BROUKER
3411 W WILSON RD
CLIO, MI 48420

ROBIN J JONES
PO BOX 680011
MARIETTA, GA 30068-0001

ROBIN KIRKLAND & KIPCHOGE KIRKLAND JT TEN
1236 167TH SE AV
BELLEVUE, WA 98008-5143

ROBIN R HEINZELMAN
1264 JAY STREET
WATERFORD, MI 48327-2927

ROBT J BRYNE CUST REBECCA A BRYNE UGMA WI
28354 116TH STREET
NEW AUBURN, WI 54757-7103

ROBYN STEINMAN
PO BOX 17982
MEMPHIS, TN 38187-0982

ROBYN WEINBLATT TR
UA 02/23/1995 JENNIFER R MILLER C E IRREVOCABLE TRUST
630 SYCAMORE LANE N
MINNEAPOLIS, MN 55441

ROCHELLE D BRADLEY
PO BOX 681184
KANSAS CITY, MO 64168

ROCHELLE KAY JEUDE
102 DINDIA 15A 789-7
HIRAMATSU HONCHO UTSUNOMIYA
3210932 JAPAN

RODERICK A FRASER & RUTH AUDREY FRASER TR
REV INT TR UA 01/06/86 RODERICK A
4070 BUCKNALL ROAD
CAMPBELL, CA 95008-2640

RODERICK S STEINER
522 W BERRY AVE
LANSING, MI 48910-2911

RODERICK WAYNE THORNTON TR
RODERICK WAYNE THORNTON LIVING TRUST UA 08/12/94
5694 LINFIELD AVE
SAN DIEGO, CA 92120-4832

RODGER H HEDLUND JR & LINDA S HEDLUND TR
UA 05/07/2007 RODGER & LINDA HEDLUND LIVING
1090 COVINGTON PLACE DR
ROCHESTER, MI 48309

RODGER L MCCLOY & ZANDREA L MCCLOY TR
RODGER L MCCLOY & ZANDREA L MCCLOY REVOCABLE
16033 N 68 AVE
PEORIA, AZ 85382-3906

RODNEY A CLARK & MARTHA S CLARK JT TEN
121 STEIN RD
EVERETT, PA 15537-5810

RODNEY A HILL SR & ALICIA I HILL TR
RODNEY A HILL SR REVOCABLE TRUSTUA 07/14/00
3339 POSEYVILLE RD
MIDLAND, MI 48640-8578

RODNEY A WILSON & KRISTI JO WILSON TR
RODNEY A WILSON & KRISTI JO WILSON FAMILY TRUST UA
03/16/06
18721 SW PILKINGTON RD
LAKE OSWEGO, OR 97035-8171

RODNEY L KLIPSTEIN
11800 W ORFORDVILLE HANOVER RD
ORFORDVILLE, WI 53576-9518

ROGENE M SIMEK
7111 142ND AVE LOT 57
LARGO, FL 33771

ROGER A BERNSTEIN
12810 MAPLE RD
NORTH MIAMI, FL 33181-2448

ROGER A KLEIN JR
1909 HESELTON GULLY
ANDOVER, NY 14806-9527

ROGER C BOHNSACK & MARILYN J BOHNSACK TR
BOHNSACK REVOCABLE TRUST UA 12/24/96
2555 JUDY LANE
SHELBY TOWNSHIP, MI 48316-2745

ROGER C FEINAUER
166 S MCKENZIE ST
ADRIAN, MI 49221-2523

ROGER C LEIGHTY
& RONALD D LEIGHTY & DONALD L LEIGHT & STEPHANIE A
WILSON JT TEN
811 15TH ST
LAWRENCEVILLE, IL 62439-2006

ROGER C LOEFFELBEIN CUST DIANNE LOEFFELBEIN UGMA IN
17000 31 MILE RD
RAY, MI 48096

ROGER C MARTIN CUST KIMBERLY ANN MARTIN
UNDER THE FLORIDA GIFTS TO MINORS ACT
6637 STANDING BOY RD
COLUMBUS, GA 31904-2221

ROGER COKER
4002 HIGHWAY 78 W #530-317
SNELLVILLE, GA 30039-7915

ROGER D KWIECINSKI
PO BOX 970623
YPSILANTI, MI 48197-0811

ROGER D NAPIER
11857 106TH AVE N
SEMINOLE, FL 33778-3643

ROGER D ROSPLOCK & MARIE J ROSPLOCK TR
ROSPLOCK REVOCABLE TRUST UA 11/14/95
3658 EAST CODY AV
GILBERT, AZ 85234-2926

ROGER DAVID ROEING & MARY PATRICIA ROEING JT TEN
316 POCHET LN
SCHAUMBURG, IL 60193

ROGER E HEINO & JOAN G HEINO JT TEN
9870 CIMAMESA ROAD
JUNIPER HILLS, CA 93543-3634

ROGER E LACHELE
PO BOX 794533
DALLAS, TX 75379-4533

ROGER E LAVOIE CUST BARRY LAVOIE
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
WEST MAIN ST
WEBSTER, MA 01570

ROGER E SCHNEIDER & STANLEY O SCHNEIDER TR
ANN MARIE SCHNEIDER TRUST UA 08/22/95
110 CREEDEN DR
MONETA, VA 24121-3708

ROGER FREEMAN CUST HAROLD E FREEMAN
UNDER THE NJ UNIF GIFTS TO MINORSS ACT
48 MOUNTAINVIEW TERRACE
HILLSDALE, NJ 07642-1021

ROGER G DEIERLEIN
APT 187
427 TIMBERLEA DR
ROCHESTER, MI 48309-2659

ROGER H HENSLEY
9203 206TH STREET CT E
GRAHAM, WA 98338-9230

ROGER H LARSON
3269 250TH ST
EAGLE GROVE, IA 50533-8712

ROGER JACOB STEINER
2 AMARANTH DRIVE
NEWARK, DE 19711-2051

ROGER JOHNSON CUST AARON M JOHNSON UTMA WA
4405 126TH ST CT NW
GIG HARBOR, WA 98332-7813

ROGER JOHNSON CUST ADAM GARREN JOHNSON UTMA WA
4405 126TH ST CT NW
GIG HARBOR, WA 98332-7813

ROGER JOHNSON JR
4161 118TH AVE NORTH
CLEARWATER, FL 34622

ROGER L MARKLE & DOROTHY E MARKLE TR
ROGER L MARKLE & DOROTHY E MARKLE REV TRUST UA
06/28/00
8610 WEST SCHOOL SECTIOM LAKE
MECOSTA, MI 49332-9578

ROGER L ROBBINS & JOSEPHINE L ROBBINS TR
ROGER L & JOSEPHINE L ROBBINS REVOCABLE LIV TRUST
UA 01/5/04
361 ELM ST
MILTON, WI 53563-1204

ROGER L STILES & PHYLLIS J STILES TR
ROGER L STILES LIVING TRUST UA 10/19/94
3521 GOLFVIEW DR
HAZEL CREST, IL 60429-2403

ROGER L WIGHTMAN & JANICE K WIGHTMAN JT TEN
PO BOX 168245
IRVING, TX 75016-8245

ROGER L WILLIAMS JR & MARJORIE J WILLIAMS TR
ROGER L WILLIAMS JR FAM LIVING TRUST UA 10/09/95
1316 ROSLYN RD
GROSSE PNT WOODS, MI 48236-1019

ROGER LEE RONEK
106-265 WILLSON ROAD
WELLAND ON
L3C 5R6 CANADA

ROGER M BERENS
3111 146TH AVE R#1
DORR, MI 49323-9710

ROGER MARTIN MILLAR SR & SARA BOULDEN MILLAR TR
UA 05/07/91 ROGER MARTIN MILLAR SR &
2253 GLENBAR DRIVE
GERMANTOWN, TN 38139-5417

ROGER O WEYERS & ARLENE C WEYERS TR
ROGER O WEYERS REVOCABLE TRUST UA 08/25/03
52646 COVE CREEK DRIVE
MACOMB TOWNSHIP, MI 48042-2952

ROGER P HUBER & VICKI V HUBER TR
ROGER P HUBER & VICKI V HUBER TRUST UA 11/17/03
734 W MAIN
TWINING, MI 48766-9748

ROGER P HUBER & VICKI V HUBER TR
ROGER P HUBER & VICKI V HUBER TRUST UA 11/17/03
734 WEST MAIN ST
TWINING, MI 48766-9748

ROGER RUEBEN SCHNEIDER
31834 210TH ST
SLEEPY EYE, MN 56085-4325

ROGER SEARLE PENSKE CUST ROGER SEARLE PENSKE JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
2555 TELEGRAPH RD
BLOOMFIELD HILLS, MI 48302-0954

ROGER STUART SILVERSTEIN
914 W SUNSET ROAD
EL PASO, TX 79922-2149

ROGER T TRUMBLE
PO BOX 235491
HONOLULU, HI 96823-3508

ROGERS LEON ROBINS & ROSE JANE ROBINS TR
ROGERS LEON ROBINS & ROSE JANE ROBINS REVOCABLE
229 S DIXON RD
KOKOMO, IN 46901-5042

ROLAND A WEGMANN & FREDERICKA V WEGMANN TR
WEGMANN TRUST 2000 UA 01/01/00
1701 MORGAN RD
BARNHART, MO 63012-2351

ROLAND C WEDEMEYER & HARRIET A WEDEMEYER TR
WEDEMEYER FAMILY TRUST UA 3/1/88
18901 CANYON CREST DR
VILLA PARK, CA 92861-2806

ROLAND G REINHARD
910 CARDINAL CR
FLORENCE, SC 29505-3011

ROLAND GODDU CUST CHRISTOPHER ROLAND GODDU
U/THE MASS UNIFORM GIFTS TO MINORS ACT
50 FAYETTE ST
BOSTON, MA 02116-5517

ROLAND H IMES & CRISTEL H IMES JT TEN TRUSTEES
UNDER IMES DECL TRUST DTD
PO BOX 997
DUNDEE, FL 33838-0997

ROLAND L BROWN & DEBRA Y BROWN JT TEN
2518 192ND ST E
TACOMA, WA 98445-4213

ROLAND MC KENZIE CUST GARY GENE MC KENZIE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
G-6476 N DORT
MT MORRIS, MI 48458

ROLAND TOEPFER
AM LEINPFAD 40
DATTELN GERMANY
GERMANY

ROLF B GRONNEBERG CUST ROLF B GRONNEBERG JR
U/THE R I UNIFORM GIFTS TO MINORS ACT
17 JANES RD
BOXFORD, MA 01921-1813

ROLLAND BENFORD & BETTY BENFORD TR
ROLLAND & BETTY BENFORD TRUST UA 01/10/00
360 NORBERT LN
HEMLOCK, MI 48626-8769

ROLLAND G CHARPENTIER TR
ROLLAND G CHARPENTIER REVOCABLE TRUST UA 10/16/98
PO BOX 813
NORTHPORT, MI 49670-0813

ROLLAND R VILLENEUVE TR
ROLAND R VILLENEUVE REVOCABLE TRUST UA 01/01/06
3352 ESSEX
TROY, MI 48084-2705

ROLLIN B BECKETT CUST RUSSELL GLENN BECKETT
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
719 HOLLEY DR
ROCKY MOUNT, VA 24151-5449

ROMAN J GALAS SR CUST ROMAN J GALAS JR
U/THE ILL UNIFORM GIFTS TO MINORS ACT
5648 W LONG PLACE
LITTLETON, CO 80123-5130

ROMAN RODRIGUEZ & M THERESA RODRIGUEZ TR
ROMAN RODRIGUEZ LIVING TRUST UA 12/29/92
20680 BISHOP DRIVE
BROWNSTOWN, MI 48183-7615

RON L BRONSTEIN
1209 MARKHAM AVE
MODESTO, CA 95358-6910

RON NEUMAN
3507 106TH STREET NW
EDMONTON AB
T6J 2L2 CANADA

RONALD A BREALER
PO BOX 214622
AUBURN HILLS, MI 48321-4622

RONALD A FEATHERSTONE CUST PATRICIA JEAN FEATHERST
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2204 LAKE ANGELUS SHORES DR
LAKE ANGELUS, MI 48326-1042

RONALD A KNAPP CUST DEBORAH LYNN KNAPP
U/THE PA UNIFORM GIFTS TO MINORS ACT
9 MCCLELLAN PL
CHAPPAQUA, NY 10514-1213

RONALD A MAKOWSKI & DONNA M MAKOWSKI TR
RONALD A MAKOWSKI TRUST UA 06/17/97
PO BOX 80842
ROCHESTER, MI 48308-0842

RONALD B BOWER & PAMELA BOWER JT TEN
1112 188TH PL SW
LYNNWOOD, WA 98036-4911

RONALD BONNEMASOU
C/O JOSE DOMINGUES
VASCONCELOS 64 APT 601
VILA ADYANA
SAN JOS DOS CAMPOS SAN PAULO 12243-840 BRAZIL

RONALD C NEWTON & MARION P NEWTON TR
UA 07/19/94 THE NEWTON FAMILY TRUST
307 RAINBOW CT
PASO ROBLES, CA 93446-2986

RONALD C WEBER & RUTH E WEBER TR
UA 10/26/93 RONALD C WEBER & RUTH E WEBER FAMILY
TRUST
3313 MOUNTAIRE DR
ANTIOCH, CA 94509-5661

RONALD D KELSEY & MARY ANN KELSEY JT TEN
PO BOX 470601
TULSA, OK 74147-0601

RONALD D PENNINGTON & SHARON V PENNINGTON TR
PENNINGTON FAMILY TRUST UA 04/18/97
14125 S M-129
SAULT STE MARIE, MI 49783-8517

RONALD D SCHMIDT & ELSIE E SCHMIDT TR
RONALD D & ELSIE E SCHMIDT LIVING TRUST UA 12/19/94
11917 PRINCESS GRACE CT
CAPE CORAL, FL 33991-7536

RONALD E BAER & DONNA S BAER TR
RONALD E BAER & DONNA S BAER TRUST 04/17/98
6803 IJAZ DR
ARLINGTON, TX 76017-4977

RONALD E LEIDLEIN
8105 WEST TUSCOLA ROAD
FRANKENMUTH, MI 48734-9529

RONALD E LICHTENSTEIN & KAREN SMITH LICHTENSTEIN JT
11 GRASSHOPPER LN
WALPOLE, MA 02081-3627

RONALD E MILLINGTON & BARBARA A MILLINGTON TR
RONALD E MILLINGTON LIV TRUST UA 09/24/99
239 AZALEA CT
BRANDON, MS 39047-7854

RONALD E ROESER & SHAREN F ROESER TR
RONALD E ROESER REV LIVING TRUST UA 10/14/1993
469 FRANCONIAN DR E
FRANKENMUTH, MI 48734

RONALD EMORY ADAMS
27862 N CHEVY CHASE RD
MUNDELEIN, IL 60060-9617

RONALD EVEY & GEORGIA EVEY TR
RONALD EVEY & GEORGIA EVEY TRUST UA 04/29/96
1337 RUBY CT
SANTA MARIA, CA 93454-3253

RONALD F BARKER CUST KAREN K BARKER
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
6199 SCHUSS CROSSING
YPSILANTI, MI 48197

RONALD F BETHKE & AUDREY C BETHKE TR
RONALD F BETHKE & AUDREY C BETHKE LIVING TRUST UA 05/14/97
539 LONG REACH DR
SALEM, SC 29676-4216

RONALD F LAING & SHARRON A LAING TR
RONALD F LAING & SHARRON A LAING TRUST UA 06/16/94
3145 RIDGEMONT
COMMERCE TOWNSHIP, MI 48382-3876

RONALD F REINKE
1004 ELLISON PARK CR
DENTON, TX 76205-8099

RONALD G BROCKINGTON CUST STEVEN C BROCKINGTON
A MINOR UNDER CALIFORNIA GIFTS OF SECURITIES TO MINORS ACT
22171 CAMINITO LAURELES
LAGUNA HILLS, CA 92653-1191

RONALD G LADUE & MARILYN A LADUE TR
RONALD G LADUE & MARILYN A LADUEREV
W165 N4866 MEADOW VIEW RD
MENOMONEE FALLS, WI 53051-6648

RONALD G SUDBECK
88459 557TH AVE
HARDINGTON, NE 68739-5094

RONALD G WETTENSTEIN
922 S GOODMAN STREET
ROCHESTER, NY 14620-2526

RONALD GOLDSTEIN
137-60 45TH AVE
FLUSHING, NY 11355-4064

RONALD H FORTIN & BARBARA A FORTIN TR
UA 11/27/1996 FORTIN FAMILY REV LIV TRUST
5555 OAK PARK
CLARKSTON, MI 48346

RONALD H GLEASON & JOSEPHINE GLEASON TR
UA 04/06/89 RONALD H GLEASON & JOSEPHINE H GLEASON TRUST
3340 HADLEY RD
METAMORA, MI 48455-9716

RONALD J AMRHEIN
3475 JESSUP RD
CINCINNATI, OH 45239-6251

RONALD J DENTON
425 150TH AVE #2501
MADEIRA BEACH, FL 33708-2076

RONALD J EBBELING
263 MASON RD
WHITINSVILLE, MA 01588-1379

RONALD J JENNINGS & CAROL J JENNINGS TR
UA 11/01/2007 RONALD J & CAROL J JENNINGS
3417 GALESBURG
THE VILLAGES, FL 32162

RONALD J LAMBERT & BARBARA A LAMBERT TR
UA 11/02/2006 LAMBERT FAM TRUST
35 MCKENZIE DR
BELLA VISTA, AR 72715

RONALD J MAC QUARRIE & MRS MARJORY A MAC QUARRIE J
22102 238TH PL SE
MAPLE VALLEY, WA 98038-8451

RONALD J MARCETTI & HENRIETTA R MARCETTI TR
RONALD & HENRIETTA MARCETTI LIVING TRUST UA 02/02/06
34941 QUAIL TRAIL
RICHMOND, MI 48062-5529

RONALD J SLEE & DONNA J SLEE TR
UA 01/25/90 RONALD J & DONNA J SLEE TRUST
5608 MASON AVE
WOODLAND HLS, CA 91367

RONALD J ZIEMBA TR RONALD J ZIEMBA TRUST 11/21/02
1410 EAST TRUITT RD
CHILLICOTHE, IL 61523-9360

RONALD K CARPENTER & MARCIA J CARPENTER TR
RONALD & MARCIA CARPENTER FAMILY TRUST 04/25/00
3826 BUCKINGHAM RD
CHINO HILLS, CA 91709-1913

RONALD L HAMMACK
PO BOX 245 407 S ELM
KEMPTON, IN 46049-0245

RONALD L HODGEN CUST GREGORY R HODGEN
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
PO BOX 648
ENID, OK 73702-0648

RONALD L JOHNSON & KRISTI L JOHNSON TR
RONALD & KRISTI JOHNSON LIVING TRUST UA 7/22/98
2823 SE 170TH
PORTLAND, OR 97236-1216

RONALD L MEINKE
5245 RILEY ROAD
DEFORD, MI 48729-9735

RONALD L SEDMAN TR
UA 09/19/2006 SURVIVING TRUSTOR'S TRUST OF THE
SEDMAN TRUST
11405 MCGHEE ROAD
APISON, TN 37302-9586

RONALD L WITHERSPOON
PO BOX 310632
FLINT, MI 48531-0632

RONALD LEE STEINBRUNNER
9850 E KALIL DR
SCOTTSDALE, AZ 85260-6029

RONALD LLOYD ATCHISON
301-2001 MCCALLUM RD
ABBOTSFORD BC
V2S 3N5 CANADA

RONALD M OCKERMAN TR
RONALD M OCKERMAN 2005 REVOCABLE INTER VIVOS
TRUST UA 3/23/05
PO BOX 45
SUTTER, CA 95982-0045

RONALD N STEPHENS & CAROL J STEPHENS TR
STEPHENS FAMILY TRUST UA 10/31/03
1336 WAVERLY
WHITE LAKE, MI 48386-4548

RONALD O CHRISTENSON
18367 105TH AVE
LITTLE FALLS, MN 56345

RONALD O HEINS
482 RICHMOND DR
HOPE, MI 48628-9723

RONALD P BORNSTEIN
22570 VISTAWOOD WAY
BOCA RATON, FL 33428-5563

RONALD P PRIBISH & LORRALEE S PRIBISH TR
THE PRIBISH FAMILY REV LIVING TRUST UA 10/03/02
750 VICKSBURG DR
MANSFIELD, OH 44904-1534

RONALD P SLONGO & JACQUELINE M SLONGO TR
RONALD P SLONGO TRUST UA 02/04/99
37039 MAAS DR
STERLING HEIGHTS, MI 48312-1939

RONALD P TETER
1101 LEININGER DR
TIPTON, IN 46072-9791

RONALD R SWANSON & JOYCE E SWANSON TR
FAM LIV REV TR 05/27/92 U-A RONALD R SWANSON
423 SAVANNAH DR
PHARR, TX 78577-6968

RONALD R ZIGMONT & BARBARA M ZIGMONT TR
THE ZIGMONT FAMILY TRUST UA 7/29/02
9029 CROW ROAD
LITCHFIELD, OH 44253-9534

RONALD RENE PFISTER CUST CLAIRE VIRGINIA PFISTER
U/THE COLO UNIFORM GIFTS TO MINORS ACT
1616 PERRY PARK AVE
LARKSPUR, CO 80118-8207

RONALD RICHARDSON & PHYLLIS L RICHARDSON TR
JOHN A BAKER TRUST UA 08/13/01
3645 STAHLHEBER RD
HAMILTON, OH 45013-9102

RONALD RUE
#2202 1551 LARIMER STREET
DENVER, CO 80202

RONALD SCHIRALDI CUST DIANE G SCHIRALDI
U/THE N J UNIFORM GIFTS TO MINORS ACT
9534 GREENEL RD
DAMASCUS, MD 20872-2317

RONALD W KLEIN
PO BOX 934
HUDSON, OH 44236-5934

RONALD W MALANOWSKI & JEANNE M MALANOWSKI & CHRIS
& AMY LYNN MALANOWSKI JT TEN
220 BAY TREE COURT
AIKEN, SC 29803-2600

RONALD WITHERSPOON CUST TIANA WITHERSPOON UGMA N
BOX 310632
FLINT, MI 48531-0632

RONNA SUE GOLDSTEIN
155 BELLE FOREST CIRCLE
NASHVILLE, TN 37221-2103

RONNIE DIMOND JACOBS CUST AMY LYNN JACOBS
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
245 PROSPECT AVE APT 6C
HACKENSACK, NJ 07601-2571

RONNIE KLEIN
139 WEST THIRD AVENUE
SAN MATEO, CA 94402-1521

RONNIE THRELKELD
2941 140A ST
SURREY BC
V4P 2J8 CANADA

ROSA L MULLGRAV TOD DAVID A MCMAHAN
PO BOX 292935
DAYTON, OH 45429-8935

ROSA M LUGO
P O BOX 9065010
SAN JUAN PR
906 PUERTO RICO

ROSA M RUDOLPH-HILL
PO BOX 210623
MONTGOMERY, AL 36121-0623

ROSALIE A BARATTA TR
ROSALIE A BARATTA REVOCABLE LIVING TRUST UA 08/10/92
19899 FAIRWAY DR
BROSSE PTE WOODS, MI 48236-2434

ROSALIE A CIPRIANO & JAMES T CIPRIANO & STEVEN P CIPRI
ROSALIE A CIPRIANO TRUST UA 06/20/02
44560 N BUNKERHILL DRIVE
CLINTON TOWNSHIP, MI 48038-1003

ROSALIE B & ISAAC H HOOVER TR
ROSALIE B & ISAAC H HOOVER LIVING TRUST UA 09/23/96
2843 S OAKLAND CR E
AURORA, CO 80014-3134

ROSALIE B BURTON & CAROL B PHILLIPS TR
UA 05/14/87 ROSALIE B BURTON LIVING TRUST
268 AQUARINA BLVD
MELBOURNE BEACH, FL 32951-3923

ROSALIE ROTHSTEIN TOD BARBARA L ROTHSTEIN & BETTE R
229 E 28TH ST
APT 4F
NEW YORK, NY 10016

ROSALIE T TURNER & ROBERT F TURNER & SAMUEL R TURNI
ROSALIE T TURNER TRUST UA 10/15/97
966 BLOOMFIELD VILLAGE BLVD
AUBURN HILLS, MI 48326-3574

ROSALIE T TURNER & ROBERT F TURNER TR
ROSALIE T TURNER TRUST UA 10/15/97
966 BLOOMFIELD VILLAGE BLVD
AUBURN HILLS, MI 48326-3574

ROSALYN C MANDEL TR
ROSALYN C MANDEL & SEEMAN L MANDEL REV LIVING
TRUST UA 03/15/89
9240 E BLANCHE DR
SCOTTSDALE, AZ 85260-2812

ROSALYN LEWIN TR
UA 03/11/92 ROSALYN LEWIN REVOCABLE LIVING TRUST
F-B-O ROSALYN LEWIN
2545 ASPEN LANE
BLOOMFIELD HILLS, MI 48302-1007

ROSANNE A MATTY & LINDA RANDAZZO TR
UA 02/16/08 FLORENCE TODARO IRREVOCABLE FAMILY
2 BALDWIN COURT
RIDGE, NY 11961

ROSANNE KLEINT
41 WESTERLY ST
YONKERS, NY 10704-2041

ROSANNE M MASCH & DOUGLAS R MASCH & FRED L VILBIG T
ROSEANNE M MASCH REV TRUST UA 7/2/99
14175 WATERWAY BLVD
FORTVILLE, IN 46040-9447

ROSARY M MOIES USUFRUCTUARY & KAREN ANN M RICH & K
CAILLOUET & THOMAS MOIES JR & RICHARD MC KINNEY
MOIES NKD OWN
4301 HERICAN PL
METAIRIE, LA 70003-1315

ROSCOE C HAYNES
PO BOX 351174
DETROIT, MI 48235-6074

ROSCOE G JAMES
PO BOX 490492
ATLANTA, GA 30349-0492

ROSE ANNE GROSSMAN
PO BOX 331066
COCONUT GROVE, FL 33233-1066

ROSE AVOLIO MARINO CUST PATRINA MARINO
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
81 EDSON PL
NORTH HALEDON, NJ 07508-3012

ROSE B PANE
& ROSALIE V CLIFFORD & PETER J PANE & MARIE O
LAWRENCE JT TEN
24-A COOLIDGE COURT
APT A
STREAMWOOD, IL 60107-2328

ROSE COBB
50 A YORKTOWNE PARKWAY
WHITING, NJ 08759-1638

ROSE DOHERTY TR
HERBERT & ROSE DOHERTY FAMILY REVOCABLE TRUST UA
01/06/00
7550 N 16TH ST APT 7142
PHOENIX, AZ 85020-7627

ROSE E TAKACS CUST KIMBERLY ANN TAKACS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2440 BANDON DRIVE
GRAND BLANC, MI 48439-8152

ROSE ELIZABETH NAPPI U-A DTD 9-24-98 THE ROSE ELIZABE
TRUST
4555 KANSAS STREET
SAN DIEGO, CA 92116-4263

ROSE F JUCKES
PO BOX 802191
HOUSTON, TX 77280-2191

ROSE K MASLOW CUST ROBERT MASLOW
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
11756 BANYAN RIM DRIVE
WHITTIER, CA 90601-4714

ROSE L COOPER CUST GARY N COOPER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1975 CRAGIN DR
BLOOMFIELD HILLS, MI 48302-2233

ROSE M MARI
708 EVERGREEN CRT
WHITING, NJ 08759

ROSE MARIE BEHR
& RICHARD W BEHR & PAUL J BEHR & KATHLEEN M BEHR JT
TEN
94 NEVADA AVE
LONG BCH, NY 11561-1125

ROSE MARY RUSHING
& WALLACE R RUSHING & BRENDA K FOTHERINGHAM &
DONNA F ROSS JT TEN
1850 N BALDWIN RD
OXFORD, MI 48371-3016

ROSE PALMO CUST LISA ANN PALMO
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N
425 E SAGINAW WAY
FRESNO, CA 93704-4123

ROSE PALMO CUST LUKE JOHN PALMO
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF N
PO BOX 8065
RCHO SANTA FE, CA 92067-8065

ROSE RUTH PURDY
1-B POTOMAC LANE
WHITING, NJ 08759-1813

ROSE SERPICO CUST JANET SERPICO
A MINOR U/ART EIGHT-A OF THE PERS PROP LAW OF NEW
YORK
2 DORCHESTER RD
SMITHTOWN, NY 11787-5406

ROSE SHATSKY CUST STANLEY S SHATSKY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
645 SAN MARTIN PLACE
LOS ALTOS, CA 94024-3141

ROSE WEINER CUST LEE ADAM WEINER UGMA NY
61 JAMAICA AVE
PLAINVIEW, NY 11803-3631

ROSE WESTERMAN CUST MICHAEL WESTERMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
83-77 WOODHAVEN BLVD
WOODHAVEN, NY 11421-1534

ROSEANNE PERRY CUST ELIZABETH LAUREN PERRY
UNDER THE FLORIDA GIFTS TO MINORS ACT
327 FRANCIS DR
HAVERTOWN, PA 19083-3105

ROSELENE M JONES CUST MARGARET ANN JONES
A MINOR U/ART 8-A OF THE PERS PROPERTY LAW OF
1820 BAIRD RD
PENFIELD, NY 14526-1046

ROSELLA LEINGANG TOD DONNA GRAFE SUBJECT TO STA TO
1606 SHROYER ROAD
DAYTON, OH 45419-3214

ROSELLA LEINGANG TOD JANE KNOTH SUBJECT TO STA TOD
1606 SHROYER ROAD
DAYTON, OH 45419-3214

ROSELLA LEINGANG TOD LARRY LEINGANG SUBJECT TO STA
1606 SHROYER ROAD
DAYTON, OH 45419-3214

ROSELLA LEINGANG TOD MARIE PANZL SUBJECT TO STA TOD
1606 SHROYER ROAD
DAYTON, OH 45419-3214

ROSELLA LEINGANG TOD TERRY LEINGANG SUBJEC TO STA
1606 SHROYER ROAD
DAYTON, OH 45419-3214

ROSEMARIE HEINE PERS REP EST JOHN A ACS
12924 WESLEY
SOUTHGATE, MI 48195-1031

ROSEMARY C WILMES & EUGENE F WILMES TR
ROSEMARY C WILMES TRUST UA 03/29/04
9325 COLUMBUS AVENUE SOUTH
BLOOMINGTON, MN 55420-3849

ROSEMARY J BLAKEMAN TR
ROBERT E & ROSEMARY J BLAKEMAN TRUST UA 10/29/87
4180 BERKELEY AVE
CANTON, MI 48188-7228

ROSEMARY J HUFFMAN & WILLIAM W HUFFMAN TR
THE 2003 WILLIAM & ROSEMARY HUFFMAN FAMILY TRUST
UA 1/8/03
125 SUNSET PASS ROAD
SEDONA, AZ 86351-9511

ROSEMARY KELLY
1960 W STEIN RD
LA SALLE, MI 48145-9712

ROSEMARY L S BROOKS
& THOMAS WILLIS SMITH JR & ALLEN WAYNE SMITH JT TEN
5603 NORTH COURT
EAST NEW MARKET, MD 21631-1633

ROSEMARY MARSHALL CUST DOUGLASS A MARSHALL
U/THE ILL UNIFORM GIFTS TO MINORS ACT
215 W GLEN
PEORIA, IL 61614-4905

ROSEMARY MARTINEZ
PO BOX 360024
MILPITAS, CA 95036-0024

ROSEMARY MEINHART
6980 N CUSTER
MONROE, MI 48162-9606

ROSEMARY REYES
3308 EL CAMINO AVE
SUITE 300-145
SACRAMENTO, CA 95821

ROSLYN BEIN
APT 6B
1170 OCEAN PKWY
BROOKLYN, NY 11230-4040

ROSLYN K WAKSBERG CUST MARK MURRAY WAKSBERG
U/THE MD UNIFORM GIFTS TO MINORS ACT
13600 MAIDSTONE LANE
POTOMAC, MD 20854-1008

ROSS FRANKLIN MIRMELSTEIN
7719 SHOOTINGSTAR DR
SPRINGFIELD, VA 22152-3103

ROSS J MCGREW
54070 420TH ST
EMERSON, IA 51533-4012

ROSS K GESSFORD & LOIS A GESSFORD TR
UA 01/06/2010 ROSS K & LOIS A GESSFORD FAMILY
739 S MILL STREET
ORRVILLE, OH 44667

ROSS MCKIE & LORNA BERSTEIN JT TEN
513-245 EDLGIN STREET WEST
COBOURG ON
ZZZZ CANADA

ROSSANO VICTOR GERALD CUST GREGORY Q GERALD UTM/
PO BOX 340583
SAN ANTONIO, TX 78234

ROSSWELL W LAVANWAY & KATHERINE S LAVANWAY TR
ROSSWELL W LAVANWAY & KATHERINE S LAVANWAY
TRUST UA 08/23/94
4406 ISLANDVIEW DR
FENTON, MI 48430-9146

ROWAN KLEIN CUST JAMES WILLIAM KLEIN
A MINOR U/THE CAL GIFTS OF SECS TO MINORS ACT
1104 AMHERST AVE
LOS ANGELES, CA 90049-5806

ROWLAND G PHILLIPS CUST SCOTT R PHILLIPS
U/THE DEL UNIFORM GIFTS TO MINORS ACT
100 HAMILTON RD
LANDENBURG, PA 19350-9353

ROXANNA B SEYBOLD & STANLEY W BERRY TR
UA 11/29/04 ILLINOIS BERRY FARM TRUST
12641 HWY 1
MOUNT CARMEL, IL 62863

ROY A LITTLEFIELD & DOROTHY A LITTLEFIELD TR
LITTLEFIELD FAM TRUST UA 12/17/01
2718 WARWICK LANE
MODESTO, CA 95350-2441

ROY ALLEN KNAPP CUST TED ALLEN KNAPP
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
419 CARDINAL DR
MT VERNON, IL 62864-2247

ROY B NORRIS TR
ROY B NORRIS REVOCABLE TRUST UA 10/01/99 AMENDED
5/22/03
9436 NO 30 ST
OMAHA, NE 68112-1527

ROY D RAIA & LOUISE J RAIA TR
ROY D RAIA & LOUISE J RAIA FAMILY TRUST UA 02/11/88
531 N OXFORD ST
INDIANAPOLIS, IN 46201-2457

ROY E BACH & VIRGINIA H BACH TR
UA 03/05/92 ROY E BACH & VIRGINIA H BACH TR
400 BUTERFIELD RD
APT 733
ELMHURST, IL 60126-4986

ROY E CALHOUN
19571 222ND RD
HOLTON, KS 66436-8432

ROY E CARPENTER & NORMA JEAN CARPENTER TR
ROY E CARPENTER REV TRUST UA 05/20/99
117 BARNACLE PLACE
ROCKLEDGE, FL 32955-5602

ROY E SCHIEFELBEIN & MRS DOTTIE J SCHIEFELBEIN JT TEN
8924 W 10TH ST
WICHITA, KS 67212-4019

ROY G ANDES JR & SARAH M ANDES JT TEN
2040 W MAIN STREET APT 210-1583
RAPID CITY, SD 57702

ROY G STOHLMAN SERVICE CORP
PO BOX 632-3019 W SPENCER
APPLETON, WI 54914-5925

ROY GAYLORD HEDGES CUST KENNETH GEORGE HEDGES
U/THE MICH UNIFORM GIFTS TO MINORS ACT
143 BROOKSIDE DR
FLUSHING, MI 48433-2658

ROY H BUCKLEY & JEANNE BUCKLEY TR
UA 05/19/2007 ROY H BUCKLEY & JEANNE BUCKLEY
37386 CHARTER OAKS
CLINTON TWP, MI 48036

ROY J BERNSTEIN & MRS AMY H BERNSTEIN JT TEN
APT 4-D
155 EAST 76TH ST
NEW YORK, NY 10021-2812

ROY JONES & MARGEL JONES TR
ROY JONES & MARGEL JONES REVOCABLE TRUST UA
3/17/97
7724 E COLUMBIA COURT
SPOKANE, WA 99212-3511

ROY L HOPEWELL & GERTRUDE A HOPEWELL TR
HOPEWELL FAMILY REVOCABLE LIVING TRUST UA 08/11/05
3216 WARREN DR
WATERFORD, MI 48329-3545

ROY L MESSICK
ACCOUNT 2
3343 CREST RIDGE DR
DALLAS, TX 75228-3438

ROY PHILLIPS
21793 REIN AVE
EASTPOINTE, MI 48021-2416

ROY R BERTUCCELLI & LILLIAN C BERTUCCELLI TR
UA 7/02/90 ROY R BERTUCCELLI & LILLIAN C
2896 KERR STREET
CASTRO VALLEY, CA 94546-5715

ROY R THOMAS JR
80045 700 W
WILLIAMSPORT, IN 47993-9583

ROY SPRINGHAM
1007-110 BELMONT DR
LONDON ON
N6J 4W3 CANADA

ROY SPRINGHAM
1007-110 BELMONT DR
LONDON ON
N6J 4W3 CANADA

ROY SPRINGHAM
1007-110 BELMONT DR
LONDON ON
N6J 4W3 CANADA

ROY T ELLIS & CHARLINE R ELLIS TR
UA 01/18/93 ROY T ELLIS & CHARLINE R ELLIS TR
2630 JENNIFER DR
DECATOR, IL 62521-9524

ROY W GERLACH & HELEN H GERLACH TR
UA 07/29/1993 GERLACH REVOCABLE LIVING TRUST
10173 N HWY 185
SULLIVAN, MO 63080

ROY W HELFENBEIN
5090 LIPPINCOTT RD
LAPEER, MI 48446-9709

ROYCE WILLIAMSON CUST JENNIFER WILLIAMSON UGMA IL
3372 SHERIDAN LANE
MUNDELEIN, IL 60060-6029

RUBEN MENDOZA
PO 172 202 BEACH ST
BANCROFT, MI 48414-9799

RUBEN TORRES
8853 202ND ST
HOLLIS, NY 11423-2203

RUBIN BASS CUST STEPHEN BASS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7755 JERICHO TPKE
WOODBURY, NY 11797-1710

RUBIN POTOFF CUST STEPHEN J POTOFF
U/THE CONN UNIFORM GIFTS TO MINORS ACT
56 PINE PLAIN RD
WELLESLEY, MA 02481-1124

RUBY A HAWKSLEY CUST GARY D HAWKSLEY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
20 WALCOTT ST
OXFORD, MA 01540-2329

RUBY ELLEN KRISE TR
RUBY ELLEN KRISE REVOCABLE LIVING TRUST UA 04/13/99
3929 SOUTH 135 EAST
PO BOX 64
OAKFORD, IN 46965-0064

RUBY M SCHMOLITZ
698 103RD AVE N
NAPLES, FL 34108-3219

RUDALPH MCDANIEL
PO BOX 763093
DALLAS, TX 75376-3093

RUDI SPIESS
VERGISSMEINNICHTWEG 31
WIESBADEN
65201 GERMANY

RUDOLF HERZOG CUST WILLIAM R HERZOG
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
PO BOX 887
ASHTABULA, OH 44005-0887

RUDOLF ROCCO CUST JOSEPH ANTHONY ROCCO
U/THE N Y UNIFORM GIFTS TO MINORS ACT
117 SECOND AVE
PELHAM, NY 10803-1419

RUDOLPH A FERRARA & DOROTHY M FERRARA TR
RUDOLPH A FERRARA REVOCABLE LIVING TRUST UA
8/31/99
11162 HANOVER DR
WARREN, MI 48093-5591

RUDOLPH E HOMRICH JR
3635 144TH AVE
HAMILTON, MI 49419-9752

RUDOLPH F ZEPEDA CUST DAVID ZEPEDA
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
12207 APPLEBY DR
HOUSTON, TX 77031-3301

RUDOLPH GRAF CUST DAVID ROBERT GRAF
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
109 TRUMAN DR
CRESSKILL, NJ 07626-1709

RUDOLPH GUFFREY & ROSE MARIE GUFFREY TR
RUDOLPH GUFFREY & ROSE MARIE GUFFREY REVOCABLE
8237 E MARIPOSA DR
SCOTTSDALE, AZ 85251-1734

RUDOLPH MANEFF CUST RUDOLPH M MANEFF
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
3295 LONG POINT DR
TOMS RIVER, NJ 08753-4824

RUDOLPH MIHELICH JR & CLARA SUSAN MIHELICH TR
RUDOLPH MIHELICH JR FAMILY TRUST UA 11/18/99
1305 N MAY ST
JOLIET, IL 60435-4047

RUDOLPH R BOHONEY
4611 290TH ST
TOLEDO, OH 43611-1935

RUDOLPH R SLADEK & MARLENE A KERRY TR
RUDOLPH R SLADEK & MARLENE A KERRY FAMILY TRUST
UA 12/16/98
1694 PRADO CORTE
RIO RICO, AZ 85648

RUDOLPH WEINLICH CUST JOHN WEINLICH UGMA NY
46 HILL ST
GREENVILLE, NY 12083-3935

RUDOLPH Z CHOQUETTE CUST CARL E CHOQUETTE
U/THE R I UNIFORM GIFTS TO MINORS ACT
6311 TAYLOR RD
RIVERDALE, MD 20737-1151

RUDY B VASQUEZ CUST VAUGHN MARTIN VASQUEZ
U/THE CAL UNIFORM GIFTS TO MINORS ACT
109 WEST CALIFORNIA AVE
GLENDALE, CA 91203-2211

RUDY G WICKLEIN & ROBERTA WICKLEIN JT TEN
109 FAIRVIEW AV
MONTAUK, NY 11954-5250

RUDY ROBERTS CUST JULIE ANNE ROBERTS
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
17071 GREENTREE LANE
HUNTINGTN BCH, CA 92649

RUEBEN A SIMS
PO BOX 490589
CHICAGO, IL 60649-0589

RUI MASAHIRO SAWADA
RUA GENERAL ELOY ALFARO 217
SAO PAULO SP
04139-060 BRAZIL

RUI MASAHIRO SAWADA
RUA GENERAL ELOY ALFARO 217
SAO PAULO SP
04139-060 BRAZIL

RUSSEL V HALL & GARY T HALL TR
UA 01/10/2007 BESS T HALL FAMILY LIVING TRUST
3637 FAIRMOUNT BLVD
CLEVELAND HTS, OH 44118

RUSSELL A HELMER JR & BEVERLY E HELMER TR
UA 07/01/92 THE RUSSELL A HELMERJR & BEVERLY E
240 GLENN GARY
MT MORRIS, MI 48458-8936

RUSSELL A SIBBRING & SUSAN K SIBBRING TR
RUSSELL A & SUSAN K SIBBRING REV LIVING TRUST UA
10/25/01
2052 PENNY LANE
TRACY, CA 95377-7902

RUSSELL C KLEINER
1001 ELM
DANVILLE, IL 61832-2810

RUSSELL CHURCH
PO BOX 220863
HOLLYWOOD, FL 33022-0863

RUSSELL D EVETT CUST STEPHEN HALL EVETT
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
1 COLLEY AVE APT 816
NORFOLK, VA 23510

RUSSELL DOUGLAS WEINBERG CUST CHARLES A WEINBERG
4507 GATETREE CIR
PLEASANTON, CA 94566-6031

RUSSELL E DRAYTON & VIVIAN L DRAYTON TR
RUSSELL E DRAYTON TRUST UA 03/14/00
10917 GROUND DOVE CIR APT 9
ESTERO, FL 33928-2452

RUSSELL E LONG & ALDA R LONG TR
RUSSELL E LONG & ALDA R LONG REV TRUST UA 5/1/00
1115 EAST NORWOOD PL
ALHAMBRA, CA 91801-5318

RUSSELL F WHARTON JR & ALICE F WHARTON TR
WHARTON REVOCABLE TRUST UA 07/22/05
1044 LAURENT ST
SANTA CRUZ, CA 95060-2506

RUSSELL G PETERSON & JOYCE E PETERSON TR
RUSSELL G PETERSON REV TRUST UA 01/02/02
2261 TIOGA BLVD
SAINT PAUL, MN 55112-7266

RUSSELL H BARLOW & HEIDI S BARLOW TR
UA 7/15/97 THE RUSS & HEIDI BARLOW TRUST
4070 EAST PATRICK LANE
LAS VEGAS, NV 89120-3928

RUSSELL I GRIFFITH CUST WILLIAM I GRIFFITH
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
103 HUNTINGTON RD
GREENVILLE, SC 29615-4203

RUSSELL JAMES GIBB TR
RUSSELL JAMES GIBB REVOCABLE INTER VIVOS TRUST UA
12/29/92
24739 EMERSON
DEARBORN, MI 48124-1537

RUSSELL L SHOOLTZ TR
THE RUSSELL L SHOOLTZ REV LIVING TRUST UA 01/28/03
13500 TURNER RD
DEWITT, MI 48820-9613

RUSSELL MILTON HOSTETLER & SARAH M HOSTETLER TR
UA 12/5/92 RUSSELL MILTON HOSTETLER&SARAH
80 FULLER AVE
PERU, IN 46970-2821

RUSSELL N BERG CUST CHERYL ANN BERG
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1081 SHADLE AVE
CAMPBELL, CA 95008-5923

RUSSELL REED CUST CHRISTOPHER REED
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
99 SUNSET LANE
ORCHARD PARK, NY 14127-2518

RUSSELL REED CUST JEFFREY REED
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
99 SUNSET LANE
ORCHARD PARK, NY 14127-2518

RUSSELL REED CUST MICHELE REED
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
99 SUNSET LANE
ORCHARD PARK, NY 14127-2518

RUSSELL W BROWN & SARA E BROWN TR
BROWN FAMILY REVOCABLE LIVING TRUST UA 11/04/03
132 KNIGHT CT
GEORGETOWN, KY 40324-9403

RUSSELLA J SCOTT TR
ROBERT W & RUSELLA J SCOTT REVOCABLE LIVING TRUST
UA 7/14/94
355 WALPER AVE
CLAWSON, MI 48017-2030

RUTH A COPLAN
17515 442ND AVE
HENRY, SD 57243-6606

RUTH A KENNEDY & CHARLES M KENNEDY TR
RUTH A KENNEDY LIVING TRUST UA 08/10/94
239 DAUSMAN PARK
CLARKSVILLE, MI 48815-9787

RUTH A SCHILKE CUST JOHN F SCHILKE
U/THE CONN UNIFORM GIFTS TO MINORS ACT
3 HUBBARD ST
MIDDLETOWN, CT 06457-3617

RUTH ANDERSON CUST JEFFREY LEE ANDERSON
A MINOR PURSUANT TO SECTIONS 1339 /26 INCL OF THE
REVISED CODE OF OHIO
PO BOX 238
MUSE, PA 15350-0238

RUTH ANN DICK CUST ANDREW DAVID DICK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4210 HARRIS PLACE
WILMINGTON, DE 19808-5758

RUTH ANN DICK CUST MARK STEVEN DICK
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
27 KRAMERS POND RD
PUTNAM VALLEY, NY 10579-2625

RUTH ANN MC QUAID CHENOWETH TR
U-A WITH RUTH ANN MC QUAID CHENOWETH 7/28/78
1870 SYCAMORE DR
SAN MARINO, CA 91108-2920

RUTH ANN TODD & CHARLIE D TODD TR
UA 07/17/2008 TODD FAMILY REVOCABLE TRUST
2015 UNIVERSITY AVE
SAN JOSE, CA 95128

RUTH ANN WAYE CUST VICTOR WAYE
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
207 GREEN VALLEY RD
LANGHORNE, PA 19047-1126

RUTH ANNA KALO CUST STEVEN JAMES KALO
UNDER THE WEST VIRGINIA GIFTS TO MINORS
1428 WASHINGTON AVE
PARKERSBURG, WV 26101-3427

RUTH ANNE KELLER CUST MISS CYNTHIA ANNE KELLER
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3348 E BUCK RD
PENNSBURG, PA 18073-2311

RUTH B GREENSTEIN TR RUTH B GREENSTEIN FAMILY TRUST
5270 EVONNE AVE
ROHNERT PARK, CA 94928-1909

RUTH B KREINDLER
25 MCKESSON HILL RD
CHAPPAQUA, NY 10514-1642

RUTH B WILSON CUST JANE R WILSON
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
BOX 332
MONTEREY, VA 24465-0332

RUTH C EINBECK
946 COPLEY LANE
JOLIET, IL 60431-9302

RUTH C HOHL CUST DANIEL JOHN HOHL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2385 CEDAR PARK DRIVE APT 230
HOLT, MI 48842

RUTH C HOHL CUST ROBERT JOSEPH HOHL
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2819 DALE
SOUTH BEND, IN 46614-1353

RUTH D FISCHBACH
PO BOX 300363
MIDWOOD STATION
BROOKLYN, NY 11230-0363

RUTH D MAYLAND CUST MISS PATRICIA ANN MAYLAND
U/THE WIS UNIFORM GIFTS TO MINORS ACT
1750 PARLIAMENT CT
LAKE FOREST, IL 60045-3772

RUTH E LAUDERDALE TR
UA 07/27/92 WALTER E LAUDERDALE IV & RUTH E
LAUDERDALE REVOCABLE
400 BLUEFIELD MANOR
AUBURN, NY 13021

RUTH G WAY TR RUTH G WAY TRUST UA 04/11/87
3291-722 SHELLERS BEND
STATE COLLEGE, PA 16801-3094

RUTH GREENBLAT CUST ALIX GREENBLAT
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
15429 SUTTON ST
SHERMAN OAKS, CA 91403-3809

RUTH H HAMILTON
22125 REINHARDT
WOODHAVEN, MI 48183-1503

RUTH H STEINERT CUST DAVID E STEINERT UGMA OH
7 E INTERWOOD PL
CINCINNATI, OH 45220-1821

RUTH HARRINGTON CUST TERRENCE L HARRINGTON
U/THE MASS UNIFORM GIFTS TO MINORS ACT
5 FERRY LOTS LANE
SALISBURY, MA 01952-2306

RUTH J FORMAN CUST JENNIFER E FORMAN
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
29928 OAKVISTA CT
AGOURA HILLS, CA 91301-4415

RUTH J HARRIS CUST WENDY SUSAN HARRIS
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NEW YORK
C/O DELSEN
6 KEENES ROAD
WESTPORT, CT 06880

RUTH L BORLAND & ELEANOR KIRBY TR
RUTH LAMONT BORLAND LIVING TRUSTUA 02/28/98
1706 WEST LATIMER PL
TULSA, OK 74127-5402

RUTH L MARTIN
1902 172TH ST E
SPANAWAY, WA 98387

RUTH LYNN STEINBERG
235 CREST RD
WOODSIDE, CA 94062-2310

RUTH M BEYERSDORF TR
RUTH M BEYERSDORF REVOCABLE LIVING TRUST UA
03/12/99
9155 GREENWAY COURT #N215
SAGINAW, MI 48609-6762

RUTH M BRONSTEIN
& BETH M SOWDEN & KURT D HOFFSTEIN & MARK F
HOFFSTEIN JT TEN
302 COUNTRY CLUB DR
FAIRFIELD
NEWARK, DE 19711-2741

RUTH M CAREY & MICHAEL F CAREY & MICHAEL P CAREY TR
CAREY FAMILY TRUST UA 06/01/05
3400 FLAGSHIP AVE
TAVARES, FL 32778-9248

RUTH M DUNCAN CUST LAURA L DUNCAN
A MINOR PURS TOSECS 1339 19-TO 1339 26-INCL OF THE
21 N CHERRYWOOD LANE
PISQAH FOREST, NC 28768-9514

RUTH M SANDER CUST MARY JANE SANDER
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
27 HILLSIDE AVE APT 209
MONTCLAIR, NJ 07042-2114

RUTH P WEINSHEL
1400 N PROSPECT AVE APT 803
MILWAUKEE, WI 53202-3032

RUTH S HEINY
683 SUNSET DR
NOBLESVILLE, IN 46060-1226

RUTH S HUNTINGTON & BURR S HUNTINGTON & DANIEL S HU
UA 07/14/98
PO BOX 1436
ANACORTES, WA 98221-6436

RUTH S KLEINHENZ
7720 OLD NUMBER 6 HWY
SANTEE, SC 29142-9091

RUTH S LANGSTEIN CUST MARK LANGSTEIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
6009 VALERIAN LN
ROCKVILLE, MD 20852-3411

RUTH S MEYKA CUST CYNTHIA M MEYKA
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4245 BIEBER
STERLING HEIGHTS, MI 48310-6312

RUTH SIPELSTEIN & BERNARD SIPELSTEIN JT TEN
2260 E 63RD ST
BROOKLYN, NY 11234-6304

RUTH STEINER LARSON
815 CONTRA COSTA AVE
BERKELEY, CA 94707-1919

RUTH V MC COY CUST JOSEPH P MC COY
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
10811 TIMBERGLEN DR
HOUSTON, TX 77024-6808

RUTH WATENBERG & LEON WATENBERG TR
FAMILY TRUST 09/12/90 U-A F-B-O LEON WATENBERG
84 SOUTH WALDINGER STREET
VALLEY STREAM, NY 11580-5235

RUTH WHITENACK & DONALD D WHITENACK TR
UA 05/04/93 RUTH M WHITENACK & DONALD D WHITENACK
TRUST
1270 N FORD ST
UNIT 250
GOLDEN, CO 80403-1975

RUY DE PAULA REIS
C/O MARIA HELENA DE LIRA REIS
RUA EMILIO PINHEIRO DE BARROS
251 BAIRRO SANTA LUCIA 30360-130 BELO HORIZONTE
MINAS GERAIS BRASIL BRAZIL

RYAN NAUMAN
540 STEINFELT ROAD
RED LION, PA 17356-8225

RYAN TAYLOR NIKITIN
3461 WINFAIR PLACE
MARIETTA, GA 30062-1130

S EILEEN TEAGUE & JOAN T KILPATRICK TR
UA 02/03/2000 TEAGUE LIVING TRUST
9778 STATE ROUTE 22
MDL GRANVILLE, NY 12849

S K BANSAL MD INC PROFIT SHARING PLAN DTD 03-01-07 PRO
MGMT AS AGEN
1425 PEACOCK DR
LIMA, OH 45805-3608

S MARTIN BRONSON
C/O ATTY RODNEY S KLEIN
110 CORPORATE DR
SUITE 150
JOHNSON CITY, TN 37604

S RICHARD RICCARDI & PAULINE RICCARDI TR
S RICHARD & PAULINE RICCARDI LIVING TRUST UA 2/22/05
15416 58TH RD
FLUSHING, NY 11355-5528

S ROBERT HOWELL CUST ROBERT W HOWELL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5208 W LAKE RD
VIRGINIA BEACH, VA 23455-2520

SAL CIOLINO & ANTOINETTE CIOLINO TR
SAL CIOLINO REVOCABLE TRUST UA 11/30/00
5719 LOST BROOK CT
SAINT LOUIS, MO 63129-2927

SALLY A BUREK & ROBERT J BUREK TR
ROBERT J & SALLY A BUREK TRUST UA 09/25/00
15310 BEAL FRED DR
FENTON, MI 48430-1711

SALLY A PELTIER & MICHAELETTE MORTENSEN TR
PELTIER FAMILY TRUST UA 3/24/99
8242 W DREYFUS DR
PEORIA, AZ 85381-4955

SALLY ANN CASSADY & DONALD J CASSADY TR
SALLY ANN CASSADY TRUST UA 10/07/87
1993 SEARL CT
EAST LANSING, MI 48823-7265

SALLY ANN GILLETT
& JOHN T GILLETT & SHELLY E RICKERT & KRISTIE A COWAN
JT TEN
344 HARRINGTON
MT CLEMENS, MI 48043-2927

SALLY H HUBER
PO BOX 370142
WEST HARTFORD, CT 06137-0142

SALLY M KLEINER
4425 FONDELL DRIVE
EDINA, MN 55435-4151

SALLY M RISNER
806 OBERLIN DR
FAIRFILED, OH 45014-2833

SALVATION ARMY
PO BOX 420160
PONTIAC, MI 48342-0160

SALVATORE C CERNIGLIA
& ROSE M CERNIGLIA JT TEN TOD DIANA M CERNIGLIA
NICHOLAS G CERNIGLIA
3301 CLAREMONT
INDEPENDANCE, MO 64052-2743

SALVATORE J CORSO & TERESA M CORSO TR
SALVATORE J CORSO & TERESA M CORSO JT LIVING TRUST
UA
1645 OAKMONT LN
SANDUSKY, OH 44870-4330

SALVATORE ZERILLO
& J A ZERILLO & VINCENT ZERILLO & JACQUELINE ORTWEIN
&
25907 HARMON
ST CLAIR SHORES, MI 48081-2138

SAM B HERALD & ETTIA F HERALD TR
SAM B HERALD & ETTIA FAY HERALD TRUST UA 1/8/01
19 ELM ST
WILDER, KY 41071-2943

SAM COHEN CUST STEPHEN ERIC COHEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
7 SCENIC VIEW COURT EAST
DIX HILLS, NY 11746-5754

SAM E OSBORN 2ND CUST SAM E OSBORN 3RD
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
2060 FAIRHAVEN CIR
ATLANTA, GA 30305-4313

SAM E STORY JR & REBECCA S DUGAN TR
SAM E STORY MARITAL TRUST UA 2/04/03
PO BOX 247
CHARLESTON, MO 63834-0247

SAM HERMAN CUST JESS M HERMAN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
GENERAL DELIVERY
SAN FRANCISCO, CA 94142

SAM J KASBARIAN JR
PO BOX 180303
UTICA, MI 48318-0303

SAM M MACKOOL & SALLY J MACKOOL TR
MACKOOL FAMILY LIVING TRUST UA 11/11/99
19672 WOODSIDE
HARPER WOODS, MI 48225-2206

SAM POLIZZI VITINA TORTOMASI JACQUELINE BECCACIO
& ANGELINA POLIZZI EXEC FOR THE ESTATE OF JOSEPH
POLIZZI
15769 HOWARD DR
MACOMB, MI 48042-5716

SAM S GENNOE CUST ANNA SUSAN GENNOE
U/THE TENN UNIFORM GIFTS TO MINORS ACT
1309 N GLEN DR
HIXSON, TN 37343-4349

SAM SPECTOR CUST MATHEW B SPECTOR
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
18304 GULF BLVD
APT 608
REDINGTN SHOR, FL 33708-1055

SAM W CRAWFORD
PO BOX 240746
CHARLOTTE, NC 28224-0746

SAM W HADDAD CUST DOROTHY R HADDAD
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
19744 BLOSSOM LANE
GROSSE POINTE WOOD, MI 48236-2508

SAM WAGNER CUST STEPHEN WAGNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
52 TOWNSEND RD
LIBERTY, NY 12754-2913

SAM WEINBERG & MILDRED WEINBERG JT TEN
970 YOSEMITE LANE
LINCOLN, CA 95648-8306

SAMANTHA R BRUSH CUST JACQUI N BRUSH
UNDER THE MO TRANSFERS TO MINORS LAW
136 W MONROE
MEMPHIS, MO 63555-1373

SAMANTHA R BRUSH CUST JAYSON M BRUSH
UNDER THE MO TRANSFERS TO MINORS LAW
136 W MONROE
MEMPHIS, MO 63555-1373

SAMMY J BURNETT
PO BOX 310451
NEW BRAUNFELS, TX 78131-0451

SAMMYE KLEIN
150 KLATTENHOFF LN
APT 11208
HUTTO, TX 78634-4613

SAMUEL COHEN CUST BRANDON MARGER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
27 1/2 MEADOW ST
NORTH HADLEY, MA 01035-9640

SAMUEL D STEINER
37125 FARLEY
CLINTON TWP, MI 48036-2533

SAMUEL E ADAMS & LUCILLE Q ADAMS JT TEN
PO BOX 160205
BOLING SPRINGS, SC 29316-0005

SAMUEL EINBINDER TR SAMUEL EINBINDER TRUST UA 11/05/
3005 SOUTH LEISURE WORLD BLVD
UNIT 212
SILVER SPRING, MD 20906

SAMUEL GOLDMAN CUST MICHAEL M GOLDMAN
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
33 ARROWHEAD CT
MANHASSET, NY 11030-4413

SAMUEL GOLDSTEIN
143 EMERALD GREEN CT
SAINT LOUIS, MO 63141-7555

SAMUEL H KLEIN CUST EDITH R KLEIN U/THE NEW YORK U-G-
7107 WELLS PKWY
HYATTSVILLE, MD 20782-1042

SAMUEL HERZLINGER CUST GEORGE A HERZLINGER
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
560 CONCORD AVENUE
BELMONT, MA 02478-2028

SAMUEL J ANDERSON CUST KEITH EDWIN ANDERSON
A MINOR PURS TO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
95 BEDFORD FOREST DR
SHARPSBURG, GA 30277-8936

SAMUEL J GUARNIERI JR
132 SOUTH SEINE DRIVE
CHEEKTOWAGA, NY 14227-3029

SAMUEL J HARDY TR
SAMUEL J HARDY MD INC PROFIT SHARING PLAN & TRUST
UA 11/12/89
9109 VERSAULLES DR
BAKERSFIELD, CA 93311-1533

SAMUEL J MURRAY CUST PATRICK L MURRAY
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 566365
ATLANTA, GA 31156-6365

SAMUEL KLEIN & SYDELLE KLEIN JT TEN
3845 SUGAR LOAF LN
SKOKIE, IL 60076-1921

SAMUEL KURSCHNER CUST GEORGE KURSCHNER
A MINOR U/THE FLORIDA UNIFORM GIFTS TO
1927 SW 16TH ST
BOCA RATON, FL 33486-8520

SAMUEL L CLAY & JUDITH A CLAY TR
UA 03/06/07 SAMUEL L CLAY & JUDITH A CLAY
1423 W 5TH ST
MESA, AZ 85201

SAMUEL L GRAVES
#106965
NORTHPOINT TRAINING CENTER
PO BOX 479
BURGIN, KY 40310

SAMUEL L KAIN & VICTORIA L KAIN TR
UA 09/03/87 SAMUEL L & VICTORIA L KAIN
7147 KAPP COURT
NEW PORT RICHEY, FL 34653-3513

SAMUEL N CEDAR CUST EDWARD CEDAR
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
66 PINE DRIVE
ROOSEVELT, NJ 08555

SAMUEL P WEINER
8547 HENDRIE
HUNTINGTON WOODS, MI 48070-1617

SAMUEL PAPIR CUST ELIEZER PAPIR
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
1971 N E 191ST DRIVE
NORTH MIAMI BEACH, FL 33179-4353

SAMUEL R ABRAMOWITZ & SHARYN ABRAMOWITZ TR
UA 12/01/86 ETHAN ABRAMOWITZ
515 OAK ROAD
MERION, PA 19066-1352

SAMUEL R ABRAMOWITZ & SHARYN ABRAMOWITZ TR
UA 12/01/86 HOWARD ABRAMOWITZ
515 OAK ROAD
MERION, PA 19066-1352

SAMUEL RIBOK & SYLVUA RIBOK TR
BARBARA ELLEN RIBOK TR U-A WITH BARBARA ELLEN
RIBOK
6 FIELDBROOK RD
MARBLEHEAD, MA 01945-1006

SAMUEL S CARSON & AGNES M CARSOM TR
UA 02/11/99 SAMUEL C CARSON UNIFIED RESIDUARY
19804 HIAWATHA RD
ODESSA, FL 33556

SAMUEL SHECKTER
THE CARLISLE
SUITE 1601-11826-100TH AVE
EDMONTON AB
T5K 0K3 CANADA

SAMUEL STEIN
1926 ANTIETAM ST
PITTSBURGH, PA 15206-1126

SAMUEL W BENT
2015 137 PL SE
BELLEVUE, WA 98005-4027

SAMUEL W BENT & NANCY O BENT JT TEN
2015 137 PL SE
BELLEVUE, WA 98005-4027

SAMUEL W BURTON JR & DEBORAH R FURCI-BURTON TR
BURTON FAMILY TRUST UA 09/29/06
7846 GLADE AVE
CANOGA PARK, CA 91304-4716

SAMUEL WEINER
177 FLAGG ST
WORCESTER, MA 01609-1258

SANDER JACOB BURSTEIN
1101 S ARLINGTON RIDGE RD
APT 1004
ARLINGTON, VA 22202-1928

SANDI LIWAG & ULYSSES LIWAG JT TEN
6607 101ST ST NW
GIG HARBOR, WA 98332-8537

SANDRA A SANTAROSSA & JOSEPH R MARGEVICIUS TR
SANDRA A SANTAROSSA TRUST UA 04/03/00
2257 ROCK VALLEY RD
METAMORA, MI 48455-9333

SANDRA ARLENE GOULD
6711 204TH DR NE
REDMOND, WA 98053-7826

SANDRA E RANDALL
#22-5051-203 ST
LANGLEY BC
V3A 1U5 CANADA

SANDRA G SCHWEINFURTH
2107 COLUMBUS AVE
SANDUSKY, OH 44870-4865

SANDRA J NEIDHART TR
DAVID A NEIDHART & SANDRA J NEIDHART TRUST B UA
12/10/92
7549 E JENAN DR
SCOTTSDALE, AZ 85260-5419

SANDRA J STEIN
7301 SHILOW LN
SAINT LOUIS, MO 63123-2032

SANDRA J TRUEBLOOD & BELINDA D BRAGGINTON TR
ELROD LIVING TRUST UA 05/29/03
7141 MORAIN DR
SANDGER, CA 93657-9132

SANDRA J WOOD
PO BOX 348752
SACRAMENTO, CA 95834-8752

SANDRA K EBERLEIN CUST ALANA N EBERLEIN UTMA OH
1485 LAUDERDALE
LAKEWOOD, OH 44107-3629

SANDRA K SIMS #
114 N RIVER ST
YPSILANTI, MI 48198-2807

SANDRA K WALKER
PO BOX 891046
HOUSTON, TX 77289-1046

SANDRA KAY HARDIN COBB
938 180TH ST
JEFFERSON, IA 50129-7017

SANDRA L BALL & JOSEPH H BALL & ROBERT A BALL TR
ESTATE OF LAIGH M COHAN
1175 HOLLOW RD
NARBERTH, PA 19072-1155

SANDRA L WALKER CUST SCOTT A WALKER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
10352 DEGRAND
WHITE LAKE, MI 48386-2918

SANDRA LEE BELLAIR
PO BOX 213026
COLUMBIA, SC 29221-3026

SANDRA MARGARET DUFFIELD GUPTA
105-5910 GREENSBORO DRIVE
MISSISSAUGHA ON
L5M 5Z6 CANADA

SANDRA MARION REINSTEIN
5501 CLEVELAND ST
HOLLYWOOD, FL 33021-4615

SANDRA RICE
& CAROLYN FANNING & WILLIAM FANNING JR & JACQUELINE
FANNING JT TEN
1287 CLEVELAND HEIGHTS
CLEVELAND HEIGHTS, OH 44121-1638

SANDRA SAMMIS CODY & DEBORAH MARIE FRERICH TR
SANDRA K SAMMIS SPECIAL NEEDS TRUST UA 11/06/03
4351 SUMMER SUN
SAN ANTONIO, TX 78217-4339

SANDRA SUE CHANCELLOR & GARY K CHANCELLOR JT TEN
17745 157TH TERR
BONNER SPRINGS, KS 66012-7354

SANDRA SUE INGLES
PO BOX 361071
MILPITAS, CA 95036-1071

SANDY D DAVIS
14944 MADDELEIN
DETROIT, MI 48205-2412

SANFORD MEYEROWITZ CUST JUDITH MEYEROWITZ
U/THE N Y UNIFORM GIFTS TO MINORS ACT
134 GLENHILL DRIVE
ROCHESTER, NY 14618-3938

SANFORD MEYERS CUST DANIEL MEYERS
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
4 COMMERCE DR
VOORHEES, NJ 08043-4772

SANFORD N GROENDYKE & MARY HELEN GROENDYKE TR
SANFORD N GROENDYKE LIVING TRUSTUA 7/09/97
621 LAUREL LAKE DR UNIT B305
COLUMBUS, NC 28722-7438

SANFORD S STERNSTEIN & GAIL LEE STERNSTEIN TEN COM
15 CHESTNUT LN
SCHENECTADY, NY 12309-1243

SANJUANA S RODRIGUEZ
1648 INDIANAPOLIS BLVD
WHITING, IN 46394

SANTO J CALLARI & JOSEPHINE M CALLARI TR
UA 05/13/91 M-B SANTO J CALLARI &
11621 GARY ST
GARDEN GROVE, CA 92840-2024

SANTO S QUARTARONE CUST DAVID M QUARTARONE
U/THE MASS UNIFORM GIFTS TO MINORS ACT
46 HOULTON RD
FORT FAIRFIELD, ME 04742-3301

SANTOSH KUMAR WADHWA & SUDARSHAN WADHWA TR
THE WADHWA FAM TRUST UA 02/20/95
2566 MARASCHINO COURT
UNION CITY, CA 94587-4939

SARA SUMNER MARKS
29516 118TH AVE SE
AUBURN, WA 98092-2012

SARA WESTERMAN CUST JOEL WESTERMAN
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
55 ARROWHEAD TRAIL
EAST GREENWICH, RI 02818-1301

SARA WONG QUAN CUST CYNTHIA SARA QUAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
574 18TH AVE
SAN FRANCISCO, CA 94121-3111

SARA WONG QUAN CUST RAYMOND JOSEPH QUAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
574 18TH AVE
SAN FRANCISCO, CA 94121-3111

SARAFINA J LENNOX & GERALD M LENNOX TR
SARAFINA J LENNOX REV LVG TRUST UA 10/4/98
6233 AMBOY RD
DEARBORN HEIGHT, MI 48083

SARAH ANNE DUNNING CUST BRUCE F DUNNING
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
4766 LAKELAND DR
DELRAY BEACH, FL 33445-5324

SARAH ANNE DUNNING CUST KAREN E DUNNING
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
4766 LAKELAND DR
DELRAY BEACH, FL 33445-5324

SARAH ANNE DUNNING CUST LEROY C DUNNING
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
4766 LAKELAND DR
DELRAY BEACH, FL 33445-5324

SARAH C LAWTON CUST ELIZABETH BELLE LAWTON
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
286 SPRINGDALE TERRACE EAST
YARDLEY, PA 19067-3421

SARAH J BERGLUND CUST MARTIN DIEHL BERGLUND
A MINOR U/THE LAWS OF THE STATE OF MICH
3081 MYDDLETON
TROY, MI 48084

SARAH J BERGLUND CUST PAMELA ANN BERGLUND
A MINOR U/THE LAWS OF THE STATE OF MICH
27 SEXTON HOLLOW
CANTON, CT 06019-2100

SARAH J HEIN
39751 GREENVIEW PL
APT 2
PLYMOUTH, MI 48170-4567

SARAH J STEINERT
308 PARK ST
BELGIUM, WI 53004-9431

SARAH JANE BLISS & KERRY E BAILEY TR
SARAH JANE BLISS REV TRUST UA 12/18/02
2913 WEST ADAMS
ST CHARLES, MO 63301-4603

SARAH JORDAN FRAVERT & STEPHANI K GLASFORD TR
IRREVOCABLE TR 08/27/91 U-A DORIS E JORDAN
203 SAGE RD
LOUISVILLE, KY 40207-3439

SARAH L SMITH
13302 108TH AVE COURT E
PUYALLUP, WA 98374

SARAH R WEINGARTZ TR WEINGARTZ FAMILY REVOCABLE TR
5821 ATTICA ROAD
ATTICA, MI 48412-9775

SARAH WEINSTEIN
95 OLD MILL RD
GREAT NECK, NY 11023-1914

SARKIS D SOULTANIAN CUST LESLIE ANN SOULTANIAN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
31149 SUNSET CT
BEVERLY HILLS, MI 48025-5100

SATOSHI YOKOYAMA CUST GLENN K YOKOYAMA
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
30821 ROYALVIEW DR
WILLOWICK, OH 44095-4249

SAUL J BLITZER CUST STEVE ARTHUR BLITZER
A MINOR U/ART 8-A OF THE PERS PROP LAW OF NY
9 HELENA GARDENS
THORNHILL ON
L4J 7A8 CANADA

SAUL J HALPERN & BESSIE HALPERN TR
REVOCABLE TRUST 05/21/87 U-A SAUL J HALPERN
2615 NE 3RD CT
BOYNTON BEACH, FL 33435-1401

SAUL LEVEY & ETTA LEVEY & JOSEPH L LEVEY TR
UA 12/06/90 SAUL LEVEY & ETTA
9351 OAKMORE RD
LOS ANGELES, CA 90035-4136

SAUL NEINSTEIN
920 E 17TH STREET APT 620
BROOKLYN, NY 11230

SAUL SCHWARTZ
PO BOX 320452
FLINT, MI 48532-0008

SCHODOWSKI
208WILLOWBROOK RD
STATEN ISLAND, NY 10302-2449

SCHOOL ADM DISTRICT # 40
44 SCHOOL ST
WARREN, ME 04864-4259

SCOTT A SACCHI
PO BOX 641523
CHICAGO, IL 60664-1523

SCOTT D J EISINGER
UNIT 64101 64101
APO, AE 09831-4101

SCOTT E SUTLIFF
& MISS SHERI S SUTLIFF & ORAL E SUTLIFF & MRS ELEANOR
H SUTLIFF JT TEN
1000 SUTLIFF LANE
BOYNE CITY, MI 49712-9647

SCOTT H PARHAT & NANCY A PARHAT JT TEN
BOX 190091
BURTON, MI 48519-0091

SCOTT J BRANDWEIN
1211 S PRAIRIE AVE
APT 1204
CHICAGO, IL 60605-3648

SCOTT K GAMSTER CUST GRANTLAND SCOTT GAMSTER
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
1800 TESTA DRIVE
MARION, IL 62959-1422

SCOTT MATTHEW SEGERSTROM
BOX 776067
STEAMBOAT SPRINGS, CO 80477

SCOTT T UNDERHILL
4500 STEINER RANCH BLVD 3307
AUSTIN, TX 78732

SCOTT VERNON TWEEDY
2213 105TH PLACE SOUTHEAST
EVERETT, WA 98208-4241

SCOTT W KNAPP & MICHELLE R KNAPP TR
SCOTT W KNAPP & MICHELLE R KNAPPREVOC LIVING
4706 ESPLANADE CT
GRANBURY, TX 76049-4010

SCRIPOPHILY COM
PO BOX 223795
CHANTILLY, VA 20153-3795

SEAN M WALKER U-A DTD 10-22-85 THE LUCEY M
& RICHARD J WALKER IRREV TRUST
128 RICHDALE RD
NEEDHAM HGTS, MA 02494

SEBASTIAN V LENTINI & URSULA J LENTINI TR
SEBASTIAN & URSULA LENTINI LIVING TRUST UA 9/8/99
41378 GLOCA MORA
HARRISON TWP, MI 48045

SEBASTIAN ZILLINGER
& GEORGIA ZILLINGER & LARRY ALLEN ZILLINGER & LINDA A
OHRT JT TEN
517 JOHNS SHILOH RD
BRANDON, MS 39042-8983

SEBASTIANO MAIORANA CUST JOHN BENJAMIN RUSSO
A MINOR UNDER ARTICLE EIGHT-A OF THE PERS PROPERTY
LAW OF NY
BOX 4381 RTE 94
GOSHEN, NY 10924-0372

SEBASTIANO MAIORANA CUST MARYLOU RUSSO
A MINOR UNDERART 8-A OF PERS PROPERTYLAW OF NY
C/O MARYLOU RUSSO BERDINO
4375 RT 94
GOSNEN, NY 10924-5615

SELMA H LEVAN CUST BARRY EDWARD LEVAN
U/THE PA UNIFORM GIFTS TO MINORS ACT
3877 SW CANBY ST
PORTLAND, OR 97219-1583

SELWYN ROSENHECK CUST DAVID M ROSENHECK
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS
1140 DONAMY GLEN
SCOTCH PLAINS, NJ 07076-2403

SERENE ADELL CUST JOAN HARRIETT ADELL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1441 CEDAR BEND DR
BLOOMFIELD, MI 48302-1920

SERENE ADELL CUST LAWRENCE RAYMOND ADELL
A MINOR U/LAWS OF THE STATE OF MICHIGAN
24111 CIVIC CENTER DR APT 323
SOUTHFIELD, MI 48034-7434

SERGE KHANSCHASSOFF CUST OLGA KHANSCHASSOFF
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
HHC 3IDM % G3 PLAIND UNIT #26222
APO, AE 09036

SERGIO DAL POGGETTO
RUA PIAUI
520 APT 32
FAO CAETANO DO SUL -SP
09541-150 BRAZIL

SEROPE MESROBIAN & VARVARA MESROBIAN TR
MESROBIAN FAM TRUST UA 06/06/01
1301 N KENMORE AVE
LOS ANGELES, CA 90027-5805

SETH BOORSTEIN
686 CENTRE ST
NEWTON, MA 02458-2329

SEVENTH DAY ADVENTIST ASSOCIATION OF COLORADO TR
DANIEL & VIRGINIA EVA FANTONI REVOCABLE TRUST UA
09/05/02
C/O 7TH ADVEN 2520 S DOWNING ST
DENVER, CO 80210

SEYMOUR BARTH CUST JOEL BARTH
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
403 FORT HILL RD
SCARSDALE, NY 10583-2410

SEYMOUR BERMAN CUST DEAN BERMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
18 PEACOCK DR
ROSLYN, NY 11576-2540

SEYMOUR BUCKNER CUST HAROLD ROSS BUCKNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
99 SCHOOLHOUSE LANE
ROSLYN HEIGHTS, NY 11577-2824

SEYMOUR D COHEN SHIRLEY COHEN TR
SEYMOUR & SHIRELY COHEN FAMILY TRUST UA 11/18/92
321 S LA PEER DR
BEVERLY HILLS, CA 90211-3501

SEYMOUR E VOORHEES TR
UA 03/24/94 VOORHEES FAMILY REVOCABLE LIVING TRUST
8675 32 MILE RD
ROMEO, MI 48065-4303

SEYMOUR EPSTEIN
10 LADY BESS DR
DEAL, NJ 07723-1015

SEYMOUR PREISSMAN CUST HOWARD EARL PREISSMAN
UNDER THE MARYLAND U-G-M-A
30 SIMARA ST
STUART, FL 34996-6324

SEYMOUR SHEINKOPF CUST MARK LEE SHEINKOPF
U/THE MASS UNIFORM GIFTS TO MINORS ACT
517 ROSEBUSH LN
ROCKVILLE, MD 20850-7778

SEYMOUR ZWERLING CUST JEFFREY F ZWERLING
U/THE N Y UNIFORM GIFTS TO MINORS ACT
980 ALLEN LANE
WOODMERE, NY 11598-1705

SHANA SCHREINER
8232 DOGWOOD CT
PLAINFIELD, IN 46168-9022

SHANNA A JACOBS
PO BOX 140836
BROKEN ARROW, OK 74014-0836

SHANNON D SHOWALTER & DONALD F SHOWALTER TR
UA 04/20/89 SHANNON D SHOWALTER & DONALD F
12347 SPRING TRAIL
SAN FERNANDO, CA 91342-5818

SHANNON HILARY BECK
2811 STEINMETZ WAY
OAKLAND, CA 94602

SHANNON J PEWONSKI
& FRANK B PEWONSKI II & CHERI N GIBSON & FRANK B
PEWONSKI III JT TEN
405 LEXINGTON AVE
MANSFIELD, OH 44907-1351

SHANNON MAYENSCHEIN
5077 W ENON RD
FAIRBORN, OH 45324-9726

SHARI GOLDSTEIN
6550 CREST TOP DR
WEST BLOOMFIELD, MI 48322-2656

SHARLEEN A FINKBEINER
191 INGLEWOOD CT
LINDEN, MI 48451-8970

SHARLENE C RAY TOD ST STEPHENS ROMAN CATHOLIC CHU
TOD RULES
10 BROOKSIDE DRIVE APT LC
GREENWICH, CT 06830

SHARLENE SIEGAL
3124 COMSTOCK CT
MUNDELEIN, IL 60060-6004

SHARMAN A MCCARTY
6908 124TH TERRACE NORTH
LARGO, FL 33773-3303

SHARON C SYVERSON & ENTRIP L SYVERSON TR
SHARON C SYVERSON TRUST UA 09/04/01
20037 HOYA CT
LAKEVILLE, MN 55044-6829

SHARON E PIERCE
1756 1200TH AVE
LINCOLN, IL 62656-5042

SHARON E RANLY & PATRICK H KUNKLER TR
UA 08/23/1993 THEODORE W KUNKLER TRUST
582 EAST MAIN STREET
SAINT HENRY, OH 45883

SHARON GOUTHRO CUST HUGH C ROBERTS III
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
9102 E COOPERS HAWK DR
SUN LAKES, AZ 85248-7473

SHARON INDYKE CUST FREDERICK INDYKE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
4 PALMER COURT
EAST BRUNSWICK, NJ 08816-2879

SHARON J SCHAEFER & FRED W SCHAEFER TR
SHARON J SCHAEFER TRUST UA 1/27/99
2408 FINNEY LEE DRIVE
KOKOMO, IN 46902-2944

SHARON K PURCELL & LARRY L PURCELL TR
PURCELL FAM REV TRUST UA 03/08/99
8392 E GOLDEN CHOLLA DR
GOLD CANYON, AZ 85219-6916

SHARON K VINTON & MARY A VINTON & NEIL W VINTON TR
VINTON TRUST UA 04/26/04
8810 SOUTH GERA RD
BIRCH RUN, MI 48415-9225

SHARON L BENNER
PO BOX 682773
FRANKLIN, TN 37068-2773

SHARON L REINKE
43669 YORKVILLE
CANTON, MI 48188

SHARON M MILLS
825 575 E RR 1
BOX 413
CLINTON, IL 61727-9758

SHARON MILLS CUST HOWARD MILLS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
4628 LAUREL CLUB CIRCLE
WEST BLOOMFIELD, MI 48323-2948

SHARON NEWMAN FELDMAN CUST ROSS AARON FELDMAN U
PO BOX 221013
CHARLOTTE, NC 28222-1013

SHARON ROSENSTEIN
645 ST ANDREWS PL
MANALAPAN, NJ 07726-9551

SHARON S WILEMON
PO BOX 100025
FORT WORTH, TX 76185-0025

SHARON STREMMEL WILEMON EX UW ARNOLD E STREMMEL
PO BOX 100025
FORT WORTH, TX 76185-0025

SHARON T BEAUCHEMIN-TOBIN
4630 232ND AVE N E
REDMOND, WA 98053-8306

SHARON TOMKIEWICZ
PO BOX 241689
CHARLOTTE, NC 28224-1689

SHARON WEILAND CUST WYATT DAVID SONGER UTMA SD
24970 475TH AVE
DELL RAPIDS, SD 57022-5309

SHARON WILEMON TR UA 11/19/1992 LOUIS T STREMMEL TRU
PO BOX 101595
FORT WORTH, TX 76185-1595

SHARON WILMA MCMILLAN
602-2445 WOODWARD AVE
BURLINGTON ON
L7R 1N3 CANADA

SHARON Y GATEWOOD
1315 159TH AVE
APT 205
SAN LEANDRO, CA 94578-5521

SHARYN J HEINZERLING
608 DELL RIDGE DR
DAYTON, OH 45429-1341

SHASHI KUMAR SHARMA & RASHMI SHARMA TR
SHASHI KUMAR SHARMA & RASHMI SHARMA FAM TRUST UA
8/15/00
13041 ARABELLA LANE
CERRITOS, CA 90703-6125

SHAWN DAVID SMITH & NATALIE LAUREE SMITH JT TEN
1432 195TH ST SW
LYNNWOOD, WA 98036-7170

SHAWN M MILLER
2201 192ND ST SE #R205
BOTHELL, WA 98012-7971

SHEARSON LEHMAN HUTTON CUST COLIN L PULLAN
ATTN ACCT ACQUISITIONS/18TH FL
388 GREENWICH ST
NEW YORK, NY 10013-2375

SHEILA A WIDENER
& KENNETH E WIDENER & HELEN M WIDENER & DANNY M
QUINN JT TEN
238 COLONIAL
DETROIT, MI 48217-1421

SHEILA BOGGS HUDSON CUST THOMAS HUDSON
U/THE PA UNIFORM GIFTS TO MINORS ACT
214 WINSMERE WAY
RIDGELAND, MS 39157-9748

SHEILA CHASIN CUST ROGER CRAIG CHASIN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
9018 RANGELY AVE
W HOLLYWOOD, CA 90048-1721

SHEILA D SCHULTE
4120 211 COURT NE
SAMMAMISH, WA 98074-6021

SHEILA J AKERBERG & CAROL A RARDON TR
UA 04/18/96 FLORENCE SCHAFFENEGGER TRUST
2312 SANDY CREEK DR
ALGONQUIN, IL 60102

SHEILA J WEINSTEIN CUST ERIC TODD WEINSTEIN UGMA PA
1108 CROMWELL RD
WYNDMOOR, PA 19038-7422

SHEILA L COHEN & NATHAN G LUBIN TR
LUBIN LIFE INSURANCE TRUST UA 12/21/88
5534 WALNUT GROVE RD
MEMPHIS, TN 38120-1956

SHEILA SEMEL CUST RANDIE LYNN SEMEL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
1 DANBY PLACE
YONKERS, NY 10710

SHEILA SHOOB CUST LEONARD SCOTT SHOOB
U/THE N Y UNIFORM GIFTS TO MINORS ACT
3100 MONTEREY DR
MERRICK, NY 11566-5133

SHEILA SIMMS & DEBORAH J GOLDSTEIN JT TEN
245 NEWPORT O
DEERFIELD BCH, FL 33442

SHEILA T HAUPT CUST BRIAN H HAUPT
UNDER THE FLORIDA GIFTS TO MINORS ACT
329 KENT DR
COCOA BEACH, FL 32931-3819

SHEILA T HAUPT CUST BRIDGET C HAUPT
UNDER THE FLORIDA GIFTS TO MINORS ACT
329 KENT DR
COCOA BEACH, FL 32931-3819

SHEILA T HAUPT CUST KATHLEEN D HAUPT
UNDER THE FLORIDA GIFTS TO MINORS ACT
329 KENT DR
COCOA BEACH, FL 32931-3819

SHELDON B REINGOLD
297 BRAXMAR RD
TONAWANDA, NY 14150-8226

SHELDON GOLLIN & BARBARA GOLLIN TR
UA 05/24/78 SHELDON & BARBARA GOLLIN
18244 COASTLINE DR
MALIBU, CA 90265-5704

SHELLEY BINDON
10531 126 ST NW
EDMONTON AB
T5N 1V2 CANADA

SHELLEY J CAESAR & STEVEN SPECTOR TR
UA 09/22/2007 PHILLIP J SPECTOR GST TRUST
150 S WACKER DRIVE APT 1200
CHICAGO, IL 60606

SHELLIE L PARKER & HELEN L PARKER TR
REV LIV TR 09/19/89 U-A SHELLIE L PARKER &
2160 PHILLIPS RD
AUBURN HILLS, MI 48326-2445

SHELLIE L PARKER & HELEN L PARKER TR
UA 09/19/89 SHELLIE L PARKER & HELEN L
2160 PHILLIPS DR
AUBURN HILLS, MI 48326-2445

SHELLIE L PARKER & HELEN L PARKER TR
UA 09/19/89 SHELLIE L PARKER & HELEN L PARKER LIVING
TRUST
2160 PHILLIPS DR
AUBURN HILLS, MI 48326-2445

SHERI L SMITH & MARILYN L SMITH JT TEN
699191 BEVERLY DR
SUSANVILLE, CA 96130-5915

SHERI LYNN CARPENTER & MICHELLE ANNE WEISS TR
SOUBLIERE DAUGHTER'S TRUST UA 05/01/95
27795 DEQUINDRE APT 228
MADISON HEIGHTS, MI 48071-5717

SHERMAN E HIGGINS & VIRGINIA C HIGGINS TR
S & V HIGGINS FAMILY REVOCABLE TRUST UA 7/2303
50 MARJORIE ST
PORTSMOUTH, NH 03801-5313

SHERMAN K STEIN & MRS HADASSAH D STEIN JT TEN
1118 BUCKNELL DR
DAVIS, CA 95616-1715

SHERRY BRAY INDEPENDENT PERSONAL REPRESENTATIVE
RICHARD L RUSSELL
5457 COUNTRY LANE
FLINT, MI 48506-1019

SHERYL D MC LANE
PO BOX 970809
YPSILANTI, MI 48197-0814

SHINGO TAKAHASHI
3 15 7 YAHIRO
SUMIDAKU
131 0041 TOKYO
JAPAN

SHIRLENE FRECH & GERHARD FRECH TR
SHIRLENE FRECH LIVING TRUST UA 02/11/99
860 RIDGELINE DR
BOYNE CITY, MI 49712-8727

SHIRLEY A BEEMAN
PO BOX 367963
BONITA SPGS, FL 34136-7963

SHIRLEY A CAMPAU TR
SHIRLEY A CAMPAU REVOCABLE LIVING TRUST UA 06/09/98
35949 CADRE STREET
CLINTON TOWNSHIP, MI 48035-2906

SHIRLEY A DUNN
& ROBERT A DUNN JR & JONATHAN R DUNN SR & TERRY
LOUIS DUNN SR JT TEN
17301 RUSSELL
ALLEN PARK, MI 48101-2850

SHIRLEY A MEINTS
G 4126 W COURT
FLINT, MI 48504

SHIRLEY A POWELL & ROBERT D POWELL TR
UA 04/12/00 POWELL FAMILY REVOCABLE LIVING
111 CENTERWOOD LN
DAYTON, OH 45429-2201

SHIRLEY A SNYDER & DONALD M SNYDER TR
SNYDER FAMILY REVOCABLE LIVING TRUST UA 06/07/03
1430 FARNHAM AVE
TROY, OH 45373-2611

SHIRLEY A WHITING
PO BOX 117
CLAYTON, OH 45315-0117

SHIRLEY E BOJANOWSKI TR
SHIRLEY E BOJANOWSKI REVOCABLE LIVING TRUST UA
7/2/01
1315 NEW WORLD AVE
LANTANA, FL 33462-1409

SHIRLEY F DERDIGER CUST JAN ALAN DERDIGER
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
247 FORESTWAY DR
DEERFIELD, IL 60015-4809

SHIRLEY F OSBORNE TR
SHIRLEY OSBORNE REVOCABLE LIVING TRUST UA 05/05/05
24380 WOODLAND
BROWNSTOWN, MI 48134-9412

SHIRLEY GEFFNER CUST JACK GEFFNER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
28 CROWN STREET
SYOSSET, NY 11791-6812

SHIRLEY GREEN
PO BOX 214256
AUBURN HILLS, MI 48321-4256

SHIRLEY HOERLEIN
918 KENRIDGE DR
VILLA HILLS, KY 41017-1156

SHIRLEY J DRETZEL
& JOHN B DRETZEL & LORI B DRETZEL & BEVERLY D
DRETZEL JT TEN
17333 GAR HIGHWAY
MONTVILLE, OH 44064-9704

SHIRLEY J MINER & ANN M FOSS & DONALD L MINER TR
SHIRLEY J MINER REVOCABLE TRUST
1841 MILES RD
LAPEER, MI 48446-8098

SHIRLEY K BRYSON TR SHIRLEY KAY BRYSON REVOCABLE T
6684 OTTERBEIN ROAD
ARCANUM, OH 45304

SHIRLEY K STOMOFF & LYNN STOMOFF MYERS TR
CHARLES L STOMOFF REVOCABLE TRUST UA 4/16/88
PO BOX 910
PIQUA, OH 45356-0910

SHIRLEY KAY SLICHTER
A MINOR UNDER GUARDIANSHIP OF SHIRLEY SLICHTER
REED
PO BOX 689
WRIGHT, WY 82732-0689

SHIRLEY KORMAN CUST AMY MARLA KORMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
180 W END AVE #11H
NEW YORK, NY 10023-4940

SHIRLEY KRAKOWER CUST JEFFREY KRAKOWER
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2900 WHIPPLE AVENUE SUITE 115
REDWOOD CITY, CA 94062-2844

SHIRLEY L ELLING TOD JAMES LEE ELLING
& BRENDA SUE ELLING & KELLY RENEE ELLING JT TEN
RT 1 BOX 110
CONCORDIA, MO 64020-9728

SHIRLEY L STORY & DONALD G STORY JT TEN
190 WEST CONTINENTIAL ROAD
#220-183
GREEN VALLEY, AZ 85614-1900

SHIRLEY L WORTZMAN CUST HARRY N WORTZMAN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
309 ELLICOTT ST
BATAVIA, NY 14020-3601

SHIRLEY M AKERS & SARAH E AKERS TR
SHIRLEY M AKERS LIVING TRUST UA 06/21/99
26120 STANCREST DR
SOUTH LYON, MI 48178-9735

SHIRLEY M BARDEEN CUST JAMES A BARDEEN
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1110 N CIRCLE DRIVE
LA HABRA, CA 90631-2728

SHIRLEY M NICKEL
8442 110TH AVE
OTTUMWA, IA 52501-8372

SHIRLEY M QUIRK & PAMELA J QUIRK TR
UA 11/07/1991 EDWARD H QUIRK REV TRUST
210 TURNBERRY CIRCLE SW
NORTH CANTON, OH 44709

SHIRLEY M SAPPER TR
UNDER SHIRLEY M SAPPER DECLARATION OF TRUST
02/23/93
4590 KNIGHTSBRIDGE BLVD
APT 154
COLUMBUS, OH 43214-4355

SHIRLEY M STAAB CUST MARY ANN STAAB
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
814 W NORTHCREST
PEORIA, IL 61614-7029

SHIRLEY M SZAREJKO TR
SHIRLEY M SZAREJKO REVOCABLE LIVING TRUST UA
07/23/01
632 GLENN AVENUE
CARNEGIE, PA 15106-3426

SHIRLEY MARCILLE EPP & DOROTHY LOU MERZ TR
LARRY N MERZ U-A WITH LOUIS J MERZ & DOROTHY
1526 W PEPPER PL
MESA, AZ 85201-7012

SHIRLEY N WHITNEY
10901 176TH CIRCLE NE 2308
REDMOND, WA 98052

SHIRLEY R HANSEL
16101 315TH AVE
WASECA, MN 56093-5720

SHIRLEY R MARQUIS & WASLEY E MARQUIS TR
MARQUIS FAMILY REVOCABLE TRUST UA 04/18/05
1593 PROSPECTUPPER SANDUSKY RD N
MARION, OH 43302-9754

SHIRLEY S SMITH
PO BOX 25216-1603
MIAMI, FL 33102-5216

SHIRLEY SCHALMAN CUST CARLA ANN SCHALMAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
11109 MC DONALD ST
CULVER CITY, CA 90230-5367

SHIRLEY SHAREFF & BEJAMIN SHAREFF TR
BEJAMIN SHAREFF LIVING TRUST UA 01/28/00
2004 GRANADA DR APT K3
COCONUT CREEK, FL 33066-1156

SHIRLEY STEINMAN
161 LAWRENCE ST
MOUNT VERNON, NY 10552-2006

SHIRLEY W BOLDUC CUST JEANNE BOLDUC
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
32 SILVERMOUNT
WATERVILLE, ME 04901-5819

SHIRLEY W BOLDUC CUST KATHLEEN E BOLDUC
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
32 SILVERMOUNT
WATERVILLE, ME 04901-5819

SHIRLEY W BOLDUC CUST LISA MARIE BOLDUC
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
32 SILVERMOUNT
WATERVILLE, ME 04901-5819

SHIRLEY W BOLDUC CUST SHIRLEY E BOLDUC
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
32 SILVERMOUNT
WATERVILLE, ME 04901-5819

SHIRLEY WOLFSON CUST ALAN RICHARD WOLFSON
A MINOR UNDER GIFTS OF SEC TO MINORS ACT
21427 NASHVILLE STREET
CHATSWORTH, CA 91311-1487

SHIRLEY WOLFSON CUST GLORIA LEE WOLFSON
A MINOR U/THE CALIF GIFTS OF SEC TO MINORS ACT
4958 ALCOVE AVE
NORTH HOLLYWOOD, CA 91607-3324

SHIRLEY WOLFSON CUST MARILYN HOPE WOLFSON
A MINOR U/ CALIF GIFTS OF SEC TO MINORS ACT
4958 ALCOVE AVE
NORTH HOLLYWOOD, CA 91607-3324

SHUART W WALDO CUST MISS KAREN RUTH WALDO
U/THE WISC UNIFORM GIFTS TO MINORS ACT
26908 97TH STREET
TREVOR, WI 53179-9522

SID D DANENHAUER & LESLEY J DANENHAUER TR
UA 09/26/90 THE DANENHAUSER TRUST
1236 ADAIR ST
SAN MARINO, CA 91108-1805

SIDNEY A HEATLY
P O BOX 836155
RICHARDSON, TX 75083-6155

SIDNEY B PARMET CUST JONATHAN L PARMET
U/THE PA UNIFORM GIFTS TO MINORS ACT
1118 NORTH 28TH ST
ALLENTOWN, PA 18104-2908

SIDNEY C KENSETH & DIANNE S KENSETH TR
UA 08/26/93 SIDNEY C KENSETH & DIANNE S
21 PINE CONE COURT
EDGERTON, WI 53534-2424

SIDNEY D BLACKMAN TR
SIDNEY D BLACKMAN REVOCABLE INTER-VIVOS TRUST UA
05/06/95
6297 RAMWYCK COURT
WEST BLOOMFIELD, MI 48322-2252

SIDNEY D JOHNSON & ELEANOR JOHNSON TR
UA 09/30/2006 SIDNEY D JOHNSON & ELEANOR JOHNSON
2430 KINGS CHURCH RD
TAYLORSVILLE, KY 40071

SIDNEY EPSTEIN & ANNABELLE EPSTEIN JT TEN
5606 POCUSSET ST
PITTSBURGH, PA 15217-2217

SIDNEY FREEMAN CUST ROBERT G FREEMAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
13 HOLLY LN
BEVERLY, MA 01915-1572

SIDNEY G STAROBIN CUST SUZANNE STAROBIN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
17 AUTUMN LN
NATICK, MA 01760-4165

SIDNEY L KAHN III CUST SIDNEY LOWELL KAHN
UNDER THE FLORIDA GIFTS TO MINORS ACT
10520 LAKESIDE DR
CORAL GABLES, FL 33156-3400

SIDNEY L KAHN III CUST SUSAN LANI KAHN
UNDER THE FLORIDA GIFTS TO MINORS ACT
10615 LAKESIDE DR
CORAL GABLES, FL 33156-4203

SIDNEY L SALTZSTEIN & SALLY FREUND SALTZSTEIN TR
UA 05/07/93 SALTZSTEIN FAMILY TRUST
11384 LORENA LANE
EL CAJON, CA 92020-8235

SIDNEY LADENSON CUST MELISSA ANNE LADENSON
U/THE PA UNIFORM GIFTS TO MINORS ACT
1722 MITCHELL #25
TUSTIN, CA 92780-6365

SIDNEY LANSKY CUST PHILIP S LANSKY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
75 NORTH ST
MATTAPOISETT, MA 02739-1616

SIDNEY LICHTENSTEIN & KITTY LICHTENSTEIN TR
SIDNEY & KITTY LICHTENSTEIN LIV TRUST UA 07/23/02
75 24 BELL BLVD APT 4D
BAYSIDE, NY 11364

SIDNEY MARCUS CUST CHARLES MARCUS
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
17682 SEALAKES DR
BOCA RATON, FL 33498-2013

SIDNEY MEIZEL CUST MARLA MEIZEL
A MINOR U/THE CALIF GIFTS OF SEC TO MINORS ACT
4605 SYLMAR AVE
APT 105
SHERMAN OAKS, CA 91423-2641

SIDNEY PALMIERI
RUA PEDRO ORTIZ 137
SAO PAUL
05440-010 BRAZIL

SIDNEY PETERMAN CUST MICHAEL PETERMAN
A MINOR PUR TO SECS 1339 /26 INCLUSIVE OF THE REVISED
CODE OF OHIO
10 MURWOOD DRIVE
MORELAND HILLS, OH 44022-1171

SIEGFRIED HEIN
1029 DYEKREST DR
FLINT, MI 48532

SIEGFRIED REINHEIMER & ILSE REINHEIMER JT TEN
2572 WILSON AVE
BRONX, NY 10469-5609

SIGMUND STEINFINK CUST JACOB MARC STEINFINK UGMA IL
9011 KOLMAR
SKOKIE, IL 60076-1613

SILAS B LANGFITT III TR
SILAS BENTON LANGFITT III REV TRUST UA 01/27/00
906 KENREED DR
THOMASVILLE, NC 27360-2619

SIMEON VANA & KATIE KILBOURNE LEVINE TR
UA 01/28/92 MARTHA FLORENCE KILBOURNE REV TR
484 BELL DR
DEFUNIAK SPGS, FL 32433-7195

SIMON GERMAN
7737 KLEIN DR
MIDDLEBURG HT, OH 44130-7124

SIMON KLEINER & FRANCES W KLEINER JT TEN
8580 VERREE RD APT 231
PHILADELPHIA, PA 19111-1380

SIMONE ROUQUETTE TR
UNDER AGREEMENT 12/14/89 BENEFIT OF SIMONE
ROUQUETTE
2222 FRANCISCO ST
SAN FRANCISCO, CA 94123-1910

SINDRA K ZEEB
PO BOX 180154
UTICA, MI 48318-0154

SISTER SERVANTS OF THE HOLY GHOST OF PERPETUAL AD(
GRACE CONVENT
1438 E WARNE AVE
ST LOUIS, MO 63107-1015

SLOAN G KAMENSTEIN
PO BOX 2208
PALM BEACH, FL 33480-2208

SOL M SCHEINER CUST ALAN HOWARD SCHEINER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
215 W 78TH ST APT 4D
NEW YORK, NY 10024-6631

SOL SCHARFSTEIN
28 NORTH DR
LIVINGSTON, NJ 07039-3508

SOLOMON P WHITE JR
PO BOX 430732
PONTIAC, MI 48343-0732

SOLOMON SALTIEL CUST MARTIN SALTIEL
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1185 ROCKY RIDGE
FLINT, MI 48532-2126

SONDRA S KUNTZ CUST MICHAEL F KUNTZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
211 TEXAS LANE
ITHACA, NY 14850-1758

SONIA E TOLAND CUST LESLIE RAE TOLAND
UNDER MI MO TRANSFERS TO MONORS LAW
3705 SCOTTSON WAY
COLUMBIA, MO 65203-3091

SONIA FEINBERG CUST LEE A FEINBERG UGMA SC
4250 SW 11TH ST
MIAMI, FL 33134-2707

SONIA HYMAN CUST ELISA FRAN HYMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
345 EIGHTH AVE APT 1-F
NEW YORK, NY 10001-4853

SONJA C GLAZER CUST ILENE GLAZER
U/THE TEXAS UNIFORM GIFTS TO MINORS ACT
835 MARSEILLES DRIVE NW
ATLANTA, GA 30327-4343

SONNY L HARGARTHER
PO BOX 320284
FLINT, MI 48532-0005

SOPHIA R VELLA & ANTHONY VELLA & MICHELLE VELLA TR
VELLA FAMILYTRUST UA 11/04/98
1039 PROMENADE ST
HERCULES, CA 94547

SOPHIE A SLEINSKY
6066 FIRWOOD
MENTOR-ON-THE-LAKE, OH 44060-2934

SOPHIE BARCEWICZ & REGINA BARCEWICZ & JANE BARCEWI
SOPHIE BARCEWICZ LIVING TRUST UA 02/14/03
5243 SAFFRON DR
TROY, MI 48085-6708

SOPHIE BEICKLER
ATTN JOACHIM M BEICKLER
AMSELWEG 15
61462 KONIGSTEIN
GERMANY

SOPHIE T LEWANDOWSKI TOD THOMAS G LEWANDOWSKI RE
02/06/90
3714 EDINBOROUGH DR
ROCHESTER HLS, MI 48306-3684

SOUTH GA INVESTMENTS
PO BOX 888 605 N WESTBERRY
SYLVESTER, GA 31791-0888

SPENCER GRANT SILVERSTEIN
145 SCOTT DR
WATCHUNG, NJ 07069-6301

ST JOHNS ASSEMBLY # 28 ARTISANS ORD OF MUTUAL PROTE
ATTN CHARLES J HADFIELD JR
2107 MAPLE AVE
CROYDON, PA 19021-5111

ST JOHNS CONFERENCE OF THE SOCIETY OF ST VINCENT DE
MASS
C/O EDWARD P GILMORE
9 ADRIENNE DR
CANTON, MA 02021-1613

ST LUKES A M E ZION CHURCH OF BUFFALO NEW YORK
314-326 E FERRY ST
BUFFALO, NY 14208-1503

STACY WEINSTOCK
2240 CHASE CT
ARLINGTON, TX 76013-5814

STANDLEY J NIEC & JOYCE L NIEC TR
STANLEY J & JOYCE L NIEC TRUST UA 07/23/93
PO BOX 568441
ORLANDO, FL 32856-8441

STANFORD B WEINSTEIN
461 MACEWEN DR
OSPREY, FL 34229-9236

STANFORD R SOLOMON CUST ISAAC BARRET SOLOMON
UNDER FL UNIF TRANS TO MINORSACT
1881 W KENNEDY BLVD
TAMPA, FL 33606

STANLEY A JACKNEWITZ & ESTHER JACKNEWITZ TR
JACKNEWITZ LIVING TRUST UA 07/14/98
14009 TOWN FARM ROAD
UPPER MARLBORO, MD 20774-8537

STANLEY A JAMROG & CATHERINE E JAMROG TR
UNDER DECLARATION OF TRUST 06/16/93
2310 26TH STREET
BAY CITY, MI 48708-3803

STANLEY A TOMCZYK & DORIS TOMCZYK TR
STANLEY A & DORIS TOMCZYK TRUST UA 06/08/00
2194 S NICHOLS ROAD
LENNON, MI 48449-9320

STANLEY A TRAKUL & SUSAN TRAKUL VILBERT & STANLEY A
STANLEY A TRAKUL TRUST UA 03/29/77
2631 73RD CT W
BRADENTON, FL 34209-5397

STANLEY B GITTELSON CUST HARRY MARTIN GITTELSON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 5600
SHERMAN OAKS, CA 91413-5600

STANLEY B YOUNG & ELIZABETH B YOUNG TR
UA 12/20/90 STANLEY B YOUNG & ELIZABETH B YOUNG
901 BELLWOOD LANE
ROSEBURG, OR 97470-9299

STANLEY C KROSKY & DIANA M KROSKY TR
STANLEY C & DIANA M KROSKY JOINT REV TRUST UA
03/28/00
6274 W FAIRLANE AVE
BROWN DEER, WI 53223-3472

STANLEY C LARSON & MARGUERITE R LARSON TR
UA 03/10/93 STANLEY C LARSON & MARGUERITE R
2504 RUSK COURT
DELTONA, FL 32738-6706

STANLEY C VISOTA & KATHERINE T VISOTA TR
UA 09/20/94 STANLEY C VISOTA & KATHERINE T VISOTA
TRUST
261 EDISON PARK AVE NW
GRAND RAPIDS, MI 49504-5905

STANLEY C WALKER & PATRICIA L WALKER TR
UA 01/31/94 THE WALKER REV LIV TR
808 SE 46TH ST #2C
CAPE CORAL, FL 33904-8856

STANLEY D OSOWSKI CUST GALE I OSOWSKI
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
5372 GEORGETOWN RD
GRAND BLANC, MI 48439-8773

STANLEY D OSOWSKI CUST SUZANNE M OSOWSKI
U/THE MICH UNIFORM GIFTS TO MINORS ACT
5372 GEORGETOWN RD
GRAND BLANC, MI 48439-8773

STANLEY E BEDNARCHIK & PATRICIA L BEDNARCHIK TR
BEONARCHIK FAMILY REV LIVING TRUST UA 03/22/02
16701 MAPLE HEIGHTS BLVD
MAPLE HEIGHTS, OH 44137-2642

STANLEY ELIOT EPSTEIN
5841 FORWARD AVE APT 609
PITTSBURGH, PA 15217-2565

STANLEY F GOLDSTEIN CUST JOHNATHAN IUSTER GOLDSTE
U/THE MO UNIFORM GIFTS TO MINORS ACT
7 ARBOR RD
SAINT LOUIS, MO 63132-4202

STANLEY F THOMPSON & VERNA THOMPSON TR
STANLEY F THOMPSON TRUST UA 6/9/98
PO BOX 700254
PLYMOUTH, MI 48170-0945

STANLEY FARBSTEIN & LAVERNE FARBSTEIN JT TEN
8600 DELMAR BLVD
APT 4F
SAINT LOUIS, MO 63124-2203

STANLEY FEIN & JUNE FEIN JT TEN
8 LYLE AVE
WAYNE, NJ 07470-2720

STANLEY G COBB
50-A YORKTOWNE PARKWAY
WHITING, NJ 08759-1638

STANLEY G NEHER & CAROLYN M NEHER TR
REV INTERVIVOS TR U-T-D 03/06/86CO-TTEES
17245 COLONIAL PARK DR
MONUMENT, CO 80132-8497

STANLEY G NEHER & CAROLYN M NEHER TR
REVOCABLE LIVING TRUST UA 03/06/86
17245 COLONIAL PARK DR
MONUMENT, CO 80132-8497

STANLEY J & HARRIET S SIBERA TR
STANLEY J SIBERA REVOCABLE TRUSTUA 04/18/97
300 W STATE ST
PENDLETON, IN 46064-1038

STANLEY J CISLO & STEPHANIE T CISLO TR
STANLEY J CISLO & STEPHANIE T CISLO REVOCABLE
6242 WHITE OAK
WESTLAND, MI 48185-9109

STANLEY J SIMPSON & JOANNE M SIMPSON TR
STANLEY & JOANNE SIMPSON LIVING TRUST UA 1/29/01
6415 SHAGBARK
TROY, MI 48098-5232

STANLEY J SULEWSKI & PATRICIA A SULEWSKI TR
UA 11/25/92 THE STANLEY J SULEWSKI LIVING TRUST
1969 PONDVIEW COURT
ROCHESTER HILLS, MI 48309-3304

STANLEY J SUTTON & GWENDOLYN K SUTTON TR
STANLEY J & GWENDOLYN K SUTTON LIV TRUST UA 01/20/97
4844 HARBORD DR
OAKLAND, CA 94618-2505

STANLEY JAROSIN & ELIZABETH JAROSIN TR
UDT F-B-O JAROSIN FAMILY TRUST 11/09/82
8857 GLENHAVEN ST
SAN DIEGO, CA 92123-2211

STANLEY JAROSIN & ELIZABETH JAROSIN TR
UNDER DECLARATION OF TR 11/09/82ELIZABETH &
8857 GLENHAVEN ST
SAN DIEGO, CA 92123-2211

STANLEY L LAHM & LUCILLE E LAHM TR
STANLEY & LUCILLE LAHM LAHM REVOCABLE TRUST UA
04/20/99
535 ROCKWOOD
AMES, IA 50010-9206

STANLEY L LIPPINCOTT CUST ALISA L LIPPINCOTT
U/THE MINN UNIFORM GIFTS TO MINORS ACT
14 NINE GATES RD
CHADDSFORD, PA 19317-9258

STANLEY LAWRENCE COOK SR & SALLY MARIE COOK TR
STANLEY LAWRENCE COOK SR TRUST UA 02/14/90
6374 N KEEL DRIVE
HERNANDO, FL 34442-2553

STANLEY M GLIBERT & LAVERNE O GLIBERT TR
THE GLIBERT FAMILY 1980 TR UA 07/25/80
10818 VALIENTE CT
SAN DIEGO, CA 92124-2114

STANLEY M STEINMETZ & MRS CAROLINE M STEINMETZ JT TI
128 WILTON PL
SAN RAMON, CA 94583-2937

STANLEY M TRAIL TR UA 02/05/93 STANLEY M TRAIL TRUST #
519 ROBERTS LN
DEKALB, IL 60115-4940

STANLEY MAJKA & MARY MAJKA TR
UA 01/18/2007 STANLEY MAJKA & MARY MAJKA REV
45037 PATRICK DRIVE
CANTON, MI 48187

STANLEY MARKISH CUST STANLEY MARKISH JR
U/THE PA UNIFORM GIFTS TO MINORS ACT
1993 RUNNING DEER DR
AUBURN, PA 17922

STANLEY P KAPLAN CUST TINA L KAPLAN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
429 MONTANA AVE #6
SANTA MONICA, CA 90403-1359

STANLEY R BOJANOWSKI JR
PO BOX 352722
TOLEDO, OH 43635-2722

STANLEY R DENNIS CUST ALAN R DENNIS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
500A WASHINGTON STREET
QUINCY, MA 02169

STANLEY R HALL
3857 REINWOOD DR
DAYTON, OH 45414-2445

STANLEY RICHARD WACHOWICZ TOD DANIEL TODD WACHO
TOD RULES
14700 W TOWNLINE RD
ST CHARLES, MI 48655-9761

STANLEY RICHARD WACHOWICZ TOD JOSEPH AARON WACH
TOD RULES
14700 W TOWNLINE RD
ST CHARLES, MI 48655-9761

STANLEY RICHARD WACHOWICZ TOD PAULA SUE COSSOU S
RULES
14700 W TOWNLINE RD
ST CHARLES, MI 48655-9761

STANLEY RICHARD WACHOWICZ TOD ROSEANNE MARY WAC
TOD RULES
14700 W TOWNLINE RD
ST CHARLES, MI 48655-9761

STANLEY S SELWACH & ELEANORA M SELWACH TR
SELWACH LIVING TRUST UA 03/17/05
112 PLAXDALE RD
LIVERPOOL, NY 13088-6024

STANLEY W WHITE TR
UA 11/02/1994 STANLEY W WHITE REVOCABLE LIVING
TRUST
8745 53RD TERRACE E
BRADENTON, FL 34211

STANLEY WEINSTEIN
3545 PINE TREE DR
MIAMI BEACH, FL 33140

STATE CONTROLLER STATE OF CALIFORNIA DIVISION OF UN
BOX 942850
SACRAMENTO, CA 94250-0001

STATE STREET BANK & TRUST F-B-O ROBERT W BUTCHER U-
STATE STREET BK FIRST TRUST
PO BOX 172227
DENVER, CO 80217-2227

STEFAN WEINMANN
SILVANERWEG 1
HIRSCHBERG
69493 GERMANY

STELLA A GUNN-BYRNE & NANCY J ANDREW TR
CHARLES W BYRNE LIVING TRUST UA 06/19/90
10150 TORRE AVE APT 109
CUPERTINO, CA 95014-2129

STELLA B HOFFMANN CUST MARK PAUL HOFFMANN
UNDER THE FLORIDA GIFTS TO MINORS ACT
3783 HERITAGE PL
BUFORD, GA 30519-7862

STELLA C NEVANEN COLE TR
UA 04/10/07 STELLA C NEVANEN COLE LIVING TRUST
31024 KETTERING HEIGHTS
FLINT, MI 48507

STELLA L MCCREA
PO BOX 951527
LAKE MARY, FL 32795-1527

STELLA M BUDZANOSKI CUST DIANA BUDZANOSKI
U/THE PA UNIFORM GIFTS TO MINORS ACT
300 CENTRAL PARK WEST #9-H
NEW YORK, NY 10024-1513

STELLA M HEIN TR STELLA M HEIN TRUST UA 11/08/96
2713 AUGUSTA DR
DURHAM, NC 27707

STELLA M MISLIK
& NANCY JO QUADERER & GARY W MISLIK & DANNY J
MISLIK JT TEN
C/O STELLA M MISLIK
4208 WOODLAND
FLUSHING, MI 48433-2356

STEPHAN WILLIAM MORGAN
PO BOX 311001
DETROIT, MI 48231-1001

STEPHANIDA CHRISTIE
& REBEKKA CHRISTIE SHARMA & ADAM CHRISTIE &
TIMOTHY CHRISTIE JT TEN
1225 ALDEBARAN DR
MCLEAN, VA 22101-2304

STEPHANIE C MEIER & GEORGE D MEIER CO TR
STEPHANIE G MEIER TRUST UA 12/19/97
1520 SHERWOOD AVE SE
EAST GRAND RAPIDS, MI 49506-5010

STEPHANIE D RANDOLPH
PO BOX 252561
W BLOOMFIELD, MI 48325-2561

STEPHANIE E LAUCIUS TR
STEPHANIE E LAUCIUS EDUCATIONAL & CHARITABLE
FOUNDATION UA 07/26/95
PO BOX 4099
BRICK, NJ 08723-1299

STEPHANIE G SCHLAMB CUST MOLLY K SCHLAMB
UNDER THE MO UNIF TRANSFERS TO MINORS LAW
9221 LADUE HILLS DR
ST LOUIS, MO 63132-4320

STEPHANIE G SCHLAMB CUST PETER J SCHLAMB
UNDER THE MO TRANSFERS TO MINORS LAW
9221 LADUE HILLS DR
ST LOUIS, MO 63132-4320

STEPHANIE MATZ
PO BOX 531761
LIVONIA, MI 48153-1761

STEPHANIE NIEDERKLEIN
87913 HIGHWAY 281
O'NEILL
ONEILL, NE 68763

STEPHANIE R KLEIN CUST GREGORY R KLEIN UGMA CA
18623 CELTIC
NORTHRIDGE, CA 91326-2707

STEPHEN C HADDAD
335-415 COMMONWEALTH RD
KELOWNA BC
V4V 1P4 CANADA

STEPHEN C REINFELDT
2116 LAKESHORE DR
SHEBOYGAN, WI 53081-6035

STEPHEN E GILLETTE
344 141ST ST
HAMMOND, IN 46327-1245

STEPHEN E REED & KIMBERLY I REED TR
ROBERT E & LOIS V REED TRUST UA 11/10/92
1850 JUBILEE DR
BRENTWOOD, CA 94513-6012

STEPHEN E SCHWARTZ & SHERRY R SCHWARTZ TR
UA 07/19/2000 STEPHEN E SCHWARTZ REVOCABLE TRUST
12 MALLARD DRIVE
CTR MORICHES, NY 11934

STEPHEN EISENSTEIN
3 ROCKY HOLLOW DR
LARCHMONT, NY 10538-1036

STEPHEN F DOBRANSKI CUST LISA ANN DOBRANSKI
U/THE N J UNIFORM GIFTS TO MINORS ACT
438 ROSEWOOD TERR
LINDEN, NJ 07036-5220

STEPHEN FEINBERG
137 CLUB CIR
STOCKBRIDGE, GA 30281-3328

STEPHEN FLACHEK & BERTHA M FLACHEK TR
STEPHEN & BERTHA FLACHEK JT REV LIVING TRUST
235 ATLANTIC DRIVE
MELBOURNE BEACH, FL 32951-3228

STEPHEN J MALCOLM JR
88 W KLEIN ROAD
AMHERST, NY 14221-1528

STEPHEN J SCHIRA CUST DENISE ANN SCHIRA
U/THE MICH UNIFORM GIFTS TO MINORS ACT
25164 LYNCASTLE
FARMINGTON HILLS, MI 48336-1567

STEPHEN L BLAND TR
STEPHEN L BLAND MD INC PROFIT SHARING & PENSION
PLAN 02/15/72
504 S PLYMOUTH
LOS ANGELES, CA 90020-4710

STEPHEN N APPLEY CUST ALAN JOSEPH APPLEY
U/THE CAL UNIFORM GIFTS TO MINORS ACT
323 BEVERLY DR
LAFAYETTE, LA 70503-3109

STEPHEN PANG & HELEN PANG JT TEN
137-139 N 11TH ST 2ND FLOOR
PHILADELPHIA, PA 19107

STEPHEN PENG CUST BENJAMIN PENG
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3333 SANDY CREEK DR
UTICA, MI 48316-3957

STEPHEN PESHKIN CUST BARI LYNNE PESHKIN
U/THE N J UNIFORM GIFTS TO MINORS ACT
251 HOWARD AVE
ELBERON, NJ 07740-8010

STEPHEN R HADLOCK & GRETCHEN S HADLOCK TR
STEPHEN R & GRETCHEN S HADLOCK REVOCABLE TRUST
UA 3/29/96
BOX 48
PLAINFIELD, NH 03781-0048

STEPHEN R MURRAY
911 140TH LN NW
ANDOVER, MN 55304-4126

STEPHEN R WARD & KATHERINE J WARD TR
UA 03/09/93 WARD FAMILY REVOCABLE TRUST
2724 N GARDEN DR APT 304
LAKE WORTH, FL 33461-2249

STEPHEN SAMUEL GOLDSTEIN
2212 W ROCHELLE AVE
MILWAUKEE, WI 53209-2724

STEPHEN SMALL CUST CHARLES STEINER SMALL UGMA TN
507 W HILLWOOD DR
NASHVILLE, TN 37205-1234

STEPHEN T HARDING & JOYCE O HARDING TR
UA 07/10/92 THE HARDING FAMILY 1992 TRUST
PO BOX 1104
GRAEAGLE, CA 96103-1104

STEPHEN T NORMAN
PO BOX 820544
HOUSTON, TX 77282-0544

STEPHEN W LUCIW CUST STEPHEN W LUCIW JR
U/THE MICH UNIFORM GIFTS TO MINORS ACT
38558 THORNWOOD DR
HARRISON TOWNSHIP, MI 48045-2661

STEPHEN WHITING CRAVER
2501 SYLVAN PLACE
MINNETONKA, MN 55305-2824

STERLING A WOOD JR CUST STACEY ANN WOOD
UNDER THE FLORIDA GIFTS TO MINORS ACT
2902 ALBERT RD
YEEHAW JUNCTION, FL 34972-9156

STEVE DENNINGS & THERESA DENNINGS TR
STEVE & THERESA DENNINGS TRUST UA 9/9/96
3282 S REESE
FRANKENMUTH, MI 48734-9753

STEVE HEINRICH
4849 GREENVIEW CT
COMMERCE TOWNSHIP, MI 0ZZZZ

STEVE HOBAR & VIRGINIA P HOBAR TR
STEVE HOBAR & VIRGINIA P HOBAR LIVING TRUST UA
05/21/96
PO BOX 281
MARSHALLS CREEK, PA 18335-0281

STEVE HOLCOMB
1848 REIN LN
VIRGINIA BCH, VA 23456-6885

STEVE NEMEROVSKY TR
UA 02/01/92 STEVE NEMEROVSKY TRUST F-B-O DIANA
NEMEROVSKY
1959 62ND ST #PH
BROOKLIN, NY 11204-3028

STEVE NEMEROVSKY TR
UA 02/01/92 STEVE NEMEROVSKY TRUST F-B-O JILL
NEMEROVSKY
1959 62ND ST #PH
BROOKLYN, NY 11204-3028

STEVE NEMEROVSKY TR
UA 02/01/92 STEVE NEMEROVSKY TRUST F-B-O JOYCE
NEMEROVSKY
1959 62ND ST #PH
BROOKLYN, NY 11204-3028

STEVE NEMEROVSKY TR
UA 02/01/92 STEVE NEMEROVSKY TRUST F-B-O LORRAINE
NEMEROVSKY
1959 62ND ST #PH
BROOKLYN, NY 11204-3028

STEVE NEMEROVSKY TR
UA 02/01/92 STEVE NEMEROVSKY TRUST F-B-O ROCHELLE
NEMEROVSKY
1959 62ND ST #PH
BROOKLYN, NY 11204-3028

STEVE NEMEROVSKY TR
UA 02/01/92 STEVE NEMEROVSKY TRUST F-B-O STUART
NEMEROVSKY
1959 62ND ST #PH
BROOKLYN, NY 11204-3028

STEVE NEMEROVSKY TR
UA 11/24/89 STEVE NEMEROVSKY TRUST F-B-O GEORGE
NEMEROVSKY
1959 62ND ST #PH
BROOKLYN, NY 11204-3028

STEVE T MATHIAS CUST STEVEN T MATHIAS
U/THE N J UNIFORM GIFTS TO MINORS ACT
9513 STEINBECK LANE
BAKERSFIELD, CA 93311-1445

STEVE THEODORE
PO BOX 740864
BOYNTON BEACH, FL 33474-0864

STEVEN A CLARK & BARBARA L CLARK & ROY E CLARK TR
STEVEN & BARBARA CLARK REVOCABLE LIVING TRUST
6/28/00
7286 SOUTH COUNTY RD 325W
GREENCASTLE, IN 46135-7634

STEVEN ALPERSTEIN
1890 SWEETBAY WAY
HOLLYWOOD, FL 33019-4881

STEVEN B CHU
5898 HOLSTEIN WAY
SACRAMENTO, CA 95822-2920

STEVEN B EDELSTEIN
82 BOYLES ST
BEVERLY, MA 01915-2025

STEVEN C MOUSTAKAS CUST MISS CHRISTINE MOUSTAKAS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
58 PROSPECT ST
WOBURN, MA 01801-4339

STEVEN D KLEINFELDT
9105 85 AVENUE
WOODHAVEN, NY 11421-1413

STEVEN E BERNSTEIN
11342 HOLLOWSTONE DR
N BETHESDA, MD 20852-3118

STEVEN E WEINEL
1312 CAMP HILL WAY APT 6
W CARROLLTON, OH 45449-3144

STEVEN ECKSTEIN
BOX 19674
LAS VEGAS, NV 89132-0674

STEVEN FRANCUCH & MARGARET A FRANCUCH TR
FRANCUCH LIVING TRUST UA 05/05/98
6660 PINE WAY DR
TROY, MI 48098-2092

STEVEN GATES LEWIS
PO BOX 775893
STEAMBOAT SPRINGS, CO 80477-5893

STEVEN GLASSBERG
6902 174 ST
FLUSHING, NY 11365-3411

STEVEN GOLDSTEIN CUST SCOTT ANDREW GOLDSTEIN UTM
888 NORTHRIDGE CT
GOLDEN, CO 80401-9175

STEVEN H HUNTER
2027 ST. MADELEINE DR.
DARDENNE PR, MO 63368

STEVEN J BERNSTEIN
4128 BRUNING CT
FAIRFAX, VA 22032-1101

STEVEN J GARBARINO & DONNA K GARBARINO JT TEN
PO BOX 472883
CHARLOTTE, NC 28247-2883

STEVEN J KRIGSTEIN
900 N BROOM ST 27
WILMINGTON, DE 19806-4548

STEVEN J WEINZIRL & TINA M WEINZIRL JT TEN
4412 SE IDAHO CT
TOPEKA, KS 66609-1769

STEVEN KALIANOV & KAREN KALIANOV TR
UA 09/02/05 STEVEN AND KAREN KALIANOV LIVING TRUST
902 CERISE AVE
TORRANCE, CA 90503

STEVEN L AMBROSE
2438 104 BLVD
TOLEDO, OH 43611-1967

STEVEN L BLUMENTHAL TR
GEOFFREY BLUMENTHAL IRREVOCABLE TRUST UA 05/17/90
9991 E SUNNYSLOPE LN
SCOTTSDALE, AZ 85258-5210

STEVEN LYNN SPRAGUE
PO BOX 291149
PORT ORANGE, FL 32129-1149

STEVEN M BERNSTEIN TR UA 02/17/86 STEVEN M BERNSTEIN
4105 EAGLE STREET
SAN DIEGO, CA 92103-1918

STEVEN M DIAMOND
PO BOX 471216
LAKE MONROE, FL 32747-1216

STEVEN M SMITH & CAROL ANN SMITH TR
STEVEN M & CAROL A SMITH FAMILY TRUST UA 04/13/93
1037 W 4600 S
RIVERDALE, UT 84405-3646

STEVEN MARC GOLDSTEIN
3608 DAVENPORT ST NW
WASHINGTON, DC 20008-2929

STEVEN MCNICHOLAS & MARY KAY MCNICHOLAS TR
MCNICHOLAS FAM TRUST UA 01/09/95
25932 VIA MAREJADA
MISSION VIEJO, CA 92691-5611

STEVEN P HOLTZ
P. O. BOX 470238
AURORA, CO 80047-0238

STEVEN P WALSH
16827 464TH WY SE
NORTH BEND, WA 98045-8860

STEVEN R EWALD
PO BOX 310855
NEWINGTON, CT 06131-0855

STEVEN R SAUER CUST HUGH SAUER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
254 BROWER AVE
ROCKVILLE CENTRE, NY 11570-2606

STEVEN SCHLAFSTEIN & SHERI KAPLLAN SCHLAFSTEIN JT TE
10904 STONECUTTER PL
NORTH POTOMAC, MD 20878-4805

STEVEN SOKAS & FLORENCE SOKAS TR
STEVEN & FLORENCE SOKAS TRUST UA 04/19/97
2607 WEST 106TH PL
CHICAGO, IL 60655-1701

STEVEN W ELLIS CUST CORY JOHN ELLIS UGMA MN
2879 350TH RD
STUART, IA 50250-8504

STEVEN W KLEIN
294 MEDFORD-MOUNT HOLLY ROAD
MEDFORD, NJ 08055-9642

STEVEN W LINCOLN & JEAN L LINCOLN TR
STEVEN W & JEAN L LINCOLN REV TRUST UA 11/25/96
104 NORTH HIGHLAND AVE
UKIAH, CA 95482-4258

STEVEN WEINER
191 CASMIR DR
FAIRFIELD, CT 06432-1227

STEVEN WEINSTEIN CUST JULIE ANN WEINSTEIN
A MINOR UNDER THE LAWS OF GEORGIA
1992 LASALLE WA
MARIETTA, GA 30062-8163

STEWART EPSTEIN CUST LOUIS BRICKMAN EPSTEIN UGMA N
36 MAYHEW
LIVINGSTON, NJ 07039-2022

STEWART G HUBER & LORRAINE M HUBER TR
WILLIAM MICHAEL HUBER TR UA 12/30/76
237 N CLINTON AVE
CLINTONVILLE, WI 54929-1007

STUART EINBINDER CUST ELLIOT EINBINDER UGMA NY
643 WILDWOOD RD
W HEMPSTEAD, NY 11552-3411

STUART EPSTEIN CUST DANIEL MOSHE EPSTEIN UGMA NJ
36 MAYHEW DR
LIVINGSTON, NJ 07039-2022

STUART G STEINGOLD & IRA M STEINGOLD TR UNDER WILL (
5211 PARTRIDGE LANE NW
WASHINGTON, DC 20016-5338

STUART HENNING
412-237 BATHRD
KINGSTON ON
K7M 2X6 CANADA

STUART LEDERMAN CUST JOSHUA A LEVY UTMA GA
PO BOX 640104
BAYSIDE, NY 11364-0104

STUART LEDERMAN CUST MEGAN E LEVY UTMA GA
PO BOX 640104
BAYSIDE, NY 11364-0104

STUART M PRIKASKY & BARBARA J PRIKASKY TR
UA 06/15/2007 THE STRUART M PRIKASKY & BARBARA
1265 WEST TYLER ROAD
ALMA, MI 48801

STUART P CARNEY & MARILYN M CARNEY TR
CARNEY COMMUNITY PROPERTY TRUST 11/10/87
1160 RONDA DR
MANHATTAN BEACH, CA 90266-6856

STUART R MC INTYRE CUST STUART R MC INTYRE JR
U/THE ALA UNIFORM GIFTS TO MINORS ACT
6101 E MIRAMAR DRIVE
TUCSON, AZ 85715-3007

STUART STEINBERGER
11 ROBINWOOD LANE
LAGRANGEVILLE, NY 12540-5400

STUART WEINER & MRS JOAN WEINER JT TEN
28 SWEETGUM CROSSING
SAVANNAH, GA 31411

STUART WOOD
9103-109 AVE
FORT ST JOHN BC
V1J 7A8 CANADA

STUDLEY J HOLDEN CUST THOMAS B HOLDEN
U/THE FLORIDA GIFTS TO MINORS ACT
ROUTE 6 11 COLONIAL WAY
BRUNSWICK, GA 31520-2135

SUE A AYERS
& DOUGLAS C HAIDERER & TINA M BURLESON & CAROL L
HAIDERER JT TEN
833 W PARISH
KAWKAWLIN, MI 48631-9715

SUE A SHAW EASTERLING USUFRUCT NED H EASTERLING JR
& RONALD J EASTERLING & PEGGY KEEN HART NAKED
OWNERS
305 BUTLER ST APT 2
SPRINGHILL, LA 71075-2746

SUE FRIEDMAN TR
JOS H LERNER NON-MARITAL TR UW FBO NORMA C LERNER
09/13/84
1133 PINE ST 4TH FL
ST LOUIS, MO 63101-1900

SUE L JANKENS & DAVID P JANKENS JT TEN
4109-240TH STREET E
SPANAWAY, WA 98387-7002

SUE L REINER
9683 SYCAMORE TRACE CT
CINCINNATI, OH 45242-6029

SUE P HILLSMAN & ANNE K HILLSMAN & ELIZABETH CHRISTIA
ROSSER NOLAND HILLSMAN III
1082 RUFUS DRIVE
HUDDLESTON, VA 24104-3412

SUE PFLEPSEN CUST KRISTEN LAUREN PFLEPSEN
U/THE MICH UNIFORM GIFTS TO MINORS ACT
303 BEAU JEAN AVE
MELBOURNE BEACH, FL 32951-2019

SUE ROSEMAN CUST STEVEN A ROSEMAN MIN U/ART 8-AOF
OF NY
11750 E POWERS AVE
ENGLEWOOD, CO 80111-4139

SULAR CHESSER & ROSIE CHESSER TR
FAM REV TR 07/15/92 U-A SULAR CHESSER & ROSIE
CHESSER
803 BAYWOOD DR
PARAGOULD, AR 72450-5588

SUMNER C KRAFT CUST GARY ANDREW KRAFT
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
PO BOX 5653
SNOWMASS VILLAGE, CO 81615-5653

SUMNER L OLSTEIN CUST DAVID PAUL OLSTEIN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
41 BEECKMAN AVE
CRANSTON, RI 02920-4413

SUMNER P MCDONOUGH & RUTH P MCDONOUGH TR
MCDONOUGH FAMILY LIV REV TRUST UA 12/12/01
8560 NW 17TH PL
PLANTATION, FL 33322-5533

SUMNER ROSOFF & GLORIA ROSOFF & SIDNEY STOGEL TR
1989 SUMNER ROSOFF FAM TRUST UA 05/12/89
62 STANLEY RD
WABAN, MA 02468-2338

SUNDAY PITINII
48 N BENTLEY AVE
NILES, OH 44446-2440

SURA FEINSTEIN
550 LANDFAIR APT 5
LOS ANGELES, CA 90024

SURESH CHANDRA & VED CHANDRA JT TEN
B 1/2 HAVELOCK RD COLONY
LUCKNOW
226001 INDIA

SUSAN A ROSENSTEIN CUST ANDREW M ROSENSTEIN UTMA
1221 OCEAN APT 801
SANTA MONICA, CA 90401-1046

SUSAN A ROSENSTEIN CUST MATTHEW A ROSENSTEIN UTMA
1221 OCEAN AVE APT 801
SANTA MONICA, CA 90401-1046

SUSAN A WEDEL & FRANK L WEDEL TR
UA 05/17/2007 REVOCABLE INTER VIVOS TRUST OF
RT 1 BOX 71
LEOTI, KS 67861

SUSAN ANN KRASKE
PO BOX 970810
YPSILANTI, MI 48197-0814

SUSAN B THAMER TR
SUSAN BURKE THAMER REVOCABLE LIVING TRUST UA
06/03/02
130 PHEASANT RIDGE RD
DEL REY OAKS, CA 93940-5759

SUSAN B TURNER & PETER D BOASBERG TR
UA 04/25/1990 BOASBERT FAMILY TRUST
24695 DOLORES ST
CARMEL, CA 93923

SUSAN BROWN CUST MARK BLATTBERG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
180-19 69TH AVE
FRESH MEADOWS, NY 11365-3521

SUSAN COURNOYER CUST MARK T COURNOYER
UNDER THE FLORIDA GIFTS TO MINORS ACT
22219 KERRYBLUE
KATY, TX 77450-2413

SUSAN D FEINSTEIN
170 MYRTLE AVE
MILLBURN, NJ 07041-1551

SUSAN D SCHWARTZ TR
UA 06/25/92 REVOCABLE LIVING TRUST FOR SUSAN D
SCHWARTZ
9645 SW VISTA PLACE
PORTLAND, OR 97225-4248

SUSAN E GROVE & ROBERT L GROVE SR TR
THE GROVE FAMILY TRUST UA 04/19/02
3307 MT AACHEN AVE
SAN DIEGO, CA 92111-4621

SUSAN E REISER
2584 190TH AVE
MILFORD, IA 51351-7287

SUSAN E STEINHELPER
PO BOX 75
ORTONVILLE, MI 48462-0075

SUSAN ECKSTEIN
301 BEECH ST APT 6J
HACKENSACK, NJ 07601-2139

SUSAN EPSTEIN CUST JASON M EPSTEIN UGMA MI
5695 SILVER POND
WEST BLOOMFIELD, MI 48322-2061

SUSAN F HUNT TR
KENNETH KARL HUNT & SUSAN FRANCES HUNT TRUST UA
04/25/01
9308 FREEDOM WAY NE
ALBUQUERQUE, NM 87109-6309

SUSAN F LEINEKE
8322 ILENE DR
CLIO, MI 48420-8518

SUSAN FILES TAGG
PO BOX 87
HAMPTON FALLS, NH 03844-0087

SUSAN GUGICK CUST JEFFREY ALAN GUGICK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
91 PAULDING DR
CHAPPAQUA, NY 10514-2818

SUSAN GUGICK CUST ROBIN MINDY GUGICK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
22 BLACK BIRCH LANE
SCARSDALE, NY 10583-7453

SUSAN J ROSENSTEIN
11 RIVERSIDE DR
APT 14 PE
NEW YORK, NY 10023-2504

SUSAN JANE STEIN
815 KEARNEY CT
SALISBURY, MD 21804-9026

SUSAN JUNE ROCK
& JOHN J ROCK & JOHN M ROCK & JODEE MARIE
ROCK-RILEY JT TEN
3543 CHASE
WARREN, MI 48091-3327

SUSAN K STEINMETZ & ROBERT R STEINMETZ JT TEN
1190 OAK RIDGE CIRCLE
BARRINGTON, IL 60010-4725

SUSAN L ADAMS CUST RYAN WILLIAM ADAMS
A MINOR UNDER THE LAWS OF GEORGIA
479 PENNSYLVANIA AVE
SAN FRANCISCO, CA 94107

SUSAN L DUNNE & MICHAEL W DUNNE TR
SUSAN L DUNNE REVOCABLE TRUST UA 07/01/05
408 RED SAIL WAY
SATELLITE BEACH, FL 32937-3720

SUSAN L GUITH
BOX 508 5373 SCOTT RD
MT MORRIS, MI 48458-9724

SUSAN L LICHTENSTEIN
16 COUNCIL TRL
WILMINGTON, DE 19810-2906

SUSAN L LIEBLEIN
2185 MORRISON AVE
LAKEWOOD, OH 44107-5721

SUSAN L LIPTON CUST MEG LIPTON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
61-45 98TH ST
FOREST HILLS, NY 11374-1433

SUSAN L LOMAX
19215 184TH PLACE NORTHEAST
WOODINVILLE, WA 98077-8260

SUSAN LEE WILLIAMS
C/O SUSAN WILLIAMS WEINERT
70007 MAIN STREET
RICHMOND, MI 48062-1060

SUSAN LYNN GLADSTEIN
11079 NASHVILLE DR
COOPER CITY, FL 33026-4965

SUSAN M CHAMBERLAIN & DAVID H LOCKE & VIRGINIA CHAMI
CHARLES W CHAMBERLAIN JR TRUST UA 05/19/91 AS
AMENDED
865 CENTRAL AVE C-303
NEEDHAM, MA 02492-1368

SUSAN M CHRISTELL TR
WARREN E CHRISTELL MARITAL TRUST NON EXEMPT UA
04/11/89
3868 GLENEAGLE
STOCKTON, CA 95219-1834

SUSAN M EHRMANTRAUT
& PAMELA S YANKOVICH & CHRISTAN J RUGGIRELLO JT TEN
2639 TAMPA DR
WOLVERINE LK, MI 48390-2166

SUSAN M ODER & LARRY V ODER JT TEN
14200 188TH PLACE N E
WOODINVILLE, WA 98072-9345

SUSAN M OSEN
1940 171ST AVE N E
HAM LAKE, MN 55304-4922

SUSAN M STAMPF
14326 155TH AVENUE N E
WOODINVILLE, WA 98072-9073

SUSAN MANGANELLI CUST JAMISIN L MANGANELLI
A MINOR UNDER PL 1955 CHAPTER 139 OF THE LAWS OF
NEW JERSEY
2 ANN ST APT S102
CLIFTON, NJ 07013-2140

SUSAN N BEARD
PO BOX 190674
SAN FRANCISCO, CA 94119-0674

SUSAN O PARKER
PO BOX 981564
PARK CITY, UT 84098-1564

SUSAN R ROTHSTEIN
APT 9M
165 WEST END AVE
NEW YORK, NY 10023-5507

SUSAN SAURWEIN
1262 CRUMMELL AVE
ANNAPOLIS, MD 21403-4667

SUSAN STAFFORD STRASSER
208 W KLEIN RD
WILLIAMSVILLE, NY 14221-1524

SUSAN STEIN KNIGHT CUST CRAIG PHILLIPS KNIGHT
UNDER THE NEW HAMPSHIRE U-G-M-L
85 NORTH 375 E
GRANTSVILLE, UT 84029-9340

SUSAN STEINBERG SOMERSTEIN
2555 LUCILLE DRIVE
FT LAUDERDALE, FL 33316-2327

SUSAN STEINBORN CUST TYLER ROEHL UTMA WI
112 SUNSET DR
JANESVILLE, WI 53545-3245

SUSAN STUCKEY SPEARS & CAROLYN STUCKEY GUELFO TR
UA 02/24/2006 JOHN A STUCKEY JR TRUST
2805 SW SEMINOLE ST
BENTONVILLE, AR 72712

SUSAN STUCKEY SPEARS TOD JONATHAN NEILL ALDRICH SU
RULES
2805 SW SEMINOLE ST
BENTONVILLE, AR 72712

SUSAN WALLENSTEIN CUST CUST ERIC WALLENSTEIN UTMA
3 WATERLOO DR
MORRIS PLAINS, NJ 07950-1412

SUSAN WEINSTEIN CUST JOSHUA IRVING WEINSTEIN
U/THE N Y UNIFORM GIFTS TO MINORS ACT
90 CEDAR AVENUE
POUGHKEEPSIE, NY 12603-4724

SUSAN WEINSTEIN CUST LISA M WEINSTEIN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
2633 15TH STREET #3
WASHINGTON, DC 20009-4631

SUSAN WEINSTEIN CUST PAULA JANETTE WEINSTEIN
U/THE CONN UNIFORM GIFTS TO MINORS ACT
7210 HONEYWELL LANE
BETHESDA, MD 20814-1016

SUSAN WENDY SILVERSTEIN
120 SAWGRASS DRIVE
BLUE BELL, PA 19422

SUSAN WITHERS CUST MARJORIE H MCDONALD
A MINOR UNDER THE LAWS OF GEORGIA
BRIGHTLANDS STATION
CLONCURRY QUEENSLAND
4824 AUSTRALIA

SUSAN WITHERS MCDONALD CUST ADLAIDE H MCDONALD
A MINOR UNDER THE LAWS OF GA
PO BOX 501
CLONCURRY QUEENSLAND
AUSTRALIA

SUSAN WITHERS MCDONALD CUST ALLSTAIR R MCDONALD
A MINOR UNDER THE LAWS OF GEORGIA
BRIGHTLANDS STATION
CLONCURRY QUEENSLAND
4824 AUSTRALIA

SUSAN WITHERS MCDONALD CUST ELEANOR G MCDONALD
A MINOR UNDER THE LAWS OF GA
BRIGHTLANDS STATION
CLONCURRY QUEENSLAND
4824 AUSTRALIA

SUSAN WITHERS MCDONALD CUST KATE V MCDONALD
A MINOR UNDER THE LAWS OF GEORGIA
BRIGHTLANDS STATION
CLONCURRY QUEENSLAND
4824 AUSTRALIA

SUSANN E CRAIG
1306 350 NORTH ORLEANS
CHICAGO, IL 60654

SUSANNE KRAMMER & SEBASTIAN REINHART JT TEN
D'ORSAYGASSE 4/18
VIENNA
1090 AUSTRIA

SUSHIL BHADHAWAR
14150 101 AVE
SURREY BC
V3T 4Y2 CANADA

SUYDAM OSTERHOUT
APT A279 2600 CROASDAILE FARM PK
DURHAM, NC 27705-1331

SUZANNE B GUSTASON TR UA 06/23/1998 GUSTASON TRUST
28624 MONTEREINA DR
RCH PALOS VRD, CA 90275

SUZANNE BERNSTEIN
15 ROLLING WAY
NEW CITY, NY 10956-6912

SUZANNE BERNSTEIN & MARTIN BERNSTEIN JT TEN
15 ROLLING WAY
NEW CITY, NY 10956-6912

SUZANNE E STEINHAUSER KELLEY
BOX 140
GRASS LAKE, MI 49240-0140

SUZANNE F WRIGHT & CHARLES W WRIGHT TR
UA 07/27/92 SUZANNE F WRIGHT TRUST
9610 SANDRA LANE
MINNETONKA, MN 55305-4627

SUZANNE FISHER CUST ANN BURT FISHER
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1373 EL CENTRO
OAKLAND, CA 94602-1817

SUZANNE FISHER CUST THOMAS GARRETT FISHER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
3032 WAVERLEY
PALO ALTO, CA 94306-2407

SUZANNE G KOMINSKI & JOHN KOMINSKI TR
SUZANNE G KOMINSKI TRUST UA 07/27/00
1402 KEY DRIVE
ALEXANDRIA, VA 22302-3412

SUZANNE KRYDA CUST CHRISTOPHER KRYDA
UNDER UNFIROM GIFTS TO MINORS ACT NY
43 FULLER AVE
FLORAL PARK, NY 11001-2924

SUZANNE LEBEL
2524 148A ST
SURREY BC
V4P 1N8 CANADA

SUZANNE M TEICHERT & ROBERT L TEICHERT TR
TEICHERT FAMILY TRUST UA 5/10/01
565 70TH AVE
ST PETE BEACH, FL 33706-2014

SUZANNE OVERHOLT
67181 210TH AVE
WABASHA, MN 55981

SUZANNE P BROWNING
14196 132ND AVE NE
THIEF RIVER FALLS, MN 56701-8400

SVEIN A PEDERSEN
SOLVANGEN 80
N-2013 SKJETTEN
NORWAY

SWEARL J TOWNER
PO BOX 310523
FLINT, MI 48531-0523

SWEETIE L VICKERS
PO BOX 310152
FLINT, MI 48531-0152

SYBIL N BRISLAIN CUST
UNDER THE LAWS OF OREGON FOR GREGORY JOHN
BRISLAIN
250 VALLOMBROSA AVE
STE 125
CHICO, CA 95926-3973

SYDELL LEVY CUST ROBERT LEVY
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
252 7TH AVENUE #16B
NEW YORK, NY 10019

SYDNEY L WEINSTEIN CUST JONATHAN K WEINSTEIN U/THE G
C/O KOHLBURNE SCHOOL
343 NEW MARLBORO SOUTHFIELD RD
NEW MARLBOROUGH, MA 02130-2035

SYDNEY LONSTEIN
313 PARK AVE
WORCESTER, MA 01609-1846

SYLIVA BENNETT DIDONE TR
SYLVIA BENNETT DIDONE REVOCABLE TRUST UA 05/29/97
11218 MIDVALE RD
KENSINGTON, MD 20895-1909

SYLVA LEITNER & LEONARD H POPOWEER TR
RESIDUARY TR UNDER THE IRVING LEITNER REV TR UA
07/08/04
8818 LOWELL TERRACE
SKOKIE, IL 60076-1840

SYLVAN L COLOVE CUST BETTY LOU COLOVE
U/THE PA UNIFORM GIFTS TO MINORS ACT
205 E PENN AVE
WERNERSVILLE, PA 19565-1613

SYLVAN SIMOWITZ CUST CAROL BEA SIMOWITZ
A MINOR U/ART 8-A OF THE PERS PROP LAW OF N Y
16 CAZNEAU STREET
SAN SALITO, CA 94965-1802

SYLVESTER J ZIENTAK TR
SYLVESTER J ZIENTAK INTER-VIVOS TRUST UA 05/10/96
2106 6TH ST
BAY CITY, MI 48708-6803

SYLVIA A BARKER TR
LEONARD A JONES & SYLVIA A BARKER LIVING TRUST UA
08/05/03
135 CADY ST
ROCHESTER, NY 14608-2301

SYLVIA A TURNER
PO BOX 471596
DISTRICT HTS, MD 20753

SYLVIA D LAURIDSON & WARREN H LAURIDSON TR
SYLVIA D LAURIDSON REVOCABLE TRUST UA 12/16/98
4N241 BRIAR LANE
BENSENVILLE, IL 60106-2923

SYLVIA DEBRINCAT TR
SYLVIA DEBRINCAT REVOCABLE LIVING TRUST UA 06/16/97
17712 DEERING
LIVONIA, MI 48152-3759

SYLVIA F SCHREINER CUST PAUL LOUIS SCHREINER A MIN U
TO MIN ACT
1446 NATCHEZ LOOP
COVINGTON, LA 70433-6034

SYLVIA F SCHREINER CUST THOMAS MARTIN SCHREINER A M
GIFTS TO MIN ACT
1446 NATCHEZ LOOP
COVINGTON, LA 70433-6034

SYLVIA G BERNSTEIN
9002 BELVOIR WOODS PKWY
APT 406
FORT BELVOIR, VA 22060-2710

SYLVIA GOLDSTEIN
95 CHADWICK ROAD
TEANECK, NJ 07666-4203

SYLVIA HELFAND CUST RITA GAYLE HELFAND
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
3502 PRESTWICK LN
NORTHBROOK, IL 60062-5039

SYLVIA J BURTON
& JAMES K BURTON & STEPHANIE M SAMEK & LAURA L
SAMEK JT TEN
13559 S WRIGHT RD
EAGLE, MI 48822-9784

SYLVIA J FLATON CUST JANET ELIZABETH FLATON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
1439 IRIS ST
SAN LUIS OBISPO, CA 93401-3034

SYLVIA J YUNKER
1979 180TH ST
INWOOD, IA 51240-7709

SYLVIA K LEVITT TR
UA 01/27/2001 SYLVIA K LEVITT REVOCABLE LIVING TRUST
1 NEW BALLAS PLACE
APT 330
SAINT LOUIS, MO 63146

SYLVIA M ZIELINSKI
& NICHOLAS R ZIELINSKI & ANNE ZIELINSKI MARTEN
& MARY ZIELINSKI LINDOW &
29196 SHENANDOAH DR
FARMINGTN HLS, MI 48331-2450

SYLVIA N KESMAN CUST SHERYL H KESMAN
U/THE VERMONT UNIFORM GIFTS TO MINORS ACT
75 SUSAN LANE
RUTLAND, VT 05701-9160

SYLVIA S TERESI JR GUZAY & SYLVIA S TERESI SR JT TEN TC
CANADAY SUBJECT TO STA TOD RULES
13900 PAWNEE TRAIL
MIDDLEBURGH HTS, OH 44130-6721

SYLVIA T MLYNARCZYK & JAMES P MLYNARCZYK JT TEN TOD
MLYNARCZYK SUBJECT TO STA TOD RULES
2982 WINDCREST WAY NE
GRAND RAPIDS, MI 49525-7025

SYLVIA TUNICK CUST BARBARA L TUNICK
U/THE CONN UNIFORM GIFTS TO MINORS ACT
PO BOX 325
WEST ROCKPORT, ME 04865-0325

SYLVIA TUNICK CUST STEPHEN M TUNICK
U/THE CONN UNIFORM GIFTS TO MINORS ACT
105 ROCK HOUSE RD
EASTON, CT 06612-1003

SYMA L ROSENHECK CUST ALAN J ROSENHECK
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF N J
1122 MADISON AVE
OCEAN, NJ 07712-4148

SYRENE WALTERS
4008 142ND AVENUE
HAMILTON, MI 49419-9741

SYRENE WALTERS & HELEN WALTERS JT TEN
4008 142ND AVE
HAMILTON, MI 49419-9741

T DONNELL SCHILDWACHTER CUST THOMAS L SCHILDWACH
U/THE MD UNIFORM GIFTS TO MINORS ACT
1080 RUSTLING OAKS DR
CHARLOTTESVILLE, VA 22901-8000

T DOUGLAS WUGGAZER & NANCY R WUGGAZER TR
T D & N R WUGGAZER FAMILY TRUST UA 12/2/99
18 W 164 BELAIR CT
DARIEN, IL 60561

T FRASIA RINER & MABLE R RINER TR
T FRASIA RINER & MABLE R RINER REVOCABLE TRUST UA
10/31/02
6512 THREE CHOPT RD
RICHMOND, VA 23226-3119

T O WILLIAMS
PO BOX 472696
BROOKLYN, NY 11247-2696

TADAO BUD WARASHINA TR TADAO BUD WARASHINA TRUST
PO BOX 390299
MOUNTAIN VIEW, CA 94039-0299

TAHSIUNG TSAI & RUEY JY TSAI TR
TAHSIUNG TSAI MD PC EMPLOYEES PENSION PLAN
302 ORCHARD DR
SOUTH POINT, OH 45680

TAJ THORESEN
4108 244TH LN SE
ISSAQUAH, WA 98029

TAKAYUKI AKIYAMA
4 7 34 NISHITSRUMA
YAMATO
242 0005 KANAGAWA
JAPAN

TAMI M JACKSON
PO BOX 320753
FLINT, MI 48532

TAMMIE L STILTNER
645 ECKSTEIN RD
CRESTLINE, OH 44827-9691

TAMMY GOBERSTEIN CUST RYAN L GOBERSTEIN UTMA IL
4331 PHYLLIS DRIVE
NORTHBROOK, IL 60062-1025

TANNA J ELLINGER & BARRY A ELLINGER JT TEN
23251 188TH ST NW
BIG LAKE, MN 55309-9616

TARA A HEINZMANN
ATTN TARA H FITZPATRICK
52 LAKEWOOD DR
N ATTLEBORO, MA 02760-4002

TARA M MARKEY-MEIS & F & M BANK TR
UA 11/06/98 MARSHALL J MARKEY GENERATION
201 SPRING ST
BURLINGTON, IA 52601-0928

TARO MISHIMA & MIYO MISHIMA TR
TARO MISHIMA & MIYO MISHIMA TRUST UA 05/16/02
1753 WELLESLEY AVE
LOS ANGELES, CA 90025-3633

TAUBA U ANDERSON & GEORGE C ANDERSON TR
UA 09/03/93 ANDERSON FAMILY TRUST
485 ARUNDEL RD
GOLETA, CA 93117-2163

TAYLOR WEBER HENKEL
18175 120TH AVE
NUNICA, MI 49448-9761

TED A TREINEN
2027 NORTH POLZIN RD
JANESVILLE, WI 53545-9389

TED H COX CUST JEFFREY A COX
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
319 W CENTRAL AVENUE
TITUSVILLE, PA 16354-1642

TED L BROWNELL
16135-143RD AVE SE
YELM, WA 98597-9169

TED SCHONLAW CUST THEODORE ROBERT SCHONLAW
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
9 FIRETHORN
RANCHO SANTA MARGA, CA 92688-1238

TEDD J HANSEN & SHERRY L HANSEN TR
TEDD J HANSEN REVOCABLE TRUST UA12/14/98
93 CLEARWATER CT
FOUR SEASONS, MO 65049

TEDDY D NOWAKOWSKI
& JILL A CARLESIMO & ARTHUR F NOWAKOWSKI & JAN A
BOYNTON JT TEN
C/O JILL A CARLESIMO
3485 SUTTON RD
DRYDEN, MI 48428-9732

TEDDY MYSLIWIEC & HELEN MYSLIWIEC TR
HELEN MARIE MYSLIWIEC TRUST UA 05/01/95
19160 MEADOW RIDGE DR
LIVONIA, MI 48152-6000

TEDDY ORGELL CUST ANDREW ORGELL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
13047 SLEEPY WIND ST
MOORPARK, CA 93021-2934

TEDDY ORGELL CUST PETER S ORGELL
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
904 THISTLEGATE RD
AGOURA, CA 91377-3917

TENA M FITING
312 FREMONT
BAY CITY, MI 48708-7718

TERENCE E ADDERLEY CUST RUSSELL G ADDERLEY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
362 LONE PINE COURT
BLOOMFIELD HILLS, MI 48304-3429

TERENCE M HLATHEIN
116 AUTUMN LANE
GEORGETOWN, KY 40324-8976

TERESA A HEINZMANN
29 SHEILA DR
FRANKLIN, MA 02038-3238

TERESA A JOHNSON
PO BOX 430434
PONTIAC, MI 48343-0434

TERESA D EBLING & KAREN D POLLACK TR
UA 01/17/2007 THE DELANEY FAMILY IRREV TRUST
4361 ROUTE 9G
GERMANTOWN, NY 12526

TERESA L KLEINSMITH
818 TAMAYO DR #3
CHULA VISTA, CA 91910-6358

TERESA M NEINO
44160 HARSDALE DRIVE
CANTON, MI 48187-3231

TERESA MCCARTHY & DONALD MCCARTHY TR
TERESA MCCARTHY LIVING TRUST UA 01/06/00
1580 BROOK KNOLL LANE
CUMMING, GA 30041

TERESA R HEINZ
8620 WOODWORTH RD
OVID, MI 48866-9466

TERI DALLARA CUST TINA DALLARA UGMA NY
2249 128TH ST
COLLEGE POINT, NY 11356-2721

TERI L IRWIN & ROBERT W IRWIN JT TEN
635 100TH SE
BYRON CENTER, MI 49315-8770

TERRANCE C STEINER
414 ELM STREET
WEST MIFFLIN, PA 15122-1535

TERRANCE L HEINEMAN
3391 TERRY ST
SAGINAW, MI 48604-1725

TERRE L WILLIAMS
ATTN TERRE STREETER
PO BOX 430981
PONTIAC, MI 48343-0981

TERRENCE LEE CROFT
STE 707 127 PEACHTREE ST
ATLANTA, GA 30303-1800

TERRENCE W MCCLAIN & MARCIA D MCCLAIN TR
TERRENCE W & MARCIA D MCCLAIN REVOCABLE LIV TRUST
UA 11/26/04
894 FLOHRS CHURCH ROAD
BIGLERVILLE, PA 17307-9558

TERRIE L VISSER-REINTGES
6855 UNION SE
GRAND RAPIDS, MI 49548-7351

TERRILL LAYMAN
12517 172ND ST NE
ARLINGTON, WA 98223

TERRILL W MENZEL & ROSEMARIE MENZEL TR
UA 12/26/90 TERRILL W MENZEL & ROSEMARIE
1725 ROBERTS DRIVE
STEVENS POINT, WI 54481-7039

TERRY A HARRIS
PO BOX 300895
KANSAS CITY, MO 64130-0895

TERRY A THOMPSON
AM WALDCHEN 3B
KONIGSTEIN D61462
GERMANY

TERRY A VRSHEK & CAROLE S VRSHEK TR
UA 12/15/2009 TERRY & CAROLE VRSHEK REVOCABLE
11738 S KEELER AVE
ALSIP, IL 60803

TERRY CRIST
PO BOX 831449
RICHARDSON, TX 75083-1449

TERRY E MEYERS
ATTN JOAN E BAKER
1512 147TH AVE SE
GALESBURG, ND 58035-9415

TERRY F ATKINS
PO BOX 700343
PLYMOUTH, MI 48170-0946

TERRY H KOVEL CUST LEE RALPH KOVEL
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
9925 JEFFERSON BLVD
CULVER CITY, CA 90232-3505

TERRY HORNE & CARROL HORNE JT TEN
4040 228TH ST
LANGLEY BC
V2Z 2H3 CANADA

TERRY L BURKE & JACQUELINE L BURKE JT TEN
2345 FILE DRIVE
DECATUR, IL 62521

TERRY L GRIFFITHS
#7 2588 152ND ST
SURREY BC
V4P 1J8 CANADA

TERRY L KREINBRINK
13175 BUDD RD
BURT, MI 48417-9419

TERRY L KREINER
1327 NEW ENGLAND RD
WEST MIFFLIN, PA 15122-3241

TERRY S REINER
35 N MAIN ST
MIDDLEPORT, NY 14105-1025

TERRY S REINER
35 N MAIN ST APT B
MIDDLEPORT, NY 14105-1025

TERRY WALLACE JONES & MARY KRELLWITZ JONES TR
UA 03/07/08 TERRY & MARY JONES LIVING TRUST
881 COUNTRY LN
HOUSTON, TX 77024

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
SECURITIES MANAGEMENT FOR
UNCLAIMED PROPERTY
208 EAST 16TH STREET
AUSTIN, TX 78701

THADDEUS S STEWARD & ALICE E STEWARD TR
THADDEUS S & ALICE C STEWARD REV LVG TRUST UA
8/18/99
720 ESSINGTON LANE
BUFFALO GROVE, IL 60089-1417

THANH TIN TRUONG & HAI-DUONG A NGUYEN JT TEN
20421 123RD CT SE
KENT, WA 98031-1722

THE CHARLES S BEAL FUND SOUTH SHORE COMMANDERY #
ATTN JOHN B MCCULLOCH JR
20 OLD FORGE RD
S WEYMOUTH, MA 02190-1260

THE MINISTER ELDERS & DEACONS OF SECOND PROTESTAN
CHURCH OF CITY OF NEW BRUNSWICK
100 COLLEGE AVE
NEW BRUNSWICK, NJ 08901-1105

THE RECTOR CHURCH WARDENS
& VESTRYMEN OF CALVARY CHURCH OF WILKES-BARRE
371-373 N MAIN ST
WILKES-BARRE, PA 18702-4409

THE REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA FO
COLLEGE
270 WASHINGTON ST S W
ATLANTA, GA 30334-9009

THE ROBERT B MORTON & RUTH E MORTON TR
UA 11/02/90 ROBERT B MORTON & RUTH E MORTON LIVING
TRUST
13 FOREST PARK DRIVE
VERO BEACH, FL 32962-4652

THE TRUSTEES OF THE GILSTER MARY LEE PROF SHAR
& RET FUND U-A DTD 12/8/72
BOX 227
CHESTER, IL 62233-0227

THE TRUSTEES OF THE GILSTER-MARY LEE CORP EMPLOYEE
PLAN & TR DTD 12/8/72
BOX 227
CHESTER, IL 62233-0227

THE TRUSTEES OF THE ITTA BENA-MORGAN CITY ROTARY CI
TRUST
PO BOX 504
ITTA BENA, MS 38941-0504

THE TTEE FOR THE JERRY REUBEN MARSHALL FOUNDATION
10/30/69
PO BOX 420
512 SECOND ST
BROWNSVILLE, PA 15417-1608

THE TTEE OF SALEM EQUIPMENT INC
& SALEM SETWORKS INC EMPLOYEES PROFIT SHARING TR
UA 12/30/59
PO BOX 947
SALEM, OR 97308-0947

THE TTEE OF THE LAWRENCE LIEBERFELD ASSOCIATES INC
9/15/75
401 E 86TH ST
NEW YORK, NY 10028-6403

THE TTEE OF THE MT LAWN LINCOLN MEMORIAL PARK INC TI
PERPETUAL CARE FUND 8/3/66
84TH ST & HOOK RD
SHARON HILL, PA 19079

THELMA ANNA DE GOEDE SMITH TR
UA 08/29/85 THELMA ANNA DE GOEDE SMITH TR
3909 CLEAR CREEK CEMETERY RD
OROVILLEA, CA 95965-9199

THELMA B CRAIG & JEFFREY S CRAIG TR
THELMA B CRAIG REVOCABLE LIVING TRUST
8449 SEATTLE SLEW LN
INDIANAPOLIS, IN 46217-4896

THELMA D KLOSSMAN CUST KENNETH JAMES KLOSSMAN
UNDER THE PENNSYLVANIA U-G-M-A
1112 BEHTEL CHURCH RD
SPRING CITY, PA 19475-9652

THELMA F BUNTING TR
THELMA F BUNTING REVOCABLE LIVING TRUST UA 01/31/97
604 WYTHE CREEK RD
POQUOSON, VA 23662-1504

THELMA METSGER DAVIS TR
THELMA METSGER DAVIS REVOCABLE TRUST UA 07/03/03
8804 N 750 W
ROSSVILLE, IN 46065

THELMA V DYER
PO BOX 120953
CLERMONT, FL 34712-0953

THEODORA ZUCKERMAN & STANLEY ZUCKERMAN TR
THEODORA ZUCKERMAN TRUST UA 02/17/94
39 SOUTH DR
GREAT NECK, NY 11021-1960

THEODORE A P GOLDEN TR
THEODORE A P GOLDEN REVOCABLE LIVING TRUST
06/27/75
181 SHAGBARK DR
ROCHESTER HLS, MI 48309

THEODORE COOKE & DIAN COOKE TR
THEODORE COOKE & DIAN COOKE TRUST UA 09/09/92
75 WESTWOOD DR
NOVATO, CA 94945-3321

THEODORE E GREENBERG CUST MARK GREENBERG
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
2 WHITE PINE CT
LAFAYETTE HL, PA 19444-2507

THEODORE F WEHR CUST FREDRICK T WEHR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
2377 OXFORD MIDDLETOWN ROAD
HAMILTON, OH 45013-9720

THEODORE F WEHR CUST NANCY M WEHR
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
ATTN N TURNER
1301 ASHOVER
BLOOMFIELD HILLS, MI 48304

THEODORE G BUSFIELD JR
18-A MOLLY PITCHER BLVD
WHITING, NJ 08759-1543

THEODORE G LEATHEM CUST THEODORE H LEATHEM
U/THE N J UNIFORM GIFTS TO MINORS ACT
38 HIDDEN GLEN RD
UPPER SADLE RIVER, NJ 07458-1723

THEODORE G ROTARY & ALMA J ROTARY & MARK G ROTARY
ROTARY FAMILY TRUST UA 08/07/96
9428 WARNER RD
SALINE, MI 48176-9374

THEODORE GAY MEINERT
4503 WINDY HILL RD SE
DECATUR, AL 35603-5328

THEODORE H GREINER
1416 WATERSIDE DR
DALLAS, TX 75218-4476

THEODORE H MEYER CUST JOHN E MEYER
U/THE CONNECTICUT UNIFORM GIFTS TO MINORS ACT
18 LANTERN HILL RD
EASTON, CT 06612-2218

THEODORE J WIGGINS & WANDA M WIGGINS TR
UA 12/17/93 THE WIGGINS FAMILY TRUST
1321 ZEUS
WEST COVINA, CA 91790-3353

THEODORE JACOBSEN & MRS BERNICE B JACOBSEN JT TEN
38781 337TH LN
AITKIN, MN 56431-2117

THEODORE M FONK JR CUST THEODORE M FONK 3RD
U/THE COLO UNIFORM GIFTS TO MINORS ACT
2800 SOUTH UNIVERSITY #52
DENVER, CO 80210-6055

THEODORE PECK CUST TED R PECK
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
PO BOX 10
SWARTZ CREEK, MI 48473-0010

THEODORE R PAYNE TR
THE THEODORE R PAYNE REVOCABLE LIVING TRUST UA
7/29/03
5096 PERRYVILLE ROAD
HOLLY, MI 48442-9408

THEODORE RAUCH AS DONEE OF A POWER TO MANAGE PR(
U-W ROSE R DESSAUER
65 TOP OF THE RIDGE DR
SCARSDALE, NY 10583-6715

THEODORE REINHARD & HOPE REINHARD JT TEN
111 NORFOLK AVE
EGG HARBOR, NJ 08215-1225

THEODORE SLEIN TR THEODORE SLEIN REVOCABLE TRUST
339 DIELMAN ROAD
ST LOUIS, MO 63132-4304

THEODORE STEINBERG
295 ROCK RD
GLEN ROCK, NJ 07452-1722

THEODORE T WHITNEY JR CUST NATHANIEL D WHITNEY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
26 VALLEY ST
NORFOLK, MA 02056-1629

THEODORE T WHITNEY JR CUST THEODORE T WHITNEY 3RD
U/THE MASS UNIFORM GIFTS TO MINORS ACT
PO BOX 543
YARMOUTH PORT, MA 02675-0543

THEODORE W ROBERTS
2809 361 FRONT ST W
TORONTO ON
M5V 3R5 CANADA

THEOPHANES G STRIMENOS CUST FRAN A STRIMENOS
U/THE ALA UNIFORM GIFTS TO MINORS ACT
BOX 285
BROOKLINE, NH 03033-0285

THERESA A FELLING
PO BOX 510572
KEY COL BCH, FL 33051-0572

THERESA ARTUS & MICHAEL F ARTUS TR
WALTER ARTUS CREDIT SHELTER TRUST UA 5/19/97
184-29 ABERDEEN ROAD
JAMAICA ESTATES, NY 11432-1515

THERESA B GRABLE TR
THERESA B GRABLE & DARLENE S BOERSEMA REV LIV
TRUST UA 12/10/96
222 GLENWOOD AVE
FENTON, MI 48430-3225

THERESA C HARKIEWICZ
& RAYMOND C HARKIEWICZ & BERNARD M HARKIEWICZ JT
TEN
47440 BURTON ST
UTICA, MI 48317-3106

THERESA E MEINCK
701 RUNNING DEER DRIVE
COLUMBIA, TN 38401-8003

THERESA LOMBARDO CUST MAXIMILIAN FREDDURA
UNDER THE FLORIDA GIFTS TO MINORS ACT
935 NW EGRET CT
STUART, FL 34994-9532

THERESA M GRIECO CUST MARIA ANGELA GRIECO
U/THE PA UNIFORM GIFTS TO MINORS ACT
4940 JACKSON DR
BROOKHAVEN, PA 19015-1008

THERESA M REINHARDT
200 CHIPPEWA CT
GIRARD, OH 44420-3617

THERESA QUINN KLEIN & FRANK JOSEPH KLEIN TEN COM
1422 BAY BERRY LN
SEABROOK, TX 77586-4535

THERESA SHAHEEN CUST RAYMOND SHAHEEN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
431 THOMAS AVE
ROCHESTER, NY 14617-2165

THERESE A RYAN
GM CHINA INVESTMENTS
56 JINWAN RD
PUDONG
SHANGHAI 201206 CHINA (PEOPLE'S REP)

THERESE C SEIBERT & JOHN J SEIBERT TR
THERESE C SEIBERT TRUST UA 11/23/94
16885 BOULDER WAY
MACOMB, MI 48042-3513

THERESE H MOSIER & LOUIS A MOSIER TR
LOUIS & THERESE MOSIER REV TRUSTUA 11/18/02
4787 RIDGE RD
LAKE, MI 48632-8838

THERESIA FILER CUST JESSICA E FILER UTMA OH
5680 MILLWOOD ROAD
BROADVIEW HEIGHTS, OH 44147-2248

THERESIA FILER CUST MARC E FILER UTMA OH
5680 MILLWOOD ROAD
BROADVIEW HEIGHTS, OH 44147-2248

THERESIA PH REUTHER TR THERESIA PH REUTHER TRUST U
13850 111TH AVE
SUN CITY, AZ 85351-2563

THERESIA V ROBINSON
C5 GREEN VILLAS
NO 700 BI YUN RD
PUDONG NEW DISSRICT
SHANGHAY 201 206 CHINA (PEOPLE'S REP)

THERON LEE JOHNSON SR TR
THERON LEE JOHNSON SR LIVING TRUST UA 08/21/96
5915 MARIPOSA DR
HOLIDAY, FL 34690-6323

THIAGO PIERRE LINHARES MATTOS
RUA MONTE ALEGRE 835 AP 1802
SAO PAULO
5014000 BRAZIL

THOM REINCKE
1405 PATTERSON GROVE RD
APEX, NC 27502-4035

THOMAS A HOTCHKISS
16775 290TH AVE
SOUTH ENGLISH, IA 52335-8652

THOMAS A LOWE & THOMAS M LOWE TR
UA 05/23/2007 THOMAS A LOWE & KATHLEEN B LOWE
65 CHRISTINE COURT
SATELLITE BCH, FL 32937

THOMAS A MALONEY CUST THOMAS ANTHONY MALONEY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
65 CENTRAL AVENUE
EVERETT, MA 02149-2230

THOMAS A RICHEY CUST ROBERT J RICHEY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
475 CLUB DR
AURORA, OH 44202-8564

THOMAS A RICHEY CUST THOMAS J RICHEY
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
475 CLUB DR
AURORA, OH 44202-8564

THOMAS A WILLIAMS & LOIS J WILLIAMS TR
UA 11/06/1993 THOMAS A WILLIAMS TRUST
2045 FOXMOOR LN
LAFAYETTE, IN 47905-8634

THOMAS A WINNARD & DOROTHY M WINNARD TR
THOMAS ALLIN WINNARD & DOROTHY MWINNARD JOINT
TRUST
3203 PRAIRIE AVE
ROYAL OAK, MI 48073-6577

THOMAS B GOOLSBY
PO BOX 150323
ATLANTA, GA 30315-0185

THOMAS B OBARR CUST JAMES B OBARR
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
PO BOX 4472
ARCATA, CA 95518-4472

THOMAS BLAUVELT CUST THOMAS BLAUVELT JR
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS
234 FOREST RD
MAHWAH, NJ 07430-3109

THOMAS C BENNETT & ANNE E BENNETT TR
UA 04/30/09 THOMAS C BENNETT & ANNE E BENNETT
8130 FARRANT ST
COMMERCE TWP, MI 48382

THOMAS C BYRD JR
PO BOX 208138
CHICAGO, IL 60620-8138

THOMAS C DUKE JR CUST THOMAS C DUKE III
U/THE WISC UNIFORM GIFTS TO MINORS ACT
1344 BANBURY RD
RALEIGH, NC 27607-3710

THOMAS C ETZWILER OR RUTH E ETZWILER TR
ETZWILER FAM LIVING TRUST UA 04/11/97
2581 MILLSBORO RD
MANSFIELD, OH 44903-8784

THOMAS C KNOERLEIN
68 HAVERHILL RD
JOPPA, MD 21085-4732

THOMAS C REINWAND & BURLEY F REINWAND TR
UA 07/27/93 THOMAS C REINWAND & BURLEY F REINWAND
REV TR
2944 SOMBRERO CIR
SAN RAMON, CA 94583-2208

THOMAS C SCHREINER
3011 EVERGREEN RD
TOLEDO, OH 43606-2727

THOMAS C SHUPERT & MARJORY M SHUPERT TR
THOMAS C & MARJORY M SHUPERT REV LIVING TRUST UA
02/21/05
4818 S LAREDO PASS
SIERRA VISTA, AZ 85650-8981

THOMAS C SHUPERT & MARJORY M SHUPERT TR
THOMAS C & MARJORY M SHUPERT REVOCABLE LIVING
4818 S LAREDO PASS
SIERRA VISTA, AZ 85635

THOMAS C THOMAS JR CUST KATHRYN L THOMAS
U/THE IND UNIFORM GIFTS TO MINORS ACT
10306 S 300 W
PENDLETON, IN 46064-9521

THOMAS C VANDEGRIFT & NANCY J VANDERGRIFT TR
THOMAS C VANDEGRIFT LIVING TRUSTUA 03/30/99
1491 VILLA
BIRMINGHAM, MI 48009-6558

THOMAS C WARRENDER & JAMES P WARRENDER AND BETH
WARRENDER EX EST CHARLES W WARRENDER
C/O DAVID P GOODWIN
P O BOX 673
SHARON, PA 16146

THOMAS CANIVET
112574 11TH LINE RR#2
ORTON ON
L0N 1N0 CANADA

THOMAS COLLISON SR & ELIZABETH K COLLISON TR
UA 12/11/86 T W COLLISON & E K COLLISON
10175 S LINDEN RD
GRAND BLANC, MI 48439-9361

THOMAS CONNOLLY CUST STEVEN JOHN CONNOLLY
U/THE MICH UNIFORM GIFTS TO MINORS ACT
13198 N LINDEN
CLIO, MI 48420-8233

THOMAS D BEINAR
35410 SCHOOLCRAFT
LIVONIA, MI 48150-1276

THOMAS D FENTON & JAMES A RICHARDSON TR
CHARLES G AVERY TRUST UA 07/30/62
1811 WOODBINE RD
RICHMOND, VA 23225-3225

THOMAS D HUNTER & JOEY S HUNTER TR
UA 09/17/92 THOMAS & JOEY HUNTER LIVING TRUST
985 CHURCH STREET NE
PALMYRA, IN 47164-8887

THOMAS D KLEIN
8195 KLEIN RD
HILLMAN, MI 49746-9196

THOMAS D REINKE
8095 EVERGREEN PK
SAGINAW, MI 48609-4206

THOMAS D STEINER
6815 GULF OF MEXICO DR
LONGBOAT KEY, FL 34228-1305

THOMAS D STRINGER & SHARIDON J STRINGER TR
THOMAS D & SHARIDON J STRINGER REV LIV TRUST UA
03/06/01
7692 ELIZABETH LAKE ROAD
WATERFORD, MI 48327-3685

THOMAS DAVID FINK & CYNTHIA GAY FINK JT TEN
129 STEINBRIGHT DR
COLLEGEVILLE, PA 19426-0000

THOMAS DAVIDOFF CUST GILLIAN PAMELA DAVIDOFF
UNDER THE FLORIDA GIFTS TO MINORS ACT
209 TURNBERRY COURT NO
ATLANTIS, FL 33462-1028

THOMAS E CLARKE & JUDITH A CLARKE TR
THOMAS E CLARKE CO MONEY PURCH PEN PLAN 07-NOV-79
PO BOX 3633
PAGOSA SPGS, CO 81147

THOMAS E CLARKE & JUDITH A CLARKE TR
THOMAS E CLARKE CO MONEY PURCH PEN PLAN NOV 7-79
PO BOX 3633
PAGOSA SPGS, CO 81147

THOMAS E FLANAGAN CUST THOMAS E FLANAGAN JR
U/THE CONN UNIFORM GIFTS TO MINORS ACT
56 STEEP HOLLOW DR
GLASTONBURY, CT 06033

THOMAS E FORGASH CUST ADAM P FORGASH
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
1325 PROSPECT ST
WESTFIELD, NJ 07090-4228

THOMAS E GIBBENS CUST THOMAS E GIBBENS JR
A MINOR UNDER THE LOUISIANA GIFTS TO
705 ROSEDOWN DR
THIBODAUX, LA 70301-8044

THOMAS E HOFFMAN
PO BOX 403973
HESPERIA, CA 92340

THOMAS E HUBER & JOAN M HUBER TR
THOMAS E & JOAN M HUBER FAMILY TRUST UA 6/19/01
5422 SOMERSET LANE S
GREENFIELD, WI 53221-3246

THOMAS E KITTS & FILENA A KITTS JT TEN
PO BOX 12
NORTH BRANCH, MI 48461-0012

THOMAS E L MCCABE & JEAN MCCABE & SALLY JEAN MCCAB
THOMAS & JEAN MCCABE REV 1996 TRUST UA 10/11/96
4991 LUCILLE DRIVE
SAN DIEGO, CA 92115-2041

THOMAS E MORRIS JR TR
L-W-T & TESTAMENT OF MARGUERITE T MORRIS F-B-O
THOMAS E MORRIS JR
5 LITTLE TARN COURT
HARDYSTON, NJ 07419

THOMAS E PACHECO
5800 HEINDALE ST
STERLING HTS, MI 48314-3028

THOMAS E WENT & HARRIET K WENT TR
THOMAS & HARRIET WENT REVOCABLE TRUST UA 6/13/05
3370 MARIGOLD CIRCLE
COSTA MESA, CA 92626-1725

THOMAS E WINNINGHAM JR & JANET H WINNINGHAM TR
THOMAS E WINNINGHAM JR REVOCABLE LIVING TR UA
04/19/05
4413 WASHINGTON ST
DOWNERS GROVE, IL 60515-2834

THOMAS EDWARD DOYLE
UNDER GUARDIANSHIP OF THOMAS T DOYLE UNDER
COURT ORDER DTD 09-13-66
12212 W STANLEY ROAD
FLUSHING, MI 48433-9206

THOMAS F BURLEIGH & CAROLYN M BURLEIGH & JOHN G BUI
UA 05/03/06
5257 VERNON LAKE DR
DUNWOODY, GA 30338

THOMAS F GARBULINSKI & RITA C GARBULINSKI TR
UA 08/16/88 THOMAS F GARBULINSKI&
1133 RONALD
FLINT, MI 48507-3338

THOMAS F LAWLOR CUST STEPHEN M MC MANUS
U/THE MASS UNIFORM GIFTS TO MINORS ACT
544 BROOK RD
MILTON, MA 02186-2823

THOMAS F MANGOLD CUST MARY JEAN MANGOLD
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
27 MATTHEWS RD
NEWARK, DE 19713-2554

THOMAS F PODY
PO BOX 155907
FORT WORTH, TX 76155-0907

THOMAS F ROBINSON & MARJORIE J ROBINSON TR
ROBINSON LIVING TRUST UA 8/16/01
30 WILBERT DRIVE
NORTH SYRACUSE, NY 13212-3815

THOMAS G CALLAHAN CUST STEPHEN L CALLAHAN
U/THE MASS UNIFORM GIFTS FOR MINORS ACT
70 LYNDEBOROUGH ROAD
AMHERST, NH 03031-3046

THOMAS G COOPER JR CUST ANNE G COOPER
U/THE TENN UNIFORM GIFTS TO MINORS ACT
21 VAUGHNS GAP ROAD #E-70
NASHVILLE, TN 37205-4330

THOMAS G COOPER JR CUST THOMAS G COOPER 3RD
U/THE TENN UNIFORM GIFTS TO MINORS ACT
375 ASHWOOD CT
VERNON HILLS, IL 60061-2334

THOMAS G DUPUIE
2078 REINDEL RD
FRANKENMUTH, MI 48734-9738

THOMAS G FEATHERSTON & DIANE E FEATHERSTON TR
THOMAS G & DIANE E FEATHERSTON REV LIVING TRUST UA
09/16/03
30018 HURON MEADOWS DR
ROCKWOOD, MI 48173-8620

THOMAS G PEEK & ANNE K PEEK JT TEN
PO BOX 806268
ST CLAIR SHORES, MI 48080-6268

THOMAS G SIEGELE & JESSICA L SIEGELE
UNDER KS UNIFORM TRANSFERS TO MINORS ACT
204 PEAK DRIVE
WEXFORD, PA 15090-7584

THOMAS G STEINES
762 YANKEE RUN
MASURY, OH 44438-9760

THOMAS GERARD LAUGHLIN TR
THOMAS GERARD LAUGHLIN REV LVG TRUST UA 10/28/99
1717 WEST LAWRENCE AVE
SPRINGFIELD, IL 62704-2323

THOMAS GOOLSBY JR
PO BOX 150323
ATLANTA, GA 30315-0185

THOMAS GULLEY
2045 DAVIS AVE
WHITING, IN 46394-1822

THOMAS H BROCKWAY & MADELINE A BROCKWAY TR
THOMAS H BROCKWAY TRUST NO 1 UA 07/28/04
1302 WASWING DR
DEWITT, MI 48820-9544

THOMAS H BROWN
PO BOX 907776
GAINESVILLE, GA 30501-0900

THOMAS H FITZGERALD CUST MISS LESLIE A FITZGERALD
U/THE MICH UNIFORM GIFTS TO MINORS ACT
970 LAGUNA COURT
HOLLISTER, CA 95023-7223

THOMAS H GLASS & PATRICIA M GLASS TR
THOMAS H & PATRICIA M GLASS FAM TRUST UA 06/20/97
N367 HAIGHT RD
FT ATKINSON, WI 53538-9516

THOMAS H LEININGER
268 CHURCH RD
MOHNTON, PA 19540-8300

THOMAS HARRISON
PO BOX 561525
ROCKLEDGE, FL 32956-1525

THOMAS I ALLEN CUST HELEN MARIE ALLEN
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
9875 RICHTER LN
ST LOUIS, MO 63126-2437

THOMAS J AGELL CUST THOMAS DEAN AGELL
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
224 W 22ND ST
HUNTINGTON, NY 11743-6206

THOMAS J BEGLEY CUST TERRENCE M BEGLEY
U/THE NEBRASKA UNIFORM GIFTS TO MINORS ACT
6240 WILLIAM ST
OMAHA, NE 68106-1564

THOMAS J BOWEN & MARLENE C BOWEN TR
THOMAS J & MARLENE C BOWEN LIVING TRUST UA 05/21/99
117 81ST ST
VIRGINIA BCH, VA 23451-1932

THOMAS J DEAHL & AILEEN C DEAHL TR
THOMAS J DEAHL & AILEEN C DEAHL LIV TR UA
38 HILLCREST DR
ORINDA, CA 94563-3224

THOMAS J FERRARI & GEORGIANNA H FERRARI TR
UA FERRARI REV INTER VIVOS TR 08/17/89
3400 WAGNOR HEIGHTS RD #15
STOCKTON, CA 95209-4890

THOMAS J GRIFFIS & LAWRENCE W GRIFFIS JR TR
STEFFANIE RUTH GRIFFIS UA 12/18/67
2855 MAGNOLIA BLVD W
SEATTLE, WA 98199-2410

THOMAS J HALPIN III
9567 DOGWOOD LN
BREINIGSVILLE, PA 18031

THOMAS J HAYKEL CUST CHARLES FRANCIS HAYKEL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
90 OAKGROVE DRIVE
WILLIAMSVILLE, NY 14221-6910

THOMAS J JOYCE & PATRICIA R JOYCE TR
THE JOYCE FAMILY TRUST UA 12/06/02
10256 BRIGHTON CIR
TWINSBURG, OH 44087-2693

THOMAS J KEINATH SR
6747 HASCO RD
MILLINGTON, MI 48746-9410

THOMAS J KREINIKER & LINDA N KREINIKER JT TEN
8404 WILLOW WEST DR
WILLOW SPRINGS, IL 60480-1140

THOMAS J LEARY
19 WHITING RD
DOVER, MA 02030-2452

THOMAS J LEIBERT
PO BOX 895219
LEESBURG, FL 34789-5219

THOMAS J MCCARTHY
PO BOX 661972
SACRAMENTO, CA 95866-1972

THOMAS J MIKOLAY TR
UA 07/21/2004 MIKOLAY FAMILY REVOCABLE LIVING TRUST
3302 SEA MIST LANE
MELBOURNE BCH, FL 32951

THOMAS J REINSEL
3106 GRAND VIEW BLVD
LOS ANGELES, CA 90066-1027

THOMAS J SCHISSEL & U EDWARD SCHISSEL TR
FRANCES I SCHISSEL REVOCABLE TRUST UA 11/10/98
5140 W SURREY AVE
GLENDALE, AZ 85304-1319

THOMAS J STEINBACH & GWENDOLYN A STEINBACH JT TEN
4101 TIERRA VISTA DR
LAKE HAVASU CITY, AZ 86406-4471

THOMAS J TRUSKOSKI
& MARK L TRUSKOSKI & STEPHEN TRUSKOSKI EX EST
LUCIAN T TRUSKOSKI
C/O THOMAS J TRUSKOSKI
22 BRADLEY ROAD
BURLINGTON, CT 06013

THOMAS J VUKOVICH & MARY E VUKOVICH TR
THOMAS J & MARY E VUKOVICH LIVING TRUST UA 12/07/94
191 GEORGIAN TER
SAGINAW, MI 48609-9416

THOMAS J WELLS
1640 100TH AVE
OTSEGO, MI 49078-9637

THOMAS JEAN HUMPHREY TERRENCE JEAN HUMPHREY
& ORVILLE LEE HUMPHREY JT TEN
BOX 37
WINTHROP, AR 71866-0037

THOMAS JOHN NAGLE & CAROLYN MAY NAGLE TR
THOMAS JOHN NAGLE TRUST UA 12/21/94
7 CRT OF CHAPEL WOOD
NORTHBROOK, IL 60062-3202

THOMAS K MILLER CUST ERIK AUSTIN MILLER
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
19059 GROUSE RD
PARK RAPIDS, MN 56470-5056

THOMAS K WEBER
BOX 151262 E LINCOLN ST
PEWAMO, MI 48873

THOMAS L CLARK & MRS CATHERINE B CLARK JT TEN
2 372 4 TENJINCHO APT 301
KODAIRA-SHI TOKYO
187 0004 JAPAN

THOMAS L CRAM
BOX 402501
HESPERIA, CA 92340-2501

THOMAS L DEMOLEN & JOSEFA CHACON DEMOLEN TR
THOMAS L DEMOLEN & JOSEFA CHACON DEMOLEN TRUST
UA 03/07/96
2412 WORDEN ST
SAN DIEGO, CA 92110-5826

THOMAS L HOOPER & KATY H HOOPER TR
THOMAS L & KATY H HOOPER LIVING TRUST UA 08/28/98
50 LYONS MOUNTAIN RD
BREVARD, NC 28712-7254

THOMAS L MC CARTHY
2257 136 ST
DORR, MI 49323-9539

THOMAS L MORAN & EILEEN J MORAN TR
THOMAS L MORAN & EILEEN J MORAN REVOCABLE LIVING
TRUST UA 5/28/98
13249 PEACH ST
SOUTHGATE, MI 48195-1317

THOMAS L PARDON & KATHRYN E PARDON TR
THOMAS L & KATHRYNE PARDON REVOCABLE LIVING
470 ABBEY WOOD DRIVE
ROCHESTER, MI 48306-2607

THOMAS M BEJARANO & ROSALIE M BEJARANO TR
BEJARANO FAMILY TRUST UA 08/09/90
14533 LANGHILL DR
HACIENDA HEIGHTS, CA 91745-2543

THOMAS M CONWAY & MARILYN A REINHART JT TEN
16820 STATE HIGHWAY 80
RICHLAND CTR, WI 53581-8690

THOMAS M CORNELISON & BETTYJUNE CORNELISON TR
CORNELISON TRUST UA 07/19/96
8561 N CLOVERLEAF RD #56
HAUSER, ID 83854-6194

THOMAS M HARTZELL CUST ANDREW BODMAN HARTZELL
U/THE MICH UNIFORM GIFTS TO MINORS ACT
1193 64TH STREET
OAKLAND, CA 94618

THOMAS M TOPOLNICKI
PO BOX 300481
WATEFORD, MI 48330-0481

THOMAS M WEIN
5378 LEETE RD
LOCKPORT, NY 14094-1206

THOMAS MALCOLM JAMES & PHERONETTE MADELEINE JAME
1324 NICHOLSON ST
HYATTSVILLE, MD 20782-1512

THOMAS MALCOLM JAMES & PHERONETTE MADELEINE JAME
1324 NICHOLSON ST
HYATTSVILLE, MD 20782-1512

THOMAS MORRONI TR
ELECTRIC EQUIP & ENGINEERING CO PROFIT SHARING
PLAN UA 12/01/84
BOX 16383
DENVER, CO 80216-0383

THOMAS N NISSEN JR & BARBARA L NISSEN TR
UA 11/23/93 THE NISSEN FAMILY TRUST
6045 RONNOCO
ROCHESTER HILLS, MI 48306-3459

THOMAS NEIL CARMENA CUST JULIE CHRISTINE CARMENA
A MINOR UNDER THE LOUISIANA GIFTS TO
7933 MAPLE AVE
VANCOUVER, WA 98664-1741

THOMAS NOBUO KAWAMURA TR
THOMAS NOBUO KAWAMURA SELF TRUSTEED TRUST UA
03/04/96
1737 B WAIOLA ST
HONOLULU, HI 96826-2551

THOMAS O DEMERON CUST MEGHAN MCSHANE UTMA GA
BOX 907338
GAINESVILLE, GA 30501-0906

THOMAS O JOHNSON
1062 S HEINCKE RD
MIAMISBURG, OH 45342-3859

THOMAS OWEN DAMERON
PO BOX 907338
GAINESVILLE, GA 30501-0906

THOMAS P BURNOSKY & ANN E BURNOSKY TR
THOMAS P BURNOSKY & ANN E BURNOSKY REV TRUST UA
09/15/99
20510 BEECH DALY
REDFORD, MI 48240-1066

THOMAS P DYKE & SUSAN A DYKE TR
THOMAS P DYKE & SUSAN A DYKE UA 07/24/97
8296 WALNUT CREEK DR
GRAND BLANC, MI 48439-2071

THOMAS P JOHNSON & MARIANNE A JOHNSON TR
THOMAS P & MARIANNE A JOHNSON TRUST UA 02/25/99
261 EAST SKYLINE
BALDWIN, MO 63011-3160

THOMAS P ORR & TRUDY S ORR TR
TRUDY S ORR REVOCABLE LIVING TRUST UA 05/03/99
CORTLAND FARMS SOUTH
5668 MACINTOSH DR
BAY CITY, MI 48706-5638

THOMAS P SCHREITMUELLER PATRICIA A SCHREITMUELLER
UA 11/22/94 SCHREITMUELLER FAMILY LIVING TRUST
28726 HIDDEN TRL
FARMINGTN HLS, MI 48331-2981

THOMAS PASSMORE KENDIG & KATHRYN MILLER KENDIG TR
UA 7/6/93 THOMAS PASSMORE KENDIG&
4351 LACARA STREET
LONG BEACH, CA 90815-2740

THOMAS Q WINKLER JR CUST THOMAS QUENTIN WINKLER 2N
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
660 SIMMONS MINE CIR
BUFORD, GA 30518-6237

THOMAS R ABRAMS CUST ERIN ABRAMS
UNDER THE MISSOURIUNIFORM GIFTS TO MINORS LAW
1305 UNIVERSITY AVE
UNIT 201
WAUKEE, IA 50263-8465

THOMAS R BLASKO & JOAN L BLASKO TR
THOMAS R & JOAN L BLASKO LIVING TRUST UA 10/31/95
605 ELMWOOD DR
HUBBARD, OH 44425-1448

THOMAS R DONALDSON & LUCILLE DONALDSON TR
UA DONALDSON LIVING TRUST 11/04/91
2464 ORCHARD ROAD
TOLEDO, OH 43606-2465

THOMAS R HESLEP CUST THOMAS TODD HESLEP
U/THE PA UNIFORM GIFTS TO MINORS ACT
202 W UHLER TERR
ALEXANDRIA, VA 22301-1552

THOMAS R HOWE CUST ROBERT FLETCHER HOWE II
U/THE IOWA UNIFORM GIFTS TO MINORS ACT
1020 BREEZY MEADOW LANE
SPENCER, IA 51301-3051

THOMAS R JARRETT & ELLEN P JARRETT TR
UA 08/28/90 THE JARRETT 1990 TRUST
551 SILVERADO DR
MANTECA, CA 95337-6664

THOMAS R MUTZ CUST FRANK M MUTZ 2ND
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
2115 VILLAGE POINT
ATLANTA, GA 30319-5306

THOMAS R PAULI & JACKIE L PAULI TR
PAULI JOINT LIVING TRUST UA 02/08/94
5512 CHATHAM LN
GRAND BLANC, MI 48439-9742

THOMAS R STEFFLER
6703 103RD AVENUE
SOUTH HAVEN, MI 49090

THOMAS R WEAKLEY CUST MICHAEL T WEAKLEY
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
17161 SOUTH RIVER RD
RUTHER GELN, VA 22546-4039

THOMAS RAY MCGAUGHEY
PO BOX 711150
HOUSTON, TX 77271-1150

THOMAS REED PICKING & BARBARA ANN PICKING TR
PICKING FAMILY TRUST UA 10/05/00
7720 W STATE HIGHWAY 96
PUEBLO, CO 81005-9781

THOMAS ROLAND BROWN & NANCY T BROWN TR
UA 03/20/2008 BROWN JOINT REVOCABLE TRUST
2132 RESERVATION ROAD
GULF BREEZE, FL 32563

THOMAS RUTKOWSKI CUST OF DANIEL THOMAS RUTKOWSKI
UNDER THE LAWS OF THE STATE OF WISCONSIN
816 BRIAR HILL DRIVE
WAUKESHA, WI 53188-2754

THOMAS S HERRON & JAMES W HERRON JT TEN
25220 174TH ST SE
MONROE, WA 98272-9252

THOMAS S PULSIFER
PO BOX 536665
ORLANDO, FL 32853-6665

THOMAS T KOLLER & ELEANORE H KOLLER TR
THOMAS T KOLLER LIVING TRUST UA 12/16/94
307 MARKED TREE RD
HOLLISTON, MA 01746-1645

THOMAS VERNON VIDRINE CUST SUSAN MARIE VIDRINE
A MINOR U/THE LOUISIANA GIFTS TO MINORS ACT
417 WILTON DRIVE
BATON ROUGE, LA 70815-6568

THOMAS W BOLDUC
8781 BREINIG RUN CIR
BREINIGSVILLE, PA 18031-2011

THOMAS W COLLISON JR TR
THOMAS WILSON COLLISON JR REVOCABLE TRUST UA
03/09/00
212 PATERSON BLDG
653 S SAGINAW ST
FLINT, MI 48502-1512

THOMAS W FUENER & CAROLINE E CHIPMAN TR
UA 03/11/92 THOMAS FUENER TRUST #1
47870 ROYAL POINTE DRIVE
CANTON, MI 48187

THOMAS W HAWKINS JR CUST THOMAS HAWKINS 3RD
U/THE N Y UNIFORM GIFTS TO MINORS ACT
28 EVERGREEN TRL
MEDFORD, NJ 08055-9344

THOMAS W HAWKSWORTH & PATRICIA HAWKSWORTH TR
UA 04/16/92 THOMAS W HAWKSWORTH & PATRICIA
226 WEST 2ND ST APT 4
PORTE ANGELES, WA 98362-2638

THOMAS W MC CURDY & PEGGY L MC CURDY TR
UA 11/12/93 THE THOMAS W MC CURDY & PEGGY L MC
1046 RANCH DR
GARDNERVILLE, NV 89460-9624

THOMAS W MORAN & GAIL MORAN HAMROCK TR
THOMAS W MORAN LIV UA 03/23/00
224 CAMERON DR
IRWIN, PA 15642-9228

THOMAS W OLIVER III & ANITA G OLIVER TR
UA 07/27/2007 THOMAS W OLIVER III & ANITA G
4734 OLIVER LANE
FERNANDINA, FL 32034

THOMAS W SCHILF & PAULA M SCHILF TR
THOMAS W & PAULA SCHILF REV LIVING TRUST UA 05/19/05
13 CEDAR RIDGE COURT
CANON CITY, CO 81212-9488

THOMAS W WOJCIK & PATRICIA WOJCIK TR
UA 07/7/94 THE THOMAS W WOJCIK &PATRICIA
14548 FOUR LAKES DR
STERLING HEIGHTS, MI 48313-2348

THOMAS W ZWICKEL JR
7379 123RD ST
CHIPPEWA FLS, WI 54729-3751

THOMAS WARD CUST NICOLE MARIE WARD UGMA MN
3908 181ST AVENUE NW
ANOKA, MN 55304-1052

THOMAS Z L LI
& SHEIN MEI LI JT TEN TOD JOLWAY LI SUBJECT TO STA
TOD RULES
3402 CORNELL PL
CINCINNATI, OH 45220-1502

THURMAN G TUCKER
PO BOX 310422
FLINT, MI 48531-0422

TIBY WEINSTEIN
238 PINE FOREST DRIVE
GREENVILLE, SC 29601-4424

TIFFANY BOEHME CUST ARDEN BOEHME UTMA WA
7356 127TH AVE SE
NEWCASTLE, WA 98056

TIFFANY N FRIMEL & FRANK FRIMEL JR TR
TIFFANY N FRIMEL LIVING TRUST UA 12/31/92
11949 LADUE RD
ST LOUIS, MO 63141-8223

TIMOTHY ALAN BYRNE CUST CLAYTON COLLEEN BYRNE
U/THE N Y UNIFORM GIFTS TO MINORS ACT
15 WOOD DRIVE
OYSTER BAY, NY 11771-3718

TIMOTHY BRITTON
7708 132 AVE
EDMONTON AB
T5C 2B1 CANADA

TIMOTHY C OHEARN
7286 101ST ST
FLUSHING, MI 48433-8705

TIMOTHY C YOE TR TIMOTHY C YOE TR 7/26/74
PO BOX 701308
PLYMOUTH, MI 48170-0962

TIMOTHY E FINKE
120 W HEINY RD
INDIANAPOLIS, IN 46217-3224

TIMOTHY F LYDEN
PO BOX 240225
DOUGLAS, AK 99824-0225

TIMOTHY IAN MCKINLEY CUST ELIZABETH ANN MCKINLEY
UNDER THE FLORIDA GIFTS TO MINORS ACT
3646 MANCHESTER DR
TRAVERSE CITY, MI 49684

TIMOTHY J COONAHAN & JOANNE M COONAHAN TR
UA 04/10/2008 TIMOTHY J & JOANNE M COONAHAN
3508 DUNDEE CRT
BETHLEHEM, PA 18020

TIMOTHY J KERR
1220-411 TASMAN DR
SUNNYVALE, CA 94089-2420

TIMOTHY J MRUS
PO BOX 351731
PALM COAST, FL 32135-1731

TIMOTHY J MURPHY & JOSEPH SPADAFORA TR
EASTERN COMPONENETS SALES CORP PROFIT SHARING
PLAN
41 BYBERRY AVENUE STE 9
HATBORO, PA 19040-3210

TIMOTHY J ROOKUS
840 143RD STREET
WAYLAND, MI 49348-9758

TIMOTHY J ROOKUS & PAMELA F ROOKUS JT TEN
840 143RD STREET
WAYLAND, MI 49348-9758

TIMOTHY J SCHAFER & SHARON M SCHAFER TR
UA 10/21/2008 THE TIMOTHY J SCHAFER & SHARON M
5741 FOLKSTONE
TROY, MI 48085

TIMOTHY J SCHAFER TR
UA 10/21/2008 TIMOTHY J SCHAFER & SHARON M SCHAFER
LIVING TRUST
5741 FOLKSTONE
TROY, MI 48085

TIMOTHY M KREUZER & KATHERINE H KREUZER TR
UA 06/11/2007 TIMOTHY M KREUZER TRUST
23124 SNELL ROAD
COLUMBIA STA, OH 44028

TIMOTHY P CALLAHAN
INTERNATIONAL SCHOOL OF BEIJING
NO 10 ANN HUA ST
SHUNYI DISTRICT
BEIJING 101300 CHINA (PEOPLE'S REP)

TIMOTHY R DALY & ELLEN O'NEIL WOODS TR
ALICE E O'NEIL TRUST UA 11/22/96
95 FIRST AVE
ILION, NY 13357-1722

TIMOTHY R SCHREINER
6720 SWAN CREEK
SAGINAW, MI 48609-7039

TINA CHRISTENFELD WEINER
15 BISHOP DR
WOODBRIDGE, CT 06525-2301

TINA K WYNN
1146 LEINBACH AVE
BLOOMFIELD HILLS, MI 48302-0035

TINA LOUISE CONLEY
PO BOX 430818
PONTIAC, MI 48343-0818

TISER TURNER
PO BOX 922711
SYLMAR, CA 91342

TOBY DORMAN & SARA JESSICA KLEIN JT TEN
3305 WATERFORD DRIVE
CLEARWATER, FL 33761-2016

TOBY F YELLEN & STEVEN L YELLEN TR
UA 11/19/2009 TOBY F YELLEN REVOCABLE
265 LINCOLN PKWY
BUFFALO, NY 14216

TOBY KLEIN
5008 16TH AVE
BROOKLYN, NY 11204-1404

TODD C MCCOY
9805 116TH ST STE 7412
KIRKLAND, WA 98034

TODD C MEIER
PO BOX 801825
DALLAS, TX 75380-1825

TODD D SCHREINER
8996 COUNTY ROAD G
MOUNT HOREB, WI 53572-2911

TODD J ANDERSEN SR & CRAIG R ANDERSEN TR
UA 05/27/1999 TODD J ANDERSEN SR TRUST
12226 WINDCLIFF RD
STRONGSVILLE, OH 44136-3558

TODD NEHMAD CUST CARL JOSEPH NEHMAD UTMA NJ
C/O STINSON MAG
BOX 419251
KANSAS CITY, MO 64141-6251

TODD W TRAUTWEIN
4461 VALLEY BROOK DRIVE
ENGLEWOOD, OH 45322-3621

TOMIE INOUYE CUST STANFORD S INOUYE
U/THE HAWAII UNIFORM GIFTS TO MINORS ACT
98-1931 WILOU ST
AIEA, HI 96701-1663

TOMIYOSHI KATAOKA
2-10 KAMISHOKOTSU-CHO
MONBETSU-SHI
HOKKAIDO
995354 JAPAN

TOMMIE BRUTTON
PO BOX 420339
PONTIAC, MI 48342

TOMMIE D WILEY & JOAN A WILEY TR
TOMMIE D & JOAN A WILEY TRUST UA 10/20/00
7028 GREENHILLS DR
SALINE, MI 48176-9547

TONI M STEINER
PO BOX 1249
HUDSON, WI 54016-5249

TONJA M JONES CUST MICHAEL L LOVE II UTMA TX
2647 WHITINHAM
HOUSTON, TX 77067

TONY BOU MALHAM CUST MARIE LOR MALHAM UTMA CA
PO BOX 502845
SAN DIEGO, CA 92150-2845

TONY D DEBELLIS & MILDRED R DEBELLIS TR
TONY & MILDRED DEBELLIS TRUST UA 01/29/98
9400 VALJEAN AVE
NORTH HILLS, CA 91343-2837

TONY W BURKE
PO BOX 320273
FLINT, MI 48532-0005

TOYOKO IDAMA TR TOYOKO IDAMA TRUST UA 04/28/97
PO BOX 660944
ARCADIA, CA 91066-0944

TRACY A DEFREITAS & AGNES E HOWARD TR
EDWARD FRANCES DEFREITAS UA 11/26/96
6100 GLEN OAK ST
LOS ANGELES, CA 90068-2373

TRACY R ACKERMAN & CONSTANCE C ACKERMAN TR
ACKERMAN FAM TRUST UA 06/09/98
1200 W PLACITA QUIETA
GREEN VALLEY, AZ 85614-1336

TRAPPOR T MASSON & EMILEE MASSON TR
UA 01/12/2008 TRAPPOR & EMILEE MASSON REVOCABLE
3219 WONDERLAND DRIVE
RAPID CITY, SD 57702

TRAVIS JOSEPH MEINERT
10121 HYDE PLACE
RIVER RIDGE, LA 70123-1523

TRENT M DI RENNA CUST TRENT R DI RENNA
U/THE N J UNIFORM GIFTS TO MINORS ACT
2706 WOOLEY RD
WALL, NJ 07719-4176

TREVOR SAMAGALSKI
215-2130 MAIN STREET
WINNIPEG MB
R2V 3E8 CANADA

TREZ T THOMPSON JR CUST TAD L THOMPSON
U/THE PA UNIFORM GIFTS TO MINORS ACT
1427 MARION DRIVE
PITTSBURGH, PA 15236-3440

TROWBRIDGE C BENT & ANTHONY DI CICCO JR & BARRY J W.
UW FREDERICK M PERRY
1320 13TH TERRDEL
PALM BEACH, FL 33418

TROY SINGLETARY CUST EFFIE SHIPMAN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
2475 TIEBOUT AVE
BRONX, NY 10458-5442

TRUMAN J HEDDING & MICHELE H STEPHENSON TR
UA 05/20/65 BY TRUMAN J HEDDING
CASA DE LAS CAMPANAS #652
46 DAVID DR
HOLLISTER, CA 95023-6350

TRUSTEES OF MIDDLE CREEK EVANGELICAL UNITED BRETHF
WASHINGTON TOWNSHIP PAULDING COUNTY OHIO
C/O DARWIN MCCLURE 21460 RD 48
GROVER HILL, OH 45849

TRUSTEES OF THE ELMHURST CEMETERY COMPANY SPECIA
4/29/68
C/O ELMHURST CEMETERY COMPANY
1212 E WASHINGTON ST
JOLIET, IL 60433-1236

TRUSTEES OF THE MARGARET KESSLER MARSHALL FOUNDA
ILLINOIS
14100 STATE RT 4
AUBURN, IL 62615

TRUSTEES OF THE PERMANENT MEMORIAL RELIEF FUND OF
563 F & A M
PO BOX 1455 LINDEN HILL STAT
FLUSHING, NY 11354-7455

TRUSTEES OF WARWOOD PRESBYTERIAN CHURCH WHEELIN
VIRGINIA M MORRIS
NORTH 23RD ST & WARWOOD AVE
WHEELING, WV 26003

TSUNEKO S HELLERSTEIN
1280 ELLIS ST
APT#7
SAN FRANCISCO, CA 94109-7652

TSUYOSHI TANAKA
3-18-14 NISHINAGAZUMI MINAMI-KU
FUKUOKA-SHI FUKUOKA-KEN
811-1361 JAPAN

TUNDRA L NELOMS
PO BOX 441382
DETROIT, MI 48244-1382

TURNOR DIXON HICKS
PO BOX 100069
FT WORTH, TX 76185-0069

TWYLAH E HAIL
1680-102 PIPER LANE
CENTERVILLE, OH 45440-5063

U LEO HELLMANN & JOAN M HELLMAN TR
URBAN LEO & JOAN M HELLMAN LIVING TRUST UA 07/12/93
6817 E COUNTY RD 200 N
AVON, IN 46123-8547

ULDARICO G REINHOLD
TOMKINSON 3306
B1642 ENU SAN ISIDRO
BUENOS AIRES
ARGENTINA

ULRICH MEHLING
RHEINGODSTR 12A
65203 WIESBRADEN
GERMANY

ULRICK CRUDELE CUST DAWN B CRUDELE
A MINOR UNDER P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
1100 MAPLE AVE
VINELAND, NJ 08360-3361

ULYSSES N POWELL
40 STEINWAY AVE
TRENTON, NJ 08618-1614

UNA MARLENE VARNES
14332 118TH AVE NE
KIRKLAND, WA 98034-1161

UNITED AUTOMOBILE-AIRCRAFT AGRICULTURAL IMPLEMENT
UAW-CIO INTERNATIONAL UNION AN ASSOCIATION
8000 E JEFFERSON
DETROIT, MI 48214-3963

URBAN T MASUCCI & ANN B MASUCCI TR
THE URBAN T & ANN B MASUCCI REVOCABLE LIVING TRUST
UA 07/24/04
251-04 GASKELL RD
LITTLE NECK, NY 11362-1323

URI MILSTEIN CUST NURIT MILSTEIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
255 VALENCIA DR
MONROE TWP, NJ 08831-5975

URSULA D BRACKIN & NATALIA PEVETO-MURRAY TR
JOHN W BRACKIN & URSULA D BRACKIN TRUST UA 01/10/95
2 BROADMOOR DR
TRINITY, TX 75862-6975

URSULA D VAN ARNAM & FREDERIC D VAN ARNAM JR TR
FREDERIC D VAN ARNAM TRUST UA 7/28/00
385 VERNA HILL ROAD
FAIRFIELD, CT 06430-2054

URSULA E MARX CUST OTTO WALTER MARX
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
11383 113TH DR
YOUNGTOWN, AZ 85363-1553

US CLEARING CUST LUDWLL L CATLETT A/C  IRA
1981 MARCUS AVE
STE 100
NEW HYDE PARK, NY 11042-1046

UTA HEINS
HAGENER STR 126 B
D-58642 ISERLOHN
GERMANY

V C ADAMSON JR E P ADAMSON PR ADAMSON & E A MILLER T
UW V C ADAMSON SR
100 E MAIN STREET
RICHMOND, VA 23219-2112

V LORRAINE HARRIS & JOANNE H PARKER TR
HARRIS MARITAL TRUST U/W GORDON C HARRIS
1162 TELEPHONE RD
RUSH, NY 14543

VAL A PRINCE CUST VAL SHANNON PRINCE
UNDER THE FLORIDA GIFTS TO MINORS ACT
1485 OSPREY AVE
NAPLES, FL 34102-3448

VALDA G LEVENSTEINS & ASTRIDA I LEVENSTEINS JT TEN
6135 COLE CT
ARVADA, CO 80004-6173

VALENTINE A MEEHAN & THERESA V MEEHAN & WILLIAM A M
VALENTINE ANDREW MEEHAN REVOCABLE TRUST UA
11/01/03
1862 WASHINGTON AVE
SEAFORD, NY 11783-1953

VALENTINE J TIERI CUST MARY JANE TIERI
A MINOR U/THE LAWS OF RHODE ISLAND
60 HARRIS AVE
JOHNSTON, RI 02919-2018

VALERE WYNTER GIBBS
101-125 W 147 ST APT 12 K
NEW YORK, NY 10039

VALERIE A MARESH TR
UA 08/09/06 VALERIE A MARESH REVOCABLE LIVING TRUST
1506 EDGEMERE DR
ROCHESTER, NY 14612

VALERIE D DUNN
PO BOX 363935
NORTH LAS VEGAS, NV 89036-7935

VALERIE F ARMSTRONG CUST BENJAMIN F ARMSTRONG
UNDER THE NEW HAMPSHIRE UNIFORM GIFTS TO MINORS
LAW
275 CHIACAGAMI TRAIL
MEDFORD LAKES, NJ 08055-2137

VALERIE L EVENS
11635 FILER
STERLING HGTS, MI 48312-5038

VALERIE LENORA BUTLER PERSONAL REP ESTATE LEE BUTL
PO BOX 241100
DETROIT, MI 48224-5100

VALERIE M FISHER
PO BOX 432167
PONTIAC, MI 48343-2167

VALERIE MEINKEN TR UA 08/21/2008 VALERIE MEINKEN TRUS
29200 JONES LOOP RD LOT 316
PUNTA GORDA, FL 33950

VALERIE S SCHLESINGER CUST ELIZABETH L SPERLING
A MINOR UNDER LA GIFTS TO MINORS ACT
650 POYDRAS ST 2250
NEW ORLEANS, LA 70130-6144

VALERIE S SCHLESINGER VUST FOR DANA SPERLING
A MINOR UNDER LA GIFTS TO MINORS ACT
6126 ST CHARLES AVENUE
NEW ORLEANS, LA 70118-6164

VALERIE VAN LEER GREENBERG CUST BRETT DANIEL VAN LE
NY
264 BEACH 133RD ST
BELLE HARBOR, NY 11694-1436

VAN R BIELSTEIN & DIANNE A BIELSTEIN JT TEN
14300 N MAY AVE
APT 4203
OKLAHOMA CITY, OK 73134-5041

VANCE C RICHARDS & JANIS I RICHARDS TR
UA RICHARDS FAMILY TRUST 04/23/91
12507 LARIAT DRIVE
SUN CITY WEST, AZ 85375-1828

VANCE L BIRCHMAN TR
UA 08/20/2009 VANCE L BIRCHMAN REVOCABLE LIVING
TRUST
22510 LONG ACRE
FARMINGTON, MI 48335

VARD P TOWNSEND & LORA F TOWNSEND TR
LORA F TOWNSEND LIVING TRUST UA 11/17/94
PO BOX 492
TAYLOR, MI 48180-0492

VEGA MILITARIU CUST STEVEN MILITARIU
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
2 W POINT TERR
TARIFFVILLE, CT 06081-9641

VELMA C CHOCK & LAUREN LC CHEE TR
VELMA C CHOCK REVOCABLE LIVING TRUST UA 03/02/99
3009 HOALOHA PLACE
HONOLULU, HI 96817

VELMA GLORIA SULLIVAN KOHNEN TR
VELMA GLORIA SULLIVAN KOHNEN LIVING TRUST UA
07/15/03
2325 FAIRLAND ST
PITTSBURGH, PA 15210-4064

VELMA L RUSSELL CUST STACEY L SENSOR
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
821 MARKHAM ST
FLINT, MI 48507-2566

VELMA LOUISE MUSGROVE & JOHN FREDRICK MAGEE TR
MUSGROVE FAMILY TRUST UA 5/11/91
11483 SABO RD
HOUSTON, TX 77089-2524

VELMA R RICH & ALVA E RICH JT TEN
BOX 198 402 WEST PENDLETON AVE
LAPEL, IN 46051-9668

VENESSIA DARBY
PO BOX 430706
PONTIAC, MI 48343-0706

VENESTER CHAMBERLAIN
PO BOX 763293
DALLAS, TX 75376-3293

VERA A SILKOWSKI
& BARBARA CASTELLI & WALTER SILKOWSKI & BARRY
SILKOWSKI JT TEN
203 GREEN RD
MANCHESTER, CT 06040-3249

VERA CARPENTER & ALLEN K CARPENTER TR
VERA CARPENTER LIVING TRUST UA 04/11/00
1724 OAKSTONE DR
ROCHESTER HILLS, MI 48309-1803

VERA DIANA STEIN
BOX 251 LENOX HILL
NEW YORK, NY 10021

VERA E VASTOLA CUST NINA MARIE VASTOLA
U/THE WISC UNIFORM GIFTS TO MINORS ACT
823 E BIRCH AVE
MILWAUKEE, WI 53217-5360

VERA F JENNINGS & DAVID L JENNINGS TR
VERA F JENNINGS REVOCABLE TRUST UA 01/31/97
1005 HORN ST
MUSKOGEE, OK 74403-3220

VERA M EDMUNDSON
1503-945 MARINE DRIVE
WEST VANCOUVER BC
V7T 1A8 CANADA

VERA M LEININGER & RICHARD B LEININGER JT TEN
952 BLOOMFIELD VILLAGE BLVD APT
AUBURN HILLS, MI 48326-3572

VERA NYITRAY & MARKO NYITRAY TR
VERA NYITRAY REVOCABLE TRUST UA 06/07/00
6975 VIALE ELIZABETH
DELRAY BEACH, FL 33446-3742

VERA R HUGHES CUST JOHN A HUGHES
A MINOR UNDER GIFTS OF SEC TO MINORS ACT
PO BOX 1827
ST GEORGE, UT 84771-1827

VERA STEFANOVSKI TR
VERA STEFANOVSKI REVOCABLE LIVING TRUST UA 11/16/04
6462 NORBORNE
DEARBORN HEIGHTS, MI 48127-2010

VERA V CANTRELL TTEE VERA V CANTRELL REVOCABLE LIVI
07/07/92
4267 E BRISTOL ROAD
BURTON, MI 48519

VERA YVONNE SMITH TR
UA 11/28/2007 EDWARD & VERA YVONNE SMITH REVOCABLE
JOINT TRUST
1124 SYCAMORE ROAD
VIRGINIA BCH, VA 23452

VERL GARRARD & GEORGIA GARRARD TR
UA 04/09/93 VERL GARRARD 1993 REVOCABLE TRUST
2760 ALVARADO TER S
SALEM, OR 97302-5432

VERLTON B GLASPIE
PO BOX 180452
LOS ANGELES, CA 90018-9738

VERMELL CHRISTINA STEVENS
& HAROLD ROY FENNELL & SUSAN ADELE PRESCOTT JT
TEN
RR #3
CAMPBELLVILLE ON
L0P 1B0 CANADA

VERN E LANEY
PO BOX 805949
ST CLAIR SHORES, MI 48080-5949

VERNA THOMPSON & STANLEY F THOMPSON TR
VERNA THOMPSON LIVING TRUST UA 6/9/98
PO BOX 700254
PLYMOUTH, MI 48170-0945

VERNE C SIEGFRIED & BARBARA A SIEGFRIED TR
SIEGFRIED FAM LIVING TRUST UA 08/22/95
11655 HAWTHORNE GLEN
GRAND BLANC, MI 48439-1378

VERNE C WALTON & VERA L WALTON TR
VERNE C & VERA L WALTON TRUST UA 05/11/99
5485 N ST RD 75
NORTH SALEM, IN 46165-9314

VERNERD A NIEWRZEL CUST PAUL VERNERD NIEWRZEL
U/THE MO UNIFORM GIFTS TO MINORS ACT
2104 W 119TH TERRACE
LEAWOOD, KS 66209-1108

VERNID E PETERSON & DOROTHY IDA PETERSON TR
FAMILY TRUST 11/01/88 U-A VERNID E PETERSON
7416 ELOY AVE
BAKERSFIELD, CA 93308-3712

VERNON A FIORI & JUNE B FIORI TR
VERNON A FIORI & JUNE B FIORI TRUST UA 04/07/98
1836 TISSERAND DR
SANTA ROSA, CA 95405-7635

VERNON A FOWLER & MARILYN M FOWLER JT TEN
30000-253 KASSON RD
TRACY, CA 95376-9537

VERNON A LEINONEN & MARY E LEINONEN JT TEN
5657 ORPHA STREET
NORTH PORT, FL 34287-2805

VERNON CAGE
ATTN J CAGE
PO BOX 270405
MILWAUKEE, WI 53227-7210

VERNON D BAKER CUST TERESA ANN BAKER
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
108 ELIZABETH ST
GEORGETOWN, DE 19947-1428

VERNON E GLAZA & DIANNE E GLAZA TR
VERNON E & DIANNE E GLAZA TRUST UA 05/01/01
1660 BAYCITY FORRESTVILLE ROAD
UBLY, MI 48475

VERNON E WHITE & CONSTANCE L WHITE TR
VERNON E WHITE & CONSTANCE L WHITE JOINT TRUST UA
04/25/95
3470 BROAD ST RD
GUM SPRING, VA 23065-2118

VERNON M FUSON & LORENA J FUSON TR
UA 11/17/93 THE VERNON M FUSON &LORENA J FUSON REV
12504 N PINE AVE
PARIS, MI 49338-9647

VERNON N BURKITT & DIANA E BURKITT TR
UA 02/09/93 THE BURKITT JOINT LIVING TRUST B
8970 W TUSCOLA ROAD
FRANKENMUTH, MI 48734-9572

VERNON R SHAFFER & VERNA M SHAFFER TR
VERNON R & VERNA M SHAFFER FAM TRUST UA 09/04/93
936 RENNEL DRIVE
CINCINNATI, OH 45226-1236

VERNON T MEEHAN JR TR
1992 VERNON T MEEHAN JR REVOCABLE TRUST UA 11/13/92
19638 ROMAR ST
NORTHRIDGE, CA 91324-1031

VERNON TURNER
131 46 229 ST
QUEENS, NY 11413-1839

VERNON W COOLEY CUST RICHARD L COOLEY
U/THE CAL UNIFORM GIFTS TO MINORS ACT
3550 BRIGHTON WAY
RENO, NV 89509-3870

VERONICA C BARTHOLOMAE & EARL R BARTHOLOMAE TR
UA 07/15/92 VERONICA C BARTHOLOMAE TRUST
1861 STOCKTON
DES PLAINES, IL 60018-3154

VERONICA R VANN CUST BARRY M VANN
A MINOR U/THE CALIF GIFTS OF SEC TO MINORS ACT
9635 E MONUMENT DR
SCOTTSDALE, AZ 85262-3640

VERONIQUE STEIN
3515 EUGENE PL
SAN DIEGO, CA 92116-1930

VICENTE BATISTA
PO BOX 350835
MIAMI, FL 33135-0835

VICENTE LOURENCO
RUA PADRE RODOLFO
KOMOREK 286
JARDIM APOLO IT
SAO JOSE DOS CAMPPOS-SP 12243-080 BRAZIL

VICKI CHILDERS ROWE CUST ANDREW TODD ROWE
A MINOR UNDER THE LAWS OF GEORGIA
245 RAM DR
COVINGTON, GA 30014

VICKI CHILDERS ROWE CUST JASON DOUGLAS ROWE
A MINOR UNDER THE LAWS OF GEORGIA
245 RAM DR
COVINGTON, GA 30014

VICKI FEINE
28 CANTERBURY LN
E AURORA, NY 14052-1358

VICKI G GOLDSTEIN
C/O SPERLING
97 NORTH PINE ST
NORTH MASSAPEQUA, NY 11758-2607

VICKI L KILBURN
ATTN VICKI L LEINONEN
4240 HADLEY ROAD
METAMORA, MI 48455-9635

VICKI SYPLES
PO BOX 620841
ORLANDO, FL 32862-0841

VICKIE JAMES
W281 FAIRVIEW DR
MUNDELEIN, IL 60060-3475

VICKIE L SWEINHAGEN
771 CHIPPEWA DR
DEFIANCE, OH 43512-3369

VICTOR A RAY & DOROTHY A RAY TR
VICTOR A RAY & DOROTHY A RAY TRUST UA 01/20/98
3412 BUCKINGHAM TRAIL
WEST BLOOMFIELD, MI 48323-2809

VICTOR ALLAN BAUMRIND CUST VICTOR ALLAN BAUMRIND
U/THE S C UNIFORM GIFTS TO MINORS ACT
21 MARKFIELD DR
CHARLESTON, SC 29407-6965

VICTOR B MARS
PO BOX 720-356
NORMAN, OK 73070-4262

VICTOR C DUNN JR CUST VICTOR J DUNN
U/THE PA UNIFORM GIFTS TO MINORS ACT
604 LEES BRIDGE RD
NOTTINGHAM, PA 19362-9116

VICTOR C KOHN & JOYCE M KOHN TR
VICTOR C KOHN & JOYCE M KOHN JOINT TRUST UA 06/01/95
5098 WOODSTOCK DR
SWARTZ CREEK, MI 48473-8542

VICTOR D BLAKELY
PO BOX 310723
FLINT, MI 48531-0723

VICTOR D CRESAP JR
800 NE TENNEY RD
110-329
VANCOUVER, WA 98685

VICTOR E GORSTEN
RUA EVANGELINA WODIANER 193
04640030 SAO PAULO BRAZIL
BRAZIL

VICTOR E GORSTEN
RUA EVANGELINA WODIANER 193
04640030 SAO PAULO SP
BRAZIL

VICTOR F CASSELLA TR
VICTOR F CASSELLA REVOCABLE TRUST OF 2005 UA
03/21/05 AS AMENDED
2670 FLOWING WELL RD
DELAND, FL 32720-8903

VICTOR G KOTIADIS & JEANNE T KOTIADIS TR
UA 11/20/97 KOTIADIS FAMILY TRUST
229 WINTERGREEN WAY
NEW HOLLAND, PA 17557-9685

VICTOR GIACALONE & CAROL A FREEMAN TR
UA 10/19/1999 GIACALONE FAMILY TRUST
5335 LAMPLIGHTER LANE
FLUSHING, MI 48433

VICTOR JAMES PETROVICS & MARGARET JULIA PETROVICS T
05/06/97 PETROVICS FAMILY TRUST
8431 ROCKY RD
WEED, CA 96094-9773

VICTOR KUSHNER CUST NEAL KOLMAN KUSHNER
U/THE PA UNIFORM GIFTS TO MINORS ACT
27 DARTMOUTH LANE
RICHBORO, PA 18954-1262

VICTOR L DAY
PO BOX 430231
PONTIAC, MI 48343-0231

VICTOR L DURRINGTON CUST VEARL G DURRINGTON
U/THE KANSAS UNIFORM GIFTS TO MINORS ACT
1814 PEMELTON DR
ABILENE, TX 79601-2616

VICTOR M RIVERA
P O BOX 771654
OCALA, FL 34477-1654

VICTOR O HUERTA JR
PO BOX 301113
WATERFORD, MI 48330-1113

VICTOR SARCIA & MARY E SARCIA TR
UA 12/5/07 VICTOR & MARY E SARCIA TRUST
408 N ALDINE
PARK RIDGE, IL 60068

VICTOR TAHILL & MARY TAHILL TR
09/27/02 VICTOR & MARY TAHILL FAMILY LIVING TRUST
5869 W M 76
WEST BRANCH, MI 48661-9619

VICTOR YOUNG CUST BRIAN YOUNG
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5705 E CALLE TUBERIA
PHOENIX, AZ 85018-4632

VICTORIA A LECO CUST EUGENE VICTOR LECO
U/THE MASS UNIFORM GIFTS TO MINORS ACT
60 KIMBERLY DR
NORTH ATTLEBORO, MA 02760-4511

VICTORIA BALDINI SHAHADY CUST JESSICA EVAN SHAHADY
UNDER THE WEST VIRGINIA GIFTS TO MINORS ACT
25 CLUB VIEW DRIVE
BRIDGEPORT, WV 26330-9712

VICTORIA C SOTEK & STEVEN F SOTEK JT TEN
693 CHURCH ST
WHITINSVILLE, MA 01588-2116

VICTORIA J SLEINSKY
6066 FIRWOOD ROAD
MENTOR ON LAK, OH 44060-2934

VICTORIA L LEVINSON
12401 234TH ST SE
SNOHOMISH, WA 98296-4917

VICTORIA M SCHWARTZ
8207 213 STREET
HOLLIS HILLS, NY 11427-1327

VICTORIA MARY COTE TR
CHRISTOPHER BRETT COTE MINORS TR U-A WITH A R F B
COTE 12/20/76
7012 E RIVERCREST ROAD
TUCSON, AZ 85750-2502

VIKRAM CARIAPA
& ASHA CARIAPA U-A DTD 10-14-94 THE CODANDA CARIAPA
LIV TRUST
8071 S 58TH ST
FRANKLIN, WI 53132-9238

VINCE M BARENCHI
7426 CHERRY AVE SUITE 210-420
FONTANA, CA 92336-4221

VINCEL K JENKINS & STEFANIE S MORITZ TR
STEFANIE S MORITZ & VINCEL K JENKINS LIVING TRUST UA
11/04/96
533 W MAIN ST UNIT 202
MADISON, WI 53703-4732

VINCENT A KUCZMARSKI CUST JAMES V KUCZMARSKI
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
6022 STARK DR
BROOK PARK, OH 44142-3048

VINCENT A SORRENTINO
137 CONSTITUTION BLVD
WHITING, NJ 08759-1836

VINCENT BELLE
14750 257TH ST 1
ROSEDALE, NY 11422-2821

VINCENT BERNSTEIN & SUSAN CAROL BERNSTEIN JT TEN
11 FLINLOCK RD
PHOENICIA, NY 12464

VINCENT E WHITE CUST WANDA FAY WHITE
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
204 ACTON CT
COLUMBIA, SC 29212-8260

VINCENT G MURRAY
2-24-10 #101 KAMI MEGU
MEGURO-KU TOKYO 153-0051
JAPANA R34 1B8
JAPAN

VINCENT H STEINBEISER
1921 CLOVERBROOK DRIVE
MINERAL RIDGE, OH 44440-9519

VINCENT JOHN MANEY JR CUST GEORGE MARTIN MANEY
U/THE ILL UNIFORM GIFTS TO MINORS ACT
8183 COUNTY ROAD 500
BLUE RIDGE, TX 75424-3720

VINCENT K LINDBERG TR
VINCENT K LINDBERG LIVING REVOCABLE TRUST UA 5/11/00
8093 KENWICK DR
WHITE LAKE, MI 48386-4325

VINCENT L PROCACCINI & JOYCE C PROCACCINI TR
PROCACCINI FAMILY REVOCABLE TRUST UA 08/27/98
7822 CASTLE ISLAND DRIVE
SARASOTA, FL 34240-7902

VINCENT LEWIS
PO BOX 310635
FLINT, MI 48531-0635

VINCENT O QUERIPEL & JUNE B QUERIPEL TR
QUERIPEL FAMILY REVOCABLE LIVING TRUST UA 05/29/01
521 POINSETTIA AVE
INVERNESS, FL 34452-4548

VINCENT SINATRA CUST PATRICIA SINATRA
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
22 HEATH PL
HASTINGS ON HUDSON, NY 10706-3619

VINCENT VENTURELLI CUST MARY VENTURELLI
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
210 MARLBOROUGH ROAD
ROCHESTER, NY 14619-1412

VINCENT YURKOVIC CUST WILLIAM YURKOVIC
U/THE PA UNIFORM GIFTS TO MINORS ACT
519 HAMPTON ST
SCRANTON, PA 18504-2853

VINOD KRISHNA
6A MAYFAIR GARDENS
LITTLE GIBBS RD
BOMBAY-400 006
INDIA

VIOLA M KLEIN & CHRISTINA A KLEIN TR KLEIN FAMILY TRUST
87 NW 48TH BLVD
GAINESVILLE, FL 32607-2277

VIOLA M LEINWAND
37401 S SAMANIEGO DR
TUCSON, AZ 85739-1043

VIOLET BARTAKOVITS TR
JOSEPH C BARTAKOVITS & VIOLET BARTAKOVITS TR UA
10/25/95
9331 ALTA SOL WAY
NEW PORT RICHEY, FL 34655-1765

VIOLET H ELLIOTT & SHARON E NAGY TR
LEON A ELLIOTT & VIOLET H ELLIOTT TRUST
130 YAVAPAI TRAIL
SEDONA, AZ 86336-3507

VIOLET HOHL CUST KURT ALBERT HOHL
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
9170 FENTON RD
FENTON, MI 48430-9488

VIOLET HOHL CUST WILLIAM HENRY HOHL
U/THE WISCONSIN UNIFORM GIFTS TO MINORS ACT
9170 DENTON HILL RD
FENTON, MI 48430-9488

VIRGIL D HENDERSHOT & LUCY A HENDERSHOT TR
UA 01/21/94 HENDERSHOT REVOCABLE LIVING TRUST
840 W CORUNNA AVE
APT 1A
CORUNNA, MI 48817-1269

VIRGIL D WHYTE CUST PETER DANIEL WHYTE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
13351 IOWA DR
WARREN, MI 48088-3139

VIRGIL L VORE
1152 S KEINATH
DEERFIELD, MI 49238-9775

VIRGIL LEO BIRGEN & LA DONNA FRANCES BIRGEN TR
THE BIRGEN FAMILY TRUST UA 02/16/79
2837 BLUFF POINT DR
LAS VEGAS, NV 89134-8935

VIRGIL LOVETT
PO BOX 292055
DAYTON, OH 45429-0055

VIRGINIA A MORRIS CUST GINGER T MORRIS
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
18 ARROWHEAD CIRCLE
SPENCER, VA 24165-3084

VIRGINIA A MORRIS CUST NEAL L MORRIS
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
18 ARROWHEAD CIRCLE
SPENCER, VA 24165-3084

VIRGINIA ALICE HUTCHISON TR
UA 08/29/91 THE VIRGINIA ALICE HUTCHISON TRUST
14042 HAMILTON ST
RIVERVIEW, MI 48193-7844

VIRGINIA B NELSEN & RICHARD P NELSEN TR
VIRGINIA B NELSEN REVOCABLE TRUST UA 10/09/91
5033 JOSHUA DR
WENTZVILLE, MO 63385-4562

VIRGINIA BARRETT RYAN & TOM W RYAN TR
REV LIV TR UA 06/05/83 VIRGINIA BARRETT RYAN
14 WHITE PINE DR
LITTLETON, CO 80127-3558

VIRGINIA BARRETT RYAN & TOM W RYAN TR
UA 06/05/83 VIRGINIA BARRETT RYAN
14 WHITE PINE DR
LITTLETON, CO 80127-3558

VIRGINIA C WRIGHT & EUGENE D WRIGHT JT TEN
4207 STEIN HIGHWAY
SEAFORD, DE 19973-6754

VIRGINIA E HYNDMAN & PATRICIA HYNDMAN SUMMERS TR
U-T-D 12/16/86 M-B VIRGINIA E HYNDMAN
1736 PIER AVE
SANTA MONICA, CA 90405

VIRGINIA G BRIAN CUST JEFFREY PAUL BRIAN
U/THE R I UNIFORM GIFTS TO MINORS ACT
UNIT 2
102 BLACKSTONE BLVD
PROVIDENCE, RI 02906-5453

VIRGINIA H MOORE CUST ROBERT CHARLES MOORE
U/THE ILL UNIFORM GIFTS TO MINORS ACT
1082 CHERRYBARK TRCE
MARIETTA, GA 30064-6216

VIRGINIA I CASTLES
3897 REINWOOD DR
DAYTON, OH 45414-2445

VIRGINIA I FORREST CUST MATTHEW BRETT FORREST
U/THE MD UNIFORM GIFTS TO MINORS ACT
1108 CEDAR ST
POCOMOKE CITY, MD 21851-9524

VIRGINIA IRVIN PETTIT TOD JACQUELINE ANNE PETTIT SUBJE
RULES
14025 BRIGHTON DAM RD
CLARKSVILLE, MD 21029

VIRGINIA J EDWARDS
2350 155TH AVE
MORLEY, MI 49336-9706

VIRGINIA L EBNER CUST CHARLES E EBNER
U/THE MD UNIFORM GIFTS TO MINORS ACT
1494 DUNSTER LANE
ROCKVILLE, MD 20854-6119

VIRGINIA L EBNER CUST VIRGINIA M EBNER
U/THE MD UNIFORM GIFTS TO MINORS ACT
1494 DUNSTER LANE
ROCKVILLE, MD 20854-6119

VIRGINIA L LEIDY & RICHARD MONNOT TR
VIRGINIA L LEIDY TRUST UA 09/24/96
1010 SPRUCE ST
APT 302
HOLLIDAYSBURG, PA 16648-2107

VIRGINIA LEE BUCKHEIT CUST ROBERT W BUCKHEIT JR
U/THE MD UNIFORM GIFTS TO MINORS ACT
2716 FLINTRIDGE DR
MYERSVILLE, MD 21773-8647

VIRGINIA LEE PENICK
4711-350TH STREET CT S
ROY, WA 98580-8668

VIRGINIA LEE RADCLIFFE & TERRANCE R RADCLIFFE JT TEN
6108 101ST PL NE
MARYSVILLE, WA 98270

VIRGINIA LOIS GREENING TR
UA 06/08/2007 VIRGINIA LOIS GREENING LIV TRUST
35036 RED PINE DRIVE
FARMINGTON, MI 48335

VIRGINIA M WHITACRE TR
VIRGINIA M WHITACRE REVOCABLE LIVING TRUST UA
05/31/95
902 PERKINS JONES RD
WARREN, OH 44483-1852

VIRGINIA MADURA JAMES CUST RICHARD HENRY JAMES
U/THE ILL UNIFORM GIFTS TO MINORS ACT
405 BLUFF AVE
LA GRANGE, IL 60552-6811

VIRGINIA MALLORY TR
REVOCABLE TRUST 08/30/88 U-A F-B-O VIRGINIA MALLORY
1425 MICHIGAN AVENUE
STOCKTON, CA 95204-4224

VIRGINIA MARIE SHORT CUST CHRISTOPHER MICHAEL SHOR
UNDER THE MINNESOTA U-G-M-A
5316 MARSH LANDING LANE
SUFFLOK, VA 23435-4214

VIRGINIA MENDONCA CUST DONNA LEIGH MENDONCA
A MINOR U/ CALIF GIFTS OF SEC TO MINORS ACT
248 TWINVIEW DRIVE
PLEASANT HILL, CA 94523-3132

VIRGINIA O ISAACS TR
THE FAMILY TRUST UNDER THE WARREN & VIRGINIA
ISAACS TRUST UA 01/30/90
1305 HANSEN AVENUE
ALAMEDA, CA 94501-3123

VIRGINIA R GIOKARIS & JAMES DANIEL GIOKARIS TR
VIRGINIA R GIOKARIS TRUST UA 07/07/94
810 NE PANTHER VALLEY
LEES SUMMIT, MO 64064

VIRGINIA R HUNGERFORD
PO BOX 621184
LITTLETON, CO 80162-1184

VIRGINIA R ROBINSON TR
VIRGINIA FAYE ROBINSON 2006 REVOCABLE TRUST UA
03/16/06
8504 RIDGEMONT DR
DES MOINES, IA 50322-2328

VIRGINIA R SCHNEINBERG
2901 BUCKSKIN LN
GRAYSLAKE, IL 60030-9350

VIRGINIA S REINARD
3836 WOODBINE AVE
HUBBARD, OH 44425-1868

VIRGINIA S VAZQUEZ
PO BOX 230803
LAS VEGAS, NV 89123-0014

VIRGINIA SCOTT
PO BOX 310306
FLINT, MI 48531

VIRGINIA SNYDER TR VIRGINIA SNYDER REVOCABLE TRUST
11187 180TH COURT SO
BOCA RATON, FL 33498-1912

VIRGINIA T KIDDLE & VIRGINIA COX & ALTHEA A BEATTIE TR
ARTHUR D KIDDLE RESIDUARY TRUST UA 02/13/01
4275 DIEHL RD
METAMORA, MI 48455-9639

VIRGINIA TORRES & RENEE TORRES TR
UA 07/25/2006 VIRGINIA TORRES LIVING TRUST
29129 SUNNYDALE
LIVONIA, MI 48154

VIRGINIA W BENGSTON TR
UA 11/21/06 VIRGINIA WYNNE BENGSTON REVOCABLE
LIVING TRUST
266 MEADOW ROAD
SANTA CRUZ, CA 95060

VIVIAN CHRISTIANSEN TR
UA 05/13/03 ERICH & VIVIAN CHRISTIANSEN LIVING TRUST
1751 W CITRACADO PARKWAY APT 330
ESCONDIDO, CA 92029

VIVIAN D SAHM CUST CORY TRAVIS HENDERSON UGMA TX
PO BOX 310713
NEW BRAUNFELS, TX 78131-0713

VIVIAN K MILLER CUST KAREN SUE MILLER
U/THE PA UNIFORM GIFTS TO MINORS ACT
C/O KAREN S KAHN
11 FARMSTEAD RD
SHORT MILLS, NJ 07078-1291

VIVIAN KURMAN CUST NEIL HOWARD KURMAN
UNDER ARTICLE EIGHT-A OF THE PERS PROPERTY LAW OF
N Y
APT 9R
205 THIRD AVE
NEW YORK, NY 10003-2556

VIVIAN NEMERSON CUST MATTHEW L NEMERSON
U/THE N Y UNIFORM GIFTS TO MINORS ACT
35 HUNTINGTON ST
NEW HAVEN, CT 06511-1332

VIVIAN-SUE PENN & PAMELA S MORINE TR
VIVIAN-SUE PENN REV TRUST UA 12/11/98
6719 CABLE CAR LANE
WILMINGTON, NC 28403-3668

VLADIK SUSKA CUST FREDERICK D ROSELLI
U/THE N J UNIFORM GIFTS TO MINORS ACT
27 PETTIT AVENUE
SOUTH RIVER, NJ 08882-1055

VLADIMIR S TUMAN CUST LUDWIG TUMAN
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
1401 E TVOLUMNE
TURLOCK, CA 95380

VOLNEY H SEBRING & HELEN A SEBRING TR
VOLNEY H SEBRING & HELEN A SEBRING
6060 STEEPLECHASE
GRAND BLANC, MI 48439-8669

W A MC CORMICK JR CUST WILLIAM T MC CORMICK
U/THE N C UNIFORM GIFTS TO MINORS ACT
PO BOX 223
ROWLAND, NC 28383-0223

W ALLEN JOHNSON & LOIS A JOHNSON TR
UA 06/21/90 THE W ALLEN JOHNSON TR & LOIS A
BOX 4404
OCALA, FL 34478-4404

W C RIESKE & GLADYS M RIESKE TR
W C RIESKE & G M RIESKE REV LIV TR 03/07/90 W C
5346 MARSH RD
HASLETT, MI 48840-8632

W CRAIG CHAMBERS CUST W CRAIG CHAMBERS JR
U/THE ARIZ UNIFORM GIFTS TO MINORS ACT
313 RED RIVER TRAIL
IRVING, TX 75063-4522

W DAN MYERS
2602 WERLEIN AVE
HOUSTON, TX 77005-3958

W EUGENE FREYMANN
20886 320TH ST
SIOUX CITY, IA 51108-8550

W H HALLOWELL & CHARLOTTE M HALLOWELL TR
W H & CHARLOTTE HALLOWELL REV LIVING TRUST UA
11/17/04
1198 25TH AVE SW
ALBANY, OR 97321-7542

W J WYLIE CUST WILLIAM LAWTON WYLIE
A MINOR UNDER THE LOUISIANA GIFTS TO
PO BOX 2635
HAMMOND, LA 70404-2635

W MORRIS TAYLOR CUST HOLLY C TAYLOR
UNDER THE MO TRANSFERS TO MINORS LAW
9666 OLIVE BLVD
STE 202
SAINT LOUIS, MO 63132-3012

WADE BRANDENBERGER & AMY P BRANDENBERGER TR
BRANDENBERGER FAMILY 2004 TRUST UA 03/05/04
11802 NEWBURY ROAD
ROSSMOOR, CA 90720

WADE DAVID BRIM & JANY HEBRARD BRIM TR
BRIM FAMILY REVOCABLE LIVING TRUST UA 07/29/04
1471 PAUL ST
SIMI VALLEY, CA 93065-3245

WADE L BARTENBAKER
PO BOX 301164
DRAYTON PLAINS, MI 48330-1164

WADE S CLOANINGER III
P O 290593
PORT ORANGE, FL 32129-0593

WADE S STANBOROUGH
18049 134TH WAY NORTH
JUPITER, FL 33478-3607

WAH WONG CUST ELEANOR WONG
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
10 GRIGGS RD
BROOKLINE, MA 02446-4732

WAH WONG CUST SUSAN WONG
U/THE MASSACHUSETTS UNIFORM GIFTS TO MINORS ACT
10 GRIGGS RD
BROOKLINE, MA 02446-4732

WAINO V MACKEY & KARMA K MACKEY JT TEN
PO BOX 911346
ST GEORGE, UT 84791-1346

WALBERT W HOCHSTEIN
3335 NASHVILLE AVE
NEW ORLEANS, LA 70125-4725

WALDEMAR J PFLEPSEN & SUE M PFLEPSEN TR
FAM TR 05/08/92 U-A WALDEMAR PFLEPSEN &
303 BEAUJEAN AVE
MELBOURNE BEACH, FL 32951-2019

WALDO C FAHLING & BETTY LOU FAHLING TR
BETTY LOU FAHLING TRUST UA 02/19/02
4216 BROOKSIDE DR
KOKOMO, IN 46902-4705

WALDO C FAHLING & BETTY LOU FAHLING TR
WALDO C FAHLING TRUST UA 02/19/02
4216 BROOKSIDE DR
KOKOMO, IN 46902-4705

WALDO L NEWBERG CUST RICHARD DWIGHT NEWBERG
A MINOR U/THE CALIFORNIA GIFTS OF SECURITIES TO
MINORS ACT
AMEMB USAID UNIT 3760
APO, AA 34031

WALDO W CALLAWAY TR
UA 11/04/1988 AMENDED 05/15/1998 WALDO W CALLAWAY
REVOCABLE TRUST
314 NORTH EAST 19TH STREET
CAPE CORAL, FL 33909

WALFRED W RAJALA & BERNICE D RAJALA TR
THE RAJALA FAMILY REVOCABLE LIVING
715 BUSSE HWY APT A4
PARK RIDGE, IL 60058-2450

WALKER ALAN STARLING A MINOR U/GDNSHP OF ALAN C ST/
PO BOX 700667
SAINT CLOUD, FL 34770-0667

WALKER B RHODES & ROSEANNE RHODES TR
WALKER & ROSEANNE RHODES JOINT TRUST 8/25/99
2526 ORCHARD LN
FLINT, MI 48504-4537

WALKER L JONES & ALICE G JONES TR
UA 01/22/91 WALKER L JONES & ALICE G JONES REV TR
250 PANTOPS MTN RD
CHARLOTTEVILLE
CHARLOTTESVLE, VA 22911

WALLACE A BERGLUND & BETTY A BERGLUND TR
WALLACE A & BETTY A BERGLUND LIVING TRUST UA
06/12/96
1309 FOREST PARK LN
BURNSVILLE, MN 55337-4779

WALLACE A CHRISTIANSON & ELIZABETH R CHRISTIANSON T
WALLACE A & ELIZABETH R CHRISTIANSON REV TR UA
4700 SW HOLLYHOCK CIR
APT 109
CORVALLIS, OR 97333-1392

WALLACE A ERICKSON & BETTY M ERICKSON TR
UA F-B-O ERICKSON FAMILY TRUST 01/28/87
19801 DEEP VIEW LANE
COVINA, CA 91724-3424

WALLACE B HEINECKE & JEAN M HEINECKE JT TEN
10501 EMILIE LANE
ORLAND PARK, IL 60467

WALLACE B NEWMAN CUST JAMES W C NEWMAN
U/THE N C UNIFORM GIFTS TO MINORS ACT
7035 MARCHING DUCK DR
APT E108
CHARLOTTE, NC 28210-2209

WALLACE B NEWMAN CUST WALLACE B NEWMAN JR
U/THE N C UNIFORM GIFTS TO MINORS ACT
7035 MARCHING DUCK DR
APT E108
CHARLOTTE, NC 28210-2209

WALLACE BRUGH SR CUST WALLACE BRUGH JR
A MINOR PURS TO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
6544 AKRON AVE N W
CANAL FULTON, OH 44614-8714

WALLACE C KVILVANG & JOYCE A KVILVANG TR
UA 05/25/83 WALLACE C KVILVANG & JOYCE A KVILVANG
1211 VIA LA JOLLA
SAN CLEMENTE, CA 92672-2344

WALLACE D ANDERSON & PATRICIA A ANDERSON TR
UA 05/01/01 ANDERSON FAMILY LIVING TRUST
9702 COTTONWOOD DR
SUN CITY, AZ 85373

WALLACE J BENZIE TR
WALLACE J BENZIE REVOCABLE LIVING TRUST UA 01/14/97
3325 S VASSAR RD
DAVISON, MI 48423-2425

WALLACE JAMES KING & CAROL ANN KING TR
WALLACE JAMES KING & CAROL ANN KING TRUST UA
12/07/95
4875 BROOK
SAGINAW, MI 48603-5651

WALLACE K LEOPOLD CUST KELLEY ANNE LEOPOLD
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
7546 BUCKINGHAM DRIVE
CLAYTON, MO 63105-2802

WALLACE W K YOUNG TR
UA 06/07/89 WALLACE W K YOUNG REVOCABLE LIVING
TRUST
45-920 KEAAHALA PLACE
KANEOHOE, HI 96744-3346

WALLACE W STEELE & THERESA STEELE TR
STEELE FAMILYREVOCABLE TRUST UA 04/18/00
BOX 531
BENICIA, CA 94510-0531

WALTER A BRIDGES
101 GUS WHITING RD
LAVONIA, GA 30553-2706

WALTER A BROWN & FLORENCE E BROWN TR
WALTER A & FLORENCE E BROWN FAM TRUST UA 09/29/97
2501 ROSEWORTHY DR
LAS VEGAS, NV 89134-7331

WALTER A NAWARA CUST KARA LYNN NAWARA
UNDER THE FLORIDA GIFTS TO MINORS ACT
13948 63RD LN N
WEST PALM BEACH, FL 33412

WALTER B DOMBROWSKI & MARIA J DOMBROWSKI TR
UA 06/06/89 WALTER B DOMBROWSKI & MARIA J
1801 WHITEFIELD STREET
DEARBORN HEIGHTS, MI 48127-3420

WALTER B WHITING SR
3395 OSBORNE RD NE
ATLANTA, GA 30319-2334

WALTER BASS CUST CARYN R BASS
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
10781 SUNSET BLVD
LOS ANGELES, CA 90077-3615

WALTER BEINECKE JR CUST WALTER BEINECKE III UGMA MA
PO BOX 1217
WALDOBOROE, ME 04572-1217

WALTER BERG
410-196 SCOTT ST
SAINT CATHARINES ON
L2N 5T2 CANADA

WALTER C BOSCHEN & RBS CITIZENS NA TR
UA 08/23/1984 WALTER C BOSCHEN 1984 TRUST
4 CARILLON SHORES
MIRROR LAKE, NH 03853

WALTER C CORNWELL & FON F CORNWELL TR
WALTER & FON CORNWELL LIV TRUST UA 07/17/97
6278 REITZEL DR
HICKORY, NC 28601-7030

WALTER C DRAUSE CUST VALERIE DRAUSE
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
22866 WOODCREEK DR
TAYLOR, MI 48180-9320

WALTER D BROOKS & DORIS E BROOKS TR
UA 11/14/85 WALTER D BROOKS & DORIS E BROOKS
15894 19 MILE RD
APT 225
CLINTON TWP, MI 48038-6349

WALTER D SHEEHAN CUST JULIA ANNE SHEEHAN
U/THE MASS UNIFORM GIFTS TO MINORS ACT
7 SANDY BROOK ROAD
BURLINGTON, MA 01803-3920

WALTER DUDLEY CUST WALTER VINCENT DUDLEY
U/THE W VA GIFTS TO MINORS ACT
1525 RAMBLER ROAD
CHARLESTON, WV 25314-1830

WALTER E BRUTZER & DIANE C BRUTZER TR
WALTER E BRUTZER & DIANE C BRUTZER TR UA 8/30/78
541 MICHIGAN AVE UNIT 15
FRANKFORD, MI 49635-8705

WALTER E GRYCZKOWSKI
95 STEINFELDT RD
LANCASTER, NY 14086-2333

WALTER E STEINWAY
4099 RIVERSIDE DRIVE
DAYTON, OH 45405-2364

WALTER E STEUART TR THE SEPERATE PROPERTY OF THE W
LIVING TRUST UA 10/09/93
6019 COVEWOOD CT
CITRUS HGTS, CA 95621-0953

WALTER F BROWN
PO BOX 475274
GARLAND, TX 75057

WALTER F SIMON & MARY M SIMON TR
WALTER F SIMON & MARY M SIMON LIVING TRUST UA
04/29/95
22975 SE BLACK NUGGET RD
APT 323
ISSAQUAH, WA 98029-7311

WALTER FASOLD JR
64354 REINHEIM
BERT BRECHT STRASSE 7
GERMANY

WALTER G LAUGHLIN & HELEN A LAUGHLIN TR
WALTER G & HELEN A LAUGHLIN TRUST UA 10/16/02
1611 SE 38TH TERRACE
TOPEKA, KS 66609-1504

WALTER H KREINHEDER
GARDEN VILLAS APT
13590 SO OUTER FORTY RD
TOWN & COUNTRY, MO 63017-5823

WALTER H MCBRIDE & VIOLA M MCBRIDE TR
UNDER WALTER H & VIOLA M MCBRIDE TR
505 N STONE BLVD
RAYMORE, MO 64083-9111

WALTER H NOBLE & DELORES M NOBLE TR
WALTER H NOBLE & DELORES M NOBLE REV TRUST UA
09/19/02
3755 CHILTON DR
SAGINAW, MI 48603-3176

WALTER H SCHNEIDER & COLLEEN SCHNEIDER TR
05/20/92 WALTER H SCHNEIDER & COLLEEN
418 COLDENHAM RD
WALDEN, NY 12586-2919

WALTER H WEINER CUST JON M WEINER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
876 PARK AVE
NEW YORK, NY 10021-1832

WALTER H WOLFF & JAMIE L WOLFF TR
WOLFF FAMILY REVOCABLE TRUST UA 02/04/02
2312 SW 50TH STREET
CAPE CORAL, FL 33914-6752

WALTER I SCOTT & CECILE M SCOTT TR
WALTER I & CECILE M SCOTT LIVING TRUST UA 7/10/99
39060 QUINN DR
STERLING HGTS, MI 48310-2439

WALTER J JOHNSON JR & MARIE LOUISE JOHNSON TR
WALTER J JOHNSON JR & MARIE L JOHNSON
1485 GERHARDT AVENUE
SAN JOSE, CA 95125-4840

WALTER J KARIOTT & HELEN E KARIOTT TR
KARIOTT FAMILY REVOCABLE TRUST UA 11/10/99
2845 WISCONSIN AVE
BERWYN, IL 60402-2955

WALTER J PATRICK & PATRICIA C PATRICK TR
U-T-D 09/02/82 WALTER J PATRICK & PATRICIA C
4826 SULLIVAN WAY
SANTA ROSA, CA 95409-4226

WALTER J STAZINSKI TR
WALTER J STAZINSKI 1998 REVOCABLE TRUST UA 03/06/98
12 FAIRVIEW ST
SAUGUS, MA 01906-2230

WALTER J TIMMONS
& BETTY J TIMMONS & JANET E TURNBAUGH & MARILYN G
BENNETT JT TEN
2603 S TAYLOR
PITTSBURGH, KS 66762-6548

WALTER J WALKER & MARION J WALKER TRU/A 10/02/00 WALT
WALKER REVOCABLE FAMILY TRUST
23743 LAKEWOOD BLVD
ST CLAIR SHORES, MI 48082-2545

WALTER J WASIELEWSKI & JOANNE WASIELEWSKI TR
WALTER J & JOANNE WASIELEWSKI REV LIV TR UA
PO BOX 11891
ASPEN, CO 81612-9420

WALTER J WEATHERLY
BOX 680564
FORT PAYNE, AL 35968-1606

WALTER J ZBIKOWSKI
& ROSEMARY E MAITLAND & WALTER JOHN ZBIKOWSKI R L
S JT TEN
25645 ROSS
DEARBORN HEIGHTS, MI 48125-1142

WALTER JACOBY JR
6604 110TH PLACE
APT 1
SEBASTIAN, FL 32958-4762

WALTER JAY HIRSCH CUST STEPHEN L HIRSCH
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
175 MAIN STREET SUITE 708
WHITE PLAINS, NY 10601-3123

WALTER JOSEPH HERCHOWSKI TR
WALTER J HERCHOWSKI REVOCABLE TRUST UA 05/10/96
12000 TRALEE RD 502
TIMONIUM, MD 21093-3841

WALTER KASTAN CUST KENNETH ALAN KASTAN
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
2542 ALLANTE AVE
LAS VEGAS, NV 89120-3740

WALTER L JANKOWSKI
1641 CABOT AVENUE
WHITING, NJ 08759-3303

WALTER L REIN & DORIS A REIN TR WALTER L REIN & DORIS A
9318 N MAIN
BAYTOWN, TX 77521-8753

WALTER L SADDLER TR
UA 11/06/1995 WALTER & LUELLA H SADDLER REVOCABLE
LIVING TRUST
1406 ALHI
WATERFORD, MI 48328

WALTER L VAN GOETHEM JR CUST NANCY ANN VAN GOETHE
U/THE MICH UNIFORM GIFTS TO MINORS ACT
355 S END AVE APT 33N
NEW YORK, NY 10280-1060

WALTER L WITTENBERG TR
WALTER L WITTENBERG LIVING TRUSTUA 09/20/95 WALTER
L WITTENBERG
6434 CECIL AVE
CLAYTON, MO 63105-2225

WALTER LOUCKS & FRANCES LOUCKS TR
WALTER LOUCKS & FRANCES LOUCKS REVOCABLE LIVING
TRUST UA 03/20/01
2330 E TURNEY
PHOENIX, AZ 85016-6221

WALTER M CARNALL CUST WAYNE T CARNALL
U/THE N Y UNIFORM GIFTS TO MINORS ACT
451 N KENNETH PL
CHANDLER, AZ 85226-2919

WALTER M DICKIE JR CUST ANDREW JOHNSON DICKIE
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
227 CROCKER AVENUE
PIEDMONT, CA 94610-1259

WALTER M ZIERMAN & SUZANNE H ZIERMAN TR
ZIERMAN LIVING TRUST UA 05/17/96
1058 CAMINO MANANA
SANTA FE, NM 87501-1043

WALTER MEISSNER & ELIZABETH J MEISSNER TR
WALTER & ELIZABETH MEISSNER REVOCABLE TRUST UA
10/09/02
1508 PENISTOWE ST
BIRMINGHAM, MI 48009-7210

WALTER O ARNOLD & SHIRLEY MAY ARNOLD TR
WALTER O & SHIRLEY MAY ARNOLD JOINT LIVING TRUST UA
02/12/04
10339 N HACKETT
FREELAND, MI 48623-9738

WALTER OTHERO
RUA BARTIRA 1198 APT 51
PERDIZES 05009-000
SAO PAULO SP BRAZIL
BRAZIL

WALTER P SIEGMUND CUST LISA KERSTEN SIEGMUND
U/THE CONN UNIFORM GIFTS TO MINORS ACT
BOX 246
POMFRET CENTER, CT 06259-0246

WALTER P SIEGMUND CUST W PAUL MARTIN SIEGMUND
U/THE CONN UNIFORM GIFTS TO MINORS ACT
BOX 246
POMFRET CENTER, CT 06259-0246

WALTER R CARNES CUST MARSHA ANN CARNES
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
4330 SNOOPY LN
TALLAHASSEE, FL 32303-6921

WALTER R NAEBERS & MICHELLE M NAEBERS TR
UA 02/06/2009 WALTER R & MICHELLE M NAEBERS
22830 BROOKDALE
ST CLR SHORES, MI 48082

WALTER R SCHUDA & FRANCES M SCHUDA TR
WALTER R & FRANCES M SCHUDA 2005 REV TRUST UA
01/19/05
8500 NEPHI WAY
FAIR OAKS, CA 95628-6224

WALTER R STOCKEBRAND & ESTHER A STOCKEBRAND TR
UA 02/28/91 WALTER R STOCKEBRAND&
220 SUMMIT BLVD
UNIT 333
BROOMFIELD, CO 80021-8271

WALTER S NELSON & FRANCES M NELSON TR
UA 01/31/94 NELSON REVOCABLE TRUST
5145 16TH AVE S
MINNEAPOLIS, MN 55417-1207

WALTER STEINMETZ & MRS JANICE M STEINMETZ TEN COM
291 EMERALD STREET
KINGSTON ON
K7P 3E1 CANADA

WALTER T KLINE & GRACE E KLINE TR
KLINE FAMILY REVOCABLE TRUST UA 04/12/00
19820 N 15TH AVENUE
PHOENIX, AZ 85027-4301

WALTER W CURRIER & BARBARA CURRIER TR
WALTER & BARBARA CURRIER LIVING TRUST UA 03/03/95
103 BON BRAE CT
ST CLAIR SHORES, MI 48081-1957

WALTER W FOSTER & MARIAN M FOSTER TR
THE MARIAN M FOSTER REV LIVING TRUST UA 05/03/96
3323 BELVEDERE N W
SALEM, OR 97304-4126

WALTER W FOSTER & MARIAN M FOSTER TR
THE WALTER W FOSTER REV LIVING TRUST UA 05/03/96
3323 BELVEDERE N W
SALEM, OR 97304-4126

WALTER W JOHNSON & CARLEEN Y JOHNSON TR
UA 09/14/2006 WALTER W JOHNSON &
12368 PARKIN LN
FENTON, MI 48430

WALTER W SLONAKER & LUCILLE SLONAKER TR
WALTER W & LUCILLE SLONAKER LIVING TRUST UA 04/23/98
10641 E 400 S
GREENTOWN, IN 46936-8956

WALTER W WEAVER & MARY E WEAVER TR
WALTER W & MARY E WEAVER TRUST UA 7/7/97
513 A CONSTELLATION SQ
LEESBURG, VA 20175-3111

WALTER WEIDEMANN JR & NANCY W VOLK & WALTER WEIDE
U-W-O SUZANNE W WEIDEMANN
7 KIRKCALDY DRIVE
WEST CHESTER, PA 19382-7285

WALTERS BANK & TRUST CO TR
LESLIE ANN COWAN IRREVOCABLE TRUST UA 12/26/03
PO BOX 96
WALTERS, OK 73572-0096

WANDA A WIRTZ TR UA 03/07/89 WANDA A WIRTZ TRUST
PO BOX 610037
PORT HURDON, MI 48061-0037

WANDA E RUTT CUST DOUGLAS M RUTT
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
3277 LONGRIDGE TER
SHERMAN OAKS, CA 91423-4929

WANDA J LYSKAWA TR
UA 07/15/2004 RICHARD LYSKAWA & WANDA J LYSKAWA
LIVING TRUST
11729 TECUMSEH
REDFORD, MI 48239

WANDA LEE MORRIS
11812 120TH ST E
PUYALLUP, WA 98374-4029

WANDA S HANSELMAN CUST ANDREW W HANSELMAN
UNDER THE MO TRANSFERS TO MINORS LAW
303 COUNTRY CLUB VW
EDWARDSVILLE, IL 62025

WARD S FLESHMAN JR & VERA F FLESHMAN TR
WARD & VERA FLESHMAN LIVING TRUST UA 10/19/98
5398 NIGHTHAWK DR
CINCINNATI, OH 45247-7507

WARING TRIBLE CUST ANNE BROOKE TRIBLE U/THE VIRGINIA
ATTN BROOKE TRIBLE WEINMANN
3905 CLUB DRIVE NE
ATLANTA, GA 30319-1111

WARING TRIBLE CUST WARING TRIBLE JR
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
20 AIKEN RD
FREDERICKSBURG, VA 22405-3340

WARREN C GOCKENBACH & ALICE M GOCKENBACH TR
WARREN C GOCKENBACH TRUST UA 11/06/95
9425 LECLAIRE AVE
SKOKIS, IL 60077-1217

WARREN C HILL & BEULAH R HILL TR
UA 12/15/88 WARREN C HILL & BEULAH R HILL
5731 SUNSET FALLS DR
APOLLO BEACH, FL 33572-3114

WARREN E BLUMENSCHEIN
6603 SCENIC POINT DR SE
WINTER HAVEN, FL 33884-2743

WARREN E CHESTER & VIRGINIA L CHESTER TR
CHESTER TR 12/17/86 WARREN E & VIRGINIA L CHESTER
11186 ASBEE ST
PEYTON, CO 80831

WARREN G REINER INC
384 MORRIS AVE BOX 388
SPRINGFIELD, NJ 07081-1106

WARREN J LOCKMULLER & MILDRED I LOCKMULLER TR
LOCKMULLER REVOCABLE TRUST UA 11/11/03
3411 KING RICHARD COURT
SEFFNER, FL 33584-6139

WARREN K BOLING
BOX 371 226 N WALNUT ST
LADOGA, IN 47954-0371

WARREN M GREGORY OR IRIS A GREGORY TR
WARREN M GREGORY LIVING TRUST UA 10/15/97
15011 LESLIE
OAK PARK, MI 48237-1990

WARREN S MICHAEL & FRANCES L MICHAEL TR
WARREN S MICHAEL & FRANCES L MICHAEL FAM TRUST UA
04/21/95
1184 MILLBRAE AVE
MILLBRAE, CA 94030-2946

WARREN W CHAN & ISABELLE L CHAN TR
REV TR 03/10/88 U-A WARREN W CHAN & ISABELLE L CHAN
941 CAMINO DEL RIO
SANTA BARBARA, CA 93110-1008

WARREN W LITTLEFIELD CUST EMILY WHEELER LITTLEFIELD
UNDER THE CALIFORNIA U-G-M-A
815 BROOKTREE RD
PACIFIC PALISADES, CA 90272-3904

WARWICK D TOMFOHR
27637 188TH PLACE S E
KENT, WA 98042-5440

WARWICK FAY NEVILLE CUST GEORGE RYAN NEVILLE
U/THE N C UNIFORM GIFTS TO MINORS ACT
PO BOX 1827
PINEHURST, NC 28370-1827

WATSON M ORE & LELA M ORE TR
UA 08/14/91 WATSON M ORE & LELA M ORE FAMILY TRUST
1818 SW 1ST ST
LEES SUMMIT, MO 64081-1789

WAYNE A BRUNKAN & DOROTHY A BRUNKAN TR
UDT BRUNKAN FAMILY TRUST 1990 09/19/90
1962 HILLCREST LANE
VENTURA, CA 93001-2324

WAYNE A CHAFFIN
& FREDERICK A CHAFFIN & MARK A CHAFFIN & DARLENE L
ROBEL &
529 JEFFERSON ST
PORT CLINTON, OH 43452-1918

WAYNE A MARTIN & RUTH E MARTIN TR
UA 04/08/92 THE MARTIN FAMILY REVOCABLE TRUST
3908 HIGHWAY 11
INMAN, SC 29349-8887

WAYNE A NANOMANTUBE & LOIS M NANOMANTUBE TR
NANOMANTUBE LIVING TRUST UA 11/17/98
312 DOUBLE HORSESHOE CT
SUNRISE BEACH, MO 65079-9201

WAYNE C GEPPERT CUST STEVE C GEPPERT
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
1275 BEECH STREET
SAINT PAUL, MN 55106-4729

WAYNE C MILLER CUST CRAIG A MILLER
U/THE PA UNIFORM GIFTS TO MINORS ACT
350 NW SPRINGVIEW LOOP
PORT ST LUCIE, FL 34986-2665

WAYNE C MILLER CUST JEFFREY K MILLER
U/THE PA UNIFORM GIFTS TO MINORS ACT
350 NW SPRINGVIEW LOOP
PORT ST LUCIE, FL 34986-2665

WAYNE E BELKA
445 133RD AVENUE
WAYLAND, MI 49348-9514

WAYNE F PFLUGMACHER & MEREDITH A PFLUGMACHER TR
WAYNE & MEREDITH PFLUGMACHER REVOCABLE
2802 LOCUST COURT EAST
KOKOMO, IN 46902-2952

WAYNE G KEINATH & LORIE A KEINATH JT TEN
12357 BAKER ROAD
FRANKENMUTH, MI 48734-9759

WAYNE H BAKER & DONNA L BAKER TR
WAYNE H & DONNA L BAKER TRUST UA 10/03/89
1948 W 13TH PLACE
YUMA, AZ 85364-4305

WAYNE J SPENCE
PO BOX 580084
KISSIMMEE, FL 34758

WAYNE L BELKNAP & ELIZABETH M BELKNAP TR
06/22/93 WAYNE L BELKNAP&ELIZABETH M
BOX 382
INMAN, KS 67546

WAYNE L TITZEL & FRANCES M TITZEL TR
WAYNE L TITZEL & FRANCES M TITZEL TRUST UA 06/09/93
110 COLUMBIA AVE
GREENVILLE, PA 16125-1814

WAYNE M ORMES & BRADLEY M ORMES TR
WAYNE M ORMES REVOCABLE LIVING TRUST UA 01/16/98
7588 S 250 E
MARKLEVILLE, IN 46056-9772

WAYNE O SINGLETON CUST JASON W SINGLETON
A MINOR UNDER THE LAWS OF GEORGIA
105 COLE CT
WARNER ROBINS, GA 31088

WAYNE R RUSSELL
8515 173RD S
SPANAWAY, WA 98387

WAYNE REINKE
10096 SONORA DR
FENTON, MI 48430-9361

WAYNE STREILEIN
44 NEPTUNE ST
BEVERLY, MA 01915-4751

WEBSTER CHAPMAN MERWIN
A MINOR U/GUARDIANSHIP OF WILLIAM CHAPMAN MERWIN
P O DRAWER 2079
PALATKA, FL 32178-2079

WENDELKEN FAMILY LLC
ACCOUNT 1
1700 CAMDEN WAY
OKLAHOMA CITY, OK 73116

WENDELL K GIBSON & IRIS VELMA GIBSON TR
WENDELL K GIBSON & IRIS VELMA GIBSON TRUST UA
6/26/97
3981 HAMMOND BLVD
HAMILTON, OH 45015-2135

WENDELL R BALDWIN
& DONNA M BALDWIN TRUST WENDELL R BALDWIN &
DONNA M BALDWIN
1036 CLUBHOUSE DR
LAKE ISABELLA, MI 48893-9339

WENDY G SEGHI
PO BOX 566051
ATLANTA, GA 31156

WENDY J WEINBERG
6520 ELGIN LANE
BETHESDA, MD 20817-5400

WENDY JO EINHORN
720 BALDWIN AVE
NORFOLK, VA 23517-1814

WENDY REINER
880 NE 69TH ST
APT 7F
MIAMI, FL 33138-5793

WENDY SMITH
PO BOX 167203
OREGON, OH 43616-7203

WENDY SOBEY & JAMES STRICK TR
WENDY SOBEY & JAMES STRICK REVOCABLE TRUST UA
04/29/97
7509 ALFRED DR
SILVER SPRING, MD 20910-5203

WENDY STEIN CUST ZACHARY TAYLOR STEIN UGMA NY
51 SUMMER ST
NEW CANAAN, CT 06840

WENDY WEINSTEIN
1350 WOODLAND LN
RIVERWOODS, IL 60015-1972

WERNER F SCHMIDT & SHEILA C SCHMIDT TR
SCHMIDT FAMILY TRUST UA 11/04/91
30 OTIS WAY
LOS ALTOS, CA 94022-3119

WERNER HANF
ARNDT STRASSE 33 A
D-65232 TAUNUSSTEIN
GERMANY

WERNER HEINRICH JUNG
SILVANER STR 9
D-55129
MAINZ
D-55129 GERMANY

WERNER HUGO FREY
SCHWARZWALDSTRASSE 24A
D-65428 RUESSELSHEIM
GERMANY

WERNER MARTIN
BEHRBACH STR 5
D-65510 IDSTEIN
GERMANY

WERNER Z HIRSCH & HILDE E HIRSCH TR
WERNER Z HIRSCH & HILDE E HIRSCHFAMILY TRUST
11601 BELLAGIO RD
LOS ANGELES, CA 90049-2112

WESLEY CHARLES DALESIO
2537 104TH CIRCLE
WESTMINSTER, CO 80234-3507

WESLEY M FOSTER
3312 MEINING RD
BERTHOUD, CO 80513-8521

WESLEY P LARNER & MARGARET L LARNER TR
WESLEY P AND MARGARET L LARNER REV LIVING TRUST
UA 04/27/98
13104 SHARON RD
ST CHARLES, MI 48655-8618

WESLEY P SAUTER CUST JAMES SAUTER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
PO BOX 745
BLUFFTON, SC 29910-0745

WHITNEY G CRAIG
1660 CASTILLIAN WAY
MUNDELEIN, IL 60060-4832

WILBERT H GRAFF & MARILYN L GRAFF TR
UA 03/12/93 WILBERT & MARILYN GRAFF TRUST
2009 UPLAND DR
FRANKLIN, TN 37067-4090

WILBERT J ROBERTSON & CAROLINE D ROBERTSON TR
ROBERTSON LIVING TRUST UA 02/22/96
7320 N HAMMOND
OKLAHOMA CITY, OK 73132

WILBUR J BARTELL CUST RICHARD S BARTELL
U/THE MONTANA UNIFORM GIFTS TO MINORS ACT
2206 PEBBLE CREEK DR
LISLE, IL 60532-1191

WILBUR J KLEINTOP & LA RUE M KLEINTOP TEN ENT
960 HIGHLAND AVE
BETHLEHEM, PA 18018-3331

WILBUR MCMANN & ANN T MCMANN TR
WILBUR MCMANN & ANN T MCMANN REV LIV TRUST UA
01/31/97
7224 E CAROL AVE
MESA, AZ 85208-2089

WILD WOMEN OF WALL ST INV CLUB DONNA RUSSELL--PRES
SHAW--TREASURER
6868 SADDLE RUN WAY
GAINESVILLE, VA 20155-3026

WILDA M CIVAY & LINDA K LAMBERT & JOHN LAMBERT TR
WILDA M CIVAY REVOCABLE LIVING TRUST UA 8/29/05
2054 RANCHWOOD DR
MANSFIELD, OH 44903-7218

WILFORD A MASON & BARBARA J MASON TR
UA 07/24/2007 WILFORD & BARBARA MASON TRUST
14254 S VERNON RD
BYRON, MI 48418

WILFORD A MASON & BARBARA J MASON TR
UA 07/24/2007 WILFORD & BARBARA MASON TRUST
14254 SOUTH VERNON ROAD
BYRON, MI 48418

WILFRED A HETZEL & NANCY J HETZEL TR
WILFRED A HETZEL TRUST UA 11/18/99
2308 WILLOW SPRINGS RD
KOKOMO, IN 46902-4595

WILFRED A HILARIDES & RUTH L HILARIDES TR
UA 07/30/2008 WILFRED & RUTH L HILARIDES
13151 TWELVE MILE RD
WARREN, MI 48093

WILFRED A HILARIDES & RUTH L HILARIDES TR
UA 07/30/2008 WILFRED A & RUTH L HILARIDES
13151 TWELVE MILE RD
WARREN, MI 48093

WILFRED B BRADLEY & MARY L BRADLEY TR
WILFRED B BRADLEY & MARY L BRADLEY REV LIV TRUST
8013 KETCH COVE
FAIRHAVEN, MI 48023-1855

WILFRED H DUGAN CUST JAMES W DUGAN
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
MONTROSE, MO 64770

WILFRED J CLOUM
3915 E STEIN RD
LA SALLE, MI 48145-9645

WILFRED J MEIER CUST WILFRED JOHN MEIER
U/THE PA UNIFORM GIFTS TO MINORS ACT
710 CRESTVIEW DR
SHARPSVILLE, PA 16150-8332

WILFRID E RUMBLE JR TR
CYNTHIA RUMBLE SUPPLEMENTAL NEEDS TRUST UA
03/18/02
64 S GRAND AVE
POUGHKEEPSIE, NY 12603-2328

WILHELMINA WILLIS-COLEMAN TOD ANDREA M JACKSON SUE
RULES
4671 COUNTRY LN
APT 103
CLEVELAND, OH 44128-5823

WILL A KENNEDY CUST WILLIAM NICKERSON KENNEDY
U/THE MASS UNIFORM GIFTS TO MINORS ACT
100 LAUREL OAK DR
AIKEN, SC 29803-2685

WILL ALLEN COURTNEY
PO BOX 121488
FORT WORTH, TX 76121-1488

WILL ALLEN COURTNEY & R W DECKER TR
UA 10/12/78 THE CYNTHIA SIEGEL TRUST
PO BOX 121488
FORT WORTH, TX 76121-1488

WILL ALLEN COURTNEY & R W DECKER TR
UA 10/12/78 THE Q P COURTNEY III TRUST
PO BOX 121488
FORT WORTH, TX 76121-1488

WILL ALLEN COURTNEY TR UW OF ETHEL ALLEN COURTNEY
PO BOX 121488
FORT WORTH, TX 76121-1488

WILL ALLEN COURTNEY TR UW OF ETHEL ALLEN COURTNEY
PO BOX 121488
FORT WORTH, TX 76121-1488

WILLA MAE C TURNER CUST ROSE NANCY TURNER
U/THE FLA GIFTS TO MINORS ACT
C/O R HOPPER
1824 KIMBERLY LANE
INVERNESS, FL 34452-4408

WILLARD C REINKE
4401 HERTZ ROAD
PORT HOPE, MI 48468-9715

WILLARD C RICHART & LINDA RICHART TR
WILLARD C & LINDA RICHART LIV TRUST UA 06/14/99
1783 FAIRVIEW CT
SALINE, MI 48176-8850

WILLARD E RIECK & MARY L RIECK TR
WILLARD E & MARY L RIECK LIVING TRUST UA 08/27/97
1408 E VAN BUREN ST
COLORADO SPRINGS, CO 80907-6548

WILLARD F WHITING
112 TOWNSHIP DR
APT 2
UNIONTOWN, PA 15401-7100

WILLARD KRASKILL CUST RALPH KRASIK
U/THE PENNSYLVANIA UNIFORM GIFTS TO MINORS ACT
10 STONEGATE VILLAGE DR
COLUMBUS, OH 43212-3270

WILLARD R HOLLINGSWORTH JR TR
WILLARD R HOLLINGSWORTH LIVING TRUST UA 07/20/99
4290 13TH WAY NE
ST PETERSBURG, FL 33703-5318

WILLARD W OBACKA & MAXINE G OBACKA TR
WILLARD & MAXINE G OBACKA REVOCABLE TRUST UA
02/29/00
4655 JUNIPER SADDLE DRIVE
RENO, NV 89510-9121

WILLETTE D WOODARD
PO BOX 510855
LIVONIA, MI 48151-6855

WILLI H BERGERMANN & THERESA M BERGERMANN TR
WILLI H BERGERMANN LIVING TRUST UA 04/28/93
20085 W BALLANTYNE CT
GROSSE POINTE WOOD, MI 48236-2428

WILLIAM A ARMSTRONG & JANET ARMSTRONG TR
ARMSTRONG LIVING TRUST UA 04/17/96
5204 IRVING NW
ALBUQUERQUE, NM 87114-4674

WILLIAM A AZCONA
APT 18-E
154-156 BROOME ST #18-E
NEW YORK, NY 10002

WILLIAM A BARANYAI & LORRAINE E BARANYAI TR
BARANYAI LIVING TRUST UA 11/05/97
3156 ANGELUS DR
WATERFORD, MI 48329-2510

WILLIAM A CARLETON SR CUST ERIC A CARLETON
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
3629 BRAEWICK DRIVE
CARMEL, IN 46033-3876

WILLIAM A CHAMPION & MARGARET A CHAMPION TR
UA 02/09/93 THE CHAMPION FAMILY TRUST
22716 SHADOWGLEN DRIVE
FARMINGTON HILLS, MI 48335-3656

WILLIAM A EGERT
PO BOX 230399
FAIRHAVEN, MI 48023-0399

WILLIAM A ENGELHART CUST MARK ENGELHART
A MINOR UNDER THE LAWS OF THE STATE OF MICH
726 PARKMAN
BLOOMFIELD HILLS, MI 48304-2448

WILLIAM A GARDNER CUST LISETTE M GARDNER
UNDER THE FLORIDA GIFTS TO MINORS ACT
9020 SCHANTZ RD
BREINIGSVILLE, PA 18031-1814

WILLIAM A HALVICK
C/O LINCOLN MNR
PO BOX 221650
HOLLYWOOD, FL 33022-1650

WILLIAM A HEINDLE & BARBARA M HEINDLE JT TEN
2536 COLLIER RD
MANASQUAN, NJ 08736

WILLIAM A HEINE
1010 MURRAY HILL LN
MEMPHIS, TN 38120-2674

WILLIAM A KAMMAN & BETTY JEAN KAMMAN TR
HELEN RALL IRREVOCABLE TRUST UA 08/26/92
2020 KEHRSBORO DRIVE
CHESTERFIELD, MO 63005-6513

WILLIAM A KEARNEY CUST PATRICIA M KEARNEY
UNDER THE MASSACHUSETTS U-G-M-A
2416 13TH COURT NORTH
ARLINGTON, VA 22201-5872

WILLIAM A MC NALLY & CATHERINE F MC NALLY TR
UA 04/06/2010 MC NALLY FAMILY TRUST
1491 AZTECA LOOP
THE VILLAGES, FL 32162

WILLIAM A MORGAN TR
UA 02/10/2009 WILLIAM A MORGAN 1999 DECLARATION OF
TRUST
N1664 MICKEL ROAD
LA CROSSE, WI 54601

WILLIAM A PERRY
PO BOX 421241
INDIANAPOLIS, IN 46242-1241

WILLIAM A ROLON & NANCY L FITZ TR
UA 11/29/2007 ROLON-FITZ FAMILY REVOCABLE TRUST
2548 SWEETWATER RD
SPRING VALLEY, CA 91977

WILLIAM A SANDER III & HELEN C SANDER TR
UA 01/13/09 SANDER LIVING TRUST
1649 SEIGNIOUS DRIVE
CHARLESTON, SC 29407

WILLIAM A SCHEUBLEIN JR & EDNA F SCHEUBLEIN TR
WILLIAM A SCHEUBLEIN JR TR UA 2/20/76
13136 CAMINITO MAR VILLA
DEL MAR, CA 92014-3610

WILLIAM A SCHNARS & BARBARA M SCHNARS TR
UA SCHNARS REVOCABLE TRUST 12/02/88
5069 FLORENTINE CT
SPRING HILL, FL 34608

WILLIAM A SCOUMIS & MRS ESTELLE SCOUMIS JT TEN
PO BOX 101161
PITTSBURGH, PA 15237-8161

WILLIAM A SLOSKY
BOX 502961
ST THOMAS
VIRGIN ISLANDS
805 VIRGIN ISLANDS OF THE USA

WILLIAM A THERRIEN & CLARE E THERRIEN TR
WILLIAM A THERRIEN & CLARE E THERRIEN TRUST UA
6/19/96
4931 7TH ST E
BRADENTON, FL 34203-4613

WILLIAM ACKERMAN CUST MICHAEL SCOTT ACKERMAN
U/THE N J UNIFORM GIFTS TO MINORS ACT
724 CEDAR GROVE RD
BROOMALL, PA 19008-2219

WILLIAM ALLEN REINARTS
1885 RALPH SCHARMER DRIVE
WINONA, MN 55987-2169

WILLIAM ARTHUR ROANE & JOSEPH MAXWELL CAGLE & THE(
WILLIAM ARTHUR ROANE LAND TR UA
PO BOX 1027
GROVES, TX 77619-1027

WILLIAM ARTHUR THOMAS
PO BOX 812284
BOCA RATON, FL 33481-2284

WILLIAM B CARLSON & MARGARET A CARLSON TR
UA 03/31/94 THE CARLSON FAMILY REALTY TRUST
32 PARK AVE CT APT 19
WEST SPRINGFIELD, MA 01089-3344

WILLIAM B CONKLIN & DOROTHY H CONKLIN TR
CONKLIN LIVING TRUST UA 05/04/99
21 MARVIN DR
KINGS PARK, NY 11754-4735

WILLIAM B DEUERLEIN & ELAINE A DEUERLEIN JT TEN
241 SANTA ROSA DR
WINTER HAVEN, FL 33884-3803

WILLIAM B DRAPER CUST MARNA PATRICE DRAPER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
2361 LARNIE LANE
INDIANAPOLIS, IN 46219-1406

WILLIAM B DRAPER CUST WILLIAM B DRAPER 2ND
U/THE MICH UNIFORM GIFTS TO MINORS ACT
PO BOX #225
CUTLER, IN 46920-0225

WILLIAM B FRANCEZ JR CUST STEPHEN EDWARD FRANCEZ
A MINOR U/THE LA GIFTS TO MINORS ACT
PO BOX 93043
LAFAYETTE, LA 70509-3043

WILLIAM B GAGE CUST WILLIAM B GAGE JR
U/THE WISC UNIFORM GIFTS TO MINORS ACT
PO 220
WILLIAMS BAY, WI 53191-0220

WILLIAM B HENDRICKSON CUST GABRIEL STEVEN HENDRICK
U/THE N Y UNIFORM GIFTS TO MINORS ACT
520 RAVENAUX
SOUTH LAKE, TX 76092-4313

WILLIAM B KARPINSKI & ROSE D KARPINSKI TR
WILLIAM B KARPINSKI & ROSE D KARPINSKI
341 COSTA MESA DR
TOMS RIVER, NJ 08757-5768

WILLIAM B KING CUST DAVID LEE KING
UNDER THE FLORIDA GIFTS TO MINORS ACT
3806 RIVERVIEW BOULEVARD
BRADENTON, FL 34205-2638

WILLIAM B KIRKPATRICK CUST MISS ALICE B KIRKPATRICK
U/THE MAINE UNIFORM GIFTS TO MINORS ACT
72 HASTINGS ST
PORTLAND, ME 04102-2045

WILLIAM B MCCOY & JOANNE M HAUSSERMAN TR
THE JEAN HERRING FAMILY TR UA 7/1/70
22 ALLEN ROAD
WELLESLEY MILLS, MA 02481-6727

WILLIAM B MCCURDY & NANCY T MCCURDY TR
UA 03/31/94 MCCURDY FAMILY TRUST
68 LAGOS DEL NORTE
FORT PIERCE, FL 34951-2870

WILLIAM B MOSKOFF CUST ALISON BETH MOSKOFF
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
1027 SOUTH VINE ST
DENVER, CO 80209-4622

WILLIAM B SCHWARTZ & ANNA MAE SCHWARTZ TR
UA 12/04/06 WILLIAM B SCHWARTZ TRUST
2156 PARK RIDGE DRIVE
BLOOMFIELD, MI 48304

WILLIAM B TRAUTWEIN TR
THE WILLIAM B TRAUTWEIN REVOCABLE LIVING TRUST UA
03/22/01
2320 MELINDA DR
ATLANTA, GA 30345-1915

WILLIAM B WEBSTER & IRENE P WEBSTER TR UA 08/20/92 TRI
414 SOUTH WESLEY AVE
MOUNT MORRIS, IL 61054

WILLIAM BERKOWITZ CUST PERRY E BERKOWITZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
175 RIVERSIDE DRIVE
NEW YORK, NY 10024-1616

WILLIAM BRITTON CUST MARC BRITTON
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
3 WHITE PINE RD
UPPER SADDLE RIVER, NJ 07458-2223

WILLIAM C BILDSTEIN
9033 CLARK RD
CLARKSTON, MI 48346-1046

WILLIAM C FEESER CUST SCOTT A FEESER
U/THE PA UNIFORM GIFTS TO MINORS ACT
5708 OAKSHIRE RD
BALTIMORE, MD 21209-4218

WILLIAM C HEWSON & VINA C HEWSON TR
WILLIAM C & VINA HEWSON TRUST UA 06/21/96
454 GREENBUSH RD
E GREENWICH, RI 02818-2042

WILLIAM C HUFFMAN
9019 178TH ST
JAMAICA, NY 11432-5605

WILLIAM C JOHNSON III & DONNALEA E SCHUSTER JOHNSON
UA 01/28/92 M-B WILLIAM C JOHNSON
9705 CRESCENT COUT
TECUMSCH, MI 49286

WILLIAM C JOHNSON III & DONNALEA E SCHUSTER JOHNSON
UA 01/28/92 WILLIAM C JOHNSON III &
9705 CRESCENT CT
TECUMSEH, MI 49286-9639

WILLIAM C LANE & BARBARA B LANE TR
WILLIAM C LANE REVOCABLE LIVING TRUST UA 05/08/97
6639 ALTA DRIVE
BRIGHTON, MI 48116-6220

WILLIAM C MACLEAN JR & ELIZABETH K MACLEAN TR
WILLIAM C MACLEAN JR REVOCABLE TRUST UA 03/09/98
1800 UPPER CHELSEA RD
COLUMBUS, OH 43212-1938

WILLIAM C MACNEILL & LETHA I MACNEILL TR
UA 01/28/2009 MACNEILL FAMILY TRUST
17063 S E 80 LOCUSTWOOD CRT
THE VILLAGES, FL 32162

WILLIAM C MCCULLOUGH
BOX 767545
ROSWELL, GA 30076-7545

WILLIAM C MILLER & ESTAIENE L MILLER TR
WILLIAM C & ESTAIENE L MILLER LIVING TRUST UA 11/22/94
492 WALK ABOUT WAY
PORT ANGELES, WA 98363

WILLIAM C MOORE
05 692 576
BRYAN, OH 43506

WILLIAM C MOSS & MICHELE S MOSS TR
WILLIAM C & MICHELE S MOSS TRUST UA 03/05/02
312 HOBART AVE
SAN MATEO, CA 94402-2931

WILLIAM C SUSSMAN
PO BOX 565175
MIAMI, FL 33256-5175

WILLIAM C TREJO
PO BOX 214792
AUBURN HILLS, MI 48321-4792

WILLIAM C WALLINGTON
2649 119TH ST
TOLEDO, OH 43611-2226

WILLIAM C WEYANDT JR & FLORA M WEYANDT TR
THE 2002 WEYANDT FAMILY LIVING TRUST UA 2/12/02
2913 WALTON COURT
PINOLE, CA 94564-1030

WILLIAM C WIGGENHORN & EMMER H WIGGENHORN TR
WIGGENHORN FAMILY REV LIVING TRUST UA 10/20/00
5636 N RIVER RD
SPRINGFIELD, OH 45502-6326

WILLIAM CIGANEK JR & NANCY A THOMSON TR
CIGANEK & THOMSON LIVING TRUST UA 09/21/90
2156 GULLANY WAY
GILROY, CA 95020

WILLIAM CLARKE LAWSON CUST WILLIAM CLARKE LAWSON J
PERS PROP LAW OF NY
89 BROWN HILL RD
BOW, NH 03304-5204

WILLIAM CLIFFORD JAMES TOD THOMAS MICHAEL JAMES SU
RULES
PO BOX 230020
SAINT LOUIS
ELGIN, IL 60123

WILLIAM D BENZINGER & ARLENE B BENZINGER TR
UA 09/26/06 BENZINGER TRUST
6026 E SAGUARO VISTA COURT
CAVE CREEK, AZ 85331

WILLIAM D BENZINGER & ARLENE B BENZINGER TR
UA 09/26/06 BENZINGER TRUST
6026 E SAGUARO VISTA COURT
CAVE CREEK, AZ 85331

WILLIAM D BOWERS CUST KAREN DERENE BOWERS
U/THE S C UNIFORM GIFTS TO MINORS ACT
835 INDIGO AVE
CAYCE, SC 29033-4109

WILLIAM D EVENSON & ELAINE S EVENSON JT TEN
3792 140TH AVE
HOLLAND, MI 49424-9456

WILLIAM D GOETZE & MARILYN K GOETZE TR
UA 06/09/94 THE GOETZE FAMILY TRUST
166 LEWIS ST
EDGEWATER, FL 32141-7306

WILLIAM D GOSSETT
3200 104TH ST
PLEASANT PRAIRIE, WI 53158-4023

WILLIAM D LADD CUST STEPHEN B LADD
U/THE PA UNIFORM GIFTS TO MINORS ACT
2757 ROLLING HILLS DRIVE
MONROE, NC 28110-0426

WILLIAM D LEINDECKER
4151 LUNAR DR
JANESVILLE, WI 53546-9694

WILLIAM D LENSON & EVELYN LENSON TR
W & E LENSON REVOCABLE LIVING TRUST UA 03/01/82
1616 CAMBERWELL PL
WESTLAKE VLG, CA 91361-1507

WILLIAM D MCREYNOLDS & PHYLLIS J MCREYNOLDS TR
MCREYNOLDS REVOCABLE LIVING TRUST UA 09/28/00
1922 SUNLIGHT DR
LONGMONT, CO 80501-1972

WILLIAM D MORGAN & MARGARET A MAHER TR
MAHER & MORGAN TRUST UA 05/23/05
23 E FAIRMONT DRIVE
TEMPE, AZ 85282-3628

WILLIAM D REINHOLD & MONICA J REINHOLD JT TEN
10690 GLENN CAIRN CT
FISHERS, IN 46037

WILLIAM D SANBORN CUST
UNDER THE LAWS OF OREGON FOR MISS ANGELA LYNN
SANBORN
443 NE ROTH STREET
PORTLAND, OR 97211-1078

WILLIAM D SANBORN CUST
UNDER THE LAWS OF OREGON FOR NATHAN WILLIAM
SANBORN
443 NE ROTH STREET
PORTLAND, OR 97211-1078

WILLIAM D THOMPSON
1282 111TH AVE
MARTIN, MI 49070-9719

WILLIAM D WITMER TR
WILLIAM D & RITA M WITMER 1999 LIVING TRUST UA 04/28/99
12291 FREDERICKSBURG DR
SARATOGA, CA 95070-3842

WILLIAM DAVEY
C/O DAVEY HEATING & A/C
4170 S 124TH STREET
GREENFIELD, WI 53228-1834

WILLIAM DAVID LITTLE
PO BOX 472284
CHARLOTTE, NC 28247-2284

WILLIAM DENNISON DUBLE CUST WILLIAM DOUGLAS DUBLE
A MINOR PURS TO SECS 1339 /26 INCL OF THE REVISED
CODE OF OHIO
3306 COLCHESTER ROAD
COLUMBUS, OH 43221-1306

WILLIAM E DEICHMAN & GERALDINE E DEICHMAN TR
UA DEICHMAN FAMILY TRUST 08/19/91
8459 LUXOR
DOWNEY, CA 90241-5119

WILLIAM E GANLEY
6135 184TH ST 1
FRESH MEADOWS, NY 11365-2116

WILLIAM E GOODFELLOW & MARION P GOODFELLOW TR
WILLIAM & MARION GOODFELLOW TRUST UA 08/27/97
8066 20TH AVE
SEARS, MI 49679-8047

WILLIAM E HOSKIN & GLENNA B HOSKIN TR
WILLIAM E HOSKIN & GLENNA B HOSKIN REV TRUST UA
2/8/94
25333 126TH AVENUE SE
KENT, WA 98031-6627

WILLIAM E KIMBLE CUST MARK KIMBLE
U/THE ARIZONA UNIFORM GIFTS TO MINORS ACT
2701 EAST KING STREET
TUCSON, AZ 85716-1049

WILLIAM E KLEIN
2360 CO RD 306
VICKERY, OH 43464-9733

WILLIAM E KLEIN
3945 TEE LAKE RD
LEWISTON, MI 49756-8505

WILLIAM E LOSSING CUST SUSAN LOSSING
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
17905 FOX POINTE
CLINTON TWP, MI 48038

WILLIAM E PHILPOTT CUST LEAH R PHILPOTT
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
3303 SABAL COVE CIR
LONGBOAT KEY, FL 34228-4153

WILLIAM E REINBOLD
178 HAMPTON LANE
ARAB, AL 35016-4045

WILLIAM E SENDELBACH & MARILYN SENDELBACH TR
SENDELBACH LIVING TRUST UA 01/23/95
3835 PLANTATION BLVD
LEESBURG, FL 34748-7447

WILLIAM E STEINBACH
60 CLARENDON TERRACE
NEWINGTON, CT 06111-3608

WILLIAM E STEINGASS & MARY K STEINGASS JT TEN
04697 DOMERSVILLE RD
DEFIANCE, OH 43512-9119

WILLIAM E THOMAS CUST LINDSEY MCCABE THOMAS UTMA F
PO BOX 813187
SMYRNA, GA 30081-8187

WILLIAM E TINKLER & MARY ALICE TINKLER TR
MARY ALICE TINKLER TRUST UA 9/10/98
16355 DEARBORN
STILWELL, KS 66085-9268

WILLIAM E TIPPING JR & RUTH E TIPPING TR
WILL E & RUTH E TIPPING REVOC JTTRUST UA 5/06/99
5966 BRIGADOON WAY
SARASOTA, FL 34233-3538

WILLIAM EPPELEIN & VELMA D EPPELEIN JT TEN
C/O MERCER
10690 EDDY DR
HARRISON, OH 45030-8567

WILLIAM F BERTAGNI
SUNGBUKDONG 15-30 SUNG BUK-KU
136-822 BRAZIL

WILLIAM F DEIBERT JR CUST PAMELA ANN DEIBERT
U/THE PA UNIFORM GIFTS TO MINORS ACT
4915 EAST TEXAS RD
ALLENTOWN, PA 18106-9433

WILLIAM F GLEASON & SHARON A GLEASON TR
WILLIAM GLEASON & SHARON GLEASON TRUST UA 08/07/98
1849 OXFORD
BERKLEY, MI 48072-1733

WILLIAM F MELLOR & JO ANNE MELLOR TR
MELLOR FAM REVOCABLE TRUST UA 12/02/99
29352 TR 33
WARWAW, OH 43844

WILLIAM F NOWINSKI & JOANNA B NOWINSKI TR
W & J NOWINSKI FAMILY TRUST UA 02/16/01
5220 MAGDALENA AVENUE
ATASCADERO, CA 93422-4340

WILLIAM F ROGERS & MURIEL L ROGERS TR
ROGERS REVOCABLE LIVING TRUST UA 12/29/97
465 EASTIN DRIVE
SONOMA, CA 95476-7646

WILLIAM F SCHNELLER & ELLEEN J SCHNELLER TR
WILLIAM F & ELLEEN J SCHNELLER REVOCABLE
650 OCEAN VIEW RD
BRIELLE, NJ 08730-1221

WILLIAM F STELLING & HELEN J STELLING TR
WILLIAM & HELEN STELLING REVOCABLE TRUST UA 09/03/98
5800 RYAN DR
OKLAHOMA CITY, OK 73135-4516

WILLIAM FANKHAUSER CUST ARTHUR LEE FANKHAUSER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
24 IMPERIAL PL
MATAWAN, NJ 07747-1727

WILLIAM G BEALE & BETTY JANE BEALE TR
UA 01/09/91 WILLIAM G BEALE & BETTY JANE BEALE TRUST
4411 NORTH VERONA CIRCLE
ROYAL OAK, MI 48073-6327

WILLIAM G CARRINGTON CUST NANCY JOAN LINES
A MINOR U/P L 55 CHAP 139 OF THE LAWS OF NEW JERSEY
33 EASTVIEW ROAD
KEENE, NH 03431-4904

WILLIAM G DEILE & DORIS DEILE TR
UA 02/24/94 WILLIAM G DEILE & DORIS DEILE
303 THARP DR
MORAGA, CA 94556

WILLIAM G HESSLER TR
UA 03/22/93 WILLIAM G HESSLER REVOCABLE FAMILY
TRUST
626 NORTH VERNON
DEARBORN, MI 48128-1553

WILLIAM G HOENIG CUST JANE M HOENIG
UNDER THE FLORIDA GIFTS TO MINORS ACT
10909 GRAPEVINE LN
AUSTIN, TX 78759-5161

WILLIAM G JOHNSON & ANGELE L JOHNSON TR
JOHNSON FAMILY LIVING TRUST UA 8/01/00
46636 FRANKS LANE
SHELBY TOWNSHIP, MI 48315-5242

WILLIAM G MURWIN & IVA M MURWIN TR
WILLIAM G & IVA M MURWIN REV TRUST UA 5/23/00
4534 SUMPTER DR
MILTON, WI 53563-8829

WILLIAM G PROVINCE
922 216TH TERRACE
FT SCOTT, KS 66701-8736

WILLIAM G SWINGLE & ROSE M SWINGLE TR
UA 04/25/90 WILLIAM G SWINGLE & ROSE M SWINGLE
FAMILY TRUST
540 PERRY ST
JACKSON, CA 95642-2525

WILLIAM GEORGE POLLARD & BETTY M POLLARD TR
WILLIAM GEORGE POLLARD & BETTY M POLLARD TRUST UA
04/14/97
720 LOUIS
ROYAL OAK, MI 48067-4602

WILLIAM GROSSMAN CUST BARRY GROSSMAN
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
76 RIVERWOOD ROAD
LINCOLNSHIRE, IL 60069-3248

WILLIAM H ALVERSON CUST WALTER HALE ALVERSON
U/THE WIS UNIFORM GIFTS TO MINORS ACT
12932 N W SHORELAND DR
MEQUON, WI 53097-2306

WILLIAM H BAILEY CUST WILLIAM H BAILEY JR
U/THE MD UNIFORM GIFTS TO MINORS ACT
3706 FORDHAM ROAD N W
WASHINGTON, DC 20016-1934

WILLIAM H BESKE & HELEN M BESKE TR
UA 10/02/90 THE BESKE FAMILY REVOCABLE
4507 LAKE VISTA DR
SARASOTA, FL 34233-5018

WILLIAM H BURBANK & MARTHA G BURBANK TR
UA 03/18/93 THE WILLIAM H BURBANK & MARTHA G
4296 COUNTRY CLUB DR
SHELBY TWP, MI 48316-3900

WILLIAM H CURLEY
220 SWIFT RD
WHITINSVILLE, MA 01588-1374

WILLIAM H DENLER CUST WILLIAM J DENLER
U/THE MICH UNIFORM GIFTS TO MINORS ACT
3 SHADY LN
LARKSPUR, CA 94939-2151

WILLIAM H DUFFNER & KATHLEEN DUFFNER TR
THE DUFFNER 2002 TRUST UA 10/03/02
28553 BURROUGH NORTH ROAD
THOOLHOUSE, CA 93667-9727

WILLIAM H FILE III CUST WILLIAM H FILE IV
UNDER THE WEST VIRGINIA GIFTS TO MINORS ACT
P O DRAWER L
BECKLEY, WV 25802-2810

WILLIAM H KENNEDY & DOROTHY M KENNEDY TR
UA 02/19/92 KENNEDY FAMILY TRUST
4570 OCEAN BEACH BLVD APT 20
COCOA BEACH, FL 32931-3683

WILLIAM H LELAND 2ND CUST GEORGE P LELAND
U/THE MASS UNIFORM GIFTS TO MINORS ACT
2 CAPRON ST
UXBRIDGE, MA 01569-1530

WILLIAM H LIEBLEIN
20710 PARKCLIFF DR
FAIRVIEW PARK, OH 44126-2820

WILLIAM H MEYER & WIILIAM P MEYER TR
UA MEYER CHEVROLET PROFIT SHARING TR 05/17/63
BOX 147
61 15 METROPOLITAN AVE
MIDDLE VILLAGE, NY 11379-0147

WILLIAM H MEYER & WILLIAM P MEYER TR
MEYER CHEVEROLET PROFIT SHARING TR
61-15 METROPOLITAN AVE
PO BOX 147
MIDDLE VILLAGE, NY 11379-0147

WILLIAM H MITCHELL TR
WILLIAM H MITCHELL REV TRUST AGREEMENT UA 10/22/02
1003 50TH AVE
BRADENTON, FL 34207-2565

WILLIAM H NORMAN & EVELYN I NORMAN TR
UA 12/06/93 THE WILLIAM H AND EVELYN I NORMAN FAMILY
TRUST
6065 SAN PABLO DAM RD
EL SOBRANTE, CA 94803-3601

WILLIAM H OLDENBURG CUST RICHARD LEE OLDENBURG
U/THE IDAHO UNIFORM GIFTS TO MINORS ACT
6825 RAINIER AVE
GIG HARBOR, WA 98335-1920

WILLIAM H PRINSEN
7023 256TH STREET
WYOMING, MN 55092-8375

WILLIAM H SCHLANKER CUST WILLIAM H SCHLANKER JR
U/THE MO UNIFORM GIFTS TO MINORS ACT
55 BAY FOREST DRIVE
OAKLAND, CA 94611-1052

WILLIAM H SMART & LILLIAN M SMART TR
UA 02/24/2009 WILLIAM H & LILLIAN M SMART
21229 E GLEN HAVEN CIRCLE
NORTHVILLE, MI 48167

WILLIAM H SMITH & CAROL L O'MEARA JT TEN
1105 E MEINECKE AVE
MILWAUKEE, WI 53212-3511

WILLIAM H STEINMETZ
410 HIGHLAND AVE
COLLINGSWOOD, NJ 08108-1311

WILLIAM H SULLIVAN TR
UA 08/07/2008 SUB-TRUST B OF THE SULLIVAN FAMILY
TRUST
PO BOX 1015
211 PROSPECT ST
LISBON, ND 58054-4051

WILLIAM H SULLIVAN TR
UA 11/26/1991 SUB-TRUST A OF THE SULLIVAN FAMILY
TRUST
PO BOX 1015
211 PROSPECT ST
LISBON, ND 58054-4051

WILLIAM HAAB
BOX 277 312 N MAIN STREET
MILFORD, IN 46542-0277

WILLIAM HARPST
ATTN HARPST HEATING & A/C
565 SALEM RD
HADLEY, PA 16130-1627

WILLIAM HEINBACH
79 STEPHENVILLE PKWY
EDISON, NJ 08820

WILLIAM HELLER CUST RICHARD D HELLER
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
515 SUSAN LANE
DEERFIELD, IL 60015-3950

WILLIAM HENRY SATTERFIELD
PO BOX 250654
FRANKLIN, MI 48025-0654

WILLIAM I CORKLE & VIOLET S CORKLE TR
WILLIAM I & VIOLET SCHWARTZ CORKLE REVOCABLE
1118 SOUTH OAK HILLS WAY
SALT LAKE CITY, UT 84108-2026

WILLIAM J AHEARN CUST GRANT K AHEARN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
1606 ESPINOSA CIRCLE
PALOS VERDES ESTS, CA 90274-1920

WILLIAM J BILTGEN SR & THERESE M BILTGEN TR
BILTGEN FAM TRUST UA 04/15/96
17963 MIRASOL DR
SAN DIEGO, CA 92128-1220

WILLIAM J BRIETZKE & MARGUERITE L BRIETZKE TR
BRIETZKE LIVING TRUST UA 01/28/00
4621 COLE RD
HEMLOCK, NY 14466-9633

WILLIAM J BURDETTE TR
UA 04/18/2006 WILLIAM J BURDETTE GST EXEMPT TRUST
239 CHIMNEY ROCK ROAD
HOUSTON, TX 77024

WILLIAM J BURNS CUST MARGARET R BURNS
U/THE ILLINOIS UNIFORM GIFTS TO MINORS ACT
2900 LINCOLN AVE APT 208
NORTH RIVERSIDE, IL 60546-1690

WILLIAM J CHAPMAN & MARY ANN CHAPMAN TR
WILLIAM J & MARY ANN CHAPMAN REV LIV TRUST UA
08/09/00
23654 WHITLEY DR
CLINTON TWP, MI 48035-4637

WILLIAM J COLLINS JR CUST LYDIA K COLLINS
UNDER THE PENNSYLVANIA U-G-M-A
5275 WOLF RD
ERIE, PA 16505-1354

WILLIAM J COMENSKY JR & JOAN M COMENSKY TR
WILLIAM J COMENSKY JR REVOCABLE TRUST UA 04/29/94
PO BOX 1030
JUPITER, FL 33468-1030

WILLIAM J CSONGRADI
PO BOX 390981
DELTONA, FL 32739-0981

WILLIAM J DAWSON CUST EDITH ELIZABETH DAWSON A MINC
STATE OF MICHIGAN
ATTN ELISABETH D MCINTIRE
5100 THOMPSON LANE
DELAWARE, OH 43015-9510

WILLIAM J DUTKA & FRANCES DUTKA JT TEN
301-2680 PORTAGE AVE
WINNIPEG MB
R3J 0R1 CANADA

WILLIAM J ELBERT CUST ROBERT ELBERT
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
8033 SW 166TH PL
ALOHA, OR 97007-5840

WILLIAM J GALLAGHER & ELIZABETH A GALLAGHER TR
WILLIAM J & ELIZABETH A GALLAGHER JT TRUST UA 03/12/03
16617 AVON RD
DETROIT, MI 48219-4118

WILLIAM J GAROFOLO & MARIE R GAROFOLO TR
UA 12/15/2006 GAROFOLO FAMILY REVOCABLE TRUST
8325 EXCALIBUR CIRCLE UNIT O1
NAPLES, FL 34108

WILLIAM J GENTLEMAN & KATHLEEN L GENTLEMAN TR
UA 12/12/86 WILLIAM J GENTLEMAN JR
8601 BLUE RIDGE
HICKORY HILLS, IL 60457-1017

WILLIAM J HANNAN CUST WILLIAM J HANNAN JR
U/THE MINN UNIFORM GIFTS TO MINORS ACT
7819 HAMPSHIRE CIRCLE NO
BROOKLYN PARK, MN 55445-2737

WILLIAM J HAYDEN & VIRGINIA M HAYDEN TR
HAYDEN FAMILY TRUST UA 03/08/02
204-40TH ST SW
CANTON, OH 44706-4831

WILLIAM J HOLTZ CUST ALAN D HOLTZ
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
5 HUNTINGTON RD
LIVINGSTON, NJ 07039-5111

WILLIAM J JACOBER CUST MARGARET ANN JACOBER
U/THE S C UNIFORM GIFTS TO MINORS ACT
120 MILL POND CT
SUMMERVILLE, SC 29485-5244

WILLIAM J JOHNSTONE & RUTH A JOHNSTONE TR
WILLIAM J & RUTH A JOHNSTONE REVOCABLE
29622 SHERRY
MADISON HTS, MI 48071-4430

WILLIAM J KEMP & MARGARET M KEMP TR
WILLIAM J MARGARET M KEMP TRUST UA 11/01/00
3774 DEWBERRY LANE
SAINT JAMES CITY, FL 33956-2288

WILLIAM J KLEIN
2920 E BURT RD
BURT, MI 48417-9793

WILLIAM J LEVY CUST ALAINA MICHELLE NAAB LEVY
UNDER UNIFORM GIFT TO MINOR
7721 DESDEMONA COURT
MCLEAN, VA 22102-2718

WILLIAM J MANGINO & JEANNE C MANGINO TR
UA 12/21/87 WILLIAM J MANGINO & JEANNE C MANGINO
615 MISSION HILL ROAD
BOYNTON BEACH, FL 33435-8604

WILLIAM J MEDLING
3402 KLEINPELL
FLINT, MI 48507-2158

WILLIAM J MEINEL
536 E RACINE ST
JEFFERSON, WI 53549-2183

WILLIAM J REINHART
531 WILLARD AVE NE
WARREN, OH 44483-5533

WILLIAM J SCHUSTER & JOYCE M SCHUSTER TR
UA SCHUSTER FAMILY TRUST 08/04/88
6493 SAVOY CIRCLE
BUENA PARK, CA 90621-2614

WILLIAM J STEIN
154 LAKE MERYL DR #157
WEST PALM BCH, FL 33411

WILLIAM J TOPPIN & JANET R TOPPIN TR
UA 07/06/94 THE TOPPIN FAMILY TRUST
15061 FORD RD APT 213
DEARBORN, MI 48126

WILLIAM J TRICOLI & CAROLYN M TRICOLI JT TEN
PO BOX 952080
LAKE MARY, FL 32795

WILLIAM J WHITING
152 EUSTON RD
GARDEN CITY, NY 11530-1237

WILLIAM J WIRTHMAN
PO BOX 775
MUNDELEIN, IL 60060-0775

WILLIAM J WORKMAN TR
WILLIAM J WORKMAN & EILEEN F WORKMAN TRUST UA
08/16/94
6498 STORK ST
VENTURA, CA 93003-6212

WILLIAM J ZIEMBA & KATHY ZIEMBA TR
WILLIAM J ZIEMBA LIVING TRUST UA 03/13/04
23 CARTER
TROY, MI 48098-4608

WILLIAM JERRY WILMS & FLORENCE MAE WILMS TR
WILMS FAM REVOCABLE LIVING TRUSTUA 06/24/97
9 S 210 ROSEHILL LN
DOWNERS GROVE, IL 60516

WILLIAM JOHN JACOBER CUST WILLIAM JOHN JACOBER JR
U/THE S C UNIFORM GIFTS TO MINORS ACT
120 MILL POND CT
SUMMERVILLE, SC 29485-5244

WILLIAM JOSEPH GROCHOLA & REBECCA LEE GROCHOLA TR
UA 07/10/2007 GROCHOLA FAM TRUST
5970 W FILLY DR
TUCSON, AZ 85743

WILLIAM K CORDES & ELIZABETH A CORDES TR
WILLIAM K & ELIZABETH A CORDES LIVING TRUST UA
07/08/97
150 KITCHEN PL
MARTINSVILLE, IN 46151-1365

WILLIAM K ENGLISH & NINA R ENGLISH TR
UA 01/06/93 THE WILLIAM K ENGLISH & NINA R
17702 S PLACITA DEL MAGO
SAHUARITA, AZ 85629-9145

WILLIAM K HANGER
& ELAINE A HANGER & WILLIAM K HANGER JR & GARY R
HANGER &
9557 E PRINCESS DR
MESA, AZ 85207-2607

WILLIAM K NEAL CUST WILLIAM PHILLIP NEAL
U/THE TENN UNIFORM GIFTS TO MINORS ACT
2564 BEEN GREEN RD
LEBANON, TN 37087

WILLIAM KLEIN CUST JENNIFER KLEIN UTMA CO
392 DEFRAME CT
GOLDEN, CO 80401-5228

WILLIAM KRAVEC CUST CYNTHIA VALLEN KRAVEC
U/THE N J UNIFORM GIFTS TO MINORS ACT
1006 COOLIDGE ST
WESTFIELD, NJ 07090-1215

WILLIAM L AXELROD TR
REVOCABLE TRUST 05/04/89 U-A WILLIAM L AXELROD M-B
WILLIAM L AXELROD
24641 W CALLE LARGO
CALABASAS, CA 91302-3011

WILLIAM L CALHOUN & WILLIAM M CALHOUN TR
WILLIAM L CALHOUN FAMILY TRUST UA 10/25/02
2033 WYNDHAM HILLS DR
HOLT, MI 48842-1097

WILLIAM L COKELEY & F MADELINE COKELEY JT TEN
4150 223RD PL SE
ISSAQUAH, WA 98029-9272

WILLIAM L DENISTON & MARJORIE F DENISTON TR
WILLIAM L DENISTON & MARJORIE F DENISTON TRUST UA
6/24/94
14119 VILLAGE 14
CAMARILLO, CA 93012-7013

WILLIAM L DESPORTES CUST RICHARD S DESPORTES 4TH
A MINOR U/THE LAWS OF GEORGIA
PO BOX 933
FORTSON, GA 31808-0933

WILLIAM L GERMER & CLAUDINE M GERMER TR
GERMER LIVING TRUST UA 06/03/97
N4554 LAKEVIEW RD
HUSTISFORD, WI 53034-9715

WILLIAM L GREEN
PO BOX 135906
CLERMONT, FL 34713

WILLIAM L JAMES & DOLORES M JAMES TR
UA 5/29/92 THE WILLIAM & DOLORESJAMES
4042 MORRELL UNIT B
SAN DIEGO, CA 92109-6239

WILLIAM L KLEIN
2800 CIDER LANE
APT H
MAINVILLE, OH 45039-9351

WILLIAM L MERRYMAN & JACQUELINE M MERRYMAN TR
MERRYMAN FAMILY TRUST UA 06/29/06
852 DANFORTH COURT
THE VILLAGES, FL 32162-6657

WILLIAM L MOINETTE JR & CECELIA A MOINETTE TR
WILLIAM L JR & CECELIA A MOINETTE REV TRUST UA
07/29/99
10400 NEWCOMER RD
RITTMAN, OH 44270-9604

WILLIAM L NEWMAN CUST DIANE ADELLE NEWMAN
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
4915 NIMITZ
OKLAHOMA CITY, OK 73112-6064

WILLIAM L NEWMAN CUST WILLIAM L NEWMAN 2ND
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
4915 NIMITZ
OKLAHOMA CITY, OK 73112-6064

WILLIAM L OWENS & MARJORIE R OWENS TR
UA 06/29/93 WILLIAM L OWENS REVOCABLE TRUST
9 OWENS WAY
MOULTONBORO, NH 03254-4762

WILLIAM L REED & JANICE R REED TR
WILLIAM L REED & JANICE R REED REVOCABLE
11126 HEARTHSIDE DR
PINCKNEY, MI 48169-8745

WILLIAM L SCHEIBER & PENELOPE A SCHEIBER TR
WILLIAM L SCHEIBER & PENELOPE A SCHEIBER TRUST
15851 GRISWOLD RD
MANITOU BEACH, MI 49253-9706

WILLIAM L SCHEIBER & PENELOPE A SCHEIBER TR
WILLIAM L SCHEIBER & PENELOPE A SCHEIBER TRUST UA
6/27/02
15851 GRISWOLD RD
MANITOU BEACH, MI 49253-9706

WILLIAM L SCHRADER & ALICE SCHRADER TR
SCHRADER FAMILY TRUST UA 06/15/05
11 CAPTAIN LANE
SALEM SOUTH, SC 29676-4228

WILLIAM L STEIN SR
464 MEADOWBROOK AVE SE
WARREN, OH 44483-6331

WILLIAM L STEINER
5446 E 5TH ST
AU GRES, MI 48703-9577

WILLIAM L THOMPSON CUST WILLIAM LEE THOMPSON
UNDER THE MISSOURI UNIFORM GIFTS TO MINORS LAW
10036 S 89TH E AVE
TULSA, OK 74133-5800

WILLIAM L WALTERS CUST GERALD L WALTERS
U/THE WISC UNIFORM GIFTS TO MINORS ACT
11164 PERGOLA POINT CT
LAS VEGAS, NV 89144-1625

WILLIAM LEE SAVIDGE & JEFFREY OWEN PUTTERMAN TR
ANN M SAVIDGE LIFE INSURANCE TRUST UA 09/17/82
1273 NORTHAND RD
DELTAVILLE, VA 23043-9608

WILLIAM LINDEN CUST STEPHEN LINDEN
A MINOR UNDER THE CALIF GIFTS OF SEC TO MINORS ACT
1650 WAVERLY RD
SAN MARINO, CA 91108-2038

WILLIAM LINO GARCIA & WILLIAM M GARCIA & LINO M GARCIA
PO BOX 388253
CHICAGO, IL 60638-8253

WILLIAM LLOYD WAGGENER & LEE ELLEN WAGGENER TR
UA 05/03/89 WILLIAM LLOYD WAGGENER & LEE ELLEN
WAGGENER
1631 OXFORD
CLAREMONT, CA 91711-3464

WILLIAM LOOK FREDERICK LOOK BERNARD LOOK & HOWARD
WM LOOK & SONS INC EMPLOYEES PROF SHAR PLAN UA
10/20/72
200 NEWMAN ST E
TAWAS, MI 48730-1212

WILLIAM LOPEZ
3535 PEACHTREE RD NE
# 520-114
ATLANTA, GA 30326-3287

WILLIAM M BETTS III & MARY JANE BETTS TR
WILLIAM M AND MARY JANE BETTS TRUST UA 1/28/97
27 SOTELO AVENUE
PIEDMONT, CA 94611-3534

WILLIAM M DUNCAN CUST PAUL D DUNCAN
U/THE VIRGINIA UNIFORM GIFTS TO MINORS ACT
282 N LEWIS STREET
STAUNTON, VA 24401-3347

WILLIAM M EVANS & WALTER S GOMMERMANN TR
UA 03/16/2007 WILLIAM M EVANS LIVING TRUST
1505 BUTTS AVE
TOMAH, WI 54660

WILLIAM M GORDON & LORRAINE C GORDON TR
WILLIAM M GORDON & LORRAINE C GORDON REV TRUST UA
02/01/96
1839 E CONCORDA DR
TEMPE, AZ 85282-2806

WILLIAM M KRONE CUST ROGER ALAN KRONE
U/THE PA UNIFORM GIFTS TO MINORS ACT
3015 EDMONDS RD
LAFAYETTE HILL, PA 19444-2001

WILLIAM M LEACH JR CUST WILLIAM M LEACH 3RD
U/THE ILL UNIFORM GIFTS TO MINORS ACT
701 HAMILTON DR
CHAMPAIGN, IL 61820-6811

WILLIAM M LYON CUST JAMES THOMAS LYON
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
34805 SEMINOLE WAY
SOLON, OH 44139-5839

WILLIAM M MILLAR CUST WILLIAM S MILLAR
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
133 DIVISION AVE
SUMMIT, NJ 07901-3050

WILLIAM M REINHARDT
BOX 9067
CHANDLER HEIGHTS, AZ 85227-9067

WILLIAM M ROTHFUSS JR & CAROLE C ROTHFUSS TR
WILLIAM M ROTHFUSS JR REVOCABLE TRUST UA 2/12/99
599 SHARON LANE
HAMILTON, OH 45013-3705

WILLIAM M SCHIRALDI & BARBARA J SCHIRALDI TR
WILLIAM M SCHIRALDI & BARBARA J SCHIRALDI FAM TRUST
UA 3/9/90
31 ROOSEVELT AVE
GLEN HEAD, NY 11545-1529

WILLIAM M STEIN JR
208-D CEDAR LANE
HIGHLAND PARK, NJ 08904-6012

WILLIAM M STEINER
700 ARROUES DR
FULLERTON, CA 92835-1925

WILLIAM M STEINER & ANNE M STEINER JT TEN
700 ARROUES DR
FULLERTON, CA 92835-1925

WILLIAM M STEINWAY
5707 KENSINGTON BLVD
PLAINFIELD, IN 46168-7552

WILLIAM M THOMAS & VIRGINIA M THOMAS TR
THOMAS LIVING TRUST UA 10/03/95
210 N IVY STREET PO BOX 446
ELMWOOD, IL 61529-0446

WILLIAM M WORK & MARY-FRANCES WORK TR
UA 10/18/93 WILLIAM M WORK REVOCABLE TRUST
2208 HAPPY HOLLOW ROAD
WEST LAFAYETTE, IN 47906-1707

WILLIAM MCCONNELL
2857 160TH R AVE SE
CASSELTON, ND 58012-9721

WILLIAM MCINTOSH & ELEANOR R MCINTOSH TR
THE MCINTOSH FAMILY TRUST UA 07/29/93
1430 PARKHAVEN ROW
LAKEWOOD, OH 44107-4506

WILLIAM MILLIGAN & JANE MILLIGAN JT TEN
PO BOX 1
WHITINSVILLE, MA 01588-0001

WILLIAM MOUNTJOY MC GINNIS TR
UA 08/12/73 WILLIAM MOUNTJOY MCGINNIS AND BETTY MC
GINNIS
426 ANDOVER DRIVE
LEXINGTON, KY 40502-2537

WILLIAM N HOSTERT & ELIZABETH B HOSTERT TR
UA HOSTERT FAMILY TRUST 10/29/92
6833 E GELDING DR
SCOTTSDALE, AZ 85254-3466

WILLIAM N OKAN-MENSAH
PO BOX 214531
AUBURN HILLS, MI 48321-4531

WILLIAM N PEARSON & F JANE PEARSON TR
UA 10/01/1997 WILLIAM N PEARSON LIVING TRUST
20 SUNBURST CIRCLE
FAIRPORT, NY 14450

WILLIAM N VON DER LEHR TR
WILLIAM N VON DER LEHR REVOCABLE TRUST UA 02/25/97
909 SANTA ROSA BLVD #461
FT WALTON BEACH, FL 32548-5914

WILLIAM N WAGNER
1 REINHARDT LN
PALM COAST, FL 32164

WILLIAM O BOLINGER & MARY LOU BOLINGER TR
WILLIAM O & MARY LOU BOLINGER REVOC LIVING
12000 N 90TH ST UNIT 1088
SCOTTSDALE, AZ 85260-8638

WILLIAM O BRANCH CUST DONNA BRANCH
UNDER THE FLORIDAGIFTS TO MINORS ACT
ATTN DONNA BRANCH STEARNS
2600 KING LOUIS RD
CONYERS, GA 30012-2600

WILLIAM O IONATA CUST PAUL R IONATA
U/THE RHODE ISLAND UNIFORM GIFTS TO MINORS ACT
77 CIRCUIT DRIVE
WARWICK, RI 02889-1203

WILLIAM O JEHLE & EDNA E JEHLE TR
WILLIAM & EDNA JEHLE REV TRUST UA 9/5/97
35700 HUNTER AVE
APT 222
WESTLAND, MI 48185-6667

WILLIAM O TURNBULL
46143 290TH AVE
GRIGGSVILLE, IL 62340-2407

WILLIAM O TURNER
7801 108TH AVE NE
NORMAN, OK 73026-9760

WILLIAM OGUL
PO BOX 250573
FRANKLIN, MI 48025-0573

WILLIAM P BOWLER
PO BOX 321224
COCOA BEACH, FL 32932-1224

WILLIAM P HEINTSKILL
2001 28TH ST
BAY CITY, MI 48708-8109

WILLIAM P KING JR & DOROTHY C KING TR
WILLIAM P KING JR AND DOROTHY C KING TRUST UA
12/23/02
23000 INKSTER RD
SOUTHFIELD, MI 48033-3458

WILLIAM P KUKAL
& WILLIAM S KUKAL & JEFFREY B KUKAL & DORENE S KUKAL
JT TEN
4537 SE 10TH PLACE
CAPE CORAL, FL 33904-8610

WILLIAM P MILLER & RUTH A MILLER TR
UA 01/15/2002 WILLIAM PATRICK MILLER & RUTH A
135 GOLD PAN COURT
JACKSON, CA 95642

WILLIAM P MILLS & ERIN O MILLS TR
THE WM P MILLS & ERIN O MILLS TRUST UA 12/11/96
717 HOPKINS ST
TEMPLETON, CA 93465-4519

WILLIAM P NADROWSKI
13097 STEINER RD
AKRON, NY 14001-9512

WILLIAM P SCHERER 3RD CUST BARBARA ANN SCHERER
U/THE N Y UNIFORM GIFTS TO MINORS ACT
2649 NE 37TH DRIVE
FT LAUDERDALE, FL 33308-6324

WILLIAM P SNYDER
16608 150TH AVE
LEROY, MI 49655

WILLIAM PAT SCHEUERMANN CUST ROGER S SCHEUERMANN
A MINOR U/THE LA GIFTS TO MINORS ACT
1102 CLEVELAND ST
FRANKLINTON, LA 70438-2006

WILLIAM PECNIK & VIRGINIA A PECNIK TR
WILLIAM & VIRGINIA A PECNIK REV TRUST UA 03/22/00
7181 SOWUL DR
PAINESVILLE, OH 44077-2246

WILLIAM PRINCE MCLEMORE SR TR
UA 02/21/91 WILLIAM PRINCE MCLEMORE SR TRUST
8767 GRANDBURY PLACE
CORDOVA, TN 38018-5233

WILLIAM PULLICIN & DONNA PULLICIN TR
PULLICIN FAMILY LIVING TRUST UA 11/15/05
6547 WILLOW RD
WEST BLOOMFIELD, MI 48324-2053

WILLIAM Q SABATINI CUST QUINN A SABATINI
A MINOR UNDER THE LAWS OF GEORGIA
8306 CALLE PICAFLOR NW
ALBURQUERQUE, NM 87120-3104

WILLIAM R BRENDEL & JOYCE E BRENDEL TR
WILLIAM R BRENDEL & JOYCE E BRENDEL LIV TRUST UA
07/24/01
2255 HILL RD
WHITE LAKE, MI 48383-2228

WILLIAM R CHRISTY & HELEN L CHRISTY TR
UA 10/17/91 WILLIAM R CHRISTY & HELEN L CHRISTY TRUST
2373 LOMA PARK CT
SAN JOSE, CA 95124-1132

WILLIAM R COLEMAN
19815 REINHART AVE
CARSON, CA 90746-2332

WILLIAM R CRAFTS & DANIEL S CRAFTS TR
WILLIAM R & SHEILAH F CRAFTS FAM TRUST UA 10/16/91
50 RUBY AVE 312
EUGENE, OR 97404

WILLIAM R DERRICK CUST D JOHANNA DERRICK
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
2612 BONNIE CT
MISSOULA, MT 59803-2543

WILLIAM R DERRICK CUST SUZANNE V DERRICK
U/THE UTAH UNIFORM GIFTS TO MINORS ACT
4240 DUNCAN DR
MISSOULA, MT 59802-3288

WILLIAM R DEWITT & SELBY H DEWITT TR
UA 06/03/2009 WILLIAM & SELBY DEWITT LIVING
787 HONEY RIDGE RD
GUYTON, GA 31312

WILLIAM R GOWER CUST MEGAN D GOWER
U/THE DELAWARE UNIFORM GIFTS TO MINORS ACT
1009 PAR 4 CIRCLE
KALAMAZOO, MI 49008-2915

WILLIAM R HEIDELBERG & PATRICIA D HEIDELBERG TR
UA 08/11/93 HEIDELBERG FAMILY TRUST
2420 PINELLAS DR
HARBOUR HGTS, FL 33983-3116

WILLIAM R HENRY & DORIS A HENRY TR
WILLIAM R HENRY & DORIS A HENRY TRUST UA 12/7/99
12270 CORTE SABIO UNIT 6206
SANDIEGO, CA 92128-4589

WILLIAM R JOHNSTON CUST JOHN E JOHNSTON
U/THE TENN UNIFORM GIFTS TO MINORS ACT
907 HIGHLAND AVE
HENDERSONVILLE, NC 28792-3734

WILLIAM R KELLER TR
UA 06/06/86 WILLIAM R KELLER REVOCABLE LIVING TRUST
43158 NAPA DR
STERLING HEIGHTS, MI 48314-1934

WILLIAM R LEEPER & JOAN M LEEPER TR
LEEPER FAMILY LIVING TRUST UA 06/21/00
10330 W THUNDERBIRD BLVD
APT A227
SUN CITY, AZ 85351-6007

WILLIAM R MC NUTT JR
PO BOX 680804
FORT PAYNE, AL 35968-1609

WILLIAM R MERTENS CUST WILLIAM S MERTENS
A MINOR U/P L 55 CHAPTER 139 OF THE LAWS OF NEW
JERSEY
806 TWIN OAK TER
TANNERSVILLE, PA 18372-9126

WILLIAM R MITCHELL
815 216TH SW
BOTHELL, WA 98021-8181

WILLIAM R STARRETT & FRANCES E STARRETT TR
UA 08/08/94 THE STARRETT FAM REVLIV TR
9169 LITTLE MOUNTAIN RD
MENTOR, OH 44060-7910

WILLIAM R STEINDL
827 S TOLLEFSON RD
BRODHEAD, WI 53520-9723

WILLIAM R STEPHENSON JR & LELIA L STEPHENSON TR
STEPHENSON FAMILY TRUST UA 06/15/04
PO BOX 882
MEADOW VISTA, CA 95722-0882

WILLIAM R SUHRHEINRICH
22330 BON HEUR
ST CLR SHORES, MI 48081

WILLIAM R WATSON & ANNA MAE WATSON TR
UA 01/18/85 M-B WILLIAM R WATSON & ANNA MAE WATSON
1237 LAKE VALLEY DRIVE
FENTON, MI 48430-1209

WILLIAM R WEBER & ETHEL E WEBER TR
WILLIAM R WEBER LIVING TR UA 5/27/99
103 ROYAL OAK DR #106
VERO BEACH, FL 32962-3745

WILLIAM R ZIMMERMAN
PO BOX 762015
SAN ANTONIO, TX 78245

WILLIAM RECHSTEINER JR
9320 GARDEN COURT
POTOMAC, MD 20854

WILLIAM ROBERTSON JOHN ROBERTSON & WILLIAM BRESLIN
A W ROBERTSON UA 4/30/65
640 PALISADE AVE
ENGLEWOOD CLIFFS, NJ 07632-1824

WILLIAM ROHAN & JUDITH E ROHAN TR
ROHAN FAMILY REVOCABLE LIVING TRUST UA 07/10/00
3312 SEA MIST LN
MELBOURNE BEACH, FL 32951-3043

WILLIAM S ARNSPARGER & BETTY JANE ARNSPARGER TR
ARNSPARGER FAM TRUST UA 04/11/94
1574 PINE NEEDLES LN
LEXINGTON, KY 40513

WILLIAM S BAHN CUST BARBARA ANN BAHN
U/THE MISSOURI UNIFORM GIFTS TO MINORS ACT
19 ORCHARD LAND
SAINT LOUIS, MO 63122

WILLIAM S BANNON CUST RICHARD BANNON
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
6 POST LN
LIVINGSTON, NJ 07039

WILLIAM S BANNON CUST WILLIAM C BANNON
U/THE NEW JERSEY UNIFORM GIFTS TO MINORS ACT
6 POST LN
LIVINGSTON, NJ 07039

WILLIAM S CORVIN & ADELE K CORVIN TR
UA CORVIN 1988 REVOCABLE TRUST 08/19/88
18 EDGEWATER DRIVE
BELVEDERE, CA 94920-2316

WILLIAM S KREMIDAS & MARGARET M KREMIDAS TR
KREMIDAS FAM TRUST UA 03/23/95
1063 CONTINENTAL AVE
MELBOURNE
MELBOURNE, FL 32940

WILLIAM S SANGER & IRENE W SANGER TR
WILLIAM STANLEY SANGER JT TRUST UA 12/14/99
12014 CANTER LN
RESTON, VA 20191-2113

WILLIAM S STRYKER CUST BARBARA L STRYKER
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
15930 PINION JAY LN
SISTERS, OR 97759-9606

WILLIAM S SWEENEY & DOLORES ALICE SWEENEY TR
UA 6/9/83 WILLIAM S & DOLORESALICE
GRAND BLANC, MI 48439-8729

WILLIAM S TAYLOR CUST ANDREW HOWARD TAYLOR
U/THE TENN UNIFORM GIFTS TO MINORS ACT
866 E 10TH ST
COOKEVILLE, TN 38501-1959

WILLIAM S TAYLOR CUST CATO CLARK TAYLOR
U/THE TENN UNIFORM GIFTS TO MINORS ACT
866 E 10TH ST
COOKEVILLE, TN 38501-1959

WILLIAM S TAYLOR CUST WILLIAM S TAYLOR
U/THE TENN UNIFORM GIFTS TO MINORS ACT
866 E 10TH ST
COOKEVILLE, TN 38501-1959

WILLIAM S WEBSTER & CATHERINE L WEBSTER TR
WEBSTER FAMILY TRUST UA 02/08/01
808 GREENLAWN AVE NW
WARREN, OH 44483-2129

WILLIAM SABAROFF & OZILDA M SABAROFF TR
WILLIAM & OZILDA SABAROFF REV LIVING TRUST UA
06/13/02
853 DUKE
MILFORD, MI 48381-1105

WILLIAM SAMUEL ATKINSON & ROSE MARIE ATKINSON TR
UA 11/10/2009 ATKINSON FAMILY TRUST 2009
7841 DEERFIELD LANE
PANAMA CITY, FL 32405

WILLIAM SIEGEL CUST JAMES SCOTT SIEGEL
U/THE OKLA UNIFORM GIFTS TO MINORS ACT
14 SKYLINE DR
MONTVILLE, NJ 07045-9422

WILLIAM STARK CUST LISA JAN STARK
U/THE MARYLAND UNIFORM GIFTS TO MINORS ACT
9208 FALLS BRIDGE LANE
POTOMAC, MD 20854-3948

WILLIAM STEINBERG & MRS SYLVIA STEINBERG JT TEN
56-34 218TH ST
BAYSIDE, NY 11364-1914

WILLIAM T DOWNEY JR
21709 150TH AVE
TUSTIN, MI 49688-8550

WILLIAM T DUNN JR CUST WILLIAM T DUNN 3RD
A MINOR UNDERARTICLE 8-A OF THE PERS PROPERTY LAW
N Y
2726 ANZIO CT
APT 105
PALM BCH GDNS, FL 33410-2981

WILLIAM T FERKANY & NORA M FERKANY TR
WILLIAM T FERKANY & NORA M FERKANY REV TRUST UA
11/25/97
20 W CALLE NOGAL
GREEN VALLEY, AZ 85614-3425

WILLIAM T FOSTER & EDITH M FOSTER TR
UA 11/14/2008 WILLIAM & EDITH FOSTER TRUST OF
2893 PALOMINO ST
ANDERSON, CA 96007

WILLIAM T HARAS & DOLORES J HARAS TR
WILLIAM T & DOLORES J HARAS LIVING TRUST UA 05/06/04
2842 IVY HILL DR
COMMERCE TWP, MI 48382-5129

WILLIAM T HARAS & LORI ANN DIXON TR
UA 05/06/2004 WILLIAM T HARAS & DELORES J HARAS
2842 IVY HILL DR
COMMERCE TWP, MI 48382-5129

WILLIAM T LIFFITON & MONA LIFFITON TR
WILLIAM T & MONA LIFFITON TRUST UA 12/09/94
11714 NE 62ND TER
STE 400
THE VILLAGES, FL 32162-8624

WILLIAM T PERKINS & MARGARET T PERKINS JT TEN
PO BOX 491326
ATLANTA, GA 30349-9321

WILLIAM T POWELL & MARY LOU POWELL JT TEN
PO BOX 952282
LAKE MARY, FL 32795-2282

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 CHRIS BARBER
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 DANIEL BARNES
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 JOHN KEARNEY
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 KEVIN BARBER
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 MAURA BARNES
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 PATRICK KEARNEY
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T POWERS & MICHAEL J KEARNEY TR
GRAMPA JIM'S TRUST UA 03/20/95 STEPHEN KEARNEY
C/O POWERS & WAITT
PO BOX 237
S EASTON, MA 02375-0237

WILLIAM T SAKAI CUST JANET KEIKO SAKAI
U/THE CALIFORNIA UNIFORM GIFTS TO MINORS ACT
316 CREEKSIDE DRIVE
PALO ALTO, CA 94306-4508

WILLIAM T SAKAI CUST JOANNE MARIKO SAKAI
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
316 CREEKSIDE DRIVE
PALO ALTO, CA 94306-4508

WILLIAM T SAKAI CUST KENNETH ALAN SAKAI
U/THE CALIF UNIFORM GIFTS TO MINORS ACT
316 CREEKSIDE DRIVE
PALO ALTO, CA 94306-4508

WILLIAM T VAN EPPS & CHRISTA M VAN EPPS TR
VAN EPPS FAMILY TRUST UA 10/08/04
7661 GREENBRIER DRIVE NE
ROCKFORD, MI 49341-8359

WILLIAM T WAGAR & PHYLLIS S WAGAR TR
UA 9/25/2007 WILLIAM T WAGAR TRUST
17379 DORIS ST
LIVONIA, MI 48152

WILLIAM T WESTBROOK & LINDA R WESTBROOK TR
WESTBROOK FAM TRUST UA 03/26/99
6335 W HILL LN
GLENDALE, AZ 85310-5724

WILLIAM THOMAS SLAYTON & TIMOTHY H WALL TR
UA 04/12/2007 WILLIAM THOMAS SLAYTON IRREVOCABLE
5853 MUSTANG TER
PLAINFIELD, IN 46168-8412

WILLIAM TRETINIK & JACQUELINE TRETINIK TR
WILLIAM & JACQUELINE TRETINIK REV LIVING TRUST UA
08/01/90
705 S LACLEDE STATION RD #256
WEBSTER GRVS, MO 63119-4969

WILLIAM U HAMMACK & LORETTA J HAMMACK TR
AGREEMENT 11/29/85 WILLIAM U HAMMACK & LORETTA J
HAMMACK
407 VOELKER DR
SAN MATEO, CA 94403-4210

WILLIAM V GAHERTY CUST DANIELLE A GAHERTY
U/THE N Y UNIFORM GIFTS TO MINORS ACT
PO BOX 122
SHEFFIELD, MA 01257-0122

WILLIAM V MCCARTHY & BARBARA R MCCARTHY TR
WILLIAM V BARBARA MCCARTHY TRUST UA 08/17/00
17 PATRICIA DR
MILTON, MA 02186-4729

WILLIAM V MUZYKA & LEONARA MUZYKA TR
WILLIAM V MYZYKA & LEONARA MUZYKA TRUST UA 11/20/95
59 SHORE RD
WEST DENNIS, MA 02670-2909

WILLIAM V VAN HORN & HERSHEL K WILLIAMS & JOYCE J VAN
VAN HORN FAMILY TRUST 12/08/87
7450 SO KNOXVILLE
TULSA, OK 74136-5909

WILLIAM W BEDLE
96 CONSTITUTION BLVD
WHITING, NJ 08759-1904

WILLIAM W BUSSEY CUST WILLIAM W BUSSEY JR
A MINOR U/THE LAWS OF GEORGIA
344 ROBERSON CREEK RD
PITTSBORO, NC 27312-8804

WILLIAM W CORMIER & LORRAINE F CORMIER TR
WILLIAM & LORRAINE CORMIER LIVING TRUST UA 4/8/03
2151 STRATFORD POINTE DR
WEST MELBOURNE, FL 32904-8012

WILLIAM W EDELSTEIN
8855 S HIGHWAY A1A
MELBORNE BEACH, FL 32951-4010

WILLIAM W FURNISS TR
WILLIAM W FURNISS & PATRICIA M FURNISS SURVIVORS
TRUST UA 06/14/88
13902 SANDERSTEAD RD
SANTA ANA, CA 92705-2655

WILLIAM W HERNDON & PHYLLIS F HERNDON TR
HERNDON LIVING TRUST UA 01/26/98
10450 LOTTSFORD ROAD
APT 161
BOWIE, MD 20721

WILLIAM W JONES CUST ANDREW C JONES
U/THE INDIANA UNIFORM GIFTS TO MINORS ACT
1027 GWYN CIR
OVIEDO, FL 32765-7007

WILLIAM W MACTAVISH & FAYE E MACTAVISH TR
MACTAVISH FAM TRUST UA 02/14/96
4030 BANBURY WAY
ANTIOCH, CA 94531-6655

WILLIAM W MARSHALL & DONNA J MARSHALL TR
MARSHALL FAMILY TRUST UA 9/27/99
225 BANBERRY NORHT
LANSING, MI 48906

WILLIAM W REGNIER CUST WILLIAM W REGNIER II
U/THE MO UNIFORM GIFTS TO MINORS LAW
1310 FLORDAWN
FLORISSANT, MO 63031-6252

WILLIAM W TAYLOR
PO BOX 342732
AUSTIN, TX 78734

WILLIAM W WEBSTER & DIANA J WEBSTER TR
WILLIAM W WEBSTER TRUST UA 12/10/99
21150 ANGELA SQUARE
STERLING, VA 20166-2424

WILLIAM W WICKES CUST FRANCES CLEVELAND WICKES
A MINOR UNDER THE LAWS OF THE DISTRICT
4973 ORTEGA BLVD
JACKSONVILLE, FL 32210-8341

WILLIAM W WIRTHMAN CUST KATHLEEN WIRTHMAN
U/THE OHIO UNIFORM GIFTS TO MINORS ACT
281 S ROOSEVELT AVE
COLUMBUS, OH 43209-1827

WILLIAM W ZANDER CUST ROBYN A ZANDER
U/THE CAL UNIFORM GIFTS TO MINORS ACT
1786 ELIZABETH ST
PASADENA, CA 91104-2765

WILLIAM WALSER & DOLORES WALSER TR
UA 06/03/93 WILLIAM & DOLORES WALSER TRUST
6349 SIENA ST
DAYTON, OH 45459-2824

WILLIAM WEINRAUCH
2 TUDOR CITY PLACE
APT 2BS
NEW YORK, NY 10017-6826

WILLIAM WEISS & REGINA WEISS TR
WILLIAM WEISS DECLARATION OF TRUST UA 12/20/89 AS
AMENDED
PO BOX 252353
W BLOOMFIELD, MI 48325-2353

WILLIAM Y MAKINO & RICHARD W MAKINO & DIANE L GARCES
WILLIAM Y MAKINO TRUST UA
9737 FOX GLEN DR 4K
NILES, IL 60714-5871

WILLIE D BAILEY
PO BOX 431881
PONTIAC, MI 48343-1881

WILLIE E MATHIS
PO BOX 203053
ARLINGTON, TX 76006

WILLIE H ATTERBERRY JR
PO BOX 250001
FRANKLIN, MI 48025-0001

WILLIE H CARPENTER
PO BOX 286113
CHICAGO, IL 60628

WILLIE J HARRISON
12301 GREINER ST
DETROIT, MI 48205-2620

WILLIE N LOCKETT
PO BOX 670666
NORTHFIELD, OH 44067

WILLIS A LAMPING & DOROTHY M LAMPING TR
THE WILLIS A LAMPING & DOROTHY MLAMPING
3295 BAUER DRIVE
SAGINAW, MI 48604-2240

WILLIS D PERKINS TR
AMENDED 1987 REVOCABLE TRUST 08/01/72 U-A F-B-O
WILLIS D PERKINS
4081 PETULLA CT
SAN JOSE, CA 95124-4833

WILLIS PENNINGTON & DORIS F PENNINGTON TR
PENNINGTON LIVING TRUST UA 01/30/97
4444 BRENDENWOOD RD #232
ROCKFORD, IL 61107-2267

WILLMER R LONG
3652 WHITING RD
GAINESVILLE, GA 30504-5732

WILMA A GUTWEIN
2058 FAIRKNOLL DRIVE
BEAVERCREEK, OH 45431

WILMA C PRESTON
4331 STEINWAY DR
DAYTON, OH 45416-1643

WILMA C THOMAS TR UA 10/12/87 ELMA M STEINERT
176 MCNEAR DRIVE
SAN RAFAEL, CA 94901-1435

WILMA J EINSELEN
2476 W BROADWAT
BUNKER HILL, IN 46914-9488

WILMA J WOJTOWICZ TR
UA 01/02/1996 ROBERT E & WILMA J WOJTOWICZ 1996
LIVING TRUST
1265 N LEAVITT RD
LEAVITTSBURG, OH 44430

WILMA M HASSER CUST SUSAN R HASSER
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
51 CAPTAIN PERRY DR
PHIPPSBURG, ME 04562-4010

WILMA MEDGARD
C/O DOROTHY C STEINHAUS
20330 BOTHELL EVERETT HIGHWAY
APT C 104
BOTHELL, WA 98012-8140

WILMA N CLARDY
PO BOX 190115
BURTON, MI 48519-0115

WILMA SUE SHUMATE & BUFORD L SHUMATE TR
WILMA SUE SHUMATE TRUST UA 08/08/96
10 THOMAS CIRCLE
GREENBRIER, AR 72058-9571

WILSON B REYNOLDS CUST CHARLES W REYNOLDS
U/THE TENN UNIFORM GIFTS TO MINORS ACT
212 WINMONT TURN
KNOXVILLE, TN 37922-3335

WINFRIED HAAS
IM STEIN 3
65239 HOCHHEIM
GERMANY

WINIFRED B SIMPSON TR
U-DECL OF TRUST 12/19/88 WINIFRED B SIMPSON AS
SETTLOR
14757 VICKERY AVE
SARATOGA, CA 95070-6034

WINIFRED C YOUNG TR
7-A 06/07/89 THE WINIFRED C YOUNG REVOCABLE LIVING
TRUST
45-920 KEAAHALA PL
KANEOHE, HI 96744-3346

WINIFRED E MIELCHEN TR
WINIFRED E MIELCHEN INTERVIVOS TRUST UA 07/18/98
1164 SPRUCE TREE CIRCLE
SACRAMENTO, CA 95831-3923

WINIFRED F FEATHERSTON & TERI L NESSIA TR
WINIFRED F FEATHERSTON TRUST UA 3/13/00
436 GLEN OAK RD
VENICE, FL 34293-1107

WINIFRED HEIGHTON HACKENBURY PERSONAL REPRESENTA
HOWARD R WARNER
118 E WESTWOOD DR
KALAMAZOO, MI 49006-4342

WINIFRED L RADDI FREDERICK C KAHN LAWRENCE NEWMAN
WINIFRED L RADDI U-W GERMAINE L KAHN
BOX 1025
PORT WASHINGTON, NY 11050-0204

WINIFRED M FARWICK TOD MICHELLE D HOLLINGSWORTH SU
RULES
7735 WEST 500 SOUTH
RUSSIAVILLE, IN 46979-9109

WINIFRED M FLANAGAN & MARK J FLANAGAN TR
UA 10/10/2007 WINIFRED M FLANAGAN TRUST
8438 PEACE LILY COURT
LORTON, VA 22079-5697

WINIFRED RADDI GOODING & LAWRENCE NEWMAN TR
WINIFRED RADDI GOODING U-W GERMAINE L KAHN
BOX 1025
PORT WASHINGTON, NY 11050-0204

WINSTON A CALLWOOD
14601 181ST ST
SPRINGFIELD GARDENS, NY 11413-3721

WINTHROP C CANTRELL & BEATRICE PEET CANTRELL TR
UA 08/14/90 THE WINTHROP C CANTRELL
T-16
LAKE LOTAWANA, MO 64086

WIRT C WARD & LELAND A DICKERMAN & JOYCE ANN DICKER
WIRT C WARD TRUST UA 08/23/01
209 LA VIDA VIA
DOWNINGTOWN, PA 19335

WITHOLD B STEINAGEL & FREDA F STEINAGEL JT TEN
1131 DOGWOOD
PORTAGE, MI 49024-5227

WITHOLD F MOIGIS CUST WITOLD C MOIGIS
UNDER THE FLORIDA GIFTS TO MINORS ACT
2469 BRENTHAVEN COURT
BLOOMFIELD HILLS, MI 48304-1412

WM JUDGEMENT LINCH & BETTY L LINCH TR
THE WM JUDGEMENT & BETTY L LINCH REV LIV TRUST UA
02/11/02
6510 SOUTH STATE RD 109
KNIGHTSTOWN, IN 46148-9566

WM JUDGEMENT LINCH BETTY L LINCH TR
WM JUDGEMENT & BETTY L LINCH REV TRUST UA 02/11/02
6510 S STATE RD 109
KNIGHTSTOWM, IN 46148-9566

WOLFGANG J REINEKE
LANDSBERGER STR 5
WIESBADEN
GERMANYD-
GERMANY

WOLFGANG REINHARDT
GENERAL SERVICE MANAGER
EISENSTRA BE 2-4
D-65428 RUESSELSHEIM
REPL OF GERMANY

WOLFGANG REINHARDT
STEINKOPFSTRASSE 25
D-61273 WEHRHEIM
GERMANY

WOLFGANG TRAUTWEIN
HERMANN-LOENS-ALLEE 2C
GINSHEIM-GUSTAVSBURG
D-65462 GERMANY

WOLFRAM LIEDTKE
AM HAINSTEIN 8 A
99817 EISENACH
GERMANY

WOODROW E MILLSPAUGH SR & HELEN G MILLSPAUGH TR
UA 06/08/2000 WOODROW E MILLSPAUGH SR &
7098 S VASSAR RD
GRAND BLANC, MI 48439

WOODROW L MC CARTY
12254 220TH AVE
BIG RAPIDS, MI 49307-9430

WYMAN YOUNG & SANDRA YUK WAN YOUNG TR
WYMAN YOUNG & SANDRA YUK WAN YOUNG LIVING TRUST
UA 09/30/94
2121 MYRTLE BEACH LANE
DANVILLE, CA 94526-6213

WYNNE H WEHE CUST THOMAS W WEHE UGMA PA
13338 186TH AVE NE
WOODINVILLE, WA 98072-6309

WYNOKA MREE ROBERTS
5701 COUNTY ROAD 2350 2350
POMONA, MO 65789-9187

YAKOV GREENSTEIN
725 MOUNT WILSON LN
APT 539
PIKESVILLE, MD 21208-1125

YAKOV GREENSTEIN CUST CHANAH GILAH GREENSTEIN UND
725 MOUNT WILSON LN
APT 539
PIKESVILLE, MD 21208-1125

YAKOV GREENSTEIN CUST RIVKAH GREENSTEIN UGMA NY
725 MOUNT WILSON LN
APT 539
PIKESVILLE, MD 21208-1125

YASUO KUBOTA
DEPARTMENT OF DERMATOLOGY
KAGAWA MEDICAL UNIVERSITY
1750-1 MIKI KIDA-GUN
KAGAWA 701-0793 JAPAN

YASVO ATOBE
11 31 KOYOEN NISHIYAMA CHO
NISHINOMIYA SHI
HYOGO
662 0017 JAPAN

YETTA GOLDMAN TR YETTA GOLDMAN LIVING TRUST UA 01/0
230 174TH ST APT 803
N MIAMI BEACH, FL 33160-3327

YETTA L BIBEN
241-117 LAFAYETTE ROAD
SYRACUSE, NY 13205-2917

YOLANDA F PIROLLI CUST JOHN P PIROLLI
U/THE MASS UNIFORM GIFTS TO MINORS ACT
BOX 223
WATERTOWN, MA 02471-0223

YORIKO IDAMA TR YORIKO IDAMA TRUST UA 04/28/97
PO BOX 660944
ARCADIA, CA 91066-0944

YOSEF REUBEN SHEINFELD
1631 53RD STREET
BROOKLYN, NY 11204-1421

YOSHIO SAKO CUST EDWARD SAKO
U/THE MINNESOTA UNIFORM GIFTS TO MINORS ACT
1856 COLVIN AVE
ST PAUL, MN 55116-2712

YOUWAKEEM COSTANDI & ANNA COSTANDI TR
YOUWAKEEM COSTANDI REV LIVING TRUST UA 05/15/97
36375 GREEN ST
NEW BALTIMORE, MI 48047-2135

YUET MING WONG & SZE YING WONG JT TEN
PO BOX 863135
RIDGEWOOD, NY 11386-3135

YVETTE ROUSSEAU
404-730 LEONARD
STE-FOY QC
G1X 4E2 CANADA

YVETTE ROUSSEAU
404-730 LEONARD
STE-FOY QC
G1X 4E2 CANADA

YVONNE A PURTY
PO BOX 301172
DRAYTONPLAINS, MI 48330-1172

YVONNE E THERRIAN
& MARY JEANNE THERRIAN VANASTEN & PATRICIA A
DELVEAUX JT TEN
1409 DAKOTA AVE
GLADSTONE, MI 49837

YVONNE J HARRIS
PO BOX 740112
ORANGE CITY, FL 32774-0112

YVONNE VAN NESS CUST RANDELL PERCY VAN NESS
U/THE ALABAMA GIFTS TO MINORS ACT
966 E CATTAIL DR
DRAPER, UT 84020-8582

Z LAWSON TUTTLE CUST C WESLEY JACKSON
A MINOR UNDERTHE LAWS OF THE STATE OF GEORGIA
2509 IVY PLANTATION DR
BUFORD, GA 30519-7039

ZACHARY F ENDRESS CUST MARY C ENDRESS
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1790 TIVERTON
BLOOMFIELD HILLS, MI 48304-2343

ZACHARY JAMES SHAM CUST BEVERLY JOYCE SHAM
U/THE CAL UNIFORM GIFTS TO MINORS ACT
2545 CRESTVIEW
NEWPORT BEACH, CA 92663-5624

ZACHARY SCHLAFF CUST SEREEN SCHLAFF
U/THE PA UNIFORM GIFTS TO MINORS ACT
231 LINDEN DRIVE
ELKINS PARK, PA 19027-1341

ZAHEED J JADALLA
PO BOX #441525
DETROIT, MI 48244-1525

ZANDER LEBEL
2524 148A ST
SURREY BC
V4P 1N8 CANADA

ZANE E MITCHELL
8488 180TH AVE
REED CITY, MI 49677-8394

ZAREFAY J BANEK & CHESTER J BANEK TR
ZAREFAY J BANEK LIVING TRUST UA 12/20/99
93 CROSS STREET
YORKVILLE, NY 13495-1721

ZBIGNIEW J ZIOLKOWSKI
3785 105TH AV
ALLEGAN, MI 49010-9130

ZENIDA BREITSTEIN CUST BRUCE BRIETSTEIN
U/THE NEW YORK UNIFORM GIFTS TO MINORS ACT
19 WALNUT PLACE
HUNTINGTON, NY 11743-7105

ZIGMUND MICHAEL TAYLOR
& DOLORES ELIZABETH TAYLOR & MARY ANN TAYLOR JT
TEN
46701 STRATHMORE RD
PLYMOUTH, MI 48170-3438

ZIVOIN BERAR CUST ROBERT S BERAR
U/THE MICHIGAN UNIFORM GIFTS TO MINORS ACT
1708 HAMMAN DR
TROY, MI 48098-5039

ZOLA M SMITH TR
RALPH M SMITH & ZOLA M SMITH REVOCABLE LIVING TRUST
UA 10/03/97
340 W 5TH ST
IMLAY CITY, MI 48444-1039