UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*, : 09-50026 (REG)
    f/k/a General Motors Corp., *et al.* :
:
                      Debtors. : (Jointly Administered)
:
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO
11 U.S.C. § 1121(d) FURTHER EXTENDING EXCLUSIVE PERIOD IN
WHICH DEBTORS MAY SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

Upon the Motion, dated September 10, 2010 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors (collectively, the "**Debtors**"), pursuant to section 1121(d) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order further extending the Debtors' respective exclusive period in which to solicit acceptances of a chapter 11 plan (the "**Exclusive Solicitation Period**"), all as more fully set forth in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period during which no other party may file a plan is further extended to and including March 29, 2011; and it is further

ORDERED that the extension of the Debtors' Exclusive Solicitation Period granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtors or any party in interest, for cause shown, upon notice and a hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
        *September 24, 2010*

                                            *s/ Robert E. Gerber*
                                            United States Bankruptcy Judge