UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No. 09-50026 (REG)
       f/k/a General Motors Corp., *et al*.,       :
                                                   :
              Debtors.                             :     (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss
COUNTY OF SUFFOLK       )

I, Radha S. Rai, being duly sworn, depose and state:

1.      I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On September 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on Alix Partners, Attn: Albert Koch, 2000 Town Center, Suite 2400, Southfield, Michigan 48075:

- Order Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Amend the Terms of their Engagement Letter with AP Services, LLC [Docket No. 6966]; and
- Order Granting Application of AP Services, LLC as Crisis Managers to the Debtors for Approval of Success Fee [Docket No. 6967].


Dated:  September 23, 2010          /s/ Radha S. Rai
        Melville, New York          Radha S. Rai

Sworn to before me this 23rd day of September, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011