# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:     :
    :
MOTORS LIQUIDATION COMPANY, *et al.*,     :
       f/k/a General Motors Corp., *et al.*     :     Chapter 11
    :     Case No. 09-50026 (REG)
    :     (Jointly Administered)
       Debtors.     :
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
       ) ss
COUNTY OF SUFFOLK     )

I, Chanpreet Kondal, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On September 27, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 7122] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                                      /s/Chanpreet Kondal
                                                                      Chanpreet Kondal

Sworn to before me this 27th day of
September, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Brenda Brock
c/o Abel Law Firm
900 NE 63rd Street
Oklahoma City, OK 73105-6414

### TRANSFEREE

Avenue TC Fund, L.P.
Attn: David S. Leinwand
399 Park Avenue, 6th Floor
New York, NY 10022