# EXHIBIT B

## Summary by Project Category

**EXHIBIT B**
**Fee Examiner and Godfrey and Kahn, S.C.**
**Summary by Project Category**

**Summary of Services Rendered From**
**December 28, 2009 through May 31, 2010**

| PROJECT CATEGORY | Analysis, Reports and Recommendations (Exhibit C, Pt. 1) | | Prepare for and Attend Hearings (Exhibit C, Pt. 2) | | Travel[1] (Exhibit C, Pt. 3) | | General Case Administration (Exhibit C, Pt. 4) | | Firm Retention/ Disclosure Issues (Exhibit C, Pt. 5) | | Fee Application Preparation (Exhibit C, Pt. 6) | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | |
| Brady C. Williamson | 113.80 | $56,331.00 | 9.10 | $4,504.50 | 12.60 | $6,237.00 | 49.70 | $24,601.50 | 5.00 | $2,475.00 | 0.00 | $0.00 | Hours: 190.2 Fees: $94,149.00 |
| Timothy F. Nixon | 2.70 | $1,215.00 | 8.50 | $3,825.00 | 0.00 | $0.00 | 4.60 | $2,070.00 | 2.70 | $1,215.00 | 0.00 | $0.00 | Hours: 18.5 Fees: $8,325.00 |
| Katherine Stadler | 211.20 | $86,592.00 | 19.10 | $7,831.00 | 4.00 | $1,640.00 | 33.30 | $13,653.00 | 23.20 | $9,512.00 | 0.00 | $0.00 | Hours: 290.8 Fees: $119,228.00 |
| Eric J. Wilson | 158.00 | $61,620.00 | 11.20 | $4,368.00 | 10.40 | $4,056.00 | 22.40 | $8,736.00 | 2.10 | $819.00 | 0.00 | $0.00 | Hours: 204.1 Fees: $79,599.00 |
| Carla O. Andres | 412.90 | $144,515.00 | 6.90 | $2,415.00 | 8.20 | $2,870.00 | 34.10 | $11,935.00 | 16.60 | $5,810.00 | 0.00 | $0.00 | Hours: 478.7 Fees: $167,545.00 |
| Monica Santa Maria | 161.90 | $33,189.50 | 11.50 | $2,357.50 | 4.10 | $840.50 | 18.40 | $3,772.00 | 2.00 | $410.00 | 0.00 | $0.00 | Hours: 197.9 Fees: $40,569.50 |
| Claire Finando | 18.30 | $3,751.50 | 0.00 | $0.00 | 0.00 | $0.00 | 0.30 | $61.50 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 18.6 Fees: $3,813.00 |
| Peggy L. Heyrman | 65.40 | $13,407.00 | 0.00 | $0.00 | 0.00 | $0.00 | 8.80 | $1,804.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 74.2 Fees: $15,211.00 |
| Jill Bradshaw | 5.30 | $901.00 | 0.00 | $0.00 | 0.00 | $0.00 | 18.40 | $3,128.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 23.7 Fees: $4,029.00 |
| Zerithea G. Raiche | 151.80 | $24,288.00 | 22.90 | $3,664.00 | 0.00 | $0.00 | 212.20 | $33,952.00 | 20.50 | $3,280.00 | 6.80 | $1,088.00 | Hours: 414.2 Fees: $66,272.00 |
| Nicole Talbott Settle | 89.60 | $14,336.00 | 21.00 | $3,360.00 | 0.00 | $0.00 | 142.30 | $22,768.00 | 6.10 | $976.00 | 0.00 | $0.00 | Hours: 259.0 Fees: $41,440.00 |
| Maribeth Roufus | 45.10 | $7,216.00 | 0.00 | $0.00 | 0.00 | $0.00 | 41.40 | $6,624.00 | 11.10 | $1,776.00 | 0.00 | $0.00 | Hours: 97.6 Fees: $15,616.00 |
| Jenna Stiegler | 0.60 | $90.00 | 8.30 | $1,245.00 | 0.00 | $0.00 | 107.60 | $16,140.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 116.5 Fees: $17,475.00 |
| TOTAL: | 1436.60 | $447,452.00 | 118.50 | $33,570.00 | 39.30 | $15,643.50 | 693.50 | $149,245.00 | 89.30 | $26,273.00 | 6.80 | $1,088.00 | Hours: 2384.0 Fees: $673,271.50 |

[1] Total Travel Time is 78.6 (Hours) and $31,287.00 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.