# EXHIBIT C, Part 2

## Prepare for and Attend Hearings

September 27, 2010

Invoice No. 515257     Page 16

Matter No. 004179-001B

Re:    Prepare for and Attend Hearings

For Legal Services Rendered Through May 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-11-2010 | Timothy F. Nixon | Conference with Ms. Andres regarding April hearing strategy (.2). | 0.20 | 90.00 |
| 02-16-2010 | Katherine Stadler | E-mail communications on scheduling April fee application hearing (.1). | 0.10 | 41.00 |
| 02-18-2010 | Timothy F. Nixon | Conference with team regarding April hearing strategy (.2). | 0.20 | 90.00 |
| 03-26-2010 | Jenna Stiegler | Update matters scheduled for hearings binder (.1). | 0.10 | 15.00 |
| 04-01-2010 | Timothy F. Nixon | Conference with team regarding likely hearing issues and procedure (.3). | 0.30 | 135.00 |
| 04-06-2010 | N. Talbott Settle | Review and forward materials to update binder of professionals in preparation for fee hearing (.3). | 0.30 | 48.00 |
| 04-06-2010 | Jenna Stiegler | Update binder of all retained professionals and applications in preparation for fee hearing (5.1). | 5.10 | 765.00 |
| 04-07-2010 | Jenna Stiegler | Update binder of all retained professionals in preparation for fee hearing (3.1). | 3.10 | 465.00 |
| 04-08-2010 | Katherine Stadler | Monitor hearing on appointment of Caplin & Drysdale, nunc pro tunc, for relevant matters pertaining to fee examiner (.7). | 0.70 | 287.00 |
| 04-21-2010 | Katherine Stadler | Draft, review, revise, and finalize for filing motion to adjourn hearings on second interim fee applications (1.1). | 1.10 | 451.00 |

Matter No.   004179-001B  September 27, 2010
Invoice No.  515257  Page 17

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-23-2010 | Zerithea Raiche | Update report binders for each retained professional for use at April 29, 2010 hearing to include filed final reports and recent communications from retained professionals (2.4). | 2.40 | 384.00 |
| 04-23-2010 | Timothy F. Nixon | Preparation for fee hearing by reviewing filings (1.1). | 1.10 | 495.00 |
| 04-26-2010 | N. Talbott Settle | Prepare electronic files for each retained professional and update paper files in preparation for April 29, 2010 hearing (8.4). | 8.40 | 1,344.00 |
| 04-26-2010 | N. Talbott Settle | Work on logistic memorandum for April 29, 2010 hearing (.6). | 0.60 | 96.00 |
| 04-26-2010 | Zerithea Raiche | Update hearing binders to include the April 19, 2010 committee reports and protocols (.3); review, revise and file stipulation and order for adjournment of April 29, 2010 hearing on first interim fee application of Baker & McKenzie (.4); review and update hearing binders to include responses from Butzel Long, Evercore, AP Services and Weil Gotshal on fee examiner's final reports on first interim fee applications (.8); verify completeness of hearing binders to include all communications from retained professionals after filing of final reports (1.4). | 2.90 | 464.00 |
| 04-26-2010 | Eric Wilson | Review and organize documents in preparation for hearing on first interim fee applications (1.2). | 1.20 | 468.00 |
| 04-26-2010 | Katherine Stadler | E-mail exchanges on hearing agenda and response of Weil Gotshal to supplemental filing in support of Stuart Maue (.3). | 0.30 | 123.00 |

09-50026-mg    Doc 7134-4    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 2 - Prepare for and Attend Hearings    Pg 4 of 9

Matter No.   004179-001B                                                September 27, 2010
Invoice No.  515257                                                                 Page 18

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-27-2010 | N. Talbott Settle | Continue work on hearing binders and corresponding index and updates to first interim fee folders for each of the corresponding professionals in preparation for the April 29, 2010 hearing (7.2). | 7.20 | 1,152.00 |
| 04-27-2010 | N. Talbott Settle | Attend team meeting (.3); logistics memorandum for April 29, 2010 hearing (1.3); review materials for attorneys in preparation for hearing (1.5); work on preparing materials for overnight delivery and shipping logistics (1.2). | 4.30 | 688.00 |
| 04-27-2010 | Zerithea Raiche | Review and update hearing binders with responses from Weil Gotshal on Brownfield status conference, response of FTI to fee examiner's report, forward e-mails setting status conference for Brownfield's rate increase, notice of matters scheduled for hearing on April 29, 2010, response of AP Services to fee examiner's report, reply of Butzel Long to fee examiner's report and Kramer Levin's response to fee examiner's report (1.3); locate documents and prepare e-mail attaching relevant documents for review prior to April 29, 2010 hearing and status of materials forwarded to New York for use at hearing (1.1); verify and update contents of the hearing binders for each retained professional and binders for use at April 29, 2010 hearing (4.2). | 6.60 | 1,056.00 |
| 04-27-2010 | Eric Wilson | Prepare notes for hearing on first interim fee application (2.8). | 2.80 | 1,092.00 |
| 04-27-2010 | Timothy F. Nixon | Review pleadings and response in preparation for fee hearing (.8). | 0.80 | 360.00 |

09-50026-mg    Doc 7134-4    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 2 - Prepare for and Attend Hearings    Pg 5 of 9

Matter No.    004179-001B                                                September 27, 2010
Invoice No.   515257                                                                Page 19

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-27-2010 | Brady C. Williamson | Review hearing agenda (.3). | 0.30 | 148.50 |
| 04-27-2010 | Katherine Stadler | Review hearing agenda (.3). | 0.30 | 123.00 |
| 04-28-2010 | Zerithea Raiche | Review and forward for use at April 29, 2010 hearing: response of Claro Group and Evercore to the fee examiner's reports (.2), order for adjournment of April 29, 2010 hearing for Brownfield (.1); order for adjournment of April 29, 2010 hearing for LFR (.1), omnibus reply of Wilmington Trust and joinder of Law Debenture Trust on fee examiner's reports on Kramer Levin, Butzel Long and FTI (.2), and amended notice of matters scheduled for hearing on April 29, 2010 (.1); locate and forward fee examiner's summary and standards memorandum in preparation for April 29, 2010 hearing (.3); prepare e-mail on addition of AP Services to the April 29, 2010 hearing agenda (.1); prepare e-mail to team on additions made to the hearing agenda for April 29, 2010 (.6); review, post to website and forward to team members demonstrative exhibits of Kramer Levin for use at the April 29, 2010 hearing (.4); locate documents requested by team for use at April 29, 2010 hearing on Kramer Levin, Butzel Long, FTI, Weil Gotshal, AP Services, Jenner & Block and Evercore (4.7). | 6.80 | 1,088.00 |
| 04-28-2010 | Carla Andres | Review memorandum regarding travel logistics, material shipped, and agenda (.2); e-mail regarding Hamilton Rabinovitz, no objection (.1). | 0.30 | 105.00 |

09-50026-mg    Doc 7134-4    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 2 - Prepare for and Attend Hearings    Pg 6 of 9

Matter No.  004179-001B                                                                September 27, 2010
Invoice No. 515257                                                                              Page 20

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-28-2010 | Monica Santa Maria | Review and consider Kramer Levin's demonstrative exhibits (.3); prepare reply points for hearing in response to Kramer Levin's response and exhibits (2.1); review and consider response filed by Wilmington Trust (.3); review and consider response filed by Law Debenture joining Wilmington Trust's response (.2). | 2.90 | 594.50 |
| 04-28-2010 | Monica Santa Maria | Update hearing binders with newly filed responses in preparation for hearing (3.3). | 3.30 | 676.50 |
| 04-28-2010 | Timothy F. Nixon | Continue review of pleadings and responses in preparation for hearing (1.3). | 1.30 | 585.00 |
| 04-28-2010 | Brady C. Williamson | Exchange telephone calls, e-mails (.4); meet with Mr. Velez-Rivera and colleagues on procedure (1.3); additional hearing preparation (1.9). | 3.60 | 1,782.00 |
| 04-28-2010 | Katherine Stadler | Review all new filings in preparation for hearing including Claro Group reply (.4): Butzel Long reply (.3); orders adjourning hearings (.1); compile all materials at business center to prepare for hearing (2.5). | 3.30 | 1,353.00 |
| 04-28-2010 | Katherine Stadler | Meeting with U.S. Trustee, Diana Adams, Mr. Velez-Rivera, and others at Trustee's office to prepare for hearing on fee applications (1.3). | 1.30 | 533.00 |

09-50026-mg    Doc 7134-4    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 2 - Prepare for and Attend Hearings    Pg 7 of 9

Matter No.   004179-001B                                                September 27, 2010
Invoice No.  515257                                                              Page 21

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-28-2010 | Katherine Stadler | Additional review of Kramer Levin response and preparation of reply points for hearings (2.1); confer with Mr. Williamson on substance of Kramer Levin reply (.2); review and consider demonstrative exhibits served in anticipation of hearing (.5); confer with Mr. Dalton of Stuart Maue on interpretation of demonstrative exhibits (.2). | 3.00 | 1,230.00 |
| 04-28-2010 | Katherine Stadler | Conferences and e-mails with Mr. Dalton on preparation for hearing (.6). | 0.60 | 246.00 |
| 04-29-2010 | N. Talbott Settle | Review correspondence and documents for hearing and forward for inclusion in library binders (.2). | 0.20 | 32.00 |
| 04-29-2010 | Zerithea Raiche | Post notes regarding Kramer Levin's response for use at the April 29, 2010 hearing (.2); review and forward e-mails from Mr. Deems of Claro Group with supporting information for use at April 29, 2010 hearing (.8); prepare e-mail on charges from CourtCall on rulings for today's hearing (.1); review e-mails on court's rulings (.3). | 1.40 | 224.00 |
| 04-29-2010 | Zerithea Raiche | Review and incorporate into file documents from review of final reports and preparations for April 29, 2010 hearing (2.8). | 2.80 | 448.00 |
| 04-29-2010 | Carla Andres | Hearing preparation - review memoranda and responses and supplemental documentation (2.0); meeting regarding responses of retained professionals (.2); attendance at hearing (3.2); review e-mail regarding follow-up issues (.5). | 5.90 | 2,065.00 |

09-50026-mg    Doc 7134-4    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 2 - Prepare for and Attend Hearings    Pg 8 of 9

Matter No.   004179-001B                                                September 27, 2010
Invoice No.  515257                                                              Page 22

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-29-2010 | Monica Santa Maria | Conference regarding hearing results (.1); review and consider notes on Judge Gerber's ruling (.3). | 0.40 | 82.00 |
| 04-29-2010 | Monica Santa Maria | Print copies of Kramer Levin reply notes in preparation for fee hearing at business center (.2); attend fee hearing and take detailed notes of arguments (3.2). | 3.40 | 697.00 |
| 04-29-2010 | Monica Santa Maria | Preparations for hearing on Kramer Levin report (.4). | 0.40 | 82.00 |
| 04-29-2010 | Monica Santa Maria | Assist with preparation of hearing materials for return to Madison (1.1). | 1.10 | 225.50 |
| 04-29-2010 | Timothy F. Nixon | General preparations for hearing and argument (1.2) attend hearing (3.2) follow up conference with fee examiner regarding hearing results (.2). | 4.60 | 2,070.00 |
| 04-29-2010 | Brady C. Williamson | Prepare for (1.7) and participate in hearing before Judge Gerber (3.2). | 4.90 | 2,425.50 |
| 04-29-2010 | Katherine Stadler | Meeting on Kramer Levin reply points in preparation for argument (.5); general preparations for argument (1.2); attend hearing on fee application, presenting responsive argument on Kramer Levin application (3.2); follow up conferences on procedures and process (.2); dial-in and listen to Judge Gerber's oral ruling and e-mail contemporaneous notes to team on results (2.3); report results (.2). | 7.60 | 3,116.00 |
| 04-29-2010 | Katherine Stadler | Assist in preparation of hearing materials for return shipment to office (1.1). | 1.10 | No Charge |

09-50026-mg    Doc 7134-4    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 2 - Prepare for and Attend Hearings    Pg 9 of 9

Matter No.   004179-001B                                                September 27, 2010
Invoice No.  515257                                                             Page 23

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-29-2010 | Eric Wilson | General preparations for hearing and argument (.8); attend court hearing on first interim fee applications (3.2); meeting with U.S. Trustee's office on hearing materials (.6); attend court hearing to listen to judge's ruling (2.3); review e-mail correspondence regarding judge's ruling (.3). | 7.20 | 2,808.00 |
| 05-03-2010 | Brady C. Williamson | Exchange e-mail with Mr. Brooks for Weil Gotshal on hearing dates (.1). | 0.10 | 49.50 |
| 05-04-2010 | Brady C. Williamson | Exchange telephone calls and messages with Mr. Karotkin for Weil Gotshal on hearing dates (.2). | 0.20 | 99.00 |
| 05-11-2010 | Carla Andres | Review transcript of fee hearing (.7). | 0.70 | 245.00 |
| 05-27-2010 | Katherine Stadler | Monitor hearing on extension of exclusivity period and on status of JP Morgan adversary proceeding (.7); e-mail update to team (.1). | 0.80 | 328.00 |
| | | **Total Fees** | $ | 33,570.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Matter** | **$** | **33,570.00** |