# **EXHIBIT C, Part 3**

## **Travel - Time**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.

September 24, 2010

U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

Invoice No.     515175
Matter No.      004179-001K

Billing Attorney:
Re:    Travel - Time                               Brady C. Williamson

For Legal Services Rendered Through May 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-11-2010 | Brady C. Williamson | Travel to New York from Madison and additional preparation en route for meeting with U.S. Trustee and colleagues (7.4). | 7.40 | 3,663.00 |
| 01-13-2010 | Brady C. Williamson | New York local travel time to and from meeting with U.S. Trustee (.8). | 0.80 | 396.00 |
| 01-14-2010 | Brady C. Williamson | Return to Madison from New York and review notes and documents en route (5.6). | 5.60 | 2,772.00 |
| 03-02-2010 | Brady C. Williamson | Travel to Detroit for March 3 meeting with debtors' management (2.1). | 2.10 | 1,039.50 |
| 03-03-2010 | Carla Andres | Travel to Detroit for meeting with debtors' management and return to Madison (3.9). | 3.90 | 1,365.00 |
| 03-03-2010 | Brady C. Williamson | Return travel to Madison from meeting with debtors' management (2.3). | 2.30 | 1,138.50 |
| 03-04-2010 | Mary Roufus | Travel to and from Madison to attend meeting with Stuart Maue team (3.0). | 3.00 | No Charge |

Matter Number: 004179-001K  
Invoice No.: 515175

September 24, 2010  
Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-04-2010 | Carla Andres | Travel to and from Madison for meeting with Stuart Maue team (2.7). | 2.70 | No Charge |
| 04-21-2010 | Carla Andres | Travel to Madison to work with team to finalize first interim fee period reports (2.4). | 2.40 | No Charge |
| 04-22-2010 | Zerithea Raiche | Travel to/from main Federal Express office for service of final reports and chamber's copy of final reports (.6). | 0.60 | No Charge |
| 04-26-2010 | Brady C. Williamson | Travel to Washington, D.C. en route to New York for hearing on first interim fee applications (3.6). | 3.60 | 1,782.00 |
| 04-27-2010 | Zerithea Raiche | Travel to/from Federal Express office for delivery of hearing binders and materials for April 29, 2010 hearing (.5). | 0.50 | No Charge |
| 04-28-2010 | Carla Andres | Non-working travel to New York for hearing on first interim fee applications (5.5). | 5.50 | 1,925.00 |
| 04-28-2010 | Monica Santa Maria | Non-working travel to New York (via Milwaukee) to attend April 29 fee hearing (4.4). | 4.40 | 902.00 |
| 04-28-2010 | Timothy F. Nixon | Non-working travel to New York for fee hearing (7.1). | 7.10 | No Charge |
| 04-28-2010 | Katherine Stadler | Non-working travel time to New York for meeting with U.S. Trustee and hearing on first interim fee applications (4.8). | 4.80 | 1,968.00 |
| 04-28-2010 | Eric Wilson | Travel to New York for hearing on first interim fee applications (6.3). | 6.30 | 2,457.00 |
| 04-29-2010 | Carla Andres | Return travel from New York (7.0). | 7.00 | 2,450.00 |
| 04-29-2010 | Timothy F. Nixon | Non-working return travel from hearing (6.9). | 6.90 | No Charge |
| 04-29-2010 | Brady C. Williamson | Return travel from New York (3.4). | 3.40 | 1,683.00 |

Matter Number: 004179-001K  
Invoice No.: 515175

September 24, 2010  
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-29-2010 | Katherine Stadler | Return travel from New York from hearing (3.2). | 3.20 | 1,312.00 |
| 04-30-2010 | Eric Wilson | Travel from New York to Milwaukee to Madison from hearing on first interim fee applications (6.0). | 6.00 | 2,340.00 |
| 05-02-2010 | Monica Santa Maria | Non-working travel time from fee hearing in New York (3.8). | 3.80 | 779.00 |
| 05-26-2010 | Eric Wilson | Travel to and from St. Louis for meeting with Stuart Maue (8.5). | 8.50 | 3,315.00 |

|   |   |
|---|---|
| Total Fees | $ 31,287.00 |
| 50% Non-working Travel Reduction | $ -15,643.50 |
| Total Adjusted Fees | $ 15,643.50 |
| Total Disbursements | $ 0.00 |
| **Total For This Invoice** | **$ 15,643.50** |

Matter Number: 004179-001K  September 24, 2010
Invoice No.: 515175  Page 4

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Of Counsel | 16.40 | 350.00 | 5,740.00 |
| **Of Counsel Total** | | **16.40** | | **5,740.00** |
| MONICA SANTA MARIA | Associate | 8.20 | 205.00 | 1,681.00 |
| **Associate Total** | | **8.20** | | **1,681.00** |
| BRADY C. WILLIAMSON | Shareholder | 25.20 | 495.00 | 12,474.00 |
| KATHERINE STADLER | Shareholder | 8.00 | 410.00 | 3,280.00 |
| ERIC WILSON | Shareholder | 20.80 | 390.00 | 8,112.00 |
| **Shareholder Total** | | **54.00** | | **23,866.00** |
| **TIMEKEEPER TOTALS** | | **78.60** | | **$31,287.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*