# EXHIBIT C, Part 5

## Firm Retention/Disclosure Issues

September 27, 2010

Invoice No.  515257     Page 3

Matter No. 004179-001A

Re:    Retention/Disclosure Issues

For Legal Services Rendered Through May 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-28-2009 | Mary Roufus | Locate various case documents and forward for review (1.1); review dockets to locate motion/application to employ counsel for fee examiner (2.6). | 3.70 | 592.00 |
| 12-28-2009 | Carla Andres | Draft and revise application to appoint Godfrey & Kahn as counsel (1.5); draft notice, order and supporting affidavit (2.8); familiarize with case, parties and status of fee applications (1.2). | 5.50 | 1,925.00 |
| 12-29-2009 | Carla Andres | Team conference call (.6); complete and e-mail application for appointment of counsel and supporting documents (1.2). | 1.80 | 630.00 |
| 12-29-2009 | Timothy F. Nixon | Work on Godfrey & Kahn affidavits and application (.8). | 0.80 | 360.00 |
| 12-31-2009 | Zerithea Raiche | Review and download amended notice establishing notice and case management procedures and master service list (.3); prepare e-mail on service of motion to employ counsel for fee examiner (.2). | 0.50 | 80.00 |
| 12-31-2009 | Carla Andres | Telephone conference with Mr. Willamson regarding anticipated filing (.4); review comments from Mr. Williamson and incorporate into application, affidavit and notice (.8); draft e-mail to Mr. Velez-Rivera regarding draft documents and intended filing (.2). | 1.40 | 490.00 |

Matter No.   004179-001A  
Invoice No.  515257  

September 27, 2010  
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-31-2009 | Timothy F. Nixon | Work on revised application (.4); conference with Ms. Andres regarding transmittal to U.S. Trustee and filing (.2). | 0.60 | 270.00 |
| 12-31-2009 | Brady C. Williamson | Review and revise draft application for counsel and related documents (.6); place initial telephone calls to retained professionals (.2); initial review of supplemental fee request by Kramer Levin (.6). | 1.40 | 693.00 |
| 01-04-2010 | Carla Andres | Review and respond to e-mail from Mr. Velez-Rivera regarding remaining documents for retention (.3); telephone conferences regarding logistics of anticipated filing and notice (.4); review e-mails from Mr. Velez-Rivera regarding comments on proposed order and respond (.3); revise proposed order and application (.5); review e-mail from Mr. Williamson regarding comments from Mr. Velez-Rivera (.2); e-mails regarding hearing schedule (.2). | 1.90 | 665.00 |
| 01-04-2010 | Timothy F. Nixon | Continue work on Godfrey & Kahn application pleadings (.7). | 0.70 | 315.00 |

Matter No.   004179-001A                                                    September 27, 2010
Invoice No.  515257                                                                      Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-05-2010 | Mary Roufus | Review e-mails regarding docket entries relating to fee applications (.3); review and revise application to employ Godfrey & Kahn, affidavit of Mr. Nixon, notice of presentment and proposed order (2.6); telephone conference with courtroom deputy regarding canceling of hearing and filing on presentment (.1); update application and related documents to reflect change (.4); electronically file application, affidavit, notice of presentment and proposed order (.4); facilitate mailing of same (.4); prepare letter to accompany chambers copy and assemble packet to be sent to Judge Gerber (.2). | 4.40 | 704.00 |
| 01-05-2010 | Carla Andres | Review e-mail from Mr. Velez-Rivera regarding contact information (.1); review application for examiner and supporting documents (.8); telephone conference regarding proposed revisions (.3); e-mails confirming final form (.1); e-mails and telephone conferences regarding scheduling, court contacts, and filing and service issues (.8). | 2.10 | 735.00 |
| 01-05-2010 | Timothy F. Nixon | Work on retention application and related pleadings (.6). | 0.60 | 270.00 |
| 01-07-2010 | Mary Roufus | Prepare and electronically file affidavit of service for application to employ Godfrey & Kahn and notice of presentment (.3); develop categories for Godfrey & Kahn fee applications (2.2). | 2.50 | 400.00 |

Matter No.   004179-001A  September 27, 2010
Invoice No.  515257  Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-08-2010 | Mary Roufus | Prepare letter to accompany chambers copy of affidavit of service and arrange for sending to Judge Gerbers' chambers (.2). | 0.20 | 32.00 |
| 01-15-2010 | Zerithea Raiche | Review and forward application to employ Godfrey & Kahn as counsel for the fee examiner and hourly rates of professionals (.1); review and update billing categories (.2). | 0.30 | 48.00 |
| 01-18-2010 | Katherine Stadler | Telephone conference with Mr. Quinn on limited retention of Stuart Maue and terms of engagement (.2); follow-up e-mails on preparation of retention application (.3). | 0.50 | 205.00 |
| 01-18-2010 | Katherine Stadler | Conferences with Mr. Williamson on case management and possible retention of fee auditor (.3). | 0.30 | 123.00 |
| 01-19-2010 | Katherine Stadler | E-mail exchange with Mr. Quinn of Stuart Maue on retention application (.2); review Mr. Quinn's affidavit in support of retention application and supporting documents (1.0). | 1.20 | 492.00 |
| 01-20-2010 | N. Talbott Settle | Review correspondence with Mr. Quinn and review notice of presentment, proposed order, affidavit, application (1.4). | 1.40 | 224.00 |
| 01-20-2010 | Katherine Stadler | Review and revise application for limited retention of Stuart Maue as auditor, affidavit, order, and notice of presentment (1.5). | 1.50 | 615.00 |
| 01-22-2010 | N. Talbott Settle | Review fee examiner's application for authorization for the limited retention and employment of the Stuart Maue as consultant to the fee examiner and related documents (.5). | 0.50 | 80.00 |

09-50026-mg    Doc 7134-7    Filed 09/27/10    Entered 09/27/10 15:57:25    Exhibit C
Part 5 - Firm Retention and Disclosure Issues    Pg 6 of 14

Matter No.   004179-001A                                                September 27, 2010
Invoice No.  515257                                                                  Page 7

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 01-22-2010 | N. Talbott Settle | Review correspondence regarding meeting with Stuart Maue and retention agreement (.3). | 0.30 | 48.00 |
| 01-22-2010 | Katherine Stadler | Work on retention application for fee auditor and affidavit supporting the application and e-mail drafts to U.S. Trustee (2.2); e-mail communications with Mr. Quinn on contents of affidavit and arrangements for in person meeting in Madison (.5); plan for meeting (.5). | 3.20 | 1,312.00 |
| 01-23-2010 | Katherine Stadler | E-mail inquiry from Mr. Quinn on revisions to retention application (.2). | 0.20 | 82.00 |
| 01-25-2010 | N. Talbott Settle | Obtain Stuart Maue materials (.2). | 0.20 | 32.00 |
| 01-25-2010 | Katherine Stadler | E-mail exchange with Mr. Velez-Rivera on potential retention of Stuart Maue (.1). | 0.10 | 41.00 |
| 01-25-2010 | Katherine Stadler | Communications with Mr. Quinn on retention documents and arrangements for in person meeting (.5); suggested revisions to Mr. Quinn's affidavit in support of retention application (.5). | 1.00 | 410.00 |
| 01-26-2010 | Katherine Stadler | E-mail update to Mr. Quinn on status of U.S. Trustee revisions to Stuart Maue retention documents (.1). | 0.10 | 41.00 |

Matter No.   004179-001A                                                                                                September 27, 2010
Invoice No.  515257                                                                                                     Page 8

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-28-2010 | Zerithea Raiche | Prepare for meeting with Stuart Maue staff (.6); locate orders retaining Stuart Maue in other bankruptcy cases for use as exhibit to Mr. Quinn's affidavit (.7); review and revise application and proposed order to employ Stuart Maue (1.4); review and revise affidavit of James Quinn in support of application to employ Stuart Maue as consultants to the fee examiner (.8); join conference and attend meeting with Stuart Maue representatives (2.0); prepare e-mail to Messrs. Dalton and Quinn attaching draft memorandum on protocols and standards for review of fee applications (.1). | 5.60 | 896.00 |
| 01-28-2010 | N. Talbott Settle | Work on attachments to Mr. Quinn's (Stuart Maue) affidavit (1.1); conference with Mr. Quinn regarding canceled flight and new arrangements (.4); join conference with representatives from Stuart Maue (2.2). | 3.70 | 592.00 |
| 01-28-2010 | Carla Andres | Attend conference with Stuart Maue regarding retention and initial requirements (2.4). | 2.40 | 840.00 |
| 01-28-2010 | Brady C. Williamson | Prepare for (.7) and participate in part of extended conference with Stuart Maue representatives (1.1); exchange email with U.S. Trustee on administrative issues (.2); participate in internal conference call on status and procedures (.3). | 2.30 | 1,138.50 |

Matter No.   004179-001A                                                September 27, 2010
Invoice No.  515257                                                                  Page 9

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-28-2010 | Katherine Stadler | Prepare for (1.3) and meeting with Mr. Quinn and Mr. Dalton on limited retention of Stuart Maue and parameters of project (1.1); revisions to Mr. Quinn's affidavit and other retention documents in light of comments from Mr. Velez-Rivera (.5); update from Mr. Williamson on communications from U.S. Trustee on examiner retention (.1). | 3.00 | 1,230.00 |
| 01-29-2010 | Zerithea Raiche | Review, revise and file application to retain Stuart Maue as consultants to the fee examiner (3.4); conference with court clerk on presentment date (.1); prepare e-mail to Messrs. Quinn, Dalton and Brown forwarding filed application to retain Stuart Maue (.1). | 3.60 | 576.00 |
| 01-29-2010 | Mary Roufus | E-mail correspondence regarding service of application to retain Stuart Maue (.3). | 0.30 | 48.00 |
| 01-29-2010 | Katherine Stadler | Additional revisions to fee auditor application materials (.8); conferences on instructions related to timing of filing (.2); complete application materials for signature (.1). | 1.10 | 451.00 |
| 02-17-2010 | Zerithea Raiche | Prepare e-mail to Stuart Maue attaching order authorizing the company's employment as a consultant to the fee examiner (.1). | 0.10 | 16.00 |
| 02-17-2010 | Carla Andres | Review summary of new filings, including order appointing Stuart Maue (.2). | 0.20 | 70.00 |
| 02-17-2010 | Katherine Stadler | E-mail to Mr. Dalton on court execution of retention order (.1); e-mail exchange on travel plans (.1). | 0.20 | 82.00 |

Matter No.   004179-001A                                                September 27, 2010
Invoice No.  515257                                                     Page 10

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-25-2010 | Carla Andres | E-mails with Mr. Brown and Mr. Dalton regarding final review of exhibits (.2); review e-mail to Mr. Dalton regarding expansion of scope of review and intended application (.1). | 0.30 | 105.00 |
| 03-25-2010 | Katherine Stadler | E-mail to Mr. Brown, Mr. Dalton and Mr. Quinn on expansion of retention (.1). | 0.10 | 41.00 |
| 03-26-2010 | Carla Andres | Review draft affidavit from Mr. Dalton (.2). | 0.20 | 70.00 |
| 03-30-2010 | Zerithea Raiche | Review Godfrey & Kahn's retention application and respond to e-mail on hourly retention rates (.2). | 0.20 | 32.00 |
| 03-31-2010 | Carla Andres | Review draft retention application for Stuart Maue (.2). | 0.20 | 70.00 |
| 03-31-2010 | Katherine Stadler | Review and revise draft of application to expand Stuart Maue's employment (.4); review and revise James Quinn affidavit supporting the application (.2); confer with team on status and approach (.2); e-mail exchange on inclusion of nunc pro tunc language in retention application (.2). | 1.00 | 410.00 |
| 03-31-2010 | Katherine Stadler | E-mail exchange with Mr. Quinn on revisions to his second affidavit (in support of expanded retention) (.1); e-mail exchange with Mr. Dalton on timeline for preparation of revised exhibits for fee examiner's reports (.2). | 0.30 | 123.00 |
| 04-01-2010 | Zerithea Raiche | Review and revise application and notice for fee examiner's application to extend retention of Stuart Maue (.3). | 0.30 | 48.00 |
| 04-01-2010 | Katherine Stadler | Review and revise Stuart Maue extended retention documents to reflect nunc pro tunc retention (.3). | 0.30 | 123.00 |

Matter No.   004179-001A  
Invoice No.  515257

September 27, 2010  
Page 11

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-02-2010 | Katherine Stadler | Revisions to Stuart Maue expanded retention documents (.2); e-mail to Mr. Quinn, Mr. Dalton, and Mr. Brown (.1); review contents of documents, status, and timing (.2). | 0.50 | 205.00 |
| 04-05-2010 | Zerithea Raiche | Complete application to extend Stuart Maue's retention (.3); revise application for an order authorizing the extended retention of Stuart Maue as a consultant to the fee examiner (1.8); file application for order (.4); prepare e-mail to Garden City on service of the fee examiner's application to extend the retention of Stuart Maue (.1); review and revise the fee examiner's second status report and advisory (2.2); review and revise the fee examiner's motion to clarify retention order (1.3). | 6.10 | 976.00 |
| 04-05-2010 | Zerithea Raiche | Prepare e-mail to Messrs. Quinn, Dalton and Brown forwarding the fee examiner's application to extend the retention of the Stuart Maue (.1). | 0.10 | 16.00 |
| 04-05-2010 | Katherine Stadler | Final revisions to Stuart Maue expanded retention documents (.4). | 0.40 | 164.00 |
| 04-06-2010 | Brady C. Williamson | Draft motion to amend fee examiner retention order (.5). | 0.50 | 247.50 |
| 04-08-2010 | Eric Wilson | Correspondence regarding motion to clarify retention order (.1). | 0.10 | 39.00 |
| 04-08-2010 | Brady C. Williamson | Revise draft pleadings on clarification of fee examiner retention (.3). | 0.30 | 148.50 |
| 04-08-2010 | Brady C. Williamson | Review email from Assistant U.S. Trustee on proposed motion (.2); email to Assistant U.S. Trustee on procedure (.2). | 0.40 | 198.00 |

Matter No.   004179-001A                                                                                      September 27, 2010
Invoice No.  515257                                                                                                        Page 12

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-08-2010 | Katherine Stadler | Revise motion to clarify fee examiner retention and e-mail exchange with Mr. Velez-Rivera on that motion (1.9). | 1.90 | 779.00 |
| 04-09-2010 | Zerithea Raiche | Review and revise notice, motion and proposed order on fee examiner's motion for clarification of appointment order (1.4). | 1.40 | 224.00 |
| 04-10-2010 | Katherine Stadler | Conference with Mr. Williamson on contents of motion to clarify fee examiner's retention order (.2). | 0.20 | 82.00 |
| 04-12-2010 | Zerithea Raiche | Review and revise fee examiner's motion for clarification of appointment order (.5), proposed order (.2) and notice of hearing (.3); prepare e-mail on changes made to the fee examiner's motion for clarification of appointment order (.1); prepare and file fee examiner's motion for clarification of appointment order, proposed order and notice of hearing (.4); prepare e-mail to Garden City on service of motion and notice (.1). | 1.60 | 256.00 |
| 04-12-2010 | Katherine Stadler | Review, revise, and complete motion for clarification of appointment order for filing and service (.9). | 0.90 | 369.00 |
| 04-23-2010 | Zerithea Raiche | Review, revise and file fee examiner's supplemental statement in support of pending application to extend the retention of Stuart Maue (.7). | 0.70 | 112.00 |
| 04-23-2010 | Carla Andres | Review supplemental statement regarding Stuart Maue (.2); review e-mail regarding Lexis/Westlaw totals for executive summary (.4). | 0.60 | 210.00 |

Matter No.   004179-001A                                                                September 27, 2010
Invoice No.  515257                                                                     Page 13

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-23-2010 | Monica Santa Maria | Edit supplemental statement in support of extended retention of Stuart Maue (1.7); email communications with Mr. Dalton regarding Stuart Maue services (.3). | 2.00 | 410.00 |
| 04-23-2010 | Eric Wilson | Review and respond to correspondence and telephone call to Weil Gotshal regarding motion to expand Stuart Maue retention (.4); telephone conference with Mr. Brooks regarding agreement to hear motion on Stuart Maue retention (.1); telephone conference with Mr. Karotkin regarding agreement to hear motion on Stuart Maue retention (.1). | 0.60 | 234.00 |
| 04-23-2010 | Katherine Stadler | Review, revise and complete supplemental statement in support of expanded Stuart Maue retention for filing and service (1.8). | 1.80 | 738.00 |
| 04-23-2010 | Katherine Stadler | Draft and e-mail letter to Mr. Brooks on agenda of fee examiner items for hearing on April 29, 2010 (.3); review Weil Gotshal's objection to motion to adjourn hearing on second interim fee application (.3); e-mails and telephone conferences on status of his communications with Mr. Karotkin on Stuart Maue hearing (.3); e-mail supplemental statement in support of Stuart Maue retention to Mr. Brooks with covering e-mail (.2). | 1.10 | 451.00 |
| 04-23-2010 | Katherine Stadler | Communications with Mr. Brown and Mr. Dalton to obtain information necessary for supplemental statement in support of expanded Stuart Maue retention (.5); e-mails with Mr. Brown on blended rate calculations (.3). | 0.80 | 328.00 |

Matter No.   004179-001A                                                                      September 27, 2010
Invoice No.  515257                                                                                       Page 14

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04-26-2010 | Eric Wilson | Telephone conference with Mr. Brooks regarding hearing on Stuart Maue retention (.1); telephone conference with Mr. Brooks regarding professionals that have adjourned hearing on first interim fee applications (.1). | 0.20 | 78.00 |
| 04-26-2010 | Katherine Stadler | Review objection of Weil Gotshal to fee examiner's motion for clarification (.3); consider response to objection to Stuart Maue retention and consider objection to adjournment of second interim fee applications (.8). | 1.10 | 451.00 |
| 04-30-2010 | Eric Wilson | Voice mail message for Mr. Dalton regarding meeting in St. Louis and investigation of general billable rates (.1). | 0.10 | 39.00 |
| 05-04-2010 | Brady C. Williamson | Review initial draft order on fee examiner motion (.1). | 0.10 | 49.50 |
| 05-07-2010 | Eric Wilson | Exchange correspondence with Mr. Dalton regarding visit to St. Louis to confer with Stuart Maue (.3). | 0.30 | 117.00 |
| 05-08-2010 | Katherine Stadler | E-mail exchange with Mr. Williamson on preparation of draft orders on Stuart Maue retention and adjournment of second interim fee applications (.1). | 0.10 | 41.00 |

Matter No.   004179-001A                                                    September 27, 2010
Invoice No.  515257                                                                      Page 15

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05-10-2010 | Katherine Stadler | Review revised order clarifying fee examiner appointment from Mr. Brooks and e-mail response to Mr. Brooks (.2); e-mail exchange with Mr. Williamson on contents of revised order (.1). | 0.30 | 123.00 |
| 05-25-2010 | Eric Wilson | Telephone conference with Mr. Dalton and Mr. Brown regarding visit to St. Louis, and application of Stuart Maue (.3); correspondence with Mr. Brown and Ms. Snyder regarding exhibits to letter (.5). | 0.80 | 312.00 |
| | | Total Fees | $ | 26,273.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Matter** | **$** | **26,273.00** |