# EXHIBIT C, Part 6

## Fee Application Preparation:  Godfrey & Kahn

September 27, 2010

Matter No. 004179-001I

Re:    Fee Application Preparation: Godfrey & Kahn

For Legal Services Rendered Through May 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-08-2010 | Zerithea Raiche | Prepare list of fee task categories for firm and prepare e-mail to team for review and comment (.6). | 0.60 | 96.00 |
| 01-12-2010 | Zerithea Raiche | Review and update list of billing categories for use in preparation of fee applications (.3). | 0.30 | 48.00 |
| 01-26-2010 | Zerithea Raiche | Review and revise billing categories (.4); prepare detailed notes on entries to be included in each category (.5). | 0.90 | 144.00 |
| 01-27-2010 | Zerithea Raiche | Review and revise billing categories and details on time entries for use by team members (.9). | 0.90 | 144.00 |
| 02-17-2010 | Zerithea Raiche | Review and revise list of fee categories (1.2). | 1.20 | 192.00 |
| 02-18-2010 | Zerithea Raiche | Review and revise list of fee categories (.3). | 0.30 | 48.00 |
| 02-22-2010 | Zerithea Raiche | Revise billing categories and prepare description of each category (.4). | 0.40 | 64.00 |
| 02-23-2010 | Zerithea Raiche | Review and revise billing categories and billing descriptions for team members (.9). | 0.90 | 144.00 |

Matter No.    004179-0011                                          September 27, 2010
Invoice No.  515257                                                        Page 25

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02-26-2010 | Zerithea Raiche | Review and revise billing categories and category descriptions for use by team members (.9). | 0.90 | 144.00 |
| 03-01-2010 | Zerithea Raiche | Review and revise list of billing categories and include details for categorized items (.4). | 0.40 | 64.00 |
| | | Total Fees | $ | 1,088.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Matter** | **$** | **1,088.00** |