RESCHEDULED HEARING DATE AND TIME: October 4, 2010 at 3:00 p.m. (Eastern Time)
OBJECTION DEADLINE: September 23, 2010 at 4:00 p.m. (Eastern Time)
REPLY DEADLINE: September 29, 2010 at 4:00 p.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
Gregory R. Oxford

Attorneys for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    Case No.: 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                    :
                                                               :
                        Debtors.                      :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the hearing on General Motors LLC's Motion to Enforce 363 Sale Order and Approved Termination Agreement [Docket Nos. 6891, 6892, 6893] ("**Motion**"), previously scheduled for October 4, 2010 at 11:30 a.m., has been rescheduled to **October 4, 2010 at 3:00 p.m.**

Dated: New York, New York
September 28, 2010

Respectfully submitted,

/s/ Scott Davidson
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Gregory R. Oxford
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for General Motors LLC
f/k/a General Motors Company