WILK AUSLANDER LLP
675 Third Avenue
New York, New York 10017
(212) 421-2233
Eric J. Snyder (ES-8032)

BELLAVIA GENTILE & ASSOCIATES, LLP
200 Old Country Road
Suite 400
Mineola, NY 11501
(516) 873-3000
Steven Blatt (SB-6792
Counsel for Rally Auto Group, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*, Chapter 11

Chapter 11
Case No. 09-50026 (reg)

Jointly Administered

Debtors.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

2. On September 23, 2010, I served true copies of the Objection of Rally Auto Group, Inc. to Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreement (#7100) via Federal Express, next business morning delivery, by delivering the within, enclosed in a Federal Express wrapper, at a depository, located in New York, New York, addressed to the following on the attached Service List and via electronic mail addressed to the following on the attached Service List:

See attached

/s/ John Stauder
JOHN STAUDER

436860v1

## SERVICE LIST

### In re: MOTORS LIQUIDATION COMPANY, et al.
### f/k/a General Motors Corp., et al.,
### Case No. 09-50026 (reg)

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Attn: Arthur Steinberg, Esq.
      Scott Davidson, Esq.

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Debtors
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

United State Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Joseph Samarias, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
      Amy Caton, Esq.
      Lauren Macksoud, Esq.
      Jennifer Sharret, Esq.

U.S. Attorney Office, S.D.N.Y
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq.
      Natalie Kuehler, Esq.

Isaacs Clouse Crose & Oxford LLP
21515 Hawthorne Boulevard
Suite 950
Torrance, California 90503
Attn: Gregory R. Oxford, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
      Stephen Karotkin, Esq.
      Joseph H. Smolinsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
      Michael L. Schein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.

Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn: Elihu Inselbuch, Esq.
      Rita C. Tobin, Esq.

436860v1

Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn:  Trevor W. Swett III, Esq.
       Kevin C. Maclay, Esq.

Bellavia Gentile & Associates, LLP
200 Old Country Road
Suite 400
Mineola, NY 11501
Attn:  Steven Blatt, Esq.
       Leonard Bellavia, Esq.

Morganstern, MacAdams &
DeVito Co., L.P.A.
623 West Saint Clair Avenue
Cleveland, Ohio  44113
Attn:  Christopher M. DeVito, Esq.

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn:  Sander L. Esserman, Esq.
       Robert T. Brousseau, Esq.

Ferruzzo & Ferruzzo, LLP
3737 Birch Street, Suite 400
Newport Beach, CA 92660
Attn:  Gregory J. Ferruzzo, Esq.

Mr. Larry Mayle, President
Rally Auto Group, Inc.
438 Auto Vista Drive
Palmdale, CA 93551

| |
|---|
| harvey.miller@weil.com |
| mjedelman@vedderprice.com |
| tmayer@kramerlevin.com |
| nbank60@hotmail.com |
| stephen.karotkin@weil.com |
| Joseph.Smolinsky@weil.com |
| acaton@kramerlevin.com |
| jsharret@kramerlevin.com |
| david.jones6@usdoj.gov |
| eb@capdale.com |
| john.rapisardi@cwt.com |
| asteinberg@kslaw.com |
| sdavidson@kslaw.com |
| goxford@icclawfirm.com |

436860v1