UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.  Chapter 11
f/k/a GENERAL MOTORS CORP.,  Case No.09-50026(REG)
et al.,

    Debtors.  (Jointly Administered)
_____/

RESPONSE TO FORTY-EIGHT OMNIBUS OBJECTION TO
INDIVIDUAL DEBT CLAIMS

    COME NOW the Claimants, EDUARDO R. LATOUR and JANELLE B. LATOUR, and file this Response to the Objection to Individual Debt Claim and in support thereof would state as follows:

    1.    That the undersigned timely filed a Proof of Claim. A copy of said Proof of Claim and attachments are enclosed herein as Exhibit "A".

    2.    That in said Proof of Claim, the undersigned have made a claim regarding the following preferred stocks (bonds):

| Bonds/Preferred Stock | Symbol | Held at: |
|---|---|---|
| (a) General Motors Corp. 7.373 callable | BGM | Ameritrade |
| (b) General Motors Corp. 7.25 callable | RGM | Ameritrade |
| (c) General Motors Corp. 7.25% 7-15-14 callable | XGM | Ameritrade |
| (d) General Motors Corp. 7.25% quibs | GMW | Ameritrade |

| | Cusip | |
|---|---|---|
| (e) General Motors 7.375% Sr. Note due 5/15/2048 | 370442725 | Wells Fargo |
| (f) General Motors Corp. 7.375% Sr. Note due 10/01/51 | 370442766 | Wells Fargo |

3.   That Wilmington Trust Company has only filed a Proof of Claim for Bonds (e) and (f) which are held at Wells Fargo.  That copies of the two (2) letters received from Wilmington Trust Company referring to the bonds is attached hereto as Exhibit "B".

4.   That Wilmington Trust Company has <u>not</u> filed a Proof of Claim for Bonds (a) thru (d).

5.   That the Bonds listed in (a) thru (d) are <u>not</u> duplicate claims since Wilmington Trust Company is not representing the Claimant regarding said bonds.

6.   That the Proof of Claim filed by the undersigned should not be disallowed since it is not a duplicate claim.

7.   That items (e) and (f) of the Proof of Claim should be deleted since these two (2) bonds are covered by the Wilmington Trust Company filings, however items (a) thru (d) should remain as a separate Proof of Claim.

8.   The Debtor may reply to this Response at the following address:  Latour & Associates, P.A., 135 East Lemon Street, Tarpon Springs, Florida 34689.

9. The name, address and telephone number of the person that can be contacted in connection with this Objection is Eduardo R. Latour, Latour & Associates, P.A., 135 East Lemon Street, Tarpon Springs, Florida 34689 (727) 937-9577.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to: Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell brooks, Esquire), and Kramer, Levin, Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esquire) and the original filed at: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1048 on this 1st day of September, 2010.

_____  
Eduardo R. Latour  
LATOUR & ASSOCIATES, P.A.  
135 East Lemon Street  
Tarpon Springs, FL  34689  
727/937-9577

_____  
Janelle B. Latour  
LATOUR & ASSOCIATES, P.A.  
135 East Lemon Street  
Tarpon Springs, FL  34689  
727/937-9577

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor** (Check Only One):
- [x] Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
- [ ] MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- [ ] MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- [ ] MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): EDUARDO R. LATOUR

**Name and address where notices should be sent:**
EDUARDO R. LATOUR AND JANELLE LATOUR
LATOUR & ASSOCIATES, PA
135 EAST LEMMON STREET
TARPON SPRINGS, FL 34689-3619

Telephone number: (727) 937-9577
Email Address:

[ ] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

Your Claim is Scheduled As Follows:

[STAMP: THE GARDEN CITY GROUP, INC. NOV 13 2009]

**Name and address where payment should be sent** (if different from above): SAME
Telephone number:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
[ ] Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $ 1,205,736.45

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** PREFERRED STOCKS

3. **Last four digits of any number by which creditor identifies debtor:** 4130
   3a. Debtor may have scheduled account as: _____

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: [ ] Real Estate  [ ] Motor Vehicle  [ ] Equipment  [ ] Other
Describe:
Value of Property: $_____    Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

SEE: ATTACHED

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.
[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
[ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
[ ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
[ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(7).
[ ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
[ ] Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
[ ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority: $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 11/9/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[Signatures: Ed R. Latour / Janelle B. Latour]

FOR COURT USE ONLY

Exhibit "A"

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

Statement for Account ████ 1657
08/01/09 - 08/31/09

## Apex Savings

Your Apex status continues to save you money. You saved an estimated $2.00 in service fees this month.
Free access to NASDAQ Level II, Streaming News and Advanced Analyzer saves you $59.97 per month in subscription fees.

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income - Securities | $ 10,147.09 | $ 84,451.27 |
| Interest Income Credit Balance | 0.33 | 3.35 |
| Qualified Dividends | 0.00 | 10,400.00 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| GENERAL MOTORS ACCEPTANCE CORP 7.30% NT PFD 3/9/2031 | GMA | 11,175 | $ 16.0701 | $179,583.37 | 12/13/04 | $251,251.24 | $ 22.48 | $ (71,667.87) | $20,394.38 | 11.4% |
| GENERAL MOTORS ACCEPTANCE CORP 7.35% NT PFD 8/8/2032 | GJM | 11,135 | 16.30 | 181,500.50 | 12/13/04 | 251,842.64 | 22.62 | (70,342.14) | 20,455.00 | 11.3% |
| GENERAL MOTORS ACCEPTANCE CORP 7.25% NT PFD 2/7/2033 | GKM | 11,105 | 16.02 | 177,902.10 | 12/13/04 | 250,337.89 | 22.54 | (72,435.79) | 20,133.37 | 11.3% |
| GENERAL MOTORS CORP 7.375% CALLABLE | BGM | 9,000 | NP | NP | 12/13/04 | 216,898.99 | 24.10 | (216,898.99) | | |
| GENERAL MOTORS CORP 7.25% CALLABLE | RGM | 16,780 | NP | NP | 12/13/04 | 334,931.89 | 19.96 | (334,931.89) | | |
| GENERAL MOTORS CORP 7.25% 7-15-41 CALLABLE | XGM | 11,185 | NP | NP | 12/13/04 | 251,388.39 | 22.48 | (251,388.39) | | |
| GENERAL MOTORS CORP 7.25% QUIBS | GMW | 11,225 | NP | NP | 12/13/04 | 251,606.68 | 22.41 | (251,606.68) | | |

*Exhibit "B"* (handwritten annotation)

EDUARDO R LATOUR &
JANELLE B LATOUR TEN ENT
LIF ACCOUNT

SEPTEMBER 1 - SEPTEMBER 30, 2009
ACCOUNT NUMBER: ▮▮▮-1331

# Portfolio detail

## Cash and Sweep Balances

Bank Deposit Sweep - Consists of monies held in one or more FDIC-insured depository account(s) established with Wells Fargo Bank, N.A. Additional funds over $250,000 are deposited at one or more additional banks affiliated with Wells Fargo Advisors. These assets are not covered by SIPC, but are instead covered by FDIC insurance in accordance with FDIC rules. For additional information on the Bank Deposit Sweep for your account please contact Your Financial Advisor.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| BANK DEPOSIT SWEEP Interest Period 09/01/09 - 09/30/09 | 2.90 | 0.03 | 9,473.65 | 2.84 |
| **Total Cash and Sweep Balances** | **2.90** | | **$9,473.65** | **$2.84** |
| Margin balance | 0.00 | N/A | 445.00 | N/A |

* APY measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield is expressed as an annualized rate, based on a 365- or 366-day year (as applicable).

## Preferreds/Fixed Rate Cap Securities

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR CO 7.5% NOTES DUE 6/10/43 CALLABLE 6/25/08 F'A - HELD IN MARGIN | | | | | | | | | |
| Acquired 06/18/03 L | | 2,000 | 25.00 | 50,005.25 | | 37,620.00 | -12,385.25 | | |
| Acquired 05/12/04 L | | 2,000 | 24.68 | 49,365.25 | | 37,620.00 | -11,745.25 | | |
| **Total** | **23.06** | **4,000** | | **$99,370.50** | **18.8100** | **$75,240.00** | **-$24,130.50** | **$7,500.00** | **9.97** |
| FORD MOTOR CREDIT 7.6% PREFERRED DUE 3/1/32 CALLABLE 2/27/07 FCJ - HELD IN MARGIN | | | | | | | | | |
| Acquired 04/28/03 L | | 1,000 | 25.49 | 25,503.25 | | 18,840.00 | -6,663.25 | | |
| Acquired 08/18/03 L | | 2,000 | 24.71 | 49,431.25 | | 37,680.00 | -11,751.25 | | |
| **Total** | **17.32** | **3,000** | | **$74,934.50** | **18.8400** | **$56,520.00** | **-$18,414.50** | **$5,700.00** | **10.08** |
| GENERAL MOTORS 7.375% SR NOTE DUE 5/15/2048 CALLABLE 05/19/08 HELD IN MARGIN | | | | | | | | | |
| Acquired 05/14/03 L | 5.06 | 5,000 | 25.00 | 125,005.25 | 3.3000 | 16,500.00 | -108,505.25 | N/A | N/A |



001 PFL4 PB82



**WELLS FARGO ADVISORS**

EDUARDO R LATOUR &
JANELLE B LATOUR TEN ENT
LIF ACCOUNT

SEPTEMBER 1 - SEPTEMBER 30, 2009
ACCOUNT NUMBER: ▓▓▓-1331

## Preferreds/Fixed Rate Cap Securities

| DESCRIPTION | % OF ACCOUNT | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| GENERL MTRS CORP 7.375% SR NOTE DUE 10/1/51 CALLABLE 10/3/06 HELD IN MARGIN Acquired 04/28/03 L | 1.01 | 1,000 | 25.90 | 25,905.25 | 3.3000 | 3,300.00 | - 22,605.25 | N/A | N/A |
| GMAC LLC 7.3% PINES PFD CALLABLE 11/13/08 GMA - HELD IN MARGIN Acquired 04/28/03 L | 5.52 | 1,000 | 25.80 | 25,805.25 | 18.0000 | 18,000.00 | - 7,805.25 | 1,825.00 | 10.13 |
| JP MORGAN CHASE 5.875% CAP XI DUE 6/15/33 CALLABLE 6/15/08 JPM'K - HELD IN MARGIN Acquired 10/14/03 L Acquired 01/21/04 L | | 1,000 2,000 | 23.72 25.12 | 23,734.25 50,259.25 | | 21,780.00 43,560.00 | - 1,954.25 - 6,699.25 | | |
| Total | 20.02 | 3,000 | | $73,993.50 | 21.7800 | $65,340.00 | - $8,653.50 | $4,407.00 | 6.74 |
| MERRILL LYNCH CAP 7.12% TRUST IV PERPET TOPRS CALLABLE 06/30/08 MER'E - HELD IN MARGIN Acquired 05/05/03 L | 6.10 | 1,000 | 26.90 | 26,905.25 | 19.9100 | 19,910.00 | - 6,995.25 | 1,780.00 | 8.94 |
| STRATS AT&T CORP STEP SER 2004-04 DUE 11/15/31 CALLABLE 2/25/09 GJF - HELD IN MARGIN Acquired 02/18/04 L | 11.72 | 1,600 | 25.00 | 40,005.25 | 23.9150 | 38,264.00 | - 1,741.25 | 2,400.00 | 6.27 |
| STRATS-DOMINION RES 5.9% SER 2004-3 DUE 12/15/32 CALLABLE 2/12/09 GJE - HELD IN MARGIN Acquired 01/29/04 L | 7.29 | 1,000 | 25.00 | 25,005.25 | 23.8000 | 23,800.00 | - 1,205.25 | 1,475.00 | 6.19 |
| Total Preferreds/Fixed Rate Cap Securities | 97.10 | | | $516,930.00 | | $316,874.00 | - $200,056.00 | $25,087.00 | 7.92 |