Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 of U.S. Bankruptcy Court
Southern District of NY
One Bowling Green
NY, NY  10004

September 18, 2010

Reference:
GM Corp.  Bond senior note PFD @ 7.25%
5600266 FR purchase 1000 SHS  Dec. 3, 2004  @ approx.  $25,000
(By UBS broker's recommendation in Roanoke, VA for client
        Douglas Ann Slusher {female named after an uncle} )

Dear Honorable Robert E. Gerber,

I am a 78 yr. old widow in Roanoke, VA. living on Social Security & a small
amount of stock income in my 2 BR/2bath home.   My last income payment on
the above GM Bond was May 2009.  Seeing the value drop below $2 per share
was devastating to me.  It was finally traded off on Oct. 13, 2010 @ $7.85.   It
would be a tremendous help to me financially to be awarded a settlement  & I
may even get to live in my small home a little longer.

Respectfully,


Mrs. Douglas Ann Slusher

Mrs. Douglas Ann Slusher

**Mrs. Douglas Ann Slusher**
**4729 Barclay Square**
**Roanoke, VA 24018**