# BRESSLER, AMERY & ROSS

### A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike • Suite 301 • Florham Park, NJ 07932

973.514.1200 • fax 973.514.1660

www.bressler.com

Keith P. McManus
Associate

direct: 973-245-0680
kmcmanus@bressler.com

September 24, 2010

Clerk
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:    **Withdrawal of Claims**
       **Motors Liquidation Company, Case No. 09-50026**
       **Remediation and Liability Management Company, Inc., Case No. 09-50029**
       **Environmental Corporate Remediation Company, Inc., Case No. 09-50030**

Dear Sir/Madam:

        We represent BASF Corporation and BASF Catalysts, LLC ("BASF") with respect to certain proofs of claim that were filed in the above referenced matters. Enclosed, please find a Withdrawal of Claim form, which represents BASF's withdrawal of the following claims: 59749, 61007, 69933, 69936, 69938, and 69939. In accordance with the Court's instructions, a copy of the Withdrawal of Claim form has been sent to the designated representative for Motors Liquidation Company.

        If you have any questions, please do not hesitate to contact me.    SEP 27 2010

Respectfully submitted,

BRESSLER, AMERY & ROSS

*Keith McManus*

Keith P. McManus

Encl.
c:    BASF Corporation
      BASF Catalysts, LLC

1048978_1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | **X**  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>**X**  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>**X**  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BASF Corporation and BASF Catalysts, LLC<br>100 Campus Drive<br>Florham Park, NJ 07932 |
| Claim Number (if known): | 59749, 61007, 69933, 69936, 69938, 69939 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | $20,815,960 per claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 24, 2010

Print Name: David P. Schneider, Esq.

Title (if applicable): Counsel to BASF Catalysts, LLC and BASF Corporation

---