# JEROME RAPPORT

PAGE 1 OF 2

516 Moreno Avenue, Los Angeles, CA. 90049

September 21, 2010



ATTN:
PRESIDING JUDGE
U.S. BANKRUPTCY
COURT FOR THE
SO. DIV. OF N. YORK

David Vanaskey
Vice President
Wilmington Trust Company
Rodney Square North
1110 North Market Street
Wilmington, Delaware 19890-1615
FAX: 302-636-4140

RE: General Motors Corporation Petitions
Case Nos. 09-50026 (REG), 09-50027 (REG), 09-50028 (REG),
09-13558 (REG)

While awaiting a reply to my letter of Sept. 15, I received a notice from Wells Fargo Advisors that on August 27, 2010, Motors Liquidation Company filed a motion seeking Bankruptcy Court authorization to vote the approximately 10% of the common shares of the new General Motors currently held by Motors Liquidation Company in favor of amending the Certificate of Incorporation of the new General Motors to restrict the ability of any individual to obtain more than 5% of the common stock and further limiting these holders with further restrictions.

Incredibly, Motors Liquidation Company wants to add more tax benefits for new General Motors at the expense of bondholders already cheated out of their rightful share of the original General Motors value.

The deadline for objection is listed as September 17, 2010 whereas the postmark on each envelope (there are several) is dated September 14, 2010 and these envelopes did not arrive until September 19, 2010.

I cannot fathom how the original bondholders who were almost completely stripped of any value would want to assist these new parties seeking to benefit from the General Motors bankruptcy.

We own (??) approximately 5-6 million dollars of the original General Motors bonds, many of which have been transferred to our Foundation, and the remainder have been listed in the wills for my wife and I as donations to the Foundation.

(Continued ....)

TO: David Vanaaskey
Vice President, Wilmington Trust Company
September 21, 2010
Page 2 of 2

RE: General Motors Corporation Petitions
Case Nos. 09-50026 (REG), 09-50027 (REG), 09-50028 (REG),
09-13558 (REG)


How can we assist worthy causes when we cannot even bring this to the attention of the Court? Can you bring this letter to the attention of the U.S. Bankruptcy Court Southern District of New York?

Thank you for a prompt reply.

Sincerely,

Jerome Rapport
516 Moreno Avenue
Los Angeles, CA. 90049

cc: Presiding Judge
U.S. Bankruptcy Court for the Southern Division of New York
Manhattan Division
One Bowling Green
New York, New York   10004-1408

Matthew J. Williams, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York   10166-0193
FAX:  212-351-5232

Keith R. Martorana, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
FAX: 212-351-5232