**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

September 22, 2010

SEP 27 2010

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Motors Liquidation Company, etc., et al., Debtors // To: Stab Zweite Holding GMBH

Case No. 09-50026 (REG)

Dear Sir/Madam:

We are herewith returning the Notice of Hearing Letter which we received regarding the above captioned matter.

Stab Zweite Holding GMBH is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517298015

FedEx Tracking# 790726467431

cc: United States Bankruptcy Court - Southern District
    One Bowling Green,
    New York, NY 10004-1408

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

SEP 27 2010

September 22, 2010

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Motors Liquidation Company, etc., Debtors // To: Tenneco Motor Operations Company, Inc.

Case No. 09-50026

Dear Sir/Madam:

We are herewith returning the Notice of Hearing Letter which we received regarding the above captioned matter.

Tenneco Motor Operations Company, Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517297847

FedEx Tracking# 790726467431

cc: United States Bankruptcy Court - Southern District
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY 10004-1408