SEP 27 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al, f/k/a General Motors Corp., et al.

                              Debtor

Case No.: 09-50026 (REG)
Chapter 11

-----------------------------------------------------------x

                              Plaintiff

                              v.

                              Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, I. Ray Kerlick_____, request admission, *pro hac vice*, before the Honorable Robert Gerber_____, to represent Alesia Dorsey_____, a Claimaint_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas_____ and, if applicable, the bar of the U.S. District Court for the Southern District of Texas_____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Sept. 21, 2010
Wharton, ~~New York~~ Texas

/s/I. Ray Kerlick/s/
Mailing Address:
Wadler, Perches, Hundl & Kerlick
101 W. Burleson St.
Wharton, TX 77488
E-mail address: rkerlick@wphk-law.co
Telephone number: (979) 532-3871

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
f/k/a General Motors Corp., et al

                         Debtor

Case No.: 09-50026 (REG)

Chapter 11

---------------------------------------------------------------x

                        Plaintiff

v.

                        Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of **I. Ray Kerlick**, to be admitted, *pro hac vice*, to represent **Alesia Dorsey**, (the "Client") a **Claimant** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Texas** and, if applicable, the bar of the U.S. District Court for the **Southern** District of **Texas**, it is hereby

     **ORDERED**, that **I. Ray Kerlick**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE