# WKWilburn

Attorneys at Law
A Professional Corporation

7910 Woodmont Avenue
Suite 1125
Bethesda, Maryland 20814-3082
Phone 301 652 9700
Fax 301 652 9701
www.wkwilburn.com

September 24, 2010

*Writer's email:*
wkw@wkwilburn.com

Clerk
The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims
   Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Re:   Withdrawal of Claim
      Federal Republic of Germany
      No. 71 572 583 10

Dear Sir or Madam:

Enclosed please find Federal Republic of Germany's Withdrawal of Claim No. 71 572 583 10.

Sincerely,

WKWilburn P.C.

By: *William Karl Wilburn*
William Karl Wilburn, Esq.

WKW: uk
cc:   U.S. Bankruptcy Court, SDNY
      Walter E. Parker
      Brianna N. Benfield
      Liani Kotcher
      Philip Holladay, Jr.
      Charles A. Stewart, III.
      Richard D. Morrison
      Oliver Grube
      Joshua D. Shemilt

RECEIVED SEP 28 2010

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Motors Liquidation Co.   Ch. 11 Case No. 09-50026 |
| Creditor Name and Address: | Federal Republic of Germany<br>11150 Sunrise Valley Drive<br>Reston, VA 20191 |
| Court Claim Number (if known): | Proof of Claim No. 71 572 583 10 |
| Date Claim Filed: | 27 November 2009 |
| Total Amount of Claim Filed: | at least $5,000,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 24, 2010        *Oliver Grube /wkw*

Print Name: Oliver Grube

Title (if applicable): Director of Administration, FRG MoD, US

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

SEP 28 2010

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

| |
|---|
| **This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.** |