# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| Southern District of New York  General motors Corp.  09-50026 | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | SYPRIS TEST AND MEASUREMENT  6120 HANGING MOSS ROAD  ORLANDO, FL, 32807 |
| Claim Number (if known): | 535 |
| Date Claim Filed: | 6/18/2009 |
| Total Amount of Claim Filed: | $1,020.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/23/2010             _Diane Rivers_

Print Name: Diane Rivers

Title (if applicable): Credit Manager

---

SEP 28 2010

**DEFINITIONS**