

Mr. Joseph M. Conti
244 Bodge Hill Rd
Moultonboro, NH 03254

United States Bankruptcy Court
for Southern District of NY
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

*[Handwritten annotations at top:]*
*53 State*
*Boston Mass 02109*
*Joe*

*Please send mail Back with proof that GM is held on two different Conti Accounts*

---

| PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE |
|---|

*[Handwritten:] Joe F / 1-800 752 2678 / 3279*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                         :
In re                                                    :    Chapter 11 Case No.
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :    09-50026 (REG)
         f/k/a General Motors Corp., *et al.*            :
                                                         :
                 Debtors.                                :    (Jointly Administered)
                                                         :
---------------------------------------------------------x

*[Stamp: RECEIVED SEP 24 2010]*

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

**A AND J CONTI INC** *[handwritten: Profit Sharing & Co]*

| Claim Information ||||  Basis For Objection |
|---|---|---|---|---|
| Date | Claim # | Debtor | Classification / Amount | Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders |
| 10/6/2009 | 5283 | MOTORS LIQUIDATION COMPANY | UNSECURED: $25,000.00 | |

**PLEASE TAKE NOTICE THAT**, on August 13, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' Fortieth Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.

You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds. You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests. If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of the stipulation allowing the claims of WTC can be viewed at http://www.motorsliquidationdocket.com/bond.php3.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response

(a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell Brooks, Esq. (russell.brooks@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq. (jsharret@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **September 24, 2010 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not

continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **September 17, 2010 at 4:00 p.m. (Eastern Time).** Only those Responses that are timely will be considered at the Hearing. Your Response will be deemed timely only if it is: (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

- A. Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

- B. Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

- C. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
       August 18, 2010

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

 APS0752815934 3106310

A AND J CONTI INC
EMPLOYEE PROFIT SHARING PLAN
244 BODGE HILL RD
MOULTONBOROUGH, NH 03254-3410

# UNREALIZED GAIN/LOSS DETAILS AS OF 08/30/10

**FA:** Barron - Ferrante Group
**STAG Citigroup Global Markets Inc**
**ACCOUNT NUMBER: 354-18970**

A AND J CONTI INC  **************

Please note, this material is being prepared for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.

Page 1

| Amount | Description | Date Acquired | Cost/ Adjusted Cost | Share Cost/ Adj Share Cost | Current Share Price | Current Value | Unrealized G/L Original/Adjusted | Ordinary Income/ Capital Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| 1,000 | GENERAL MOTORS CORP 7.50% PFD | 06/23/04 | 25,000.00 | 25,000 | 7.000 | 7,000.00 | (18,000.00) LT (18,000.00) | .00 |

The above summary/prices/statistics have been obtained from sources believed reliable but are not necessarily complete and cannot be guaranteed. Only those securities that are tracked by our Gain/loss system appear on this summary. Money funds, cash, direct investments, insurance/annuities, and commodity funds are not included. This information being provided at your request and does not replace or supersede your monthly customer statement. Market values are calculated as of the close of business and are subject to daily market fluctuation. Gain/loss statement allocates trades using FIFO(first in-first out)method. Day traders should therefore, not rely on this for the day trading results.

Morgan Stanley Smith Barney LLC. Member SIPC. Accounts carried by Citigroup Global Markets Inc. Member SIPC.