**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11** |
| | : |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | :    **Case No. 09-50026 (REG)** |
|    **f/k/a General Motors Corp.**, *et al*., | : |
| | : |
|      Debtors. | :    **(Jointly Administered)** |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss

COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On September 24, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing Exercise of Stock Powers to Approve Amendment to Certificate of Incorporation of General Motors Company [Docket No. 7125].

Dated:  September 27, 2010            /s/ Kimberly Gargan_____
         Melville, New York              Kimberly Gargan

Sworn to before me this 27th day of September, 2010

/s/ Maryann K Aiello_____
Maryann K Aiello
Notary Public, State of New York
No. 02AI6099679
Qualified in Suffolk County
Commission Expires:  October 6, 2011

# EXHIBIT A

EDWIN O DOTY &
HELEN P DOTY
JT TEN
151 CHANNEL CT
HOUGHTON LAKE MI 48629-9318

SHARYL Y CARTER
1541 LA SALLE AVE 1
NIAGARA FALLS NY 14301-1227