## NOTICE OF CLAIMS PURCHASE AGREEMENT
### Stipulated Claims 9484 – 9483 - 9481

Nhilze L. Campos and Rogelio Campos individually and on behalf of the Campos Fetus Twin A, Campous Fetus Twin B, Rogeria Campos and, Nhilze T. Campos know in the stipulation order as claimants,, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $535,000.00 against Motors Liquidation Company et. al (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Jointly Administered at Case Number 09-50026 (REG) (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the ___29___ day of ___September___, 2010.

WITNESS _____
_____
(Print Name and Title of Witness)

YOLANDA H. GONZALEZ
Notary Public, State of Texas
My Commission Expires
October 20, 2010

WITNESS _____

_____ (Name)
_____
Nhilze Campos (Print Name)

CORRE OPPORTUNITIES FUND, LP

_____
Eric Soderlund
(Print Name, Corre Opportunities Fund, LP)

### Exhibit "A"

"Please have the signature page notarized"