| Thirty-Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOB MAGUIRE CHEVROLET INC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | 66212 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COLLIN COUNTY AUTOMOTIVE PRODUCTS<br>GAINES STANLEY<br>1413 S PRESTON RD<br>CELINA, TX 75009 | 67821 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$180,365.00 (U)<br>$180,365.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAYSON COUNTY AUTOMOTIVE PRODUCTS, LLC<br>GAINES STANLEY<br>3314 TEXOMA PKWY<br>SHERMAN, TX 75090 | 67819 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$190,399.00 (U)<br>$190,399.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GXS, INC. BY VENABLE LLP<br>ATTN: EDWARD A. SMITH<br>1270 AVENUE OF THE AMERICAS ROCKEFELLER CENTER<br>NEW YORK, NY 10020 | 64625 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$545,545.00 (U)<br>$545,545.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HILL COUNTY AUTOMOTIVE PRODUCTS LLC DBA MIKE CRAIG CHEVROLET HILLSBORO<br>C/O HILL COUNTY AUTOMOTIVE PRODUCTS LLC<br>306 SW I- 35<br>HILLSBORO, TX 76645 | 67822 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$132,621.00 (U)<br>$132,621.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| Thirty-Ninth Omnibus Objection | | **Exhibit A** | | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IMMEL MOTORS<br>1279 US HIGHWAY 87<br>FREDERICKSBURG, TX 78624 | 64848 | Motors Liquidation Company | $0.00 (S)<br>$1,031,339.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,031,339.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KEN NELSON AUTO MALL, INC<br>MEGAN G HEEG ESQ<br>EHRMANN GEHLBACH BADGER & LEE<br>PO BOX 447<br>DIXON, IL 61021 | 65703 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$328,200.00 (U)<br>$328,200.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KEN NELSON AUTO PLAZA, INC.<br>MEGAN G HEEG ESQ<br>EHRMANN GEHLBACH BADGER & LEE<br>PO BOX 447<br>DIXON, IL 61021 | 65701 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$328,200.00 (U)<br>$328,200.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| M & J AUTOMOTIVE, INC.<br>MICHAEL THOMPSON<br>1435 N HERMITAGE RD<br>HERMITAGE, PA 16148 | 28389 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,846,481.00 (U)<br>$2,846,481.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| M.W.T., INC.<br>MICHAEL THOMPSON<br>1127 W MAIN ST<br>KENT, OH 44240 | 28386 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,776,939.00 (U)<br>$9,776,939.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Ninth Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCCANN MOTORS INC<br>MELAINE MCCANN<br>6411 20TH ST E<br>FIFE, WA 98424 | 64030 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONTROSE BUICK PONTIAC GMC CADILLAC<br>PO BOX 1030<br>HERMITAGE, PA 16148 | 28388 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,846,481.00  (U)<br>$2,846,481.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONTROSE CHEVROLET<br>1127 W MAIN ST<br>KENT, OH 44240 | 28385 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,776,939.00  (U)<br>$9,776,939.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PARKWAY OLDSMOBILE-CADILLAC-GMC TRUCK, INC.<br>P. BAKSHI<br>24075 MAGIC MOUNTAIN PARKWAY<br>VALENCIA, CA 91355 | 59633 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,880,041.55  (U)<br>$1,880,041.55  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PHD MOTORS, INC.<br>DAN CUTRUBUS<br>843 W RIVERDALE RD<br>OGDEN, UT 84405 | 49490 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,140,941.54  (U)<br>$5,140,941.54  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROYAL MOTOR SALES, INC D/B/A EXPRESSWAY CHEV<br>JONES WALLACE, LLC<br>ATTN PAUL J WALLACE<br>420 MAIN ST, SUITE 1600<br>EVANSVILLE, IN 47708 | 15269 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,750.00  (U)<br>$30,750.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SATURN OF BORDENTOWN INC<br>LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | 66200 | MLCS, LLC | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SATURN OF BORDENTOWN INC<br>LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | 66201 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SATURN OF TOMS RIVER INC<br>LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | 66202 | MLCS, LLC | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SATURN OF TOMS RIVER INC<br>LOWENSTEIN SANDLER PC<br>ATTN  ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | 66203 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Thirty-Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SATURN OF TOMS RIVER INC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | 68489 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STAGG CHEVROLET INC DBA CAPE COD AUTO MALL<br>ATTN CHRISTOPHER W PARKER<br>RUBIN & RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON, MA 02110 | 64815 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,045,291.00 (U)<br>$1,045,291.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEPHEN J LABELLE/LABELLE CHEVEROLET<br>PAUL M HARRIS ESQ<br>MURTHA CULLINA LLP<br>99 HIGH STREET<br>BOSTON, MA 02110 | 60990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,500,000.00 (U)<br>$5,500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SWEETWATER MOTOR PRODUCTS L P<br>603 SW GEORGIA AVE<br>SWEETWATER, TX 79556 | 67820 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$157,240.00 (U)<br>$157,240.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **24** | | **$0.00 (S)**<br>**$1,031,339.00 (A)**<br>**$0.00 (P)**<br>**$40,706,434.09 (U)**<br>**$41,737,773.09 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Ninth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CORAL CADILLAC INC<br>C/O RAPPAROT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON, FL 33432 | 58892 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,220,930.10 (U)<br>$2,220,930.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CORAL CADILLAC INC<br>C/O RAPPAPORT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON, FL 33432 | 58893 | MLCS Distribution Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,220,930.10 (U)<br>$2,220,930.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CORAL CADILLAC INC<br>C/O RAPPAPORT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON, FL 33432 | 58894 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,220,930.10 (U)<br>$2,220,930.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CORAL CADILLAC INC<br>C/O RAPPAPORT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON, FL 33432 | 58895 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,220,930.10 (U)<br>$2,220,930.10 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARDNER CHEVROLET-OLDSMOBILE-CADILLAC, INC.<br>C/O JOHN GARDNER<br>270 ROUTE 72 E<br>MANAHAWKIN, NJ 08050 | 23187 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,891,120.00 (U)<br>$1,891,120.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Ninth Omnibus Objection** — **Exhibit A** — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SERRA CHEVROLET, INC<br>MAX A MOSELEY, ESQ.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>WACHOVIA TOWER<br>420 20TH STREET NORTH, SUITE 1600<br>BIRMINGHAM, AL 35203 | 69381 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,950,800.00  (U)<br>$1,950,800.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEST COVINA MOTORS, INC.<br>ZIAD ALHASSEN<br>BAC: 166894, DEALER CODE: 25870<br>1932 E GARVEY AVE S<br>WEST COVINA, CA 91791 | 59084 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,750,000.00  (U)<br>$3,750,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***OBJECTION ADJOURNED*** | **7** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$16,475,640.40**  (U)<br>**$16,475,640.40**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Ninth Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SALAS AUTOMOTIVE GROUP INC<br>ERVIN COHEN & JESSUP LLP<br>ATTN PETER JAZAYERI<br>9401 WILSHIRE BOULEVARD NINTH FLOOR<br>BEVERLY HILLS, CA 90212 | 58632 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SALAS AUTOMOTIVE GROUP INC<br>ERVIN COHEN & JESSUP LLP<br>ATTN: PETER JAZAYERL<br>9401 WILSHIRE BOULEVARD NINTH FLOOR<br>BEVERLY HILLS, CA 90212 | 65864 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIM WITHDRAWN** | **2** | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.