**Seventy-Sixth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILMA SCHIMMEL TRUSTEE OF THE SCHIMMEL FAMILY TRUST DTD 5-8-90<br>2718 CEILHUNT AVE<br>LOS ANGELES, CA 90064 | 61689 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON A SHOPP<br>7047 N PLUM TREE<br>PUNTA GORDA, FL 33955 | 3370 | Motors Liquidation Company | $5,226.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON B ROBERTSON<br>3057 KNOTTY PINE DR<br>PENSACOLA, FL 32505 | 3315 | Motors Liquidation Company | $48,164.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON J LEGNION<br>6010 DREW ST<br>LAKE CHARLES, LA 70607 | 29596 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON K DECKER<br>2652 GOLF VIEW DR<br>RIVER FALLS, WI 54022 | 62837 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON K DECKER<br>2652 GOLF VIEW DRIVE<br>RIVER FALLS, WI 54022 | 62838 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON R TATUM &<br>CHERYL G TATUM<br>JT TEN<br>PO BOX 47<br>FROST, TX 76641 | 5124 | Motors Liquidation Company | $9,568.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILSON R TATUM & CHERYL G TATUM<br>BOX 47<br>FROST, TX 76641 | 3597 | Motors Liquidation Company | $9,568.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINIFRED L STAR<br>5948 CHABOLYN TERRACE<br>OAKLAND, CA 94618 | 36108 | Motors Liquidation Company | $21,807.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINIFRED P ARGANO<br>255 VAN ETTEN RD<br>SPENCER, NY 14883 | 14701 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventy-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| WINIFRED S ROBINSON TTEE<br>LEONARD ROBINSON REV TR U/A/D 10-31-94<br>17276 BRIDLEWAY<br>BOCA RATON, FL 33496 | 22920 | Motors Liquidation Company | $111,881.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINNFRED J HADDEN<br>11187 CR 168<br>TYLER, TX 75703 | 18488 | Motors Liquidation Company | $12,654.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINNIE R EWING IRA<br>200 ROSE<br>BRIDGE CITY, TX 77611 | 15610 | Motors Liquidation Company | $26,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINNIFRED MOORE FAMILY TRUST<br>DATED 10/07/1994<br>2507 NORTH MILLER ROAD<br>SCOTTSDALE, AZ 85257 | 16781 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSLOW JOHNSON - TRUSTEE<br>STAMFORD MARKETING GROUP, INC<br>PROFIT SHARING PLAN<br>1736 SANCTUARY POINTE CT<br>NAPLES, FL 34110 | 18205 | Motors Liquidation Company | $1,575.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSTON C BEATON<br>TOD BENEFICIARIES ON FILE<br>8504 HICKORY DR<br>STERLING HEIGHTS, MI 48312 | 19940 | Motors Liquidation Company | $102,234.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSTON D VINES<br>501 DOGWOOD MEADOWS LN<br>AUSTIN, AR 72007 | 16762 | Motors Liquidation Company | $94,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WINSTON M & JACQUELYN CARTER TRUST<br>WINSTON M CARTER TTEE OR<br>JACQUELYN CARTER TTEE<br>1 OLDHAM LANE<br>BELLA VISTA, AR 72714 | 12715 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WJ SCHAIBLE TRUSTEE<br>WALTER J & JANE M SCHAIBLE TRUST<br>13029 JADESTONE DR<br>SUN CITY WEST, AZ 85375 | 2255 | Motors Liquidation Company | $93,537.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventy-Sixth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| WM J POINSATTE<br>18531 VERONA LAGO DR<br>MIROMAR LAKE, FL 33913 | 18468 | Motors Liquidation Company | $55,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WNNB CORPORATION<br>WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506 | 26723 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WNNB CORPORATION<br>WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506 | 28703 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLF FAMILY TRUST<br>TIMOTHY J. WOLF TTEE<br>8229 MEADOW CT<br>ST JOHN, IN 46373 | 15344 | Motors Liquidation Company | $999.98 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLF JASKIEL SALLY JASKIEL<br>CHANI POLLOCK & GITA<br>SCHWARTZ TTEE THE JASKIEL FAM<br>FOUNDATION U/A/D 11/29/99<br>1750 47TH STREET<br>BROOKLYN, NY 11204 | 27024 | Motors Liquidation Company | $41,536.69 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLF-DIETER GAESSNER<br>226C SOUTH KALAHEO AVE<br>KAILUA, HI 96734 | 16472 | Motors Liquidation Company | $10,921.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG & HILDEGARD STICH<br>UBIERSTRASSE 63<br>53173 BONN, FR GERMANY<br>,<br>GERMANY | 14602 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG & HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN, FR GERMANY<br>,<br>GERMANY | 14604 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG AND HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R. GERMANY<br>,<br>GERMANY | 17747 | Motors Liquidation Company | $300,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | | | |
|---|---|---|---|---|
| Seventy-Sixth Omnibus Objection | | | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WOLFGANG AND HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R. GERMANY<br>,<br>GERMANY | 17748 | Motors Liquidation Company | $200,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG GRIEBL<br>300 FOX DR<br>BOULDER, CO 80303 | 7083 | Motors Liquidation Company | $17,097.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG H KOPKA<br>3909 TARIAN COURT<br>PALM HARBOR, FL 34684 | 7481 | Motors Liquidation Company | $46,534.97 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG MAUTE<br>WILHELMINENSTR 70<br>67065 LUDWIGSHAFEN GERMANY<br>,<br>GERMANY | 60825 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG RENZ AND GERHARD GOETZFRIED<br>EVANGELIKREUZ 26<br>87727 BABENHAUSEN, GERMANY<br>,<br>GERMANY | 36225 | Motors Liquidation Company | $160,992.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG+HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.R.GERMANY<br>,<br>GERMANY | 14601 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOLFGANG+HILDEGARD STICH<br>UBIERSTRASSE 69<br>53173 BONN F.G.GERMANY<br>,<br>GERMANY | 14603 | Motors Liquidation Company | $200,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984 FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST<br>SUMTER, SC 29150 | 26977 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984 FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST<br>SUMTER, SC 39150 | 26978 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection                                             **Exhibit A**                                             Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| WOMENS CLINIC OF SUMTER PA PSP<br>DTD SEPT 19 1984<br>FBO BARNEY WILLIAMS<br>BARNEY WILLIAMS TTEE<br>2710 MOHICAN ST.<br>SUMTER, SC 29150 | 26979 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOMEN'S MEDICAL GROUP PS<br>MURRAY MASTER, M.D. TTEE<br>4749 MAIN ST<br>BRIDGEPORT, CT 06606 | 19159 | Motors Liquidation Company | $4,963.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WONG CHIN PANG ALEX<br>NO 2 PARK ROAD<br>191 FUI FLAT A<br>MID-LEVELS HONG KONG<br>,<br>HONG KONG, CHINA | 18613 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WONG CHIN PANG ALEX<br>NO 2 PARK ROAD 19/FU1<br>FLAT A<br>MID-LEVELS HONG KONG<br>,<br>HONG KONG, CHINA | 29941 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOOD FAMILY REV LIVING TRUST<br>MCKINLEY V WOODS<br>5360 FLORIDA PALM AVE<br>COCOA, FL 32927 | 7204 | Motors Liquidation Company | $4,409.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODLAND FAMILY TR FBO LAURA<br>TARR & PAUL WOODLAND DJ<br>WOODLAND & JOAN WOODLAND<br>CO-TTEES UAD 07/19/89<br>8746 E VIA DE VIVA<br>SCOTTSDALE, AZ 85258 | 65373 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODROE D SEIGLER TTEE<br>WOODROE D SEIGLER LIVING TRUST<br>124 SMITH ST<br>LEESVILLE, SC 29070<br>UNITED STATES OF AMERICA | 27662 | Motors Liquidation Company | $9,325.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODROW A GAMMON<br>203 WATERS HILL RD<br>LIVERMORE, ME 04253 | 18730 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

| | Exhibit A | | | |
|---|---|---|---|---|
| Seventy-Sixth Omnibus Objection | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WOODROW AND DOROTHY WILSON<br>JT / TEN<br>26588 E NOTTOWAY DR<br>COURTLAND, VA 23837 | 14212 | Motors Liquidation Company | $19,932.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOODRUFF FAMILY TRUST<br>BARBARA H WOODRUFF TR<br>D14 SOUTHFIELD APARTMENTS<br>AUBURN, NY 13021 | 21969 | Motors Liquidation Company | $102,700.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WOON S KIM IRA<br>FCC AS CUSTODIAN<br>941 FOUNTAIN VIEW DR<br>DEERFIELD, IL 60015 | 16345 | Motors Liquidation Company | $31,316.70 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WORLD OF OUTLAWS BENEVOLENT FUND<br>ATTN: MANDY PITTMAN<br>482 WOODLAND PLACE<br>PITTSBORO, IN 46167 | 14712 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WORTH & ANDREW LUDWICK<br>491 SANTA RITA AVENUE<br>PALO ALTO, CA 94301 | 30179 | Motors Liquidation Company | $49,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WRIGHT JR, HIRAM<br>2154 GLENSIDE AVE<br>NORWOOD, OH 45212 | 15699 | Motors Liquidation Company | $8,172.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WRL GEN CTRS LTD, ROBERT & SHARON LEAVINE<br>10858 FM 346 WEST<br>FLINT, TX 75762 | 19253 | Motors Liquidation Company | $50,616.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WTRISC TTEE<br>LOMA LINDA UNIV RADLGY RET PL<br>FBO PHIROZE E BILLIMORIA<br>664 EAST SUNSET DRIVE<br>REDLANDS, CA 92373 | 26682 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WTRISC TTEE FBO SRC LTD<br>MPP & PS PLANS DTD 10-01-02<br>FAO HARRY MIXER<br>PO BOX 52129<br>PHOENIX, AZ 85072 | 8338 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | | |
|---|---|---|---|
| Seventy-Sixth Omnibus Objection | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WU SHIH TUNG<br>33 JACKSON RD<br>BEDFORD, NY 10506 | 26721 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WYCOFF AB LIVING TRUST V/A ORD 8/12/02<br>C/O DOUG WYCKO FF<br>8152 EL DESCAM SOUTH<br>ATASCUDERO, CA 93422 | 44588 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| XERXES & ROSANNA TARAPORE<br>HEUWEG 22<br>75382 ALTHENGSTETT GERMANY<br>,<br>GERMANY | 68460 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| XIAOLIN TIAN<br>4605 CONLIN ST<br>METAIRIE, LA 70006 | 68733 | Motors Liquidation Company | $4,194.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| XME LTD<br>C/O MERRIL LYNCH INT BANK LTD<br>ATTN TRUST DEPT<br>2 RAFFLES LINK<br>MARINA BAMFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 8428 | Motors Liquidation Company | $22,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YALE KNIGHT<br>6953 N BARNETT LANE<br>MILWAUKEE, WI 53217 | 2629 | Motors Liquidation Company | $42,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YIGAL B BARUCH &<br>NAOMI BARUCH JT TEN<br>63 HOLLYBROOK ROAD<br>PARAMUS, NJ 07652 | 1720 | Motors Liquidation Company | $4,819.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YIK WAI TO<br>MACDONNELL HOUSE<br>FLAT 22-B<br>6 MACDONNEL ROAD HONG KONG CHINA<br>,<br>HONG KONG, CHINA | 28216 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YILDIZ AGAR<br>2200 ALKI AVE SW #401<br>SEATTLE, WA 98116 | 6204 | Motors Liquidation Company | $79,209.11<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YIM KWAI LAW<br>8/F, BLOCK D,<br>WOODLAND GARDEN<br>62 A-F CONDUIT ROAD<br>HONG KONG CHINA<br>,<br>HONG KONG, CHINA | 30782 | Motors Liquidation Company | $4,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YINGJU SUN<br>CHARLES SCHWAB & CO INC.CUST<br>IRA ROLLOVER<br>7394 WILDFLOWER WAY<br>CUPERTINO, CA 95014 | 7628 | Motors Liquidation Company | $77,343.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YINGJU SUN<br>7394 WILDFLOWER WAY<br>CUPERTINO, CA 95014 | 7637 | Motors Liquidation Company | $3,016.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YITZCHOK ALSTER (R/O IRA)<br>FCC AS CUSTODIAN<br>1810 AVENUE N APARTMENT 1 G<br>BROOKLYN, NY 11230 | 13659 | Motors Liquidation Company | $3,727.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOGESH DHINGRA<br>41564 MARGARITA RD<br>APT 137<br>TEMECULA, CA 92591 | 64076 | Motors Liquidation Company | $2,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKO C DAVIS TTEE<br>EARLE WESLEY DAVIS SR TRUST U/A<br>DTD 07/29/1989<br>2473 SAN ELIJO AVENUE<br>CARDIFF BY THE SEA, CA 92007 | 21734 | Motors Liquidation Company | $164,510.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKO C DAVIS TTEE<br>EARLE WESLEY DAVIS SR TRUST U/A DTD 7/29/1989<br>2473 SAN ELIJO AVENUE<br>CARDIFF BY THE SEA, CA 92007<br>UNITED STATES OF AMERICA | 67839 | Motors Liquidation Company | $164,510.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKO C DAVIS TTEE F/T YOKO CHINO<br>DAVIS TRUST DATED 3-17-92<br>2473 SAN ELIJO AVE<br>CARDIFF BY THE SEA, CA 92007 | 21735 | Motors Liquidation Company | $19,251.65 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOKWAH CARMOUCHE<br>426 NORTH LANG AVE<br>WEST COVINA, CA 91790 | 30482 | Motors Liquidation Company | $51,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventy-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| YOLANDA DELOSA<br>407 DORCHESTER WAY<br><br>MANALAPAN, NJ 07726<br>UNITED STATES OF AMERICA | 17067 | Motors Liquidation Company | $2,785.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOLANDA JACOBS<br>172 WEST 79TH ST APT 14A<br><br>NEW YORK, NY 10024 | 23156 | Motors Liquidation Company | $58,339.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOLANDA L GORDON<br>15100 SE 38TH ST STE 101<br><br>BELLEVUE, WA 98006 | 36083 | Motors Liquidation Company | $10,035.72 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOLANDA L. GORDON<br>703<br>15100 SE 38TH ST STE 101<br>BELLEVUE, WA 98006 | 36084 | Motors Liquidation Company | $5,016.16 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YORAM LEHAVOT<br>2494 PROVENCE CIR<br><br>WESTON, FL 33327 | 7509 | Motors Liquidation Company | $300,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YORAM LEIDNER & DOVON LEIDNER JT WROS<br>7755 SW 86 ST APT 402<br><br>MIAMI, FL 33143 | 13074 | Motors Liquidation Company | $22,352.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YOUNG H HA<br>WEDBUSH FBO YOUNG H HA IRA<br>ROLL DTD 6/22/95<br>714 4TH AVE #305<br>FAIRBANKS, AK 99701 | 9710 | Motors Liquidation Company | $9,455.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YU HUANG TOD MINGYAN ZHU<br>SUBJECT TO STA RULES<br>BLDG 14, SUITE 904, WENHUIYUAN<br>XIAO XI TIAN, HAIDIAN DISTRICT<br>BEIJING, 100082, CHINA<br>,<br>CHINA (PEOPLE'S REP) | 59322 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YUE KIANG NG<br>3/F, BLOCK E, BUTLER TOWER,<br>1-5 BOYCE ROAD,<br>JARDINES LOOKOUT,<br>HONG KONG, CHINA<br>HONG KONG,<br>HONG KONG, CHINA | 17375 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventy-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YU-FEN HO<br>13F-3, NO. 91, HSING-AN ST.<br>TAIPEI CITY TAIWAN<br>,<br>TAIWAN | 27345 | Motors Liquidation Company | $500,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YUKI MIZUTA<br>1700 12TH AVE SOUTH<br>SEATTLE, WA 98144 | 10008 | Motors Liquidation Company | $24,585.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YURI A GONCHAR<br>1925 HURSTGREEN AVE<br>ST LOUIS, MO 63114 | 38941 | Motors Liquidation Company | $113,512.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YURI SALZMAN & MARIANNA SALZMAN JT TEN<br>6 SHAW LANE<br>HARTSDALE, NY 10530 | 2293 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVES MEYER<br>5005 HWY 3<br>BILLINGS, MT 59106 | 69993 | Motors Liquidation Company | $49,845.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVETTE M REINER<br>105 HARVARD COURT<br>GLENVIEW, IL 60026 | 8083 | Motors Liquidation Company | $20,558.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE AND JOSEPH RESNICK<br>9200 CORONADO TER<br>FAIRFAX, VA 22031 | 19568 | Motors Liquidation Company | $18,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE EVANS<br>4800 SMITHS RD<br>KIMBALL, MI 48074 | 11353 | Motors Liquidation Company | $1,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE FIELMANN<br>990 CAPE MARCO DR UNIT 404<br>MARCO ISLAND, FL 34145 | 13929 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE G MCMILLIN<br>121 JORDAN CIRCLE<br>LOUISVILLE, MS 39339 | 9454 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 7208-1    Filed 09/30/10    Entered 09/30/10 13:46:21    Exhibit A
Pg 11 of 15

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Seventy-Sixth Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| YVONNE GAY HAWKINS<br>PO BOX 197<br>GOODWATER, AL 35072 | 12316 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE LIPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | 36772 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE LIPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | 36774 | Motors Liquidation Company | $47,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE LOPKIN<br>10490 WILSHIRE BLVD<br>APT 702<br>LOS ANGELES, CA 90024 | 36773 | Motors Liquidation Company | $8,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE MONTSDEOCA TTEE<br>FRED Y MONTSDEOCA<br>1025 SE 10TH ST<br>OCALA, FL 34471 | 6119 | Motors Liquidation Company | $150,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE POSTELLE<br>385 MOUNTAIN VIEW AVE<br>SAN RAFAEL, CA 94901 | 3349 | Motors Liquidation Company | $12,590.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YVONNE SAADI COURCIER - IRA<br>103 OAK GLEN<br>LAFAYETTE, LA 70503 | 16166 | Motors Liquidation Company | $4,995.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| YWCA OF THE MOHAWK VALLEY-HALL<br>1000 CORNELIA ST<br>UTICA, NY 13502 | 68892 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| Z D OVERSTREET<br>515 CHATSWORTH<br>MONTGOMERY, AL 36109 | 48425 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| Z POSIN (DECD) & P POSIN JT TEN TOD<br>C A BILICH, J E HILLMAN<br>SUBJECT TO STA RULES<br>406 DAUB AVENUE<br>HEWLETT, NY 11557 | 1848 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | |
|---|---|---|---|---|
| Seventy-Sixth Omnibus Objection | | **Exhibit A** | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| Z TAMMAN & G TAMMAN CO-TTEE<br>ZAKI & GRETA TAMMAN FAMILY TRUST<br>513 NORWICH DR<br>W HOLLYWOOD, CA 90048 | 28227 | Motors Liquidation Company | $93,703.60 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZACHARY JAMES SILVER<br>24840 PROSPECT AVE<br>LOS ALTOS, CA 94022 | 23417 | Motors Liquidation Company | $58,495.91 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAHIDE GULER AKSU<br>ORANIENSTR 182<br>10999 BERLIN GERMANY<br>,<br>GERMANY | 36202 | Motors Liquidation Company | $13,406.25 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAIDA SOTO<br>3 DOGWOOD LN<br>DEMAREST, NJ 07627 | 38917 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAIDA SOTO<br>WBNA CUSTODIAN TRAD IRA<br>3 DOGWOOD LANE<br>DEMAREST, NJ 07627 | 38919 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZALMAN B VISHNEVSKY<br>1980 S OCEAN DR APT 2P<br>HALLANDALE, FL 33009 | 3268 | Motors Liquidation Company | $30,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZANE BRESLOFF 1998 TRUST<br>C/O DANIEL L WOODROW TRUSTEE<br>999 18TH ST STE 2550<br>DENVER, CO 80202 | 20528 | Motors Liquidation Company | $4,930.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZANE GORDON<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>3333 VICKERS DR<br>GLENDALE, CA 91208 | 6905 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZAYNEH GORMAN<br>76 HARVARD ROAD<br>WATERVLIET, NY 12189 | 50562 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Sixth Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| ZEEV PACHTER<br>ZEEV PACHTER C/O RENET<br>34 W MONTGOMERY AVE<br>SUITE 34<br>ARDMORE, PA 19003<br>UNITED STATES OF AMERICA | 44136 | Motors Liquidation Company | $206,875.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZEHNDERS INC<br>MARTHA SHELTON<br>730 S MAIN<br>FRANKENMUTH, MI 48734 | 10307 | Motors Liquidation Company | $17,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZEINER LIVING TRUST<br>UAD 09/24/97<br>C JOSEPH ZEINER TTEE<br>102 PECAN GRV APT 220<br>HOUSTON, TX 77077 | 16036 | Motors Liquidation Company | $27,994.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZELDA B GOLD STEIN TTEE<br>6927 CAIRNWELL DR<br>BOYNTON BEACH, FL 33472 | 7879 | Motors Liquidation Company | $34,381.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZELDA COHEN<br>506 WALDEN PLACE<br>POMPTON PLAINS, NJ 07444 | 16098 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZELMAN G WEINGARTEN IRRA<br>ZELMAN G WEINGARTEN<br>3532 WOODCLIFF RD<br>SHERMAN OAKS, CA 91403 | 38942 | Motors Liquidation Company | $35,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZENIA FICINI<br>861 E 231 ST<br>BRONX, NY 10466 | 10947 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZENIA FICINI<br>861 E 231 ST<br>BRONX, NY 10466 | 10948 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZENON DUDKIEWICZ<br>MARIANNA DUDKIEWICZ JT TEN<br>TOD DTD 06/12/2007<br>12 LYMAN STREET<br>EASTHAMPTON, MA 01027 | 12501 | Motors Liquidation Company | $21,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventy-Sixth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZEONA E LUNDSTROM TTEE<br>ZEONA E LUNDSTROM LIV<br>TRUST DTD 6-12-92<br>975 SHADY LANE<br>GLENDORA, CA 91740 | 45596 | Motors Liquidation Company | $14,288.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZHENGYU LU<br>480 STEDFORD LANE<br>DULUTH, GA 30097 | 2333 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZIELKE, THOMAS A<br>18900 VALENCIA ST<br>NORTHVILLE, MI 48168 | 15074 | Motors Liquidation Company | $50,025.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZIGFRID R GRINS IRA<br>FCC AS CUSTODIAN<br>44 REDAN DR<br>SMITHTOWN, NY 11787 | 62074 | Motors Liquidation Company | $20,150.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZINUK GLOBAL LTD<br>3 TEVUOK HAARETZ ST<br>69546 TEL AVIV ISRAEL<br>,<br>ISRAEL | 69369 | Motors Liquidation Company | $400,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZOLA T DUNBAR REV LIVING TRUST DONALD & ZOLA DUNBAR TTEES<br>12180 SW LYNNRIDGE<br>PORTLAND, OR 97225<br>UNITED STATES OF AMERICA | 64850 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZORKA BASTA IRA<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | 7708 | Motors Liquidation Company | $24,538.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZORKA BASTA TRUST<br>902 GRANVILLE COURT<br>LEXINGTON, KY 40503 | 7709 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZULI STEREMBERG (IRA)<br>FCC AS CUSTODIAN<br>1175 W. CALLED DE EMILIA<br>GREEN VALLEY, AZ 85614 | 2170 | Motors Liquidation Company | $50,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Seventy-Sixth Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount** | **Grounds For Objection** | **Objection Page Reference** |
| ZURN JOINT LIVING TRUST<br>VERNON O ZURN & EDNA C ZURN TRUSTEES<br>1604 S KENWOOD ST<br>CASPER, WY 82601 | 6366 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ZVI & RIVKA TALMON<br>ATTENTION: C/O BAR NIR<br>4, NOF-HARIM<br>JERUSALEM, 96190 ISRAEL<br>,<br>ISRAEL | 28737 | Motors Liquidation Company | $31,665.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| **Claim Totals** | **130** | | | | |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.