| Seventy-Seventh Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |
|---|---|---|---|---|---|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| CUNNINGHAM, AMANDA<br><br>179 HOLLY HILL DR<br>SOMERSET, KY 42503<br><br>Official Claim Date: 11/18/2009 | 29443 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$17,000.00<br>$17,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| DARYL TAYLOR<br><br>DARYL TAYLOR<br>5706 EDGAR HOLT DR<br>FLINT, MI 48505<br><br>Official Claim Date: 11/25/2009 | 45781 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$165.00<br>$165.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| GARTMAN, DANIEL<br><br>641 COUNTY ROAD 10<br>MILLPORT, AL 35576<br><br>Official Claim Date: 10/12/2009 | 7734 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| GROSE, LABRINA<br><br>16633 ZEHNER RD<br>ATHENS, AL 35611<br><br>Official Claim Date: 10/16/2009 | 11729 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,000.00<br>$2,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| KNIGHT, AMANDA<br><br>818 COUNTY ROAD 218<br>CISCO, TX 76437<br><br>Official Claim Date: 11/3/2009 | 19461 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,300.00<br>$3,300.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Seventy-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| LISA GARDNER<br><br>2745 BAKER AVE<br>CINCINNATI, OH 45211<br><br>Official Claim Date: 10/15/2009 | 10426 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$866.12<br>$866.12 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| LORI SIERRA<br><br>5458 FM 237<br>MEYERSVILLE, TX 77974<br><br>Official Claim Date: 11/20/2009 | 69248 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MARHSALL STEPANIE<br><br>MARSHALL STEPHANIE<br>19571 AMBER WAY<br>NOBLESVILLE, IN 46060<br><br>Official Claim Date: 12/1/2009 | 67626 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$1,314.00<br>$1,314.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MARSHALL, SONJA<br><br>1754 RICHMOND CIR SE APT 201G<br>ATLANTA, GA 30315<br><br>Official Claim Date: 11/28/2009 | 62429 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$175.00<br>$175.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MICHAEL HARDGES<br><br>P.O. BOX 254<br>OKOLONA, MS 38860<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/3/2009 | 19422 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$1,510.00<br>$1,510.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventy-Seventh Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| MICHAELS, JAMES<br><br>331 DALE COUNTY 1<br>DALEVILLE, AL 36322<br><br>Official Claim Date: 11/30/2009 | 66113 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$120.00<br>$120.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MUSHANEY, LEATRICE<br><br>5267 W HIGHWAY 88<br>ODEN, AR 71961<br><br>Official Claim Date: 11/12/2009 | 23199 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$200.00<br>$200.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PATRICIA JOHNSON<br><br>PO BOX 36226<br>RICHMOND, VA 23235<br><br>Official Claim Date: 11/30/2009 | 69297 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br>$4,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| POPEJOY, STEPHANIE<br><br>1837 HIGHWAY 69A<br>CAMDEN, TN 38320<br><br>Official Claim Date: 11/25/2009 | 50843 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,100.00<br>$5,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SCHNEIDTMILLER, LISA<br><br>8713 REDCOAT CT<br>LOUISVILLE, KY 40291<br><br>Official Claim Date: 10/5/2009 | 4601 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventy-Seventh Omnibus Objection | | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |
|---|---|---|---|---|---|---|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| SERGIO DOMINGUEZ<br><br>4805 N COLLEGE AVE<br>BETHANY, OK 73008<br><br>Official Claim Date: 11/25/2009 | 45264 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$1,000.00<br>$1,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SHANNA ANDERSON<br><br>5937 HILLCREST<br>DETROIT, MI 48236<br><br>Official Claim Date: 6/24/2010 | 70334 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,000.00<br>$3,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| WALKER, MONIQUE<br><br>8931 HAAS AVE<br>LOS ANGELES, CA 90047<br><br>Official Claim Date: 11/24/2009 | 43345 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,685.00<br>$2,685.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| WILLIAMS, ARTHUR<br><br>2601 EDWARDS ST<br>IRONDALE, AL 35210<br><br>Official Claim Date: 10/5/2009 | 4346 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,500.00<br>$2,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| WILSON RANDALL & LINDA<br><br>1155 N DUCK CREEK RD<br>NORTH JACKSON, OH 44451<br><br>Official Claim Date: 10/2/2009 | 2520 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$25.00<br>$25.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventy-Seventh Omnibus Objection | | **Exhibit A** | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Proposed Allowed Status/Amount |
|---|---|---|---|---|

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.