| Seventy-Eighth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| **STATE OF WORKERS' COMPENSATION CLAIM: GEORGIA** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| DELORES HENDRICKS<br>PO BOX 47272<br><br>ATLANTA, GA 30362<br>UNITED STATES OF AMERICA<br><br>State of Workers' Compensation Claim: Georgia | 43401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| DOSS, NEWTON<br>1716 STEPHENSON RD<br><br>LITHONIA, GA 30058<br><br>State of Workers' Compensation Claim: Georgia | 65366 | Motors Liquidation Company | Unliquidated | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| KATHLEEN A BUSH<br>C/O RAYMOND L CROWELL<br>182 B SOUTH MAIN ST<br>CLEVELAND, GA 30528<br><br>State of Workers' Compensation Claim: Georgia | 58981 | Motors Liquidation Company | Unliquidated | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| MARCIA R EUBANKS<br>115 APALACHEE DR<br><br>LEESBURG, GA 31763<br><br>State of Workers' Compensation Claim: Georgia | 8542 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$175.00 (U)<br>$175.00 (T) | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| MARCUS B VINSON<br>516 HILL ST<br><br>MONROE, GA 30656<br>UNITED STATES OF AMERICA<br><br>State of Workers' Compensation Claim: Georgia | 67885 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,000.00 (U)<br>$7,000.00 (T) | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| MARY WILLIAMS<br>201 PARK STONE WAY<br><br>MARIETTA, GA 30066<br><br>State of Workers' Compensation Claim: Georgia | 36235 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$350,000.00 (U)<br>$350,000.00 (T) | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **Seventy-Eighth Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| **STATE OF WORKERS' COMPENSATION CLAIM: GEORGIA** | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| MICHAEL F COWAN<br>PO BOX 2461<br>NORCROSS, GA 30091<br>State of Workers' Compensation Claim:   Georgia | 60267 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00   (U)<br>$500,000.00   (T) | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| PYATT SR, JOE N<br>1598 S INDIAN CREEK DR<br>STONE MOUNTAIN, GA 30083 | 15503 | Motors Liquidation Company | | Liability assumed by Georgia Self-Insurers Guaranty Trust Fund | Pgs. 1-5 |
| | | | Unliquidated | | |
| **Claims to be Disallowed and Expunged Totals** | **8** | | **$0.00**   (S)<br>**$0.00**   (A)<br>**$0.00**   (P)<br>**$1,157,175.00**   (U)<br>**$1,157,175.00**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.