| | | | | | |
|---|---|---|---|---|---|
| Seventy-Ninth Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**
**STATE OF WORKERS' COMPENSATION CLAIM: NEW JERSEY**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL MESSINA<br>C/O WILENTZ GOLDMAN & SPITZER<br>ATTN D PACHECO<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095<br><br>State of Workers' Compensation Claim: New Jersey | 60180 | Motors Liquidation Company | Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| GLORIA REED<br>C/O DEVLIN CITTADINO & SHAW<br>3131 PRINCETON PIKE BLVD BLDG 1A<br>TRENTON, NJ 08648<br><br>State of Workers' Compensation Claim: New Jersey | 12056 | Motors Liquidation Company | Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| HILDA GUERRA<br>C/O WILENTZ GOLDMAN & SPITZER<br>90 WOODBRIDGE CENTER DRIVE<br>ATTN D PACHECO<br>WOODBRIDGE, NJ 07095<br><br>State of Workers' Compensation Claim: New Jersey | 60036 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T)<br>Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| JAMES STEVENS<br>C/O WILENTZ GOLDMAN AND SPITZER<br>ATTN: D PACHECO<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095<br><br>State of Workers' Compensation Claim: New Jersey | 60586 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T)<br>Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| JOSEPH SCHITTONE<br>40 WILENTZ GOLDMAN & SPITZER<br>ATTN D PACHECO<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095<br><br>State of Workers' Compensation Claim: New Jersey | 63531 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T)<br>Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | **Exhibit A** | | | |
|---|---|---|---|---|---|
| Seventy-Ninth Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** <br> **STATE OF WORKERS' COMPENSATION CLAIM: NEW JERSEY** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| JOSEPHINE SZYDLOWSKI <br> C/O WILENTZ GOLDMAN & SPITZER <br> ATTN D PACHECO <br> 90 WOODBRIDGE CENTER DRIVE <br> WOODBRIDGE, NJ 07095 <br> UNITED STATES OF AMERICA <br><br> State of Workers' Compensation Claim: New Jersey | 64536 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $15,000.00 (U) <br> $15,000.00 (T) | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| LARRY KAMMER <br> DEVLIN, CITTADINO & SHAW <br> 3131 PRINCETON PIKE BLVD <br> BLDG 1A <br> TRENTON, NJ 08648 <br><br> State of Workers' Compensation Claim: New Jersey | 11564 | Motors Liquidation Company | Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| LEROY HEARN <br> C/O DEVLIN CITTADINO & SHAW <br> 3131 PRINCETON PIKE BLVD <br> BLDG 1A <br> TRENTON, NJ 08648 <br> UNITED STATES OF AMERICA <br><br> State of Workers' Compensation Claim: New Jersey | 15199 | Motors Liquidation Company | Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| MANUEL RAMALHO <br> C/O WILENTZ GOLDMAN & SPITZER <br> 90 WOODBRIDGE CENTER DRIVE <br> ATTN D PACHECO <br> WOODBRIDGE, NJ 07095 <br><br> State of Workers' Compensation Claim: New Jersey | 60757 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $15,000.00 (U) <br> $15,000.00 (T) <br> Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| NESTOR SANTIAGO <br> DEVLIN CITTADINO & SHAW <br> 3131 PRINCETON PIKE BLVD <br> BLDG 1A <br> TRENTON, NJ 08648 <br><br> State of Workers' Compensation Claim: New Jersey | 11565 | Motors Liquidation Company | Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Seventy-Ninth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED**<br>**STATE OF WORKERS' COMPENSATION CLAIM: NEW JERSEY** | | | | | |
|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
| RICHARD DARCY<br>C/O WILENTE GOLDMAND & SPITZER<br>ATTN D PACHECO<br>90 WOODBRIDGE CENTER DR<br>WOODBRIDGE, NJ 07095<br><br>State of Workers' Compensation Claim: New Jersey | 64553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$150,000.00 (U)<br>$150,000.00 (T)<br><br>Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| SHIRLEY AUSTIN<br>DELVIN CITTADINO & SHAW<br>3131 PRINCETON PIKE BLVD<br>BLDG 1A<br>TRENTON, NJ 08648<br><br>State of Workers' Compensation Claim: New Jersey | 17406 | Motors Liquidation Company | Unliquidated | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| STANLEY SZYDLOWSKI<br>C/O WILENTZ GOLDMAN & SPITZER<br>ATTN D. PACHECO<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095<br>UNITED STATES OF AMERICA<br><br>State of Workers' Compensation Claim: New Jersey | 64535 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| VITO D'ARMETTA<br>27 BRISTOL AVE<br>STATEN ISLAND, NY 10301<br><br>State of Workers' Compensation Claim: New Jersey | 454 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$97,500.00 (P)<br>$0.00 (U)<br>$97,500.00 (T) | Liability assumed by New Jersey Self-Insurers Guaranty Association | Pgs. 1-5 |
| **Claims to be Disallowed and Expunged Totals** | **14** | | **$0.00** (S)<br>**$0.00** (A)<br>**$97,500.00** (P)<br>**$278,000.00** (U)<br>**$375,500.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.