**Eighty-First Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEYER, THOMAS E<br>1995 N BEYER RD<br>SAGINAW, MI 48601 | 21444 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$101,293.27 (P)<br>$0.00 (U)<br>$101,293.27 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GONZALES, ELIDA<br>3808 STRANG AVE<br>ROSEMEAD, CA 91770 | 15859 | Motors Liquidation Company | $220,321.83 (S)<br>$0.00 (A)<br>$220,321.83 (P)<br>$0.00 (U)<br>$440,643.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONE, ROBIN C<br>610 FALLING OAKS DR<br>MEDINA, OH 44256 | 29822 | Motors Liquidation Company | $1,217,592.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,217,592.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS, OH 44138 | 23870 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,054,646.50 (P)<br>$0.00 (U)<br>$1,054,646.50 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBIN MONE<br>610 FALLING OAKS DR<br>MEDINA, OH 44256 | 23139 | Motors Liquidation Company | $1,217,592.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,217,592.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Eighty-First Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| SAYBOLT, DEBORAH D<br>1025 COUNTRY CLUB RD<br><br>BLOOMFIELD HILLS, MI 48304 | 26802 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$203,872.00 (P)<br>$0.00 (U)<br>$203,872.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH LESLIE<br>3477 TROPHY DR<br><br>LA MESA, CA 91941 | 68091 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$188,580.00 (P)<br>$0.00 (U)<br>$188,580.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEENS, VADIE L WRIGHT, VADIE L<br>135 COUNTY ROAD 247<br><br>BRUCE, MS 38915 | 38685 | Motors Liquidation Company | $112,292.00 (S)<br>$0.00 (A)<br>$112,292.00 (P)<br>$0.00 (U)<br>$224,584.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **8** | | **$2,767,797.83** (S)<br>**$0.00** (A)<br>**$1,881,005.60** (P)<br>**$0.00** (U)<br>**$4,648,803.43** (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.