| Eighty-Second Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADAMS, MAX L<br>15051 BEACH FRONT DR<br>EXCELSIOR SPRINGS, MO 64024 | 44172 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$225,000.00 (P)<br>$0.00 (U)<br>$225,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BANDY WADE H<br>5864 W VERMONT ST<br>INDIANAPOLIS, IN 46224 | 65529 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$360,000.00 (P)<br>$0.00 (U)<br>$360,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BANDY WADE H<br>5864 W VERMONT ST<br>INDIANAPOLIS, IN 46224 | 65530 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$360,000.00 (P)<br>$0.00 (U)<br>$360,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BANDY, WADE H<br>5864 W VERMONT ST<br>INDIANAPOLIS, IN 46224 | 65538 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$360,000.00 (P)<br>$0.00 (U)<br>$360,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BANDY, WENTFORD<br>5866 W VERMONT ST<br>INDIANAPOLIS, IN 46224 | 65275 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **Eighty-Second Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOUCHER, JON C<br>1324 COMMERCIAL ST<br>853<br>MUNISING, MI 49862 | 2039 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$480,000.00 (P)<br>$0.00 (U)<br>$480,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHAPMAN, RANDY S<br>13743 W CAREFREE DR<br>HOMER GLEN, IL 60491 | 33330 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17,500.00 (P)<br>$0.00 (U)<br>$17,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DENNIS NEUMAN<br>8501 OLD SAUK RD APT 212<br>MIDDLETON, WI 53562 | 19053 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$232,376.47 (P)<br>$0.00 (U)<br>$232,376.47 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EMMA NEAL<br>3207 KINGS LN<br>BURTON, MI 48529 | 17535 | Motors Liquidation Company | $800,000.00 (S)<br>$800,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,600,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FELICE, FRANK I<br>3108 CREEKWOOD CIR<br>BAY CITY, MI 48706 | 2392 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100,000.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Second Omnibus Objection**          **Exhibit A**          **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FERNANDEZ ROBERT B<br>37713 TEAKWOOD DR<br>FREMONT, CA 94536 | 59022 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$165,000.00 (P)<br>$0.00 (U)<br>$165,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANK FELICE<br>3108 CREEKWOOD CIR<br>BAY CITY, MI 48706 | 2391 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100,000.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GUAY, MICHAEL J<br>6035 S TRANSIT RD APT 340<br>LOCKPORT, NY 14094 | 61659 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$300,000.00 (P)<br>$0.00 (U)<br>$300,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAMILTON, GEZINA J.<br>100 LEONARD ST<br>BUFFALO, NY 14215 | 20823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$130,000.00 (P)<br>$0.00 (U)<br>$130,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARRY JOHNSON<br>914 CRESTVIEW DR<br>CRESTLINE, OH 44827 | 18882 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$120,500.00 (P)<br>$0.00 (U)<br>$120,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAYDEN, ROBERT M<br>6118 EASTON RD<br>KNOXVILLE, TN 37920 | 30721 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$122,400.00 (P)<br>$0.00 (U)<br>$122,400.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Second Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JACKSON, OATHER L<br>603 N 5TH ST<br><br>AVA, IL 62907 | 44064 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$129,600.00 (P)<br>$0.00 (U)<br>$129,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN C COX<br>126 D MOUNTAIN AIRE DR.<br><br>GREENWOOD, IN 46143<br>UNITED STATES OF AMERICA | 36999 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAURY, BRINDA K<br>3730 HUNTLEY RD<br><br>SAGINAW, MI 48601 | 7732 | Motors Liquidation Company | $350,000.00 (S)<br>$0.00 (A)<br>$350,000.00 (P)<br>$125,000.00 (U)<br>$825,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARY V WILLIAMS (COX)<br>7743 TRISA CT<br><br>INDIANAPOLIS, IN 46227 | 51126 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MILLER, STEVEN K<br>6281 N CHESTER AVE<br><br>INDIANAPOLIS, IN 46220 | 39331 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| Eighty-Second Omnibus Objection | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RANDY CHAPMAN<br>13743 W CAREFREE DR<br>HOMER GLEN, IL 60491 | 36679 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$190,000.00 (P)<br>$0.00 (U)<br>$190,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **22** | | **$1,150,000.00** (S)<br>**$800,000.00** (A)<br>**$7,742,376.47** (P)<br>**$125,000.00** (U)<br>**$9,817,376.47** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Second Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

***OBJECTION ADJOURNED 10/26/2010***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| FELICE, FRANCES T<br>4680 SOUTHWEST 42ND STREET<br>OCALA, FL 34474 | 17273 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOE RICHARDSON SR<br>1108 BERKLEY AVE<br>PONTIAC, MI 48341 | 68057 | Motors Liquidation Company | $76,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,000,000.00 (U)<br>$47,076,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARDSON SR, JOE S<br>1108 BERKLEY AVE<br>PONTIAC, MI 48341 | 68058 | Motors Liquidation Company | $47,000,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$47,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WALTER J LAWRENCE<br>2609 N FOREST RIDGE BLVD #103<br>HERNANDO, FL 34442 | 21225 | Motors Liquidation Company | $160,600.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$160,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | 4 | | $47,236,600.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$47,000,000.00 (U)<br>$95,236,600.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.