**HEARING DATE AND TIME: September 24, 2010 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: September 17, 2010 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
:
In re                                                                  :            **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY, *et al.*,**          :            **09-50026 (REG)**
        **f/k/a General Motors Corp., *et al.***          :
:
                                    **Debtors.**          :            **(Jointly Administered)**
:
--------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO**
**CLAIMS**</u>
**(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)**

Upon the eighty-third omnibus objection to expunge certain compensation

and welfare benefits claims of retired and former salaried and executive employees, dated

August 20, 2010 (the "**Eighty-Third Omnibus Objection to Claims**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as

debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11,

United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim filed in these chapter

11 cases (the "**Procedures Order**") (Docket No. 4180], seeking entry of an order

disallowing and expunging the Salaried and Executive Employee Welfare Benefits

Claims on the grounds that each Salaried and Executive Employee Welfare Benefits

Claim is for an obligation for which the Debtors have no liability, all as more fully

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the Eighty-Third Omnibus Objection to Claims.

described in the Eighty-Third Omnibus Objection to Claims; and due and proper notice

of the Eighty-Third Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Eighty-Third Omnibus Objection to Claims is in

the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the Eighty-Third Omnibus Objection to Claims

establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Eighty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed

and Expunged*" are disallowed and expunged; and it is further

ORDERED that, if applicable, the Eighty-Third Omnibus Objection to

Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto

under the heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date

indicated on the Order Exhibit, subject to further adjournments (such actual hearing date,

the "**Adjourned Hearing Date**"), and the Debtors' response deadline with respect to the

Adjourned Claims shall be 12:00 noon (Eastern Time) on the date that is three (3)

business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the Eighty-Third Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Eighty-Third Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*," as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Eighty-Third Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      **_September 30, 2010_**

                                      **_s/ Robert E. Gerber_**
                                    United States Bankruptcy Judge