| Eighty-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARMSTRONG, JAMES A<br>1976 N SALISBURY DR<br>GLADWIN, MI 48624 | 4234 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$18,860.00 (P)<br>$0.00 (U)<br>$18,860.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATHER A QUADER<br>1808 WASHINGTON RD<br>ROCHESTER HILLS, MI 48306 | 65134 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$236,036.00 (P)<br>$0.00 (U)<br>$236,036.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BIESER, GERALD B<br>2989 WALMSLEY CIR<br>LAKE ORION, MI 48360 | 21820 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$123,966.57 (P)<br>$0.00 (U)<br>$123,966.57 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOUGHTON, LYLE D<br>1138 COTTONWOOD CT<br>CARMEL, IN 46033 | 62187 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$115,135.00 (P)<br>$0.00 (U)<br>$115,135.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURISEK, RONALD J<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516 | 21540 | Motors Liquidation Company | $458,791.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$458,791.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES VALENTINE<br>5188 HIGHPOINT DR<br>SWARTZ CREEK, MI 48473 | 38678 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$273,820.00 (P)<br>$0.00 (U)<br>$273,820.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Eighty-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONSTANT, CARL L<br>2251 OLD FALLS DR<br>ANN ARBOR, MI 48103 | 20061 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$161,516.00 (P)<br>$0.00 (U)<br>$161,516.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONIELLE F HARDEN<br>9416 S UNION RD<br>MIAMISBURG, OH 45342 | 18884 | Motors Liquidation Company | $120,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$120,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DZIEWIT DUANE<br>191 S CASS LAKE RD<br>WATERFORD, MI 48328 | 63433 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$198,291.00 (P)<br>$0.00 (U)<br>$198,291.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DZIEWIT, DUANE R<br>191 S CASS LAKE RD<br>WATERFORD, MI 48328 | 63434 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$65,966.80 (P)<br>$0.00 (U)<br>$65,966.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD MOHR<br>1581 ONEIDA TRL<br>LAKE ORION, MI 48362 | 46124 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$150,833.00 (P)<br>$0.00 (U)<br>$150,833.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FREEMAN, LARRY S<br>91 N HIGH SCHOOL RD<br>INDIANAPOLIS, IN 46214 | 45805 | Motors Liquidation Company | $110,562.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$110,562.04 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| FURREY, GERALD L<br>5670 STONE LAKE DR<br><br>DAYTON, OH 45429 | 36637 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$317,830.00 (P)<br>$0.00 (U)<br>$317,830.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARY HENDERSHOT<br>10217 PLAYERS VIEW<br><br>GAYLORD, MI 49735<br>UNITED STATES OF AMERICA | 64525 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$102,632.00 (P)<br>$102,632.00 (U)<br>$205,264.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREGORY SKRENTNER<br>6501 TRIPP RD<br><br>HOLLY, MI 48442 | 31497 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$213,278.00 (P)<br>$0.00 (U)<br>$213,278.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GROSE, BOB G<br>1411 BLUE JAY CT<br><br>PUNTA GORDA, FL 33950 | 12007 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$178,856.00 (P)<br>$0.00 (U)<br>$178,856.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAROLD ROSS<br>4303 CHAPMAN CT<br><br>SHELBY TWP, MI 48316 | 64243 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$299,500.00 (P)<br>$0.00 (U)<br>$299,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HERBERT P LEITZ<br>3051 E STELLA LN<br><br>PHOENIX, AZ 85016 | 25344 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$306,000.00 (P)<br>$0.00 (U)<br>$306,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOGUE, HARRY H<br>36634 SAXONY RD<br>FARMINGTON, MI 48335 | 62979 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$119,097.44 (P)<br>$0.00 (U)<br>$119,097.44 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOLINBAUGH ROBERT E<br>8268 LONGVIEW DR NE<br>WARREN, OH 44484 | 28533 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,978.00 (P)<br>$0.00 (U)<br>$35,978.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOLINBAUGH, ROBERT E<br>8268 LONGVIEW DR NE<br>WARREN, OH 44484 | 26503 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$109,171.00 (P)<br>$0.00 (U)<br>$109,171.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOLMES, GERALD E<br>3344 LYONS ST<br>EVANSTON, IL 60203 | 62894 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$127,200.00 (P)<br>$0.00 (U)<br>$127,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES A ARMSTRONG<br>1976 N SALISBURY DR<br>GLADWIN, MI 48624<br>UNITED STATES OF AMERICA | 4235 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$495,000.00 (P)<br>$0.00 (U)<br>$495,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES COULTER<br>126 ORCHARDALE DR<br>ROCHESTER HILLS, MI 48309 | 65360 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$190,389.00 (P)<br>$0.00 (U)<br>$190,389.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES MASIAK<br>677 AUGUSTA DRIVE<br><br>ROCHESTER HILLS, MI 48309 | 61155 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$266,456.50 (P)<br>$0.00 (U)<br>$266,456.50 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES ROSE<br>3724 HIGH GROVE WAY<br><br>LAKE ORION, MI 48360<br>UNITED STATES OF AMERICA | 28595 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$157,270.00 (P)<br>$0.00 (U)<br>$157,270.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES TRULBY<br>1723 WENSLEY DRIVE<br><br>CHARLOTTE, NC 28210<br>UNITED STATES OF AMERICA | 30825 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$267,005.00 (P)<br>$0.00 (U)<br>$267,005.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN H POWELL<br>150 COTTONWOOD DR<br><br>CELINA, OH 45822<br>UNITED STATES OF AMERICA | 7631 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$111,000.00 (P)<br>$0.00 (U)<br>$111,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN W RUPLE<br>2928 OLDEWICK DR<br><br>ST LOUIS, MO 63129 | 68556 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$94,118.00 (P)<br>$0.00 (U)<br>$94,118.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN W RUPLE<br>2928 OLDEWICK DR<br>ST LOUIS, MO 63129 | 69021 | Motors Liquidation Company | $0.00<br>$0.00<br>$171,765.00<br>$0.00<br>$171,765.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN WHITE<br>PO BOX 94<br>LAINGSBURG, MI 48848 | 63760 | Motors Liquidation Company | $0.00<br>$0.00<br>$204,245.00<br>$0.00<br>$204,245.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JONAS, JOHN M<br>54809 KINGSLEY DR<br>SHELBY TWP, MI 48316 | 62783 | Motors Liquidation Company | $0.00<br>$0.00<br>$215,892.00<br>$0.00<br>$215,892.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH A PELAN III<br>3020 AMY DR<br>SOUTH PARK, PA 15129 | 36792 | Motors Liquidation Company | $0.00<br>$0.00<br>$309,642.00<br>$0.00<br>$309,642.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH R PIAZZON<br>55 W SIDE DR<br>REHOBOTH BEACH, DE 19971 | 7158 | Motors Liquidation Company | $0.00<br>$0.00<br>$650,100.00<br>$0.00<br>$650,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEITZ, HERBERT P<br>3051 E STELLA LN<br>PHOENIX, AZ 85016 | 23154 | Motors Liquidation Company | $0.00<br>$0.00<br>$99,395.00<br>$0.00<br>$99,395.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LEKSE MICHAEL A<br>6875 PALMYRA LN<br>CLARKSTON, MI 48348 | 33355 | Motors Liquidation Company | $0.00<br>$0.00<br>$128,504.00<br>$0.00<br>$128,504.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEKSE, MICHAEL A<br>6875 PALMYRA LN<br>CLARKSTON, MI 48348 | 33460 | Motors Liquidation Company | $0.00<br>$0.00<br>$80,006.00<br>$0.00<br>$80,006.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC CRACKEN, DONALD G<br>9779 S SHORE DR<br>SAND POINT, MI 48755 | 26870 | Motors Liquidation Company | $0.00<br>$0.00<br>$276,244.00<br>$0.00<br>$276,244.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOHR, EDWARD G<br>1581 ONEIDA TRL<br>LAKE ORION, MI 48362 | 46123 | Motors Liquidation Company | $0.00<br>$0.00<br>$123,380.00<br>$0.00<br>$123,380.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MURRAY, DENNIS W<br>THERESA M MURRAY - SPOUSE<br>1374 DUTTON RD<br>ROCHESTER HILLS, MI 48306 | 30993 | Motors Liquidation Company | $0.00<br>$0.00<br>$179,000.00<br>$0.00<br>$179,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MURRAY, DENNIS W<br>THERESA M MURRAY - SPOUSE<br>1374 DUTTON RD<br>ROCHESTER HILLS, MI 48306 | 30994 | Motors Liquidation Company | $0.00<br>$0.00<br>$127,723.00<br>$0.00<br>$127,723.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**                    **Exhibit A**                    **Motors Liquidation Company, et al.**
                                                                                       **Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MURRAY, DENNIS W<br>THERESA M MURRAY SPOUSE<br>1374 DUTTON RD<br>ROCHESTER HILLS, MI 48306 | 30995 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$465,000.00 (P)<br>$0.00 (U)<br>$465,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NELSON, BERNICE A<br>PO BOX 315<br>BANCROFT, MI 48414 | 15319 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$581,988.60 (P)<br>$0.00 (U)<br>$581,988.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY, MI 48083 | 65000 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$200,765.00 (P)<br>$0.00 (U)<br>$200,765.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY, MI 48083 | 65016 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,800.00 (P)<br>$0.00 (U)<br>$8,800.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY, MI 48083 | 65017 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$65,000.00 (P)<br>$0.00 (U)<br>$65,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY, MI 48083 | 65018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$29,247.98 (P)<br>$0.00 (U)<br>$29,247.98 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY, MI 48083 | 65019 | Motors Liquidation Company | $0.00<br>$0.00<br>$150,000.00<br>$0.00<br>$150,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PIAZZON, JOSEPH R<br>55 W SIDE DR<br>REHOBOTH BEACH, DE 19971 | 7156 | Motors Liquidation Company | $0.00<br>$0.00<br>$92,379.67<br>$0.00<br>$92,379.67 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| POWELL, JOHN H<br>150 COTTONWOOD DR<br>CELINA, OH 45822 | 7630 | Motors Liquidation Company | $0.00<br>$0.00<br>$38,850.00<br>$0.00<br>$38,850.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RENEE SCOTT-BURISEK<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516 | 27405 | Motors Liquidation Company | $39,751.00<br>$0.00<br>$0.00<br>$0.00<br>$39,751.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT L CIOCHETTO<br>1337 BITTERSWEET DR<br>WARREN, OH 44484 | 22181 | Motors Liquidation Company | $0.00<br>$0.00<br>$175,247.00<br>$0.00<br>$175,247.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROGER KASPAR<br>69727 KNOTTINGHAM LANE<br>EDWARDSBURG, MI 49112<br>UNITED STATES OF AMERICA | 36190 | Motors Liquidation Company | $0.00<br>$0.00<br>$104,399.00<br>$0.00<br>$104,399.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

**Eighty-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER KASPAR<br>69727 KNOTTINGHAM LANE<br>EDWARDSBURG, MI 49112 | 36199 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,438.00 (P)<br>$0.00 (U)<br>$30,438.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROHDE, ROBERT P<br>845 E GULF DRIVE #1111<br>SANIBEL, FL 33957 | 13170 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$405,615.00 (P)<br>$0.00 (U)<br>$405,615.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHROEDER, HERBERT A<br>11754 LIBERTY WOODS DR<br>WASHINGTON, MI 48094 | 31262 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$167,267.00 (P)<br>$0.00 (U)<br>$167,267.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHULZE, HERBERT W<br>1316 APACHE ST<br>ARLINGTON, TX 76012 | 21467 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$124,225.00 (P)<br>$0.00 (U)<br>$124,225.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCOTT-BURISEK, RENEE F<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516 | 27392 | Motors Liquidation Company | $123,990.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$123,990.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMEJKAL, FRANK P<br>2414 FAIR LN<br>BURTON, MI 48509 | 44332 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$134,989.00 (P)<br>$0.00 (U)<br>$134,989.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**　　　　**Exhibit A**　　　　**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUSIE SPENCER<br>2127 VALLEY VISTA CT.<br>DAVISON, MI 48423<br>UNITED STATES OF AMERICA | 31288 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$152,180.00 (P)<br>$0.00 (U)<br>$152,180.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS MANOFF<br>699 CROWN POINTE RD<br>LAFOLLETTE, TN 37766 | 61051 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$680,050.00 (P)<br>$0.00 (U)<br>$680,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TIMOTHY KUECHENMEISTER<br>17550 SE 81ST PARNASSUS CT<br>THE VILLAGES, FL 32162<br>UNITED STATES OF AMERICA | 49529 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$123,034.00 (P)<br>$0.00 (U)<br>$123,034.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VINCENT SISTI<br>1332 ROCK VALLEY DRIVE<br>ROACHESTER, MI 48307<br>UNITED STATES OF AMERICA | 31443 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$75,819.00 (P)<br>$0.00 (U)<br>$75,819.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VINCENT SISTI<br>1332 ROCK VALLEY DRIVE<br>ROCHESTER, MI 48307<br>UNITED STATES OF AMERICA | 31444 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$118,481.00 (P)<br>$0.00 (U)<br>$118,481.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Third Omnibus Objection     **Exhibit A**     Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WEBSTER, JACQUELYNE L<br>37632 S VISTA RIDGE CT<br>TUCSON, AZ 85739 | 64146 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$109,369.00 (P)<br>$0.00 (U)<br>$109,369.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **65** | | $853,594.04 (S)<br>$0.00 (A)<br>$11,334,245.56 (P)<br>$102,632.00 (U)<br>$12,290,471.60 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED 10/26/2010*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED MCMULLEN<br>4307 CLIFFWOOD CIRCLE<br><br>AUSTIN, TX 78759<br>UNITED STATES OF AMERICA | 30614 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$142,496.00 (P)<br>$0.00 (U)<br>$142,496.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BELLAIRE, LINDA K<br>1210 LAKE SHORE BLVD<br><br>LAKE ORION, MI 48362 | 62922 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$241,020.00 (P)<br>$502,053.00 (U)<br>$743,073.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARTOM, JOYCE A<br>220 BOURBON CT<br><br>ROCHESTER HILLS, MI 48307 | 50942 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$43,603.00 (P)<br>$0.00 (U)<br>$43,603.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HICKMAN, ROBERT R<br>PO BOX 3894<br><br>THOUSAND OAKS, CA 91359 | 51346 | Motors Liquidation Company | $262,716.00 (S)<br>$0.00 (A)<br>$262,716.00 (P)<br>$0.00 (U)<br>$525,432.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH COBBLE JR.<br>2134 SAINT ANDREWS<br><br>ROCHESTER HILLS, MI 48309<br>UNITED STATES OF AMERICA | 64959 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$112,049.00 (P)<br>$112,049.00 (U)<br>$224,098.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED 10/26/2010*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOYCE A HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 50938 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,700.00 (P)<br>$0.00 (U)<br>$1,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE A HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 50939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$455,200.00 (P)<br>$0.00 (U)<br>$455,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 50940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$190,000.00 (P)<br>$0.00 (U)<br>$190,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATEL, BALKRISHNA R<br>4277 17 MILE RD<br>STERLING HEIGHTS, MI 48310 | 26871 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$224,242.00 (P)<br>$0.00 (U)<br>$224,242.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS, OH 44138<br>UNITED STATES OF AMERICA | 22745 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$138,982.00 (P)<br>$0.00 (U)<br>$138,982.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**                           **Exhibit A**                           **Motors Liquidation Company, et al.**
                                                                                                    **Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED 10/26/2010*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS, OH 44138 | 28150 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$120,239.00 (P)<br>$0.00 (U)<br>$120,239.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PURNELL, CALVIN H<br>2090 PEAR TREE LN<br>OAKLAND, MI 48363 | 62124 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$410,967.00 (P)<br>$0.00 (U)<br>$410,967.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TWSP, MI 48317 | 36256 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$182,588.00 (P)<br>$0.00 (U)<br>$182,588.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TOWNSHIP, MI 48317 | 36257 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$69,900.00 (P)<br>$0.00 (U)<br>$69,900.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURNER DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE, OH 44813 | 47968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$48,130.00 (P)<br>$0.00 (U)<br>$48,130.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURNER, DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE, OH 44813 | 47967 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$131,860.00 (P)<br>$0.00 (U)<br>$131,860.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection**     Exhibit A     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *OBJECTION ADJOURNED 10/26/2010*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***OBJECTION ADJOURNED*** | 16 | | $262,716.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $2,775,692.00 (P) | | |
| | | | $614,102.00 (U) | | |
| | | | $3,652,510.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.