**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                             :    Chapter 11 Case No.
                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,         :    09-50026 (REG)
    f/k/a **General Motors Corp.,** *et al.*      :
                                                  :
                        Debtors.                  :    (Jointly Administered)
                                                  :
-----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 4, 2010 AT 3:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

Motion of General Motors LLC Pursuant to 11 U.S.C. §§ 105 and 363 to Enforce 363 Sale Order and Approved Deferred Termination (Wind-Down) Agreement [**Docket Nos. 6892 & 6893**]

Responses Filed:

1. Objection of Rally Auto Group, Inc. to Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreement [**Docket No. 7100**]

Replies Filed:

2. Reply to Objection to Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreement [**Docket No. 7166**]

3. Additional Documents:    None at this time.

**Status:**    This matter is going forward.

US_ACTIVE:\43511084\01\72240.0639

Dated: New York, New York
September 30, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession