## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
      f/k/a General Motors Corp., *et al.*      :     Chapter 11
                                                    :     Case No. 09-50026 (REG)
                                                    :     (Jointly Administered)
               Debtors.               :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On September 30, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 7169] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                        /s/ Kimberly Murray___
                                                        Kimberly Murray

Sworn to before me this 30th day of
September, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Nhilze L. Campos & Rogelio Campos individually
and on behalf of the Campos Fetus Twin A, and
Campos Fetus Twin B
Nhilze L. Campos & Rogeria Campos
c/o The Whittle Law Firm, PLLC
5151 Flynn Pkwy, Suite 308
Corpus Christi, TX 78401


**TRANSFEREE**

Corre Opportunities Fund, L.P.
Attn: Claims Processing (Bankruptcy)
1370 Avenue of the Americas, 29th Floor
New York, NY 10019

Savannah Robinson, Litigation Counsel
2612 Easy Street
Edinburg, TX 78539