B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Motors Liquidation Company (f/k/a General Motors Corporation), et al., Debtors. | Case No. 09-50026 (REG) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, pursuant to the Evidence of Transfer of Claim attached hereto as Exhibit A.

| Avenue Special Situations Fund V, L.P. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Avenue Capital Group
399 Park Avenue
6th Floor
New York, NY  10022
Attention: David Leinwand
E-mail: dleinwand@avenuecapital.com

Court Claim # (if known): 11065
Amount of Claim (Allowed): $28,969,978.45
Amount of Claim (Original Filed): $70,969,978.45
Date Claim Filed: 10/15/09
Debtor: Motors Liquidation Company (f/k/a General Motors Corporation)

Phone: 212-850-7524
Last Four Digits of Acct #: _____

Phone: 203-897-2644
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____            Date: 9-17-2010
     Transferee/Transferee's Agent

620899.1/2620-00263

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.*

620899.1/2620-00263