# Exhibit A

## Evidence of Transfer of Claim

620899.1/2620-00263

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE ROYAL BANK OF SCOTLAND PLC, with offices located at 600 Washington Boulevard, Stamford, CT 06901 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to AVENUE SPECIAL SITUATIONS FUND V, L.P., its successors and assigns, with offices located at 535 Madison Avenue, New York, NY 10022 ("Buyer"), all right, title and interest in and to the claims of Seller against Motors Liquidation Company (f/k/a General Motors Corporation docketed as Claim No. 11065 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 09-50026 (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of September, 2010.

WITNESS:
(Signature)
Name: FRANCESCA M. SENA
Title: SENIOR VP & SENIOR COUNSEL
(Print name and title of witness)

THE ROYAL BANK OF SCOTLAND PLC

By: RBS Securities, Inc., its Agent

By: _____
(Signature of authorized corporate officer)

Name:    Jason Leddy
Title:    Authorized Signatory
Tel.:

WITNESS:
(Signature)
Name: DAVID S. LEINWAND
Title: SVP
(Print name and title of witness)

AVENUE SPECIAL SITUATIONS FUND V, L.P.

By: Avenue Capital Partners V, LLC, its General Partner
By: GL Partners V, LLC, its Managing Member

By: _____
(Signature of authorized corporate officer)

Name: Sonia Gardner
Title: Member
Tel.:

620899.1/2620-00263