IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | CASE NO. 09-50026-reg |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | JUDGE ROBERT E. GERBER |
| | ) | CHAPTER 11 |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 59863 FILED BY DEALER TIRE, LLC

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**Dealer Tire, LLC**, through its undersigned attorney, represents that:

1. On or about November 27, 2009, Dealer Tire, LLC filed a Proof of Claim in the amount of $164,561.55, Claim No. 59863 (the "Proof of Claim"); and

2. Dealer Tire, LLC hereby withdraws that Proof of Claim.

Dated: October 1, 2010
Cleveland, Ohio

/s/ Robert R. Kracht
Robert R. Kracht  (#0025574)
*rrk@mccarthylebit.com*
Kimberly A. Brennan  (#0061625)
*kab@mccarthylebit.com*
McCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., L.P.A.
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio  44115
(216) 696-1422
(216) 696-1210 (facsimile)
*Attorneys for Dealer Tire, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2010, he filed a Withdrawal of Claim solely with respect to Claim No. 59863 by electronically filing same with the Clerk of the Court herein, and thereby gave notice of the same via email to:

Motors Liquidation Company c/o Alix Partners
**Attention:** Tim Neis
(TNeis@alixpartners.com)

/s/ Robert R. Kracht
Robert R. Kracht  (#0025574)

O:\WDox\Client\11003\00057\00177166.DOC