UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss
COUNTY OF SUFFOLK   )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Seventy-Seventh Omnibus Objection to Claims (Property Damage Claims) [Docket No. 7209].

| | |
|---|---|
| Dated: October 4, 2010 | /s/ Radha S. Rai |
| Melville, New York | Radha S. Rai |

Sworn to before me this 4th day of October, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| CUNNINGHAM, AMANDA<br>179 HOLLY HILL DR<br>SOMERSET KY 42503-5787 | DARYL TAYLOR<br>DARYL TAYLOR<br>5706 EDGAR HOLT DR<br>FLINT MI 48505 |
| GARTMAN, DANIEL<br>641 COUNTY ROAD 10<br>MILLPORT AL 35576-3431 | GROSE, LABRINA<br>16633 ZEHNER RD<br>ATHENS AL 35611-8368 |
| KNIGHT, AMANDA<br>818 COUNTY ROAD 218<br>CISCO TX 76437-7021 | LISA GARDNER<br>2745 BAKER AVE<br>CINCINNATI OH 45211 |
| LORI SIERRA<br>5458 FM 237<br>MEYERSVILLE TX 77974-3955 | MARHSALL STEPANIE<br>MARSHALL STEPHANIE<br>19571 AMBER WAY<br>NOBLESVILLE IN 46060-6680 |
| MARSHALL, SONJA<br>1754 RICHMOND CIR SE APT 201G<br>ATLANTA GA 30315-5320 | MICHAEL HARDGES<br>P.O. BOX 254<br>OKOLONA MS 38860 |
| MICHAELS, JAMES<br>331 DALE COUNTY 1<br>DALEVILLE AL 36322 | MUSHANEY, LEATRICE<br>5267 W HIGHWAY 88<br>ODEN AR 71961-8225 |
| PATRICIA JOHNSON<br>PO BOX 36226<br>RICHMOND VA 23235-8005 | POPEJOY, STEPHANIE<br>1837 HIGHWAY 69A<br>CAMDEN TN 38320-1179 |
| SCHNEIDTMILLER, LISA<br>8713 REDCOAT CT<br>LOUISVILLE KY 40291-2680 | SERGIO DOMINGUEZ<br>4805 N COLLEGE AVE<br>BETHANY OK 73008-2653 |
| SHANNA ANDERSON<br>5937 HILLCREST<br>DETROIT MI 48236 | WALKER, MONIQUE<br>8931 HAAS AVE<br>LOS ANGELES CA 90047-3509 |
| WILLIAMS, ARTHUR<br>2601 EDWARDS ST<br>IRONDALE AL 35210-1747 | WILSON RANDALL & LINDA<br>1155 N DUCK CREEK RD<br>NORTH JACKSON OH 44451-9690 |