UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           ) ss
COUNTY OF SUFFOLK   )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Seventy-Eighth Omnibus Objection to Claims (Workers Compensation-Georgia) [Docket No. 7210].

Dated: October 4, 2010                     /s/ Radha S. Rai
           Melville, New York                    Radha S. Rai

Sworn to before me this 4th day of October, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| DELORES HENDRICKS<br>PO BOX 47272<br>ATLANTA GA 30362 | DOSS, NEWTON<br>1716 STEPHENSON RD<br>LITHONIA GA 30058-5941 |
| GEORGIA SELF INSURERS GUARANTY TRUST FUND<br>PO BOX 7159<br>ATLANTA GA 30357-0159 | KATHLEEN A BUSH<br>C/O RAYMOND L CROWELL<br>182 B SOUTH MAIN ST<br>CLEVELAND GA 30528 |
| MARCIA R EUBANKS<br>115 APALACHEE DR<br>LEESBURG GA 31763-5214 | MARCUS B VINSON<br>516 HILL ST<br>MONROE GA 30656-1508 |
| MARY WILLIAMS<br>201 PARK STONE WAY<br>MARIETTA GA 30066 | MICHAEL F COWAN<br>PO BOX 2461<br>NORCROSS GA 30091-2461 |
| PYATT SR, JOE N<br>1598 S INDIAN CREEK DR<br>STONE MOUNTAIN GA 30083-5422 | |