UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF SUFFOLK   )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2. On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Seventy-Ninth Omnibus Objection to Claims (Workers Compensation-NJ)   [Docket No. 7211].

Dated:  October 4th, 2010          /s/ Radha S. Rai
        Melville, New York          Radha S. Rai

Sworn to before me this 4th day of October, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

DANIEL MESSINA
C/O WILENTZ GOLDMAN & SPITZER
ATTN  D PACHECO
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

HILDA GUERRA
C/O WILENTZ GOLDMAN & SPITZER
90 WOODBRIDGE CENTER DRIVE
ATTN D PACHECO
WOODBRIDGE NJ 07095

JOSEPH SCHITTONE
40 WILENTZ GOLDMAN & SPITZER
ATTN D PACHECO
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

LARRY KAMMER
DEVLIN, CITTADINO & SHAW
3131 PRINCETON PIKE BLVD
BLDG 1A
TRENTON NJ 08648-2201

MANUEL RAMALHO
C/O WILENTZ GOLDMAN & SPITZER
90 WOODBRIDGE CENTER DRIVE
ATTN D PACHECO
WOODBRIDGE NJ 07095

NEW JERSEY SELF-INSURERS GUARANTY ASSOCIATION
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
475 WALL ST
PRINCETON NJ 08540-1509

SHIRLEY AUSTIN
DELVIN CITTADINO & SHAW
3131 PRINCETON PIKE BLVD
BLDG 1A
TRENTON NJ 08648-2201

VITO D'ARMETTA
27 BRISTOL AVE
STATEN ISLAND NY 10301

GLORIA REED
C/O DEVLIN CITTADINO & SHAW
3131 PRINCETON PIKE BLVD BLDG 1A
TRENTON NJ 08648-2201

JAMES STEVENS
C/O WILENTZ GOLDMAN AND SPITZER
ATTN: D PACHECO
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

JOSEPHINE SZYDLOWSKI
C/O WILENTZ GOLDMAN & SPITZER
ATTN D PACHECO
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095

LEROY HEARN
C/O DEVLIN CITTADINO & SHAW
3131 PRINCETON PIKE BLVD
BLDG 1A
TRENTON NJ 08648-2201

NESTOR SANTIAGO
DEVLIN CITTADINO & SHAW
3131 PRINCETON PIKE BLVD
BLDG 1A
TRENTON NJ 08648-2201

RICHARD DARCY
C/O WILENTE GOLDMAND & SPITZER
ATTN D PACHECO
90 WOODBRIDGE CENTER DR
WOODBRIDGE NJ 07095

STANLEY SZYDLOWSKI
C/O WILENTZ GOLDMAN & SPITZER
ATTN D. PACHECO
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE NJ 07095