UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Eightieth Omnibus Objection to Claims (Supplemental Benefits) [Docket No. 7212].

Dated:  October 4, 2010                            /s/ Radha S. Rai
            Melville, New York                         Radha S. Rai

Sworn to before me this 4th day of October, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

JOSEPH R PIAZZON
55 W SIDE DR
REHOBOTH BEACH DE 19971-1301

JOYCE HARTOM
220 BOURBON CT.
ROCHESTER HILLS MI 48307

MICHAEL LEKSE
6875 PALMYRA LN
CLARKSTON MI 48348-2893

MURRAY, DENNIS W
THERESA M MURRAY - SPOUSE
1374 DUTTON RD
ROCHESTER HILLS MI 48306-2429

PATTYN GARY A
200 W STERNE PKWAY #721
LITTLETON CO 80122