UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,        :
                                                   :
               Debtors.                  :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Radha S. Rai, being duly sworn, depose and state:

1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) [Docket No. 7170].

Dated: October 4, 2010            /s/ Radha S. Rai
       Melville, New York          Radha S. Rai

Sworn to before me this 4th day of October, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

| | |
|---|---|
| BOB MAGUIRE CHEVROLET INC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN  ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVENUE<br>ROSELAND NJ 07068 | COLLIN COUNTY AUTOMOTIVE PRODUCTS<br>GAINES STANLEY<br>1413 S PRESTON RD<br>CELINA TX 75009-3765 |
| CORAL CADILLAC INC<br>C/O RAPPAROT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON FL 33432 | CORAL CADILLAC INC<br>C/O RAPPAPORT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON FL 33432 |
| CORAL CADILLAC INC<br>C/O RAPPAPORT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON FL 33432 | CORAL CADILLAC INC<br>C/O RAPPAPORT OSBORNE & RAPPAPORT P L<br>1300 N FEDERAL HWY SUITE 300<br>BOCA RATON FL 33432 |
| GARDNER CHEVROLET-OLDSMOBILE-CADILLAC, INC.<br>C/O JOHN GARDNER<br>270 ROUTE 72 E<br>MANAHAWKIN NJ 08050-3533 | GRAYSON COUNTY AUTOMOTIVE PRODUCTS, LLC<br>GAINES STANLEY<br>3314 TEXOMA PKWY<br>SHERMAN TX 75090-1914 |
| GXS, INC. BY VENABLE LLP<br>ATTN: EDWARD A. SMITH<br>1270 AVENUE OF THE AMERICAS ROCKEFELLER CENTER<br>NEW YORK NY 10020-1700 | HILL COUNTY AUTOMOTIVE PRODUCTS LLC DBA MIKE CRAIG CHEVROLET HILLSBORO<br>C/O HILL COUNTY AUTOMOTIVE PRODUCTS LLC<br>306 SW I- 35<br>HILLSBORO TX 76645-2142 |
| IMMEL MOTORS<br>1279 US HIGHWAY 87<br>FREDERICKBURG TX 78624-5283 | KEN NELSON AUTO MALL, INC<br>MEGAN G HEEG ESQ<br>EHRMANN GEHLBACH BADGER & LEE<br>PO BOX 447<br>DIXON IL 61021 |
| KEN NELSON AUTO PLAZA, INC.<br>MEGAN G HEEG ESQ<br>EHRMANN GEHLBACH BADGER & LEE<br>PO BOX 447<br>DIXON IL 61021-1016 | M & J AUTOMOTIVE, INC.<br>MICHAEL THOMPSON<br>1435 N HERMITAGE RD<br>HERMITAGE PA 16148-3106 |
| M.W.T., INC.<br>MICHAEL THOMPSON<br>1127 W MAIN ST<br>KENT OH 44240-2007 | MCCANN MOTORS INC<br>MELAINE MCCANN<br>6411 20TH ST E<br>FIFE WA 98424-2205 |
| MONTROSE BUICK PONTIAC GMC CADILLAC<br>PO BOX 1030<br>HERMITAGE PA 16148-0030 | MONTROSE CHEVROLET<br>1127 W MAIN ST<br>KENT OH 44240-2007 |
| PARKWAY OLDSMOBILE-CADILLAC-GMC TRUCK, INC.<br>P. BAKSHI<br>24075 MAGIC MOUNTAIN PARKWAY<br>VALENCIA CA 91355-0950 | PHD MOTORS, INC.<br>DAN CUTRUBUS<br>843 W RIVERDALE RD<br>OGDEN UT 84405-3716 |

| | |
|---|---|
| ROYAL MOTOR SALES, INC D/B/A EXPRESSWAY CHEV<br>JONES WALLACE, LLC<br>ATTN PAUL J WALLACE<br>420 MAIN ST, SUITE 1600<br>EVANSVILLE IN 47708 | SALAS AUTOMOTIVE GROUP INC<br>ERVIN COHEN & JESSUP LLP<br>ATTN: PETER JAZAYERL<br>9401 WILSHIRE BOULEVARD NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 |
| SALAS AUTOMOTIVE GROUP INC<br>ERVIN COHEN & JESSUP LLP<br>ATTN PETER JAZAYERI<br>9401 WILSHIRE BOULEVARD NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | SATURN OF BORDENTOWN INC<br>LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND NJ 07068 |
| SATURN OF BORDENTOWN INC<br>LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND NJ 07068 | SATURN OF TOMS RIVER INC<br>LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND NJ 07068 |
| SATURN OF TOMS RIVER INC<br>LOWENSTEIN SANDLER PC<br>ATTN  ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVE<br>ROSELAND NJ 07068 | SATURN OF TOMS RIVER INC<br>C/O LOWENSTEIN SANDLER PC<br>ATTN ANDREW DAVID BEHLMANN<br>65 LIVINGSTON AVENUE<br>ROSELAND NJ 07068 |
| SERRA CHEVROLET, INC<br>MAX A MOSELEY, ESQ.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>WACHOVIA TOWER<br>420 20TH STREET NORTH, SUITE 1600<br>BIRMINGHAM AL 35203 | STAGG CHEVROLET INC DBA CAPE COD AUTO MALL<br>ATTN CHRISTOPHER W PARKER<br>RUBIN & RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 |
| STEPHEN J LABELLE/LABELLE CHEVEROLET<br>PAUL M HARRIS ESQ<br>MURTHA CULLINA LLP<br>99 HIGH STREET<br>BOSTON MA 02110 | SWEETWATER MOTOR PRODUCTS L P<br>603 SW GEORGIA AVE<br>SWEETWATER TX 79556 |
| WEST COVINA MOTORS, INC.<br>ZIAD ALHASSEN<br>BAC: 166894, DEALER CODE: 25870<br>1932 E GARVEY AVE S<br>WEST COVINA CA 91791-1910 | |