UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Eighty-First Omnibus Objection to Claims (Qualified Defined Benefit Pension Benefits Claims of Former Salaried and Hourly Employees) [Docket No. 7213].

Dated:  October 5, 2010              /s/ Radha S. Rai_____
        Melville, New York            Radha S. Rai


Sworn to before me this 5th day of October, 2010

/s/ Eamon Mason_____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| BEYER, THOMAS E<br>1995 N BEYER RD<br>SAGINAW MI 48601-9450 | GONZALES, ELIDA<br>3808 STRANG AVE<br>ROSEMEAD CA 91770-1542 |
| MONE, ROBIN C<br>610 FALLING OAKS DR<br>MEDINA OH 44256-2720 | PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS OH 44138 |
| ROBIN MONE<br>610 FALLING OAKS DR<br>MEDINA OH 44256-2720 | SAYBOLT, DEBORAH D<br>1025 COUNTRY CLUB RD<br>BLOOMFIELD HILLS MI 48304-2603 |
| SMITH LESLIE<br>3477 TROPHY DR<br>LA MESA CA 91941-8011 | STEENS, VADIE L WRIGHT, VADIE L<br>135 COUNTY ROAD 247<br>BRUCE MS 38915-9587 |