UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                      ) ss
COUNTY OF SUFFOLK  )

I, Radha S. Rai, being duly sworn, depose and state:

1.  I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [Docket No. 7214].

| | |
|---|---|
| Dated: October 5, 2010 | /s/ Radha S. Rai____ |
|         Melville, New York | Radha S. Rai |

Sworn to before me this 5th day of October, 2010

/s/ Eamon Mason____
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires: May 19, 2012

# EXHIBIT A

ADAMS, MAX L  
15051 BEACH FRONT DR  
EXCELSIOR SPRINGS MO 64024-7258

BANDY WADE H  
5864 W VERMONT ST  
INDIANAPOLIS IN 46224-8602

BANDY WADE H  
5864 W VERMONT ST  
INDIANAPOLIS IN 46224-8602

BANDY, WADE H  
5864 W VERMONT ST  
INDIANAPOLIS IN 46224-8602

BANDY, WENTFORD  
5866 W VERMONT ST  
INDIANAPOLIS IN 46224-8602

BOUCHER, JON C  
1324 COMMERCIAL ST  
853  
MUNISING MI 49862

CHAPMAN, RANDY S  
13743 W CAREFREE DR  
HOMER GLEN IL 60491-8657

DENNIS NEUMAN  
8501 OLD SAUK RD APT 212  
MIDDLETON WI 53562-4379

EMMA NEAL  
3207 KINGS LN  
BURTON MI 48529-1167

FELICE, FRANCES T  
4680 SOUTHWEST 42ND STREET  
OCALA FL 34474-9843

FELICE, FRANK I  
3108 CREEKWOOD CIR  
BAY CITY MI 48706-5628

FERNANDEZ ROBERT B  
37713 TEAKWOOD DR  
FREMONT CA 94536-6672

FRANK FELICE  
3108 CREEKWOOD CIR  
BAY CITY MI 48706-5628

GUAY, MICHAEL J  
6035 S TRANSIT RD APT 340  
LOCKPORT NY 14094-7106

HAMILTON, GEZINA J.  
100 LEONARD ST  
BUFFALO NY 14215-2366

HARRY JOHNSON  
914 CRESTVIEW DR  
CRESTLINE OH 44827-9610

HAYDEN, ROBERT M  
6118 EASTON RD  
KNOXVILLE TN 37920-6434

JACKSON, OATHER L  
603 N 5TH ST  
AVA IL 62907-1002

JOE RICHARDSON SR  
1108 BERKLEY AVE  
PONTIAC MI 48341-2314

JOHN C COX  
126 D MOUNTAIN AIRE DR.  
GREENWOOD IN 46143

LAURY, BRINDA K
3730 HUNTLEY RD
SAGINAW MI 48601-5135

MARY V WILLIAMS (COX)
7743 TRISA CT
INDIANAPOLIS IN 46227-5688

MILLER, STEVEN K
6281 N CHESTER AVE
INDIANAPOLIS IN 46220-4417

RANDY CHAPMAN
13743 W CAREFREE DR
HOMER GLEN IL 60491-8657

RICHARDSON SR, JOE S
1108 BERKLEY AVE
PONTIAC MI 48341-2314

WALTER J LAWRENCE
2609 N FOREST RIDGE BLVD
#103
HERNANDO FL 34442