UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,        :
                                                   :
        Debtors.                              :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Radha S. Rai, being duly sworn, depose and state:

1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On October 1, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto:

- Order Granting Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 7215].

Dated:  October 5, 2010                 /s/ Radha S. Rai
       Melville, New York                Radha S. Rai

Sworn to before me this 5th day of October, 2010

/s/ Eamon Mason
Eamon Mason
Notary Public, State of New York
No. 01MA6187254
Commission Expires:  May 19, 2012

# EXHIBIT A

| | |
|---|---|
| ALFRED MCMULLEN<br>4307 CLIFFWOOD CIRCLE<br>AUSTIN TX 78759 | ARMSTRONG, JAMES A<br>1976 N SALISBURY DR<br>GLADWIN MI 48624-8616 |
| ATHER A QUADER<br>1808 WASHINGTON RD<br>ROCHESTER HILLS MI 48306 | BELLAIRE, LINDA K<br>1210 LAKE SHORE BLVD<br>LAKE ORION MI 48362-3907 |
| BIESER, GERALD B<br>2989 WALMSLEY CIR<br>LAKE ORION MI 48360-1647 | BOUGHTON, LYLE D<br>1138 COTTONWOOD CT<br>CARMEL IN 46033-9334 |
| BURISEK, RONALD J<br>7041 TERRACE DR<br>DOWNERS GROVE IL 60516-3202 | CHARLES VALENTINE<br>5188 HIGHPOINT DR<br>SWARTZ CREEK MI 48473-8902 |
| CONSTANT, CARL L<br>2251 OLD FALLS DR<br>ANN ARBOR MI 48103-8305 | DONIELLE F HARDEN<br>9416 S UNION RD<br>MIAMISBURG OH 45342-4021 |
| DZIEWIT DUANE<br>191 S CASS LAKE RD<br>WATERFORD MI 48328-3525 | DZIEWIT, DUANE R<br>191 S CASS LAKE RD<br>WATERFORD MI 48328-3525 |
| EDWARD MOHR<br>1581 ONEIDA TRL<br>LAKE ORION MI 48362-1243 | FREEMAN, LARRY S<br>91 N HIGH SCHOOL RD<br>INDIANAPOLIS IN 46214-3951 |
| FURREY, GERALD L<br>5670 STONE LAKE DR<br>DAYTON OH 45429-6001 | GARY HENDERSHOT<br>10217 PLAYERS VIEW<br>GAYLORD MI 49735 |
| GREGORY SKRENTNER<br>6501 TRIPP RD<br>HOLLY MI 48442-9762 | GROSE, BOB G<br>1411 BLUE JAY CT<br>PUNTA GORDA FL 33950-8264 |
| HAROLD ROSS<br>4303 CHAPMAN CT<br>SHELBY TWP MI 48316-1403 | HARTOM, JOYCE A<br>220 BOURBON CT<br>ROCHESTER HILLS MI 48307-3800 |

HERBERT P LEITZ
3051 E STELLA LN
PHOENIX AZ 85016-2247

HICKMAN, ROBERT R
PO BOX 3894
THOUSAND OAKS CA 91359-0894

HOGUE, HARRY H
36634 SAXONY RD
FARMINGTON MI 48335-2940

HOLINBAUGH ROBERT E
8268 LONGVIEW DR NE
WARREN OH 44484-1932

HOLINBAUGH, ROBERT E
8268 LONGVIEW DR NE
WARREN OH 44484-1932

HOLMES, GERALD E
3344 LYONS ST
EVANSTON IL 60203-1414

JAMES A ARMSTRONG
1976 N SALISBURY DR
GLADWIN MI 48624-8616

JAMES COULTER
126 ORCHARDALE DR
ROCHESTER HILLS MI 48309

JAMES MASIAK
677 AUGUSTA DRIVE
ROCHESTER HILLS MI 48309

JAMES ROSE
3724 HIGH GROVE WAY
LAKE ORION MI 48360

JAMES TRULBY
1723 WENSLEY DRIVE
CHARLOTTE NC 28210

JOHN H POWELL
150 COTTONWOOD DR
CELINA OH 45822-2702

JOHN W RUPLE
2928 OLDEWICK DR
ST LOUIS MO 63129

JOHN W RUPLE
2928 OLDEWICK DR
ST LOUIS MO 63129

JOHN WHITE
PO BOX 94
LAINGSBURG MI 48848-0094

JONAS, JOHN M
54809 KINGSLEY DR
SHELBY TWP MI 48316-1257

JOSEPH A PELAN III
3020 AMY DR
SOUTH PARK PA 15129

JOSEPH COBBLE JR.
2134 SAINT ANDREWS
ROCHESTER HILLS MI 48309

JOSEPH R PIAZZON
55 W SIDE DR
REHOBOTH BEACH DE 19971-1301

JOYCE A HARTOM
220 BOURBON CT.
ROCHESTER HILLS MI 48307

| | |
|---|---|
| JOYCE A HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS MI 48307 | JOYCE HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS MI 48307 |
| LEITZ, HERBERT P<br>3051 E STELLA LN<br>PHOENIX AZ 85016-2247 | LEKSE MICHAEL A<br>6875 PALMYRA LN<br>CLARKSTON MI 48348-2893 |
| LEKSE, MICHAEL A<br>6875 PALMYRA LN<br>CLARKSTON MI 48348-2893 | MC CRACKEN, DONALD G<br>9779 S SHORE DR<br>SAND POINT MI 48755-9675 |
| MOHR, EDWARD G<br>1581 ONEIDA TRL<br>LAKE ORION MI 48362-1243 | MURRAY, DENNIS W<br>THERESA M MURRAY - SPOUSE<br>1374 DUTTON RD<br>ROCHESTER HILLS MI 48306-2429 |
| MURRAY, DENNIS W<br>THERESA M MURRAY  SPOUSE<br>1374 DUTTON RD<br>ROCHESTER HILLS MI 48306-2429 | MURRAY, DENNIS W<br>THERESA M MURRAY - SPOUSE<br>1374 DUTTON RD<br>ROCHESTER HILLS MI 48306-2429 |
| NELSON, BERNICE A<br>PO BOX 315<br>BANCROFT MI 48414-0315 | OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY MI 48083-5525 |
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY MI 48083-5525 | OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY MI 48083-5525 |
| OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY MI 48083-5525 | OLSON, BRUCE A<br>1714 WOODGATE DR<br>TROY MI 48083-5525 |
| PATEL, BALKRISHNA R<br>4277 17 MILE RD<br>STERLING HEIGHTS MI 48310-6839 | PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS OH 44138 |
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS OH 44138 | PIAZZON, JOSEPH R<br>55 W SIDE DR<br>REHOBOTH BEACH DE 19971-1301 |

| | |
|---|---|
| POWELL, JOHN H<br>150 COTTONWOOD DR<br>CELINA OH 45822-2702 | PURNELL, CALVIN H<br>2090 PEAR TREE LN<br>OAKLAND MI 48363-2935 |
| RENEE SCOTT-BURISEK<br>7041 TERRACE DR<br>DOWNERS GROVE IL 60516-3202 | ROBERT L CIOCHETTO<br>1337 BITTERSWEET DR<br>WARREN OH 44484 |
| ROGER KASPAR<br>69727 KNOTTINGHAM LANE<br>EDWARDSBURG MI 49112 | ROGER KASPAR<br>69727 KNOTTINGHAM LANE<br>EDWARDSBURG MI 49112 |
| ROHDE, ROBERT P<br>845 E GULF DRIVE #1111<br>SANIBEL FL 33957-7016 | SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TWSP MI 48317-2737 |
| SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TOWNSHIP MI 48317-2737 | SCHROEDER, HERBERT A<br>11754 LIBERTY WOODS DR<br>WASHINGTON MI 48094-2465 |
| SCHULZE, HERBERT W<br>1316 APACHE ST<br>ARLINGTON TX 76012-4358 | SCOTT-BURISEK, RENEE F<br>7041 TERRACE DR<br>DOWNERS GROVE IL 60516-3202 |
| SMEJKAL, FRANK P<br>2414 FAIR LN<br>BURTON MI 48509-1333 | SUSIE SPENCER<br>2127 VALLEY VISTA CT.<br>DAVISON MI 48423 |
| THOMAS MANOFF<br>699 CROWN POINTE RD<br>LAFOLLETTE TN 37766 | TIMOTHY KUECHENMEISTER<br>17550 SE 81ST PARNASSUS CT<br>THE VILLAGES FL 32162 |
| TURNER DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE OH 44813-9294 | TURNER, DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE OH 44813-9294 |
| VINCENT SISTI<br>1332 ROCK VALLEY DRIVE<br>ROCHESTER MI 48307 | VINCENT SISTI<br>1332 ROCK VALLEY DRIVE<br>ROACHESTER MI 48307 |

WEBSTER, JACQUELYNE L
37632 S VISTA RIDGE CT
TUCSON AZ 85739-2217