PRESENTMENT DATE AND TIME: October 7, 2010 at 12:00 noon (Eastern Time)
OBJECTION DATE AND TIME:  October 7, 2010 at 11:30 a.m. (Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
Gregory R. Oxford

Attorneys for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER DENYING THE ORAL
APPLICATION OF RALLY AUTO GROUP, INC. FOR A STAY
PENDING APPEAL OF THE ORDER GRANTING MOTION OF
GENERAL MOTORS LLC TO ENFORCE 363 SALE ORDER
AND APPROVED DEFERRED TERMINATION AGREEMENT,
<u>EXCEPT TO THE LIMITED EXTENT SET FORTH HEREIN</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9074-1 of the Local Rules of

Bankruptcy Procedure for the Southern District of New York, the proposed order, a copy of which

is annexed hereto, denying the oral application of Rally Auto Group, Inc. for a stay pending appeal

of the *Order Granting Motion of General Motors LLC to Enforce 363 Sale Order and Approved*

*Deferred Termination Agreement* except to the limited extent set forth therein, will be presented

for signature and entry to the Honorable Robert E. Gerber, United States Bankruptcy Judge, in

Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **October 7, 2010 at 12:00 noon (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections or proposed counter-orders must be made in writing and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at [www.nysb.uscourts.gov](http://www.nysb.uscourts.gov)) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at [www.nysb.uscourts.gov](http://www.nysb.uscourts.gov)), and served in accordance with General Order M-242, and on (i) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn: Arthur Steinberg, Esq. and Scott Davidson, Esq.); (ii) Isaacs Clouse Crose & Oxford LLP, 21515 Hawthorne Boulevard, Suite 950, Torrance, California 90503 (Attn: Gregory R. Oxford, Esq.); and (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.), so as to be received no later than **October 7, 2010, at 11:30 a.m. (Eastern Time)**.

Dated: New York, New York
October 5, 2010

    Respectfully submitted,

    /s/ Arthur Steinberg
    Arthur Steinberg
    Scott Davidson
    KING & SPALDING LLP
    1185 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 556-2100
    Facsimile: (212) 556-2222

Gregory R. Oxford
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for General Motors LLC
f/k/a General Motors Company