**PRESENTMENT DATE AND TIME: October 7, 2010 at 12:00 noon (Eastern Time)**
**OBJECTION DATE AND TIME:  October 7, 2010 at 11:30 a.m. (Eastern Time)**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330
Gregory R. Oxford

Attorneys for General Motors LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No.: 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

### NOTICE OF SETTLEMENT OF ORDER GRANTING MOTION OF GENERAL MOTORS LLC TO ENFORCE 363 SALE ORDER AND APPROVED DEFERRED TERMINATION AGREEMENT

**PLEASE TAKE NOTICE** that, pursuant to Rule 9074-1 of the Local Rules of

Bankruptcy Procedure for the Southern District of New York, the proposed order, a copy of

which is annexed hereto, approving the *Motion of General Motors LLC to Enforce 363 Sale*

*Order and Approved Deferred Termination Agreement*, dated September 10, 2010, will be

presented for signature and entry to the Honorable Robert E. Gerber, United States Bankruptcy

Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004 on **October 7, 2010 at 12:00 noon**

**(Eastern Time)**.

>    **PLEASE TAKE FURTHER NOTICE** that objections or proposed counter-

orders must be made in writing and shall conform to the Federal Rules of Bankruptcy Procedure

and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a)

electronically in accordance with General Order M-242 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),

WordPerfect, or any other Windows-based word processing format (with a hard copy delivered

directly to Chambers), in accordance with General Order M-182 (which can be found at

www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) King

& Spalding LLP, 1185 Avenue of the Americas, New York, New York  10036 (Attn:  Arthur

Steinberg, Esq. and Scott Davidson, Esq.); (ii) Isaacs Clouse Crose & Oxford LLP, 21515

Hawthorne Boulevard, Suite 950, Torrance, California 90503 (Attn:  Gregory R. Oxford, Esq.);

and (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn:

Lawrence S. Buonomo, Esq.), so as to be received no later than **October 7, 2010, at 11:30 a.m.**

**(Eastern Time)**.

Dated: New York, New York
　　　　October 5, 2010

>    Respectfully submitted,

>    /s/ Arthur Steinberg
>    Arthur Steinberg
>    Scott Davidson
>    KING & SPALDING LLP
>    1185 Avenue of the Americas
>    New York, New York  10036
>    Telephone:  (212) 556-2100
>    Facsimile:  (212) 556-2222

Gregory R. Oxford
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for General Motors LLC
f/k/a General Motors Company