UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
MOTORS LIQUIDATION COMPANY,                     :
f/k/a General Motors Corporation, *et al.*      :    09-50026 (REG)
                                                :
                         Debtor.                :
                                                :
-------------------------------------------------------------x

# WITHDRAWAL OF CLAIM NUMBERS 66664, 66666 AND 66668 BY EXPORT DEVELOPMENT CANADA

Export Development Canada ("Claimant"), by its undersigned counsel, hereby withdraws the following Proofs of Claim: (a) the claim filed by Claimant on November 30, 2009 against Motors Liquidation Company (f/k/a General Motors Corporation) and designated as Claim Number 66664, (b) the claim filed by Claimant on November 30, 2009 against Motors Liquidation Company (f/k/a General Motors Corporation) and designated as Claim Number 66666, and (c) the claim filed by Claimant on November 30, 2009 against Motors Liquidation Company (f/k/a General Motors Corporation) and designated as Claim Number 66668.

Dated: October 5, 2010.            Respectfully submitted,

                                          VEDDER PRICE P.C.

                                          By:  ____/s/ Michael J. Edelman_____
                                                Michael J. Edelman (ME 6476)
                                                Vedder Price P.C.
                                                1633 Broadway, 47th Floor
                                                New York, New York 10019
                                                Telephone: 212-407-7700
                                                Facsimile: 212-407-7799
                                                Email: mjedelman@vedderprice.com

                                         *Attorneys for Export Development Canada*