KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Robert T. Schmidt
1177 Avenue of the Americas
New York, New York 10036
(212) 715-3275

*Counsel for the Official Committee of Unsecured*
*Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

**AFFIDAVIT OF SERVICE**

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On October 5, 2010, I caused a true and correct copy of the **Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility and abbreviated exhibits thereto**, dated October 4, 2010 in the above-captioned matter to be served by Hand Delivery upon the addresses set forth in the attached **Service List A** and by Federal Express upon the addresses set forth in the attached **Service List B**.

1

             /s/  Rebecca Chaikin
             Rebecca Blake Chaikin

Sworn to before me this
6th day of October, 2010

 /s/ Tracey Satz        Tracey Satz
Tracey Satz          Notary Public, State of New York
Notary Public         No. 01SA6140845
               Qualified in New York County
               Commission Expires February 13, 2014

## Service List A

The Honorable Robert E. Gerber, Chambers
United States Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

Stephen Karotkin, Esq.
Joseph Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

John Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Brian S. Masumoto, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

David S. Jones, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007

## Service List B

Douglas S. Mintz, Esq.
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Mark K. Dowd
Office of Financial Stability
U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C.  20229