**CT Corporation**  1209 Orange Street    302 777 0220 tel
Wilmington, DE 19801    www.ctlegalsolutions.com

September 21, 2010

RECEIVED
SEP 28 2010
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

Weil, Gotshal & Manges LLP
Harvey R. Miller
767 Fifth Avenue,
New York, NY  43017-4286

Re:  In re: Motors Liquidation Company, etc., et al., Debtors v. Stab Zweite Holding GMBH

Case No.  09-50026

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Stab Zweite Holding GMBH is not listed on our records or on the records of the State of DE.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517284911

FedEx Tracking# 790358539211

cc: United States Bankruptcy Court;Southern District
    500 Pearl Street,
    New York, NY  10007-1312