

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

September 21, 2010

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In re: Motors Liquidation Company, etc., et al., Debtors // To: Checker Motors Corporation

Case No. 09-50026

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Checker Motors Corporation.

Accordingly, we are returning the documents received from you.

Very truly yours,

Anita Montez
Process Specialist

Log# 517285220

FedEx Tracking# 791906785510

cc: United States Bankruptcy Court:
500 Pearl Street,
New York, NY 10007-1312