# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number:<br><br>SEP 29 2010 | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | PARTS FINISHING GROUP INC DBA AUTOMATED DEBURRING<br>13251 STEPHENS RD<br>WARREN, MI, 48089 |
| Claim Number (if known): | 15939 |
| Date Claim Filed: | 10/16/2009 |
| Total Amount of Claim Filed: | $179.40 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-23-10

We received payment
of Inv #68182  4-23-09
on CK#005011518
10/29/09

_[signature: Christel Furrer]_

Print Name: Christel Furrer

Title (if applicable): Corp. Acc Mgr

US_ACTIVE:¥43219392¥02¥72240.0639