UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.　　Chapter 11
f/k/a GENERAL MOTORS CORP.,　　　　　　Case No.09-50026(REG)
et al.,

　　　　Debtors.　　　　　　　　　　　　(Jointly Administered)
_____/

## WITHDRAWAL OF RESPONSE TO FORTY-EIGHT OMNIBUS OBJECTION TO INDIVIDUAL DEBT CLAIMS

COME NOW the Claimants, EDUARDO R. LATOUR and JANELLE B. LATOUR, and file this Withdrawal of their Response to the Objection to Individual Debt Claim.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to: Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Russell brooks, Esquire), and Kramer, Levin, Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Jennifer Sharret, Esquire) and the original filed at: ✓United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1048 on this 24th day of September, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Eduardo R. Latour
　　　　　　　　　　　　　　　　LATOUR & ASSOCIATES, P.A.
　　　　　　　　　　　　　　　　135 East Lemon Street
　　　　　　　　　　　　　　　　Tarpon Springs, FL 34689
　　　　　　　　　　　　　　　　727/937-9577

RECEIVED SEP 29 2010