```
UNITED STATES BANKRUPTCY COURT        : Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK         : Docket No. 3158    6 July 2009
In Re:                                : Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,         : 09-50026 (REG)
                          Debtors     : (Jointly Administered)

RESPONDENT BOND HOLDER:               : 7.20% Due 15 Jan 2011  ($ 20,000)
                                      : Cusip/isin 370442BB0   Claim # 1
FRANCES H. CATERINA and All           :
Others Similarly Situated, et al      : 7.70% Due 15 Apr 2016  ($  6,000)
                                      : Cusip/isin 370442AU9   Claim #2
                          Objector/s  :
Ref. Claim # 14061   10/21/09         : (Frances H. Caterina - Rebuttal 9/9/10
                                      :  2nd Reply to Debtors Telephone reply
                                      :  to Rebuttal 9/21/10 - Authorization
                                      :  to Settle Claim 9/24/10)
```

PROOF OF SERVICE  9/24/10

---

I Frances H. Caterina, Objector/s, certify that I served thru personal representative in person and thru United States Mail, First Class postage prepaid the following:

AUTHORIZATION TO SETTLE CLAIM

to the following:

Chambers of Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Greenm Room 621
New York, New York   10004-1408  (in person Deputy Clerk Bloom 10:40 AM

Kramer Levin Naftalis & Frankel LLP
attorneys for the statutory committee
of unsecured creditors
1177 Avenue of the Americas
New York, New York   10036
(Attn: Jennifer Sharret, Esq.)

Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York  10153
(Attn: Joseph H. Smolinsky, Esq)  In Persons agents M. Myers & Lacy
                                  Larkin Rm. 621 10:40 AM Courthouse

Mailed & Served in person on 24th Sept. 2010

SO CERTIFIED:  *Frances H. Caterina*
              Frances H. Caterina, Claiment Bond Holder

(2)

```
UNITED STATES BANKRUPTCY COURT      :  Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK       :  Docket No. 3158   6 July 2009
. . . . . . . . . . . . . .        :  . . . . . . . . . . . . . . .
In Re:                              :  Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,       :  09-50026 (REG)
              Debtors               :  (Jointly Administered)
. . . . . . . . . . . . . .        :  . . . . . . . . . . . . . . .
RESPONDENT BOND HOLDER:             :  7.20% Due 15 Jan 2011 ($ 20,000)
                                    :  Cusip/isin 370442BB0   Claim # 1
FRANCES H. CATERINA and ALL         :
Others Similarly Situated, et al    :  7.70% Due 15 Apr 2016 ($ 6,000)
                                    :  Cusip/isin 370442AU9   Claim #2
                   Objector/s       :
Ref: Claim # 14061  10/21/09        :  (Frances H. Caterina - Rebuttal 9/9/10
                                    :   2nd Reply to Debtors Telephone
                                    :   reply to Rebuttal 9/21/10)
. . . . . . . . . . . . . .        :  . . . . . . . . . . . . . . .
```

SEP 24 2010

## AUTHORIZATION TO SETTLE CLAIM

I, Frances H. Caterina, Claiment hereinabove, do hereby authorize Joseph R. Caterina, my husband, to settle this claim on my behalf for the entire Bond moneys with full interest to date being approximately - Thirty Thousand ($ 30,000) dollars.

SO CERTIFIED: *Frances H. Caterina*
              Frances H. Caterina, Claiment - Bondholder

DATE: 9/23/10    SS 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
                 $ 26,000  IRA Bonds  (see below)*
202 Kenyon Dr.            GM Corporation
Peckville, PA  18452
(570) 489-8741

Name and address where payment should be sent (if different from the above):

   *  Morgan Stanley/ Smith Barney  Attn:
      Michael Loughney c/o
      111 N. Washington Ave., Suit 201
      Scranton, PA. 18503
      Telephone number (570) 961-7735

FHC:jrc
9/23/10

(1)

Frances H. Caterina, Claiment Bond Holder

**JOSEPH R. CATERINA, P.E.**
REGISTERED CIVIL ENGINEER
202 KENYON DRIVE
PECKVILLE, PENNA. 18452

Chambers of Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green Room 621
New York, New York    100004-1408

Proof of Svcs Authorization
to settle claim
GM Bankruptcy

---

Frances H. Caterina, Claiment & Bond Holder

**JOSEPH R. CATERINA, P.E.**
REGISTERED CIVIL ENGINEER
202 KENYON DRIVE
PECKVILLE, PENNA. 18452

Kramer Levin Naftalis & Frankel  LLP
attorneys for statutory committee
of unsecured creditors
117 Avenue of the Americas
New York, New York    10036
(Attn:  Jennifer Sharret, Esq.)

Frances H. Caterina, Claiment & Bond Holder

**JOSEPH R. CATERINA, P.E.**
REGISTERED CIVIL ENGINEER
202 KENYON DRIVE
PECKVILLE, PENNA. 18452

Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York    10153
(Attn:  Joseph H. Smolinsky, Esq)

Authorization ot Settle