To Whom it may concern,

I loaned my money to General Motors in good faith & expect it returned. Emma Peirce objects to losing $16,610 plus interest her notes — my son is on disability I am a widow living on Social Security.

Quantity 724.00
paying 7.375%
smart notes
10-01-2051

Sincerely,
Emma Peirce

Emma Peirce
120 Francis Ave.
Beaver Falls, PA 15010

Ms. Emma Pierce
120 Francis Ave.
Beaver Falls, PA 15010-1333

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621-United States
Alexander Hamilton Custom House
One Bowling Green-New York
10004-1408

RECEIVED
SEP 30 2010
BANKRUPTCY COURT
NEW YORK