Mark A. Harmon
Direct Dial: 646.218.7616
mharmon@hodgsonruss.com



September 28, 2010



Clerk of the Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re: **Motors Liquidation Company, et al, f/k/a General Motors Corp., et al
Case No. 09-50026-reg**

Dear Sir/Madam:

Please remove me from all electronic and other service lists in the above-named case.

Mark A. Harmon – mharmon@hodgsonruss.com

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Mark A. Harmon

MAH/dmp

000160/01001 Litigation 7616911v1

1540 Broadway • 24th Floor • New York, New York 10036 • telephone 212.751.4300 • facsimile 212.751.0928
Albany • Boca Raton • Buffalo • Johnstown • New York • Palm Beach • Toronto • www.hodgsonruss.com