

Owens-Illinois, Inc.
One Michael Owens Way
Perrysburg, OH 43551-2999
+1 567 336 5000 tel
+1 567 336 8555 fax
www.o-i.com

VIA OVERNIGHT MAIL

September 29, 2010

Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: *United States Bankruptcy Court for the Southern District of New York,
Withdrawal of Claim Form, Motors Liquidation Company
Case No. 09-50026*

To Whom It May Concern:

Enclosed is a Withdrawal of Claim form for Case No. 09-50026. Thank you for your assistance is this matter, if you have any questions please do not hesitate to call.

Yours truly,

Janine L. Slaten
Owens-Illinois, Inc.
One Michael Owens Way, Plaza 3
Perrysburg, OH 43551

Encl.

cc: Motors Liquidation Company c/o Alix Partners

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Owens-Illinois, Inc. <br> One Michael Owens Way <br> Perrysburg, OH 43551 |
| Claim Number (if known): | 64165 |
| Date Claim Filed: | November 30, 2009 |
| Total Amount of Claim Filed: | $2,770,923.72 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 27, 2010

Print Name: Susan L. Smith, on behalf of Owens-Illinois, Inc.

Title (if applicable): Counsel

US_ACTIVE:¥43219392¥02¥72240.0639