

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | **United Technologies Corporation**<br>c/o Joseph A. Gregg, Esq.<br>P.O. Box 10032<br>Toledo, Ohio 43699-0032 |
| Claim Number (if known): | **59028** |
| Date Claim Filed: | **11/27/2009** |
| Total Amount of Claim Filed: | **$886,079.40** |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 29, 2010

Print Name: Joseph A. Gregg, Esq.

Title (if applicable): Attorney

US_ACTIVE:¥43219392¥02¥72240.0639

# EASTMAN & SMITH LTD.
ATTORNEYS AT LAW

*Established 1844*

**Anita D. Cramer**
**Paralegal**
Direct Dial: 419-247-1685
adcramer@eastmansmith.com

September 29, 2010

One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: 419-241-6000
Facsimile: 419-247-1777

**VIA FEDEX**
Clerk
United States Bankruptcy Court
 for the Southern District of New York
One Bowling Green
New York, NY 10004-1408


RECEIVED
SEP 30 2010
U S BANKRUPTCY COURT
SO. DIST OF NEW YORK

Re: In re: Motors Liquidation Company (f/k/a General Motors Corporation), et al.
USBC Case No. 09-50026 (REG)
Our File No: U097 162137

Dear Clerk:

In connection with the above-captioned case, we enclose an original and two (2) copies of the Withdrawal of Claim to effect the removal of our client, United Technology Corporation's Claim No. 59028. Please acknowledge receipt and filing of the enclosed by returning a file-stamped copy of the Withdrawal in the self-addressed, prepaid, return envelope enclosed for your convenience.

Thank you for your prompt attention to this matter. Please call if you have any questions.

Very truly yours,

Anita D. Cramer
Paralegal to Joseph A. Gregg

/adc
Enclosures
cc: Mr. Tim Neis (via Email)
    George J. Marek, Esq.
    William F. Leikin, Esq.

**Columbus** • **Toledo** • **Findlay** • **Novi**

*www.eastmansmith.com*

From: Origin ID: SXYA  (212) 668-2870
Kevin Cockerham - Intake Clerk
United States Bankruptcy Court SDNY
One Bowling Green
New York, NY 10004

FedEx Express

Ship Date: 29SEP10
ActWgt: 1.0 LB
CAD: 100098347/INET3090

Delivery Address Bar Code



SHIP TO: (614) 289-5400    BILL SENDER
**Patrick Lord**
**GCG-Ohio Office**
**5151 BLAZER PKWY STE A**
Re: Motors Liquidation Company
**DUBLIN, OH 43017**



Ref # APS
Invoice #
PO #
Dept #

TRK# 7939 6028 4222
0201

THU - 30 SEP  A2
PRIORITY OVERNIGHT

43017
OH-US

**NJ CMHA**

LCK

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.