September 27, 2010

Clerk of the Bankruptcy Court

Re: Motors Liquidation Company, f/k/a G M C

It is my understanding that the government is to take over the ownership of General Motors Corporation. The government loaned money to G. M. C. in order for the company to remain in business. G. M. C. stays in business and in time repays part of the loan with the premise that in time all of the loan will be repaid.

How can the government force all stockholders to lose their investment. Is all of our stock worthless?

Obama care is doing a great job of screwing the citizens of this once great country!

Yours truly.
Marie & Robert Pacifico

