# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐☒   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐☒   MLCS, LLC, Case No. 09-50027<br><br>☐☒MLCS Distribution Corporation, Case No. 09-50028<br><br>☐☒Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐☒   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Breana Mavety<br>804 WESTMINSTER RD<br>TRAVERSE CITY, MI 49686 |
| Claim Number (if known): | 64622 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 4, 2010

Print Name: Tami Mavety

Title (if applicable): Mother

08/11/2010  03:43    2319959558                    MAVETY                                    PAGE   02/08

Approved, SCAO                                                                               JIS CODE: LOG

| STATE OF MICHIGAN PROBATE COURT GRAND TRAVERSE COUNTY CIRCUIT COURT - FAMILY DIVISION | LETTERS OF GUARDIANSHIP OF INDIVIDUAL WITH DEVELOPMENTAL DISABILITY | FILE NO. 09-30,506 DD |
|---|---|---|

In the matter of **BREANA LYNN MAVETY**, an individual with a developmental disability

TO: Name, address, city, state, and zip
TAMI JO MAVETY
804 WESTMINSTER ROAD
TRAVERSE CITY, MI 49686
(231) 995-9558

You have been appointed and have qualified as ☐ partial guardian ☑ plenary guardian of the ☑ estate ☐ person of the individual named above. By this instrument you are granted authority to perform all acts permitted or required by statute, court rules, and order of this court unless limited below.

☐ The guardian's authority is limited to those acts specifically set forth below:

The order appointing you as guardian expires on _____ Date

Date 7/21/09

_____ Judge                                    Bar no.

_____
Attorney name (type or print)    Bar no.

_____
Address

_____
City, state, zip    Telephone no.

SEE NOTICE OF DUTIES ON SECOND PAGE

I certify that I have compared this copy with the original on file and that it is a correct copy of the whole of such original, and on this date, these letters are in full force and effect.

_____                    _____
Date                                          Deputy probate register/clerk

Do not write below this line - For court State of Michigan
The Probate Court for Grand Traverse County, I hereby certify that I
have compared this copy with the original on file in this Court & that
it is a correct copy of the whole of such original.

Date July 22, 2009
_____
Clerk/Dep Reg /Register

MCR 5.202, MCR 5.402(D)

PC 662 (10/07) LETTERS OF GUARDIANSHIP OF INDIVIDUAL WITH DEVELOPMENTAL DISABILITY

Approved, SCAO

JIS CODE: OAG

| STATE OF MICHIGAN PROBATE COURT GRAND TRAVERSE COUNTY CIRCUIT COURT - FAMILY DIVISION | ORDER APPOINTING GUARDIAN FOR INDIVIDUAL WITH A DEVELOPMENTAL DISABILITY | FILE NO. 09-30,506 DD |
|---|---|---|

In the matter of __BREANA LYNN MAVETY_____, an individual with a developmental disability

1. Date of hearing: __07/21/2009__    Judge: __DAVID L. STOWE__    P-29684
   Bar no.

2. Findings of fact are more fully stated on the record regarding the individual's nature and extent of general intellectual functioning, extent of impairment of adaptive behavior, capacity to manage his/her estate and financial affairs, and capacity to care for self by making and communicating responsible decisions concerning his or her person.

**THE COURT FINDS:**

3. Notice of hearing was given to or waived by all interested parties.

4. ☐ a. The individual was present at the hearing.
   ☐ b. The individual was not present at the hearing. His/her presence was excused upon showing by testimony and affidavit of a
   ☐ psychologist,                                                                    ☐ physical
   ☐ physician,     that the individual's attendance would subject him/her to serious   ☐ emotional   harm.

5. Testimony was given by the person who prepared the report or person who performed an evaluation serving, in part, as the basis for the report.

6. Upon the presentation of clear and convincing evidence and  ☐ with  ☑ without  the verdict of a jury, the individual is an individual with a developmental disability and requires guardianship services.

7. The individual named above is  ☑ totally  ☐ partially  without capacity to care for his/her  ☑ person  ☑ estate  as to the following necessary tasks, responsibilities, or judgments but is otherwise legally competent and has the capacity to perform in other areas.

_____
_____
_____

8. The most appropriate and the least restrictive living arrangement suited to the individual's condition is _____
   IN HER PARENTS' HOME.

   ☐ The individual presently resides in the following facility: _____

9. A reasonable effort was made to question the individual and he/she indicated
   ☐ no preference as to who should be appointed guardian.
   ☑ that he/she preferred __Tami Jo Mavety__ (Name (type or print)) to serve as guardian
   and __William Mavety__ (Name (type or print)) as standby guardian.
   (PLEASE SEE OTHER SIDE)

Do not write below this line – For court use only

MCL 330.1617, MCL 330.1618, MCL 330.1620, MCL 330.1623, MCL 330.1626
PC 660 (9/06) **ORDER APPOINTING GUARDIAN FOR INDIVIDUAL WITH DEVELOPMENTAL DISABILITY**

☐ 10. There is no qualified, suitable individual or agency willing to act as guardian and the appointment of an agency directly providing services to the individual is necessary at present.

11. A reasonable effort was made to orally inform the individual of his/her right to request the guardianship to be dismissed or modified at any time. A written notice of these rights was also served on him/her.

12. Other: _____

**IT IS ORDERED:**

13. The petition is       ☑ granted.       ☐ denied on the merits.       ☐ dismissed/withdrawn.

☑ 14. **TAMI JO MAVETY**_____, whose address and telephone number are
   Name (type or print)
   804 WESTMINSTER ROAD, TRAVERSE CITY, MI 49686                            (231) 995-9558
   Address                        City                State        Zip        Telephone no.
   is appointed
                          ☑ individual
   ☑ a. plenary guardian of the   ☐ estate      until further order of the court

                                  ☑ an acceptance of appointment.
   and shall qualify by filing   ☐ a bond in the amount of $_____.

                                  ☐ individual
   ☐ b. partial guardian of the   ☐ estate      for the term of _____ years

                                  ☐ an acceptance of appointment.
   and shall qualify by filing   ☐ a bond in the amount of $_____, and shall have only the following powers:

   _____
   _____
   _____
   _____

   The individual retains all legal and civil rights except those which have been specifically granted to the partial guardian. After qualification, the guardian shall comply with all relevant requirements under the law.

☐ 15. The guardian is authorized to execute an application to admit the individual named above to

   _____
   Name of facility

☐ 16. **WILLIAM JACK MAVETY**_____, whose address and telephone number are
   Name (type or print)
   804 WESTMINSTER ROAD, TRAVERSE CITY, MI 49686                            (231) 649-1464
   Address                        City                State        Zip        Telephone no.

   is appointed standby guardian. In case of death, incapacity, or resignation of the initially-appointed guardian or an emergency situation during the absence and unavailability of the initially appointed guardian, the standby guardian shall file
   ☑ an acceptance of appointment
   ☐ bond in the amount of $_____
   and shall assume the powers and duties of the initially-appointed guardian.

   7/24/09                                           _____
   Date                                              Judge

   _____       _____
   Attorney name (type or print)                      Bar no.

   _____
   Address                        City                State        Zip        Telephone no.