# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JOEL GALLEGOS <br> WIGINGTON RUMLEY DUNN LLP <br> 800 N SHORELINE BLVD <br> 14TH FLOOR SOUTH TOWER <br> CORPUS CHRISTI, TX 78401 |
| Claim Number (if known): | 50643 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $10,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8-24-10

*[signature]*

Print Name: Joel Gallegos

Title (if applicable): _____

1



# WIGINGTON RUMLEY DUNN LLP
### ATTORNEYS AT LAW

## TELECOPY TRANSMITTAL COVER SHEET
## CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document.

**DATE:** August 25, 2010

**TO:** Deron Wade     Fax: 214-267-4203
Giovanna Tarantino:     Fax: (214) 267-4284
HARTLINE, DACUS, BARGER, DREYER & KERN

**FROM:** JOSEPH E. RTICH

**RE:** Cause No. 09-3831-G;
Joel Gallegos vs. AN Corpus Christi Chevrolet, LP d/b/a Champion Chevrolet Cadillac and Neesen Chevrolet, Inc.; In the 319th Judicial District Court in and for Nueces County, Texas.
WR 20832

NUMBER OF PAGES (INCLUDING COVER PAGE): 5

COMMENTS:  Original WILL Folllow

If there are any problems, please call (361) 885-7500 and ask for Hilda Rivera.

# W R

## WIGINGTON RUMLEY DUNN LLP
### ATTORNEYS AT LAW

Joseph E. Ritch

E-mail: jritch@wigrum.com
Corpus Christi Office
www.wigrum.com

August 25, 2010

<u>Via Facsimile & U.S. Mail</u>

Mr. Deron Wade
Ms. Giovanna Tarantino
HARTLINE, DACUS, BARGER
   DREYER & KERN, LLP
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75205
*Attorneys for Defendants AN Corpus Christi Chevrolet
and Neesen Chevrolet, Inc.*

> RE: Cause No. 09-3831-G;
> *Joel Gallegos vs. AN Corpus Christi Chevrolet, LP d/b/a Champion Chevrolet Cadillac and Neesen Chevrolet, Inc.*; In the 319th Judicial District Court in and for Nueces County, Texas.
> WR 20832

Dear Counsel:

Enclosed herein please find the original Withdrawal of Claim form which has been signed by Mr. Gallegos with respect to his pending claim against GM in the bankruptcy court. Would you please cause to have a copy of the transmittal to the Clerk forward to our office for our records.

I am, at this time, providing a true and correct copy of same to the Motors Liquidation Company, Attention: ADR Claims Team, per the instructions on page 2 of the claim form.

Very truly yours,

WIGINGTON RUMLEY DUNN, L.L.P.

Joseph E. Ritch

JER/hr
Encl.
xc:
Mr. Abraham Moss
MOSS LAW OFFICE

CORPUS CHRISTI OFFICE:
800 N. Shoreline Boulevard, 14th Floor South Tower,
Corpus Christi, Texas 78401
Tel 361. 885. 7500 Fax 361. 885. 0487

EL PASO OFFICE*:
7362 Remcon Circle
El Paso, Texas 79912
Tel 915.532.6997 Fax 210.487.7501
*Meeting with Lawyer by Appointment Only

SAN ANTONIO OFFICE:
601 Howard Street
San Antonio, Texas 78212
Tel 210. 487. 7500 Fax 210. 487. 7501

Mr. Deron Wade
August 25, 2010
Page 2

5350 South Staples, Suite 209
Corpus Christi, TX 78411

Motors Liquidation Company
c/o AlixPartners
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
ATTN: ADR Claims Team

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

---

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: ADR Claims Team, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to Pclark@alixpartners.com, msmith@alixpartners.com, and/or subrown@alixpartners.com.

2