# EXHIBIT D

MOTORS LIQUIDATION COMPANY, et al.

Page 51

1  absence of such a provision when federal statutes routinely

2  provide for rights to federal -- to judicial review when that

3  is the congressional intent.  If I were to imply such a

4  provision here that would be a species of judicial legislation.

5  Second, assuming without deciding that I could appropriately

6  look at legislative history on a matter where the statute is

7  not in any way ambiguous, judicially in grafting rights under

8  that statute would be particularly inappropriate when they'd be

9  inconsistent with the congressional desire to establish this

10 mechanism to avoid the excessive costs and delays of litigation

11 and to impose tight deadlines to get the arbitration process

12 completed.

13          Nor can I accept Rally's argument that New GM

14 conceded a right to judicial review by reason of its

15 willingness to proceed under the AAA's commercial arbitration

16 rules.  In responding to Rally's arbitration demand, New GM

17 expressly stated that it did not waive any objections it might

18 have to the arbitration or to any of the AAA's commercial

19 arbitration rules including, in particular, where such rules

20 would be inconsistent with the provisions or purposes of the

21 Dealer Arbitration Act.  For that same reason, I can't find a

22 waiver on the part of New GM of its rights based on a failure

23 to protest again after its initial reservation of rights was

24 put on the record.

25          Then even if New GM had agreed to AAA arbitration

MOTORS LIQUIDATION COMPANY, et al.

Page 52

1    rules, the arbitration rules called for a mechanism to enforce

2    an award not to attack it.  Those rules provided that parties

3    to an arbitration under these rules shall be deemed to have

4    consented the judgment upon the arbitration award may be

5    entered in any federal or state court having jurisdiction

6    thereof.  See Rule 48(c) of the AAA Commercial Rules quoted at

7    paragraph 29 of the Rally brief.

8         But that language conveys a right to enforce the

9    arbitration award not to attack it.  For example, if New GM had

10   failed notwithstanding the arbitration award that Rally doesn't

11   complain about to let Rally keep the three franchises the

12   arbitrator said Rally could keep, Rally could have, at least

13   arguably if not plainly in my view, come back to me and say

14   make New GM do what the arbitrator said it should do.  But this

15   is the exact opposite of what we have here and one that's not

16   authorized by the federal statute.

17        As I indicated in oral argument, and I think both

18   sides agreed, the reasonable course for a judge in my position

19   would be to construe the Court's earlier order and the

20   subsequently enacted federal legislation to achieve as much

21   harmony as possible and to honor the congressional intent to

22   the extent that the federal legislation trumped my earlier

23   order.  But it would also be appropriate in my view to honor

24   the congressional intent only to the extent that the federal

25   legislation trumped my earlier order.  Congress did say, of

MOTORS LIQUIDATION COMPANY, et al.

Page 53

1    course, with respect to providing for a defense to enforcement

2    of the wind-down agreements with respect to any areas where the

3    arbitrator ruled in the dealer's favor.  And I think that if

4    New GM had failed to honor the arbitrator's award, as I

5    indicated a moment ago, I'd almost certainly enforce it.  But

6    that is the way by which we'd maintain harmony between my

7    earlier order and the new Dealer Arbitration Act providing for

8    the rights of dealers to invoke the arbitration mechanism in

9    the fashion for which Congress provided.  It doesn't provide

10   for a blank check from me to rewrite the Dealer Arbitration

11   Act.

12           Nor do I think that Rally can get around what is, in

13   essence, an effort to achieve a quasi-appellate review of the

14   arbitration award by saying that it's asking the California

15   district court to make a federal question type determination

16   under the Dealer Arbitration Act.  That might be the case if

17   Congress hadn't established the arbitration mechanism and if it

18   had conferred on the district court's jurisdiction to decide

19   issues as to what is or is not a dealership franchise.  But the

20   whole point of the statutory scheme was that New GM and dealers

21   would proceed by arbitration.  And while, if New GM had refused

22   to arbitrate in the first place, I think that at least I would

23   have had jurisdiction to order New GM to do so.  But now that

24   each of New GM and Rally have engaged in the arbitration

25   process, presumably without any Court forcing either to do so,

MOTORS LIQUIDATION COMPANY, et al.

Page 54

1   we can't make the underlying arbitration award evaporate.  We

2   can only consider the circumstances, if any, under which the

3   arbitration award is subject to judicial review.  And I've

4   already noted, of course, that the statute doesn't provide for

5   such review.

6          Now, in that connection, I do not believe that under

7   the allegations we have here, this construction raises

8   constitutional issues.  I assume without deciding that

9   procedural due process requires a quasi-judicial determination,

10  like an arbitration, to be conducted by a decider who isn't

11  taking bribes or conspiring with one or another of the parties

12  or, though it's more debatable, who ignored facts or binding

13  authority on point.  If there were such a contention, I'd at

14  least have to consider whether I'd address it.  And I think

15  it's better to construe the Dealer Arbitration Act in such a

16  fashion as to avoid any constitutional issues that would

17  otherwise be relevant.

18         But I have no allegations of bribes, conspiracy,

19  fraud or even manifest disregard of existing law in the matter

20  before me.  Though, if there were such allegations, I think I'd

21  have to seriously consider whether there might be some implied

22  right to remedy such a wrong or that in exercising my exclusive

23  to jurisdiction to enforce or, impliedly, deny enforcement of

24  the deferred termination agreements, I should take such facts

25  into account.  But once more, I emphasize that I have no such

MOTORS LIQUIDATION COMPANY, et al.

Page 55

1    allegations here.

2            In the absence of issues of that character, I think

3    that Thomas and, particularly, Switchmen, the two decisions by

4    the Supreme Court, apply to establish a rule that where an

5    arbitrator was given the power to resolve controversies under a

6    statute, that is, the Dealer Arbitration Act, where dealers and

7    New GM were given rights under that statute, reviewed by the

8    federal district courts or, of course, bankruptcy courts that

9    are arms of the district court and have the power to issue

10   final orders on core matters, of the arbitrator's determination

11   is not necessary to protect those rights.  I think I should

12   restate it because I put too many parentheticals in there.

13   Where dealers and New GM were given rights under the statute

14   reviewed by the federal district courts of the arbitrator's

15   determination is not necessary to protect those rights.  And,

16   of course, that's a paraphrase of Thomas, 473 U.S. at 588

17   quoting Switchmen where I'm analytically substituting the

18   Dealer Arbitration Act for the Railroad Labor Act and where I'm

19   substituting arbitrator's determination for board's

20   determination.

21           So I don't believe that judicial review is necessary

22   except in those cases not presented here, and here only

23   arguably, where there are allegations of fraud, corruption or

24   manifest disregard of an existing decision.  And for reasons I

25   described above, I think the exclusive jurisdiction provisions

MOTORS LIQUIDATION COMPANY, et al.

Page 56

1  of the sale order must stick.

2  First, of course, they're res judicata so they remain

3  binding in the absence of an appellate ruling changing them for

4  a legislative pronouncement that does so.  Second, I assume

5  without deciding that Congress could, if it wished, to have

6  taken my exclusive jurisdiction away just as Congress can take

7  away jurisdiction from the lower federal courts on other

8  matters.  But Congress didn't do that.  If we temporarily put

9  aside issues as to the right to judicial review and decisions

10  as to the merits, I assume, without deciding, that a California

11  district court could under its diversity jurisdiction have

12  subject matter jurisdiction over a controversy like this one.

13  But if it did, it would be foreclosed from exercising its

14  subject matter jurisdiction by reason of the final exclusive

15  jurisdiction order that I entered back in July of 2009.  This

16  is no different analytically than the effect that an exclusive

17  jurisdiction order would have over a state court proceeding.

18  Most state courts don't need an expressed grant of subject

19  matter jurisdiction to hear controversies before them.  They

20  normally have subject matter jurisdiction over whatever comes

21  through their doors.  But that doesn't mean that they can hear

22  controversies when a court order or other federal law, like

23  some federal antitrust laws or securities laws, give a federal

24  court exclusive jurisdiction.  Some federal statutes and the

25  order that I entered into are limits on jurisdiction that might

MOTORS LIQUIDATION COMPANY, et al.

Page 57

1    otherwise exist.

2         Then Rally makes a judicial estoppel argument noting

3    that in a proceeding against another dealer, New GM brought an

4    action in federal court in California invoking diversity and

5    federal question jurisdiction, the latter under the Dealer

6    Arbitration Act, seeking to require that dealer to comply with

7    a settlement agreement and to drop its efforts to proceed under

8    the Dealer Arbitration Act.  Frankly, I'm not impressed with

9    the wisdom of that approach and, for the life of me, can't

10   understand why New GM sought relief that way instead of coming

11   to me.  But I don't think its effort in that regard rises to a

12   level of a judicial estoppel.

13        Rally depends on three statements to establish its

14   claim of judicial estoppel.  They are that the district court

15   would have jurisdiction under 28 U.S.C. 1332; that the district

16   court would have federal question jurisdiction under 28 U.S.C.

17   1331 because the controversy there allegedly arose under the

18   Dealer Arbitration Act; and that arbitrators would only be

19   empowered to decide whether or not the specific dealership

20   should be added back to the GM dealer network and that "all

21   other issues that arise under the Act must be addressed by a

22   Court of competent jurisdiction".

23        I don't think that any of these are particularly to

24   the point.  I've noted before that I assume that diversity

25   jurisdiction provides subject matter jurisdiction to the

MOTORS LIQUIDATION COMPANY, et al.

Page 58

1   California court here.  But I've also ruled that that can't

2   trump the bankruptcy court's exclusive jurisdiction provision.

3   And while I disagree that there and here would be federal

4   question jurisdiction under the Dealer Arbitration Act for the

5   particular claim there and here asserted, even if there were

6   such federal question jurisdiction, once more, it wouldn't

7   trump the bankruptcy court's exclusive jurisdiction provision.

8   And I don't think there's anything particularly inconsistent

9   between New GM's third point in that Santa Monica action and

10  the points it's making here given the difference between the

11  facts in each of those cases and the context in which New GM

12  made its observations.  There, an attempt to enforce a

13  settlement agreement under which the namees (ph.) agreed to

14  dismiss their arbitration and New GM was saying that

15  arbitration wasn't appropriate at all rather than dealing with

16  the consequences of a completed arbitration in which there was

17  an arbitration award.

18           But even if there were, I'd see other problems in

19  invoking judicial estoppel as well.  As Rally notes, at page 23

20  in its brief, citing the Second Circuit's decision in Uneeda

21  Doll Company, "judicial estoppel prevents a party from

22  asserting a factual position in one legal proceeding that's

23  contrary to a position that it successfully advanced in another

24  proceeding".  Here, aside from the lack of inconsistencies, the

25  positions that have been taken are legal not factual.  And

MOTORS LIQUIDATION COMPANY, et al.

Page 59

1    there, New GM didn't ask the Santa Monica Motors court to

2    interpret or enforce the wind-down agreement or, indeed, to

3    interpret or enforce the Dealer Arbitration Act at all.  The

4    latter point is why I think that New GM was just wrong when it

5    then tried to invoke the latter as a basis for 1331

6    jurisdiction.  I'm not sure what it was thinking.  But under

7    the standards of New Hampshire v. Maine, I find that the

8    positions are not clearly inconsistent and I cannot find any

9    perception that either the first or the second Court was misled

10   or that New GM would derive an unfair advantage here if not

11   estopped.

12            Finally, I think that even if judicial review were

13   available of the arbitrator's award, I couldn't vacate the

14   arbitrator's award here.  First, even if the arbitrator was

15   wrong, I don't see the arbitrator having been so wrong that the

16   error would warrant bucking fundamental principles limiting the

17   scope of review of arbitration awards.  There was no case

18   supporting Rally on this issue.  Rally is, in substance, asking

19   the Court or the Courts to, in essence, make new law on this

20   point.

21            And assuming, though for reasons I just noted, I

22   think this assumption is unwarranted, that I could provide ab

23   initio review of the arbitrator's decision, I think the

24   arbitrator got it right at least on the arbitrator's assumption

25   that he could rule one way with respect to the Buick, GMC and

MOTORS LIQUIDATION COMPANY, et al.

Page 60

1   Cadillac franchises and differently with respect to the Chevy

2   franchise.  I think the dealer's sales and service agreements

3   have to be read separately.  Each stated that it was executed

4   by GM "separately" on behalf of its division identified in the

5   specific addendum.  And each dealer agreement provided that the

6   agreement for each line make is independent and separately

7   enforceable by each party and the use of the common form is

8   intended solely to simplify execution of the agreements.  So I

9   think that in light of that, Rally had five franchise

10  agreements under which the arbitrator's ruling focusing on each

11  brand separately would be more than merely reasonable.  If

12  otherwise warranted by the underlying facts, it would be right.

13          For the foregoing reasons, New GM is to settle an

14  order in accordance with the foregoing as quickly as reasonably

15  possible, that order to be settled on no less than two business

16  days' notice by hand, fax or e-mail.  I assume that New GM will

17  use one of those methods so I don't have to provide for an

18  alternative mechanism if it were to use snail mail.  The time

19  to appeal from this determination will run from the time of

20  that order's entry and not from the time of this dictated

21  decision.

22          All right.  Not by way of reargument, are there any

23  matters that I failed to address or any questions?

24          MR. SNYDER:  No, Your Honor.

25          THE COURT:  Hearing none, we're adjourned.  Good

MOTORS LIQUIDATION COMPANY, et al.

Page 61

1    evening, folks.

2            MR. SNYDER:  Your Honor, if I may just quickly?

3            THE COURT:  Yes, Mr. Snyder?

4            MR. SNYDER:  Your Honor, under Bankruptcy Rule 8005,

5    to the extent we seek a stay pending appeal and that would be a

6    necessary predicate for an award, for the reasons set forth in

7    our papers and in the oral argument, I request -- am making

8    this oral application for a stay of Your Honor's order pending

9    appeal.

10           THE COURT:  I'll accept the oral application for a

11   stay but we'll do it after a ten minute recess.  And each of

12   you can make your points at that point in time.

13           MR. SNYDER:  Thank you, Your Honor.

14      (Recess from 6:19 p.m. until 6:37 p.m.)

15           THE COURT:  Have seats, please.  Okay.  Mr. Snyder,

16   your application for a stay.

17           MR. SNYDER:  Thank you, Your Honor.  Your Honor, in

18   your decision, I believe the Court stated -- and I apologize if

19   I'm putting words in the Court's mouth -- that areas such as

20   manifest disregard for the law and fraud were not areas that

21   were alleged here.  And that might be properly the province if

22   not exclusively the province of the district court in

23   California.  And I would ask the Court to turn to, Your Honor,

24   Exhibit I which is Rally's petition to modify.  And in Exhibit

25   I, Your Honor, starting on page 10, whether appropriately or

MOTORS LIQUIDATION COMPANY, et al.

Page 62

1   not, Rally uses the Federal Arbitration Act as a guide as to

2   what the district court can look to when determining whether it

3   has jurisdiction.  And it starts at the bottom of page 10, and

4   I'm quoting, "that the arbitrator in this matter was guilty of

5   misconduct, misbehavior and exceeded his power, i.e., manifest

6   disregard by ruling on a matter not submitted for determination

7   and, (2)attempting to fashion a remedy not authorized by

8   Section 747 of the Act."  And the argument goes on and a little

9   farther down, it addresses corruption, fraud and undue means by

10  GM which, again, although it mirrors a section of the FAA, is

11  also grounds that Rally sought in the California district court

12  in order to vacate and modify the arbitration.  So I wanted the

13  record clear that the manifest disregard of the law, fraud and

14  the usual grounds that a party would seek whether under a state

15  statute or the federal arbitration statute to undo the

16  arbitration were pled by Rally in the California action.  And

17  so, I believe that those types of matters, and I believe Your

18  Honor pointed this out, matters of manifest disregard, fact and

19  law as well as fraud, corruption, mistake and exceeding powers

20  are matters that the California district court should hear --

21  can hear, excuse me, and should hear.

22        Your Honor, has basically said that you have sole and

23  exclusive jurisdiction even though the district court may have

24  jurisdiction over these matters.  And as respectfully submitted

25  that the Court may have concurrent jurisdiction but over

MOTORS LIQUIDATION COMPANY, et al.

Page 63

1    matters such as manifest disregard of the law that the federal

2    district court in California also has jurisdiction over this

3    matter.  And it's properly before it now.

4         With respect to the federal question, again, Your

5    Honor seemed to indicate in his decision that the sole and

6    exclusive jurisdiction was given to the bankruptcy court as a

7    result of the wind-down orders.  The Court did not address as

8    we go through in detail, starting at page 28 of our objection,

9    the decision of the Supreme Court in Vaden v. Discover Bank.

10   And I alluded to it, Your Honor, in the original argument.  But

11   the Supreme Court, overturning, I believe, four circuit courts

12   in Vaden, specifically held that they can look through the

13   petition to look at the parties' underlying substantive

14   controversy.  And, Your Honor -- and this is where the Court

15   and Rally might differ.  The substantive controversy, the

16   predicate of the petition arises under the Dealer Arbitration

17   Act.  It does not arise under the wind-down agreement because

18   it was created not from the wind-down agreement but the Dealer

19   Arbitration Act.  So I think there's compelling reasons as a

20   result of the recent Supreme Court case in Vaden to allow the

21   federal district court to hear a federal controversy arising

22   out of a federal statute.  And I've been practicing here for a

23   long time, Your Honor.  To the extent that it's an issue

24   involving a purchaser wanting to get its -- the value of what

25   it bargained for, we are not saying this Court does not have

MOTORS LIQUIDATION COMPANY, et al.

Page 64

1   jurisdiction.  The Court has already held that it has arising-

2   to jurisdiction and it may well have that jurisdiction.

3           But I think I've pointed to at least two, the federal

4   question issue as well as the due process constitutionality

5   issue as to why the California district court has strong --

6   strong subject matter -- rights to exercise its subject matter

7   jurisdiction.  This is not a cursory -- a statute that only

8   cursorily affects the federal court, but it directly affects

9   the federal court.  And I believe, Your Honor, for those

10  reasons, the Court not entertaining or analyzing that and then

11  not seeing that the petition itself does seek -- does allege

12  manifest errors of law as well as fraud and improper powers by

13  the arbitrator that we would be successful on the merits.  And

14  we would be able to, Your Honor, obtain a stay of Your Honor's

15  order to the extent it would give us additional time to seek a

16  stay or to seek a determination in either the district court

17  here or in California.

18          THE COURT:  Well, I understand your desire to go to

19  the district court here.  I have more trouble trying to go to

20  the district court in California.  In fact, that walks, talks

21  and quacks a lot about the actions that Judge Weinfeld found so

22  objectionable in Teachers Insurance v. Butler before the Second

23  Circuit said what it said in Teachers Insurance v. Butler where

24  there was never to collaterally attack his judgment by going to

25  another court.  I mean, I don't claim to be infallible, Mr.

MOTORS LIQUIDATION COMPANY, et al.

Page 65

1  Snyder, but it seems to me that if somebody's going to say that

2  I'm wrong, it's got to be either the district court or the

3  Second Circuit.

4       MR. SNYDER:  Your Honor, we were in front of the

5  California district court before GM was here.  We can always go

6  back to the filing of the bankruptcy case.  But this is clearly

7  different than Teachers.  Here, we have already commenced an

8  action in the California district court.  We're not forum

9  shopping and running to California because we don't like what

10  the Court is saying.  We deferred in this case because they

11  made the motion that we were going to defer to the bankruptcy

12  court before we took any action in California.  But we're not

13  looking around for a second bite of the apple.  We're already

14  in California.  Issues already been joined.  They've already

15  answered.  So we're at summary judgment stage anyway in

16  California and we have a ticking clock of October 31st.  That's

17  very different than going to another Court when you don't like

18  what this Court has to say, Your Honor.  I mean, I don't know

19  if we need to address that here.  But that's not what we're

20  looking to do.  It's for powers other than I to decide whether

21  we seek a stay here or we go back to the Court where there's

22  been a complaint and answer filed and seek a stay there.  I'm

23  being straightforward with the Court.  It's not our intent and

24  I know the Court might have discomfort with that, but the

25  action was already commenced there.  And that's what led to GM

MOTORS LIQUIDATION COMPANY, et al.

Page 66

1    coming here.

2         THE COURT:  Well, forgive me, Mr. Snyder.  The reason

3    that you can truthfully say it's discomfort is because I try

4    very hard to consume my anger and to maintain my demeanor.  I

5    fully understand the rights of any litigant before me to take

6    me up the street.  But going to another Court right after

7    you've litigated before me for the last three hours and I've

8    given you a ruling which may or may not be right but which was

9    after a lot of thought and effort is one that is more than a

10   source of discomfort.

11        Why don't you continue with the remainder of the

12   three bullets on the applicable case law on an entitlement to a

13   stay and address, if you will, what you're prepared to offer in

14   the way of a bond if I grant a stay?

15        MR. SNYDER:  Your Honor, the argument with respect to

16   the constitutionality -- I had made the argument with respect

17   to whether a federal question exists vis-à-vis the

18   interpretation of the federal statute and going behind the

19   arbitration.  I made as well -- I would point out, Your Honor,

20   actually there are four grounds.  The third one is diversity.

21   And I think although GM was silent on it, the Court, I believe,

22   in its decision, admitted that diversity exists but, again,

23   stated that the sale order would trump the district court even

24   though diversity might existed there.  And the fourth argument,

25   Your Honor, is 48(c) and Your Honor is correct.  It does just

MOTORS LIQUIDATION COMPANY, et al.

Page 67

1    refer to judgment.  It does not refer to the right to vacate or

2    amend or to modify.  It's respectfully submitted, though, Your

3    Honor, that the district court can make that decision as well.

4    Your Honor may be right in all they can do is say thumbs up or

5    thumbs down with respect to a judgment.  But at least with

6    respect, I believe, to the fifty state laws, with respect to

7    arbitration and the FAA, it's not so limited, that applicants

8    are usually allowed by statute, certainly under the FAA, to not

9    only seek a judgment but to modify or vacate.  But that's

10   something the California district court may hold as well, Your

11   Honor.

12            And because there are five sep -- four separate

13   grounds, the constitutionality, the federal question, the

14   diversity and Rule 48(c), in Rally's mind, is more than a

15   compelling reason to hold that concurrent jurisdiction exists

16   and not simply exclusive jurisdiction exists.  That Your

17   Honor's sale order says what it says but that the Arbitration

18   Act raises issues that need to be addressed.  And it's

19   submitted by saying diversity exists but the sale order trumps

20   it, Your Honor, I would suggest that the district court in

21   California does have jurisdiction and does also have the

22   authority to hear these issues.  And for those reasons, I think

23   the Court or Rally would be successful in arguing that it would

24   be successful on the merits on those four particular grounds.

25            I would state also, Your Honor, that the judicial

MOTORS LIQUIDATION COMPANY, et al.

Page 68

1   estoppel argument is just fascinating to me.  I -- you asked a

2   question of GM and it was your last question, I believe, which

3   was are you saying you could have gone to New York or

4   California but you decided to go to California.  And they said

5   yes.  And so, what they're basically saying is we can go to

6   California or New York but you can't.  And that argument is, in

7   essence, saying we've waived subject matter jurisdiction by

8   entering into the wind-down agreements.  And I don't believe

9   that's correct.  And I believe if GM can go into New York and

10  California then Rally can go into New York and California.  And

11  to simply say that we're -- our fortunes rise and fall here,

12  well, neither -- GM's fortunes didn't rise and fall here

13  either.  They chose not to come here.  And so I think we should

14  have that same right.

15          And for those reasons, Your Honor, we'd like a stay

16  of Your Honor's order until there is an appropriate order of

17  the district court.

18          THE COURT:  All right.  Mr. Steinberg?

19          MR. STEINBERG:  Your Honor, in the context of the

20  order that you've indicated that you will enter, a stay pending

21  appeal makes no sense.  And the whole oral argument that you

22  heard here before was really a reargument motion and was not a

23  stay pending appeal motion.

24          Your Honor has indicated that it was inappropriate

25  for them to go to California and to continue to prosecute the

MOTORS LIQUIDATION COMPANY, et al.

Page 69

1    action in California.  So if you're going to stay the entry of

2    the order, what does that mean as a practical matter?  After

3    having ruled that it was improper to go to California, he now

4    is actually asking you to stay that order so he can go to

5    California?  Which is 180 degrees of the relief you just

6    granted?  This is not like he has a judgment and he wants to

7    stop us from enforcing the judgment because he wants to take

8    his appellate rights.  I'm trying to collect on a monetary

9    judgment.  This is started because he shouldn't have gone to

10   California in the first place.  He shouldn't have violated the

11   wind-down agreement.  He should have done -- he didn't have a

12   judicial right.  And now he's asking Your Honor to stay it so

13   he can, in effect, do what he started to do which was the

14   reason why we brought the motion in the first place.

15              But I think he didn't answer your question what are

16   the four prongs for a stay pending appeal.  He did talk about

17   the likelihood of success on the merits.  And I don't think he

18   said anything today other than try to reargue what Your Honor

19   had just ruled upon as to the likelihood of success on the

20   merits.

21              Frankly, the other three grounds all, I think, favor

22   New General Motors.  The harm to the appellant -- well, on the

23   surface, one could say he's harmed because the Chevrolet

24   dealership will be terminated on October 31st.  The actual harm

25   is that he didn't have a judicial right and you're not

MOTORS LIQUIDATION COMPANY, et al.

Page 70

1   depriving him of a judicial right.  Conversely, the harm to

2   others being the appellee, which is New General Motors and the

3   new dealership, are dramatic if Your Honor's order is not

4   enforced.  And Your Honor's opinion addressed the public

5   interest element which is the necessity of protecting buyers in

6   a Section 363 order and the Court's exclusive jurisdiction and

7   the public interest that's involved there.

8            I think the only other thing I would add, and it has

9   nothing to do with the stay pending appeal other than the

10  likelihood of success, I'll just point out that he wants to

11  refer to the complaint that was -- the petition that was filed

12  by Rally in California.  On the corruption, fraud and undue

13  means by General Motors, that's just a label that he put on a

14  caption in a petition.  He does not allege one thing about

15  fraud corruption in connection with the arbitration process.

16  He's saying that there were public statements made by Fritz

17  Henderson as to, in general, the importance of a dealership

18  network, and he's saying that that was misleading.  But it has

19  nothing to do with actually what happened in the arbitration

20  and under the Dealer Arbitration Act.  And as far as the

21  misconduct being beyond prec -- established precedent, if you

22  read the paragraph, what he's saying is that the award goes

23  beyond Section 747 because they believe that that statute,

24  which is absolutely silent on the issue, doesn't allow for the

25  assumption of one dealership -- the rejection of one dealership

MOTORS LIQUIDATION COMPANY, et al.

Page 71

1    agreement and the assumption or the reinstatement for the other

2    three.  That's the misconduct of going beyond what is

3    established precedent.

4            Your Honor's decision ruled that if you had to

5    address the merits, even though you weren't, you thought that

6    New GM and the arbitrator was right on that issue.  So he can

7    point to a petition, which is based on the Federal Arbitration

8    Act, citing standards but have no application to the facts of

9    this case and then everything else on the standards for a stay

10   pending appeal warrant for the denial of the stay.

11           And he purposely didn't answer your question as to a

12   bond because, at this point in time, the bond -- we're not

13   looking for a bond.  We're looking for the relief that we

14   brought our motion for.  And a stay pending appeal is, in

15   effect, a denial of our motion which Your Honor just granted.

16       (Pause)

17           THE COURT:  Stand by, everybody.  Sit in place.

18       (Pause)

19           THE COURT:  Gentlemen, in this supplemental

20   proceeding, Rally moves by oral motion, with my consent, for a

21   stay pending appeal.  And I am granting its motion to the

22   extent of providing for a seven calendar day stay to permit

23   Rally to go to the district court in this district.  And the

24   motion is otherwise denied.  The following are the bases for my

25   exercise of discretion in this regard.

MOTORS LIQUIDATION COMPANY, et al.

Page 72

1      Though I have no memory of hearing it expressly

2   invoked, a motion of this character is governed by Federal Rule

3   of Bankruptcy Procedure 8005.  It provides in relevant part

4   that "A motion for a stay of the judgment order or decree of a

5   bankruptcy judge for relief pending appeal must ordinarily be

6   presented to the bankruptcy judge in the first instance...A

7   motion for such relief" granted by -- "or for modification or

8   termination of relief granted by a bankruptcy judge may be made

9   to the district court but the motion shall show why the relief,

10   modification or termination was not obtained from the

11   bankruptcy judge.  The district court...may condition the

12   relief it grants under this rule on the filing of a bond or

13   other appropriate security with the bankruptcy court."

14      As the language I just quoted makes clear, the rule

15   is not terribly helpful with respect to the standards for

16   considering a motion of that character.  Rather, for that, we

17   look to the case law which, in the bankruptcy appellate arena,

18   takes a considerable amount of guidance from similar issues

19   presented under the FRAP, the Federal Rules of Appellate

20   Procedure.

21      I exercise my discretion in accordance with my

22   earlier decision, coincidentally in General Motors, at 409 B.R.

23   24, and the affirmants by Judge Kaplan of the district court in

24   2009 U.S. District Court Lexis 61279.  As I stated in my ruling

25   there, in GM, the decision as to whether or not to grant the

MOTORS LIQUIDATION COMPANY, et al.

Page 73

1   stay of an order pending appeal lies with the sound discretion

2   of the Court.  See, for example, In re Overmyer, 53 B.R. at

3   955.  Though the factors that must have to be satisfied have

4   been stated in slightly different ways and sometimes in a

5   different order, it's established that to get a stay pending

6   appeal under Rule 8005, a litigant must demonstrate it would

7   suffer irreparable injury if a stay were denied; there is a

8   substantial possibility, although less than a likelihood of

9   success on the merits of a movant's appeal; other parties would

10  suffer no substantial injury if the stay were granted; and that

11  the public interest favors a stay.  See, for example,

12  Hirschfeld v. Board of Elections, 984 F.2d at page 39.  It's a

13  decision of the Second Circuit in 1992; In re DJK Residential,

14  2008 U.S. Dist. LEXIS 19801; and 2008 WL 650389, a decision by

15  Judge Lynch back when he was a district judge; and In re

16  Westpoint Stevens, 2007 U.S. Dist. LEXIS 33725, 2007 WL

17  1346616, a decision by Judge Swain of the district court.

18          The burden on the movant is a "heavy one".  See, for

19  example, DJK at *2.  See also U.S. v. Private Sanitation

20  Industrial Assoc., 44 F.3d 1082 at page 1084, another decision

21  of the Second Circuit.  To be successful, the party must "show

22  satisfactory evidence of all four criteria".  In re Turner, 207

23  B.R. at page 375, a decision of the former Second Circuit BAP

24  in 1997.  Moreover, if the movant seeks the imposition of a

25  stay without a bond, the applicant has the burden of

MOTORS LIQUIDATION COMPANY, et al.

Page 74

1    demonstrating why the Court should deviate from the ordinary

2    full security requirement.   See DJK at *2, Westpoint Stevens at

3    *4.

4              While, as Judge Lynch noted in DJK, the Second

5    Circuit BAP has held that the failure to satisfy any prong of

6    the four-circuit test "will doom the motion," with Jerry Lynch

7    having cited Turner.   The Circuit in more recent cases have

8    engaged in a balancing process with respect to the four factors

9    as opposed to adopting a rigid rule.   In my earlier ruling in

10   GM, I assumed without deciding that the balancing approach

11   would be more appropriate.   And I'm going to do likewise here.

12   I also note that when Judge Kaplan affirmed me in GM in the

13   decision that I described a few minutes ago, I think he took a

14   similar approach.

15             Let me start with injury first.   Obviously, I take

16   the loss of a franchise seriously.   And indeed, early in the

17   decision that I dictated -- I guess it's now an hour or an hour

18   and a half ago -- I did hopefully express my empathy to dealers

19   losing their franchises.   However, what caused the lack of the

20   franchise, or the loss of the franchise, is not the ruling that

21   I issued tonight.   It was the dealer termination agreement that

22   was entered into over a year ago.   What we have here is

23   Congress recognizing the injury to dealers as a consequence of

24   either rejection of dealership agreements, as was the case in

25   Chrysler, or even the soft landing termination agreements that

MOTORS LIQUIDATION COMPANY, et al.

Page 75

1    we had here, provided dealers with an arbitration remedy to, in

2    essence, undo that which otherwise would happen.  And Rally

3    took advantage of that and it won in three-quarters -- or four-

4    fifths -- Pontiac, I guess, ultimately not being relevant -- of

5    the matters which it took before the arbitrator.  Now, in

6    essence, what it's asking for is to avoid the injury from a

7    year ago and at the same time to avail itself of the benefits

8    of the arbitration to the extent that it won.  With it having

9    won with respect to Buick, Cadillac and GMC, I don't think

10   there is irreparable injury to it by reason of its not having

11   shot the moon in its litigation efforts before the arbitrator.

12           Frankly, folks, I tried very hard to get it right.

13   And we're going to get to a likelihood of success in a minute.

14   But I do not believe that my ruling today causes irreparable

15   injury.  And I think really all we're talking about is the

16   results of an arbitration system that was made available for

17   Rally and for which it only succeeded in part.

18           I will, however, assume that there is a -- at least a

19   peppercorn of irreparable injury.  I'm certainly not going to

20   disqualify Rally for not showing more in the way of irreparable

21   injury.  And I'm not, as I indicated, going to require it to

22   make a strong showing on all fours.  I am going to take a

23   balancing approach so I'm going to turn to that next.

24           So let's talk then about likelihood of success which

25   is where Rally spent the bulk of its argument.  Although we

MOTORS LIQUIDATION COMPANY, et al.

Page 76

1  talk about likelihood of success, that's a shorthand for a more

2  nuanced analysis.  The technical standard is there is a

3  substantial possibility although less than a likelihood of

4  success on the merits.  Well, let's slice and dice the various

5  aspects of my earlier ruling.

6          First, the propriety of my conclusion that I do have

7  subject matter jurisdiction and that I have core

8  jurisdiction -- core, of course, not being the subject matter

9  jurisdiction issue but talking about the power of a bankruptcy

10 judge in contrast to a district judge to decide.  Those two

11 rulings now seem to be accepted or at least unchallenged.  And

12 although there was no express discussion of my decision not to

13 abstain, I didn't hear any argument on that.  And, frankly,

14 discretionary abstention is called discretionary for a reason.

15 There would have to be an abusive discretion in my electing not

16 to abstain.  And I think that there would not be a material

17 likelihood of success on that and would be far short of a

18 substantial possibility.

19          On the merits, it's undisputed that we're not talking

20 about the Federal Arbitration Act, that the Dealer Arbitration

21 Act provides no right to appeal.  And my ruling did not go so

22 far as to say that under no circumstances under anything that

23 might ever be alleged would I deny the right to appeal.  What I

24 have said is that to the extent, if any, to which there would

25 be such a right, a construction to, in essence, save the

MOTORS LIQUIDATION COMPANY, et al.

Page 77

1    constitutionality of the statute if it were otherwise put in

2    question, there would have to be something seriously wrong with

3    the arbitration in the way of fraud, corruption, bribery being

4    a species of corruption, or, and I articulated it differently,

5    disregard of applicable authority.  I went on to provide two

6    additional levels -- you can call it dictum; you can call it

7    alternative grounds, whatever, which caused me to believe that

8    it's not likely that there's going to be a reversal.

9         And as far as whether there's a substantial

10   possibility, on the facts that were put before me, I don't

11   think there's even that.  To be sure, words were put before the

12   district judge triggering responses that if this were an action

13   under the Federal Arbitration Act would get a judge's

14   attention.  But as the recent decisions by the Supreme Court in

15   Bell Atlantic v. Twombly and, especially, Ashcroft v. Iqbal

16   tell us, just invoking words making conclusory allegations in a

17   pleading isn't enough.  You can't talk about corruption without

18   giving the Court some facts as to lead the Court to believe

19   there was corruption.  And we're not talking about corruption

20   by GM.  We're talking about corruption by the arbitrator.  I

21   used the example before of taking bribes.  There are no

22   allegations of ex parte communication.  There are no

23   allegations of any irregularities in the proceedings before the

24   arbitrator other than the assertion that, as a matter of law,

25   the arbitrator got it wrong.  And even then, there's no

MOTORS LIQUIDATION COMPANY, et al.

Page 78

1    allegation that the arbitrator disregarded any particular case

2    that would suggest to the arbitrator that he got it wrong.  So

3    while I think there would be a substantial possibility of

4    success on appeal if I were somehow to rule that there is no

5    right to appeal and that I got to close my eyes to

6    irregularities of the type that I just described if they were

7    shown, it doesn't affect the outcome here because I don't have

8    any facts suggesting any of those things.  Bottom line, folks,

9    I do not find a substantial possibility.

10           Third factor.  Other parties would suffer no

11   substantial injury if the stay were granted.  And here, I think

12   there are potential injuries, at least if we go past October

13   31st, of one type, for sure, and another which more properly

14   may be regarded as being a public interest concern rather than

15   a private prejudice.  For GM's benefit, I'll say that I see no

16   prejudice in staying for five days to allow the district court

17   to second guess me on the stay application.  And for that

18   reason, I am going to grant a stay to the extent of five days.

19           But we have a new dealer who's taking over on the

20   31st of October.  I don't have evidence on it, but I got to

21   assume that the existing franchisee's gain is going to be the

22   new one's loss.  They're either going to be competing with each

23   other or that other guy is going to be made to wait if this

24   thing can't proceed past October -- if this somehow proceeds

25   past October 31st.  And we have a nationwide program which was

MOTORS LIQUIDATION COMPANY, et al.

Page 79

1   judicially blessed back in July of last year for these dealer

2   unwinds and I think it's prejudicial to New GM to put this

3   system in play to any greater extent than Congress did by its

4   statutory enactment.  And Congress didn't say everything you're

5   doing is undone.  What it did was say well, we're going to set

6   up this arbitration mechanism.  And that's exactly what we got.

7   And it goes without saying that I comply with the congressional

8   but I don't think we should be going beyond what Congress said.

9        Lastly, the public interest favors a stay.  That's

10  the final factor.  While I quoted the language before, and I

11  think Rally acknowledged its importance, that we deliver to the

12  purchasers of assets in bankruptcy sales that which we have

13  promised.  And if and to the extent that the counterparty to a

14  deal with an estate comes back and says I need you to enforce

15  it so I get the benefit of what I had bargained for, we do

16  that.

17        I talked back at the time of the original 363

18  determination and my separate ruling on the stay application

19  that followed my 363 ruling by a couple of days about how

20  important GM's survival is to the public interest and the

21  interest not just of the federal taxpayers but the needs and

22  concerns of the states of Michigan and Ohio and the communities

23  in which GM plants operate.  We made decisions then about that

24  which was necessary to give New GM the maximum opportunity to

25  thrive.  We made rulings then which are res judicata.  I don't

MOTORS LIQUIDATION COMPANY, et al.

Page 80

1    think the public interest is served by interfering with what we

2    then put in place in any way.

3         Certainly, there is no public interest in allowing

4    this collateral attack. It's a private interest to the extent

5    it's any interest. And when a party that was offered and

6    availed itself the opportunity to arbitrate then wishes to take

7    the portion for which it did not win and put the earlier system

8    in play beyond getting the arbitration opportunity for which

9    Congress provided, that is, at the least, not in the public

10   interest and may fairly be regarded as being contrary to the

11   public interest. At best, looking at it most favorably to

12   Rally, it is a wash because it is private interests that are

13   being sought to be advanced and not public ones.

14        So, as my discussion indicates, folks, I think we got

15   to go by the book and deal with it as I did in my decision

16   dictated just a moment ago by the four enumerated factors

17   articulated in the case law for the grant of a stay. And it is

18   stayed to permit a second opportunity to go to the district

19   court for those seven calendar days. And so as not to put a

20   gun to the head of the district court having to issue a

21   decision, like Judge Kaplan did where he had to work all night

22   on it, I don't want to do that to the district court again if I

23   can avoid it.

24        But beyond that, it is denied. Rally is authorized

25   and requested, not ordered, but requested to advise the

MOTORS LIQUIDATION COMPANY, et al.

Page 81

1    district court that an application was made to the bankruptcy

2    court, that the bankruptcy court denied it except to the extent

3    of the five days for the reasons that it dictated into the

4    record and that any further application to the bankruptcy court

5    is dispensed with and waived.  From now on, we're in the

6    district court, folks.

7         Yes, sir?

8         MR. STEINBERG:  Your Honor, I just have some brief

9    moments and I thank you for staying so late for today.  In your

10   presentation in connection with the stay pending appeal, you

11   said seven calendar days but I believe you also said at one

12   point in time five days.  So --

13        THE COURT:  If I did, it was a reference to five

14   business days.  Seven calendar days transposes into five --

15        MR. STEINBERG:  Okay.

16        THE COURT:  -- business days.  And ever since we

17   amended the federal rules of many different types last

18   December, we now go on bunches of seven calendar days.

19        MR. STEINBERG:  The second thing, Your Honor, is that

20   while I'm not exactly sure what I would have otherwise done

21   during the seven calendar day period because the wind-down

22   agreement is fairly passive, I do want to make sure that I'm

23   still able to present to Your Honor the order that you had

24   asked for --

25        THE COURT:  Of course you can.

MOTORS LIQUIDATION COMPANY, et al.

Page 82

1          MR. STEINBERG:  Okay.  And I think that's it.  I

2    understand that the only activity that will happen from this

3    point on is in the district court of this district.

4          THE COURT:  Correct.  All right.  It's been a long

5    day.  Good evening, gentlemen.  We're adjourned.

6          (Whereupon these proceedings were concluded at 7:23 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 83

1

2                           I N D E X

3

4                         R U L I N G S

5    DESCRIPTION
                                              PAGE      LINE
6    Motion of New GM for an order enjoining Rally    41       8

7    Dealership from interfering with New GM's

8    ability to reform its dealership platform,

9    from vacating or modifying an arbitration

10   decision and from pursuing that effort in

11   California district court granted

12   Court declines to exercise its discretionary    50      12

13   abstention

14   Oral motion by Rally Auto for a stay pending    71      21

15   appeal granted for five business days to permit

16   Rally to go to district court;

17   but denied in all other respects
                                              71      24
18

19

20

21

22

23

24

25

Page 84

1

2                            C E R T I F I C A T I O N

3

4        I, Lisa Bar-Leib, certify that the foregoing transcript is a

5        true and accurate record of the proceedings.

6

7        _____

8        LISA BAR-LEIB

9        AAERT Certified Electronic Transcriber (CET**D-486)

10

11       Veritext

12       200 Old Country Road

13       Suite 580

14       Mineola, NY 11501

15

16       Date:  October 6, 2010

17

18

19

20

21

22

23

24

25

[& - achieve]

| & |
|---|
| **&** 3:3,10,19 4:2,18 5:2 6:14 7:14 |

| 0 |
|---|
| **09-50026** 1:4 |

| 1 |
|---|
| **1** 10:23 36:13 47:24 47:25 |
| **10** 24:5 27:22 41:15 61:25 62:3 |
| **10007** 5:14 |
| **10017** 4:14 |
| **10036** 3:14,22 |
| **10153** 3:6 |
| **105** 2:3 |
| **1082** 73:20 |
| **1084** 73:20 |
| **10th** 39:16 |
| **11** 2:2 24:5 35:19 40:9 44:16,17 48:4 48:5 |
| **11501** 4:21 84:14 |
| **1177** 3:13 |
| **1185** 3:21 |
| **12** 24:5 83:12 |
| **1262** 12:20 |
| **129** 12:20 |
| **13** 38:22 43:13 47:6 |
| **1331** 10:7 12:10 16:22 17:7 18:15 57:17 59:5 |
| **1332** 57:15 |
| **1334** 15:9 44:9,11 44:19,21 46:17 47:24,25 |
| **1346616** 73:17 |
| **136a** 36:13 |
| **14th** 23:19 28:25 |
| **157** 46:3,15 |
| **180** 69:5 |
| **19801** 73:14 |
| **1992** 73:13 |
| **1997** 73:24 |
| **1st** 32:14 |

| 2 |
|---|
| **2** 46:3 62:7 73:19 74:2 |
| **200** 4:20 7:8 84:12 |
| **2007** 73:16,16 |
| **2008** 73:14,14 |
| **2009** 18:2 19:14 32:13 41:10,12,15 42:7 56:15 72:24 |
| **2010** 1:19 42:6,13 43:13 84:16 |
| **207** 73:22 |
| **21** 83:14 |
| **21515** 4:4 |
| **229-230** 46:23 |
| **23** 58:19 |
| **24** 72:23 83:17 |
| **26** 41:12 |
| **28** 12:10 16:22 17:7 18:15 44:8 46:3,15 46:16 47:24 57:15 57:16 63:8 |
| **29** 52:7 |

| 3 |
|---|
| **3** 16:19 |
| **304** 46:23 |
| **31** 31:23 32:7 42:6 |
| **312** 46:10 |
| **31st** 18:1 39:4,7,8 65:16 69:24 78:13 78:20,25 |
| **33725** 73:16 |
| **363** 2:3,3 9:19 18:7 41:11,15,20 46:5 70:6 79:17,19 |
| **365** 42:3 |
| **375** 73:23 |
| **39** 73:12 |
| **3:06** 1:20 |

| 4 |
|---|
| **4** 1:19 74:3 |
| **409** 72:22 |
| **41** 83:6 |
| **419** 46:22 |
| **44** 73:20 |

| |
|---|
| **44113** 5:5 |
| **473** 36:24 55:16 |
| **48** 10:25 11:11,14 13:17 15:16 19:9 31:9,12 38:1,5 52:6 66:25 67:14 |
| **486** 84:9 |
| **4:04** 40:6 |
| **4:30** 40:3 |
| **4th** 39:19 |

| 5 |
|---|
| **50** 83:12 |
| **53** 73:2 |
| **580** 84:13 |
| **588** 55:16 |
| **592** 36:24 |
| **5:30** 40:6 |
| **5th** 41:10 |

| 6 |
|---|
| **6** 84:16 |
| **600** 14:15,17 17:24 35:25 37:1 |
| **61279** 72:24 |
| **636** 5:4 |
| **644** 46:10 |
| **645** 46:10 |
| **650389** 73:14 |
| **675** 4:13 |
| **6:19** 61:14 |
| **6:37** 61:14 |

| 7 |
|---|
| **7** 36:13,20 |
| **71** 44:23 83:14,17 |
| **747** 12:15 21:9,17 62:8 70:23 |
| **767** 3:5 |
| **7:23** 82:6 |
| **7th** 39:15 |

| 8 |
|---|
| **8** 27:22 42:13 83:6 |
| **8005** 61:4 72:3 73:6 |
| **86** 5:13 |

| 9 |
|---|
| **9** 24:5 37:24 |
| **90503** 4:6 |
| **950** 4:5 |
| **955** 73:3 |
| **97** 46:23 |
| **984** 73:12 |

| a |
|---|
| **aaa** 10:17 11:7 12:8 18:11 25:4,16 31:14 36:2 37:12,17,18 51:25 52:6 |
| **aaa's** 51:15,18 |
| **aaert** 84:9 |
| **ab** 59:22 |
| **abided** 39:19 |
| **ability** 16:4 17:10 19:8 26:3 36:25 40:11 83:8 |
| **able** 13:14 17:16 30:2 64:14 81:23 |
| **abrogate** 28:21,23 |
| **abrogated** 29:5 36:5 |
| **absence** 51:1 55:2 56:3 |
| **absolutely** 39:4 70:24 |
| **abstain** 48:7 49:14 50:3 76:13,16 |
| **abstaining** 48:3 |
| **abstention** 47:22 48:10 50:12 76:14 83:13 |
| **abstract** 21:11 |
| **abuse** 36:18 |
| **abusive** 76:15 |
| **accept** 43:10,21 48:6 51:13 61:10 |
| **accepted** 76:11 |
| **account** 49:17 54:25 |
| **accurate** 84:5 |
| **achieve** 18:25 52:20 53:13 |

[acknowledged - appellee]

**acknowledged**
79:11
**acquired** 40:17
**act** 8:24,25 12:7
14:19,23,25 16:23
17:2,17 18:18,23
19:2,12 21:2,24
22:3,22 23:1,10,13
23:16 24:4 25:20,22
26:6 27:4 28:6,19
28:20 29:6,9 30:23
31:2,16,20 32:10,18
33:19 35:7,24 36:6
36:12 38:20 39:12
40:18 42:8 43:10
44:2 45:8 50:15,18
50:19,21 51:21 53:7
53:11,16 54:15 55:6
55:18,18 57:6,8,18
57:21 58:4 59:3
62:1,8 63:17,19
67:18 70:20 71:8
76:20,21 77:13
**acted** 22:22
**action** 42:22 43:5
45:5 57:4 58:9
62:16 65:8,12,25
69:1 77:12
**actions** 64:21
**active** 49:3
**activity** 82:2
**acts** 36:2,22
**actual** 69:24
**add** 70:8
**added** 57:20
**addendum** 60:5
**addition** 12:8 13:2
41:3
**additional** 45:6
64:15 77:6
**additionally** 41:2
**address** 7:18 8:7
18:21 36:8 54:14
60:23 63:7 65:19
66:13 71:5
**addressed** 50:4
57:21 67:18 70:4

**addresses** 44:18
62:9
**addressing** 39:10
46:25
**adjourned** 60:25
82:5
**adjudicate** 39:1
47:10
**administered** 40:8
**administration**
48:11,17
**admiralty** 44:11
**admitted** 66:22
**adopting** 31:11 74:9
**advanced** 58:23
80:13
**advantage** 59:10
75:3
**adversary** 24:15,18
25:18 28:22 31:22
35:6
**advise** 80:25
**affect** 49:25 78:7
**affidavit** 43:4
**affirmants** 72:23
**affirmed** 74:12
**afforded** 29:7 42:2
**afternoon** 6:3 22:15
**agency** 26:20,21
**agency's** 26:25
**agent** 43:5
**aggregated** 19:20
**aggrieved** 16:16
**ago** 53:5 74:13,18
74:22 75:7 80:16
**agree** 8:23 11:6
12:5 29:15,22 50:14
**agreed** 11:14 23:3
24:9 28:22 32:9
37:11,13 39:17 45:2
47:8 51:25 52:18
58:13
**agreement** 2:4 8:16
16:22 17:4,14,23,24
18:6 22:20,21 28:14
28:19,21 29:3,4,10
29:11 30:6,7,16,23

31:24 32:17,21,25
33:24,25 34:2,8,10
34:13,17,18,19 35:7
35:11 37:16 38:8,14
38:22,23 39:2,5,6
39:19 40:17 41:5,12
42:16,24 43:8,15
45:20,24 46:6 47:6
47:6,11,14,15,17,17
47:18 57:7 58:13
59:2 60:5,6 63:17
63:18 69:11 71:1
74:21 81:22
**agreements** 9:1,15
9:22 14:23 18:18,23
19:13,14,20 23:4,4
24:8 30:11 34:5,5,7
34:9 37:11 38:12,13
38:17,19 39:13
41:21,22,24 42:1,1
42:3,6,15 44:24,25
45:1,11,23 48:24
50:16 53:2 54:24
60:2,8,10 68:8
74:24,25
**agrees** 28:16 38:24
**ahead** 7:7 11:25
12:4
**al** 1:8,9
**allegation** 78:1
**allegations** 54:7,18
54:20 55:1,23 77:16
77:22,23
**allege** 64:11 70:14
**alleged** 43:23 61:21
76:23
**allegedly** 57:17
**alleges** 43:19
**alleging** 9:12,12
**allow** 13:6 14:6
15:17 16:15 17:21
18:11 19:9 37:24
38:6 63:20 70:24
78:16
**allowed** 17:17 19:22
29:6 36:20,21 67:8

**allowing** 32:22 80:3
**allows** 16:6 17:20
21:3 36:14
**alluded** 63:10
**alternate** 41:4
**alternative** 41:24
45:18 60:18 77:7
**ambiguous** 51:7
**amend** 67:2
**amended** 81:17
**americas** 3:13,21
**amount** 72:18
**amounted** 45:10
**analogy** 10:16 37:9
**analyses** 35:18,19
**analysis** 48:6 50:25
76:2
**analytically** 55:17
56:16
**analyzing** 64:10
**ancillary** 29:23
**anger** 66:4
**annexed** 10:23
**answer** 15:21 22:17
65:22 69:15 71:11
**answered** 22:18
35:3,8 39:15 65:15
**antitrust** 56:23
**anxiously** 39:20
**anybody's** 19:15
21:23
**anyway** 22:2 33:21
65:15
**apologize** 27:8 40:7
61:18
**appeal** 60:19 61:5,9
68:21,23 69:16 70:9
71:10,14,21 72:5
73:1,6,9 76:21,23
78:4,5 81:10 83:15
**appearing** 7:14
**appears** 50:18
**appellant** 69:22
**appellate** 53:13
56:3 69:8 72:17,19
**appellee** 70:2

[apple - avail]

apple  15:1 65:13
applicability  17:10
applicable  44:8
  66:12 77:5
applicant  73:25
applicants  67:7
application  61:8,10
  61:16 71:8 78:17
  79:18 81:1,4
applied  31:15 35:25
  44:2 49:1 50:22
applies  8:25 29:5
apply  10:21,25 11:8
  11:13,16 35:22
  37:17,18 50:15 55:4
approach  57:9
  74:10,14 75:23
approaching  31:23
appropriate  37:4,5
  37:5,6 52:23 58:15
  68:16 72:13 74:11
appropriately  51:5
  61:25
approval  46:5
approved  2:3 22:20
  30:9 41:11,19 49:8
approving  46:4
arbiter  25:13
arbitrate  9:1 10:10
  10:11 11:15 24:9
  50:16 53:22 80:6
arbitrated  14:15
arbitration  8:24,25
  10:20 11:2,4,9,16
  11:17 12:6,21 13:16
  13:20 14:19,23,25
  16:5,7,15,23 17:1
  17:17,17,21 18:18
  18:23 19:2,10,11,12
  20:10,25 21:1,2,6
  21:15,24 22:3,22
  23:1,10,10,13,16,17
  23:18 24:4,11 25:5
  25:6,20,22 26:6
  28:6,6,7,19,20,24
  29:6,7,8,24,25 30:1
  30:23,25 31:2,10,11

31:12,13,14,16,20
  32:10,18,22 33:13
  33:19,22 35:6,13,24
  35:25 36:6,7,14,17
  37:13,21,23 38:20
  39:12 40:13,18,21
  40:22,24 41:1 42:8
  42:10,11,11,12
  43:10,14,24 44:1,2
  45:8,12,14,16,17
  47:13 49:21 50:15
  50:17,18,19,20,21
  51:11,15,16,18,19
  51:21,25 52:1,3,4,9
  52:10 53:7,8,10,14
  53:16,17,21,24 54:1
  54:3,10,15 55:6,18
  57:6,8,18 58:4,14
  58:15,16,17 59:3,17
  62:1,12,15,16 63:16
  63:19 66:19 67:7,17
  70:15,19,20 71:7
  75:1,8,16 76:20,20
  77:3,13 79:6 80:8
  83:9
arbitrations  19:22
  20:1 28:25 37:25
arbitrator  9:5,13,14
  13:9,20 18:6 20:21
  23:18 25:1 28:15
  29:17 30:25 32:24
  33:3,5 34:9 36:15
  36:17,22 37:19
  42:12,13 43:9,11
  52:12,14 53:3 55:5
  59:14,15,24 62:4
  64:13 71:6 75:5,11
  77:20,24,25 78:1,2
arbitrator's  14:1,2
  20:4,16,17 24:24
  29:16 37:2 43:17,19
  53:4 55:10,14,19
  59:13,14,23,24
  60:10
arbitrators  23:13
  36:18 57:18

area  32:2 42:18
areas  29:1 53:2
  61:19,20
arena  72:17
arguably  52:13
  55:23
argue  17:5 33:17
  35:16
argued  25:18
argues  40:25 41:3
  43:5,9
arguing  15:12,12
  33:20 67:23
argument  9:3 11:7
  13:7,17 14:8,10
  16:12,18 17:9 25:21
  27:15 28:1,2 34:7
  34:16,22 35:10
  39:14 45:25 51:13
  52:17 57:2 61:7
  62:8 63:10 66:15,16
  66:24 68:1,6,21
  75:25 76:13
arguments  8:1 16:4
  18:12 33:17,21
  37:12
arises  10:9 12:23
  63:16
arising  8:14 15:8,11
  44:16,16,20 46:16
  46:16 48:4,4 63:21
  64:1
arms  55:9
arose  57:17
arthur  3:24
articulated  48:10
  50:2 77:4 80:17
ashcroft  77:15
aside  14:11 56:9
  58:24
asked  26:20 28:5
  35:6 39:6 68:1
  81:24
asking  12:18,24
  25:25 35:10 53:14
  59:18 69:4,12 75:6

aspects  43:16 76:5
asserted  58:5
asserting  58:22
assertion  77:24
assets  23:8 41:16
  46:14 48:21 49:4
  50:1,3 79:12
assigned  41:20
assignment  30:12
assistance  43:6
assoc  73:20
associates  4:18
assume  37:12 50:7
  54:8 56:4,10 57:24
  60:16 75:18 78:21
assumed  41:17
  74:10
assuming  51:5
  59:21
assumption  59:22
  59:24 70:25 71:1
assurance  49:5
atlantic  77:15
attack  14:3,3 20:17
  52:2,9 64:24 80:4
attempt  58:12
attempting  40:24
  42:17 62:7
attention  16:23
  27:21 77:14
attorney's  5:11
attorneys  3:4,11,20
  4:3,12,19 5:3
august  32:6 43:12
auslander  4:11
authorities  7:23
authority  8:15 10:4
  43:11 46:13 54:13
  67:22 77:5
authorized  41:11
  41:23 49:6 52:16
  62:7 80:24
auto  4:12,19 5:3 7:9
  43:1 83:14
avail  23:8 45:16
  75:7

[available - carbide]

**available** 59:13
75:16
**availed** 29:8 80:6
**avenue** 3:5,13,21
4:13 5:4
**avoid** 51:10 54:16
75:6 80:23
**awaiting** 39:20
**award** 11:4,9 13:16
14:1,2,16 20:14,16
20:17 29:16 31:13
31:14 32:24 33:3,13
33:22 40:24 41:1
42:13 43:14,17,20
43:24 44:1 45:16
49:22 52:2,4,9,10
53:4,14 54:1,3
58:17 59:13,14 61:6
70:22
**awards** 50:20 59:17

**b**

**b** 1:23 44:13 46:15
46:17
**b.r.** 46:10 72:22
73:2,23
**baby** 7:23
**back** 13:14,25 15:1
15:5 16:12,19 18:8
19:23 21:22 29:3,18
30:2 37:3 49:5
52:13 56:15 57:20
65:6,21 73:15 79:1
79:14,17
**balance** 23:21
**balancing** 74:8,10
75:23
**bank** 63:9
**bankruptcy** 1:2,15
1:25 8:15,17 9:19
9:25 15:1 34:11
35:22 38:24 44:6,12
46:20 47:8 48:7,11
48:13,18,21,22 49:4
49:11,24 55:8 58:2
58:7 61:4 63:6 65:6
65:11 72:3,5,6,8,11
72:13,17 76:9 79:12

81:1,2,4
**bap** 73:23 74:5
**bar** 2:25 84:4,8
**bargain** 21:22,23
**bargained** 24:13
30:7,8,14,19 63:25
79:15
**barred** 46:12
**base** 19:4
**based** 11:18 31:2
39:11 51:22 71:7
**bases** 71:24
**basically** 62:22 68:5
**basis** 27:11 44:1
59:5
**bear** 34:25
**behalf** 7:9,15 34:3
43:4 60:4
**belies** 37:23
**believe** 13:2 16:14
27:13 29:23 31:17
37:4 39:24 48:9
54:6 55:21 61:18
62:17,17 63:11 64:9
66:21 67:6 68:2,8,9
70:23 75:14 77:7,18
81:11
**believes** 18:4
**bell** 77:15
**bellavia** 4:18 6:19
7:8
**belly** 9:6
**benefit** 21:22,23
27:25 78:15 79:15
**benefits** 9:24 34:20
75:7
**best** 20:5 22:17
80:11
**better** 23:21 54:15
**beyond** 70:21,23
71:2 79:8 80:8,24
**bid** 48:21
**bidders** 48:20
**bidding** 43:1 49:4
**binding** 11:9 20:10
23:10 29:7 32:22
35:13 36:3 37:19

40:21 42:10 47:2
48:25 54:12 56:3
**bit** 9:1
**bite** 14:25 65:13
**blank** 53:10
**blatt** 4:23 6:19,19
7:1,4,6,8,8,10,21
8:9 9:11 10:12
**blessed** 79:1
**board** 73:12
**board's** 26:16 55:19
**boat** 8:12
**bogged** 23:24
**bond** 66:14 71:12
71:12,13 72:12
73:25
**book** 80:15
**bottom** 62:3 78:8
**boulevard** 4:4
**bound** 39:5,6 43:9
**bowling** 1:16
**brake** 36:5
**brand** 12:14,17
21:8 40:23 43:12
60:11
**brands** 29:17 40:23
43:18,22
**bribe** 25:16
**bribed** 25:12
**bribery** 43:24 77:3
**bribes** 9:5 13:10
24:25 25:1 54:11,18
77:21
**brief** 8:6 21:7 26:5
27:16 33:15,21 52:7
58:20 81:8
**briefing** 27:25
**bring** 25:7
**broadly** 30:11
**brought** 57:3 69:14
71:14
**bucking** 59:16
**buick** 42:14 43:18
59:25 75:9
**bulk** 75:25
**bullets** 66:12

**bunches** 81:18
**burden** 73:18,25
**business** 60:15
81:14,16 83:15
**businesses** 43:2
**butler** 64:22,23
**buy** 29:13
**buyers** 17:12 21:22
70:5

**c**

**c** 3:2 6:1 10:25
11:11,14 13:17
15:16 19:9 31:9,12
36:13 38:1,5 47:24
47:25 52:6 66:25
67:14 84:2,2
**ca** 4:6
**cadillac** 42:14 43:18
60:1 75:9
**cake** 34:22
**calendar** 71:22
80:19 81:11,14,18
81:21
**califor** 17:21
**california** 12:11
14:13,20 15:18,21
16:1,3 17:4,7,19
18:11,14 20:15
21:18 35:19,20 38:2
38:6 39:18 40:14,25
42:13,18,22,23
43:13 49:19 53:14
56:10 57:4 58:1
61:23 62:11,16,20
63:2 64:5,17,20
65:5,8,9,12,14,16
67:10,21 68:4,4,6
68:10,10,25 69:1,3
69:5,10 70:12 83:11
**california's** 15:24
**call** 20:7 77:6,6
**called** 42:8 52:1
76:14
**caption** 70:14
**car** 36:4
**carbide** 36:24 37:5

[care - congress]

care  13:11
case  1:4 7:21,25 8:4
  8:6 9:14 11:11,12
  12:19,20 13:13,19
  16:10,20 20:3 24:10
  25:17 26:13,24
  30:22 34:14 36:10
  36:11 37:4,14,15
  44:22 46:11,13 48:4
  48:13 50:10 53:16
  59:17 63:20 65:6,10
  66:12 71:9 72:17
  74:24 78:1 80:17
cases  7:22 10:1 23:5
  24:14 37:9,9,11
  40:8 44:12,17 48:15
  55:22 58:11 74:7
cause  15:23 20:11
  22:5,6 50:2
caused  74:19 77:7
causes  75:14
center  28:1
central  27:15
certain  17:25 18:3
  26:22 41:21,23 42:4
certainly  21:18 53:5
  67:8 75:19 80:3
certified  84:9
certify  84:4
cet  84:9
challenge  27:17
chambers  5:13
  39:24
chance  22:10 38:6
change  30:18,18
changed  19:19
changing  56:3
chapter  40:9
character  10:2 55:2
  72:2,16
check  35:1 53:10
chevrolet  12:14,17
  29:2 31:24 40:23
  42:15,17 69:23
chevy  21:8,16 38:19
  41:4 42:20,21,25
  43:12,15 45:19,21

60:1
chief  5:16
child  8:14
chose  68:13
christopher  5:7
chrysler  23:5 74:25
circuit  37:7,14,18
  46:19 63:11 64:23
  65:3 73:13,21,23
  74:5,6,7
circuit's  58:20
circumstance  25:17
circumstances
  24:12 48:8 54:2
  76:22
cite  12:19 13:5 21:7
  36:13
cited  11:11 26:12
  74:7
cities  43:1
citing  21:10 58:20
  71:8
city  42:23 43:3
civil  5:16 44:15
claim  9:16 57:14
  58:5 64:25
claims  14:15 42:24
clair  5:4
clarification  49:7
clashing  19:1
classic  45:22
classification  49:3
clause  29:19 46:8
  47:7
clear  41:16 46:14
  49:2 62:13 72:14
clearly  24:7 59:8
  65:6
clerk  6:2
cleveland  5:5
client  13:19,22
clock  65:16
close  78:5
closed  40:16
clouse  4:2 6:18 7:14
code  34:12 40:9
  42:3 44:9,10 47:24

codified  18:2 19:12
coherent  35:9
coincidentally
  72:22
collateral  80:4
collaterally  64:24
colleague  22:18
  23:2,11 28:22
collect  69:8
come  9:10,23 13:14
  13:25 15:5 16:2,12
  16:25 17:2,13 18:7
  21:14,22 29:18 30:2
  31:4 37:3 40:3
  45:24 48:15,21
  52:13 68:13
comes  46:12 50:17
  56:20 79:14
comfort  50:3
coming  21:1 57:10
  66:1
comity  48:2,12
  49:16
commence  17:16,21
  19:22
commenced  65:7,25
commencement
  32:23
commercial  10:17
  10:20,22,24 11:7,16
  12:8 19:10 31:10,11
  31:12 51:15,18 52:6
committee  3:11
common  60:7
communication  9:6
  77:22
communities  79:22
company  1:8 6:4
  58:21
compare  7:24
compel  10:10 15:13
  16:21 50:16
compelling  63:19
  67:15
competent  11:5
  16:16 39:9 57:22

competing  78:22
complain  52:11
complaint  16:19
  32:6 65:22 70:11
complete  23:18
  38:25 43:20 47:9
completed  28:24,25
  51:12 58:16
complied  20:16
  29:16
comply  14:1 26:5
  57:6 79:7
complying  13:15
conceded  51:14
concept  26:19 31:18
concern  47:18
  78:14
concerned  15:24
concerning  38:16
  39:1 44:24 45:22
  47:10
concerns  7:18 49:18
  50:4 79:22
concluded  82:6
conclusion  76:6
conclusions  41:9
  44:3
conclusory  77:16
concurrent  28:10
  62:25 67:15
condition  72:11
conduct  37:2 46:14
conducted  54:10
conferred  53:18
confirm  19:8 37:21
  38:3
confirmation  9:20
  37:24
congress  15:4 16:13
  19:15 20:1 22:22
  23:21 24:10,20
  25:12 26:2,11,17,20
  32:23 35:14 36:1
  42:7 45:13 48:20
  52:25 53:9,17 56:5
  56:6,8 74:23 79:3,4
  79:8 80:9

[congressional - dampen]

**congressional** 22:24
51:3,9 52:21,24
79:7
**connection** 24:6
38:13 41:9 54:6
70:15 81:10
**consent** 37:14 71:20
**consented** 11:3,6,8
11:17 13:17 47:8
52:4
**consents** 38:24
**consequence** 41:7
74:23
**consequences** 58:16
**consider** 50:6,8
54:2,14,21
**considerable** 72:18
**consideration** 42:5
**considerations**
20:18
**considered** 43:22
46:18 47:21
**considering** 72:16
**consistent** 33:23
35:9,13 37:12
**conspiracy** 54:18
**conspiring** 54:11
**constitute** 12:17
**constitutional**
26:10 27:18 54:8,16
**constitutionality**
13:8 14:7,21 15:17
16:9 25:20 27:13
64:4 66:16 67:13
77:1
**construction** 49:7
54:7 76:25
**construe** 18:25
52:19 54:15
**consume** 66:4
**contemplated** 19:17
**contend** 12:7
**contends** 13:24
**contention** 54:13
**context** 34:23 58:11
68:19

**continuation** 30:12
**continue** 8:20 32:7
66:11 68:25
**continued** 42:19
**continuing** 9:20
38:23 47:7
**contract** 11:12,12
34:11 35:18 43:11
50:17
**contracts** 42:3
**contractual** 8:25
24:12 50:15
**contractually** 45:2
**contrary** 8:19,20
13:24 58:23 80:10
**contrast** 10:5 76:10
**contrasted** 49:17
**controls** 19:3
**controversies** 55:5
56:19,22
**controversy** 12:22
44:7 46:1 50:13
56:12 57:17 63:14
63:15,21
**conversely** 70:1
**conveys** 52:8
**core** 14:11 28:4
46:2,3,6,9,9,12,18
46:18 49:3 55:10
76:7,8
**corporation** 1:9
**correct** 22:19 23:11
33:10 66:25 68:9
82:4
**corruption** 43:24
55:23 62:9,19 70:12
70:15 77:3,4,17,19
77:19,20
**costs** 51:10
**counsel** 36:4 38:5
**counterparties** 9:23
**counterparty** 79:13
**country** 4:20 7:9
84:12
**couple** 79:19
**course** 9:9,11 18:21
19:2 20:1 37:9

47:13 49:18 52:18
53:1 54:4 55:8,16
56:2 76:8 81:25
**court** 1:2,15 6:3,11
6:15,20,23 7:2,5,10
7:11,16 8:17 9:23
9:25 10:14,19 11:5
11:20,24 12:3,8,11
12:19,20,21,23,25
13:3,13 14:8,12,13
14:14,17,20,24 15:1
15:2,6,11,14,14,18
15:19,20,20,24,25
16:1,2,2,3,3,5,16,24
16:25 17:5,11,12,19
18:11,13,14,16,19
18:25 19:6,9,24
20:13,24,25 21:4,5
21:14,15,17,18 22:9
22:13 24:6,23,25
25:7 26:15 27:3,6
27:21 29:15,21 30:3
30:3,9,22 31:4,7
32:4,4 33:7 35:2,15
35:20 36:9 37:20
38:10,21,24 39:9,13
39:16,18,21 40:1,7
40:15,25 41:2 42:23
43:13 44:22 45:2,25
46:11,15 47:8 48:1
48:22 49:1,13,14,19
49:24 50:1 52:5
53:15,25 55:4,9
56:11,17,22,24 57:4
57:14,16,22 58:1
59:1,9,19 60:25
61:3,10,15,18,22,23
62:2,11,20,23,25
63:2,6,7,9,11,14,20
63:21,25 64:1,5,8,9
64:10,16,18,19,20
64:25 65:2,5,8,10
65:12,17,18,21,23
65:24 66:2,6,21,23
67:3,10,20,23 68:17
68:18 71:17,19,23
72:9,11,13,23,24

73:2,17 74:1 77:14
77:18,18 78:16
80:19,20,22 81:1,2
81:2,4,6,13,16,25
82:3,4 83:11,12,16
**court'll** 38:2
**court's** 16:23 39:20
49:11 52:19 53:18
58:2,7 61:19 70:6
**courtcall** 11:24 12:3
**courtesy** 39:24
**courtroom** 6:21,24
6:25 25:9
**courts** 11:14 44:6,6
44:14 45:9 46:20
47:2 48:2,5,7,8,22
50:2 55:8,8,14 56:7
56:18 59:19 63:11
**covenant** 17:15,19
18:1 19:13,21 22:2
35:12 36:5
**covenants** 19:24
**cover** 27:22
**covered** 12:14,17
14:19 18:5 21:8,16
35:17,17,23 38:20
**covers** 19:24
**create** 23:21
**created** 23:6 26:18
47:1 63:18
**creditors** 3:12
**criteria** 73:22
**critical** 25:18 28:18
28:20 32:18
**crose** 4:2 7:14
**crucial** 14:9
**crux** 14:10
**ct** 12:20
**currently** 42:16
**cursorily** 64:8
**cursory** 64:7
**cute** 34:7

**d**

**d** 6:1 12:15 21:9
83:2 84:9
**dampen** 49:9

[date - dispensed]

date   39:7,17,19
  84:16
dated   41:12
david   5:16
davidson   3:25 6:14
  6:14,16
day   71:22 81:21
  82:5
days   15:22 23:17,18
  29:9 33:13 60:16
  78:16,18 79:19
  80:19 81:3,11,12,14
  81:14,16,18 83:15
deadline   32:4,8
  39:4,8
deadlines   23:16
  51:11
deal   8:17 9:14 39:8
  79:14 80:15
dealer   8:24 12:6
  14:23,25 16:15,16
  16:23 17:1,17,24
  18:2,5,18,22 19:2
  19:12 21:2,24 22:3
  22:22 23:1,7,9,12
  24:11 25:20,22
  28:19,20 29:6 30:23
  31:1,16,20 32:10,12
  32:17 35:6 36:6
  38:20,23 39:11
  40:18 41:25 42:1,5
  42:8,10,15,15 43:10
  43:11,15 45:8,12
  47:7 50:17,19,21
  51:21 53:7,10,16
  54:15 55:6,18 57:3
  57:5,6,8,18,20 58:4
  59:3 60:5 63:16,18
  70:20 74:21 76:20
  78:19 79:1
dealer's   25:1 53:3
  60:2
dealers   14:15,25
  17:24 22:1 23:3,22
  25:23 29:7 35:25
  36:2 37:1 40:19,20
  41:6,23,24 42:5,9

43:2 45:2,5 53:8,20
  55:6,13 74:18,23
  75:1
dealership   12:14,17
  14:19 21:16 23:4
  29:2,12 30:13 31:24
  31:25 32:1 35:17,17
  35:24 38:20 40:11
  40:12,16 41:5 42:17
  42:20,21,25 43:7
  45:21 53:19 57:19
  69:24 70:3,17,25,25
  74:24 83:7,8
dealerships   33:4,6
  34:20,21 43:17 45:7
dealing   9:25 58:15
deals   44:11
dealt   27:3 30:21
  33:25 46:24
debatable   54:12
debtor   23:7 34:13
debtor's   23:7
debtors   1:11 3:4,4
  42:2 46:13
december   18:2
  32:13 42:7 81:18
decide   53:18 57:19
  65:20 76:10
decided   26:17 33:15
  34:21 50:7 68:4
decider   54:10
deciding   51:5 54:8
  56:5,10 74:10
decision   16:6 26:21
  29:24,25 40:14
  46:10 55:24 58:20
  59:23 60:21 61:18
  63:5,9 66:22 67:3
  71:4 72:22,25 73:13
  73:14,17,20,23
  74:13,17 76:12
  80:15,21 83:10
decisions   50:24
  55:3 56:9 77:14
  79:23
declare   25:23

decline   50:11
declines   83:12
decree   72:4
deed   39:14
deemed   10:7 11:3,6
  11:8,17 13:17 52:3
defeat   47:17
defense   45:10,19
  47:13 53:1
defer   6:24 28:5,6,7
  65:11
deference   15:25
deferred   2:3 38:14
  38:16,18 39:21
  41:21 44:24,25
  45:11,20,23 54:24
  65:10
deficient   48:17
defined   12:15 19:8
  21:9,17
definition   18:4
degree   48:12 49:23
degrees   69:5
delayed   39:22
delays   51:10
deliver   79:11
demand   51:16
demeanor   66:4
demonstrate   73:6
demonstrating   74:1
denial   71:10,15
denied   71:24 73:7
  80:24 81:2 83:17
deny   54:23 76:23
department   5:10
depends   57:13
depriving   70:1
deputy   5:16
derivative   49:3
derive   59:10
described   55:25
  74:13 78:6
description   83:5
desire   51:9 64:18
detail   63:8
determination
  23:15 26:16 39:20

41:9 53:15 54:9
  55:10,15,19,20
  60:19 62:6 64:16
  79:18
determinations
  36:15
determine   12:22
  14:18 49:20
determined   42:21
determining   49:20
  62:2
deviate   74:1
devito   5:2,7
dice   76:4
dictated   60:20
  74:17 80:16 81:3
dictum   77:6
differ   63:15
difference   14:9
  21:20 58:10
different   49:8 56:16
  65:7,17 73:4,5
  81:17
differently   60:1
  77:4
difficulties   41:6
difficulty   8:2
diminishing   21:20
direct   37:1
directing   42:14
directly   46:11,12
  64:8
disagree   58:3
discomfort   65:24
  66:3,10
discover   63:9
discovery   23:24
discretion   71:25
  72:21 73:1 76:15
discretionary   47:22
  47:23 48:10 50:12
  76:14,14 83:12
discussion   76:12
  80:14
dismiss   15:22 58:14
dispensed   81:5

[dispute - exceptions]

**dispute** 11:19 30:10
38:18,19 45:22
46:25 47:4,5,20
**disputes** 10:19
38:16 39:1 44:23
47:10 49:8
**disqualify** 75:20
**disregard** 21:1,4
43:25 54:19 55:24
61:20 62:6,13,18
63:1 77:5
**disregarded** 78:1
**dist** 73:14,16
**distinction** 20:14
**distinguish** 22:25
**district** 1:3 5:12
9:19 10:6 12:11
14:8,20 15:14,18
16:22 17:4,19 19:9
26:15 37:20 38:2
40:14,25 43:13 44:6
44:6,14 48:1 49:19
53:15,18 55:8,9,14
56:11 57:14,15
61:22 62:2,11,20,23
63:2,21 64:5,16,19
64:20 65:2,5,8
66:23 67:3,10,20
68:17 71:23,23 72:9
72:11,23,24 73:15
73:17 76:10 77:12
78:16 80:18,20,22
81:1,6 82:3,3 83:11
83:16
**diversity** 10:6 16:20
17:7 44:10 56:11
57:4,24 66:20,22,24
67:14,19
**division** 5:16 34:3
60:4
**djk** 73:13,19 74:2,4
**documented** 46:6
**documents** 48:23
**doing** 19:16,17
20:11 35:13,21 79:5
**doll** 58:21

**doom** 74:6
**doors** 56:21
**double** 9:15 43:23
49:24
**doubt** 17:11
**drafted** 48:23
**dramatic** 70:3
**drop** 57:7
**due** 13:7 14:8 18:10
54:9 64:4
**dumb** 20:3,7
**duties** 45:20,20
**duty** 18:24

### e

**e** 1:23,23,24 3:2,2
6:1,1 60:16 83:2
84:2
**earlier** 45:10 50:24
52:19,22,25 53:7
72:22 74:9 76:5
80:7
**early** 74:16
**easier** 13:13
**easily** 30:21
**eat** 34:22
**effect** 26:1 29:10,11
29:14 30:12 31:17
32:21 48:17,17
56:16 69:13 71:15
**effectively** 32:13
**efficient** 48:11
**effort** 40:14 47:14
53:13 57:11 66:9
83:10
**efforts** 57:7 75:11
**either** 9:23 23:3,5
23:11,11 43:10
47:15 49:19 50:8
53:25 59:9 64:16
65:2 68:13 74:24
78:22
**electing** 76:15
**elections** 73:12
**electronic** 84:9
**element** 70:5
**empathy** 74:18

**emphasize** 54:25
**empowered** 46:20
57:19
**enacted** 25:12 42:7
52:20
**enactment** 29:9
79:4
**enforce** 2:3 8:16
14:2 17:11,12,22
20:2 21:15 29:18,24
30:23 31:4 38:11
39:1 45:3,16 46:20
47:10,15 49:21 52:1
52:8 53:5 54:23
58:12 59:2,3 79:14
**enforceable** 60:7
**enforced** 15:2 70:4
**enforcement** 13:18
20:10 22:6 30:10
31:13,14,19 45:11
46:17 53:1 54:23
**enforcing** 20:14
69:7
**engaged** 53:24 74:8
**engaging** 43:1
**enjoining** 40:10
83:6
**entendre** 49:25
**enter** 46:21 68:20
**entered** 11:4 19:18
40:13 41:10,20,22
44:21 52:5 56:15,25
74:22
**entering** 68:8
**entertaining** 64:10
**entire** 29:11 43:10
**entitled** 29:12
**entitlement** 66:12
**entity** 32:1 41:14
**entry** 11:18 30:16
60:20 69:1
**enumerated** 80:16
**eric** 4:16
**erroneous** 43:20
**error** 9:13,16 59:16
**errors** 64:12

**especially** 8:5 77:15
**esq** 3:8,16,24,25 4:8
4:16,23 5:7
**essence** 9:12 53:13
59:19 68:7 75:2,6
76:25
**essentially** 35:9
**establish** 42:17 51:9
55:4 57:13
**established** 46:22
53:17 70:21 71:3
73:5
**establishment** 41:4
43:7 45:6
**estate** 46:14 48:12
48:18 79:14
**estates** 49:4
**estop** 17:8
**estopped** 59:11
**estoppel** 16:18
30:21 57:2,12,14
58:19,21 68:1
**et** 1:8,9
**evan** 3:8
**evaporate** 54:1
**eveleth** 46:10 49:1
50:2
**evening** 61:1 82:5
**event** 45:25 47:18
**events** 41:7 50:8
**everybody** 15:5
16:12 28:16 30:6
37:3 71:17
**evidence** 73:22
78:20
**evidenced** 48:19
**ex** 9:6 77:22
**exact** 52:15
**exactly** 79:6 81:20
**example** 52:9 73:2
73:11,19 77:21
**exceed** 36:18
**exceeded** 43:11
62:5
**exceeding** 62:19
**exceptions** 44:14
46:4

[excessive - four]

**excessive** 51:10
**exchange** 42:4
**exclusive** 8:17
14:14,18 16:25 17:5
18:17 28:9,13 30:4
30:5,17 38:11,25
44:15,22 45:3 47:9
54:22 55:25 56:6,14
56:16,24 58:2,7
62:23 63:6 67:16
70:6
**exclusively** 61:22
**excuse** 62:21
**execute** 16:21,24
**executed** 38:13 60:3
**executing** 38:23
**execution** 60:8
**executory** 34:11
35:18 42:2
**exercise** 17:3 47:22
48:10 50:11 64:6
71:25 72:21 83:12
**exercising** 10:6
54:22 56:13
**exhibit** 10:24 61:24
61:24
**exist** 9:3 18:18 26:1
57:1
**existed** 66:24
**existence** 21:24
48:13 50:6
**existing** 54:19 55:24
78:21
**exists** 21:6 66:17,22
67:15,16,19
**expectation** 22:4,5
22:7
**expectations** 17:12
**expecting** 8:7
**explain** 16:2
**explained** 49:1
**explicitly** 28:17
**express** 74:18 76:12
**expressed** 9:7 31:2
56:18
**expressly** 41:17
51:17 72:1

**extend** 39:7
**extension** 16:11
19:11 36:3 39:9
**extensively** 11:1
**extent** 9:2 13:16
16:6 18:24 19:4
29:6 31:15 33:16
39:5 45:12 47:12,14
52:22,24 61:5 63:23
64:15 71:22 75:8
76:24 78:18 79:3,13
80:4 81:2
**eye** 19:15
**eyes** 78:5

**f**

**f** 1:9,23 10:24 36:13
44:23 84:2
**f.2d** 73:12
**f.3d** 46:23,23 73:20
**faa** 24:7,8,8,13,14
24:15 37:10,10
62:10 67:7,8
**faced** 41:6
**fact** 20:20 21:1,16
30:21 31:22,23
37:24 41:8 62:18
64:20
**factor** 48:16 49:16
78:10 79:10
**factors** 23:13 48:9
50:1 73:3 74:8
80:16
**facts** 11:19 21:4
41:10 50:9 54:12,24
58:11 60:12 71:8
77:10,18 78:8
**factual** 58:22,25
**failed** 52:10 53:4
60:23
**failure** 43:21 51:22
74:5
**fairly** 24:1 80:10
81:22
**fall** 46:15 68:11,12
**falls** 34:18
**far** 70:20 76:17,22
77:9

**farther** 62:9
**fascinating** 68:1
**fashion** 53:9 54:16
62:7
**fast** 31:23
**favor** 29:17 48:7
49:15 53:3 69:21
**favorably** 80:11
**favors** 73:11 79:9
**fax** 60:16
**federal** 8:25 10:7,9
11:4 12:8,10,11,13
12:18,18,21,23,23
12:24,25,25 13:2,5
14:19,21 15:13,16
15:20 16:3,4,7,8
17:6 18:10 20:8
21:3,4,6,8,10,13
23:6 24:4 26:6,15
28:6 33:18 35:24
36:8,9,11 40:25
44:2,10 45:9 48:8
50:14 51:1,2 52:5
52:16,20,22,24
53:15 55:8,14 56:7
56:22,23,23,24 57:4
57:5,16 58:3,6 62:1
62:15 63:1,4,21,21
63:22 64:3,8,9
66:17,18 67:13 71:7
72:2,19 76:20 77:13
79:21 81:17
**fifra** 36:14
**fifth** 3:5 33:15
**fifths** 33:8 75:4
**fifty** 20:7 67:6
**figure** 33:17
**file** 23:9
**filed** 15:21,22 32:5
39:23 42:11 43:13
65:22 70:11
**filing** 45:5 65:6
72:12
**final** 11:9,18 20:10
36:3 37:19 55:10
56:14 79:10

**finality** 32:10,11
**finally** 47:21 59:12
**find** 41:10 46:2
50:22 51:21 59:7,8
78:9
**findings** 20:20
21:15 36:15 41:8
**finished** 39:25
**first** 6:20 7:18 17:9
35:16 39:21 44:4,5
44:5 50:23 53:22
56:2 59:9,14 69:10
69:14 72:6 74:15
76:6
**fit** 7:17
**five** 33:9,24 34:1,8
34:12,13,15 60:9
67:12 78:16,18 81:3
81:12,13,14 83:15
**focus** 10:18
**focusing** 60:10
**folks** 6:12,21 61:1
75:12 78:8 80:14
81:6
**follow** 7:21 9:21
**followed** 79:19
**following** 7:18 41:8
71:24
**follows** 44:9
**footnote** 27:16
**forcing** 53:25
**foreclosed** 56:13
**foregoing** 60:13,14
84:4
**forget** 20:11
**forgive** 66:2
**form** 8:12 60:7
**former** 73:23
**forth** 33:21 61:6
**fortunes** 68:11,12
**forty** 23:17 29:9
**forum** 24:25 30:8
41:2 49:6,8,13 65:8
**forward** 11:15
**found** 34:9 64:21
**four** 33:4,6,8,8,14
33:25 34:20,21

63:11 66:20 67:12
67:24 69:16 73:22
74:6,8 75:3 80:16
**fours** 75:22
**fourth** 66:24
**frames** 48:19
**franchise** 9:15
33:24 35:18 45:19
53:19 60:2,9 74:16
74:20,20
**franchisee's** 78:21
**franchises** 33:9,24
45:15 47:16 52:11
60:1 74:19
**frankel** 3:10
**frankly** 8:12 57:8
69:21 75:12 76:13
**frap** 72:19
**fraud** 36:16 43:24
54:19 55:23 61:20
62:9,13,19 64:12
70:12,15 77:3
**free** 41:16 46:14
49:1
**fritz** 70:16
**front** 65:4
**frustration** 7:19 8:2
**fulfill** 17:25
**full** 38:25 45:3 47:9
74:2
**fully** 22:18 31:11
66:5
**fundamental** 59:16
**fungicide** 36:12
**further** 81:4

**g**

**g** 6:1 83:4
**gain** 78:21
**garden** 9:16
**general** 1:9 2:2 3:20
4:3 7:15 23:5 29:4
29:13 30:7,22 33:3
33:12 34:3 40:9
69:22 70:2,13,17
72:22
**generating** 43:2

**gentile** 4:18 7:8
**gentleman** 7:11
**gentlemen** 7:3,16
8:9 71:19 82:5
**gerber** 1:24 13:12
**getting** 33:14 80:8
**give** 7:22 14:25 22:9
25:8 36:1 45:21
48:23 56:23 64:15
79:24
**given** 20:1 25:22
26:11 32:2,23,24
33:12 49:12 55:5,7
55:13 58:10 63:6
66:8
**gives** 15:18
**giving** 12:8 43:20
50:3 77:18
**glad** 18:19
**gm** 3:20 4:3 6:4,16
10:10,10,21 11:8
12:6 13:5,11,15,21
14:1,1,14,16,17
18:15 19:22 20:3,16
21:7 29:16 30:13,13
30:14,18 31:4,25
35:25 36:4 39:6,22
40:10,16,17,18,20
40:21,25 41:3,5,13
41:14,15,17,20,20
41:23 42:10,14,16
42:19,21 43:5,6
44:21 45:2,5 51:13
51:16,22,25 52:9,14
53:4,20,21,23,24
55:7,13 57:3,10,20
58:11,14 59:1,4,10
60:4,13,16 62:10
65:5,25 66:21 68:2
68:9 71:6 72:25
74:10,12 77:20 79:2
79:23,24 83:6
**gm's** 32:11 38:10
40:11 41:4,16,16
45:6 58:9 68:12
78:15 79:20 83:7

**gmc** 42:14 43:18
59:25 75:9
**go** 7:7 11:24 12:4
15:1 16:1,5,16
17:21 18:11 20:12
20:23,25 25:4 32:13
37:20 38:7 39:17
49:5 63:8 64:18,19
65:5,21 68:4,5,9,10
68:25 69:3,4 71:23
76:21 78:12 80:15
80:18 81:18 83:16
**goes** 13:7 25:21
39:15 62:8 70:22
79:7
**going** 6:9,24 7:17
11:15 14:24 17:18
19:6 22:9 25:7
26:10 30:24 32:2
39:21 40:2,2 49:25
50:4 64:24 65:1,11
65:17 66:6,18 69:1
71:2 74:11 75:13,19
75:21,22,23 77:8
78:18,21,22,23 79:5
79:8
**good** 6:3 22:10,15
34:19 39:14 49:2
60:25 82:5
**gotshal** 3:3
**governed** 24:7,8
29:3 33:18 72:2
**governing** 36:20
**governs** 24:8
**grafting** 51:7
**grant** 56:18 66:14
72:25 78:18 80:17
**granted** 41:8 69:6
71:15 72:7,8 73:10
78:11 83:11,15
**granting** 12:14
71:21
**grants** 72:12
**greater** 79:3
**green** 1:16
**greg** 6:17 7:13

**gregory** 4:8
**ground** 43:25
**grounds** 62:11,14
66:20 67:13,24
69:21 77:7
**group** 4:12,19 5:3
7:9
**guess** 13:24 74:17
75:4 78:17
**guidance** 49:13
72:18
**guide** 62:1
**guilty** 62:4
**gun** 80:20
**guy** 78:23
**guys** 7:19,24

**h**

**h** 4:23
**ha** 20:11
**half** 74:18
**hampshire** 59:7
**hand** 6:25 49:25
60:16
**handle** 30:9,11
**happen** 75:2 82:2
**happened** 70:19
**happens** 13:11 32:3
36:22
**happy** 18:4
**hard** 66:4 75:12
**harm** 69:22,24 70:1
**harmed** 69:23
**harmonize** 19:25
**harmony** 18:25
52:21 53:6
**hawthorne** 4:4
**head** 80:20
**hear** 12:1 22:10
41:2 56:19,21 62:20
62:21,21 63:21
67:22 76:13
**heard** 13:23 20:15
68:22
**hearing** 2:2 13:10
39:17,19,23 48:3
60:25 72:1

[heavy - issues]

heavy 73:18
held 12:21 42:12
  46:19,19 63:12 64:1
  74:5
help 8:20 9:4,16
  10:3,11
helpful 72:15
henderson 70:17
highlighted 26:14
hinder 49:10
hirschfeld 73:12
history 24:1,2 51:6
hit 18:19
hits 36:4
hold 32:13 67:10,15
hon 1:24
honor 6:7,22 7:4,7
  7:13 10:13,16,18,25
  11:7,15,18 12:1,5,6
  12:9,16,22 13:2,3,9
  14:5,9 15:3,10,12
  16:6,13,19 17:2,9
  18:7 19:5,7,18 20:6
  20:19,22 21:11,14
  21:19 22:12,15,19
  22:20 24:17 25:10
  25:15 26:2,7 27:9
  27:20,23,24 28:3,12
  30:20 31:6,9 32:16
  33:15 34:25 35:5,10
  35:16 36:10,12,23
  37:8 38:7 39:14
  52:21,23 53:4 60:24
  61:2,4,13,17,17,23
  61:25 62:18,22 63:5
  63:10,14,23 64:9,14
  65:4,18 66:15,19,25
  66:25 67:3,4,11,20
  67:25 68:15,19,24
  69:12,18 71:15 81:8
  81:19,23
honor's 22:16,18
  36:21 39:24 61:8
  64:14 67:17 68:16
  70:3,4 71:4
hoped 45:18

hopefully 74:18
hour 39:7 74:17,17
hours 66:7
hypothetical 25:11

i

i.e. 62:5
idea 11:11 37:15
identified 34:4 60:4
ignored 54:12
iii 36:13
implement 24:21
  29:24 38:11
implementation
  9:21
implements 8:18
  50:15
implicated 17:16
  32:12,14
implicating 28:14
implication 16:11
implicitly 31:17
implied 9:2 10:5
  54:21
impliedly 54:23
imply 51:3
importance 70:17
  79:11
important 8:6 9:25
  22:25 27:24 38:7
  48:16,20 50:5 79:20
impose 51:11
imposed 24:10
  48:20
imposing 24:20
imposition 73:24
impressed 57:8
improper 64:12
  69:3
impute 11:14
inapplicable 50:7
inappropriate 51:8
  68:24
inappropriately
  18:5 36:22
incisive 22:16
include 46:3 48:11

included 45:1
including 38:14,15
  51:19
inconsistencies
  58:24
inconsistent 18:24
  31:16,19 38:9 51:9
  51:20 58:8 59:8
incredible 8:1
incumbent 35:8
independent 60:6
indicate 31:10 63:5
indicated 52:17
  53:5 68:20,24 75:21
indicates 80:14
industrial 73:20
infallible 64:25
initial 51:23
initio 59:23
injects 49:9
injunction 32:7
injuries 78:12
injury 73:7,10
  74:15,23 75:6,10,15
  75:19,21 78:11
inquiry 22:18
insecticide 36:11
instance 36:16 72:6
instructive 46:24
insurance 64:22,23
intact 43:16
integrated 34:10,12
  34:17
intended 16:14,15
  60:8
intent 15:4 23:20,23
  33:4,11 51:3 52:21
  52:24 65:23
intentional 24:18
interest 48:1,2
  49:10 70:5,7 73:11
  78:14 79:9,20,21
  80:1,3,4,5,10,11
interests 80:12
interfere 33:1 45:6
interfering 40:11
  41:4 43:7 80:1 83:7

interplay 28:18
  32:17
interpret 12:19,25
  15:6 38:25 47:9
  59:2,3
interpretation
  66:18
interprets 38:4
introduce 6:9,12,21
  7:12
introduced 6:8 22:3
introduction 15:16
invalid 25:5
invalidate 25:5
invention 47:24
invoke 47:23 53:8
  59:5
invoked 72:2
invokes 20:18
invoking 57:4 58:19
  77:16
involuntarily 48:14
involuntary 50:9
involved 36:11 70:7
involving 63:24
iqbal 77:15
irregularities 77:23
  78:6
irrelevant 26:7
irreparable 73:7
  75:10,14,19,20
isaac 6:17 7:14
isaacs 4:2
issue 10:6 13:3
  14:12,13 16:8,9
  22:19 26:21 27:13
  27:24 30:20 31:9
  41:3 44:18,20 55:9
  59:18 63:23 64:4,5
  70:24 71:6 76:9
  80:20
issued 42:13 50:20
  50:24 74:21
issues 8:7 18:10
  32:11 53:19 54:8,16
  55:2 56:9 57:21
  65:14 67:18,22

[issues - looking]

72:18
**issuing** 49:13
**it'll** 10:13
**i'm** 26:10

**j**

**j** 3:24 4:16
**jennifer** 3:16
**jerry** 74:6
**joined** 65:14
**jointly** 40:8
**jones** 5:16
**judge** 1:25 9:10
10:6 13:12 35:22
52:18 64:21 72:5,6
72:8,11,23 73:15,15
73:17 74:4,12 76:10
76:10 77:12 80:21
**judge's** 77:13
**judges** 8:15 9:19
**judgment** 11:3,18
19:8,10 38:2,3 52:4
64:24 65:15 67:1,5
67:9 69:6,7,9 72:4
**judicata** 56:2 79:25
**judicial** 8:24 9:7
10:5 11:10,13 12:7
13:5,7 14:6,7 15:4
15:17 16:11,18 17:8
20:9,21 21:3 22:1
24:4,15,17,19,22
25:21 26:1,6,8,12
26:22,23 27:1,12,18
28:14,15 30:20
31:18,21 32:19,20
33:20 36:14,20
37:23 44:9,10 47:24
50:20,23 51:2,4,14
54:3,9 55:21 56:9
57:2,12,14 58:19,21
59:12 67:25 69:12
69:25 70:1
**judicially** 51:7 79:1
**july** 19:14 23:19
28:25 41:10,15
56:15 79:1
**june** 33:3 41:12
42:13

**jurisdiction** 8:11,13
8:14,17 9:20 10:6,8
11:5 12:9,12,24
13:3 14:9,12,13,14
14:18,22 15:3,7,8
15:11,14,18,19,24
16:3,17 17:1,3,5,6,7
18:14,15,17 21:12
21:18,18,21 28:4,4
28:5,9,10,10,13
30:5,5,17 35:20,22
36:2,8,9 38:8,11,15
38:23,25 39:9,11,13
44:4,4,5,7,8,11,12
44:15,19,20,23 45:3
45:9 46:1,8,16 47:7
47:9 49:15 52:5
53:18,23 54:23
55:25 56:6,7,11,12
56:14,15,17,19,20
56:24,25 57:5,15,16
57:22,25,25 58:2,4
58:6,7 59:6 62:3,23
62:24,25 63:2,6
64:1,2,2,7 67:15,16
67:21 68:7 70:6
76:7,8,9
**jurisdictions** 8:10
**jury** 50:6,8
**justice** 5:10 48:1
**justifiably** 48:25

**k**

**k** 1:9 3:20 4:3
**kaplan** 72:23 74:12
80:21
**keep** 19:6 52:11,12
**keeping** 40:8
**kind** 9:10 10:5
25:14 30:2 33:20
**king** 3:19 6:14
**knew** 19:15
**know** 6:11 9:18
11:22 13:24 20:22
24:19 25:21 26:4
40:2 50:24 65:18,24
**knowledge** 48:22

**kramer** 3:10

**l**

**l** 83:4
**l.p.a.** 5:2
**label** 70:13
**labor** 27:4 55:18
**lack** 58:24 74:19
**lancaster** 42:21,23
42:25
**landing** 74:25
**language** 13:17
15:16 26:14 27:12
30:5 31:2 34:2 52:8
72:14 79:10
**large** 43:2
**larry** 20:22
**lastly** 79:9
**late** 39:7 81:9
**law** 9:13 12:23
15:17 21:1,4 35:18
35:19,19,23 36:20
37:4,7 38:6 40:19
41:9 42:7,25 43:21
43:25 44:3 48:3,6
49:17 54:19 56:22
59:19 61:20 62:13
62:19 63:1 64:12
66:12 72:17 77:24
80:17
**laws** 56:23,23 67:6
**lawsuit** 15:13 32:24
**lay** 7:19
**layers** 33:16
**lead** 77:18
**leadered** 24:14
**lease** 34:12
**leaving** 16:14
**lectern** 6:10
**led** 65:25
**lederman** 3:8 6:5,7
**left** 28:17 29:1
32:20
**legal** 9:16 58:22,25
**legislation** 26:20
51:4 52:20,22,25
**legislative** 23:20,23
24:1,2 27:11 51:6

**leib** 2:25 84:4,8
**letter** 33:4,11
**level** 17:8 57:12
**levels** 77:6
**levin** 3:10
**lexis** 72:24 73:14,16
**liabilities** 41:17
**liens** 46:14 49:2
**lies** 73:1
**life** 7:20 49:12 57:9
**light** 60:9
**likelihood** 69:17,19
70:10 73:8 75:13,24
76:1,3,17
**likewise** 50:2 74:11
**limited** 13:6 18:3
38:15 67:7
**limiting** 59:16
**limits** 56:25
**line** 9:24 37:10 60:6
78:8 83:5
**liquidation** 1:8 6:4
50:1
**lisa** 2:25 84:4,8
**litigant** 66:5 73:6
**litigated** 66:7
**litigation** 23:25
43:6 51:10 75:11
**little** 9:1 62:8
**llc** 2:2 3:20 4:3 7:15
40:9
**llp** 3:3,10,19 4:2,11
4:18
**lobby** 42:19
**located** 42:18
**logical** 16:11
**long** 40:2 63:23
82:4
**look** 12:21 16:5,7
21:5 23:14 25:2
26:19 35:22 51:6
62:2 63:12,13 72:17
**looking** 19:16 29:24
65:13,20 71:13,13
80:11

[losing - new]

losing  9:9 21:20
74:19
loss  74:16,20 78:22
lost  47:18
lot  8:6 64:21 66:9
lower  47:2 56:7
lure  43:1
lynch  73:15 74:4,6

**m**

m  5:7
macadams  5:2
mail  60:16,18
main  48:13 49:24
maine  59:7
maintain  43:16
53:6 66:4
maintained  43:17
making  23:14 34:22
35:9 49:3 58:10
61:7 77:16
management  7:22
mandate  36:19
manges  3:3
manifest  21:1,4
43:25 54:19 55:24
61:20 62:5,13,18
63:1 64:12
manufacturers
23:22
marshals  25:8
master  41:12
material  76:16
matter  1:6 6:8,8
7:25 8:10,11,18
12:9,12 37:2 43:21
44:5,7,8,11,20 45:8
46:1,2,9,9 47:11,19
51:6 54:19 56:12,14
56:19,20 57:25 62:4
62:6 63:3 64:6,6
68:7 69:2 76:7,8
77:24
matters  6:6 17:1
39:2 46:3 55:10
56:8 60:23 62:17,18
62:20,24 63:1 75:5

maximization  49:10
maximum  79:24
mayle  20:23 43:4,6
mean  10:9 37:11
56:21 64:25 65:18
69:2
means  14:15 35:23
62:9 70:13
meant  36:1,3
mechanism  51:10
52:1 53:8,17 60:18
79:6
mechanisms  50:21
medicare  26:24
27:1
memory  72:1
merely  60:11
merits  56:10 64:13
67:24 69:17,20 71:5
73:9 76:4,19
mesh  22:23
methods  60:17
michigan  79:22
millenium  8:21
46:22
mind  10:3 67:14
mineola  4:21 7:9
84:14
mines  46:10 49:1
50:2
minimal  19:1
minimally  18:13
minute  6:20 7:2
61:11 75:13
minutes  13:15
74:13
mirrors  62:10
misbehavior  62:5
misconduct  36:16
62:5 70:21 71:2
misconstrue  36:19
misinterpreted  18:5
misleading  70:18
misled  59:9
misrepresentation
36:16

missed  8:12
mistake  62:19
modification  72:7
72:10
modified  32:21
35:11 40:24
modify  19:9 38:4
41:1 43:14 45:8,9
61:24 62:12 67:2,9
modifying  40:13
83:9
moment  14:11 53:5
80:16
moments  81:9
monetary  69:8
money  9:24
monica  16:20,21,24
17:2 58:9 59:1
months  19:16,19
22:5 23:17
moon  75:11
morganstern  5:2
morning  6:3
morphed  28:3
motion  2:2 15:13,22
15:25 32:5 38:10
39:23 41:8 46:7,11
46:13 65:11 68:22
68:23 69:14 71:14
71:15,20,21,24 72:2
72:4,7,9,16 74:6
83:6,14
motors  1:8,9 2:2
3:20 4:3 6:4,5 7:15
9:8 23:5 29:5,13
30:7,22 33:3,12
34:3 40:9 59:1
69:22 70:2,13 72:22
mouth  61:19
movant  73:18,24
movant's  73:9
move  15:21 28:11
31:19
moved  32:6
moves  40:10 71:20
mpa  41:13,14,18

mspa  38:12
mute  11:20,24 12:3

**n**

n  3:2 6:1 46:3 83:2
83:4 84:2
naftalis  3:10
namees  58:13
nationwide  78:25
natural  34:16 36:3
naturally  11:8
nature  34:4
necessarily  28:7
46:12
necessary  26:16
55:11,15,21 61:6
79:24
necessity  70:5
need  6:20 7:17 9:10
10:2,11 17:25 23:23
24:2 30:1 37:9
56:18 65:19 67:18
79:14
needed  48:18
needn't  40:3
needs  7:18 25:14
50:4 79:21
neither  68:12
network  23:7 30:13
42:10 57:20 70:18
never  10:3 21:13
24:19 32:5,6 64:24
nevertheless  8:20
new  1:3,17,17 3:6
3:14,20,22 4:3,14
5:12,14 6:16 7:9
10:10 13:15 14:1,17
19:22 20:3,16 23:5
24:20 29:4,13,15
30:7,13,14,18,22
31:4,25,25 32:11
33:3,12 36:4 39:22
40:10,11,17,20,21
40:25 41:3,4,5,14
41:15,17,20 42:7,14
42:16,19,20,25 43:5
43:6,7 44:21 45:2,5
45:6 49:19 51:3,16

[new - pause]

51:22,25 52:9,14
53:4,7,20,21,23,24
55:7,13 57:3,10
58:9,11,14 59:1,4,7
59:10,19 60:13,16
68:3,6,9,10 69:22
70:2,3 71:6 78:19
78:22 79:2,24 83:6
83:7
nice  27:14
night  80:21
nondebtor  14:17
35:23
nondebtors  14:17
46:25
nonexclusive  23:14
nonsoluble  34:18
normally  16:9
40:10 56:20
note  33:2 45:7
50:25 74:12
noted  44:25 46:11
54:4 57:24 59:21
74:4
notes  35:1 58:19
notice  28:2 60:16
notices  23:9
noting  57:2
notwithstanding
52:10
november  32:14
nuanced  76:2
nuova  11:11 37:15
ny  3:6,14,22 4:14
4:21 5:14 84:14

**o**

o  1:23 6:1 84:2
object  18:16
objected  10:21
objection  10:23
63:8
objectionable  64:22
objections  51:17
obligated  45:21
obligation  24:11,13
obligations  17:25

observations  58:12
obtain  64:14
obtained  72:10
obviously  48:15
74:15
october  1:19 17:25
31:23 32:7 39:4,7,8
39:19 42:6 65:16
69:24 78:12,20,24
78:25 84:16
offer  66:13
offered  41:24 80:5
office  5:11
official  3:11
oh  5:5 33:7
ohio  79:22
okay  6:22 7:10,16
10:14 22:9 35:15
61:15 81:15 82:1
old  4:20 7:8 30:13
37:8 40:17 41:13,16
41:16,20,23 84:12
once  33:9 54:25
58:6
one's  78:22
ones  80:13
operate  79:23
operated  32:1
operating  33:11
opinion  70:4
opponent  20:2
opponent's  20:15
opportunity  29:8
40:19 42:9 79:24
80:6,8,18
opposed  74:9
opposite  52:15
oral  27:15 45:25
52:17 61:7,8,10
68:21 71:20 83:14
orally  33:16
order  2:3 8:18 9:22
10:22 15:23 18:7,23
19:3,18,22 22:6
23:8 26:10 30:5,16
31:5 38:12,21 39:12
40:10,13 41:11,11

41:15,20 44:21 46:5
46:9,22 47:1,4
49:11,12 50:1 52:19
52:23,25 53:7,23
56:1,15,17,22,25
60:14,15 61:8 62:12
64:15 66:23 67:17
67:19 68:16,16,20
69:2,4 70:3,6 72:4
73:1,5 81:23 83:6
order's  60:20
ordered  80:25
orders  7:22 8:16
9:19,20 17:11 45:10
46:4,17,20 55:10
63:7
ordinarily  72:5
ordinary  74:1
organized  8:1
original  44:15
63:10 79:17
originally  41:22
49:6
outcome  18:4 37:14
46:6 78:7
outflow  34:16
outright  41:25
outstanding  34:1
overlay  32:22
overly  34:7
overmyer  73:2
overturn  20:25
overturning  63:11
owned  33:9
owner  42:19 43:3
oxford  4:2,8 6:17
6:17,22 7:13,13,14
7:16 8:3,3 11:20,22
12:1,4

**p**

p  3:2,2 6:1
p.m.  40:6,6 61:14
61:14 82:6
page  58:19 61:25
62:3 63:8 73:12,20
73:23 83:5

pages  26:4 27:22
46:10
palmdale  42:18,22
42:24 43:4
papers  11:1 17:18
24:16 26:13 28:3
61:7
paragraph  10:23
16:19 44:23 52:7
70:22
paraphrase  55:16
parcel  30:4
parenthetically
45:7
parentheticals
55:12
part  22:21 27:15
30:4,8 34:12 41:19
44:13 45:16 51:22
72:3 75:17
parte  9:6 77:22
partially  19:19
particular  7:25
8:18 10:23 47:19
48:3 51:19 58:5
67:24 78:1
particularly  46:24
51:8 55:3 57:23
58:8
parties  6:9 10:20
11:2,14 24:9,13
31:1 35:23 36:17
41:13 48:23 52:2
54:11 63:13 73:9
78:10
party  26:12 37:13
37:20 48:14 50:9
58:21 60:7 62:14
73:21 80:5
pass  14:24
passed  14:24 35:14
passes  24:20
passive  30:15 81:22
passum  8:5 27:7
pause  10:15 22:8,14
24:23 35:4 71:16,18

[payments - public]

payments  42:5
pending  61:5,8
  68:20,23 69:16 70:9
  71:10,14,21 72:5
  73:1,5 81:10 83:14
people  6:23,24,25
  32:3
peppercorn  75:19
perception  59:9
perform  34:13
period  29:12 81:21
permit  71:22 80:18
  83:15
petition  61:24 63:13
  63:16 64:11 70:11
  70:14 71:7
petrie  8:21 14:11
  17:10 46:23,23 47:1
ph  58:13
phone  6:23 7:11
  11:21
pick  26:9
place  20:12 33:14
  53:22 69:10,14
  71:17 80:2
plain  15:15 44:5
plainly  47:23 52:13
plan  9:22
plants  79:23
platform  40:12 83:8
play  15:8 79:3 80:8
pleading  77:17
please  6:4,20 7:2
  11:21 40:7 61:15
pled  62:16
plural  34:5
plus  37:24
pm  1:20
point  10:17 22:17
  34:2 46:11 53:20
  54:13 57:24 58:9
  59:4,20 61:12 66:19
  70:10 71:7,12 81:12
  82:3
pointed  10:19 12:6
  12:9 17:15 31:22
  62:18 64:3

points  8:22 58:10
  61:12
policy  20:18 28:5
  49:2
pontiac  75:4
portion  14:16 34:10
  80:7
posed  25:11
posit  9:4
position  18:12
  38:21 43:21 52:18
  58:22,23
positions  58:25 59:8
possess  12:12 36:9
possesses  14:8
possession  3:4
possibility  73:8
  76:3,18 77:10 78:3
  78:9
possible  39:17
  52:21 60:15
post  49:8
poster  8:14
potential  25:19
  78:12
potentially  25:23
power  48:7 55:5,9
  62:5 76:9
powerful  16:6
powers  36:19 62:19
  64:12 65:20
practical  69:2
practicing  63:22
prec  70:21
precedent  70:21
  71:3
preclude  45:4
predicate  61:6
  63:16
predicated  46:8
predictability  48:24
prejudice  48:14
  50:9 78:15,16
prejudicial  79:2
preliminary  6:5
prepared  28:7
  66:13

present  81:23
presentation  81:10
presentations  7:17
presented  12:13
  16:8,9,9 55:22 72:6
  72:19
presents  12:10
preserve  26:16
president  20:23
presumably  43:15
  45:15 53:25
pretty  50:5
prevail  45:14,18
prevailed  13:22,22
  45:12 47:16
prevent  43:1,14
prevents  48:1 58:21
previous  40:12
principally  48:5
principle  8:15
principles  59:16
private  73:19 78:15
  80:4,12
problems  58:18
procedural  54:9
procedure  24:21
  35:13 48:18 72:3,20
proceed  51:15
  53:21 57:7 78:24
proceeding  40:21
  40:22 46:7,13 48:3
  48:13 49:3,24 56:17
  57:3 58:22,24 71:20
proceedings  42:20
  44:12,16 46:6,15,18
  46:18 77:23 82:6
  84:5
proceeds  78:24
process  13:7 14:8
  18:10 21:21 22:21
  23:23 30:8 42:10,19
  45:12,14 49:9 51:11
  53:25 54:9 64:4
  70:15 74:8
program  78:25
prohibit  19:17

promised  31:25
  79:13
promoted  49:4
prong  44:20 74:5
prongs  15:9 69:16
pronouncement
  56:4
properly  61:21 63:3
  78:13
property  46:5
proposition  11:11
propriety  76:6
prosecute  68:25
prospective  49:5
protect  26:16 46:21
  55:11,15
protecting  70:5
protection  26:18
protects  36:18
protest  51:23
protested  31:19
proves  9:4 24:24
provide  9:20 24:4
  26:23 28:16 31:20
  34:23 45:10 50:19
  51:2 53:9 54:4
  59:22 60:17 77:5
provided  9:23 23:3
  29:4 40:19 42:4
  43:4 45:13 52:2
  53:9 60:5 75:1 80:9
provides  44:13
  47:25 50:21 57:25
  72:3 76:21
providing  43:6 47:7
  53:1,7 71:22
province  61:21,22
provision  10:8
  17:14 29:13,23
  36:18 51:1,4 58:2,7
provisions  10:2,4
  20:5 24:5 26:5
  28:23 32:25 39:10
  45:1 51:20 55:25
public  28:5 70:4,7
  70:16 73:11 78:14
  79:9,20 80:1,3,9,11

[public - removed]

Page 16

**80:13**
**purchase** 41:12
**purchased** 41:15
**purchaser** 23:7
  49:10 63:24
**purchasers** 49:5
  50:3 79:12
**purposely** 71:11
**purposes** 10:17
  14:21 23:14 29:11
  31:12 34:6 35:7,12
  35:12 48:6 51:20
**pursuant** 2:2 40:12
  40:17 41:14
**pursuing** 40:14
  83:10
**put** 23:16 25:25
  31:17 40:12 51:24
  55:12 56:8 70:13
  77:1,10,11 79:2
  80:2,7,19
**putting** 9:24 14:10
  61:19

**q**

**quacks** 64:21
**quarrel** 10:10
**quarter** 14:3
**quarters** 13:19,20
  13:21 33:8 75:3
**quasi** 53:13 54:9
**question** 10:7 12:10
  12:12,13,22,24 13:1
  14:21 15:16 16:7
  18:10,14 21:3,6,8
  21:10 27:17 35:6
  36:8,8,21 44:10
  53:15 57:5,16 58:4
  58:6 63:4 64:4
  66:17 67:13 68:2,2
  69:15 71:11 77:2
**questioning** 21:12
**questions** 16:8
  22:16 35:3 60:23
**quick** 24:3 39:23
**quickly** 39:17 48:19
  60:14 61:2

**quote** 11:2 23:25
**quoted** 10:1 26:13
  52:6 72:14 79:10
**quotes** 23:25 36:23
**quoting** 55:17 62:4

**r**

**r** 1:23 3:2 4:8 6:1
  83:4 84:2
**railroad** 55:18
**railway** 27:3
**raised** 13:3 17:10
  25:19 36:10
**raises** 54:7 67:18
**rally** 4:12,19 5:3 6:5
  7:9 9:8 12:18 17:24
  18:4,11 19:7 20:22
  21:11,13 29:12,18
  30:15 33:5 36:25
  38:5 40:10,16,19,22
  40:23 41:3,7 42:9
  42:11,18,19 43:3,5
  43:9,13,19 44:18
  45:4,14,24 47:12
  52:7,10,11,12,12
  53:12,24 57:2,13
  58:19 59:18,18 60:9
  62:1,11,16 63:15
  67:23 68:10 70:12
  71:20,23 75:2,17,20
  75:25 79:11 80:12
  80:24 83:6,14,16
**rally's** 12:16 29:17
  42:14,15 47:22
  51:13,16 61:24
  67:14
**read** 20:5 60:3
  70:22
**reading** 50:24
**real** 22:19 27:17
**really** 20:4 24:16
  28:8 68:22 75:15
**reargue** 69:18
**reargument** 60:22
  68:22
**reason** 10:1 18:16
  20:6,7 27:11 28:12
  28:13 30:4 35:20

  47:3 51:14,21 56:14
  66:2 67:1 59:69:14
  75:10 76:14 78:18
**reasonable** 52:18
  60:11
**reasonably** 60:14
**reasons** 15:15 26:17
  49:2 50:11 55:24
  59:21 60:13 61:6
  63:19 64:10 67:22
  68:15 81:3
**recall** 27:7
**recess** 40:2,5,6
  61:11,14
**recites** 24:15
**recognized** 30:17
**recognizing** 74:23
**record** 51:24 62:13
  81:4 84:5
**redress** 18:11 37:1
**refer** 40:10 41:21
  42:1 67:1,1 70:11
**reference** 81:13
**referral** 21:11
**referred** 26:24
  41:13 45:1
**refers** 8:5 24:2
**reform** 40:12 83:8
**refused** 17:3 39:8
  53:21
**reg** 1:4
**regard** 30:20 31:9
  32:16 34:9 57:11
  71:25
**regarded** 78:14
  80:10
**regarding** 38:18
**regardless** 13:10
**regular** 15:25
**reimbursement**
  26:25 27:1
**reinstate** 42:14,20
**reinstated** 23:6,12
  23:12 33:5,6 40:20
  42:16
**reinstatement**
  25:23 29:2 34:15,21

  42:9 45:19 71:1
**reinstating** 13:11
  43:12
**reject** 42:2 43:10
**rejected** 23:5 47:21
**rejection** 41:25
  70:25 74:24
**related** 8:13 14:11
  15:2,7 28:5 30:12
  39:2 44:16,18 47:11
  47:19 48:4
**relatedness** 48:12
  49:23
**relating** 24:14,15
  26:25 27:13 30:10
  30:10 44:10
**relations** 48:24
**relegated** 27:16
**relegating** 49:8
**relevance** 24:16
**relevant** 18:13
  44:13,14,19 46:4
  49:21 54:17 72:3
  75:4
**relied** 11:1
**relief** 9:10 16:17
  34:24 38:9 46:8
  57:10 69:5 71:13
  72:5,7,8,9,12
**relies** 44:21 49:11
**relocate** 42:21 43:3
**rely** 12:11 16:20,22
  16:23 17:6 48:25
**remain** 20:13 56:2
**remainder** 6:12
  66:11
**remedies** 9:2
**remedy** 25:3,5 29:7
  30:2 54:22 62:7
  75:1
**remember** 15:12
**remotedness** 49:23
**remoteness** 48:12
**removal** 12:13,17
  48:15
**removed** 48:14 50:9

[reply - see]

**reply**  16:4 21:7
  22:10 23:25 27:22
  35:15
**request**  42:11 61:7
**requested**  80:25,25
**require**  7:23 57:6
  75:21
**required**  20:20
**requirement**  74:2
**requirements**  7:21
**requires**  54:9
**res**  56:2 79:25
**reservation**  51:23
**residential**  73:13
**resolution**  25:13
**resolve**  38:16 44:23
  55:5
**resolved**  48:19
**resolving**  46:9
**respect**  17:1 33:8
  38:16 40:22 44:12
  44:24 45:15,22
  47:17 48:2 53:1,2
  59:25 60:1 63:4
  66:15,16 67:5,6,6
  72:15 74:8 75:9
**respectfully**  62:24
  67:2
**respective**  18:21
**respects**  38:14
  83:17
**responding**  51:16
**response**  8:7 36:21
**responses**  77:12
**restate**  55:12
**restrain**  16:24
**result**  14:22 21:14
  34:10 37:1 43:24
  45:17,18 63:7,20
**resulting**  46:17
**results**  25:6 75:16
**retail**  8:21 46:23,24
  47:1
**retain**  38:25 47:9
**retained**  44:22 45:3
  46:8

**retaining**  38:15
**retains**  38:10
**return**  25:8
**reversal**  77:8
**review**  8:24 9:8
  10:5 11:10,13 12:7
  13:5,7 14:6,7 15:4
  15:18 16:11 20:9,21
  21:3 22:1,2 24:4,15
  24:17,19,22 25:14
  25:15,16,21 26:1,8
  26:12,15,22,23,25
  27:1,12,19 28:14,15
  31:18,21 32:19,20
  33:20 36:14,20
  37:23,25 50:20,23
  51:2,14 53:13 54:3
  54:5 55:21 56:9
  59:12,17,23
**reviewed**  55:7,14
**rewrite**  53:10
**right**  6:4,11,15 7:2
  7:5,10,16 8:24 9:7
  10:9,11 11:10,24
  13:5,7 15:4 16:10
  17:13 19:6 20:2,9
  20:15 22:2,7 23:6,8
  24:11,17,20 25:3,22
  25:24 26:12,17,18
  29:21 32:23 33:11
  34:8 36:7 37:23
  38:1 40:1,1 41:1
  47:16,23 48:14 50:6
  50:16,23 51:14 52:8
  54:22 56:9 59:24
  60:12,22 66:6,8
  67:1,4 68:14,18
  69:12,25 70:1 71:6
  75:12 76:21,23,25
  78:5 82:4
**rights**  11:13 18:3,3
  19:23 23:22,22 32:2
  32:12,14 42:2 46:21
  46:25 49:12 51:2,7
  51:22,23 53:8 55:7
  55:11,13,15 64:6
  66:5 69:8

**rigid**  74:9
**rise**  6:2 68:11,12
**rises**  17:8 57:11
**road**  4:20 7:9 33:14
  84:12
**robert**  1:24
**rodenticide**  36:12
**routinely**  51:1
**rule**  11:3 31:9,12,12
  31:18 38:5 45:25
  52:6 55:4 59:25
  61:4 67:14 72:2,12
  72:14 73:6 74:9
  78:4
**ruled**  29:17 53:3
  58:1 69:3,19 71:4
**rules**  7:23 10:18,20
  10:22,24,25 11:8,16
  12:8 16:15 18:11
  19:10,19 20:20
  31:10,11,14,15
  37:12,17,18 51:16
  51:19,19 52:1,1,2,3
  52:6 72:19 81:17
**ruling**  20:4,22,24
  23:19 40:4 42:15
  56:3 60:10 62:6
  66:8 72:24 74:9,20
  75:14 76:5,21 79:18
  79:19
**rulings**  76:11 79:25
**run**  60:19
**running**  65:9

**s**

**s**  3:2,8 5:16 6:1
  12:20 83:4
**sale**  2:3 9:22 22:21
  30:5,8,16 38:21
  39:12 41:11,11,15
  41:20 46:4,5,14,20
  46:22 47:1,4 49:1,6
  49:7,8,9 56:1 66:23
  67:17,19
**sales**  21:21 34:2
  41:25 43:2 60:2
  79:12

**sanitation**  73:19
**santa**  16:20,21,24
  17:2 58:9 59:1
**sat**  10:20
**satisfactory**  73:22
**satisfied**  73:3
**satisfy**  74:5
**saturn**  32:1
**save**  76:25
**saying**  14:14 18:16
  19:25 26:5 35:21
  37:3,17 53:14 58:14
  63:25 65:10 67:19
  68:3,5,7 70:16,18
  70:22 79:7
**says**  8:16 10:2 11:6
  13:11,12,12 24:18
  24:21 30:24 31:18
  36:5 37:19 67:17,17
  79:14
**schedules**  34:12
**scheduling**  10:22
**scheme**  36:14 53:20
**scope**  59:17
**scott**  3:25 6:14
**seacarriers**  8:21
  46:22
**seats**  6:4 40:7 61:15
**second**  15:8 35:1
  37:7,14,18 46:19
  51:5 56:4 58:20
  59:9 64:22 65:3,13
  73:13,21,23 74:4
  78:17 80:18 81:19
**section**  24:5 26:1
  36:13 38:22 44:9,9
  44:13 46:3,15,17
  47:6,25 48:1 62:8
  62:10 70:6,23
**sections**  38:8 44:10
**securities**  56:23
**security**  72:13 74:2
**see**  7:17,24 8:5 9:3
  10:8,9 16:7 19:7
  21:2,2,6,19 22:6
  35:1 46:22 52:6
  58:18 59:15 73:2,11

[see - stayed]

**seeing** 8:19 64:11
**seek** 16:1,17,21
  17:13 24:11 25:5,23
  29:8 38:3,3,4 39:18
  42:9 61:5 62:14
  64:11,15,16 65:21
  65:22 67:9
**seeking** 31:13,14
  37:22 38:9 39:11
  43:13 57:6
**seeks** 15:13 46:7
  73:24
**seen** 20:8
**sense** 8:23 37:21
  68:21
**sep** 67:12
**separate** 20:4,18
  34:4 43:22 67:12
  79:18
**separately** 34:3
  60:3,4,6,11
**september** 39:15,16
**serious** 47:20
**seriously** 54:21
  74:16 77:2
**served** 80:1
**service** 41:25 60:2
**set** 20:20 33:21 61:6
  79:5
**sets** 39:5
**settle** 30:24 31:1
  60:13
**settled** 43:25 60:15
**settlement** 16:21
  17:4 30:23 57:7
  58:13
**seven** 23:13,18
  71:22 80:19 81:11
  81:14,18,21
**shape** 8:12
**sharret** 3:16
**shopping** 65:9
**short** 11:2 76:17
**shorthand** 76:1
**shot** 75:11

**show** 15:23 33:22
  72:9 73:21
**showing** 75:20,22
**shown** 9:13 78:7
**sic** 24:14 29:5
**side** 20:11
**sides** 7:19 8:23
  50:14 52:18
**sign** 17:3
**signed** 23:3 30:6,7
  40:18
**significant** 50:25
**silent** 11:13 12:7
  13:6 16:10,14 18:9
  37:15,16,17,22
  66:21 70:24
**similar** 72:18 74:14
**similarly** 28:2 46:2
  46:19 49:16
**simplify** 60:8
**simply** 20:21 67:16
  68:11
**singular** 34:6
**sir** 81:7
**sit** 71:17
**sits** 17:6
**situation** 9:5,8,9
  27:10
**situations** 24:10
  26:11
**six** 19:16,18 22:5
  23:17
**slice** 76:4
**slightly** 73:4
**slow** 50:3
**snail** 60:18
**snyder** 4:16 6:12
  7:5,7,20 8:9 9:11
  10:12,13,16 11:25
  12:4,5 13:14 14:5
  15:7,10 18:20 19:5
  19:7 20:6,19 22:9
  22:12 35:15,16
  60:24 61:2,3,4,13
  61:15,17 65:1,4
  66:2,15

**soft** 74:25
**sole** 14:14,18 16:25
  17:5 18:17 62:22
  63:5
**solely** 11:19 29:5
  35:12 60:8
**somebody's** 65:1
**soon** 39:22 40:4
**sorry** 7:7 12:2 31:7
  37:10,16
**sort** 36:4
**sought** 17:3 39:23
  57:10 62:11 80:13
**sound** 73:1
**source** 8:1 66:10
**southern** 1:3 5:12
**spalding** 3:19 6:14
**sparkle** 19:15
**sparse** 24:1
**speak** 21:20
**speaks** 19:3 38:2,21
  48:5
**species** 43:23 51:4
  77:4
**specific** 23:15 24:5
  24:12 28:23 57:19
  60:5
**specifically** 10:24
  12:16 23:1 26:14
  30:17,24 32:10 45:4
  63:12
**specified** 32:19
**spend** 26:4
**spent** 75:25
**st** 5:4
**stage** 37:24 65:15
**stand** 48:22 71:17
**standard** 26:6,8
  76:2
**standards** 48:9 59:7
  71:8,9 72:15
**start** 10:17 15:20
  50:25 74:15
**started** 15:20 69:9
  69:13
**starting** 61:25 63:8

**starts** 62:3
**state** 11:4 17:18
  21:12 42:25 48:2,3
  48:5,6 49:17 52:5
  56:17,18 62:14 67:6
  67:25
**stated** 12:15 15:15
  51:17 60:3 61:18
  66:23 72:24 73:4
**statement** 12:16
**statements** 57:13
  70:16
**states** 1:2,15 10:21
  10:24 11:1 20:7
  79:22
**statute** 12:18,25
  13:6,8 14:6,7 16:10
  16:14 17:20 18:2,9
  20:8 21:10,13,25
  22:24 23:6,20 24:1
  24:3,20,21 25:24,25
  26:9 28:16 31:3
  32:19 34:23 35:14
  36:11,12 37:8,15,15
  37:16,22 38:1 42:8
  44:8 50:23 51:6,8
  52:16 54:4 55:6,7
  55:13 62:15,15
  63:22 64:7 66:18
  67:8 70:23 77:1
**statutes** 26:23 37:10
  51:1 56:24
**statutory** 53:20
  79:4
**stay** 16:1 32:7 39:18
  61:5,8,11,16 64:14
  64:16 65:21,22
  66:13,14 68:15,20
  68:23 69:1,4,12,16
  70:9 71:9,10,14,21
  71:22 72:4 73:1,5,7
  73:10,11,25 78:11
  78:17,18 79:9,18
  80:17 81:10 83:14
**stayed** 29:10,11,14
  80:18

[staying - third]

**staying** 78:16 81:9
**steinberg** 3:24 6:11
  7:14 8:2 9:3 13:23
  18:20 22:11,15
  24:23 25:3,10 27:5
  27:8,23 29:15,20,22
  31:6,8 33:10 35:3,5
  35:21 38:1 68:18,19
  81:8,15,19 82:1
**steve** 7:1
**steven** 4:23 6:19 7:8
**stevens** 73:16 74:2
**stick** 56:1
**stiffs** 13:21
**stop** 69:7
**stops** 36:6
**straightforward**
  65:23
**streamlined** 23:23
  24:3 27:11
**street** 5:13 66:6
**strikes** 9:16
**strip** 33:16
**strong** 49:13,17
  64:5,6 75:22
**style** 20:15
**subject** 8:10,11
  12:9,12 20:15 27:1
  33:20 44:5,7,8,11
  44:19 45:8 46:1
  47:20 49:24 54:3
  56:12,14,18,20
  57:25 64:6,6 68:7
  76:7,8
**submissions** 7:24
**submitted** 16:13
  62:6,24 67:2,19
**subsection** 44:13
**subsequently** 22:22
  35:14 40:18 52:20
**substance** 43:19
  59:18
**substantial** 73:8,10
  76:3,18 77:9 78:3,9
  78:11
**substantially** 41:16

**substantive** 63:13
  63:15
**substituting** 55:17
  55:19
**succeeded** 75:17
**success** 69:17,19
  70:10 73:9 75:13,24
  76:1,4,17 78:4
**successful** 40:20
  47:12 64:13 67:23
  67:24 73:21
**successfully** 58:23
**sue** 17:15,16,19
  18:1 19:13,21 22:3
  29:4,19 33:1,15
  34:21 35:12 36:5
**suffer** 73:7,10 78:10
**suggest** 37:6,22
  67:20 78:2
**suggesting** 14:20
  18:13 19:20 20:24
  21:21 78:8
**suggestion** 47:22
**suggests** 18:7 49:14
**suit** 43:13 45:5
**suite** 4:5 84:13
**suits** 19:25
**summary** 65:15
**superior** 42:23
**supplemental** 71:19
**supporting** 59:18
**suppose** 13:21
  24:24,25
**supposed** 33:12
**supreme** 12:20 21:5
  55:4 63:9,11,20
  77:14
**sure** 11:22 25:3,15
  31:6,8 33:19 35:2
  59:6 77:11 78:13
  81:20,22
**surface** 69:23
**survival** 79:20
**survive** 28:23
**survives** 39:2
**swain** 73:17

**switchmen** 26:13
  27:3 55:3,17
**system** 75:16 79:3
  80:7

**t**

**t** 84:2,2
**table** 7:22,22
**taint** 34:9,17
**take** 13:9,18 23:14
  25:7 30:11 31:1
  38:20 40:2,3 49:16
  54:24 56:6 66:5
  69:7 74:15 75:22
  80:6
**taken** 33:25 56:6
  58:25
**takes** 36:4 72:18
**talk** 7:23 24:6 34:2
  34:4 69:16 75:24
  76:1 77:17
**talked** 26:19 79:17
**talking** 8:13 22:1
  34:6 75:15 76:9,19
  77:19,20
**talks** 27:12 64:20
**taxpayers** 79:21
**teachers** 64:22,23
  65:7
**technical** 76:2
**techs** 43:2
**telephonically** 3:17
  4:9 5:8 6:17
**tell** 9:6 77:16
**telling** 12:3 25:2
**temporarily** 56:8
**ten** 13:15 26:4
  33:13 61:11
**tentative** 20:14
**term** 12:15 19:8
  21:9,16
**terminate** 42:6
  47:14
**terminated** 31:25
  32:9 69:24
**termination** 2:4
  38:14,17,18 39:3
  41:21 43:15 44:24

  44:25 45:11,20,23
  54:24 72:8,10 74:21
  74:25
**terms** 11:10 38:11
  39:1 42:24 47:10,18
  49:7,11
**terribly** 72:15
**test** 74:6
**textural** 50:25
**thank** 12:5 22:12,13
  35:14,15 61:13,17
  81:9
**thanks** 39:24
**thereof** 52:6
**thereto** 47:11,19
**therewith** 38:13
**thing** 9:11 23:2
  28:18,20 70:8,14
  78:24 81:19
**things** 9:21 27:11
  32:18 42:4 78:8
**think** 8:3,12 10:16
  10:19 15:7,8,15
  19:4,24 22:15,18,19
  22:25 23:2,10 24:16
  24:18,18 25:18 26:2
  26:4 27:14,23,25
  28:10,12,16,21
  29:25 30:3,3,13,14
  30:21 31:22 32:8,8
  32:9,16 33:12,22
  35:5 47:20 48:16
  50:22 52:17 53:3,12
  53:22 54:14,20 55:2
  55:11,25 57:11,23
  58:8 59:4,12,22,23
  60:2,9 63:19 64:3
  66:21 67:22 68:13
  69:15,17,21 70:8
  74:13 75:9,15 76:16
  77:11 78:3,11 79:2
  79:8,11 80:1,14
  82:1
**thinking** 59:6
**third** 4:13 58:9
  66:20 78:10

[thomas - way]

**thomas** 26:14,19,24
27:6 36:10,11 55:3
55:16
**thompson** 36:23
**thought** 13:22,25
18:15,22 21:13
23:21 66:9 71:5
**three** 13:19,20,21
15:9,15,22 29:16
33:7 40:23 43:18
45:15 47:16 52:11
57:13 66:7,12 69:21
71:2 75:3
**thrive** 79:25
**throw** 27:17
**thumbs** 19:23,23
29:2 67:4,5
**ticking** 32:4 65:16
**tight** 23:15 48:19
51:11
**time** 9:24 19:18
21:24 22:10 29:12
48:19 60:18,19,20
61:12 63:23 64:15
71:12 75:7 79:17
81:12
**timely** 23:9 42:11
**times** 8:4 9:18
**timing** 39:14
**title** 35:19 36:13,20
37:24 44:16,17 48:4
48:5 49:12
**today** 28:8 69:18
75:14 81:9
**told** 9:14 16:1 23:13
**tonight** 74:21
**torrance** 4:6
**totally** 9:2 28:21,22
31:2
**transaction** 30:9
**transactions** 41:19
**transcribed** 2:25
**transcriber** 84:9
**transcript** 84:4
**transposes** 81:14
**trial** 48:14 50:6,8

**tried** 39:16 59:5
75:12
**tries** 33:15
**triggered** 42:22
**triggering** 77:12
**trouble** 8:19 64:19
**troubled** 20:13
**troubling** 13:4
**true** 36:7 84:5
**trump** 35:7 58:2,7
66:23
**trumped** 52:22,25
**trumps** 18:23 67:19
**truthfully** 66:3
**try** 18:25 20:3
22:16,17 23:20
31:17 32:7 33:17
35:8 37:20 66:3
69:18
**trying** 7:24 14:2,2,3
14:5 21:11 64:19
69:8
**turn** 6:9 8:8 18:22
44:3 61:23 75:23
**turner** 73:22 74:7
**turning** 44:3 50:13
**turns** 18:21
**two** 7:24 19:1 32:18
35:8,23 46:25 55:3
60:15 64:3 76:10
77:5
**twombly** 77:15
**type** 9:9 10:4 34:24
53:15 78:6,13
**types** 62:17 81:17
**typically** 9:21

**u**

**u** 83:4
**u.s.** 1:25 5:10,11
36:24 55:16 72:24
73:14,16,19
**u.s.c.** 2:2 10:8 12:10
16:22 17:7 18:15
44:8 46:3,15,16
47:25 57:15,16
**ultimately** 47:21
75:4

**umbrella** 44:4
**unanimous** 47:2
**unaware** 6:6
**uncertainty** 49:9
**unchallenged** 76:11
**unconstitutional**
25:24
**undercut** 49:21
**underlying** 54:1
60:12 63:13
**understand** 7:20
13:18 41:6 57:10
64:18 66:5 82:2
**understanding** 10:3
**understood** 13:16
15:10 30:15
**undisputed** 50:19
76:19
**undo** 62:15 75:2
**undone** 79:5
**undue** 62:9 70:12
**uneeda** 58:20
**unfair** 59:10
**unfortunate** 18:9
**unhappy** 14:16
37:20
**union** 36:23 37:5
**uniquely** 21:8
**united** 1:2,15
**unpunished** 39:15
**unsecured** 3:11
**unwarranted** 59:22
**unwinds** 79:2
**upset** 45:17
**use** 8:5 10:21 26:10
27:7 34:6 35:17
37:9 60:7,17,18
**uses** 34:5 62:1
**usual** 62:14
**usually** 67:8

**v**

**v** 36:23 59:7 63:9
64:22,23 73:12,19
77:15,15
**vacate** 19:9 20:25
38:4 43:14 59:13
62:12 67:1,9

**vacated** 40:24
**vacating** 40:13 44:1
83:9
**vacature** 37:25
**vaden** 12:19 16:4
21:5,7 37:6 63:9,12
63:20
**value** 49:10 63:24
**variety** 9:16
**various** 42:20 76:4
**vehicles** 29:13
**veritext** 84:11
**versus** 22:23 35:18
35:19
**victimized** 25:1
**victory** 43:20
**view** 52:13,23
**violated** 17:19
42:25 69:10
**violation** 19:12
25:12 32:25 41:5
43:8
**vis** 66:17,17
**vitality** 35:11

**w**

**wait** 78:23
**waiting** 32:13 40:8
**waive** 51:17
**waived** 68:7 81:5
**waiver** 51:22
**walks** 64:20
**want** 8:4,9,20 9:3
11:20 15:2,6 17:12
18:20 21:25,25
27:24 34:22,22 35:1
80:22 81:22
**wanted** 7:12 32:10
62:12
**wanting** 63:24
**wants** 69:6,7 70:10
**warrant** 48:8,9
59:16 71:10
**warranted** 60:12
**wars** 43:1
**wash** 80:12
**way** 8:12 36:23 38:5
51:7 53:6 57:10

[way - à]

| | |
|---|---|
| 59:25 60:22 66:14 75:20 77:3 80:2 | **work**  80:21 |
| **ways**  73:4 | **world**  48:21 |
| **we've**  32:12 39:6,19 68:7 | **write**  26:1,2 |
| **weil**  3:3 | **written**  26:20,24 |
| **weinfeld**  64:21 | **wrong**  9:17 26:22 54:22 59:4,15,15 65:2 77:2,25 78:2 |
| **welsh**  20:3 | |

**work**  80:21
**world**  48:21
**write**  26:1,2
**written**  26:20,24
**wrong**  9:17 26:22
  54:22 59:4,15,15
  65:2 77:2,25 78:2

59:25 60:22 66:14
  75:20 77:3 80:2
**ways**  73:4
**we've**  32:12 39:6,19
  68:7
**weil**  3:3
**weinfeld**  64:21
**welsh**  20:3
**went**  17:4 30:22
  39:22 77:5
**west**  5:4
**westpoint**  73:16
  74:2
**wilk**  4:11
**willfully**  36:19
**willing**  14:24
**willingness**  51:15
**win**  19:25 47:13
  80:7
**wind**  2:4 14:23
  17:14,23,23 18:6,17
  18:23 19:13,14,20
  22:20,20 23:4 28:13
  28:19,21 29:3,4,10
  29:10,13 30:6,6,16
  31:24 32:17,20,25
  34:5 35:7,11 38:8
  38:12,22 39:5,6,12
  41:22 42:3,8 43:8
  45:1,4 46:5 47:5,6
  53:2 59:2 63:7,17
  63:18 68:8 69:11
  81:21
**wisdom**  57:9
**wished**  56:5
**wishes**  45:17 47:15
  80:6
**wishing**  43:16
**wit**  12:13
**withdraw**  15:13
**wl**  73:14,16
**won**  13:19,20 33:7
  33:8 40:22 75:3,8,9
**wondering**  24:24
**word**  8:5
**words**  21:13 61:19
  77:11,16

---

**x**

**x**  1:5,13 83:2

---

**y**

**year**  37:8 41:7
  44:21 74:22 75:7
  79:1
**york**  1:3,17,17 3:6
  3:14,22 4:14 5:12
  5:14 7:9 49:19 68:3
  68:6,9,10

---

**à**

**à**  66:17