# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
        f/k/a General Motors Corp., et al.          :      Chapter 11
                                                    :      Case No. 09-50026 (REG)
                                                    :      (Jointly Administered)
                     Debtors.                       :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

2. On October 8, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 7219] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

/s/Kimberly Murray
Kimberly Murray

Sworn to before me this 8th day of
October, 2010
/s/ Florence L. Robinson
Florence L. Robinson
Notary Public State of New York
No. 01R06142774
Qualified in Queens County
Commission Expires March 20, 2014

# EXHIBIT A

**TRANSFEROR**

The Royal Bank of Scotland PLC
Attn: Matthew Rosencrans
600 Washington Blvd.
Stamford, CT 06901

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

**TRANSFEREE**

Avenue Special Situations Fund V, L.P.
c/o Avenue Capital Group
Attn: David Leinwand
399 Park Avenue 6th Floor
New York, NY 10022

Avenue Special Situations Fund V, L.P.
535 Madison Avenue
New York, NY 10022