# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | TEL-X CORPORATION<br>32400 FORD ROAD<br>GARDEN CITY, MI, 48135 |
| Claim Number (if known): | 305 |
| Date Claim Filed: | 6/23/2009 |
| Total Amount of Claim Filed: | $964.00 |

(stamped: OCT - 4 2010)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-27-10

Signature: Tammy Carol

Print Name: TAMMY CAROL

Title (if applicable): OFFICE MANAGER

---

## DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639