# EXHIBIT Y

**Contact** American Arbitration Association
2200 Century Parkway
Suite 300
Atlanta, GA 30345
telephone: 404-325-0101   facsimile: 404-325-8034

# Dale A. Crawford, Esq.

**Profession**   Visiting Judge

**Work History**   Visiting Judge, Ohio Supreme Court; Partner, Shumaker Loop and Kendrick, 2006-07; Judge, Franklin County Common Pleas Court, 1983-06; Judge, Franklin County Municipal Court, 1980-83.

**Experience**   Served as an elected general jurisdiction judge for almost 30 years. Currently serving as a visiting judge assigned by the Ohio Supreme Court to hear civil and criminal cases through the state of Ohio. During the past 30 years, was assigned over 30,000 cases both criminal and civil. At least 10,000 have been significant civil cases. Presided over more than 800 jury trials, 2,500 no-jury cases. Presided over cases involving contract disputes; professional corporation disputes; product liability; professional liability including medical, dental and legal malpractice; election disputes; land disputes; appropriation matters; non-competition matters and personal injury cases.

**Alternative Dispute Resolution Training**   AAA Arbitration Fundamentals and Best Practices for New Arbitrators, 2009; FINRA Training, 2007.

**Professional Licenses**   Admitted to the Bar, Ohio.

**Professional Associations**   Ohio State Bar Association; Columbus Bar Association; Common Pleas Judges Association; Ohio Judicial Conference.

**Education**   Ohio State University (BS-1965; JD-1968).

**Publications and Speaking Engagements**   Assigned to sit on various courts of appeal in the state of Ohio and have been a part of numerous written decisions. Authored reported decisions include: Physicians' Services v Willoughby (1987) 37 Ohio App. 130 (dissenting opinion); Columbus v State Employment Relations Bd. (1985) 29 Ohio Misc. 25; Columbus Motor Car v Textile-Tech (1981) 68 Ohio Misc. 25; Kimble v Universal TV Rentals, Inc. (1981) 65 Ohio Misc 17. In addition, has written thousands of opinions on various motions and findings of fact that have not been published.

*Dale A. Crawford, Esq.*
*156629*

Has spoken for the Ohio Judicial College, Ohio State Bar Association, Columbus Bar Association, National Judicial College the Ohio Judicial College and various bar associations on numerous legal subjects over 50 times. In addition, has been the featured speaker for the Michigan Bar Association (litigation section) and the Chiropractors Insurance Company, both in Las Vegas. Subject has been persuasion in the courtroom. Also in the past has been the chief legal correspondent for WTVN radio in Columbus.

**Compensation**
Preparation time charged at    Redacted    Redacted. No charge for travel time. Full expenses to be reimbursed. Cancellation policy: if one month's notice given, no charge incurred, otherwise a cancellation fee will apply.

**Citizenship** United States of America

**Locale** Columbus, OH

*Dale A. Crawford, Esq.*
*156629*