[Caption:] of New York

Lisa Gross,
  Claimant.

09-50026

Motors Liquidation Co.
(F.K.A. GM)

RECEIVED OCT - 4 2010

## Objection to Debtors Proposed Plan

Due to the fact that I have an unsecured claim against the debtars filed if the appeals ~~circuit~~ court of Colorado (10th Circuit) I object to any actions in the proposed plan ~~to avoid responsibility~~ of the debtars to avoid responsibility of any relief the 10th Circuit would deem

in my favor as an award for the claim pending for the following reasons.

1. June 1 of 2009 the debtors filed for bankruptcy protection under the Chapter 11 Code. Notices were mailed out, televised, and broadcast by radio and local newspapers. The debtors also notified merely any and all potential debtors or claimants with secured and unsecured claims of the Automatic Stay imposed due to their fillings. On Sept of 2009 a date to file a claim was set by this court and notices went out again, regarding the time frame of which to file a claim.
(a) I never recieved this particular notice.
(b) I filed ~~an a~~ timely objection (due to hopelessness) to the Plan of 2009 by the required deadline docket # 2248

2. I was not allowed to file a claim because I missed the deadline to do so because I did not receive the notice due to mailing errors. ~~~~

3. My claim is an unsecured claim that is pending in the 10th Circuit Court of appeals Case # 08-3236.

4. After listening to a notice on television by Mr. Whitacre the then CEO of General Motors claiming that G.M. was out of bankruptcy and had paid all their debts ans many other Americans and people all over the world also heard and saw because of this commercial. I then notified the 10th Circuit after much thought regarding the automatic stay imposed on the case I have pending in their Court that had been fully breifed prior to the filing of this B.R. case. The 10th Circuit explained that they had no jurasdiction over the case and directed me to B.R.C. SDNY after the debtors appeal to my motion on the 10th Circuit regarding relief from the automatic stay.

At the direction of the 10th Circuit, I then approached B.R.C.S.D.N.Y. regarding relief from the automatic stay. Again, the debtors objected to my request because they claimed I did not file a timely claim eventhough I had filed an objection (which is a claim) to the plan in the begining in 2009 docket #2248. I believe the court also denied my request because of my failure to attend a telephonic conference due to unforseen circumstances set by the court at my request. Of which I notified the court as soon as I could regarding my absence however the court then after my notification requested the parties to file an objection if we did not agree with the courts decision and a proposed order. This I also did in a timely fassion and with future reference.

5. I've notified the court of my financial burdons and hardship due to the injustices I've suffered due to loosing my job and this court and the 10th Circuit have given and granted me relief in my filings

and I ask the court to continue to do so because my situation and medical condition has not gotten any better infact they have been worse. It has been that of Gods ~~love~~, grace and mercy that has sustained me during these times.

Thank you for the opportunity to address these issues before the court and I pray that the court would grant me favor and mercy regarding my request and grant my request and further continue to grant the grace and favor regarding my filings and notify all interested parties regarding this objection.

Respectfully Submitted

Lisa P. Gross
4460 No 43rd Terrace #204
Kansas City Mo. 64117
816 756 4660
lisagross5@aol.com
9/28/2010

The above address is the address for all notification purposes for the court and defendants or debtors.