29 September 2010

The Garden City Group Inc, Attn: Motors Liquidation Company Balloting Center
   PO Box 9386, Dublin OH  43017-4286
Clerk of the Bankruptcy Court, One Bowling Green, New York NY  10004-1408
Attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Ave, NYC 10153
   Attn:  Harvey R Miller Esq, Stephen Karotkin Esq, Joseph Smolinsky Esq
the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Ste 1400,
   Detroit MI  48243, Attn: Lawrence Buonomo Esq
Cadwalader, Wickersham & Taft LLP, attorneys for USDept of Treasury, One World
   Financial Center, NYC 10281, Attn: John Rapisardi Esq
USDept of the Treasury, 1500 Pennsylvania Ave, Room 2312, Washington DC
   Attn Joseph Samarias Esq
Vedder Price PC, attorneys for Export Development Canada, 1633 Broadway, 47th
   Floor, NYC 10019, Attn: Michael Edelman Esq, Michael Schein Esq
Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of
   unsecured creditors, 1177 Avenue of the Americas, NYC 10036,
   attn: Thomas Mayer Esq, Robert Schmidt Esq, Lauren Macksoud Esq and
   Jennifer Sharret Esq
Office of the USTrustee for the Southern District of NY, 33 Whitehall St, 21st floor,
   NYC 10004, attn: Tracy Davis Esq
USAttorney's Office, SDNY, 86 Chambers St, 3rd Floor, NYC 10007, attn David Jones
   Esq, Natalie Kuehler Esq
Caplin & Drysdale, chartered, attorneys for the official committee of unsecured creditors
   holding asbestos-related claims, 375 Park Ave, 35th floor, NYC 10152-3500, attn
   Elihu Inselbuch Esq, Rita Tobin Esq
Caplin & Drysdale, One Thomas Circle NY, Ste 1100, Washington DC 20005, attn
   Trevor Swett Esq, Kevin Maclay Esq
Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for
   Dean Trafelet in his capacity as the legal representative for future asbestos personal
   injury claimants, 2323 Bryan St, Suite 2200, Dallas TX 75201, attn Sander Esserman
   Esq, Robert Brousseau Esq
et al

I object to the approval of Chapter 11 Case No 09-50026 (REG) (Jointly Administered)
of Motors Liquidation Company et al, f/k/a General Motors Corp et al, debtors because I
purchased 150 shares of General Motors stock which has become worthless.

I purchased 150 shares believing that General Motors stock was a good investment.  The
US government thought so, too, because GM received bailout money.  So why should
individual stockholders now have their investments worth zero?  I object to this action.

*Mary M Smith*

Mary M Smith
3512 Michigan Ave, Elmira NY  14903-1107

OCT - 4 2010