1527 Flanders Road, Apt. 107
Jacksonville, Florida 32207
September 28, 2010

Honorable Robert E. Gerber
Bankruptcy Court Room 621
One Bowling Green
New York, New York 10004-1408

Dear Judge Gerber,

I am age 85 + have never written to a judge before. However, I feel you need to know how the GENERAL MOTORS bankruptcy has devastated so many people.

When my mother died in 1977, I invested my inheritance + savings in GM stock (eventually reaching 1000 shares) which was then considered safe for "orphans + widows."

My husband, Milton C. Hillhouse, did the same. When he passed away at age 88 in January 2009, I became trustee of his shares (1200). He was a veteran who served 38 months in the Air Corps during WWII + a Civil Service employee until his retirement.

Imagine our horror when our "safe investment" set aside for our old age + possible nursing home care was given away by our country's leaders. Now GM has sufficient money to purchase another company + to donate to politics.

The ethics involved is very upsetting as it must be to other honest, hard working + trusting Americans.

Thank you.

Respectfully yours,
Gladys S. Hillhouse

a copy of this letter has been sent to President Obama.