**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** :
: **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
      f/k/a General Motors Corp., *et al.* :
: 
            Debtors. : (Jointly Administered)
---------------------------------------------------------------x

# MOTION OF JEFFREY J. JONES
# FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey J. Jones, a member in good standing of the bar of the State of Ohio, request admission, *pro hac vice*, to represent General Motors LLC in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Jeffrey J. Jones<br>JONES DAY<br>P.O. BOX 165017<br>Columbus, Ohio 43216-5017 |
| Street Address: | JONES DAY<br>325 John H. McConnell Boulevard<br>Suite 600<br>Columbus, Ohio 43215 |
| Telephone: | (614) 469-3939 |
| E-mail: | jjjones@jonesday.com |

COI-1447471v1

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 8, 2010
      New York, New York

                                         Respectfully submitted,

                                         /s/  Jeffrey J. Jones
                                         Jeffrey J. Jones
                                           Ohio Bar No. 0030059
                                           JONES DAY
                                           325 John H. McConnell Boulevard
                                           Suite 600
                                           Columbus, Ohio  43215
                                           Telephone:  (614) 469-3939
                                           Facsimile:  (614) 461-4198

                                           MAILING ADDRESS:

                                           P.O. BOX 165017
                                           Columbus, Ohio 43216-5017

                                           ATTORNEYS FOR GENERAL MOTORS LLC

## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :   **09-50026 (REG)**
     f/k/a General Motors Corp., *et al.*                   :
                                                            :
                    **Debtors.**                            :   **(Jointly Administered)**
------------------------------------------------------------x

## ORDER ADMITTING
## JEFFREY J. JONES TO PRACTICE, *PRO HAC VICE*

Jeffrey J. Jones, a member in good standing of the bar of the State of Ohio, having requested admission, *pro hac vice*, to represent General Motors LLC in the above-captioned chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Jeffrey J. Jones is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         _____, 2010
                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

COI-1447471v1