**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :
                                                               :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, et al.,                            :    Case No. 09-50026 (REG)
       f/k/a General Motors Corp., et al.                      :
                                                               :
                         Debtors.                              :    (Jointly Administered)
---------------------------------------------------------------x
```

## MOTION OF DAVID G. RADLAUER
## FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David G. Radlauer, a member in good standing of the bar of the State of Louisiana, request admission, *pro hac vice*, to represent General Motors LLC in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | David G. Radlauer<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, Louisiana  70170 |
| Street Address: | Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, Louisiana  70170 |
| Telephone: | 504-582-8210 |
| E-mail: | dradlauer@joneswalker.com |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 8, 2010
New Orleans, Louisiana

Respectfully submitted,

/s/ *David G. Radlauer*_____
DAVID G. RADLAUER (LA 11058)
THOMAS A. CASEY, JR. (LA 01291)
Jones, Walker, Waechter, Poitevent
  Carrere & Denegre, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8518
Facsimile: (504) 589-8518
E-mail:  dradlauer@joneswalker.com
E-mail:  tcaseyjr@joneswalker.com

ATTORNEYS FOR GENERAL MOTORS LLC

## **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, et al.,                          :   Case No. 09-50026 (REG)
       f/k/a General Motors Corp., et al.                    :
                                                             :
                         Debtors.                            :   (Jointly Administered)
-------------------------------------------------------------x
```

**ORDER ADMITTING**
**DAVID G. RADLAUER TO PRACTICE, *PRO HAC VICE***

David G. Radlauer, a member in good standing of the bar of the State of Louisiana, having requested admission, *pro hac vice*, to represent General Motors LLC in the above-captioned chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. David G. Radlauer is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           _____, 2010

                                                      _____
                                                      UNITED STATES BANKRUPTCY JUDGE

{N2212914.1}COI-1447471v1