**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :        Chapter 11
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :        Case No. 09-50026 (REG)
        f/k/a General Motors Corp., et al.                 :
                                                           :
                        Debtors.                           :        (Jointly Administered)
-----------------------------------------------------------x
```

# MOTION OF THOMAS A. CASEY, JR.
# FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas A. Casey, Jr., a member in good standing of the bar of the State of Louisiana, request admission, *pro hac vice*, to represent General Motors LLC in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Thomas A. Casey, Jr. |
| | Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. |
| | 201 St. Charles Avenue, 49th Floor |
| | New Orleans, Louisiana  70170 |
| Street Address: | Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. |
| | 201 St. Charles Avenue, 49th Floor |
| | New Orleans, Louisiana  70170 |
| Telephone: | 504-582-8294 |
| E-mail: | tcaseyjr@joneswalker.com |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 8,010
       New Orleans, Louisiana

                     Respectfully submitted,

                     /s/ *Thomas A. Casey, Jr.* _____
                     DAVID G. RADLAUER (LA 11058)
                     THOMAS A. CASEY, JR. (LA 01291)
                     Jones, Walker, Waechter, Poitevent
                       Carrere & Denegre, LLP
                     201 St. Charles Avenue, Suite 5100
                     New Orleans, Louisiana 70170-5100
                     Telephone: (504) 582-8518
                     Facsimile: (504) 589-8518
                     E-mail:  dradlauer@joneswalker.com
                     E-mail:  tcaseyjr@joneswalker.com

                     ATTORNEYS FOR GENERAL MOTORS LLC

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                      :
:                      **Chapter 11**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,                      :      **Case No. 09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*    :
:
        **Debtors.**    :      **(Jointly Administered)**
---------------------------------------------------------------x

## ORDER ADMITTING
## THOMAS A. CASEY, JR. TO PRACTICE, *PRO HAC VICE*

Thomas A. Casey, Jr., a member in good standing of the bar of the State of Louisiana, having requested admission, *pro hac vice*, to represent General Motors LLC in the above-captioned chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Thomas A. Casey, Jr. is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       _____, 2010

                                            UNITED STATES BANKRUPTCY JUDGE

{N2212913.1}COI-1447471v1