UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

<u>WITHDRAWAL OF CLAIM</u>

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | SCREENVISION CINEMA NETWORK LLC <br> 1411 BROADWAY, FL 33 <br> NEW YORK, NY, 10018 |
| Claim Number (if known): | 37040 |
| Date Claim Filed: | 11/20/2009 |
| Total Amount of Claim Filed: | $1,250,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/23/10

Print Name: CFO - JEREMY SHARP

Title (if applicable): _____

---

DEFINITIONS