**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                              :         Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.*,           :         Case No. 09-50026 (REG)
    f/k/a **General Motors Corp.**, *et al.*          :
                                                   :
           Debtors.                       :         (Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on October 8, 2010, I caused to be served true and correct copies of letter from Arthur J. Steinberg, dated October 8, 2010, to Honorable Robert E. Gerber annexing new proposed orders (clean and redlined drafts previously submitted by New GM), by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email and/or overnight mail delivery at the last known addresses as indicated on Exhibit A.

Dated: October 11, 2010
      New York, New York

                                                 Respectfully submitted,

                                                 /s/ Scott Davidson
                                                 Arthur Steinberg
                                                 Scott Davidson
                                                 KING & SPALDING LLP
                                                 1185 Avenue of the Americas
                                                 New York, New York 10036
                                                 Telephone: (212) 556-2100
                                                 Facsimile: (212) 556-2222
                                                 Attorneys for General Motors LLC
                                                 f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  Ted Stenger
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.
tmayer@kramerlevin.com
Robert Schmidt, Esq.
rschmidt@kramerlevin.com
Lauren Macksoud, Esq.
lmacksoud@kramerlevin.com
Jennifer Sharret, Esq.
jsharret@kramerlevin.com
Ann Caton, Esq.
acaton@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  Trevor W. Swett III, Esq.
tws@capdale.com
Kevin C. Maclay, Esq.
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  Elihu Inselbuch, Esq.
ei@capdale.com
Rita C. Tobin, Esq.
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  Sander L. Esserman, Esq.
esserman@sbep-law.com
Robert T. Brousseau, Esq.
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  David S. Jones, Esq.
david.jones6@usdoj.gov

**Christopher M. DeVito**
Morganstern, MacAdams & DeVito Co., L.R.A.
623 West Saint Clair Avenue
Cleveland, OH  44113-1204
devitolaw@yahoo.com;
cdevito@mmd-law.com

**Gregory J. Ferruzzo**
Ferruzzo & Ferruzzo LLP
3737 Birch Street - Suite 400
Newport Beach, CA  92660
gferruzzo@ferruzzo.com

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
        Tracey Hope Davis, Esq.

**Eric J. Snyder, Esq.**
Wilk Auslander LLP
675 Third Avenue
New York, New York 10017
esnyder@wilkauslander.com

**Steven Blatt, Esq.**
Bellavia Gentile & Associates
200 Old Country Road
Suite 400
Mineola, New York  11501
sblatt@dealerlaw.com

**Greg R. Oxford, Esq**.
Isaacs Clouse Crose & Oxford LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
goxford@icclawfirm.com'