# **EXHIBIT 3**

LAW OFFICES OF
## GAVIN W. MURPHY, PLLC
2722 THIRD AVENUE NORTH, SUITE 400
BILLINGS, MONTANA 59101
PHONE: 406.294.0200
FAX: 406.248.4770
EMAIL: GAVIN@GAVINMURPHYLAW.COM

July 23, 2010

Motors Liquidation Company
201 Cedar Springs Road, Suite 1100
Dallas, TX 75201
ATTN: ADR Claims Team

RE: **In re Motors Liquidation Company, et al. ("Debtors")
Case No. 09-50026 (REG) - Capping Claim Letter**

Dear Motors Liquidation Company,

By this letter, I, the undersigned, am the attorney for the below-referenced claimants, and hereby submit my clients' claims to the capping procedures established in the Order pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (the "ADR Procedures") entered by the United States Bankruptcy Court for the Southern District of New York on February 23, 2010.

Accordingly, my clients hereby propose to cap their claims at the amount specified below (the "Claim Amount Cap").

| Claimant | Proof of Claim No. | Original Filed Amount | Claim Amount Cap |
|---|---|---|---|
| 1. Estate of Tyler Junso | | | $3,600,451.79 |
| 2. Kevin Junso | | | $5,355,204.19 |
| 3. Niki Junso | | | $1,000,000.00 |
| 4. Matthew Junso | | | $600,000.00 |
| 5. Cole Junso | | | $400,000.00 |

Motors Liquidation Company
July 23, 2010
Page 2

      The Junsos understand and agree that the Claim Amount Cap includes all damages and relief to which they believe they are entitled, including all interest, taxes, attorney's fees, other fees, and costs. If the Claim Amount Cap is accepted by Debtors, I understand that I am required to submit my claim to the ADR Procedures and acknowledge that my claim may be a "Designated Claim" as such term is used under the ADR Procedures.

                              Very truly yours,

                              Law Offices of Gavin W. Murphy, PLLC

By

                              Gavin W. Murphy, Esq.
                              Attorney for Junsos
Address                  2722 3rd Avenue North, STE 400
                              Billings, Montana 59101

cc:      Pablo Falabella, Esq.
          Weil, Gotshal & Manges LLP
          767 Fifth Avenue
          New York, NY 10153
          pablo.falabella@weil.com