**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
**MOTORS LIQUIDATON COMPANY,** *et al.,*            :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.,*   :
                                                    :
                            **Debtors.**            :        **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

County of Cook          )
                        )
State of Illinois       )

        I, Steve Jakubowski, hereby swear and affirm that the following is true to the best of my

knowledge, information, and belief:

        1.        I am an attorney with The Coleman Law Firm and counsel to Kevin Junso, Nikki

Junso, Matt Junso, Cole Junso, and the estate of Tyler Junso (collectively, the "**Junsos**") in the

above-captioned proceeding.  Our business address is 77 W. Wacker Drive, Suite 4800, Chicago,

Illinois 60601.

        2.        On October 12, 2010, I caused a true and correct copy of this affidavit and the

following additional documents to be served (A) by e-mail on the parties identified on **Exhibit A**

annexed hereto (*i.e.,* the persons on the Master Service List with confirmed email addresses), (B)

by first class mail (postage prepaid, deposited in the US Mail at 77 W. Wacker Drive, Chicago,

IL 60601, before 4:00 p.m (CDT)) and email delivery to the parties identified on **Exhibit B**

annexed hereto (*i.e.,* the 11 leading notice parties from the Court's *Order Establishing Notice*

*and Case Management Procedures*), (C) by first class mail (postage prepaid, deposited in the US

Mail at 77 W. Wacker Drive, Chicago, IL 60601, before 4:00 p.m (CDT)) to the parties

identified on **Exhibit C** annexed hereto (*i.e.,* the persons on the Master Service List without

confirmed email addresses), and (d) by facsimile to the Office of the United States Trustee, Attn:

Tracy Hope Davis, (212) 668-2255:

- **MOTION OF THE JUNSOS TO BE DEEMED TO HAVE FILED AN INFORMAL PROOF OF CLAIM OR, ALTERNATIVELY, FOR LEAVE TO LATE FILE A PROOF OF CLAIM**

- **NOTICE OF HEARING ON MOTION OF THE JUNSOS TO BE DEEMED TO HAVE FILED AN INFORMAL PROOF OF CLAIM OR, ALTERNATIVELY, FOR LEAVE TO LATE FILE A PROOF OF CLAIM**

I declare the foregoing true and correct to the best of my knowledge, information, and

belief.

Dated: October 12, 2010                          _____
      Chcago, Illinois                                        Steve Jakubowski

Subscribed to and Sworn Before Me
On this 12th Day of October, 2010

_____
Notary Public