Jochen Baderschneider
Veichtederpointweg 33
84036 Landshut
Germany

1 Oct 2010

The Clerk of the
Bankruptcy Court
One Bowling Green
New York
New York 1004-1408

Chapter 11 Case No 09-50026 (REG)

Dear Sir or Madam

As Holder of Claims against General Motors I received Notice of Hearing to consider Approval of Debtors' Proposed Disclosure Statement with respect to debtors' joint Chapter 11 plan.

Name and address of objecting party as above.

Amount and nature of claim:
General Motors EO Notes 2003(33) worth 5600 Euro
Claims Register 1115 and 43884 on www.motorsliquidation.com
(identification papers sent as copies to The Garden City Group Inc on Nov 16, 2009, see enclosure)

Objection:
As I am a private shareholder of General Motors without any clout and without knowledge of American bancruptcy procedures as well as without the necessary internet knowledge to conform to the electronic filing process, the only response and objection that I can have and wish to express are that
I definitely object to General Motors getting away with the money I lent them without any recompense for people like me who put their trust in the honourable behaviour of such a big company.

I hope that the Hearing will be to that effect.

Yours sincerely

*[signature]*

RECEIVED
OCT - 5 2010

Jochen Baderschneider
Veichtederpointweg 33
84036 Landshut
Germany

Tel  0049 871 42855
email jbaderschneider@hotmail.com

16 Nov 2009

The Garden City Group Inc
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286
USA

Dear Sirs

My bank .comdirect where my General Motors Corp EO-Notes 2003(33) are stored, has informed me that a demand for topicality or renewal of my claim in Chapter 11 procedures has been issued. They advise me to send a filled in Proof of Claim and a record of the outstanding debt to you before November 30.

Please find enclosed the filled in Proof of Claim,
copy of the EO Notes purchase
copy of the bank's statement of the current value on June 1, 2009.

I also enclose copy of the bank's information of November 2,
an internet listing of my claim,
copy of my passport as proof of signature and identification.

Please do not hesitate to contact me should there be any problems and you should need anything further.

Yours sincerely


Jochen Baderschneider


6 enclosures