UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                                        :

In re                                                          :        Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al*.,  :        09-50026 (REG)
      f/k/a General Motors Corp., *et al*.        :

                    Debtors.             :
-------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Margie T. Karl, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Paul Hansen, a _____ in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 1, 2010
Berea, Ohio

                                                                             _____
                                                                             Margie T. Karl
                                                                             Attorney Reg. No. 0075952
                                                                             KARL & SMITH
                                                                             Attorneys at Law
                                                                             493 Front Street
                                                                             Berea, Ohio 44017
                                                                              karlrooneysmith@aol.com
                                                                             (P) (440) 891-8320
                                                                             (F) (440) 891-9317

                                                                             Attorney for Paul Hansen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re                                                        :       Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,      :       09-50026 (REG)
    f/k/a General Motors Corp., *et al*.                :
                                                             :
               Debtors.                      :
------------------------------------------------------------ x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Margie T. Karl, to be admitted, ***pro hac vice***, to represent Paul Hansen, (the "Client") a _____ in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio, it is hereby

      **ORDERED**, that Margie T. Karl, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York                                  /s/ _____
                                                                            UNITED STATES BANRUPTCY JUDGE