**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
In re                                              :         Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**      :         Case No. 09-50026 (REG)
       f/k/a **General Motors Corp.,** *et al.*    :
                                                   :
                   **Debtors.**                    :         (Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on October 12, 2010, I caused to be served true and correct copies of Notice of Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company and Leson Chevrolet Company, Inc., *via* electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email and/or overnight mail delivery at the last known addresses as indicated on Exhibit A.

Dated: October 13, 2010
       New York, New York

                                           Respectfully submitted,

                                           /s/ Scott Davidson
                                           Arthur Steinberg
                                           Scott Davidson
                                           KING & SPALDING LLP
                                           1185 Avenue of the Americas
                                           New York, New York  10036
                                           Telephone:  (212) 556-2100
                                           Facsimile:  (212) 556-2222
                                           Attorneys for General Motors LLC
                                           f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  Ted Stenger
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.
tmayer@kramerlevin.com
Robert Schmidt, Esq.
rschmidt@kramerlevin.com
Lauren Macksoud, Esq.
lmacksoud@kramerlevin.com
Jennifer Sharret, Esq.
jsharret@kramerlevin.com
Ann Caton, Esq.
acaton@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  Trevor W. Swett III, Esq.
tws@capdale.com
Kevin C. Maclay, Esq.
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  Elihu Inselbuch, Esq.
ei@capdale.com
Rita C. Tobin, Esq.
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  Sander L. Esserman, Esq.
esserman@sbep-law.com
Robert T. Brousseau, Esq.
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  David S. Jones, Esq.
david.jones6@usdoj.gov

**Christopher M. DeVito**
Morganstern, MacAdams & DeVito Co., L.R.A.
623 West Saint Clair Avenue
Cleveland, OH  44113-1204
devitolaw@yahoo.com;
cdevito@mmd-law.com

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams, Esq.
       Tracey Hope Davis, Esq.

Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170
**Attn: David G. Radlauer, Esq.**
dradlauer@joneswalker.com
**Attn: Thomas A. Casey, Jr., Esq.**
tcaseyjr@joneswalker.com

**Jeffrey J. Jones, Esq.**
Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, OH  43215
jjjones@jonesday.com

**Edwin A. Stoutz, Jr.**
Stoutz & Stoutz
3606 Canal Street, #A
New Orland, LA  70119-6142
winnstoutz@aol.com

**Johnny L. Domiano, Jr., Esq.**
701 Poydras Street
Ste 4500
New Orleans, LA  70139
jdomiano@arlaw.com