UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a General Motors Corp., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

_____

## CERTIFICATE OF SERVICE

I, Kevin C. Murphy, of The Wladis Law Firm, P.C. hereby certify that on the 13th day of October, 2010, this office electronically filed the Objection of Environmental Claimant Onondaga County, New York to the Debtor's Proposed Chapter 11 Plan and Disclosure Statement dated August 31, 2010, in the above-referenced matter, with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification to the CM/ECF participants.

I further hereby certify that on said date, I caused service of the above-referenced document, both a hard copy and a 3.5 inch disk, by overnight mail, via Federal Express priority overnight delivery, postage paid official depository (to be delivered on or before October 14, 2010 at 4:00 p.m.) on the following parties:

Clerk of the United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Weil Gotshal & Manges, LLP
Attn: Harvey R. Miller, Esq.,
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

Motors Liquidation Company
Attn: Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, Michigan 48243

Cadwalader Wickersham & Tarf, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

U.S. Dept. of Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Ave NW
Room 2312
Washington, DC 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
And Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel, LLP
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.
Lauren Macksoud, Esq. & Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

Office of the U.S. Trustee
For the Southern District of NY
Attn: Tracy H. Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

U.S. Attorney's Office S.D.N.Y.
Attn: David S. Jones, Esq. & Natalie Kuehler, Esq.
86 Chamber Street, Third Floor
New York, New York 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq. & Rita C. Tobin, Esq.

375 Park Avenue, 35th Floor
New York, New York 10152-3500


Caplin & Drysdale, Chartered
Attn: Trevor W. Swett, III, Esq., Kevin C. Maclay, Esq.
One Thomas Circle, N.W. Suite 1100
Washington, DC 20005

Stutzman, Bromberg, Esserman & Plifka
Attn: Sander L. Esserman, Esq.
And Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201


October 13, 2010                              /s/ Kevin C. Murphy, Esq