John Fazio
99-66 166 st AVE.
Howard Beach N.Y. 11414
718-848-3381

Oct. 4 2010

Honorable Robert E. Gerber
Bankruptcy Court
Hamilton Custom House
1 Bowling Green, New York N.Y. 1004-1408

Dear Sir

I am a retired disabled N.Y. City Firefighter, I believe the government did not go about the bankrupt proceeding in the accepted American way.

The government gave the union favorable status over me as a bondholder and therefore I have been cheated out of my investment toward my retirement.

Thank you for reading my concerns.

John Fazio

IN RE.
MOTORS LIQUIDATION COMPANY
 (GENERAL MOTORS CORP)