**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                              :       Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et. al.*    :       Case No. 09-50026
(*f/k/a* General Motors Corp., *et al.*)            :
                                     Debtors.    :       Jointly Administered
------------------------------------------------------------X


## AMENDED NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the

undersigned, hereby appears as counsel for Toyota Motor Corporation in the above-captioned

action, and pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and

Rule 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all notices that are

required to be given and all pleadings and orders that are required to be served in the above-

captioned Chapter 11 matter, be served to the following address:

| | |
|---|---|
| Victor A. Vilaplana | Steven H. Hilfinger |
| Matthew J. Riopelle | Brian Kenneth Duck |
| Foley & Lardner LLP | Foley & Lardner LLP |
| 402 West Broadway, Suite 2100 | 500 Woodward Avenue, Suite 2700 |
| San Diego, CA 92101-3542 | Detroit, MI 48226-3489 |
| vvilaplana@foley.com; mriopelle@foley.com | shilfinger@foley.com; kduck@foley.com |
| Telephone: 619-234-6655 | Telephone: (313) 234-7100 |
| Facsimile: 619-234-3510 | Facsimile: (313) 234-2800 |

Jeffery A. Soble
Foley & Lardner LLP
North Clark Street, Suite 2800
Chicago, IL 60654
jsoble@foley.com
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

DETR_1485550.1

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the

notices, pleadings, and orders referred to in the rules specified above, but also includes, without

limitation, all other notices, papers, applications, motions, petitions, pleadings, requests,

complaints or demands, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or

otherwise, which affects the above captioned Debtors' property in their possession, custody, or

control or the administration of the Debtors' bankruptcy cases.


Dated:    October 14, 2010                    FOLEY & LARDNER LLP


                                              By: /s/ John A. Simon
                                              Steven H. Hilfinger
                                              John A. Simon
                                              500 Woodward Avenue, Suite 2700
                                              Detroit, MI 48226-3489
                                              Telephone: (313) 234-7100

                                              Matthew J. Riopelle (admitted *pro hac vice)*
                                              Foley & Lardner LLP
                                              402 West Broadway, Suite 2100
                                              San Diego, CA 92101-3542
                                              Telephone: (619) 234-6655

                                              *Attorneys for Toyota Motor Corporation*

DETR_1485550.1