**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et. al.* | : | Case No. 09-50026 |
| (*f/k/a* General Motors Corp., *et al.*) | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------X

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeffery A. Soble, a member in good standing of the Bar of the State of Illinois, request admission to practice, *pro hac vice*, before the Honorable Judge Robert E. Gerber, to represent Toyota Motor Corporation, a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, IL 60654

Email Address: jsoble@foley.com

Telephone Number: (312) 832-4500

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 14, 2010
    Chicago, Illinois

By: /s/ Jeffery A. Soble
Jeffery A. Soble
Foley & Lardner LLP
North Clark Street, Suite 2800
Chicago, IL 60654
jsoble@foley.com
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et. al.*               :     Case No. 09-50026
(*f/k/a* General Motors Corp., *et al.*)            :
                              Debtors.              :     Jointly Administered
------------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Jeffery A. Soble, a member in good standing of the Bar of the State of Illinois, having requested admission, *pro hac vice*, to represent Toyota Motor Corporation, a creditor in the above referenced case,

**ORDERED**,

That Jeffery A. Soble, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

                                                     UNITED STATES BANKRUPTCY
                                                     JUDGE