UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
MOTORS LIQUIDATON COMPANY, *et al.*,                               :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                       :
                                                                   :
                    Debtors.                         :    (Jointly Administered)
                                                                   :
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

County of Cook        )
                      )
State of Illinois     )

       I, Steve Jakubowski, hereby swear and affirm that the following is true to the best of my knowledge, information, and belief:

       1.     I am an attorney with The Coleman Law Firm and counsel to Kevin Junso, Nikki Junso, Matt Junso, Cole Junso, and the estate of Tyler Junso (collectively, the "**Junsos**") in the above-captioned proceeding. Our business address is 77 W. Wacker Drive, Suite 4800, Chicago, Illinois 60601. This Supplemental Affidavit of Service supplements the original Affidavit of Service (the "**Original Affidavit of Service**" at **Dkt. No. 7296**).

       2.     On October 14, 2010, I caused a true and correct copy of this affidavit and the following additional document to be served (A) by e-mail on the parties identified on **Exhibit A** of the Original Affidavit of Service (*i.e.*, the persons on the Master Service List with confirmed email addresses), (B) by first class mail (postage prepaid, deposited in the US Mail at 77 W. Wacker Drive, Chicago, IL 60601, before 4:00 p.m. (CDT)) and email delivery to the parties identified on **Exhibit B** of the Original Affidavit of Service (*i.e.*, the 11 leading notice parties from the Court's *Order Establishing Notice and Case Management Procedures*, except that the

UST will receive by fax in lieu of email per (D) below), (C) by first class mail (postage prepaid, deposited in the US Mail at 77 W. Wacker Drive, Chicago, IL 60601, before 4:00 p.m. (CDT)) to the parties identified on **Exhibit C** of the Original Affidavit of Service (*i.e.,* the persons on the Master Service List without confirmed email addresses), and (d) by facsimile to the Office of the United States Trustee, Attn: Tracy Hope Davis, (212) 668-2255:

- *AMENDED* NOTICE OF HEARING ON MOTION OF THE JUNSOS TO BE DEEMED TO HAVE FILED AN INFORMAL PROOF OF CLAIM OR, ALTERNATIVELY, FOR LEAVE TO LATE FILE A PROOF OF CLAIM

I declare the foregoing true and correct to the best of my knowledge, information, and belief.

Dated: October 14, 2010
Chicago, Illinois

Steve Jakubowski

Subscribed to and Sworn Before Me
On this 14th Day of October, 2010

Notary Public



"OFFICIAL SEAL"
DEBRA D. McNAIR
STATE OF ILLINOIS
Commission Expires 07/01/11