OCT - 1 2010

Sept 25-2010

Dear Honorable Robert E. Gerber Bankruptcy Judge

My name is Leon L. Bailey.

I invested in General Motors Carporation because I like the company and Drive their cars and trucks, have always own them 16 to 68 years old

I have 134 shares of their Stock that I held all this time hoping they would come out of this someday, it is a Great company! Just got caught in bad times like all Great companys at this time.

I cont aford to lose this money as I am Retired and dont have a lot going for me.

I think General motors needs to make good for all Stock holders that held their Stocks all the way through this time.

They are making a profit now and paying out big money to their C.E.O.s and other things.

We are the little people that made the Company Viable to Grow.

You all know all of this, If they are making so much profit they need to Give new Stock to the people that still hold their old stock or make Good on the faith that Stock holders had in our company as I am a part of this company with my Money.

Sincerly Leon L. Bailey
1542 Rabbit Dr
Elkton, Va. 22827
Phone 540-298-8822