Roy B. Cope
P.O. Box 84
Berry, KY 41003

OCT -4 2010

amount: $4500 in stock

      This is in response to the Chapter 11 filing. I would like to make an objection concerning this matter. The amount that is stated is the amount of the value of my stock as of the date when last paid dividends on my stock. I need this matter to be settled as to if I will receive the stock or not. A timely respnse is requested on this matter.

Thank you,

*Roy B. Cope*

Roy B. Cope