UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 Case No. |
|  | 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, *et al.*, |  |
| f/k/a General Motors Corp., *et al.* | (Jointly Administered) |
|  |  |
| Debtors. |  |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                      ) ss: New York
COUNTY OF NEW YORK  )

     Stella L. Leung, being duly sworn, deposes and says:

     I am not a party to this action and am over 18 years of age. I reside in Floral Park, New York. On October 13, 2010, I caused copies of the within Winkelmann Sp. z.o.o.'s Objection to Disclosure Statement for Debtors' Joint Chapter 11 Plan to be served by Federal Express Overnight Delivery and/or By Hand Delivery, as indicated, on the parties listed on the attached service list.

                              /s/ Stella L. Leung
                                 Stella L. Leung

Sworn before me this
14th day of October, 2010


/s/ Milton J. Fay
     Notary Public

Milton J. Fay
Notary Public, State of New York
No. 43-4885056
Qualified in Richmond County
Certificate Filed in New York County
Term Expires:  February 7, 2011

## Service List

### VIA FEDERAL EXPRESS OVERNIGHT & BY HAND DELIVERY

Honorable Robert E. Gerber
United States Bankruptcy Judge,
United States Bankruptcy Court for the SDNY
Alexander Hamilton Custom House
One Bowling Green, Room 621
New York, New York 10004-1408

### VIA FEDERAL EXPRESS OVERNIGHT

Clerk of the Bankruptcy Court
United States Bankruptcy Court, SDNY
One Bowling Green, 5th Floor
New York, New York 10004-1408

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Harvey R. Miller, Esq.
       Stephen Karotkin, Esq.
       Joseph H. Smolinsky, Esq.

Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
Attorneys for the US Dept of the Treasury
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.,
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

**VIA FEDERAL EXPRESS OVERNIGHT**
Kramer Levin Naftalis & Frankel LLP
Attorneys for the statutory committee of unsecured creditors
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq.
        Robert Schmidt, Esq.
        Lauren Macksoud, Esq.
        Jennifer Sharret, Esq.

Office of the United States Trustee (SDNY)
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy H. Davis, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Attn:   David S. Jones, Esq.
        Natalie Kuehler, Esq.

Caplin & Drysdale,
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn:   Elihu Inselbuch, Esq.
        Rita C. Tobin, Esq.

Caplin & Drysdale,
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn:   Trevor W. Swett III, Esq.
        Kevin C. Maclay, Esq.

Stutzman, Bromberg, Esserman & Plifka
Attorneys for Dean M. Trafelet
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn:   Sander L. Esserman, Esq.
        Robert T. Brousseau, Esq.