October 1, 2010



Clerk of the Bankruptcy Court

One Bowling Green

New York, New York, 10004-1408

Dear Clerk of bankruptcy Court:

I would like to be a part of General Motor's settlement. I had invested $25,000 in GM stocks

through Charles Schwab brokerage account.

Augustine Crier

P.O. Box 8

Amite, LA 70422

Case No. – 09-50026(REG) Chapter 11

Respectfully yours,

Augustine Crier