Bankruptcy Court                    Oct. 1, 2010

Sir:

    I received copy of a US Bankruptcy Court - GM Corp., I am not sure why I am receiving same.

    I do own 100+ shares of GM Stock. Previously, before their bankruptcy, I tried to get in touch with someone regarding my stock, but was unable to get a hold of anyone who would talk with me about it.

    Would you please let me know what I am to do.... and what can be done with my GM stock.

    If you cannot advise me, will you please give me the name of someone who can help me.

    Thank you.

Grace H. Gottstein
5201-B Magnolia Dr.
Lockport, NY 14094



RECEIVED
OCT - 7 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK