To:     The United States bankruptcy Court
        Of the Southern District of New York
        One Bowing Green
        New York, New York 10004

From:   Teresa A. Karim
        130 Oxford Ave.
        Dayton, Ohio 45402
        10/03/2010

In re to: Motors Liquidation company, et al.,
          f/k/a General Motors Corp., et al.
          Debtors
          Chapter 11 Case No. 09-50026 (REG)
          (Jointly Administered)

I, Teresa A. Karim, social security no. is xxx-xx-9662, date of birth is 02/13/1951. I am filing for claim number 69221. Today is 10/03/2010. You stated that I filed late, so now my claim might be disallowed or expunged. But I did file my claim on time; I have my record of proof when I filed the first time. Here I am filing again for my Pension that's due to me every month for $222.68. Not much money to live off of, but it helps me!

I'm enclosing a copy of my monthly General Motors Pension Plan receipt statement as proof of who I am, and the amount I receive monthly. Also sending a 3.5 disk so this can be filed electronically, along with a hard copy so you can send quickly to Chambers for me. A hard copy will also be sent to Attorney Ted Stenger at Motors Liquidation Company at 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243.

Thanks!

Signed: Teresa A. Karim

        10/03/2010