Honorable Justice Robert Gerber
Alexander Hamilton Custom House
1 Bowling Green N.Y. N.Y. 10004-1408

Dear Judge Gerber,

In regard to the Motors Liquidation Company Debtors Chapter 11 Plan presently on your docket. I Irwin Lew am still a shareholder of the original G.M. common shares presently held in my I.R.A. In this whole sordid enforced bankrupcy a situation thereby arose, where government forced a still viable American corporation into bankrupcy, becoming the majority holder of its shares and dividing the spoils with the Auto Workers Union. The most aggrieved party was the common stock holder such as myself who had absolutely no say in this perfidious debacle.

Since Columbus set foot here, nothing comparable in annals of business equalled this outrage.

My plea to your honor, is to rectify this injustice by in the least, ordering the new Motors Corp to issue long term warrants equal to the ammount of shares we surviving common stockholders still hold, so we can share in the future fortunes of the new corporation, or any other viable solution your honor can suggest!

P.S. Our government and the auto workers union I believe presently have such warrants.

Sincerely,
Irwin Lew

Irwin Lew
2247 Coney Island Ave.
Brooklyn N.Y. 11223
1-718 336 0053