GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
      mitchelln@gtlaw.com
      baej@gtlaw.com
      ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                    :

In re                            :      Chapter 11
                                    :

MOTORS LIQUIDATION COMPANY, et al.,  :      Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,              :
                                    :
                                    :
                       Debtors.     :      (Jointly Administered)
                                    :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

    Doreen Cusumano, being duly sworn, deposes and says:

    1)    I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

    2)    On October 14, 2010, I caused to be served a true and accurate copy of the ***Objection Of Certain Noteholders To Disclosure Statement For Debtors' Joint Chapter 11***

*NY 240,672,192v1*

***Plan [Docket No. 7314]*** via Hand Delivery upon the parties listed on the attached Exhibit A.

/s/ *Doreen Cusumano*
DOREEN CUSUMANO

Sworn to before me this
14th day of October, 2010

/s/ *Elizabeth M Connolly*
Elizabeth M Connolly
Notary Public State of New York
No. 02CO6213945
Qualified in New York County
Commission Expires 11/23/2013

2

NY 240,672,192v1

# **EXHIBIT A**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq.
Stephen Karotkin, Esq.,
Joseph H. Smolinsky Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John Rapisardi, Esq.

Vedder Price, P.C
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.

*NY 240,672,192v1*

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq.
Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered,
375 Park Avenue, 35th Floor
New Yoro, New York 10152
Attn: Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.

*NY 240,672,192v1*