GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
       mitchelln@gtlaw.com
       baej@gtlaw.com
       ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,            :
                                               :
                                               :
                        Debtors.               :    (Jointly Administered)
                                               :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF TEXAS      )
                    ) ss.:
COUNTY OF DALLAS    )

I, _____, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by Special Delivery, having offices at 5470 L.B.J. Freeway, Dallas, TX 75240.

2) On October 14, 2010, I caused to be served a true and accurate copy of the ***Objection Of Certain Noteholders To Disclosure Statement For Debtors' Joint Chapter 11***

NY 240,672,310v2

*Plan [Docket No. 7314]* via Hand Delivery upon the party listed on the attached Exhibit A.

Sworn to before me this
14th day of October, 2010

DANNETTE LORENZ-JOHNSON
MY COMMISSION EXPIRES
August 9, 2011

*NY 240,672,310v2*

# EXHIBIT A

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas
Attn: Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.

*Received by Cynthia Jeffery*
*Cynthia Jeffery, Paralegal*
*of Stutzman, Bromberg*