GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
　　　　mitchelln@gtlaw.com
　　　　baej@gtlaw.com
　　　　ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　　：
In re　　　　　　　　　　　　　　　　　　　　　：　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　　：
MOTORS LIQUIDATION COMPANY, et al.,　：　Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　Debtors.　　　　　　　　　：　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　　　：
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA　　　　) 
　　　　　　　　　　　　　　　　) ss.:
　　　　　　　　　　　　　　　　)

　　　Christine M. Schaut, being duly sworn, deposes and says:

　　　1)　I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 2101 L Street, N.W., Suite 1000, Washington, D.C. 20037.

　　　2)　On October 14, 2010, I caused to be served a true and accurate copy of the *Objection Of Certain Noteholders To Disclosure Statement For Debtors' Joint Chapter 11*

NY 240,672,326v1

*Plan case number 09-50026-reg* via Hand Delivery upon the parties listed on the attached Exhibit A.

_____
Christine M. Schaut

Sworn to before me this
14th day of October, 2010

_____

JEAN JACKSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2014



NY 240,672,326v1

2

# EXHIBIT A

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn: Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.