**Kenneth & Elaine Reno**
**5501 Calkins Road**
**Flint, MI 48532**

October 1, 2010

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Re: Motors Liquidation Company – Case Number 09-50026

To whom it may concern:

I am against any plan that will cause us (the Investors/Shareholder) to lose any more money than we originally invested. As of this date we have lost $20,000.00 on principle, in addition, interest of 7.25% on $10K preferred and 7.40% on $20K bonds plus dividends on our original investment of $30,000.00. We are retired and in desperate need of the income, we cannot afford this loss.

GM is continuing on a new venture and we (the Investors/Shareholder) are being left behind. It's very difficult for us to justify executives receiving the large salaries in addition to bonuses, attorneys receiving their fees and we are in the process of losing a huge part of our retirement.

Furthermore, the roadblocks that are being imposed on the shareholder (14 letters, Form M-399 etc.) in order to have a voice in this bankruptcy is ridiculous. We at this time are asking the courts as well as the attorneys to please stand up for the Investors/Shareholders. I cannot express, in written words, the desperation we are feeling at the prospect of losing our $30,000.00.

Sincerely,

*Elaine Reno*

Elaine B. Reno