## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
     f/k/a General Motors Corp., *et al.*  :      Chapter 11
                                                               :      Case No. 09-50026 (REG)
                                                               :      (Jointly Administered)
          Debtors.                           :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On October 14, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 7288] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                  /s/Kimberly Murray
                                                  Kimberly Murray

Sworn to before me this 14th day of
October, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Joseph Berlingieri
23 Barbara Drive
Warwick, NY 10990

Joseph Berlingieri
c/o Monaco & Monaco, LLP
7610-7612 13th Avenue
Brooklyn, NY 11228

**TRANSFEREE**

TRC Optimum Fund, LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518