UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*    :
                                                :
              Debtors.                          :
---------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of Margie T. Karl, to be admitted, *pro hac vice*, to represent Paul Hansen, (the "Client") a claimant in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio, it is hereby

     **ORDERED**, that Margie T. Karl, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **_October 14, 2010_**
    **_New York_**, New York                                           *s/ Robert E. Gerber*
                                                      UNITED STATES BANRUPTCY JUDGE