**John S. M. Hamilton   P.O. Box 6395   Scottsdale, AZ 85261**

OCT − 8 2010

October 4, 2010

Clerk of the Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

RE:  Motors Liquidation Company, et al,
     f/k/a General Motors Corp., et al, Debtors

Good Morning:

Of course I object to having our good faith savings investments of $25,000.00 (cusip #370442816) and $5,000.00 cusip #370442766) in General Motors preferred stock simply disappear.

General Motors and the Claims Administrator chose to support the trade unions. Within that process, General Motors and the Claims Administrator chose to let Preferred Stock and Bond holders lose our personal savings.

Your Proposed Disclosure Statement (Chapter 11 Case No. 09-50026 REG) is apparently intended to complete the process of making our investments disappear. Yes, consider this an objection.

Sincerely,

John Hamilton