UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DANA H. FOX, PRO-SE CLAIMANT )
v. ) 09-50026 (REG)
MOTORS LIQUIDATION CO., et al ) CLAIM #4287
GENERAL MOTORS )
DEBTORS )

OCT -8 2010

## OBJECTION TO OMNIBUS AND BANKRUPTCY CLAIM

NOW COMES CLAIMANT/PLAINTIFF DANA H. FOX, PRO-SE WITH THESE OBJECTIONS: 1) THE OMNIBUS, ALTHOUGH LISTING A CONTRADICTION THAT ENDS WITH CLAIM #4287 SURVIVING, IS AN EXTRANEOUS AND SOMEWHAT DEVIOUS MANEUVER THAT ULTIMATELY, APPEARS, TO SOLVE NOTHING AND BECOMES MOOT.

2) GENERAL MOTORS IS NOT BANKRUPT; THEY HAVE BEEN BAILED OUT BY THE U.S. GOV'T (AMERICAN PEOPLE) FOR A CONSIDERABLE SUM OF MONEY.

3) THE LOWER CIRCUIT COURT IN FT. MYERS, FLA. WAS 1 HEARING AWAY FROM FINDING GENERAL MOTORS IN CONTEMPT [AND THEY WILL BE FOUND TO BE SO].

4) THIS BANKRUPTCY COURT HAS ORDERED AND MR. FOX, PRO-SE HAS CHOSEN MEDIATION; THIS IS NOT TAKING PLACE TO DATE.

5) IT IS IRRESPONSIBLE FOR MOTORS LIQUIDATION (G.M.) TO ACT IN THE MANNER THEY HAVE ADOPTED.

WHEREFORE:

6) MR. FOX PRO-SE MOTIONS FOR A MEDIATION CONTACT OR TO HAVE HIS CLAIM [CASE] #4287 RETURNED TO LOWER CIRCUIT COURT IN FLA. FOR THE JUST RESOLVE & COMPENSATION AND DAMAGES THAT WILL OCCUR.

RESPECTFULLY SUBMITTED
DANA H. FOX, PRO-SE
Dana H. Fox

CC: MOTORS LIQUIDATION
DUBLIN, OHIO
ON THIS DATE 10/5/10
D.H.F.