# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Nachi Machining Technology Co.<br>c/o Ronald E. Baylor, Esq.<br>Miller, Canfield, Paddock & Stone, PLC<br>277 South Rose Street, Suite 5000<br>Kalamazoo, MI 49007 |
| Claim Number (if known): | 49505 |
| Date Claim Filed: | 11/25/09 |
| Total Amount of Claim Filed: | $2,000,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim without prejudice subject to reinstatement if settlement is not reached or if the group claim is challenged on the basis of standing and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: October 7, 2010

Print Name: __Ronald E. Baylor__

Title (if applicable): __Attorney for Creditor__