*Richard & Judith Boucher (Husband & wife Joint Owners)*
*24172 Westminster Ct.*
*Brooksville, Fl.34601*
*File #6829, Case # 09-50026(REG.)*     *Oct. 6, 2010*

*The Honorable Robert E. Gerber U.S. Bankruptcy Court Judge*
*For the Southern District of New York*
*One Bowling Green New York New York   10004-1408*

*RE.: General Motors Corp. et al   Joint Chapter 11 Disclosure &Plan Hearing on Oct. 21, 2010*

*Dear Honorable Judge Robert E. Gerber:*

*I am writing this letter to give you the basis of my claim against said "listed Debtors". I paid $14,000 for 2000 shares of GM Stock at $7.00 per share & within a very short time G.M.filed bankruptcy. GM was in deep financial trouble & I loss $14,000..00.'. I am an old man age 78 with multiple health problems & has not too much longer to live. This money I was hoping to pass on to my wife of 52 years & 5 children, I will no longer be able to do this as a result. I've always worked hard & long, 40 + years, & I've never taken any money I didn't rightfully earn by my hard work. I contributed in my small way in trying to make this World a better World for all to live in. I am proud of my working record. & who I am. I was a fool to buy this stock & as the saying goes 'there's no fool like an old fool". I guess this action of mine proves that saying to be true It's true because I believe the elderly are vulnerable & insecure. Who would of thought that GM the one time riches Corp in the World & the largest , auto maker for many years, the auto manufacturing leader in car sales as well ,employer of over 200,000+ people. GM still is owner of some of the most valuable real estate throughout the World. Yet GM got the" bailout money ". Because of mismanagement & the on going Labor Union demands it went under". But, GM was granted a very large amount, in the billions, of Taxpayers " dollars, for Bail out Money" from our Government to keep them afloat.Also the GM CEO in the 7 years of his leadership loss 7 billion dollars, an average of a billion in each of his 7 years leading GM into it's Bankruptcy action & when he left he was given a bonus of several millions*

1

*of dollars but I got nothing. I feel cheated & manipulated & ;my only recourse in trying to recover all or part of my loss is through your court. I am an "unsecured "claimant or plaintiff. & should be allowed to recover. , I live in Florida now some 1200 miles one way &I am unable to travel long distances any more. A s a result, I am not able to personally attend this Oct.21,.2010 Hearing to plead my claim in stead I'm sending this letter in luau of my attending .I'm hoping you will honor this letter the same & give n the same consideration. I know to some people this amount $14,000 is trivial.But to me it represents my life savings & is a lot of hard earned money which I managed to " scrap up" out of tight family budget" through my fugal practice & from my working salary to save money This money represents most of my life savings & now it's gone. My hope here is your Court, your sense of fairness & in our God. Your Honor anything I can recover will be appreciated.*

*I have pleaded my claim herein in writing.& the judgment decision is in your hands & that of God. I believe in this country & what it stands for but most of all in God & know Justice will prevail*

*I have served my country in the military for 3 years during the Korean conflict & I was Honorably discharged in 1956. My claim is that of an unsecured workingman who acted impulsively & foolishly & trustingly on words of others;*

*Here you have my side of this story & I swear before God is the truth, the whole truth & nothing but the truth so help me God*

*I want to thank you in advance for your time, courtesy, understanding & consideration of this claim..*

*We Remain Respectfully Yours, Judith & Richard Boucher, Joint Claimants, Husband & Wife.* Judith Boucher  RBoucher

*PS: Would please someone send us the Debtors Disclosure Statement & Plan now Available in Clerk of Courts Office.*