GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
       mitchelln@gtlaw.com
       baej@gtlaw.com
       ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF MICHIGAN  )
                       ) ss.:
COUNTY OF WAYNE  )

    David Schwartz, being duly sworn, deposes and says:

    1)    I am not a party to this action, am over 18 years of age and am employed by the law firm of Allard & Fish, P.C., 535 Griswold Street, Suite 2600, Detroit, MI 48226.

    2)    On October 14, 2010, I caused to be served a true and accurate copy of the *Objection Of Certain Noteholders To Disclosure Statement For Debtors' Joint Chapter 11*

NY 240,672,346v1

*Plan [Docket No. 7314]* via Hand Delivery upon the parties listed on the attached Exhibit A.

_____
David Schwartz

Sworn to before me this
14th day of October, 2010

_____

REGINA DROUILLARD
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jan. 19, 2011
Acting in the County of WAYNE

2

# **EXHIBIT A**

Debtors
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 68265
Attn: Lawrence S. Buonomo, Esq.

*NY 240,672,346v1*