CH 11 Case No.09-50026
Docket 7071, Claim of M.Lisenko 22063

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.
        Debtors
_____

OBJECTIONS TO DISCLOSURE STATEMENT/PLAN
AND TO ALL UNREASONABLE PADDED PROFESSIONAL FEES AND EXPENSES

Further to my Response/Objection/Affidavit of September 14, 2010, please take into consideration the following
facts and conclusions to which I have come after extensive and careful reading of the numerous key documents
and Claims (70,000) that have been filed in this Ch.11 GM corporate re-organization case and which are accessible
via the internet.

The 1776 American Revolution coincides with the year of publication of J.Swift's Gulliver's Travels.  After more than
200 years of  building a more just and secure society  "for the benefit of all man (and woman) kind", Swift's satire of
financial-legalistic machinations by the educated, influentially placed classes remains all too true. But given the
amounts of property and people involved  in this modern tyranny by the "administrative" classes in the United States
and Canada, in particular, Swift's descriptions can be seen as not strong enough.

Specifiically:

1. For at least the last fifty years, it has been a requirement of law and practice to write clear and succinct
documents, not hundreds of pages of repetitive,obscure, evasive or out-right contradictory and deliberately
padded "writings". See 1990  Debt Securities Indenture between Citibank and General Motors signed by Charles
Golden, GM Treasurer, and P.DeFelice,VP for Citibank, which provides for UNLIMITED(!) aggregate amounts in
securities and IMMUNITY to all  incorporators, stockholders, officers and directors.  In 2006, after almost 22 billion
dollars more in securities were issued (in addition to the 1990 1.4 billion dollars worth), the signing trustees
all resigned and Wilmington Trust became the new Trustee. ...It is difficult not to suspect the  long-term
preparation for an eventual  "re-organization" - after everyone who could enriched themselves at the expense of
what everyone believed were safe GM shares and bonds.  The Disclosure Statement indicates that over 600

thousand shares (at highs of $90per share to lows of $1) will be canceled. I believe GM had 2billion shares autho-
rized and 1.5 billion outstanding.  That's about 30 to 50 billion  dollars more that GM and trustees,etc. raked
in. ( My question again - Where did all that money go?)   The Debtors acknowledge GM revenues of 150 billion,
though given my estimate of 240 billion, maybe 175 billion is the more exact number.

2. Most interesting  is the restricted access to view the Amended Memorandum Complaint filed against the BMW
company and served at its headquarters in  Munich, Germany.  Is BMW, the Luxembourgh Bank, Credit Swiss,
Deutsch Bank  and/or other European companies implicated  in the so-called Term Loan Avoidance Action that
the Disclosure Statement writes about? (See Moser v Toyota Motor Credit, 2009, Eastern District Texas, 07-42789.)

3. The Disclosure Statement and Plan (218pages), of course,  is another example of repetitive, intentionally
wordy, convoluted, unnecessarily long and evasive writing.  The Term Loan Avoidance Action is not explained
and  nothing is noted about what amounts will be apportioned to the 6 different classes of Claims. A  3page media
summary of the Plan by MLC CEO Al Koch(and his "small, lean team") states  that four trusts will be formed and
536 million will go to the Environmental Remediation Trust.  Nothing is said how much  the Creditor's Trust, the
Asbestos Injury Claims Trust, the Avoidance Action Trust will get and where the money will come from. All
the trusts (six or seven) are elaborately broken into commitees, administrators, ageements, assets, monitors,etc.
and  each is described in as lengthy as possible way.   Most hilarious is the appointment of Dean Trafalet,
the  Future Asbestos Injury Claims Administrator, of another law firm as his counsel, plus a Committee, etc.etc.

4. The Class 6 asbestos injury claims have a very small chance of being paid, so the appointments for  "future"
claims are nothing more than aristocratic largesse to under-employed or unemployed professionals. The 60+
page  expense accounts  that they have filed for "teleconferencing, reviewing and discussing" at  an average
of $500 to $700 per hour is gross  shameless abuse of  bankruptcy proceedings and a gross exaggeration of
professional skill and ability.  We are in the global internet age - substance, clarity and succinctness are
imperative.

5. Weil, Gotshall also filed a 60 page expense  account - and, I believe, they did go through "tons" of paperwork
and  produced a few thousand pages of  very "skillful" writing. How much exactly?  I don't believe a page of those

writings is worth more than $200, seeing how unsubstantive and redundant it is.  Who did most of that writing?
Does the name of D.Berz of Weil, Gotshall appear on any filings?  His last 4-month billing amounts to over
$500,000 at $900 per hour.  Even exceptional rock and hockey star incomes are temporary, so what kind of
logic can explain such exaggerated and inflated sums relative the daily hard-working routines of any clerical
job?  The requirement is to present reasonable claims for anything above and beyond purely clerical work. In my
experience, the most tedious and difficult part in filing court documents is the compiling and photo-copying.
Writing comes quite easily with  a little practice.  Everyone is doing it on the internet and in every imaginable
publishing medium.  To collect millions for writing - you have to come up with something better than the
Harry Potter story, certainly more readable than bankruptcy proceedings!

6. Pre and Post Petition financing for the Ch.11 expenses is claimed in the aggregate amount of 33.3 billion dollars
and the Debtors-in-Possesion (Weil, Gotshall) have on July 10, 2009 already drawn 1.175 billion dollars for their
disposal and for whomever they choose to extend their royal prerogative and payment. (Allow me to inject an
apropos - the British monarchy  has survived so long because it stands as the  symbolic Defender of the Faith,
and, I hope, the Brits are BELIEVERS in and practitioners of equitable justice, not the absurd notion of equal
justice or equality in human relations - meaning you will be held accountable for dishonesty!).

7. To further explain the probable fact that GM executives (and possibly government officials who went along
with the deception) had a pre-meditated intention of abusing Ch.11 and  "avoidance" proceedings, let it be known
that the secretive Master Sale and Purchase Agreement of GM  was nothing  but a re-naming of  GM, the real
company, in order to transfer (and cancel-expunge-discharge-disallow) all the bonds, shares and asbestos claims
into MLC, the "bankrupt" company.

Much of the money was a form of hoarding and gambling and those with hoarded millions will not become
suddenly poor if they lose it. It is through the Courts of Justice that the invisible hand of God  must  perform
acts of compassion and equity.  True hard-working victims of asbestos poisoning, who sign Affidavits under
Oath deserve that equity. (Of the 28,000 asbestos claims, perhaps half are truthful. A fund of only $1 billion
dollars would reasonably pay for claims and administrative expenses.)

8. I will conclude on a positive note. GM is a public global company and the re-organization-bookkeeping

cleansing will make it more fiscally responsible and accountable. Hopefully, in the future more people will be
paid the dividends that such a successful company as GM should have been paying.  The 275 billion debt
presented by 70,000  Proofs of Claim too must be  viewed as exaggerated by many claimants (ex. $20 million
Claim of Ligia Raveto for wrongful death of her husband). These kinds of claims are the result of unrestrained
greed and of addictive behaviors by "officers of the state", who are too often arrogant and intimidating,
and who think they can rely on the  "unlimited"  money printing press of government. … Life insurance policies
do not provide for $20 million compensation, unless you pay a million dollar premium.

FOR ALL THE ABOVE STATED REASONS I PRAY:
A. THAT THE COURT WILL NOT DENY THE RE-PAYMENT OF MY $5000 BOND, PLUS ANY OTHER COMPENSATION
IT BELIEVES REASONABLE.
B. THAT THE WEIL, GOTSHALL  PLAN BE REJECTED AND THE TEAM OF AL KOCH (MLC) PREPARE A REASONABLE PLAN.
C. THAT NO ATTORNEY BE PAID MORE THAN  $200/HR FEES;
D. THAT ALL EXPENSES ACCOUNTS BE  CLOSELY SCRUTINIZED BY UNEMPLOYED LAWYERS AND LAW STUDENTS.
E. THAT THE COURT ACT ON ITS OWN MOTION TO ASSURE THE GLOBAL AUDIENCE THAT JUSTICE WILL BE DONE IN
AMERICA.
F.  THAT THE COURT SERVE ALL INVOLVED PARTIES.

Signed electronically in Washington, DC, on October 11, 2010
MARIANNE LISENKO
P.O.Box 34132
Washington DC 20043
maryofamerica@aol.com
202-722-2280 (new office number)