RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Oct. 6, 2010

Dear Sir,

I am writing regarding an acct. I have with GM. # 5HQ-103317. In July of 2008, I purchased 100 shares of GM stock. Price $1,055.70 My husband and I are seniors on a fixed income. My husband scraped together the money to buy, hoping for my future. Well as you know, it is all gone.

I feel like GM left us out to dry, while paying their executives very extreme payouts. While they say they are going bankrupt, they are not getting hurt, as they will change a word in their business name and continue doing business. While we are suffering from the lose of money. (Not much to some, but a great deal to us.)

I think the court should re-evaluate the way these high powered companies are cheating the very people who help them in business. We have to pay our bills - why not them?

I respectfully request you review this at your convinience.

Thank you. DORLYNE CRUCE
4644 W. AVE L
QUARTZ HILL, CA
93536

661-943-5720

**Independent Financial Group** LLC
12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P 858-436-3180  F 858-481-9033

# CONFIRMATION

MAIL TO:    

PAGE: 1 of 2

¶ 028229 XPVL1MT3 000000
DORLYNE L CRUCE
4464 W AVENUE L
LANCASTER CA 93536

FOR THE ACCOUNT OF:

DORLYNE L CRUCE
4464 W AVENUE L
LANCASTER CA 93536

ACCOUNT NUMBER:    5HQ-103317
ACCOUNT TYPE:      1

YOUR ACCOUNT EXECUTIVE:

A.E. NUMBER:       D83

YOU BOUGHT:

    GENERAL MTRS CORP COM

*M.L.C.*

TRADE DATE:       07-08-08
PROCESS DATE:     07-08-08
SETTLEMENT DATE:  07-11-08
CUSIP NUMBER:     370442-10-5
SYMBOL:           GM

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| M1AK2O | 100 | 10.557 | 1,055.70 | | 50.00 | 5.00 | | 1,110.70 | 8/1 |
| UNSOLICITED ORDER | | UNSOL | | | | | | | |
| TOTALS | 100 | | 1,055.70 | | 50.00 | 5.00 | | 1,110.70 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC, A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399

**Independent Financial Group** LLC
12636 High Bluff Drive, Suite 100
San Diego, CA 92130
P 858-436-3180  F 858-481-9033

go paperless
Ask about e-delivery
IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL OR FINANCIAL ORGANIZATION.

PAGE: 1 of 2

# CONFIRMATION

MAIL TO:

00033279 01 SP  0.440 01 TR 00130 XPVL1MT3
DORLYNE L CRUCE
4464 W AVENUE L
LANCASTER CA 93536



FOR THE ACCOUNT OF:

DORLYNE L CRUCE
4464 W AVENUE L

ACCOUNT NUMBER:     5HQ-103317
ACCOUNT TYPE:       1
YOUR ACCOUNT EXECUTIVE:
JAY ALBERTSON
A.E. NUMBER:        D83

YOU BOUGHT:

    MOTORS LIQ CO COM

TRADE DATE:        10-01-10
PROCESS DATE:      10-01-10
SETTLEMENT DATE:   10-06-10
CUSIP NUMBER:      62010A-10-5
SYMBOL:            MTLQQ

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONFIRMATION

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS. FEE | NET AMOUNT USD | CPTY |
|---|---|---|---|---|---|---|---|---|---|
| I29IUG | 100 | 0.339 | 33.90 | | | 5.00 | | 38.90 | 8 |
| UNSOLICITED ORDER | PERSHING LLC MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | | |
| TOTALS | 100 | | 33.90 | | | 5.00 | | 38.90 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF "DIF" APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. CLEARING THROUGH PERSHING LLC, MEMBER FINRA, NYSE, SIPC. PERSHING IS A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION, ONE PERSHING PLAZA, JERSEY CITY, NJ 07399