**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re:                                          :          Chapter 11 Case No.
                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.,*       :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*    :
                                                :
                              **Debtors.**      :          **(Jointly Administered)**
                                                :
------------------------------------------------------------x

**OBJECTION TO APPROVAL OF DEBTOR'S**
**PROPOSED DISCLOSURE STATEMENT**
**WITH RESPECT TO DEBTOR'S JOINT CHAPTER 11 PLAN**

    **NOW INTO COURT,** via undersigned representative, comes **Estate of Jeanne Heloise Lind King**, having just this day been informed of this matter, to object to any approval of the Debtor's proposed disclosure statement with respect to its Joint Chapter 11 Plan for the following reasons:

I.

    Jeanne Heloise Lind King purchased 64 shares of Common Stock in the Debtor's prior corporate entity, General Motors Corporation.  She also purchased one share of GM Class H Common Stock.

II.

    Ms. King and multiple thousands of investors supported General Motors Corporation (GM) through their stock ownership and loyalty over the years.  They contributed substantially to the growth and sustainability of GM.

III.

    Ms. King is now dead.  A succession was opened on her behalf in Civil District Court for the Parish of Orleans, Louisiana, Case Number 97-11518 "A" (5).  Numerous attempts to redeem

the stock for cash were made by her daughter, H. Jeanne King Dimmock, the first administratrix, and by Stephen N. Chesnut, attorney for the estate and subsequent administrator.  Original certificates were stamped with the "Medallion Guarantee" of authenticity by local banks and sent to the transfer agent.  Numerous phone calls did not produce positive results.

IV.

Motors Liquidation Company, as a successor to GM, has a duty and obligation to liquidate the debts and pay the claims, including that of the Estate of Jeanne H.L. King.

V.

Estate of Jeanne H.L. King has not be informed of the many of the pleadings and hearings in these proceedings.  No notice or opportunity to respond has been provided to said Estate, thereby violating its right to due process.

VI.

Until the above described claim is satisfied, Estate of Jeanne Heloise Lind King strongly objects to any plan of reorganization of the debtor under Chapter 11 of the U.S. Bankruptcy Code.

RESPECTFULLY SUBMITTED:

_____
STEPHEN N. CHESNUT (LA 19309)
Executor/Administrator and Attorney for
the Estate of Jeanne H.L. King
1413 Chartres Street, Suite A
New Orleans, Louisiana 70116
Telephone and Fax: (504) 945-9000
Email: chesnutlawfirm@earthlink.net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                                              :
In re:                                                        :        Chapter 11 Case No.
                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*      :
                                                              :
                 **Debtors.**      :        **(Jointly Administered)**
                                                              :
--------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF LOUISIANA )

PARISH OF ORLEANS  )


       I, Lee Hoz, do hereby swear, affirm, depose and state:

1.      I am the legal assistant for the Stephen N. Chesnut, attorney and administrator for the Estate of Jeanne Heloise Lind King, holder of an equity stock interest in the above captioned proceeding.  Our business address is 1413 Chartres Street, Suite A; New Orleans, Louisiana 70116.

2.      On October 14, 2010, in the morning, I served a copy of the foregoing "Objection to Approval to Debtor's Proposed Disclosure Statement with respect to Debtor's Proposed Chapter 11 Plan" via electronic mail (email), facsimile transmission and first class United States mail and/or electronic submission on the parties identified on Exhibit A and annexed hereto on the date below indicated.  .


Dated: October 14, 2010, _____ a.m. E.T.

New Orleans, Louisiana

__/s/ Lee Hoz_____

LEE HOZ


Sworn to before me on this 14th day of October, 2010, at _____ a.m.


_/s/ Stephen N. Chesnut_____

STEPHEN N. CHESNUT

Notary Public in and for the

State of Louisiana,

Residing in Orleans Parish.

My commission is issued for life.

No. 1605

# EXHIBIT A

Hon. Clerk of Court
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Weil, Gotshal and Manges, LLP
Attorneys for the Debtors
Attn.: Harvey R. Miller, Esq.; Stephen
Karotkin, Esq.; Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Motors Liquidation Company
Attn. : Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243

General Motors, LLC
Attn. : Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, MI 48265

Cadwalader, Wickersham & Taft, LLP
Attorney for the U.S. Dept. of the Treasury
Attn.: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

U.S. Department. of the Treasury
Attn.: John Samarias, Esq.
1500 Pennsylvania Ave. NW, Room 2312
Washington, DC 20220

Vedder, Price, P.C.
Attorneys for Export Development Canada
Attn.: Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Kramer Levin, Naftalis & Frankel, LLP
Attorneys for the Statutory Committee of
Unsecured Creditors
Attn.: Thomas Moers Mayer, Esq.; Robert
Schmidt, Esq.; Lauren Macksoud, Esq.; and
Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee for the
Southern District of New York
Attn.: Tracy H. Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the United States Attorney for the
Southern District of New York
Attn.: David S. Jones, Esq. and
Natalie Kuehler, Esq.
86 Chambers Street, Third Floor
New York, NY 10007

Caplin & Drysdale
Chartered Attorneys for the Official Committee
of Unsecured Creditors Holding Asbestos-
Related Claims
Attn.: Elihu Inselbuch, Esq. and
Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Stutzman, Bromberg, Esserman & Plifka,
A Professional Corporation
Attorneys for Dean M. Trafelet, in his
Capacity as the Legal Representative for
Future Asbestos Personal Injury Claimants
Attn.: Sander L. Esserman, Esq. And
Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Caplin & Drysdale
Attn.: Trevor W. Swett, III, Esq. and
Kevin C. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005