# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | C/O LARRY AND CATHY SACHSE<br>15 RED MILL CT<br>SAINT PETERS, MO 63376 |
| Claim Number (if known): | 61586 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $10,000,000.0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-23-10

Print Name: James M. Dowd

Title (if applicable): Attorney For Creditors



RECEIVED
OCT 12 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

1