Hans und Annelie Dyba

47447 Moers,den 6.10.2010
Alexander Flemingweg 10
Germany

United States Bankruptcy Court
Southern District of New York

One Bowling Green

New York,New York 10004-1408
Attention clerk of court

Motors Liquidation claim Nr.14646 and 14647

Dear Sirs,
at the 17.09.2010 I have written to motors-liquidation,Ohio to get a confirmation for selling my GM bonds at the Exchange in Germany.They answered me,that is no problem,but I have to inform you,that I wish to withdraw my claims for the bonds .Please see enclosure. .Now I need your confirmation for my bank,that I can sell  my and my wifes GM bonds. Thank you for your answer.My e-mail adress is:hansdyba@t-online.de

*(signature)*



RECEIVED
OCT 1 2 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**· · T · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·**

| | |
|---|---|
| **Von:** | claims@motorsliquidation.com <claims@motorsliquidation.com> |
| **An:** | hansdyba@t-online.de <hansdyba@t-online.de> |
| **Betreff:** | Re: claim Nr. 14646 and 14647 |
| **Datum:** | 17.09.2010 18:40 |
| **Anhang:** | Copy of MLC Withdrawal of Claim Form_template.DOC (application/msword) |

Dear Mr. Dyba,

Thanks for your message.

In response to your e-mail to us regarding selling your bonds, you may choose to sell the bonds even though you filed a claim in the bankruptcy case. However, it is your responsibility to ensure administration for the sale of your bonds (this means it is your responsibility to notify the necessary parties so that the correct party is disbursed the claim award from the bonds, if any, at the correct time).

Also due to the sale of your bonds, if you wish to withdraw your Proof of Claim for the bonds (if you filed a claim), you would notify the United States Bankruptcy Court for the Southern District of New York, attention clerk of court, at the address below. Please see the form for withdrawal of proof of claim.

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Feel free to contact us with further questions via email or at 1-800-414-9607.

Thank you,

Motors Liquidation Company

Quoting "hansdyba@t-online.de" <hansdyba@t-online.de>:

> Dear sirs,
> I have written an e mail one week ago to you,but till today I get no
> answer.On the 17.10.2009 I have you inform about my claims to the
> Motors Liquidation Bonds 2003(33) ISIN XSO 171943649. Claim Numbers
> 14646 and 14647. The amount of our claims is 6000.- Euro pro
> person,together with my wife 12000.- Euro.Now we can sell our bonds
> at the Exchange in Germany.For this we need your agreement,because we
> have notify our claims to Motors Liquidation.Many thanks for your
> answer. Hans Dyba