The Clerk of the Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

October 8, 2010

To Whom it May Concern:

I am an 80 year old woman with an interest in the "NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' PROPOSED DISCLOSURE STATEMENT <u>WITH RESPECT TO DEBTORS' JOINT CHAPTER 11 PLAN</u>", I received.

I worked for GM for 16 ½ years and have fourteen shares invested in GM.  I am not sure if the shares are worth anything or are affected by this bankruptcy.

I called Harvey R. Miller, Stephen Karotkin, Joseph H. Smolinsky, at Weir, Gotschal and Manges, LLP. (212) 310-8000 and was told to do nothing and they don't know anything about shares.  I was told to leave a message and as of yet, have received no response.

Please assist me in understanding or resolving this matter.

Sincerely,

Mary Wilkinson
36049 EW 1280
Wewoka, OK  74844
(405) 257-2886

