RECEIVED OCT 12 2010

10-6-10

TO: United States Bankruptcy Court.

Subject: Omnibus Objection to Claims.

I Floyd A Jankowski hereby object to Motors Liquidation to expunge certain compensation and welfare benefits. I retired 2-1-92 with 29.6 yrs of service. My life insurance was $77,000.00. reduced to 34,073 at age 75. I was paying 14.19 per month for CMEP, till my wife died.

On 12-17-1992 a workers compensation hearing was held and the results state that GM stated I was to receive pension benefits and other pension benefits vested under my contract. Therefore I ask the court to honor Motors Liquidation Company to honor the Courts settlement, For 91,122.60.

Thank you

Floyd A Jankowski

P.S. Enclosed are copies of retirement and workers comp settlement.

## SALARIED EMPLOYE RETIREMENT

### COMPLETE AT LEAST TWO MONTHS PRIOR TO RETIREMENT DATE

Name **Floyd Jankowski**          S.S.N. **-5895**

Division **GMPT-SAG**             Interview Date **1-29-92**

Plant **SMI**                     Interviewer **G R Snyder**

Credited Service:                 Retirement Type **T+PD**

   Part A **29** yr. **6** months    Last day Worked **2-12-91**

   Part B **13** yr. **4** months    Retirement Date **2-1-92**


### LETTER OF INTENT

An employe intending to retire must sign a letter of intent describing the type of retirement being applied for and the effective date. Under the current Salaried Retirement Plan (6-90), intent forms are used for early voluntary and normal retirements. Window programs and special incentive separations, if available, have forms specifically designed for that offering.

Required Form(s):   Letter of Intent          **T+PD APPROVED**
       ~~Window Agreement~~
       ~~Incentive Separation Agreement~~


### REVIEW OF RETIREMENT BENEFIT

An employe intending to retire must sign the SRP - 117, which describes and authorizes payment of retirement benefits. In addition, each employe must sign form SRP - 117A, which states the conditions being placed on the payment of benefits. This could include a wage limitation up to age 62. If a wage limitation is imposed, the employe must also sign form SRP - 117A (DA), which authorizes GM to receive FICA taxable wage information from the Social Security Administration to audit for wage limitation compliance.

Required Form(s):   SRP - 117 ✓
       SRP - 117A ✓
       ~~SRP - 117A (DA), if wage limitation~~

(RETIRE2,REV.10-91)

```
  1677.56
-  151.00   FED TAX
-   38.00   ST. TAX
-   36.54   OLI
-    9.56   DLI
-   14.19   CM EXP
─────────
EST  1428.33  NET
```

## LIFE INSURANCES

Basic Group Life Insurance:

Continuing paid up life insurance is provided for employes who retire either:
1. Early Voluntary, age 55-60, 85 points
2. Early Voluntary, 30 years credited service
3. Special or Window, over 10 years credited service
4. Normal, age 65
5. Total and Permanent, over 10 years credited service

During active employment, the basic policy equals 24 times monthly base salary. Once retired, the amount will decrease by 2% the first month and a like amount each subsequent month, until the amount equals (1.5% times original basic) times credited service. [Total and Permanent retirees begin reduction at age 65.] GM pays the full cost of this policy.

Base ( 3205 ) X 24 = Current Basic........$ 77,000 (A)    (1540 did)

Credited Service X 1.5% = Reduction Rate..... .4425 (B)

Fully reduced Amount (estimate) = A times B..$ 34,073

Beneficiary Information  BEVERLY


Optional Group Life Insurance:

Employes may continue Optional Group Life Insurance during retirement. Premiums are paid by payroll deduction from the pension benefit. At age 66 the last inforce amount will reduce by 10% of the original amount and a like amount each year to age 75. No optional may be continued beyond age 75. Premium rate is based on age and amount inforce. No enrollment or increases are permitted after retirement.

Current Information:   Coverage  $ 192,300.00

Rate .19 per 1000 per mo.       Monthly Cost  $ 36.54    Continues

Future Information:    Coverage  $ 192,300.00

Rate .40 per $1000 per mo. at Age 50   Monthly Cost $ 76.92

Beneficiary Information  BEVERLY
    ALSO: BEVERLY IS APPLICANT OWNER OF OGLI
~~Required Form: Authorization to Deduct from Pension~~

## HEALTH CARE COVERAGES

<u>Basic hospital, surgical, medical, prescription drug, hearing:</u>
Generally, GM will pay the full cost of HSMPH coverages for retirees with over 10 years of credited service. <u>Exceptions:</u>
1. Deferred Retirements
2. Voluntary Retirements (age 55 - 60) under 85 points, retiree any pay for health coverages

Sponsored dependents may be continued after retirement with deductions from the retirement check. Note : retirees cannot add new dependents after retirement to GM paid health coverages, they may add sponsored dependents at their own expense.

Retirees are eligible to elect health care coverages annually under the ICP for the area they reside in. A small number of HMO plans do require a small premium. Changes in coverage are allowed mid-year for relocation to an area not serviced by the current plan.

Medicare: Enrollment through Social Security is voluntary, although adviseable for the retiree. Enrolled retirees are reimbursed through special insurance payment. <u>Surviving spouses must be enrolled in medicare, if eligible, in order to be given corporate paid health coverage.</u>

<u>Dental Coverage:</u>
Under the current salaried program, the retiree and eligible dependents will be eligible for coverage. Annual ICP provides option elections.

<u>Vision Coverage:</u>
Under the current salaried program, the retiree and eligible dependents will be eligible for coverage. While there is no ICP option for vision, some HMO's include vision care.

**\*\*\* SALARIED HEALTH PROGRAMS ARE SUBJECT TO MODIFICATION BY THE CORPORATION. CHANGES WILL GENERALLY AFFECT THE SALARY GROUP INCLUDING ACTIVE, RETIREES AND SURVIVING SPOUSES.**

<u>Comprehensive Medical Expense Plan (CMEP):</u>
Coverage may be continued in retirement. Enrollment at any time requires a six month waiting period. Premiums are deducted from pension benefit. Current rates are:

   Retiree (1 party)         -  $ 5.20 per month
   Retiree + 1 (2 party)     -  $14.19 per month
   Retiree + Family          -  $19.02 per month   7

Required Form: GHC 902 Health Care enrollment    25 4-14-92 (67)

Current dependents on health care: BEVERLY , MATTHEW

Current Information:   Basic Health Care 2190 - PPO
Dental Carrier   OJ MET    Vision  I MET     CMEP YES -

NOTE - PPO CANNOT BE KEPT W/ MEDICARE.

```
 1                      STATE OF MICHIGAN

 2       IN THE BUREAU OF WORKERS' DISABILITY COMPENSATION

 3
         FLOYD JANKOWSKI,
 4
                               Plaintiff,
 5
              -vs-
 6




10                            REDEMPTION

11             BEFORE JOHN R. WHITEHOUSE, MAGISTRATE,

12         Saginaw, Michigan - Thursday, December 17, 1992

13

14   APPEARANCES:

15   For the Plaintiff:        MR. JOHN F. O'GRADY (P25388)
                               973 Midland Road
16                             Saginaw, MI 48603
                               (517) 790-6611
17
     For the Defendant:        MR. BRUCE L. DALRYMPLE (P23126)
18                             Braun, Kendrick & Finkbeiner
                               812 Second National Bank Building
19                             Saginaw, MI 48607
                               (517) 753-3461
20
                 REPORTED BY:  Angela L. McJames, RPR, CSR-4305
21                             Certified Shorthand Reporter
                               (517) 793-6672  1-800-878-6672
22                             FAX:  (517) 793-4290

23

24

25



                    GENERAL REPORTING SERVICE, INC.
```

10

```
 1        your involvement with General Motors and the workers'
 2        compensation system and you will just continue to
 3        receive the pension benefits and any other vested
 4        pension benefits which you're entitled to under your
 5        contract, do you understand that?
 6   A    Yes, I do.
 7        [illegible]
 8        [illegible] this is fair and do you want the judge to
 9        approve it?
10   A    I have no questions and I feel it's fair.
11             MR. O'GRADY: I do also recommend this, Your
12        Honor. As The Court's well aware heart conditions
13        are difficult cases for the plaintiff to prove,
14        particularly when even the chest pain might have
15        started at work there was a period of I think it was
16        six or eight hours between the time of work and the
17        time of admission to the hospital and I just thought
18        we'd have some difficulty in proof.
19             THE COURT: Thank you, Mr. O'Grady.
20        Mr. Dalrymple?
21                                              EXAMINATION
22   BY MR. DALRYMPLE:
23   Q    Mr. Jankowski, do you understand that once this
24        agreement is approved and becomes final after the
25        15-days go by --
```

GENERAL REPORTING SERVICE, INC.

14

```
1    STATE OF MICHIGAN    )
                          )    SS
2    COUNTY OF MIDLAND    )

3              I certify that this transcript, consisting of 13

4        pages, is a complete, true, and correct transcript of

5        the proceedings held and testimony taken in this case

6        on December 17, 1992.




10

11   August 3, 1995                _____

12                                 Angela L. McJames, RPR, CSR-4305

13                                 Certified Shorthand Reporter

14                                 My Commission Expires: 5-13-97

15

16

17

18

19

20

21

22

23

24

25
```

GENERAL REPORTING SERVICE, INC.