# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | TEL-X CORPORATION <br> 32400 FORD ROAD <br> GARDEN CITY, MI, 48135 |
| Claim Number (if known): | 305 |
| Date Claim Filed: | 6/23/2009 |
| Total Amount of Claim Filed: | $964.00 |

RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT SD. DIST. OF N.Y.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-27-10

Print Name: TAMMY CAROL

Title (if applicable): OFFICE MANAGER

---

### DEFINITIONS