# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | PARTS FINISHING GROUP INC DBA AUTOMATED DEBURRING<br>13251 STEPHENS RD<br>WARREN,MI,48089 |
| Claim Number (if known): | 15939 |
| Date Claim Filed: | 10/16/2009 |
| Total Amount of Claim Filed: | $179.40 |

RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.    I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9-23-10

*Christel Furrer*

We received payment of Inv#68182  4-23-09 on CK#005011518  10/29/09

Print Name: Christel Furrer

Title (if applicable): Corp.Acc Mgr