# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DEPARTMENT OF REVENUE STATE OF OREGON<br>REVENUE BUILDING<br>955 CENTER ST NE<br>SALEM, OR    97301 |
| Claim Number (if known): | 70358 |
| Date Claim Filed: | 7/26/2010 |
| Total Amount of Claim Filed: | $9,457.66 |

RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/30/10

*[Signature: Kimberly Lively]*

Print Name: Kimberly Lively

Title (if applicable): Bankruptcy Technician

---

US_ACTIVE:¥43219392¥02¥72240.0639