To : United States Bankruptcy Court of Southern New York

In regards to Motors Liquidation Bankruptcy Case.

I am responding to the Debtors Eighty-Ninth Objection to Claims and Motion requesting enforcement of bar dates orders.

In regards to claim 69719 received by the court on Jan 5, 2010 . Eight pages of documents provided supporting information for claim 29005. Two pages provided support information for claim 29006. Both of the original claims were received by Nov 17, 2009.

These documents should *not* have been  considered a new claim but recognized as the additional documentation that the court gave claimants the opportunity to send in. Claim 29005 is for loss of retiree health care. Claim 29006 is for loss of retiree life insurance.

The court was to apply these documents as my additional supporting information sent in before the deadline of January 7, 2010.

In addition to the mailing received by the court on January 5, 2010, I also mailed a copy of these documents to Amanda Ho in January 2010.

Please find  a resend of the  documents that was sent to the court to support "insufficient documentation"  for claims 29005 and 29006.


Sincerely



Gerald A Kolb

CC:   Harvey R Miller
      Stephen Karotkin
      Joseph H. Smolinsky
      WEIL,GOTSHAL & MANGES LLP
      767 Fifth Ave.
      New York, New York  10153