**RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

Apr 05, 1999

Gerald A Kolb
14137 Randall Dr.
Sterling Hts, MI 48313-3558

Dear Gerald A Kolb:

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of **$25,499.00**. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, **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**, in all your correspondence.

**Retiree Servicing Center**

UA01

## Salaried Retiree:  Gerald A Kolb

### Life Insurance Loss Calculation

| | |
|---|---|
| Life Insurance at time of retirement | $25,499 |
| Current amount of Company provided Life Insurance | -$10,000 |
| Value of Lost Life Insurance | $15,499 |