To – United States District Court, Southern District NY, Chapt 11 cases
    Creditors Committee, Kramer, Levin Naftalis & Frankel
    Wilmington Trust Company
    Securities & Exchange Commission
    Attorney General Eric Holder

RECEIVED OCT 13 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

From – Howard and Gloria Moses
    1735 East Ridge Drive
    Blacksburg, VA 24060

Regarding – Motors Liquidation Company f/k/a General Motors Corp
    Case no. 09-50026 (REG)

The General Motors bonds we bought years ago to fund our retirement were declared to be worth very little, maybe nothing, when the government took control of the company and pushed it into Chapter 11. We were victimized.

Now, we read in the papers that General Motors handed out stock shares worth more than $`1.3 million to its current and former chief executives. It is blatantly unfair for the executives of a failed company to receive tremendous pay when the bondholders are left to beg for pennies on the dollar. Instead of handing the executives $1.3 million in addition to the pay they already received when the company was going down, that money should go into a pot for the bondholders who put hard- earned money into the Company.

When bondholders are treated with disdain, they lose confidence in the financial markets and in the government.

*Glora Moses* 10-6-2010
*Howard Moses* 10/6/10