## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Response to the Debtors' Ninety-Eighth Omnibus Objection to Claims was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and to the following via e-mail (where applicable), and by first-class mail postage prepaid to:

Judge Robert E. Gerber
United States Bankruptcy Judge
Chambers, Room 621
One Bowling Green
New York, NY 10004

Mr. Harvey R. Miller
Weil, Gotshal & Manges LLP,
767 Fifth Ave
New York, NY 10153

General Motors, LLC
400 Renaissance Center
Detroit, MI 48265
Attn: L. Buonomo

Cadwalader, Wickersham &Taft, LLP
U.S. Department of Treasury
One World Financial Center
New York, NY 10281
Attn: J. Rapisardi

Vedder Price P.C.
Counsel – Export Development Canada
1633 Broadway, 47th floor
New York, NY 10019
Attn: M. Edelman

Motors Liquidation Company
500 Renaissance Center
Suite 1400
Detroit, MI 48243

United States Department of
Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor,
New York, NY 10152

Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1000
Washington DC 20005

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Office of the United States
Trustee
Southern District of New York
33 Whitehall Street
New York, NY 10004

_/S/ Shamika Smith_____

Shamika Smith
An Employee of Kilpatrick & Associates

October 15, 2010