PRESENTMENT DATE AND TIME: October 22, 2010 at 12:00 p.m. (Eastern Time)
OBJECTION DEADLINE: October 22, 2010 at 11:30 a.m. (Eastern Time)

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Attorneys for Movant Official Committee
of Unsecured Creditors Holding Asbestos-Related Claims*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,          :     Chapter 11 Case No.
    f/k/a General Motors Corp., *et al.*   :
                                               :     09-50026 (REG)
                                               :
                                               :     (Jointly Administered)
                                               :
                                               :
                                               :
------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF APPLICATION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED CLAIMS FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
EPIQ BANKRUPTCY SOLUTIONS, LLC AS THE COMMITTEE'S SERVICE
AGENT *NUNC PRO TUNC* TO MARCH 5, 2010**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors Holding

Asbestos-Related Claims (the "**Asbestos Claimants Committee**" or "**ACC**") will present the

Application of the Official Committee of Unsecured Creditors Holding Asbestos-Related

Doc# 348727

Claims for Entry of an Order Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as the Committee's Service Agent *Nunc Pro Tunc* to March 5, 2010 (the "**Application**") and the annexed order to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for approval and signature at Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on October 22, 2010 at 12:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the

United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors (the "**Creditors' Committee**"), 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims (the "**Asbestos Claimants' Committee**"), 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants (the "**Future Claimants' Representative**"), 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); and (xii) all entities that requested notice in these chapter 11 cases under Bankruptcy Rule 2002, so as to be received no later than October 22, 2010 at 11:30 a.m. (the "**Objection Deadline**"). Unless objections are received by the Objection Deadline, the order may be

signed. In the event objections are received, a hearing will be held at a date and time to be determined.

Dated: New York, New York
      October 15, 2010

                              Respectfully submitted,

                              CAPLIN & DRYSDALE, CHARTERED

                              /s/ Elihu Inselbuch
                              Elihu Inselbuch
                              Rita C. Tobin
                              Caplin & Drysdale, Chartered
                              375 Park Avenue, 35th Floor
                              New York, NY 10152-3500
                              Telephone: (212) 319-7125
                              Facsimile: (212) 644-6755
                              E-mail: ei@capdale.com; rct@capdale.com

                              Trevor W. Swett III
                              Kevin C. Maclay
                              Caplin & Drysdale, Chartered
                              One Thomas Circle, N.W.
                              Suite 1100
                              Washington, D.C. 20005
                              Telephone: (202) 862-5000
                              Facsimile: (202) 429-3301
                              E-mail: tws@capdale.com;
                              kcm@capdale.com

                              *Attorneys for Movant Official Committee of Unsecured Creditors Holding Asbestos-Related Claims*