# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
    f/k/a General Motors Corp., *et al.*         :      Chapter 11
                                                    :      Case No. 09-50026 (REG)
                                                    :      (Jointly Administered)
        Debtors.                            :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent in the above-captioned Chapter 11 case. My business address is 105 Maxess Road, Melville, New York 11747.

    2.    On October 15, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim [Docket No. 7298] and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal service.

                                                         /s/Kimberly Murray
                                                         Kimberly Murray

Sworn to before me this 15th day of
October, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

**TRANSFEROR**

Charles Thomas Estate
and Estate of Darlene Thomas
936 Star Mount Avenue
Roanoke, VA 24019

Charles Thomas Estate
and Estate of Darlene Thomas
c/o Altizer & Altizer P.C.
324 Washington Avenue SW
Roanoke, VA 24016

Charles Thomas Estate
and Estate of Darlene Thomas
c/o Pivnik & Nitsche, P.A.
Attn: Jerry Pivnik, Esq.
9100 South Dadeland Blvd.
One Datran Center, Suite 1009
Miami, Florida 33156-7866

**TRANSFEREE**

TRC Optimum Fund, LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518