**Hearing Date and Time:  October 21, 2010 at 9:45 a.m. (Eastern Time)**

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
Jacob L. Newton (Admitted *Pro Hac Vice* )
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999

Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            )
In re                                                       )        Chapter 11
                                                            )
MOTORS LIQUIDATION COMPANY, *et al.,* )        Case No. 09-50026 (REG)
                                                            )
    f/k/a General Motors Corp., *et al.*    )
                                                            )
               Debtors.    )        (Jointly Administered)
------------------------------------------------------------X

**JOINDER OF THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS CLAIMANTS TO THE MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS
LIQUIDATION COMPANY TO ENFORCE (A) THE FINAL DIP ORDER, (B)
THE WIND-DOWN ORDER, AND (C) THE AMENDED DIP FACILITY**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      Dean M. Trafelet, in his capacity as the legal representative for holders of future asbestos personal injury claims against the Debtors (the "**Future Claimants' Representative**"), submits this Joinder in the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility (the "**Motion**"). Based on the reasoning set forth therein, the Future Claimants' Representative supports the Motion.

Dated: October 18, 2010
Dallas, Texas

                **STUTZMAN, BROMBERG
ESSERMAN & PLIFKA,
A Professional Corporation**

                */s/ Sander L. Esserman*
                Sander L. Esserman (Admitted *Pro Hac Vice*)
                Robert T. Brousseau (Admitted *Pro Hac Vice*)
                Peter C. D'Apice
                Jacob L. Newton (Admitted *Pro Hac Vice*)
                Jo E. Hartwick (Admitted *Pro Hac Vice*)

                2323 Bryan Street, Suite 2200
                Dallas, Texas 75201
                Telephone: 214-969-4900
                Facsimile: 214-969-4999

                **Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future
Asbestos Personal Injury Claimants**