*The Law Offices of*

(SPACE BELOW FOR FILING STAMP ONLY)

# BARRY NOVACK

8383 WILSHIRE BLVD. SUITE 830

BEVERLY HILLS, CALIFORNIA 90211-2407

(323) 852-1030    (323) 852-9855 FAX

CA STATE BAR NO. 57911 (ADMITTED PRO HAC VICE)

-and-

NORRIS MCLAUGHLIN & MARCUS, PA

875 THIRD AVE., 8TH FLOOR

NEW YORK, NY 10022

(212) 808-0700

MELISSA PEÑA (MP-3320)

ATTORNEYS FOR PLAINTIFF SANFORD DEUTSCH

Hearing Date: November 9, 2010

Time: 9:45 a.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>MOTORS LIQUIDATION COMPANY, et al.,<br>  f/k/a General Motors Corp., et al.<br>Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |

## NOTICE OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 9, 2010, AT 9:45 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

1

NOTICE OF FURTHER HEARING ON MOTION FOR ORDER ENFORCING 363 SALE ORDER

1  PLEASE TAKE NOTICE that on November 9, 2010, at 9:45 a.m. in the above-referenced
2  Court, a further hearing will take place concerning the Objection by Sanford Deutsch to New GM's
3  Motion to Enforce 363 Sale Order.
4  Pursuant to the Court's Order and the Stipulation of the parties, further briefing has been
5  filed and served on this matter as follows:
6      1.    Supplemental Submission of General Motors, LLC, in Support of Order Pursuant to
7          U.S.C. Section 105(a) Enforcing 363 Sale Order With Respect to Sanford Deutsch
8          (Docket No. 6834).
9      2.    Reply Brief of Sanford Deutsch to Supplemental Submission of General Motors,
10         LLC (Docket No. 7027).
11      3.    General Motors, LLC's Reply to Deutsch's Response to General Motors, LLC's
12         Supplemental Submission (Docket No. 7026).
13  Further briefing having been completed, Sanford Deutsch now requests that a hearing take
14  place on November 9, 2010, at 9:45 a.m. Sanford Deutsch, through his attorneys, intends to appear
15  by telephone, per the Court's permission.

THE LAW OFFICES OF BARRY NOVACK

DATED: October 12, 2010       By: _____
                                           BARRY NOVACK
                                   Attorneys for Plaintiff Sanford Deutsch

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age 18 and not a party to this action. My business address is: 8383 Wilshire Blvd., Suite 830, Beverly Hills, California 90211.

On the date indicated below I served the attached: **Notice of Further Hearing on Motion for Order Enforcing 363 Sale Order** on the interested parties by placing a true copy in a sealed envelope addressed as follows:

| | |
|---|---|
| Harvey R. Miller. Esq. | Attorneys for Debtors and Debtors in Possession |
| Stephen Karotkin. Esq. | |
| Joseph H. Smolinksy, Esq. | |
| Weil, Gotshal & Manges LLP | |
| 767 Fifth Avenue | |
| New York, New York 10153 | |
| (212) 310-8000 | |
| (212) 310-8007 FAX | |
| | |
| The Garden City Group, Inc. | Noticing Agent |
| P.O. Box 9386 | |
| Dublin, OH 43017-4286 | |
| (631) 940-6554 FAX | |

Attn:   Motors Liquidation Company
         Claims Processing

__X__ BY MAIL: I caused such envelope to be deposited in the U.S. Postal Service at Beverly Hills, CA with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

__X__ BY FAX SERVICE: I caused such document to be fax served to the office of the addressee.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Beverly Hills, California on October 12, 2010.

_____
Christina Mirzaie