**NEW HEARING DATE AND TIME: January 6, 2011 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: December 30, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
:
                    Debtors. : **(Jointly Administered)**
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**GENOVEVA BERMUDEZ TO FILE PROOF OF CLAIM**
**AFTER CLAIMS BAR DATE OR, IN THE ALTERNATIVE,**
**TO AMEND INFORMAL PROOF OF CLAIM**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Genoveva Bermudez to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim [Docket No. 5747] (the "**Motion**"), which was scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on October 26, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **January 6, 2011 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **December 30, 2010 at 4:00 p.m. (Eastern Time)**. The Hearing may

be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
       October 18, 2010

/s/ *David R. Berz*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession