**NEW HEARING DATE AND TIME: December 2, 2010 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: November 24, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :    **09-50026 (REG)**
       f/k/a General Motors Corp., *et al.*                 :
                                                            :
                                 Debtors.                   :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH AND**
**TRANSFIGURATION PARISH FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE TO ALLOW FOR**
**PROSECUTION OF THE CIVIL LAWSUIT NOW PENDING IN THE**
**COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of The Roman Catholic Diocese of Pittsburgh

and Transfiguration Parish for Relief from the Automatic Stay Under Section 362 of the

Bankruptcy Code to Allow for Prosecution of the Civil Lawsuit Now Pending in the

Court of Common Pleas of Allegheny County, Pennsylvania [Docket No. 6872] (the

"**Motion**"), which was originally scheduled to occur before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York,

New York 10004, on October 26, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **December 2, 2010 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **November 24, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
        October 18, 2010

/s/ *David R. Berz*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession