Sander L. Esserman (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
MOTORS LIQUIDATION COMPANY, *et al.*,                          )
f/k/a GENERAL MOTORS CORP., *et al.*,                          )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                    Debtors.                                   )    Jointly Administered
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 18, 2010, she caused true and correct copies of the ***Joinder of the Legal Representative for Future Asbestos Claimants to the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility*** (Docket No. 7387) to be served on the parties below by the method indicated and by electronic mail on all parties on the Master Service List and on all parties receiving notice via the Court's ECF System.

**By Electronic Mail**
Harvey R. Miller
harvey.miller@weil.com
Stephen Karotkin
stephen.karotkin@weil.com
Joseph H. Smolinsky
joseph.smolinsky@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Lawrence Buonomo
lawrence.s.buonomo@gm.com
**General Motors LLC**
400 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
Ted Stenger
tstenger@alixpartners.com
**Debtors c/o Motors Liquidation Company**
500 Renaissance Center, Suite 1400
Detroit, Michigan 48265

**By Electronic Mail**
John J. Rapisardi
john.rapisardi@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for the United States Department of the Treasury**

**By Electronic Mail**
Joseph Samarias
Joseph.samarias@do.treas.gov
**United States Department of the Treasury**
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

**By Electronic Mail**
Michael J. Edelman
mjedelman@vedderprice.com
Michael L. Schein
mschein@vedderprice.com
Vedder Price, PC
1633 Broadway, 47th Floor
New York, NY 10019
**Counsel for Export Development Canada**

**By Electronic Mail**
Thomas Moers Mayer
tmayer@kramerlevin.com
Robert Schmidt
rschmidt@kramerlevin.com
Lauren Macksoud
lmacksoud@kramerlevin.com
Jennifer Sharret
jsharret@kramerlevin.com
Amy Caton
acaton@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of Unsecured Creditors**

**By Electronic Mail**
David S. Jones
david.jones6@usdoj.gov
Natalie Kuehler
Natalie.kuehler@usdoj.gov
**United States Attorney's Office**
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

**By Electronic Mail**
Elihu Inselbuch
ei@capdale.com
Rita C. Tobin
rct@capdale.com
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Trevor W. Swett, III
tws@capdale.com
Kevin C. Maclay
kcm@capdale.com
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
**Counsel for the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims**

**By Facsimile**
Tracy Hope Davis
**Office of the United States Trustee for the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile:  212-668-2256

Dated: October 19, 2010
      Dallas, Texas

      */s/Heather J. Panko*

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900