**Hearing Date and Time: October 21, 2010 at 9:45 a.m. (Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3275
Facsimile: (212) 715-8000
Thomas Moers Mayer
Philip Bentley
Robert T. Schmidt

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------------- X | : | |
| In re: | : | Chapter 11 Case No.: |
| | : | |
| MOTORS LIQUIDATION COMPANY, et al. | : | 09-50026 (REG) |
| f/k/a General Motors Corp., et al. | : | |
| | | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------------- X | | |

**NOTICE OF HEARING ON THE MOTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION
COMPANY TO ENFORCE (A) THE FINAL DIP ORDER, (B) THE WIND-
DOWN ORDER, AND (C) THE AMENDED DIP FACILITY**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on October 21, 2010, at 9:45 a.m. (prevailing Eastern Time) to consider the Notice of the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility (Docket No. 7226).

Dated: New York, New York
October 19, 2010

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Thomas Moers Mayer
    Thomas Moers Mayer
    Timothy Harkness
    1177 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 715-3275
    Fax: (212) 715-8000

    Counsel for the Official Committee of
    Unsecured Creditors of Motors Liquidation
    Company., *et al.*