George R Leedom
97 Westgate Dr.
Mansfield, Ohio 44906
419-526-2788

October 8, 2010

To: Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 United States Bankruptcy Court
Southern District Of NewYork
One Bowling Green New York, New York 10004

Your Honor:

I am writing to you regarding the correspondence dated September 23, 2010 concerning Motors Liquidation Company, et al, f/k/a/ General Motors Corp Chapter 11 Bankruptcy Case No. 09-50026 (Reg) indicating my claim is to be disallowed and expunged.

Please be advised and consider this letter as my objection (s) and appeal (s) regarding the decision rendered at this time in the aforementioned case on my behalf.

Please further note, I was unable to access any appeal form from the web site indicated in the notification. Since I am not an attorney I was also unable to understand the entire appeal process. Therefore, please consider this as my appeal.

I have also sent a similar letter to the Garden City Group and WEIL, GOTSHAL, & MANAGES LLP Firm.


Respectfully

*George R. Leedom*

George R. Leedom