UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case no |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et,al | 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors | |

NOTICE OF HEARING TO CONSIDER APPROVAL
OF DEBTORS' PROPOSED DISCLOSURE STATEMENT
WITH RESPECT TO DEBTORS' JOINT CHAPTER 11 PLAN

**RESPONSE:**
I David J. Astorian common shareholder (206.266 shares) of General Motors Corporation (now Motors Liquidation Company) of 27 Bradford Road Watertown, MA 02472-3309 make the following response to the above issue.

I have reviewed the contents of the Disclosure Statement and Plan and description and summary table of classification and treatment of claims and equity interest under the plan.

The future to issue stock for the New GM (General Motors Company) has been help to be facilitate by mainly U.S. Treasury Funds. All parties involved have had some loss because of downturn in General Motors Corporation and later filing for Bankruptcy.

President Obama and his administration and other parties have helped the continuance of General Motors for the good of the company, communities, and the country. The General Motors name and brand have been around for many years, and without this goodwill and funds from all parties in the past, the future long term viability would not be as certain.

I hope some consideration will be given to my shares in the new General Motors Company. I feel the old shareholders should not be forgotten and be included in the new General Motors.

Sincerely

David J. Astorian/ Shareholder
27 Bradford Road
Watertown, MA 02472-3309  H 617-923-8893  October 8, 2010

Copy send to the Honorable Robert E. Gerber





Computershare Trust Company, N.A.
PO Box 43078
Providence, RI 02940-3078
Within the US, Canada & Puerto Rico    800 331 9922
Outside the US, Canada & Puerto Rico    781 575 3990
www.computershare.com/gm

000380

\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 024    000000002/000000380

DAVID J ASTORIAN
27 BRADFORD RD
WATERTOWN MA  02472-3309

**Holder Account Number**



| SSN/TIN Certified | Symbol |
|---|---|
| Yes | GM |

001CS0006_RPS.DL_PG1.GMC.103138_20286/000380/000380/1

## General Motors Corporation - Summary of Account Holdings and Transaction Form

It is important to <u>retain this statement for tax reporting purposes</u>, and for use as a reference when you access your account online at our website or when contacting Computershare.

| Holder Account Number: |
|---|

### ▶ ACCOUNT SUMMARY
As of close of stock market on 10 Jun 2008

| Stock Class Description | Certificated Shares/ Units Held by You | Direct Registration Book Shares/Units | Investment Plan Book Shares/Units | Total Shares/Units | Closing Price Per Share/Unit ($) | Market Value ($) |
|---|---|---|---|---|---|---|
| Common Stock | 0.000000 | 0.000000 | 206.266424 | 206.266424 | 16.810000 | 3,467.34 |

### Dividend Reinvestment Activity
As of record date

This section includes information only for shares/units for which dividends are reinvested.

| Record Date | Payment Date | Dividend Rate ($) | Stock Class Description | Dividend Reinvestment Shares/Units | Gross Dividend ($) | Taxes Withheld ($) | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 16 May 2008 | 10 Jun 2008 | 0.250000 | Common | 203.242577 | 50.81 | | 50.81 |

### Transaction History
From: 01 Jan 2008    To: 10 Jun 2008

This section pertains only to book-entry shares/units.

| Date | Transaction Description | Transaction Amount ($) | Deduction Description | Deduction Amount ($) | Net Amount ($) | Price Per Share/Unit ($) | Transaction Shares/Units | Total Book Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Plan Transactions Common Stock | | | | | | | | |
| 01 Jan 2008 | Balance Forward | | | | | | | 200.912746 |
| 10 Mar 2008 | Dividend Reinvestment | 50.23 | Comp Paid Fees | 0.09 | 50.23 | 21.559500 | 2.329831 | 203.242577 |
| 10 Jun 2008 | Dividend Reinvestment | 50.81 | Comp Paid Fees | 0.12 | 50.81 | 16.803097 | 3.023847 | 206.266424 |

*[handwritten]* FINAL BALANCE

    194UDR    G M C    

002CD40010    00TPPA

### How to Read Your Statement

Please see reverse side for important information

Stock Class Description -- A description of the stock class in which you hold shares, e.g.    Transaction Shares/Units – The number of shares purchased or sold through the Plan for