October 7, 2010

Honorable Robert E. Gerber
U.S. Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, NY 10004-1408

Dear Judge Gerber:

With all due respect to you and to the court where do I and other stockholders go for relief?

Every time I receive a document about the Bankruptcy Court regarding General Motors my anger and blood pressure goes off the scale.

With all of the rules and regulations governing the machinations of Wall Street and the Stock Markets it did not help the average stockholder.

Where was the Attorney General of N.Y., SEC, Board of Directors, CEO and CFO and their respective responsibility to the shareholders? What about their fiduciary responsibility to all who invested their hard-earned monies in this and other companies.

Where is the relief for all those retirement programs, 401's, IRA's, etc. for the average person, like my wife and I? We invested in America and the future of the American Worker. I don't like the loss, but I accept it. However, I am angry and disillusioned that my government forced several companies into government buy-outs like General Motors and Washington Mutual. Why?

Many people have been badly hurt financially by officials who had no experience in government or business. Yet, they continue this destructive behavior. Perhaps, you and your family are also being hurt financially, I hope not.

If you have a legal solution or opinion, I would appreciate hearing it.

Respectfully,

*Adrian J. Phillips*

Adrian J. Phillips
2728 Normington Drive
Sacramento, CA 95833
(916) 922-2823