\# 1

RECEIVED
OCT 1 3 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

John Polosky
5 Savoy Street
Colonia, N.J. 07067-1816

Dear Sir:

Subject: "claim" against Motor Liquidation Company and General Motors Corporation.

* To protect my General Motors common stock and be given a dollar value compensation for 1,000 shares a value of $96,700.

Or be granted equal value of shares in total dollar value in the New General Motors stock that is to be issued in the future.

I don't feel General Motors should issue New General Motors stock. The company is still General Motors. The old General Motors v/s new General Motors is just a out plot/scam. It's still General Motors. And the stock holder gets hurt at a loss.

I've been a General Motors stock owner for 48 years and now I'm completely at a loss and lost my lifes savings, and on the verge of a nervous break down on this matter.

I feel I should be compensated in some respect, by dollar value or in New General Motors stock of equal dollar value when issued.

continued
"over please"

#2

"Continued" from page 1

Why not just continue with the same General Motors <u>old</u> stock and <u>continual business</u>; as I said previously it's still <u>General Motors</u> no matter how you look at it. The New General Motors vs the <u>old</u> General Motors is just a farce/scam.

Who would buy the New General Motors stock after what they did to the present stockholders of common stock. People don't forget tragedy.

As I said, I'm almost at a nervous break down and hope General Motors has some loyalty for me after my loyalty to them for 48 years as a G.M. stock owner.

I thank you in advance and hope something can be done for me as a compensation for my loss.

I will be awaiting your decision and response regarding this sorrowful situation I have at hand.

PS Thanks again for Reviewing my "Claim Case"

Regards,
John Polacsky
5 Savoy Street
Colonia, N.J. 07067-1816