To whom it may concern,

My name is Felipe Esquibel and on 05/09/09, my 2007 Chevrolet Aveo was in a car accident. It hit the back end of a Mazda 2007. This was reported to both insurance companies and to both GM corporations on the exact day of the incident. Two days later I received both claim numbers as followed; claim # for GM is #348897, Gap claim is CG1CHP1771. I spoke with Joe C. at GM; he was the one to give me my GM claim number. He also told me they would get a hold of me (no exact time or date). I did give them a respectable two week (or 10 business days) to give me a call back, when I received no response I called 20+ times within a year to a year and a half period to try and resolve the issue at hand. Please help me with this, a vehicle douse fall under a necessity category for me as I am handicapped and walk with the assistance of a walker. It is extremely difficult for me to get around without my own transportation. I will also send you a copy of all the documentation about this claim that I currently posses, and within those document I believe you will find the reason why I am still pursuing this and why I think this claim should be added when brought to the Honorable Robert E. Gerber (United States Bankruptcy Judge).

                                        Thank you for your time,

                                        Mr. Esquibel

Administrator - IAS, LP
12800 Angell Side Dr    Leander, TX 78641
800-346-6469    512-421-8911 fax

**FROM:** **GAP Claims**

*14 July*

**DATE:** 5/11/2009

*Fax June 22, 2009*
*at 4:42 pm*
*Felipe Esq.*

**TO:** **FELIPE ESQUIBEL**

7495 LOWELL 2
Westminster, CO 80031

*VIN 7B048924*

| | | | |
|---|---|---|---|
| DATE FILED: | 5/11/2009 11:15:14 AM | Contract #: CG1CHP1/71 | GAP T |
| NAME ON POLICY: | FELIPE ESQUIBEL | Claim #: | 348897 |
| CURRENT ADDRESS: | 7495 LOWELL 2 | | |
| CITY: Westminster | | STATE: CO | ZIP: 80031 |
| PHONE: (H) | | (W) | |
| PURCHASED FROM: | DENVER ISUZU SUZUKI (CO) (MG) | | |
| YEAR: 2007 | MAKE: CHEVROLET | MODEL: AVEO | Mileage: 11256 |

*# 348897*
*Hi good News*
*Payoff*

In order to complete the administration of your GAP claim and submit to the insurance company for adjudication and payment, Where Eligible the following missing items must be received. Please contact the GAP Claims Dept if you have any questions.

[X] GAP WAIVER ADDENDUM COPY (front and back)
[X] POLICE REPORT COPY                                [X] MISSING
[ ] RECOVERY REPORT COPY
[ ] DECLARATION PAGE OF AUTOMOBILE INSURANCE
[ ] INSURANCE SETTLEMENT CHECK
[ ] R/V FIN CONTRACT
[ ] INSURANCE ADJUSTER'S/CCC REPORT

**NOTES:**
5/11/09
Please send us the marked documents for your GAP claim.

[ ] TOTAL LOSS WORKSHEET
[ ] BUYERS ORDER
[ ] BOOK OUT SHEET (Date Of Purchase)
[ ] DEALER INVOICE
[ ] TEMPORARY REGISTRATION
[ ] STATEMENT OF TOTAL LOSS

*July 09*
*# 1451.79 ok*

**LIENHOLDER LETTER**
[ ] PAY OFF AMOUNT AS OF DATE OF LOSS
[ ] PAYMENT HISTORY FROM LEINHOLDER
[ ] FINANCE CONTRACT - ORIGINAL VEHICLE
[ ] Other: _____

*303 404-650*

**REFUND**
[ ] SERVICE CONTRACT REFUND AMOUNT    -- on Dealer Letterhead
[ ] CREDIT LIFE REFUND AMOUNT              -- on Dealer Letterhead
[ ] CREDIT DISABILITY REFUND AMOUNT    -- on Dealer Letterhead

NOTE: To check claim status on-line go to fasterclaims.com and use contract # and claim # shown above.




# Medved Autoplex Body Shop
# 11001 W. 1-70 Frontage Road North
# Wheatridge, CO 80033

Phone (303)420-5391
Fax (303)421-8942

## Fax Cover Sheet

To: Phillip Esquibel          Fax Number: 3-408-6060

Company: _____   Claim Number: _____

Tax ID Number: 840396195

Pages including cover sheet: 5

If you have any problems or questions concerning this transmittal, please call Brian Andrews at the above number.

Additional information:

2007 Aveo estimate.

06/19/2009 at 01:48 PM                                              Job Number:
57516

**PRELIMINARY ESTIMATE**
2007 CHEV AVEO LS 4-1.6L-FI 4D SED WHITE Int:

---

CUSTOMER PAY                                                        $    0.00
INSURANCE PAY                                                       $ 7725.59


THE REPAIRER AGREES TO PERFORM REPAIRS WHICH SERVE TO RESTORE THE DAMAGED
VEHICLE TO ITS PRELOSS CONDITION RELATIVE TO SAFETY, FUNCTION AND APPEARANCE AND
FURTHER AGREES TO WARRANT WORKMANSHIP, WITH A LIFETIME LIMITED WARRANTY, WHICH
INCLUDES REFINISHING. THIS WARRANTY APPLIES ONLY TO REPAIRS DONE TO VEHICLE
THAT ARE INCLUDED ON THIS ESTIMATE. THIS WARRANTY DOES NOT APPLY TO PREVIOUS
DAMAGE/REPAIRS OR FUTURE DAMAGE/REPAIRS.

IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING
TO DEFRAUD THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF
INSURANCE, AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE
COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO A POLICYHOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR
ATTEMPTING TO DEFRAUD THE POLICYHOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT
OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO
DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AGENCIES.

Estimate based on MOTOR CRASH ESTIMATING GUIDE. Unless otherwise noted all items are derived from
the Guide DR1CN07, CCC Data Date 04/01/2009, and the parts selected are OEM-parts manufactured by
the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships.
OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or
through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may
reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may
include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or
Double Asterisk (**) indicates that the parts and/or labor information provided by MOTOR may have
been modified or may have come from an alternate data source. Tilde sign (-) items indicate MOTOR
Not-Included Labor operations. Non-Original Equipment Manufacturer aftermarket parts are described
as AM, Qual Repl Parts or Comp Repl Parts which stands for Competitive Replacement Parts. Used
parts are described as LKQ, Qual Recy Parts, RCY, or USED. Reconditioned parts are described as
Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are
provided by National Auto Glass Specifications. Labor operation times listed on the line with the
NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not
included. Pound sign (#) items indicate manual entries. Some 2009 vehicles contain minor changes
from the previous year. For those vehicles, prior to receiving updated data from the vehicle
manufacturer, labor and parts data from the previous year may be used. The Pathways estimator has
a complete list of applicable vehicles. Parts numbers and prices should be confirmed with the
local dealership.

CCC Pathways - A product of CCC Information Services Inc.

☐ AMENDED/SUPPL.  ☐ UNDER $1,000  ☐ COUNTER REPORT  ☐ PRIVATE PROPERTY  PAGE 1 OF 2

CDOT Code

☒ INTERSTATE HWY
☐ STATE HWY
☐ CITY ST/CNTY RD

HWY NUMBER ROAD CODE DOR Code
[0] [2] [5] 125
MILEPOINT
[2] [1] [7] . [5] [0]

01  Case # 1D091505
Date of Accident 05/09/2009
City
Agency: Colorado State Patrol
County: Adams
County # 12

Time (24 Hr.) 1345
Officer Number 5434
Officer Name: Maestas, Steven
Signature
Date 1D

Number Killed 0
Number Injured 0
Location Route, Street, Road 0.5 Miles ___ Feet  N☐ S☒ E☐ W☐ OF:
Northbound CO 25                                ☐ At: Mile Post 218
Latitude 39  50  20.58   Longitude 104  59  01.26

07  Date of Report 05/09/2009
Agency Code M10
Investigated @ Scene ☒
Total Vehicles 2
District Number 1D
Public Property/Employee ☐
Photos Taken ☐
Railroad Crossing Related ☐
Const Zone Related ☐
Highway Interchg. ☐
Bridge Related ☐

Traffic Unit # 1 or 1
☒ Veh ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non-Vehicle ☐ Non-Contact Veh

Traffic Unit # 2 or 2
☒ Veh ☐ Parked ☐ Bicycle ☐ Pedestrian ☐ Non-Vehicle ☐ Non-Contact

07  Last Name: Norton
First: Kenneth
MI: R
Last Name: Hoff
First: John
MI:

Street Address: 8300 Sheridan Blvd Unit 17c
Personal Phone: (720)621-3348
Street Address: 5306 Bayberry Court
Personal Phone: (303)466-3625

City: Westminster
State: CO
ZIP: 80030
Bus. Phone: Unknown
City: Broomfield
State: CO
ZIP: 80020
Bus. Phone: Unknown

Driver License Number: 073310667
CDL State: CO
Sex: M
DOB: 10/20/1989
Driver License Number: 921040162
CDL State: CO
Sex: M
DOB: 10/05/1962

Primary Violation ☐ DUI  Following Too Closely
Primary Violation ☐ DUI

03  Violation Code: 42-4-1008(1)
Citation Number: 3480385
Common Code: 142
Violation Code:
Citation Number:
Common Code:

Year: 2007  Make: CHEV
Model: Aveo
Body Type: 4D
Year: 2007  Make: MAZD
Model: A6
Body Type: HB

04  License Plate Number: 845STB
State or Country: CO
Color: WHI/WHI
License Plate Number: 579OJP
State or Country: CO
Color: BLU/BLU

Vehicle Identification Number: KL1TD56627B048924
Vehicle Identification Number: 1YVHP84C775M12635

Vehicle Owner Last Name ☐ Same: Esquibel
First: Felipe
MI:
Vehicle Owner Last Name ☒ Same: Hoff
First: John
MI: M

01  Address ☐ Same: 7495 Lowell Blvd #2
City: Westminster
State: CO  ZIP: 80030
Address ☒ Same: 5306 Bayberry Court
City: Broomfield
State: CO  ZIP: 80020

Towed Due to Damage ☐ By: To:
Towed Due to Damage ☐ By: To:

02  Trailer VIN# _____
Trailer VIN# _____

1 - Slight
2 - Moderate
3 - Severe

01  Insurance Company ☐ None ☐ No Proof: Young America Ins.
Exp. Date: 05/19/2009
Policy Number: YCO 0320673 31
Insurance Company ☐ None ☐ No Proof: Geico
Exp. Date: 09/03/2009
Policy Number: 4140-31-03-45

01  Owner Damaged Prop. Last Name  First  MI  Address  City  State  ZIP

Owner Damaged Prop. Last Name  First  MI  Address  City  State  ZIP

00  TU #  POS  REST  EJ/DO  SAFETY EQUIP  AIR BAG  EJECT  SUSPECTED INJ ALCO DRUG SEV  AGE  SEX  NAME/ADDRESS

1  01  00  00  B  01  A  01  F  00  00  00  00  19  M  Norton, Kenneth R 8300 Sheridan Blvd Unit 17c Westminster, CO 80030
1  03  00  00  B  01  A  01  F  00  00  00  00  18  M  Norton, Sean L 8300 Sheridan Blvd Unit 17c Westminster, CO 80030
2  01  00  00  B  01  A  01  F  00  00  00  00  46  M  Hoff, John M 5306 Bayberry Court Broomfield, CO 80020

| Case # | DOR CODE | Accident Date | Agency |
|---|---|---|---|
| 1D091505 | | 05/09/2009 | Colorado State Patrol |

**Describe Accident**

Vehicles #1 and #2 were northbound CO 25 left lane. Vehicle #1 began to change lanes to the right and collided its left front end with the right rear-end of vehicle #2. Vehicles #1 and #2 came to a controlled stop on the left shoulder.

T.U. #1
Carrier Name
Address
US DOT ☐   ICC ☐   State DOT ☐
Carrier Identification #

T.U. #2
Carrier Name
Address
US DOT ☐   ICC ☐   State DOT ☐
Carrier Identification #

05/11/2009 at 09:43 AM                                              Job Number:
57516

**MEDVED AUTOPLEX**
Federal ID #:840396195
11001 W. I-70 FRONTAGE ROAD NORTH
WHEATRIDGE, CO 80033
(303)420-5391 Fax: (303)421-8942

**PRELIMINARY ESTIMATE**

Written By: BRIAN ANDREWS
Adjuster:

Insured: PHILLIP ESQUIBEL                   Claim #
 Owner: PHILLIP ESQUIBEL                    Policy #
Address:                                    Deductible:
                                            Date of Loss:
    Day:                                    Type of Loss:
Evening:                                    Point of Impact:

 Inspect
Location:

Insurance
 Company:                                   Days to Repair

2007 CHEV AVEO LS 4-1.6L-FI 4D SED WHITE Init:
VIN: KL1TD56627B048924 Lic:            CO  Prod Date:         Odometer: 32374
Air Conditioning          Rear Defogger              Tilt Wheel
Intermittent Wipers       Dual Mirrors               Console/Storage
Clear Coat Paint          Power Steering             Power Brakes
AM Radio                  FM Radio                   Stereo
Search/Seek               Driver Air Bag             Passenger Air Bag
Head/Curtain Air Bags     4 Wheel Disc Brakes        Cloth Seats
Bucket Seats              5 Speed Transmission       Overdrive
Full Wheel Covers

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1 |  | RADIATOR SUPPORT |  |  |  |  |
| 2 | Repl | Upper tie bar | 1 | 103.05 s | 2.0 | 1.0 |
| 3 | Repl | LT Vertical support | 1 | 48.00 s | 1.5 | 0.5 |
| 4 |  | Add for Clear Coat | 0 | 0.00 | 0.0 | 0.1 |
| 5 | Repl | Evacuate & recharge | 1 | 0.00 m | 1.4 M | 0.0 |
| 6 | Repl | Refrigerant recovery | 1 | 0.00 m | 0.4 M | 0.0 |
| 7 | Repl | Aim headlamps | 1 | 0.00 | 0.5 | 0.0 |
| 8 |  | GRILLE |  |  |  |  |
| 9 | Repl | Grille assy | 1 | 158.01 | Incl. | 0.0 |
| 10 |  | FRONT BUMPER |  |  |  |  |
| 11 | Repl | Bumper cover | 1 | 322.47 | 1.9 | 2.6 |
| 12 |  | Add for Clear Coat | 0 | 0.00 | 0.0 | 1.0 |
| 13 | Repl | Energy absorber | 1 | 82.60 | Incl. | 0.0 |
| 14 | Repl | Impact bar | 1 | 201.01 | Incl. | 0.0 |
| 15 | Repl | LT Inner cover w/o fog lamp | 1 | 11.75 | Incl. | 0.0 |
| 16 |  | FRONT LAMPS |  |  |  |  |

1

```
                                                                    Job Number:
05/11/2009 at 09:43 AM
57516                          PRELIMINARY ESTIMATE
                       2007 CHEV AVEO LS 4-1.6L-FI 4D SED WHITE Int:
-------------------------------------------------------------------------------
                                                   QTY EXT. PRICE  LABOR   PAINT
  NO.       OP.      DESCRIPTION
-------------------------------------------------------------------------------
  17       R&I    RT Headlamp assy                  0     0.00    Incl.     0.0
  18       Repl   LT Headlamp assy                  1   290.64    Incl.     0.0
  19                  COOLING
  20       R&I    Radiator assy manual trans        0     0.00  m   1.0 M   0.0
  21       Repl   Radiator assy auto trans          1   452.56  m   1.2 M   0.0
  22       Repl   Fan assy                          1   267.66      0.5     0.0
  23*      Repl   Overflow hose                     1    22.07      0.5 M   0.0
  24                  AIR CONDITIONER & HEATER
  25       Repl   Condenser                         1   466.54  m   1.0 M   0.0
  26                  HOOD
  27       Repl   Hood                              1   415.46      1.2     2.4
  28               Add for Clear Coat               0     0.00      0.0     1.0
  29               Add for Underside(Complete)      0     0.00      0.0     1.2
  30       Repl   Insulation                        1    71.46    Incl.     0.0
  31       R&I    LT W/S hood nozzle                0     0.00    Incl.     0.0
  32       Repl   RT W/S hood nozzle                1     5.29    Incl.     0.0
  33       Repl   Lock                              1    13.29      0.3     0.0
  34       Repl   Release handle black              1    12.57      0.0     0.0
  35       Repl   Front molding                     1   111.04      0.2     0.0
  36       Repl   RT Hinge                          1    32.80      0.6     0.3
  37               Add for Clear Coat               0     0.00      0.0     0.1
  38       Repl   LT Hinge                          1    32.80      0.6     0.3
  39               Add for Clear Coat               0     0.00      0.0     0.1
  40                  FENDER
  41       Repl   LT Fender                         1   246.19      1.5     2.0
  42               Overlap Major Adj. Panel         0     0.00      0.0    -0.4
  43               Add for Clear Coat               0     0.00      0.0     0.3
  44               Add for Edging                   0     0.00      0.0     0.5
  45               Deduct for Overlap               0     0.00     -0.3     0.0
  46               Deduct for Overlap               0     0.00     -0.3     0.0
  47       R&I    RT Fender liner                   0     0.00      0.4     0.0
  48       R&I    LT Fender liner                   0     0.00    Incl.     0.0
  49*      Rpr    RT Fender                         0     0.00      2.0     2.0
  50               Overlap Major Adj. Panel         0     0.00      0.0    -0.4
  51               Add for Clear Coat               0     0.00      0.0     0.3
  52#      Rpr    SET & MEASURE                     0     0.00      2.0     0.0
  53       Repl   RT Emblem GM MARK OF EXCELLENC    1     4.75      0.2     0.0
  54*      Rpr    LT Rail assy                      0     0.00  s   1.5 F   0.0
  55       Repl   LT Emblem GM MARK OF EXCELLENC    1     4.75      0.2     0.0
  56*      Rpr    LT Apron panel                    0     0.00  s   1.0     0.5
  57               Overlap Major Non-Adj. Panel     0     0.00      0.0    -0.2
  58                  WINDSHIELD
  59       R&I    Reservoir assy                    0     0.00      0.5     0.0
  60       Repl   Hose & tube assy                  1    28.51      0.0     0.0
  61                  ELECTRICAL
  62       Repl   Horn                              1    62.79      0.2     0.0
  63       R&I    Battery                           0     0.00  m   0.3     0.0
  64                  ENGINE / TRANSAXLE
```

2

```
05/11/2009 at 09:43 AM                                  Job Number:
57516
                        PRELIMINARY ESTIMATE
            2007 CHEV AVEO LS 4-1.6L-FI 4D SED WHITE Int:

-------------------------------------------------------------------------------
  NO.      OP.       DESCRIPTION              QTY EXT. PRICE  LABOR    PAINT
-------------------------------------------------------------------------------
  65       Repl  Upper cover                   1    57.55  m   0.2 M    0.0
  66             STEERING GEAR & LINKAGE
  67       Repl  Reservoir assy                1    62.83       0.5     0.0
  68#      Repl  P.S. FLUID                    1     4.25       0.0     0.0
  69       Repl  Pressure hose                 1    68.75  m   1.0 M    0.0
  70             FRONT DOOR
  71*      Rpr   LT Door panel                 0     0.00       3.0     2.0
  72             Overlap Major Adj. Panel      0     0.00       0.0    -0.4
  73             Add for Clear Coat            0     0.00       0.0     0.3
  74       R&I   LT Belt w'strip               0     0.00       0.3     0.0
  75       R&I   LT Mirror assy manual         0     0.00       0.3     0.0
  76*      R&I   LT Run channel                0     0.00       0.2     0.0
  77       R&I   LT Handle, outside paint to   0     0.00       0.5     0.0
                 match
  78       R&I   LT R&I trim panel             0     0.00       0.4     0.0
  79#      Repl  CAR COVER                     1    10.00 T     0.5     0.0
  80#      Subl  HAZARDOUS WASTE               1     5.00 X     0.0     0.0
  81#      Repl  CORROSION PROTECTION          1     5.00       0.3     0.0
  82#      Repl  PINSTRIPE TAPE                1     5.00 T     1.0     0.0
  83#      Rpr   FIRE DAMAGE CLEANUP           0     0.00       1.0     0.0
  84             RESTRAINT SYSTEMS
  85       R&I   RT Ft impact sensor           0     0.00  m   0.3 M    0.0
  86       Repl  System diagnosis              1     0.00  m   0.5 M    0.0
  87#      Repl  ANTIFREEZE                    1    25.00       0.0     0.0
  88#      Rpr   BODY PULLS                    0     0.00       1.5     0.0
  89             INFORMATION LABELS
  90       Repl  AC label 1st design           1     5.27       0.2     0.0
  91             OTHER CHARGES
  92#            Towing                        1   320.00
-------------------------------------------------------------------------------
                          Subtotals ==>       4036.71         35.7     17.1

                          Parts                                      3696.71
                          Body Labor         26.7 hrs @ $ 46.00/hr   1228.20
                          Paint Labor        17.1 hrs @ $ 46.00/hr    786.60
                          Mechanical Labor    7.5 hrs @ $ 96.00/hr    720.00
                          Frame Labor         1.5 hrs @ $ 80.00/hr    120.00
                          Paint Supplies     17.1 hrs @ $ 30.00/hr    513.00
                          Sublet/Misc                                  20.00
                          Other Charges                               320.00
                          ---------------------------------------------------
                          SUBTOTAL                                $ 7404.51
                          Sales Tax          $ 4224.71 @  7.6000%   321.08
                          ---------------------------------------------------
                          GRAND TOTAL                             $ 7725.59

                          ADJUSTMENTS:
                              Deductible                                0.00
                                 3
```