# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Advanced Environmental Technology Corporation<br>c/o Wolff & Samson PC<br>One Boland Drive<br>West Orange, NJ  07052<br>John A. McKinney, Jr., Esq. |
| Claim Number (if known): | 67808 |
| Date Claim Filed: | 12/1/09 |
| Total Amount of Claim Filed: | $226,800.00 (estimated) |

RECEIVED OCT 12 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/3/10

Print Name: John A. McKinney, Jr.

Title (if applicable): Member, Wolff & Samson PC

1253427.1