# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | 3M Company c/o Donald J. Emerson, II P.O. Box 1980 Morristown, NJ 07968 |
| Claim Number (if known): | 59683 |
| Date Claim Filed: | November 27, 2009 |
| Total Amount of Claim Filed: | See Rider To Attached Proof of Claim |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _10·8·10_

_Bressler, Amery & Ross, P.C._

_on behalf of 3M Company_

Print Name: _Donald J. Emerson, II_

Title (if applicable): _Attorneys for 3M Company_

US_ACTIVE:¥43219392¥02¥72240.0639

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor** (Check Only One)

☒ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS, LLC (f/k/a Saturn, LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem, Inc (f/k/a Chevrolet Saturn of Harlem, Inc )

**Case No**
09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

**Your Claim is Scheduled As Follows.**

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

**Name of Creditor** (the person or other entity to whom the debtor owes money or property)  **3M Company**

Name and address where notices should be sent
Donald J. Camerson, II, Esq.
Bressler, Amery & Ross, P.C.
P.O. Box 1980
Morristown, NJ 07962
Telephone number 973.514.1200
Email Address djcamerson@bressler.com

Name and address where payment should be sent (if different from above)
FILED - 59683
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)
Telephone number

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____
(If known)

Filed on _____

☒ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
**See attached Rider**
☐ Check this box if you are the debtor or trustee in this case

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

**1** Amount of Claim as of Date Case Filed, June 1, 2009 _____ $ **See attached Rider**
If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2** Basis for Claim **See attached Rider**      **(environmental liability)**
(See instruction #2 on reverse side )

**3** Last four digits of any number by which creditor identifies debtor _____
3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side )

**4** Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information
Nature of property or right of setoff  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe
Value of Property  $_____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____
Basis for perfection _____
Amount of Secured Claim  $_____      Amount Unsecured $ **Balance; see Rider**

**6** Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim
**7** Documents Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING  **See attached Rider**
If the documents are not available, please explain in an attachment

**5** Amount of Claim Entitled to Priority under 11 U S C § 507(a)
If any portion of your claim falls in one of the following categories, check the box and state the amount
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)
Amount entitled to priority
$_____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**FOR COURT USE ONLY**

**Signature** The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney if any
Date 11/25/09

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

**Rider to Proof of Claim filed by 3M Company in *In re: Motors Liquidation Company (f/k/a General Motors Company), et al.***

<u>Case No. 09-50026 (REG)</u>

This Proof of Claim is being submitted on behalf of 3M Company ("3M"), as a member of the ARC Site Performing Parties Group   The members of the ARC Site Performing Parties Group are identified on Exhibit A

On June 15, 2007, eleven parties, including General Motors Corporation ("GM" or "Debtor") and the other members of the ARC Site Performing Parties Group, and the United States Environmental Protection Agency ("USEPA") entered into a Consent Decree covering Remedial Design/Remedial Action activities relating to Operable Unit 2 ("CD OU-2") at the Atlantic Resources Superfund Site ("ARC Site") located in Sayreville, New Jersey   Pursuant to the Consent Decree, entered under the Comprehensive Environmental Response, Compensation and Liability Act, as amended by the Superfund Amendments and Reauthorization Act, 42 U S C § 9601 et. seq ("CERCLA"), the parties, including GM, assumed responsibility for remedial design and remedial action activities at the ARC Site   The parties also agreed to perform the remedial design activities at the Horseshoe Road Drum Dump, which is part of the Horseshoe Road Superfund Site ("Horseshoe Road Site") in Sayreville, New Jersey   A true and correct copy of the OU-2 Consent Decree is attached hereto as Exhibit B

Some of these parties, including GM, had previously signed Administrative Orders on Consent relating to other removal/remediation actions and investigatory activities at the ARC Site and the Horseshoe Road Site   Pursuant to these Administrative Orders on Consent, as well as CD OU-2, the members of the ARC Site Performing Parties Group, including GM, agreed to fund certain remedial design, remedial action and investigatory activities at the above Sites   GM

997491_1

also entered into ARC Site Performing Parties Group Agreements,[1] under which it also agreed to pay response costs incurred pursuant to CD OU-2, and other related costs

Documents, records and other information collected by USEPA indicate that GM arranged for the disposal of hazardous substances at ARC.   These records establish that GM may be liable for response and/or remediation costs which may be incurred in the future, in order to clean up the Sites under Section 107(a) of CERCLA   Section 113 (f) of CERCLA provides that potentially responsible parties, such as the ARC Site Performing Parties Group, may seek contribution from other potentially responsible parties for response costs incurred or which may be incurred in connection with a site

3M and the other members of the ARC Site Performing Parties Group, therefore, seek any and all such future costs that GM may be responsible for as a component of this Proof of Claim. The exact amount of this claim is currently unknown, but is estimated to be $226,800 00, which includes the remaining costs for Operable Unit 2, as well as future costs that may be required as a result of the recent entry of a  Record of Decision for Operable Unit 3   In addition to the claim for $226,800.00, there may be future unknown costs, such as natural resources damages, oversight costs, torts, or other alleged damages and costs by the USEPA, other government agencies or private parties, for which GM is also obligated

The ARC Site Performing Parties Group believes that any "claim" that it may have against GM and/or any of the Debtors for future response costs may not have arisen before the bankruptcy petition at issue was filed.  To the extent that any such cause(s) of action accrued and/or will accrue post-petition and/or after confirmation of a Plan of Reorganization in these

---

[1] In accordance with the confidentiality obligations under the ARC Site Performing Parties Group Agreement, the ARC Site Performing Parties Group is not at this time submitting copies of the Agreements with this Proof of Claim It is presumed that GM, as a party to the Agreements, is in possession of its own copies and is familiar with their terms

997491_1                                        2

bankruptcy proceedings, the ARC Site Performing Parties Group believes and contends that, in such case, its rights against GM, any and all of the Debtors, or any "Reorganized Debtor" will survive confirmation, including the discharge injunction of 11 U.S.C. § 1141(d) (*see Avellino & Bienes v M Frenvill Co, Inc (In re Frenville)*, 744 F 2d 332 (3rd Cir 1984) and its progeny). Accordingly, 3M and the ARC Site Performing Parties Group do not waive, but hereby expressly reserve and preserve, the right to (1) bring an action before this Court or another court of competent jurisdiction seeking a declaratory judgment that some of the ARC Site PRP Group's cause(s) of action against GM and/or any of the Debtors did not arise pre-petition; (2) bring an action before this Court or another court of competent jurisdiction seeking a declaration of the date or dates upon which any such causes of action, or part thereof, arose or will arise, and (3) assert any and/or all claims against GM, any of the Debtors, and/or against any Reorganized Debtor, within or outside these bankruptcy proceedings, for any claims for response and or remediation costs incurred or which may be incurred in connection with the Sites

In addition to the foregoing, and notwithstanding any assertion to the contrary, 3M expressly reserves all rights to amend this proof of claim and this Rider as may be necessary to adjust the amount asserted herein or to supplement this claim in any way. This proof of claim is submitted without prejudice to any other rights and/or claims held by 3M or any of its affiliates, subsidiaries, divisions or departments as against Debtor and/or any of Debtor's parents, subsidiaries or affiliates

By virtue of filing this Proof of Claim, 3M does not consent to the jurisdiction of this Court to hear any proceeding, motion or other matter related to the Claim or any other rights of 3M apart from the Claim, and the Claim shall not be deemed to constitute such consent

997491_1                                                      3

## EXHIBIT A

### ARC Performing Parties Group

Advanced Environmental Technology Corporation
Chevron Environmental Management Co./Kewanee Industries, Inc.
Essex Chemical Corporation
Fry's Metals, Inc.
ICI America's Inc.
Johnson & Johnson
Lionetti Oil Recovery, Inc
Minnesota Mining and Manufacturing Company (n/k/a 3M Company)
Novartis Pharmaceuticals Corporation
Permacel, A Nitto Denko Co.
Union Carbide Corporation



{00100502 DOC,1}