# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Lionetti Oil Recovery Co., Inc.<br>450 South Front Street<br>Elizabeth, New Jersey   07202 |
| Claim Number (if known): | |
| Date Claim Filed: | November 27, 2009 |
| Total Amount of Claim Filed: | $226,800.00 |

[RECEIVED stamp: OCT 12 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:   September 2, 2010

Print Name:   Scott T. Smith, Esq.

Title (if applicable): Attorney for Lionetti Oil Recovery Co, Inc.

---

US_ACTIVE:¥43219392¥02¥72240.0639