Jeffrey A. Cooper, Esq.
Marc D. Miceli, Esq.
CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

David C. Coons
ADAMS AND REESE, LLP
One Shell Square
701 Poydras Street – Suite 4500
New Orleans, Louisiana 70139
(504) 581-3234

*Attorneys to Leson Chevrolet Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* f/k/a General Motors Corp., *et al.* | Case No.: 09-50026 (REG) |
| Debtors. | |

------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, DAVID C. COONS, request admission, *pro hac vice*, before the Honorable ROBERT E. GERBER, to represent LESON CHEVROLET COMPANY, INC., a party-in-interest in the above referenced ■ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Louisiana and I am also a member of the United States Court of Appeals for the Fifth Circuit as well as the United States District Courts for the Eastern, Middle and Western Districts of Louisiana.

Pg 2 of 2

2

I have, through our local counsel, submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 18, 2010
New Orleans, Louisiana

_____
DAVID C. COONS

*Mailing Address:*

**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
*E-mail address:* David.Coons@arlaw.com
*Telephone number:* (504) 581-0203