# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Johnson & Johnson c/o Lori Mills <br> Drinker Biddle & Reath LLP <br> 105 College Road East <br> Princeton, New Jersey 08542-0627 |
| Claim Number (if known): | 58624 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $226,800.00 |

Received OCT 12 2010, U.S. Bankruptcy Court, So. Dist. of New York

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/7/10

Drinker Biddle & Reath

Print Name: Lori A. Mills

Title (if applicable): Attorney for Johnson & Johnson

US_ACTIVE:¥43219392¥02¥72240.0639