# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Novartis Pharmaceuticals Corp.<br>c/o Irvin M. Freilich<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07104 |
| Claim Number (if known): | 51142 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | $226,800 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _August 30, 2010_

Print Name: Irvin M. Freilich

Title (if applicable): _Attorney for Novartis Pharmaceuticals Corp._

---