## American Airlines Medical Substantiation Requirement Form - Section B

**This section to be completed by employee:**

Employee's Statement (Please Print)

Name: Michelle Washington
Employee #: 691602
Exact Job Type: Reserv rep.
Manager: Ernest Lyons
Dates of Absence: 5.21.09

I hereby authorize my physicians or the person who has attended, examined, or treated me, or any clinic, hospital, institution, company, or Federal, State, or municipal agency, office or bureau which may have information concerning my medical condition as defined below, to release to the Medical Director of American Airlines or his medical representative any available information or records concerning my present medical condition in their knowledge or possession.

Employee's Signature: [signed]    Date: 6.24.10

**This Section must be completed ONLY by the Treating Health Care Provider**

1) Specific medical diagnosis and/or procedure with ICD 9 code or DSM code: Brain hemorrhage/HTN/weakness/Depression  430/437.0/401.1/780.79/311
2) Initial dates of Treatment for this condition: 5/21/09    Is this a Workers' Comp Claim? Yes ___ No ✓
2a) If this is a Workers' Comp claim, did the injury occur at AA? Yes ___ If no, please provide other employer's name ___
3) Date of last appointment: 06/10/10    4) Date of next Doctor's appointment: 07/ - /2010
5) Current Treatment including Medications: Kendall, Citalopram, Neurontin
6) RECENT Pertinent Laboratory, objective Medical testing and diagnostic results(DATE, TEST, RESULT): ___
7) Therapy (Advise frequency for PT, OT and Mental Health Therapy) No ___ Yes ✓ Start Date: 7/23/09 Frequency: monthly and prn (as needed)
8) Rate Patient compliance with all treatment: GOOD  FAIR  POOR  OTHER
9) Current activity / ADL restrictions: (Check all that apply)

Are restrictions temporary ___ or permanent ___    Reached MMI ___ Yes ___ No

**POSTURE RESTRICTIONS (if any):**
Max Hours per day: ≤1 ≤2 ≤4 ≤6 ≤8 Never
Standing, Sitting, Kneeling/Squatting, Bending/Stooping, Pushing/Pulling, Twisting, Other:

**MOTION RESTRICTIONS (if any):**
Max Hours per Day: ≤1 ≤2 ≤4 ≤6 ≤8 Never
Walking, Climb stairs/ladders, Grasp/Squeeze, Wrist flex/extension, Reaching, Overhead Reaching, Keyboarding, Other:

**MISC RESTRICTIONS (if any:)**
- Sit/Stretch breaks of ___ per ___
- No work/ ___ hours/day work:
  - at altitude up to 8,000 ft
  - at heights or on scaffoldin

**MEDICATION RESTRICTIONS (if any):**
- Must take prescription medication(s)
- Advised to take over-the-counter meds
- Medication may make drowsy (possible safety/driving issues)

**OTHER RESTRICTIONS (if any):** (eg. Mood or Affect)

**RESTRICTIONS SPECIFIC TO (if applicable):**
L Hand/Wrist, R Hand/Wrist, L Arm, R Arm, Neck, L Leg, R Leg, Back, L Foot/Ankle, R Foot/Ankle, Other:

**LIFT/CARRY RESTRICTIONS (if any):**
- May not lift/carry objects more than ___ lbs for more than ___ hours per day
- May not perform any lifting/carrying
- Other:

→ No activity at all

10) Do you expect employee to return to work in his/her previous position? Yes ___ No ✓
→ 1) Advise to apply disability.
11) Expected return to work date ___    Have you reviewed Patient job description? Yes ___ No ___
2) evaluation on disability yearly; and recommend it to be assessed also by the specialist, neurologist.
(Have you included? - office progress notes, Lab reports, diagnostic reports, Plan of Treatment, other:)
Treating Physician/Health Care Provider (print name): Roy T. Chung
Specialty/Type of Practice: Int Medicine
Physician/Health Care Provider Phone Number: 817-314-0240    Fax: 817-417-5608

By signing this form, you are certifying you are the treating provider for this condition.
Physician/Health Care Provider Signature: [signed]    Date: 10/21/10

**Health Care Provider: Please Fax Forms A & B to AA Medical at (817) 931-7540**

**GENERAL MOTORS CORPORATION**
**GM TRUCK GROUP**

| DEPOSIT NO. | PAY ENDING DATE | SOCIAL SECURITY NO. | PLANT | DEPT. | CLOCK | SHIFT | RATE | COLA |
|---|---|---|---|---|---|---|---|---|
| 0000465 | 09/21/2003 | ...670 | 000 | 25 | 18261 | 1 | 24.160 | 2.05 |

**STATEMENT OF EARNINGS and DEDUCTIONS**

DETACH AND RETAIN THIS RECORD

| CURRENT PAY | HOURS | AMOUNT | DEDUCTIONS | AMOUNT | YEAR-TO-DATE | REMAI BALA |
|---|---|---|---|---|---|---|
| STRAIGHT TIME | 53.10 | 1391.76 | FICA TAX SS | 97.96 | 3184.08 | |
| OVERTIME PREM | 6.55 | 171.68 | FICA TAX HI | 22.91 | 744.67 | |
| PSP PRE-TAX | | -15.63 | FEDERAL TAX | 179.16 | 4915.85 | |
| GROSS PAY | | 1547.81 | PSP LOAN | 23.69 | 923.91 | |
| | | | PSP LOAN | 28.68 | 1118.52 | |
| YEAR TO DATE | 1821.40 | 50852.62 | PSP LOAN | 26.70 | 1041.30 | |
| C/W INS II | | 16.57 | TOTAL DEDUCTS | 379.10 | | |
| YTD INS II | | 53.01 | NETPAY | 1168.71 | | |
| PSP PRE-TX YTD | | 503.49 | | | | |
| VACA ENT BAL | 53.00 | | | | | |
| VAC/WKS = 35 | | | | | | |

This pay includes a cost-of-living allowance based upon existing corporation policy, added to base rate and included in night shift, overtime, and other premium payments.

The hours will be used in the calculation of credited service at year end.

FICA ON TXBL BENEFITS INCLUDED IN FICA DEDUCT    $1.27

THINKING OF BUYING A NEW HOME OR FINANCING IMPROVEMENTS? ONE CALL CONNECTS GM FAMILY MEMBERS TO A VARIETY OF HOME FINANCING SOLUTIONS THROUGH GM FAMILY FIRST. CALL 1-800-964-GMAC.

**GM GENERAL MOTORS CORPORATION**
**GM TRUCK GROUP**
**ARLINGTON, TX 76010-1390**

**Deposit Date:** 09/26/2003          **Deposit Amount:** *****1,168.71

**DEPOSIT BANK:** 311977026          **BANK ACCOUNT NO:** 0017313299

**EMPLOYEE NAME:** MICHELLE R. WASHINGTON

IN ACCORDANCE WITH YOUR INSTRUCTIONS A DEPOSIT HAS BEEN MADE ON THE DATE INDICATED TO THE BANK ACCOUNT DESIGNATED BY Y IN THE AMOUNT OF NET PAY REFLECTED ON THE ATTACHED STATEMENT OF EARNINGS AND DEDUCTIONS. NOTIFY YOUR PAYROLL DEPARTME IMMEDIATELY IN THE EVENT OF A CHANGE IN BANK ACCOUNT NUMBER.



PAYER'S name, street address, city, state, ZIP code, and telephone no.
GENERAL MOTORS CORPORATION
c/o EQUISERVE TRUST COMPANY, N.A.
P.O. BOX 43009
PROVIDENCE, RI 02940-3009
800-331-9922

☐ CORRECTED (if checked)

| 1a Total ordinary dividends $ 24.00 | 1b Qu: $ |
| 2a Total capital gain distr. $ 0.00 | 2b Unr $ |
| 2c Section 1202 gain $ 0.00 | 2d Col $ |
| 3 Nontaxable distributions $ 0.00 | 4 Fede $ |
| 5 Investment expenses $ 0.00 | 6 Forei $ |
| 7 Foreign country or U.S. possession | 8 Cash $ |
| 9 Noncash liquidation distributions $ 0.00 | PAYER |
| RECIPIENT'S identification number 1670 | Accou 40( |

H017   267 DM.1-5.1OZ.ICO.MDT   80282   80282   1   1.--------
HV400005.J41435.0001.80282     4000!000043271303 CHKDIV99   XMIT 023

RECIPIENT'S name, street address, city, state, and ZIP code
MICHELLE R WASHINGTON
PO BOX 6603
ARLINGTON, TX  76005-6603

Form 1099-DIV (keep for your

# GENERAL MOTORS CORPORATION

| Issue | Issue ID | Record Date | Payable Date | Record Date Shares | Dividend Rate | G A |
|---|---|---|---|---|---|---|
| COMMON | 400010 | 02/13/2004 | 03/10/2004 | 12.0000 | $0.50000 | $ |
| COMMON | 400010 | 05/14/2004 | 06/10/2004 | 12.0000 | $0.50000 | $ |
| COMMON | 400010 | 08/13/2004 | 09/10/2004 | 12.0000 | $0.50000 | $ |
| COMMON | 400010 | 11/08/2004 | 12/10/2004 | 12.0000 | $0.50000 | $ |

Current Dividend Check Number: 600341283

Year-To-Date Paid              $2



IMPORTANT TAX RETURN DOCUMENT ATTA

**GENERAL MOTORS CORPORATION**
**GM TRUCK GROUP**

| DRAFT NO. | PAY ENDING DATE | SOCIAL SECURITY NO | PLANT | DEPT. | CLOCK |
|---|---|---|---|---|---|
| 1465548 | 08/14/2005 | ***-**-4670 | 000 | 25 | 18261 |

**STATEMENT OF EARNINGS and DEDUCTIONS**

**DETACH AND RETAIN THIS RECORD**

| CURRENT PAY | HOURS | AMOUNT |
|---|---|---|
| STRAIGHT TIME | 41.70 | 1132.15 |
| OVERTIME PREM | .85 | 23.08 |
| PSP PRE-TAX | | -11.55 |
| GROSS PAY | | 1143.68 |
| | | |
| YEAR TO DATE | 1128.70 | 30396.50 |
| YTD INS II | | 6.65 |
| PSP PRE-TX YTD | | 304.99 |
| VACA ENT BAL | 45.50 | |
| VAC/WKS = 25 | | |

| DEDUCTIONS | AMOUNT |
|---|---|
| FICA TAX SS | 71 |
| FICA TAX HI | 1 |
| FEDERAL TAX | 73 |
| DEP LIFE CURR | |
| DEP LIFE ADJ | -1 |
| OPT LIFE CURR | 1 |
| PSP LOAN | 23 |
| PSP LOAN | 2 |
| PSP LOAN | 2 |
| PSP LOAN | 7 |
| TOTAL DEDUCTS | 32 |
| NETPAY | 81 |

This pay includes a cost-of-living allowance based upon existing corporation policy, added to base rate and included in night shift, overtime, and other premium payments.

The hours will be used in the calculation of credited service at year end.

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

[unreadable encoded block]



# Earnings Statement
**Explanation of Benefits**

| | |
|---|---|
| Period Ending: | 11/27/2005 |
| Pay Date: | 12/02/2005 |

CO. FILE DEPT. CLOCK NUMBER
GMA 043437 018008 0000246048 237 1

GM BENEFITS & SERVICES CENTER
P.O. BOX 5157
SOUTHFIELD, MI 48086-5157

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 9
  TX: No State Income Tax

MICHELLE R WASHINGTON
PO BOX 6603
ARLINGTON TX 76005

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Std Taxable | | | 625.00 | 6,625.00 |
| **Gross Pay** | | | **$625.00** | 6,625.00 |

**Deductions**

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -2.02 | 20.20 |
| Social Security Tax | -38.75 | 410.75 |
| Medicare Tax | -9.06 | 96.06 |
| **Net Pay** | **$575.17** | |

Your federal taxable wages this period are $625.00

**GROSS BENEFIT** — This Period: 625.00

**OFFSETS**

| | This Period |
|---|---|
| Social Security | .00 |
| Estimated Social Security | .00 |
| Workers Compensation | .00 |
| Pension | .00 |
| Estimated Pension | .00 |
| VDI/SDI | .00 |
| STD/Salary Continuation | .00 |
| Leave | .00 |
| Overpayment | .00 |
| Holiday Pay | .00 |
| Other | .00 |
| Net Gross | 625.00 |

| | |
|---|---|
| Date Of Disability | 09/12/2005 |
| From Date | 11/21/2005 |
| Through Date | 11/27/2005 |
| Estimated RTW | 10/10/2005 |
| Claim Number | A5181298700000101 000 |

©2001 Automatic Data Processing, Inc.

| | |
|---|---|
| b Employer's identification number<br>**36-0572515** | 1 Wages, tips, other compensation<br>**46972.93** | 2 Federal income tax withheld<br>**5057.86** |
| c Employer's name, address, and ZIP code<br>**GENERAL MOTORS CORPORATION**<br>**GM TRUCK GROUP**<br>**2525 EAST ABRAM STREET**<br>**ARLINGTON    TX   76010** | 3 Social security wages<br>**47321.00** | 4 Social security tax withheld<br>**2933.87** |
| | 5 Medicare wages and tips<br>**47321.00** | 6 Medicare tax withheld<br>**680.45** |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>**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** | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name | 11 Nonqualified plans | 12a See instructions for box 12<br>C | **12.21** |
| **18008 25    18261 1 (0019625 H**<br>........... R. MARTINSON<br>**PO BOX 6603**<br>**ARLINGTON    TX    76005** | 13 ☐ ☒ ☐ | 12b<br>D | **348.07** |
| | 14 Other<br>UNION   492.63<br>UNC FICA OF<br>5.68 FOR<br>GL   LS | 12c |
| | | 12d |
| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

COPY D FOR EMPLOYER

Form **W-2** Wage and Tax Statement **2001**

Department of the Treasury—Internal Revenue Service
For Paperwork Reduction Act Notice,
see separate instructions.

Department of the Treasury - Internal Revenue Service

Form **1040**  U.S. Individual Income Tax Return  2006  (99)  IRS Use Only-Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning _____, 2006, ending _____, 20 ___

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **Michelle R**    Last name: **Washington**
Your social security number: ###-##-4670

If a joint return, spouse's first name and initial: ___    Last name: ___
Spouse's social security number: ___

Home address (number and street). If you have a P.O. box, see page 16.  Apt. no.
**627 Campolina Dr**

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**Grand Prairie    TX    75052**

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you: **1**
• did not live with you due to divorce or separation (see page 20): ___

c Dependents:
| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg 19) |
|---|---|---|---|---|
| Shekia | Washington | ###-##-546# | Daughter | ☒ |

Dependents on 6c not entered above: ___

d Total number of exemptions claimed
Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 154,438 |
| 8a Taxable interest. Attach Schedule B if required | 8a | |
| b Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| b Qualified dividends (see page 23) | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | (16,664) |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | |
| 15a IRA distributions  15a ___  b Taxable amount (see page 25) | 15b | |
| 16a Pensions and annuities  16a  49,754  b Taxable amount (see page 26) | 16b | 43,619 |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits  20a ___  b Taxable amount (see page 27) | 20b | |
| 21 Other income. _____ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 181,393 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Archer MSA deduction. Attach Form 8853 | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 Health savings account deduction. Attach Form 8889 | 25 | |
| 26 Moving expenses. Attach Form 3903 | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 Self-employed health insurance deduction (see page 29) | 29 | |
| 30 Penalty on early withdrawal of savings | 30 | |
| 31a Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 IRA deduction (see page 31) | 32 | |
| 33 Student loan interest deduction (see page 33) | 33 | |
| 34 Jury duty pay you gave to your employer | 34 | |
| 35 Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 181,393 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.    EEA    Form **1040** (2006)

Form 1040 (2006) Michelle R Washington — — -4670 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 181,393 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☐ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for— | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 & check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 28,819 |
| ● People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 | 41 | 152,574 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 6,600 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 145,974 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 33,050 |
| | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | 1,390 |
| ● All others: Single or Married filing separately, $5,150 | 46 | Add lines 44 and 45 ▶ | 46 | 34,440 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| Head of household, $7,550 | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8839  c ☐ Form 8859 | 54 | |
| | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 34,440 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NO | 60 | 4,624 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 63 | 39,064 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 39,668 FORM 1099 |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | 434 |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 40 |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 | 40,142 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 1,078 |
| Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 1,078 |
| | ▶b | Routing number X X X X X X X X ▶c Type: ☐ Checking ☐ Savings | | |
| | ▶d | Account number X X X X X X X X X X X X X X X X | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 62) 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ Yes. Complete the following. ☒ No | | |
| | | Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶ | | |

**Sign Here**
Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed]  Date: 6/20/08  Your occupation: Real Estate  Daytime phone number: ---4501
Spouse's signature. If a joint return, both must sign. Date:  Spouse's occupation:

**Paid Preparer's Use Only**

Preparer's signature: [signed] Juanita Quinn  Date: 06-30-2008  Check if self-employed ☐  Preparer's SSN or PTIN:
Firm's name (or yours if self-employed), address, and ZIP code ▶ TALKING TAXES AND MORE  EIN 75-2911809
6800 MANHATTAN BLVD SUITE 102
Fort Worth     TX     76120  Phone no. 817-492-8255

Form 1040 (2006)
EFA

# 1099 Detail Listing

**2006**

Name(s) as shown on return: Michelle R Washington

Social Security No.: ...-4670

| T/S | Payer Name | FEDERAL Gross | FEDERAL Taxable | Distribution Code | Federal W/H | State Code | STATE Taxable | State W/H |
|---|---|---|---|---|---|---|---|---|
| T | Fidelity Invest | 42,054 | 42,012 | 1 | 4,113 | TX | | |
| T | AllState Life I | 7,700 | 1,607 | 1 | | | | |
| T | PFS Investments | 1,309 | 1,309 | 1 | | TX | | |
| T | PFS Investments | 658 | 658 | 1 | | | | |
| T | PFS Investments | 658 | 658 | 1 | | | | |
| | Totals | 52,379 | 46,244 | | 4,113 | | | |

## W-2 Detail Listing  2006

Name(s) as shown on return: **Michelle R Washington**

Social Security No.: !- -4670

| T/S | Employer Name | FEDERAL Gross | W/H | State Code | STATE Gross | W/H |
|---|---|---|---|---|---|---|
| T | GENERAL MOTORS | 141,322 | 35,307 | | 141,322 | |
| T | SCMS ADMINISTRATIVE SERVICES | 8,875 | 3 | | 8,875 | |
| T | AMERICAN AIRLINES INC | 4,241 | 245 | | 4,241 | |
| | Totals | 154,438 | 35,555 | | 154,438 | |

HEARING DATE AND TIME: October 21, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: October 14, 2010 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11 Case No.
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*               :
                                                       :
                        Debtors.                       :    (Jointly Administered)
                                                       :
-------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' PROPOSED DISCLOSURE STATEMENT WITH RESPECT TO DEBTORS' JOINT CHAPTER 11 PLAN

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

X:\NRPORTBL\US_ACTIVE\LAKENLAC\43490455_1.DOC