UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Motors Liquidation Company, et al.,
f/k/a General Motors Corp, et al.

                   Debtor

Case No.: 04-50026 (REG)

Chapter 11

------------------------------------------------------------x

                   Plaintiff

                v.

                   Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Steven R. Cavalli__, request admission, *pro hac vice*, before the Honorable __Robert E. Gerber__, to represent __Maria Mercado__, a __creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __California__ and, if applicable, the bar of the U.S. District Court for the __Northern__ District of __California__.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: __10-13-10__
__Oakland__, ~~New York~~ CA

*[signature: Cavalli]*

Mailing Address:

P.O. Box 2079

Oakland, CA 94604

E-mail address: scavalli@giccb.com

Telephone number: (510) 832-5411