UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Motors Liquidation Company, et al.,
f/k/a General Motors Corp., et al.

                        Debtor

Case No.: 09-50026 (REG)

Chapter 11

------------------------------------------------------------x

                        Plaintiff

                        v.

                        Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Steven R. Cavalli**, to be admitted, *pro hac vice*, to represent **Maria Mercado**, (the "Client") a **creditor** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **California** and, if applicable, the bar of the U.S. District Court for the **Northern** District of **California**, it is hereby

**ORDERED**, that **Steven R. Cavalli**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                       UNITED STATES BANKRUPTCY JUDGE