# EXHIBIT F

# LESON
## CHEVROLET

July 1, 2010

**VIA FEDERAL EXPRESS**
Johnny Collins
General Motors, LLC
MC: 482-A06-C66
100 Renaissance Center
Detroit, Michigan 48265

Dear Mr. Collins:

This correspondence is in follow up to our letter to you dated June 28, 2010 and our email of yesterday, both of which are attached for your ease of reference. We have not yet received a response to either. Additionally, we attempted to contact you by phone yesterday to discuss this matter but to no avail.

Because GM has not responded to us, Leson is enclosing GM's signed Letter of Intent per GM's request but Leson maintains that GM's letter of intent is adhesionary. Further, it fails to comply with the arbitration statute and is in violation of Louisiana law, which now governs the relationship between GM and Leson.

With respect to the "Net Working Capital Standard" referenced in GM's Letter of Intent, the arbitrator's order recognized that GM's capital requirements for Leson have not changed since 2003 and are thus inappropriate. Further, the arbitrator concluded that Leson has met GM's capital requirements. In order to agree on some "other" working capital obligation, GM must recalculate Leson's net working capital requirement based on current profits and losses. Moreover, the arbitrator's ruling concluded that GM wrongfully terminated Leson and as a consequence Leson has been unable to order inventory or participate in GM programs for the last 14 months. Thus, Leson must be given an appropriate amount of time of at least 18 months from the time it is able to order and receive inventory to meet an appropriate working capital requirement

Leson looks forward to its reinstatement and its continued partnership with GM. Thus, we hope we can resolve these and any other outstanding issues quickly so that

"Oldest Chevy Dealer in the New Orleans Area"
1501 Westbank Expressway • Harvey, Louisiana 70058
(504) 366-4381   www.lesonchevy.com

PAGE 5/10 * RCVD AT 7/2/2010 3:56:50 PM [Central Daylight Time] * SVR:ARRIGHTFAX/0 * DNIS:66550 * CSID:5043740240   * DURATION (mm-ss)

**EXHIBIT F**

we can get back to selling vehicles and avoid further delay and unnecessary expense. Thank you for your attention to this matter and we look forward to your response.

If you have any questions or wish to discuss this further, please do not hesitate to contact me or my General Manager and Successor in Interest, Lisa Rebowe, at (504) 382-1924 or lrebowe@lesonchevy.com.

Sincerely,

Donald R. Trapp

Enclosures
cc:    Lisa Rebowe (General Manager- Leson Chevrolet)
       Johnny L. Domiano, Jr. (Adams and Reese)(Via Fax)

2

PAGE 6/10 * RCVD AT 7/2/2010 3:56:50 PM [Central Daylight Time] * SVR:ARRIGHTFAX/0 * DNIS:66550 * CSID:5043740240    * DURATION (mm-ss):03-48