# EXHIBIT J



# State of Louisiana
LOUISIANA MOTOR VEHICLE COMMISSION

Bobby Jindal  
Governor

Lessie A. House  
Executive Director

## LOUISIANA MOTOR VEHICLE COMMISSION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LESON CHEVROLET COMPANY, INC.  
VERSUS            LMVC DOCKET NO. Hearing #2010-040  
GENERAL MOTORS, LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### INTERLOCUTORY CEASE AND DESIST ORDER

Whereas Leson Chevrolet Company, Inc. filed on September 14, 2010 a complaint dated September 13, 2010 against General Motors, LLC, and

Whereas in that complaint, Leson Chevrolet Company, Inc. seeks, among other things, to have the Louisiana Motor Vehicle Commission issue a cease and desist order prohibiting General Motors, LLC from terminating Leson Chevrolet Company, Inc.'s sales and service agreement with General Motors, LLC, and

Whereas it appears from the complaint of Leson Chevrolet Company, Inc. that General Motors, LLC is violating the laws, rules and regulations of the state of Louisiana and the Louisiana Motor Vehicle Commission, and

Whereas it appears from the complaint of Leson Chevrolet Company, Inc. that it is necessary to the performance of the duties delegated to the Louisiana Motor Vehicle Commission that an interlocutory cease and desist order issue in this case; that the issuance of an interlocutory cease and desist order is necessary or convenient to maintaining the status quo between Leson Chevrolet Company, Inc. and General Motors, LLC; that General Motors, LLC is performing or is about to perform or is procuring or allowing the performance of an act relating to this case, in violation of the rights of Leson Chevrolet Company, Inc. which would tend to render an order of the Louisiana Motor Vehicle Commission's ineffectual; or that substantial injury to the rights of Leson Chevrolet Company, Inc. is threatened irrespective of any remedy at law;

EXHIBIT  
J

## INTERLOCUTORY CEASE AND DESIST ORDER
LMVC DOCKET NO. Hearing #2010-040
LESON CHEVROLET COMPANY, INC.
VERSUS
GENERAL MOTORS, LLC
Page 2

IT IS ORDERED that an interlocutory cease and desist order issue prohibiting General Motors, LLC from terminating Leson Chevrolet Company, Inc.'s sales and service agreement with General Motors, LLC, and

IT IS FURTHER ORDERED that this interlocutory cease and desist order shall remain in effect until vacated or until incorporated into a final order of the Louisiana Motor Vehicle Commission.

METAIRIE, LOUISIANA this 15th day of September, 2010.

_____
Lessie House, Executive Director
**LOUISIANA MOTOR VEHICLE COMMISSION**

Service of this Interlocutory Cease and Desist Order is made upon GENERAL MOTORS, LLC, c/o its Registered Agent for Service of Process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808, by means of U.S. Mail, Certified and Return Receipt Requested No. 7008 1140 0003 8430 7196.