# EXHIBIT M



*General Motors LLC*

FEDERAL EXPRESS: 798817596451

July 2, 2010

Mr. Donald R Trapp
Leson Chevrolet Company, Inc
1501 Westbank Expy
Harvey, LA 70058

Dear Mr. Donald R. Trapp:

General Motors LLC (GM) has reviewed your June 28, 2010 letter concerning the "Letter of Intent" (LOI) provided as a result of the June 18, 2010 arbitrator's decision in favor of Leson Chevrolet.

GM believes that its Letter of Intent fully complies with the Arbitration Statute. Its purpose is to effectively and efficiently reinstate dealers so long as they meet the normal business requirements set forth therein.

Your letter references the Wind-Down Agreement and asserts that somehow the arbitration result makes the Wind-Down Agreement void. GM believes your position to be without merit. All the arbitration decision does is allow the Leson dealership to be reinstated to the dealer network pursuant to the LOI.

In response to your specific business concerns, GM is prepared to extend the time for Leson Chevrolet to execute the LOI until July 16, 2010, which would thereby mean the LOI's term would expire September 14, 2010. On or before that date, Leson must comply with the terms of Paragraph 6—Line of Credit. It is obviously a normal business requirement for a dealership to have floor plan financing. In fact it is a breach of the Dealer Agreement if a dealer does not. Similarly, Leson must also comply with the terms of Paragraph 7—Net Working Capital, by October 31, 2010, when the current Dealer Agreement expires. Again, meeting the Net Working Capital Standard is a normal business requirement. In that regard, the $2,850,000 figure contained in the LOI accurately reflects that requirement.

Please advise if you have any questions.

Regards,

Steven Murdock
Dealer Organizational Manager

CC: Lisa Rebowe (General Manager –Leson Chevrolet)
    Johnny Collins ( General Motors LLC Dealer Contractual Manager)

EXHIBIT M