# EXHIBIT O

GMMS 1015
USA 09 2004

# CAPITAL STANDARD ADDENDUM
# TO
# GENERAL MOTORS CORPORATION
## Dealer Sales and Service Agreement(s)

This Capital Standard Addendum, effective November 1, 2005, is pursuant to the Dealer Sales and Service Agreement(s) in effect between General Motors and Dealer.

General Motors has determined that the minimum net working capital (standard) necessary for the Dealer to adequately conduct Dealership Operations consistent with the Dealer's responsibilities is $2,850,000.

Dealer has established, or will, within a reasonable time, establish and maintain actual dealer net working capital in an amount not less than the minimum amount specified above.

## GENERAL MOTORS DEALER CAPITAL STANDARD PROGRAM

General Motors Corporation has endeavored, through the General Motors Capital Standard Program, to help dealers develop sound financial positions. Over the years, this Program has contributed substantially to the effectiveness and relative permanency of General Motors dealers as a whole.

The purpose of the General Motors Capital Standard Program is to establish the minimum amount of regularly needed net working capital that should be provided by the owners through capital stock, other investment and earnings.

A minimum net working capital standard is established for each dealer based on the dealership operations it is expected to conduct under its Dealer Sales and Service Agreement(s). Dealer having actual net working capital equal to the standard established for the dealership operations contemplated at its dealership location should have net working capital to be compared to the standard which shall be determined by arriving at the sum of Total Current Assets plus Driver Training Vehicles, Lease and Rental Units and Total Accumulated LIFO Writedown minus the sum of Total Liabilities excluding those listed below.

Those liabilities that are not subtracted are:

1. Long term notes payable which are qualified long term debt. Qualified long term debt is defined by the following criteria:
   a. The note must be payable to an owner of Dealer;
   b. Principle payments must be restricted to be paid only from profits; and
   c. The amount of qualified long-term debt to be excluded is limited to 50% of the Net Working Capital standard.
   This exception is made because an owner would be less inclined to collect on a note payable at maturity than an outside creditor when payment of such a note would place the dealership in financial jeopardy.

2. Long term notes payable secured by real property.
   This exception is made because dealers are not required to own land and buildings that are used for dealership operations. Many dealers, however, elect to acquire and hold title to all or a portion of such real property, thereby investing a portion of the total equity capital in land and buildings that would otherwise be available for working capital purposes.

3. Deferred Taxes.
   This exception is made because deferred taxes are typically long term reserves for a liability and not due and payable unless the bulk of the business assets are sold. As a result, there is not a working capital requirement under normal ongoing operating conditions.

LESON CHEVROLET COMPANY, INC.
Dealer Firm Name

HARVEY, LOUISIANA
City, State

GENERAL MOTORS CORPORATION
By _Ron Morlee_    9-20-05
Authorized Representative    Date

Scanned

EXHIBIT O