# EXHIBIT T

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESON CHEVROLET CO., INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 10-3290 |
| | * | |
| GENERAL MOTORS, LLC | * | SECTION "L"(4) |

### ORDER

Counsel for the Defendant contacted the Court immediately after the Court issued its Order & Reasons remanding the above captioned matter to the Louisiana Motor Vehicle Commission. (R. 10). Counsel requested the opportunity to file a motion for reconsideration as to the Court's Order & Reasons. The Court has considered this request and agrees to entertain the Defendant's motion. Accordingly, IT IS ORDERED that the remand order is STAYED in order to allow the Court to consider the Defendant's forthcoming motion for reconsideration. IT IS FURTHER ORDERED that Defendant file its motion for reconsideration within ten days of this Order, and Plaintiff file its response to the motion ten days after the motion has been filed. Thereafter, the Court will make a determination as to subject matter jurisdiction, and based thereon, will either retain the case or lift the stay and go forward with the remand.

New Orleans, Louisiana this 18th day of October 2010.

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT
T