3744 S. 450 E.
Rushville, IN  46173
October 13, 2010


United States Bankruptcy Court
Attn:  Clerk's office
1 Bowling Green
New York, NY 10004

In re:   Motors Liquidation Company, et al
         f/k/a General Motors Corp., et al
         Chapter 11 Case No. 09-50026 (REG)

Dear Clerk:

    I am filing herewith my Response to Debtors' 106th Omnibus Objection to Claims in the captioned matter in hard copy along with a 3.5 inch disk.  I would appreciate you noting this as filed and returning a file-marked copy to me in the enclosed self-addressed, stamped envelope.  Thank you.

                            Very truly yours,


                            Mary Jane Thorpe

Enclosures

Cc:  Chamber's office (w/hard copy)


P.S. All I want is for my monthly GM pension benefits to continue for my lifetime.  I am very dependent on that income.

OCT 15 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY, et al ) <br> f/k/a General Motors Corp., et al ) <br> ) <br> Debtors ) | Chapter 11 Case No. <br> 09-50026 (REG) |

RESPONSE TO DEBTORS' 106TH OMNIBUS OBJECTION TO CLAIMS

Comes now Mary Jane Thorpe, also known as Mary J. Thorpe, Claimant, and hereby represents as follows:

1. That Claimant failed to receive notice that additional documentation was necessary to ascertain the validity of her claim.

2. That Claimant is the surviving spouse of Marlan L. Thorpe, who passed away January 28, 2007.

3. That Claimant has been receiving retirement benefits in the amount of $1,328.22 monthly through the GM Salaried Retirement Program, and that the Claimant wishes to make a claim to continue receiving these monthly benefits for her lifetime.

WHEREFORE, Claimant prays that the court remove her claim from the list of claims to be expunged.

*Mary Jane Thorpe*
Mary Jane Thorpe

OCT 15 2010