

October 13, 2010

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



**Re:     *Motors Liquidation., et al.*
Case Co.:  09-50026 REG**

Dear Mr. Diamond:

    Enclosed please find a claim withdrawal on behalf of the Rhode Island Division of Taxation. Please docket this claim withdrawal on the court website in connection with the above reference case.

    Thank you for your assistance.

Very truly yours,

Kathy-Ann Awkward
Sr. Project Supervisor
631-470-6895

Enclosures



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

7Department of Administration
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 574-8915



September 23, 2010

U. S. Bankruptcy Court
1 Bowling Green, Rm. 614
New York, NY 10004-1408

RE: Saturn, LLC                             #09-50027

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation

Tax has been satisfied in full and is hereby withdrawn.

                            STATE OF RHODE ISLAND
                            DIVISION OF TAXATION


                            BY: _____
                                Paul Guertin, Chief of
                                Compliance & Collections