BY E-MAIL AND FIRST CLASS MAIL

March 11, 2010

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201
Attn: ADR Claims Team
claims@motorsliquidation.com

      RE:    In Re: Motors Liquidation Company, et al. ("Debtors")
              Case No. 09-50026 (REG)—Capping Claim Letter

Dear Motors Liquidation Company,

      By this letter, I, the undersigned, am the below-referenced claimant, or an authorized signatory for the below-referenced claimant, and hereby submit my claim to the capping procedures established in the Order Pursuant to 11 U.S.C. § 105 (a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (the "ADR Procedures") [Docket No. ___] entered by the United States Bankruptcy Court for the Southern District of New York on February 23, 2010.

      Accordingly, I hereby propose to cap my claim at the amount specified below (the "Claim Amount Cap")

| Claimant' Name | Proof of Claim No. | Original Filed Amount | Claim Amount Cap |
|---|---|---|---|
| Alesia Dorsey | 68508 | Unspecified | $200,000.00 |
|  |  |  |  |

      I understand and agree that the Claim Amount Cap includes all damages and relief to which I believe I am entitled, including all interest, taxes, attorney's fees, other fees and costs. If the Claim Amount Cap is accepted by the Debtors, I understand that I am required to submit my claim to the ADR Procedures and acknowledge that my claim may be a "Designated Claim" as such term is used under the ADR Procedures.

                                Very truly yours,

                                  By: _Alesia Dorsey_
                                  Address: 615 East Belle St.
                                  Wharton, Texas 77488

cc:    Pablo Falabella, Esq.
       Weil, Gotshal & Manges, LLP
       767 Fifth Avenue
       New York, NY 10153
       pablo.falabella@weil.com

EXHIBIT B