UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: MOTORS LIQUIDATION COMPANY, F/K/A General Motors Corp., et al. | X X X X X | Case No.: <u>09-50026 (REG)</u> Chapter <u>11</u> (Jointly Administered) |
| Debtors | X X | Hon. Robert E. Gerber |

### ORDER ALLOWING CLAIM NO. 68508

Upon consideration of the Debtors' Ninety-First Omnibus Objection to Claims and of the Response filed by Claimant Alesia Dorsey thereto, the Court finds the Response well-taken and that the late-filing of Ms. Dorsey's claim is the result of excusable neglect and therefore,

Debtor's Ninety-First Omnibus Objection as to Claim No. 68508 made by Claimant Alesia Dorsey is DENIED and this claim shall be considered timely filed.

Dated _____, 2010.

_____
HON. ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE