HEARING DATE AND TIME: October 21, 2010 at 9:45 a.m. (Eastern Time)

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Attorneys for Official Committee
of Unsecured Creditors Holding Asbestos-Related Claims*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,      :   Chapter 11 Case No.
    f/k/a General Motors Corp., *et al.*  :
                                                               :   09-50026 (REG)
                                                               :
                                                               :   (Jointly Administered)
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------x

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
HOLDING ASBESTOS-RELATED CLAIMS TO THE MOTION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION
COMPANY TO ENFORCE (A) THE FINAL DIP ORDER, (B) THE WIND-DOWN
ORDER, AND (C) THE AMENDED DIP FACILITY**

The Official Committee of Unsecured Creditors Holding Asbestos-Related Claims (the

"Asbestos Claimants Committee" or "ACC"), submits this Joinder in the Motion of the

DOC# 360980

Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility (the "**Motion**") [D.I. 7226]. The Asbestos Claimants Committee hereby joins the Motion, which it understands to be seeking relief for all unsecured creditors, including unsecured creditors holding asbestos-related claims.

Dated: New York, New York
       October 19, 2010

                                          Respectfully submitted,

                                          CAPLIN & DRYSDALE, CHARTERED

                                          /s/ Elihu Inselbuch
                                          Elihu Inselbuch
                                          Rita C. Tobin
                                          Caplin & Drysdale, Chartered
                                          375 Park Avenue, 35th Floor
                                          New York, NY 10152-3500
                                          Telephone: (212) 319-7125
                                          Facsimile: (212) 644-6755
                                          E-mail: ei@capdale.com; rct@capdale.com

                                          Trevor W. Swett III
                                          Kevin C. Maclay
                                          Caplin & Drysdale, Chartered
                                          One Thomas Circle, N.W.
                                          Suite 1100
                                          Washington, D.C. 20005
                                          Telephone: (202) 862-5000
                                          Facsimile: (202) 429-3301
                                          E-mail: tws@capdale.com;
                                          kcm@capdale.com

                                          *Attorneys for Official Committee of Unsecured Creditors Holding Asbestos-Related Claims*