**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re**                                      :    Chapter 11 Case No.
                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.*,      :    09-50026 (REG)
   f/k/a General Motors Corp., *et al.*        :
                                               :
                     Debtors.                  :    (Jointly Administered)
                                               :
-----------------------------------------------------------------x

NOTICE OF MATTERS SCHEDULED
FOR HEARINGS ON OCTOBER 21, 2010 AT 9:45 A.M. AND 2:00 P.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**9:45 A.M.**

**I.    CONTESTED MATTERS:**

   A.   Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility [**Docket No. 7226**]

        Responses Filed:

        1.   United States of America's Opposition to Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility [**Docket No. 7338**]

        Replies Filed:

        2.   Reply of the Official Committee of Unsecured Creditors of Motors Liquidation Company in Further Support of Its Motion to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility **[Docket No. 7384]**

Additional Documents:

3. Joinder of the Legal Representative for Future Asbestos Claimants to the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility [**Docket No. 7387**]

4. Joinder of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims to the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility [**Docket No. 7441**]

**Status:** This matter is going forward.

B. Debtors' Motion for an Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Solicitation Packages; and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Form of Notices to Non-Voting Classes Under the Plan [**Docket No. 6854**]

Responses Filed:

1. Winkelmann Sp. z.o.o. [**Docket No. 7304**]
2. Town of Salina [**Docket No. 7307**]
3. Onondoga County, New York [**Docket No. 7308**]
4. Wilmington Trust Company [**Docket No. 7382**]
5. Official Committee of Unsecured Creditors [**Docket No. 7383**]
6. Appaloosa Management L.P., Aurelius Capital Management, L.P., Elliot Management Corporation, and Fortress Investment Group, LLC ("Certain Noteholders") [**Docket No. 7314**]
7. Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company [**Docket No. 7325**]
8. Legal Representative for Future Asbestos Claimants [**Docket No. 7326**]
9. Official Committee of Unsecured Creditors Holding Asbestos-Related Claims [**Docket No. 7327**]
10. United States Trustee [**Docket No. 7346**]
11. California Department of Toxic Substances Control [**Docket No. 7333**]
12. ILCO Site Remediation Group [**Docket No. 7376**]
13. BBK Joint Defense Group [**Docket No. 7377**]

14. Terrie Sizemore [Not filed on docket]
15. Thomas M. Smalley [**Docket No. 7046**]
16. Marcella I. Townsend [**Docket No. 7072**]
17. Marianne Lisenko [**Docket No. 7344**]
18. Latrell Barfield [**Docket No. 7347**]
19. Tracy Woody [Not filed on docket]
20. Robert W. Hartnagel [**Docket No. 7366**]
21. Leo C. Hageman [**Docket No. 7153**]
22. Gladys S. Hillhouse [**Docket No. 7282**]
23. Mary M. Smith [**Docket No. 7281**]
24. Sean O'Reilly [**Docket No. 7263**]
25. Michael L. Riviera, Sr. [**Docket No. 7257**]
26. Emma Pierce [**Docket No. 7256**]
27. Jochen Baderschneider [**Docket No. 7302**]
28. John Fazio [**Docket No. 7310**]
29. Leon L. Bailey [**Docket No. 7317**]
30. Roy B. Cope [**Docket No. 7318**]
31. Augustine Crier [**Docket No. 7321**]
32. Grace H. Gottstein [**Docket No. 7322**]
33. Irwin Lew [**Docket No. 7329**]
34. Elaine Reno [**Docket No. 7334**]
35. John Hamilton [**Docket No. 7337**]
36. Richard and Judith Boucher [**Docket No. 7342**]
37. Dorlyne Cruce [**Docket No. 7345**]
38. Marie and Robert Pacifico [**Docket No. 7265**]
39. Mary Wilkinson [**Docket No. 7352**]
40. Howard and Gloria Moses [**Docket No. 7371**]4
41. Lisa Gross [**Docket No. 7280**]
42. Sharyl Y. Carter [**Docket No. 7404**]
43. David J. Astorian [**Docket No. 7403**]
44. Adrian J. Phillips [**Docket No. 7405**]
45. John Poloisky [**Docket No. 7406**]
46. Vernon E. Henderson [Not filed on docket]
47. William P. King, Jr. [Not filed on docket]
48. Mary Wilkinson [Not filed on docket]
49. Michael P. Delaney [Not filed on docket]
50. Morris Eisenstein [Not filed on docket]
51. Brian Jamieson [Not filed on docket]
52. Harry M. and Cornelia E. Harvey [Not filed on docket]
53. Lois Trowbridge [Not filed on docket]
54. Margaret D. Brueggeman [Not filed on docket]
55. Phyllis Dua [Not filed on docket]
56. Lois Michelle Conlow [Not filed on docket]

Replies Filed:

57. Debtors' Omnibus Reply to Objections to the Disclosure Statement for Debtors' Joint Chapter 11 Plan [**Docket No. 7439**]

Additional Documents:

58. Affidavit of Service of Rhadha S. Rai of Notice of Hearing on Debtors Motion for an Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Solicitation Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Form of Notices to Non-Voting Classes Under the Plan [**Docket No. 6867**]

59. Affidavit of Service of Loren Vine of 1) Debtors' Joint Chapter 11 Plan and (2) Disclosure Statement for Debtors' Joint Chapter 11 Plan [**Docket No. 6852**]

60. Affidavit of Service of Barbara Kelley Keane of the Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan [**Docket No. 7123**]

61. Notice of Certification of Publication of Barbara Kelley Keane of the Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan [**Docket No. 7239**]

**Status:**     This matter is going forward.

**2:00 P.M.**

C. Statement of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims Regarding the Anonymity Protocol [**Docket No. 6909**]

Submissions Filed:

1. Letter filed by Stephen M. Juris on behalf of Multiple Objecting Section 524(g) Asbestos Trusts [**Docket No. 6911**]

2. Letter of the Official Committee of Unsecured Creditors [**Docket No. 6913**]

3. Letter of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims [**Docket No. 6982**]

4. Letter of the Debtors [**Docket No. 7007**]

Responses Filed:

5. Letter of the Official Committee of Unsecured Creditors in Response to Letter of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims [**Docket No. 7012**]

6. Letter Reply of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims [**Docket No. 7222**]

7. Official Committee of Unsecured Creditors Sur-Reply re Anonymity Protocol [**Docket No. 7286**]

Additional Documents:

8. Order Pursuant to Bankruptcy Rule 2004 Authorizing the Official Committee of Unsecured Creditors of Motors Liquidation Company to Obtain Discovery from (i) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g), (ii) the Trusts, and (iii) General Motors LLC and the Debtors, dated August 24, 2010 [**Docket No. 6749**]

**Status:** This matter is going forward.

Dated: New York, New York
October 19, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession