PREET BHARARA
United States Attorney for the
Southern District of New York
NATALIE N. KUEHLER
DAVID S. JONES
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
                                              :
In re:                                        :    Chapter 11
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,         :    Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*   :
*al.*,                                        :
                                              :    Jointly Administered
           Debtors.         :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF**
**PROPOSED SETTLEMENT AGREEMENT**

      The United States of America hereby lodges with the Court the proposed Settlement Agreement attached hereto as Exhibit 1.

      In accordance with Paragraphs 107 and 108 of the proposed Settlement Agreement, the United States requests that the Court not approve the proposed Settlement Agreement at this time. This Settlement Agreement has been executed by all parties other than the Saint Regis Mohawk Tribe, which is expected to file its executed signature page to the Settlement Agreement shortly, following a public hearing scheduled to take place this evening, on October 20, 2010. Notice of the lodging of the proposed Settlement Agreement will be published in the

*Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Settlement Agreement for a 30-day period.  In addition, the United States understands that one or more of the states that are party to the proposed Settlement Agreement may accept public comments on the proposed Settlement Agreement.  After the conclusion of the public comment period, the United States and the States will file with the Court any comments received, as well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Settlement Agreement.

Dated: New York, New York
      October 20, 2010

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the United States of America

By:      */s/ Natalie N. Kuehler*
       NATALIE N. KUEHLER
       DAVID S. JONES
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, New York  10007
       Telephone:  (212) 637-2741
       Facsimile:  (212) 637-2750
       Email: natalie.kuehler@usdoj.gov