Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

     and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Shreveport Red River Utilities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                         :

**In re:**                                    :        **Chapter 11**
                                         :
**MOTORS LIQUIDATION COMPANY, et al.,**  :       **Case No. 09-50026 (REG)**
      f/k/a General Motors Corp., *et al.*,  :
                                         :
              **Debtors.**                   :        **(Jointly Administered)**
                                         :
----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF: (1) OBJECTION OF SHREVEPORT RED RIVER UTILITIES, LLC TO DEBTORS' NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) CURE AMOUNTS RELATED THERETO; AND, (2) MOTION OF SHREVEPORT RED RIVER UTILITIES, LLC FOR ALLOWANCE AND PAYMENT OF POST-PETITION CLAIM AND MOTION TO ENFORCE ADEQUATE <u>ASSURANCE</u> <u>OF PAYMENT AGREEMENT PURSUANT TO 11 U.S.C. § 366(c)</u>**
**[Docket Nos. 1051 and 4527]**

Shreveport Red River Utilities, LLC ("SRRU"), by and through their undersigned counsel, hereby withdraws their: (1) *Objection Of Shreveport Red River Utilities, LLC To Debtors' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto* (the "Cure Objection") (Docket No. 1051); and, (2) *Motion Of Shreveport Red River Utilities, LLC For Allowance And Payment Of Post-Petition Claim And Motion To Enforce Adequate Assurance Of Payment Agreement Pursuant To 11 U.S.C. § 366(c)* (the "Motion to Compel") (Docket No. 4527), pursuant to a settlement between SRRU and the Debtors.

Dated: Garden City, New York
October 20, 2010

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

        By: /s/ Jil Mazer-Marino
            Thomas R. Slome (TS-0957)
            Jil Mazer-Marino (JM-6470)
        990 Stewart Avenue
        Suite 300
        P.O. Box 9194
        Garden City, New York 11530-9194
        Telephone: (516) 741-6565
        Facsimile: (516) 741-6706

        And

        Russell R. Johnson III, Esq.
        John M. Merritt, Esq.
        LAW FIRM OF RUSSELL R. JOHNSON III, PLC
        2258 Wheatlands Drive
        Manakin-Sabot, Virginia 23103
        Telephone: (804) 749-8861
        Facsimile: (804) 749-8862

        *Co-Counsel for Shreveport Red River Utilities, LLC*

795320

Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
John M. Merritt, Esq.
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Shreveport Red River Utilities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*, | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Jil Mazer-Marino, Esq., hereby certify that on October 20, 2010, I caused a true and correct copy of the *Notice Of Withdrawal Of: (1) Objection Of Shreveport Red River Utilities, LLC To Debtors' Notice Of (I) Debtors' Intent To Assume And Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, And Unexpired Leases Of Nonresidential Real Property And (II) Cure Amounts Related Thereto; And, (2) Motion Of Shreveport Red River*

*Utilities, LLC For Allowance And Payment Of Post-Petition Claim And Motion To Enforce Adequate Assurance Of Payment Agreement Pursuant To 11 U.S.C. § 366(c) [Docket Nos. 1051 and 4527]* to be sent upon the parties listed below via the Court's ECF System and/or by regular United States first-class mail, with proper postage affixed thereto, and addressed as follows:

**Counsel for the Debtors**:
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
E-mail: joseph.smolinsky@weil.com

Donald F. Baty, Jr., Esq.
Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
E-mail: dbaty@honigman.com

**Counsel for Official Committee of Unsecured Creditors**:
Adam C. Rogoff, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714
E-mail: arogoff@kramerlevin.com

**Counsel for Claims and Noticing Agent**:
Jeffrey S. Stein, Esq.
The Garden City Group, Inc.
105 Maxess Road
Melville, NY  11747
E-mail: PACERTeam@gardencitygroup.com

**Office of the United States Trustee**:
Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

/s/ Jil Mazer-Marino
Jil Mazer-Marino

795323