4464 Meadowbrook Dr.
Flint, MI 48506-2005
October 12, 2010

Honorable Robert E. Gerber
United States Bankruptcy Judge
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

SUBJ: RESOINCE TO: UNITED STATES BANKRUPTCY COURT/SOUTHERN DISTRICT OF NEW YORK (No dates on notification)

CASE NUMBER: 09-50026. TAX ID NO: 38-0572521

Encl: My letter to The Garden City Group, Inc. this date

Dear Judge Gerber;

I pray thee to read the enclosure.

My recovery of any of the funds or investments would come as a huge surprise. I am sure The Court understands that the loss of that investment from the World's Number One Auto Maker was not expected from this faithful employee and now a retiree. FYI: My service to G.M was 41.8 years.

Blessings and forwarded with thanks for any of your efforts.

Dean H. Helsel

CC: The Garden City Group, Inc.

4464 Meadowbrook Dr.
Flint, MI 48506-2005
October 12, 2010

The Garden City Group, Inc.
P.O. Box 9386
Dublin, OH 43017-4286


ATTN: Motors Liquidation Company Balloting

SUBJ: RESOINCE TO: UNITED STATES BANKRUPTCY COURT/SOUTHERN DISTRICT OF NEW YORK (No dates on notification)

CASE NUMBER: 09-50026. TAX ID NO: 38-0572521

To Whom It May Concern:

This communication will attempt to answer the subject as much as possible. Please be mindful that this writer does not understand the lawyer language of the notification.

Writer is a retiree of General Motors from the Truck Assembly Division of G.M. located in Flint, Michigan. You should also know that the writer was encouraged (forced) to retire prior to his intentions with enticements of a large pay-off. Writer did participate in the PERSONAL SAVING PLAN (PSP) and it was directed to purchases of GM shares. Funds were withheld weekly from my paycheck and went into a pot that was serviced (controlled) by Fidelity investments.

When GM went belly-up (Bankrupt) I and many others was under the impression that we had lost all of our investments (funds). Needless to write: We were not happy campers. Because the value of shares changed daily, it is most difficult to say exactly what my shares were worth. I estimate I lost in the area of $80,000+. I am sure you understand that was and is most discouraging.

Blessings:

*Dean H. Helsel* (signature)

Dean H. Helsel
Phone # (810) 736-9707  Note: I am not home between 11:00 and 14:00 EST.
Email: m10dhflintmi@msn.com