

maryofamerica@aol.com
10/13/2010 04:40 PM

To  gerber.chambers@nysb.uscourts.gov

cc

bcc

Subject  Fwd: DisclosurePlanFeesObjections

Dear Judge Gerber, Helene Blum and all hardworking Court personnel!

I am forwarding additional arguments to my email  Objections of Oct.11, 2010.
The Disclosure/Plan notes that over 45 million  of new GM warrants (options) will be issued  @$30
and about 45million warrants @$55 (too high), but it does not explain the "undiluted" basis and if the
options will be freely traded or only available to employees.  It says nothing about the 2.5 billion
common stock  shares proposed in the Master Sales and Purchase Agreement and the 1 billion
preferred bond shares, though I have not been able to view the  Final  Master Sale and Purchase
Agreement that was signed  on July 10, 2010. At what price will those shares be offered?

Given the bad internet publicity and all the objections being filed in regard to this re-organization,
I  believe it is extreme folly and another threat to the financial stability of GM, of America and
the World to behave in such an un-restrained, irresponsible  and self-dealing manner  while  ignoring
the visible suffering in Haiti, in Palestine and in so many other places; also, the invisible suffering
of  ordinary North and South Americans who are being  robbed. GM must not repeat the same mistakes.
In regard to "future" claimants,I must mention your arguments when dismissing objections to
the "Sale" -  that those were "classic standing and **ripeness** issues".

I pray that  you will adjudicate equitably and fairly.

Marianne Lisenko

-----Original Message-----
From: maryofamerica <maryofamerica@aol.com>
To: aillarionov <aillarionov@cato.org>; osadchuk_stephanie <osadchuk_stephanie@yahoo.ca>
Sent: Wed, Oct 13, 2010 9:34 am
Subject: Fwd: DisclosurePlanFeesObjections


IMPORTANT

-----Original Message-----
From: maryofamerica <maryofamerica@aol.com>
To: gretaandersson <gretaandersson@hotmail.com>; ivasquez <ivasquez@cato.org>; ivasquez <
ivasquez@cato.org>
Sent: Wed, Oct 13, 2010 9:20 am
Subject: Fwd: DisclosurePlanFeesObjections


Hello!

I thought you might be interested to read the Objections that I already sent to the NY Bankruptcy Court.
Feel free to forward.  It should be public knowledge.  There are a few additional points I must make
which are of great public importance, specifically the  "immunity"' issue and the need for a clear definition
of
what diluted and undiluted shares are ("undiluted" means that no more than the originally issued shares
will ever be authorized. This would  ensure their rise in value and, provided the success of the company,
would

also be the best guarantee of getting dividends paid out. Google can issue diluted, unlimited shares, probably,
because their success appears unlimited, though apperances can be misleading, so buyer beware!  Most importantly, diluted shares lead to over-valuation of the share price,as is now the case for Google. This can
bring a drastic fall in share price, and, of course, Google will spend anywhere and everywhere before paying
anyone a dividend.)

No official in any public capacity has any moral or legal right to claim immunity under the US Constitution (minus the invalid 11th Amendment, of course) and under any common sense notion of  simple fairness in matters
of a public nature.  Public officials are already in positions of privilege relative everyone else, so to give them
"immunity"  to do whatever they feel "free" and inclined to do -  is outrageous ABSURDITY!  The  Vermont Constitution  clearly states that public officals are servants and are liable, in a legal way to the People.
Thus, I write for the People!

-----Original Message-----
From: maryofamerica <maryofamerica@aol.com>
To: gerber.chambers <gerber.chambers@nysb.uscourts.gov>
Sent: Mon, Oct 11, 2010 5:55 pm
Subject: DisclosurePlanFeesObjections

CH 11 Case No.09-50026
Docket 7071, Claim of M.Lisenko 22063

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.
                          Debtors

---

## OBJECTIONS TO DISCLOSURE STATEMENT/PLAN
## AND TO ALL UNREASONABLE PADDED PROFESSIONAL FEES AND EXPENSES

Further to my Response/Objection/Affidavit of September 14, 2010, please take into consideration the following
facts and conclusions to which I have come after extensive and careful reading of the numerous key documents
and Claims (70,000) that have been filed  in this Ch.11 GM corporate re-organization case and which are accessible
via the internet.

The 1776 American Revolution coincides with the year of publication of J.Swift's Gulliver's Travels. After more than
200 years of  building a more just and secure society  "for the benefit of all man (and woman) kind", Swift's satire of
financial-legalistic machinations by the educated, influentially placed classes remains all too true. But given the
amounts of property and people involved  in this modern tyranny by the "administrative" classes in the United States
and Canada, in particular, Swift's descriptions can be seen as not strong enough.

Specifiically:

1. For at least the last fifty years, it has been a requirement of law and practice to write clear and succinct
documents, not hundreds of pages of repetitive,obscure, evasive or out-right contradictory and deliberately
padded "writings". See 1990  Debt Securities Indenture between Citibank and General Motors signed by Charles
Golden, GM Treasurer, and P.DeFelice,VP for Citibank, which provides for UNLIMITED(!) aggregate amounts in
securities and IMMUNITY to all  incorporators, stockholders, officers and directors.  In 2006, after almost 22 billion
dollars more in securities were issued (in addition to the 1990 1.4 billion dollars worth), the signing trustees
all resigned and Wilmington Trust became the new Trustee. ...It is difficult not to suspect the  long-term
preparation for an eventual  "re-organization" - after everyone who could enriched themselves at the expense of
what everyone believed were safe GM shares and bonds.  The Disclosure Statement indicates that over 600
thousand shares (at highs of $90per share to lows of $1) will be canceled. I believe GM had 2billion shares autho-
rized and 1.5 billion outstanding.  That's about 30 to 50 billion  dollars more that GM and trustees,etc. raked
in. ( My question again - Where did all that money go?)   The Debtors acknowledge GM revenues of 150 billion,
though given my estimate of 240 billion, maybe 175 billion is the more exact number.

2. Most interesting  is the restricted access to view the Amended Memorandum Complaint filed against the BMW
company and served at its headquarters in  Munich, Germany.  Is BMW, the Luxembourgh Bank, Credit Swiss,
Deutsch Bank  and/or other European companies implicated  in the so-called Term Loan Avoidance Action that
the Disclosure Statement writes about? (See Moser v Toyota Motor Credit, 2009, Eastern District Texas, 07-42789.)

3. The Disclosure Statement and Plan (218pages), of course,  is another example of repetitive, intentionally
wordy, convoluted, unnecessarily long and evasive writing.  The Term Loan Avoidance Action is not explained
and  nothing is noted about what amounts will be apportioned to the 6 different classes of Claims. A  3page media
summary of the Plan by MLC CEO Al Koch(and his "small, lean team") states  that four trusts will be formed and
536 million will go to the Environmental Remediation Trust.  Nothing is said how much  the Creditor's Trust, the
Asbestos Injury Claims Trust, the Avoidance Action Trust will get and where the money will come from. All
the trusts (six or seven) are elaborately broken into commitees, administrators, ageements, assets, monitors,etc.
and  each is described in as lengthy as possible way.   Most hilarious is the appointment of Dean Trafalet,

the  Future Asbestos Injury Claims Administrator, of another law firm as his counsel, plus a
Committee, etc.etc.

4. The Class 6 asbestos injury claims have a very small chance of being paid, so the
appointments for  "future"
claims are nothing more than aristocratic largesse to under-employed or unemployed
professionals. The 60+
page  expense accounts  that they have filed for "teleconferencing, reviewing and
discussing" at  an average
of $500 to $700 per hour is gross  shameless abuse of  bankruptcy proceedings and a gross
exaggeration of
professional skill and ability.  We are in the global internet age - substance, clarity and
succinctness are
imperative.

5. Weil, Gotshall also filed a 60 page expense  account - and, I believe, they did go through
"tons" of paperwork
and  produced a few thousand pages of  very "skillful" writing. How much exactly?  I don't
believe a page of those
writings is worth more than $200, seeing how unsubstantive and redundant it is.  Who did
most of that writing?
Does the name of D.Berz of Weil, Gotshall appear on any filings?  His last 4-month billing
amounts to over
$500,000 at $900 per hour.  Even exceptional rock and hockey star incomes are temporary,
so what kind of
logic can explain such exaggerated and inflated sums relative the daily hard-working
routines of any clerical
job?  The requirement is to present reasonable claims for anything above and beyond purely
clerical work. In my
experience, the most tedious and difficult part in filing court documents is the compiling and
photo-copying.
Writing comes quite easily with  a little practice.  Everyone is doing it on the internet and in
every imaginable
publishing medium.  To collect millions for writing - you have to come up with something
better than the
Harry Potter story, certainly more readable than bankruptcy proceedings!

6. Pre and Post Petition financing for the Ch.11 expenses is claimed in the aggregate
amount of 33.3 billion dollars
and the Debtors-in-Possesion (Weil, Gotshall) have on July 10, 2009 already drawn 1.175
billion dollars for their
disposal and for whomever they choose to extend their royal prerogative and payment.
(Allow me to inject an
apropos - the British monarchy  has survived so long because it stands as the  symbolic
Defender of the Faith,
and, I hope, the Brits are BELIEVERS in and practitioners of equitable justice, not the absurd
notion of equal
justice or equality in human relations - meaning you will be held accountable for
dishonesty!).

7. To further explain the probable fact that GM executives (and possibly government officials
who went along
with the deception) had a pre-meditated intention of abusing Ch.11 and  "avoidance"
proceedings, let it be known

that the secretive Master Sale and Purchase Agreement of GM  was nothing  but a re-naming of  GM, the real
company, in order to transfer (and cancel-expunge-discharge-disallow) all the bonds, shares and asbestos claims
into MLC, the "bankrupt" company.

Much of the money was a form of hoarding and gambling and those with hoarded millions will not become
suddenly poor if they lose it. It is through the Courts of Justice that the invisible hand of God  must  perform
acts of compassion and equity.  True hard-working victims of asbestos poisoning, who sign Affidavits under
Oath deserve that equity. (Of the 28,000 asbestos claims, perhaps half are truthful. A fund of only $1 billion
dollars would reasonably pay for claims and administrative expenses.)

8. I will conclude on a positive note. GM is a public global company and the re-organization-bookkeeping
cleansing will make it more fiscally responsible and accountable. Hopefully, in the future more people will be
paid the dividends that such a successful company as GM should  have been paying.  The 275 billion debt
presented by 70,000  Proofs of Claim too must be  viewed as exaggerated by many claimants (ex. $20 million
Claim of Ligia Raveto for wrongful death of her husband). These kinds of claims are the result of unrestrained
greed and of addictive behaviors by "officers of the state", who are too often arrogant and intimidating,
and who think they can rely on the  "unlimited"  money printing press of government. ... Life insurance policies
do not provide for $20 million compensation, unless you pay a million dollar premium.

FOR ALL THE ABOVE STATED REASONS I PRAY:
A. THAT THE COURT WILL NOT DENY THE RE-PAYMENT OF MY $5000 BOND, PLUS ANY OTHER COMPENSATION
IT BELIEVES REASONABLE.
B. THAT THE WEIL, GOTSHALL  PLAN BE REJECTED AND THE TEAM OF AL KOCH (MLC) PREPARE A REASONABLE PLAN.
C. THAT NO ATTORNEY BE PAID MORE THAN  $200/HR FEES;
D. THAT ALL EXPENSES ACCOUNTS BE  CLOSELY SCRUTINIZED BY UNEMPLOYED LAWYERS AND LAW STUDENTS.
E. THAT THE COURT ACT ON ITS OWN MOTION TO ASSURE THE GLOBAL AUDIENCE THAT JUSTICE WILL BE DONE IN
AMERICA.
F.  THAT THE COURT SERVE ALL INVOLVED PARTIES.

Signed electronically in Washington, DC, on October 11, 2010
MARIANNE LISENKO
P.O.Box 34132
Washington DC 20043
maryofamerica@aol.com
202-722-2280 (new office number)