11 October 2010

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York  10004-1408

It is outrageous that the Federal Government's bailout of General Motors protected everyone except those who had originally invested in GM, without which the "new" GM would not have had any resources which it now uses to float a new IPO.

The shareholders in the "old" GM were left with a company stripped of value and their family investments in GM worthless.  The new GM has acted in bad faith by making sure that the old GM did not have any valuable assets.  For example, Saturn had the best dealer network and incredibly loyal customers, but the new GM made sure that it would not allow Saturn to become a competitor in the small car market.  The Federal Government owns 61% of the new GM. Ten percent should be assigned to the shareholders of the old GM, which still has the Federal Government with a controlling 51% stake in the new GM.

Remember that GM was on the verge of working out a deal with the unions, bond holders and vendors when it was forced into bankruptcy by the Obama Administration.  In effect, it was a de facto exercise of eminent domain by the Federal Government in violation of the 5th Amendment protection for just compensation.  That injustice should be corrected by the judicial system. Shareholders in the old GM should receive a 10% stake in the new GM.

I ask you to provide this equitable solution.  Thank you.

Respectfully,

*Steve Friedland*

Steve Friedland
Post Office Box 1471
Clovis, CA  93613-1471

OCT 18 2010

Holder of 3,000 shares of the old GM, a.k.a. MTLQQ, worth $14,427.55 prior to the bankruptcy proceedings