October 10, 2010

Relief sought by Debtors
Responses and objection to the approval of Disclosure Statement.

Disclosure Statement [DOCKET #6830], pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

Objection or responding party and to the amount of $8 million dollars for the following listed reasons.

1. Loss of medical benefits because of bankruptcy.
2. Apprentice welder 1952-1954 (Military Svc 1954-1958) also 1958-1960 of having to mix ground-up asbestos fibers and water for welders and plumbers, for pipe covering.
   (a) Frigidaire Division of General Motors; Moraine City, Ohio.
3. Welding galvanized pipe without proper protection for breathing of such vapors, in my lungs.
4. Welding lead sheet seams 1/4"x48"x144" for a sulphuric tank and breathing such fumes for over a period of six months.
5. Down heating large castings covered with sheet asbestos 1/8"x48"x60", while pointing #10 acetylene tips, on a welding table, across the room from other welders.
6. I worked for 47.9 years and I feel my time and attendance to G.M. and by giving up pay raises for benefits, now should be compensated as others should

Sincerely    James E. Reese
             7971 E. Lauon Dr.
(c) 937-903-9211    Franklin, Oh, 45005

HEARING DATE AND TIME: October 21, 2010 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: October 14, 2010 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :    09-50026 (REG)
   f/k/a General Motors Corp., et al.         :
                                              :
                          Debtors.            :    (Jointly Administered)
                                              :
------------------------------------------------------------x

NOTICE OF HEARING TO CONSIDER APPROVAL
OF DEBTORS' PROPOSED DISCLOSURE STATEMENT
WITH RESPECT TO DEBTORS' JOINT CHAPTER 11 PLAN

TO:  ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH
     BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |