UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a General Motors, et al.

Debtor

Case No.: 09-50026

Chapter 11

------------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas S. Galbo, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Ann F. McHugh, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Western District of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 10/19/10
Williamsville, New York

*[signature: Thomas S. Galbo]*

Mailing Address:

5792 Main Street
Williamsville, NY 14221

E-mail address: _____
Telephone number: (716) 634-5525