UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re: MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.
                    Debtor

Case No.: 09-50026
Chapter 11

-----------------------------------------------------------------X

                    Plaintiff

Adversary Proceeding No.: _____

         v.

                    Defendant

-----------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __Thomas S. Galbo__, to be admitted, *pro hac vice*, to represent __Ann F. McHugh__, (the "Client") a __creditor__ in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __New York__ and, if applicable, the bar of the U.S. District Court for the __Western__ District of __New York__, it is hereby

**ORDERED**, that __Thomas S. Galbo__, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: __October 19, 2010__
__New York__, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE