Kurt M. Brauer
Dennis W. Loughlin
Warner Norcross & Judd LLP
2000 Town Center Suite 2700
Southfield, Michigan 48075-1318
Telephone: 248.784.5000
Fax:  248.784.5005
kbrauer@wnj.com
Attorneys for The City of Bay City

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- x

In re

**MOTORS LIQUIDATION COMPANY**, *et al.*,
fka General Motors Corporation,

Debtors.

--------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

### NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF
### THE CITY OF BAY CITY

PLEASE TAKE NOTICE THAT   Kurt M. Brauer, Esq., of the law firm of Warner Norcross & Judd LLP, shall be substituted in place of James K. O'Brien, Esq., and the firm of Dean & Fulkerson, P.C., as counsel of record for The City of Bay City in the above-referenced bankruptcy cases, effective immediately, and that all future pleadings and other papers should be served upon Kurt Brauer, Esq., at the address indicated below.

|  |  |
|---|---|
|  | WARNER NORCROSS & JUDD LLP |
|  | Attorneys for The City of Bay City |
| Dated: October 20, 2010       By: | /s/ Dennis W. Loughlin |
|  | Kurt M. Brauer (P54061) |
|  | Dennis W. Loughlin (P57084) |
|  | 2000 Town Center  Suite 2700 |
|  | Southfield, Michigan 48075-1318 |
|  | Telephone: 248.784.5000 |
|  | kbrauer@wnj.com |

                                        DEAN & FULKERSON, P.C.

Dated: October 20, 2010         By:   /s/ James K. O'Brien
                                                      James K. O'Brien
                                                      801 West Big Beaver, Suite 500
                                                      Troy, Michigan 48084
                                                      248.362.1300

4769392-1