**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY, *et al.*<br>f/k/a General Motors Corp., *et al.*,<br>　　　　　　　　Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, John R. Skelton, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent General Motors LLC, a party in interest, in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the States of Massachusetts and New Hampshire and the bar of the U.S. District Court for the Districts of Massachusetts and New Hampshire.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Boston, Massachusetts
　　　　October 20, 2010

　　　　　　　　　　　　　　　　　　　　　/s/John R. Skelton
　　　　　　　　　　　　　　　　　　　　John R. Skelton

　　　　　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP
　　　　　　　　　　　　　　　　　　　　One Federal Street
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-1726
　　　　　　　　　　　　　　　　　　　　*E-mail Address*: john.skelton@bingham.com
　　　　　　　　　　　　　　　　　　　　*Telephone number*: (617) 951-8789

A/73534205.1