Oct 14, 2010

UNITED STATES BANKRUPTSY COURT
SOUTHERN DISTRCI OF NEW YORK
IN RE.

    MOTORS LIQUIDATION COMPANY
    f/k/a/ General Motors corp ., et al.,

                                                                       Chapter 11 case No.
                                                                   09-50026 (REG)

    debtors

Notice of Claimants objection to the debtors one hundredth omnibus objection to claims..

      The court is busy so ill be brief.  Im asking that my claim not be disallowed or expunged....
    In the one hundredth omnibus objection to claims, Debtors attorneys entire argument is that the new GM has assumed liability for the employees pension.. If that were so I wouldn't be filing this.. The truth can be found in the debtors own one hundredth omnibus to claims in paragraph #13 , page 8.. It clearly states ""Purchaser and its affiliates may in its sole discretion, amend, suspend, or terminate any such assumed plan at any time in accordance with its terms."
    So actually what the new GM has agreed to is be "temporarily" responsible for my pension.  To assume liability, by definition, would mean to be responsible until the obligation is satisfied.. Even if they said they would be responsible as long as they're financially able – that would be good enough for me.. But to say they're responsible until they change their mind just is not!!
    Im 62 years old, worked for GM 36 years, basically my whole working life, Im to old to start over. Ive counted on this pension,, and until someone really does "ASSUME LIABILITY",, Im holding the old GM (Motors Liquidation Co.) the ones that promised me, responsible....
                                          Thanks for reading this.......

  Note,, the original amount I had
Ask for has dropped and continues
 to be less every day as I receive
my temporary pension benefits.

*Stephan Theis*
*2032 Watkins Lk Rd*
*Waterford Michigan*
*48328*