VERNON E. HENDERSON
400 MAPLE DRIVE
CRESTLINE, OHIO 44827
PHONE: 419-512-1636


THE HONORABLE ROBERT E. GERBER
ROOM 621 UNITED STATES BANKRUPTCY COURT
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, NEW YORK, NEW YORK 10004-1408

REF: CHAPTER 11 CASE NO. 09-50026 (REG)

OCTOBER 11, 2010


I WAS UNABLE TO ACCESS THE PROPER FORMS FOR APPEAL ON THE INTERNET. PLEASE ACCEPT AND CONSIDER THIS AS MY FORMAL NOTIFICATION OF APPEAL.

MY BASIS FOR APPEAL IS THAT GENERAL MOTORS WAS GOING TO TAKE CARE OF THEIR OBLIGATION TO ME AS A SALARIED EMPLOYEE AND TREAT ME AS EQUAL AS THE UNITED AUTO WORKER HOURLY EMPLOYEES.

I KNOW I HAD NO- ONE SPEAKING OR REPRESENTING ME ON MY BEHALF. HOWEVER, AS A SALARIED EMPLOYEE IF THERE WAS EVEN A HIT OF WANTING TO JOIN A UNION YOU WOULD HAVE BEEN DISMISSED FROM EMPLOYMENT.

I LOST MY HEALTH CARE INSURANCE AND ALL OF MY LIFE INSURANCE WITH THE EXCEPTION OF $10,000.00.

THANK YOU FOR YOUR CONSIDERATION.

VERY TRULY YOURS,

*[signature: Vernon E. Henderson]*

VERNON E. HENDERSON