Kurt M. Brauer
Dennis W. Loughlin
Warner Norcross & Judd LLP
2000 Town Center Suite 2700
Southfield, Michigan 48075-1318
Telephone: 248.784.5000
Fax:  248.784.5005
kbrauer@wnj.com
Attorneys for The City of Bay City

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
In re

**MOTORS LIQUIDATION COMPANY**, *et al.*,
fka General Motors Corporation,

Debtors.

-------------------------------------------------------- x

Chapter 11

Case No. 09-50026 (REG)

(Jointly Administered)

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2010, she caused a true and correct copy of the *Notice of Substitution of Counsel on Behalf of the City of Bay City* to be served by ECF on all parties receiving notice via the Court's ECF System, and by regular first class U.S. Mail upon the following:

Garden City Group Claims Agent
105 Maxess Road
Melville, NY 11747

| | |
|---|---|
| Dated:  October 20, 2010 | /s/ Marcia Van Essen |
| | Marcia Van Essen, Legal Assistant |
| | Warner Norcross & Judd LLP |
| | 111 Lyon St. NW, Suite 900 |
| | Grand Rapids, MI 49503 |
| | (616) 752-2741 |
| | mvanessen@wnj.com |

4858610