


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                             Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*              Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*

                Debtors.              (Jointly Administered)

---

## NOTICE OF WITHDRAWAL
## OF PROOFS OF CLAIM NO. 47962 AND NO. 48337
## FILED BY THE NATIONAL LABOR RELATIONS BOARD

**The National Labor Relations Board, Region 26 and Region 31 ("NLRB"),** by its undersigned counsel, respectfully gives notice that the proofs of claim filed in this case on November 25, 2009, in the amount of $19,158.18 and $780.00 for backpay and benefits allegedly due certain employees of the Debtors, and assigned Claim No. 47962 and Claim No. 48337, respectively, are both hereby WITHDRAWN, based on the following:

1. The NLRB's Region 26 and Region 31 each separately filed a proof of claim based upon unfair labor practice charges that were pending in that Region against the Debtors (NLRB Case 26-CA-22789 and NLRB Case 31-CA-28859).

2. Since the NLRB's Region 26 and Region 31 filed their proofs of claim, the unfair labor practice charges in the above NLRB cases were either withdrawn or dismissed by the NLRB.

Dated: October 8, 2010

Respectfully Submitted,

**NATIONAL LABOR RELATIONS BOARD**

NLRB Region 26
The Brinkley Plaza Bldg, Suite 350
80 Monroe Avenue
Memphis, Tennessee 38103

-and-

NLRB Region 31
11150 West Olympic Boulevard
Suite 700
Los Angeles, CA 90064

NATIONAL LABOR RELATIONS BOARD

/s/ *Denise F. Meiners*
DENISE F. MEINERS
National Labor Relations Board
1099 14th Street, NW – Ste 8600
Washington, DC 20570
Dated: October 8, 2010
Email: Denise.Meiners@nlrb.gov
Telephone: (202) 273-2935

2