United States Bankruptcy Court
Southern District of New York

In re
General Motors Corp.
09-50026

OCT 19 2010

Sirs:

I James Carter began the Company in 1963 I paid monies for retirement for thirty years, upon my retirement later to find out part of that taken away and my Insurances taken, I did not think this would effect the ones who had put their time into the Company. I 68 years old I can't afford any kind of Insurance regular or death all of this was taken away even my retirement check monies was cut, so I ask if there is any way I can get some help I will thank God for it

Truly
James Carter
Oct. 10, 2010

Dockit No 6829-6830