The Wladis Law Firm, P.C.
PO Box 245
5795 Widewaters Parkway
Syracuse, NY 13214
Telephone: (315) 445-1700
Kevin C. Murphy, Esq.

-and-

Department of Law
Onondaga County, New York
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Luis A. Mendez
Senior Assistant County Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re

MOTORS LIQUIDATION COMPANY, *et al., :* f/k/a
General Motors Corp., *et al.*          :   Chapter 11 Case No. 09-50026 (REG)

Debtors.

---------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, LUIS A. MENDEZ, request admission, *pro hac vice*, before the Honorable ROBERT E. GERBER, to represent ONONDAGA COUNTY, a party-in-interest in the above referenced case.

I certify that I am a member in good standing of the bar of the State of New York, and I am also a member of the United States Court of Appeals for the Second Circuit as well as the United States District Court for the Northern District of New York.

I am submitting herewith the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  October 20, 2010,
        Syracuse, New York.

                          Attorneys for Claimant
                          Onondaga County, New York

               By:  /s/ Luis A. Mendez
                   Luis A. Mendez
                   Senior Deputy County Attorney
                   John H. Mulroy civic Center, 10th Floor
                   Syracuse, New York 13202
                   *E-Mail:*  LMendez@ongov.net
                   *Telephone:*  (315) 435-2170