## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re                                          Chapter 11 Case No.

**MOTORS LIQUIDATION COMPANY ,et al.,**              09-50026 (REG)
    *f/k/a General Motors Corp., et al.*

                    Debtors.              (Jointly Administered)

### NOTICE OF HEARING TO CONSIDER APPROVAL
### OF DEBTOR'S PROPOSED DISCLOSURE STATEMENT
### WITH RESPECT TO DEBTOR'S JOINT CHAPTER 11 PLAN

### TO: ALL HOLDERS OF CLAIMS AGAINST AND INTEREST IN THE DEBTOR'S SET
###      FORTH BELOW:

**NAME OF DEBTOR        TAX ID NUMBER**

**SYLVESTER SHAW         -2838**



### OBJECTION TO DISCLOSURE APPROVAL

**1) On the grounds that I am not included as a share holder.**

### APPROVAL TO THE DISCLOSURE APPROVAL

**2 On the grounds that I am included as a share holder, and I am able to keep the shares**

**that I own, and I will benefit as a share holder after the ipo, shares will transfer or multiply**

**based on damage methodology.**

**3) Sylvester Shaw 11441 N.I.H.35 # 18103 Austin, Tx. 78753 –amount in question – (355) –**

**shares.(three hundred fifty five) to include any other shares not mentioned at this time.**

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

**In re**

**MOTORS LIQUIDATION COMPANY, et al.,**
 **f/k/a General Motors Corp .,et al.**

**Debtors.**

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTOR'S PROPOSED
DISCLOSURE STATEMENT WITH RESPECT TO DEBTOR'S JOINT CHAPTER 11
PLAN
(CONT.)**

**4) The basis for the particularity and nature for the objection or approval have both been
provided in #'s one and two.**

**Electronic signature: Seven**

United States District of TX.
Western District of Th.
Austin Div.

Sylvester Shaw

V.                                    CASE # A08CA-566SS

TD AMTD Ameritrade Holding Corp.
   *
USMO-USA Mobility Inc.

* 80 Alleged Allegations
* 39 exhibits in support of Allegations as true,
* exhibit 39 is 2-13 copy of congressional investigations
still ongoing — seven organizations

* In order to view from cpu, you must subscibe to
Pacer.

* Seven Revelations - 35 Allegations
* Unfair and Bias treatment - 45 Allegations
* Uncover this major cover up