3408 S. Ocean Blvd
#3H
Highland Beach, FL
33487
Oct. 14, 2010

Honorable Robert E. Gerber

This is an appeal to you. Please remember your oath to uphold the Constitution. Please remember your duty as an officer of the court.

I am a 76 year old widow who has lost 40 thousand dollars of General Motors Bonds. The bonds were confiscated by order of President Obama. I purchased those bonds many years ago and paid par (one hundred cents on the dollar).

I have been widowed for twenty six years and prior to that became the family breadwinner while still in my thirties. My husband suffered a catastrophic cardiac event at age 42. My husband was a combat medic and fought during the Korean war. He was a wonderful husband and father to our 2 children. I have worked in the medical field for 35 years as a registered Radiologic Technologist. No union, no pension because it was common thought that married women needed no benefits. I attended university night school for 9 years after my husband's illness - worked 2 jobs in order to earn my bachelor of science degree. I was widowed three weeks later. I have never received anything from the government that I did not earn. I paid in full myself all of the costs of my higher education.

How can the President dictate the bankruptcy rules and trample our Constitution?

2. I am referring to the second part of the fifth amendment. The taking of private property. How can the courts allow contract law to be ignored. If the United States of America is truly a country of laws - how is it possible the president can dictate the terms of a bankruptcy when it comes to the bondholders in direct violation of contract and constitutional law?

If President Obama can take my property to pay off a corrupt labor union who borrowed money to fund his election and gain the presidency — what else can this president take from private citizens?

I can only hope that you read this letter personally and remember your duty to the Constitution and the courts. I can only hope that I have given you a microcosm look at the people Obama is hurting. I depended on the income from the confiscated bonds for my retirement and now I get nothing and the U.A.W. gets my share of recovered funds.

Where is the honor?

Sincerely
Frances R. Campbell