Harvey R. Miller, Stephen Karotkin,                     October 14, 2010
Joseph H. Smolinsky, Weil, Gotshal and         Chapter 11 Case no. 09-50026 REG
Mangen LLP
767 Fifth Avenue
New York, New York 10153


The Garden City Group Inc.
Motors Liquidation Company Claims Agent
P.O. Box 9386
Dublin Ohio 43017-4286


Honorable Robert E. Gerber,
United States Bankruptcy Judge
One Bowling Green,
New York, New York 10004

Dear Sirs:

I do not have access to a computer or knowledge of all your rules -
you will need to accept this as my official reply to the 103rd motion.

I wish to thank you and the U.S. Bankruptcy Court of Southern District
of New York for helping destroy some of my wife's security in later times
upon my death.

I am 75 years old. I have been retired for just over 20 years. One of the
provision of my early retirement were life insurance, equal to 1 times
my base salary at retirement. I used that a mountin making my
decision to retire. I know that the Company, thru its Board can change
that policy at any time. However, that Company and that Board did not
make that change. It was a U.S. Government directed change. Some
shallow thinking government employee.

I can only hope that at some time in the future my wife will not have
to apply for food stamps or be forced into Government housing.

My claim and all the other retired salary people, should be reinstated. I have
three (3) ideas.
    1. In September of 2007 the company informed us, that on September 1,
    2017 all life insurance would be reduced to $75,000.

see page 2

page 2

Why not take that as a base figure, and increase the amount of insurance. (Note: put some of your wiz kids on the job of determining the amount necessary to pay a one time payment for all of us to the $25,000 level.

2. Make a charge to the IPO coming up soon for the number shares equal to the $15,000 difference.

3. If something can not be worked out in 1 or 2 above, then have the Federal judge declare the reduction a Long Term Capitol Loss. Thereby giving us some method of recovering on this stupid decision.

If in the end nothing happens, may all the Federal and other administration people involved burn in Hell.

Sincerely

Louis J. Alaniz
8070 Sawgrass Trail
Grand Blanc, Michigan  48439

(810) 694-1446