Sharon Bell

1214 St. Clair

Detroit, MI. 48214

313-680-9800

Honorable Robert E. Gerber, United States Bankruptcy Judge

Room 621 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green

New York, New York 10004

**Regarding: Objection to 102nd Omnibus Objection to Claims (Chapter 11 Case No. 09-50026 (REG)
(Docket No. 4180)**

Dear Judge Gerber,

Please acknowledge this letter as my objection to any claims to disallowed or expunge of my claims relating: Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "Debtors"); on September 23, 2010, Motors Liquidation (and all the above) filed a Notice of Debtors' 102nd Omnibus Objection to claims (Claims relating to former employees represented by United Auto Workers).   An Objection hearing is to be held on October 26, 2011 please acknowledge my objection to any expunge or disallowance as it pertains to my case Sharon A Bell).

According to my union representative my claims are being discussed through the grievance procedure (National Agreement between General Motor and the United Automobile Workers...) I object to any/and all expunge or disallowance for the fact it would be a great injustice to allow violations of the law as what has occurred in my cases. The union is trying to resolve the problems that I experienced while working for my employer (General Motors/Motors Liquidation Company) for example, the UAW

Sharon A Bell case 68029                        Objection                        Motors Liquidation Company

(union).  The UAW National Leadership and Top Management of General Motors should be allowed to

determine the liability amount for the recovery claims which I am seeking (Sharon A Bell case 68029)

also, Motor Liquidation Company is equally liable as is the New General Motors for all violations of my

employment.

In closing I object to any expunge or disallowance of my claims therefore, I object to 102nd

Omnibus Objection to Claims relating Sharon A. Bell case 68029 represented by United Auto Workers.

My phone number and address is listed above.