# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HALLA CLIMATE CONTROL CANADA INC<br>360 UNIVERSITY AVE |
| Claim Number (if known): | 26501 |
| Date Claim Filed: | 10/20/2009 |
| Total Amount of Claim Filed: | $401,500.00 CDN |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Oct 13, 2010

Print Name: MURRAY ANGUS

Title (if applicable): FINANCE MANAGER

---

## DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639