PREET BHARARA
United States Attorney for the
Southern District of New York
NATALIE N. KUEHLER
DAVID S. JONES
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
:
In re:                                              :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.,*   :    Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*   :
    *al.*,                                        :
:    Jointly Administered
               Debtors.              :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

       I, Natalie N. Kuehler, an Assistant United States Attorney for the Southern District of

New York, hereby certify that on October 20, 2010, I caused a copy of the Notice of Lodging of

Proposed Settlement Agreement and exhibits to be served upon the parties to this action by (i)

filing with the Court's Electronic Court Filing system (ECF) for the above-referenced case; (ii)

delivery by first-class mail to the addresses listed in Exhibit 1 attached hereto; and (iii) delivery

by electronic mail to the addresses listed in Exhibit 2 attached hereto.

Dated: New York, New York
October 20, 2010

        PREET BHARARA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States of America

By:   */s/ Natalie N. Kuehler*
     NATALIE N. KUEHLER
     DAVID S. JONES
     Assistant United States Attorneys
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (212) 637-2741
     Facsimile: (212) 637-2750
     Email: natalie.kuehler@usdoj.gov

# EXHIBIT 1

**First-Class Mail Service List:**

1. ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
   C/O KENNETH RICHARDS
   7533 WILLOW CREEK DRIVE CANTON MI 48187

2. AIMS/DYKEMA GOSSETT PLLC
   10 SOUTH WACKER DRIVE
   CHICAGO IL 60606

3. AIMS/LATHROP & GAGE LC
   2345 GRAND BLVD.
   KANSAS CITY MO 64108

4. AIMS/STEPHENS & STEPHENS
   410 MAIN STREET
   BUFFALO NY 14202

5. ARCADIS BBL
   10559 CITATION DRIVE SUITE 100
   BRIGHTON MI 48118

6. ARCADIS BBL
   ATTN: CHRIS PETERS
   10559 CITATION DRIVE SUITE 100
   BRIGHTON MI 48118

7. ARCADIS GERAGHTY & MILLER, INC.
   ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100
   BRIGHTON MI 48118

8. BT2, INC.
   ATTN: MARK HUBER
   2830 DAIRY DRIVE
   MADISON WI 53718-6751

9. CHARTER TOWNSHIP OF FLINT
   ATTN: SANDRA S WRIGHT
   1490 S. DYE ROAD
   FLINT MI 48532

10. CHARTER TOWNSHIP OF YPSILANTI
    LARRY J. DOE, TREASURER
    7200 S. HURON RIVER DR.
    YPSILANTI MI 48197

11. CHARTER TWP. OF GENESEE
    ATTN: TOM MANNOR, TREASURER
    7244 N. GENESSE ROAD
    P.O. BOX 215 GENESEE MI 48437

12. CITY OF SAGINAW, TREASURER
    1315 S. WASHINGTON AVE.
    SAGINAW MI 48601

13. CITY OF SIOUX CITY CITY TREASURER
    P.O. BOX 447
    SIOUX CITY IA 51102

14. CLEAN HARBORS ENVIRONMENTAL SERVICES
    P.O. BOX 3442
    BOSTON MA 02241-3442

15. CONESTOGA-ROVERS & ASSOC.
    ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3
    NIAGARA FALLS NY 14304

16. CONESTOGA-ROVERS & ASSOCIATES
    22055 NIAGARA FALLS BLVD SUTIE #3
    NIAGARA FALLS NY 14304

17. ENCORE ENVIRONMENTAL CONSORTIUM
    ATTN: MARK QUILTER
    P.O. BOX 66 6723
    TOWPATH ROAD
    SYRACUSE NY 13214-0066

18. ENVIRON INTERNATIONAL CORPORATION
    214 CARNEGIE STREET
    PRINCETON NJ 08540

19. ENVIRON INTERNATIONAL CORPORATION
    214 CARNEGIE STREET
    PRINCETON NJ 08540-1980

20. FAVERO GEOSCIENCES
    ATTN: DAVE FAVERO
    1210 SOUTH 5TH STREET, SUITE 2
    SPRINGFIELD IL 62703

21. GENERAL OIL COMPANY, INC.
    35796 VERONICA
    ST. LIVONIA MI 48150
    GLOBAL ENVIRONMENTAL ENGINEERING INC.
    6140 HILL 23 DRIVE SUITE 1
    FLINT MI 48507

22. GROUNDWATER & ENVIRONMENTAL SERVICES,INC
    440 CREAMERY WAY SUITE 500
    EXTON PA 19341-2577

23. HALEY & ALDRICH DESIGN AND CONTRUCTION
    56 ROLAND STREET
    BOSTON MA 02129-1400

24. HALEY & ALDRICH OF NEW YORK
    200 TOWN CENTRE DRIVE, STE 2
    ROCHESTER NY 14623-4264

25. HDR ENGINEERING
    ATTN: DICK BELL
    8404 INDIAN HILLS DRIVE
    OMAHA NE 68114

26. IOWA DEPT OF NATIONAL RESOURCES HAZARDOUS WASTE REMEDIAL FUND
    502 E. 9TH STREET
    DES MOINES IA 50319-0034

27. J.A. LOMBARDO & ASSOCIATES
    ATTN: JOSEPH A. LOMBARDO
    445 S. LIVERNOIS - SUITE 202
    ROCHESTER MI 48307

28. NOVA CONSULTANTS, INC
    21580 NOVI ROAD #300
    NOVI MI 48375

29. O'BRIEN & GERE ENGINEERS, INC.
    ATTN: TERRY L. BROWN
    5000 BRITTONFIELD PKWY
    SYRACUSE NY 13057-9226

30. ROYAL ENVIRONMENTAL, INC.
    720 LEXINGTON AVENUE
    P.O. BOX 15719
    ROCHESTER NY 14615

31. SEVENSON ENVIRONMENTAL SERVICES, INC.
    2749 LOCKPORT ROAD
    NIAGARA FALLS NY 14302

32. THE BANK OF NEW YORK FINANCIAL CONTROL BILLING DEPARTMENT
    P.O. BOX 19445
    NEWARK NJ 07195-0445

33. THE BARTECH GROUP
    17199 NORTH LAUREL PARK DR. SUITE 224
    LIVONIA MI 48152

34. TOWN OF FRAMINGHAM TAX COLLECTOR'S OFFICE
    150 CONCORD ST
    FRAMINGHAM MA 01702

35. WASHTENAW COUNTY TREASURER
    P.O. BOX 8645
    200 N. MAIN ST STE 200
    ANN ARBOR MI 48107-8645

36. WASTE MANAGEMENT
    P.O. BOX 9001054
    LOUISVILLE KY 40290-1054

37. WDC EXPLORATION & WELLS
    500 MAIN STREET
    WOODLAND CA 95695

38. YOUNG'S ENVIRONMENTAL CLEANUP, INC
    G-5305 NORTH DORT HIGHWAY
    FLINT MI 48505

39. WEIL, GOTSHAL & MANGES LLP
    ATTORNEYS FOR THE DEBTORS
    767 FIFTH AVENUE
    NEW YORK, NY 10153
    (ATTN: HARVEY R. MILLER, ESQ., STEPHEN KAROTKIN, ESQ.,
    AND JOSEPH H. SMOLINSKY, ESQ.)

40. DEBTORS, C/O MOTORS LIQUIDATION COMPANY
    500 RENAISSANCE CENTER, SUITE 1400
    DETROIT, MI 48243
    (ATTN: TED STENGER)

3

41. GENERAL MOTORS LLC
    400 RENAISSANCE CENTER
    DETROIT, MI 48265
    (ATTN: LAWRENCE S. BUONOMO, ESQ.)

42. VEDDER PRICE, P.C.
    ATTORNEYS FOR EXPORT DEVELOPMENT CANADA
    1633 BROADWAY, 47TH FLOOR
    NEW YORK, NY 10019
    (ATTN: MICHAEL J. EDELMAN, ESQ. AND MICHAEL L. SCHEIN, ESQ.)

43. KRAMER LEVIN NAFTALIS & FRANKEL LLP
    ATTORNEYS FOR THE COMMITTEE OF UNSECURED CREDITORS
    1177 AVENUE OF THE AMERICAS
    NEW YORK, NY 10036
    (ATTN: THOMAS MOERS MAYER, ESQ., ROBERT SCHMIDT, ESQ.,
    LAUREN MACKSOUD, ESQ., AND JENNIFER SHARRET, ESQ.)

44. CAPLIN & DRYSADALE, CHARTERED
    ATTORNEYS FOR ASBESTOS CLAIMANTS' COMMITTEE
    375 PARK AVENUE, 35TH FLOOR
    NEW YORK, NY 10152
    (ATTN: ELIHU INSELBUCH, ESQ. AND RITA C. TOBIN, ESQ.)

45. CAPLIN & DRYSADALE, CHARTERED
    ATTORNEYS FOR ASBESTOS CLAIMANTS' COMMITTEE
    ONE THOMAS CIRCLE, N.W., SUITE 1100
    WASHINGTON, DC 20005
    (ATTN: TREVOR W. SWETT III, ESQ. AND KEVIN C. MACLAY, ESQ.)

46. STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
    A PROFESSIONAL CORPORATION
    ATTORNEYS FOR DEAN M. TRAFELET
    2323 BYRAN STREET, SUITE 2200
    DALLAS, TX 75201
    (ATTN: SANDER L. ESSERMAN, ESQ. AND ROBERT T. BROUSSEAU, ESQ.)

47. MAX A. MOSELEY, ATTORNEY
    1901 6TH AVENUE N # 2900
    BIRMINGHAM, AL 35203-2622

48. DLA PIPER LLP
    ATTN: K. DENNISTON & J. NASSIRI
    550 SOUTH HOPE STREET,
    SUITE 2300
    LOS ANGELES, CALIFORNIA 90071-2678

49. PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY
    ATTN: DENISE A MERTZ
    TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT
    625. CHERRY STREET, ROOM 203
    READING PA 19602-1184

50. U.S. TRUSTEE
    UNITED STATES TRUSTEE
    33 WHITEHALL STREET
    21ST FLOOR
    NEW YORK, NY 10004

51. RAYTHEON TECHNICAL
    SERVICES COMPANY LLC
    ATTENTION LEE COOPER
    12160 SUNRISE VALLEY DRIVE
    SUITE 500
    RESTON, VA 20191

# EXHIBIT 2

**Email Address Service List:**

1. arbrown@mmm.com
2. blc@ashrlaw.com
3. david.boyle@airgas.com
4. dgolden@akingump.com
5. nlevine@akingump.com
6. pdublin@akingump.com
7. cbasler@alixpartners.com
8. dfish@allardfishpc.com
9. cwoodruff-neer@alpine-usa.com
10. Elizabeth.Spangler@arcadis-us.com
11. sullivan.james@arentfox.com
12. rothleder.jeffrey@arentfox.com
13. dowd.mary@arentfox.com
14. dgoing@armstrongteasdale.com
15. dladdin@agg.com
16. campbell.andrea@arentfox.com
17. jg5786@att.com
18. frank.white@agg.com
19. hwangr@michigan.gov
20. leslie.levy@nebraska.gov
21. bk-mbrowning@oag.state.tx.us
22. victoria.garry@ohioattorneygeneral.gov
23. raterinkd@michigan.gov
24. bk-kwalsh@oag.state.tx.us
25. przekopshaws@michigan.gov
26. neal.mann@oag.state.ny.us
27. jhutchinson@bakerlaw.com
28. rbernard@bakerlaw.com
29. wgibson@bakerlaw.com
30. mmoseley@bakerdonelson.com
31. summersm@ballardspahr.com
32. jgregg@btlaw.com
33. mark.owens@btlaw.com
34. rcpottinger@bslbv.com
35. ffm@bostonbusinesslaw.com
36. CSALOMON@BECKERGLYNN.COM
37. tgaa@bbslaw.com
38. anna.boelitz@bingham.com
39. jared.clark@bingham.com
40. jeffrey.sabin@bingham.com
41. robert.dombroff@bingham.com
42. jonathan.alter@bingham.com
43. mrichards@blankrome.com
44. ei@capdale.com
45. Kelbon@blankrome.com
46. JRumley@bcbsm.com
47. wgibson@bakerlaw.com
48. egoodman@bakerlaw.com
49. cdarke@bodmanllp.com
50. mbakst@bodmanllp.com
51. borgeslawfirm@aol.com
52. renee.dailey@bgllp.com
53. bwilliam@gklaw.com
54. rbrown@brownwhalen.com
55. bankruptcy.asbpo.asbdom@braytonlaw.com
56. JMcDonald@Briggs.com
57. wilkins@bwst-law.com
58. hall@bwst-law.com
59. soneal@cgsh.com

60. schristianson@buchalter.com
61. JKim@burkelaw.com
62. Gring@Burkelaw.com
63. Peter.Lee@bnsf.com
64. ccarson@burr.com
65. paige@bsplaw.com
66. sidorsky@butzel.com
67. fishere@butzel.com
68. seidel@butzel.com
69. fishere@butzel.com
70. radom@butzel.com
71. newman@butzel.com
72. cbblac@acxiom.com
73. john.rapisardi@cwt.com
74. douglas.mintz@cwt.com
75. zachary.smith@cwt.com
76. peter.friedman@cwt.com
77. rfiga@comlawone.com
78. rweinstein@cusa.canon.com
79. pvnl@capdale.com
80. rer@capdale.com
81. ei@capdale.com
82. rct@capdale.com
83. tws@capdale.com
84. kcm@capdale.com
85. brcy@carsonfischer.com
86. mweinczok@casselsbrock.com
87. alan@chapellassociates.com
88. ccahill@clarkhill.com
89. rgordon@clarkhill.com
90. BSUSKO@CGSH.COM
91. dbuell@cgsh.com
92. jbromley@cgsh.com
93. DGOTTLIEB@CGSH.COM
94. RLINCER@CGSH.COM
95. bceccotti@cwsny.com
96. goldberg@cwg11.com
97. chemrick@connellfoley.com
98. sfalanga@connellfoley.com
99. pretekin@coollaw.com
100. belkys.escobar@loudoun.gov
101. mbaxter@cov.com
102. sjohnston@cov.com
103. jcarberry@cl-law.com
104. lisa.wurster@dana.com
105. donald.bernstein@dpw.com
106. gm@dmms.com
107. msteen@daypitney.com
108. hryder@daypitney.com
109. rmeth@daypitney.com
110. adoshi@daypitney.com
111. info@dealertire.com
112. jpowers@debevoise.com
113. rfhahn@debevoise.com
114. james.moore@dechert.com
115. juliet.sarkessian@dechert.com
116. shmuel.vasser@dechert.com
117. CONTACT-OCFO@DOL.GOV
118. dmertz@state.pa.us
119. csweeney@dickinsonwright.com
120. dyitzchaki@dickinsonwright.com
121. jplemmons2@dickinsonwright.com

122. kewald@dickinsonwright.com
123. mchammer3@dickinsonwright.com
124. gdiconza@dlawpc.com
125. karol.denniston@dlapiper.com
126. jennifer.nassiri@dlapiper.com
127. kristin.going@dbr.com
128. stephanie.wickouski@dbr.com
129. Kristin.Going@dbr.com
130. ayala.hassell@hp.com
131. jwhitlock@eapdlaw.com
132. tak@elliottgreenleaf.com
133. rxza@elliottgreenleaf.com
134. george.sanderson@elliswinters.com
135. akatz@entergy.com
136. jmurch@foley.com
137. deisenberg@ermanteicher.com
138. eerman@ermanteicher.com
139. druhlandt@ermanteicher.com
140. mkogan@ecjlaw.com
141. ngoteiner@fbm.com
142. ppascuzzi@ffwplaw.com
143. rhuey@foley.com
144. mriopelle@foley.com
145. vavilaplana@foley.com
146. fdicastri@foley.com
147. jlee@foley.com
148. maiello@foley.com
149. sbarbatano@foley.com
150. shilfinger@foley.com
151. jsimon@foley.com
152. sseabolt@foley.com
153. fdicastri@foley.com
154. kcatanese@foley.com
155. klynch@formanlaw.com
156. fstevens@foxrothschild.com
157. tfawkes@freebornpeters.com
158. ahammer@freebornpeters.com
159. rgreenberg@dclawfirm.com
160. bguy@fbtlaw.com
161. mhaut@fulbright.com
162. lboydston@fulbright.com
163. lstrubeck@fulbright.com
164. lboydston@fulbright.com
165. mparker@fulbright.com
166. drosenzweig@fulbright.com
167. jrabin@fulbright.com
168. lawrence.s.buonomo@gm.com
169. prachmuth@gerstensavage.com
170. dcrapo@gibbonslaw.com
171. dfeldman@gibsondunn.com
172. mjwilliams@gibsondunn.com
173. dcg@girardgibbs.com
174. ajd@girardgibbs.com
175. Glenn.Reisman@ge.com
176. tnixon@gklaw.com
177. candres@gklaw.com
178. kstadler@gklaw.com
179. bdelfino@ghsllp.com
180. jberlage@ghsllp.com
181. bhoover@goldbergsegalla.com
182. cbelter@goldbergsegalla.com
183. dfurth@golenbock.com

3

184. jflaxer@golenbock.com
185. bmehlsack@gkllaw.com
186. drosner@goulstonstorrs.com
187. gkaden@goulstonstorrs.com
188. Zirinskyb@gtlaw.com
189. Kadisha@gtlaw.com
190. Mitchelln@gtlaw.com
191. hpatwardhan@hahnhessen.com
192. jdivack@hahnhessen.com
193. dademarco@hahnlaw.com
194. ldpowar@hahnlaw.com
195. jdyas@halperinlaw.net
196. cbattaglia@halperinlaw.net
197. info@harmanbecker.de
198. solson@hausfeldllp.com
199. dmueller@colemanlawfirm.com
200. SJakubowski@colemanlawfirm.com
201. jonathan.hook@haynesboone.com
202. patrick.hughes@haynesboone.com
203. peter.ruggero@haynesboone.com
204. charles.beckham@haynesboone.com
205. brooks.hamilton@haynesboone.com
206. judith.elkin@haynesboone.com
207. matthew.russell@haynesboone.com
208. bshort@hsblawfirm.com
209. sselbst@herrick.com
210. prubin@herrick.com
211. ecurrenti@hess.com
212. Ramona.neal@hp.com
213. amy.chipperson@hp.com
214. tcurran@haslaw.com
215. skatzoff@hblaw.com
216. skatzoff@hblaw.com
217. sagolden@hhlaw.com
218. bjgrieco@hhlaw.com
219. tsherick@honigman.com
220. jsgroi@honigman.com
221. rweiss@honigman.com
222. jrhunter@hunterschank.com
223. tomschank@hunterschank.com
224. anne.boudreau@ic.gc.ca
225. rgriffin@iuoe.org
226. memberservices@iuawfcu.com
227. nganatra@uaw.net
228. mneier@ibolaw.com
229. jlsaffer@jlsaffer.com
230. rkruger@jaffelaw.com
231. dmurray@jenner.com
232. ptrostle@jenner.com
233. jboyles@jhvgglaw.com
234. mam@johnstonbarton.com
235. eric.moser@klgates.com
236. jeff.rich@klgates.com
237. rsmolev@kayescholer.com
238. jstitt@kmklaw.com
239. twilson@kelley-ferraro.com
240. KDWBankruptcyDepartment@kelleydrye.com
241. sjennik@kjmlabor.co
242. tmurray@kjmlabor.com
243. pwh@krwlaw.com
244. jed@krwlaw.com
245. ecf@kaalaw.com

246. MBranzburg@klehr.com
247. jwe@kjk.com
248. jmacyda@kotzsangster.com
249. fberg@kotzsangster.com
250. jsharret@kramerlevin.com
251. lmacksoud@kramerlevin.com
252. rschmidt@kramerlevin.com
253. tmayer@kramerlevin.com
254. acaton@kramerlevin.com
255. mws@kompc.com
256. psm@kompc.com
257. dmb@kompc.com
258. abruski@lambertleser.com
259. scook@lambertleser.com
260. Adam.Goldberg@lw.com
261. Robert.Rosenberg@lw.com
262. gabriel.delvirginia@verizon.net
263. sheehan@txschoollaw.com
264. larrykraines@gmail.com
265. michael.conway@leclairryan.com
266. michael.hastings@leclairryan.com
267. rstroup@lrbpc.com
268. rbarbur@lrbpc.com
269. shepner@lrbpc.com
270. klewis@lewispllc.com
271. dallas.bankruptcy@publicans.com
272. houston_bankruptcy@publicans.com
273. austin.bankruptcy@publicans.com
274. jashley@lockelord.com
275. kwalsh@lockelord.com
276. ilevee@lowenstein.com
277. steele@lowenstein.com
278. metkin@lowenstein.com
279. khk@maddinhauser.com
280. msl@maddinhauser.com
281. smatta@mattablair.com
282. dhartheimer@mazzeosong.com
283. cstanziale@mccarter.com
284. jtesta@mccarter.com
285. kab@mccarthylebit.com
286. rrk@mccarthylebit.com
287. gbragg@mvbalaw.com
288. sveselka@mvbalaw.com
289. mreed@mvbalaw.com
290. cdorkey@mckennalong.com
291. cgraham@mckennalong.com
292. jmayes@mckennalong.com
293. lamme@mltw.com
294. privitera@mltw.com
295. elobello@msek.com
296. hkolko@msek.com
297. gardinerk@michigan.gov
298. msholmes@cowgillholmes.com
299. gillcr@michigan.gov
300. funds@michigan.gov
301. wcacinfo@michigan.gov
302. skhalil@milbank.com
303. tlomazow@milbank.com
304. mbarr@milbank.com
305. ecfsarbt@millerjohnson.com
306. ecfwolfordr@millerjohnson.com
307. hutchinson@millercanfield.com

5

308. robbins@millercanfield.com
309. fusco@millercanfield.com
310. swansonm@millercanfield.com
311. pricotta@mintz.com
312. sdnyecf@dor.mo.gov
313. joneil@mmwr.com
314. nramsey@mmwr.com
315. AGOTTFRIED@MORGANLEWIS.COM
316. RTODER@MORGANLEWIS.COM
317. eliu@morganlewis.com
318. hbeltzer@morganlewis.com
319. rmauceri@morganlewis.com
320. bankruptcy@morrisoncohen.com
321. jbaden@motleyrice.com
322. jrice@motleyrice.com
323. jgilbert@motleyrice.com
324. TStenger@alixpartners.com
325. CMcManus@muchshelist.com
326. mkoks@munsch.com
327. rsox@dealerlawyer.com
328. nwbernstein@nwbllc.com
329. dsammons@nagelrice.com
330. dbrody@borahgoldstein.com
331. Gkelly@narmco.com
332. jrice@nagelrice.com
333. george.cauthen@nelsonmullins.com
334. peter.haley@nelsonmullins.com
335. cameron.currie@nelsonmullins.com
336. Maureen.Leary@oag.state.ny.us
337. Susan.Taylor@oag.state.ny.us
338. steven.koton@ag.ny.gov
339. cmomjian@attorneygeneral.gov
340. Info@AndrewCuomo.com
341. lucas.ward@ohioattorneygeneral.gov
342. MJR1@westchestergov.com
343. Michelle.sutter@ohioattorneygeneral.gov
344. RWYRON@ORRICK.COM
345. RFRANKEL@ORRICK.COM
346. rlawrence@orrick.com
347. jansbro@orrick.com
348. rwyron@orrick.com
349. email@orumroth.com
350. tsandler@osler.com
351. DWALLEN@OSHR.COM
352. OSHR-GM-bk@oshr.com
353. JHELFAT@OSHR.COM
354. SSOLL@OSHR.COM
355. chipford@parkerpoe.com
356. mphillips@paulweiss.com
357. bhermann@paulweiss.com
358. arosenberg@paulweiss.com
359. harveystrickon@paulhastings.com
360. jkoevary@paulweiss.com
361. akornberg@paulweiss.com
362. ipohl@paulweiss.com
363. rzubaty@paulweiss.com
364. mphillips@paulweiss.com
365. bhermann@paulweiss.com
366. arosenberg@paulweiss.com
367. pweintraub@paulweiss.com
368. sshimshak@paulweiss.com
369. maricco.michael@pbgc.gov

6

370. caseyl@pepperlaw.com
371. toolee@pepperlaw.com
372. jaffeh@pepperlaw.com
373. nogglel@pepperlaw.com
374. kayesd@pepperlaw.com
375. ebcalvo@pbfcm.com
376. joy.e.tanner@altria.com
377. carignanj@pepperlaw.com
378. tsadutto@platzerlaw.com
379. dlerner@plunkettcooney.com
380. mfleming@plunkettcooney.com
381. dbernstein@plunkettcooney.com
382. rmschechter@pbnlaw.com
383. jsmairo@pbnlaw.com
384. fp@previant.com
385. rmcneill@potteranderson.com
386. tbrown-edwards@potteranderson.com
387. dbaldwin@potteranderson.com
388. sjg@previant.com
389. rpatel@pronskepatel.com
390. aberkowitz@proskauer.com
391. srutsky@proskauer.com
392. Christopher.Combest@quarles.com
393. Faye.Feinstein@quarles.com
394. jrabinowitz@rltlawfirm.com
395. rrm_narumanchi@hotmail.com
396. stingey@rqn.com
397. Lee_Cooper@raytheon.com
398. eschaffer@reedsmith.com
399. kgwynne@reedsmith.com
400. cfelicetta@reidandriege.com
401. tlzabel@rhoadesmckee.com
402. rmallenski@aol.com
403. richardnotice@rwmaplc.com
404. mfriedman@rkollp.com
405. jshickich@riddellwilliams.com
406. akress@riker.com
407. akress@riker.com
408. rkchevysales@rkautogroup.net
409. judith.adler@us.bosch.com
410. rsmith@cniinc.cc
411. rpm@robinsonbrog.com
412. aleffert@rwolaw.com
413. kstrickland@rmkb.com
414. pbosswick@ssbb.com
415. cbelmonte@ssbb.com
416. aisenberg@saul.com
417. jhampton@saul.com
418. tcurrier@saul.com
419. glee@schaferandweiner.com
420. rheilman@schaferandweiner.com
421. bdeutsch@schnader.com
422. bbressler@schnader.com
423. adam.harris@srz.com
424. david.karp@srz.com
425. mschonfeld@gibsondunn.com
426. dlin@seyburn.co
427. bshaw100@shawgussis.com
428. jfrizzley@shearman.com
429. fsosnick@shearman.com
430. bwolfe@sheppardmullin.com
431. mcademartori@sheppardmullin.com

7

432. kkansa@sidley.com
433. etillinghast@sheppardmullin.com
434. achaykin@shinnfuamerica.com
435. avery@silvermanmorris.com
436. ARosen@SilvermanAcampora.com
437. DMACK@STBLAW.COM
438. PPANTALEO@STBLAW.COM
439. mshriro@singerlevick.com
440. levick@singerlevick.com
441. kayalyn.marafioti@skadden.com
442. jack.butler@skadden.com
443. nboehler@cbmlaw.com
444. cmeyer@ssd.com;
445. tcornell@stahlcowen.com
446. ccaldwell@starkreagan.com
447. wpayne@stemberfeinstein.com
448. EDOYLE@STEMBERFEINSTEIN.COM;
449. JSTEMBER@STEMBERFEINSTEIN.COM
450. EFEINSTEIN@STEMBERFEINSTEIN.COM
451. shgross5@yahoo.com
452. cbullock@sbplclaw.com
453. sgoll@sbplclaw.com
454. bmeldrum@stites.com
455. nashvillebankruptcyfilings@stites.com
456. streusand@streusandlandon.com
457. newton@sbep-law.com
458. d'apice@sbep-law.com
459. hartwick@sbep-law.com
460. esserman@sbep-law.com
461. brousseau@sbep-law.com
462. cbodell@sandw.com
463. jgroves@sandw.com
464. azuccarello@sandw.com
465. jdarcey@sandw.com
466. rhiersteiner@sandw.com
467. dselwocki@swappc.com
468. jteitelbaum@tblawllp.com
469. marvin.clements@ag.tn.gov
470. lischen@tcwtgn.com
471. djr@thecreditorslawgroup.com
472. barbara_keane@gardencitygroup.com
473. casey.roy@oag.state.tx.us
474. dkowich@umich.edu
475. rbrownlee@thompsoncoburn.com
476. jesse@tipotexchevrolet.com
477. mgamell@tlggr.com
478. tmartin@torys.com
479. abauer@torys.com
480. sdellafera@trenklawfirm.com
481. BRETT.GOODMAN@TROUTMANSANDERS.COM
482. jeffrey.kelley@troutmansanders.com
483. paula.christ@trw.com
484. JOSEPH.SAMARIAS@DO.TREAS.GOV
485. mkilgore@up.com
486. djury@usw.org
487. MJEDELMAN@VEDDERPRICE.COM
488. MSchein@vedderprice.com
489. MJEdelman@vedderprice.com
490. lakatz@venable.com
491. roran@velaw.com
492. tscobb@vorys.com
493. gtoering@wnj.com

494. crusemg@wnj.com
495. sgrow@wnj.com
496. rbarrows800@gmail.com
497. rbarrows@wdblaw.com
498. HARVEY.MILLER@WEIL.COM
499. JOSEPH.SMOLINSKY@WEIL.COM
500. STEPHEN.KAROTKIN@WEIL.COM
501. karpek@whiteandwilliams.com
502. young@wildman.com
503. dockterman@wildman.com
504. dpacheco@wilentz.com
505. laccarrino@wilentz.com
506. uncbill@msn.com
507. dennis.jenkins@wilmerhale.com
508. melanie.dritz@wilmerhale.com
509. philip.anker@wilmerhale.com
510. cschreiber@winston.com
511. mcohn@winston.com
512. mbotica@winston.com
513. sschwartz@winston.com
514. wdcoffeylaw@yahoo.com
515. swolfson@wolfsonbolton.com
516. jwyly@wylyrommel.com
517. bleinbach@zeklaw.com
518. skrause@zeklaw.com
519. MICHELE.MEISES@WEIL.COM
520. wallace@millercanfield.com