UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                  :
In re                                                             :        Chapter 11 Case No.
                                                                  :
MOTORS LIQUIDATION COMPANY,                                       :
f/k/a General Motors Corporation, *et al.*                        :        09-50026 (REG)
                                                                  :
                        Debtor.                                   :        (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x


**JOINDER OF EXPORT DEVELOPMENT CANADA TO UNITED STATES OF AMERICA'S OPPOSITION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY TO ENFORCE (A) THE FINAL DIP ORDER, (B) THE WIND-DOWN ORDER, AND (C) THE AMENDED DIP FACILITY**

Export Development Canada, as one of the debtor-in-possession lenders, by its undersigned counsel, hereby joins in, adopts and supports the United States of America's opposition, dated October 14, 2010 (Docket No. 7338) (the "U.S. Opposition"), to the Official Committee of Unsecured Creditors of Motors Liquidation's motion, dated October 4, 2010 (Docket No. 7226 (the "Committee's Motion"), to allegedly enforce (a) the final debtor-in-possession financing order, (b) the wind-down financing order and (c) the amended debtor-in-possession financing facility.

WHEREFORE, for the reasons set forth in the U.S. Opposition, Export Development Canada respectfully requests the entry of an order (i) denying the Committee's Motion in its entirety and (ii) granting to such other and further relief as the Court deems appropriate and just.

Dated: October 20, 2010.        Respectfully submitted,

VEDDER PRICE P.C.

By:       /s/ Michael J. Edelman
       Michael J. Edelman (ME 6476)
       Michael L. Schein (MS-0241)
       Vedder Price P.C.
       1633 Broadway, 47th Floor
       New York, New York 10019
       Telephone: 212-407-7700
       Facsimile: 212-407-7799
       Email: mjedelman@vedderprice.com

*Attorneys for Export Development Canada*