MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
John J. Privitera (JP-0108)
Jacob F. Lamme (JL-0819)
677 Broadway
Albany, New York 12207
Telephone:  (518) 447-3200
Facsimile:  (518) 426-4260

ATTORNEYS FOR THE STATES OF ST. REGIS MOHAWK TRIBE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
| | | |
|---|---|---|
| **In re:** | : | CHAPTER 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** | : | Case No. 09-50026 (REG) |
|     **f/k/a GENERAL MOTORS CORP.** | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---------------------------------------------------------------X

## NOTICE OF CONSENT TO PROPOSED SETTLEMENT AGREEMENT

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

   The St. Regis Mohawk Tribe ("Tribe"), by and through its undersigned counsel, and via Tribal Council Resolution 2010-89, hereby consents to the Proposed Settlement Agreement lodged by the United States of America on October 20, 2010 (Docket No. 7452).  The Tribe's executed signature page of the Settlement Agreement is attached as an exhibit hereto.

Dated:  October 21, 2010
         Albany, New York

                                    McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.

                                    */s/ Jacob F. Lamme*
                        By:    _____
                                    John J. Privitera (JP-0108)
                                    Jacob F. Lamme (JL-0819)
                                    *Counsel to the St. Regis Mohawk Tribe*
                                    677 Broadway
                                    Albany, New York 12207
                                    Phone (518) 447-3200
                                    privitera@mltw.com
                                    lamme@mltw.com

{M0380050.1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2010, a true and correct copy of the foregoing was served on all those parties receiving notice via the Court's Electronic Case Filing System (through ECF).

          */s/ Jacob F. Lamme*
          _____
          Jacob F. Lamme

{M0380050.1}