**FOR THE SAINT REGIS MOHAWK TRIBE**

Date: 10/21/10

McNAMEE, LOCHNER, TITUS
&amp; WILLIAMS, P.C.
John J. Privitera, Esq.
Jacob F. Lamme, Esq.
677 Broadway
Albany, New York 12207
Tel.: (518) 447-3200
Fax: (518) 426-4260