UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

Chapter 11

MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORP, *et al.*,

          Case #2009-50026-REG
   Debtors.      (Jointly Administered)
          Judge Robert E. Gerber

     CLAIM NUMBERS OF THE COURT:
          #1745 and #1746

    CLAIM NUMBERS OF THE CLAIMS AGENT:
         filed 10/09/09=7617
         filed 10/09/09=7618

## NOTICE OF FILING, BY THE CREDITOR, RICHARD E. BIRDSALL, THAT THE AMENDED CAPPING CLAIM LETTER, OF RICHARD BIRDSALL, WAS SERVED, TODAY, 10/21/10

   Claimant, Richard Birdsall, by and through his undersigned attorney, hereby files this Notice of Filing with the Court and with all parties.

1. In accordance with the ADR Procedures entered in the order of this Court on or about Feb. 10, 2010, all parties are hereby advised that Richard Birdsall served his Amended Capping Claim Letter, this date, in accordance with the Form Capping Claim Letter supplied in the said motion and order. This Notice of Filing is hereby filed and served pursuant to 11 U.S.C. 102(1)(B), U.S. Bankruptcy Code. Unless there is a demand for a hearing, on this issue, by a party who has proper standing, the subject Amended Capping Claim Letter, of Richard Birdsall, served

today, is deemed to be in compliance with the said order of this Court
and the prescribed ADR procedures.

2.  Although the actual damages of this claimant do exceed the amount
    stated in his Amended Capping Claim Letter, the claimant, after
    extensive contemplation with counsel, desires to make use of this
    "innovative, cost efficient, speedy method of resolving disputes other
    than adjudication by a presiding judge." General Order M-211. Mr.
    Birdsall requests that this anticipated ADR Procedure will entail a
    maximization of his recovery for the severe injuries of Richard Birdsall
    in accord with the demand contained in his Amended Capping Claim
    Letter. Adelphia Communications Corp., 368 B.R. 140, 273 n.203
    (Bankr. S.D.N.Y. 2007).

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that this Notice has been served upon Vito
Genna, Clerk of the U.S. Bankruptcy Court, Southern District of New York,
One Bowling Green, New York City, NY 10004 and all the below-listed
parties by electronic filing and in accordance with Gen. Order M-182, today,
Oct. 21, 2010 and that the Amended Capping Claim Letter was served
electronically and by mail, in accord with the above-mentioned Court
Orders, upon Carrianne Basler, Motors Liquidation Co, 500 Renaissance
Center, Ste. 1400, Detroit, Michigan 48243 (cbasler@alixpartners.com) and
Pablo Falabella, Esq., Weil, Gotshal & Manges, LLP, 767 Fifth Ave., New
York, NY 10153 (Pablo.falbella@weil.com).

1. The Garden City Group, Inc., ATTN: Motors Liquidation Co. Claims Processing, 5151 Blazer Parkway, Suite A., Dublin, Ohio, 43017;
2. Attorneys for the Debtor, Weil, Gotshal & Manges, Esqs., Attention Harvey Miller, Esq., S. Karotkin, Esq & J. Smolinsky, Esq., 767 Fifth Ave., New York City, NY 10153;
3. Office of the U.S. Trustee, Attention Diana G. Adams, Esq., 33 Whitehall Street, 21st Floor, New York City, NY 10004;
4. Attorneys for the Committee of Unsecured Creditors, Kramer, Levin, Esqs., Attn; T. Moers, Esq., Amy Caton, Esq & L. macksoud, Esq & J. Sharret, Esq., 1177 Avenue of the Americas, New York City, NY 10036;
5. The debtors, c/o Motors Liquidation Co., 500 Renaissance Ctr. Suite 1400, Detroit Mich., 48243, Attn: Ted Stenger;
6. General Motors, LLC., 400 Renaissance Ctr., Detroit,Mich. 48265, Attn L. S. Buonomo, Esq.;
7. Cadwalader, Wickersham& Taft, LLP., One World Fin. Ctr. N.Y., N.Y., 10281, Attn: John J. Rapisardi, Esq.;
8. U.S. Dept. of Treasury, 1500 Pennsylvania Ave., N.W., Rm 2312, Washington, D.C., 20220, Attn: J. Samarias, Esq.;
9. Vedder, Price, P.C., 1633 Broadway, 47th Floor, N.Y., N.Y., 10019, Attn: Michael Edelman, Esq. & M. Schein, Esq.;
10. U.S. Attorney's Office, S.D.N.Y., 86 Chambers St., 3rd Floor, N.Y. N.Y.,10007, Attn: David Jones, Esq & Nat Kuehler, Esq.;
11. Caplan & Drysdale, Chartered, 375 Park Ave., 35th Floor, N.Y., N.Y., 10152-3500, Attn Elihu Inselbuch Esq. & Rita Tobin, Esq. and One Thomas Cir., N.W., Suite 1100, Washington D.C. 20005, Attn: T. Swett, III, Esq. & K. Maclay, Esq.;
12. Stutzman, Bromberg, Esserman & Plifka, 23232 Bryan St., Suite 2200, Dallas, Tex., 75201 Attn: S. Esserman, Esq & R. Broussseau, Esq.

_____          10/21/10
EDWARD S. DONINI, ESQ.                     DATE
Fla. Bar # 0984787
P.O. Box 605
New Smyrna Bch., FL 32170
Tel.: (386) 760-1941
Attorney for Creditor Richard Birdsall