UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X
                                        :

In re:                                :   Chapter 11 Case No.:
                                          :

MOTORS LIQUIDATION COMPANY, et al.    :   09-50026 (REG)
        f/k/a General Motors Corp., et al.     :
                                          :

                      Debtors.          :   (Jointly Administered)
                                          :

                                        :   **Ref. Docket No. 7494**
                                        :
---------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK   )

SIDNEY J. GARABATO, being duly sworn, deposes and says:

1.     I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.     On October 20, 2010, I caused to be served the "Reply of Butzel Long to Fee Examiner's Report and Statement of Limited Objection to Third Interim Fee Application of Butzel Long," dated October 20, 2010 [Docket No. 7494], by causing true and correct copies to be:

      i.     delivered by electronic mail to those parties listed on the annexed Exhibit A,

      ii.    delivered by facsimile to the party listed on the annexed Exhibit B, and

      iii.   enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit C.

3.       All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 */s/ Sidney J. Garabato*
 Sidney J. Garabato

Sworn to before me this
21st day of October, 2010

/s/ *Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\CLIENTS\GM2\AFFIDAVITS\GM2_UCC REPLY OF BUTZEL LONG TO FEE EXAMINER'S REPORT AND STATEMENT OF LIMITED OBJECTION TO THIRD
INTERIM FEE APPLICATION OF BUTZEL LONG_DI_7494_AFF_10-20-10.DOC