# EXHIBIT B

## GENERAL MOTORS CORPORATION

### SERVICE LIST

| Claim Name | Fax Information |
|---|---|
| OFFICE OF THE U.S. TRUSTEE ATTN TRACY HOPE DAVIS | (212) 668-2255 |

| | |
|---|---|
| **Total Creditor Count** | **1** |