# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC. | C/O KENNETH RICHARDS 7533 WILLOW CREEK DRIVE CANTON MI 48187 |
| AIMS/DYKEMA GOSSETT PLLC | 10 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| AIMS/LATHROP & GAGE LC | 2345 GRAND BLVD. KANSAS CITY MO 64108 |
| AIMS/STEPHENS & STEPHENS | 410 MAIN STREET BUFFALO NY 14202 |
| ARCADIS BBL | 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS BBL | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC. | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| BT2, INC. | ATTN: MARK HUBER 2830 DAIRY DRIVE MADISON WI 53718-6751 |
| CHARTER TOWNSHIP OF FLINT | ATTN: SANDRA S WRIGHT 1490 S. DYE ROAD FLINT MI 48532 |
| CHARTER TOWNSHIP OF YPSILANTI | LARRY J. DOE, TREASURER 7200 S. HURON RIVER DR. YPSILANTI MI 48197 |
| CHARTER TWP. OF GENESEE | ATTN: TOM MANNOR, TREASURER 7244 N. GENESSE ROAD P.O. BOX 215 GENESEE MI 48437 |
| CITY OF SAGINAW, TREASURER | 1315 S. WASHINGTON AVE. SAGINAW MI 48601 |
| CITY OF SIOUX CITY | CITY TREASURER P.O. BOX 447 SIOUX CITY IA 51102 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | P.O. BOX 3442 BOSTON MA 02241-3442 |
| CONESTOGA-ROVERS & ASSOC. | ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3 NIAGARA FALLS NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES | 22055 NIAGARA FALLS BLVD SUTIE #3 NIAGARA FALLS NY 14304 |
| ENCORE ENVIRONMENTAL CONSORTIUM | ATTN: MARK QUILTER P.O. BOX 66 6723 TOWPATH ROAD SYRACUSE NY 13214-0066 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540-1980 |
| FAVERO GEOSCIENCES | ATTN: DAVE FAVERO 1210 SOUTH 5TH STREET, SUITE 2 SPRINGFIELD IL 62703 |
| GENERAL OIL COMPANY, INC. | 35796 VERONICA ST. LIVONIA MI 48150 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC. | 6140 HILL 23 DRIVE SUITE 1 FLINT MI 48507 |
| GROUNDWATER & ENVIRONMENTAL SERVICES, INC | 440 CREAMERY WAY SUITE 500 EXTON PA 19341-2577 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION | 56 ROLAND STREET BOSTON MA 02129-1400 |
| HALEY & ALDRICH OF NEW YORK | 200 TOWN CENTRE DRIVE, STE 2 ROCHESTER NY 14623-4264 |
| HDR ENGINEERING | ATTN: DICK BELL 8404 INDIAN HILLS DRIVE OMAHA NE 68114 |
| IOWA DEPT OF NATIONAL RESOURCES | HAZARDOUS WASTE REMEDIAL FUND 502 E. 9TH STREET DES MOINES IA 50319-0034 |
| J.A. LOMBARDO & ASSOCIATES | ATTN: JOSEPH A. LOMBARDO 445 S. LIVERNOIS - SUITE 202 ROCHESTER MI 48307 |
| NOVA CONSULTANTS, INC | 21580 NOVI ROAD #300 NOVI MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC. | ATTN: TERRY L. BROWN 5000 BRITTONFIELD PKWY SYRACUSE NY 13057-9226 |
| ROYAL ENVIRONMENTAL, INC. | 720 LEXINGTON AVENUE P.O. BOX 15719 ROCHESTER NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC. | 2749 LOCKPORT ROAD NIAGARA FALLS NY 14302 |
| THE BANK OF NEW YORK | FINANCIAL CONTROL BILLING DEPARTMENT P.O. BOX 19445 NEWARK NJ 07195-0445 |
| THE BARTECH GROUP | 17199 NORTH LAUREL PARK DR. SUITE224 LIVONIA MI 48152 |
| TOWN OF FRAMINGHAM | TAX COLLECTOR'S OFFICE 150 CONCORD ST FRAMINGHAM MA 01702 |
| WASHTENAW COUNTY TREASURER | P.O. BOX 8645 200 N. MAIN ST STE 200 ANN ARBOR MI 48107-8645 |
| WASTE MANAGEMENT | P.O. BOX 9001054 LOUISVILLE KY 40290-1054 |
| WDC EXPLORATION & WELLS | 500 MAIN STREET WOODLAND CA 95695 |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC | G-5305 NORTH DORT HIGHWAY FLINT MI 48505 |

**Total Creditor count  39**