# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HERBERT E MANSHOLT<br>CHARLES SCHWAB & CO INC<br>CUST<br>IRA ROLLOVER<br>1804 SUMMERFIELD LN<br>GODFREY, IL  62035 |
| Claim Number (if known): | 9035 |
| Date Claim Filed: | 10/13/2009 |
| Total Amount of Claim Filed: | $9,986.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/16/2010    *Herbert E. Mansholt*

Print Name: Herbert E. Mansholt

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639