# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DSV AIR & SEA INC<br>ATTN: JOERGEN MOELLER<br>100 WALNUT AVE # 405<br>CLARK,NJ,07066 |
| Claim Number (if known): | 70014 |
| Date Claim Filed: | 2/05/2010 |
| Total Amount of Claim Filed: | $13,481.22 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _10/15/10_

Print Name: _SOREN PEDERSEN_

Title (if applicable): _VP FINANCE_

RECEIVED

OCT 2 0 2010

U.S. ... CY COURT, SDNY

US_ACTIVE:¥43219392¥02¥72240.0639