# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | EATON TECHNOLOGIES S. DE R.L. DE C.V. <br> C/O EATON CORPORATION <br> ATTN: GLOBAL TRADE CREDIT <br> 1111 SUPERIOR AVENUE <br> CLEVELAND, OH, 44114 |
| Claim Number (if known): | 59204 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $13,444.06 |

OCT 2 1 2010

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/15/10

Print Name: SANDRA M. SCAFARIA

Title (if applicable): Manager-Domestic Trade Credit

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | EATON TECHNOLOGIES S. DE R.L. DE C.V. <br> C/O EATON CORPORATION <br> ATTN:  GLOBAL TRADE CREDIT <br> 1111 SUPERIOR AVENUE <br> CLEVELAND,OH,44114 |
| Claim Number (if known): | 59205 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $9,247.31 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/15/10

Print Name: SANDRA M. SCAFARIA

Title (if applicable): Manager-Domestic Trade Credit

OCT 2 1 2010

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | EATON TECHNOLOGIES S. DE R.L. DE C.V.<br>C/O EATON CORPORATION<br>ATTN:  GLOBAL TRADE CREDIT<br>1111 SUPERIOR AVENUE<br>CLEVELAND,OH,44114 |
| Claim Number (if known): | 59206 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $411.48 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/15/10

Print Name: SANDRA M. SCAFARIA

Title (if applicable): Manager - Domestic Trade Credit

OCT 2 1 2010

US_ACTIVE:¥43219392¥02¥72240.0639