**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., et al.    :
                                          :   (Jointly Administered)
                        Debtors.          :
                                          :
------------------------------------------------------------x
```

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF ANDREW M. KRAMER

I, Andrew M. Kramer, a member in good standing of the bar of the United States District Court for the District of Columbia, the State of Illinois, the State of Ohio and the District of Columbia, request admission, *pro hac vice*, to represent General Motors LLC (f/k/a General Motors Company) in the above-referenced chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Andrew M. Kramer |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001-2113 |
| Telephone: | (202) 879-3939 |
| E-mail: | akramer@jonesday.com |

NYI-4318437v1

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
October 22, 2010

Respectfully submitted,

 /s/ Andrew M. Kramer
Andrew M. Kramer
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

ATTORNEY FOR GENERAL MOTORS LLC
(F/K/A GENERAL MOTORS COMPANY)

## **EXHIBIT A**

NYI-4318437v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.,* : Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al*. :
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------x

## ORDER ADMITTING
## ANDREW M. KRAMER TO PRACTICE, *PRO HAC VICE*

Andrew M. Kramer, a member in good standing of the bar of the United States District Court for the District of Columbia, the State of Illinois, the State of Ohio and the District of Columbia, having requested admission, *pro hac vice*, to represent General Motors LLC (f/k/a General Motors Company) in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Andrew M. Kramer is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
_____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

NYI-4318437v1