**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :

In re                                     :     Chapter 11
                                          :

MOTORS LIQUIDATION COMPANY, *et al.*,    :     Case No. 09-50026 (REG)
       f/k/a General Motors Corp., *et al*.    :
                                          :     (Jointly Administered)
                        Debtors.    :
                                          :
------------------------------------------------------------x

## MOTION FOR ADMISSION TO
## PRACTICE, *PRO HAC VICE*, OF ROBERT S. WALKER

         I, Robert S. Walker, a member in good standing of the bar of the State of Ohio,

United States Supreme Court, U.S. Courts of Appeals for the Federal, Sixth and Tenth Circuits

and U.S. District Courts for the Northern and Southern Districts of Ohio and Eastern and

Western Districts of Michigan, request admission, *pro hac vice*, to represent General Motors

LLC (f/k/a General Motors Company) in the above-referenced chapter 11 cases.

       Mailing Address:               Robert S. Walker
                                       JONES DAY
                                       North Point
                                       901 Lakeside Avenue
                                       Cleveland, Ohio  44114-1190

       Telephone:                     (216) 586-3939

       E-mail:                          rswalker@jonesday.com

I have agreed to pay the fee of $25 upon approval by this Court admitting me to

practice *pro hac vice*.

Dated: New York, New York
        October 22, 2010

Respectfully submitted,


   /s/ Robert S. Walker
Robert S. Walker
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEY FOR GENERAL MOTORS LLC
(F/K/A GENERAL MOTORS COMPANY)

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :   Case No. 09-50026 (REG)
       f/k/a General Motors Corp., et al. :
                                        :   (Jointly Administered)
                      Debtors.          :
                                        :
------------------------------------------------------------x
```

**ORDER ADMITTING**
**ROBERT S. WALKER TO PRACTICE, *PRO HAC VICE***

Robert S. Walker, a member in good standing of the bar of the State of Ohio,

United States Supreme Court, U.S. Courts of Appeals for the Federal, Sixth and Tenth Circuits,

and U.S. District Courts for the Northern and Southern Districts of Ohio and Eastern and

Western Districts of Michigan, having requested admission, *pro hac vice*, to represent General

Motors LLC (f/k/a General Motors Company) in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED as set forth herein.

2.     Robert S. Walker is admitted to practice, *pro hac vice*, in the

above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of

New York, subject to payment of the filing fee.

Dated: New York, New York
       _____, 2010

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

NYI-4318434v1