**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY, *et al.*<br>f/k/a General Motors Corp., *et al.*,<br>         Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John R. Skelton, to be admitted, ***pro hac vice***, to represent General Motors LLC (the "Client"), a party in interest, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Massachusetts and New Hampshire and the bar of the U.S. District Court for the Districts of Massachusetts and New Hampshire, it is hereby

ORDERED, that John R. Skelton, Esq. is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       October **22**, 2010

                              *s/ Robert E. Gerber*
                              UNITED STATES BANKRUPTCY JUDGE