**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                  :        Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :        Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :
                                                       :
              Debtors.                    :        (Jointly Administered)
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

      This is to certify that on October 20, 2010, I caused to be served true and correct copies of *Notice of and Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Ramp Chevrolet, Inc.* (with Exhibits A through I annexed) *via* electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* overnight and/or first class mail delivery, postage prepaid, at the last known addresses as indicated on Exhibit A.

Dated: October 22, 2010
       New York, New York

                                                Respectfully submitted,

                                                  /s/ Scott Davidson
                                                  Arthur Steinberg
                                                  Scott Davidson
                                                  KING & SPALDING LLP
                                                  1185 Avenue of the Americas
                                                  New York, New York  10036
                                                  Telephone:  (212) 556-2100
                                                  Facsimile:  (212) 556-2222
                                                  Attorneys for General Motors LLC
                                                  f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  Ted Stenger
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  **Thomas Moers Mayer, Esq.**
tmayer@kramerlevin.com
**Robert Schmidt, Esq.**
rschmidt@kramerlevin.com
**Lauren Macksoud, Esq.**
lmacksoud@kramerlevin.com
**Jennifer Sharret, Esq.**
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  **Trevor W. Swett III, Esq.**
tws@capdale.com
**Kevin C. Maclay, Esq.**
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  **Elihu Inselbuch, Esq**.
ei@capdale.com
**Rita C. Tobin, Esq.**
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  **Sander L. Esserman, Esq.**
esserman@sbep-law.com
**Robert T. Brousseau, Esq.**
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  **David S. Jones, Esq.**
david.jones6@usdoj.gov

**Christopher M. DeVito**
Morganstern, MacAdams & DeVito Co., L.R.A.
623 West Saint Clair Avenue
Cleveland, OH  44113-1204
devitolaw@yahoo.com;
cdevito@mmd-law.com

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: **Tracey Hope Davis, Esq.**

Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170
**Attn: David G. Radlauer, Esq.**
dradlauer@joneswalker.com
**Attn: Thomas A. Casey, Jr., Esq.**
tcaseyjr@joneswalker.com

**Jeffrey J. Jones, Esq.**
Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, OH  43215
jjjones@jonesday.com

**Edwin A. Stoutz, Jr.**
Stoutz & Stoutz
3606 Canal Street, #A
New Orland, LA  70119-6142
winnstoutz@aol.com

**Johnny L. Domiano, Jr., Esq.**
Adams and Reese LLP
701 Poydras Street
Ste 4500
New Orleans, LA  70139
jdomiano@arlaw.com

**Eric J. Snyder, Esq.**
Sillier Wilk LLP
675 Third Avenue
9th Floor
New York, New York  10017
Antonia M. Donohue, Esq.

**Antonia M. Donohue, Esq.**
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York  11520

**Scott G. Goldfinger, Esq.**
Law Office of Scott G. Goldfinger
225 Broadway, Suite 715
New York, New York  10007

**Neal S. Mann, Esq.**
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271