**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2010, I caused to be served true and correct copies of *Reply Memorandum in Support of Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet Company, Inc.* (with Exhibits A, B, and C annexed) *via* electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email and/or overnight mail delivery at the last known addresses as indicated on Exhibit A.

Dated: October 22, 2010
     New York, New York

                           Respectfully submitted,

                           /s/ Scott Davidson
                           Arthur Steinberg
                           Scott Davidson
                           KING & SPALDING LLP
                           1185 Avenue of the Americas
                           New York, New York  10036
                           Telephone:  (212) 556-2100
                           Facsimile:  (212) 556-2222
                           Attorneys for General Motors LLC
                           f/k/a General Motors Company

## EXHIBIT A

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  **Stephen Karotkin, Esq**.
stephen.karotkin@weil.com
**Joseph H. Smolinsky, Esq.**
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  **Ted Stenger**
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn**: Lawrence S. Buonomo, Esq.**
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  **John J. Rapisardi, Esq.**
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn**:  Joseph Samarias, Esq.**
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  **Michael J. Edelman, Esq.**
mjedelman@vedderprice.com
**Michael L. Schein, Esq.**
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  **Thomas Moers Mayer, Esq.**
tmayer@kramerlevin.com
**Robert Schmidt, Esq.**
rschmidt@kramerlevin.com
**Lauren Macksoud, Esq.**
lmacksoud@kramerlevin.com
**Jennifer Sharret, Esq.**
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  **Trevor W. Swett III, Esq.**
tws@capdale.com
**Kevin C. Maclay, Esq.**
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  **Elihu Inselbuch, Esq.**
ei@capdale.com
**Rita C. Tobin, Esq.**
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C.**
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  **Sander L. Esserman, Esq.**
esserman@sbep-law.com
**Robert T. Brousseau, Esq.**
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  **David S. Jones, Esq.**
david.jones6@usdoj.gov
**Natalie Kuehler, Esq.**
Natalie.kuehler6@usdoj.gov

**Christopher M. DeVito**
Morganstern, MacAdams & DeVito Co., L.R.A.
623 West Saint Clair Avenue
Cleveland, OH  44113-1204
devitolaw@yahoo.com;
cdevito@mmd-law.com

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:  **Tracey Hope Davis, Esq.**

Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170
**Attn: David G. Radlauer, Esq.**
dradlauer@joneswalker.com
**Attn: Thomas A. Casey, Jr., Esq.**
tcaseyjr@joneswalker.com

**Jeffrey J. Jones, Esq.**
Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, OH  43215
jjjones@jonesday.com

**Edwin A. Stoutz, Jr.**
Stoutz & Stoutz
3606 Canal Street, #A
New Orland, LA  70119-6142
winnstoutz@aol.com

**Johnny L. Domiano, Jr., Esq.**
701 Poydras Street
Ste 4500
New Orleans, LA  70139
jdomiano@arlaw.com
**Mark R. Bebe, Esq.**
Mark.beebe@awlaw.com
**David C. Coons, Esq.**
david.coons@arlaw.com

**Steven Blatt, Esq.**
Bellavia Gentile & Associates, LLP
200 Old Country Road
Ste 400
Mineola, New York  11501
sblatt@dealerlaw.com

**Jeffrey A. Cooper, Esq.**
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
jcooper@carellabyrne.com
**Marc D. Miceli, Esq.**
mmiceli@carellabyrne.com