UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
:
In re:                                                             :   Chapter 11 Case No.:
                                                                   :
MOTORS LIQUIDATION COMPANY, et al.                                 :   09-50026 (REG)
        f/k/a General Motors Corp., et al.                         :
                                                                   :
                        Debtors.                                   :   (Jointly Administered)
                                                                   :
                                                                   :   **Ref. Docket Nos. 7382-7383**
                                                                   :
------------------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18, 2010, I caused to be served the:

    a. "Objection of Wilmington Trust Company as Indenture Trustee to Debtors' Motion to Approve Disclosure Statement," dated October 18, 2010 [Docket No. 7382], and

    b. "Objection Of The Official Committee Of Unsecured Creditors Of Motors Liquidation Company To The Disclosure Statement For The Plan Of Liquidation," dated October 18, 2010 [Docket No. 7383],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
19th day of October, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\CLIENTS\GM2\AFFIDAVITS\COMMITTEE AND WILMINGTON OBJECTION_DI_7382-7383_AFF_10-18-10.DOC

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTORNEYS FOR THE US DEPT OF THE TREASURY ONE WORLD FINANCIAL CENTER ATTN: JOHN J. RAPISARDI, ESQ. NEW YORK NY 10281 |
| CAPLIN & DRYSDALE, CHARTERED, ATTORNEYS | FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED CLMS 375 PARK AVENUE, 35TH FLOOR ATTN: ELIHU INSELBUCH & RITA C. TOBIN NEW YORK NY 10152-3500 |
| CAPLIN & DRYSDALE, CHARTERED, ATTORNEYS | FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED CLMS ONE THOMAS CIRCLE, N.W., SUITE 1100 ATTN: TREVOR SWETT III & KEVIN MACLAY WASHINGTON DC 20005 |
| GENERAL MOTORS, LLC | 400 RENAISSANCE CENTER (ATTN: LAWRENCE S. BUONOMO, ESQ.) DETROIT MI 48265 |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA | A PROFESSIONAL CORP., ATTORNEYS FOR DEAN M. TRAFELET 2323 BRYAN STREET, SUITE 2200 ATTN: SANDER ESSERMAN & ROBERT BROUSSEAU DALLAS TX 75201 |
| THE DEBTORS | C/O MOTORS LIQUIDATION COMPANY 500 RENAISSANCE CENTER, SUITE 1400 ATTN: TED STENGER DETROIT MI 48243 |
| THE OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF NEW YORK 33 WHITEHALL STREET, 21ST FLOOR (ATTN: TRACY HOPE DAVIS, ESQ.) NEW YORK NY 10004 |
| THE U.S. ATTORNEY'S OFFICE, S.D.N.Y. | 86 CHAMBERS STREET, THIRD FLOOR ATTN: DAVID S. JONES, ESQ. & NATALIE KUEHLER, ESQ. NEW YORK NY 10007 |
| THE US DEPT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE NW ROOM 2312 ATTN: JOSEPH SAMARIAS, ESQ. WASHINGTON DC 20220 |
| VEDDER PRICE, P.C. | ATTORNEYS FOR EXPORT DEVELOPMENT CANADA 1633 BROADWAY, 47TH FLOOR ATTN: MICHAEL J. EDELMAN, ESQ. & MICHAEL L. SCHEIN, ESQ. NEW YORK NY 10019 |
| WEIL,GOTSHAL & MANGES LLP, | ATTORNEYS FOR THE DEBTORS, 767 FIFTH AVENUE ATTN: HARVEY R. MILLER, STEPHEN KAROTKIN AND JOSEPH H. SMOLINSKY, ESQ. NEW YORK NY 10153 |

**Total Creditor count  11**