*From the Desk of Annette M. Barbera*

1176 Idylewild Drive
Annapolis, MD 21409
Home: 410-757-9614  *  Cell: 240-508-3511
Annettesells@verizon.net

October 18, 2010

Clerk of the Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

RE: **Chapter 11 - 09-50026 (REG) - Motors Liquidation Company, General Motors**

Dear Sirs:

We received your Notice of Hearing regarding General Motors filing of Chapter 11. Our question is, as investors, do we have any recourse for purchasing approximately 485 shares of GM stock on October 15, 2008, in an amount totaling $3,084, just a few months prior to their filing for Bankruptcy ?

We are sending this identical letter to all parties involved. In an effort to attempt to strengthen General Motors we have been betrayed and defrauded, since the company surely knew it was planning on filing for bankruptcy within this time period and they should NOT have been allowing unsuspecting investors to purchase stock in their failing company. We purchased these stocks through our stockbroker, Metlife Securities. And now that General Motors has been allowed to resume operations we feel as though we've been doubly deceived !

If you can offer any advice on recourse we'd greatly appreciate it. A copy of the purchase can be provided on request.

Sincerely,

Annette M. Barbera & Joseph A. Loukota, Sr.

RECEIVED
OCT 21 2010
U S BANKRUPTCY COURT
SO DIST OF NEW YORK