Wien, 15.10.2010

Dr. Aleksander Malinowski
Dr. Waldemar Malinowski
Sechshauserstrasse 88-92/2/12
1150 Wien (Vienna) – Austria


Honorable
**Robert E. Gerber**
United States Bankruptcy Judge
**THE UNITED STATES BANKRUPTCY COURT**
Motors Liquidation Company Balloting Center

**SDNY, One Bowling Green, Room 621**
**NEW YORK 10004-1408**
U. S. A.


Your Honour,

In connection with the information that we need to involve a U.S. lawyer who would represent us in the ongoing insolvency proceedings of GM would like to announce the following:

We are not wealthy pensioners and we can not afford to remunerate a lawyer in U.S.A. We have invested all our savings into the bonds (loans) of GM hoping that interest rates will secure our future in the age.
We do not expect that such as company like GM goes bankrupt.

We hope You will understand our difficult situation and to bring in a fair verdict, so that we can not lose at least the capital, (which is the achievement of our life) providet that the recovery of the interest is not possible.

We hope to understand our petition

Sincerely,

We have the following loans of GM:

1. 7,250% Motors Liquidation Co.        **EUR 60.000,00**
   EO-NOTES 2003(13)
   ISIN: XS0171942757

2. 7,200% Motors Liquidation Co.        **USD 10.000,00**
   DL-NOTES 2001 (01/11)
   ISIN: US370442BB09

3. 7,125% Motors Liquidation Co.        **USD 115.000,00**
   DL-NOTES 2003 (03/13)
   ISIN: US370442BS34