# *Joseph H. Neiman*

ATTORNEY AT LAW
39 HUDSON STREET
HACKENSACK, NEW JERSEY 07601

TEL: (201) 487-0061
FAX: (201) 883-0767
E-MAIL: J.NEIMAN@VERIZON.NET

MEMBER NJ & NY BAR

NEW YORK OFFICE

179-36 80 TH ROAD
JAMAICA ESTATE, NEW YORK 11432

October 22, 2010

**VIA FEDERAL EXPRESS**

Honorable Robert E. Gerber
United States Bankruptcy Judge
United States District Court
Southern District of New York
Bankruptcy Court Building
1 Bowling Green
Room 621
New York, New York 10004

RE: In re Motors Liquidation Company, et als.
Civil Action No. 09-50026 (REG)

Dear Judge Gerber:

This office represents John Pierro, whose claim number is identified as 69842. Please accept this letter in lieu of a more formal response to Motors Liquidation Company's Eighty-Ninth Omnibus Objection to Claims. In the first place, it should be noted that claimant John Pierro disputes the position that the claim was submitted late. Said claim was not submitted late and was submitted on time. Furthermore, the motion does not even elude to what date movant claims Pierro's claim was in fact filed. Was it received one day after the bar date, 5 days, or a hundred days. In order to properly respond to movant's motion, claimant at least needs to know what date movant claims said claim was filed.

Respectfully Yours,

Joseph H. Neiman

JHN:djb
Cc: See attached service list
letters to Judges\US Bankruptcy Judge.Pierro

## Service List

Weil, Gotshal & Manges LLP
*Attorney for Debtors*
767 Fifth Avenue
New York, New York 10153
Attention: Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinsky, Esq.

Motors Liquidation Company
*Debtor*
500 Renaissance Center, Site 1400
Detroit, Michigan 48243
Attention: Ted Stenger

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attention: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
*Attorneys for the United States Department of the Treasury*
One World Financial Center
New York, NY 10281
Attention: John J. Rapisardi, Esq.

The United States Department of the Treasury
1500 Pennsylvania Avenue NW, room 2312
Washington, D.C. 20220
Attention: Joseph Samarias, Esq.

Vedder Price, P.C.
*Attorneys for Export Development Canada*
1633 Broadway, 47th floor
New York, NY 10019
Attention: Michael J. Edelman, Esq. and Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
*Attorneys for the statutory committee of unsecured creditors*
1177 Avenue of the Americas
New York, NY 10036
Attention: Thomas Moers Mayer, Esq.
         Robert Schmidt, Esq.
         Lauren Macksoud, Esq.
         Jennifer Sharret, Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Tracy Hope Davis, Esq.

U.S. Attorney's Office
Southern District of New York
86 Chambers Street
Third Floor
New York, NY 10007
Attention: David S. Jones, Esq. and Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
*Attorneys for the Official Committee of unsecured Creditors holding asbestos-related claims*
375 Park Avenue, 35th flor
New York, NY 10152-3500
Attention: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.

Caplin & Drysdale, Chartered
*Attorneys for the Official Committee of Unsecured Creditors holding asbestos-related claims*
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
Attention: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.

Stutzman, Bromberg, Esseman & Plifka
*Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants*
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attention: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.