**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                          :

In re                       :        **Chapter 11 Case No.**
                          :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*  :

                         :

              **Debtors.**     :        **(Jointly Administered)**
                          :
---------------------------------------------------------------x

<u>**AMENDED NOTICE OF MATTERS SCHEDULED**</u>
<u>**FOR HEARING ON OCTOBER 26, 2010 AT 9:45 A.M.**</u>

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**     **CONTESTED MATTERS f**

     **A.**     Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet Company, Inc. [**Docket No. 7269**]

          <u>Responses Filed</u>:

          1.     Leson Chevrolet Company, Inc.'s Memorandum in Opposition to Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet Company, Inc. [**Docket No. 7430**]

          <u>Replies Filed</u>:

          2.     Reply Memorandum in Support of Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet Company, Inc. [**Docket No. 7502**]

Additional Documents:

3.  **Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet's Application to Adjourn GM Motion to Enforce Hearing by Rose Chevrolet [Docket No. 7545]**

4.  **General Motors LLC's Letter regarding Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet Company, Inc. [Docket No. 7552]**

5.  **Endorsed Order signed on 10/25/2010 re: Letters by Steven Blatt and Jeffrey J. Jones to Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet Company, Inc. [Docket No. 7560]**

6.  **Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet Company, and Leson Chevrolet's  Letter to Honorable Robert E. Gerber Advising of Recent Developments Since Filing of Opposition on October 19, 2010 [Docket No. 7565]**

**<u>Status</u>:**                        This matter is going forward.


**B.**    Motion of Movant in the Action Entitled Walter J. Lawrence V. General Motors Hourly Rate Employee Pension, and General Motors Corporation, 5:07-CV-408 OC, United States District Court, Middle District of Florida for Entry of an Order Thereby Ordering United States District court Judge for the Middle District of Florida to Appear before This Court to Answer These Criminal Charges  [**Docket No. 7369**]

Responses Filed:

1.  Debtors' Response to the Motion of Walter J. Lawrence for Entry of an Order Compelling a United States District Judge for the Middle District of Florida to Appear Before This Court to Answer for Criminal Charges [**Docket No. 7475**]

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:         None to date.

**<u>Status</u>:**         This matter is going forward.

C.    Omnibus Objections to Beneficial Bondholder Claims:

1.    Debtors' Forty-Seventh Omnibus Objection to Claims (Duplicate Debt Claims) **[Docket No. 6657]**

2.    Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicate Debt Claims) **[Docket No. 6659]**

<u>Responses Filed:</u>

1.    Rebuttal to Debtors' Objection to Duplicate Claim by Frances H. Caterina [**Docket No. 6899**]

2.    Frances H. Caterina's 2nd Reply to GM's Reply to Rebuttal to Debtors Motion to Duplicative Claim [**Docket No. 7118**]

3.    Frances H. Caterina's Motion to Authorize Husband, Joseph R. Caterina to Settle Claim No. 14061 [**Docket No. 7119**]

4.    Authorization to Settle Claim filed by Frances H. Caterina [**Docket No. 7255**]

3.    Debtors' Sixty-First Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6671**]

4.    Debtors' Sixty-Third Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6673**]

5.    Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6675**]

6.    Debtors' Seventy-First Omnibus Objection to Claims (Duplicate Debt Claims) [**Docket No. 6681**]

<u>Replies Filed:</u>

1.    With respect to the six foregoing Omnibus Objections to Beneficial Bondholder Claims, the Debtors filed an Omnibus Reply to Objections to Responses Received in Connection with Certain Omnibus Objections to Duplicate Debt Claims [**Docket No. 7518**]

Additional Documents:        None to date.

**Status:**        This matter is going forward.  A summary of the responses to the foregoing six Omnibus Objection to Beneficial Bondholder Claims is provided in **Exhibit "A"** annexed hereto.

D.    Interim Fee Applications:  See section III below.

## II.    UNCONTESTED MATTERS

A.    Debtors' Motion for Preliminary Approval of Settlement, Including Claims Estimation, for Conditional Certification of Settlement Class, to Approve Cash Disbursement and Forms of Notice, and to Set Fairness Hearing [**Docket No. 44**], Boyd Bryant vs. Motors Liquidation Company, Adv. Proc. 09-00508-REG

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:

1.    Memorandum of Law and Evidence in Support of Debtors' Motion for Preliminary Approval of Settlement, Including Claims Estimation, For Conditional Certification of Settlement Class, to Approve Cash Disbursement and Forms of Notice, and to Set Fairness Hearing [**Docket No. 46**]

2.    Debtors' Supplement to Its Motion for Preliminary Approval of Settlement, Including Claims Estimation, for Conditional Certification of Settlement Class, to Approve Cash Disbursement and Forms of Notice, and to Set Fairness Hearing [**Docket No. 55**]

3.    Order signed on 8/9/2010 Granting RE: Preliminary Approving Settlement, Conditionally Certifying Settlement Class, Approving Cash Disbursement and Forms of Notice, and to Setting Fairness Hearing with Hearing to be held on 10/26 at 8:45 am (Entered: 08/11/2010) [**Docket No. 57**]

4.    Debtors' Brief in Support of Final Approval of Settlement and Final Certification of Settlement Class [**Docket Nos. 62 – 66**]

5.    Memorandum of Law of Boyd Bryant and Evidence in Support of Final Award of Attorneys' Fees, Incentive Award to Boyd Bryant, and Expenses [**Docket No. 67**]

**Status:**   This matter, which was originally scheduled for 8:45 a.m.,
is going forward at 9:45 a.m.

**B.**  Motion of Weber Automotive Pursuant to Rule 60(b) of the Federal Rules
of Civil Procedure and Bankruptcy Rule 9024 for Relief from Order
Granting Debtors' Twenty-Third Omnibus Objection to Claims [**Docket
No. 7047**]

  Responses Filed:   None to date.

  Replies Filed:   None to date.

  Additional Documents:   None to date.

  **Status:**   This matter is going forward.  The Debtors will hand up a
stipulated order at the hearing resolving the Motion.

**C.**  Omnibus Objections to Tax Claims

  1.  Debtors' Eighty-Seventh Omnibus Objection to Claims (No
Liability Tax Claims) [**Docket No. 6994**]

  Responses Filed:   None to date.

  Replies Filed:   None to date.

  Additional Documents:   None to date.

  **Status:**   This matter is going forward.

**D.**  Omnibus Objections to Claims Assumed by General Motors, LLC

  1.  Debtors' Twenty-Third Omnibus Objection to Claims (Claims
Assumed by General Motors, LLC) [**Docket No. 5993**]

  Responses Filed:   A summary of responses filed and their
related status is provided in **Exhibit "B"**
annexed hereto.

  Replies Filed:   None to date.

  Additional Documents:   None to date.

  **Status:**   This matter is going forward as indicated in Exhibit "B."

E.    Omnibus Objections to Incorrectly Classified Claims

    1.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6250**]

    2.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6251**]

    3.    Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6252**]

    4.    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6253**]

    5.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 6255**]

    6.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 7050**]

    7.    Debtors' Ninety-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 7051**]

    <u>Responses Filed</u>:    A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.

    <u>Replies Filed</u>:    None to date.

    <u>Additional Documents</u>:    None to date.

    **<u>Status</u>:**    This matter is going forward as indicated in Exhibit "B."

F.    Omnibus Objections to Claims with Insufficient Documentation

    1.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6260**]

    2.    Debtors' Eighty-Fifth Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6992**]

    3.    Debtors' Eighty-Sixth Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 6993**]

    4.    Debtors' 104th Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 7106**]

5.    Debtors' 105th Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 7107**]

6.    Debtors' 106th Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 7108**]

7.    Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 7109**]

8.    Debtors' 108th Omnibus Objection to Claims  (Claims with Insufficient Documentation) [**Docket No. 7110**]

Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward as indicated in Exhibit "B."

**G.**    Omnibus Objections to Employee-Related Claims

1.    Debtors' Eightieth Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) [**Docket No. 6737**]

2.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [**Docket No. 6739**]

3.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [**Docket No. 6740**]

4.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [**Docket No. 7102**]

5.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [**Docket No. 7103**]

6.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) [**Docket No. 7104**]

7.　　Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) [**Docket No. 7105**]

Responses Filed:　　A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.

Replies Filed:　　None to date.

Additional Documents:　　None to date.

**Status:**　　This matter is going forward as indicated in Exhibit "B."

**H.**　　Omnibus Objections to Late-Filed Claims

1.　　Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) [**Docket No. 6996**]

2.　　Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) [**Docket No. 6997**]

3.　　Debtors' Ninety-First Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) [**Docket No. 6998**]

4.　　Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) [**Docket No. 6999**]

Responses Filed:　　A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.

Replies Filed:　　None to date.

Additional Documents:　　None to date.

**Status:**　　This matter is going forward as indicated on Exhibit "B."

**I.**　　Omnibus Objections to No Liability GMAC Debt Claims

1.　　Debtors' Ninety-Third Omnibus Objection to Claims (No Liability GMAC Debt Claims) [**Docket No. 7000**]

2.      Debtors' Ninety-Fourth Omnibus Objection to Claims (No
        Liability GMAC Debt Claims) [**Docket No. 7001**]

3.      Debtors' Ninety-Fifth Omnibus Objection to Claims (No Liability
        GMAC Debt Claims) [**Docket No. 7002**]

4.      Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability
        GMAC Debt Claims) [**Docket No. 7003**]

5.      Debtors' Ninety-Seventh Omnibus Objection to Claims (No
        Liability GMAC Debt Claims) [**Docket No. 7004**]

Responses Filed:            A summary of responses filed and their
                            related status is provided in Exhibit "B"
                            annexed hereto.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward as indicated on Exhibit "B."

**J.**     Omnibus Objection to Duplicate and Amended and Superseded Claims

1.      Debtors' Eighty-Eighth Omnibus Objection to Claims (Duplicate
        and Amended and Superseded Claims) [**Docket No. 6995**]

Responses Filed:            A summary of responses filed and their
                            related status is provided in Exhibit "B"
                            annexed hereto.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward as indicated on Exhibit "B."

## III.    INTERIM FEE APPLICATIONS

**A.**     Third Application of Weil, Gotshal & Manges LLP, as Attorneys for the
           Debtors, for Interim Allowance of Compensation for Professional Services
           Rendered and Reimbursement of Actual and Necessary Expenses Incurred
           from February 1, 2010 through May 31, 2010 (the "**Weil Fee
           Application**") [**Docket No. 6554**]

Responses Filed:

1.  Fee Examiner's Report and Statement of Limited Objection to the Weil Fee Application [**Docket No. 6984**]

2.  Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

3.  Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

4.  Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

5.  Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:

6.  Response of Weil, Gotshal & Manges LLP to Fee Examiner's Report and Statement of Limited Objection to the Weil Fee Application [**Docket No. 7428**]

Additional Documents:        None to date.

**Status:**        This matter is going forward.

B.  First Interim Quarterly Application of Caplin & Drysdale, Chartered for Interim Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Unsecured Creditors Holdings Asbestos-Related Claims for the Period October 6, 2009 through May 31, 2010 (the "**Caplin Application**") [**Docket No. 6553**]

Responses Filed:

1.  Fee Examiner's Report and Statement of Limited Objection to the Caplin Application [**Docket No. 6980**]

2.  Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

3.  Fee Examiner's Amended Report and Statement of Limited Objection to the First Interim Fee Application of Caplin &

Drysdale, Chartered [Amends Docket No. 6980] [**Docket No. 7006**]

4.    Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

5.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

6.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

**C.**    Third Interim Application of the Claro Group, LLC,  for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2010 – May 31, 2010  (the "**Claro Group Application**") [**Docket No. 6506**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the Claro Group Application [**Docket No. 6974**]

2.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

3.    Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

4.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

5.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:    None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

**D.**    First Interim Application of Dean M. Trafelet, in His Capacity as Legal
Representative for Future Asbestos Personal Injury Claimants, for
Allowance of Interim Compensation and Reimbursement of Expenses
Incurred for the Period from November 13, 2009 through May 31, 2010
(the "**Trafelet Application**") [**Docket No. 6350**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the
Trafelet Application [**Docket No. 6975**]

2.    Response of the United States Trustee Regarding Third Interim
Applications for Compensation and Reimbursement of Expenses
[**Docket No. 6989**]

3.    Fee Examiner's Summary and Recommendations [**Docket No.
7009**]

4.    Fee Examiner's Summary and Recommendations - Interim Fee
Applications Scheduled for Hearing on October 26, 2010 [**Docket
No. 7448**]

5.    Response of the United States Trustee Regarding Third Interim
Applications for Compensation and Reimbursement of Expenses
(October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

**E.**    Third Interim Application of Kramer, Levin, Naftalis & Frankel LLP, as
Counsel for the Official Committee of Unsecured Creditors, for
Allowance of Compensation for Professional Services Rendered and for
Reimbursement of Actual and Necessary Expenses Incurred for the Period
February 2, 2010 through May 31, 2010 (the "**Kramer Application**")
[**Docket No. 6538**]

Responses Filed:

    1.      Fee Examiner's Report and Statement of Limited Objection to the Kramer Application [**Docket No. 6979**]

    2.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

    3.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

    4.      Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

    5.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

<u>Replies Filed</u>:

    6.      Response to the Fee Examiner's Report and Statement of Limited Objection to the Third Interim Fee Application of Kramer Levin Naftalis & Frankel LLP [**Docket No. 7504**]

<u>Additional Documents</u>:    None to date.

**<u>Status</u>:**    This matter is going forward.

**F.**    Second Application of Plante & Moran, PLLC, as Accountants for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010 (the "**Plante Application**") [**Docket No. 6527**]

<u>Responses Filed</u>:

    1.      Fee Examiner's Report and Statement of Limited Objection to Plante Application [**Docket No. 6977**]

    2.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

    3.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

4.      Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

5.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

<u>Replies Filed</u>:      None to date.

<u>Additional Documents</u>:      None to date.

**<u>Status</u>:**      This matter is going forward.

**G.**      First Interim Application of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, for Allowance of Interim Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Period from February 24, 2010 through May 31, 2010 (the "**Stutzman Application**") [**Docket No. 6352**]

<u>Responses Filed</u>:

1.      Fee Examiner's Report and Statement of Limited Objection to the Stutzman Application [**Docket No. 6976**]

2.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

3.      Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

4.      Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

5.      Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

<u>Replies Filed</u>:      None to date.

<u>Additional Documents</u>:      None to date.

**Status:**        This matter is going forward.

H.    First Application for Interim Professional Compensation\First Interim
Application of Bates White, LLC, as Asbestos Liability Consultant to the
Official Committee of Unsecured Creditors, for Allowance of
Compensation for Professional Services Rendered and for Reimbursement
of Actual and Necessary Expenses Incurred for the Period from March 16,
2010 through May 31, 2010 (the "**Bates Application**") [**Docket No. 6537**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the
Bates Application [**Docket No. 7412**]

2.    Fee Examiner's Summary and Recommendations - Interim Fee
Applications Scheduled for Hearing on October 26, 2010 [**Docket
No. 7448**]

3.    Response of the United States Trustee Regarding Third Interim
Applications for Compensation and Reimbursement of Expenses
(October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:            None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

I.    First Application for Interim Professional Compensation/First Interim
Quarterly Application of Legal Analysis Systems, Inc., for Interim
Compensation and Reimbursement of Expenses with Respect to Services
Rendered as Consultant on the Valuation of Asbestos Liabilities to the
Official Committee of Unsecured Creditors Holdings Asbestos-Related
Claims for The Period April 28, 2010 through May 31, 2010 (the "**Legal
Analysis Application**") [**Docket No. 6555**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the
Legal Analysis Application [**Docket No. 7413**]

2.    Fee Examiner's Summary and Recommendations - Interim Fee
Applications Scheduled for Hearing on October 26, 2010 [**Docket
No. 7448**]

3.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:              None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

2.    Third Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (the "**Jenner Application**") [**Docket No. 6524**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the Jenner Application [**Docket No. 7414**]

2.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

3.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:              None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

**J.**    First Application of Togut, Segal & Segal, LLP as Conflicts Counsel for the Debtors for Allowance of Interim Compensation for Services Rendered for the Period December 21, 2009 through May 31, 2010, and for Reimbursement of Expenses (the "**Togut Application**") [**Docket No. 6543**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the Togut Application [**Docket No. 7415**]

2.      Fee Examiner's Summary and Recommendations - Interim Fee
        Applications Scheduled for Hearing on October 26, 2010 [**Docket
        No. 7448**]

3.      Response of the United States Trustee Regarding Third Interim
        Applications for Compensation and Reimbursement of Expenses
        (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:                  None to date.

Additional Documents:

4.      **Supplement to First Application of Togut, Segal & Segal LLP
        as Conflicts Counsel for the Debtors for Allowance of Interim
        Compensation for Services Rendered for the Period December
        21, 2009 through May 31, 2010, and for Reimbursement of
        Expenses [Docket No. 6544]**


        **Status:**       This matter is going forward.

K.      First Interim Application of Analysis Research Planning Corporation as
        Asbestos Claims Valuation Consultant to Dean M. Trafelet in His
        Capacity as Legal Representative for Future Asbestos Personal Injury
        Claimants for Allowance of Interim Compensation and Reimbursement of
        Expenses Incurred for the Period from March 1, 2010 through May 31,
        2010 (the "**Analysis Research Application**") [**Docket No. 6351**]

        Responses Filed:

        1.      Fee Examiner's Report and Statement of Limited Objection to the
                Analysis Research Application [**Docket No. 7416**]

        2.      Fee Examiner's Summary and Recommendations - Interim Fee
                Applications Scheduled for Hearing on October 26, 2010 [**Docket
                No. 7448**]

        3.      Response of the United States Trustee Regarding Third Interim
                Applications for Compensation and Reimbursement of Expenses
                (October 26, 2010 Hearing) [**Docket No. 7449**]

        Replies Filed:              None to date.

        Additional Documents:       None to date.

**Status:**        This matter is going forward.

L.    Third Application of Butzel Long, a Professional Corporation, as Special
Counsel to the Official Committee of Unsecured Creditors of Motors
Liquidation Company, f/k/a General Motors Corporation, for Interim
Allowance of Compensation for Professional Services Rendered and
Reimbursement of Actual and Necessary Expenses Incurred from
February 1, 2010 through May 31, 2010 (the "**Butzel Application**")
[**Docket No. 6542**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the
Butzel Application [**Docket No. 7417**]

2.    Fee Examiner's Summary and Recommendations - Interim Fee
Applications Scheduled for Hearing on October 26, 2010 [**Docket
No. 7448**]

Replies Filed:

3.    **Reply of Butzel Long to Fee Examiner's Report and Statement
of Limited Objection to Third Interim Fee Application of
Butzel Long [Docket No. 7494]**

Additional Documents:        None to date.

**Status:**        This matter is going forward.

M.    Amended First Interim Fee Application of Deloitte Tax LLP as Tax
Services Providers for the Period from January 1, 2010 through May 31,
2010 (the "**Deloitte Application**") [**Docket No. 6535**]

Responses Filed:

1.    Fee Examiner's Report and Statement of Limited Objection to the
Deloitte Application [**Docket No. 7418**]

2.    Fee Examiner's Summary and Recommendations - Interim Fee
Applications Scheduled for Hearing on October 26, 2010 [**Docket
No. 7448**]

3.    Response of the United States Trustee Regarding Third Interim
Applications for Compensation and Reimbursement of Expenses
(October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:    None to date.

Additional Documents:

 4. **Certification of Scott Shekell, Deloitte Tax LLP Partner, in Support of Deloitte Tax LLP's First Interim Fee Application [Docket No. 7507]**

 **Status:**  This matter is going forward.

**N.** Third Interim Application of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement for Expenses for Services Rendered in the Case for the Period February 1, 2010 through May 31, 2010 (the "**FTI Application**") [**Docket No. 6536**]

 Responses Filed:

 1. Fee Examiner's Report and Statement of Limited Objection to the FTI Application [**Docket No. 7419**]

 2. Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

 3. Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

 Replies Filed:

 4. **Response to the Fee Examiner's Report and Statement of Limited Objection to the Third Interim Fee Application of FTI Consulting, Inc. [Docket No. 7537]**

 Additional Documents:  None to date.

 **Status:**  This matter is going forward.

**O.** First Application of Hamilton, Rabinovitz & Associates, Inc. as Consultants for the Debtors with Respect to Present and Future Asbestos Claims, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010 (the "**Hamilton Application**") [**Docket No. 6528**]

Responses Filed:

1.     Fee Examiner's Report and Statement of Limited Objection to the Hamilton Application [**Docket No. 7423**]

2.     Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

3.     Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:              None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

**P.**     First Consolidated Application of Brady C. Williamson, Fee Examiner, and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Interim Allowance of Compensation for Professional Services Rendered from December 28, 2009 through May 31, 2010 and Reimbursement of Actual and Necessary Expenses Incurred from December 28, 2009 through August 31, 2010 [**Docket No. 7134**]

Responses Filed:

1.     Response of the United States Trustee Regarding Consolidated Application of Fee Examiner and Counsel for Interim Allowance of Compensation and Reimbursement of Expenses  [**Docket No. 7450**]

Replies Filed:              None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

**Q.**     Second Interim Application of LFR Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period October 1, 2009 through January 31, 2010 and Third Interim Application of LFR Inc. for Allowance of Compensation and for

Reimbursement of Expenses for Services Rendered in the Case for the Period February 1, 2010 through May 30, 2010 (collectively, the "**LFR Application**") [**Docket Nos. 5270, 6539**]

Responses Filed:

1.    Fee Examiner's Summary and Recommendations - Second Interim Fee Applications and Certain Adjourned First Interim Fee Applications [**Docket No. 6116**]

2.    Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of LFR Inc. and Preliminary Report on Third Interim Application of LFR Inc.  [**Docket No. 7424**]

3.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

4.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:              None to date.

Additional Documents:

5.    Stipulation and Order for Adjournment of October 26, 2010 Hearing on Third Interim Fee Application of LFR Inc. [**Docket No. 7397**]

**Status:**        This matter is going forward, except for LFR's Third Interim Application which will be heard at the hearing on their Fourth Interim Application.

IV.    **ADJOURNED MATTERS**

A.    Application By Remy International, Inc. for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [**Docket No. 3770**]

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to December 2, 2010 at 9:45 a.m.

**B.**          Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim **[Docket No. 4560]**

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

1.          Memorandum of Law and Evidence in Support of Debtors' Motion for Preliminary Approval of Settlement, Including Claims Estimation, for Conditional Certification of Settlement Class, to Approve Cash Disbursement and Forms of Notice, and to Set Fairness Hearing [**Docket No. 6443**] (the "**Settlement Brief**")

**Status:**          This matter is adjourned to November 9, 2010 at 9:45 a.m.

**C.**          Motion of the Roman Catholic Diocese of Pittsburgh and Transfiguration Parish for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code to Allow for Prosecution of the Civil Lawsuit Now Pending in the Court of Common Pleas of Allegheny County, Pennsylvania [**Docket No. 6872**]

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

1.          Notice of Motion to Set Hearing on Motion for Relief from Stay [**Docket No. 6873**]

**Status:**          This matter is adjourned to December 2, 2010 at 9:45 a.m.

**D.**          Motion for Relief from Stay filed by Timothy Bynum [**Docket No. 6863**]

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:  None to date.

**Status:**  This matter is adjourned to December 2, 2010 at 9:45 a.m.

**E.** Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez [**Docket No. 5747**]

Responses Filed:  None to date.

Replies Filed:  None to date.

Additional Documents:  None to date.

**Status:**  This matter is adjourned to January 6, 2011 at 9:45 a.m.

**F.** Third Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010 [**Docket No. 6541**]

Responses Filed:

1. Fee Examiner's Preliminary Report on the Third Interim Fee Application of Brownfield Partners, LLC [**Docket No. 6973**]

2. Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses [**Docket No. 6989**]

3. Fee Examiner's Summary and Recommendations [**Docket No. 7009**]

4. Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 [**Docket No. 7448**]

5. Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) [**Docket No. 7449**]

Replies Filed:  None to date.

Additional Documents:

6.    Stipulation and Order for Adjournment of October 26, 2010 Hearing on Third Interim Fee Application of Brownfield Partners, LLC to Hearing Date of Fourth Interim Fee Application

**Status:**    This matter is adjourned to the date on which Brownfield's Fourth Interim Fee Application is heard.

**G.**    **Omnibus Objections to Tax Claims**

1.    **Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 5908]**

2.    **Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 5909]**

3.    **Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 5911]**

4.    **Debtors' Thirty-Eighth Omnibus Objection to Claims (Tax Claims assumed by General Motors, LLC) [Docket No. 6261]**

**Responses Filed:**    **A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.**

**Replies Filed:**    **None to date.**

**Additional Documents:**    **None to date.**

**Status:**    **This matter is adjourned as indicated in Exhibit "B."**

**H.**    **Omnibus Objections to Incorrectly Classified Claims**

1.    **Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 6251]**

**Responses Filed:**    **A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.**

**Replies Filed:**    **None to date.**

**Additional Documents:**    **None to date.**

**Status:**    **This matter is adjourned as indicated in Exhibit "B."**

I.    **Omnibus Objections to Dealership Claims**

    1.    **Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) [Docket No. 6646]**

        **Responses Filed:**      **A summary of responses filed and their related status is provided in Exhibit "B" annexed hereto.**

        **Replies Filed:**      **None to date.**

        **Additional Documents:**      **None to date.**

        **Status:**      **This matter is adjourned as indicated in Exhibit "B."**

V.    **RESOLVED MATTERS**

    A.    Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property (Tricon Verizon Leasing Only) [**Docket No. 3044**]

        Responses Filed:      None to date.

        Replies Filed:      None to date.

        Additional Documents:

        1.    Order Granting Debtors' Third Omnibus Motion Pursuant to 11 U.S.C § 365 to Reject Certain Unexpired Leases of Nonresidential Real Property [**Docket No. 4182**]

        **Status:**      This matter has been resolved.  Matter can be marked off calendar.

## VI.  WITHDRAWN MATTERS

**A.**    Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Postpetition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) [**Docket No. 4527**]

<u>Responses Filed</u>:              None to date.

<u>Replies Filed</u>:              None to date.

<u>Additional Documents</u>:

1.    Notice of Withdrawal of: (1) Objection of Shreveport Red River Utilities, LLC to Debtors' Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto; and, (2) Motion of Shreveport Red River Utilities, LLC for Allowance and Payment of Postpetition Claim and Motion to Enforce Adequate Assurance of Payment Agreement Pursuant to 11 U.S.C. § 366(c) [Docket Nos. 1051 and 4527] [**Docket No. 7453**]

**<u>Status</u>:**        This matter has been withdrawn.

Dated:  New York, New York
        October 25, 2010

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

**Exhibit A**

**Responses to Omnibus Objections to Beneficial Bondholder Claims**

## Forty-Seventh Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status |
|---|---|---|---|
| DR HELGA HARM | 6956 | 4433 | contested |

## Forty-Ninth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status |
|---|---|---|---|
| FRANCES H CATERINA | 6899 and 7188 | 14061 | contested |

## Sixty-First Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status |
|---|---|---|---|
| MARIANNE LISENKO | 7071 | 22063 | contested |

## Sixty-Third Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status |
|---|---|---|---|
| MIGUEL VILLALOBOS | 7080 | 1167 | contested |

## Sixty-Fifth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status |
|---|---|---|---|
| NICK ZONAS AND DIANE ZONAS | 7028 | 20586 | contested |

## Seventy-First Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status |
|---|---|---|---|
| SHARYN F WEINSTEIN | 7040 | 2444 | contested |

**<u>Exhibit B</u>**

**<u>Responses to Omnibus Objections to Claims</u>**

## Omnibus Objections to Tax Claims

### Seventeenth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION | 6107 | 29383 | adjourned | 11/18/2010 |
| OHIO DEPARTMENT OF TAXATION | 6107 | 29384 | adjourned | 11/18/2010 |
| OHIO DEPARTMENT OF TAXATION | 6107 | 29385 | adjourned | 11/18/2010 |
| OHIO DEPARTMENT OF TAXATION | 6107 | 29386 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 31233 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 70162 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 70163 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 70164 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 70165 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 70166 | adjourned | 11/18/2010 |
| DEPARTMENT OF THE TREASURY - IRS | informal | 70167 | adjourned | 11/18/2010 |
| STATE OF MICHIGAN, DEPARTMENT OF THE TREASURY | 6109 | 62066 | claim withdrawn | n/a |
| STATE OF MICHIGAN/DEPARTMENT OF TREASURY | 6109 | 70125 | claim withdrawn | n/a |

| | | | | |
|---|---|---|---|---|
| STATE OF MICHIGAN | 6109 | 68606 | claim withdrawn | n/a |

## Eighteenth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CITY & COUNTY OF SAN FRANCISCO | informal | 22144 | adjourned | 11/18/2010 |

## Nineteenth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| FULTON COUNTY TAX COMMISSIONER | 6204 | 17766 | adjourned | 11/18/2010 |

## Thirty-Eighth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE | informal | 1144 | adjourned | 11/9/2010 |

## Omnibus Objection to Claims Assumed by General Motors, LLC

### Twenty-Third Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY | informal | 1157 | adjourned | 12/2/2010 |
| AJAX PAVING INDUSTRIES INC | informal | 68691 | going forward | n/a |
| IMPACT GROUP | 6240 | 38928 | adjourned | 12/2/2010 |
| OCE NORTH AMERICA INC | 6270 | 7524 | adjourned | 12/2/2010 |
| EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US | informal | 43435 | going forward | n/a |
| WEBER AUTOMOTIVE CORP & ALBERT WEBER GMBH | 7047 | 31246 | going forward (stipulation) | n/a |

**Omnibus Objections to Incorrectly Classified Claims**

**Twenty-Seventh Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SIMPSON/KULIS, RACHEL | 6447 | 16113 | adjourned | 12/2/2010 |
| JOHNSON, LEON | 6446 | 16114 | adjourned | 12/2/2010 |
| MARVIN ECHOLS | 6445 | 44240 | adjourned | 12/2/2010 |
| DOYLE CARMACK | 6475 | 45836 | adjourned | 12/2/2010 |
| DILKS, DEBORAH | 6510 | 22922 | adjourned | 12/2/2010 |
| MICHAEL T JONES 2ND ACTION | 6513 | 29055 | adjourned | 10/26/2010 |
| BUCKLEY ERMA JEANINE | informal | 66268 | going forward | n/a |

**Twenty-Eighth Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ACUMENT GLOBAL TECHNOLOGIES INC | 6453 | 60693 | adjourned | 12/2/2010 |

## Twenty-Ninth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| 295 PARK AVENUE CORP. | 6454 | 45107 | adjourned | 12/2/2010 |
| DEMASSI CADILLAC CO INC | 6454 | 45110 | adjourned | 12/2/2010 |
| DEMASSI ENTERPRISES | 6454 | 45111 | adjourned | 12/2/2010 |
| BARBARA ALLEN | 6444 | 62772 | omnibus objection withdrawn | n/a |
| DONNA SANTI | 6444 | 62775 | omnibus objection withdrawn | n/a |
| BRENDA DIGIANDOMENICO | 6444 | 62777 | omnibus objection withdrawn | n/a |

## Thirtieth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JOHN L REMSEN PERSONAL REPRESENTATIVE | 6454 | 45109 | adjourned | 12/2/2010 |
| PAULINE DEMASSI | 6454 | 45112 | adjourned | 12/2/2010 |
| NICHOLE BROWN | 6444 | 62771 | omnibus objection withdrawn | n/a |
| KELLY CASTILLO | 6444 | 62776 | omnibus objection withdrawn | n/a |
| LAKINCHAPMAN LLC | 6444 | 62909 | omnibus objection withdrawn | n/a |

## Thirty-Second Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ROBERT A DEMASSI EXECUTOR | 6454 | 45108 | adjourned | 12/2/2010 |
| STANLEY OZAROWSKI | 6444 | 62773 | omnibus objection withdrawn | n/a |
| VALERIE EVANS | 6444 | 62778 | omnibus objection withdrawn | n/a |
| FIRST UNITED INC. | 6978 | 58889 | omnibus objection withdrawn | n/a |

## Ninety-Eighth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SHERIF RAFIK KODSY | 7309 | 69683 | adjourned | 12/2/2010 |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23034 | adjourned | 12/2/2010 |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23035 | adjourned | 12/2/2010 |

## Omnibus Objections to Claims with Insufficient Documentation

### Thirty-Seventh Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CLARK STREET DEVELOPMENT SEVEN LLC | informal | 58635 | omnibus objection withdrawn | n/a |
| CLARK STREET REDEVELOPMENT LLC | informal | 58637 | omnibus objection withdrawn | n/a |
| CLARK STREET REDEVELOPMENT ONE LLC | informal | 58638 | omnibus objection withdrawn | n/a |
| CLARK STREET REDEVELOPMENT THREE LLC | informal | 58640 | omnibus objection withdrawn | n/a |
| CLARK STREET REDEVELOPMENT FIVE LLC | informal | 58641 | omnibus objection withdrawn | n/a |
| CLARK STREET REDEVELOPMENT SIX LLC | informal | 58642 | omnibus objection withdrawn | n/a |
| CLARK STREET TECHNOLOGY PARK | informal | 58643 | omnibus objection withdrawn | n/a |
| REAL VENTURES-CLARK STREET LLC | informal | 58644 | omnibus objection withdrawn | n/a |
| REAL VENTURES-CLARK STREET SIX LLC | informal | 58646 | omnibus objection withdrawn | n/a |
| CLARK STREET REDEVELOPMENT FOUR LLC | informal | 58647 | omnibus objection withdrawn | n/a |
| REAL VENTURES-CLARK STREET FIVE LLC | informal | 58648 | omnibus objection withdrawn | n/a |
| HAYMAN MANAGEMENT CO | informal | 58636 | omnibus objection withdrawn | n/a |

**Eighty-Fifth Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HELEN D LEONARD | informal | 20966 | omnibus objection withdrawn | n/a |
| MARIA MERCADO | 7364 | 11864 | omnibus objection withdrawn | n/a |
| CENTERPOINT ASSOCIATES LLC | informal | 22624 | omnibus objection withdrawn | n/a |
| TRUSTEES OF THE SCREEN ACTORS GUILD- | informal | 1039 | omnibus objection withdrawn | n/a |

**Eighty-Sixth Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| COLL, EMMA | informal | 22642 | omnibus objection withdrawn | n/a |
| MILLENDER CENTER ASSOCIATES LIMITED PARNERSHIP | informal | 45840 | omnibus objection withdrawn | n/a |
| PERNELL, JAMES | informal | 64528 | omnibus objection withdrawn | n/a |
| NEW FLYER OF AMERICA INC | informal | 66317 | omnibus objection withdrawn | n/a |
| KEPLINGER, KRISTEN | informal | 19408 | omnibus objection withdrawn | n/a |

## 106th Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Current Hearing Date |
|---|---|---|---|---|
| GRANDISON, KAREN MICHELE | 7372 | 30645 | omnibus objection withdrawn | n/a |
| DAVIS III, BOYDEN E | informal | 9531 | omnibus objection withdrawn | n/a |
| THORPE, MARY J | 7436 | 44694 | omnibus objection withdrawn | n/a |

## 107th Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Current Hearing Date |
|---|---|---|---|---|
| DESBOROUGH, MARILYN M | informal | 7058 | omnibus objection withdrawn | n/a |
| ANN MCHUGH | 7433 | 61832 | adjourned | 12/2/2010 |
| MCHUGH, ANN F | 7433 | 61833 | adjourned | 12/2/2010 |
| MCHUGH, ANN F | 7433 | 61835 | adjourned | 12/2/2010 |
| WHORLEY, SHEILA M | informal | 50125 | omnibus objection withdrawn | n/a |
| BRET SANDERSON | informal | 60907 | omnibus objection withdrawn | n/a |

## 108th Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Current Hearing Date |
|---|---|---|---|---|
| MCELYEA, JAMES W | informal | 7516 | omnibus objection withdrawn | n/a |

**Omnibus Objection to Dealership Claims**

**Thirty-Ninth Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GARDNER CHEVROLET-OLDSMOBILE-CADILLAC, INC. | 7034 | 23187 | adjourned | 12/2/2010 |
| SERRA CHEVROLET, INC | 6987 | 69381 | adjourned | 12/2/2010 |
| WEST COVINA MOTORS, INC. | 7008 | 59084 | adjourned | 12/2/2010 |
| CORAL CADILLAC INC | 7035 | 58892 | adjourned | 12/2/2010 |
| CORAL CADILLAC INC | 7035 | 58893 | adjourned | 12/2/2010 |
| CORAL CADILLAC INC | 7035 | 58894 | adjourned | 12/2/2010 |
| CORAL CADILLAC INC | 7035 | 58895 | adjourned | 12/2/2010 |

## Omnibus Objections to Employee-Related Claims

### Eightieth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JOYCE HARTOM | informal | 50941 | going forward | n/a |

### Eighty-Second Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| FELICE, FRANCES T | informal | 17273 | going forward | n/a |
| WALTER J LAWRENCE | 7022 | 21225 | adjourned | 12/2/2010 |
| JOE RICHARDSON SR | informal | 68057 | going forward | n/a |
| RICHARDSON SR, JOE S | informal | 68058 | going forward | n/a |

### Eighty-Third Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JOYCE A HARTOM | informal | 50938 | going forward | n/a |

| | | | | |
|---|---|---|---|---|
| JOYCE A HARTOM | informal | 50939 | going forward | n/a |
| JOYCE HARTOM | informal | 50940 | going forward | n/a |
| HARTOM, JOYCE A | informal | 50942 | going forward | n/a |
| PATEL, BALKRISHNA R | informal | 26871 | going forward | n/a |
| HICKMAN, ROBERT R | informal | 51346 | adjourned | 12/2/2010 |
| SCHNEIDER, DARLENE M | informal | 36256 | adjourned | 12/2/2010 |
| SCHNEIDER, DARLENE M | informal | 36257 | adjourned | 12/2/2010 |
| BELLAIRE, LINDA K | 6972 and 7076 (duplicates) | 62922 | adjourned | 12/2/2010 |
| TURNER, DAVID E | informal | 47967 | adjourned | 12/2/2010 |
| TURNER DAVID E | informal | 47968 | adjourned | 12/2/2010 |
| PURNELL, CALVIN H | informal | 62124 | adjourned | 12/2/2010 |
| ALFRED MCMULLEN | 6968 | 30614 | adjourned | 12/2/2010 |
| PAUL HANSEN | 7044 | 28150 | going forward | n/a |
| PAUL HANSEN | 7044 | 22745 | going forward | n/a |
| JOSEPH COBBLE JR. | 7074 | 64959 | adjourned | 12/2/2010 |

| | | | | |
|---|---|---|---|---|
| BURISEK, RONALD J | informal | 21540 | going forward | n/a |
| RENEE SCOTT-BURISEK | informal | 27405 | going forward | n/a |
| SCOTT-BURISEK, RENEE F | informal | 27392 | going forward | n/a |

## One Hundredth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| STEPHAN THEIS | 7476 | 29823 | adjourned | 12/2/2010 |
| TIBBS, SARLOWER OLIVIER | informal | 64968 | adjourned | 12/2/2010 |

## 101st Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| REYES, SHARRON S | informal | 7625 | adjourned | 12/2/2010 |

## 102nd Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| BELL, SHARON A | 7492 | 68029 | adjourned | 12/2/2010 |

## 103rd Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ALARIE, LOUIS J | 7490 | 19527 | adjourned | 12/2/2010 |
| FLOYD JANKOWSKI | 7353 | 10327 | adjourned | 12/2/2010 |
| FRANK J. CELSNAK | 7324 | 21175 | adjourned | 12/2/2010 |
| GEORGE LEEDOM | 7401 | 49601 | adjourned | 12/2/2010 |
| GEORGE LEEDOM | 7401 | 49602 | adjourned | 12/2/2010 |
| GEORGE W CONRAD | informal | 31467 | adjourned | 12/2/2010 |

16

## Omnibus Objections to Late-Filed Claims

### Eighty-Ninth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GERALD A KOLB | 7367 | 69719 | adjourned | 12/2/2010 |
| LUGO AUTO SALES INC | 7458 | 69135 | adjourned | 12/2/2010 |
| MONTY R & LISA K HENDERSON | informal | 70303 | adjourned | 12/2/2010 |
| FELIPE ESQUIBEL | 7407 | 70259 | adjourned | 12/2/2010 |

### Ninetieth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JONES, PEARLY M | informal | 69398 | adjourned | 12/2/2010 |
| TOMPACH, FAYE M  (DECEASED) | informal | 69451 | adjourned | 12/2/2010 |

**Ninety-First Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ALESIA R DORSEY | 7440 | 68508 | adjourned | 12/2/2010 |

**Ninety-Second Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HERR BARRY E | informal | 68130 | adjourned | 12/2/2010 |
| TERESA KARIM | 7323 | 69221 | going forward | n/a |

## Omnibus Objection to No Liability GMAC Debt Claims

### Ninety-Sixth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CECELIA N BEST TTEE | informal | 68939 | adjourned | 12/2/2010 |

### Ninety-Seventh Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| M FELBER & F FELBER TTEE | 7301 | 18359 | adjourned | 12/2/2010 |

## __Omnibus Objection to Amended/Superseded Claims__

## __Eighty-Eighth Omnibus Objection__

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| PYATT SR, JOE N | n/a | 15503 | omnibus objection withdrawn | n/a |