Timothy F. Nixon
Katherine Stadler (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                                    :
In re:                                              :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.,*    :    Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*           :    (Jointly Administered)
                                                    :
                    Debtors.                        :    Honorable Robert E. Gerber
                                                    :
-------------------------------------------------------- x

**ORDER GRANTING THE FIRST CONSOLIDATED APPLICATION OF BRADY C.**
**WILLIAMSON, FEE EXAMINER, AND GODFREY & KAHN, S.C., COUNSEL TO**
**THE FEE EXAMINER, FOR INTERIM ALLOWANCE OF COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED FROM DECEMBER 28, 2009 THROUGH**
**MAY 31, 2010 AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**INCURRED FROM DECEMBER 28, 2009 THROUGH AUGUST 31, 2010**

Upon consideration of the *First Consolidated Application of Brady C. Williamson, Fee*

*Examiner, and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Interim Allowance of*

*Compensation for Professional Services Rendered from December 28, 2009 through May 31,*

*2010 and Reimbursement of Actual and Necessary Expenses Incurred from December 28, 2009*

*through August 31, 2010* [Docket No. 7134] (the "**Application**") for the stated periods (the

"**Compensation Period**"), pursuant to sections 330 and 331 of title 11, United States Code (the

"**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, filed on

September 27, 2010, in the aggregate amount of $732,971.23 as listed on **Schedule A** that

accompanies this order, and notice having been given pursuant to Fed. R. Bankr. P. 2002(a)(6)

and (c)(2) and to the *Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr.*

*P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* [Docket No. 6750],

and it appearing that no other or further notice need be provided; and a hearing having been held

before this Court on October 26, 2010 to consider the Application (the "**Hearing**"); and there

being no objection to the Application filed before the deadline of October 19, 2010, or as set

forth on the record of the Hearing; and after due deliberation and sufficient cause appearing

therefor, it is hereby

     **ORDERED** that pursuant to sections 330 and 331 of the Bankruptcy Code, the

Application is granted and approved as provided in Schedule A; and it is further

     **ORDERED** that payment of ten percent (10%) of the fees awarded herein as set forth on

Schedule A (but not costs) will be held back until further order of the Court (the "**Holdback**");

and it is further

     **ORDERED** that the Debtors are directed and authorized, upon entry of this Order, to pay

the Fee Examiner and the Godfrey & Kahn firm forthwith; by wire transfer or check all the fees

and expenses allowed herein (less the Holdback) and it is further

     **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

     Dated:  New York, New York
          October <u>**26**</u>, 2010.

                                  <u>*s/ Robert E. Gerber*</u>
                                  Honorable Robert E. Gerber
                                  United States Bankruptcy Judge

5546707_1

# SCHEDULE A

## Current Fee Period:  December 28, 2009 to May 31, 2010 for Fees and December 28, 2009 to August 31, 2010 for Expenses

Case No.: 09-50026 (REG) (Chapter 11)
Case Name:  In re Motors Liquidation Company, *et al.*, f/k/a General Motors Corporation, *et al.*, Debtors

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Brady C. Williamson, Fee Examiner | 09/27/2010 7134 | $94,149.00 | $94,149.00 | $9,414.90 | $84,734.10 | See Below | See Below |
| Godfrey & Kahn, S.C., Counsel to the Fee Examiner | 09/27/2010 7134 | $579,122.50 | $579,122.50 | $57,912.25 | $521,210.25 | $59,699.73 | $59,699.73 |

**Schedule A**                          **Date:  October _26_, 2010**                          **Initials:  _REG_  USBJ**