UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :    **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.*,                      :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*    :
                                                               :
        Debtors.        :    **(Jointly Administered)**

**STIPULATION AND AGREED ORDER REGARDING SCHEDULING ISSUES IN MATTER BEING TRANSFERRED TO THIS COURT INVOLVING GENERAL MOTORS LLC, FAMILY AUTO, INC. AND THYS CHEVROLET, INC.**

General Motors LLC ("**New GM**"), Family Auto, Inc. and Thys Chevrolet Inc. (collectively, Family Auto, Inc. and Thys Chevrolet, Inc. "**Plaintiffs**"), by and through their respective undersigned attorneys, enter into this Stipulation and Agreed Order and state:

WHEREAS, on October 13, 2010, the United States District Court for the Northern District of Iowa transferred this matter to the United States District Court for the Southern District of New York ("Southern District of New York") for referral to this Court (see Order, Thys Chevrolet, Inc. v. General Motors LLC, Case No. 1:10-cv-00046-LRR (N.D. Iowa Oct. 12, 2010) (Doc. No. 36); see also Doc. No. 37);

WHEREAS, on October 19, 2010, the Southern District of New York entered an Order directing the clerk to transfer this matter to this Court (see Order, Thys Chevrolet, Inc. v. General Motors LLC, No. 1:10-cv-07799-PAC (S.D.N.Y. Oct. 10, 2010) (Doc. No. 38); see also Doc. Entry dated Oct. 25, 2010); and

WHEREAS, the parties have met and conferred regarding the matters identified in this Stipulation and Agreed Order.

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiffs and New GM, through their undersigned counsel, that, in light of the course of the prior

COI-1448330v1

proceedings and the recent procedural developments described above, the parties have met and conferred regarding preliminary scheduling issues in this case and have agreed as follows:

    (1)  That New GM may move, plead, or respond to Plaintiffs' Complaint and/or file counterclaims on or before November 9, 2010, and

    (2)  That the parties shall serve their written discovery responses and/or objections to previously served discovery by November 12, 2010.

    IT IS SO ORDERED

***October 27, 2010***  
New York, New York

***s/ Robert E. Gerber***

United States Bankruptcy Judge

By s/ James H. Arenson  
   James H. Arenson  
   ARENSON & MAAS, PLC  
   425 Second Street E, Suite 900  
   Cedar Rapids, IA 52401  
   319-363-8199  
   jarenson@arensonlaw.com  

   Harry W. Zanville  
   500 West Harbor Drive, Suite 1213  
   San Diego, CA 92101  
   619-231-1781  
   harrywz@cox.net  

*Attorneys for Plaintiffs*

By s/ Jeffrey J. Jones  
   Jeffrey J. Jones (Ohio Bar #0030059)  
   *(pro hac vice)*  
   Jones Day  
   325 John H. McConnell Boulevard, Suite 600  
   P.O. Box 165017  
   Columbus, Ohio  43216-5017  
   614-469-3939  
   jjjones@jonesday.com  

*Attorneys for Defendant General Motors LLC*