UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
In re                                                                          :          Chapter 11
                                                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,         :          Case No. 09-50026 (REG)
　　　f/k/a General Motors Corp., *et al.*                :
                                                                                   :
　　　　　　　　　　Debtors.                         :          (Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

　　　　This is to certify that on October 25, 2010, I caused to be served true and correct copies of Letter, dated October 25, 2010, to the Honorable Robert E. Gerber from Jeffrey J. Jones, regarding *Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Rose Chevrolet, Inc., Halleen Chevrolet, Inc., Andy Chevrolet, Inc., and Leson Chevrolet Company, Inc.* via electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email delivery at the last known addresses as indicated on Exhibit A.

Dated: October 27, 2010
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Scott Davidson
　　　　　　　　　　　　　　　　　　　　　Arthur Steinberg
　　　　　　　　　　　　　　　　　　　　　Scott Davidson
　　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　　　1185 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York  10036
　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 556-2100
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 556-2222
　　　　　　　　　　　　　　　　　　　　　Attorneys for General Motors LLC
　　　　　　　　　　　　　　　　　　　　　f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  **Stephen Karotkin, Esq**.
stephen.karotkin@weil.com
**Joseph H. Smolinsky, Esq.**
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  **Ted Stenger**
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn**: Lawrence S. Buonomo, Esq**.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  **John J. Rapisardi, Esq.**
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn**:  Joseph Samarias, Esq.**
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  **Michael J. Edelman, Esq.**
mjedelman@vedderprice.com
**Michael L. Schein, Esq.**
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  **Thomas Moers Mayer, Esq.**
tmayer@kramerlevin.com
**Robert Schmidt, Esq.**
rschmidt@kramerlevin.com
**Lauren Macksoud, Esq.**
lmacksoud@kramerlevin.com
**Jennifer Sharret, Esq.**
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  **Trevor W. Swett III, Esq.**
tws@capdale.com
**Kevin C. Maclay, Esq.**
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  **Elihu Inselbuch, Esq.**
ei@capdale.com
**Rita C. Tobin, Esq.**
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  **Sander L. Esserman, Esq.**
esserman@sbep-law.com
**Robert T. Brousseau, Esq.**
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  **David S. Jones, Esq.**
david.jones6@usdoj.gov
**Natalie Kuehler, Esq**.
Natalie.kuehler6@usdoj.gov

**Christopher M. DeVito**
Morganstern, MacAdams & DeVito Co., L.R.A.
623 West Saint Clair Avenue
Cleveland, OH  44113-1204
devitolaw@yahoo.com;
cdevito@mmd-law.com

Jones Walker
201 St. Charles Avenue
New Orleans, LA  70170
**Attn: David G. Radlauer, Esq.**
dradlauer@joneswalker.com
**Attn: Thomas A. Casey, Jr., Esq.**
tcaseyjr@joneswalker.com

**Jeffrey J. Jones, Esq.**
Jones Day
325 John H. McConnell Blvd.
Suite 600
Columbus, OH  43215
jjjones@jonesday.com

**Edwin A. Stoutz, Jr.**
Stoutz & Stoutz
3606 Canal Street, #A
New Orland, LA  70119-6142
winnstoutz@aol.com

**Johnny L. Domiano, Jr., Esq.**
701 Poydras Street
Ste 4500
New Orleans, LA  70139
jdomiano@arlaw.com
**Mark R. Bebe, Esq.**
Mark.beebe@awlaw.com
**David C. Coons, Esq.**
david.coons@arlaw.com

**Steven Blatt, Esq.**
Bellavia Gentile & Associates, LLP
200 Old Country Road
Ste 400
Mineola, New York  11501
sblatt@dealerlaw.com

**Jeffrey A. Cooper, Esq.**
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
jcooper@carellabyrne.com
**Marc D. Miceli, Esq.**
mmiceli@carellabyrne.com