Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　:
**In re**　　　　　　　　　　　　　　　　　　　　:　　**Chapter 11 Case No.**
　　　　　　　　　　　　　　　　　　　　　　　　:
**MOTORS LIQUIDATION COMPANY,** *et al.*,　　:　　**09-50026 (REG)**
　　f/k/a General Motors Corp., *et al.*　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Debtors.　　　　:　　**(Jointly Administered)**
　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

### QUARTERLY REPORT OF CLAIMS SETTLED BY THE DEBTORS
### DURING THE FISCAL QUARTER ENDING SEPTEMBER 30, 2010 PURSUANT
### TO ORDER ESTABLISHING PROCEDURES FOR SETTLING CERTAIN CLAIMS

**PLEASE TAKE NOTICE THAT** on October 6, 2009, the Court entered the Order Pursuant to Section 105(a) of title 11, United States Code and Rules 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure Authorizing the Debtors to (i) File Omnibus Claim Objections and (ii) Establish Procedures for Settling Certain Claims [Docket No. 4180] (the "**Settlement Procedures Order**").[1] The Settlement Procedures Order authorized the Debtors to implement procedures to settle certain claims absent Court approval.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in Settlement Procedures Order.

US_ACTIVE:\43540470\02\72240.0639

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Settlement Procedures Order, on or before the 30th day after the commencement of each fiscal quarter, the Debtors are required to file a quarterly report of all settlements of claims into which the Debtors entered during the previous quarter pursuant to the Settlement Procedures Order, but are not required to report settlements if they were the subject of a separate motion pursuant to Bankruptcy Rule 9019.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby report that, during the fiscal quarter ending September 30, 2010, the Debtors entered into the settlements of claims pursuant to the Settlement Procedures Order as set forth on **Exhibit "A"** annexed hereto.

Dated: New York, New York
October 27, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

| # | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 1 | 6/30/2010 | HERRERA, DANIEL | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,500,000. | 30246* 30247 30248 |
| 2 | 7/7/2010 | LOPRESTO, JAMES D. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $800,000. | 38965 |
| 3 | 7/15/2010 | PODBIELSKI, LEONARD | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $200,000. | 14760* 14761 |
| 4 | 7/15/2010 | GAYTAN, RICHARD | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $110,000. | 128 |
| 5 | 7/15/2010 | TEBBETTS, BRITNEY | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $45,000. | 21424 |
| 6 | 7/15/2010 | COUPLED PRODUCTS LLC | Patent Infringement litigation | Claimant to receive an allowed general unsecured claim in the amount of $212,000. | 51342 |
| 7 | 7/21/2010 | QUINN, WILLARD | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,500,000. | 637 |
| 8 | 8/10/2010 | POWLEDGE, ADAM | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,699,074.08 for claim 44614, $490,740.74 for claim 44615, $490,740.74 for claim 44616, and $294,444.44 for claim 44617. | 44614 44615 44616 44617 |
| 9 | 8/10/2010 | WALTON, MICHAEL C. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $200,000 for claim 61015, $350,000 for claim 61016, and $350,000 for claim 61017. All other claims allowed at $0.00. | 61010 61011 61012 61013 61014 61015 61016 61017 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | 8/10/2010 | VARNAU, ARLENE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $75,000. | 65 |
| 11 | 8/10/2010 | FLETCHER, BROOKE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,250,000. | 1767 |
| 12 | 8/17/2010 | SALAZAR, JUSTINO C. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,100,000. | 51034 |
| 13 | 8/18/2010 | ALSTON, KAIYA L. JR. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $50,000. | 28376* 28377 28379 28380 28381 |
| 14 | 8/26/2010 | ACME ROCKFORD GROUP TRUST ACCOUNT | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $155,080. | 14363 |
| 15 | 8/26/2010 | LASKIN FINAL REMEDIATION TRUST FUND | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $187,712. | 45621 |
| 16 | 9/1/2010 | OWENS, BARBARA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000. | 88 |
| 17 | 9/1/2010 | FREIDEL, MICHAEL J. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $3,750,000. | 193 |
| 18 | 9/2/2010 | ARREOLA QUINTANA LUIS FERNANDO | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,600,000. | 16030* 16042 16043 16044 16045 46175 |
| 19 | 9/2/2010 | CAMPOS, NHILZE L. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $5,000 for claim 9481, $525,000 for claim 9483, and $5,000 for claim 9484. | 9481 9483 9484 |
| 20 | 9/7/2010 | BARRY, SPENCER | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $200,000. | 64658* 64659 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | 9/13/2010 | THOMAS LAMPHIEAR AND DELORES LAMPHIEAR | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,750,000. | 39028 |
| 22 | 9/13/2010 | BROWN, JAMES | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $425,000. | 43847 |
| 23 | 9/13/2010 | DIMERCURIO, DOMINICK | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $250,000 for claim 13312 and $500,000 for claim 13311. | 13311 13312 |
| 24 | 9/13/2010 | SCOTT, SHONA DENISE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,750,000. | 334 |
| 25 | 9/20/2010 | CECE YORK, DENISE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,125,000. | 20107 |
| 26 | 9/20/2010 | CLARK, LEANNE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,400,000. | 11789* |
| 27 | 9/21/2010 | HIVES, SHARON DENISE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $800,000. | 363 |
| 28 | 9/23/2010 | LPRSA SITE COOPERATING PARTIES | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $684,297. | 58959 |
| 29 | 9/23/2010 | PCS PHOSPHATE COMPANY INC. | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $41,666.67. | 60599 |
| 30 | 9/23/2010 | CAROLINA POWER & LIGHT COMPANY | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $41,666.67. | 50665 |
| 31 | 9/23/2010 | CONSOLIDATION COAL COMPANY | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $41,666.67. | 59995 |
| 32 | 9/24/2010 | THE LAKELAND SITE PRP GROUP | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $904,472.23. | 59844 |

| | | | | | |
|---|---|---|---|---|---|
| 33 | 9/27/2010 | STUTES, DEBRA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $7,000 for claim 43337, $14,000 for claim 43400, $7,000 for claim 43338, $7,000 for claim 43336, and $340,000 for claim 43409. | 43400 43409 43336 43337 43338 |
| 34 | 5/13/2010** | NOBBE, BRENT | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $3,500,000. | 50622 |
| 35 | 5/13/2010** | RAMOS, MAGDALENDA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $100,000. | 18322* 18323 |
| 36 | 5/20/2010** | TERRY, ROY COOK | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $50,000. | 1428 |
| 37 | 6/15/2010** | MELVIN, RUTH | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $200,000. | 916 |
| 38 | 6/15/2010** | BOHMFALK, RONNIE SR. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,000,000. | 137* 139 |
| 39 | 6/30/2010** | SCHINER, BRIAN ALAN | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000. | 17610 |

\*   The allowed amount referenced in the column titled "Settlement Amount/Terms of Settlement" applies to this proof of claim. The other proofs of claim relating to this settlement have an allowed amount of $0.00.

\*\*   Settlement was reached on listed date, but paperwork wasn't finalized until third quarter.