Hearing Date and Time: November 18, 2010 at 9:45 a.m. (Eastern Time)
Objection Deadline: November 8, 2010

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Philip Bentley
David Blabey

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
In re:                                                             :   Chapter 11 Case No.:
                                                                   :
MOTORS LIQUIDATION COMPANY, et al.                                 :   09-50026 (REG)
        f/k/a General Motors Corp., et al.                         :
                                                                   :
                Debtors.                                           :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X

**NOTICE OF HEARING CONCERNING OBJECTIONS, IF ANY, FILED BY
MESOTHELIOMA CLAIMANTS TO THE COURT'S ORDER PURSUANT TO
BANKRUPTCY RULE 2004 AUTHORIZING THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY TO OBTAIN
DISCOVERY FROM (I) THE CLAIMS PROCESSING FACILITIES FOR CERTAIN
TRUSTS CREATED PURSUANT TO BANKRUPTCY CODE SECTION 524(g), (II)
<u>THE TRUSTS, AND (III) GENERAL MOTORS LLC AND THE DEBTORS</u>**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on November 18, 2010, at 9:45 a.m. (prevailing Eastern Time) to consider Objections, if any, filed by the Mesothelioma

Claimants[1] to the Order Pursuant to Bankruptcy Rule 2004 Authorizing the Official Committee of Unsecured Creditors of Motors Liquidation Company to Obtain Discovery from (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g), (II) the Trusts, and (III) General Motors LLC and the Debtors (Docket No. 6749) (the "**2004 Order**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the 2004 Order by the Mesothelioma Claimants must be made in writing, with a hard copy to Chambers; conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court Southern District of New York; be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended); and be served upon: (i) Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Unsecured Creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Philip Bentley, Esq. and David Blabey, Esq.); so as to be received not later than **November 8, 2010** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that only responses made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the 2004 Order.

Dated: New York, New York
October 27, 2010

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                By: /s/ David Blabey
                    Thomas Moers Mayer
                    Philip Bentley
                    David Blabey
                    1177 Avenue of the Americas
                    New York, New York 10036
                    Phone: (212) 715-9100
                    Fax: (212) 715-8000

                    Counsel for the Official Committee of
                    Unsecured Creditors of Motors Liquidation
                    Company., *et al.*