August 25, 2010

Honorable Robert E. Gerber, U.S. Bankruptcy Judge,
Rm. 621, U.S. Bankruptcy Court,
Southern District of New York,
One Bowling Green,
New York, New York 10004

To Whom It May Concern:

I hereby disagree/object to the "Eighty-Second Omnibus Objection to Claims" By Motors Liquidation Company, et al., Case No. 09-50025 (REG), Jointly Administered with a hearing date and time: September 24, 2010 at 9:45 a.m. (eastern time) and Objection deadline: September 17, 2010 at 4:00 p.m. (eastern time).

It is NOT in my best interest. GM should definitely not be relieved of their responsibility/liability to me by allowing "Claims to be Disallowed and Expunged" in the "Eighty-Second Omnibus Objection to Claims".

My name is:  Frances T. Felice;  (Claim #17273)
            4680 S. W. 42nd St.
            Ocala, Fl. 34474
            352-304-5892

If you need anything further before the deadline, please contact me by phone or writing at the address listed above.

Sincerely,

*Frances Felice*

Frances T. Felice



RECEIVED
AUG 3 0 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK