UNITED STATES BAKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  MOTORS LIQUIDATION COMPANY ET.AL.
f/k/a GENERAL MOTORS CORP., ET AL.,

Case No.09-50026 (REG)
Chapter: 11

Debtor(s)

## CERTIFICATE OF SERVICE

I THOMAS S. GALBO, certify that on October 18, 2010, I served true and correct copies of Ann F. McHugh's Creditor's Response on the following parties by Federal Express Overnight Service:

Name and Address of Party

1. Harvey R. Miller, Stephine N. Karotin and Joseph H. Smolinsky
   Weil, Gotshal & Manges, LLP
   767 Fifth Avenue
   New York, NY 10153

2. Ted Stenger
   Motors Liquidation Company
   500 Renaissance Center, Suite 1400
   Detroit, MI 48243

3. Lawrence S. Buonomo
   General Motors, LLC
   400 Renaissance Center
   Detriot, MI 48265

4. John H. Rapisardi
   Cadwalader, Wickersham & Taft, LLP
   One World Financial Center
   New York, NY 10281

5. Joseph Samarias
   U.S. Department of The Treasury
   1500 Pennsylvania Ave., NW
   Room 2312
   Washington, DC 20220

6. Michael L. Schein and Michael J. Edelman
   Vedder Price, PC
   1633 Broadway, 47th Floor
   New York, NY 10019

7. Robert Schmidt, Lauren Macksoud and Thomas Mores Mayer
   Kramer, Levin, Naftalis & Frankel, LLP
   1177 Avenue of the Americas
   New York, NY 10036

8. Tracy Hope Davis
   Office of the United States Trustee For the Southern District of New York
   33 Whitehall Street, 21st Floor
   New York, NY 10004

9. David S. Jones and Natalie Kuehler
   US Attorney's Office, SDNY
   86 Chambers Street, Third Floor
   New York, NY 10007

10. Rita C. Tobin and Elihu Inselbuch
    Caplin & Drysdale, Chartered
    375 Park Avenue, 35th Floor
    New York, NY 10152-3500

11. Trevor W. Swett, III and Kevin C. Maclay
    Caplin & Drysdale, Chartered
    One Thomas Circle, NW
    Suite 1100
    Washington, DC 20005

12. Sander L. Esserman and Robert T Brousseau
    Stutzman, Bromberg, Essermand & Plifka
    2323 Bryan Street, Suite 2200
    Dallas, TX 75201

Dated: October 26, 2010

S/Thomas S. Galbo
THOMAS S. GALBO