PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
By: DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
(212) 637-2739
david.jones6@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re:

MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*,

                      Debtors,

------------------------------------------------------------- X

                      Chapter 11
                      Case No. 09-50026 (REG)
                      (Jointly Administered)

## NOTICE OF SETTLEMENT OF ORDER

      PLEASE TAKE NOTICE that, in accordance with the oral decision of the Honorable Robert E. Gerber stated on the record upon the conclusion of a hearing on October 21, 2010, the United States of America will present the proposed order annexed hereto to the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, at 12:00 noon on November 5, 2010.

      PLEASE TAKE FURTHER NOTICE that any objections or proposed counter-orders, if any, shall be made in writing, shall state with particularity the grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182 by registered users of the Court's electronic filing system and, by all other parties in interest, on a 3.5 inch disk

or CD, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-182 or by first class mail so as to be actually received by the undersigned not later than two (2) business days prior to November 5, 2010. Unless objections are received by that time, the proposed Order may be signed.

Dated:
October 27, 2010
New York, New York

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney for the
                            Southern District of New York


                  By:    /s/ David S. Jones
                            DAVID S. JONES
                            Assistant United States Attorney
                            United States Attorney's Office
                            86 Chambers Street, 4th floor
                            New York, NY  10007
                            Tel: 212-637-2739
                            Fax: 212-637-2730
                            david.jones6@usdoj.gov

# CERTIFICATE OF SERVICE

I, David S. Jones, am employed in the United States Attorney's Office for the Southern District of New York. On October 27, 2010, I caused to be served a true and correct copy of the attached Notice of Settlement of Order by causing it to be delivered by Federal Express to counsel on the attached service list marked Attachment A, and by email to all persons whose email addresses appear on the transmittal notice annexed as Attachment B.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ David S. Jones
DAVID S. JONES
Assistant United States Attorney

New York, New York
October 27, 2010

ATTACHMENT A

Service List

Trevor W. Swett, III, Esq.
One Thomas Circle, NW
Suite 1100
Washington, D.C. 20005

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, MI 48265

Michael Edelman, Esq.
Vedder Price, P.C.
Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019

Thomas Moers Mayers, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Tracy Hope Davis, Esq.
Office of the United States Trustee for the Southern District
33 Whitehall Street, 21st Floor
New York, New York 10004

Sander L. Esserman, Esq.
2323 Bryan Street
Suite 2200
Dallas, TX 75201

Elihu Inselbuch, Esq.
375 Park Avenue
35th Floor
New York, New York 10152-3500

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Ted Stenger
Motors Liquidation Co.
500 Renaissance Center
Suite 1400
Detroit, MI 48243

ATTACHMENT B

09-50026-mg    Doc 7585    Filed 10/27/10    Entered 10/27/10 16:10:58    Main Document
Pg 7 of 12

8

# Jones, David (USANYS)

| | |
|---|---|
| **From:** | Jones, David (USANYS) |
| **Sent:** | Wednesday, October 27, 2010 3:22 PM |
| **To:** | 'Mueller, Deborah'; 'arbrown@mmm.com'; 'blc@ashrlaw.com'; 'david.boyle@airgas.com'; 'dgolden@akingump.com'; 'nlevine@akingump.com'; 'pdublin@akingump.com'; 'cbasler@alixpartners.com'; 'dfish@allardfishpc.com'; 'cwoodruff-neer@alpine-usa.com'; 'Elizabeth.Spangler@arcadis-us.com'; 'sullivan.james@arentfox.com'; 'rothleder.jeffrey@arentfox.com'; 'dowd.mary@arentfox.com'; 'dgoing@armstrongteasdale.com'; 'dladdin@agg.com'; 'campbell.andrea@arentfox.com'; 'jg5786@att.com'; 'frank.white@agg.com'; 'hwangr@michigan.gov'; 'leslie.levy@nebraska.gov'; 'bk-mbrowning@oag.state.tx.us'; 'victoria.garry@ohioattorneygeneral.gov'; 'raterinkd@michigan.gov'; 'bk-kwalsh@oag.state.tx.us'; 'przekopshaws@michigan.gov'; 'neal.mann@oag.state.ny.us'; 'jhutchinson@bakerlaw.com'; 'rbernard@bakerlaw.com'; 'wgibson@bakerlaw.com'; 'mmoseley@bakerdonelson.com'; 'summersm@ballardspahr.com'; 'jgregg@btlaw.com'; 'mark.owens@btlaw.com'; 'rcpottinger@bslbv.com'; 'ffm@bostonbusinesslaw.com'; 'CSALOMON@BECKERGLYNN.COM'; 'tgaa@bbslaw.com'; 'anna.boelitz@bingham.com'; 'jared.clark@bingham.com'; 'jeffrey.sabin@bingham.com'; 'robert.dombroff@bingham.com'; 'jonathan.alter@bingham.com'; 'mrichards@blankrome.com'; 'ei@capdale.com'; 'Kelbon@blankrome.com'; 'JRumley@bcbsm.com'; 'wgibson@bakerlaw.com'; 'egoodman@bakerlaw.com'; 'cdarke@bodmanllp.com'; 'mbakst@bodmanllp.com'; 'borgeslawfirm@aol.com'; 'renee.dailey@bgllp.com'; 'bwilliam@gklaw.com'; 'rbrown@brownwhalen.com'; 'bankruptcy.asbpo.asbdom@braytonlaw.com'; 'JMcDonald@Briggs.com'; 'wilkins@bwst-law.com'; 'hall@bwst-law.com'; 'soneal@cgsh.com'; 'schristianson@buchalter.com'; 'JKim@burkelaw.com'; 'Gring@Burkelaw.com'; 'Peter.Lee@bnsf.com'; 'ccarson@burr.com'; 'paige@bsplaw.com'; 'sidorsky@butzel.com'; 'fishere@butzel.com'; 'seidel@butzel.com'; 'fishere@butzel.com'; 'radom@butzel.com'; 'newman@butzel.com'; 'cbblac@acxiom.com'; 'john.rapisardi@cwt.com'; 'douglas.mintz@cwt.com'; 'zachary.smith@cwt.com'; 'peter.friedman@cwt.com'; 'rfiga@comlawone.com'; 'rweinstein@cusa.canon.com'; 'pvnl@capdale.com'; 'rer@capdale.com'; 'ei@capdale.com'; 'rct@capdale.com'; 'tws@capdale.com'; 'kcm@capdale.com'; 'brcy@carsonfischer.com'; 'mweinczok@casselsbrock.com'; 'alan@chapellassociates.com'; 'ccahill@clarkhill.com'; 'rgordon@clarkhill.com'; 'BSUSKO@CGSH.COM'; 'dbuell@cgsh.com'; 'jbromley@cgsh.com'; 'DGOTTLIEB@CGSH.COM'; 'RLINCER@CGSH.COM'; 'bceccotti@cwsny.com'; 'goldberg@cwg11.com'; 'chemrick@connellfoley.com'; 'sfalanga@connellfoley.com'; 'pretekin@coollaw.com'; 'belkys.escobar@loudoun.gov'; 'mbaxter@cov.com'; 'sjohnston@cov.com'; 'jcarberry@cl-law.com'; 'lisa.wurster@dana.com'; 'donald.bernstein@dpw.com'; 'gm@dmms.com'; 'msteen@daypitney.com'; 'hryder@daypitney.com'; 'rmeth@daypitney.com'; 'adoshi@daypitney.com'; 'info@dealertire.com'; 'jpowers@debevoise.com'; 'rfhahn@debevoise.com'; 'james.moore@dechert.com'; 'juliet.sarkessian@dechert.com'; 'shmuel.vasser@dechert.com'; 'CONTACT-OCFO@DOL.GOV'; 'dmertz@state.pa.us'; 'csweeney@dickinsonwright.com'; 'dyitzchaki@dickinsonwright.com'; 'jplemmons2@dickinsonwright.com'; 'kewald@dickinsonwright.com'; 'mchammer3@dickinsonwright.com'; 'gdiconza@dlawpc.com'; 'karol.denniston@dlapiper.com'; 'jennifer.nassiri@dlapiper.com'; 'kristin.going@dbr.com'; 'stephanie.wickouski@dbr.com'; 'Kristin.Going@dbr.com'; 'ayala.hassell@hp.com'; 'jwhitlock@eapdlaw.com'; 'tak@elliottgreenleaf.com'; 'rxza@elliottgreenleaf.com'; 'george.sanderson@elliswinters.com'; 'akatz@entergy.com'; 'jmurch@foley.com'; 'deisenberg@ermanteicher.com'; 'eerman@ermanteicher.com'; 'druhlandt@ermanteicher.com'; 'mkogan@ecjlaw.com'; 'ngoteiner@fbm.com'; 'ppascuzzi@ffwplaw.com'; 'rhuey@foley.com'; 'mriopelle@foley.com'; 'vavilaplana@foley.com'; 'fdicastri@foley.com'; 'jlee@foley.com'; 'maiello@foley.com'; 'sbarbatano@foley.com'; 'shilfinger@foley.com'; 'jsimon@foley.com'; 'sseabolt@foley.com'; 'fdicastri@foley.com'; 'kcatanese@foley.com'; 'klynch@formanlaw.com'; 'fstevens@foxrothschild.com'; 'tfawkes@freebornpeters.com'; 'ahammer@freebornpeters.com'; 'rgreenberg@dclawfirm.com'; 'bguy@fbtlaw.com'; 'mhaut@fulbright.com'; 'lboydston@fulbright.com'; 'lstrubeck@fulbright.com'; 'lboydston@fulbright.com'; 'mparker@fulbright.com'; 'drosenzweig@fulbright.com'; 'jrabin@fulbright.com'; 'lawrence.s.buonomo@gm.com'; 'prachmuth@gerstensavage.com'; 'dcrapo@gibbonslaw.com'; 'dfeldman@gibsondunn.com'; 'mjwilliams@gibsondunn.com'; |

1

**To:**  'dcg@girardgibbs.com'; 'ajd@girardgibbs.com'; 'Glenn.Reisman@ge.com';
'tnixon@gklaw.com'; 'candres@gklaw.com'; 'kstadler@gklaw.com'; 'bdelfino@ghsllp.com';
'jberlage@ghsllp.com'; 'bhoover@goldbergsegalla.com'; 'cbelter@goldbergsegalla.com';
'dfurth@golenbock.com'; 'jflaxer@golenbock.com'; 'bmehlsack@gkllaw.com';
'drosner@goulstonstorrs.com'; 'gkaden@goulstonstorrs.com'; 'Zirinskyb@gtlaw.com';
'Kadisha@gtlaw.com'; 'Mitchelln@gtlaw.com'; 'hpatwardhan@hahnhessen.com';
'jdivack@hahnhessen.com'; 'dademarco@hahnlaw.com'; 'ldpowar@hahnlaw.com';
'jdyas@halperinlaw.net'; 'cbattaglia@halperinlaw.net'; 'info@harmanbecker.de';
'solson@hausfeldllp.com'; 'jonathan.hook@haynesboone.com';
'patrick.hughes@haynesboone.com'; 'peter.ruggero@haynesboone.com';
'charles.beckham@haynesboone.com'; 'brooks.hamilton@haynesboone.com';
'judith.elkin@haynesboone.com'; 'matthew.russell@haynesboone.com';
'bshort@hsblawfirm.com'; 'sselbst@herrick.com'; 'prubin@herrick.com';
'ecurrenti@hess.com'; 'Ramona.neal@hp.com'; 'amy.chipperson@hp.com';
'tcurran@haslaw.com'; 'skatzoff@hblaw.com'; 'skatzoff@hblaw.com'; 'sagolden@hhlaw.com';
'bjgrieco@hhlaw.com'; 'tsherick@honigman.com'; 'jsgroi@honigman.com';
'rweiss@honigman.com'; 'jrhunter@hunterschank.com'; 'tomschank@hunterschank.com';
'anne.boudreau@ic.gc.ca'; 'rgriffin@iuoe.org'; 'memberservices@iuawfcu.com';
'nganatra@uaw.net'; 'mneier@ibolaw.com'; 'jlsaffer@jlsaffer.com'; 'rkruger@jaffelaw.com';
'dmurray@jenner.com'; 'ptrostle@jenner.com'; 'jboyles@jhvgglaw.com';
'mam@johnstonbarton.com'; 'eric.moser@klgates.com'; 'jeff.rich@klgates.com';
'rsmolev@kayescholer.com'; 'jstitt@kmklaw.com'; 'twilson@kelley-ferraro.com';
'KDWBankruptcyDepartment@kelleydrye.com';
'KDWBankruptcyDepartment@kelleydrye.com'; 'sjennik@kjmlabor.com';
'tmurray@kjmlabor.com'; 'pwh@krwlaw.com'; 'jed@krwlaw.com'; 'ecf@kaalaw.com';
'MBranzburg@klehr.com'; 'jwe@kjk.com'; 'jmacyda@kotzsangster.com';
'fberg@kotzsangster.com'; 'jsharret@kramerlevin.com'; 'lmacksoud@kramerlevin.com';
'rschmidt@kramerlevin.com'; 'tmayer@kramerlevin.com'; 'acaton@kramerlevin.com';
'mws@kompc.com'; 'psm@kompc.com'; 'dmb@kompc.com'; 'abruski@lambertleser.com';
'scook@lambertleser.com'; 'Adam.Goldberg@lw.com'; 'Robert.Rosenberg@lw.com';
'gabriel.delvirginia@verizon.net'; 'sheehan@txschoollaw.com'; 'larrykraines@gmail.com';
'michael.conway@leclairryan.com'; 'michael.hastings@leclairryan.com'; 'rstroup@lrbpc.com';
'rbarbur@lrbpc.com'; 'shepner@lrbpc.com'; 'klewis@lewispllc.com';
'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com'; 'jashley@lockelord.com'; 'kwalsh@lockelord.com';
'ilevee@lowenstein.com'; 'steele@lowenstein.com'; 'metkin@lowenstein.com';
'khk@maddinhauser.com'; 'msl@maddinhauser.com'; 'smatta@mattablair.com';
'dhartheimer@mazzeosong.com'; 'cstanziale@mccarter.com'; 'jtesta@mccarter.com';
'kab@mccarthylebit.com'; 'rrk@mccarthylebit.com'; 'gbragg@mvbalaw.com';
'sveselka@mvbalaw.com'; 'mreed@mvbalaw.com'; 'cdorkey@mckennalong.com';
'cgraham@mckennalong.com'; 'jmayes@mckennalong.com'; 'lamme@mltw.com';
'privitera@mltw.com'; 'elobello@msek.com'; 'hkolko@msek.com'; 'gardinerk@michigan.gov';
'msholmes@cowgillholmes.com'; 'gillcr@michigan.gov'; 'funds@michigan.gov';
'wcacinfo@michigan.gov'; 'skhalil@milbank.com'; 'tlomazow@milbank.com';
'mbarr@milbank.com'; 'ecfsarbt@millerjohnson.com'; 'ecfwolfordr@millerjohnson.com';
'hutchinson@millercanfield.com'; 'robbins@millercanfield.com'; 'fusco@millercanfield.com';
'swansonm@millercanfield.com'; 'pricotta@mintz.com'; 'sdnyecf@dor.mo.gov';
'joneil@mmwr.com'; 'nramsey@mmwr.com'; 'AGOTTFRIED@MORGANLEWIS.COM';
'RTODER@MORGANLEWIS.COM'; 'eliu@morganlewis.com'; 'hbeltzer@morganlewis.com';
'rmauceri@morganlewis.com'; 'bankruptcy@morrisoncohen.com'; 'jbaden@motleyrice.com';
'jrice@motleyrice.com'; 'jgilbert@motleyrice.com'; 'TStenger@alixpartners.com';
'CMcManus@muchshelist.com'; 'mkoks@munsch.com'; 'rsox@dealerlawyer.com';
'nwbernstein@nwbllc.com'; 'dsammons@nagelrice.com'; 'dbrody@borahgoldstein.com';
'Gkelly@narmco.com'; 'jrice@nagelrice.com'; 'george.cauthen@nelsonmullins.com';
'peter.haley@nelsonmullins.com'; 'cameron.currie@nelsonmullins.com';
'Maureen.Leary@oag.state.ny.us'; 'Susan.Taylor@oag.state.ny.us'; 'steven.koton@ag.ny.gov';
'cmomjian@attorneygeneral.gov'; 'Info@AndrewCuomo.com';
'lucas.ward@ohioattorneygeneral.gov'; 'MJR1@westchestergov.com';
'Michelle.sutter@ohioattorneygeneral.gov'; 'RWYRON@ORRICK.COM';
'RFRANKEL@ORRICK.COM'; 'rlawrence@orrick.com'; 'jansbro@orrick.com';
'rwyron@orrick.com'; 'email@orumroth.com'; 'tsandler@osler.com';
'DWALLEN@OSHR.COM'; 'OSHR-GM-bk@oshr.com'; 'JHELFAT@OSHR.COM';
'SSOLL@OSHR.COM'; 'chipford@parkerpoe.com'; 'mphillips@paulweiss.com';
'bhermann@paulweiss.com'; 'arosenberg@paulweiss.com';

2

**To:** 'harveystrickon@paulhastings.com'; 'jkoevary@paulweiss.com'; 'akornberg@paulweiss.com'; 'ipohl@paulweiss.com'; 'rzubaty@paulweiss.com'; 'mphillips@paulweiss.com'; 'bhermann@paulweiss.com'; 'arosenberg@paulweiss.com'; 'pweintraub@paulweiss.com'; 'sshimshak@paulweiss.com'; 'maricco.michael@pbgc.gov'; 'caseyl@pepperlaw.com'; 'toolee@pepperlaw.com'; 'jaffeh@pepperlaw.com'; 'nogglel@pepperlaw.com'; 'kayesd@pepperlaw.com'; 'ebcalvo@pbfcm.com'; 'joy.e.tanner@altria.com'; 'carignanj@pepperlaw.com'; 'tsadutto@platzerlaw.com'; 'dlerner@plunkettcooney.com'; 'mfleming@plunkettcooney.com'; 'dbernstein@plunkettcooney.com'; 'rmschechter@pbnlaw.com'; 'jsmairo@pbnlaw.com'; 'fp@previant.com'; 'rmcneill@potteranderson.com'; 'tbrown-edwards@potteranderson.com'; 'dbaldwin@potteranderson.com'; 'sjg@previant.com'; 'rpatel@pronskepatel.com'; 'aberkowitz@proskauer.com'; 'srutsky@proskauer.com'; 'Christopher.Combest@quarles.com'; 'Faye.Feinstein@quarles.com'; 'jrabinowitz@rltlawfirm.com'; 'rrm_narumanchi@hotmail.com'; 'stingey@rqn.com'; 'Lee_Cooper@raytheon.com'; 'eschaffer@reedsmith.com'; 'kgwynne@reedsmith.com'; 'cfelicetta@reidandriege.com'; 'tlzabel@rhoadesmckee.com'; 'rmallenski@aol.com'; 'richardnotice@rwmaplc.com'; 'mfriedman@rkollp.com'; 'jshickich@riddellwilliams.com'; 'akress@riker.com'; 'akress@riker.com'; 'rkchevysales@rkautogroup.net'; 'judith.adler@us.bosch.com'; 'rsmith@cniinc.cc'; 'rpm@robinsonbrog.com'; 'aleffert@rwolaw.com'; 'kstrickland@rmkb.com'; 'pbosswick@ssbb.com'; 'cbelmonte@ssbb.com'; 'aisenberg@saul.com'; 'jhampton@saul.com'; 'tcurrier@saul.com'; 'glee@schaferandweiner.com'; 'rheilman@schaferandweiner.com'; 'bdeutsch@schnader.com'; 'bbressler@schnader.com'; 'adam.harris@srz.com'; 'david.karp@srz.com'; 'mschonfeld@gibsondunn.com'; 'dlin@seyburn.com'; 'dlin@seyburn.com'; 'bshaw100@shawgussis.com'; 'jfrizzley@shearman.com'; 'fsosnick@shearman.com'; 'bwolfe@sheppardmullin.com'; 'mcademartori@sheppardmullin.com'; 'kkansa@sidley.com'; 'etillinghast@sheppardmullin.com'; 'achaykin@shinnfuamerica.com'; 'avery@silvermanmorris.com'; 'ARosen@SilvermanAcampora.com'; 'DMACK@STBLAW.COM'; 'PPANTALEO@STBLAW.COM'; 'mshriro@singerlevick.com'; 'levick@singerlevick.com'; 'kayalyn.marafioti@skadden.com'; 'jack.butler@skadden.com'; 'nboehler@cbmlaw.com'; 'nboehler@cbmlaw.com'; 'cmeyer@ssd.com'; 'tcornell@stahlcowen.com'; 'ccaldwell@starkreagan.com'; 'wpayne@stemberfeinstein.com'; 'EDOYLE@STEMBERFEINSTEIN.COM'; 'JSTEMBER@STEMBERFEINSTEIN.COM'; 'EFEINSTEIN@STEMBERFEINSTEIN.COM'; 'shgross5@yahoo.com'; 'cbullock@sbplclaw.com'; 'sgoll@sbplclaw.com'; 'bmeldrum@stites.com'; 'nashvillebankruptcyfilings@stites.com'; 'streusand@streusandlandon.com'; 'newton@sbep-law.com'; 'd'apice@sbep-law.com'; 'hartwick@sbep-law.com'; 'esserman@sbep-law.com'; 'brousseau@sbep-law.com'; 'cbodell@sandw.com'; 'jgroves@sandw.com'; 'azuccarello@sandw.com'; 'jdarcey@sandw.com'; 'rhiersteiner@sandw.com'; 'dselwocki@swappc.com'; 'jteitelbaum@tblawllp.com'; 'marvin.clements@ag.tn.gov'; 'lischen@tcwtgn.com'; 'djr@thecreditorslawgroup.com'; 'barbara_keane@gardencitygroup.com'; 'casey.roy@oag.state.tx.us'; 'dkowich@umich.edu'; 'rbrownlee@thompsoncoburn.com'; 'jesse@tipotexchevrolet.com'; 'mgamell@tlggr.com'; 'tmartin@torys.com'; 'abauer@torys.com'; 'sdellafera@trenklawfirm.com'; 'BRETT.GOODMAN@TROUTMANSANDERS.COM'; 'jeffrey.kelley@troutmansanders.com'; 'paula.christ@trw.com'; 'JOSEPH.SAMARIAS@DO.TREAS.GOV'; 'mkilgore@up.com'; Kuehler, Natalie (USANYS); Cordaro, Joseph (USANYS); Oestericher, Jeffrey (USANYS); ATR-Antitrust - Internet (ATR); ASKDOJ (JMD); 'djury@usw.org'; 'MJEDELMAN@VEDDERPRICE.COM'; 'MSchein@vedderprice.com'; 'MJEdelman@vedderprice.com'; 'lakatz@venable.com'; 'roran@velaw.com'; 'tscobb@vorys.com'; 'gtoering@wnj.com'; 'crusemg@wnj.com'; 'sgrow@wnj.com'; 'rbarrows800@gmail.com'; 'rbarrows@wdblaw.com'; 'HARVEY.MILLER@WEIL.COM'; 'JOSEPH.SMOLINSKY@WEIL.COM'; 'STEPHEN.KAROTKIN@WEIL.COM'; 'karpek@whiteandwilliams.com'; 'young@wildman.com'; 'dockterman@wildman.com'; 'dpacheco@wilentz.com'; 'laccarrino@wilentz.com'; 'uncbill@msn.com'; 'dennis.jenkins@wilmerhale.com'; 'melanie.dritz@wilmerhale.com'; 'philip.anker@wilmerhale.com'; 'cschreiber@winston.com'; 'mcohn@winston.com'; 'mbotica@winston.com'; 'sschwartz@winston.com'; 'wdcoffeylaw@yahoo.com'; 'swolfson@wolfsonbolton.com'; 'jwyly@wylyrommel.com'; 'bleinbach@zeklaw.com'; 'skrause@zeklaw.com'; 'MICHELE.MEISES@WEIL.COM'; 'wallace@millercanfield.com'

**Cc:** 'Jakubowski, Steven'

**Subject:** RE: Motors Liquidation Company, et al., f/k/a General Motors Corp., et al., Chapter 11 Case No. 09-50026 (REG)

3

**Attachments:**  order denying UCC motion Oct 2010.doc.pdf; Notice of Settlement of Order.avoidance.pdf

Dear counsel –

As directed by Judge Gerber at the conclusion of his ruling in open court on October 21, I attach a copy of Notice of Settlement of Order to deny (without prejudice) the Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility. We will shortly file the notice by ECF.

Prior to filing, I will insert as Exhibit B to the notice a copy of this email transmission, to reflect the recipients whom I have served by email.

Sincerely,

David S. Jones
AUSA-SDNY
86 Chambers Street, Third Floor
New York, NY 10007
Tel. 212-637-2739
Fax 212-637-2730