UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                             Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,                              Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,

                                                    Debtors,                  (Jointly Administered)


------------------------------------------------------------------------X

## ORDER DENYING MOTION OF THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## OF MOTORS LIQUIDATION COMPANY TO ENFORCE (A) THE FINAL DIP
## ORDER, (B) THE WIND-DOWN ORDER, AND (C) THE AMENDED DIP FACILITY

Upon the "Motion of the Official Committee of Unsecured Creditors to Enforce (A) the Final DIP Order, (B) the Wind-Down Order, and (C) the Amended DIP Facility" (the "**Motion**" [Dkt. No. 7226]), and good and sufficient notice having been provided, and upon the papers filed in response thereto, and upon argument held in open Court on October 21, 2010, and for the reasons stated in the Court's oral ruling delivered in open Court on October 21, 2010;

It is hereby ORDERED that the Motion is denied without prejudice for the reasons stated by the Court in its oral ruling dated October 21, 2010.

Dated: New York, New York
October __, 2010

                                                                                                              _____
                                                                                                      United States Bankruptcy Judge