UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                              :
In re                                                         :      Chapter 11
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :      Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*                  :
                                                              :      (Jointly Administered)
                Debtors.                                      :
------------------------------------------------------------x

### MOTION FOR ADMISSION TO
### PRACTICE, *PRO HAC VICE*, OF RAMYA RAVINDRAN

I, Ramya Ravindran, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice*, to represent International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Ramya Ravindran<br>Bredhoff & Kaiser, P.L.L.C.<br>805 15th Street, N.W. Suite 1000<br>Washington, D.C. 20005 |
| Telephone: | 202-842-2600 |
| E-Mail: | rravindran@bredhoff.com |

I have agreed to pay the fee of $25 upon the approval by this Court admitting me to practice *pro hac vice*.

Dated: October 25, 2010                                Respectfully Submitted,

| | |
|---|---|
| | /s/ RAMYA RAVINDRAN<br>Andrew D. Roth (DC Bar 414038)<br>aroth@bredhoff.com<br>Ramya Ravindran (DC Bar 980728)<br>rravindran@bredhoff.com<br>**Bredhoff & Kaiser, PLLC**<br>805 Fifteenth Street, N.W., Suite 1000<br>Washington, DC 20005<br>(202) 842-2600 |