# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ENTERGY MISSISSIPPI INC<br>C/O ENTERGY MISSISSIPPI INC MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS,LA,70174 |
| Claim Number (if known): | 985 |
| Date Claim Filed: | 8/4/2009 |
| Total Amount of Claim Filed: | $35,283.89 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/4/2010

By: ENTERGY MISSISSIPPI INC

Print Name: Ron A Matewski

Title (if applicable): Sr. Cust. Svc. Rep.



US_ACTIVE:¥43219392¥02¥72240.0639