The Riningers
22653 Inverness Way
Foley AL 36535

10-15-10

US Bankruptcy Court
Case # 09 50026

I am a retired salary GM employee. My wife and I have 2309 shares of GM stock. We feel hurt financially with this case. Please consider some relief for the small stock holder. The accompanying attachment shows the cert. #, purchase date and joint or single ownership.

Thank you
John Rininger
251 955-1705


RECEIVED
OCT 25 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

| No | Date | # | |
|---|---|---|---|
| DT 646 834 | 2-28-81 | 56 | |
| NT 636 718 | 4-2-86 | 55 | |
| DT 39 195 | A00 1 74 | 16 | |
| DF 198 582 | 1-15 74 | 16 | |
| DF 55 811 | 1-22 71 | 9 | |
| DT 543 946 | 2-1 80 | 48 | |
| DD 122 160 | A06 30 79 | 228 | |
| DK 179 397 | 1-26-72 | 10 | |
| DT 377 809 | 2-1 78 | 61 | |
| NT 310 913 | A06 1-83 | 81 | |
| DT 255 572 | 1-1-77 | 32 | |
| DT 167 019 | 2-2-76 | 19 | |
| DT 452 457 | 1-1-79 | 65 | |
| VX 083 212 | 33 1 89 | 311 | |
| UT 733 482 | 1-29-88 | 1 | |
| NE 291 629 | 2-27 87 | 452 | |
| NT 679 186 | 2-13 87 | 1 | |
| NX 041 194 | 3-3-89 | 839 | |
| NE 536 261 | 11-21-68 | 9 | * Replacement |
|  |  | 622   1687 | |
|  |  | 622 | |
|  |  | 2309 | |