UNITED STATES BANKRUPTCY : Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK : Docket No. 3258   6 July 2009

In Re: : Chapter 11 Case No.
GENERAL MOTORS CORP., et al., : 09-50026 (REG)
                    Debtors : (Jointly Administered)

RESPONDENT BOND HOLDER: : 7.20% Due 15 Jan 2011  ($ 20,000)
: Cusip/isin 370442BB0   Claim # 1
FRANCES H. CATERINA and All :
Others Similarly Situated, et al : 7.70% Due 15 Apr 2016  ($ 6,000)
: Cusip/isin 370442AU9   Claim # 2
              Objector/s : (Frances H. Caterina-Rebuttal 9/9/10;
Ref. Claim # 14061  10/21/09 : 2nd Reply to Debtors Telephone reply to
: Rebuttal 9/21/10; Rebuttal to Reply 10/22/10

REBUTTAL TO DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO RESPONSES RECEIVED
IN CONNECTION WITH CERTAIN OMNIBUS OBJECTORS TO DUPLICATIVE DEBT CLAIMS

Frances H Caterina, Bond Holder; & all others Similarly Situated, 3rd reply rebutts as follows:

1) Claiments are not claiming a double recovery as Debtors profess as it is understood by settling ; claim that Objectors would wave WTC's settlement.

2) WTC is not apart of Claiment's IRA account as not even Morgan Stanley is authorized to settle/ GM without Claiment's written Authority.

3) Under the UCC Code all Bondholders are secured investments.

4) To Expunge 18,097 Proofs of Claim ($ 753,905,738) violates 18 USC 241&2.

5) Debtor, who lacks constitutional rights, can not expunge said Constitutional rights of all Claiments.

6) Debtors did communicate with Claiments who responded with Authorization to Settle Claim thus consenting to resolve claim in question.

7) To date not one of the 18,097 proof of claim has attached to this claim.

8) "There is no right to trial by jury in the contex of an asset sale pursuant to Section 363 of the Bankruptcy Code!" GM's response violates as noted in Miranda: "No rule or legislation can abrigate said rights."

9) There is no duplicity of claim as WTC Trustee is not apart of Claiment's IRA Account and Wilmington Trust is a foreign enity w/o constitutional rights.

10) This Claim is now Secured per 18 USC 241 & 242, per Miranda v Arizona; 348 US 433; 86 Sup Ct Rpt 1602, n73 p 1608 and the UCC Code.

CONCLUSION:

In Essence to Expunge this claim is to Quash the Constitution of the United States of America and make it 'Moot'. Respectfully submitted herein.

Respondent Bond Holder Frances H. Caterina and All
Others Similarly Situated  *Frances H. Caterina*
                                              Frances H. Caterina, et al

"All Rights Reserved UCC 1-207 Explicit.,
In Pro Se, without prejudice"

Date: 22 Oct, 2010
202 Kenyon Dr.                                    phone (570) 489-8741
Peckville, PA 18452

(1)

```
UNITED STATES BANKRUPTCY          : Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK     : Docket No. 3258    6 July 2009
                                  :
In Re:                            : Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,     : 09-50026   (REG)
                    Debtors       : (Jointly Administered)
                                  :
RESPONDENT BOND HOLDER:           : 7.20% Due 15 Jan 2011  ($ 20,000)
FRANCES H. CATERINA and All       : Cusip/isin  370442BB0   Claim # 1
Others Similarly Situated, et al  : 7.70% Due 15 Apr 2016  ($  6,000)
                    Objector/s    : Cusip/isin  370442AU9   Claim # 2
Ref. Claim # 14061  10/21/09      : (Frances H. Caterina - 1st Rebuttal 9/9/10
                                  : ; 2nd Reply to Debtors Telephone reply to
                                  : Rebuttal 9/21/10; Rebuttal Reply 10/22/10
```

PROOF OF SERVICE  10/22/10

I Frances H. Caterina, Objector/s, certify that I served thru United States Mail, First Class postage prepaid the following:

REBUTTAL TO DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO RESPONSES RECEIVED IN CONNECTION WITH CERTAIN OMNIBUS OBJECTORS TO DUPLICATIVE DEBT CLAIMS

to the following:

✓ Chambers of Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green Room 621
New York, New York    10004-1408

Kramer Levin Naftalis & Frankel LLP
attorneys for the statutory committee
of unsecured creditors
1177 Avenue of the Americas
New York, New York    10036
(Attn: Jennifer Sharret, Esq.)

Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York    10153
(Attn: Joseph H Smolinsky, Esq)

Mailed out 22 October 2010

SO CERTIFIED:  *Frances H. Caterina*

Frances H. Caterina, Claiment Bondholder

(2)

| Docket No. | Name of Objector | Summary of Objection | Response |
|---|---|---|---|
| 1759 | Radha R.M. Narumanchi | The Debtors did not provide adequate notice of the 363 Motion to its stakeholders. The 363 Motion should not be decided in an expedited manner. | *See* below response (to Docket No. 1969). |
| 1891 | Francis H. Caterina, et al | The MPA violates the U.C.C. and unfairly denies objectors the right to a trial by jury. | The 363 Transaction, as contemplated by the MPA, is allowed under the Bankruptcy Code. *See* below response (to Docket No. 1969).<br><br>There is no right to a trial by jury in the context of an asset sale pursuant to section 363 of the Bankruptcy Code. |
| 1893 | Sandra Stevens Goodale | The 363 Transaction does not provide an equitable result to bondholders as compared to other GM stakeholders. | *See* below response (to Docket No. 1969). |
| 1897 | Charles and Mary Reckard | The 363 Transaction does not provide an equitable result to bondholders as compared to other GM stakeholders. | *See* below response (to Docket No. 1969). |
| 1924 | Lucile E. Cochran | The 363 Transaction does not provide an equitable result to bondholders as compared to other GM stakeholders. | *See* below response (to Docket No. 1969). |

(7)

2

EXHIBIT ' F '

US_ACTIVE:\43083020\05\43083020_5.DOC\72240.0639

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No. 1891  17 June 2009<br>Docket No. 3158   6 July 2009 |
| In Re:<br>GENERAL MOTORS CORP., et al.,<br>              Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |
| RESPONDENT BOND HOLDER:<br>FRANCES H. CATERINA and All<br>Others Similarly Situated, et al<br>              Objector/s<br>Ref. Claim # 14061  10/21/09 | 7.20% Due 15 Jan 2011 ($ 20,000)<br>Cusip/isin 370442BB0  Claim # 1<br>7.70% Due 15 Apr 2016 ($ 6,000)<br>Cusip/isin 370442AU9  Claim # 2<br>(Frances H. Caterina) |

## REBUTTAL TO DEBTORS OBJECTION TO DUPLICATE CLAIM

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do/does object, oppose and rebut Debtors Objection to Individual Debt Claims as follows:

1) Claim is not dupliciative, but rather is one claim argued by the Claiment under Due Process (a Constitutional Right/ Standing), and by WTC a Trustee under separate issue.

2) WTC Trustee can not supersede Claiments asserted Due Process nor negate all filings as moot and the Court must consider both arguements as valid and Debtors can not negate one or the other for the convienance of litigation as this would in effect obstruct the assertion of Claiments Constitutional Rights violative of 18 USC 241 and 18 USC 242.

3) The Court is compelled to consider both the Claiments filings and WTC's Filings and only to disallow one or the other is unconstitutional and to expunge either is to deny 'Due Process' and criminal under 18 USC Sections 241 and 242.

4) Debtors through their Attorneys are not only stealing Claiments Money thru Bonds a so-called Secured investment; but are now also stealing their Constitutional Rights thru the guise of Bankruptcy!

5) For the following reasons stated hereinabove the Debtors Motion claiming "Claim is duplicative . . ." ought to be quashed and voided

Frances H. Caterina Bondholder and Claiment Rebutts Debtors objection to duplicative of claim as it must be allowed. Respectfully submitted.
Respondent Bond Holder Frances H. Caterina and All
Others Similarly Situated

*Frances H. Caterina*
Frances H. Caterina, et al

Dated 6th Sept 2010
202 Kenyon Dr.
Peckville, PA 18452

All Rights Reserved UCC 1-207 Explicit.,
In Pro Se, without prejudice"
phone (570) 489-8741

(1)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Docket No. 1891  17 June 2009 |
| SOUTHERN DISTRICT OF NEW YORK | Docket No. 3158  6 July 2009 |
| In Re: | Chapter 11 Case No. |
| GENERAL MOTORS CORP., et al., | 09-50026 (REG) |
| Debtors | (Jointly Administered) |
| RESPONDENT BOND HOLDER: | 7.20% Due 15 Jan 2011 ($ 20,000) |
| FRANCES H. CATERINA and All | Cusip/isin 370442BB0   Claim # 1 |
| Others Similarly Situated, et al | 7.70% Due 15 Apr 2016 ($ 6,000) |
| Objector/s | Cusip/isio 370442AU9   Claim # 2 |
| Ref. Claim # 14061 10/21/09 | (Frances H. Caterina - Rebuttal 9/9/10) |

## 2nd REPLY TO GM'S REPLY TO REBUTTAL TO DEBTORS MOTION TO DUPLICATIVE CLAIM

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do/does object and rebut Debtor's Objection to Individual Debt Claims thru 2nd Reply responding to Debtor's telephone Reply to Rebuttal as follows:

1) Prior US Sup Ct litigation does not make Claiment a serial litigant.

2) GM being agents Weil, Gotshal & Manges attorneys for the Debtor.

3) The Line: "Where rights secured by the Constitution are involved, their can be no rule making or legislation which abrogate then." (emphasis added) cite: Ernesto A. Miranda v State of Arizona, 348 US 433; 86 Sup Ct Rpt 1602; n73 p 1608

4) GM's agents, via telephone, replied to Claiment's Rebuttal as follows:
   1) 9/16/10 5:45 PM Agent R. Brooks: " He's/GM - They are not doing what you think call him back 9 AM - 9 PM".
   2) 9/20/10 8:17 PM Agent P. Falabella ? "We don't understand Rebuttal please explain ?"

5) The Court is to consider Voiding Claims of Individual Bond Holders in favor of WTC Trustee's Claim whereas Trustee has no personal money in GM Bonds and the Individual Claiments have over $ 27.2 Billion involved!

6) The Due Process of all individual Claiments must be protected as to hold the Constitutional Line established by Miranda is essential.

7) GM's Motion objecting to individual debt claims is over the line.

8) For the following reasons herein above stated the Debtor's are going over the Line not only in their proposed Motion Objecting to Individual Debt Claims; but also replying via telephone directly to Claiment's rebuttal and the Court is requested to "Strike the Motion" as it clearly is abrogating the Constitutional Rights of all individual debt bondholder claiments.

Frances H. Caterina Bondholder Claiment requests the Court to protect the individual right to defend said claims in this Court. Respectfully cited.

Respondent Bond Holder Frances H. Caterina and All Others Similarly Situated

*Frances H. Caterina*
Frances H. Caterina, et al

Dated: 21st Sept 2010
202 Kenyon Dr.                All Rights Reserved UCC 1-207 Explicit, In Pro Se
Peckville, PA. 18452          , without prejudice"   phone (570) 489-8741

```
UNITED STATES BANKRUPTCY COURT      :   Docket No.  1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK       :   Docket No.  3158    6 July 2009
. . . . . . . . . . . . . . . . . .:. . . . . . . . . . . . . . . . .
In Re:                              :   Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,       :   09-50026 (REG)
                 Debtors            :   (Jointly Administered)
. . . . . . . . . . . . . . . . . .:. . . . . . . . . . . . . . . . .
RESPONDENT BOND HOLDER:             :   7.20% Due 15 Jan 2011  ($ 20,000)
                                    :   Cusip/isin 370442BB0    Claim # 1
FRANCES H. CATERINA and ALL         :
Others Similarly Situated, et al    :   7.70% Due 15 Apr 2016  ($  6,000)
                 Objector/s         :   Cusip/isin 370442AU9    Claim #2
Ref: Claim # 14061   10/21/09       :
                                    :   (Frances H. Caterina - Rebuttal 9/9/10
                                    :    2nd Reply to Debtors Telephone
                                    :    reply to Rebuttal 9/21/10)
. . . . . . . . . . . . . . . . . .:. . . . . . . . . . . . . . . . .
```

SEP 24 2010          AUTHORIZATION TO SETTLE CLAIM
                     ─────────────────────────────

I, Frances H. Caterina, Claiment hereinabove, do hereby authorize Joseph R. Caterina, my husband, to settle this claim on my behalf for the entire Bond moneys with full interest to date being approximately - Thirty Thousand ($ 30,000) dollars.

SO CERTIFIED:           *Frances H. Caterina*
                        ─────────────────────────────────────
                        Frances H. Caterina, Claiment - Bondholder

DATE:  9/23/10          SS 202 -36-1879
                        $ 26,000   IRA Bonds  (see below)*
202 Kenyon Dr.                     GM Corporation
Peckville, PA  18452
(570) 489-8741

Name and address where payment should be sent (if different from the above):

    *   Morgan Stanley/ Smith Barney  Attn:
        Michael Loughney c/o
        111 N. Washington Ave., Suit 201
        Scranton, PA.  18503

        Telephone number (570) 961-7735

FHC:jrc
9/23/10

(1)

```
UNITED STATES BANKRUPTCY COURT      :  Docket No. 1891   17 June 2009
SOUTHERN DISTRICT OF NEW YORK       :  Docket No. 3158    6 July 2009
In Re:                              :  Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,       :  09-50026 (REG)
                       Debtors      :  (Jointly Administered)
RESPONDENT BOND HOLDER:             :  7.20% Due 15 Jan 2011  ($ 20,000)
                                    :  Cusip/isin 370442BB0    Claim # 1
FRANCES H. CATERINA and All         :  7.70% Due 15 Apr 2016  ($  6,000)
Others Similarly Situated, et al    :  Cusip/isin 370442AU9    Claim #2
                       Objector/s   :
Ref. Claim # 14061   10/21/09       :  (Frances H. Caterina - Rebuttal 9/9/10
                                    :   2nd Reply to Debtors Telephone reply
                                    :   to Rebuttal 9/21/10 - Authorization
                                    :   to Settle Claim 9/24/10)
```

PROOF OF SERVICE  9/24/10

I Frances H. Caterina, Objector/s, certify that I served thru personal representative in person and thru United States Mail, First Class postage prepaid the following:

AUTHORIZATION TO SETTLE CLAIM

to the following:

Chambers of Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Greenm Room 621
New York, New York   10004-1408  (in person Deputy Clerk Bloom 10:40 A

Kramer Levin Naftalis & Frankel LLP
attorneys for the statutory committee
of unsecured creditors
1177 Avenue of the Americas
New York, New York   10036
(Attn: Jennifer Sharret, Esq)

[Stamp: A/C/S  ☐ INSUFFICIENT ADDRESS  ☒ ATTEMPTED NOT KNOWN  ☐ OTHER  ☐ NO SUCH NUMBER/ STREET  ☐ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD  RTS RETURN TO SENDER]

Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York   10153
(Attn: Joseph H. Smolinsky, Esq) In Persons agents M. Myers & Lacy
                                  Larkin Rm. 621 10:40 AM Courthouse

Mailed & Served in person on 24th Sept. 2010

SO CERTIFIED: *Frances H. Caterina*
              Frances H. Caterina, Claiment Bond Holder

(2)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
. . . . . . . . . . . . . . . . . .
In Re:                                         Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,                  09-50026 (REG)
                    Debtors.                   (Jointly Administered)
. . . . . . . . . . . . . . . . . .
                                               7.20% Due 15 Jan 2011 ($ 20,000)
RESPONDENT BOND HOLDER:                        Cusip/isin 370442BB0  Claim # 1
FRANCES H. CATERINA and All                    7.70% Due 15 Apr 2016 ($ 6,000)
Others Similarly Situated, et Al               Cusip/isin 370442AU9  Claim # 2
                    Objector/s                 (Frances H. Caterina)
. . . . . . . . . . . . . . . . . .

OBJECTION / RESPONSE TO NOTICE TO SELL SUBSTANTIALLY
ALL OF DEBTOR'S ASSETS PURSUANT TO MASTER SALE AND PURCHASE AGREE-
MENT WITH VEHICILE ACQUISITION HOLDINGS LLC, A U.S. TREASURY-
SPONSORED PURCHASER

Frances H. Caterina, Bond Holder; and All others Similarly Situated, et al; do object and oppose the Motion and the Terms of Sale Procedure Order (MPA) now before the Court as being violative of all Rights herein reserved under U.C.C. 1-207.7; Anderson U.C.C. 1-207.7, page 437, 3rd Edition.

The Objectors herein further reserve rights under U.C.C 1-103 et sequel and U.C.C. 1-103.6; page 69 Andersons 3rd Edition.

Also! further reservations of rights under U.C.C. 2-721 et sequel are made (Uniform Commerical Code 2-721 Remedies for Fraud and for non-fraudulent breach), page 54 Anderson 3rd Edition.

The Objectors contend that they are being denied Trial By Jury on these matters as is protected them under the Uniform Commerical Code and F.R.C.P. Rule 38(a); the just relief sought herein.

With the Rights reserved and placed on record any furtherence of this matter with out regard to the Notice will render constitutional doubt upon the Court's jursidition until the bond holders of Record recover their entire Bond moneys with full interest to date.

NOTICE to the Court is hereby respectfully submitted ;

                                 Respondent Bond Holder Frances H. Caterina and All,
                                    Others Similarly Situated
                                                    *Frances H Caterina*
Date:  13th June 2009                            Frances H. Caterina, et al
202 Kenyon Dr.                                   "All Rights Reserved UCC 1-207
Peckville, PA. 18452                              Explicit., In Pro Se;
(570) 489-8741            (1)                     without prejudice"

```
UNITED STATES BANKRUPTCY COURT      :    Docket No. 1891  17 June 2009
SOUTHERN DISTRICT OF NEW YORK       :
                                    :
In Re:                              :    Chapter 11 Case No.
GENERAL MOTORS CORP., et al.,       :    09-50026 (REG)
                    Debtors.        :    (Jointly Administered)
                                    :    7.20% Due 15 Jan 2011 ($ 20,000)
RESPONDENT BOND HOLDER:             :    Cusip/isin 370442BB0   Claim # 1
FRANCES H. CATERINA and ALL         :    7.70% Due 15 Apr 2016 ($ 6,000)
Others Similarly Situated, et al    :    Cusip/isin 370442AU9   Claim # 2
                    Objector/s.     :    (Frances H. Caterina)
```

JUL 6 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## REBUTTAL TO OMNIBUS RESPONSE REPLY

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; do object, oppose and rebut the Omnibus Response Reply in opposition to the Motion and Terms of Sale Procedure Order (MPA) now before the Court as follows:

1) Trial By Jury is not a statutory right, but rather is a Constitutional Right:

> "Where rights secured by the Constitution are involved, their can be no rule making or legislation which abrogate them." (emphasis added)
> cite: Ernesto A. Miranda v State of Arizona, 348 US 433; 86 Sup Ct Rpt 1602; n73 p 1608

The Bankruptcy Code, legislative law of rules, cannot abrogate the Constitutional Right to trial by Jury or the assertion thereof.

2) The Omnibus Response Reply failed to address UCC 2-721 Remedies for Fraud and for non-fraudulent breach:

> "...a decision produced by fraud on the court is not in esssnce a decision at all, and never becomes final."
> ---Kenner, et al vs Commissioner of Internal Revenue, U.S. Court of Appeals, 7C, Sep. Term 1967, Sep. Session 1967, No. 16008, Jan. 5, 1968. Before Hastings, Chief Judge, Castle and Fairchild, Circuit Judges.

See Respondent Bond Holder's REBUTTAL EXHIBIT 'A' Attached.

Frances H. Caterina, Bond Holder; and all others Similarly Situated, et al; submitts the hereinabove Rebuttal to Obmnibus Response Reply (see attached) respectfully to this Court.

Respondent Bond Holder Frances H. Caterina and All
Others Similarly Situated

*Frances H. Caterina*

Date: 30th June 2009
202 Kenyon Drive
Peckville, Pa. 18452
(570) 489-8741

(5)

Frances H. Caterina, et al
"All Rights Reserved UCC 1-207
Explicit., In Pro Se,
without prejudice"