# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA

NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial: (212) 225-2264
E-Mail: jbromley@cgsh.com

October 28, 2010

**VIA HAND DELIVERY**

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *In re Motors Liquidation Company (f/k/a General Motors Corp.)*, Case No. 09-50026 (REG)

Dear Judge Gerber:

We represent the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW") in the above-captioned proceedings. Further to yesterday's correspondence, and to facilitate today's chambers' conference, please find attached the complaint, answer, and motion to strike in the Existing Michigan Litigation.[1]

Respectfully Submitted,

James L. Bromley

cc:   Heather Lennox, Esq., Jones Day (via email)
      Lisa Laukitis, Esq., Jones Day (via email)
      Andrew Roth, Esq., Bredhoff & Kaiser P.L.L.C (via email)

---

[1] Initially capitalized terms shall have the same meanings ascribed to them in my letter to Your Honor dated October 27, 2010. (D.I. 7583.)