October 19, 2010

The Honorable Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green
New York NY 1004-1408

To the Honorable Robert E. Gerber:

I respectfully submit to the Court that my case (claim no.70077, docket number of affidavit of service no.4238, case no. 09-50026) be allowed to be heard concerning Motors Liquidation Company. I feel that I should be allowed to pursue this case as I submitted all information in the most time efficient manner possible. I was unable to contact Motors Liquidation Company until the deadline day, even though I tried every day prior for two months with no success. I discussed my automobile problem with Kelly Novak (telephone #866-790-5770) and she advised me as to what forms to use and how to apply, which I did immediately. Please allow to me to be heard, as I have completed all papers as quickly as I could. I have enclosed a picture of my car after the fire and copies of the paper work that I have submitted. Thank you for your consideration.

Sincerely,

Curtis Griffin

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
and Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York NY 10153

Motors Liquidation Company
Attn: Ted Stenger
500 Renaissance Center
Suite 1400
Detroit MI 48243

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit MI 48265

Cadwalader, Wickersham, & Taft LLP
Attorneys for the US Department of the Treasury
Attn: John J. Rapisardi, Esq.
One Word Financial Center
New York NY 10281

The United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Ave NW
Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq., Robert Schmidet, Esq.,
and Lauren Macksoud, Esq.
1177 Avenue of the Americas
New York NY 10036

The Office of the U.S. Trustees for the Southern
District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York NY 10004

The U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.
86 Chambers Street
Third Floor
New York NY 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
375 Park Avenue
35th Floor
New York NY 10152-3500

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005

Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas TX 75201

To ESIS/GM Central Claims unit

I Mary Griffin was coming home from work on August 28, 2008 I was driving on highway 98east on my way home from work I had gotten off work at 1:45 p.m. As I was driving alone highway 98 east I started to smell a burning smell I then pulled off the highway to see what the smell was the car was smoking it was coming from under the hood. I then open the hood and when I opened the hood it blazed up. I ran away from the car screaming and howling I called 911 and they said they would send someone right on. As I waited on the fire department to arrive a passer-by in an 18- wheeler pulled over and grabbed his fire extinguisher and began putting it. They arrived at 2:20pm I arrived at work at 4:00a.m. I had not move my car until I left work at 1:45 p.m.

Curtis Griffin- file no:2639594
Vin: 1G2WP52K4XF204765
Driver-Mary Griffin- wife

## DIXIE VOLUNTEER FIRE DEPARTMENT
Run Sheet
19 Dixie Barn Rd. • Hattiesburg, MS 39401
P.O. Box 16165 - Hattiesburg, MS 39404
Phone: (601) 584-9555


0865L08

Date **8/28**

**Times**
- Time of Callout: 1420
- En Route: 1421
- On Scene: 1423
- Left Scene: 1449
- Back in Service: 1459

**Type of Run**
- ( ) Structure Fire
- (X) Vehicle Fire
- ( ) Wreck
- ( ) Grass/Woods Fire
- ( ) Other _____

**Trucks Responding**
- (X) Eng. #1
- ( ) Eng. #2
- ( ) Rescue
- ( ) Brush Truck
- ( ) Tanker
- ( ) ORV

Location or Address: **Hwy 98E by Victory Baptist Church**
City: **H'burg**  Zip: **39401**
Occupants Name: _____  Phone: _____
Owner Name: **Mary Griffin**
Owner Address: **4220 Hwy 29  New Augusta  39462**
If Structure Fire Building Description: _____

Insurance Company: _____  Agent: _____
Address/Phone #: _____
If Vehicle Type: **Pontiac**  Year: —  License: **PED 107  Perry Co.**
VIN #: _____
If Grass or Woods Fire: Approximate Acres Involved: —
Ignition Source: _____
Probable Point of Origin: _____
Assisting Departments: _____
Notes / Comments: **Dixie 19 put it out with a fire extinguisher before we could get there. It was a white grand prix GT.**

### Personal Responding

| Name | on scene | Back @ Station | Name | on scene | Back @ Station |
|---|---|---|---|---|---|
| 1. Patrick | (√) | ( ) | 9. | ( ) | ( ) |
| 2. Roy | (√) | (√) | 10. | ( ) | ( ) |
| 3. Megan | (√) | (√) | 11. | ( ) | ( ) |
| 4. | ( ) | ( ) | 12. | ( ) | ( ) |
| 5. | ( ) | ( ) | 13. | ( ) | ( ) |
| 6. | ( ) | ( ) | 14. | ( ) | ( ) |
| 7. | ( ) | ( ) | 15. | ( ) | ( ) |
| 8. | ( ) | ( ) | 16. | ( ) | ( ) |

Person In Charge: **Roy**  Person Preparing Report: **Megan**

```
                         Print Key Output                              Page    1
    5722SS1 VSR3MO 040528              PERRYTAX        06/01/09  11:40:33

    Display Device . . . . . :   DSP04
    User . . . . . . . . . . :   MV

 TNIQ/MB /8117443
                                 TITLE/REGISTRATION

 TITLE NO. 8117443
 VIN 1G2WP52K4XF204765       VEH/TYPE 1  VEH/YEAR 1999  CYL  6  PASS      FUEL G
 NEW/USED U  PUR/DATE  04/08/2002  MAKE PONT  MODEL GRA  BODY 4DY  COLOR WHI
 DESIGNATED AGENT  900000056 00   ODOMETER  00075376
 ---------------- TITLE --------------     ----------- REGISTRATION --------------
 NAME   GRIFFIN CURTIS                     NAME   GRIFFIN CURTIS
 ADDR   4220 HWY 29                        ADDR   4220 HWY 29
 CITY   NEW AUGUSTA                        CITY   NEW AUGUSTA
    ST  MS   ZIP  39462 0000                  ST  MS   ZIP  39462 0000
 TRACE  2    LIEN COUNT      TITLE/TYPE T  TAG PED 000107   SUB/TAG      SUR/TAG
 MICROFILM     2136151041                  EXP DATE  04/2009  ISSUED  05/05/2008
 ISSUED  05/20/2002                        PROP              COUNTY 560   TAX 200
 LAST TRANS DATE 04/08/2002  CODE   2      LAST TRANS DATE 05/05/2008  CODE  24

 LIEN1                 ZIP           DATE
 LIEN2                 ZIP           DATE
                                                         LAST UPD 2008/126


 0018-PRESS ENTER TO DISPLAY NEXT TITLE RECORD OR ENTER TITLE NUMBER
```

```
                        Print Key Output                                    Page   1
   5722SS1 V5R3M0 040528           PERRYTAX              06/01/09  11:40:17
   Display Device  . . . . . :   DSP04
   User  . . . . . . . . . . :   MV

TNIQ/MT /8117443              VEHICLE TITLE                      OPER:
                                                         MASTER RECORD STATUS: A
  TITLE    TRACE   TYPE    MICROFILM     ISSUE DATE   REG CODE   TYPE OWNER  TRAP REF
  8117443   02      T     02136151041    05/20/2002      1          P

  VEH TYPE       VIN            ODOMETER   STAT   LST-TN-TYP   LST-TN-DAT   CICS-DATE
     1     1G2WP52K4XF204765    00075376    2        02        04/08/2002   2008/126

  YEAR   MAKE   MODEL   CYL   PSG/GWT   BODY   COLOR   FUEL   FUEL PER   NEW/USED
  1999   PONT   GRA      06    000       4D    WHI      G                   U

OWNER NAME AND ADDRESS         COUNTY    PURCHASE DATE    DESIGNATED AGENT
GRIFFIN CURTIS                  580       04/08/2002        900000056 00
4220 HWY 29
NEW AUGUSTA     MS 39462 0000      NUM LIENS: 0         PERRY COUNTY TAX COLLECT
                                                         FAST TRACK:
                                                         TITLE FEE:
LIEN-1 NUMBER:                         LIEN-2 NUMBER:
LIEN-1 DATE:                           LIEN-2 DATE:
LIEN-1 NAME AND ADDRESS:               LIEN-2 NAME AND ADDRESS:


0018-PRESS ENTER TO DISPLAY NEXT TITLE RECORD OR ENTER TITLE NUMBER
```

<u>**VIA EMAIL AND FIRST CLASS MAIL**</u>

Motors Liquidation Company
Attn: ADR Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

    Re:    In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
           Claim Liquidation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

| Proof(s) of Claim Number | Liquidated Amount (Unsecured) |
|---|---|
| 70077 | $10,000.00 |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims' agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

By           Curtis Griffin
Address     4220 Highway 29
City and State     New Augusta, MS 39462

Signature: *Curtis T Griffin*

Date: 5/7/10

2

US_ACTIVE:\43304585\01\72240.0639