Claims #68057, #68058

*Claims to be disallowed*

To the Honorable Robert E. Gerber:

After careful consideration of the information that I have read before me from the bankruptcy court concerning my claim and others that have filed against general motors, it has become abundantly clear that I and others will and can not get justice in the courts or fear judgment in the court system. I know this because I have wrote to the courts from Michigan to Washington D.C. have not had any justice nor a response. This system is made to keep the poor poorer and the rich richer and to keep the money out of the hands of the poor man and in the hands of the rich. God has a law and you have a law. God's law covers the world rich and poor, good and bad. In God's law there is no respect of person just because you are rich or poor, your punishment is the same, there is no dividing line in his laws, however, there is in yours. This is why you (Government) said you will call good bad and bad good. In other words, take the laws of God and make them seem to be the bad laws of this world and they're unjust for mankind, but your laws have. God has made rules and regulation for the world to go by as well as well as yourselves. God did it to justify his laws and righteousness and you have come along to set up your own. Under God's laws mine as well as other's claims are just. Under your laws it's not and under God's laws what General Motors owes will be seven times that amount for their lying, cheating, stealing and fraud that has been committed since. I know the outcome of this matter and as a servant of Christ; I know you will side with General Motors. God said what so every a man sew, that shall he reap. If you put your hand to do wrong in that which you have become partaker of that deed the same as a bank robber or stiff. Now, am I trying to change your mind, yes. God is not a person you want to be on his bad side, his laws clearly say that if a person or persons do that which is wrong they must pay for that which was done by his laws and as a servant of Christ I must use the laws of God, if I refused to avenge his debts that general motors owe me then this becomes a fight between you and God. I do not agree with the claims that they are making against me and others on the Eighty-Second Omnibus, therefore I have Objection to that rule and if any rule that put in place to justify anyone of wrong doing God calls it a sin, therefore it cannot stand and have no merit and is unjust in Gods laws. Let me say this, if what has been put in this letter angers you to the point that you decide with General Motors then I and God have done our job. And if it persuades you into doing the right thing then you are blessed and so we thank you and have a blessed day.

Joe S. Richardson Sr.
*/s/ Joe S. Richardson Jr.*
Date 10/26/10