**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                            Case No.: _____

                                                                                        Chapter ___

                            Debtor

---------------------------------------------------------------x

                                                                            Adversary Proceeding No.: _____

                            Plaintiff

                    v.

                            Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _California Department of Toxic Substances Control_, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York           /s/ _____

                                                             UNITED STATES BANKRUPTCY JUDGE