## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al*.,                          :
      f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
                               Debtors.                        :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On October 28, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7594) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                          /s/Kimberly Murray
                                                          Kimberly Murray

Sworn to before me this 28th day of
October, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Brooke Fletcher
Strong Garner Bauer, P.C.
415 E. Chestnut Expressway
Springfield, MO 65807-3707

<u>TRANSFEREE</u>

Hain Capital Holdings, Ltd.
Attn: Ganna Liberchuck
301 Route 17, 7th Floor
Rutherford, NJ 07070