**PRESENTMENT DATE AND TIME: November 12, 2010 at 12:00 noon (Eastern Time)**
**OBJECTION DEADLINE: November 12, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                                     :

**In re**                                                     :          **Chapter 11 Case No.**
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**  :          **09-50026 (REG)**
      f/k/a General Motors Corp., *et al.*      :
                                                        :
                         **Debtors.**                :          **(Jointly Administered)**
                                                         :
------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER DENYING MOTION OF WALTER J.
LAWRENCE FOR ENTRY OF AN ORDER COMPELLING A UNITED STATES
DISTRICT JUDGE FOR THE MIDDLE DISTRICT OF FLORIDA TO APPEAR
<u>BEFORE THIS COURT TO ANSWER FOR CRIMINAL CHARGES</u>**

       PLEASE TAKE NOTICE that, pursuant to Rule 9074-1 of the Local

Rules of Bankruptcy Procedure for the Southern District of New York, the proposed

order, a copy of which is annexed hereto, denying the Motion of Walter J. Lawrence for

Entry of an Order Compelling a United States District Judge for the Middle District of

Florida to Appear Before the Court to Answer for Criminal Charges [Docket No. 7369],

will be presented for settlement and entry to the Honorable Robert E. Gerber, United

States Bankruptcy Judge, at Room 621 of the United States Bankruptcy Court for the

Southern District of New York, Alexander Hamilton Custom House, One Bowling

US_ACTIVE:\43543501\01\72240.0635

Green, New York, New York 10004 (the "**Court**") on **November 12, 2010 at 12:00 noon (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections or proposed counter-orders must be made in writing and received by the Court and the undersigned not later than **November 12, 2010 at 11:30 a.m. (Eastern Time)**.  Unless an objection or proposed counter-order is received by that time, the proposed order annexed hereto may be entered by the Court.

Dated: New York, New York
       October 28, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                        :    **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                                                                 :
         **Debtors.** :    **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

**ORDER DENYING MOTION OF WALTER J. LAWRENCE FOR ENTRY OF
AN ORDER COMPELLING A UNITED STATES DISTRICT
JUDGE FOR THE MIDDLE DISTRICT OF FLORIDA TO APPEAR
BEFORE THIS COURT TO ANSWER FOR CRIMINAL CHARGES**

      Upon the motion, dated October 12, 2010 (the "**Motion**") of Walter J. Lawrence for Entry of an Order Compelling a United States District Judge for the Middle District of Florida to Appear Before this Court to Answer for Criminal Charges [Docket No. 7369], all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their response to the Motion [Docket No. 7475] (the "**Response**"); and the Court having held a hearing to consider the requested relief on October 26, 2010 (the

"**Hearing**"); and based upon the Motion, the Response, and the record of the Hearing, and all of the proceedings before the Court, it is

    ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
       _____ \_\_, 2010

    _____
    United States Bankruptcy Judge