**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11
 :
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al.* :
 : (Jointly Administered)
                    Debtors. :
------------------------------------------------------------x

**MOTION FOR ADMISSION TO**
**PRACTICE, *PRO HAC VICE*, OF ANDREW D. ROTH**

      I, Andrew D. Roth, a member in good standing of the bars of the United States District Court for the District of Columbia and the District of Columbia, request admission, *pro hac vice*, to represent International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Andrew D. Roth<br>Bredhoff & Kaiser, P.L.L.C.<br>805 15th Street, N.W. Suite 1000<br>Washington, D.C. 20005 |
| Telephone: | 202-842-2600 |
| E-Mail: | aroth@bredhoff.com |

      I have agreed to pay the fee of $25 upon the approval by this Court admitting me to practice *pro hac vice*.

Dated: October 27, 2010                             Respectfully Submitted,

*/s/ Andrew D. Roth*
Andrew D. Roth (DC Bar 414038)
aroth@bredhoff.com
Ramya Ravindran (DC Bar 980728)
rravindran@bredhoff.com
**Bredhoff & Kaiser, PLLC**
805 Fifteenth Street, N.W., Suite 1000
Washington, DC 20005
(202) 842-2600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :   Case No. 09-50026 (REG)
            f/k/a General Motors Corp., *et al.*            :
                                                            :   (Jointly Administered)
                        Debtors.                            :
------------------------------------------------------------x

## ORDER ADMITTING
## ANDREW D. ROTH TO PRACTICE, *PRO HAC VICE*

Andrew D. Roth, a member in good standing of the bars of the United States District Court for the District of Columbia and the District of Columbia, having requested admission, *pro hac vice*, to represent International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America, in the above-captioned chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED.

2.   Andrew D. Roth is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York

_____ 2010

_____
UNITED STATES BANKRUPTCY JUDGE