B26 (Official Form 26) (12/08)

# United States Bankruptcy Court

## Southern District of New York

In re Motors Liquidation Company, et. al.,     Case No. 09-50026

       Debtors                Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF MOTORS LIQUIDATION COMPANY HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of September 30, 2010 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Motors Liquidation Company holds a substantial or controlling interest in the following entities. The other five jointly administered Debtors, who are themselves subsidiaries of Motors Liquidation Company do not hold substantial or controlling interests in any entity.

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| See Exhibit 1 | | |
| | | |
| | | |

This periodic report (the "***Periodic Report***") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

Please note the Debtors did not prepare Exhibit A, as it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of the non-debtors in which the Debtors hold a direct interest of 20%. However, the net book value of assets for these non-debtors are reflected in Exhibit B on each non-debtor entity's respective balance sheet.

With respect to Exhibit B, the balance sheet and statement of income have been included when available for each non-debtor entity.  Statements of cash flows and statements of changes in shareholders' equity are not prepared for each entity.  System and resource constraints preclude the Debtors from preparing these statements at the entity level; therefore, these statements have been excluded from this report.

Please note that with respect to Exhibit C, the business operations descriptive information is contained in Exhibit 1 for each entity.

The financial information in this Form 26 filing is based upon the Debtor's books and records.  The financial information is unaudited and does not purport to show the financial statements of any of the non-debtors in accordance with accounting principles generally accepted in the United States of America ("**GAAP**"), and therefore may exclude items required by GAAP, such as certain reclassifications, eliminations, accruals, valuations, and disclosure items.  Although management has made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of the preparation, subsequent information or discovery may result in material changes to the information and inadvertent errors or omissions may exist.  Certain information presented in this Form 26 pertains to entities whose financial information is not controlled by the Debtors.  Moreover, because the financial information included in this filing is unaudited information that is subject to further review and potential adjustment, there can be no assurance that the information is accurate and complete.  Nothing contained in this filing shall constitute a waiver of any rights of the Debtors, specifically including the Debtors' right to amend the information.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Motors Liquidation Company holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: October 29, 2010

/s/ *James Selzer*
Signature of Authorized Individual

James Selzer
Name of Authorized Individual

Vice President and Treasurer
Title of Authorized Individual

2

**Exhibit 1**

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 1 | Alan Reuber MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 2 | Albany Auto Group, LLC | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 3 | Alhambra Pontiac GMC Buick, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 4 | Alternative Energy Services LLC | Other | 100.0% | Inactive entity created and never used relating to cogeneration facility in New Jersey. | - | [3] |
| 5 | Amherst MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 6 | Auburn MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 7 | Autocity MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 8 | Beacon MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 9 | Beil Acquisition Corporation | Other | 100.0% | Inactive entity created to purchase AC Delco Distributor in New York. Assets were sold a few months after the legal entity was created. | - | [3] |
| 10 | Bennett MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 11 | Bensonhurst Chevrolet, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 12 | Buick GMC of Milford, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 13 | Cadillac of Lynbrook, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 14 | Carnahan MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 15 | Champion MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 16 | Cobb Parkway MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 17 | Colchester Chevrolet, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 18 | Commerce MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 19 | Commonwealth On The Lynnway, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 20 | Dadeland MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 21 | Decatur Buick Pontiac GMC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 22 | Douglaston Chevrolet, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 23 | DP Compressors L.L.C. | Historical Operating Entity | 50.0% | Inactive operating entity created for possible transaction. | - | [3] |
| 24 | Elk Grove Buick Pontiac GMC, Inc. | Dealership | 68.0% | Liquidated dealership | - | [1] |
| 25 | Elk Grove MLST Auto, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 26 | El-Mo Holding I Corporation | Historical Operating Entity | 100.0% | Inactive holding company | - | [5] |
| 27 | El-Mo Holding II Corporation | Historical Operating Entity | 100.0% | Inactive holding company | | [3] |
| 28 | El-Mo Leasing II Corporation | Historical Operating Entity | 100.0% | Engaged in leasing locomotives in the United States and Mexico. | | [3] |
| 29 | El-Mo Leasing III Corporation | Historical Operating Entity | 100.0% | Engaged in leasing locomotives in the United States. | 3 | |
| 30 | El-Mo-Mex, Inc. | Historical Operating Entity | 100.0% | Engaged in leasing locomotives in the United States and Mexico. | | [3] |
| 31 | Ernie Patti Pontiac GMC, Inc. | Dealership | 69.0% | Liquidated dealership | - | [1] |
| 32 | Exeter MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 33 | Fairway Automotive Group, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 34 | Falls MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 35 | Family MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 36 | Fernandez MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 37 | Florence MLC, Inc. | Dealership | 77.0% | Liquidated dealership | - | [1] |
| 38 | Freehold MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 39 | Frontier MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 40 | GEM Motors, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 41 | GM Facilities Trust No. 1999-1 | Other | 100.0% | Trust relating to synthetic lease of SPO properties. | - | [3] |
| 42 | General Motors Foreign Sales Corporation | Foreign | 100.0% | Inactive operating entity | - | [3] |
| 43 | General Motors Nova Scotia Finance Company | Foreign | 100.0% | Finance company created to issue GBP bonds. | | [4] |
| 44 | General Motors Trade Receivables LLC | Historical Operating Entity | 100.0% | Inactive operating entity created to purchase and sell receivables. | - | [3] |
| 45 | Gilroy MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 46 | Hope Automotive, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 47 | Jennings Motors, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 48 | John H. Powell, Jr. Chevrolet Oldsmobile, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 49 | Joseph Motors, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 50 | Kaufman Automotive Group, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 51 | Kings Mountain MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 52 | LBK, LLC | Historical Investment Entity | 100.0% | Inactive entity created for the UAW VEBA trust. Liability was assumed by New GM as part of the 363 sale. | - | [3] |
| 53 | Leo Stec MLST, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 54 | Lexington Motors, Inc. | Dealership | 72.0% | Liquidated dealership | - | [1] |
| 55 | Lou Sobh Saturn of Elmhurst, Inc. | Dealership | 82.2% | Inactive dealership in the process of liquidation. | - | [2] |
| 56 | Lou Sobh Saturn, Inc. | Dealership | 85.2% | Inactive dealership in the process of liquidation. | - | [2] |
| 57 | Lowell MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 58 | Manual Transmissions of Muncie, LLC | Historical Operating Entity | 100.0% | Inactive operating entity relating to New Venture Gear. Owns vacant property. | - | [5] |
| 59 | Martino MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 60 | MDIP-Norcal, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 61 | Merry MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 62 | Metro MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 63 | Metropolitan Auto Center, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 64 | Miami Lakes MLP, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 65 | Millington Chevrolet, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 66 | Miracle Mile MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 67 | MLC Auto Receivables Co. | Historical Operating Entity | 100.0% | Inactive operating entity established to sell accounts receivable. | - | [3] |
| 68 | MLC Cars Holdings Overseas Corp. | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |
| 69 | MLC Commercial Corporation | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |
| 70 | MLC DriverSite Incorporated | Other | 100.0% | Inactive entity created under pilot program in Texas to purchase and sell used cars. Pilot program was closed. | - | [3] |
| 71 | MLC Export Corporation | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |
| 72 | MLC Indonesia, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |
| 73 | MLC International Operations, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |
| 74 | MLC National Car International, Ltd. | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 75 | MLC of Chicopee, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 76 | MLC Receivables Corporation | Historical Operating Entity | 100.0% | Inactive operating entity established to purchase accounts receivable. | - | [3] |
| 77 | MLCETR Finance Company Receivables LLC | Historical Operating Entity | 100.0% | Inactive operating entity established to sell accounts receivable. | - | [3] |
| 78 | MLCETR Service Parts Receivables LLC | Historical Operating Entity | 100.0% | Inactive operating entity established to sell accounts receivable. | - | [3] |
| 79 | MLCLG Ltd. | Historical Operating Entity | 100.0% | Inactive operating entity relating to Lotus Cars. | - | [3] |
| 80 | MLCRH Kansas City, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 81 | MLCRH Philadelphia, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 82 | MLCRH Pittsburgh, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 83 | MLCRH Seattle, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 84 | MLCRH St. Louis, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 85 | MLCRHLA, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 86 | MLCT of Clarks Summit, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 87 | MLS USA, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity relating to Lotus Cars. | - | [3] |
| 88 | Motor Enterprises, Inc. | Historical Operating Entity | 100.0% | Inactive operating entity relating to small business development. | 6 | |
| 89 | Motors Trading Corporation | Historical Operating Entity | 100.0% | Inactive operating entity | - | [3] |
| 90 | Multiple Dealerships Holdings of Albany, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 91 | New Castle Automotive, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 92 | New Rochelle MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 93 | New United Motor Manufacturing, Inc. | Historical Investment Entity | 50.0% | Joint venture with Toyota. MLC does not have control over operations. | - | [6] |
| 94 | New-Cen Commercial Corporation | Historical Operating Entity | 100.0% | Inactive operating entity relating to land development in the City of Detroit. | - | [3] |
| 95 | North Bay Auto Group, LLC | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 96 | North Bay Multi-Site, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 97 | North Orange County MLST, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 98 | Northpoint MLC Truck, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 99 | Oakland Automotive Center, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 100 | Pacific Dealership Group, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 101 | Park Plaines MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 102 | Peninsula MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 103 | Pontiac Buick GMC Of Abilene, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 104 | Pontiac GMC of Latham, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 105 | Port Arthur Chevrolet, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 106 | Premier Investment Group, Inc. | Dealership | 100.0% | Inactive entity created to hold dealership real estate. | - | [3] |
| 107 | Puente Hills Pontiac GMC Buick, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 108 | Rancho Mirada MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 109 | San Francisco Multiple Dealer Holdings, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 110 | Saturn of New York City, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 111 | Saturn of Ontario, Inc. | Dealership | 57.8% | Liquidated dealership | - | [1] |
| 112 | Saturn Retail of South Carolina, LLC | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 113 | Sherwood Pontiac Buick GMC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 114 | Simpsonville MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 115 | South Bay Multi-Site, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 116 | Sw Houston Motors, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 117 | Tampa Bay MLB, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 118 | Torrance Buick GMC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 119 | Tracy MLP MLCC, Inc. | Dealership | 42.0% | Liquidated dealership | - | [1] |
| 120 | Trenton MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 121 | Valley Stream Automotive, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 122 | Valley Stream Motors, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 123 | Vector SCM, LLC | Historical Operating Entity | 100.0% | Inactive operating entity relating to outsourced logistical management operations. | 9 | |
| 124 | W. Babylon MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |

| | Company Name | Category | Owner % | Description | Pg # | |
|---|---|---|---|---|---|---|
| 125 | Walsh MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 126 | Washington MLCT, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |
| 127 | Westminster MLC, Inc. | Dealership | 100.0% | Liquidated dealership | - | [1] |

**Footnotes:**

[1]  Certificates of dissolution have been filed for all liquidated dealerships.  Financial statements are not available for these liquidated dealerships.  The liquidated dealerships had no assets as of September 30, 2010.

[2]  Dealerships in the final stages of liquidation.  MLC is preferred shareholder.

[3]  Certificates of dissolution have been filed for these inactive historical operating entities.  These entities had no assets or liabilities as of September 30, 2010.

[4]  Nova Scotia Supreme Court approved an insolvency order with respect to the entity on October 9, 2009.  A trustee has been appointed.

[5]  Financial statements are not available for these inactive historical operating entities.  These entities had no assets or liabilities as of September 30, 2010.

[6]  MLC owns 50% of the entity but does not maintain control of its operations.  Historically, General Motors Company accounted for the joint venture as an equity investment.

7

**Exhibit B**

1

**Exhibit B**
**Financial Statements for El-Mo Leasing III Corporation**

**Exibit B-1**      **Balance Sheet as of September 30, 2010**
**Exibit B-2**      **Income Statement for the nine months ended September 30, 2010**

**EL-MO Leasing III Corp.**
**Balance Sheet**
**As of September 30, 2010**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                                                  | EL-MO Leasing III Corp. |
| ------------------------------------------------ | ----------------------: |
| Cash and Cash Equivalents                        | $            -          |
| Accounts Receivable and Receivables from Affiliates |            173       |
| Total current assets                             |            173          |
| Non-current assets                               |              -          |
| Total Assets                                     | $          173          |
| Other current liabilities                        | $          135          |
| Total Liabilities                                |            135          |
| Equity                                           |             38          |
| Total Liabilities and Equity                     | $          173          |

3

**EL-MO Leasing III Corp.**
**Income Statement**
**For the nine months ended September 30, 2010**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | EL-MO Leasing III Corp. |
|---|---|
| Net sales | $ - |
| Cost of sales | 520 |
| Operating loss | (520) |
| Gain on cancellation of leases | (50,665) |
| Income before taxes | 50,145 |
| Income tax expense | - |
| Net income | $ 50,145 |

4

**Exhibit B**
**Financial Statements for Motor Enterprises, Inc.**

**Exibit B-1**     **Balance Sheet as of September 30, 2010**
**Exibit B-2**     **Income Statement for the nine months ended September 30, 2010**

**Motor Enterprises Inc.**
**Balance Sheet**
**As of September 30, 2010**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | Motor Enterprises Inc. | |
|---|---|---|
| Cash and Cash Equivalents | $ | 1,354 |
| Total current assets |  | 1,354 |
| Other Non-current assets |  | - |
| Total Non-current assets |  | - |
| Total Assets | $ | 1,354 |
| Total Liabilities | $ | 3 |
| Equity |  | 1,351 |
| Total Liabilities and Equity | $ | 1,354 |

6

**Motor Enterprises Inc.**
**Income Statement**
**For the nine months ended September 30, 2010**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | Motor Enterprises Inc. |
|---|---|
| Net sales | $ - |
| Cost of sales | 3 |
| Operating loss | (3) |
| Other non-operating expense | (735) |
| Loss before taxes | (738) |
| Income tax expense | - |
| Net loss | $ (738) |

7

**Exhibit B**
**Financial Statements for Vector SCM, LLC**

**Exibit B-1**      **Balance Sheet as of September 30, 2010**
**Exibit B-2**      **Income Statement for the nine months ended September 30, 2010**

**Vector SCM LLC**
**Balance Sheet**
**As of September 30, 2010**
**(Unaudited - amounts in thousands of U.S. dollars)**

|  | Vector SCM LLC |
| --- | --- |
| Cash and Cash Equivalents | $    1,510 |
| Accounts Receivable and Receivables from Affiliates | 1,152 |
| Inventory | - |
| Other current assets | - |
| Total current assets | 2,662 |
| Total non-current assets | - |
| Total Assets | $    2,662 |
| Accounts Payable | $    49 |
| Total Current liabilities | 49 |
| Other non-current liabilities | - |
| Total Liabilities | 49 |
| Equity | 2,613 |
| Total Liabilities and Equity | $    2,662 |

**Vector SCM LLC**
**Income Statement**
**For the nine months ended September 30, 2010**
**(Unaudited - amounts in thousands of U.S. dollars)**

|                             | Vector SCM LLC |
| --------------------------- | -------------: |
| Net sales                   | $           -  |
| Cost of sales               |             8  |
| Operating loss              |           (8)  |
| Other non-operating expense |            38  |
| Loss before taxes           |          (46)  |
| Income tax expense          |            -   |
| Net loss                    | $        (46)  |

10