**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**STIPULATED SCHEDULING ORDER**

The Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation (the "**Committee**") and Green Hunt Wedlake, Inc. as trustee of General Motors Nova Scotia Finance Company and certain holders of notes issued under the fiscal and paying agency agreement dated July 10, 2003 (collectively, "**Claimants**"), through their undersigned counsel, hereby stipulate to and submit the following Stipulated Scheduling Order for the Court's approval in connection with the *Official Committee of Unsecured Creditors' Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief* (Docket No. 6248).

**IT IS HEREBY ORDERED** as follows:

1. **Filing of Amended Objection**: The Committee shall file an amended objection on or before November 12, 2010.

2. **Claimants' Responses to Committee's Amended Objection**: Claimants shall file their separate responses to the amended objection on or before December 8, 2010.

3. **Initial Pre-Trial Conference**: An initial pre-trial conference shall be held on December 15, 2010 at 10:00 a.m., to implement a discovery and hearing schedule and to

determine whether certain issues raised in the amended objection and responses should be bifurcated.

    **4.**    **Adjournment of Hearing**: The evidentiary hearing currently scheduled for November 18, 2010 shall be adjourned to a date to be determined at the initial pre-trial conference.

    **5.**    **Modification**: This schedule may be modified by order of this Court for good cause shown or by agreement of the parties.

STIPULATED AND AGREED:

Dated:  New York, New York        BUTZEL LONG, a professional corporation
       October 29, 2010

                                                   By:    /s/ *Barry N. Seidel*

                                                  Barry N. Seidel
                                                  Eric B. Fisher
                                                  Katie L. Cooperman

                                                  380 Madison Avenue, 22nd Floor
                                                  New York, New York 10017
                                                  (212) 818-1110

                                                  Attorneys for Official Committee of
                                                  Unsecured Creditors of Motors Liquidation
                                                  Company f/k/a General Motors Corporation

Dated: New York, New York
October 29, 2010

GREENBERG TRAURIG, LLP

By: */s/ Bruce Zirinsky*

Bruce Zirinsky
Nancy Mitchell
John Bae

MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

Attorneys for Certain Noteholder Claimants

Dated: New York, New York
October 29, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Daniel H. Golden*

Daniel H. Golden
Philip C. Dublin
Natalie E. Levine

One Bryant Park
New York, NY 10036
(212) 872-1000

Attorneys for Claimant Green Hunt
Wedlake, Inc. as Trustee of General Motors
Nova Scotia Finance Company

SO ORDERED:

*s/ Robert E. Gerber    11/2/2010*
UNITED STATES BANKRUPTCY JUDGE

3