**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

MOTORS LIQUIDATION COMPANY,
f/k/a GENERAL MOTORS CORPORATION, et al.

Debtors.

Chapter 11

Case No. 09-50026 (REG)

Jointly Administered

### ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING AUTOMATIC STAY AND AUTHORIZING MOVANT TO PROCEED WITH PENDING ACTION

Upon the Motion, dated November 2, 2010 (the "Motion"), of Samuel Barrow ("Movant") for an order pursuant to 11 U.S.C. §§ 362(d)(1) and 105 modifying the automatic stay to allow him to proceed with and to liquidate his wrongful discharge and retaliation action pending in the United States District Court for the Southern District of Ohio, Western Division at Dayton, captioned *Samuel Barrow v. General Motors Corporation, Harco Industries, Inc., and Manpower of Dayton, Inc.*, Case No. 3:08-cv-0033 (the "Ohio Litigation"); and the court having jurisdiction to consider the motion and the relief requested therein; and notice of the Motion was due and proper and no further notice is necessary; and due consideration has been given to any responses thereto; and after due deliberation and sufficient cause appearing for the granting of the relief requested in the Motion, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay under 11 U.S.C. § 362 is hereby modified to permit the Movant to proceed with, liquidate, and prosecute the Ohio Litigation against the Debtors; provided, however, that any such liquidated claim against the Debtors, to the extent not satisfied by non-estate assets, including applicable insurance coverage, if any, shall not be the subject of any execution or other judgment collection mechanism against assets of the estate, and shall

1

2941540.1

instead by treated like other unsecured claims, and be subject to this court's determination of treatment under any applicable chapter 11 plan confirmed in these cases and applicable bankruptcy law, unless other determined by this court; and it is further

ORDERED that the automatic stay under 11 U.S.C. § 362 is hereby modified to permit the Movant to proceed with, liquidate, and prosecute the Ohio Litigation against non-bankrupt co-defendants Harco Industries, Inc. and Manpower of Dayton; and it is further

ORDERED that this court shall retain jurisdiction to hear and determine all disputes arising from or related to this order.

Dated: New York, New York
      December _____, 2010

_____
THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

2941540.1