Frank I. Powers
HARRIS, POWERS & CUNNINGHAM, PLLC
361 E. Coronado Road, Suite 101
Phoenix, AZ 85004

*Attorneys for Claimants John and Nancy Mahoney*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** | **09-50026 (REG)** |
| **Debtors.** | **SUPPLEMENT TO FURTHER SUPPORT CLAIMANTS' CLAIMS** |

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

On behalf of Claimants John and Nancy Mahoney, Claim 12546, we respectfully submit this Supplement of treatment records to further support Claimants' claims.

Paul W. Sharbo, DDS

As a result of head trauma, Mr. Mahoney sustained numerous broken teeth that required extensive repair. Dr. Sharbo feels as if he has been able to adequately repair the damage to Mr. Mahoney's mouth. Dr. Sharbo also believes that Mr. Mahoney's traumatized teeth could eventually require endodontic treatment. Dr. Sharbo indicated that it would take several more years to learn whether the pulpal tissue will recover or die as a result of trauma Mr. Mahoney received in this collision.

Summary

In summary, Mr. Mahoney suffered blunt force trauma to his head, broken teeth, broken ribs, a cracked sternum, a fractured collar bone, a collapsed lung, a fractured tibia,

pulmonary emboli, and a heart attack resulting in placement of a permanent pacemaker. He has suffered permanent impairment from the collision. Because of an AC separation of the left shoulder, Mr. Mahoney has a noticeable disfigurement and functional disability. Mr. Mahoney will also be on a Coumadin regiment for the rest of his life, and, as such, will be at high risk for complications if he falls. He continues to suffer a significant loss of cognitive skills and memory loss. He also has speech difficulty, along with a loss of clear thought and word finding ability. He describes it as everything feeling "dull." It appears Mr. Mahoney's traumatic brain injury has left him with permanent deficits. Mr. Mahoney's broken teeth required extensive dental repair.

**John Mahoney's Updated Medical Specials**

**John Mahoney**

| | |
|---|---|
| University Medical Center | $ 88,431.49 |
| HealthSouth | $47,097.13 |
| **Paul W. Sharbo, DDS** | **$ 4,345.00** |
| **Total** | **$139,873.62** |

DATED this 2nd day of November, 2010.

HARRIS, POWERS &CUNNINGHAM, P.L.L.C.

By /s/ Frank I. Powers
Frank I. Powers
361 East Coronado Road, Suite 101
Phoenix, Arizona 85004
*Attorneys for Claimants John and Nancy Mahoney*

Motors Liquidation Company, *et al.*
Chapter 11 Case No. 09-50026

# Index of Exhibits

Exhibit A — Tucson Police Department Accident and Supplemental Reports dated March 11, 2008.

Exhibit B — Tucson Police Department Accident Scene Photographs taken March 11, 2008.

Exhibit C — Crash Data Retrieval File Information dated June 6, 2008.

Exhibit D — Mike Shepson Vehicle Inspection Photographs (Mahoney Vehicle) dated June 5, 2008.

Exhibit E — Mike Shepson Vehicle Inspection Photographs (At Fault Vehicle) dated June 5, 2008.

Exhibit F — Mike Shepson Vehicle Inspection Photographs (Accident Location) dated June 5, 2008.

Exhibit G — Interstate Investigative Services Report and Photographs dated February 26, 2010.

Exhibit H — Complaint - C20101914, *Mahoney v. Coulter Cadillac, et al.*, filed March 11, 2010.

Exhibit I — Certificate on Compulsory Arbitration - C20101914, *Mahoney v. Coulter Cadillac, et al.*, filed March 11, 2010.

Exhibit J — *1999 Cadillac Deville Recalls, Defects, and Problems*, printed from www.autobuyguide.com.

Exhibit K — *Cadillac Recall News*, printed from www.crash-worthiness.com.

**Exhibit L** — **John Mahoney Medical Records (Paul W. Sharbo, DDS.)**

Exhibit M — Nancy Mahoney Medical Records.

# EXHIBIT L

## JOHN MAHONEY
## MEDICAL RECORDS

## (Paul W. Sharbo, DDS)

**Paul W. Sharbo, DDS**
**6744 E. Broadway**
**Tucson, AZ 85710**
**520-298-9771**
**August 10, 2010**

Frank I, Powers
Harris Powers & Cunningham
Post Office Box 13568
Phoenix, AZ 85002-3568

I have enclosed copies of our treatment records and billing statements for John J. Mahoney from February 2008 to the present. I have highlighted on both the dental record and billing statement log the items of care which I believe are related to the accident in March of 2008. These all represent conditions requiring treatment which were not evident in February 2008. For teeth #8, 9, 10, 18 & 11 this means physical breakage. The care required to repair all these teeth except #18 was full crown restoration. Tooth #18 was repaired with a direct filling restoration. For teeth #20 & 21 it indicated dental caries which started while John was recovering from his injuries. In this case the care needed was new direct filling restorations. This may have been due to chipping of restorations which were in the teeth or his inability to maintain adequate dental hygiene through his early recovery period. You will note that tooth #11 was recognized only later as requiring care from the trauma. It was cracked and crazed but didn't start coming apart until later.

Right now it looks as though we have adequately repaired the damage to John's mouth from the accident. However, any of these traumatized teeth could eventually require endodontic treatment from the same trauma. It takes several years to learn whether the pulpal tissues will recover or die after teeth receive severe trauma as John's received in the accident

At this point in time the cost for diagnosis and repair of dental damages caused by the accident is $4345.00.

.

Sincerely,

Paul W. Sharbo

Paul W. Sharbo

| ProcDate | FirstName | Code | Tth | Surf | Procedure | Fee | PtPaid | Adj(C) | Adj(D) | InsPaid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | $7,642.00 | $4,875.54 | -1,082.73 | $9.91 | $3,748.10 | |
| 7/8/2003 | John | D1110 | | | Prophylaxis - Adult | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |
| 10/9/2003 | John | D0330 | | | Panoramic Film | $65.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.00 |
| 10/9/2003 | John | D1110 | | | Prophylaxis - Adult | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $175.00 |
| 1/20/2004 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $243.00 |
| 2/3/2004 | John | D2335 | 26 | DIFL | Resin Based Composite - 4 Or More S | $185.00 | $0.00 | $0.00 | $0.00 | $0.00 | $428.00 |
| 5/3/2004 | John | IP | | | INS PAID* 2/3/2004 Check #41469 | $0.00 | $0.00 | $0.00 | $0.00 | $76.31 | $351.69 |
| 5/3/2004 | John | DDADJ | | | DDADJ*2-3-2004 | $0.00 | $0.00 | $39.61 | $0.00 | $0.00 | $312.08 |
| 5/3/2004 | John | MSADJ | | | MTN ST DISC.-1-20-04* | $0.00 | $0.00 | $18.43 | $0.00 | $0.00 | $293.65 |
| 5/3/2004 | John | IP | | | INS- 1/20/2004 Check #1470 | $0.00 | $0.00 | $0.00 | $0.00 | $39.66 | $253.99 |
| 5/17/2004 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $321.99 |
| 5/17/2004 | John | 0120 | | | PERIODIC ORAL EXAM | $28.00 | $0.00 | $0.00 | $0.00 | $0.00 | $349.99 |
| 6/14/2004 | John | IP | | | Ins* 7/8/2003 Check #1768 | $0.00 | $0.00 | $0.00 | $0.00 | $35.86 | $314.13 |
| 6/14/2004 | John | IP | | | Ins* 10/9/2003 Check #1768 | $0.00 | $0.00 | $0.00 | $0.00 | $82.84 | $231.29 |
| 6/14/2004 | John | UCADJ | FM | | UC-DISC-10-9-2003 | $0.00 | $0.00 | $16.45 | $0.00 | $0.00 | $214.84 |
| 6/14/2004 | John | UCADJ | FM | | UC-DISC-7/8/2003 | $0.00 | $0.00 | $10.17 | $0.00 | $0.00 | $204.67 |
| 6/24/2004 | John | IP | | | Ins*5/17/2004 Check #41959 | $0.00 | $0.00 | $0.00 | $0.00 | $58.02 | $146.65 |
| 6/24/2004 | John | MSADJ | | | MTN ST DISC. 5-17-2004 | $0.00 | $0.00 | $23.48 | $0.00 | $0.00 | $123.17 |
| 7/19/2004 | John | CHECK | | | CHECK PMT-POSTED TO JMM-BAL | $0.00 | $53.17 | $0.00 | $0.00 | $0.00 | $70.00 |
| 7/19/2004 | John | CHECK | | | CHECK PMT* BAL ON PWS FILLING | $0.00 | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/30/2004 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.00 |
| 9/27/2004 | John | JMM/AD | | | CREDIT FROM NANCY'S ACCOUNT | $0.00 | $0.00 | $58.09 | $0.00 | $0.00 | $9.91 |
| 9/27/2004 | John | CHECK | | | CHECK PMT-PATIENT-THANK YOU | $0.00 | $9.91 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/18/2004 | John | MSADJ | | | MSADJ-8/30/2004 | $0.00 | $0.00 | $18.43 | $0.00 | $0.00 | $-18.43 |
| 10/18/2004 | John | IP | | | Ins 8/30/2004 Check #3777 | $0.00 | $0.00 | $0.00 | $0.00 | $39.66 | $-58.09 |
| 11/8/2004 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.91 |
| 11/8/2004 | John | D0274 | | | Bitewings - Four Films | $38.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47.91 |
| 11/8/2004 | John | D0120 | | | Periodic Oral Exam | $28.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.91 |
| 1/3/2005 | John | IP | | | Ins 11/8/2004 Check #MS | $0.00 | $0.00 | $0.00 | $0.00 | $83.39 | $-7.48 |
| 1/3/2005 | John | MSADJ | | | MSADJ-11-08-2004 | $0.00 | $0.00 | $29.77 | $0.00 | $0.00 | $-37.25 |
| 2/16/2005 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.75 |
| 2/16/2005 | John | D0120 | | | Periodic Oral Exam | $28.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58.75 |
| 2/16/2005 | John | D0220 | 13 | | Intraoral - Periapical - First Film | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $78.75 |
| 3/3/2005 | John | IP | FM | | Ins 2/16/2005 *MD/JM | $0.00 | $0.00 | $0.00 | $0.00 | $92.80 | $-14.05 |
| 3/3/2005 | John | DEBIT | | | CREDIT MOVED TO NANCY | $0.00 | $0.00 | $0.00 | $9.91 | $0.00 | $-4.14 |
| 5/10/2005 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $63.86 |
| 5/13/2005 | John | MAIL | FM | | ROA*CK*1/2 CK-JMM-THANK YOU | $0.00 | $31.86 | $0.00 | $0.00 | $0.00 | $32.00 |

| ProcDate | FirstName | Code | Tth | Surf | Procedure | Fee | PtPaid | Adj(C) | Adj(D) | InsPaid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/31/2005 | John | ID | FM | | INS DENIED -5-10-05*2 PER YEAR- | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.00 |
| 8/24/2005 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| 9/6/2005 | John | IP | | | Ins 8/24/2005 *MD/JM | $0.00 | $0.00 | $0.00 | $0.00 | $54.40 | $45.60 |
| 12/5/2005 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $113.60 |
| 12/13/2005 | John | MAIL | | | ROA*CK*THANK YOU*JMM Check - | $0.00 | $45.60 | $0.00 | $0.00 | $0.00 | $68.00 |
| 12/22/2005 | John | ID | FM | | INS DENIED -12/5/05*OVER 2 PER Y | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.00 |
| 1/18/2006 | John | D2750 | 31 | | Crown-Porcelain Fused To High Noble | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $918.00 |
| 1/18/2006 | John | D0230 | 31 | | Intraoral - Periapical - Each Add Film | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $933.00 |
| 1/24/2006 | John | POT | | | POST OP. TREATMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $933.00 |
| 2/1/2006 | John | 1000 | 31 | | PLACEMENT OF PROSTHESIS-NEW | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $933.00 |
| 2/3/2006 | John | IP | 31 | | Ins 1/18/2006 *DR. LAI | $0.00 | $0.00 | $0.00 | $0.00 | $412.00 | $521.00 |
| 2/7/2006 | | | | | Statement printed on 2/7/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $521.00 |
| 3/9/2006 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $589.00 |
| 5/4/2006 | John | CHECK | | | CK-THANK YOU* Check - #9447 | $0.00 | $589.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6/7/2006 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.00 |
| 6/26/2006 | John | ID | | | *INS DENIED -DUE TO FREQUENCY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.00 |
| 8/28/2006 | John | CHECK | | | CK-THANK YOU* Check - #9567 | $0.00 | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/14/2006 | John | D1110 | | | Prophylaxis - Adult | $68.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68.00 |
| 9/14/2006 | John | D0274 | | | Bitewings - Four Films | $38.00 | $0.00 | $0.00 | $0.00 | $0.00 | $106.00 |
| 9/14/2006 | John | D0120 | | | Periodic Oral Exam | $28.00 | $0.00 | $0.00 | $0.00 | $0.00 | $134.00 |
| 9/25/2006 | | | | | Statement printed on 9/25/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $134.00 |
| 9/25/2006 | John | IPPT | | | Insurance Payment for 9/14/2006 Che | $0.00 | $0.00 | $0.00 | $0.00 | $107.20 | $26.80 |
| 12/13/2006 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $97.80 |
| 1/30/2007 | John | CHECK | | | CK-THANK YOU* Check - #9702 | $0.00 | $97.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/2/2007 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 4/2/2007 | John | D0274 | | | Bitewings - Four Films | $38.00 | $0.00 | $0.00 | $0.00 | $0.00 | $109.00 |
| 4/2/2007 | John | D0120 | | | Periodic Oral Exam | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144.00 |
| 4/16/2007 | John | IPPT | | | Insurance Payment for 4/2/2007 Chec | $0.00 | $0.00 | $0.00 | $0.00 | $35.00 | $109.00 |
| 4/16/2007 | John | IPPT | | | Insurance Payment for 4/2/2007 Chec | $0.00 | $0.00 | $0.00 | $0.00 | $49.80 | $59.20 |
| 4/23/2007 | John | CHECK | | | CK-THANK YOU* Check - #9786 | $0.00 | $59.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/2/2007 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 8/7/2007 | John | CHECK | | | CK-THANK YOU* Check - #9884 | $0.00 | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/19/2007 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 11/26/2007 | John | CHECK | | | CK-THANK YOU* Check - #9990 | $0.00 | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/3/2007 | John | IPPT | | | Insurance Payment for 11/19/2007 Ch | $0.00 | $0.00 | $0.00 | $0.00 | $56.80 | $-56.80 |
| 2/26/2008 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.20 |
| 3/19/2008 | John | ID | | | *INS DENIED DUE TO FREQUENCY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.20 |

| ProcDate | FirstName | Code | Tth | Surf | Procedure | Fee | PtPaid | Adj(C) | Adj(D) | InsPaid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/2008 | John | CHECK | | | CK-THANK YOU* Check - #0136 | $0.00 | $14.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/28/2008 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 9/3/2008 | John | D0210 | | | FMX-Intraoral-Comp.Series | $120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $191.00 |
| 9/3/2008 | John | D0120 | | | Periodic Oral Exam | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $226.00 |
| 9/15/2008 | John | IPPT | | | Insurance Payment for 9/3/2008 Chec | $0.00 | $0.00 | $0.00 | $0.00 | $118.40 | $107.60 |
| 9/15/2008 | John | IPPT | | | Insurance Payment for 8/28/2008 Che | $0.00 | $0.00 | $0.00 | $0.00 | $56.80 | $50.80 |
| 9/23/2008 | John | CHECK | | | CK-THANK YOU* Check - #10318 | $0.00 | $14.20 | $0.00 | $0.00 | $0.00 | $36.60 |
| 9/23/2008 | John | CHECK | | | CK-THANK YOU* Check - #10318 | $0.00 | $36.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/24/2008 | John | D2393 | 18 | DOF | Resin Based Composite-3 Surfaces, F | $195.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 |
| 9/24/2008 | John | D2393 | 20 | DOF | Resin Based Composite-3 Surfaces, F | $195.00 | $0.00 | $0.00 | $0.00 | $0.00 | $390.00 |
| 9/24/2008 | John | D2392 | 21 | OF | Resin Based Composite-Two Surfaces | $165.00 | $0.00 | $0.00 | $0.00 | $0.00 | $555.00 |
| 10/6/2008 | John | D2750 | 09 | | Crown-Porcelain Fused To High Noble | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,455.00 |
| 10/6/2008 | John | D2750 | 10 | | Crown-Porcelain Fused To High Noble | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,355.00 |
| 10/6/2008 | John | D2750 | 08 | | Crown-Porcelain Fused To High Noble | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,255.00 |
| 10/7/2008 | John | IPPT | | | Insurance Payment for 9/24/2008 Che | $0.00 | $0.00 | $0.00 | $0.00 | $404.00 | $2,851.00 |
| 10/21/2008 | | | | | Walkout printed on 10/21/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,851.00 |
| 10/21/2008 | John | POT | | | *POST OP. TREATMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,851.00 |
| 10/21/2008 | | | | | Statement printed on 10/21/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,851.00 |
| 10/21/2008 | John | CHECK | | | CK-THANK YOU* Check - #342 | $0.00 | $2,851.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/18/2008 | John | IPPT | | | Insurance Payment for 10/6/2008 Che | $0.00 | $0.00 | $0.00 | $0.00 | $1,352.16 | $-1,352.16 |
| 11/24/2008 | John | 1000 | 9-11 | | PLACEMENT OF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-1,352.16 |
| 11/24/2008 | John | REFUND | | | Patient Refund/OVER PAYMENT CHE | $0.00 | $0.00 | -1,352.16 | $0.00 | $0.00 | $0.00 |
| 12/17/2008 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 1/6/2009 | John | ID | | | *INS DENIED - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 2/3/2009 | John | CHECK | | | CK-THANK YOU* Check - #0458 | $0.00 | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/17/2009 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 4/1/2009 | John | IPPT | | | Insurance Payment for 3/17/2009 Che | $0.00 | $0.00 | $0.00 | $0.00 | $56.80 | $14.20 |
| 4/20/2009 | John | CHECK | | | CK-THANK YOU* Check - #10533 | $0.00 | $14.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7/15/2009 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 7/15/2009 | John | D0120 | | | Periodic Oral Exam | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $106.00 |
| 7/20/2009 | John | D2750 | 11 | | Crown-Porcelain Fused To High Noble | $900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,006.00 |
| 7/20/2009 | John | D0220 | 11 | | Intraoral - Periapical - First Film | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,041.00 |
| 7/27/2009 | John | ID | | | *INS DENIED - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,041.00 |
| 7/27/2009 | John | IPPT | | | Insurance Payment for 7/15/2009 Che | $0.00 | $0.00 | $0.00 | $0.00 | $23.20 | $1,017.80 |
| 7/27/2009 | John | INSADJ | | | INSURANCE ADJUSTMENT | $0.00 | $0.00 | $6.00 | $0.00 | $0.00 | $1,011.80 |
| 8/10/2009 | John | 1000 | 11 | | PLACEMENT OF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,011.80 |
| 8/13/2009 | John | INSADJ | | | INSURANCE ADJUSTMENT | $0.00 | $0.00 | $19.00 | $0.00 | $0.00 | $992.80 |

| ProcDate | FirstName | Code | Tth | Surf | Procedure | Fee | PtPaid | Adj(C) | Adj(D) | InsPaid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2009 | John | IPPT | | | Insurance Payment for 7/20/2009 Che | $0.00 | $0.00 | $0.00 | $0.00 | $12.80 | $980.00 |
| 8/18/2009 | John | IPPT | | | Insurance Payment for 7/20/2009 Che | $0.00 | $0.00 | $0.00 | $0.00 | $425.00 | $555.00 |
| 9/1/2009 | John | CHECK | | | CK-THANK YOU* Check - #10684 | $0.00 | $484.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 9/1/2009 | John | CHECK | | | CK-THANK YOU* Check - #10684 | $0.00 | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/20/2009 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 11/2/2009 | John | INSADJ | | | INSURANCE ADJUSTMENT | $0.00 | $0.00 | $13.00 | $0.00 | $0.00 | $58.00 |
| 11/2/2009 | John | IPPT | | | Insurance Payment for 10/20/2009 Ch | $0.00 | $0.00 | $0.00 | $0.00 | $46.40 | $11.60 |
| 11/10/2009 | John | CHECK | | | CK-THANK YOU* Check - #0741 | $0.00 | $11.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1/27/2010 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 2/11/2010 | | | | | Statement printed on 2/11/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 2/11/2010 | John | ID | | | *INS DENIED - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 2/18/2010 | John | CHECK | | | CK-THANK YOU* Check - #1077 | $0.00 | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/17/2010 | John | D0274 | | | Bitewings - Four Films | $45.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 |
| 3/31/2010 | | | | | Statement printed on 3/31/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 |
| 3/31/2010 | John | INSADJ | | | INSURANCE ADJUSTMENT | $0.00 | $0.00 | $9.00 | $0.00 | $0.00 | $36.00 |
| 3/31/2010 | John | IPPT | | | Insurance Payment for 3/17/2010 Che | $0.00 | $0.00 | $0.00 | $0.00 | $28.80 | $7.20 |
| 4/8/2010 | John | CHECK | | | CK-THANK YOU* Check - #1143 | $0.00 | $7.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/14/2010 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 5/18/2010 | | | | | Statement printed on 5/18/2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 5/18/2010 | John | ID | | | *INS DENIED - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 5/18/2010 | John | INSADJ | | | INSURANCE ADJUSTMENT | $0.00 | $0.00 | $8.00 | $0.00 | $0.00 | $63.00 |
| 5/25/2010 | John | CHECK | | | CK-THANK YOU* Check - #1173 | $0.00 | $63.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/4/2010 | John | D1110 | | | Prophylaxis - Adult | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 |
| 8/4/2010 | John | D0120 | | | Periodic Oral Exam | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $111.00 |

| DATE | NO. | SERVICES RENDERED | DEBIT | DR. | DATE | NO. | SERVICES RENDERED | DEBIT | NO. |
|---|---|---|---|---|---|---|---|---|---|
| 10-22-09 | | Adult prophy w/fl2 | 71- | | | | | | |
| | | Mod calc Mand and ling- | | | | | | | |
| | | Gen 3-4 mm probing depth | [illegible] | | | | | | |
| 1-27-10 | | adult prophy w/ fl2 | 71 | | | | | | |
| | | no changes to med Hx | | | | | | | |
| | | Mod Calc Mand Ant and Post | | | | | | | |
| | | of Max. rev better gumline | | | | | | | |
| | | brushing. | [illegible] | | | | | | |
| 3/15/10 | | # 2nd molar - ? crown in 3 weeks; | | | | | | | |
| | | would like check prior to leaving | 40- | 45- | | | | | |
| 3/17/10 | | [illegible] Exam - rec hyg not | | | | | | | |
| | | [illegible] 3 month interval | 27- | | | | | | |
| 4-14-10 | | Adult prophy w/fl2 | 71- | | | | | | |
| | | Mod calc / plaque - rev. | | | | | | | |
| | | better gumline brushing. | | | | | | | |
| | | Gen 3-6 mm probing depth. | | | | | | | |
| | | no changes to med Hx perpt | [illegible] | | | | | | |
| 8-4-10 | | adult prophy w/fl2 | 71- | | | | | | |
| | | no changes to med Hx perpt | | | | | | | |
| | | mod. calc. Mand. ant. mod plaque. | | | | | | | |
| | | Gen 3-6 mm probing - Dr. Shabo | | | | | | | |
| | | did exam - No sig. findings | [illegible] | | | | | | |

FORM 127883 N/11/04 ITEM 8101

LAST NAME Mahoney FIRST NAME John SPOUSE'S FIRST NAME ______ HOME PHONE ______ PATIENT NUMBER ______

ADDRESS ______ PHYSICIAN'S NAME AND PHONE NUMBER ______ DATE OF EXAMINATION ______

CITY ______ STATE ______ ZIP ______ COPY OF DIAGNOSIS TO BE SENT ______ BIRTHDATE ______ AGE ______

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Primary Teeth

| a | b | c | d | e | f | g | h | i | j |
|---|---|---|---|---|---|---|---|---|---|
| V | IV | III | II | I | I | II | III | IV | V |
| E | D | C | B | A | A | B | C | D | E |
| t | s | r | q | p | o | n | m | l | k |

MOLD & SHADE

| TEETH | Upper | Lower |
|---|---|---|
| Centrals | | |
| Laterals | | |
| Cuspids | | |
| Posteriors | | |

Habits — Thumb or finger sucking

Occlusion:

Spaces or missing teeth:

Orthodontics required: Yes No Date

Remarks:

X-Rays ______
Study Models ______
Photographs ______
Clinical Exam ______
Vitality Test ______
Mobility ______

**MEDICAL HISTORY — SUMMARY**

General Health ______
Existing Illness ______
Medicine/Drugs ______
Allergies ______

**DENTAL HISTORY — SUMMARY**

Attitude ______
Home Care ______

**CLINICAL DATA**

General Condition of Teeth ______
Plaque ______ Stains ______ Abrasions ______
Condition of Present Restorations ______
Overhangs ______ Contact Points ______
Inflammation of Gingival Tissue: Slight ______ Moderate ______ Severe ______
Color ______ Recession ______ Pockets ______
Condition of the Floor of Mouth ______
Palate: Hard ______ Soft ______ Cheeks ______ Lips ______
Frenum ______ Tongue ______ Ridges ______
Presence of Exudate ______ Areas of Food Retention ______ Saliva ______
Calculus: Slight ______ Moderate ______ Excessive ______
TMJ ______ Neck ______ Occlusion ______
Results of X-ray: Bone ______ Root Tips ______ Impactions ______
Supernumerary ______ Abscesses ______

| DATE | NO. | SERVICES RENDERED | DEBIT | DR. |
|---|---|---|---|---|
| 9/03/08 | | Exam + FMX - note traumatic | | |
| | | fracturing of teeth 9, 10, + 11 | | |
| | | which was not present 2/26/08 | | |
| | | also - open margin # 8 + | 120 | |
| | | recent caries on 20 + 21 | 210 | |
| | | plan to do inc. crown for 9, 10, + 11 | | |
| | | - sched. [illegible] crown (R) | | |
| 9/24/08 | | # 18 chipped - top - 1.7cc 2% | | |
| | | lido c epi 1:100K block - DOB | | |
| | | save all alloy along facial [illegible] | | |
| | | [illegible] etch P+Bond HC C3 | | |
| | | TPH | 2393 | |
| | 20 | rec caries - DF + O - ditto | 2393 | |
| | 21 | rec caries F + O ditto | 2392 | |
| 10/06/08 | | Vita A2 / B2 | | |
| | 8+9 | fractured porc. top - 1.7cc 2% lido c 3.0 | | |
| | | epi 1:100K - Slice + remove old | | |
| | | crowns - 8+9 were splinted | | |
| | | so both had to be replaced | | |
| | 8-9 | splint defective - remove | | |
| | 10 | crown defective - remove | | |
| | | - re prep 8, 9, + 10 | 2750 X3 | |
| | | Reprovisional Imp - Ptemp c | | |
| | | Temrex NE Rx to Gibson | | |
| 10/21/08 | | 8, 9, + 10 Crowns - try in - | | |
| | | # 10 fits well but is bulky | | |
| | | # 8 + 9 do not fit preps - | | |
| | | Retake Imp + return to lab | - | S |
| | | Imp 9, 10, + 11 | | |

| DATE | NO. | SERVICES RENDERED | DEBIT | NO. |
|---|---|---|---|---|
| 11/21/08 | | # 8, 9, + 10 Cement PFG Crns | - | |
| | | c Fuji Cem Occlusion 75 | | |
| | | alloy | 1 Bur | S |
| 12-17-08 | | Adult prophy w/ Fl2 | 71- | |
| | | No changes to med Hx per pt. | | |
| | | sl calc mand ant ling - Heavy | | |
| | | plaque Gen - rec better gumline | | |
| | | brushing - Gen 3-6 mm probing | | (3 mo) |
| 3-18-09 | | Adult prophy w/ Fl2 | 71- | |
| | | No changes to med Hx per pt. | | |
| | | Gen Mod plaque - Mod calc mand | | |
| | | ant. Gen 3-6 mm probing | | |
| | | rec better gumline brushing | | |
| | | to pt. especially linguals. AK | | (3 mo) |
| 7-15-09 | | Adult prophy w/ Fl2 | 71- | |
| | | No changes to med Hx per pt. | | |
| | | mod plaque gumline - 3-6 mm | | |
| | | probing depths. | | |
| | | Exam w/ Dr. Shanbo | | |
| | | N.V. # 11 Crown. | (3 mo AK) | |
| 7/20/09 | | # 11 multiple defects + labial | | |
| | | abfraction - Pac, top - 1.7cc | 22 | S |
| | | 2% lido c epi 1:100K Vita | | |
| | | B2 for I + Mid 1/3s + A2 for | | |
| | | G 1/3 Prep, Affinis Imp, | | |
| | | P temp c Temrex NE Rx to | | |
| | | Gibson | 2750 | S |
| 8/10/09 | | # 11 adj + Cem PFG Crn c | | |
| | | Fuji Cem | | |
| 8/27 | | Rec'd ltr from ins. concerned that | | |
| | | # 11 could be abscessing responded to | | |

LAST NAME Mahoney FIRST NAME John SPOUSE'S FIRST NAME ______ HOME PHONE ______ PATIENT NUMBER ______

ADDRESS ______ PHYSICIAN'S NAME AND PHONE NUMBER ______ DATE OF EXAMINATION ______

CITY ______ STATE ______ ZIP ______ COPY OF DIAGNOSIS TO BE SENT ______ BIRTHDATE ______ AGE ______

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 4 4 | 4 | | 5 4 6 | |

Primary Teeth

| a | b | c | d | e | f | g | h | i | j |
|---|---|---|---|---|---|---|---|---|---|
| V | IV | III | II | I | I | II | III | IV | V |
| E | D | C | B | A | A | B | C | D | E |
| t | s | r | q | p | o | n | m | l | k |

**MOLD & SHADE**

| TEETH | Upper | Lower |
|---|---|---|
| Centrals | | |
| Laterals | | |
| Cuspids | | |
| Posteriors | | |

Habits — Thumb or finger sucking

Occlusion:

Spaces or missing teeth:

Orthodontics required: Yes No Date

Remarks:

X-Rays ______
Study Models ______
Photographs ______
Clinical Exam ______
Vitality Test ______
Mobility ______

**MEDICAL HISTORY — SUMMARY**

General Health ______
Existing Illness ______
Medicine/Drugs ______
Allergies ______

**DENTAL HISTORY — SUMMARY**

Attitude ______
Home Care ______

**CLINICAL DATA**

General Condition of Teeth ______
Plaque ______ Stains ______ Abrasions ______
Condition of Present Restorations ______
Overhangs ______ Contact Points ______
Inflammation of Gingival Tissue: Slight ______ Moderate ______ Severe ______
Color ______ Recession ______ Pockets ______
Condition of the Floor of Mouth ______
Palate: Hard ______ Soft ______ Cheeks ______ Lips ______
Frenum ______ Tongue ______ Ridges ______
Prese... tention ______ Saliva ______
Calcu... ______ Excessive ______
TMJ ... ______ Occlusion ______
Resul... ______ Impactions ______
Super... bscesses ______

9/10/11

HIGH NOBLE **HN**

IDENT ALLOY CERTIFICATE

The manufacturer certifies that the dental casting alloy provided to the laboratory with this certificate is a High-Noble Alloy. The laboratory certifies that High-Noble alloy was used to fabricate this prosthesis.

| ALLOY | MANUFACTURER | COMPOSITION |
|---|---|---|
| ARGEDENT 75 | THE ARGEN CORPORATION | Au 75.1% Pd 12.0% Ag 10.0% In 1.8% Sn 1.0% Ir X% |

Dentist Certificate

will be going on a Hawaiian (?) Mex cruise. 3-08.

prostate cancer 08

Son and Sons gf visiting [illegible] 3-09

Dr. S

| DATE | NO. | SERVICES RENDERED | DEBIT | DR. |
|---|---|---|---|---|
| [illegible]/9/06 | | Rev. medhx. no Δ | | |
| | | Adult prophy c Fl. Tx. | 68 | |
| | | Gen. 3-4 mm pocket | | |
| | | UR 4-6 mm pocket | | |
| | | depths. Topical A. c Titan. | | |
| | | 3 mo r/c, Blu+Exam MD | | |
| 6/7/06 | | Rev. medhx. no Δ | | |
| | | Adult prophy c Fl. Tx. | 68 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Bilateral | | |
| | | Top, LL-Lip | | |
| | | slightly irritated. | | |
| | | Rec. warm salt water- | | |
| | | rinses. MD | | |
| | | 3 mo maint, Blu+Exam | | |
| [illegible]/14/06 | | Rev. medhx. no Δ | | |
| | | Adult prophy c Fl. Tx. | 68 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Gen. marg. | | |
| | | plaque. OHi 4 BWs + | | |
| | | Pano by Dr. S MD | 38+28 | |
| | | 3 mo maint. | | |
| | | PA #61 | | |
| [illegible]/13/06 | | Rev. medhx. no Δ | | |
| | | Adult prophy c Fl. Rx. | 71 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Topical A c | | |
| | | Titan. MD | | |
| | | 3 mo maint. | | |

| DATE | NO. | SERVICES RENDERED | DEBIT | NO. |
|---|---|---|---|---|
| 4/2/07 | | Rev. Medhx. no Δ | | |
| | | Adult prophy c Fl. Rx. | 71 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Titan. Topical A | | |
| | | 3 mo maint MP | | |
| 8/2/07 | | Rev. Medhx. no Δ | | |
| | | Adult prophy c Fl. Rx. | 71 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Titan. MD | | |
| | | 3 mo maint | | |
| 11/19/07 | | Rev-medhx. no Δ | | |
| | | Adult prophy c Fl. Rx. | 71 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Titan. MD | | |
| | | 3 mo maint. | | |
| 2/26/08 | | Rev. Medhx. no Δ | | |
| | | Adult prophy c Fl. Rx. | 71 | |
| | | Gen. 3-6 mm pocket | | |
| | | depths. Titan. MD | | |
| | | 3 mo maint, BWs/Exam | | |
| 8/19/08 | | - on comm. line wants to hang | | |
| | | away for future hygiene - | | |
| | | had severe auto accident | | |
| | | in Feb is recovering | | |
| 8-28-08 | | Adult prophy w/ Fl2 | 71- | |
| | | Exam w/ Dr Shaw - needs fmx | | |
| | | Gen 3-5+ mm probing + mod calc mand ant. | | |
| | | FMX - [illegible] | | |

FORM 127883 N/11/04 ITEM 8101 COLWELL SYSTEMS 1.800.637.1140

LAST NAME Mahoney FIRST NAME John SPOUSE'S FIRST NAME ______ HOME PHONE ______ PATIENT NUMBER ______

ADDRESS ______ PHYSICIAN'S NAME AND PHONE NUMBER ______ DATE OF EXAMINATION ______

CITY ______ STATE ______ ZIP ______ COPY OF DIAGNOSIS TO BE SENT ______ BIRTHDATE ______ AGE ______

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

3/6/08

Primary Teeth

a b c d e f g h i j

V IV III II I I II III IV V

E D C B A A B C D E

t s r q p o n m l k

**MOLD & SHADE**

| TEETH | Upper | Lower |
|---|---|---|
| Centrals | | |
| Laterals | | |
| Cuspids | | |
| Posteriors | | |

Habits — Thumb or finger sucking

Occlusion:

Spaces or missing teeth:

Orthodontics required: Yes No Date

Remarks:

X-Rays ______

Study Models ______

Photographs ______

Clinical Exam ______

Vitality Test ______

Mobility ______

**MEDICAL HISTORY — SUMMARY**

General Health ______

Existing Illness ______

Medicine/Drugs ______

Allergies ______

**DENTAL HISTORY — SUMMARY**

Attitude ______

Home Care ______

3/9/06

9/14/06

12/06

**CLINICAL DATA**

General Condition of Teeth ______

Plaque ______ Stains ______ Abrasions ______

Condition of Present Restorations ______

Overhangs ______ Contact Points ______

Inflammation of Gingival Tissue: Slight ______ Moderate ______ Severe ______

Color ______ Recession ______ Pockets ______

Condition of the Floor of Mouth ______

Palate: Hard ______ Soft ______ Cheeks ______ Lips ______

Frenum ______ Tongue ______ Ridges ______

Presence of Exudate ______ Areas of Food Retention ______ Saliva ______

Calculus: Slight ______ Moderate ______ Excessive ______

TMJ ______ Neck ______ Occlusion ______

Results of X-ray: Bone ______ Root Tips ______ Impactions ______

Supernumerary ______ Abscesses ______

3-08 Serious Car accident - nearly died - many broken bones. was a chicago police officer 30 yrs.