UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

In re

MOTORS LIQUIDATION CORPORATION, *et al.*,
f/k/a General Motors Corp., *et al.*,

Debtors.

---------------------------------------------------------------- X

Chapter 11

Case No. 09-50026 (REG)

(Joint Administration)

CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 27th day of October 2010, the Motion for Admission to Practice, *Pro Hac Vice*, of Andrew D. Roth with Proposed Order Admitting Andrew D. Roth to Practice, *Pro Hac Vice*, and the Motion for Admission to Practice, *Pro Hac Vice*, of Ramya Ravindran with Proposed Order Admitting Ramya Ravindran were served by Federal Express upon:

        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153
        Attn:  Harvey R. Miller, Esq.
                Stephen Karotkin, Esq.
                Joseph H. Smolinsky, Esq.

        Motors Liquidation Company
        500 Renaissance Center, Suite 1400
        Detroit, MI 48243
        Attn:  Ted Stenger

        General Motors, LLC
        400 Renaissance Center
        Detroit, MI 48265
        Attn:  Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn:    John J. Rapisardi, Esq.

The United States Dept. of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
Attn:    Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:    Michael J. Edelman, Esq.
         Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:    Thomas Moers Mayer, Esq.
         Robert Schmidt, Esq.
         Lauren Macksoud, Esq.
         Jennifer Sharret, Esq.

The Office of the United States Trustee for
the Southern District of New York
33 Whitehaal Street, 21st Floor
New York, NY 10004
Attn:    Tracy Hope Davis, Esq.

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
Attn:    David S. Jones
         Natalie Kuehler, Esq.

Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn:    Elihu Inselbuch, Esq.
         Rita C. Tobin, Esq.

Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn:    Trevor W. Swett III, Esq.
         Kevin C. Maclay, Esq.

        Stutzman, Bromberg, Esserman & Plifka
        2323 Bryan Street, Suite 2200
        Dallas, TX  75201
        Attn:   Sander L. Esserman, Esq.
                 Robert T. Brousseau, Esq.

Dated: New York, New York
       October 27, 2010

                                              _____
                                                   Richard V. Conza