## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                                        :
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :
      f/k/a General Motors Corp., *et al.*                :      Chapter 11
                                                              :      Case No. 09-50026 (REG)
                                                              :      (Jointly Administered)
           Debtors.                                     :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **SUFFOLK**   )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 2, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7617) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                           /s/Kimberly Murray
                                                           Kimberly Murray

Sworn to before me this 2nd day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

TRANSFEROR

Wells Fargo Bank Northwest NA, as Indenture Trustee
Attn: Val T. Orton, Esq.
299 South Main Street, 12th Floor
Salt Lake City, UT 84111


TRANSFEREE

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
Attn: Lauren Day
200 West Street
New York, NY 10282-2198

Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281