Matthew F. Kye, Esq.
MAGNOZZI & KYE, LLP
1 Expressway Plaza, Suite 114
Roslyn Heights, NY 11577
Telephone: (516) 299-5556

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                                    Chapter 11

**MOTORS LIQUIDATION COMPANY,**                  Case No. 09-50026-1-REG
**ET AL, f/k/a GENERAL MOTORS CORP.,**
**ET AL,**                                                           JOINTLY ADMINISTERED

           Debtor.
-----------------------------------------------------------------x

**NOTICE OF FILING OF VERIFIED STATEMENT PURSUANT TO
FED. R. BANKR. P. 2019 OF HEARD ROBINS CLOUD & BLACK LLP**

   To: Creditors and other parties in interest, notice is hereby given that Heard Robins Cloud & Black LLP has filed its Federal Rule of Bankruptcy Procedure 2019 Statement of Multiple Representation.

                              MAGNOZZI & KYE, LLP

                        By:  /s/ Matthew F. Kye
                              Matthew F. Kye, Esq.
                              1 Expressway Plaza, Suite 114
                              Roslyn Heights, NY 11577
                              Telephone: (516) 299-5556