IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>MOTORS LIQUIDATION COMPANY, ET AL, f/k/a GENERAL MOTORS CORP., ET AL,<br><br>Debtors, | Bankruptcy No. 09-50026-REG<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 3rd day of November, 2010, I served a copy of the Verified Statement Pursuant to Fed. R. Bankr. P. 2019 of Robins Cloud & Black LLP and Notice of Filing of Verified Statement Pursuant to Fed. R. Bankr. P. 2019, upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**By Electronic Mail**
Harvey R. Miller at harvey.miller@weil.corn
Stephen Karotkin at stephen.karotkin@weil. com
Joseph H. Smolinsky at joseph.smolinsky@weil.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Counsel for the Debtors**

**By Electronic Mail**
Ted Stenger at tstenger@alixpartners.com

**Debtors c/o Motors Liquidation Company**
500 Renaissance Center, Suite 1400
Detroit, Michigan 48265

**By Electronic Mail**
Joseph Samarias at Joseph.samarias@do.treas.gov
**United States Department of the Treasury**
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

**By Electronic Mail**
Lawrence Buonomo at lawrence.s.buonomo@gm.com

**General Motors LLC**
400 Renaissance Center
Detroit, Michigan 48265

**By Electronic Mail**
John J. Rapisardi at john.rapisardi@cwt.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
**Counsel for the United States Department of the Treasury**

**By Electronic Mail**
Michael J. Edelman at mjedelman@vedderprince.com
Michael L. Schein at mschein@vedderprice.com

Vedder Price, PC
1633 Broadway, 47th Floor New York, NY 10019
**Counsel for Export Development Canada**

**By Electronic Mail**
Thomas Moers Mayer at tmayer@kramerlevin.com
Robert Schmidt at rschmidt@kramerlevin.com
Lauren Macksoud at lmacksoud@kramerlevin.com
Jennifer Sharret at jsharret@kramerlevin.com
Amy Caton at acaton@kramerlevin.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Counsel for Official Committee of Unsecured Creditors**

**By Electronic Mail**
Elihu Inselbuch at ei@capdale.com
Rita C. Tobin at rct@capdale.com

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Trevor W. Swett, III at tws@capdale.com
Kevin C. Maclay at kcm@capdale.com

Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
**Counsel for the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims**

**By Electronic Mail**
David S. Jones at david.jones6@usdoj.gov
Natalie Kuehler at Natalie.kuehler@usdoj.gov

**United States Attorney's Office**
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

**By Facsimile**
Tracy Hope Davis
**Office of the United States Trustee for the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: 212-668-2256

By:    /s/ Matthew F. Kye
       Matthew F. Kye, Esq.
       Magnozzi & Kye, LLP
       1 Expressway Plaza, Suite 114
       Roslyn Heights, NY 1577
       (516) 299-5556
       (516) 299-5598 (fax)
       mkye@magnozzikye.com