IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                            :
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :
    f/k/a General Motors Corp., *et al.*      :         Chapter 11
                                                  :         Case No. 09-50026 (REG)
                                                  :         (Jointly Administered)
                        Debtors.                  :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Kimberly Murray, being of full age, states as follows:

    1.   I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.   On November 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7631) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 3rd day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No.  01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Gene Latta Buick, Inc.
Attn: Clayton W. Davidson
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17108

Gene Latta Buick, Inc.
c/o McNees Wallace & Nurick LLC
Attn: Clayton W. Davidson
P.O. Box 1166
Harrisburg, PA 17108-1166

### TRANSFEREE

Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902