IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*         :        Chapter 11
                                                               :        Case No. 09-50026 (REG)
                                                               :        (Jointly Administered)
        Debtors.                       :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Kimberly Murray, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7632) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    /s/ Kimberly Murray
    Kimberly Murray

Sworn to before me this 3rd day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

TRANSFEROR

Jean Lodini
c/o Meth Law Offices PC
28 Academy Avenue
Chester, NY 10918

Jean Lodini
c/o Meth Law Offices PC
P.O. Box 560
Chester, NY 10918-0560

TRANSFEREE

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070