FOLEY & LARDNER LLP
Victor A. Vilaplana (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

*Attorneys for Toyota Motor Corporation*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
In re:                                                          :    Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                    :
                                                                :    (Jointly Administered)
                                Debtors      :
                                                                :
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

I, Raechelle Hurst, being duly sworn depose and state:

    1. I am employed by Foley & Lardner LLP, attorneys for Toyota Motor Corporation in the above-captioned Chapter 11 case. Our business address is 402 W. Broadway, Suite 2100; San Diego, CA 92101.

    2. On November 4, 2010, I caused service of the following document filed in the above-captioned case to be effected on the parties listed on **Exhibit A** by electronic mail: **Toyota Motor Corporation's Memorandum of Law in Support of New United Motor Manufacturing, Inc.'s Response to Debtor's Objection to Proof of Claim 67357**

3. On November 4, 2010, I caused service of the documents listed above to be effected on the parties as noted on Exhibit A via first class, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: 11-4-10

Raechelle Hurst

Subscribed and sworn to before me this 4th day of November, 2010

MARCIA JAHELKA
Commission # 1718809
Notary Public - California
San Diego County
My Comm. Expires Feb 16, 2011

SDCA_1701051.1

# EXHIBIT "A"

| | |
|---|---|
| *(By Email and US Mail)*<br>Attorneys for Debtor<br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com | The Debtors<br><br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>500 Renaissance Center, Suite 1400<br>Detroit, Michigan 48243<br>E: TStenger@alixpartners.com |
| General Motors, LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, Michigan 48265<br>E: lawrence.s.buonomo@gm.com | Attorneys for the US Department of Treasury<br><br>John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281<br>E: john.rapisardi@cwt.com |
| United States Department of the Treasury<br>Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>E: JOSEPH.SAMARIAS@DO.TREAS.GOV | Attorneys for Export Development Canada<br><br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>MJEdelman@vedderprice.com<br>MSchein@vedderprice.com |
| Attorneys for Statutory Committee of Unsecured Creditors<br><br>Thomas Moers Mayer, Esq.<br>Amy Caton, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>rschmidt@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com | Office of the US Trustee for the Southern District of New York<br><br>Tracy Hope Davis, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>ustrustee.program@usdoj.gov |

SDCA_1701051.1

| | |
|---|---|
| U.S. Attorneys Office<br>SDNY<br>David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>86 Chambers Street, 3rd Fl.<br>New York, NY 10007<br>david.jones6@usdoj.gov<br>natalie.kuehler@usdoj.gov | Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos Related Claims<br><br>Elihu Inselbuch<br>Rita C. Tobin<br>Caplin & Drysdale<br>375 Park Ave., 35th Floor<br>New York, NY 10152-3500<br>ei@capdale.com<br>rct@capdale.com |
| Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos Related Claims<br><br>Trevor W. Swett II<br>Caplin & Dysdale<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 2005<br>tws@capdale.com | Attorneys for Dean M. Trafelet (Future Claimants' Representative)<br><br>Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>brousseau@sbep-law.com<br>esserman@sbep-law.com |
| Attorneys for New United Motor Manufacturing, Inc.<br><br>Richard M. Cieri<br>Kirkland & Ellis<br>601 Lexington Ave<br>New York, NY 10022-4611<br>richard.cieri@kirkland.com | Attorneys for New United Motor Manufacturing, Inc.<br><br>Ray C. Schrock<br>Kirkland & Ellis<br>300 N. LaSalle<br>Chicago, IL 60654<br>ray.schrock@kirkland.com |
| *(By Email and US Mail)*<br>Attorneys for New United Motor Manufacturing, Inc.<br><br>Mark E. McKane<br>Kirkland & Ellis<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>mark.mckane@kirkland.com | |

SDCA_1701051.1