# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | H. B. Fuller Company <br> c/o Briggs and Morgan P.A. (MDG) <br> 2200 IDS Center, 80 S. 8th Street <br> Minneapolis, MN  55402 |
| Claim Number (if known): | 44297 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | Contingent; Unliquidated |

(Received stamp: OCT 27 2010, U.S. BANKRUPTCY COURT, SO. DIST. OF NEW YORK)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/19/10

Print Name: Charles Rogers

Title (if applicable): Attorney for H B Fuller Company