# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | A-1 Disposal Landfill (Otsego) Site PRP Group (as defined on Ex. A attached) c/o Nijman Franzetti LLP 10 S. LaSalle Street, Suite 3600 Chicago, IL 60603 |
| Claim Number (if known): | 43452 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $9,900,000.00 |

RECEIVED OCT 27 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/25/10

Print Name: Jennifer T. Nijman

Title (if applicable): On Behalf of A-1 Disposal Landfill (Otsego) Site PRP Group

09-50026-mg    Doc 7644    Filed 10/27/10    Entered 11/04/10 15:22:35    Main Document
                                              Pg 2 of 2

In re: Motors Liquidation Company (f/k/a General Motors Corporation)
Case No. 09-50026

# EXHIBIT A

## A-1 DISPOSAL LANDFILL (OTSEGO) SITE PRP GROUP
## LIST OF MEMBER COMPANIES

American Premier Underwriters, Inc.
Ashland Inc.
Cytec Industries, Inc.
David Brown Union Pumps Co./Textron, Inc.
Eagle Ottawa Leather Company
Eaton Corporation
Hamilton Sundstrand Corporation
H.B. Fuller Company
Humphrey Products
Idra Prince Inc.
Kalsec Inc.
Kawneer Company
Kirsch, Inc.
Magna Donnelly Corporation
Menasha Corporation
Newell Rubbermaid
Owens-Illinois Inc.
Parker-Hannifin Corporation
Shakespeare Company, LLC
Warner Lambert
White Consolidated Industries/Quantum Management Group, Inc.
W-L Molding Company