# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM



| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | LEM U.S.A., Inc.<br>c/o Amanda Gibbs Nash, Esq.<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street<br>Milwaukee, WI 53202 |
| Claim Number (if known): | |
| Date Claim Filed: | June 17, 2009 |
| Total Amount of Claim Filed: | $6,063.28 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10-22-10

*Amanda Gibbs Nash*

Print Name: Amanda Nash Gibbs

Title (if applicable): Attorney

-------------------------------------------------------------------------------


Attorneys at Law

Reinhart Boerner Van Deuren s.c.
P.O. Box 2965
Milwaukee, WI 53201-2965

1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Telephone: 414-298-1000
Facsimile: 414-298-8097
Toll Free: 800-553-6215
reinhartlaw.com

October 22, 2010

Amanda Gibbs Nash, Esq.
Direct Dial: 414-298-8194
anash@reinhartlaw.com

Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Clerk:

Re:  In re General Motors Corp, et al.
Case No. 09-50026

I enclose an original and one copy of a Withdrawal of Claim on behalf of LEM U.S.A., Inc. in connection with the above-referenced matter.  Please file the Withdrawal of Claim and return a file-stamped copy to me in the envelope provided.

Yours very truly,

Amanda Gibbs Nash

REINHART\4987270AGN:DB

Encs.

cc    Motors Liquidation Company
      c/o AlixPartners
      Attn:  Mr. Tim Neis (w/enc.)