# WATSONBENNETT
### ATTORNEYS AT LAW

David J. Colligan, Esq.
Partner
dcolligan@watsonbennett.com

October 25, 2010

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York NY 10004-1408
Attn: Clerk's Office

Re: Creditor Name: Hohl Industrial Services, Inc.
Claim No.: 20601

Dear Sir or Madam:

Enclosed herewith is an original signed Withdrawal of Claim form with regard to the above referenced matter.

Kindly file this document, date stamp the copy and return it to this office in the stamped self addressed envelope provided.

Thank you for your attention to this matter.

Very truly yours,

WATSON BENNETT COLLIGAN
& SCHECTHER LLP

By: David J. Colligan

DJC:cmc
enclosures
cc: David A. Hohl, President, Hohl Industrial Services – Via E-mail
    Robert Losier, Alix Partners – Via E-mail

F:\DAVID\Hohl\GM LIQUIDATN\Ltr to US Bank Ct 10 25 10.doc

RECEIVED
OCT 29 2010
U.S. BANKRUPTCY COURT, SDNY

Member of Lawyers Associated Worldwide, an international association of independent law firms in cities around the world.

Watson Bennett Colligan & Schechter LLP   |   12 Fountain Plaza, Suite 600   |   Buffalo, New York 14202
716.852.3540   |   716.852.3546 fax   |   watsonbennett.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HOHL INDUSTRIAL SERVICES, INC.<br>WATSON BENNETT COLLIGAN AND SCHECHTER<br>ATTN: DAVID J. COLLIGAN, ESQ.<br>12 FOUNTAIN PLAZA, SUITE 600<br>BUFFALO, NY, 14202 |
| Claim Number (if known): | 20601 |
| Date Claim Filed: | 11/05/2009 |
| Total Amount of Claim Filed: | $162,346.70 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10-20-2010          _David J Colligan_

Print Name: David J Colligan

Title (if applicable): Attorney for lienor

RECEIVED
OCT 29 2010
U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:¥43219392¥02¥72240.0639