| | |
|---|---|
| 1 | **FERRUZZO & FERRUZZO, LLP** |
| 2 | GREGORY J. FERRUZZO, SBN 165782<br>A Limited Liability Partnership, |
| 3 | including Professional Corporations<br>3737 Birch Street, Suite 400 |
| 4 | Newport Beach, California 92660<br>Telephone (949) 608-6900 |
| 5 | **MORGANSTERN, MAC ADAMS & DE VITO CO., L.P.A.** |
| 6 | CHRISTOPHER M. DE VITO, OH BAR 47118<br>623 West Saint Clair Avenue |
| 7 | Cleveland, Ohio 44113<br>Telephone (216) 687-1212 |
| 8 | **Attorneys for Petitioner, Rally Auto Group, Inc.** |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALLY AUTO GROUP, INC., | ) | Case No. SACV10-01236 DOC(EX) |
| Petitioner. | ) | |
| v. | ) | **PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO COURT ORDER** |
| GENERAL MOTORS, LLC, | ) | |
| Respondent. | ) | |

Plaintiff, RALLY AUTO GROUP, INC., hereby requests that the above-entitled action be dismissed pursuant to the Order of the United States Bankruptcy Court, Southern District of New York, dated October 12, 2010 in the matter entitled *In Re: Motors Liquidation Company, et al.*, Case No. 09-50026 (REG) (a true and correct copy of which is attached hereto as **Exhibit "A"**). RALLY AUTO GROUP, INC. makes this Request in order to comply with the attached order of the Bankruptcy Court Judge Robert E. Gerber, and by doing so, does not waive any rights and reserves any and all objections thereto.

On December 21, 2009, RALLY AUTO GROUP, INC. filed a Demand for a Dealer Reinstatement Arbitration under the Consolidation Appropriations Act of 2010, which

1

proceeded to hearing on May 13, 2010. On June 8, 2010, the Arbitrator issued his ruling, reinstating the Pontiac, GMC and Cadillac brands, but not the Chevrolet brand.

On August 13, 2010, RALLY AUTO GROUP, INC. filed a Petition to Modify or, Alternatively, Vacate the Arbitration Award with the United States District Court, for the Central District of California. GM responded to the Petition to Modify by filing a motion in the United States Bankruptcy Court, for the Southern District of New York, to prevent RALLY from appealing the Arbitration Award.

On October 12, 2010, the United States Bankruptcy Court, for the Southern District of New York, granted GM's motion, and issued an Order requiring RALLY to dismiss its action in the U. S. District Court. The Bankruptcy Court also granted a temporary stay of its Order to enable RALLY to request a stay from the United States District Court, for the Southern District of New York.

On October 15, 2010, the United States District Court in New York issued a temporary injunction preventing GM from "terminating, suspending, canceling, limiting or otherwise restricting, under the Wind-Down Agreement, RALLY's Chevrolet Dealer Agreement and right to own and operate a Chevrolet dealership".

On October 29, 2010, the New York District Court denied RALLY's Motion for a Stay Pending Appeal, and dissolved the temporary injunction it had previously issued. RALLY is now appealing the Bankruptcy Court's October 12, 2010, Order.

Petitioner disagrees with the Bankruptcy Court and the District Court orders. Both may be void or voidable based upon lack of personal and/or subject matter jurisdiction. Both fail to recognize or apply the Constitutional rights and protections of due process and other legal arguments raised. Additionally, the RALLY AUTO GROUP matter appeal is still pending, and the time for Petitioner to file a Notice of Appeal has not expired.

In order to comply with the pending New York orders while the RALLY appeal continues, these matters are being dismissed, **over the Petitioner's objections**, in order to act in good faith, comply with a collateral court's order, and reasonably proceed through the judicial system's appellate process.

1     Therefore, RALLY AUTO GROUP, INC., pursuant to various New York Court orders, but not waiving any of its legal rights and factual objections, hereby requests a dismissal, subject to further appellate review, reinstatement, subsequent proceedings, or any other legal or equitable remedy another court may deem just and fair.

    NOW THEREFORE, in a good faith attempt to comply with the New York Bankruptcy Court's October 12, 2010 Order, RALLY AUTO GROUP, INC. hereby requests, **under objection,** that the instant action be dismissed.

DATED: November 3, 2010

Respectfully submitted,

FERRUZZO & FERRUZZO LLP

By: _____
Gregory J. Ferruzzo, Esq.
Attorneys for Petitioner

# CERTIFICATE OF SERVICE

Mailing Information for a Case No. SACV-1082-CJC

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

> Gregory J. Ferruzzo, Esq.
> gferruzzo@ferruzzo.com
>
> Christopher M. DeVito, Esq.
> devitolaw@yahoo.com
>
> Gregory R. Oxford, Esq.
> goxford@icclawfirm.com

Document Served:

**PLAINTIFF'S REQUEST FOR DISMISSAL
PURSUANT TO COURT ORDER**

Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

*(No manual recipients)*

DATED: November 3, 2010           **FERRUZZO & FERRUZZO**

By:     /s/ Gregory J. Ferruzzo
        GREGORY J. FERRUZZO, ESQ.

FERRUZZO & FERRUZZO, LLP
3737 Birch Street, Suite 400
Newport Beach, California 92660
Telephone: (949) 608-6900

R403.2\259612v1

*Rally Auto Group, Inc. v. General Motors, LLC*           Certificate of Service

1