
**Finance**

FILED
U.S. BANKRUPTCY COURT
2010 NOV -1 P 3: 06
S.D. OF N.Y.

| | | |
|---|---|---|
| Date | : | November 1, 2010 |
| United States Bankruptcy Court | | |
| Southern District of New York | Docket No. | : 09-50026 (REG) |
| One Bowling Green, 5th Floor | B & A Claim No. | : 09 S 133 LRB |
| New York, NY 10004-1408 | Unit | : B&A |

Debtor:   GENERAL MOTORS LIQUIDATION

---

Dear Sir/Madam:

Please withdraw our proof of claim filed on or about July 24, 2010 in the amount of $23,884,720.00.

Reason: Tax Claims will be assumed by General Motors, LLC. "New GM"

Sincerely,

*[signature]*

Saul T. Fishman, Of Counsel to the
Special Assistant Corporation Counel

Bankruptcy & Assignment Unit
(718) 403-3617

---

B&A-Withdrawal

| DAVID M. FRANKEL | MICHAEL HYMAN | 345 ADAMS STREET | 718.403.4537 |
| COMMISSIONER | DEPUTY COMMISSIONER | BROOKLYN, NY 11201 | http://nyc.gov/finance |
| DEPARTMENT OF FINANCE | TAX AUDIT, POLICY AND ENFORCEMENT | | |