# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | KOROTKA, SHARON <br> MURPHY & PRACHTHAUSER SC <br> ONE PLAZA EAST 330 EAST KILBOURN AVENUE SUITE 1200 <br> MILWAUKEE, WI 53202 |
| Claim Number (if known): | 39026 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $7,500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/22/10

Print Name: Thadd J. Llaurado

Title (if applicable): Attorney

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | KOROTKA, BRIAN<br>MURPHY & PRACHTHAUSER SC<br>ONE PLAZA EAST 330 EAST KILBOURN AVENUE SUITE 1200<br>MILWAUKEE, WI 53202 |
| Claim Number (if known): | 39027 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $7,500,000.00 |

RECEIVED NOV - 1 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/22/10

Print Name: Thadd J. Llaurado

Title (if applicable): Attorney

1

# Murphy & Prachthauser, s.c.
ATTORNEYS AT LAW

1 Plaza East   330 East Kilbourn Avenue   Suite 1200   Milwaukee, Wisconsin   53202
Ph: 414.271.1011   888.271.1022   Fax: 414.271.9987   murphyprachthauser.com

James J. Murphy
(1959-2007)

Don C. Prachthauser
Kevin J. Kukor
Keith R. Stachowiak
Thadd J. Llaurado
Mark D. Baus

Of Counsel:
M. Josef Zimmermann

Offices In:
Milwaukee Downtown
Milwaukee Southside
Mequon
Waukesha

October 22, 2010

Mr. Kent B. Hanson
Hanson Marek Bolkcom Group, Ltd.
2300 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402

Re:  *Korotka v. Braeger Chevrolet, et al.*
     Case No. 08-CV-17991

Dear Mr. Hanson:

Enclosed please find the Withdrawal of Claim for both Brian Korotka and Sharon Korotka.

If you have questions, please do not hesitate to contact me.

Very truly yours,

MURPHY & PRACHTHAUSER, S.C.

Thadd J. Llaurado

TJL:jl
Enclosures
cc:  Mr. Robert Bingle/Mr. Daniel Kotin

OCT 2 5 2010