**Hearing Date And Time:  November 9, 2010 at 9:45 a.m. (prevailing Eastern time)**
                                   **Objection Deadline:  November 2, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
John Wm. Butler, Jr.
(admitted *pro hac vice*)
Albert L. Hogan III
(not yet admitted *pro hac vice*)
Ron E. Meisler
(not yet admitted *pro hac vice*)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for DPH Holdings Corp., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*, | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF FILING OF CORRECTED EXHIBIT A TO THE DPH
HOLDINGS CORP. (F/K/A DELPHI CORPORATION) AND ITS
AFFILIATED REORGANIZED DEBTORS' LIMITED OBJECTION IN
RESPONSE TO MOTION OF GENERAL MOTORS LLC (F/K/A GENERAL
MOTORS COMPANY) TO ENFORCE SALE ORDER

PLEASE TAKE NOTICE that on November 2, 2010, DPH Holdings Corp. (f/k/a Delphi Corporation) and its affiliated reorganized debtors (collectively, "**DPH Holdings**") filed the DPH Holdings Corp. (f/k/a Delphi Corporation) And Its Affiliated Reorganized Debtors' Limited Objection In Response To Motion Of General Motors LLC (f/k/a General Motors Company) To Enforce Sale Order (Docket No. 7626) (the "**Limited Objection**").

PLEASE TAKE FURTHER NOTICE that on November 4, 2010, DPH Holdings filed a corrected Exhibit A to the Limited Objection. The corrected Exhibit A to the Limited Objection is attached hereto as Exhibit A and replaces in its entirety the Exhibit A attached to the Limited Objection as previously filed.

Dated:   New York, New York
         November 4, 2010

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:   /s/  John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      (admitted *pro hac vice*)
      Albert L. Hogan III
      (not yet admitted *pro hac vice*)
      Ron E. Meisler
      (not yet admitted *pro hac vice*)
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

- and -

Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for DPH Holdings Corp., et al.