## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Environmental Conservation & Chemical Corporation Site Trust Fund c/o Norman W. Bernstein, N.W. Bernstein & Associates, LLC, 800 Westchester Ave., N319, Rye Brook, NY 10573 |
| Claim Number (if known): | 70312 |
| Date Claim Filed: | June 3, 2010 |
| Total Amount of Claim Filed: | $148,447 plus unliquidated amounts |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 4, 2010

_____

Print Name: Norman W. Bernstein

Title (if applicable): Trustee

-----------------------------------------------------------------------------------------------------------------

US_ACTIVE:¥43219392¥02¥72240.0639