Gerrit M. Pronske
Rakhee V. Patel
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier

**New Hearing Date: December 2, 2010 at 9:45 a.m. (EST)**
**Objection Deadline: November 24, 2010 at 4:00 p.m.(EST)**

**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY,** | § | |
| *et al.*, f/k/a General Motors Corp., et al. | § | **CASE NO. 09-50026 (REG)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

### NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY BOYD BRYANT FOR AN ORDER ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM AND ALTERNATIVE MOTION, SUBJECT TO MOTION FOR AN ORDER ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM, FOR THE APPLICATION OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 7023 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014

PLEASE TAKE NOTICE THAT

The hearing on the Motion by Boyd Bryant for an Order Allowing Plaintiffs to File a Class Proof of Claim and Alternative Motion, Subject to Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim, for the Application of Federal Rule of Bankruptcy Procedure 7023 Pursuant to Federal Rule of Bankruptcy Procedure 9014 [Docket No. 4560] which was scheduled for November 9, 2010 at 9:45 a.m. (Eastern Time), has been consensually adjourned and shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green Room 621, New York, New York 10004, on **December 2, 2010 at 9:45 a.m.**

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY BOYD BRYANT FOR AN ORDER ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM AND ALTERNATIVE MOTION, SUBJECT TO MOTION FOR AN ORDER ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM, FOR THE APPLICATION OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 7023 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014 – Page 1**

**(Eastern Time)** (the **"Hearing"**).  The new objection deadline shall be **November 24, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 4, 2010

/s/ Rakhee V. Patel
Gerrit M. Pronske
Rakhee V. Patel
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas  75201
(214) 658-6500 – Telephone
(214) 658-6509 – Facsimile

**COUNSEL FOR BOYD BRYANT,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED**