Hearing Date and Time: November 9, 2010 at 9:45 a.m., E.T.
Objection Deadline: November 2, 2010 at 4:00 p.m., E.T.

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox
Robert S. Walker

JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Andrew M. Kramer

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Lisa G. Laukitis

Attorneys for General Motors LLC

> Endorsed Order:
>
> The Court understands that the proceedings on this on 11/9 will be a status conference only. Any party with a different understanding should notify this Court's Chambers by 5:00 pm today.
>
> SREG
> USBJ
> 11/5/10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                    :
                                                             :   (Jointly Administered)
                         Debtors.                            :
                                                             :
-------------------------------------------------------------x

# MOTION OF GENERAL MOTORS LLC (F/K/A GENERAL MOTORS COMPANY) TO ENFORCE SALE ORDER