UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                :

In re                                          :         Chapter 11 Case

MOTORS LIQUIDATION COMPANY, *et al.*,  :         No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al.*  :
                                          :         (Jointly Administered)
                Debtors.    :
                                          :
---------------------------------------------------------------x

## ORDER RE LAW CLERK RECUSAL (DELPHI MATTERS)

This matter having come up on the Court's own motion, it is ORDERED:

1. Law Clerk Ashutosh (Adi) Habbu shall recuse himself from any substantive activity with respect to any contested matters in the umbrella chapter 11 case involving the Delphi Restructuring including, e.g., New GM's Motion to Enforce the Sale Order (ECF #7527) and the issues addressed last week involving New GM's differences with the UAW (ECF #7583). Mr. Habbu shall not, however, be prohibited from engaging in purely ministerial tasks, including assisting in scheduling, arranging for receipt of papers, or taking calls from counsel with regard to these motions.

2. Any party wishing to be heard with respect to any clarifications or modifications to this Order may arrange for such by conference call upon request.

Dated: New York, New York        */s/ Robert E. Gerber*
<u>**November 5, 2010**</u>                      United States Bankruptcy Judge