**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  | : |  |
|---|---|---|
|  | : | **Chapter 11 Case No.** |
| **In re** | : | **09-50026 (REG)** |
|  | : | **(Jointly Administered)** |
| **GENERAL MOTORS CORP.,** *et al.*, | : |  |
|  | : |  |
| **Debtors.** | : |  |
|  | : |  |
|  | : |  |

---------------------------------------------------------------x

# ORDER GRANTING JOINT MOTION OF HOGUET NEWMAN REGAL & KENNEY, LLP, AND LIVENGOOD, FITZGERALD & ALSKOG, PLLC, FOR LEAVE TO WITHDRAW AS COUNSEL

**ORDERED**, that the Joint Motion of Hoguet Newman Regal & Kenney, LLP, and Livengood, Fitzgerald & Alskog, PLLC, to Withdraw as Counsel for Everett Chevrolet, Inc., is hereby granted for cause shown.


Dated: New York, New York         */s/ Robert E. Gerber*_____
**November 5, 2010**                       United States Bankruptcy Judge