UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*, :
: (Jointly Administered)
:
                         Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Mark D. Campana, a non-attorney, certify that on November 2, 2010, I caused the following document to be served by messenger on the parties identified on the attached Exhibit A, by E-mail on the parties identified on the attached Exhibit B, and by overnight courier on the parties identified on the attached Exhibit C:

1)    DPH Holdings Corp. (f/k/a Delphi Corporation) And Its Affiliated Reorganized Debtors' Limited Objection In Response To Motion Of General Motors LLC (f/k/a General Motors Company) To Enforce Sale Order (Docket No. 7626)

I further certify that on November 4, 2010, I caused the following document to be served by overnight courier on the parties identified on the attached Exhibit D:

2)    Notice Of Filing Of Corrected Exhibit A To The DPH Holdings Corp. (f/k/a Delphi Corporation) And Its Affiliated Reorganized Debtors' Limited Objection In Response To Motion Of General Motors LLC (f/k/a General Motors Company) To Enforce Sale Order (Docket No. 7651)

Dated: November 5, 2010

    /s/  Mark D. Campana  
Mark D. Campana  
SKADDEN, ARPS, SLATE, MEAGHER  
  & FLOM LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
Telephone: (312) 407-0700  
Facsimile: (312) 407-0411

Subscribed and sworn to (or affirmed) before me on this 5th day of November, 2010.

Signature : /s/  Joanna Aybar

Commission Expires:  June 19, 2011

**EXHIBIT A**

| Company | Contact | Address1 | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| Jones Day | Andrew M. Kramer, Esq. | 51 Louisiana Avenue NW | Washington | DC | 20001 | akramer@jonesday.com |
| Jones Day | Lisa Laukitis, Esq. | 222 East 41st St. | New York | NY | 10017 | llaukitis@jonesday.com |
| Weil, Gotshal & Manges LLP | Harvey R. Miller, Esq. Stephen Karotkin, Esq. Joseph H. Smolinsky, Esq. | 767 Fifth Avenue | New York | NY | 10153 | harvey.miller@weil.com stephen.karotkin@weil.com joseph.smolinsky@weil.com |
| United States Department of the Treasury | Joseph Samarias, Esq. | 1500 Pennsylvania Avenue NW, Room 2312 | Washington | DC | 20220 | joseph.samarias@do.treas.gov |
| Vedder Price, P.C., as counsel to Export Development Canada | Michael J. Edelman, Esq. Michael L. Schein, Esq. | 1633 Broadway, 47th Floor | New York | NY | 10019 | mjedelman@vedderprice.com mschein@vedderprice.com |
| Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors | Thomas Moers Mayer, Esq. Amy Caton, Esq. Lauren Macksoud, Esq. Jennifer Sharret, Esq. | 1177 Avenue of the Americas | New York | NY | 10036 | tmayer@kramerlevin.com acaton@kramerlevin.com lmacksoud@kramerlevin.com jsharret@kramerlevin.com |
| Office of the United States Trustee for the Southern District of New York | Diana G. Adams, Esq. | 33 Whitehall Street, 21st Floor | New York | NY | 10004 | |
| Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims | Elihu Inselbuch, Esq. Rita C. Tobin, Esq. | 375 Park Avenue, 35th Floor | New York | NY | 10152-3500 | ei@capdale.com rct@capdale.com |
| Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims | Trevor W. Swett III, Esq. Kevin C. Maclay, Esq. | One Thomas Circle, N.W., Suite 1100 | Washington | DC | 20005 | tws@capdale.com kcm@capdale.com |

**EXHIBIT B**

| Company | Contact | Address1 | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| Jones Day | Heather Lennox, Esq.<br>Robert S. Walker, Esq. | 901 Lakeside Avenue | Cleveland | OH | 44114 | hlennox@jonesday.com<br>rswalker@jonesday.com |
| Jones Day | Andrew M. Kramer, Esq. | 51 Louisiana Avenue NW | Washington | DC | 20001 | akramer@jonesday.com |
| Jones Day | Lisa Laukitis, Esq. | 222 East 41st St. | New York | NY | 10017 | llaukitis@jonesday.com |
| General Motors, LLC | Lawrence S. Buonomo, Esq. | 400 Renaissance Center | Detroit | MI | 48265 | lawrence.s.buonomo@gm.com |
| Weil, Gotshal & Manges LLP | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | 767 Fifth Avenue | New York | NY | 10153 | harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com |
| Motors Liquidation Company | Ted Stenger | 500 Renaissance Center, Suite 1400 | Detroit | MI | 48243 | TStenger@alixpartners.com |
| Cadwalader, Wickersham & Taft LLP, as counsel for the US Dept. of Treasury | John J. Rapisardi, Esq. | One World Financial Center | New York | NY | 10281 | john.rapisardi@cwt.com |
| United States Department of the Treasury | Joseph Samarias, Esq. | 1500 Pennsylvania Avenue NW, Room 2312 | Washington | DC | 20220 | joseph.samaria@do.treas.gov |
| Vedder Price, P.C., as counsel to Export Development Canada | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | 1633 Broadway, 14th Floor | New York | NY | 10019 | mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors | Thomas Moers Mayer, Esq.<br>Amy Caton, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq. | 1177 Avenue of the Americas | New York | NY | 10036 | tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com |
| U.S. Attorney's Office for the Southern District of New York | David S. Jones, Esq.<br>Natalie Kuehler, Esq. | 86 Chambers Street, Third Floor | New York | NY | 10007 | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>joseph.cordaro@usdoj.gov<br>natalie.kuehler@usdoj.gov |
| Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims | Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq. | 375 Park Avenue, 35th Floor | New York | NY | 10152-3500 | ei@capdale.com<br>rct@capdale.com |
| Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims | Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq. | One Thomas Circle, N.W., Suite 1100 | Washington | DC | 20005 | tws@capdale.com<br>kcm@capdale.com |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants | Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq. | 2323 Bryan Street, Suite 2200 | Dallas | TX | 75201 | esserman@sbep-law.com<br>brousseau@sbep-law.com |

**EXHIBIT C**

| Company | Contact | Address1 | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| Jones Day | Heather Lennox, Esq. Robert S. Walker, Esq. | 901 Lakeside Avenue | Cleveland | OH | 44114 | hlennox@jonesday.com rswalker@jonesday.com |
| General Motors, LLC | Lawrence S. Buonomo, Esq. | 400 Renaissance Center | Detroit | MI | 48265 | lawrence.s.buonomo@gm.com |
| Motors Liquidation Company | Ted Stenger | 500 Renaissance Center, Suite 1400 | Detroit | MI | 48243 | TStenger@alixpartners.com |
| Cadwalader, Wickersham & Taft LLP, as counsel for the US Dept. of Treasury | John J. Rapisardi, Esq. | One World Financial Center | New York | NY | 10281 | john.rapisardi@cwt.com |
| U.S. Attorney's Office for the Southern District of New York | David S. Jones, Esq. Natalie Kuehler, Esq. | 86 Chambers Street, Third Floor | New York | NY | 10007 | david.jones6@usdoj.gov jeffrey.oestericher@usdoj.gov joseph.cordaro@usdoj.gov natalie.kuehler@usdoj.gov |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants | Sander L. Esserman, Esq. Robert T. Brousseau, Esq. | 2323 Bryan Street, Suite 2200 | Dallas | TX | 75201 | esserman@sbep-law.com brousseau@sbep-law.com |

**EXHIBIT D**

| Company | Contact | Address1 | City | State | Zip | Email |
|---|---|---|---|---|---|---|
| Jones Day | Heather Lennox, Esq.<br>Robert S. Walker, Esq. | 901 Lakeside Avenue | Cleveland | OH | 44114 | hlennox@jonesday.com<br>rswalker@jonesday.com |
| Jones Day | Andrew M. Kramer, Esq. | 51 Louisiana Avenue NW | Washington | DC | 20001 | akramer@jonesday.com |
| Jones Day | Lisa Laukitis, Esq. | 222 East 41st St. | New York | NY | 10017 | llaukitis@jonesday.com |
| General Motors, LLC | Lawrence S. Buonomo, Esq. | 400 Renaissance Center | Detroit | MI | 48265 | lawrence.s.buonomo@gm.com |
| Weil, Gotshal & Manges LLP | Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | 767 Fifth Avenue | New York | NY | 10153 | harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com |
| Motors Liquidation Company | Ted Stenger | 500 Renaissance Center, Suite 1400 | Detroit | MI | 48243 | TStenger@alixpartners.com |
| Cadwalader, Wickersham & Taft LLP, as counsel for the US Dept. of Treasury | John J. Rapisardi, Esq. | One World Financial Center | New York | NY | 10281 | john.rapisardi@cwt.com |
| United States Department of the Treasury | Joseph Samarias, Esq. | 1500 Pennsylvania Avenue NW, Room 2312 | Washington | DC | 20220 | joseph.samarias@do.treas.gov |
| Vedder Price, P.C., as counsel to Export Development Canada | Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | 1633 Broadway, 47th Floor | New York | NY | 10019 | mjedelman@vedderprice.com<br>mschein@vedderprice.com |
| Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors | Thomas Moers Mayer, Esq.<br>Amy Caton, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq. | 1177 Avenue of the Americas | New York | NY | 10036 | tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com |
| Office of the United States Trustee for the Southern District of New York | Diana G. Adams, Esq. | 33 Whitehall Street, 21st Floor | New York | NY | 10004 | |
| U.S. Attorney's Office for the Southern District of New York | David S. Jones, Esq.<br>Natalie Kuehler, Esq. | 86 Chambers Street, Third Floor | New York | NY | 10007 | david.jones6@usdoj.gov<br>jeffrey.oestericher@usdoj.gov<br>joseph.cordaro@usdoj.gov<br>natalie.kuehler@usdoj.gov |
| Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims | Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq. | 375 Park Avenue, 35th Floor | New York | NY | 10152-3500 | ei@capdale.com<br>rct@capdale.com |
| Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims | Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq. | One Thomas Circle, N.W., Suite 1100 | Washington | DC | 20005 | tws@capdale.com<br>kcm@capdale.com |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants | Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq. | 2323 Bryan Street, Suite 2200 | Dallas | TX | 75201 | esserman@sbep-law.com<br>brousseau@sbep-law.com |