CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Jeffrey A. Cooper, Esq.
Marc D. Miceli, Esq.

ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
(504) 581-3234
Mark R. Beebe (*pro hac admitted*)
Johnny L. Domiano (*pro hac admitted*)
David C. Coons (*pro hac admitted*)

*Attorneys for Leson Chevrolet Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

In re:                                                      Chapter 11

**MOTORS LIQUIDATION COMPANY,** *et al.*                    Case No.: 09-50026 (REG)
     **f/k/a General Motors Corp.,** *et al.*

                    **Debtors.**
------------------------------------------------------x

I **JOHNNY L. DOMIANO, JR.**, hereby declares as follows:

1. I am an attorney at law admitted to practice in Louisiana and I have been admitted to practice before this Court on this matter, *pro hac vice*, since October 20, 2010.

2. I am a member of Adams and Reese, LLP ("**Adams and Reese**"), one of the counsel herein for Leson Chevrolet Company, Inc., ("**Leson**"). In the course of my duties with Adams and Reese, I am one of the lawyers with primary responsibility for representation of Leson and I am therefore fully familiar with the facts herein.

1

3. I make this Declaration in connection with and in compliance with the Order dated November 2, 2010 ordering, among other things, that Leson shall file "evidence of dismissal of the Leson Action within five (5) business days after the entry of this Order…"

4. In connection therewith, attached hereto as **Exhibit A**, is a true and correct copy of the letter dated November 2, 2010 from Edwin A. Stoutz, Esq. of the law firm of Stoutz & Stoutz to the Louisiana Motor Vehicle Commission (the "**Commission**") directing the Commission to dismiss the Leson Action.

Executed under penalty of perjury under the laws of the State of New York this 5th day of November, 2010, in New Orleans, Louisiana.

                                                      /s/ Johnny L. Domiano, Jr.
                                                      JOHNNY L. DOMIANO, JR.

#406186v1

# EXHIBIT A

# STOUTZ & STOUTZ
ATTORNEYS AT LAW
3606 Canal Street
New Orleans, Louisiana 70119

Edwin A. Stoutz, Jr.
W. Clifton Stoutz

Telephone: (504) 524-0000
(504) 899-0000
Fax: (504) 485-0123
Notary Public

### VIA FACSIMILE & U.S. POSTAL SERVICE

November 2, 2010

Louisiana Motor Vehicle Commission
3519 12th Street
Metairie, LA  70002-3427
ATTN: Lessie House, Executive Director
Fax: 504- 838-5416

RE:   Leson Chevrolet Company, Inc. v. General Motors, LLC
      LMVC Complaint No. 2010-040

Dear Ms. House:

As you may be aware, the Bankruptcy Court in the Southern District of New York has ruled that it has exclusive jurisdiction over Leson's controversy with GM, which is the subject of Leson's complaint filed with this Commission on September 14, 2010. A copy of this ruling is attached for your ready reference and review.

As you will note Leson has been ordered to . . . "dismiss the action pending against General Motors, LLC without prejudice and that the U.S. District Court for the Southern District of New York, shall have and retain exclusive jurisdiction to hear and determine all matters arising from or related to the Leson Action;".

Leson, of course, reserves its right to appeal this ruling. In the interim, therefore, Leson respectfully requests that this Commission dismiss Leson's September 14, 2010 Complaint *without* prejudice, each party to bear its own costs. Leson reserves all rights provided under Louisiana Law particularly, but not limited to, the regulatory powers of your State Agency and the State of Louisiana.

If it should be necessary for me to file a formal Motion, kindly advise me and I will accommodate the Commission without delay.

Should you have any questions, please do not hesitate to call.

Thank you for your attention to this matter.

Sincerely,

Edwin A. Stoutz, Jr.

EAS/pch
Enclosure

cc:   Tom Casey, Esq.
      Mark Beebe, Esq.
      Johnny Domiano, Esq.
      Leson Chevrolet Company, Inc.