**Eighty-Fifth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALBERT MAISTO AND MARY JEAN MAISTO<br>250 ALCOMA BLVD APT 513<br>PITTSBURGH, PA 15235 | 10664 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$540.23 (U)<br>$540.23 (T) | Insufficient Documentation | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5541 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,658.26 (U)<br>$14,658.26 (T) | Insufficient Documentation | Pgs. 1-5 |
| ARNOLD HUTTNER TTEE<br>FBO ARNOLD HUTTNER<br>U/A/D 08-04-2005<br>5424 AYLESBORO AVE.<br>PITTSBURGH, PA 15217 | 2481 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,000.00 (U)<br>$21,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BETTY J COLE TTEE<br>3701 HODGIN RD<br>RICHMOND, IN 47374<br>UNITED STATES OF AMERICA | 10248 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BEY, EDWARD F<br>6070 FETTRO RD<br>HILLSBORO, OH 45133 | 19121 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Eighty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BLACK, ROBERT C<br>LOT 202<br>94 JAMISON ROAD NORTHWEST<br>WSHNGTN CT HS, OH 43160 | 19362 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$44,000.00 (P)<br>$0.00 (U)<br>$44,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BREDENS LAWN MAINTENANCE<br>BREDENS LAWN<br>PO BOX 75286<br>SALEM, MI 48175 | 61975 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,863.00 (U)<br>$1,863.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BRYANT, ERNEST L<br>1709 SOUTH 9TH STREET<br>MONROE, LA 71202 | 3726 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CALVIN JACKSON<br>APT 416<br>9233 INDEPENDENCE BOULEVARD<br>CLEVELAND, OH 44130 | 11254 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAMPBELL, ROBERTA W<br>31 TREMBLE AVE APT 301<br>CAMPBELL, OH 44405 | 16387 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARRANZA, SANTIAGO E<br>1518 AMANDA ST<br>APT 106<br>SAN ANTONIO, TX 78210 | 12387 | Motors Liquidation Company | $51,100.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$51,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CELESTINO J MARSOCCI & SUSAN MARSOCCI JT TEN 80 WOOD COVE DRIVE COVENTRY, RI 02816 | 9253 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $3,933.72 (P) $0.00 (U) $3,933.72 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLES G RECKARD 801 SUNSHINE RUN ARNOLD PARK, IA 51331 | 18991 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $4,003.20 (U) $4,003.20 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHRISTIAN WIDMANN CHEMIN DE LA GRANGETTE 5D LAUSANNE 1010 SWITZERLAND , SWITZERLAND | 65116 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $49.80 (U) $49.80 (T) | Insufficient Documentation | Pgs. 1-5 |
| CLARISSA BARMORE 56 RESERVATION ST BUFFALO, NY 14207 | 10669 | Motors Liquidation Company | $15,155.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $15,155.00 (T) Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLAYTON ENGLE 3540 CAUSEWAY DR NE LOWELL, MI 49331 | 2477 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COOK, BLAIR O<br>6401 PARK RD<br>LEAVITTSBURG, OH 44430 | 2486 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CUELLAR, NANCY<br>104 ELM ST<br>CIBOLO, TX 78108 | 2467 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVIS JR, HAROLD E<br>APT 123<br>1165 COLONY DRIVE<br>WESTERVILLE, OH 43081 | 1814 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DENOON, GEORGE R (DECEASED)<br>JUDITH DENOON<br>1112 S VALLEY RD<br>OLATHE, KS 66061 | 15601 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DONALD OWENS<br>753 N COUNTY ROAD 25A<br>TROY, OH 45373 | 1782 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| DONALD STARK<br>1707 IRENE AVE NE<br><br>WARREN, OH 44483 | 14841 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30.00  (U)<br>$30.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY BENNETT<br>3019 CENTER ST<br><br>FLORA, MS 39071<br>UNITED STATES OF AMERICA | 22189 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EDWARD BEY<br>6070 FETTRO RD<br><br>HILLSBORO, OH 45133 | 19120 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EDWARD F & JULIANN M DANIELS<br>11 E 32ND ST<br><br>ATLANTIC, IA 50022 | 4967 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,363.00  (U)<br>$31,363.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELLEN WOLFF<br>BROND 11<br>HOLMSKOV<br>6430 NORDBORG DENMARK<br>,<br>DENMARK | 44768 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,996.00  (U)<br>$16,996.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Fifth Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ENGLE, CLAYTON D<br>3540 CAUSEWAY DR NE<br><br>LOWELL, MI 49331 | 2478 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ETHEN, MARK E<br>2821 RUGER AVE<br><br>JANESVILLE, WI 53545 | 10564 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FLESSAS, DINOS<br>22617 WATERBURY ST<br><br>WOODLAND HILLS, CA 91364 | 15819 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRAZIER, CARLA A<br>422 MAPLE ST<br><br>CHARLOTTE, MI 48813 | 10518 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRED B MCANDREW<br>1240 E COLDWATER RD<br><br>FLINT, MI 48505 | 69805 | Environmental Corporate Remediation Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$510,000.00 (U)<br>$510,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Fifth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRITZ VORBECK<br>MOERSENBROICHER WEG 31<br>DÜSSELDORF 40470, GERMANY<br>,<br>GERMANY | 15231 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,430.00 (U)<br>$15,430.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GLEN R COLE TTEE<br>3701 HODGIN RD<br>RICHMOND, IN 47374<br>UNITED STATES OF AMERICA | 10247 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOKEY, RICHARD A<br>39 SCOTT DR<br>MALONE, NY 12953 | 17929 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HAROLD B LEONARD<br>HC 60 BOX 185<br>CHECOTAH, OK 74426 | 20965 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HAROLD ORNER<br>130 ERVIN AVE<br>LINWOOD, PA 19061 | 2299 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Fifth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRY J HOWARD<br>73 OLD TOWN PARK RD.<br>NEW MILFORD, CT 06776 | 1898 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HERBERT E MCCORMICK &<br>LINDA S MCCORMICK JT TEN<br>17228 COYOTE DR<br>SPRINGVILLE, CA 93265 | 32865 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HERMAN, ADAM J<br>10860 KILMANAGH RD<br>SEBEWAING, MI 48759 | 1871 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HICKS, STEPHEN C<br>11419 LAKE SHORE DR<br>CHARLEVOIX, MI 49720 | 1788 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOWARD, ULES<br>313 EDWARD AVE<br>LEHIGH ACRES, FL 33936 | 12973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IKARD, CALVIN<br>504 GREEN COVE RD SE<br>HUNTSVILLE, AL 35803 | 4472 | Motors Liquidation Company | $40,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$40,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JACKSON, CALVIN A<br>APT 416<br>9233 INDEPENDENCE BOULEVARD<br>CLEVELAND, OH 44130 | 11253 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES A BOLTZ AND<br>JACQUELINE A DECKER JTWROS<br>754 WHITESAIL DRIVE<br>SCHAUMBURG, IL 60194 | 11740 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JAMES LORIA<br>4452 REID RD<br>SWARTZ CREEK, MI 48473 | 11258 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES R WIGGINTON TOD W NIELSEN<br>V NIELSEN, C WIGGINTON<br>SUBJECT TO STA RULES<br>PO BOX 397<br>NORDMAN, ID 83848 | 10196 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,230.34 (U)<br>$33,230.34 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Fifth Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JARAMILLO MAYELA<br>5537 PENTAIL CIR<br>TAMPA, FL 33625 | 11378 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOHN HALBERSTADT PHD<br>80 GARFIELD ST<br>CAMBRIDGE, MA 02138 | 7437 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOINER, MATILDA<br>PO BOX 603<br>RED OAK, GA 30272 | 7300 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,000.00 (U)<br>$17,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JUDITH DENOON<br>1112 S VALLEY RD<br>OLATHE, KS 66061 | 15600 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENNEDY, JAMES K<br>7971 N NC HIGHWAY 150<br>LEXINGTON, NC 27295 | 23368 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENT Q KREH<br>260 CARLYLE LAKE DR<br>CREVE COEUR, MO 63141 | 10516 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KORYCKI, VICTOR L<br>CHRISTINE K KORYCKI<br>7405 IRONGATE RD<br>CANTON, MI 48187 | 11409 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LORIA, JAMES C<br>4452 REID RD<br>SWARTZ CREEK, MI 48473 | 11257 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MABEL POIRIER<br>2404 AMANDA LN<br>SEVIERVILLE, TN 37876 | 10505 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MAE STARK<br>1707 IRENE AVE NE<br>WARREN, OH 44483 | 14842 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40.00 (U)<br>$40.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MARJORIE F LOVEJOY<br>781 DORSET AVE<br>YPSILANTI, MI 48198 | 70114 | Environmental Corporate Remediation Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MARK ETHEN<br>2821 RUGER AVE<br>JANESVILLE, WI 53545 | 10563 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Fifth Omnibus Objection**                             **Exhibit A**                             Motors Liquidation Company, et al.
                                                                                                          Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY R RECKARD<br>801 SUNSHINE RUN<br>ARNOLDS PARK, IA 51331 | 18992 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,846.46 (U)<br>$5,846.46 (T) | Insufficient Documentation | Pgs. 1-5 |
| MAUS, WILLIAM J<br>649 CEDAR DRIVE<br>CORTLAND, OH 44410 | 11059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MC DONALD, ROBERT J<br>7415 SCIOTO PKWY<br>POWELL, OH 43065 | 11161 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MEI-YUN HSU YEH<br>878 TOWNE CENTER DR<br>POMONA, CA 91767 | 4841 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$210,989.80 (U)<br>$210,989.80 (T) | Insufficient Documentation | Pgs. 1-5 |
| MICHALINE OSAR<br>5730 ONAWAY OVAL<br>PARMA, OH 44130 | 11061 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOORE, WILLIAM E<br>2830 BECK ST SE<br>WARREN, OH 44484 | 16578 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MRS VERA SCHNEIDER, TOD JASON SCHNEIDER, JONATHON SCHNEIDER & LIANE DISTEFANO SUBJECT STA RULES<br>61-19 76TH ST<br>MIDDLE VLG, NY 11379 | 14661 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ORNER, HAROLD R<br>130 ERVIN AVE<br>LINWOOD, PA 19061 | 2298 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PARIS KATHY FISHER<br>DBA PARIS CONSULTING<br>1112 N GALE RD<br>DAVISON, MI 48423 | 2002 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAUL UTZ<br>2017 HOMESITE DR<br>DAYTON, OH 45414 | 16853 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PISZCZEK, KAREN LYNN<br>1738 LAKEWOOD CIR<br>LAPEER, MI 48446 | 10780 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 13

| | | | | | |
|---|---|---|---|---|---|
| Eighty-Fifth Omnibus Objection | | | **Exhibit A** | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| POIRIER, MABEL A<br>2404 AMANDA LN<br>SEVIERVILLE, TN 37876 | 10506 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| POIRIER, RAYMOND N<br>2404 AMANDA LN<br>SEVIERVILLE, TN 37876 | 10507 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| POWE, JOSEPH W<br>322 S 30TH ST<br>SAGINAW, MI 48601 | 14286 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRICE, JONI<br>3697 SHOCK RD<br>BEAVERTON, MI 48612 | 1970 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RITA MONELLI<br>5100 S CONVENT LANE #309<br>PHILADEPHIA, PA 19114 | 10668 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **Eighty-Fifth Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT A AMATO<br>2580 S OCEAN BLVD<br>PALM BEACH, FL 33480 | 11040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSIE DANTZLER<br>6345 WILLENA DRIVE<br>MT MORRIS, MI 48458 | 10362 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SANDRA MARYLES SCHULTZ<br>C/O MARYLES<br>2955 NORTH SHORE<br>CHICAGO, IL 60645 | 16011 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SIDNEY/LEONA RESNICK<br>410 RIDGE AVE<br>KENNETT SQUARE, PA 19348 | 15364 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9,859.00 (P)<br>$0.00 (U)<br>$9,859.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SIMS II, SAM<br>2330 BOWSER AVE<br>APT 112<br>FORT WAYNE, IN 46803 | 10666 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Fifth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| SIMS, KATHERINE<br>669 6TH ST SW<br>SW.<br>WARREN, OH 44485 | 2487 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STACHURA, GREGORY P<br>67 BARBARA PL<br>CHEEKTOWAGA, NY 14225 | 12020 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SYLVIA RILEY<br>760 BROWN ST<br>AKRON, OH 44311 | 14403 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TAIKOWSKI, CYNTHIA<br>30 PACIFIC ST FL 2<br>PITTSFIELD, MA 01201 | 4852 | Motors Liquidation Company | $1,000.00 (S)<br>$0.00 (A)<br>$6,000.00 (P)<br>$0.00 (U)<br>$7,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| THEODORE WEST<br>1370 LARCHMONT RD<br>CLEVELAND, OH 44110 | 10190 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Eighty-Fifth Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS, ROBERT K<br>2812 CONOWOODS DR<br>SPRINGFIELD, OH 45503 | 14309 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VICTORIA FOX<br>ATTN DERRICK GOOD<br>THURMAN LAW FIRM<br>PO BOX 800<br>HILLSBORO, MO 63050 | 20972 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,000,000.00  (U)<br>$12,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WALKER, RODNEY B<br>3326 SOUTHFIELD CT<br>SAGINAW, MI 48601 | 11153 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WALLACE J MATTSON<br>2196 CARACAS CT<br>FT MEYERS, FL 33907 | 63342 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,969.00  (U)<br>$6,969.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WEBSTER, ALICE R<br>544 S 22ND ST<br>SAGINAW, MI 48601 | 1705 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM A BILLMAN<br>TOD ET AL<br>20945 OTERO AVE<br>HASTINGS, MN 55033 | 49609 | Motors Liquidation Company | $25,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$25,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Eighty-Fifth Omnibus Objection** | | | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM A PEARSON<br>447 W LIBERTY ST<br><br>HUBBARD, OH 44425 | 13693 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM CARPENTER JR<br>13124 N WEBSTER RD<br><br>CLIO, MI 48420 | 1785 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM NORBERG<br>290 WESTGATE ROAD N<br><br>MT PROSPECT, IL 60056 | 9526 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,250.00 (U)<br>$9,250.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM R WRIGHT<br>2318 N FLORA AVE<br><br>PEORIA, IL 61604 | 16052 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ZIMMERMAN, RICHARD D<br>PO BOX 171<br><br>NEWTON FALLS, OH 44444 | 12791 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **95** | | **$132,255.00** (S)<br>**$0.00** (A)<br>**$63,792.72** (P)<br>**$13,112,159.09** (U)<br>**$13,308,206.81** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Fifth Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CENTERPOINT ASSOCIATES LLC<br>C/O EARLE I ERMAN ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD, MI 48034 | 22624 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HELEN D LEONARD<br>HC 60 BOX 185<br>CHECOTAH, OK 74426 | 20966 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500.00  (U)<br>$2,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| MARIA MERCADO<br>449 ROADRUNNER DR<br>PATTERSON, CA 95363 | 11864 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCER PENSION & HEALTH PLANS<br>3601 WEST OLIVE AVENUE<br>BURBANK, CA 91510 | 1039 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ***OBJECTION WITHDRAWN*** | **4** | | **$0.00  (S)**<br>**$0.00  (A)**<br>**$0.00  (P)**<br>**$20,002,500.00  (U)**<br>**$20,002,500.00  (T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Fifth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BLACK, CANDY S<br>LOT 139<br>94 JAMISON ROAD NORTHWEST<br>WSHNGTN CT HS, OH 43160 | 19363 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ***CLAIM WITHDRAWN*** | **1** | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.