| | Exhibit A | |
|---|---|---|
| **Eighty-Sixth Omnibus Objection** | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARRY SIEGEL<br>ELAINE SIEGEL<br>6513 VIA ROSA<br>BOCA RATON, FL 33433 | 7281 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BENEFIELD, VERLON G<br>APT 112<br>33433 SCHOENHERR ROAD<br>STERLING HTS, MI 48312 | 5741 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BENETTA WASHINIFSKY<br>4287 N HILL DR<br>HOLLY, MI 48442 | 7048 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BERAN, JUDITH ANN<br>1420 WOODALL TRACE<br>ALPHARETTA, GA 30004 | 4354 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BERTHA BLANKENSHIP<br>3990 HIGHLAND DR<br>RICHMOND, IN 47374<br>UNITED STATES OF AMERICA | 8293 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Sixth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| BESSIE PUCCIO<br>HARD SCRABBLE APARTMENTS<br>410 MAIN ST APT 24<br>FARMINGDALE, NY 11735 | 62076 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BROWN, LADEAN D<br>1285 W COLDWATER RD<br>FLINT, MI 48505 | 8865 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRYDSON, WILLIAM M<br>9929 PRIMM SPRINGS<br>WILLIAMSPORT, TN 38487 | 6570 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARTER, ROBERT C<br>235 W GILES ST<br>SULLIVAN, IN 47882 | 45583 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLAIRE WEISS<br>3321 NW 47 TERR BULD 2 APT 223<br>LAUDERDALE LAKES, FL 33319 | 8417 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK, RICKEY D<br>1961 JOY ST<br>SAGINAW, MI 48601 | 6280 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CONCEPCION AVILA MELERO<br>8232 HOLMES AVE<br>LOS ANGELES, CA 90001 | 64718 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CROMER & EAGLESFIELD<br>10 W MARKET ST STE 1500<br>INDIANAPOLIS, IN 46204 | 2787 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVIS JOHN<br>645 SUMNER WAY UNIT 5<br>OCEANSIDE, CA 92058 | 61197 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVIS, CLIFTON<br>3718 COURTLEIGH DR<br>RANDALLSTOWN, MD 21133 | 49663 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Sixth Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DEAN, TYRONE<br>8104 E JEFFERSON AVE APT C209<br>DETROIT, MI 48214 | 15579 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DENHAM, ROSAMOND<br># 105<br>700 SOUTH LA POSADA CIRCLE<br>GREEN VALLEY, AZ 85614 | 62378 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DIANA HALL<br>28214 W 10 MILE RD<br>FARMINGTON HILLS, MI 48336 | 16592 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOYLE, SHIRLEY A<br>1936 LOCKMERE DR SE<br>KENTWOOD, MI 49508 | 8025 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| E REHLER<br>32144 VIA VIENTE<br>SAN JUAN CAPISTRANO, CA 92675 | 39322 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ELAINE D WEZEREK<br><br>,<br>UNITED STATES OF AMERICA | 44655 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELSIE J DAGNILLO<br>JOHN G DAGNILLO<br>2135 IRIS RD<br>PUEBLO, CO 81006<br>UNITED STATES OF AMERICA | 7822 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FISHER, HELEN L<br>1230 N COUNTY RD 500 E<br>KOKOMO, IN 46901 | 4861 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GARRY SCOTT<br>PO BOX 445<br>LYONS, GA 30436 | 9140 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARTLEY & HARTLEY<br>ADMINISTRATIVE TRUST FUND<br>10 W MARKET ST STE 1500<br>R DAVY EAGLESFIELD III<br>INDIANAPOLIS, IN 46204 | 2788 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | | | | |
|---|---|---|---|---|---|
| Eighty-Sixth Omnibus Objection | | | | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HENRY AND MARIE A SCHMIDT<br>HENRY AND MARIE A SCHMIDT JT TEN<br>110 PARKWOOD DRIVE<br>SNYDER, NY 14226<br>UNITED STATES OF AMERICA | 5038 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HIROKAZU MATSUMOTO<br><br>HIGASHIOSAKA   JAPAN<br>,<br>JAPAN | 64952 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUSKEY, HARREL<br>231 GUZZARDO LANE<br>INDEPENDENCE, LA 70443 | 22622 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUSKEY, LINDA<br>231 GUZZARDO LANE<br>INDEPENDENCE, LA 70443 | 22623 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| IGNASIAK, LEO R<br>12341 DE GROVE DR<br>STERLING HTS, MI 48312 | 7612 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 6

| Eighty-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IRENE APPRILL<br><br>,<br>UNITED STATES OF AMERICA | 6400 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| IWATA FAMILY TRUST DTD 3/29/90<br>RICHARD S IWATA<br>SAMMY W IWATA<br>8325 SW MAVERICK TERRACE<br>BEAVERTON, OR 97008 | 4991 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| J&R REALTY CO<br>BUCHWALD JULIE, ASST SECY<br>GERALD J BUCHWALD, SEC<br>PO BOX 2289<br>APTOS, CA 95001 | 61545 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JACQUELINE ROMANO<br><br>,<br>UNITED STATES OF AMERICA | 62498 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMIE TOWNSEND<br>3621 BROWNELL BOULEVARD<br>FLINT, MI 48504 | 11151 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Sixth Omnibus Objection**      Exhibit A     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JO ANN MERRIAM<br>395 REDDING RD UNIT 238<br>LEXINGTON, KY 40517 | 10033 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOSEPHINE STISSER<br>122 LAKEWOOD VILLAGE<br>MEDINA, NY 14103<br>UNITED STATES OF AMERICA | 20909 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOSHUA L BURROWS JR<br>5 EAST NECK RD<br>STONINGTON, CT 06378<br>UNITED STATES OF AMERICA | 8206 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JUDY TAYLOR<br>4525 CURDY RD<br>HOWELL, MI 48855 | 14955 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LADEAN BROWN<br>1285 W COLDWATER RD<br>FLINT, MI 48505 | 8609 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Sixth Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAMPHERE, LINDA K<br>1727 COLONIAL DR<br>LAPEER, MI 48446 | 5749 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LARRY THOMPSON<br>8218 S EVENING DR<br>PENDLETON, IN 46064 | 2780 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEO IGNASIAK<br>12341 DE GROVE DR<br>STERLING HTS, MI 48312 | 7613 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LILY STAR BREGMAN<br>ANDRES BREGMAN<br>,<br>UNITED STATES OF AMERICA | 61759 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LINK, ANDREW C<br>21435 POTOMAC ST<br>SOUTHFIELD, MI 48076 | 8408 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | | |
|---|---|---|---|
| **Eighty-Sixth Omnibus Objection** | | | **Motors Liquidation Company, et al.** <br> **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LULKO, ALEXANDER P <br> 35718 CASTLEWOOD CT <br><br> WESTLAND, MI 48185 | 7989 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARY COVELL <br> 19613 E 9TH ST S <br><br> INDEPENDENCE, MO 64056 | 4493 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY <br> 100 FIRST AVENUE <br> CHARLESTOWN NAVY YARD <br> BLDG 39 <br> BOSTON, MA 02129 | 66307 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MAY, ANNA L <br> PO BOX 1783 <br><br> ARLINGTON, TX 76004 | 7258 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MELANCON, BETTY J <br> PO BOX 3 <br><br> OSSINEKE, MI 49766 | 4439 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Sixth Omnibus Objection**  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR TORIBIO CASTRO<br>33 WOODLAND ROAD<br>ROSLYN, NY 11576 | 7996 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MRS ROBERTA JANE DAREY<br>976 APPLE BLOSSOM LANE<br>ORREVILLE, OH 44667 | 2492 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MYERS REV LIVING TRUST<br>UAD 04/06/00<br>LARRY G MYERS & HARRIET H MYERS TTEES<br>1055 COLONIAL WAY<br>TUSTIN, CA 92780 | 2499 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA FLETCHER<br>270 WILSON ST<br>STRUTHERS, OH 44471 | 8780 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA KENT<br>PO BOX 05538<br>DETROIT, MI 48205 | 5832 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11

| Eighty-Sixth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICK FLETCHER<br>270 WILSON ST<br>STRUTHERS, OH 44471 | 7236 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICK T. KEARNS<br>24 GROVE AVE.<br>LOCPORT, NY 14094 | 9191 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PETTIFORD, GAIL L<br>18506 WESTMORELAND RD<br>DETROIT, MI 48219 | 8791 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RACHECK, PATRICIA A<br>3324 COUNTY LINE RD<br>W FARMINTON, OH 44491 | 7828 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RAY, J C<br>3523 BELVIDERE<br>DETROIT, MI 48214 | 8799 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Sixth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD D ZIMMERMAN<br>PO BOX 171<br><br>NEWTON FALLS, OH 44444 | 12839 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICHARD L BUNCHER<br><br>,<br>UNITED STATES OF AMERICA | 4444 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICHARD L ROBERTS<br>9479 CREEDE ST<br><br>BOISE, ID 83704<br>UNITED STATES OF AMERICA | 5308 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT E BICKERS<br>6336 SW 30TH ST<br><br>MIRAMAR, FL 33023 | 7997 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERTA JANE DAVEY TTEE<br>THE ROBERTA JANE DAVEY LIV TR.<br>DTD 3-25-94<br>976 APPLE BLOSSOM LANE<br>ORRVILLE, OH 44667 | 2491 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Sixth Omnibus Objection                    **Exhibit A**                    Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHEXNAYDER, LARKA<br>THE BAGERT LAW FIRM<br>650 POYDRAS ST STE 2708<br>NEW ORLEANS, LA 70130 | 12266 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCOTT, GARRY L<br>PO BOX 445<br>LYONS, GA 30436 | 9171 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SEGURA, LIONEL R<br>412 JAMIE WAY<br>BOWLING GREEN, KY 42104 | 36962 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHANKS, ROGER M<br>2494 S HIGHWAY W<br>FOLEY, MO 63347 | 5732 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHIRLEY DOYLE<br>1936 LOCKMERE DR SE<br>KENTWOOD, MI 49508 | 8024 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Eighty-Sixth Omnibus Objection | | | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SMITH, EDWIN E<br>451 BAKER ROAD<br>CHURCHVILLE, NY 14428 | 7230 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SMITH, JOE<br>13543 HIGHWAY 84<br>JONESVILLE, LA 71343 | 7448 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS FELSTEAD<br>2407 W ENGEL RD<br>WEST BRANCH, MI 48661 | 2736 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMPSON, LARRY N<br>8218 S EVENING DR<br>PENDLETON, IN 46064 | 2778 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TORIBIO CASTRO<br>33 WOODLAND ROAD<br>ROSLYN, NY 11576 | 8695 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Sixth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| UNIVERSAL TRANSPORT INC<br>12 SDS # 0842<br>MINNEAPOLIS, MN 55486 | 5280 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VALERY FARLEY IRA<br>FCC AS CUSTODIAN<br>524 OAK RIDGE DR.<br>HARTLAND, WI 53029 | 9418 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM H SEALY<br>520 ARROWHEAD TRL UNIT 1112<br>HENDERSON, NV 89015 | 4881 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAMS, ROSEVELT<br>6474 ESTRELLE AVE<br>MOUNT MORRIS, MI 48458 | 5062 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WRIGHT, ELVIN<br>PO BOX 484<br>GENESEE, MI 48437 | 69524 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Sixth Omnibus Objection**

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 80 | | $0.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $0.00 (P) | | |
| | | | $0.00 (U) | | |
| | | | $0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 17

**Eighty-Sixth Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COLL, EMMA<br>69 CENTER ST<br>RONKONKOMA, NY 11779 | 22642 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KEPLINGER, KRISTEN<br>APT 3<br>656 WEST PIEDMONT STREET<br>KEYSER, WV 26726 | 19408 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MILLENDER CENTER ASSOCIATES LIMITED PARNERSHIP<br>C/O VICKI R HARDING ESQ<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 | 45840 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NEW FLYER OF AMERICA INC<br>711 KERNAGHAN AVE<br>ATTN COLIN PEWARCHUK, ESQ<br>WINNIPEG, MANITOBA CANADA R2C 3T4<br>,<br>CANADA | 66317 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PERNELL, JAMES<br>1233 FRANKLIN LN<br>HENDERSON, NC 27537 | 64528 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Sixth Omnibus Objection**

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***OBJECTION WITHDRAWN*** | 5 | | $0.00  (S) | | |
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $0.00  (U) | | |
| | | | $0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.