| Eighty-Seventh Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AZLE INDEPENDENT SCHOOL DISTRICT<br>C/O HOODENPYLE & LOBERT PC<br>521 E BORDER ST<br>ARLINGTON, TX 76010 | 812 | Motors Liquidation Company | $737.24 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$737.24 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT ROOM 118<br>COLUMBIA, MO 65201 | 70126 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201 | 70127 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201 | 70128 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Eighty-Seventh Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201 | 70129 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201 | 70130 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR<br>ATTN PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT RM 118<br>COLUMBIA, MO 65201 | 70131 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| BOONE COUNTY COLLECTOR<br>PATRICIA S LENSMEYER<br>GOVERNMENT CENTER 9TH & ASH<br>801 E WALNUT<br>RM 118<br>COLUMBIA, MO 65201 | 33222 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$27.55  (P)<br>$0.00  (U)<br>$27.55  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Seventh Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CADDO COUNTY TREASURER<br>PO BOX 278<br>ANADARKO, OK 73005 | 7451 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| CITY OF CHATTANOOGA<br>101 EAST 11TH STREET<br>ROOM 100<br>CHATTANOOGA, TN 37402 | 12306 | Motors Liquidation Company | $3,123.34 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,123.34 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CITY OF FRANKLIN TAX COLLECTOR<br>C/O YOST ROBERTSON NOWAK, PLLC<br>SPECIAL COUNSEL CITY OF FRANKLIN<br>PO BOX 681346<br>FRANKLIN, TN 37068 | 1574 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11.00 (P)<br>$0.00 (U)<br>$11.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CITY OF FREDERICKSBURG VIRGINIA<br>PO BOX 267<br>FREDERICKSBURG, VA 22404 | 435 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,324.33 (P)<br>$0.00 (U)<br>$1,324.33 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CITY OF FREMONT<br>39550 LIBERTY ST<br>REVENUE & TREASURY DIVISION<br>FREMONT, CA 94538 | 5118 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Seventh Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| CITY OF GREENSBORO<br>CITY OF GREENSBORO COLLECTION<br>PO BOX 3136<br>GREENSBORO, NC 27402 | 69054 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$180.00 (U)<br>$180.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| CITY OF HAMMOND<br>PROPERTY TAX DIVISION<br>PO BOX 2788<br>HAMMOND, LA 70404 | 44266 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$14,854.60 (P)<br>$0.00 (U)<br>$14,854.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| CITY OF KNOXVILLE<br>DOUGLAS GORDON ATTY FOR CITY OF KNOXVILLE<br>PO BOX 1028<br>KNOXVILLE, TN 37901 | 1349 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$13.34 (P)<br>$0.00 (U)<br>$13.34 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |
| CITY OF LONE TREE<br>DEPT 1882<br>9220 KIMMER DR<br>LONE TREE, CO 80124 | 4478 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   No amount due per claim and/or per contact with claimant. | | | | | |
| CITY OF MARIETTA TAX DEPARTMENT<br>PO BOX 609<br>MARIETTA, GA 30061 | 11294 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$4,531.71 (P)<br>$0.00 (U)<br>$4,531.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   Claim is against an unrelated third party. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Seventh Omnibus Objection**                              **Exhibit A**                              Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF STAMFORD COLLECTOR OF TAXES<br>CITY OF STAMFORD LAW DEPARTMENT<br>888 WASHINGTON BLVD 9TH FLOOR<br>STAMFORD, CT 06904 | 69890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$612.15 (P)<br>$612.15 (U)<br>$1,224.30 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CRONELL, WILLIAM C<br>112 CHRONICLE ST<br>BELMONT, NC 28012 | 69664 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,559.35 (P)<br>$0.00 (U)<br>$1,559.35 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| CUYAHOQA COUNTY TREASURER<br>1219 ONTARIO STREET<br>ROOM 112 - ATTN: MARK CAMPBELL<br>CLEVELAND, OH 44113 | 67545 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br>LAS CRUCES, NM 88004 | 17734 | Motors Liquidation Company | $1,431.02 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,431.02 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br>LAS CRUCES, NM 88004 | 17735 | Motors Liquidation Company | $49.61 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$49.61 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Seventh Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONA ANA COUNTY TREASURER<br>PO BOX 1179<br>LAS CRUCES, NM 88004 | 17737 | Motors Liquidation Company | $348.90 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$348.90 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| DORIS MALOY, LEON COUNTY TAX COLLECTOR<br>PO BOX 1835<br>TALLAHASSEE, FL 32302 | 657 | Motors Liquidation Company | $7,141.64 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,141.64 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| DOUGLAS COUNTY<br>DOUGLAS COUNTY TREASURER<br>ATTN: STEPHANIE COOK<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 | 1231 | Motors Liquidation Company | $483,408.86 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$483,408.86 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| DOUGLAS COUNTY GEORGIA<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 1177<br>TAX COMMISSIONER<br>DOUGLASVILLE, GA 30133 | 3212 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,177.94 (P)<br>$0.00 (U)<br>$4,177.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| DUPLIN COUNTY TAX COLLECTOR<br>PO BOX 968<br>KENANSVILLE, NC 28349 | 3203 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$673.28 (U)<br>$673.28 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Seventh Omnibus Objection**   **Exhibit A**   **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA CALVO<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094 | 65863 | Motors Liquidation Company | $8,991.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,991.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| HAMILTON COUNTY TREASURERS OFFICE<br>OLD COURTHOUSE<br>33 N 9TH STREET<br>STE 112<br>NOBLESVILLE, IN 46060 | 6777 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| HAMILTON COUNTY TREASURER'S OFFICE<br>OLD COURTHOUSE<br>33 N. 9TH STREET<br>SUITE 112<br>NOBLESVILLE, IN 46060 | 6776 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| HAMILTON COUNTY TREASURER'S OFFICE<br>OLD COURTHOUSE<br>33 N 9TH ST<br>STE 112<br>NOBLESVILLE, IN 46060 | 6778 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Seventh Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ILLINOIS DEPT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S STATE STREET<br>CHICAGO, IL 60603 | 541 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,383.57 (P)<br>$0.00 (U)<br>$2,383.57 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| JOHN A DONOFRIO, SUMMIT COUNTY FISCAL OFFICER<br>C/O REGINA M VANVOROUS<br>220 S BALCH STREET, SUITE 118<br>AKRON, OH 44302 | 442 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| LINDA EMMONS<br>FRANKLIN COUNTY COLLECTOR<br>400 E MAIN<br>RM 103<br>UNION, MO 63084 | 31314 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$84,839.39 (P)<br>$0.00 (U)<br>$84,839.39 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| PINE TREE INDEPENDENT SCHOOL DISTRICT<br>ATTN: MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN<br>700 JEFFREY WAY, SUITE 100<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 293 | Motors Liquidation Company | $215.93 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$215.93 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Seventh Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| POLK COUNTY COLLECTOR<br>102 E BROADWAY ST STE 6<br>BOLIVAR, MO 65613 | 21245 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,638.97 (P)<br>$0.00 (U)<br>$1,638.97 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 5245 | MLCS, LLC | $6,269.99 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,269.99 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | 5246 | MLCS, LLC | $4,465.82 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,465.82 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| SOLANO COUNTY TAX COLLECTOR<br>675 TEXAS ST STE 1900<br>FAIRFIELD, CA 94533 | 1394 | Motors Liquidation Company | $22,463.59 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22,463.59 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM, MA 01702 | 69559 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$2,442.94 (P)<br>$0.00 (U)<br>$2,442.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Seventh Omnibus Objection     **Exhibit A**     Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TOWN OF GUILFORD<br>31 PARK ST<br>GUILFORD, CT 06437 | 3171 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 550<br>RALEIGH, NC 27602 | 67118 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$247.16 (U)<br>$247.16 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| WESTERLY TOWN OF PPTAX<br>WESTERLY TOWN OF<br>TAX COLLECTOR<br>45 BROAD STREET<br>WESTERLY, RI 02891 | 241 | Motors Liquidation Company | $970.50 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$970.50 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| WICOMICO COUNTY ROADS<br>PO BOX 4036<br>21803SALISBURY, MD 21801 | 65850 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$21,054.80 (P)<br>$0.00 (U)<br>$21,054.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| WICOMICO COUNTY TAX COLLECTOR<br>PO BOX 4036<br>SALISBURY, MD 21803 | 25499 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$21,267.47 (P)<br>$0.00 (U)<br>$21,267.47 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Seventh Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YAKIMA COUNTY TREASURER<br>PO BOX 22530<br>YAKIMA, WA 98907 | 70198 | Motors Liquidation Company | $307.79 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$307.79 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   No amount due per claim and/or per contact with claimant.

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **47** | | **$539,925.23** (S)<br>**$0.00** (A)<br>**$160,739.11** (P)<br>**$1,712.59** (U)<br>**$702,376.93** (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Seventh Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADA COUNTY TREASURER<br>PO BOX 2868<br>BOISE, ID 83701 | 62080 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: Claim is against an unrelated third party. | | | | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>ATTN WILBUR E HOOKS DIRECTOR<br>PO BOX 20207<br>NASHVILLE, TN 37242 | 70283 | MLCS, LLC | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note: No amount due per claim and/or per contact with claimant. | | | | | |
| **CLAIM WITHDRAWN** | **2** | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.