| Eighty-Eighth Omnibus Objection | | | | | | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Exhibit A** | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COLEMAN, MELINDA<br><br>142 DAVID DR APT D9<br>ELYRIA, OH 44035<br><br>Official Claim Date: 11/28/2009 | 63154 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | COLEMAN MELINDA<br><br>142 DAVID DR APT D9<br>ELYRIA, OH 44035<br><br>Official Claim Date: 11/27/2009 | 60784 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| DONALD J SHIVAS<br><br>31 SNYDER DRIVE<br>WHARTON, NJ 07885<br><br>Official Claim Date: 11/5/2009 | 20179 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,500.00 (U)<br>$5,500.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | SHIVAS, DONALD J<br><br>31 SNYDER DR<br>WHARTON, NJ 07885<br><br>Official Claim Date: 11/9/2009 | 21253 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,500.00 (U)<br>$5,500.00 (T) |
| GREEN HUNT WEDLAKE INC TRUSTEE<br><br>ATTN PETER WEDLAKE TCIRP<br>SUITE 315 TOWER 1<br>7001 MUMFORD ROAD<br>B3L4N9 HALIFAX NOVA SCOTIA<br>,<br>CANADA<br><br>Official Claim Date: 11/25/2009 | 65814 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,607,647,592.49 (U)<br>$1,607,647,592.49 (T) | Amended and Superseded Claims | Pgs. 1-5 | GREEN HUNT WEDLAKE INC TRUSTEE<br><br>ATTN PETER WEDLAKE FCIRP<br>SUITE 315 TOWER 1<br>7001 MUMFORD ROAD<br>B3L4N9 HALIFAX NOVA SCOTIA CANADA<br>,<br>CANADA<br><br>Official Claim Date: 11/30/2009 | 66319 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,607,647,592.49 (U)<br>$1,607,647,592.49 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Eighth Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| HASTINGS LAW FIRM PC<br><br>25511 BUDDE RD STE 1402<br><br>THE WOODLANDS, TX 77380<br><br>Official Claim Date: 10/15/2009 | 10820 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | NEWTON AKEEM<br><br>BROWN, NORA<br>C/O HASTINGS LAW FIRM PC<br>25511 BUDDE RD STE 1402<br>THE WOODLANDS, TX 77380<br><br>Official Claim Date: 10/15/2009 | 10823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) |
| JAMES HILL<br><br>W4410 DUCK CREEK LN<br>WESTFIELD, WI 53964<br><br>Official Claim Date: 11/25/2009 | 45263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | HILL, JAMES<br><br>W4410 DUCK CREEK LN<br>WESTFIELD, WI 53954<br><br>Official Claim Date: 11/28/2009 | 62601 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$4,000.00 (T) |
| JOLENE C HARMS<br><br>C/O MICHAEL T LESAGE, ESQ<br>PO BOX 306<br><br>PASO ROBLES, CA 93447<br><br>Official Claim Date: 7/7/2009 | 842 | Motors Liquidation Company | $100,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$200,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | HARMS, JOLENE C<br><br>LESAGE, MICHAEL T<br>PO BOX 306<br>620 13TH ST<br>PASO ROBLES, CA 93446<br><br>Official Claim Date: 11/23/2009 | 36538 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Eighth Omnibus Objection**  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LINDA J MILLER<br><br>C/O ROBERT M MATSON<br>PO BOX 1773<br>MACON, GA 31202<br><br>Official Claim Date: 9/2/2009 | 1261 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | LINDA J MILLER<br><br>C/O ROBERT M MATSON<br>PO BOX 1773<br>MACON, GA 31202<br><br>Official Claim Date: 6/1/2010 | 70308 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,000.00 (U)<br>$475,000.00 (T) |
| MARIA SOFFER ESQ AS PERSONAL REP OF THE ESTATE OF<br><br>DAVID ARENAS, DECEASED<br>ATTN: ERIC G ZAJAC, ESQUIRE  ZAJAC & ARIAS LLC<br>1818 MARKET ST, 30TH FLR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date: 6/24/2009 | 231 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MARIA SOFFER ESQ, PERSONAL REPRESENTATIVE OF<br><br>THE ESTATE OF DAVID ARENAS, DECEASED<br>ERIC C ZAJAC ESQ, ZAJAC & ARIAS LLC<br>1818 MARKET ST, 30TH FL<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date: 12/9/2009 | 69289 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Eighth Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MELANIE J CUNNINGHAM<br><br>C/O ATTORNEY ALAN H PERER<br>ONE OXFORD CENTRE, SUITE 2501<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 7/10/2009 | 913 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | CUNNINGHAM, MELANIE<br><br>SWENSEN PERER & KONTOS<br>ONE OXFORD CENTRE - SUITE 2501<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/9/2009 | 21819 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| MELANIE J CUNNINGHAM<br><br>C/O ATTORNEY ALAN H PERER<br>ONE OXFORD CENTRE SUITE 2501<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/9/2009 | 21817 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | CUNNINGHAM, MELANIE<br><br>SWENSEN PERER & KONTOS<br>ONE OXFORD CENTRE - SUITE 2501<br>PITTSBURGH, PA 15219<br><br>Official Claim Date: 11/9/2009 | 21819 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Eighth Omnibus Objection**                                          **Exhibit A**                                          Motors Liquidation Company, et al.
                                                                                                                                    Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NEWTON AKEEM<br><br>NEWTON, ADRIANA<br>25511 BUDDE RD<br>STE 1402<br>THE WOODLANDS, TX 77380<br><br>Official Claim Date: 10/15/2009 | 10822 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | NEWTON AKEEM<br><br>BROWN, NORA<br>C/O HASTINGS LAW FIRM PC<br>25511 BUDDE RD STE 1402<br>THE WOODLANDS, TX 77380<br><br>Official Claim Date: 10/15/2009 | 10823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) |
| NEWTON AKEEM<br><br>NEWTON, AKEEM SR<br>400 W HOUSTON ST<br><br>MARSHALL, TX 75670<br><br>Official Claim Date: 10/15/2009 | 10824 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | NEWTON AKEEM<br><br>BROWN, NORA<br>C/O HASTINGS LAW FIRM PC<br>25511 BUDDE RD STE 1402<br>THE WOODLANDS, TX 77380<br><br>Official Claim Date: 10/15/2009 | 10823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) |
| RICHARD D MILLER AS ADMINISTRATOR OF THE ESTATE OF<br><br>JOHNNY CALVIN MILLER<br>C/O ROBERT M MATSON<br>PO BOX 1773<br>MACON, GA 31202<br><br>Official Claim Date: 9/2/2009 | 1260 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | RICHARD D MILLER AS ADMINISTRATOR OF THE ESTATE OF<br><br>JOHNNY CALVIN MILLER<br>C/O ROBERT M MATSON<br>PO BOX 1773<br>MACON, GA 31202<br><br>Official Claim Date: 6/1/2010 | 70307 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,000.00 (U)<br>$475,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Eighth Omnibus Objection | | | | | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Exhibit A** | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TANKSON, ANTONIA<br><br>637 E 131ST ST APT A<br>RIVERDALE, IL 60827<br><br>Official Claim Date: 10/16/2009 | 11427 | Motors Liquidation Company | $2,719.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,719.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TANKSON, ANTONIA<br><br>637 E 131ST ST APT A<br>RIVERDALE, IL 60827<br><br>Official Claim Date: 2/3/2010 | 69978 | Motors Liquidation Company | $2,719.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,719.00 (T) |
| TICHY TERRANCE J<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVENUE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/13/2009 | 25339 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TERRANCE J TICHY<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVENUE SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/17/2009 | 28660 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) |
| TICHY, TERRANCE J<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVE STE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/13/2009 | 25337 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | TERRANCE J TICHY<br><br>C/O RICHARD L DEMSEY CO LPA<br>1350 EUCLID AVENUE SUITE 1550<br>CLEVELAND, OH 44115<br><br>Official Claim Date: 11/17/2009 | 28660 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Eighth Omnibus Objection**                                   **Exhibit A**                                   Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VILLA, JORGE<br><br>2220 W 37TH ST<br>CHICAGO, IL 60609<br><br>Official Claim Date: 10/8/2009 | 6197 | Motors Liquidation Company | $2,200.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,200.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JORGE VILLA<br><br>2220 W 37 ST<br>CHICAGO, IL 60609<br><br>Official Claim Date: 11/6/2009 | 20987 | Motors Liquidation Company | $2,200.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,200.00 (T) |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | 17 | $104,919.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,623,778,092.49 (U)<br>$1,623,883,011.49 (T) | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Eighty-Eighth Omnibus Objection | | | | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION WITHDRAWN*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| PYATT SR, JOE N<br><br>1598 S INDIAN CREEK DR<br>STONE MOUNTAIN, GA 30083<br><br>Official Claim Date: 10/24/2009 | 15503 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | JOE PYATT<br><br>1598 SOUTH INDIAN CREEK DRIVE<br>STONE MOUNTAIN, GA 30083<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 9/3/2010 | 70395 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,000.00 (U)<br>$65,000.00 (T) |
| **OBJECTION WITHDRAWN** | **1** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$0.00 (U)**<br>**$0.00 (T)** | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.