Eighty-Eighth Omnibus Objection

**Exhibit B**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| RONALD A KATZ TECHNOLOGY LICENSING LP<br><br>9229 W SUNSET BLVD STE 850<br><br>LOS ANGELES, CA 90069<br><br>Official Claim Date: 11/27/2009 | 59864 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,699,198.70 (U)<br>$2,699,198.70 (T) | Duplicate Claim | Pgs. 1-5 | RONALD A. KATZ TECHNOLOGY LICENSING, L.P<br>ATTN: JACK BAN<br>9229 W SUNSET BLVD STE 850<br>LOS ANGELES, CA 90069<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/20/2009 | 32726 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,699,198.70 (U)<br>$2,699,198.70 (T) |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **1** | | |
| --- | --- | --- | --- |
| | | **$0.00** | (S) |
| | | **$0.00** | (A) |
| | | **$0.00** | (P) |
| | | **$2,699,198.70** | (U) |
| | | **$2,699,198.70** | (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Eighty-Eighth Omnibus Objection** **Exhibit B** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## OBJECTION WITHDRAWN

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SACHSE, MARIE "DECEASED" LARRY, CATHY AND DAVID SACHEE<br><br>15 RED MILL CT<br><br>SAINT PETERS, MO 63376<br><br>Official Claim Date: 11/27/2009 | 59200 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) | Duplicate Claim | Pgs. 1-5 | SACHSE MARIE "DECEASED"<br><br>C/O LARRY AND CATHY SACHSE<br>15 RED MILL CT<br>SAINT PETERS, MO 63376<br><br>Official Claim Date: 11/27/2009 | 61586 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) |
| **OBJECTION WITHDRAWN** | | | **1** | | | | | | |
| | | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Eighth Omnibus Objection

**Exhibit B**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIM WITHDRAWN*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| MAVETY BRIANNA<br><br>MAVETY, TAMMY<br>804 WESTMINSTER RD<br>TRAVERSE CITY, MI 49686<br><br>Official Claim Date: 11/30/2009 | 64622 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-5 | MAVETY, BRIANNA<br><br>804 WESTMINSTER RD<br><br>TRAVERSE CITY, MI 49686<br><br>Official Claim Date: 11/30/2009 | 64621 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

| | | |
|---|---|---|
| **CLAIM WITHDRAWN** | 1 | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$0.00** (U)<br>**$0.00** (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.