**Exhibit A**

Ninety-First Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDERSON, ANNETTE<br>6299 RIVER RD<br>MADISON, OH 44057 | 69404 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/14/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDERSON, LAMERT<br>207 E 61ST ST<br>CHICAGO, IL 60637 | 69293 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/8/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANTOINETTE M WHITE<br>2609 LARK AVE<br><br>ALTOONA, PA 16602 | 70309 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 6/2/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BENJAMIN, AMOLENE<br>7319 VIRGINIA AVE<br><br>KANSAS CITY, MO 64131 | 69466 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/16/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-First Omnibus Objection**

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY J SHIPLEY<br>116 ANDESITE DR<br><br>JACKSONVILLE, OR 97530 | 65800 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/7/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BILLYE RUTH BIGBEE IRA<br>FCC AS CUSTODIAN<br>15741 US HIGHWAY 83 N<br>PADUCAH, TX 79248 | 69660 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/30/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BODMER, DIANA S<br>229 RAINBOW DR PMB 12989<br><br>LIVINGSTON, TX 77399 | 68040 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/2/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHESTER, MILDRED I<br>2060 GROVE LN<br><br>CLEARWATER, FL 33763 | 69785 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/15/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLIFFORD, MICHAEL T<br>RE: DREMA K CUNNINGHAM<br>723 KANAWHA BLVD E<br>1200 UNION BLDG<br>CHARLESTON, WV 25301 | 69815 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/4/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID UPMANN<br>2913 YALE DR<br>JANESVILLE, WI 53548 | 70115 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/1/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DEBRA JEFFRIES<br>2723 GLENWOOD AVE<br><br>SAGINAW, MI 48601<br>UNITED STATES OF AMERICA | 68197 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/2/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOYLE, GWENDOLYN<br>8570 GALLOWAY NATIONAL DR<br><br>WILMINGTON, NC 28411 | 69776 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/14/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DUNCAN, SHARON K<br>511 E ARCADA ST<br><br>ITHACA, MI 48847 | 70049 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/22/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EARL THURSTON<br>PO BOX 37<br><br>MERTENS, TX 76666 | 69784 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/15/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERVASIO, ALEXANDER J<br>1405 ELKINS AVE<br><br>LEVITTOWN, PA 19057 | 68138 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/2/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GIBBONS, JOHN<br>432 E WINTER AVE<br><br>NEW CASTLE, PA 16105 | 69894 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/28/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILLEGAS, JANET M<br>105 N LANOITAN AVE<br><br>NATIONAL CITY, CA 91950 | 68919 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/2/2009 |
| Official Claim Date: | 12/7/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JACKSON, REGINALD A<br>773 GROTE ST<br><br>BRONX, NY 10460 | 69766 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/11/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHNSON, PAT L<br>24713 RENSSELAER ST # 24713<br><br>OAK PARK, MI 48237 | 69982 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/4/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KING, LUCILLE M<br>519 SAINT CLOUD DR<br><br>STATESVILLE, NC 28625 | 69301 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/4/2009 |
| Official Claim Date: | 12/10/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAKIA C BROWN<br>305 OSMUN ST<br><br>PONTIAC, MI 48342 | 70161 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/26/2010 |
| Docket Number of Affidavit of Service: | 4675 |
| Notice Provided and Date of Service: | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LENIEAR, JESSIE<br>8841 BRAILE ST<br><br>DETROIT, MI 48228 | 69780 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/23/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LIGHT, KATHLEEN R<br>2706 BURRIES RD<br><br>HARTLAND, WI 53029 | 69302 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/10/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LILY PAK<br>2 GRIENTREE LANE<br><br>ALBANY, NY 12208 | 69415 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/14/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LKPK AIRPORT LTD.<br>PETER AND LILY KWAN<br>140 BRANDON TERRACE<br>ALBANY, NY 12203 | 69414 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | N/A | |
| Official Claim Date: | 12/14/2009 | |
| Docket Number of Affidavit of Service: | | 4238 |
| Notice Provided and Date of Service: | | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOGAN, VIVIAN B<br>2619 DAVIS ST<br>RALEIGH, NC 27608 | 69774 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | N/A | |
| Official Claim Date: | 1/14/2010 | |
| Docket Number of Affidavit of Service: | | 4238 |
| Notice Provided and Date of Service: | | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOIS GAIGALAS<br>60 MAYWOOD AVE<br><br>BLOOMFIELD HILLS, MI 48304<br>UNITED STATES OF AMERICA | 67637 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/1/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUMBIA L TOLLIVER<br>588 WALL ST<br><br>WENTZVILLE, MO 63385 | 70095 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/4/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN T ULRICH & ELAINE M ULRICH TRUSTEES MARTIN T & ELAINE M ULRICH LIVING TRUST U/A/D 12/05/91 13103 KINGSTON HUNTINGTON WOODS, MI 48070 | 68541 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/3/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARVELLA A JOHNSON 9805 BRICKLEBERRY LN APT 203 CHARLOTTE, NC 28262 | 68639 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/2/2009 |
| Official Claim Date: | 12/4/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY GRAZIANO<br>PO BOX 335<br><br>MAYWOOD, IL 60153 | 70193 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 4/1/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MATTHEWS, FRANKLIN I<br>5017 NICHOLSON HILL RD<br><br>HUBBARD LAKE, MI 49747 | 69756 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/11/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILLER, MARK P<br>PO BOX 14182<br><br>SCOTTSDALE, AZ 85267 | 70015 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/10/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICIA LAREE GARLING<br>CGM IRA CUSTODIAN<br>2135 WHITLEY AVE.<br>LOS ANGELES, CA 90068 | 70119 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/12/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL D & DORTHY J HOEFLING<br>5412 CALEB AVE<br><br>SACRAMENTO, CA 95819 | 70005 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/8/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PHARR, ILENE P<br>2028 PRINCE HALL DR<br><br>DETROIT, MI 48207 | 69659 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/30/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAMIREZ, LORENZA CALZ J REYES HEROLE #103 COL BUENA VISTA ZACATECAS MEXICO , MEXICO | 70007 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/8/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RANDALL D PETERSON 520 W CLEVELAND AVE SAPULPA, OK 74066 | 69710 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/5/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection
Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARDSON SHERMAN<br>2630 E STATE ROAD 28<br><br>FRANKFORT, IN 46041 | 67638 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/1/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RIPP, JOSEPH M<br>1913 8TH ST<br><br>MONROE, WI 53566 | 70061 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/24/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 20

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUSH YARNELL JR<br>21607 CENTENNIAL STREET<br><br>ST CLAIR SHRS, MI 48081 | 69377 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | | | | | |
|---|---|---|---|---|---|
| Applicable Bar Date: | 11/30/2009 | | | | |
| Postmark Date: | 12/9/2009 | | | | |
| Official Claim Date: | 12/11/2009 | | | | |
| Docket Number of Affidavit of Service: | | 4238 | | | |
| Notice Provided and Date of Service: | | Bar Date Notice on 9/25/2009 | | | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SANDRA RAMIREZ<br>413 29TH ST<br><br>HIDALGO, TX 78557 | 70279 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | | | | | |
|---|---|---|---|---|---|
| Applicable Bar Date: | 11/30/2009 | | | | |
| Postmark Date: | N/A | | | | |
| Official Claim Date: | 5/8/2010 | | | | |
| Docket Number of Affidavit of Service: | | 4238 | | | |
| Notice Provided and Date of Service: | | Bar Date Notice on 9/25/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHAMEKA GRIFFIN<br>34248 SURF DR<br><br>STERLING HTS, MI 48310 | 65811 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/5/2009 |
| Official Claim Date: | 12/8/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHERIE D WILLIAMS<br>PO BOX 2154<br><br>DETROIT, MI 48202 | 69449 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/16/2009 |
| Notice Provided and Date of Service: | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SLEMMER, DARLENE E<br>2132 S NESHANNOCK RD<br><br>SHARON, PA 16148 | 70184 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/31/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THESSLEY NICHOLSON<br>3410 W BROADMOOR DR<br><br>LANSING, MI 48906 | 69728 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/7/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THURSTON, EARL L<br>PO BOX 37<br><br>MERTENS, TX 76666 | 69795 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/19/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TIPLER DENISE<br>34372 NEW YORK STREET<br><br>CLINTON TWP, MI 48035 | 68027 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/2/2009 |
| Official Claim Date: | 12/2/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRICE, C'ANGELO M<br>224 SUMMERIDGE LANE<br><br>LAWRENCEVILLE, GA 30044 | 70104 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/8/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TYNER JR, ROOSEVELT<br>8456 TRINITY ST<br><br>DETROIT, MI 48228 | 70220 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 4/12/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VELMA REED<br>44 MARQUETTE ST<br><br>PONTIAC, MI 48342 | 69336 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | 12/8/2009 | |
| Official Claim Date: | 12/10/2009 | |
| Docket Number of Affidavit of Service: | 4238 | |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VISCO, JAMES W<br>48100 FULLER RD<br><br>CHESTERFIELD, MI 48051 | 69401 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | N/A | |
| Official Claim Date: | 12/14/2009 | |
| Docket Number of Affidavit of Service: | 4238 | |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-First Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WADE, DOROTHY J<br>8844 VIRGIL<br><br>REDFORD, MI 48239 | 68628 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/4/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YARNELL JR, RUSH O<br>21607 CENTENNIAL ST<br><br>ST CLAIR SHRS, MI 48081 | 69376 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/9/2009 |
| Official Claim Date: | 12/11/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 54 | $0.00 | (S) |
|---|---|---|---|
| | | $0.00 | (A) |
| | | $0.00 | (P) |
| | | $0.00 | (U) |
| | | $0.00 | (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-First Omnibus Objection

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALESIA R DORSEY<br>615 E BELLE ST<br><br>WHARTON, TX 77488 | 68508 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/2/2009 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice on 9/25/2009 |

| *OBJECTION WITHDRAWN* | 1 | $0.00 | (S) |
|---|---|---|---|
| | | $0.00 | (A) |
| | | $0.00 | (P) |
| | | $0.00 | (U) |
| | | $0.00 | (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.