| Ninety-Third Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEXANDER PITYLAK (IRA)<br>FCC AS CUSTODIAN<br>335 PARAGON DR<br>TROY, MI 48098 | 12827 | Motors Liquidation Company | $8,188.80 (S)<br>$8,188.80 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$16,377.60 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALLEN, JOHN L<br>6424 MAPLEBROOK LN<br>FLINT, MI 48507 | 19110 | Motors Liquidation Company | $87,000.00 (S)<br>$0.00 (A)<br>$87,000.00 (P)<br>$87,000.00 (U)<br>$261,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANDREW FRIESEN & ANNE MARIE FRIESEN<br>127 COOPER GAP RD<br>SUCHES, GA 30572 | 48489 | Motors Liquidation Company | $8,282.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,005.00 (U)<br>$18,287.60 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANDREW FRIESEN & ANNE MARIE FRIESEN<br>127 COOPER GAP RD<br>SUCHES, GA 30572 | 48490 | Motors Liquidation Company | $6,822.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,006.00 (U)<br>$16,828.70 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANDREW FRIESEN & ANNE MARIE FRIESEN<br>127 COOPER GAP RD<br>SUCHES, GA 30572 | 48491 | Motors Liquidation Company | $3,664.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,033.00 (U)<br>$8,697.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANDREW FRIESEN & ANNE MARIE FRIESEN<br>127 COOPER GAP RD<br>SUCHES, GA 30572 | 48492 | Motors Liquidation Company | $16,424.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,004.34 (U)<br>$36,428.94 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AVA DITTMAN<br>7 GAGE COURT<br><br>HOUSTON, TX 77024 | 62368 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BALFOUR RESOURCES LTD<br>C/O STRASSMAN<br>3370 NE 190TH ST<br>APT 911<br>AVENTURA, FL 33180 | 6029 | Motors Liquidation Company | $99,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$99,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARTOLO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31608 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$585,090.00 (U)<br>$585,090.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BENJAMIN & ALMA SHANK<br>JTWROS<br>1 DOGWOOD LANE<br>PALMYRA, PA 17078 | 28125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T)<br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BESSIE ANNE BRETCH<br>1733 KIMBERLY DR<br><br>MARIETTA, GA 30008 | 3386 | Motors Liquidation Company | $35,000.00 (S)<br>$0.00 (A)<br>$35,000.00 (P)<br>$0.00 (U)<br>$70,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Ninety-Third Omnibus Objection | | | | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARYL BENJAMIN<br>2 FIELDSTONE LANE<br><br>OYSTER BAY, NY 11771 | 33310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CECIL A BENJAMIN<br>ALBERTHA L BENJAMIN JTWROS<br>347 MT HOPE BLVD<br>HASTINGS ON HUDSON, NY 10706 | 7191 | Motors Liquidation Company | $100,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHARLES L GRISWOLD<br>2211 KINGSBORO RD<br><br>CASPER, WY 82604 | 18281 | Motors Liquidation Company | $8,271.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,730.00 (U)<br>$10,001.40 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CONCETTO J MAENZA<br>CGM IRA CUSTODIAN<br>2 BERKSHIRE LANE<br>BURR RIDGE, IL 60527 | 18636 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,856.00 (P)<br>$0.00 (U)<br>$1,856.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CONCETTO J MAENZA AND<br>PHYLLIS MAENZA TEN IN COM<br>2 BERKSHIRE LN<br>BURR RIDGE, IL 60527 | 18637 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,609.19 (P)<br>$0.00 (U)<br>$2,609.19 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DAVID EHRENWERTH<br>1500 OLIVER BUILDING<br><br>PITTSBURGH, PA 15222 | 17205 | Motors Liquidation Company | $29,578.80 (S)<br>$0.00 (A)<br>$29,578.80 (P)<br>$0.00 (U)<br>$59,157.60 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID SAMAIA<br>85-15 67TH DRIVE<br><br>REGO PARK, NY 11374<br>UNITED STATES OF AMERICA | 61899 | Motors Liquidation Company | $20,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DESHI CIRCLE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31366 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$642,660.00 (U)<br>$642,660.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DONALD BRYANT<br>2020 CANTERBURY DR<br><br>BEDFORD, TX 76021<br>UNITED STATES OF AMERICA | 14767 | Motors Liquidation Company | $30,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,171.00 (U)<br>$31,171.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELBERT D MITCHELL<br>TOD DTD 12/12/07<br>4325 MCKIBBEN<br>FT WORTH, TX 76117 | 68258 | Motors Liquidation Company | $17,997.75 (S)<br>$0.00 (A)<br>$17,997.75 (P)<br>$0.00 (U)<br>$35,995.50 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELLEN KAPLAN<br>45 COPPERMINE RD<br><br>PRINCETON, NJ 08540 | 21915 | Motors Liquidation Company | $24,925.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$24,925.08 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | | | | |
|---|---|---|---|---|---|
| Ninety-Third Omnibus Objection | | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELLEN KAPLAN<br>45 COPPERMINE RD<br><br>PRINCETON, NJ 08540 | 26916 | Motors Liquidation Company | $24,925.08 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$24,925.08 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELLIOT STONE<br>PO BOX 9011<br><br>ST AUGUSTINE, FL 32085 | 7325 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EVELYN B WILLEY IRA<br>FCC AS CUSTODIAN<br>2320 CANTON ST APT 1128<br>DALLAS, TX 75701 | 25406 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FRANCES LEMBECK<br>436 DIVINE AVE<br><br>COOPER, WY 82601 | 13215 | Motors Liquidation Company | $6,135.30 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,135.30 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FRANCES LOMBARDO<br>FRANCES LOMBARDO TRUST UAD 10/02/07<br>FRANCES LOMBARDO TTEE<br>950 HUASNA RD 5<br>ARROYO GRANDE, CA 93420 | 4413 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GASPER J. PASQUALETTO<br>1550 SMITH STREET<br>POMONA, CA 91766 | 8647 | Motors Liquidation Company | $5,613.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,613.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GENE & CARLA CORSON<br>PO BOX 1288<br>MILLS, WY 82644 | 13950 | Motors Liquidation Company | $14,951.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,692.25  (U)<br>$24,643.25  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GUNNER H ANDERSON JR<br>2 VIRGINIA LN<br>NEW HARTFORD, NY 13413 | 22529 | Motors Liquidation Company | $11,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$11,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GWENDOLYN R MILLER<br>4271 BRIAR PL<br>DAYTON, OH 45405 | 67851 | Motors Liquidation Company | $139,176.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,800.00  (U)<br>$146,976.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HENRY, TAYLOR H<br>3965 E LELAND ST<br>MESA, AZ 85215 | 10349 | Motors Liquidation Company | $30,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$30,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HILDRED LIBBY SINGER<br>1449 THE HIDEOUT<br>LAKE ARIEL, PA 18436 | 11396 | Motors Liquidation Company | $32,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$32,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HILLIARD LYONS CUST FOR<br>NORMAN G MORRIS IRA<br>1901 TAYLOR ROAD<br>COLUMBUS, IN 47203 | 7870 | Motors Liquidation Company | $17,005.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$17,005.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HORTENSE WINER<br>51 VILLA AVE<br>BUFFALO, NY 14216 | 38949 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HOWARD B KRAUSE & LOIS D KRAUSE<br>7061 N KEDZIE AVE STE 215<br>CHICAGO, IL 60645 | 69373 | Motors Liquidation Company | $25,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| IRA FBO HARRY HEINEMANN<br>C/O PERSHING LLC AS CUSTODIAN<br>4 BURBURY LANE<br>GREAT NECK, NY 11023 | 9493 | Motors Liquidation Company | $8,000.00 (S)<br>$0.00 (A)<br>$8,000.00 (P)<br>$0.00 (U)<br>$16,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| IRMA H KEIL & HANS H KEIL<br>1501 CULPEPPER<br>MURRAY, UT 84123 | 21772 | Motors Liquidation Company | $25,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

| Ninety-Third Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| J G PATEL MD DEFINE BENEFIT PLAN<br>IRA ROLLOVER<br>137 RODGERS CT<br>WILLOWBROOK, IL 60527 | 61822 | Motors Liquidation Company | $10,510.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,510.00 (T)<br><br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| J GUTERMAN & R GUTERMAN CO-TTEE<br>JOYCE GUTERMAN REV TRUST U/A<br>DTD 02/17/1998<br>6656 NW 24TH TERRACE<br>BOCA RATON, FL 33496 | 16424 | Motors Liquidation Company | $12,500.00 (S)<br>$0.00 (A)<br>$12,500.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JAMES R HICKMAN &<br>VIVIAN L HICKMAN<br>JT TEN<br>11610 HEARTHWOOD DR<br>WAYNESBORO, PA 17268 | 21089 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,447.20 (P)<br>$0.00 (U)<br>$4,447.20 (T)<br><br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JANET T SOHN<br>PO BOX 188<br>GROSSE ISLE, MI 48138 | 3245 | Motors Liquidation Company | $4,997.00 (S)<br>$0.00 (A)<br>$4,997.00 (P)<br>$0.00 (U)<br>$9,994.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JEAN & DELMAS ROGERS<br>JEAN D & DELMAS (JD) ROGERS<br>PO BOX 221<br>SCREVEN, GA 31560 | 18564 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
| --- | --- | --- |
| | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| JOHN J SIMPSON AND<br>GERTRUDE SIMPSON JTWROS<br>2330 COTTONWOOD CT<br>CEDARWOOD ESTATES<br>MAYSVILLE, KY 41056 | 14137 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,809.00 (P)<br>$0.00 (U)<br>$11,809.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JOHN ROBERTSON<br>3119 SPRUCEWOOD RD<br>WILMETTE, IL 60091 | 69374 | Motors Liquidation Company | $30,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JOHN WILLIAMS IRA PTC CUSTODIAN<br>JOHN WILLIAMS<br>73 EDDINS LN<br>CRAWFORDVILLE, FL 32327<br>UNITED STATES OF AMERICA | 17353 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$30,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JUDY B NOLTE & KENNETH C NOLTE JTWROS<br>4513 ROSEDALE AVENUE<br>AUSTIN, TX 78756<br>UNITED STATES OF AMERICA | 51131 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17,000.00 (P)<br>$0.00 (U)<br>$17,000.00 (T)<br>Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JUNE V LANDER<br>13425 MARGATE ST<br>SHERMAN OAKS, CA 91401 | 61116 | Motors Liquidation Company | $9,258.75 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,258.75 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUNE V LAUDER<br>13425 MARGATE ST<br>SHERMAN OAKS, CA 91401 | 61928 | Motors Liquidation Company | $9,258.75 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,258.75 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KATHLEEN PAUL<br>1009 REDWING DR<br>COLUMBUS, IN 47203 | 31434 | Motors Liquidation Company | $10,005.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,005.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LAWRENCE SHIFRIN<br>16438 RAMADA DR<br>SAN DIEGO, CA 92128 | 14769 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,184.00 (P)<br>$25,184.00 (U)<br>$50,368.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LEO HAAS & TERRY HAAS<br>LEO HAAS<br>5380 CEDAR LAKE DR #101<br>BOYNTON BEACH, FL 33437 | 6100 | Motors Liquidation Company | $18,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H KRAWITZ<br>7900 ELKINS PARK HOUSE APT 507A<br>ELKINS PARK, PA 19027 | 29283 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,806.00 (P)<br>$0.00 (U)<br>$10,806.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H KRAWITZ<br>7900 ELKINS PARK HOUSE APT 507A<br>ELKINS PARK, PA 19027 | 29284 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15,950.00 (P)<br>$0.00 (U)<br>$15,950.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

| | Exhibit A | | | | |

Ninety-Third Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LESTER H KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29285 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$16,390.00 (P)<br>$0.00 (U)<br>$16,390.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29286 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,026.60 (P)<br>$0.00 (U)<br>$7,026.60 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29287 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,538.20 (P)<br>$0.00 (U)<br>$8,538.20 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507 A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29297 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$28,000.00 (P)<br>$0.00 (U)<br>$28,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H. KRAWITZ<br>7900 ELKINS PARKHOUSE<br>APT 507A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29280 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$21,615.30 (P)<br>$0.00 (U)<br>$21,615.30 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| Ninety-Third Omnibus Objection | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LESTER H. KRAWITZ<br>7900 ELKINS PARKHOUSE APT 507A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29281 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H. KRAWITZ<br>7900 ELKINS PARKHOUSE APT 507A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$0.00 (U)<br>$50,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER H. KRAWITZ<br>7900 ELKINS PARK HOUSE APT 507 A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29296 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LESTER KRAWITZ<br>7900 ELKINS PARK HOUSE APT 507 A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29295 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$42,000.00 (P)<br>$0.00 (U)<br>$42,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LEWIS J NAKKEN & MARILYN M NAKKEN<br>908 AMBERVIEW DRIVE SW<br>BYRON CENTER, MI 49315 | 2992 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,207.58 (P)<br>$0.00 (U)<br>$8,207.58 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Ninety-Third Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LIFE ASSURANCE COMPANY OF AMERICA<br>ATTN ANTHONY C BORCICH<br>1100 JORIE BLVD, STE 143<br>OAK BROOK, IL 60523 | 16493 | Motors Liquidation Company | $87,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$87,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LINDA JEAN WILSON LIVING TRUST<br>ROBERT E WILSON<br>4301 E EASTMAN AVE<br>DENVER, CO 80222 | 7416 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,330.00 (P)<br>$0.00 (U)<br>$5,330.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE SA<br>ATTN PAUL CASEY - A/C V01616<br>AIRPORT CENTER, 2 ROUTE DE TREVE<br>L2633 SENNINGERBERG, LUXEMBOURG, EUROPE<br>,<br>LUXEMBOURG | 22337 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,319,566.50 (U)<br>$1,319,566.50 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LORRAINE MARIAN DAVIS<br>SPECIAL ACCOUNT<br>275 CAPRI CIR N APT A102<br>SAINT PETERSBURG, FL 33706 | 21262 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,289.90 (P)<br>$0.00 (U)<br>$20,289.90 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| M N E LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31364 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$295,185.00 (U)<br>$295,185.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | |
|---|---|---|---|---|
| **Ninety-Third Omnibus Objection** | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAGARET E BREEN TTEE<br>U A DTD 3-7-92 FOR<br>BREEN FAMILY TRUST<br>905 W HERITAGE DR<br>PAYSON, AZ 85541 | 12555 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARISA SAMAIA<br>85-11 67TH DRIVE<br>REGO PARK, NY 11374 | 14466 | Motors Liquidation Company | $20,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARY C STARKE<br>PO BOX 402<br>SUFFERN, NY 10902 | 21867 | Motors Liquidation Company | $3,425.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,425.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARYLIN WILEN<br>28 HAMLET DR<br>PLAINVIEW, NY 11803 | 8623 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MAXINE M. HERMANSON<br>CGM IRA CUSTODIAN<br>5106 MONTGOMERY DRIVE<br>MADISON, WI 53716 | 17662 | Motors Liquidation Company | $9,903.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,903.10 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Ninety-Third Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCCARTHY SHARYL A<br>3403 W 109TH CIR<br><br>WESTMINSTER, CO 80031 | 11746 | Motors Liquidation Company | $390,000.00 (S)<br>$0.00 (A)<br>$390,000.00 (P)<br>$0.00 (U)<br>$780,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MILTON & ELAINE JONES LIVING TRUST<br>MILTON & ELAINE JONES<br>1557 MT BAKER HWY<br>BELLINGHAM, WA 98226 | 17449 | Motors Liquidation Company | $14,841.16 (S)<br>$0.00 (A)<br>$14,841.16 (P)<br>$0.00 (U)<br>$29,682.32 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MILTON G DAMLICH<br>14371 N RUSTY GATE TRAIL<br><br>OROVALLEY, AZ 85755 | 23560 | Motors Liquidation Company | $18,250.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,250.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MR LARRY BAUM TTEE<br>FBO LARRY BAUM FAMILY TRUST<br>U/A/D 07/01/96<br>5670 WILSHIRE BLVD SUITE 2420<br>LOS ANGELES, CA 90036 | 21947 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MS&CO C/F HANS H KEIL AND IRMA H KEIL<br>IRA ROLLOVER DATED 01/24/89<br>1501 CULPEPPER CIRCLE<br>MURRAY, UT 84123 | 21771 | Motors Liquidation Company | $25,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NORMAN G MORRIS TRUSTEE<br>U/A DTD 7-28-98<br>FBO NORMAN G MORRIS<br>REVOCABLE LIVING TRUST<br>1901 TAYLOR ROAD<br>COLUMBUS, IN 47203 | 7873 | Motors Liquidation Company | $10,691.83 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,691.83 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NUCCIE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31581 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$295,233.00 (U)<br>$295,233.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PHYLLIS E SOHN<br>PO BOX 166<br>GROSSE ILE, MI 48138 | 5829 | Motors Liquidation Company | $4,997.00 (S)<br>$0.00 (A)<br>$4,997.00 (P)<br>$0.00 (U)<br>$9,994.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RAY F SOHN & THELMA E SOHN<br>TRUST UAD 4/23/83<br>RAY F SOHN TTEE<br>1985 GRATIOT<br>MARYSVILLE, MI 48040 | 3244 | Motors Liquidation Company | $4,910.00 (S)<br>$0.00 (A)<br>$4,910.00 (P)<br>$0.00 (U)<br>$9,820.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RH&JS RUNDLE TRUST<br>ROWLAND RUNDLE TRUSTEE U/A 6/17/91<br>PO BOX 68612<br>ORO VALLEY, AZ 85737 | 25408 | Motors Liquidation Company | $2,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,500.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| Ninety-Third Omnibus Objection | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD T POOLE AND MONA S POOLE CO TTEES<br>RICHARD T POOLES AND MONA S POOLE REV LIV TRUST DTD 11/15/91<br>517 FOXHEAD SHORES DR<br>LINN CREEK, MO 65052 | 12807 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$18,951.73 (P)<br>$0.00 (U)<br>$18,951.73 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROBERT GUTERMAN<br>JOYCE GUTERMAN CO TTEES<br>6656 NW 24TH TER<br>BOCA RATON, FL 33496 | 16425 | Motors Liquidation Company | $25,000.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$50,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROBERT MURPHY<br>25 CRANE RD<br>LLOYD HARBOR, NY 11743 | 60752 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,724.00 (P)<br>$0.00 (U)<br>$5,724.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RONALD YOUNG<br>570 NAPA JUNCTION RD<br>AMERICAN CANYON, CA 94503 | 15229 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROSEMARY D GAZITUA REV LVG TRUST<br>ROSEMARY D GAZITUA TRUSTEE<br>U/A DTD 5-12-97 ROSEMARY D GAZITUA REV LVG TRUST<br>220 HIGH STREET<br>BELFAST, ME 04915 | 1586 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,000.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUTH M RUSSELL & ANNE MARIE FRIESEN<br>328 HIGHLAND VIEW DR<br><br>KNOXVILLE, TN 37920 | 36648 | Motors Liquidation Company | $5,114.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,006.00 (U)<br>$13,120.04 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RUTH S KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29289 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9,000.00 (P)<br>$0.00 (U)<br>$9,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RUTH S KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027<br>UNITED STATES OF AMERICA | 29293 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SARAH ANNE ANES IRA<br>FCC AS CUSTODIAN<br>16121 WELLINGTON PARKWAY CT<br>GRANGER, IN 46530 | 21869 | Motors Liquidation Company | $10,005.25 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,005.25 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SHONNA GRAHAM<br>1137 LIGHT PLANT LN<br>WINCHESTER, IL 62694<br>UNITED STATES OF AMERICA | 64348 | Motors Liquidation Company | $7,120.99 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,120.99 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Third Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SOL H BASSOW IRA<br>SOL H BASSOW<br>4000 DOVER STREET<br>WHEAT RIDGE, CO 80033 | 9593 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,670.00 (P)<br>$0.00 (U)<br>$25,670.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STANCIL FORD<br>7192 CEDAR HILL RD<br>TALBOTT, TN 37877 | 31864 | Motors Liquidation Company | $17,698.46 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,003.36 (U)<br>$43,701.82 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STUART SILVERMAN<br>4464 CARVER WOODS DR<br>CINCINNATI, OH 45242 | 2246 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SWANSON, CHARLES B<br>9743 NE MASON ST<br>PORTLAND, OR 97220 | 17618 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,000.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| TWELVE TWELVE SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$313,753.00 (U)<br>$313,753.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Third Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM H DORSEY<br>CGM IRA CUSTODIAN<br>7 GLENEAGLE DRIVE<br>RANCHO MIRAGE, CA 92270 | 16416 | Motors Liquidation Company | $25,093.75 (S)<br>$0.00 (A)<br>$25,093.75 (P)<br>$0.00 (U)<br>$50,187.50 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **100** | | **$1,690,041.19** (S)<br>**$8,188.80** (A)<br>**$1,191,320.16** (P)<br>**$3,978,122.45** (U)<br>**$6,867,672.60** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.