**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| 3339 INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31592 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$29,200.00<br>$29,200.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALBERT SINGER<br>856 LISHAKILL RD<br>SCHENECTADY, NY 12309 | 2875 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,710.67<br>$25,710.67<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALDA A ROACHE<br>1525 ASHBY RD<br>PAOLI, PA 19301 | 12364 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$32,422.49<br>$32,422.49 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ALEMARI LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31593 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$29,200.00<br>$29,200.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| AMBER BAY CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32309 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,500.00<br>$36,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-Fifth Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ANITA HOLZHAUSEN<br>DIPL-KFM ULRICH H SCHNEIDER<br>REHBERGSTRASSE 6<br>81479 MUNCHEN-SOLLN GERMANY<br>,<br>GERMANY | 70263 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,500.00 | (U) | | |
| | | | $20,500.00 | (T) | | |
| ARIVED LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31599 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $34,998.50 | (U) | | |
| | | | $34,998.50 | (T) | | |
| ARIVED LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31600 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $35,312.50 | (U) | | |
| | | | $35,312.50 | (T) | | |
| BARBARA BERNSTEIN BYRON<br>1560 N SANDBURG TER APT 3615<br>CHICAGO, IL 60610 | 8793 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,025.00 | (U) | | |
| | | | $21,025.00 | (T) | | |
| BARBARA FEINSTEIN<br>9415 NATCHEZ AVE<br>MORTON GROVE, IL 60053<br>UNITED STATES OF AMERICA | 15573 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,231.00 | (U) | | |
| | | | $21,231.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BARBARA J REYNOLDS<br>1710 NW O'BRIEN ROAD<br><br>LEE'S SUMMIT, MO 64081<br>UNITED STATES OF AMERICA | 43851 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,000.00 (U)<br>$35,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARRY KEY (IRA)<br>FCC AS CUSTODIAN<br>7117 JUMP ST<br>OWENS CROSS ROADS, AL 35763 | 21726 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,986.00 (U)<br>$24,986.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BONNIE J READ<br>5381 E COLORADO AVE<br><br>DENVER CO, CO 80222<br>UNITED STATES OF AMERICA | 4469 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,241.28 (U)<br>$28,241.28 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BRYANT H BERK & KAREN E BERK<br>TR UA 05-11-2007<br>BRYANT H AND KAREN E BERK FAMILY TRUST<br>3216 IDAHO ST<br>BAKERSFIELD, CA 93305 | 31462 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,908.80 (U)<br>$36,908.80 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CAPISTRANO HOLDINGS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32301 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,120.00 (U)<br>$32,120.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CARE INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32322 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,639.50 (U)<br>$30,639.50 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHIUSDINO SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31372 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,609.00 (U)<br>$36,609.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CURTIS KLAERNER<br>FROST NATIONAL BANK CUSTODIAN<br>PO BOX 2950<br>SAN ANTONIO, TX 78299 | 60390 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DANIEL A SEIGEL TR<br>UA 04-19-1994 SEIGEL<br>CHARITABLE REMAINDER TRUST<br>11764 CRESCENDA ST<br>LOS ANGELES, CA 90049<br>UNITED STATES OF AMERICA | 6505 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,851.30 (U)<br>$23,851.30 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DOROTHY M MOLACEK<br>220 BERYL WAY<br>BROOMFIELD, CO 80020 | 19810 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Ninety-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DR ROBERT FARRON MONEY PURCHASE PLAN 1692 LYNN COURT MERRICK, NY 11566 | 2482 | Motors Liquidation Company | $0.00 $0.00 $0.00 $20,000.00 $20,000.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DUNAIN SP C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 31374 | Motors Liquidation Company | $0.00 $0.00 $0.00 $17,220.25 $17,220.25 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DUTTON LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 32319 | Motors Liquidation Company | $0.00 $0.00 $0.00 $29,669.00 $29,669.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDWARD GOTBETTER GOTBETTER & WEINSTEIN CPAS 175 GREAT NECK RD GREAT NECK, NY 11021 | 30696 | Motors Liquidation Company | $0.00 $0.00 $0.00 $35,000.00 $35,000.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EXCAVATE SP C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK 039392 MARINA BAYFRONT SINGAPORE , SINGAPORE | 31376 | Motors Liquidation Company | $0.00 $0.00 $0.00 $17,220.25 $17,220.25 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EXODUS LAKE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32317 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$28,644.00  (U)<br><br>$28,644.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31348 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$28,432.00  (U)<br><br>$28,432.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31350 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$18,798.00  (U)<br><br>$18,798.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br><br>,<br>SINGAPORE | 31352 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$27,197.00  (U)<br><br>$27,197.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br><br>,<br>SINGAPORE | 31355 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,324.00  (U)<br>$18,324.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31358 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$32,133.00  (U)<br>$32,133.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31359 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,524.00  (U)<br>$28,524.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GALLEON SERVICES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31382 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36,500.00  (U)<br>$36,500.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GALLERY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 32711 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,500.00<br>$36,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GOLLY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31384 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,449.00<br>$24,449.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HANNAH E ROSS<br>8557 NW 12TH ST<br><br>PLANTATION, FL 33322 | 23911 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32315 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,253.20<br>$21,253.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HELEN J DOVE TTEE(DEC'D)<br>HELEN J DOVE REV TRUST<br>U/A DTD JAN 3 1996<br>1602 MELISSIE CT<br>HENRICO, VA 23238 | 15614 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HERBERT GUSTAFSON<br>13800 WILSHIRE WAY<br><br>HUNTLEY, IL 60142 | 46079 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$27,203.00<br>$27,203.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HUBERT A RIESTER<br>630 WILLOW VALLEY SQ<br>#G403<br>LANCASTER, PA 17602 | 28742 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ISAK BENEZRA<br>100 BREYER DR<br>APT 3-J<br>ELKINS PARK, PA 19027 | 27622 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,000.00<br>$22,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ISTHMUS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31729 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$34,998.00<br>$34,998.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JAMES B COLBURN JR TTEE<br>IN TRUST FOR JAMES B. COLBURN JR TR # 2<br>U/A/D 10/05/88<br>C/O JAMES H MURRAY JR<br>1608 SW 17TH AVE<br>FT LAUDERDALE, FL 33312 | 64901 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES B COLBURN JR TTEE IN TRUST FOR JAMES B COLBURN JR TR 2 U/A/O 10/05/88 1608 SW 17TH AVE FT LAUDERDALE, FL 33312 | 64905 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| JAY MOELIS 8684 E 148TH CIRCLE THORNTON, CO 80602 | 6201 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| JC AND AP VICK TRUST JOHN VICK TTEE ANITA VICK TTEE 835 N ALAMO AVE TUCSON, AZ 85711 | 60396 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| JOERG SROCKE HAUPTSTR 36 99752 KEHMSTEDT GERMANY , GERMANY | 63872 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $22,556.00 | (U) | | |
| | | | $22,556.00 | (T) | | |
| JOHN D ROBINSON ALTHEA F ROBINSON 65 GARDEN ST GARDEN CITY, NY 11530 | 44420 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN LINVILLE MARITAL TRUST 10/2/91<br>522 9TH ST<br><br>COVINGTON, IN 47932 | 21506 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JOSEPH F ANASTASIA<br>6 REEDY PL<br><br>BLUFTON, SC 29909 | 12649 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KATHERINE HESS<br>4922 E GARRISON CT<br><br>TUCSON, AZ 85712 | 6635 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KITE INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31728 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,867.00  (U)<br>$24,867.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LOMBARD INTERNATIONAL ASSURANCE<br>LOMBARD INTERNATIONAL ASSURANCE SA<br>ATTN PAUL CASEY - A/C V0506<br>AIRPORT CENTER, 2 ROUTE DE TREVE<br>L2633 SENNINBERG, LUXEMBOURG, EUROPE<br>,<br>LUXEMBOURG | 22336 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,248.21  (U)<br>$30,248.21  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| M&Z FINANCIAL ASSOC INC<br>C/O JOHN A ZIZZA<br>38 CHURCH ST<br>WINCHESTER, MA 01890 | 68735 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $25,000.00 | (U) | | |
| | | | $25,000.00 | (T) | | |
| MARION JOHNSON<br>3302 46TH AVE N<br>ROBBINSDALE, MN 55422 | 18325 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |
| MARJORIE MARKS TTEE<br>FBO MARJORIE MARKS REV TRUST<br>U/A/D 02-28-2008<br>322 BALTUSTROL CIRCLE<br>NORTH HILLS, NY 11576 | 22987 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $23,416.25 | (U) | | |
| | | | $23,416.25 | (T) | | |
| MARTE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31389 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $36,500.00 | (U) | | |
| | | | $36,500.00 | (T) | | |
| MICHAEL SHEETER<br>8675 FOUR MILE RD<br>JACKSON, OH 45640 | 4269 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $25,000.00 | (U) | | |
| | | | $25,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MILLER FAMILY BUSINESSES LLC<br>C/O MACLEAN & EMA<br>2600 NE 14TH STREET CAUSEWAY<br>POMPANO BEACH, FL 33062 | 19201 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | | | |
| MM 2413 CO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32325 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,200.00 (U)<br>$29,200.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MOLAY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31669 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,379.00 (U)<br>$21,379.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MR JAMES LINEHAN AND<br>MRS MAUREEN LINEHAN JTWROS<br>25 WETHERSFIELD RD<br>NATICK, MA 01760 | 17823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MS&CO C/F<br>GAYE M BARNES<br>IRA STD/ROLLOVER DTD 05/06/94<br>4300 WOODLAKE DRIVE<br>BAKERSFIELD, CA 93309 | 22289 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,160.00 (U)<br>$31,160.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NIBLETT, LENA J<br>585 DONNA MARIE DR<br><br>WENTZVILLE, MO 63385 | 16481 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NUEVA ROMA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32327 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$34,393.00<br>$34,393.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| OSO TRADITION SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31667 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,004.00<br>$22,004.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| OSO TRADITION SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31668 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,929.00<br>$17,929.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PADOVA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31665 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$27,521.00  (U)<br>$27,521.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PATHFINDER CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31341 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$24,432.00  (U)<br>$24,432.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PIROMIX INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32690 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$29,261.00  (U)<br>$29,261.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31644 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$17,129.00  (U)<br>$17,129.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31653 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,650.00 (U)<br>$21,650.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31654 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,654.00 (U)<br>$25,654.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31655 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,593.00 (U)<br>$23,593.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31656 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,778.00 (U)<br>$21,778.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31657 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,169.00 (U)<br>$31,169.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTENATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31661 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,931.00 (U)<br>$17,931.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,401.00 (U)<br>$21,401.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RAIN CLOUD LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31641 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,842.00 (U)<br>$23,842.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAIN CLOUD LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31642 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$24,403.00  (U)<br>$24,403.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RARE RATIONALISM SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32693 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$17,220.25  (U)<br>$17,220.25  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RED FOREST LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32694 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$36,500.00  (U)<br>$36,500.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| REMEMBRANCE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32695 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$29,457.00  (U)<br>$29,457.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REMEMBRANCE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32697 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,137.00  (U)<br>$18,137.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROBERT E WEED<br>141 HALLMARK DR<br>LEXINGTON, SC 29072 | 30773 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,000.00  (U)<br>$24,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RUSSELL D. KELLEY (IRA)<br>FCC AS CUSTODIAN<br>335 SCHOOL STREET<br>P.O. BOX 663<br>CARLISLE, IA 50047 | 62072 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SAM G GILLOTTI FAMILY TRUST<br>SHERRY M TREUREN AND CAROL JO RUSS TTEES<br>UAD 3/30/1994<br>3979 EDGAR AVENUE<br>BOYNTON BEACH, FL 33436 | 28952 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SATELLITE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31580 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,521.00  (U)<br>$27,521.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SAZ LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32700 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$35,312.00<br>$35,312.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SPRING WATER LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32784 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$29,688.00<br>$29,688.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STEPHEN GALLUP<br>315 E 69TH ST<br>PHAB<br>NEW YORK, NY 10021 | 27319 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SUSAKI LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32783 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,622.00<br>$18,622.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TACOMA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32703 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$36,500.00  (U)<br>$36,500.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE AZALEAS UT<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32704 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$34,510.00  (U)<br>$34,510.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE CLARK FAM TRUST<br>MADELINE E CLARK TTEE UA DTD 05/02/79<br>25422 SEA BLUFFS DR UNIT 101<br>DANA POINT, CA 92629 | 37614 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| VERONICA JOSEPH TTEE<br>BEN JOSEPH REV LIVING TRUST U/A<br>DTD 06/08/1994<br>8810 ABBOTT AVENUE<br>SURFSIDE, FL 33154 | 15127 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$35,000.00  (U)<br>$35,000.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WALTER C MORRIS<br>CGM IRA ROLLOVER CUSTODIAN<br>2014 BUENA VISTA AVE<br>ALAMEDA, CA 94501 | 68831 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus implicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WAYNE & JOYCE WAGNER REVOCABLE TRUST WAYNE WAGNER & JOYCE WAGNER 1236 OXBOROUGH LANE FORT COLLINS, CO 80525 | 26873 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $22,200.00 | (U) | | |
| | | | $22,200.00 | (T) | | |
| WOLFGANG BUERSTEDDE BRUNNENALLEE 31A D 53332 BORNHEIM GERMANY , GERMANY | 37101 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $30,000.00 | (U) | | |
| | | | $30,000.00 | (T) | | |
| WOLFGANG BUERSTEDDE BRUNNENALLEE 31A 53332 BORNHEIM-ROISDORF GERMANY , GERMANY | 44461 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $30,000.00 | (U) | | |
| | | | $30,000.00 | (T) | | |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | **$0.00** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$2,616,604.45** | (U) | | |
| | | | **$2,616,604.45** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.