| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABETE GIULIA<br>VIA SANTA PATRIZIA 1<br>80049 SOMMA VESUVIANA (NA)<br>ITALY<br>,<br>ITALY | 68384 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ACCION HUMANA TRUST<br>ALEXANDER VALENTIN-DALLMER<br>HERBERT-WEICHMANN-STR 86<br>D-22085 HAMBURG GERMANY<br>,<br>GERMANY | 49676 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANEMONA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31594 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BALBOA BAY CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31607 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$814.00  (U)<br>$814.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRIA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32302 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,195.00 (U)<br>$1,195.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BRIA INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32303 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,195.00 (U)<br>$1,195.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CAROL SUE BACKUS &<br>JAMES E BACKUS<br>JT TEN<br>1027 RANGE LINE RD<br>CHEYENNE, WY 82009 | 7944 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,778.35 (U)<br>$3,778.35 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHARLES R SCHEMPP<br>4237 STIRLING ST<br>PHILADELPHIA, PA 19135 | 16674 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHARLOTTE A ELLER & BEVERLY A PERRY & CHRISTOPHER S RAY<br>3 DOGWOOD LANE<br>BARBOURSVILLE, WV 25504<br>UNITED STATES OF AMERICA | 27009 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK E BYERS<br>EDWARD JONES CUST<br>FBO CLARK E BYERS<br>7107 SUNRISE BLVD<br>WINDSOR HEIGHTS, IA 50324 | 63057 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CONNER-PFEIL FAMILY LIMITED PA PARTNERSHIP<br>2400 NEWNING<br>SCHERTZ, TX 78154 | 19668 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$848.41  (U)<br>$848.41  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DON A PINSON<br>TRADITIONAL IRA<br>HAMILTON LANDING<br>603 BRICKYARD LANE<br>ST SIMONS ISLAND, GA 31522 | 8981 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DON A PINSON<br>TRADITIONAL IRA<br>HAMILTON LANDING<br>603 BRICKYARD LANE<br>ST SIMONS ISLAND, GA 31522 | 8982 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DONALD E PULLEASE IRA<br>FCC AS CUSTODIAN<br>51 VIA FIRENZA WAY<br>DAVIE, FL 33325 | 4009 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR SAMUEL J SALLOMI<br>CGM IRA CUSTODIAN<br>6 SOFT SHADOW CT<br>EL SOBRANTE, CA 94803 | 68906 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| E. KAYE BAXTER<br>3017 NEWPORT AVENUE<br>TEXARKANA, TX 75503<br>UNITED STATES OF AMERICA | 23820 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,579.00  (U)<br>$2,579.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDNA EVANS<br>469 SCOTT DRIVE<br>WEST CHESTER, PA 19380 | 32768 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| EDWARD GOTBETTER<br>GOTBETTER & WEINSTEIN CPAS<br>175 GREAT NECK RD<br>GREAT NECK, NY 11021 | 30697 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELLA JANE DELANEY<br>4581 HWY 45<br>FLORA, IL 62839 | 15889 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,500.00  (U)<br>$2,500.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELMAR BAUMEISTER<br>DORIS BAUMEISTER<br>MOOSACHER STR 9<br>80809 MUNCHEN GERMANY<br>,<br>GERMANY | 37082 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ELMER R KOPACIK<br>7548 SOUTHLAND DR<br>MENTOR ON THE LAKE, OH 44060 | 68976 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,750.00 (U)<br>$3,750.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ERIC ENDRESEN<br>230 OLIVE DRIVE<br>JERSEY SHORE, PA 17740 | 14277 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ERNEST J CARRELLAS<br>373 BOULEVARD<br>MIDDLETOWN, RI 02842 | 8480 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FLORENCE WIERZBICKI<br>240 BRANCHVIEW DR NE APT 232<br>CONCORD, NC 28025 | 14259 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,126.02 (U)<br>$5,126.02 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FOX MEADOW LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPATMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31381 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,805.95 (U)<br>$2,805.95 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FRANCINE AHERN<br>12 DOWNING STREET<br>TOMS RIVER, NJ 08755 | 14093 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FRIEDA HALPERN<br>14 MAIN ST<br>GOLDENS BRIDGE, NY 10526 | 11862 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FROST NATIONAL BANK CO TRUSTEE<br>FOR JEROME & ALBINA FLIELLER<br>PO BOX 2990<br>SAN ANTONIO, TX 78299 | 60388 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GOLAB, STANLEY A<br>4097 OLD DOMINION DR<br>WEST BLOOMFIELD, MI 48323 | 22844 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,327.00 (U)<br>$4,327.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HALUB, LEONARD<br>2099 MARYLAND DR<br>MUSKEGON, MI 49441 | 27369 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,500.00   (U)<br>$4,500.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL LEE JAMES FAM REV TR<br>C/O HAZEL LEE JAMES<br>807 DORMON ST<br>SPRINGDALE, AR 72762 | 28471 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29050 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29051 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JEAN GREENWOOD JOWERS<br>5498 CLEAR CREEK BLVD<br>FAYETTEVILLE, AR 72704 | 69571 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEAN L HARTNETT<br>#129 BLDG 7<br>6610 GASPARILLA PINES BLVD<br>ENGLEWOOD, FL 34224 | 29028 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JERRY GORDON & MARCELLA GORDON TTEES<br>U/Z DTD 12-29-06 FOR MARCELLA J GORDON TRUST<br>476 WHITE BARK CIRCLE<br>WADSWORTH, OH 44281 | 26554 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JULIANE STURSBERG<br>WALDSTR 50<br>D - 64658 FUERTH GERMANY<br>,<br>GERMANY | 69417 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| JWS INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31365 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KAREN JOHNSON & LEWIS JOHNSON TTEE<br>U/A DTD 12-19-06<br>1832 8TH STREET<br>CUYAHOGA FALLS, OH 44221 | 26553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KELLY P MARTIN<br>PO BOX 578<br>7120 WARSAW RD<br>DRY RIDGE, KY 41035 | 68902 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$36.25  (U)<br>$36.25  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MAIELLO FRANCESCO ANDREA<br>VIA GAETANO DONIZETTI 33<br>80048 SANT ANASTASIA (NA) ITALY<br>,<br>ITALY | 68115 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARGARET A EMANS TOD<br>ROBERT J EMANS & RONALD P EMANS<br>1664 ARCHWOOD LN<br>TOLEDO, OH 43614 | 30655 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$4,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARIA R SEIFRIED<br>CGM IRA CUSTODIAN<br>1308 WALL AVENUE<br>BURLINGTON, NJ 08016 | 16340 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARILYN BOLTON<br>420 S MARION PKWY<br>#301<br>DENVER, CO 80209 | 13306 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARION JABLONSKI<br>826 ROYAL GROVE CT<br>CHESAPEAKE, VA 23320 | 21271 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARTHA J MAHER TTEE<br>MARTHA J. MAHER U/A DTD 07/15/2003<br>416 HIAWATHA LANE<br>DOVER, DE 19904 | 16316 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MARY ALICE MOONEY<br>1134 FAWCETT AVE<br>WHITE OAK, PA 15131 | 63263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,570.00 (U)<br>$3,570.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MAX ISAACS<br>231 EAST 11TH STREET<br>NEW YORK, NY 10003 | 9207 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MAX ISAACS<br>231 E 11TH ST<br>NEW YORK, NY 10003 | 9208 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MITCHELL DENKER
P O BOX 607

POINT LOOKOUT, NY 11569 | 23886 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MYLAND LTD
C/O MERRILL LYNCH INTENATIONAL BANK LIMITED
ATTN  TAU DEPARTMENT
2 RAFFLES LINK, MARINA BAYFRONT
SINGAPORE 039392
,
SINGAPORE | 31582 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NANCY ANN GIARETTI TTEE
KATHLEEN M NICOLETTI
RV LV TR DTD 10/26/89
2589 HICKS STREET
BELLMORE, NY 11710 | 63823 | Motors Liquidation Company | $0.00  (S)
$0.00  (A)
$0.00  (P)
$1,415.00  (U)
$1,415.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NELLIE P JENSEN
46A BIRCHWOOD DR

BRISTOL, CT 06010 | 29027 | Motors Liquidation Company | $0.00  (S)
$0.00  (A)
$0.00  (P)
$1,000.00  (U)
$1,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| NGOCLAN T DINH M D
12948 RIVERPLACE CT

JACKSONVILLE, FL 32223 | 68256 | Motors Liquidation Company | $0.00  (S)
$0.00  (A)
$0.00  (P)
$4,942.80  (U)
$4,942.80  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL J MACONAGHY & SHARON R MACONAGHY JT TEN<br>85 YVETTE DR<br>CHEEKTOWAGA, NY 14227 | 33300 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,198.22 (U)<br>$1,198.22 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PAULINE SIROTA<br>20 NORTHWOODS LANE<br>BOYNTON BEACH, FL 33436 | 67641 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PLACETES LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31664 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RONALD K LOCKWODO<br>21540 370TH ST<br>OAKLAND, IA 51560 | 12608 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SCHEDALKE JURGEN AND LISA<br>TANNEN ALLEE 51C<br>21465 REINBEK GERMANY<br>,<br>GERMANY | 62301 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| Ninety-Sixth Omnibus Objection | | | | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCROGIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31588 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STAN SWARTZ<br>11186 CLOVER LEAF CIR<br>BOCA RATON, FL 33428 | 32005 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STANLEY S KAHN<br>STANLEY S KAHN & ADELINE F KAHN TTEE<br>UAD 1/18/01 FBO KAHN FAMILY TRUST<br>2449 RUSSELL ST<br>BERKLEY, CA 94705 | 9236 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,048.00   (U)<br>$3,048.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STEPHEN C BYELICK<br>31 CREST DR<br>TARRYTOWN, NY 10591 | 3685 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STEPHEN P KAPLAN<br>1214 BOBWHITE COURT<br>PUNTA GORDA, FL 33950 | 5300 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Sixth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEVEN BARNETT & BERESA K BARNETT<br>1303 GOLDENROD<br><br>SIKESTON, MO 63801 | 5755 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000.00  (U)<br>$3,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SUZANNE E HADEK IRA<br>FCC AS CUSTODIAN<br>55 LAWRENCE HILL ROAD<br>HUNTINGTON, NY 11743 | 62139 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE ROBERT S BROWN<br>REVOCABLE TRUST UAD 06/25/03<br>ROBERT S BROWN TTEE<br>1449 GROVE ROAD<br>PITTSBURGH, PA 15236 | 2196 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,623.00  (U)<br>$3,623.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THE Y H MIRZOEFF & SONS FOUNDATION INC<br>JANICE EWENSTEIN, DIRECTOR<br>,<br>UNITED STATES OF AMERICA | 18815 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| THEODORE W. KELLY<br>1084 LIZZIES COURT<br><br>BRICK, NJ 08724 | 14092 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Sixth Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WERNER BRUNHART<br>2753 MOODY CIR<br>ST GEORGE, UT 84790 | 65038 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WILLIAM B PAINE<br>10400 COTTONWOOD CT<br>LOUISVILLE, KY 40223 | 8767 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525.00 (U)<br>$525.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WILMA GRABER<br>400 TWIN OAKS DR<br>MIDDLEBURY, IN 46540 | 12018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| WIROSTEK, EDWARD P<br>17908 FERDEN RD<br>OAKLEY, MI 48649 | 12094 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,024.00 (U)<br>$3,024.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **73** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$130,801.00 (U)**<br>**$130,801.00 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **Ninety-Sixth Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CECELIA N BEST TTEE<br>FBO SEYMOUR BEST 2ND AMEN INTE<br>U/A/D 01-26-1994<br>11013 BOCA WOODS LANE<br>BOCA RATON, FL 33428 | 68939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$5,000.00** (U)<br>**$5,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.