Ninety-Seventh Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALAN BERNAHL  MARILYNN BERNAHL 6618-38TH AVE SW SEATTLE, WA 98126 | 69431 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $8,000.00  (U) $8,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ANN AMALA PLUS LTD C/O MERRILL LYNCH INTERNATIONAL BANK LTD ATTN  TAU DEPARTMENT 2 RAFFLES LINK, MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 32308 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $16,983.00  (U) $16,983.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ARGEGNO SP C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 31596 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $8,939.00  (U) $8,939.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ARGEGNO SP C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN TAU DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 31597 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $12,027.00  (U) $12,027.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AROSTA RIVER LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31601 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,068.00 (U)<br>$15,068.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BAGUIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31603 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,497.00 (U)<br>$6,497.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BAGUIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31604 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,291.00 (U)<br>$16,291.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BAGUIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31605 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,564.00 (U)<br>$8,564.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BAGUIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31606 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$7,654.00<br>$7,654.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARBARA FEINSTEIN<br>9415 NATCHEZ AVE<br><br>MORTON GROVE, IL 60053 | 15571 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,601.00<br>$13,601.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BARRY KEY & JUDY KEY<br>7117 JUMP ST<br><br>OWENS CROSS ROADS, AL 35763 | 21725 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BIG K LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32305 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,188.00<br>$12,188.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| BLANCHE CHARTOFF LIVING TRUST<br>C/O ROBERT CHARTOFF<br>1739 ST ANDREWS CT<br><br>ST HELENA, CA 94574 | 12873 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CAPISTRANO HOLDINGS LTD C/O MERRILL LYNCH INTERNATIONAL BANK LTD ATTN  TAU DEPARTMENT 2 RAFFLES LINK, MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 32324 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $14,600.00 | (U) | | |
| | | | $14,600.00 | (T) | | |
| CARE INVESTMENTS LTD C/O MERRILL LYNCH INTERNATIONAL BANK LTD ATTN  TAU DEPARTMENT 2 RAFFLES LINK, MARINA BAYFRONT SINGAPORE 039392 , SINGAPORE | 32323 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $11,615.60 | (U) | | |
| | | | $11,615.60 | (T) | | |
| CARL EDWARD LEE TTEE CARL EDWARD LEE TRUST U/A DTD 10/22/01 3601 MOBILE STREET PINE BLUFF, AR 71601 | 21326 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $7,171.20 | (U) | | |
| | | | $7,171.20 | (T) | | |
| CARYLEE A ADAMUSHKO-FILI 8 KAREN ROAD GLEN COVE, NY 11542 | 48486 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $15,000.00 | (U) | | |
| | | | $15,000.00 | (T) | | |
| CASE SAMUEL 316 5TH STREET COLUMBUS, NE 68601 | 15784 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $11,000.00 | (U) | | |
| | | | $11,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CHIUSDINO SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA  BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 31371 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,948.00 (U)<br>$14,948.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| CHOUNA GROUP LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br><br>,<br>SINGAPORE | 32321 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,769.00 (U)<br>$14,769.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| COLENE E NIQUE<br>2143 GREYSTONE CT<br><br>FINDLAY, OH 45840 | 9247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,133.20 (U)<br>$5,133.20 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DARCY B WILKINSON IRA<br>FCC AS CUSTODIAN<br>10 N BLUEBERRY LN # 171<br>ROCHESTER, NH 03867 | 69334 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,232.00 (U)<br>$10,232.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DAWN LYNN PAFFENROTH IRA<br>2806 MAPLE RDG<br><br>DURHAM, NC 27704 | 14072 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DONALD W SMITH<br>12544 CAMINO EMPARRADO<br><br>SAN DIEGO, CA 92128 | 18703 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $17,123.75 | (U) | | |
| | | | $17,123.75 | (T) | | |
| EDMOND ODESCALCHI<br>1020 FREEDOM RD<br><br>PLEASANT VALLEY, NY 12569 | 17254 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $12,487.00 | (U) | | |
| | | | $12,487.00 | (T) | | |
| ELLIS ANN CONNORS<br>2438 LAGOON WAY<br><br>SAN JOSE, CA 95132 | 26544 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $12,500.00 | (U) | | |
| | | | $12,500.00 | (T) | | |
| EMERALD HEIGHTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 32318 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $11,809.00 | (U) | | |
| | | | $11,809.00 | (T) | | |
| ERCOLANI ROBERTA<br>VIA SCAPUZZINA 1<br>48015 CERVIA (RAVENNA) ITALY<br>,<br>ITALY | 37151 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $15,160.56 | (U) | | |
| | | | $15,160.56 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FA 255 MGMT AGENT<br>FROST NATIONAL BANK FBO<br>ALBINA FLIELLER SEP IRA FA255<br>PO BOX 2950<br>SAN ANTONIO, TX 78299 | 60392 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FANTASY CAPITAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 32710 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,600.00 (U)<br>$14,600.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FARRENS FAMILY TRUST<br>MICHAEL & CAROL S FARRENS<br>IRA STANDARD DATED 02/05/91<br>453 NORRIS LANE<br>LAKE HELEN, FL 32744 | 3506 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FEUGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31354 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,216.00 (U)<br>$12,216.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FOX MEADOW LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK 039392 MARINA BAYFRONT SINGAPORE , SINGAPORE | 31379 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $12,057.60 (U) $12,057.60 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FOX MEADOW LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN  TAU DEPARTMENT 2 RAFFLES LINK 039392 MARINA BAYFRONT SINGAPORE , SINGAPORE | 31380 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $6,234.91 (U) $6,234.91 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN: TAU DEPARTMENT 2 RAFFLES LINK, MARINA BAYFRONT 039392 SINGAPORE , SINGAPORE | 31349 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $9,241.00 (U) $9,241.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED ATTN TAU DEPARTMENT 2 RAFFLES LINK 039392 MARINA BAYFRONT SINGAPORE , SINGAPORE | 31351 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $9,120.00 (U) $9,120.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31353 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$16,144.00  (U)<br>$16,144.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31356 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$11,615.00  (U)<br>$11,615.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| FUEGO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31357 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$12,530.00  (U)<br>$12,530.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GERALD G BERNA<br>1244 S 7TH AVE<br>WAUSAU, WI 54401 | 11845 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$7,000.00  (U)<br>$7,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GERALD WEISS<br>10502 CASCADE FALLS<br>OWINGS MILLS, MD 21117 | 30756 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GRACE FOUNDATION LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31346 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,075.00<br>$13,075.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GRACE FOUNDATION LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br><br>,<br>SINGAPORE | 31347 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,258.00<br>$12,258.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GUSIC INC<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 32316 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,933.90<br>$5,933.90 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAROLD G RUETH, JR LIVING TRUST 12/17/92<br>1220 W ELM PL<br><br>GRIFFITH, IN 46319 | 2194 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,350.00<br>$10,350.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HAZEL M SIMMS<br>TOD LINDA M ORTIZ AND<br>SHIRLEY M STIVERS<br>240 CHESTNUT DR<br>WRIGHTSTOWN, NJ 08562 | 29048 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HERROLD, RUTH E<br>465 CAMBY CT<br><br>GREENWOOD, IN 46142 | 10818 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| IRA FBO MYRON J JORDAHL<br>TRP TRUST CO CUSTODIAN<br>ROLLOVER ACCOUNT<br>807 W 4TH STREET<br>NEILLSVILLE, WI 54456 | 9319 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,400.00  (U)<br>$5,400.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| IRMA JOST<br>600 THREE ISLAND BLVD APT 408<br><br>HALLANDALE, FL 33009<br>UNITED STATES OF AMERICA | 15160 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,851.69  (U)<br>$9,851.69  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| IRWIN M LEVINE<br>CGM IRA CUSTODIAN<br>1781 COPPERFIELD CIRCLE<br>TALLAHASSEE, FL 32312 | 32006 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,257.80  (U)<br>$10,257.80  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ISAK BENEZRA &<br>ENGIN BENEZRA<br>100 BREYER DR<br>APT. 3-J<br>ELKINS PARK, PA 19027 | 27623 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN W SHARRON JR TTEE C TRUST OF SHARRON LIVING TR U/A DTD 12/16/1989 4731 MAJORCA WAY OCEANSIDE, CA 92056 | 2649 | Motors Liquidation Company | $0.00 $0.00 $0.00 $10,000.00 $10,000.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KENNETH R REYNOLDS IRA FCC AS CUSTODIAN 46 WOODLAKE TRAIL MOUNT VERNON, OH 43050 | 17399 | Motors Liquidation Company | $0.00 $0.00 $0.00 $10,000.00 $10,000.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KYLE L JONES AND WANDA G JONES JTWROS 4577 WOODWAY DRIVE KERNERSVILLE, NC 27284 | 5712 | Motors Liquidation Company | $0.00 $0.00 $0.00 $11,000.00 $11,000.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LEANDRO NANNIPIERI VIA ENRICO CIAMPI 24 SAN FREDIANO A SETTIMO 56021 CASCINA PISA ITALY , ITALY | 30558 | Motors Liquidation Company | $0.00 $0.00 $0.00 $7,049.00 $7,049.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| LLOYD J WIEBOLD & JANICE M WIEBOLD  TTEES LLOYD J & JANICE M WIEBOLD REV TRUST U/A DTD 06/27/2005 WREE H AVE WILLIAMSBURG, IA 52361 | 4828 | Motors Liquidation Company | $0.00 $0.00 $0.00 $10,000.00 $10,000.00 | (S) (A) (P) (U) (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-Seventh Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LONG CLEAR VALLEY LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31585 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $12,234.00 | (U) | | |
| | | | $12,234.00 | (T) | | |
| LULA M TUBBS<br>686 FREESIA DR<br>S SAN FRANCISCO, CA 94080 | 69255 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,000.00 | (U) | | |
| | | | $10,000.00 | (T) | | |
| MARGARET A EMANS TOD<br>ROBERT J EMANS &<br>RONALD P EMANS<br>1664 ARCHWOOD LANE<br>TOLEDO, OH 43614 | 30654 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,000.00 | (U) | | |
| | | | $10,000.00 | (T) | | |
| MARY ANN MACHE<br>PO BOX 101<br>WILLIAMSVILLE, NY 14221 | 19164 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,000.00 | (U) | | |
| | | | $10,000.00 | (T) | | |
| MARY B KEISER<br>92 DOGWOOD LANE<br>GLEN MILLS, PA 19342 | 13367 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,000.00 | (U) | | |
| | | | $10,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MERCIT SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31587 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,977.00  (U)<br>$5,977.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MICOS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 31583 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$16,336.00  (U)<br>$16,336.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MS&CO C/F<br>EDWARD A MILFORD<br>IRA STD/ROLLOVER DTD 07/25/00<br>13581 SW CHARLESTON LANE<br>TIGARD, OR 97224 | 7704 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,397.86  (U)<br>$15,397.86  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MS&CO C/F<br>WOODLAND B WILLING<br>IRA STD/ROLLOVER DTD 07/23/97<br>31986 SHAVOX ROAD<br>SALISBURY, MD 21804 | 8874 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| MS&CO C/F<br>LARRY N HENLEY<br>IRA STANDARD DATED 07/23/02<br>18002 CLEAR LAKE DR<br>LUTZ, FL 33548 | 68781 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replace any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Ninety-Seventh Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NANCY V FITCH<br>9408 N EDISON AVE<br><br>TAMPA, FL 33612 | 11432 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PAUL M DAVENPORT & PAUL K DAVENPORT<br>DRIVE 122 RIDGEDALE DR<br><br>WARNER ROBINS, GA 31088 | 61321 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PHYLLIS OLIN AND<br>ANN OLIN GREENFIELD-BIEBER<br>JTWROS<br>2 BROOKRIDGE RD<br>NEW ROCHELLE, NY 10804 | 65653 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,166.85  (U)<br>$15,166.85  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| PIROMIX INVESTMENTS LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>SINGAPORE 039392<br>,<br>SINGAPORE | 32691 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,630.00  (U)<br>$14,630.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31643 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,020.00  (U)<br>$8,020.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 31645 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,357.00 (U)<br>$9,357.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 31646 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,039.00 (U)<br>$9,039.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 31647 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,130.00 (U)<br>$6,130.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br><br>,<br>SINGAPORE | 31648 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,249.00 (U)<br>$6,249.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31650 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,123.00<br>$9,123.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31651 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,296.00<br>$16,296.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31652 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,013.00<br>$6,013.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31658 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,927.00<br>$9,927.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392<br>,<br>SINGAPORE | 31659 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,167.00<br>$6,167.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31660 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$11,717.00<br>$11,717.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| QUEBECOR LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31662 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,151.00<br>$6,151.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| R ASTORINO & J ASTORINO TTEE<br>RALPH A ASTORINO & JOY L ASTOR<br>U/A DTD 11/01/1996<br>2311 GUNN RD<br>CARMICHAEL, CA 95608 | 7727 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,999.07<br>$5,999.07 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAYMOND LEROY & CATHERINE L GRIEBEL<br>135 PLAZA DR<br>APT 1222<br>KERRVILLE, TX 78028<br>UNITED STATES OF AMERICA | 29173 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$16,646.71  (U)<br>$16,646.71  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| REMEMBRANCE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LTD<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 32696 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$12,099.00  (U)<br>$12,099.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| REXREA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392<br>,<br>SINGAPORE | 31640 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$16,983.00  (U)<br>$16,983.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROBERT R HARTER<br>428 8TH ST<br>CALUMET, MI 49913 | 14517 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| ROBERT W BAIRD & CO INC TTEE<br>FBO EDWARD J VANEK IRA<br>2650 W UNION HILLS DR #102<br>PHOENIX, AZ 85027 | 17821 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$16,000.00  (U)<br>$16,000.00  (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Ninety-Seventh Omnibus Objection

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ROSLYN FERDIE IRA FCC AS CUSTODIAN FERDIE & LONES CHARTERED 717 PONCE DE LEON BLVD STE 223 CORAL GABLES, FL 33134 | 36567 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $15,000.00 (U) $15,000.00 (T) Unliquidated | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RUTH K ROTH 3464 BAHIA BLANCA W LAGUNA WOODS, CA 92637 | 32683 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $8,969.25 (U) $8,969.25 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RUTH TAMEN 8975 W GOLF RD APT 222 NILES, IL 60714 UNITED STATES OF AMERICA | 16117 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $8,000.00 (U) $8,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SHIRLEY J KELLY TTEE SHIRLEY J KELLY TR U/A DTD 04/03/89 18755 W BERNARDO DR APT 1145 SAN DIEGO, CA 92127 | 8790 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $10,000.00 (U) $10,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| STANCIL FORD (IRA) 7192 CEDAR HILL RD TALBOTT, TN 37877 | 31862 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $15,000.00 (U) $15,000.00 (T) | | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STANCIL FORD (IRA)<br>7192 CEDAR HILL RD<br><br>TALBOTT, TN 37877 | 31863 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| SUSAKI LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE<br>,<br>SINGAPORE | 31399 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,417.00<br>$8,417.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| VAND LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN: TAU DEPARTMENT<br>2 RAFFLES LINK, MARINA BAYFRONT<br>039392 SINGAPORE<br>,<br>SINGAPORE | 31395 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$14,700.00<br>$14,700.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| VIOLET D ZARICK AND<br>VICTOR J ZARICK JTWROS<br>15478 NELSONS WALK CT<br>N FT MYERS, FL 33917 | 22124 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,100.00<br>$10,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| VIOLET D ZARICK AND<br>VICTOR ZARICK JTWROS<br>15478 NELSONS WALK CT<br>NORTH FORT MYERS, FL 33917 | 22125 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$7,000.00<br>$7,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WILLIAM N HASKIN AND PEGGY J HASKIN JTWROS 1849 FM 2725 INGLESIDE, TX 78362 | 30983 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,653.70 | (U) | | |
| | | | $5,653.70 | (T) | | |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 99 | | $0.00 | (S) | | |
|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,094,793.65 | (U) | | |
| | | | $1,094,793.65 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| M FELBER & F FELBER TTEE<br>MICHAEL J & FLORANCE C FELBER<br>U/A DTD 04/08/1994<br>821 E ROYAL RIDGE DR<br>ORO VALLEY, AZ 85737 | 18359 | Motors Liquidation Company | $0.00 | (S) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,300.00 | (U) | | |
| | | | $10,300.00 | (T) | | |

| *OBJECTION ADJOURNED* | **1** | | | |
|---|---|---|---|---|
| | | $0.00 | (S) | |
| | | $0.00 | (A) | |
| | | $0.00 | (P) | |
| | | $10,300.00 | (U) | |
| | | $10,300.00 | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.