**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                               :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
|     **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' NINETY-EIGHTH OMNIBUS**</u>
<u>**OBJECTION TO CLAIMS**</u>
**(Incorrectly Classified Claims)**

        Upon the ninety-eighth omnibus objection to reclassify certain claims,

dated September 21, 2010 (the "**Ninety-Eighth Omnibus Objection to Claims**"),[1] of

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated

debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b)

of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim filed in these

chapter 11 cases (the "**Procedures Order**") [Docket No. 4180], seeking entry of an order

reclassifying the Incorrectly Classified Claims on the grounds that each Incorrectly

Classified Claim was incorrectly classified by the claimant, all as more fully described in

the Ninety-Eighth Omnibus Objection to Claims; and due and proper notice of the

Ninety-Eighth Omnibus Objection to Claims having been provided, and it appearing that

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed
to such terms in the Ninety-Eighth Omnibus Objection to Claims.

no other or further notice need be provided; and the Court having found and determined

that the relief sought in the Ninety-Eighth Omnibus Objection to Claims is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Ninety-Eighth Omnibus Objection to Claims establish

just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

      ORDERED that the relief requested in the Ninety-Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

      ORDERED that each "Claim Amount and Priority" listed on **Exhibit "A"**

(the "**Order Exhibit**") annexed hereto is hereby reclassified as indicated on Exhibit "A"

under the column "Modified Priority Status/Reduced Amount;" and it is further

      ORDERED that, if applicable, the Ninety-Eighth Omnibus Objection to

Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto

under the heading "*Objection Adjourned*" (the "**Adjourned Claims**") to the date

indicated on the Order Exhibit, subject to further adjournments (such actual hearing date,

the "**Adjourned Hearing Date**"), and the Debtors' response deadline with respect to the

Adjourned Claims shall be 12:00 noon (Eastern Time) on the date that is three (3)

business days before the Adjourned Hearing Date; and it is further

      ORDERED that, if applicable, the Ninety-Eighth Omnibus Objection to

Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto

under the heading "*Objection Withdrawn*"; and it is further

      ORDERED that, if applicable, the Ninety-Eighth Omnibus Objection to

Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that, with respect to this Ninety-Eighth Omnibus Objection to Claims, the Debtors reserve all their rights to object on any other basis to any Incorrectly Classified Claim; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the Ninety-Eighth Omnibus Objection to Claims under the heading "*Claims to be Reclassified*" that is not listed on the Order Exhibit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
        *November 8, 2010*

                              *s/ Robert E. Gerber*
                              United States Bankruptcy Judge

E:\98TH\ORDER GRANTING 98TH OMNI CLAIMS OBJ 43499753.DOC