| Ninety-Ninth Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ALICIA C HARRIS | 70225 | Motors Liquidation Company | $1,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 3509 JUPITER DR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| CHALMETTE, LA 70043 | | | $0.00 | (Unsecured Claim) | $1,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 4/13/2010 | | | $1,000.00 | (Total Claim) | $1,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| ANNE GREER | 70217 | Motors Liquidation Company | $10,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 512 OCEAN VIEW LANE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| CHULA VISTA, CA 91914 | | | $0.00 | (Unsecured Claim) | $10,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 4/10/2010 | | | $10,000.00 | (Total Claim) | $10,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| Ninety-Ninth Omnibus Objection | | Exhibit A | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CHRISTEEN SAULTERS/HINTON | 70245 | Motors Liquidation Company | $10,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 468 GATHER JOHNSON RD MAGEE, MS 39111 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| UNITED STATES OF AMERICA | | | $0.00 | (Unsecured Claim) | $10,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 4/22/2010 | | | $10,000.00 | (Total Claim) | $10,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| DIANE J KAVALAR | 70156 | Motors Liquidation Company | $602.05 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 400 WILSON AVENUE CLAWSON, MI 48017 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $602.05 | (Unsecured Claim) | | |
| Official Claim Date: 3/26/2010 | | | $602.05 | (Total Claim) | $602.05 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Ninth Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FALANA BROWN<br><br>139 SANDHILL RD<br>DORCHESTER, SC 29437<br><br>Official Claim Date: 4/12/2010 | 70223 | Motors Liquidation Company | $1,500.00<br>$0.00<br>$0.00<br>$0.00<br>$1,500.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$1,500.00<br>$1,500.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FLORENCE CONIGLIO<br><br>PO BOX 737<br>FT WHITE, FL 32038<br><br>Official Claim Date: 3/26/2010 | 70168 | Motors Liquidation Company | $6,000.00<br>$0.00<br>$0.00<br>$0.00<br>$6,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$6,000.00<br>$6,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Ninth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GEARY/GERALD GARTON | 70336 | Motors Liquidation Company | $11,846.15 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 168 K C DRIVE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| BASTROP, TX 78602 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $5,923.89 | (Unsecured Claim) | $17,770.04 | (Unsecured Claim) | | |
| Official Claim Date: 6/26/2010 | | | $17,770.04 | (Total Claim) | $17,770.04 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| JUSTIN MOREY | 70203 | Motors Liquidation Company | $24,652.31 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ESURANCE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN: TODD AYRES, TXA 74393 | | | | | | | | |
| PO BOX 2890 | | | $0.00 | (Unsecured Claim) | $24,652.31 | (Unsecured Claim) | | |
| ROCKLIN, CA 95677 | | | | | | | | |
| | | | $24,652.31 | (Total Claim) | $24,652.31 | (Total Claim) | | |
| Official Claim Date: 4/5/2010 | | | | | | | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Ninth Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KATHLEEN S KOWALSKI | 70266 | Motors Liquidation Company | $2,746.91 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 5552 N MANGO AVENUE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| CHICAGO, IL 60630 | | | $0.00 | (Unsecured Claim) | $2,746.91 | (Unsecured Claim) | | |
| Official Claim Date: 4/30/2010 | | | $2,746.91 | (Total Claim) | $2,746.91 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| KENT HAMMER | 70301 | Motors Liquidation Company | $9,200.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 2681 GREYWALL AVE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| OCOEE, FL 34761 | | | $0.00 | (Unsecured Claim) | $9,200.00 | (Unsecured Claim) | | |
| Official Claim Date: 5/27/2010 | | | $9,200.00 | (Total Claim) | $9,200.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Ninth Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KEVIN & ROXANNE LOGAN  11057 LINDEN ROAD  LINDEN, MI 48451  Official Claim Date: 5/21/2010 | 70295 | Motors Liquidation Company | $0.00 $0.00 $400.00 $0.00 $400.00 | (Secured Claim) (Administrative Expense Claim) (Priority Claim) (Unsecured Claim) (Total Claim) | $0.00 $0.00 $0.00 $400.00 $400.00 | (Secured Claim) (Administrative Expense Claim) (Priority Claim) (Unsecured Claim) (Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| KIANDRA ROYLETTE BARTLEY  1500 STARBOARD ST NW  PALM BAY, FL 32907  Official Claim Date: 3/22/2010 | 70148 | Motors Liquidation Company | $600.00 $0.00 $0.00 $3,500.00 $4,100.00 | (Secured Claim) (Administrative Expense Claim) (Priority Claim) (Unsecured Claim) (Total Claim) | $0.00 $0.00 $0.00 $4,100.00 $4,100.00 | (Secured Claim) (Administrative Expense Claim) (Priority Claim) (Unsecured Claim) (Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ninety-Ninth Omnibus Objection** | | | **Exhibit A** | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LINDA MARISCAL | 70213 | Motors Liquidation Company | $9,296.53 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| P.O. BOX 404<br>728 PIPPO AVE | | | $1,320.33 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| BRENTWOOD, CA 94513 | | | $0.00 | (Unsecured Claim) | $10,616.86 | (Unsecured Claim) | | |
| Official Claim Date: 4/9/2010 | | | $10,616.86 | (Total Claim) | $10,616.86 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates, and it is not entitled to priority status. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARILYN N KAULILI | 70134 | Motors Liquidation Company | $28,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| POB 10<br>KUALAPUU, HI 96757 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $28,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 3/19/2010 | | | $28,000.00 | (Total Claim) | $28,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Ninth Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NOVA CONSULTANTS<br><br>21580 NOVI ROAD<br>SUITE 300<br>NOVI, MI 48375<br><br>Official Claim Date: 4/3/2010 | 70195 | Remediation And Liability Management Company, Inc. | $17,001.30<br>$0.00<br>$0.00<br>$0.00<br>$17,001.30 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$17,001.30<br>$17,001.30 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| TAMMY HOUGHTALING<br><br>PO BOX 42<br>CAMERON MILLS, NY 14820<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 4/1/2010 | 70192 | Motors Liquidation Company | $100,000.00<br>$0.00<br>$0.00<br>$0.00<br>$100,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$100,000.00<br>$100,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Ninth Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WYATT COBB<br><br>4592 PENNSYLVANIA ST<br>GARY, IN 46409<br><br>Official Claim Date:  3/10/2010 | 70111 | Motors Liquidation Company | $2,900.00<br>$0.00<br>$0.00<br>$0.00<br>$2,900.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$2,900.00<br>$2,900.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| CLAIMS TO BE RECLASSIFIED | | 17 | $235,345.25<br>$0.00<br>$1,720.33<br>$9,423.89<br>$246,489.47 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$246,489.47<br>$246,489.47 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.