| One Hundredth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALOYSIUS SPITULSKI<br>4545 COPLAND BLVD<br>TOLEDO, OH 43614 | 1923 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$796.20 (P)<br>$0.00 (U)<br>$796.20 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANZALDI, ROBERT C<br>84 N ALLING RD<br>TALLMADGE, OH 44278 | 26676 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$928,394.64 (U)<br>$928,394.64 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLACK, ANNIE M<br>2619 N HEALD ST<br>WILMINGTON, DE 19802 | 22600 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BONNER, RONALD J<br>8523 US HIGHWAY 6<br>EDGERTON, OH 43517 | 38300 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,000.00 (P)<br>$0.00 (U)<br>$35,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRANDOW, GARY J<br>4978 LAKELAND HARBOR BLVD<br>LAKELAND, FL 33805 | 4992 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$67.50 (U)<br>$67.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BULICH, DRAGO<br>1006 RIVER MIST DR<br>ROCHESTER, MI 48307 | 62970 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,328,030.00 (U)<br>$4,328,030.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CALDWELL, LEONARD ALLEN<br>10151 WILL ALLMAN RD<br>GEORGETOWN, OH 45121 | 25304 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARMA HOUSEHOLDER<br>24800 W OUTER DRIVE<br>LINCOLN PARK, MI 48146<br>UNITED STATES OF AMERICA | 50837 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,000.00 (U)<br>$32,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARMA HOUSEHOLDER<br>15023 BELMONT AVE<br>ALLEN PARK, MI 48101 | 50841 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,105.86 (U)<br>$1,105.86 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARMA HOUSEHOLDER<br>15023 BELMONT AVE<br>ALLEN PARK, MI 48101 | 50842 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARMI MIRENDA<br>2545 WILSON RD<br><br>BILOXI, MS 39531 | 6585 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$92,000.00 (P)<br>$0.00 (U)<br>$92,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARTER, DON GORDON<br>8159 MILLER RD<br><br>SWARTZ CREEK, MI 48473 | 44343 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHAREN, RONALD J<br>3340 SPANISH OAK TER<br><br>SARASOTA, FL 34237 | 6997 | Motors Liquidation Company | $19,393.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,393.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES WATSON<br>48881 DENTON RD APT 7<br><br>BELLEVILLE, MI 48111 | 22229 | Motors Liquidation Company | $0.00 (S)<br>$11,960.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,960.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHERYL A HESS<br>2047 EVALINE ST<br><br>HAMTRAMCK, MI 48212 | 61118 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

One Hundredth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COIN, MICHAEL R<br>1705 CEDAR HILL RD<br>KEITHVILLE, LA 71047 | 2639 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,461.64 (P)<br>$0.00 (U)<br>$1,461.64 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COPE, ROY B<br>PO BOX 84<br>BERRY, KY 41003 | 10481 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,186.84 (U)<br>$1,186.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIEL COATES<br>1320 DEER TRACK TRL<br>GRAND BLANC, MI 48439 | 4764 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17,500.00 (P)<br>$0.00 (U)<br>$17,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEBORAH A GMYR<br>26 COLGATE DR<br>MASSENA, NY 13662 | 62956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,000,000.00 (U)<br>$43,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOROTHY J ABRAMS<br>1024 N HOLMES AVE<br>INDIANAPOLIS, IN 46222 | 5599 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ESTEP, THOMAS H<br>1366 DOUGLAS RD<br>MURRAY, KY 42071 | 5766 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

**One Hundredth Omnibus Objection**                    **Exhibit A**                    **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS RENALDY<br>725 OBERLIN PL<br>YOUNGSTOWN, OH 44515 | 1750 | Motors Liquidation Company | $2,404.00 (S)<br>$0.00 (A)<br>$2,404.00 (P)<br>$2,404.00 (U)<br>$7,212.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANCIS, GEORGE M<br>PO BOX 2675<br>BAKERSFIELD, CA 93303 | 20969 | Motors Liquidation Company | $25,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANKLIN ZUBER<br>1515 INDIAN SPRINGS DR NW<br>CONOVER, NC 28613 | 2085 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49.12 (U)<br>$49.12 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRED MARKER<br>1650 MERRY RD<br>FAIRGROVE, MI 48733 | 5178 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRENCH, JACK A<br>7876 W GILFORD RD<br>REESE, MI 48757 | 13941 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,500.00 (U)<br>$77,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLATZ, LINDA J<br>9300 BATH RD<br>LAINGSBURG, MI 48848 | 8290 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**One Hundredth Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GOLL, DONNA D<br>PO BOX 252<br>BLANCHARD, OK 73010 | 64163 | Motors Liquidation Company | $81,780.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,780.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GORTE, DAVID D<br>214 S MCDONNELL ST<br>CORUNNA, MI 48817 | 12093 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,552.22 (U)<br>$80,552.22 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAY, SUSAN E<br>4324 PEAKE RD<br>HASTINGS, MI 49058 | 5671 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRECO, MARK J<br>5315 NW 87TH CT<br>KANSAS CITY, MO 64154 | 8707 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREGORY JOHNSON<br>8971 SAN JOSE<br>REDFORD, MI 48239 | 62977 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,002.60 (P)<br>$0.00 (U)<br>$10,002.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRICE, TERRY D<br>5173 TAHQUAMENON TRL<br>FLUSHING, MI 48433 | 5827 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$12,438.38 (P)<br>$0.00 (U)<br>$12,438.38 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARMON, RUBIN S<br>1360 N WYNN RD<br>OKEANA, OH 45053 | 1904 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARNER, JOANN F<br>7021 WINDOGA LAKE DR<br>WEIDMAN, MI 48893 | 19553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,750.00 (U)<br>$15,750.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARPER, DENNIS JAMES<br>5275 POINTVIEW DRIVE<br>HARRISON, MI 48625 | 2319 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,000.00 (P)<br>$0.00 (U)<br>$4,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAYES JR, ROLAND L<br>8680 DELMAR BLVD APT 1E<br>SAINT LOUIS, MO 63124 | 9680 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$420,000.00 (U)<br>$420,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HORNYAK, DONALD R<br>450 DAVIS RD<br>CORTLAND, NY 13045 | 3520 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$28,835.56 (P)<br>$0.00 (U)<br>$28,835.56 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES TROSEN<br>7155 CURTIS RD<br>NORTHVILLE, MI 48168 | 61972 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,000.00 (U)<br>$65,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JESSE VARVEL<br>9197 LINDEN RD<br>SWARTZ CREEK, MI 48473 | 1806 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$0.00 (U)<br>$10,950.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOANN HARNER<br>7021 WINDOGA LAKE DR<br>WEIDMAN, MI 48893 | 19536 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,750.00 (U)<br>$15,750.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN C SPEED<br>705 MEADOWLANE DR<br>RIPLEY, OH 45167 | 8400 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN C SPEED<br>705 MEADOWLANE DR<br>RIPLEY, OH 45167 | 8401 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| JOHN C SPEED<br>705 MEADOWLANE DR<br><br>RIPLEY, OH 45167 | 8402 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN GRAY<br>2425 DEXTER RD<br><br>AUBURN HILLS, MI 48326 | 9815 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$353,808.00 (U)<br>$353,808.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN REINHART<br>10031 SEYMOUR RD<br><br>MONTROSE, MI 48457 | 15584 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,476.61 (U)<br>$3,476.61 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNSON, GREGORY D<br>8971 SAN JOSE<br><br>REDFORD, MI 48239 | 66441 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,002.60 (P)<br>$0.00 (U)<br>$10,002.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNSON, MICHAEL C<br>10824 BALFORD RD<br><br>DETROIT, MI 48224 | 4050 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,594.86 (P)<br>$0.00 (U)<br>$1,594.86 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE ROBINSON<br>3345 BARDAVILLE DR APT 15<br><br>LANSING, MI 48906 | 62768 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

One Hundredth Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUAN SALINAS<br>1923 SUMMER BREEZE RD APT A<br>MISSION, TX 78572 | 49651 | Motors Liquidation Company | $4,500.00 (S)<br>$0.00 (A)<br>$4,500.00 (P)<br>$0.00 (U)<br>$9,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNETH BOORE<br>34080 FAIRFAX DR<br>LIVONIA, MI 48152 | 29330 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANTHRIPE, DAVIS M<br>2104 NE 18TH ST<br>MOORE, OK 73160 | 64161 | Motors Liquidation Company | $81,780.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,780.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEMMON, KEITH E<br>12101 BREWSTER ST<br>LIVONIA, MI 48150 | 61703 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$94,849.24 (P)<br>$0.00 (U)<br>$94,849.24 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LIMBAN, VELMA PATRICIA<br>11346 SUNSET DR<br>CLIO, MI 48420 | 61729 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$204,189.00 (U)<br>$204,189.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOGSDON RICKY O<br>439 SENECA CT<br>BOWLING GREEN, KY 42103 | 65414 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,905.34 (U)<br>$10,905.34 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOURO, JOSE L<br>45 JESTER ST<br>BEAR, DE 19701 | 22774 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25,716.56  (P)<br>$0.00  (U)<br>$25,716.56  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MANSSUR, NORMAN S<br>2025 BAGLEY ST<br>FLINT, MI 48504 | 5743 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARY LOURO<br>45 JESTER ST<br>BEAR, DE 19701 | 14483 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25,716.56  (P)<br>$0.00  (U)<br>$25,716.56  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC DONNELL, JOHN M<br>3 FERNLANDS CT<br>LAKEWOOD, NJ 08701 | 8718 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL CRALL<br>2281 FLORENCE RD<br>MOUNT DORA, FL 32757 | 11639 | Motors Liquidation Company | $5,825.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,825.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11

**One Hundredth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILLER, DAVID C<br>2218 CLOVE TER<br>BALTIMORE, MD 21209 | 10856 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$88,680.00 (P)<br>$0.00 (U)<br>$88,680.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOORE, BRENDA S<br>844 BOUTELL DR<br>GRAND BLANC, MI 48439 | 50946 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$177,617.16 (U)<br>$177,617.16 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NATHAN BUCHHOLZ<br>PO BOX 1526<br>VENICE, FL 34284 | 7737 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,340.00 (P)<br>$0.00 (U)<br>$5,340.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NORMAN MANSSUR<br>2025 BAGLEY ST<br>FLINT, MI 48504 | 5742 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OKAIN, GEORGE<br>209 SMOKEY DR<br>COLUMBIA, TN 38401 | 62573 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAGE, LARRY D<br>401 OSAGE ST<br>HARRISONVILLE, MO 64701 | 5340 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PARKS, ROBERT E<br>10729 NE 19TH ST<br>OKLAHOMA CITY, OK 73141 | 64160 | Motors Liquidation Company | $81,780.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,780.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEACOCK, ALBERT S<br>18 MORRISON LAKE GDNS<br>SARANAC, MI 48881 | 2055 | Motors Liquidation Company | $17,563.97 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$17,563.97 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRATHER, STEVEN C<br>1208 NE 21ST CT<br>MOORE, OK 73160 | 13683 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$72,000.00 (P)<br>$0.00 (U)<br>$72,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANEY, MICHAEL A<br>169 IDA RED AVE<br>SPARTA, MI 49345 | 62177 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RASO, MICHAEL L<br>11 ALIDREW DR<br>COLD SPRING, KY 41076 | 5472 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$91,885.92 (U)<br>$91,885.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REGIS, LINDA J<br>13160 HITCHING POST RD<br>APT 100<br>DEWITT, MI 48820 | 30221 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICE, WES<br>1139 BELLAIRE DR<br>MANSFIELD, OH 44907 | 28071 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,000.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT LOGAN<br>2213 BARBARA DR<br>FLINT, MI 48504 | 27878 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBINSON, JANET L<br>2324 MORNING GLORY DR<br>OKLAHOMA CITY, OK 73159 | 64158 | Motors Liquidation Company | $81,780.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,780.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBINSON, JOYCE E<br>3345 BARDAVILLE DR APT 15<br>LANSING, MI 48906 | 62769 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$15,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**One Hundredth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD LAING<br>2600 LANSING RD LOT 22<br>CHARLOTTE, MI 48813 | 32764 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,000.00 (U)<br>$45,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSALIND WILLIAMS<br>3615 MONTGALL AVE<br>KANSAS CITY, MO 64128 | 22142 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,000.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSE, JOHN F<br>9309 N FULTON ST<br>EDGERTON, WI 53534 | 15533 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHILL ARTHUR C<br>35348 MARINA DRIVE<br>STERLING HTS, MI 48312 | 46095 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,676.30 (U)<br>$10,676.30 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHILL ARTHUR C<br>35348 MARINA DR<br>STERLING HTS, MI 48312 | 46096 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,998.12 (U)<br>$20,998.12 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHARRON REYES<br>4780 JAMM RD<br>ORION, MI 48359 | 7624 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH, PAULETTE D<br>3655 BOULEVARD PL APT 304<br>INDIANAPOLIS, IN 46208 | 21073 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17,800.00 (P)<br>$0.00 (U)<br>$17,800.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH, WALTER G<br>162 DEXTER SMITH LN<br>EVERGREEN, NC 28438 | 13244 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPITULSKI, ALOYSIUS A<br>4545 COPLAND BLVD<br>TOLEDO, OH 43614 | 1922 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$796.20 (P)<br>$0.00 (U)<br>$796.20 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEVEN PRATHER<br>1208 NE 21ST CT<br>MOORE, OK 73160 | 13682 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$72,000.00 (P)<br>$0.00 (U)<br>$72,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUSAN GRAY<br>4324 PEAKE RD<br>HASTINGS, MI 49058 | 5670 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TANYA M WOODS<br>8301 N HIGHLAND AVE<br>KANSAS CITY, MO 64118 | 64049 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$333.64 (P)<br>$0.00 (U)<br>$333.64 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TANYA WOODS<br>8301 N HIGHLAND AVE<br>KANSAS CITY, MO 64118 | 64048 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$2,994.15 (P)<br>$0.00 (U)<br>$2,994.15 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TERRY GRICE<br>5173 TAHQUAMENON TRL<br>FLUSHING, MI 48433 | 5750 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$12,438.38 (P)<br>$0.00 (U)<br>$12,438.38 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS BRUNETTE<br>1201 MACARTHUR DR<br>JANESVILLE, WI 53548 | 22720 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,770.28 (U)<br>$4,770.28 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS JONES<br>17879 RED OAKS<br>MACOMB, MI 48044<br>UNITED STATES OF AMERICA | 27546 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$39,923.00 (U)<br>$39,923.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| One Hundredth Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TINCHER, DENVIL J<br>33809 HARDESTY RD<br>SHAWNEE, OK 74801 | 64164 | Motors Liquidation Company | $81,780.84 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$81,780.84 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UMBARGER, DENNIS G<br>104 ROCKY DR<br>COLUMBIA, TN 38401 | 1863 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$63,589.15 (P)<br>$0.00 (U)<br>$63,589.15 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VAN TONGERLOO, ROBERT JON<br>64245 TIPPERARY DR<br>WASHINGTON, MI 48095 | 5746 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM FOX<br>5165 WILLOW CREST AVE<br>YOUNGSTOWN, OH 44515 | 19823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$18,268.48 (P)<br>$0.00 (U)<br>$18,268.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLMON, JERRY D<br>7127 BACK FORTY CT<br>GRANBURY, TX 76049 | 22385 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,224.48 (U)<br>$5,224.48 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **97** | | **$513,590.17 (S)**<br>**$11,960.00 (A)**<br>**$809,008.20 (P)**<br>**$51,853,264.39 (U)**<br>**$53,187,822.76 (T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 18

One Hundredth Omnibus Objection — **Exhibit A** — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHAN THEIS<br>2032 WATKINS LAKE RD<br>WATERFORD, MI 48328 | 29823 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$504,000.00 (U)<br>$504,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TIBBS, SARLOWER OLIVIER<br>PO BOX 531282<br>GRAND PRAIRIE, TX 75053 | 64968 | Motors Liquidation Company | $15,000.00 (S)<br>$0.00 (A)<br>$20,634.60 (P)<br>$158,587.00 (U)<br>$194,221.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | 2 | | $15,000.00 (S)<br>$0.00 (A)<br>$20,634.60 (P)<br>$662,587.00 (U)<br>$698,221.60 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**One Hundredth Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OLIVARES, WILLIE<br>11671 COUNTY ROAD 461<br>TYLER, TX 75706 | 7403 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *OBJECTION WITHDRAWN* | **1** | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.