| | Exhibit A | |
|---|---|---|
| 103rd Omnibus Objection | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALICE M KILLOUGH<br>36 GULF SHORES DR<br>OFALLON, MO 63368 | 49564 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$87,835.00 (P)<br>$0.00 (U)<br>$87,835.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BIEGAS, EDWARD J<br>39914 WILMETTE DR<br>STERLING HEIGHTS, MI 48313 | 44501 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$49,427.00 (P)<br>$0.00 (U)<br>$49,427.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BROGGI, LUIGI A<br>36636 FENDER AVE<br>MADERA, CA 93636 | 61263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$91,295.00 (P)<br>$0.00 (U)<br>$91,295.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BROWN JR, ROBERT A<br>10402 PINEHURST DR<br>AUSTIN, TX 78747 | 16660 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CASE, JAMES F<br>46 BATHURST DR<br>TONAWANDA, NY 14150 | 33498 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$47,535.00 (P)<br>$0.00 (U)<br>$47,535.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| 103rd Omnibus Objection | | | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHANDLER, VIRGINIA CHARLENE
PO BOX 21733
OKLAHOMA CITY, OK 73156 | 58978 | Motors Liquidation Company | $0.00   (S)
$0.00   (A)
$78,800.00   (P)
$0.00   (U)
$78,800.00   (T)
Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES S ELLIOTT
2681 VALPARAISO BLVD
N.FORT MYERS, FL 33917
UNITED STATES OF AMERICA | 63326 | Motors Liquidation Company | $0.00   (S)
$0.00   (A)
$56,621.00   (P)
$0.00   (U)
$56,621.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHATHAM, JAMES E
4011 PRINCETON PL
GAINESVILLE, GA 30507 | 64422 | Motors Liquidation Company | $0.00   (S)
$0.00   (A)
$67,465.00   (P)
$0.00   (U)
$67,465.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COVELESKIE, JOHN P
54418 WHITBY WAY
SHELBY TOWNSHIP, MI 48316 | 17536 | Motors Liquidation Company | $0.00   (S)
$0.00   (A)
$85,830.00   (P)
$0.00   (U)
$85,830.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAMER, CARMEN D
PO BOX 122
UNIONVILLE, MI 48767 | 6417 | Motors Liquidation Company | $0.00   (S)
$0.00   (A)
$55,748.00   (P)
$0.00   (U)
$55,748.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 103rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CRAMER, CARMEN D<br>PO BOX 122<br><br>UNIONVILLE, MI 48767 | 20838 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$87,535.00 (P)<br>$0.00 (U)<br>$87,535.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CROSS, DONALD L<br>15273 PINEHURST DR<br><br>LANSING, MI 48906 | 26583 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$49,150.00 (P)<br>$0.00 (U)<br>$49,150.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID LUTES<br>809 WEST 4TH ST<br><br>MARION, IN 46952<br>UNITED STATES OF AMERICA | 21455 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$65,000.00 (P)<br>$0.00 (U)<br>$65,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID LUTES<br>809 WEST 4TH ST<br><br>MARION, IN 46952 | 21456 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$40,634.00 (P)<br>$0.00 (U)<br>$40,634.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DE SHONG JR, EARL F<br>5619 JOSHUA ST<br><br>LANSING, MI 48911 | 10965 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$29,762.00 (P)<br>$0.00 (U)<br>$29,762.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOMINICK MARANO<br>738 S 77TH ST<br><br>MESA, AZ 85208 | 69000 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$59,620.00 (P)<br>$0.00 (U)<br>$59,620.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 103rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD NOWOSIADLY<br>2996 SHANNON DR<br><br>OAKLAND, MI 48363<br>UNITED STATES OF AMERICA | 22666 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$72,762.00 (P)<br>$0.00 (U)<br>$72,762.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNA CUDD<br>1500 TOPANGA LANE UNIT 101<br><br>LINCOLN, CA 95648 | 64073 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$54,463.00 (P)<br>$0.00 (U)<br>$54,463.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNA CUDD<br>1500 TOPANGA LN UNIT 101<br><br>LINCOLN, CA 95648 | 64074 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$74,490.00 (P)<br>$0.00 (U)<br>$74,490.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWIN KULBACK<br>542 LUMINARY BLVD<br><br>OSPREY, FL 34229 | 5201 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$58,050.00 (P)<br>$0.00 (U)<br>$58,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARRY W MUNDY<br>65 DISCOVERY RD<br><br>MARTINSBURG, WV 25403 | 21663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$91,780.00 (P)<br>$0.00 (U)<br>$91,780.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 103rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| HEUSER, RALPH E<br>292 MILLBROOK RD<br><br>HEBER CITY, UT 84032 | 3200 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$54,278.00 (P)<br>$0.00 (U)<br>$54,278.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HIRSCHENBERGER, RONALD M<br>5455 STROEBEL RD<br><br>SAGINAW, MI 48609 | 61193 | Motors Liquidation Company | $0.00 (S)<br>$76,978.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$76,978.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ILKKA, GUST A<br>712 WILWOOD RD<br><br>ROCHESTER HILLS, MI 48309 | 68314 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,340.00 (P)<br>$0.00 (U)<br>$25,340.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES E VARNEY<br>12 WOLF CREEK TRAIL<br><br>ST. PETERS, MO 63376 | 36086 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$82,335.00 (P)<br>$0.00 (U)<br>$82,335.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES E VARNEY<br>12 WOLF CREEK TRAIL<br><br>ST PETERS, MO 63376 | 43297 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$79,986.50 (P)<br>$0.00 (U)<br>$79,986.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOAN Y BIEGAS<br>MR EDWARD BIEGAS<br>39914 WILMETTE DR<br>STERLING HTS, MI 48313 | 44503 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$78,485.00 (P)<br>$0.00 (U)<br>$78,485.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 103rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN J MARKO JR<br>4938 PARK MNR E APT 3314<br><br>SHELBY TOWNSHIP, MI 48316<br>UNITED STATES OF AMERICA | 61218 | Motors Liquidation Company | $55,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$55,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN J. MARKO JR.<br>4938 PARK MNR. E APT 3314<br><br>SHELBY TOWNSHIP, MI 48316<br>UNITED STATES OF AMERICA | 61217 | Motors Liquidation Company | $27,132.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$27,132.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JONES DALLAS R<br>23957 VIA BOCINA<br><br>VALENCIA, CA 91355 | 10356 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$85,000.00 (P)<br>$0.00 (U)<br>$85,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JONES, DALLAS R<br>23957 VIA BOCINA<br><br>VALENCIA, CA 91355 | 10355 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$42,000.00 (P)<br>$0.00 (U)<br>$42,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KLEIST, DARLENE A<br>15909 HYACINTH DR<br><br>MACOMB, MI 48042 | 22842 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$36,824.00 (P)<br>$0.00 (U)<br>$36,824.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 6

| | | Exhibit A | | |
|---|---|---|---|---|
| 103rd Omnibus Objection | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUCIA BARTMAN<br>1354 N FAIRVIEW LN<br>ROCHESTER HILLS, MI 48306 | 65646 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$63,920.00 (P)<br>$0.00 (U)<br>$63,920.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARANO DOMINICK<br>738 SO 77TH ST<br>MESA, AZ 85208 | 10980 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$26,240.00 (P)<br>$0.00 (U)<br>$26,240.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MERTENS GERALDINE M<br>6870 NORTHPOINT DR<br>TROY, MI 48085 | 62173 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,530.00 (P)<br>$0.00 (U)<br>$35,530.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MERTENS RONALD E<br>6870 NORTHPOINT DR<br>TROY, MI 48085 | 62172 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,270.00 (P)<br>$0.00 (U)<br>$25,270.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MR EDWARD BIEGAS<br>39914 WILMETTE DRIVE<br>STERLING HEIGHTS, MI 48313 | 44502 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$56,620.00 (P)<br>$0.00 (U)<br>$56,620.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MUELLER DONALD E<br>5300 E TWIN LAKE RD<br>ROSE CITY, MI 48654 | 22654 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$91,347.00 (P)<br>$0.00 (U)<br>$91,347.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**103rd Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MUELLER, DONALD E<br>5300 E TWIN LAKE RD<br>ROSE CITY, MI 48654 | 20247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$85,700.00 (P)<br>$0.00 (U)<br>$85,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEILSON, SHIRLEY E<br>2130 PRINCETON RD<br>BERKLEY, MI 48072 | 63762 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$44,235.00 (P)<br>$0.00 (U)<br>$44,235.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NIELSON SHIRLEY E<br>2130 PRINCETON RD<br>BERKLEY, MI 48072 | 63763 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,802.00 (P)<br>$0.00 (U)<br>$25,802.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NOWOSIADLY, JOYCE R<br>2996 SHANNON DR<br>OAKLAND, MI 48363 | 44505 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$27,113.00 (P)<br>$0.00 (U)<br>$27,113.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| O NEILL, EDWARD M<br>PO BOX 232<br>GROVER, MO 63040 | 62324 | Motors Liquidation Company | $57,179.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$57,179.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATTYN, KATHRYN D<br>28915 LINCOLN RD<br>BAY VILLAGE, OH 44140 | 45594 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$34,200.00 (P)<br>$0.00 (U)<br>$34,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PENDLETON, LARRY J<br>8411 W SMITH RD<br>MEDINA, OH 44256 | 16460 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$39,088.00 (P)<br>$0.00 (U)<br>$39,088.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANKA, ROBERT W<br>18099 PARKE LN<br>GROSSE ILE, MI 48138 | 3075 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$45,600.00 (P)<br>$0.00 (U)<br>$45,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROCHOWIAK, ROGER A<br>1076 DARWIN RD<br>PINCKNEY, MI 48169 | 61318 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$76,000.00 (P)<br>$76,000.00 (U)<br>$152,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROGER BASHAW<br>490 CANAL DR<br>ORTONVILLE, MI 48462 | 33396 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$71,100.00 (P)<br>$0.00 (U)<br>$71,100.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD BELL<br>550 WHIMS LANE<br>ROCHESTER, MI 48306<br>UNITED STATES OF AMERICA | 45153 | Motors Liquidation Company | $26,234.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$26,234.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| 103rd Omnibus Objection | | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD BELL<br>550 WHIMS LANE<br>ROCHESTER, MI 48306 | 45154 | Motors Liquidation Company | $46,227.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$46,227.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD HIRSCHENBERGER<br>5455 STROEBEL RD<br>SAGINAW, MI 48609 | 61194 | Motors Liquidation Company | $0.00 (S)<br>$59,600.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$59,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCOTT, PATRICK D<br>4478 SUNSET BLVD<br>GRAND BLANC, MI 48439 | 12375 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$43,432.00 (P)<br>$0.00 (U)<br>$43,432.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH, EUGENE R<br>2724 PITLOCHRY ST SW<br>CONYERS, GA 30094 | 68589 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$57,793.00 (P)<br>$0.00 (U)<br>$57,793.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STICKNEY, RONALD L<br>7680 REGENCY LN<br>STANWOOD, MI 49346 | 27641 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,081.00 (P)<br>$0.00 (U)<br>$55,081.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STICKNEY, RONALD L<br>7680 REGENCY LN<br>STANWOOD, MI 49346 | 27642 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$78,000.00 (P)<br>$0.00 (U)<br>$78,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**103rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLARD HANSON<br>440 TIMBERLEA DR<br>ROCHESTER HILLS, MI 48309 | 69363 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$91,855.00 (P)<br>$50,000.00 (U)<br>$141,855.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM B KILLOUGH<br>36 GULF SHORES DR<br>O'FALLON, MO 63368<br>UNITED STATES OF AMERICA | 63510 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$39,049.00 (P)<br>$0.00 (U)<br>$39,049.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YATES, FLOYD H<br>16 BELGIAN TRL<br>SAINT PETERS, MO 63376 | 60730 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$43,000.00 (P)<br>$0.00 (U)<br>$43,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YATES, FLOYD H, FOR SPOUSE MARGARET N YATES<br>16 BELGIAN TRL<br>SAINT PETERS, MO 63376 | 60731 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$52,745.00 (P)<br>$0.00 (U)<br>$52,745.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZARKA, CHARLES J<br>3580 W MAPLE RAPIDS RD<br>SAINT JOHNS, MI 48879 | 62732 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$51,265.00 (P)<br>$0.00 (U)<br>$51,265.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **60** | | **$211,772.00 (S)**<br>**$136,578.00 (A)**<br>**$3,078,035.50 (P)**<br>**$126,000.00 (U)**<br>**$3,552,385.50 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**103rd Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALARIE, LOUIS J<br>8070 SAWGRASS TRL<br>GRAND BLANC, MI 48439 | 19527 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$36,000.00 (P)<br>$10,000.00 (U)<br>$46,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FLOYD JANKOWSKI<br>1224 HEAVENRIDGE RD<br>ESSEXVILLE, MI 48732 | 10327 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$91,122.60 (P)<br>$0.00 (U)<br>$91,122.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANK J. CELSNAK<br>455 W OAKHAMPTON DR<br>EAGLE, ID 83616 | 21175 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,645.00 (P)<br>$0.00 (U)<br>$55,645.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE LEEDOM<br>97 WESTGATE DR<br>MANSFIELD, OH 44906 | 49601 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$67,317.00 (P)<br>$0.00 (U)<br>$67,317.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE LEEDOM<br>97 WESTGAGE DR<br>MANSFIELD, OH 44906 | 49602 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$93,181.00 (P)<br>$0.00 (U)<br>$93,181.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE W CONRAD<br>MARJORIE A CONRAD TEN COM<br>3419 CROW VALLEY DR<br>MISSOURI CITY, TX 77459 | 31467 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$28,000.00 (P)<br>$28,000.00 (U)<br>$56,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**103rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **OBJECTION ADJOURNED** | 6 | | $0.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $371,265.60 (P) | | |
| | | | $38,000.00 (U) | | |
| | | | $409,265.60 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.