**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABEL, OTIS P<br>4742 PRIMROSE AVE<br><br>INDIANAPOLIS, IN 46205 | 2005 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ADAMS, ROBERT W<br>8868 OAK MEADOW DR UNIT 32<br><br>SAGINAW, MI 48609 | 2756 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BAILEY, BETTY J<br>1106 ELM ST SE<br><br>HANCEVILLE, AL 35077 | 4092 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BALCOM, GERALD H<br>1810 MAGNOLIA DR D101<br><br>LAKE HAVASU CITY, AZ 86403 | 3978 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BALLARD, DAVID L<br>1121 KEVIN DR APT 1D<br><br>COLUMBUS, IN 47201 | 4615 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA G KOSENSKY<br>219 E. LIBERTY STREET<br><br>HUBBARD, OH 44425 | 5301 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BASKIN, LOUIS M<br>UNIT A<br>3093 VIA SERENA NORTH<br>LAGUNA WOODS, CA 92637 | 4446 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BERG, ANN B<br>10034 E COPPER DR<br><br>SUN LAKES, AZ 85248 | 20172 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$156,003.00  (U)<br>$156,003.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTY S ELMORE<br>5182 WILTON CT<br><br>NORTH PORT, FL 34287 | 3616 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BROOKS, LOIS J<br>4001 WEATHERSTONE WAY<br><br>ANDERSON, SC 29621 | 2939 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BROWNING JR, CLYDE H<br>PO BOX 325<br><br>SULPHUR SPRINGS, TX 75483 | 5489 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRYANT, TERRY L<br>43 S SYCAMORE LN<br><br>CROSSVILLE, TN 38572 | 2751 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BULTINCK, GRETCHEN E<br>38807 90TH ST<br><br>BURLINGTON, WI 53105 | 3620 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CANDLER, EDITH L<br>238 S MAIN ST<br><br>CENTERVILLE, OH 45458 | 22739 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,336.00  (U)<br>$24,336.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARL M OGLETREE<br>2128 W 2ND ST<br><br>DAYTON, OH 45417 | 5500 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

104th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARL OGLETREE 2128 W 2ND ST DAYTON, OH 45417 | 5501 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARLSON, STEVEN R 1436 S GRANT AVE JANESVILLE, WI 53546 | 9797 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAROL S SARNOSKY 4871 HOLMES AVE NW WARREN, OH 44483 | 3872 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAROL SARNOSKY 4871 HOLMES AVE NW WARREN, OH 44483 | 3871 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAROLYN A JONES 609 BLUE BELL RD DAYTON, OH 45431 | 4975 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARBONEAU, THOMAS D<br>6111 S ORR RD<br><br>SAINT CHARLES, MI 48655 | 2738 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CHIDESTER, THOMAS G<br>18228 ROBINSON RD<br><br>BOWLING GREEN, OH 43402 | 4645 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CIESZLAK, GERALD F<br>335 STROEBEL DR<br><br>FRANKENMUTH, MI 48734 | 10776 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CLIATT, ALMA<br>PO BOX 5152<br><br>SAGINAW, MI 48603 | 3864 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| COX, WANDA<br>2788 SYCAMORE CREEK DR<br><br>INDEPENDENCE, KY 41051 | 3888 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CURTIS, ROGER C<br>8700 ANNSBURY DR<br><br>SHELBY TOWNSHIP, MI 48316 | 2667 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DALLAS SUTLIFF<br>22000 W WICKIE RD<br><br>BANNISTER, MI 48807 | 45067 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$0.00    (P)<br>$200,000.00    (U)<br>$200,000.00    (T)<br>Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| DANEKE, JOYCE A<br>6909 CO RD 18<br><br>BRYAN, OH 43506 | 3603 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DASGUPTA, SIPRA R<br>706E SOUTH PACIFIC COAST HWY<br><br>REDONDO BEACH, CA 90277 | 13408 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$0.00    (P)<br>$432,000.00    (U)<br>$432,000.00    (T)<br>Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| DAVEY, DAN M<br>5700 FAIRCASTLE DR<br><br>TROY, MI 48098 | 4187 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DENNIS PTAK<br>3240 PALM AIRE DR<br><br>ROCHESTER HLS, MI 48309 | 44261 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$62,066.00  (U)<br><br>$62,066.00  (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOUGLAS THOMAS<br>1212 PLEASANTVIEW DR<br><br>FLUSHING, MI 48433 | 4652 | Motors Liquidation Company | <br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOWNS, JERRY L<br>1765 BROOKSTONE DR<br><br>SNELLVILLE, GA 30078 | 4355 | Motors Liquidation Company | <br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EDWARDS, NANNIE D.<br>1266 7TH ST BHR<br><br>OKEECHOBEE, FL 34974 | 4032 | Motors Liquidation Company | <br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELAINE STREDNEY<br>3154 DEER TRL UNIT D<br><br>CORTLAND, OH 44410 | 5421 | Motors Liquidation Company | <br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELIZABETH S BAINE<br>1634 ASHLEY PLACE<br><br>VANDALIA, OH 45377 | 5496 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELZA C TAYLOR<br>33 HIGHWAY 511<br><br>CORBIN, KY 40701 | 10492 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ESTHER A MORR<br>258 JOANNA ST APT 1<br><br>BROOKVILLE, OH 45309 | 5306 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EVERETT, DANIEL W<br>503 LOCHAVEN RD<br><br>WAXHAW, NC 28173 | 10778 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FEARS, RAYMOND K<br>8161 33RD AVE S UNIT W109<br><br>BLOOMINGTON, MN 55425 | 3848 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GARY KUEHNE<br>2117 LIMA CENTER RD<br><br>WHITEWATER, WI 53190 | 50090 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$202,025.00  (U)<br>$202,025.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GLEASON, THOMAS W<br>9324 BARON RD<br><br>BONITA SPRINGS, FL 34135 | 2698 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOLDIE ROSEBERRY<br>3 MAIN ST APT 605<br><br>MANSFIELD, OH 44902 | 38309 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GORDON, WINFRED F<br>380 SWEET GUM RD<br><br>CARNESVILLE, GA 30521 | 2772 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HASLEY, GENE H<br>PO BOX 5074<br><br>CAMP VERDE, TX 78010 | 4610 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,920.00  (U)<br>$1,920.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAYES M HOBOLTH<br>7303 CHASE LAKE RD<br><br>FOWLERVILLE, MI 48836 | 62423 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$128,677.00  (U)<br><br>$128,677.00  (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HELEN RILEY<br>209 ORINOCO ST<br><br>DAYTON, OH 45431 | 5724 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOWARD E SLORP<br>707 S JAY ST<br><br>WEST MILTON, OH 45383 | 10461 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUNTER, DONALD A<br>25123 JEFFERSON CT<br><br>SOUTH LYON, MI 48178 | 5586 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES BARNHART<br>309 ABERDEEN AVE<br><br>DAYTON, OH 45419 | 10785 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JO F KOHLER<br>1244 KING RICHARD PARKWAY<br><br>DAYTON, OH 45449 | 3899 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JO F KOHLER<br>1244 KING RICHARD PARKWAY<br><br>W CARROLLTON, OH 45449 | 3901 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOHNNIE WEBB<br>1574 SCHUST RD<br><br>SAGINAW, MI 48604 | 10722 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, JAMES E<br>7217 HYANNIS DR<br><br>BEDFORD, OH 44146 | 33044 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$5,000.00   (U)<br>$5,000.00   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOYCE A OGLETREE<br>2128 W 2ND ST<br><br>DAYTON, OH 45417 | 5499 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

104th Omnibus Objection

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOYCE OGLETREE<br>2128 W 2ND ST<br><br>DAYTON, OH 45417 | 5498 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOYCE, NORMA L<br>22 TENNYSON AVE<br><br>BUFFALO, NY 14216 | 3813 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JULIA FLOYD<br>316 W CRESTVIEW DR<br><br>MOORESVILLE, IN 46158 | 4464 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENLY, KAREN<br>1510 AURELIUS RD APT 3<br><br>HOLT, MI 48842 | 10961 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KLIMAS, RAYMOND B<br>2265 S COPPERWOOD<br><br>MESA, AZ 85209 | 3844 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KOVALCHICK, WILLIAM P<br>4 HARMAR DR<br><br>CHESWICK, PA 15024 | 5577 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAWRENCE MC CULLEN<br>3329 S WOODLAND DR<br><br>HIGHLAND, MI 48356 | 62292 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$0.00    (P)<br>$34,061.00   (U)<br>$34,061.00   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LINDEMAN, CHERYL PENCE<br>114 SURREY LN<br><br>PONTE VEDRA BEACH, FL 32082 | 61691 | Motors Liquidation Company | $0.00    (S)<br>$0.00    (A)<br>$0.00    (P)<br>$50,000.00   (U)<br>$50,000.00   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LUCIDO, ANNMARIE<br>14601 BREZA DR<br><br>SHELBY TWP, MI 48315 | 10584 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LUSKO, FRANK<br>4828 S EQUESTRIAN AVE<br><br>SIERRA VISTA, AZ 85650 | 4378 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MARY S SANDLIN<br>304   E PIKE ST<br>SO LEBANON, OH 45065 | 4655 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCCALL, DOUGLAS G<br>2954 PARKWAY PL<br>HARTLAND, MI 48353 | 50195 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$591,428.00   (U)<br>$591,428.00   (T)<br>Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| MCNALLY, LAWSON F<br>110 N RIVER GLEN DR<br>MORGANTON, NC 28655 | 10504 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MINERVA HOLIFIELD<br>1339 WESLEYAN RD<br>DAYTON, OH 45406 | 10781 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MINERVA M HOLIFIELD<br>1339 WESLEYAN RD<br>DAYTON, OH 45406 | 10782 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MORALES, RAMONA<br>4809B EXCALIBUR DR<br><br>EL PASO, TX 79902 | 10762 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOREHOUSE, DALE R<br>123 HIGHLAND AVE<br><br>TONAWANDA, NY 14150 | 3835 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOREHOUSE, LINDA<br>123 HIGHLAND RD<br><br>TONAWANDA, NY 14150 | 3836 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAMPER, GEORGE<br>4848 1/2 MCCONNELL AVE<br><br>LOS ANGELES, CA 90066 | 3814 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAUL G GEFELL<br>3782 RTE 14 A<br><br>PENN YAN, NY 14527 | 3602 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PHILLIPS TOMMY LEE<br>491 CINNAMON RDG<br><br>LAKE ORION, MI 48362 | 5598 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PHILLIPS, TOMMY LEE<br>491 CINNAMON RDG<br><br>LAKE ORION, MI 48362 | 5597 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PUPO, OMAR A<br>PO BOX 2086<br><br>LOGANVILLE, GA 30052 | 18218 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00   (U)<br>$50,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| RENAUD, CHARLES<br>815 W BUCKSHUTEM RD<br><br>MILLVILLE, NJ 08332 | 4172 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICHARD ELLIOTT<br>10 CAMDEN CT<br><br>CROSSVILLE, TN 38558 | 16799 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$95,000.00   (U)<br>$95,000.00   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

104th Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT DOWNER<br>189 COMANCHE DR<br><br>OCEANPORT, NJ 07757 | 44155 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,750.00  (U)<br>$25,750.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT G KERN<br>304 W WALNUT ST<br><br>HILLSBORO, OH 45133 | 45971 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT STANKO<br>188 HOWLAND WILSON RD NE<br><br>WARREN, OH 44484 | 3853 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROGER BROWN<br>124 GLEN CIR<br><br>WORTHINGTON, OH 43085 | 3032 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROSEBERRY, GOLDIE M<br>3 MAIN ST APT 605<br><br>MANSFIELD, OH 44902 | 38299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SAVAGE, JACK L<br>400 ARAPAHO TRL<br><br>KISSIMMEE, FL 34747 | 3863 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SEE, KAREN D<br>734 E 127TH ST, UP<br><br>CLEVELAND, OH 44108 | 4930 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SIMMONS-FRAZIER, ALMA K<br>21834 BELLWOOD ST<br><br>WOODHAVEN, MI 48183 | 2480 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STANKO, ROBERT J<br>188 HOWLAND WILSON RD NE<br><br>WARREN, OH 44484 | 3955 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STECHER, JOSEPH D<br>9 EAST 96TH ST.<br>APT. 10A<br>NEW YORK, NY 10128 | 5580 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STED, EMILY M<br>6663 ROCHELLE BLVD<br><br>PARMA HEIGHTS, OH 44130 | 4643 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEVENS, LORRAINE<br>13145 COLD SPRINGS DR<br><br>HUNTLEY, IL 60142 | 10649 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SUSKA, WILLIAM O<br>2012 COOPER AVE<br><br>LANSING, MI 48910 | 10512 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$65,000.00  (U)<br>$65,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TATE, THELMA M<br>123 HIDDEN VALLEY PL<br><br>MOUNTAIN HOME, AR 72653 | 5410 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TELLING, ETTA A<br>5110 RAINTREE DR<br><br>MIDLAND, MI 48640 | 2303 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERRY BRYANT<br>43 S SYCAMORE LN<br><br>CROSSVILLE, TN 38572 | 2752 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| VALENTINE, JUDITH A<br>9221 POINT CHARITY DR<br><br>PIGEON, MI 48755 | 10759 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WATKINS, SALLY M<br>2410 BAXTER RD APT 4<br><br>KOKOMO, IN 46902 | 4860 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WAYNE GILREATH<br>2 PUEBLO CT<br><br>TIPP CITY, OH 45371 | 10493 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ZAWACKI, RONALD F<br>7201 RYANS RUN ROAD<br><br>STANWOOD, MI 49346 | 10699 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

104th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | **$0.00** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$2,149,266.00** | (U) | | |
| | | | **$2,149,266.00** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.