SFS LAW GROUP
Dennis O'Dea
9930 Monroe Road
Suite 103
Matthews, NC 28105
Telephone:  (704) 780-1544
Facsimile:   (704) 973-0043
dennis.odea@sfslawgroup.com

Attorney for Dwayne Mayton

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No.: 09-50026 (REG) |
| **MOTORS LIQUIDATION** ) | Jointly Administered |
| **COMPANY, et al** ) | |
| **f/k/a General Motors Corp., et al.,** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

### NOTICE OF APPEARANCE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Dennis O'Dea, SFS Law Group counsel to Dwayne Mayton has the following new address:

      SFS LAW GROUP
      Dennis O'Dea
      9930 Monroe Road
      Suite 103
      Matthews, NC 28105

All service of papers and correspondence should be directed to the new address.  The existing telephone and facsimile number and email address remain the same.

Date: November 8, 2010

Matthews, NC

/s/Dennis O'Dea
Dennis O'Dea
SFS Law Group
9930 Monroe Road
Suite 103
Matthews, NC 28105
Telephone: (704) 780-1544
Facsimile:  (704) 973-0043
dennis.odea@sfslawgroup.com