**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNA J BENNINGTON<br>552 WHISPER LN<br><br>XENIA, OH 45385 | 15609 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AUSTIN, JOANN<br>101 BILLINGS DR<br><br>EDINBORO, PA 16412 | 2906 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BABB, ILENE F<br>3327 N 57TH ST<br><br>MILWAUKEE, WI 53216 | 13923 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BATCHELOR, FLORA B<br>672 REN WALK<br><br>STONE MOUNTAIN, GA 30087 | 2927 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BELL, RHUETTA<br>201 W BIG BEAVER RD STE 600<br><br>TROY, MI 48084 | 19111 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BENTFIELD, THERESA J<br>395 W BROWN ST APT 303<br><br>BEAVERTON, MI 48612 | 1706 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTY S POWELL<br>311 HOLLENCAMP AVE<br><br>DAYTON, OH 45427 | 13935 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BLUM, ROBERT L<br>6414 BACHMAN LN<br><br>GOODRICH, MI 48438 | 2198 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOLYARD, JOHN<br>8855 COLLINS AVE APT 2C<br><br>SURFSIDE, FL 33154 | 16140 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRENNAN, NOHORA<br>12205 GOSHEN RD LOT 215<br><br>SALEM, OH 44460 | 18224 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRIMMAGE, ELBERT G<br>PO BOX 622<br><br>WASHINGTON, NC 27889 | 2768 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BULLOCK, SUSAN M<br>41352 NORTHWIND DR U#19 B#3<br><br>CANTON, MI 48188 | 22086 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CALCATERRA, ANGELO C<br>16964 DRIFTWOOD DR<br><br>MACOMB, MI 48042 | 15589 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CHARLES WRIGHT<br>2344 LAWNDALE AVE<br><br>COLUMBUS, OH 43207 | 15304 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CHESLA, SANDRA G<br>6135 GLOUCESTER DR<br><br>CANTON, MI 48187 | 2903 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHRISTIE SCISSUM<br>1107 RANDALL ST.<br><br>GADSDEN, AL 35901 | 4921 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHRISTINA A USSAT<br>11887 S WOLF CREEK PIKE<br><br>BROOKVILLE, OH 45309 | 14298 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CORNELL SLAUGHTER<br>1403 COLLIER ST<br><br>JACKSON, MS 39213 | 15989 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRKVENAC, THOMAS J<br>5 LONGSPUR DR<br><br>WILMINGTON, DE 19808 | 17707 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CUSTER, DIANA M<br>126 JOE WHEELER ST<br><br>ANGOLA, IN 46703 | 16588 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANCY, MARY J<br>1436 ROE HUNT RD<br><br>LAUREL SPRINGS, NC 28644 | 13299 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DANIEL E ALLEN<br>3012 BULAH AVE<br><br>KETTERING, OH 45429 | 14297 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DARRELL ANDERSON<br>3232 LIV MOOR DR<br><br>COLUMBUS, OH 43227 | 14291 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DARYL KOLAR<br>RD3 BOX 364<br><br>RUFFS DALE, PA 15679 | 13675 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DE LOREAN, SALLY<br>PO BOX 3<br><br>FAR HILLS, NJ 07931 | 22121 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EARNEST SUMMERS<br>2253 FREEDOM AVE<br><br>MIMS, FL 32754 | 15594 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ELLIOTT, JOY M<br>18 PLYMOUTH LANE<br><br>MANCHESTER, CT 06040 | 2909 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ESPINOZA, ERNESTINA E<br>PO BOX 100901<br><br>SAN ANTONIO, TX 78201 | 15603 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FLOYD JR, MAX J<br>316 W CRESTVIEW DR<br><br>MOORESVILLE, IN 46158 | 4580 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GLEASON, CHERYL<br>427 W CHICAGO RD<br><br>COLDWATER, MI 49036 | 17281 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLORIA PEART<br>64 BELMONT PARK<br>OLD HARBOUR POST OFFICE<br>ST CATHERINE JAMAICA<br>,<br>JAMAICA | 21694 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOODMAN, MICHAEL H<br>3719 S CHICAGO AVE APT 6<br>SOUTH MILWAUKEE, WI 53172 | 2489 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GRAC, MARIANNE G<br>1838 WESTFIELD RD<br>CHARLESTON, SC 29407 | 14743 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARTGERINK, DENISE M<br>11067 SUNFIELD RD<br>SUNFIELD, MI 48890 | 13743 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HERBERT, LINDA<br>715 ANDOVER ST SE<br>GRAND RAPIDS, MI 49548 | 4631 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HIAR, ALICE A<br>N5445 N RIVERVIEW RD<br><br>HESSEL, MI 49745 | 13059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HILL, ELMER H<br>7038 TOMOTLEY RD<br><br>MARYVILLE, TN 37801 | 14279 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HUDDLESTON, SUSAN R<br>2616 GRANT ST<br><br>HOLLYWOOD, FL 33020 | 22094 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HYLAND, DOLORES M<br>7204 E GRAND RIVER AVE LOT 131<br>C/O VICKI WELLER<br>PORTLAND, MI 48875 | 4923 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES GROSS<br>862 LATHAM ST<br><br>DAYTON, OH 45408 | 14305 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JARROD E BAYLESS<br>757 ERNROE DRIVE<br><br>DAYTON, OH 45408 | 17279 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JEANETTE R ROSE<br>6459 GERMANTOWN PIKE<br><br>DAYTON, OH 45417 | 14730 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JEWEL HALL<br>PO BOX 44482<br><br>RIO RANCHO, NM 87174 | 14283 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JOHN J LEWIS<br>11236 BISHOP LN<br><br>TOMAHAWK, WI 54487 | 17718 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JONES, DOROTHY V<br>29007 FOXBORO ST<br><br>WILLOWICK, OH 44095 | 2821 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONES, RUDOLPH A<br>1225 ARCADE BLVD<br><br>SACRAMENTO, CA 95815 | 15233 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JUDITH A PHILLIPS<br>PO BOX 671<br><br>CANFIELD, OH 44406 | 22080 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KAHLE, SHARON A<br>130 RAINTRAIL RD<br><br>SEDONA, AZ 86351 | 22592 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KEMP, DOUGLAS R<br>400 CASTLEBERRY RD<br><br>CLAYTON, NC 27527 | 19720 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KERRIDGE, DAVID E<br>23113 BALL TRAIL<br><br>ATLANTA, MI 49709 | 4845 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KITCHEN, WILLARD A<br>3833 E WINDSONG DR<br><br>PHOENIX, AZ 85048 | 13914 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KOHLMEIER, JUDY<br>7521 FALKENHEIN LN<br><br>BALDWIN, IL 62217 | 14599 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KOLAR, DARYL LEE<br>125 KOLAR LANE<br><br>RUFFSDALE, PA 15679 | 13674 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KONZER, MARIE<br>2751 SANTIA DR<br><br>TROY, MI 48085 | 19127 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LELTON MARTIN<br>1878 COUNTY ROAD 284<br><br>COURTLAND, AL 35618 | 331 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEONA G CLARK<br>7906 BERCHMAN DR<br><br>HUBER HEIGHTS, OH 45424 | 14311 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LETO, FRED<br>25 RUE NOSTRADAMUS<br>ST REMY DE PROVENCE FRANCE 13210<br>,<br>FRANCE | 14747 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LEWIS, NATHANIEL J<br>3455 TAMARACK TRL<br><br>MOUNT MORRIS, MI 48458 | 19701 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LOHRER, GAYLORD E<br>3477 W JONES LAKE RD<br><br>GRAYLING, MI 49738 | 13060 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LOUIS STANLEY<br>16175 JAMAICA AVE<br><br>LAKEVILLE, MN 55044 | 18203 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOVE, EUGENE<br>PO BOX 1185<br>FLINT, MI 48501 | 14445 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MADISON, DOLORES F<br>1001 ERIE ST<br>PORT HURON, MI 48060 | 17185 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MALSON, GENEVIEVE M<br>30103 IROQUOIS DR<br>WARREN, MI 48088 | 18921 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MANSELL, JOSEPH L<br>2306 RIDGECREST CIR<br>HIAWASSEE, GA 30546 | 2784 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARTEL, FLORENCE ANN<br>27776 EDGEPARK DR<br>NORTH OLMSTED, OH 44070 | 22116 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARTIN, WANDA C<br>PO BOX 957<br><br>DREXEL, NC 28619 | 2090 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MEYER, GENE L<br>145 MAJESTY LN<br><br>FAYETTEVILLE, GA 30215 | 19059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MODERT, CLYDE D<br>3000 CLARCONA RD LOT 102<br><br>APOPKA, FL 32703 | 14815 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NATHANIEL LEWIS<br>3455 TAMARACK TRL<br><br>MOUNT MORRIS, MI 48458 | 19702 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NUNLEY, ALVIN H<br>5200 TUCSON DR<br><br>DAYTON, OH 45418 | 15800 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICIA ARNOLD<br>2368 GREENWOOD RD<br><br>LAPEER, MI 48446 | 1908 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PAYNE, THOMAS E<br>3090 RHODA ST<br><br>FLINT, MI 48507 | 14745 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PEART, GLORIA DOREEN<br>64 BELMONT PARK<br>OLD HARBOUR POST OFFICE<br>ST CATHERINE JAMAICA<br>,<br>JAMAICA | 21695 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PEREZ, EDWARD P<br>1432 YOUNG LN<br><br>LOCKHART, TX 78644 | 16137 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PICKERING, RONNY C<br>426 MERRICK ST<br><br>ADRIAN, MI 49221 | 2072 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PIKE, BLAIR E<br>23251 SHEPHERD LN<br><br>MACOMB, MI 48042 | 21485 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| POWELL, ROBERT L<br>4614 CLAUDIA DR<br><br>WATERFORD, MI 48328 | 2896 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PRATER, RANDY E<br>37740 BARTH ST<br><br>ROMULUS, MI 48174 | 13040 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBERT ADAMS<br>8868 OAK MEADOW DR UNIT 32<br><br>SAGINAW, MI 48609 | 16854 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBERT BILLE<br>436 WHITEHAVEN RD<br><br>GRAND ISLAND, NY 14072 | 15982 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SALLY WATKINS<br>2410 BAXTER RD APT 4<br><br>KOKOMO, IN 46902 | 4859 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SAMUEL SHIPLEY<br>6039 WEAVER RD<br><br>BERLIN CENTER, OH 44401 | 2047 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SAUTER, DANIEL J<br>6403 DEERFIELD RD<br><br>PALMYRA, MI 49268 | 17598 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SHIPLEY, SAMUEL C<br>6039 WEAVER RD<br><br>BERLIN CENTER, OH 44401 | 2046 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SPRAGUE, DENNIS<br>1632 TERRY DR<br><br>SAINT HELEN, MI 48656 | 2901 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STANLEY, LOUIS W<br>16175 JAMAICA AVE<br><br>LAKEVILLE, MN 55044 | 18202 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STOLTMAN, JODY G<br>2230 S 66TH ST<br><br>WEST ALLIS, WI 53219 | 17142 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STONE-TANNER, OLEMA<br>4178 OLD TROY PIKE<br><br>DAYTON, OH 45404 | 13679 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SULLIVAN, WILLIAM N<br>1255 CAMINO DEL RANCHO<br><br>HEMET, CA 92543 | 4889 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SYLVESTER MULLINS<br>11779 TALBOTT<br><br>ST LOUIS, MO 63138 | 17595 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAVIOLE D BROWN<br>337 W HUDSON AVE<br><br>DAYTON, OH 45406 | 13206 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TRIETSCH, BOBBIE JEAN<br>617 GRIBBLE SPRINGS RD<br><br>SANGER, TX 76266 | 4985 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VAN BUREN, LOUVENIA R<br>18530 GLENWOOD BLVD<br><br>LATHRUP VILLAGE, MI 48076 | 4189 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VIVIAN OWSLEY<br>8644 S.W. REESE ST.<br>LOT 150<br>ARCADIA, FL 34269 | 19731 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WAUGH, MARY L<br>2114 17TH STREET LN W<br><br>BRADENTON, FL 34205 | 13157 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WHITE, CYNTHIA S<br>2301 SANTA ROSA AVE<br>AVON PARK, FL 33825 | 15638 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAMS, JUDY A<br>PO BOX 36<br>ALGER, MI 48610 | 17574 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIE MCINTYRE<br>120 NEWBURG PL<br>JACKSON, MS 39206 | 14281 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WRIGHT, CHARLES E<br>2344 LAWNDALE AVE<br>COLUMBUS, OH 43207 | 14739 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ZAMORA, CORINA<br>11127 BARCLAY PT<br>SAN ANTONIO, TX 78254 | 14720 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | **$0.00** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$0.00** | (U) | | |
| | | | **$0.00** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.