**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDERS, DONNA J<br>171 STONEBROOK LN<br><br>EDMOND, OK 73003 | 23402 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ANDERSON, DAVID T<br>PO BOX 707<br><br>LEBANON, OH 45036 | 25355 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ANJARD SR, RONALD P<br>10942 MONTEGO DR<br><br>SAN DIEGO, CA 92124 | 29493 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ANTHONY J KAMINSKAS<br>9 THREE OAKS LANE<br><br>BLUFFTON, SC 29910 | 23375 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ARCH K LINDSAY<br>131 N MAUDE LN<br><br>ANAHEIM, CA 92807 | 27265 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARCH LINDSAY<br>131 N MAUDE LN<br><br>ANAHEIM, CA 92807 | 27264 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ARTHUR G WALKER<br>7246 N DORT HWY<br><br>MOUNT MORRIS, MI 48458 | 28988 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ATWELL, WILLIAM S<br>9810 FOXWAY CT<br><br>DEXTER, MI 48130 | 20968 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BAKER JR, EDWARD J<br>931 CASTLEBAR DR<br><br>N TONAWANDA, NY 14120 | 29718 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BAKER, AMY L<br>931 CASTLEBAR DR<br><br>N TONAWANDA, NY 14120 | 29717 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BATOR, CLAIRE P<br>6569 RAINER DR APT A<br><br>INDIANAPOLIS, IN 46214 | 25450 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BIRCHMEIER, THOMAS E<br>G4271 W MAPLE AVE<br><br>FLINT, MI 48507 | 20786 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOOMER, SHIRLEY M<br>5565 E MAIN ST<br>BOX 128<br>DRYDEN, MI 48428 | 4311 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRENDA PEARL<br>660 FLORLAND DR<br><br>FLORISSANT, MO 63031 | 23578 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARDEN, JAMES MICHAEL<br>46344 CANDLEBERRY DR<br><br>CHESTERFIELD, MI 48047 | 14422 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CASSINGER, ARTHUR<br>2491 HIGHWAY H<br><br>NEELYVILLE, MO 63954 | 20175 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CHRISTINE WILSON<br>182 GOULD RD<br><br>CHARLTON, MA 01507 | 20781 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CHROMEY, MARIE<br>500 BROWN ST APT 215<br><br>DURYEA, PA 18642 | 28114 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CLEMENTS, SENOIL<br>10346 BEACONSFIELD ST<br><br>DETROIT, MI 48224 | 21074 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| COLBURN, ELIECE<br>2009 VINEVILLE AVE APT C101<br><br>MACON, GA 31204 | 28054 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COLE, OPAL T<br>7755 E STATE ROUTE 571<br><br>TIPP CITY, OH 45371 | 21635 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRAWFORD, BOBBY J<br>3527 33RD ST<br><br>MERIDIAN, MS 39307 | 29560 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CROSBY, LEE ETTA<br>9947 NORTHAMPTON DR<br><br>SAINT LOUIS, MO 63137 | 27228 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DELLAS, GEORGE J<br>4255 GULF SHORE BLVD N APT 906<br><br>NAPLES, FL 34103 | 29566 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DENNIS COTTRILL & PENNY COTTRILL<br>C/O MCKENNA & ASSOCIATES PC<br>436 BOULEVARD OF THE ALLIES SUITE 500<br>PITTSBURGH, PA 15219 | 44598 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DERWIN VANCE<br>429 HARRIET ST<br><br>DAYTON, OH 45408 | 9854 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DEYOUNG, DONALD R<br>7136 CHURCH PARK DR<br><br>FORT WORTH, TX 76133 | 29014 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DIANE ALLEN<br>2161 COLLEGE DR<br><br>GLENDALE HTS, IL 60139 | 20863 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DICE, JUNE L<br>PO BOX 6014<br><br>KOKOMO, IN 46904 | 28127 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DICKENSON, SAMUEL D<br>232 PHELPS ACRES RD 17<br><br>JAMESTOWN, KY 42629 | 28291 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY HAMRICK<br>440 LAUREL PARK CIR<br><br>COOKEVILLE, TN 38501 | 29553 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EDGLEY, JACQUELINE<br>12729 E LUPINE AVE<br><br>SCOTTSDALE, AZ 85259 | 19154 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EDWARDS, NANCY<br>730 ADAMS CIR<br><br>POCASSET, OK 73079 | 28946 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EVERETT, DOROTHY G<br>6833 DEADSTREAM RD<br><br>HONOR, MI 49640 | 4363 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FERRANTE, SCOTT P<br>15619 CHURCHILL ST<br><br>SOUTHGATE, MI 48195 | 20868 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANK E BIANCO 4100 LONGHILL DR SE WARREN, OH 44484 | 18225 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GINGELL, LYNNE C 3819 WESGATE DR COLUMBUS, GA 31907 | 61739 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GLORIA SLEEMAN 3506 CROSSHAVEN LN TALLAHASSEE, FL 32309 | 28010 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HABERLY, NORMAN L PO BOX 3037 NEDERLAND, CO 80466 | 28943 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HAMRICK, DOROTHY C 440 LAUREL PARK CIR COOKEVILLE, TN 38501 | 29543 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAWKINS, LINDA<br>6892 PIN OAK DR<br><br>BOSTON, NY 14025 | 22768 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HEARD JR, AARON<br>4850 S LAKE PARK AVE APT 2002<br><br>CHICAGO, IL 60615 | 65671 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HEIDEMANN, NANCY L<br>728 BELGRADE AVE<br><br>NORTH MANKATO, MN 56003 | 43379 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HILL, CARL E<br>509 SPRUCE ST APT B<br><br>LIVINGSTON, TN 38570 | 44779 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HILLIER, MARILOUISE<br>515 S HAWKINS RD<br><br>GLADWIN, MI 48624 | 23096 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

106th Omnibus Objection

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HUDLER, JANIE W<br>192 GARDEN STATION RD<br><br>AVONDALE, PA 19311 | 4180 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HUEGERICH JR, DONALD J<br>2850 FARMBROOK TRL<br><br>OXFORD, MI 48370 | 4190 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JACKSON, BEVERLY L<br>3197 LOWER RIVER RD SE<br>SOUTH EAST<br>DECATUR, AL 35603 | 61750 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JANIE HUDLER<br>192 GARDEN STATION RD<br><br>AVONDALE, PA 19311 | 4179 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JONES, JOSEPH S<br>655 GREEN MEADOW DR<br><br>GREENWOOD, IN 46143 | 18280 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KENNEDY, KATHLEEN M<br>7528 HIGHWAY W<br><br>VANDALIA, MO 63382 | 30650 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENNEDY, WILLIAM D<br>5895 MARSH RD APT 252<br><br>HASLETT, MI 48840 | 18229 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KLEJMENT, JOHN G<br>325 LAURELTON RD<br><br>ROCHESTER, NY 14609 | 23461 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KUHNS, SARAH J<br>250 ROSERY RD NW APT 215<br><br>LARGO, FL 33770 | 14559 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LANCE, BRENT A<br>310 ST THEODORE CT<br><br>WENTZVILLE, MO 63385 | 23576 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAURA STEWART-TRAYVICK<br>3548 DARIEN DR<br><br>DAYTON, OH 45426 | 19123 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LOUVENIA VAN BUREN<br>18530 GLENWOOD BLVD<br><br>LATHRUP VILLAGE, MI 48076 | 4188 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LUIGIA TREVISI (TREVISI FERRUCCIO WIFE)<br>VIA P VERONESE 19<br>TREVISO TV ITALY 31100<br>,<br>ITALY | 23945 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| LUTKENHAUS, CHARLES A<br>2616 E HOPE ST<br><br>MESA, AZ 85213 | 20173 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MC GUINTY, MICHAEL A<br>8708 53RD TER E<br><br>BRADENTON, FL 34211 | 25453 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL, ROBERT V<br>198 N HURON RD<br><br>AU GRES, MI 48703 | 20841 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MILLER, GARY M<br>633 W PINE GROVE RD<br><br>FAIR PLAY, SC 29643 | 44613 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MOORE, MELVIN P<br>707 213TH ST<br><br>PASADENA, MD 21122 | 21055 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MOSES, SHERRY A<br>16000 LANDAUER ST<br><br>BASEHOR, KS 66007 | 20769 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| NACCARATO, DESIREE A<br>680 81ST ST APT 4G<br><br>BROOKLYN, NY 11228 | 23580 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OVERTON ROBERT N<br>3600 CARIBOU LN<br><br>EMPORIA, KS 66801 | 29567 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PARRISH, CYNTHIA A<br>234 W. JEFFERSON ST<br><br>TIPTON, IN 46072 | 61738 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PAUL, THOMAS J<br>3741 LAUREL DR NW<br><br>ACWORTH, GA 30101 | 29455 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PEREZ, CARMEN<br>CALLE DE LA ARENA #14-2-F<br>CEDEIRA CORLINA 15350 SPAIN<br>,<br>SPAIN | 20176 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| POWELL, DEBORAH K<br>1844 ROCHESTER RD<br><br>LEONARD, MI 48367 | 30659 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REED, WILLIAM M<br>1031 ROSE HILL RD<br>HAMERSVILLE, OH 45130 | 20136 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RENTERIA, LILLIAN A<br>301 CAPISTRANO DR<br>MODESTO, CA 95354 | 18217 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT G OSBORN<br>719 N GATEWAY AVE<br>ROCKWOOD, TN 37854 | 28342 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT HOLFORD<br>6327 S ISABELLA RD<br>SHAPHERD, MI 48883 | 11053 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBINSON, SIDNEY J<br>810 E WHIPP RD<br>DAYTON, OH 45459 | 23472 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD BAJOR<br>79 MIDESSA CT<br><br>DOVER, DE 19904 | 13008 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RONALD HOOPER<br>2251 PARKWOOD DR NW<br><br>WARREN, OH 44485 | 29544 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RONALD NICHOLS<br>7 MAUMEE CT<br><br>ADRIAN, MI 49221 | 20165 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RUHL, CHARLES M<br>1213 SHEFFIELD DRIVE<br><br>SOMERSET CTR, MI 49282 | 20874 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SANDRA HALL<br>9560 LONE PINE ST<br><br>WHITE LAKE, MI 48386 | 20122 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHARLENE A VICKERY<br>7500 E MCCORMICK PKWY #79<br><br>SCOTTSDALE, AZ 85258 | 23487 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHORT, GERALD N<br>4854 ELK CT<br><br>MORGANTON, NC 28655 | 23357 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SLEEMAN, GLORIA J<br>3506 CROSSHAVEN LN<br><br>TALLAHASSEE, FL 32309 | 28009 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SMYKOWSKI, VALENTINA<br>7274 HELEN<br><br>CENTER LINE, MI 48015 | 29583 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SNYDER, VIRGINIA A.<br>1500 AMY CIR<br><br>DELTONA, FL 32738 | 30660 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STASZAK, PAMELLA A<br>6978 MEDITERRANEAN RD D<br><br>ORLANDO, FL 32822 | 25366 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEVEN CARLSON<br>1436 S GRANT AVE<br><br>JANESVILLE, WI 53546 | 9796 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS, TONI D.<br>508 ROHR LN<br><br>ENGLEWOOD, OH 45322 | 26625 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TOMMIE K EDWARDS<br>1437 BETTY DR<br><br>BEAVERCREEK, OH 45434 | 25354 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TRAHAN, LAWRENCE A<br>1385 SHANKIN DRIVE<br><br>WOLVERINE LK, MI 48390 | 21479 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALTON, SHARON K<br>8858 LONDON GROVEPORT RD<br><br>GROVE CITY, OH 43123 | 26626 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLARD BREEN<br>C/O MARY ELIZABETH SCHNEGGENBURGER, POA<br>57 LOUVAINE DR<br>BUFFALO, NY 14223 | 44659 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILSON, CHRISTINE H<br>182 GOULD RD<br><br>CHARLTON, MA 01507 | 20780 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WINDY, RAYMOND G<br>1876 DALEY DR<br><br>REESE, MI 48757 | 44893 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WITHROW, PAMELA D<br>8525 STEVENS AVE S<br><br>BLOOMINGTON, MN 55420 | 20817 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WOLFE, VIRGINIA B<br>PO BOX 106<br><br>IRON RIDGE, WI 53035 | 20882 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ZIVICA, FRANK B<br>2250 MINNEOLA RD<br><br>CLEARWATER, FL 33764 | 20880 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **97** | | | |
|---|---|---|---|---|
| | | $0.00   (S) | | |
| | | $0.00   (A) | | |
| | | $0.00   (P) | | |
| | | $0.00   (U) | | |
| | | $0.00   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## OBJECTION WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVIS III, BOYDEN E<br>7898 BEAVER RD<br><br>SAINT CHARLES, MI 48655 | 9531 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GRANDISON, KAREN MICHELE<br>18662 SCHAEFER HWY<br><br>DETROIT, MI 48235 | 30645 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| THORPE, MARY J<br>3744 S 450 E<br><br>RUSHVILLE, IN 46173 | 44694 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| ***OBJECTION WITHDRAWN*** | **3** | | **$0.00**  (S) | | |
|---|---|---|---|---|---|
| | | | **$0.00**  (A) | | |
| | | | **$0.00**  (P) | | |
| | | | **$0.00**  (U) | | |
| | | | **$0.00**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.