**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AKERS, BRUCE<br>1287 ROCKHOUSE RD<br><br>PIKEVILLE, KY 41501 | 12049 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ALBERTA JONES<br>632 ELLSWORTH DR<br><br>TROTWOOD, OH 45426 | 10077 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARABIAN, HAIG<br>29630 MUIRLAND DR<br><br>FARMINGTON HILLS, MI 48334 | 51345 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BAILEY JR, SAM<br>1717 W 125TH ST<br><br>LOS ANGELES, CA 90047 | 12043 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BASSO, ANNA<br>15 PRIORY LN<br><br>PALM COAST, FL 32164 | 12559 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERTELSEN, TERRY L<br>4215 FOREST RD<br><br>ST LOUIS PARK, MN 55416 | 63030 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BETTS, BRENDA S<br>510 N PEASE RD<br><br>VERMONTVILLE, MI 49096 | 16059 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BODE, JUANITA JOYCE<br>8085 SW BOND ST<br><br>TIGARD, OR 97224 | 61189 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOOZER, PATRICIA A<br>470 QUINNIPIAC AVE<br><br>NEW HAVEN, CT 06513 | 62613 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOYEA, HAROLD J<br>6201 MANNING RD<br><br>CHEBOYGAN, MI 49721 | 49659 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRADSHAW, LINDA H<br>PO BOX 463<br><br>COLLINSVILLE, OK 74021 | 11629 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRANT, EVELYN L<br>620 TOWN BANK RD<br>APT A8<br>N CAPE MAY, NJ 08204 | 65317 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BRUNGER KAROL M<br>16380 HILLTOP DRIVE<br><br>LINDEN, MI 48451 | 67459 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BULLARD, MAURICE E<br>505 MABLE MASON CV<br><br>LA VERGNE, TN 37086 | 62587 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| CAMERON, SCOT<br>1339 OXFORD ST<br><br>PITTSBURGH, PA 15205 | 61690 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

107th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARL E MILLER<br>1091  BUCKSKIN TR<br><br>XENIA, OH 45385 | 6567 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLES E ALLEN<br>589 MOUND ROAD<br><br>WILMINGTON, OH 45177 | 12954 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLIE CLARK JR<br>8711 STATE ROUTE 380<br><br>WILMINGTON, OH 45177 | 63122 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHASE, JAMES W<br>160 S STATE HWY  M559 LOT 165<br><br>GWINN, MI 49841 | 64620 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| COLE, SHERRY L<br>2219 SANIBEL BOULEVARD<br><br>ST JAMES CITY, FL 33956 | 44168 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COPELAND, MARK A<br>1107 S MADISON ST<br>ATHENS, AL 35611 | 61424 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRAFT, ELIZABETH CONGE<br>PO BOX 68<br>OAK RIDGE, LA 71264 | 63645 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRESPO, CARMEN<br>349 THIRD STREET APT #2<br>LYNDHURST, NJ 07071 | 11060 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DEANNA DALY<br>489 TALLWOOD ST UNIT B6<br>MARCO ISLAND, FL 34145 | 11728 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DINO SILVESTRI<br>3731 HIGHGATE TRL<br>BRIGHTON, MI 48114 | 61965 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOSER, DOUGLAS A<br>438 NANTUCKET POINTE DR<br>GROVER, MO 63040 | 6578 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOWNS ROBERT F<br>10333 WAYNE RD<br>LIVONIA, MI 48150 | 65382 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DUHON, BOBBY L<br>744 PRICE VALLEY RD<br>WALNUT GROVE, KY 42501 | 6993 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DUVALL, JAMES R<br>142 KENYON RD<br>ALGONAC, MI 48001 | 28985 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EARL L KNOX<br>1506 EARLHAM DR.<br>DAYTON, OH 45406 | 6564 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FIERRO, PETE D<br>569 AVENIDA SEVILLA UNIT D<br><br>LAGUNA HILLS, CA 92637 | 11163 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRYE, FREDA<br>241 SAMUEL ST<br><br>ELYRIA, OH 44035 | 62770 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GAEDELE, MARY LYNNE<br>910 W MINER ST<br><br>ARLINGTON HEIGHTS, IL 60005 | 62521 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GEORGIA SMITH<br>1450 NORTH DEQUINCY STREET<br><br>INDIANAPOLIS, IN 46201 | 61781 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GOWARD, JEAN<br>6195 S CHAPIN RD<br><br>SAINT CHARLES, MI 48655 | 63333 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

107th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRIFFITHS, DAVID N<br>8158 BRENT AVE<br><br>INDIANAPOLIS, IN 46240 | 12271 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GUAJARDO SAN JUANA<br>940 E ENON AVE<br><br>EVERMAN, TX 78140 | 62750 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HAGEN JR, PAUL E<br>6825 STROEBEL RD<br><br>SAGINAW, MI 48609 | 6719 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARPER, BARBARA A<br>3404 S FLORENCE AVE<br><br>TULSA, OK 74105 | 61764 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARRY HARRISON<br>3131 BELLRENG DR APT 3<br><br>NIAGARA FALLS, NY 14304 | 9551 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

107th Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HATTER, WILLA<br>15608 SHIRLEY AVE<br><br>MAPLE HEIGHTS, OH 44137 | 9704 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HEARD JR, AARON<br>4850 S LAKE PARK AVE APT 2002<br><br>CHICAGO, IL 60615 | 65672 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HEMPEL STEVEN P<br>2 LE CHATEAUX CT<br><br>SAINT CHARLES, MO 63301 | 65571 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HERNET, TERRI L<br>7018 W MAIN ST<br><br>MILWAUKEE, WI 53214 | 63046 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HERRIMAN, DONALD W<br>12470 GLASGOW DR<br><br>ROMEO, MI 48065 | 63041 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HIGGINS, KATHRYN L<br>3237 W LOCUST ST<br><br>DAVENPORT, IA 52804 | 63040 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HOENKE, PAUL O<br>14885 AMMAN RD<br><br>CHESANING, MI 48616 | 6470 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HOOVER LYNNE W<br>PO BOX 19667<br><br>OKLAHOMA CITY, OK 73144 | 65534 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JAMES HUCKABAY<br>517 N C ST<br><br>POPLAR BLUFF, MO 63901 | 62357 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| JAMES IDZIOR<br>356 W LINWOOD RD<br><br>LINWOOD, MI 48634 | 9545 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEAN BOLYARD 5453 VANALLEO DR SAGINAW, MI 48638 | 12960 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JEFFERSON, DAVID R 13108 TULLER ST DETROIT, MI 48238 | 65676 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $10,000.00   (P) $0.00   (U) $10,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| JIMMY WHITE 4943 FREE PIKE DAYTON, OH 45416 | 5961 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JOHNSON, ELLEN L 3131 N SQUIRREL RD APT 137 AUBURN HILLS, MI 48326 | 12312 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, ALBERTA A 632 ELLSWORTH DR TROTWOOD, OH 45426 | 10076 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, ELTON L 1304 HAMMOND ST LANSING, MI 48910 | 6040 | Motors Liquidation Company | $0.00   (S) $0.00   (A) $0.00   (P) $35,000.00   (U) $35,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JORZA, CHARLOTTE A<br>5095 PINE SHADOW CT<br><br>MINERAL RIDGE, OH 44440 | 12801 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KARAS, ELIZABETH A<br>14004 12TH AVE<br><br>MARNE, MI 49435 | 6048 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KAREN E MILLER<br>1091  BUCKSKIN TRAIL<br><br>XENIA, OH 45385 | 6568 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KATHRYN HIGGINS<br>3237 W LOCUST ST<br><br>DAVENPORT, IA 52804 | 63039 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENSIK, ANTHONY W<br>7714 W 65TH ST<br><br>BEDFORD PARK, IL 60501 | 50570 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KETCHMARK, DENNIS V<br>1506 KNIGHT AVE<br><br>FLINT, MI 48503 | 50171 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KIM TEAGUE<br>53374 MARK DR<br><br>SHELBY TOWNSHIP, MI 48316 | 7282 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KLAUBURG, KENNETH C<br>2329 N RECKER RD UNIT 19<br><br>MESA, AZ 85215 | 63949 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAMBERT, DONALD W<br>9457 HEMENGER CT<br><br>CLAY, MI 48001 | 6037 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,000.00   (U)<br>$15,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| LAUDE, MARYJEANNE<br>55 BROAD ST APT 227<br><br>SAN LUIS OBISPO, CA 93405 | 7223 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEACH, JOYCE P<br>8090 CAIRN HWY<br><br>ELK RAPIDS, MI 49629 | 11656 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEWIS, JOHN J<br>11236 BISHOP LN<br><br>TOMAHAWK, WI 54487 | 11662 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOIS GAIGALAS<br>60 MAYWOOD AVE<br><br>BLOOMFIELD HILLS, MI 48304 | 65735 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LONDO, FREDDIE S<br>6307 STEPHEN<br><br>BRIGHTON, MI 48116 | 65539 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARCO, SUE E<br>APT 1304<br>11431 SPRINGHOLLOW ROAD<br>OKLAHOMA CITY, OK 73120 | 62509 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

107th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCHALE, DOROTHY<br>59 PARKVIEW DR<br><br>AKRON, NY 14001 | 10124 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MILLER, STEPHEN T<br>9855 HOLLY ST<br><br>RANCHO CUCAMONGA, CA 91701 | 9544 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$50,000.00   (P)<br>$0.00   (U)<br>$50,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| NIEMIEC, MARIA<br>2035 KEHOE RD<br><br>CLAYVILLE, NY 13322 | 7049 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| OPCZYNSKI, LINDA M<br>4443 COURTNEY RD<br><br>MONTROSE, MI 48457 | 6817 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAGE, MARGARET I<br>1630 INDIANA AVE<br><br>FLINT, MI 48506 | 9522 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$500,000.00   (U)<br>$500,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| PARTLOW, HELEN N<br>224 MCKINLEY ST<br><br>ELBERTON, GA 30635 | 62982 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

107th Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICIA TUR<br>231 LOSSON RD<br><br>CHEEKTOWAGA, NY 14227 | 65379 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PERNELL JAMES<br>1233 FRANKLIN LN<br><br>HENDERSON, NC 27537 | 43333 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| POORE, CARLOS R<br>706 LAWRENCE ST<br><br>NEW TAZEWELL, TN 37825 | 51110 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRICE, DAVID M<br>9520 MIDLOTHIAN DRIVE<br><br>BRENTWOOD, TN 37027 | 65248 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICE, WILLIAM R<br># 123<br>612 NORTH STATE ROAD<br>DAVISON, MI 48423 | 65305 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RIDGEWAY, PATRICIA E<br>1510 BLACK EYED SUSAN LN L<br><br>VIENNA, VA 22182 | 62598 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROBINSON, WILMA J<br>1905 N ALDEN RD<br><br>MUNCIE, IN 47304 | 7024 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SCHAMBER, KAREN<br>15677 73RD CIR N<br><br>MAPLE GROVE, MN 55311 | 62612 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SZATKOWSKI, CAROL A<br>1586 STONY CREEK DR<br><br>ROCHESTER, MI 48307 | 7045 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| TALLEY, FERNELL F<br>737 SAINT NORBERT DR<br><br>CAHOKIA, IL 62206 | 62480 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TROSEN, JANE E<br>7155 CURTIS RD<br><br>NORTHVILLE, MI 48168 | 61974 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VAN HORN, NANCY D<br>PO BOX 133<br><br>ALGER, MI 48610 | 12961 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VIOLA, CHARLES M<br>3213 ZAHER DR<br><br>AUBURN HILLS, MI 48326 | 29004 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$12,562.00  (U)<br>$12,562.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WASHINGTON MICHELLE R<br>627 CAMPOLINA DR<br><br>GRAND PRAIRIE, TX 75052 | 64142 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WEST, DEWELL<br>9607 PARK AVE<br><br>ALLEN PARK, MI 48101 | 5979 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WHITE, DOLORES J<br>C/O FRANK B WHITE III<br>4049 SLATTERY RD<br>NORTH BRANCH, MI 48461 | 7046 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WOODRUFF, WILLARD G<br>PO BOX 15<br>SYRACUSE, NY 13212 | 11655 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$28,000.00   (U)<br>$28,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **94** | | **$0.00**   (S)<br>**$0.00**   (A)<br>**$60,000.00**   (P)<br>**$590,562.00**   (U)<br>**$650,562.00**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

107th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANN MCHUGH<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221 | 61832 | MLCS, LLC | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MCHUGH, ANN F<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221 | 61833 | MLCS Distribution Corporation | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| MCHUGH, ANN F<br>2330 MAPLE RD<br>APT 224<br>WILLIAMSVILLE, NY 14221 | 61835 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| *OBJECTION ADJOURNED* | 3 | | $0.00  (S) | | |
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $0.00  (U) | | |
| | | | $0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## OBJECTION WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRET SANDERSON<br>4611 W 41ST PLACE<br><br>GARY, IN 46408 | 60907 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DESBOROUGH, MARILYN M<br>11028 CEDAR VIEW RD<br><br>CHARLOTTE, NC 28226 | 7058 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WHORLEY, SHEILA M<br>529 W SAGER RD<br><br>HASTINGS, MI 49058 | 50125 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ***OBJECTION WITHDRAWN*** | **3** | | **$0.00**  (S) | | |
| | | | **$0.00**  (A) | | |
| | | | **$0.00**  (P) | | |
| | | | **$0.00**  (U) | | |
| | | | **$0.00**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.