## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR WIGGINS<br>885 HIGHWAY 2393<br><br>MONTICELLO, KY 42633 | 9263 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BATSON, OMAR R<br>5337 BUTTERNUT TREE CT<br><br>FLINT, MI 48532 | 65289 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BETTY DAVIS<br>3481 NILES CORTLAND RD. LT28<br><br>CORTLAND, OH 44410 | 9289 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BLEVINS JR, LOUIS<br>1831 MILLSBORO RD<br><br>MANSFIELD, OH 44906 | 60770 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| BOIKE, JACOB F<br>308 MAPLEBROOKE LN<br><br>CADILLAC, MI 49601 | 11348 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRITTENHAM #252929, DENNIS E<br>GUS HARRISON ARF CORRECTIONAL FACILITY<br>2727 E. BEECHER ST<br>ADRIEN, MI 49221 | 8287 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BURKS, DORIS T<br>314 NELSON ST<br>PONTIAC, MI 48342 | 10490 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BUSCH, BERNARD E<br>8 HIDDEN TRL<br>LANCASTER, NY 14086 | 8186 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CINDERELLA F HARDY<br>51 TRACE LANE<br>SHELBYVILLE, KY 40065 | 12545 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CINDERELLA HARDY<br>51 TRACE LN<br>SHELBYVILLE, KY 40065 | 12544 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONNOLLY, MICHAEL F<br>3584 ORCHARD HILL DR<br><br>CANFIELD, OH 44406 | 8021 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CORNELIA M PHILLIPS<br>1415 TANNER LN<br><br>WINTER SPRINGS, FL 32708 | 9178 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CORNELIA PHILLIPS<br>1415 TANNER LN<br><br>WINTER SPRINGS, FL 32708 | 9177 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CRAGUN, MAURICE G<br>8616 W 10TH ST APT 402<br><br>INDIANAPOLIS, IN 46234 | 12768 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CUNNINGHAM, ROBERT A<br>14707 NORTHVILLE RD APT 216<br><br>PLYMOUTH, MI 48170 | 8411 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DARELYN CLAUSE<br>5380 CHEW RD<br><br>SANBORN, NY 14132 | 6146 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DARELYN R CLAUSE<br>5380 CHEW RD<br><br>SANBORN, NY 14132 | 6147 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVID HOUGHTON<br>2012 S. COCHRAN AVE<br><br>CHARLOTTE, MI 48813 | 16149 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DAVIS, BETTY N<br>3481 NILES CORTLAND RD LT28<br><br>CORTLAND, OH 44410 | 9288 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOWNS, CAROL D<br>1732 CRANBERRY LN NE APT 165<br><br>WARREN, OH 44483 | 11178 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EUGENE GEARITY<br>16731 US HIGHWAY 301 LOT 145<br><br>DADE CITY, FL 33523 | 45271 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| FRANK, MILAN C<br>653 BORKU<br>JABLONNENO 56164 CZECH REPUBLIC<br>,<br>CZECH (REP) | 32899 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GAERTNER, BETTY B<br>TUSCANY AT MC CORMICK RANCH #302<br>9000 E SAN VICTOR DRIVE<br>SCOTTSDALE, AZ 85258 | 6161 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GAIL D CROLEY<br>2125  MEADOW LANE<br><br>ARCANUM, OH 45304 | 30907 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| GERY, JOHN D<br>2325 S CARBON ST<br><br>ALLENTOWN, PA 18103 | 8419 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HALL, CURTIS<br>2608 GRADY CT<br><br>FLINT, MI 48505 | 61712 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HALLENBECK, ANN M<br>8780 W CUTLER RD<br><br>DEWITT, MI 48820 | 8800 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HARDY, BOBBY R<br>PO BOX 1441<br><br>HIRAM, GA 30141 | 33283 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| HAYLES, LOYD T<br>331 COUNTRY CLUB BLVD<br><br>SLIDELL, LA 70458 | 32902 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| IORIO, JOHN M<br>251 ORCHARD CREEK LN<br><br>ROCHESTER, NY 14612 | 36137 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JIMMY L WHITE<br>4943 FREE PIKE<br><br>DAYTON, OH 45416 | 5960 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KARAS, PAUL B<br>14004 12TH AVE<br><br>MARNE, MI 49435 | 6049 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KELLEY, BRENDA J<br>593 TIMBERLINE ST<br><br>DECATUR, AR 72722 | 7749 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KREZ, LEO V<br>14440 HELM CT<br><br>WILLIS, TX 77318 | 6086 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| KUMMER, DAVID H<br>2653 BLUE STONE CIRCLE<br>KALAMAZOO, MI 49009 | 11267 | MLCS, LLC | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEVON MANN SR<br>1837 AUBURN AVE<br>DAYTON, OH 45406 | 8709 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOUDON, ELIZABETH M<br>9146 GREGORY ST<br>CYPRESS, CA 90630 | 6260 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MANN SR,LEVON (NMI)<br>1837 AUBURN AVE<br>DAYTON, OH 45406 | 8710 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARIANNE SPEED<br>705 MEADOWLANE DR<br>RIPLEY, OH 45167 | 8403 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARK S MATLINGA<br>111 S BASSETT RD<br>LAPEER, MI 48446 | 6047 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MC CANN, DAVID M<br>6238 WINDORAH WAY<br><br>ORANGEVALE, CA 95662 | 9274 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCDONALD, ISABEL G<br>125 DOYLE FARM LN<br><br>MOORESVILLE, NC 28115 | 10956 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MICHALSKI, HELEN A<br>2013 RIDGEVIEW LN<br><br>SENECA, SC 29678 | 36988 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOORE-FULLER, STEPHANIE S<br>2011 CALIFORNIA ST APT 6A<br><br>MOUNTAIN VIEW, CA 94040 | 47996 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MORGAN, RUSSELL R<br>9808 COUNTY ROAD 528<br><br>BURLESON, TX 76028 | 2686 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NEWMAN, MICHAEL P<br>1978 LOVELL CT<br><br>MILFORD, MI 48381 | 61360 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PATTON, FLOSSIE<br>345 N UPLAND AVE<br><br>DAYTON, OH 45417 | 8711 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PAYNE, MONICA M<br>60920 ROMEO PLANK RD<br><br>RAY, MI 48096 | 33537 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| PERCIVAL, MADELIN<br>35 WILDWOOD CIR<br><br>FLETCHER, NC 28732 | 9156 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RANDOLPH BERTIE<br>PO BOX 405<br><br>BETHEL, OH 45106 | 8010 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RANDOLPH BERTIE<br>PO BOX 405<br><br>BETHEL, OH 45106 | 8027 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RANDOLPH, BERTIE<br>PO BOX 405<br><br>BETHEL, OH 45106 | 8009 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT K FOSTER<br>7226 TERUEL AVE<br><br>NEW PORT RICHIE, FL 34653 | 6380 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ROBERT SEXTON JR<br>3304 EVERGREEN DR<br><br>BAY CITY, MI 48706 | 7974 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBINSON, EVELYN H<br>4223 OLD BRANDON RD<br><br>PEARL, MS 39208 | 8691 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROSE JUNGNITSCH<br>15250 W TOWNLINE RD<br><br>SAINT CHARLES, MI 48655 | 12518 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROSINE, MARVIN L<br>507 LARCHMONT PL<br><br>AIKEN, SC 29801 | 8594 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROSS, EVERETT P<br>10045 NICARAGUA DR<br><br>CUTLER BAY, FL 33189 | 11166 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| ROSSI, ELVERA M<br>C/O DEBRA D ROSSI<br>6950 FAIRVIEW RD<br>AUSTINTOWN, OH 44515 | 6409 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SAYLOR, JIMMY R<br>5629 MACEY AVE APT S1<br><br>CINCINNATI, OH 45227 | 39329 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SEELOW, JOAN E<br>W4337 COUNTY RD S TRLR 59<br><br>HORICON, WI 53032 | 33523 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SHAVON E EVANS<br>2460 BRIER ST SE<br><br>WARREN, OH 44484 | 9283 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SMITH, BARBARA<br>3 WESTGATE DR<br><br>GRANITE CITY, IL 62040 | 9287 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| SPEED, MARIANNE<br>705 MEADOWLANE DR<br><br>RIPLEY, OH 45167 | 8005 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHEN JOHNSON<br>18548 MYRON ST<br><br>LIVONIA, MI 48152 | 44067 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| STEWART GEORGE<br>11 BUNKER LN<br><br>THORNDALE, PA 19372 | 33292 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TRISTANO, CARL F<br>518 PHEASANT TRL<br><br>ST CHARLES, IL 60174 | 43332 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| VANCE, LUNZIE L<br>5070 VILLAGE WOODS DR<br>APT 3<br>MEMPHIS, TN 38116 | 8708 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WARNER, CRAIG G<br>47 HAZEL ST<br><br>DANVILLE, AL 35619 | 45071 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILCOX, RICHARD<br>14130 W 113TH TER<br><br>LENEXA, KS 66215 | 8106 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLIAM R FREEMAN<br>735 GRISWOLD ST SE<br><br>GRAND RAPIDS, MI 49507 | 6207 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLIAMS, IVAN V<br>1601 NW 103RD ST APT 276<br><br>MIAMI, FL 33147 | 9271 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WYSONG, MARY B<br>6500 LUCAS LANE RR=4<br><br>HILLSBORO, OH 45133 | 9773 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **73** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$0.00**  (U)<br>**$0.00**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCELYEA, JAMES W<br>3210 NORTHWEST GRAND AVE.<br><br>PHOENIX, AZ 85017 | 7516 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

| | | | | |
|---|---|---|---|---|
| *OBJECTION WITHDRAWN* | **1** | **$0.00** | (S) | |
| | | **$0.00** | (A) | |
| | | **$0.00** | (P) | |
| | | **$0.00** | (U) | |
| | | **$0.00** | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.