UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                    :        Chapter 11 Case No.:
                                                          :
MOTORS LIQUIDATION COMPANY, et al.,    :        09-50026 (REG)
f/k/a General Motors Corp., et al.,              :
                                                          :
                              Debtors.            :        (Jointly Administered)
                                                          :
------------------------------------------------------------x

### OBJECTION OF CERTAIN MESOTHELIOMA CLAIMANTS TO SUBPOENAS ISSUED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CERTAIN ASBESTOS SETTLEMENT TRUSTS AND THEIR RESPECTIVE CLAIM PROCESSING FACILITIES

Certain mesothelioma victims represented by Kazan, McClain, Lyons,

Greenwood & Harley, PLC ("Kazan Claimants") have personal-injury and wrongful-

death tort claims against the former General Motors Corporation and other entities that

are the subject of document subpoenas issued by the Official Committee of Unsecured

Creditors ("Creditors' Committee").  On October 25, 2010, the undersigned counsel

received an email from Debtors containing a list of 35 Manville Trust claimants

represented by Kazan, McClain, Lyons, Greenwood & Harley, PLC affected by the

subpoena and notice issued by the Creditors' Committee.[1]  Of the 35 Kazan Claimants

affected by the subpoena, 3 never filed a pre-petition lawsuit against General Motors

Corporation or the above-captioned debtor (a conditional requirement under the Rule

2004 Order dated August 24, 2010); 7 cases filed pre-petition against General Motors

---

[1] A true and correct copy of the email from Jared Garelick, Senior Attorney, Claims Resolution Mgmt. Corp. to Matthew Thiel, attorney with Kazan, McClain, et al., received October 25, 2010, including the list of Manville Trust claimants represented by Kazan, McClain, et al., is attached hereto as Exhibit A.

-2-

Corporation were dismissed without prejudice and not adjudicated (with no payment of

money to the claimants); and all 35 maintain the objections previously submitted to the

Court and hereby join the objections submitted by Simon, Eddins & Greenstone,

objections asserted by the Official Committee of Unsecured Creditors Holding

Asbestos-Related Claims, as well as the objections submitted on behalf of other

mesothelioma victims.  Kazan Claimants, by and through their undersigned counsel,

hereby object to the document subpoenas and the Orders of this Court pursuant to

which the Creditors' Committee issued them as follows:

**A.      The Subpoena Violates The Privacy Rights of Those Individuals Who Never Filed A Pre-Petition Claim Against Debtors And Is Therefore Not Relevant**

The list received by undersigned counsel on October 25, 2010 contained the

names of three Manville Trust claimants represented by Kazan, McClain, et al. who

never filed a pre-petition claim against General Motors or the above-captioned

Debtors.[2]  The Order authorizing the Creditors' Committee to obtain discovery from the

claims processing facilities for certain trusts created pursuant to Bankruptcy Code

Section 524(g) identified the Mesothelioma Claimants covered under the Order as "all

claimants specified by the Creditors' Committee who filed a pre-petition lawsuit against

one or more of the debtors for mesothelioma."  As the three identified individuals never

filed such a pre-petition lawsuit, the Creditors' Committee's attempts to obtain

---

[2]The Manville Trust claimants who never filed a pre-petition claim against Debtors are: (1) Charles McElrea; (2) James M. Ramirez; and (3) Henry A. Snyder.

-3-

information submitted to the Manville Trust, including the amounts paid, if any, and the

status of the Kazan Claimant filing a claim against the Manville Trust, are clearly

outside the Order of this Court.   Further, the subpoena as to those Manville Trust

claimants who never filed a pre-petition lawsuit against Debtors seeks to obtain

information and documents not relevant to the above-captioned estimation proceeding

or the Debtors, and violates the privacy rights and protected information submitted on

behalf of those claimants.  As such, the undersigned counsel respectfully requests that

the subpoena be amended to delete those persons not contemplated by this Court's

August 24, 2010 Order, and protect the privacy rights and interests of those persons

not relevant to the above-captioned matter.    Otherwise, the Creditors' Committee will

continue to abuse the subpoena powers issued by this court to obtain information and

documents about any individual ever submitting a claim to an asbestos trust.

**B.    Information and Documents Pertaining to Claimants Who Dismissed
Their Pre-Petition Lawsuit Against Debtors Is Not Relevant To This
Chapter 11 Bankruptcy**

The list received by undersigned counsel on October 25, 2010 contained the

names of seven Manville Trust claimants represented by Kazan, McClain, et al. who

filed a pre-petition claim against General Motors, but dismissed the action against

defendant General Motors without prejudice without ever receiving any payment on

their claims.[3]  Given that these cases were never adjudicated and were voluntarily

---

[3]The Manville Trust claimants who dismissed their lawsuits without prejudice against
General Motors are: (1) Emile Cassu; (2) Christina M. Garbez; (3) Robert Morgan; (4) John J.
Perry; (5) Kenneth Raney; (6) Harvey L. Smith; and (7) William H. Woolley.

-4-

dismissed by each of these claimants, any information and documents obtained by the

Creditors' Committee through these subpoenas is not relevant, violates these Manville

Trust claimants' right to privacy and disclosure of claim and payment information never

authorized through the tort system, and imposes a burden on the Manville Trust to

produce documents that have no bearing here. Further, two of the above claimants

dismissed their lawsuit against General Motors over twenty years ago, and as such,

given the claims' age cannot have any possible relevance here.[4]

### C.    Each of The Kazan Claimants Is Denied Effective Protection Against Misuse.

There is nothing in the Order preventing Bates White LLC, its employees, and

those so affiliated from enjoying material advantages on behalf of themselves and their

clients and/or future clients that are asbestos defendants and insurance companies. At

a minimum, no individual who will play a material role in opposing the interests of Kazan

Claimants outside the estimation proceeding should be afforded access to any such

information produced in the estimation proceeding.

WHEREFORE, the Kazan Claimants respectfully object to the Claims'

Committee Rule 2004 Order, the Confidentiality Order, and Anonymity Protocol Order

as inadequate to protect their interests in the confidentiality of claims data and

settlement information targeted by the Claims' Committee's subpoenas, and hereby join

---

[4]Christina M. Garbez dismissed her lawsuit against General Motors on or about June 24, 1988; and John J. Perry dismissed his lawsuit against General Motors on or about December 27, 1988.

-5-

the objections submitted by Simon, Eddins & Greenstone, objections asserted by the

Official Committee of Unsecured Creditors Holding Asbestos-Related Claims, as well as

the objections submitted on behalf of other mesothelioma victims.

DATED: November 8, 2010            Respectfully submitted,

                                   KAZAN, McCLAIN, LYONS, GREENWOOD &
                                   HARLEY, PLC


                                   By _____
                                        Autumn Mesa

                                   Attorneys for Claimants

                                   John I Carter; Emile Cassu; Cammilo DeLuca;
                                   Gerald D. Dockrey; Clifford Duncan; Dana S. Edgar;
                                   Nicholas Ernser; Christina M. Garbez; Judith Gerke;
                                   James R. Gutcher; Larry Hall; Albert Jaffe;
                                   Lawrence Kelley; Edward Lamantia; Hartmut
                                   Lenigk; Leo Lutchansky; Charles McElrea; Harry G.
                                   Moitoza; James H. Morgan; Robert Morgan; Robert
                                   J. Perry; James M. Ramirez; Kenneth Raney;
                                   Leland G. Ray; Julius Reich; Marvin R. Rivenbark;
                                   Harvey L. Smith; Henry A. Snyder; Lee Snyder;
                                   Melvin Spear; Ronald Simmons; Robert D. Torres;
                                   Paul Villanueva; Kenneth C. Watson; William H.
                                   Woolley

**Matthew L. Thiel**

| | |
|---|---|
| **From:** | motorsliquidation@claimsres.com |
| **Sent:** | Monday, October 25, 2010 10:04 AM |
| **To:** | Matthew L. Thiel |
| **Subject:** | Motors Liquidation Notice |
| **Attachments:** | Subpoena.pdf; Notice - 10-25-10.pdf; Court Order - 08-24-10.pdf; Confidentiality Protective Order - 08-24-10.pdf; kazan mcclain abrams fernandez lyons farrise greenwood.pdf |

Counsel:

Please see the following documents attached to this email:  (1) subpoena; (2) notice; (3) court order; (4) confidentiality agreement; and (5) list of Manville Trust claimants represented by your firm (the "List").  The subpoena and notice affect all the claimants on the List.

If you have questions about the notice or the List, please contact Jared Garelick at (703) 205-0836 or by email at jgarelick@claimsres.com.

Thank you.

--
Jared Garelick
Senior Attorney
Claims Resolution Mgmt Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Tel. (703) 205-0836
Fax (703) 205-6248



11/8/2010

**Kazan McClain Abrams Fernandez Lyons Farrise Greenwood**

| First Name | MI | Last Name | Last 4 SSN |
|---|---|---|---|
| John | I | Carter | 4739 |
| EMILE | | CASSU | 6291 |
| CAMMILO | | DeLUCA | 2582 |
| GERALD | D | DOCKREY | 7956 |
| Clifford | | Duncan | 3493 |
| DANA | S | EDGAR | 5432 |
| Nicholas | | ernser | 9004 |
| CHRISTINA | M | GARBEZ | 0436 |
| JUDITH | | GERKE | 1864 |
| JAMES | R | GUTCHER | 5190 |
| LARRY | | HALL | 6648 |
| ALBERT | | JAFFE | 5539 |
| LAWRENCE | | KELLEY | 2235 |
| EDWARD | | LAMANTIA | 4930 |
| Hartmut | | Lenigk | 4922 |
| LEO | | LUTCHANSKY | 1958 |
| CHARLES | | MCELREA | 7126 |
| HARRY | G | MOITOZA | 5345 |
| JAMES | H | MORGAN | 5481 |
| Robert | | Morgan | 7104 |
| JOHN | J | PERRY | 3372 |
| JAMES | M | RAMIREZ | 2153 |
| KENNETH | | RANEY | 2154 |
| LELAND | G | RAY | 1635 |
| JULIUS | | REICH | 7536 |
| MARVIN | R | RIVENBARK | 5271 |
| HARVEY | L | SMITH | 3226 |
| HENRY | A | SNYDER | 4174 |
| Lee | | Snyder | 7695 |
| MELVIN | | SPEAR | 5145 |
| RONALD | | SUMMONS | 2540 |
| ROBERT | D | TORRES | 6861 |
| Paul | | Villanueva | 1954 |
| KENNETH | C | WATSON | 3466 |
| WILLIAM | H | WOOLLEY | 2649 |

**Number of Claims:    35**