JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Robert S. Walker

JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Andrew M. Kramer

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Lisa G. Laukitis

Attorneys for General Motors LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re                                         :  Chapter 11
                                              :
MOTORS LIQUIDATION COMPANY, *et al.,*         :  Case No. 09-50026 (REG)
                                              :
      f/k/a General Motors Corp., *et al.,*  :  (Jointly Administered)
                                              :
                    Debtors.  :
                                              :
                                              :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that, on November 8, 2010, the following was served by first class United States mail, postage prepaid, on the parties identified on the attached Motors Liquidation Company Master Service List and Motors Liquidation Company Interested Parties Service List.

CLI-1850651v1

Notice of Filing of Proposed Stipulation and Agreed Order Regarding Scheduling Issues Related to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (the "**Notice**").

All parties that provided an email address in connection with their notices requesting service in the above-captioned chapter 11 cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 (Docket No. 6750), have been provided with access to electronic copies of the Notice via operation of the Court's electronic system.

  /s/ Lisa G. Laukitis
Lisa G. Laukitis
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Andrew M. Kramer
JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Heather Lennox
Robert S. Walker
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

ATTORNEYS FOR GENERAL MOTORS LLC

# MOTORS LIQUIDATION COMPANY
### (f/k/a General Motors Corp.)

## MASTER SERVICE LIST

Harvey R. Miller, Esq.
Stephen Karotkin, Esq
Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Ted Stenger
Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, MI  48243

Lawrence S. Buonomo, Esq.
General Motors LLC
400 Renaissance Center
Detroit, MI  48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Joseph Samrias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C.  20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Tracy Hope Davis, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, D.C.  20005

Sander L. Esserman, Esq.
Robert R. Brousseau, Esq.
Stutzman, Bromberg, Esserman
  & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX  75201

CLI-1850651v1

**MOTORS LIQUIDATION COMPANY**
**(f/k/a General Motors Corp.)**

**INTERESTED PARTIES SERVICE LIST**

On behalf of UAW:

Julia Penny Clark, Esq.
Andrew D. Roth, Esq.
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C.  20005

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Daniel W. Sherrick
Niraj R. Ganatra
Legal Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

On behalf of DPH Holdings Corp.
(f/k/a Delphi Corporation):

John Wm. Butler, Jr., Esq.
Albert L. Hogan, III, Esq.
Ron W. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL  60606

John Wm. Butler, Jr., Esq.
Albert L. Hogan, III, Esq.
Ron W. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036