**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :   **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*  :
                                                            :
        Debtors.    :   **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED**
**FOR HEARINGS ON NOVEMBER 9, 2010 AT 9:45 A.M. AND 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**9:45 A.M.**

**I.**     **CONTESTED MATTERS**

    A.     Debtors' Motion for an Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Solicitation Packages; and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Form of Notices to Non-Voting Classes Under the Plan (the "**Debtors' Disclosure Statement Motion**") [**Docket No. 6854**]

        <u>Responses Filed</u>:

        1.     Winkelmann Sp. z.o.o. [**Docket No. 7304**]
        2.     Town of Salina [**Docket No. 7307**]
        3.     Onondoga County, New York [**Docket No. 7308**]
        4.     Wilmington Trust Company [**Docket No. 7382**]
        5.     Official Committee of Unsecured Creditors [**Docket No. 7383**]
        6.     Appaloosa Management L.P., Aurelius Capital Management, L.P., Elliot Management Corporation, and Fortress Investment Group, LLC  [**Docket No. 7314**]
        7.     Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company [**Docket No. 7325**]

8. Legal Representative for Future Asbestos Claimants [**Docket No. 7326**]
9. Official Committee of Unsecured Creditors Holding Asbestos-Related Claims [**Docket No. 7327**]
10. United States Trustee [**Docket No. 7346**]
11. California Department of Toxic Substances Control [**Docket No. 7333**]
12. ILCO Site Remediation Group [**Docket No. 7376**]
13. BBK Joint Defense Group [**Docket No. 7377**]
14. Terrie Sizemore [**Docket No. 7427**]
15. Thomas M. Smalley [**Docket No. 7046**]
16. Marcella I. Townsend [**Docket No. 7072**]
17. Marianne Lisenko [**Docket No. 7344**]
18. Latrell Barfield [**Docket No. 7347**]
19. Tracy Woody [**Docket No 7454**]
20. Robert W. Hartnagel [**Docket No. 7366**]
21. Leo C. Hageman [**Docket No. 7153**]
22. Gladys S. Hillhouse [**Docket No. 7282**]
23. Mary M. Smith [**Docket No. 7281**]
24. Sean O'Reilly [**Docket No. 7263**]
25. Michael L. Riviera, Sr. [**Docket No. 7257**]
26. Emma Pierce [**Docket No. 7256**]
27. Jochen Baderschneider [**Docket No. 7302**]
28. John Fazio [**Docket No. 7310**]
29. Leon L. Bailey [**Docket No. 7317**]
30. Roy B. Cope [**Docket No. 7318**]
31. Augustine Crier [**Docket No. 7321**]
32. Grace H. Gottstein [**Docket No. 7322**]
33. Irwin Lew [**Docket No. 7329**]
34. Elaine Reno [**Docket No. 7334**]
35. John Hamilton [**Docket No. 7337**]
36. Richard and Judith Boucher [**Docket No. 7342**]
37. Dorlyne Cruce [**Docket No. 7345**]
38. Mary Wilkinson [**Docket No. 7352**]
39. Marie and Robert Pacifico [**Docket No. 7265**]
40. Mary Wilkinson [**Docket No. 7352**]
41. Howard and Gloria Moses [**Docket No. 7371**]4
42. Lisa Gross [**Docket No. 7280**]
43. Sharyl Y. Carter [**Docket No. 7404**]
44. David J. Astorian [**Docket No. 7403**]
45. Adrian J. Phillips [**Docket No. 7405**]
46. John Poloisky [**Docket No. 7406**]
47. Vernon E. Henderson [**Docket No. 7478**]
48. Steve Friedland [**Docket No. 7459**]
49. James E. Reese [**Docket No. 7461**]
50. Sylvester Shaw [**Docket No. 7488**]

51. Frances R. Campbell [**Docket No. 7489**]
52. LaFonza Earl Washington. [**Docket No. 7600**]
53. William P. King, Jr. [Not filed on docket]
54. Michael P. Delaney [Not filed on docket]
55. Morris Eisenstein [Not filed on docket]
56. Brian Jamieson [Not filed on docket]
57. Harry M. and Cornelia E. Harvey [Not filed on docket]
58. Lois Trowbridge [Not filed on docket]
59. Margaret D. Brueggeman [Not filed on docket]
60. Phyllis Dua [Not filed on docket]
61. Lois Michelle Conlow [Not filed on docket]

Replies Filed:

62. Debtors' Omnibus Reply to Objections to the Disclosure Statement for Debtors' Joint Chapter 11 Plan [**Docket No. 7439**]

Additional Documents:

63. Affidavit of Service of Rhadha S. Rai of Notice of Hearing on Debtors' Disclosure Statement Motion [**Docket No. 6867**]

64. Affidavit of Service of Loren Vine of (1) Debtors' Joint Chapter 11 Plan and (2) Disclosure Statement for Debtors' Joint Chapter 11 Plan [**Docket No. 6852**]

65. Affidavit of Service of Barbara Kelley Keane of the Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan [**Docket No. 7123**]

66. Notice of Certification of Publication of Barbara Kelley Keane of the Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan [**Docket No. 7239**]

**Status:** The Debtors' Disclosure Statement Motion was conditionally approved by the Court on October 21, 2010. This matter is going forward as a status conference only.

B. Debtors' Ninth Omnibus Motion Pursuant to 11 U.S.C. § 365 to Reject Certain Executory Contracts and Unexpired Leases of Nonresidental Real Property ("**Debtors' Rejection Motion**") [**Docket No. 4437**]

<u>Responses Filed</u>:

1. Objection of M-Tech Associates, LLC's ("**M-Tech**") to Debtors' Rejection Motion (the "**M-Tech Objection**") [**Docket No. 6008**]

2. General Motors LLC's Brief in Support of Debtors' Rejection Motion **[Docket No. 6271]**

3. M-Tech Associates, LLC's Sur-Reply in Support of the M-Tech Objection (the "**M-Tech Sur-Reply**," and together with the M-Tech Objection, the "**M-Tech Pleadings**") [**Docket No. 6277**]

<u>Reply Filed</u>:

4. Debtors' Response to the M-Tech Pleadings [**Docket No. 6458**]

<u>Additional Documents</u>:

5. Order Granting Debtors' Rejection Motion [**Docket No. 4553**]

**Status:**   This matter is going forward with respect to M-Tech.

C. Debtors' Objection to Proof of Claim No. 67357 Filed by New United Motor Manufacturing, Inc. ("**NUMMI**") [**Docket No. 5404**]

<u>Responses Filed</u>:

1. NUMMI's Initial Response to Debtors' Objection [**Docket No. 5854**]

<u>Replies Filed</u>:

2. Debtors' Reply to Initial Response of NUMMI [**Docket No. 7655**]

<u>Additional Documents</u>:

3. Declaration of Mark E. McKane in Support of NUMMI'S Response to Debtors' Objection [**Docket No. 5855**]

4. Declaration of Mitsunori Tsuzuki in Support of NUMMI'S Response to Debtors' Objection [**Docket No. 5856**]

5. **Toyota Motor Corporation's Memorandum of Law in Support of NUMMI's Response to Debtors' Objection to Proof of Claim 67357 [Docket No. 7640]**

**Status**:   This matter is going forward.

D.   Supplemental Submission of General Motors, LLC in Support of Order Pursuant to 11 U.S.C. § 105(a) Enforcing 363 Sale Order with Respect to Deutsch ("**New GM's Supplemental Submission**") [**Docket No. 6834**]

Response Filed:

1. **Sanford Deutsch's Response to New GM's Supplemental Submission [Docket No. 7027]**

Reply Filed:

2. General Motors, LLC's Reply to Deutsch's Response to General Motors, LLC's Supplemental Submission in Support of Order Pursuant to 11 U.S.C. § 105(a) Enforcing 363 Sale Order [**Docket No. 7026**]

Additional Documents:

3. Order Granting Motion of General Motors, LLC for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order [**Docket No. 6237**]

**Status:**   This matter is going forward.

E.   Motion of General Motors, LLC (f/k/a General Motors Company) to Enforce the 363 Sale Order [**Docket No. 7527**]

Responses Filed:

1. Limited Objection of DPH Holdings Corp. (f/k/a Delphi Corporation) and its Affiliated Reorganized Debtors [**Docket No. 7626**]

Replies Filed:            None to date.

Additional Documents:

2. Letter of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America [**Docket No. 7583**]

3. Memorandum and Order re UAW-New GM Dispute [**Docket No. 7607**]

4. Endorsed Order re Motion of General Motors, LLC (f/k/a General Motors Company) to Enforce the 363 Sale Order informing parties that matter is going forward as a status conference only

**Status:**   This matter is going forward as a status conference only.

**II.    UNCONTESTED MATTERS**

A.  Debtors' 109th Omnibus Objection to Claims (Incorrectly Classified Claims) [**Docket No. 7261**]

  Responses Filed:       None to date.

  Replies Filed:         None to date.

  Additional Documents:  None to date.

  **Status:**  This matter is going forward.

**III.   ADJOURNED MATTERS**

A.  Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class Proof of Claim **[Docket No. 4560]**

  Responses Filed:       None to date.

  Replies Filed:         None to date.

  Additional Documents:  None to date.

  **Status:**  This matter has been adjourned to December 2, 2010 at 9:45 a.m.

**IV.    RESOLVED MATTERS**

A.  Debtors' Thirty Eighth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [**Docket No. 6261**]

  Response Filed:

  1.  Informal Response by the City of New York Department of Finance ("**New York**") regarding Proof of Claim No. 1144

  Replies Filed:         None to date.

  Additional Documents:  None to date.

  **Status:**  New York has withdrawn its Proof of Claim No. 1144, which was the remaining outstanding claim affected by this omnibus objection. Accordingly, this omnibus objection can be marked off calendar. The Debtors will submit a proposed order indicating that Proof of Claim No. 1144 has been withdrawn.

**2:00 P.M.**

I. **CONTESTED MATTERS**

A. Debtors' (i) Objection to Proofs of Claim Nos. 1206, 7587, and 10162 and, in the Alternative, (ii) Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162  [**Docket No. 5845**] ("**Apartheid Objection**")

Responses Filed:

1. Response of Class Plaintiffs on Behalf of Balintulo and Botha Plaintiffs to Debtors' Apartheid Objection [**Docket No. 6097**] (the "**Apartheid Response**")

Replies Filed:

2. Debtors' Reply to Apartheid Response and in the Alternative Motion to Estimate Proofs of Claim Nos. 1206, 7587, and 10162, and Response to Cross-Motion under Rule 9014 for Rule 7023 Class Treatment [**Docket No. 6305**] ("**Debtors' Reply**")

3. Class Plaintiffs' Response to Debtors' Reply [**Docket No. 6317**]

Additional Documents:

4. Debtors' Supplemental Brief in Support of the Apartheid Objection [**Docket No. 7510**]

**Status:** This matter is going forward.

Dated: New York, New York
November 8, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession