UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11 Case No.:
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    09-50026 (REG)
f/k/a General Motors Corp., et al.,                         :
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, John D. Cooney, counsel for certain mesothelioma victims who are represented by the law firm Cooney & Conway, hereby certify that on November 8, 2010, I filed a copy of our **Objection of Certain Mesothelioma Claimants to (I) Subpoenas Issued by the Official Committee of Unsecured Creditors to Certain Asbestos Settlement Trust and Claims Processing Facilities, and (II) Related Orders of the Bankruptcy Court**, and exhibit to be served upon the parties to this action by (i) filing with the Court's Electronic Court Filing system (ECF) for the above-referenced case; (ii) and by having Epiq Systems serve those who have entered an appearance and requested service papers in this matter.

                                                                   COONEY & CONWAY

                                                                   /s/ John D. Cooney_____
                                                                   John D. Cooney
                                                                   Kathy Byrne
                                                                   Cooney & Conway
                                                                   120 N. LaSalle Street, Suite 3000
                                                                   Chicago, IL 60602
                                                                   Phone 888-651-1850
                                                                   jcooney@cooneyconway.com
                                                                   kbyrne@cooneyconway.com