UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11 Case No.:
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    09-50026 (REG)
f/k/a General Motors Corp., et al.,                         :
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x


**OBJECTION OF CERTAIN MESOTHELIOMA CLAIMANTS TO (I) SUBPOENAS ISSUED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CERTAIN ASBESTOS SETTLEMENT TRUSTS AND CLAIMS PROCESSING FACILITIES, AND (II) RELATED ORDERS OF THE BANKRUPTCY COURT**

Certain mesothelioma victims who are represented by the law firm Cooney and Conway (the "**Cooney Clients**") by and through their undersigned counsel, hereby join in and adopt in full the "Objection of Certain Mesothelioma Claimants to (I) Subpoenas Issued by the Official Committee of Unsecured Creditors to Certain Asbestos Settlement Trusts and Claims Processing Facilities, and (II) Related Orders of the Bankruptcy Court," filed on November 8, 2010, by various law firms on behalf of their respective clients. In support thereof, the Cooney Clients respectfully state as follows.

1.  The Cooney Clients are individuals whose names have been listed in notices issued by certain trusts (the "Trusts") as persons whose asbestos claims are the subjects of discovery requests put forth in subpoenas (the "Subpoenas") issued by the Official Committee of Unsecured Creditors ("UCC") under color of this Court's Order of August 24, 2010. That Order granted the UCC's application, as modified, for authority to issue the Subpoenas, subject to the right of affected individuals to make objections.

1

2. Various law firms representing other persons who have likewise been so listed in notices issued by the Trusts have together filed a paper styled "Objection of Certain Mesothelioma Claimants to (I) Subpoenas Issued by the Official Committee of Unsecured Creditors to Certain Asbestos Settlement Trusts and Claims Processing Facilities, and (II) Related Orders of the Bankruptcy Court," (the "Objection").

3. The Cooney Clients hereby join in the Objection and adopt each ground asserted therein as the bases for their own objection to the above-referenced Order of August 24, 2010, and to the Subpoenas.

4. As an additional and supplemental objection, the Cooney Clients point out to the Court that the majority of claims in which discovery is sought are claimants who settled with GM in the tort system. At the time of settlement, GM required all Cooney Client settling parties to agree to stringent confidentiality provisions, including:

- As part of the consideration for entering into this Settlement and Full Final Release, the Releasors and their agents, assigns, wards, executors, successors, administrators, and attorneys, shall maintain in strict confidence, and shall not disseminate, allude to, characterize, quantify, or otherwise reference any and all offers and counter-offers disclosed to them by the other parties or their counsel in the negotiations leading to this settlement, the contents of this Settlement and Full Final Release, or the consideration therefore, (except that the fact that a settlement was reached may be disclosed) and shall use best efforts to prevent disclosure, either directly or indirectly, of such information to any third parties.

- The Releasors and their counsel shall provide no information, other than the fact of settlement, to any consultants and/or experts retained or consulted in this litigation.

- As part of the consideration for entering into this Settlement and Full and Final Release, the Releasors, their attorneys and agents agree, warrant, and represent that they will not pursue any discovery, including but not limited to any and all written discovery, depositions, and subpoenas (non-party or otherwise) against Releasees in any case involving allegations by Releasors of injury arising from exposure to asbestos, any mixed dust products, or silica; this provision encompasses all discovery

2

whether it has already been served upon Releasees or could be served upon Releasees in the future. (An exemplar copy of a GM drafted release from 2009 is attached as Exhibit 1).

5.  GM's stringent confidentiality stipulations and cessation of all discovery were material terms of these settlements in these Claimant's tort cases.

Dated: November 8, 2010

Respectfully Submitted,

COONEY & CONWAY

/s/ John D. Cooney
John D. Cooney
Kathy Byrne
Cooney & Conway
120 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Phone 888-651-1850
jcooney@cooneyconway.com
kbyrne@cooneyconway.com

**Attorneys for Certain Individuals Whose Asbestos Claims are the Subjects of Subpoenas Issued by the Official Committee of Unsecured Creditors:**

| | |
|---|---|
| Abernathy, Raymond | Lulich, Robert |
| Adams, Russell | Luna, James |
| Allen, George | Madden, Mary |
| Allen, Roy | Maisch, Eldon |
| Allen, Roy | Maravich, Milton |
| Arden, Glendora | Martens, Robert |
| Arvidson, Floyd | McGrath, Owen |
| Asher, Ura | McKeand, Gerald |
| Banycky, Helen | McNamara, John |
| Batteiger, Warren | Medina, Jose |
| Becker, Herbert | Meisenhelter, Erwin |
| Behnke, Lorraine | Miller, Austin |
| Bell, Gary | Moore, Ronald |
| Belotti, Ralph | Mortenson, Maylen |
| Biekkola, George | Mullally, Richard |
| Bodnar, William | Nannini, William |
| Boeding, Linus | Nelson, Dennis |

3

| | |
|---|---|
| Bolden, Thomas | Newell, David |
| Braun, James | Nickerson, Ronald |
| Briesch, Bruce | Nicosia, Elizabeth |
| Broughton, James | Nix, James |
| Brown, Regina | Nolan, Clarence |
| Buck, Elmes | Norvell, Morris Sr. |
| Budnick, John | O'Heir, Richard |
| Burbo, Edward | Ostick, Donald |
| Cacioppo, Leon | Parks, Paul |
| Caldwell, William | Parks, Wayne |
| Carlson, Carl | Patton, Jackie |
| Carr, Robert | Pazienza, James |
| Catlett, James | Pearson, Arvid |
| Cave, Glenn | Peffer, Charlotte |
| Clavey, Norman | Pennell, Doris |
| Cleary, James | Perez, Gonzalo |
| Colston, William | Perri, Wayne |
| Cooney, James | Pervine, Lynn |
| Cummings, Jack | Peters, Dallas |
| Czysz, Paul | Pfister, Frank |
| Daher, Thomas | Phillips, Thomas |
| Dalstein, Vernon | Plaskett, James |
| Davis, Dean | Proctor, Charles |
| Davis, Merle | Prunty, James |
| Dehghan, Farhad | Pugh, Victoria |
| Deisher, Wilbur | Pulido, Jesus |
| Derdiger, Dudley | Purnell, Rufus |
| Devoto, Dean | Quick, Karen |
| Dewald, George | Rajczyk, Donna |
| Dudek, Marie | Raube, Donald |
| Dunwoody, Charles | Ray, Glen |
| Eades, John | Reich, Christopher |
| Eberhart, George | Reilly, Frances |
| Eckert, William | Reinholz, Ronald |
| Edgar, Norman | Rizzuto, Ernest |
| Ellis, Charley | Roediger, Ottmar |
| Engler, Dennis | Ronk, Frank |
| Fandl, John | Ross, Bernice |
| Faulkner, Floyd | Ross, Bernice |
| Field, Charles | Rozinkski, Gary |
| Finkler, Thomas | Safley, Z.L. |
| Fitch, Mildred | Sardella, Robert |
| Foley, Robert | Sawyer, Edward |

| | |
|---|---|
| Fridmanski, Robert | Schaefer, Karl |
| Fuegner, Leo | Schafer, Robert |
| Fulks, Logan | Schenkenberger, Audry |
| Fuwell, Hilda | Schmidt, Holly |
| Fuzzell, Kenneth | Schultz, Roger |
| Gaffney, Thomas | Seville, John |
| Galanis, William | Shapach, Stella |
| Ganey, Charles | Shikoski, Thomas |
| Gardner, Raymond | Sholtz, John |
| Gast, Arthur | Shull, Charles |
| Gembis, Stanley | Simpson, Andrew |
| Gereg, Joseph | Singer, Joseph |
| Ghinter, Fay | Skaggs, William |
| Gilliam, James | Smith, Darol |
| Goldberg, Edna | Smith, Leslie |
| Goodey, Howard | Smith, Wayne |
| Grant, Thomas | Smukal, James |
| Grindstaff, Ralph | Soucek, Milton |
| Gunderson, Robert | Sperling, Marvin |
| Gwizdalski, Stephen | Spicer, Kenneth |
| Ham, William | Srenaski, Thomas |
| Hamilton, James | Stewart, Robert |
| Hammer, Ronald | Supple, Kenneth |
| Hammond, Ronald | Talley, Lloyd |
| Hampshire, Marvin | Teater, Howard |
| Hansard, Verlin | Tessereau, Delmar |
| Hansen, Roger | Thomas, Claud |
| Hargitt, Glenn | Thompson, Johnnie |
| Harnden, Elmer | Thompson, Ronald |
| Harris, Joanne | Timm, Dale |
| Hatcher, Jerry | Tobias, Jerome |
| Heimann, Ambrose | Tomei, Fred |
| Herman, Howard | Tonello, John |
| Hester, John | Toot, George |
| Hochhalter, Lester | Trapp, Leslie |
| Hoffman, Frank | Treber, Laurence |
| Holder, Martin | Tripp, James |
| Horrell, Mary | Trosper, Orville |
| Hughes, Chester | Turckes, Raymond |
| Hyatte, Dale | Turner, Paul |
| Iem, Gilbert | Usyak, Paul |
| Irwin, Barbara | Valdez, Jose |
| Jakomovich, William | Van Eperen, Gerald |

| | |
|---|---|
| Janet, Robert | Veazey, James |
| Janisse, Denis | Volluz, Charles |
| Jarrett, Fredrick, Sr. | Wagner, Arthur |
| Jasper, William | Wagner, Raymond |
| Junius, Joseph | Walsh, Thomas |
| Kamp, Thomas | Walters, Marvin |
| Kelly, Joan | Warner, David |
| Kennedy, Frederick | Warner, Lloyd |
| Kinealy, Michael | Weiss, Joyce |
| King, Donald | Weiss, Lawrence |
| King, Vernon | Wesselhoff, Robert |
| Klafmar, Virginia | Wettstein, William "Bill" |
| Knudson, Wayne | Wheeler, Lloyd |
| Koerner, Donna | Whitcomb, Michael |
| Kolbus, Richard | White, Annie |
| Kozlowski, Walter | White, Robert |
| Kukula, Albin | Whitman, Robert |
| Kuna, John | Wicklund, Oliver |
| Lawson, Alfred | Wishnoff, Evelyn |
| Leach, Donald | Wroble, John |
| Leapline, William | Yaeger, William |
| Leide, Howard | Yanchick, Dennis |
| Lindgren, Forest | Yates, Earl |
| Loose, Robert | Yosick, Dennis |
| Lopez, Mary | Zeiter, Gerald |
| Lorentzen, Nancy | Zeller, Donna |
| Loutfi, Hassan | |