# EXHIBIT G



# Charles H. Mullin, PhD
## Partner

### Summary of experience

Charles H. Mullin is a recognized expert on asbestos-related matters. He provides advice and expert analysis on asbestos liability issues involving insurance coverage, bankruptcies, and due diligence for mergers, acquisitions, and spin-offs. Dr. Mullin has authored numerous expert reports and provided expert testimony in asbestos-related insurance matters, as well as provided due diligence reports for corporate transactions. He has designed and implemented statistically reliable claim file reviews both for asbestos defendants and for insurance companies. In addition to Dr. Mullin's retentions as an expert, he is frequently invited to speak at industry conferences on a multitude of asbestos-related issues.

Dr. Mullin received his PhD in economics from the University of Chicago and his BA in economics and mathematics from the University of California at Berkeley. He taught courses in advanced statistical economic analysis and labor economics while on the faculty in the Department of Economics at Vanderbilt University and at the University of California at Los Angeles. Dr. Mullin published papers on applied and theoretical econometrics and labor economics in peer-reviewed journals. Dr. Mullin specializes in statistical analysis and economic modeling. He has more than 15 years of experience providing this expertise in both the private and public sectors.

### Areas of expertise

- Econometric analysis
- Statistics and statistical analysis
- Economic modeling
- Microsimulation modeling

### Selected experience

- Provided deposition testimony on behalf of multiple insurance companies in the matter *State of Minnesota v. Associated Medical Assurance Limited*. No. 27-CV-08-1912 (State of Minnesota Hennepin County District Court Fourth Judicial District): 2010–Present.
- Authored expert report on behalf of FM Global and Utica in an arbitration matter: 2009–2010.

Charles H. Mullin, PhD
Bates White, LLC
Page 2 of 7

- Authored expert reports and provided deposition testimony on behalf of Aviva Insurance Company in the matter *The Flintkote Company v. General Accident Assurance Company of Canada*, Case No. C04-01827 MHP (United States District Court Northern District of California, San Francisco Division): 2009–2010.

- Provided deposition testimony on behalf of NL Industries, Inc. in the matter *Carlis Fay Brown v. NL Industries, Inc.* Docket No. 06-602096-CZ (Wayne County Michigan Circuit Court): 2009–2010.

- Authored expert report on behalf of taxpayers in the matter Cencast Services, L.P. v. United States of America, Case Nos. 02-1916 T through 02-1925 T (United States District Court of Federal Claims): 2009–Present.

- Authored Declaration on behalf of the State of Israel in the matter Holocaust Victim Assets Litigation, Case No. 09-160 (ERK)(JO) (United States District Court, Eastern District of New York): 2009–Present.

- Authored expert report on behalf of multiple insurance companies in the matter *Continental Insurance Company v. Honeywell International, Inc.*, No. MRS-L-1523-00 (Superior Court of New Jersey Morris County): 2007–Present.

- Authored expert report and provided deposition testimony on behalf of insurance company in the matter *National Service Industries, Inc. v. Appalachian Insurance Company*, No. E-22807 (Georgia Fulton City Superior Court): 2007.

- Authored expert report, provided deposition testimony, and testified on behalf of policyholder in the matter of *Imo Industries, Inc. v. Transamerica Corp.*, Docket No. L-2140-03 (Superior Court of New Jersey, Mercer County): 2007-Present.

- Authored expert report and provided deposition testimony on behalf of insurance company in the matter of *Degussa Corporation v. Century Indemnity Company and First State Insurance Company*, Docket No. UNN-L-2163-03 (Superior Court of New Jersey, Union County): 2007.

- Authored expert report and provided deposition testimony on behalf of insurance joint defense group in the matter of *Foster Wheeler L.L.C. v. Affiliated FM Insurance Co.*; Index No. 600777/01 (N.Y.S., New York City): 2007–Present.

- Authored expert reports, provided deposition testimony, and testified on behalf of Argonaut Insurance Company in several reinsurance arbitrations: 2006–2007.

- Coauthored a report on the economic viability of the Trust Fund proposed under S.852, the Fairness in Asbestos Injury Resolution (FAIR) Act of 2005, which highlights how compensation

Charles H. Mullin, PhD
Bates White, LLC
Page 3 of 7

criteria specified for the proposed Fund would change the number and composition of claims relative to the current tort environment: 2005.

- Authored due diligence reports on asbestos and silica issues for corporate transactions that assessed potential future tort expenditures and evaluated the insurance assets that may provide coverage for those tort expenditures: 2005–Present.

- Authored expert report and provided deposition testimony to address the fraction of expenditures associated with a company's asbestos installation operations on behalf of defendants in *Owens Corning v. Birmingham Fire Insurance Company of Pennsylvania*, No. C10200104929 (Ohio Ct. of Common Pleas, Lucas County): 2005.

- Authored expert report focused on the design and implementation of claims file samples in *Hercules Incorporated v. OneBeacon America Insurance Company*, No. 02C-11-237 (Del. Super. Ct., New Castle County): 2004.

- Assisted with settlement negotiations by analyzing the total value of a national refractory company's products and non-products coverage associated with claims for both asbestos and potential silica liabilities.

- Evaluated future liabilities and projected insurance recoveries under various scenarios, such as geographic constraints regarding a regional insulation contractor and supply company.

- Served on behalf of the U.S. Department of Labor in providing statistical analysis for discriminatory hiring cases and assessing damages.

- Analyzed demand-side management programs for utility companies. Evaluated different contract structures, software development options, and returns on subsidization programs.

- Investigated potential collusion and redlining by auto-insurance companies on behalf of the Office of the Chicago Mayor.

## Industry presentations

- Perrin Conferences Asbestos Litigation Conference: A National Overview & Outlook. September 13, 2010: "Litigating Asbestos Cases in 2010: National Trends Driving the Litigation"

- Perrin Conferences Asbestos Bankruptcy Conference. June 21, 2010: "Trusts On-Line: The Impact of Asbestos Bankruptcies on the Tort System."

- Perrin Conferences Cutting Edge Issues in Asbestos Litigation, February 25-26, 2010: "Asbestos Litigation in 2010 & Beyond—Current and Emerging Trends."

Charles H. Mullin, PhD
Bates White, LLC
Page 4 of 7

- Perrin Teleconference Series, December 1, 2009: "A National Update on Current Cases & Trends that are Driving Asbestos Bankruptcy Litigation."

- Perrin Conferences Asbestos Litigation Mega Conference, September 14-16, 2009: "Asbestos Bankruptcy: New Filings, Confirmations & Dismissals."

- ABA Section of Business Law Spring Meeting Committee on Business Bankruptcy, April 16-18, 2009: "Claims Estimation in Mass Tort Cases."

- BVR Legal/Mealey's Emerging Trends in Asbestos Litigation Conference, March 9-11, 2009: "Role of the Bankruptcy Trusts in Civil Asbestos."

- BVR Legal/Mealey's Bad Faith Litigation Conference, November 6-7, 2008: "Damages in a Bad Faith Case."

- West Legalworks, Insurance and Reinsurance Allocation 2008: A Comprehensive Workshop, June 12, 2008: "Emerging Issues and Important Developments."

- West Legalworks, Insurance and Reinsurance Allocation, November 7, 2007: "Impact of Underlining Litigation Developments."

- Mealey's Publications, Mealey's National Asbestos Litigation SuperConference, September 26, 2007: "Removing the Asbestos Overhang—Is There an Alternative to Asbestos Bankruptcy?"

- Mealey's Publications, Asbestos Bankruptcy Conference June 8, 2007: "Another Chapter in Asbestos Bankruptcy Litigation: What Does the Future Hold?"

- West Legalworks, The Insurance and Reinsurance Allocation Superbowl 2007, March 20, 2007: "Impact of Underlining Litigation Developments."

- Mealey's Publications, Silica & Asbestos Claims Conference: What Effect Will Investigations into Fraudulent Suits Have on the Litigation? November 11, 2006: "Quantifying the Risk: The Impact Investigations into Fraudulent Silica/Asbestos Suits Will Have on the Rate of Filing and Value of Current & Future Claims."

- Mealey's Teleconference: Asbestos Legislation - Is a Solution to the Crisis Around the Corner? July 20, 2006: "How State and Federal Tort-Reform Efforts Are Changing the Asbestos Litigation Landscape."

- American Conference Institute's (ACI) 7th Annual Litigating, Settling and Managing Asbestos Claims, June 15, 2006: "Asbestos Legislative Initiatives for Federal and State Tort Reform."

- American Legislative Exchange Council, 2005 States and Nation Policy Summit, December 2005: "The FAIR Act: An Economic Analysis."

Charles H. Mullin, PhD
Bates White, LLC
Page 5 of 7

- Mealey's Publications, All Sums: Reallocation & Settlement Credits Conference, November 7, 2005: "The Impact of Different Approaches to Settlement Credits."

- American Enterprise Institute, Industry Roundtable Discussion, April 21, 2005: "Assessing the Merits of Reallocation."

- American Law and Economics Association, Annual Meeting, May 2004: "The Effect of Joint and Several Liability on the Incentive of Defendants to Declare Bankruptcy: Evidence from Asbestos Litigation."

## Professional experience

Prior to joining Bates White, Dr. Mullin worked at Chicago Partners providing damage assessment for antitrust matters. Previously, he worked at Quantum Consulting conducting demand-side management for utility companies. In addition to his professional experience, Dr. Mullin was on the faculty in the Department of Economics at Vanderbilt University and the University of California at Los Angeles.

## Education

- PhD, Economics, University of Chicago
- BA, Mathematics and Economics, University of California at Berkeley

## Publications

- Mullin, C. H., K. Snow, and N. Wallace. "Proper Settlement Credits in All Sums Jurisdictions." *Coverage* Volume 20, Number 3 (May/June 2010).

- Mullin, C. H., C. Bates, and M. Scarcella. "The Claiming Game." *Mealey's Litigation Report: Asbestos* Volume 25, Number 1 (Feb. 3, 2010).

- Mullin, C. H., C. Bates, and A. R. Marquardt. "The Naming Game" *Mealey's Litigation Report: Asbestos* Volume 24, Number 15 (Sept. 2009).

- Mullin, C. H., and C. Bates. "State of the Asbestos Litigation Environment" *Mealey's Litigation Report: Asbestos* Volume 23, Number 19 (Nov. 2008).

- Mullin, C. H., and C. Bates. "Show Me the Money" *Mealey's Litigation Report: Asbestos* Volume 22, Number 21 (Dec. 2007).

Charles H. Mullin, PhD
Bates White, LLC
Page 6 of 7

- Mullin, C. H., and C. Bates. "The Bankruptcy Wave of 2000—Companies Sunk by an Ocean of Recruited Asbestos Claims" *Mealey's Litigation Report: Asbestos* Volume 21, Number 24 (Jan. 2007).

- Mullin, C. H., and C. Bates. "Having Your Tort And Eating It Too?" *Mealey's Asbestos Bankruptcy Report* Volume 6, no.4 (Nov. 2006).

- Mullin, C. H. "Identification and Estimation with Contaminated Data: When Do Covariate Data Sharpen Inference?" *Journal of Econometrics* 130, no. 2 (Feb. 2006).

- Mullin, C. H., and D. Reiley. "Recombinant Estimation for Normal-Form Games, with Applications to Auctions and Bargaining." *Games and Economic Behavior* 54, no. 1 (Jan. 2006).

- Mullin, C. H. "Bounding Treatment Effects with Contaminated and Censored Data: Assessing the Impact of Early Childbearing on Children." *Advances in Economic Analysis & Policy* 5, no. 1, Article 8 (Dec. 2005).

- Mullin, C. H., K. A. Marr, and J. J. Siegfried. "Undergraduate Financial Aid and Subsequent Alumni Giving Behavior." *The Quarterly Review of Economics and Finance* 45, no. 1 (Feb. 2005).

- Mullin, C. H., and A. Mani. "Choosing the Right Pond: Social Approval and Occupational Choice." *Journal of Labor Economics* 22, no. 4 (Oct. 2004).

- Mullin, C. H., and A. Malani. "Assessing the Merits of Reallocation." *American Law & Economics Association Annual Meetings. American Law & Economics Association 14th Annual Meeting,* May 3, 2004.

- Mullin, C. H., V. J. Hotz, and J. K. Scholz. "Welfare, Employment, and Income: Evidence on the Effects of Benefit Reductions from California." *American Economic Review*, May 2002.

- Mullin, C. H., V. J. Hotz, and J. K. Scholz. "Welfare Reform, Employment and Advancement." *Focus* 22, no. 1, Special Issue (2002).

- Mullin, C. H., V. J. Hotz, and J. K. Scholz. "The Earned Income Tax Credit and Labor Market Participation of Families on Welfare." In *The Incentives of Government Programs and the Well-Being of Families*, edited by B. Meyer and G. Duncan, June 2001.

- Mullin, C. H., V. J. Hotz, and J. K. Scholz. "The Earned Income Tax Credit and Labor Market Participation of Families on Welfare." *Poverty Research News*, May/June 2001.

- Mullin, C. H. and J. J. Siegfried. "Grants Today, Gift Tomorrow." *Currents*, April 2001.

Charles H. Mullin, PhD
Bates White, LLC
Page 7 of 7

- Mullin, C. H., C. Hill, V. J. Hotz, and J. K. Scholz. "EITC Eligibility, Participation, and Compliance Rates for AFDC Households: Evidence from the California Caseload." May 1999, prepared for the State of California.

- Mullin, C. H., V. J. Hotz, and S. Sanders. "Bounding Causal Effects Using Data from a Contaminated Natural Experiment: Analyzing the Effects of Teenage Childbearing." *Review of Economic Studies*, October 1997.

## Grants

- 2004–2007: Principal Investigator (with V. J. Hotz and J. K. Scholz), National Science Foundation Grant, "Tax Policy and Low-Wage Labor Markets: New Work on Employment, Effectiveness and Administration."

- 2000–2001: Principal Investigator (with V. J. Hotz and J. K. Scholz), Grant to the University of Wisconsin–Madison from Assistant Secretary of Planning and Evaluation, U. S. Department of Health and Human Services.

- 1997–1998: National Institute of Health Predoctoral Training Grant

## Professional associations

- American Bar Association
- American Economic Association
- American Law and Economics Association
- Econometric Society
- Society of Labor Economists