# EXHIBIT H

09-50026-mg    Doc 7696-8    Filed 11/08/10    Entered 11/08/10 23:24:36    Exhibit
Pg 2 of 6

Litigation Resolution Group | Third-Party Litigation Funding | Our market | LRG's Value Proposition for Asbestos | LRG vs. 5... Page 1 of 2

9/30/2010

# Litigation Resolution Group

**Home** | Our team | Our products | Our market | Our news | Contact us

**Our market**

- LRG's value proposition
  - Defense-side
    - Asbestos: LRG vs. 524(g)
  - Plaintiff-side
- Additional resources

## OUR MARKET | ASBESTOS: LRG VS. 524(G)

|  | LRG | 524(g) |
|---|---|---|
| Who has control? | Client | Asbestos Claimants Committee |
| Is it confidential? | Yes | No |
| How long does it take to finalize? | 3 to 12 months | 2 to 7 years |
| Are insurance assets affected? | No | Yes (at risk) |
| Who can use it? | Open to all companies | Restricted |
| What about the future? | Large capped indemnification | Congressional injunction |
| Wall Street's perception? | Company is asbestos free | Company is asbestos free |

As evidenced by past corporate reorganizations that involve Section 524(g) of the US Bankruptcy Code, many companies facing the specter of legacy asbestos-related claims benefit by paying sums above the direct costs of their asbestos litigation to attain finality and eliminate these indirect litigation costs. LRG's product offers companies an attractive and more cost-effective alternative to Section 524(g) that provides for a quicker time line to resolution and enables the company to retain procedural control of the litigation throughout the process.



EXHIBIT
Mullin 3
10/4/10 slc
PENGAD 800-631-6989

Further, unlike 524(g), LRG's product can be tailored to work with any corporate structure and its availability is not limited by the complexities of the bankruptcy code.

Copyright © 2007 - 2009 Litigation Resolution Group LLC

# Litigation Resolution Group

Home | Our firm | Our product | Our market | Our news | Contact us

**How LRG works**

Overview
Defense-side
Asbestos Case Study
Step 1: Before LRG
Step 2: Contributions
Step 3: Risk transfer
Step 4: Management
Step 5: Residual funds
Summary
Plaintiff-side

## OUR PRODUCT | DEFENSE-SIDE

LRG assists companies with resolving their litigation liabilities, particularly asbestos and other long-tailed tort liabilities, through alternative risk-transfer transactions. Through these transactions, LRG is willing to assume both the financial risk and day-to-day management of the underlying litigation. In essence, LRG offers a defense-side third-party litigation funding product that allows us to assume our clients' litigation risks. The transaction leaves our clients liability-free and removed from the litigation process.

Although LRG was originally founded to fill a recognized need among companies facing mass tort claims for a permanent resolution option for their liabilities, our strucutres can be used to create defense-side continget litigation positions in all kinds of commerical actions and we are willing to assume a wide variety of litgation risks.

The funding needs of each case are unique; please contact us for more information on how LRG may be able to help with your case.

**Click here to contact LRG.**

## OUR PRODUCT | ASBESTOS

As companies facing the specter of legacy asbestos-related claims know all too well, these claims often result in massive additional indirect costs which present a material financial risk, including higher costs of capital and restrictions on corporate restructuring activities. As evidenced by past corporate reorganizations that involve Section 524(g) of the US Bankruptcy

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side

Page 2 of 2

Code, many companies facing these costs benefit by paying sums above the direct costs of their asbestos litigation to attain finality and eliminate these indirect litigation costs. LRG's product offers companies an attractive and more cost-effective alternative to Section 524(g) that provides for a quicker time line to resolution and enables the company to retain procedural control of the litigation throughout the process.

**Click here for a case study on how LRG's product works for asbestos defendants.**

Copyright © 2007 – 2009 Litigation Resolution Group LLC

| Home | Our team | Our product | Our market | Our news | Contact us |

# LRG | Litigation Resolution Group

**How LRG works**

Overview
Defense-side
  Asbestos Case Study
    Step 1: Before LRG
    Step 2: Contributions
    Step 3: Risk transfer
    Step 4: Management
    Step 5: Residual funds
  Summary
Plaintiff-side

## ASBESTOS CASE STUDY | SUMMARY

LRG's clients receive certainty in regard to the direct costs of their litigation liabilities and relief from the indirect costs of the litigation. Specifically, LRG assumes the financial risk and responsibility for managing the client company's liability and related litigation. This includes:

- Handling underlying tort cases
- Resolving coverage disputes with insurers
- Satisfying auditors for financial reporting purposes

The client's ongoing responsibilities are reduced to secondary-level litigation support. This includes:

- Providing access to corporate records
- Assisting in document production
- Making present and former employees available for deposition testimony

Back to step 5 | Defense-side overview

Copyright © 2007-2009 Litigation Resolution Group LLC