# EXHIBIT I



# Litigation Resolution Group

Home | our team | our product | our market | our news | Contact us

## How LRG works

Overview
Defense-side
  Asbestos Case Study
  Step 1: Before LRG
  Step 2: Contributions
  Step 3: Risk transfer
  Step 4: Management
  Step 5: Residual funds
  Summary
Plaintiff-side

## ASBESTOS CASE STUDY | OVERVIEW

As companies facing the specter of legacy asbestos-related claims know all too well, these claims often result in massive additional indirect costs, which present a material financial risk. These indirect costs often exceed the expected direct cost of the litigation and can include:

- Increased cost of capital
- Distraction to senior management
- Restrictions on M&A and other restructuring activities
- Coverage litigation with insurers
- Depreciation of stock price due to uncertainty

Through its alternative risk transfer transactions, LRG is willing to assume both the financial risk and day-to-day management of companies' asbestos and other underlying long-tailed litigation. LRG and our investors assume the financial risk and the client is removed from the litigation process and relieved from both the direct and indirect costs of the litigation.

Following the transaction, the client is alleviated from the finical burden of the litigation and ongoing responsibilities are reduced to:

- Providing access to corporate records
- Assisting in document production
- Making present and former employees available for deposition testimony

Defense-side overview | Go to step 1

# LRG | Litigation Resolution Group

- Home
- Our team
- Our product
- Our market
- Our news
- Contact us

## ASBESTOS CASE STUDY | STEP 1: BEFORE LRG

**Before LRG, claimants sue the company, and the company manages its claims, pays expenses, and holds the risks associated with its tort liability.**



**How LRG works**

Overview
Defense-side
  Asbestos Case Study
    Step 1: Before LRG
    Step 2: Contributions
    Step 3: Risk transfer
    Step 4: Management
    Step 5: Residual funds
  Summary
Plaintiff-side

Asbestos case study | Go to step 2

# Litigation Resolution Group

## How LRG works

Overview
Defense-side
  Asbestos Case Study
  Step 1: Before LRG
  Step 2: Contributions
  Step 3: Risk transfer
  Step 4: Management
  Step 5: Residual funds
  Summary
Plaintiff-side

## ASBESTOS CASE STUDY | STEP 2: CONTRIBUTIONS

**LRG issues a contract and parties contribute assets and liabilities.**



The client agrees to a fixed contribution of cash or equivalent assets and any pre-existing

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side | Asb...

1 of 2

insurance. LRG and its investors provide additional assets, as well as liability and asset management expertise.

Back to step 1 | Go to step 3

Copyright © 2007–2009 Litigation Resolution Group LLC

http://litigationresolutiongroup.com/step2.html

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side | Asb...

11/8/2010 6:27 PM

2 of 2

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side | Asb...    http://litigationresolutiongroup.com/step3.html



# Litigation Resolution Group



Home | Our team | Our products | Our market | Our news | Contact us

## How LRG works

Overview
Defense-side
  Asbestos Case Study
  Step 1: Before LRG
  Step 2: Contributions
  Step 3: Risk transfer
  Step 4: Management
  Step 5: Residual funds
  Summary
Plaintiff-side

## ASBESTOS CASE STUDY | STEP 3: RISK TRANSFER

**The contract provides the client an indemnification that breaks the claims cycle.**



The contract provides a capped indemnification that effectively channels future claims away

from the client to LRG. Claimants still name the client company in legal proceedings, but LRG now stands in the client's shoes with regard to all aspects of the covered liability.

Back to step 2 | Go to step 4

Copyright © 2007–2009 Litigation Resolution Group LLC

http://litigationresolutiongroup.com/step3.html

Litigation Resolution Group | Third-Party Litgation Funding | Our Product | Defense-side | Asb...

11/8/2010 6:27 PM

2 of 2

# Litigation Resolution Group

Home | Our team | Our product | Our market | Our news | Contact us

## ASBESTOS CASE STUDY | STEP 4: LIABILITY MANAGEMENT

**LRG assumes responsibility for handling litigation and paying claims.**



**How LRG works**

Overview
Defense-side
  Asbestos Case Study
  Step 1: Before LRG
  Step 2: Contributions
  Step 3: Risk transfer
  Step 4: Management
  Step 5: Residual funds
  Summary
Plaintiff-side

Through the capped indemnification, the client tenders claims to LRG. LRG handles litigation,

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side | Asb...

1 of 2

11/8/2010 6:27 PM

pays claims, manages liability, and pursues any applicable insurance receivables.

Back to step 3 | Go to step 5

Copyright © 2007–2009 Litigation Resolution Group LLC

http://litigationresolutiongroup.com/step4.html

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side | Asb...

11/8/2010 6:27 PM

2 of 2

# LRG | Litigation Resolution Group

[Home] [Our team] [Our product] [Our market] [Our news] [Contact us]

## ASBESTOS CASE STUDY | STEP 5: RESIDUAL FUNDS

**Eventually, residual funds are released.**



Assuming LRG is able to manage the litigation successfully, residual funds are released to us

**How LRG works**

Overview
Defense-side
  Asbestos Case Study
    Step 1: Before LRG
    Step 2: Contributions
    Step 3: Risk transfer
    Step 4: Management
    Step 5: Residual funds
  Summary
Plaintiff-side

and our investors. If instead there are adverse developments in the litigation, LRG and its investors lose some or all of the additional assets contributed.

The timing of the release of any residual funds is governed by a scheduled set of conditions that is determined through negotiations with the client during the initial transaction.

Back to step 4 | Go to summary

Copyright © 2007–2009 Litigation Resolution Group LLC

http://litigationresolutiongroup.com/step5.html

Litigation Resolution Group | Third-Party Litigation Funding | Our Product | Defense-side | Asb...

11/8/2010 6:27 PM

2 of 2

http://litigationresolutiongroup.com/summary.html



# Litigation Resolution Group

Home | Our team | Our product | Our market | Our news | Contact us

## How LRG works

Overview
Defense-side
  Asbestos Case Study
    Step 1: Before LRG
    Step 2: Contributions
    Step 3: Risk transfer
    Step 4: Management
    Step 5: Residual funds
  Summary
Plaintiff-side

## ASBESTOS CASE STUDY | SUMMARY

LRG's clients receive certainty in regard to the direct costs of their litigation liabilities and relief from the indirect costs of the litigation. Specifically, LRG assumes the financial risk and responsibility for managing the client company's liability and related litigation. This includes:

- Handling underlying tort cases
- Resolving coverage disputes with insurers
- Satisfying auditors for financial reporting purposes

The client's ongoing responsibilities are reduced to secondary-level litigation support. This includes:

- Providing access to corporate records
- Assisting in document production
- Making present and former employees available for deposition testimony

Back to step 5 | Defense-side overview

Copyright © 2007-2009 Litigation Resolution Group LLC