# EXHIBIT J



## CONTACT US

Litigation Resolution Group LLC

1300 Eye Street NW Suite 650E
Washington DC 20005

t 202 652 2195
f 202 652 2198

info@litigationrg.com

Copyright © 2007-2009 Litigation Resolution Group LLC

http://litigationresolutiongroup.com/contact.html

Litigation Resolution Group | Third-Party Litigation Funding | Contact Us

11/8/2010 3:27 PM

1 of 1