# EXHIBIT K



## Contact Us

We welcome your comments and questions. If you would like additional information on Bates White, please send an email to: bateswhite@bateswhite.com or complete the form below. We will get back to you as soon as possible.

*indicates required field

### Washington, DC

1300 Eye Street NW
Suite 600
Washington, DC 20005

P 202.408.6110
F 202.408.7838

### San Diego, CA

3580 Carmel Mountain Road
Suite 420
San Diego, CA 92130

P 858.523.2150
F 858.523.2151

© 2010 Bates White. All rights reserved.