UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re:


MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al                          Chapter 11

                                                          Case No. 09-50026 (REG)

                                        Debtors            (Jointly Administered).
--------------------------------------------------------x

November 8, 2010


## NOTICE OF OBJECTION AND OBJECTION TO MOTION OF THE DEBTORS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER DIRECTING SUBMISSION OF INFORMATION BY CURRENT ASBESTOS CLAIMANTS

1.      Keller, Fishback & Jackson LLP (Counsel), on behalf of its clients who have claims against Babcock and Wilcox Company Asbestos PI Settlement Trust as a result of asbestos exposure hereby object to order requiring electronic production of privileged and confidential claims information from that trust.

2.      The Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing Production of Information by Claims Processing Facilities for Certain Asbestos Personal Injury Trusts (Debtors Rule 2004 Motion) is partially invalid as applied to claimants represented by Counsel.  The August 24, 2010 Order Pursuant to Debtors Rule 2004 Motion states the following: "As used in this Order, the term "**Mesothelioma Claimants**" shall mean all claimants specified by the Creditor's Committee who filed a pre-petition lawsuit against one or more of the Debtors for mesothelioma."  (See Order at 2)  Furthermore, the October 25, 2010 Notice of Order commands the production of information of information in electronic form including "date of mesothelioma diagnosis."  (See Notice at 1)  However, not all of the claimants

represented by Counsel filed claims against the Babcock and Wilcox Company Asbestos PI

Settlement Trust based on a <u>mesothelioma</u> diagnosis.  (See list of claimants and corresponding

diseases attached hereto as Exhibit A)  These claimants were not injured by the disease named in

this Court's Order, could not possibly provide a date of mesothelioma diagnosis, and thus should

not be subject to the Debtors Rule 2004 Motion.  Therefore, Counsel hereby objects to the Order

as invalid as applied to the claimants listed who do not claim compensation based on

mesothelioma.

       3.    Claim materials are considered confidential and are submitted under the same

assumption.  They therefore should not be disclosed without the express consent of the claimant.

As stated in section 6.5 of the of the Babcock and Wilcox Company Asbestos PI Settlement

Trust Distribution Procedures (TDP), revised January 4, 2008, "The PI Trust will preserve the

confidentiality of such claimant submissions, and shall disclose the contents thereof only with

the permission of the holder, to another trust established for the benefit of asbestos personal

injury claimants pursuant to section 524(g) and/or section 105 of the Bankruptcy Code or other

applicable law, to such other persons as authorized by the holder, or in response to a valid

subpoena of such materials issued by the Bankruptcy Court."  (See TDB, section 6.5 <u>at 54,</u>

attached hereto as Exhibit B.)  The claims were submitted with the knowledge that the personal

information, including but not limited to claimants' medical records and Social Security

numbers, would be kept and remain confidential.  Furthermore , some of the claims for which

information is sought have not yet been completed and therefore, include information that is

subject to change and of no value to the Debtor at present.  Therefore, the claimant submissions

should remain confidential pursuant to the TDP and understanding of claimants when such

claims were submitted.

///

///

///

5.      Accordingly Counsel, on behalf of its clients who have filed claims with the

Babcock and Wilcox Trust, object to this order as applied to its claimants.

**KELLER FISHBACK & JACKSON, LLP**

By:      /s/Daniel Keller, Esq.
          Daniel L. Keller (State Bar No. 191738)
          18425 Burbank Blvd. Ste 610
          Tarzana, CA 91356
          Telephone:  818.342.7442
          *Attorney for Asbestos Creditors*

**Exhibit A**

**Exhibit B**

**Exhibit C**

**Exhibit D**

**Exhibit E**

**Exhibit F**

**Exhibit G**

**Exhibit H**

**Exhibit I**

**Exhibit J**

**Exhibit K**

**Exhibit L**

**Exhibit M**

**Exhibit N**

**Exhibit O**

**Exhibit P**

**Exhibit Q**

**Exhibit R**

**Exhibit S**

**Exhibit T**

**Exhibit U**

**Exhibit V**

**Exhibit W**

**Exhibit X**

**Exhibit Y**

**Exhibit Z**