**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BASF CORPORATION | 69931 | Environmental Corporate Remediation Company, Inc. | $6,099.74 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRESSLER AMERY & ROSS PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN DAVID P SCHNEIDER ESQ | | | $0.00 | (Unsecured Claim) | $6,099.74 | (Unsecured Claim) | | |
| PO BOX 1980 | | | | | | | | |
| MORRISTOWN, NJ 07962 | | | $6,099.74 | (Total Claim) | $6,099.74 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |
| BASF CORPORATION | 69932 | Remediation And Liability Management Company, Inc. | $6,099.74 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRESSLER AMERY & ROSS PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN DAVID P SCHNEIDER ESQ | | | $0.00 | (Unsecured Claim) | $6,099.74 | (Unsecured Claim) | | |
| PO BOX 1980 | | | | | | | | |
| MORRISTOWN, NJ 07962 | | | $6,099.74 | (Total Claim) | $6,099.74 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BASF CORPORATION | 69935 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRESSLER AMERY & ROSS PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN DAVID P SCHNEIDER ESQ PO BOX 1980 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| MORRISTOWN, NJ 07962 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |
| BASF CORPORATION | 69934 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRESSLER AMERY & ROSS PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN DAVID P SCHNEIDER ESQ PO BOX 1980 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| MORRISTOWN, NJ 07962 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BASF CORPORATION | 59198 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: DAVID P SCHNEIDER ESQ BRESSLER AMERY & ROSS PC PO BOX 1980 MORRISTOWN, NJ 07962 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| COLONIAL PIPELINE COMPANY | 69896 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| OFFICE OF GENERAL COUNSEL 1185 SANCTUARY PARKWAY ALPHARETTA, GA 30009 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |
| COLONIAL PIPELINE COMPANY | 69929 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| OFFICE OF GENERAL COUNSEL 1185 SANCTUARY PARKWAY ALPHARETTA, GA 30004 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| COLONIAL PIPELINE COMPANY | 66208 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| GENERAL COUNSEL'S OFFICE 1185 SANCTUARY PARKWAY, SUITE 100 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ALPHARETTA, GA 30009 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| EDGEWATER SITE ADMINISTRATIVE GROUP | 58621 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN  PAUL G MCCUSKER ESQ C/O MCCUSKER ANSELM ROSEN AND CARVELLI 210 PARK AVENUE SUITE 301 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PO BOX 240 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| FLORHAM PARK, NJ 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**109th Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EDGEWATER SITE ADMINISTRATIVE GROUP | 58620 | MLCS Distribution Corporation | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN  PAUL G MCCUSKER | | | | | | | | |
| C/O MCCUSKER ANSELMI ROSEN AND CARVELLI | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 210 PARK AVENUE SUITE 301 | | | | | | | | |
| PO BOX 240 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| FLORHAM PARK, NY 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| EDGEWATER SITE ADMINISTRATIVE GROUP | 58622 | MLCS, LLC | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| ATTN PAUL G MCCUSKER ESQ | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI | | | | | | | | |
| 210 PARK AVENUE SUITE 301 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PO BOX 240 | | | | | | | | |
| FLORHAM PARK, NJ 07932 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| UNITED STATES OF AMERICA | | | | | | | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EDGEWATER SITE ADMINISTRATIVE GROUP | 58623 | MLC of Harlem, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN & CARVELLI | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 210 PARK AVENUE SUITE 301 PO BOX 240 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| FLORHAM PARK, NJ 07932 UNITED STATES OF AMERICA | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |

Official Claim Date:  11/27/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EDGEWATER SITE ADMINISTRATIVE GROUP | 69943 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC ATTN PAUL G MCCUSKER ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 210 PARK AVENUE SUITE 301 PO BOX 240 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| FLORHAM PARK, NJ 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |

Official Claim Date:  2/1/2010

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EDGEWATER SITE ADMINISTRATIVE GROUP | 69944 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN PAUL G MCCUSKER ESQ 210 PARK AVENUE SUITE 301 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| PO BOX 240 FLORHAM PARK, NJ 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |
| EXXON MOBIL CORPORATION | 59857 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN & CARVELLI | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 210 PARK AVENUE STE 301 PO BOX 240 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| FLORHAM PARK, NJ 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORPORATION | 59634 | MLC of Harlem, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ANDREW E ANSELMI ESQ MCCUSKER ANSELMI ROSEN & CARVELLI PC 210 PARK AVENUE SUITE 301 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PO BOX 240 FLORHAM PARK, NJ 07932 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date: 11/27/2009 | | | | | | | | |
| EXXON MOBIL CORPORATION | 59635 | MLCS Distribution Corporation | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ANDREW E ANSELMI ESQ MCCUSKER ANSELMI ROSEN & CARVELLI P C 210 PARK AVENUE SUITE 301 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PO BOX 240 FLORHAM PARK, NJ 07932 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date: 11/27/2009 | | | | | | | | |
| EXXON MOBIL CORPORATION | 59636 | MLCS, LLC | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| ANDREW E ANSELMI ESQ MCCUSKER ANSELMI ROSEN AND CARVELLI PC 210 PARK AVENUE SUITE 301 | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FLORHAM PARK, NY 07932 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 11/27/2009 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORPORATION | 59854 | MLC of Harlem, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN AND CARVELLI | | | | | | | | |
| 210 PARK AVENUE STE 301 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PO BOX 240 | | | | | | | | |
| FLORHAM PARK, NJ 07932 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| EXXON MOBIL CORPORATION | 59855 | MLCS Distribution Corporation | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN & CARVELLI | | | | | | | | |
| 210 PARK AVENUE STE 301 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PO BOX 240 | | | | | | | | |
| FLORHAM PARK, NJ 07932 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| EXXON MOBIL CORPORATION | 59856 | MLCS, LLC | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| ATTN PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN & CARVELLI | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 210 PARK AVENUE STE 301 | | | | | | | | |
| PO BOX 240 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FLORHAM PARK, NJ 07932 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/27/2009 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORPORATION | 69949 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN PAUL G MCCUSKER ESQ 210 PARK AVENUE SUITE 301 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| PO BOX 240 FLORHAM PARK, NJ 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |
| EXXON MOBIL CORPORATION | 69950 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN PAUL G MCCUSKER ESQ 210 PARK AVENUE SUITE 301 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| PO BOX 240 FLORHAM PARK, NJ 07932 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| EXXON MOBIL CORPORATION | 59637 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ANDREW E ANSELMI ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| MCCUSKER ANSELMI ROSEN AND CARVELLI PC | | | | | | | | |
| 210 PARK AVENUE STE 301 | | | | | | | | |
| PO BOX 240 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| FLORHAM PARK, NJ 07932 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| GENERAL DYNAMICS LAND SYSTEMS INC | 44294 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1735 MARKET STREET SUITE 700 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| PHILADELPHIA, PA 19103 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/24/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**109th Omnibus Objection**

## Exhibit A

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GENERAL DYNAMICS LAND SYSTEMS INC | 69920 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER 1735 MARKET ST SUITE 700 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| PHILADELPHIA, PA 19103 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  1/29/2010 | | | | | | | | |
| GENERAL DYNAMICS LAND SYSTEMS INC | 69921 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER 1735 MARKET STREET SUITE 700 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| PHILADELPHIA, PA 19103 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  1/29/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NORTHROP GRUMMAN CORPORATION | 65760 | MLCS, LLC | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 333 EARLE OVINGTON BLVD, STE 1010 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| UNIONDALE, NY 11553 | | | | | | | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/24/2009 | | | | | | | | |
| NORTHROP GRUMMAN CORPORATION | 65761 | MLCS Distribution Corporation | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MUNCO, COHN & PURANA LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 333 EARLE OVINGTON BLVD, STE 1010 | | | | | | | | |
| UNIONDALE, NY 11553 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/24/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NORTHROP GRUMMAN CORPORATION | 65805 | MLC of Harlem, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| C/O BRIAN J HUFNAGEL ESQ & AARON GERSCHONOWITZ ESQ | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| FORCHELLI CURTO DEEGAN SCHWARTZ MINEO | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| COHN & TERRANA LLP | | | | | | | | |
| 333 EARLE ORINGTON BLVD SUITE 1010 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| UMONDALE, NY 11553 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/24/2009 | | | | | | | | |
| NORTHROP GRUMMAN CORPORATION | 69882 | Environmental Corporate Remediation Company, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| BRIAN J HUFNAGEL ESQ & AARON GERSHONOWITZ ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA, LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 333 EARLE OVINGTON BLVD, STE 1010 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| UNIONDALE, NY 11553 | | | | | | | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NORTHROP GRUMMAN CORPORATION | 69883 | Remediation And Liability Management Company, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| BRIAN J HUFNAGEL ESQ & AARON GERSHONOWITZ ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA, LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 333 EARLE OVINGTON BLVD, STE 1010 UNIONDALE, NY 11553 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |
| NORTHROP GRUMMAN CORPORATION | 65762 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 333 EARLE OVINGTON BLVD SUITE 1010 UNIONDALE, NY 11553 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/24/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| PETROLEUM TANK CLEANERS INC | 69940 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BEVERIDGE & DIAMOND PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN MICHAEL MURPHY ESQ | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| 477 MADISON AVENUE 15TH FLOOR | | | | | | | | |
| NEW YORK, NY 10022 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |
| PETROLEUM TANK CLEANERS INC | 69941 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BEVERIDGE & DIAMOND PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN MICHAEL MURPHY ESQ | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| 477 MADISON AVENUE 15TH FLOOR | | | | | | | | |
| NEW YORK, NY 10022 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  2/1/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| PETROLEUM TANK CLEANERS, INC | 59071 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| BEVERIDGE & DIAMOND, PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATT  MICHAEL MURPHY ESQ | | | | | | | | |
| 477 MADISON AVENUE 15TH FLOOR | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| NEW YORK, NY 10022 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |

Official Claim Date:  11/27/2009

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

109th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| PETROLEUM TANK CLEANERS, INC | 59072 | MLC of Harlem, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| BEVERIDGE & DIAMOND, PC ATT MICHAEL MUPHY, ESQ | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 477 MADISON AVENUE 15TH FLOOR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| NEW YORK, NY 10022 UNITED STATES OF AMERICA | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date: 11/27/2009 | | | | | | | | |
| PETROLEUM TANK CLEANERS, INC | 59073 | MLCS, LLC | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| BEVERIDGE & DIAMOND, PC ATT MICHAEL MURPHY, ESQ | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 477 MADISON AVENUE, 15TH FLOOR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| NEW YORK, NY 10022 UNITED STATES OF AMERICA | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date: 11/27/2009 | | | | | | | | |
| PETROLEUM TANK CLEANERS, INC | 59074 | MLCS Distribution Corporation | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BEVERIDGE & DIAMOND PC ATTN MICHAEL MURPHY ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 477 MADISON AVE 15TH FLOOR NEW YORK, NY 10022 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date: 11/27/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA RESOURCES CORP | 67107 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |

Official Claim Date:  11/30/2009

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

109th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA RESOURCES CORP | 67104 | MLCS, LLC | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| ALLEN G REITER & JAMES M SULLIVAN ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| QUANTA RESOURCES CORP | 67105 | MLCS Distribution Corporation | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ALLEN G REITER & JAMES M SULLIVAN ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| QUANTA RESOURCES CORP | 67106 | MLC of Harlem, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA RESOURCES CORP | 67108 | MLC of Harlem, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1675 BROADWAY | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| NEW YORK, NY 10019 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| QUANTA RESOURCES CORP | 67109 | MLCS Distribution Corporation | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1675 BROADWAY | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| NEW YORK, NY 10019 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| QUANTA RESOURCES CORP | 67110 | MLCS, LLC | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1675 BROADWAY | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| NEW YORK, NY 10019 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

109th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA RESOURCES CORP | 67111 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ALLEN G REITER, ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| JAMES M SULLIVAN ESQ | | | | | | | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |

Official Claim Date:  11/30/2009

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

109th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA RESOURCES CORPORATION | 69899 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |
| QUANTA RESOURCES CORPORATION | 69900 | Environmental Corporate Remediation Company, Inc. | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA RESOURCES CORPORATION | 69901 | Environmental Corporate Remediation Company, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |
| QUANTA RESOURCES CORPORATION | 69902 | Remediation And Liability Management Company, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ALLEN G REITER, ESQ, AND JAMES SULLIVAN, ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA SITE GROUP | 67100 | MLCS Distribution Corporation | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| ALLEN G REITER, ESQ JAMES M SULLIVAN, ESQ ARENT FOX LLP |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| 1675 BROADWAY NEW YORK, NY 10019 |  |  | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) |  |  |
|  |  |  | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) |  |  |
| Official Claim Date:  11/30/2009 |  |  |  |  |  |  |  |  |
| QUANTA SITE GROUP | 67101 | MLC of Harlem, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| ALLEN G REITER & JAMES M SULLIVAN ARENT FOX LLP |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| 1675 BROADWAY NEW YORK, NY 10019 |  |  | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) |  |  |
| Official Claim Date:  11/30/2009 |  |  | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) |  |  |
| QUANTA SITE GROUP | 67102 | MLCS, LLC | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| ALLEN G REITER & JAMES M SULLIVAN ARENT FOX LLP |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 1675 BROADWAY NEW YORK, NY 10019 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) |  |  |
| Official Claim Date:  11/30/2009 |  |  | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) |  |  |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA SITE GROUP | 69897 | Environmental Corporate Remediation Company, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |
| QUANTA SITE GROUP | 69898 | Remediation And Liability Management Company, Inc. | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| 1675 BROADWAY | | | | | | | | |
| NEW YORK, NY 10019 | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  1/28/2010 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| QUANTA SITE GROUP | 67103 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ALLEN G REITER & JAMES M SULLIVAN | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ARENT FOX LLP | | | | | | | | |
| 1675 BROADWAY | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| NEW YORK, NY 10019 | | | | | | | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/30/2009 | | | | | | | | |
| ROCKWELL AUTOMATION INC | 59007 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN IRVIN M FREILICH | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ROBERTSON FREILICH BRUNO & COHEN LLC | | | | | | | | |
| 1 GATEWAY CENTER 17TH FL | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| NEWARK, NJ 07102 | | | | | | | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| SC JOHNSON & SON INC ET AL | 60563 | Motors Liquidation Company | $147,114.19 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O LINDA E BENFIELD AS HUNT'S SITE TRUSTEE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FOLEY & LARDNER LLP | | | | | | | | |
| 777 E WISCONSIN AVENUE | | | $0.00 | (Unsecured Claim) | $147,114.19 | (Unsecured Claim) | | |
| MILWAUKEE, WI 53202 | | | | | | | | |
| | | | $147,114.19 | (Total Claim) | $147,114.19 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SYRACUSE CHINA COMPANY | 59968 | Motors Liquidation Company | $12,498,818.63 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O DUSTIN P ORDWAY ESQ ORDWAY LAW FIRM | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 300 OTTAWA AVENUE NW SUITE 801 GRAND RAPIDS, MI 49503 | | | $0.00 | (Unsecured Claim) | $12,498,818.63 | (Unsecured Claim) | | |
| | | | $12,498,818.63 | (Total Claim) | $12,498,818.63 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |
| THE STANLEY WORKS | 51141 | Motors Liquidation Company | $4,800,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN IRVIN M FREILICH ROBERTSON FREILICH BRUNO & COHEN LLC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1 GATEWAY CENTER  17TH FL NEWARK, NJ 07102 | | | $0.00 | (Unsecured Claim) | $4,800,000.00 | (Unsecured Claim) | | |
| | | | $4,800,000.00 | (Total Claim) | $4,800,000.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |
| THE STANLEY WORKS | 59008 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN IRVIN M FREILICH ROBERTSON FREILICH BRUNO & COHEN LLC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1 GATEWAY CENTER 17TH FL NEWARK, NJ 07102 | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| UNITED TECHNOLOGIES CORPORATION | 45641 | Motors Liquidation Company | $20,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| MICHAEL R ENRIGHT | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ROBINSON & COLE LLP | | | | | | | | |
| 280 TRUMBULL STREET | | | $0.00 | (Unsecured Claim) | $20,000,000.00 | (Unsecured Claim) | | |
| HARTFORD, CT 06103 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $20,000,000.00 | (Total Claim) | $20,000,000.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE RECLASSIFIED** | **63** | | **$691,058,132.30** | (Secured Claim) | **$0.00** | (Secured Claim) | |
| | | | **$0.00** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) | |
| | | | **$0.00** | (Priority Claim) | **$0.00** | (Priority Claim) | |
| | | | **$0.00** | (Unsecured Claim) | **$691,058,132.30** | (Unsecured Claim) | |
| | | | **$691,058,132.30** | (Total Claim) | **$691,058,132.30** | (Total Claim) | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.