Hearing Date and Time: Jan 6, 2011 at 9:45 a.m.
Reply in Support of Cross-Motion Deadline: December 28, 2010 at 4:00 p.m.

BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Robert M. Dombroff
Jeffrey S. Sabin
Jared R. Clark

Attorneys for Deutsche Bank AG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE that the hearing on Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff [Doc. No. 4529] and Debtor's Cross-Motion for Immediate Payment [Doc. No. 6067] previously scheduled for November 18, 2010 at 9:45 a.m. has been adjourned to January 6, 2011 at 9:45 a.m., and the deadline for the Debtors' Reply in Support of Cross-Motion has been adjourned to December 28, 2010 at 4:00 p.m.

A/73251968.5

Dated: New York, New York
November 8, 2010

        BINGHAM McCUTCHEN LLP

        By: /s/Jared R. Clark
            Robert M. Dombroff
            Jeffrey S. Sabin
            Jared R. Clark
            399 Park Avenue
            New York, NY 10022
            (212) 705-7000

        Attorneys for Deutsche Bank AG

A/73251968.5