# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | LINDA SZEJNA <br> C/O ATTORNEY RUSSELL T GOLLA <br> PO BOX 228 <br> STEVENS POINT, WI 54481 |
| Claim Number (if known): | 655 |
| Date Claim Filed: | 7/17/2009 |
| Total Amount of Claim Filed: | $16,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/28/2010

Print Name: Russell T Golla

Title (if applicable): _____

1



| | | | |
|---|---|---|---|
| GERALD M. O'BRIEN* | ROBERT J. SHANNON | OF COUNSEL: | |
| THOMAS W. BERTZ | BRIAN G. FORMELLA | JOHN E. SHANNON, JR. | |
| RONALD T. SKRENES** | AMY J. EDDY | MAURICE G. RICE, JR. | |
| RUSSELL T. GOLLA* | RICHARD H. FULLER | | |
| ROBERT F. KONKOL | DAVID M. JAMES | IN MEMORIAM: | |
| TORREN K. PIES | KEITH J. PILGER | HIRAM D. ANDERSON, JR. | |
| NADINE I. DAVY | DONNA L. GINZL | 1946-2006 | |
| RICK A. FLUGAUR | DANIEL F. SCHMEECKLE | | |

ANDERSON
O'BRIEN, BERTZ
SKRENES &
GOLLA
ATTORNEYS AT LAW
Est. 1886

Celebrating Over
120
Years of Excellence
1886-2010

*Board Certified Civil Trial Specialist by National Board of Trial Advocacy
**Certified Estate Planning Law Specialist by Estate Law Specialist Board, Inc.

RUSSELL T. GOLLA
1257 MAIN STREET
P.O. BOX 228
STEVENS POINT, WI 54481-0228

E-MAIL rtg@andlaw.com
URL http://www.andlaw.com
FAX 715/344-5913
TEL 715/344-0890

October 28, 2010

Ms. Carmen Bickerdt
Bowman and Brooke LLP
50 West Big Beaver, Suite 600
Troy, MI 48084-5293

**VIA E-MAIL ONLY**
carmen.bickerdt@bowmanandbrooke.com

In Re:  Szejna v. Motors Liquidation Company
Case No.: 09-50026
Our File No.: 24,489

Dear Ms. Bickerdt:

Enclosed pursuant to your request is the Withdrawal of Claim form which I completed.

Very truly yours,

ANDERSON, O'BRIEN, BERTZ,
SKRENES & GOLLA

By _____
Russell T. Golla

RTG:mal/356404
Enclosure