## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☒ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | RONALD J CARLOW<br>PO BOX 71<br>WOLLASTON, MA   02170 |
| Claim Number (if known): | 22006 |
| Date Claim Filed: | 11/9/2009 |
| Total Amount of Claim Filed: | $18,500.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 21 October, 2010

_Edmund J Carlow POA_
RONALD   J   CARLOW
Print Name: EDMUND J. CARLOW

Title (if applicable): _____

US_ACTIVE:\43219392\02\72240.0639

10/23/2010 11:58   Macmill Inc.   6177700027   #024   Page 02/05



## DURABLE POWER OF ATTORNEY

Know all men by these presents that I, **Ronald J. Carlow**, undersigned, of Quincy, Norfolk County, Massachusetts do hereby make, constitute and appoint **Linda Delaney** and **Edmund J. Carlow**, of Quincy, Norfolk County, Massachusetts to be my true and lawful attorney in fact for me and in my name, place and stead, and on my behalf, and for my use and benefit:

1. To exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power or capacity to exercise or perform in connection with, arising from, or relating to any person, item, transaction, business, property, real or personal, tangible or intangible, or matter whatsoever;

2. To request, ask, demand, sue for, recover, collect, receive, hold and possess such sums of money, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pension and retirement benefits, insurance benefits and proceeds, any and all documents of title, causes in action, personal and real property, tangible and intangible property and property rights and demands whatsoever, liquidated or unliquidated, as now are, or shall hereafter become owned by me, or due, owing, payable, or belonging to me or in which I have or may hereafter acquire an interest, to have, use and take all lawful means and equitable legal remedies, procedures and writs in my name for the collection and recovery thereof, and to adjust, sell, compromise, and agree for the same, and to make, execute and deliver, for me, on my behalf, and in my name, all endorsements, acquittances, releases, receipts, or other sufficient discharges for the same;

3. To lease, purchase, exchange, and acquire, and to agree, bargain, and to contract for the lease, purchase, exchange, and acquisition of, and to accept, take, receive, and possess and real or personal property whatsoever, tangible or intangible, or interest thereon, on such terms and conditions, and under such covenants, as said attorney in fact shall deem proper;

4. To maintain, improve, repair, manage, insure, rent, lease, sell, convey, subject to liens, mortgage, subject to deeds of trust, and hypothecate, and in any way or manner deal with all or any part of any real or personal property whatsoever, tangible or intangible, or any interest therein, that I now own or may hereafter acquire, for me, in my behalf, and in my name and under such terms and conditions, and under such covenants, as said attorney in fact shall deem proper;

5. To conduct, engage in, and transact any and all lawful business of whatever nature or kind for me, on my behalf, and in my name;

6. To make, receive, indorse, execute, acknowledge, deliver, and possess such applications, contracts, agreements options, covenants, conveyances, deeds, trust deeds, security agreements, bills of sale, leases, mortgages, assignments, insurance policies, bills of lading, warehouse receipts, exchange, letters of credit, notes, stock certificates, proxies warrants, commercial paper, receipts, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of bank, savings and loan or other institutions or associations, proof of loss, evidences of debts, releases, and satisfaction of mortgages, liens, judgments, and other debts and obligations and such other instruments in writing of whatever kind and nature as may be necessary or proper in the exercise of the rights and powers herein granted;

Acct #

2

7. To give or withhold consent to medical or surgical procedures in regard to my condition and known wishes in reference to terminal care and to authorize end-of-life care, including pain and relieving procedures;

8. To give discharges and releases to physicians, surgeons, anesthesiologists, lawyers and others as the case may be;

9. To employ or discharge personnel whether medical, surgical, nurses or others;

10. I grant to said attorney in fact full power and authority to do, take and perform all and every act and thing whatsoever requisite, proper, or necessary to be done, in the exercise of any of the rights and powers herein granted, as full as to all intents and purposes as I might or could do if personally present, with full power revocation, hereby ratifying and confirming all that said attorney in fact, or her substitute or substitutes, shall do or cause to be done by virtue of this power of attorney and the rights and powers herein granted;

11. This power of attorney shall not be affected by subsequent disability or incapacity of the principal and shall be construed in accordance with Chapter 201B of the Massachusetts General Laws;

12. The enumeration of specific items, rights, acts, or powers herein is not intended to, nor does it limit or restrict, and is not to be construed or interpreted as limiting or restricting the general powers herein granted to said attorney in fact;

13. In the event that I require a conservator or guardian at some future date, I nominate Linda Delaney and Edmund J. Carlow to serve in such capacity; and

14. If in the exercise of the duties hereunder, the attorney in fact, while acting in good faith, should incur liability of any kind attributable to the exercise of said duties, I waive any right I may have against him and I agree to indemnify him if he should become liable to others.

Witness my hand and seal this 26th day of August 2004.

_____
RONALD J. CARLOW

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                                                             August 26, 2004

Then personally appeared the above-named Ronald J. Carlow and acknowledged the foregoing instrument to be his free act and deed, before me,

_____
Notary Public  Debora A. Granelli
My commission expires: 2/25/05

# DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: Tim Neis, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to TNeis@alixpartners.com, or via facsimile to 313-486-4258.

# Hancock Properties

**FAX COVER SHEET**

| | |
|---|---|
| TO: TIM NEIS | FROM: ED CARLOW |
| COMPANY: ALIX PARTNERS | DATE: 21 October, 2010 |
| FAX NUMBER: (313) 486-4258 | TOTAL PAGES (Including cover): FIVE (5) |
| PHONE NUMBER: (313) 486-2981 | SENDER PHONE NUMBER: (617) 770-2836 |
| RE: CLAIM #22006 (GM) | RONALD J. CARLOW |

Please Recycle

NOTES: MR. NEIS,
ENCLOSED REQUESTED FORMS. SINCE CLAIM ORIGINALLY FILED BONDS WHICH ARE IN MY FATHERS UBS BROKERAGE ACCOUNT ARE NOW OWNED UNDER THE RONALD J. CARLOW IRREVOCABLE TRUST OF WHICH My sister and myself are the Trustees, will this be an issue down the road.

Thanks
Ed Carlow