**⌘ DowLohnes**

*Peter D. Coffman*
D 770.901.8905  E pcoffman@dowlohnes.com

October 27, 2010

Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   Motor Liquidation Company, Case No. 09-50026

Dear Sir/Madam:

Enclosed please find a Withdrawal of Claim to be filed in the above referenced matter. Please contact me should you have any questions.

Sincerely,

Peter D. Coffman

Enclosure



RECEIVED
NOV - 2 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

**Dow Lohnes PLLC**
Attorneys at Law
www.dowlohnes.com

ATLANTA, GA | WASHINGTON, DC

Six Concourse Parkway, Suite 1800
Atlanta, GA 30328-6117
T 770.901.8800  F 770.901.8874

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | MANHEIM AUCTIONS <br> DOW LOHNES PLLC <br> 6 CONCOURSE PKWY SUITE 1800 <br> ATLANTA, GA, 30328 |
| Claim Number (if known): | 60086 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $1,055,180.03 |

RECEIVED NOV - 2 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/27/10

Print Name: Ric D. Coffman

Title (if applicable): Attorney

US_ACTIVE:¥43219392¥02¥72240.0639