## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JORGE FIGUEROA<br>C/O JASON A ITKIN<br>ARNOLD & ITKIN LLP<br>1401 MCKINNEY STREET STE 2550<br>HOUSTON, TX 77010 |
| Claim Number (if known): | 50585 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $15,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/14/10

Print Name: Jason A. Itkin

Title (if applicable): _____



RECEIVED NOV - 5 2010 U.S. BANKRUPTCY COURT, SDNY

1