

## Waltman & Grisham
### Attorneys At Law

**Lynn A. Grisham**
Board Certified in Personal Injury
Trial Law and Civil Trial Law by the
Texas Board of Legal Specialization
State Bar of Texas

September 30, 2010

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
PO Box 9386
Dublin OH 43017-4286

RE:   MLCS, LLC (f/k/a Saturn, LLC) –
        Case No. 09-50027 (REG)
      Motors Liquidation Company (f/k/a General Motors Corporation) –
        Case No. 09-50026 (REG)

Dear Sir or Madam:

Please find enclosed for filing in the above cases four (4) Withdrawals of Claim for the Taylor, Barbara Mae/Robert Taylor and Taylor, Barbara Mae/Barbara Luvera claimants.

Thank you for your assistance in this matter.

With kindest regards,

**WALTMAN & GRISHAM**

Lynn A. Grisham

Encl.
BKCY-2

2807 South Texas Avenue, Suite 201   Bryan, Texas 77802   Telephone: 979.694.0900   Fax: 979.822.3958   Email: lynn@waltman.com

http://www.waltman.com

United States Bankruptcy Court for the  Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Motors Liquidation Company (f./k/a General Motors Company) |
| Creditor Name and Address: | Barbara Mae Taylor, deceased, through claimant Barbara Luvera<br>2807 S Texas Ave #201<br>Bryan, Texas 77802-5326 |
| Court Claim Number (if known): | 09-50026 (REG) |
| Date Claim Filed: | 10-07-09 |
| Total Amount of Claim Filed: | $1,500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  September 17, 2010 _____

_Barbara Luvera_

Print Name:  Barbara Luvera

Title (if applicable): _____

------------------------------------------------------------------------------------------------

## DEFINITIONS

_Debtor_
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

_Creditor_
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

_Proof of Claim_
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

_Court, Name of Debtor and Case Number:_
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

_Information about Creditor:_
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

_Information identifying the Claim that is to be withdrawn:_
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



Waltman & Grisham
Attorneys At Law
2807 South Texas Avenue, Suite 201 Bryan TX 77802

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
PO Box 9386
Dublin OH 43017-4286



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.440
0003155104    SEP 30 2010
MAILED FROM ZIP CODE 77802