# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number:<br>(please check one) | ☒ Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Gerald K. Dowd<br>c/o Philip Keith, Esq.<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104 |
| Claim Number (if known): | 60588 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $22,050.88 |

RECEIVED NOV - 5 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 4, 2010

Print Name: Philip Keith

Title (if applicable): Attorney for Creditor

1