UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| General Motors Corporation | § | CASE NO. 09-50026-REG |
| Debtor(s) | | (Chapter 11) |
| | § | |

## WITHDRAWAL

NOW COMES, Hill County Junior College in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 6/15/09 (Claim no. 486) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 5th day of November, 2010:

| Stephen Karotkin | U S Trustee |
|---|---|
| Weil Gotshal & Manges, LLP | 33 Whitehall Street |
| 767 Fifth Avenue | 21st Floor |
| New York NY 10153 | New York NY 10004 |

_____
ELIZABETH BANDA CALVO