UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

NOV - 8 2010

IN RE: §

General Motors Corporation § CASE NO. 09-50026-REG
   (Chapter 11)
Debtor(s) §

§

## WITHDRAWAL

NOW COMES, City of Cleburne in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 10/15/09 (Claim no. 17729) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 5th day of November, 2010:

| Stephen Karotkin | U S Trustee |
|---|---|
| Weil Gotshal & Manges, LLP | 33 Whitehall Street |
| 767 Fifth Avenue | 21st Floor |
| New York NY 10153 | New York NY 10004 |

_____
ELIZABETH BANDA CALVO