UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------- x
                                             :
   In re                                    :   Chapter 11
                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,        :   Case No. 09-50026 (REG)
   f/k/a General Motors Corp., *et al.*,    :
                                             :   (Jointly Administered)
                                             :
                      Debtors.     :
-------------------------------------------- x

## ORDER AUTHORIZING ADMISSION
## *PRO HAC VICE* OF RON E. MEISLER

UPON the Application of Kayalyn A. Marafioti, dated November __, 2010, for admission pro hac vice in the above-referenced chapter 11 cases, it is hereby

ORDERED that Ron E. Meisler is admitted to practice, pro hac vice, in the above-referenced bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of applicable filing fees.

Dated:     New York, New York
             November __, 2010

                                            UNITED STATES BANKRUPTCY JUDGE