UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
                                              :

    In re                                        :     Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*,  :     Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,      :

                                              :     (Jointly Administered)

                    Debtors.        :
------------------------------------------- x

## ORDER AUTHORIZING ADMISSION
## *PRO HAC VICE* OF ALBERT L. HOGAN, III

       UPON the Application of Kayalyn A. Marafioti, dated November __, 2010, for admission <u>pro hac vice</u> in the above-referenced chapter 11 cases, it is hereby

       ORDERED that Albert L. Hogan, III is admitted to practice, <u>pro hac vice</u>, in the above-referenced bankruptcy cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of applicable filing fees.

Dated:       New York, New York
                November __, 2010

                                                              UNITED STATES BANKRUPTCY JUDGE