UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                      :    Chapter 11
                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,      :    Case No. 09-50026 (REG)
   f/k/a General Motors Corp., *et al*.,   :
                                           :
            Debtors.                       :    (Jointly Administered)
                                           :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On November 8, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 7677].

Dated: November 9, 2010              /s/ Kathy-Ann Awkward_____
       Melville, New York            Kathy-Ann Awkward

Sworn to before me this 11th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011

# EXHIBIT A

DETROIT WATER & SEWERAGE DEPARTMENT  
735 RANDOLPH ST 4TH FLOOR  
DETROIT MI 48226-2850

DETROIT WATER & SEWERAGE DEPARTMENT  
735 RANDOLPH ST 4TH FLOOR  
DETROIT MI 48226-2850

SHERIF RAFIK KODSY  
15968 LAUREL OAK CIRCLE  
DELRAY BEACH FL 33484