UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF SUFFOLK | ) |

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 8, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) ("**Debtors' One Hundredth Omnibus Objection**") [Docket No. 7679].

3. On November 9, 2010, also at the direction of Weil Gotshal, I caused a true and correct copy of **Debtors' One Hundredth Omnibus Objection** to be served by first class mail on the party identified on Exhibit B annexed hereto (affected party):

Dated:  November 11, 2010                  /s/ Kathy-Ann Awkward_____
       Melville, New York                  Kathy-Ann Awkward

Sworn to before me this 11th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

STEPHAN THEIS
2032 WATKINS LAKE RD
WATERFORD MI 48328-1432

TIBBS, SARLOWER OLIVIER
PO BOX 531282
GRAND PRAIRIE TX 75053-1282

# EXHIBIT B

OLIVARES, WILLIE
11671 COUNTY ROAD 461
TYLER, TX 75706-4821