# Exhibit A

| | | |
|---|---|---|
| NORTH CAROLINA | ) | IN THE GENERAL COURT OF JUSTICE |
| | ) | DISTRICT COURT DIVISION |
| WAKE COUNTY | ) | |
| | ) | |
| | ) | File No. |
| TRACY WOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | COMPLAINT: |
| ONYX ACCEPTANCE | ) | NON MATERIAL DISCLOSURE |
| CORPORATION, CAPITAL | ) | VIOLATIONS, TRUTH AND LENDING |
| ONE AUTO FINANCE, INC., | ) | ACT, PREDATORY LENDING, FRAUD |
| GENERAL MOTORS COMPANY/ | ) | MAGNUSON-MOSS WARRANTY ACT, |
| CHEVROLET DIVISION OF GM/ | ) | UNIFORM COMMERCIAL CODE |
| GENERAL MOTOR CORP., | ) | SUMMARY, FAIR DEBT COLLECTION |
| FARM AND RANCH AUTO | ) | PRACTICES ACT, REVOCATION OF |
| SALES, INC. | ) | CONTRACT, UNFAIR AND DECEPTIVE |
| | ) | TRADE PRACTICES, LARCENY OF A |
| | ) | MOTOR VEHICLE, FAIR CREDIT |
| | ) | BILLING ACT, FRAUD, PREDATORY |
| | ) | PRACTICES, TRUTH AND |
| | ) | LENDING ACT, NEGLIGENCE, FAIR |
| | ) | CREDIT REPORTING ACT, BREACH OF |
| | ) | CONTRACT, PUNITIVE DAMAGES, & |
| | ) | FAIR CREDIT BILLING ACT |

I am requesting that this Honorable Court grant relief from the defendants who made the following violations of the Magnuson-Moss Warranty Act, Uniform Commercial Code Summary entitling a Revocation of contract, Fair Credit Billing Act, Fraud, Fair Debt Collection Practices Act, Unfair and Deceptive Trade Practices Act, Negligence, Non material disclosure violations, Truth and Lending Act ("TILA"), and Predatory Lending Practices based on the following facts:

1. I have a fraud alert on my credit report in which Capital One Auto Finance never called me directly regarding the SUV loan as to whether I applied for the vehicle which is a requirement of the fraud consumer alert protection against all creditors and Fair Credit Reporting Act.

2. Farm and Ranch Auto Sales assured me that the 2003 chevrolet Suburban SUV was in good condition and serviced which is part of the express warranty. Farm and Ranch Auto Sales refused to address the series of defects as they indicated in my response to the Attorney General's Office, Consumer of Protection. It is Negligence on both Capital One Auto Finance subsidiary of Onyx Acceptance Corporation of refusing to address the defects. The Lender is guilty of predatory lending practices since they did not verify if I could pay for the loan and the sales representative at Farm and Ranch Auto Sales was so quick with the transaction I was not asked for any bank statements being self-employed their was not much of any criteria on creditworthiness on whether I could actually pay for the loan and I was rushed out with keys in my hand and that was it. In the UCC code, I did not receive any kind of rescinding form from Farm and Ranch Auto Sales in which is violation of not providing proper material disclosures. General Motors Company as manufacturer is liable for delivery of a vehicle that is defective and non conforming and non performing. The implied warranty is that the SUV was suppose to work for a particular purpose which is conformity and consistency; however, the SUV was nonconforming and inconsistent. Furthermore, immediately after being driven off the lot, the oil had to be changed which indicated that the SUV had not been serviced as stated by the Sales Representative indicated. Farm and Ranch Auto Sales and Onyx Acceptance Corp. is guilty of fraud in that I was defrauded on the good condition of the 2003 SUV was consistently nonconforming and had existing defective problems which included manufactured defects. The SUV turned out to be a heap of expensive

2

and costly junk. The SUV stranded me and my very young children from infants to younger children since the dealer delivered the defective SUV to me on no less than 6 occasions in various locations such as Clayton, NC, Raleigh, NC, and Salisbury, NC witnessed by Mr. John Tysor, and at a grocery store and along the road witnessed by a family member and senior citizen, Ms. Lillian Woody. I had to get a jump on many occasions, take the battery back to the store, and exchange the battery not having knowledge that the SUV failed to conform due to defects that culminated into the defect of the fuel pump draining the battery and the manufacturers repair defect problem of the fuel tank reading false readings which also contributed to the vehicle cutting off while driving and having to struggle dangerously with the wheel to drift the car on the side of the road. I had to call a wrecker due to the SUV stranding me and my young children and senior citizen family member. Furthermore, the location the SUV was again inoperable was between a visible hill which made the car at high risk of being hit since it was hard to see the vehicle while approaching a hill and very sharp curve. With very little children in the car and a senior citizen as other times being stranded by the SUV while waiting on a wrecker I feared for our safety. With a $33,687.36 total sale price this SUV should have not had the constant expensive costly problems that have accumulated during the time I had the vehicle. I have had at least 7 used cars with 70,000 miles or more mileage then the SUV for over 4 years each in some 25 year period and I never had a fuel pump go bad in the duration of any of my car purchases which were less than $12,000 in value; however, the nonconforming SUV with almost 3 times the expense has had a number of

3

cumulative defective problems which severely impacted its performance. If the

vehicle is valued at $9,000, the $33,687.36 sale purchase has a misrepresented

value on the worth of the SUV when first purchased.

3.   On Sunday, April 19, 2009, a towing vehicle hauled the SUV off. It was

repossessed as the CAD plus Police Department printout states for 4/19/09 and it

was not surrendered. Due to the Bankruptcy Court having jurisdiction on April

22, 2009 case #09-3184 had been properly served on Capital One Auto Finance

all action stops from creditors until it has been decided by the Bankruptcy court

on the lift of stay and Capital One Auto Finance is guilty of Grand Larceny of a

motor vehicle and violation of the Fair Debt Collection Practices Act. The ones

towing the vehicle did not identify themselves and they had my personal

belongings in the vehicle such as a child required car seat of $100 value and a

locked gas cap paid $18 while the car was being serviced in January 2009.

Through a violation of the Fair Debt Collection Practices Act my account for 6

months activity was told to Mr. John Tysor, who is not an account holder, by the

female who was with the group that hauled off the SUV. Mr. John Tysor was told

details of my account and he is not an account holder. However, due to the

constant cost of nonconformance of the SUV, the cost of expensive repairs added

to my severe financial ruin, inability to obtain financing due to receiving higher

fees, and bankruptcy. The problems with the SUV has also handicapped my

inability to perform work in which travel is a requirement in maintaining homes

and meeting consulting customers which has a direct impact on my income; in

turn, causes financial ruin and harm not only on my credit but the negative

4

income and expense in the ability to pay bills. I have reasonable cause to be awarded a revocation of the contract and full refund of all payments and cost of this loan transaction and all cost and expenses of the vehicle according to the Magnuson-Moss Warranty Act and the Uniform Commercial Code Summary of revocation of contract due to the vehicle non performance and defective activity, along with all other relief sought in my Complaint. Due to Capital One Auto Finance and Farm and Ranch Auto Sales selling me a lemon vehicle with an expensive cost of almost $34,000. The cost of this SUV is a major expense like the value of a home today. The constant stranded, stalled, series of manufactured defects and conditions substantially impaired the value of the SUV to me the consumer at such a high price. The SUV still needs the fuel gauge replaced by the manufacturer, Chevrolet is a division of General Motors Company and engine light came on a few weeks ago and it was attributed to an exhaust check and test to fully repair that problem which would attribute to more of a cost. With the SUV not conforming to its value Farm and Ranch Auto Sales and Capital One Auto Finance violated the Magnuson-Moss Warranty Act and Uniform Commercial Code Summary and thereby a revocation of contract is warranted and necessary. I am also seeking the cost of the battery of $87.47 and the repair cost of $538.58 and $9 towing cost which is an additional $636.05. Capital One Auto Finance still has possession of the SUV.

4. Capital One Auto Finance never provided proper disclosures that a reduction of $351.90 was applied to my account and in violation of the Fair Credit Billing Act. This amount was stated by the Bankruptcy Trustee was paid to Capital on my

account. Capital One Auto Finance violated the Fair Credit Billing Act by not

providing proper payment disclosures and proper recording to my account in

appropriate statement handling and delivery to consumer before the SUV was

hauled off.  I have not been provided consistent monthly statements since Feb. of

2009 from Capital One Auto Finance.  Capital One Auto Finance claimed the

contract states a 10.09% APR; however, they claimed to the Bankruptcy Trustee

the amount to pay monthly is at a 7% interest rate.  I never received any reduced

adjustment in payments from Capital One Auto Finance nor any statement of

activity regarding this interest rate.  The principal amount is disputed.  My credit

report showed inconsistencies regarding how long the loan should be paid not the

72 month disclosure of the sales contract but a 73 month payment is inaccurate

and inconsistent. Article 15 North Carolina Finance Act 1961, c:1053s 53-183;

1957 c1429 s.3; 1961, c:1053 s.1.;  15-164 12 CFR Part 226 Regulation Z) a

finance company can not make false statements deceive on representation of rates,

terms or conditions of loans and the payments of months of the contract is this

fraudulent misrepresentation along with the condition of the SUV which was in

fact defective.  Fraudulency of the loan from Onyx and Capital One Auto Finance

on my credit reports.  This unfair and deceptive trade practices overcharge

consumers and are not properly disclosed to the consumer from the date of sale

onward and during the account activity which is in violation of the Unfair and

Deceptive Trade Practices Act and Fair Credit Billing Act and Fair Credit

Reporting Act and Truth and Lending Act violations ("TILA").

5. Onyx Acceptance Corp was properly served that I was in Bankruptcy and they did not return the SUV nor my materials in the vehicle they repossessed on April 19, 2009 for it in fact was not surrendered. Onyx Acceptance Corp and Capital One are guilty of larceny of a motor vehicle. They violated the Bankruptcy Stay since as of April 24, 2009 from receiving the Bankruptcy notice, they have held the SUV and still have it.

I petition that this Honorable Court:

1.    Acknowledges the revocation of the contract, my full refund paid to Capital One Auto Finance of $8,889.72, reimbursement for the stolen child seat of $100, locked gas cap of 18, gas I just put in the SUV $10 in the tank when it was hauled off, 2007 battery and repair purchases mentioned in January 2009 repair bill of $636.05 which totals 9,653.77 plus cost of using another vehicle while I did not have the SUV in my possession since April 19, 2009 with a cost of renting the car for 5 months at $300 a month or $1,500 and counting.   Due to the violation of the Fair Debt Collection Practices Act, predatory lending practices, larceny of motor vehicle, Truth and Lending Act, other state and federal statues, and along with punitive damages.

2.    All Onyx Acceptance Corp.'s attorney fees and be charged to Defendants due to their state and federal violations.

3.    Punitive, breach of contract, treble damages in fraudulency of loan and defective performance of the SUV and the negative affect it has had on my credit reports in violation of the Fair Credit Reporting Act.

7

4.     Onyx Acceptance Corp contract is revoked according to the UCC and Magnuson

Warranty Act and due to the manufactured defects of the 2003 Chevrolet Suburban SUV

manufactured by Chevrolet which is a division of General Motors Company.

This the 18th day of August,  2009.

_____

Tracy Woody, Pro Se

8

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing
Affidavit by depositing a copy of the same in the United States Mail, postage prepaid, in
an envelope addressed as noted below where service is indicated BY MAIL:

George R. Bell Sr.
Farm and Ranch Auto Sales, Inc.
4328 Louisburg Rd.
Raleigh, NC 27604

Capital One Auto Finance, Inc.
Capital One Auto Finance Subsidiary Onyx Acceptance Corporation
Registered Agent
327 Hillsborough Street
Raleigh, NC 27603

Onyx Acceptance Corporation
c/o Attorney John C. Bircher III
White & Allen, PA
1319 Commerce Drive
P. O. Drawer U
New Bern, NC 28562

General Motors Company
General Motor Corporation
Registered Agent: 30600 Telegraph Rd., Ste 2345
Bingham Farms, MI 48025

Chevrolet
Division of GM
P. O. B. 33170
Detroit, MI 48232-5170

This 18th day of August, 2009.

_____
Tracy Woody, Pro Se

## TABLE OF CONTENTS

Exhibit A    Capital One Auto Finance Subsidy of Onyx Acceptance Corporation certificate of
Service receipt on Voluntary Petition and Bankruptcy case #

B    Attorney General Complaint form against dealer and Capital One

C    Farm and Ranch Sales Advertisement

D    Letter received from Capital One Autofinance on terms of contract

E    Repair and costs

F    Retail Installment Sales Contract mentioning 72 months not 73 month payments
and Features of SUV

G    Credit Report that was reported by Capital One

H    Police CadPlus Report of SUV being Repossessed

I    Response of Attorney General's Complaint Info

J    Magnuson-Moss Warranty Act, UCC code, and Unfair and Deceptive Trade
Practices Act.

B1 (Official Form 1)(1/08)

**United States Bankruptcy Court**

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): Woody, Traurig, Michele | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 7712 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 114 Huron Dr. Louisburg, NC     ZIP CODE 27549 | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: Franklin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): 4908 Vallery Place Raleigh, NC     ZIP CODE 27604 | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP.) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☐ Chapter 7 ☐ Chapter 9 ☐ Chapter 11 ☐ Chapter 12 ☒ Chapter 13 ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. ☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. ---- **Check all applicable boxes:** ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | **FILED** 3:10 PM APR 20 2009 STEPHANIE J. EDMONDSON, CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NC |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|



**Kenne Denny**

COMPLETE THIS SECTION ON DELIVERY

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Penny   C. Date of Delivery  1-24-09

APR 24 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0001 8691 0045

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Tracy Worley
Mailcode 4908 Valleery Place
Raleigh, NC 27604

1st page of letter is #
Universal Default letter to
Credit Card #
Secured Financing by
both principle Acceptance
signature of 11/24/10

## Motor Vehicles Consumer Complaint Form

Please complete this form on your computer, print it and mail it to:

**Consumer Protection**
Attorney General's Office
9001 Mail Service Center
Raleigh, North Carolina 27699-9001
Telephone: (919) 716-6000
Fax: (919) 716-6050

*File*
*Magnuson - Moss Warrenty act*
*Uniform Commercial*
*Code Summary*
*Revocation of contract*

From:

Your Name(s):
*Tracy Woody*

Address:
*mailing Address: 4908 Vallery Place*

City:
*Raleigh,*

State: *NC*   Zip: *27604*

Telephone: Home: *919-349-3418*   Business:

Dealer or Repair Shop Complained About:

Name: *Dealer*
*Farm & Ranch Auto Sales*
Address:
*4328 Louisburg Rd.*
City:
*Raleigh*

State: *NC*   Zip: *27604*

Telephone: *919-876-7286*

*Finance Co.*
*& Capital One Auto Finance*
*3901 N. Dallas Parkway*
*Plano, TX 75093*
*1-800-946-0332*
*P. O. B. 260848*
*Plano TX 75026-0848*

Is your complaint about (please check one)?

☐ New car sales practices   ☑ Used car sales practices   ☑ Warranty

☑ Manufacturing defect   ☑ Repairs   ☑ Financing or leasing?

Did you buy your vehicle: New ☐ , Demo ☐ , Used ☑ ?

Make, Model & Year: 2003 Suburban Chevrolet

Date of Purchase: 8 /A /06

Where Financed (if relevant):

Name:

Capital one Auto finance

Address:

3901 N. Dallas Parkway / P.O.B. 260848
Plano TX 75026-0848

City:

Plano

State: TX    Zip: 75093

## What does the Consumer Protection Office Do?

The Attorney General's Consumer Protection Office acts to protect the public from unlawful business practices. While we can often assist with the mediation of a dispute, we do not have the authority or resources to act as a lawyer for consumers in individual disputes. We encourage citizens to send us information about suspect business practices because this helps us identify areas for enforcement.

## Instructions

Please explain in the space provided. You may use additional sheets, if necessary. We will send a copy of your complaint to the business you are complaining about, so please type or write clearly. Try to brief, but be sure to tell what happened, when it happened, and where it happened.

If this is a vehicle sales problem, please include copies (not originals) of your bill of sale, credit contract and any correspondence relating to the problem. If this is a used car warranty problem, please include a copy of the warranty and describe specifically any oral warranties or promises made about the condition of the car. If this is a repair problem, please include copies of the repair orders or written estimates.

Explanation: This 2003 SUV has a mechanical defect problem from the purchase of the car and found out during lengthy discussions with the mechanic who is [?] down [?]

The 2003 SUV stopped working within a few months of purchasing the vehicle, which I mentioned to Cap. hed one Representative also the middle seat belt and they said nothing about it in the 2nd row never worked and this was a major problem with children who were transported regularly who ~~didn't~~ were required by law to seat in the warmer months in seat belts. The last row would get hotter, because their were no rear and back side windows that could open up ~~on~~ the car for air. ~~It~~ A child can not sit in the middle row at the middle seat since the seat belt was defective. The child had to sit in the rear. After changing the battery several times, the SUV again stopped working for 6 months (last year). In such a thorough discussion with the mechanic I found out that the vehicle had a defective/intermittent fuel pump which can cause the battery to drain, and after leaving the repair shop and getting stranded again I found out that the fuel gauge was defective and has been all this time reporting the wrong fuel in the tank and the manufacturer has to fix it which also ~~is~~ contributed to a non working vehicle. There is also a questions on the contract charging 10.09 interest as they stated in the Bankruptcy context

What do you want the company to do?
Full refund paid in the whole transaction of ^ 25,088.35 ~~of~~ interest payments plus trustee payments of around 467.88 during 11/18/2006 - 6/18/2008 period the total purchase of $33,687.36 a major investment that should the tree many in 7 weeks according to the Magnuson-Moss Warranty Act. I do intend to exercise my consumer rights by seeking legal counsel and following up in a law suit. The value of the car being $33,687.36 and the amounts of interest paid and the $351.90 amount the Bankruptcy Trustee paid Capital one autofinance. The danger of the car is that it cut off while I was driving down the road and the fuel indicator showed gas was in the tank. There was no yellow indicator light on either. With kids in the car the way the car shut down we were at [?] and we were stranded just beyond a dangerous curve and where visibility was not clear.

which contributed changed the payments and I never receive any of this info in writing from Capital One autofinance any [?] change in payments.

The above statements are true to the best of my knowledge and belief.

Signature _Nacy Woody_   Date: _4/10/09_   Correct negotiating is only credit as well.

**WARNING:** Do not e-mail this form. The Consumer Protection Office currently is not equipped to handle substantive matters in this manner.

The other problem is with the sales contract it states 72 months, however, payments totaled 73 months which credit report reflect inconsistency of the loan. I also had a fraud alert on my credit report. however, I wasnever directly contacted by Cap. Hed one to find out if I actually applied for the vehicle.



**CapitalOne**® | auto finance℠

Capital One Auto Finance, Inc.
P. O. Box 93016
Long Beach, CA 90809-3016

08/29/06

IıIııIIıııIıIIııIIııııIIıIIıIIıIıııIIıIIıııIıIIıIIıIıI

9543

TRACY WOODY
1322 HOLMAN STREET
RALEIGH, NC 27601

Dear TRACY WOODY,

Congratulations on your recent vehicle purchase. We sincerely hope that your new CHEVROLE will provide you with many years of reliable service.

Your dealer has assigned your account to Capital One Auto Finance, Inc. (COAF) or COAF's subsidiary, Onyx Acceptance Corporation, and COAF is servicing your account. You will be receiving a monthly billing statement 7 - 10 days prior to your due date, which will make it convenient to mail your payments each month. However, if you have not received the statement by your first payment date of 10/03/06, please mail the payment directly to us so that it arrives by the scheduled due date

The address for your payment is:          Capital One Auto Finance, Inc.
                                          P. O. Box 93016
                                          Long Beach, CA 90809-3016

The following disclosures apply to your loan:
Loan Account Number:  4830323
Loan Type Number:  1001
Maturity date:  09/03/12
Payment Amount:  $467.88
Annual Percentage Rate:  10.09%

As a condition of your finance contract, please remember to keep us informed of any address or telephone number changes. You must also keep your vehicle insured for physical damage during the term of the finance contract with a minimum policy term of six months. All renewals of your physical damage insurance should have a minimum policy term of six months.

Please include your loan account number on any payment or correspondence you send us. To protect your credit, plan on making your payments on time. If you have any questions concerning your account, you may call us toll free at 1-800-946-0332. We may monitor and record all contacts with you to assure quality service.

Very truly yours,

Capital One Auto Finance, Inc.



**Transaction History Report**

Date: 8/21/2008

Time: 2:32:28PM

Account #: 48503231003    Borrower: TRACY WOODY    Transaction Type: ALL    Transaction Level: ALL    From: 08/10/2006    To: 08/21/2008

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/02/2008 | 002 | .00 | .00 | 5.00 | 20,131.18 | 08/02/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 07/03/2008 | 005 | .00 | .00 | 5.00 | 20,131.18 | 07/03/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 06/02/2008 | 007 | .00 | .00 | 5.00 | 20,131.18 | 06/02/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 05/03/2008 | 008 | 16.74 | .00 | .00 | 20,430.10 | 05/03/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 05/03/2008 | 009 | 168.96 | 298.92 | .00 | 20,131.18 | 05/03/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 04/03/2008 | 009 | 17.55 | .00 | .00 | 20,720.89 | 04/03/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 04/03/2008 | 001 | 177.09 | 290.79 | .00 | 20,430.10 | 04/03/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 04/02/2008 | 008 | .00 | .00 | 5.00 | 20,720.89 | 04/02/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 03/03/2008 | 009 | 17.22 | .00 | .00 | 21,014.97 | 03/03/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 03/03/2008 | 001 | 173.80 | 294.08 | .00 | 20,720.89 | 03/03/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 02/02/2008 | 001 | 26.68 | .00 | .00 | 21,213.61 | 02/02/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 02/02/2008 | 002 | 269.24 | 198.64 | .00 | 21,014.97 | 02/02/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 12/18/2007 | 007 | 18.25 | .00 | .00 | 21,497.26 | 12/18/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 12/18/2007 | 008 | 184.23 | 283.65 | .00 | 21,213.61 | 12/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 11/17/2007 | 001 | 17.90 | .00 | .00 | 21,784.48 | 11/17/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 11/17/2007 | 002 | 180.66 | 287.22 | .00 | 21,497.26 | 11/17/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 10/18/2007 | 005 | 183.02 | 284.86 | .00 | 21,784.48 | 10/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 09/18/2007 | 009 | 197.62 | 270.26 | .00 | 22,069.34 | 09/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 08/17/2007 | 003 | .62 | .00 | .00 | 22,613.69 | 08/17/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 08/17/2007 | 004 | 193.79 | 274.09 | .00 | 22,339.60 | 08/17/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 07/17/2007 | 006 | 18.19 | .00 | .00 | 22,898.00 | 07/17/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 07/17/2007 | 007 | 183.57 | 284.31 | .00 | 22,613.69 | 07/17/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 06/18/2007 | 008 | 25.95 | .00 | .00 | 23,104.02 | 06/18/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 06/18/2007 | 009 | 261.86 | 206.02 | .00 | 22,898.00 | 06/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 05/08/2007 | 002 | 21.75 | .00 | .00 | 23,352.42 | 05/08/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 05/08/2007 | 003 | 219.48 | 248.40 | .00 | 23,104.02 | 05/08/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 04/04/2007 | 005 | 21.98 | .00 | .00 | 23,598.50 | 04/04/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 04/04/2007 | 006 | 221.80 | 246.08 | .00 | 23,352.42 | 04/04/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 03/01/2007 | 008 | 17.02 | .00 | .00 | 23,894.64 | 03/01/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 03/01/2007 | 009 | 171.74 | 296.14 | .00 | 23,598.50 | 03/01/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 02/03/2007 | 008 | 24.44 | .00 | .00 | 24,115.85 | 02/03/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 02/03/2007 | 009 | 246.67 | 221.21 | .00 | 23,894.64 | 02/03/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 12/28/2006 | 002 | 16.05 | .00 | .00 | 24,421.71 | 12/28/2006 | 30 | S | | .00 | .00 | .00000 | **** |

## Transaction History Report

Account #: 18303221001   Borrower: TRACY WOODY   Transaction Type: ALL   Transaction Level: ALL   From: 08/19/2006   To: 08/21/2008

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/2006 | 003 | 162.02 | 305.86 | .00 | 24,115.85 | 12/28/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 12/04/2006 | 001 | 21.63 | .00 | .00 | 24,671.34 | 12/04/2006 | 30 | S | | .00 | .00 | .00000 | **** |
| 12/04/2006 | 002 | 218.25 | 249.63 | .00 | 24,421.71 | 12/04/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 11/02/2006 | 005 | 21.16 | .00 | .00 | 24,925.62 | 11/02/2006 | 30 | S | | .00 | .00 | .00000 | **** |
| 11/02/2006 | 006 | 213.60 | 254.28 | .00 | 24,671.34 | 11/02/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 10/02/2006 | 009 | 30.24 | .00 | .00 | 25,088.35 | 10/02/2006 | 30 | S | | .00 | .00 | .00000 | **** |
| 10/02/2006 | 001 | 305.15 | 162.73 | .00 | 24,925.62 | 10/02/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |

**FIVE POINTS SERVICE CENTER**
1847 GLENWOOD AVE.
RALEIGH, NC 27608

(919) 834-8539

| | |
|---|---|
| NAME | TRACY WOOD |
| ADDRESS | |
| CITY | |
| BILL TO | |
| ADDRESS | |

| DELIVERY | TIME AM |
|---|---|
| YES ☐ | TIME AM |
| No ☐ | |

YEAR 03  MAKE CHEV
LICENSE 80
SPEEDOMETER
MOTOR NO. 5.

| PHONE WHEN READY | RES. PHONE | BUS. PHONE 348-3418 |
|---|---|---|

OPER. NO.          REPAIR ORDER — LABOR INSTRUCTIONS

LABOR + REMOVE FUEL TANK RE...
MODULE & REINSTALL TANK / REMO...
THAT WAS DATED SHIP DATE of 1/07...
WAS A 3 YEAR FUEL REPLACEMENT / WAR...

NOTE: FUEL LEVEL A LITTLE off REA...
ABOVE E WHEN EMPTY...

TOTAL FOR LABOR PERFORM...

*Any warrantee on the products sold hereby are those made by the manufacturer. The s... hereby expressly disclaims all warranties, either express or implied, including any impli... or fitness for a particular purpose, and neither assumes nor authorizes any other perso... in connection with the sale of said products.*

| QTY. | GAS, OIL AND ATF | PRICE | BILLING INFO. | INTERNAL |
|---|---|---|---|---|
| | GALS. GAS @ | | ☐ CASH | ACCT. COE |
| | QTS. OIL @ | | ☐ CHARGE | |
| | QTS. ATF @ | | ☐ INTERNAL | |
| TOTAL - GAS, OIL AND ATF | | OK'D BY | |

Replaced parts will be returned if you request them when the repairs are ordered. (You may inspect those parts which must be returned to the manufacturer).
Replaced Parts Requested By Customer (Please Check) ☐ Yes ☐ No
I hereby authorize the above repair work to be done along with necessary materials. You and your employees may operate above vehicle for purpose of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles placed with them for storage, sale, repair or while road testing.
AUTHORIZED BY

DATE ___/___/___

WHITE -
YELLOW

421 67341382
FIVE POINT SERVICE
1847 GLENWOOD DR
RALEIGH NC 27608
919-834-8539

MERCHANT 828  6000857 001
DATE 01/ 01 08:52

INVOICE
VISA

SALE    $ 548.58

I AGREE TO PAY THE ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT

SIGNATURE

TOP COPY - MERCHANT BOTTOM - CARD HOLDER

PO
1/28/08

AMOUNT
285
1875

303.95



WHITE - Office Copy     PINK - Estimate
YELLOW - Customer's Invoice     TAG - Shop Copy

# EAST COAST TOWING

1528 Mechanical Blvd.
Garner, NC 27529
(919) 835-0705
Fax: (919) 662-0826
www.eastcoasttowing.net

**TOWING SERVICE**

313046

BILL TO: WOODY

CASH
CHARGE
ON ACCOUNT

| DATE | TIME | REQUESTED BY |
|---|---|---|
| 2/2/09 | 2:00 | Tv./A |

**OWNER** WOODY

| YEAR | MAKE/MODEL/COLOR | TAG # |
|---|---|---|
| 03 | DDS 1500 BLK | |

**VIN**

MILEAGE BEFORE TOWING

| LOCATION OF VEHICLE | TOWED TO |
|---|---|
| Buffalo | Greenwood |

| MILEAGE | SERVICE TIME | EXTRA TIME |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL 6 | TOTAL | TOTAL |

**VEHICLE WILL NOT BE RELEASED UNTIL WRECKER SERVICE IS PAID**

REMARKS:

PD Only

ck #1050

| | |
|---|---|
| MILEAGE CHG. | |
| TOWING CHG. | 9 00 |
| LABOR CHG. | |
| STORAGE CHG. | |
| 2nd TOW | |

SIGNATURE OF CAR OWNER OR AGENT    DATE

**TOTAL** 9 00

SIGNATURE OF TOW OPERATOR    DATE



SUPERCENTER
WE SELL FOR LESS
MANAGER STACEY TREADWAY
1725 NEW HOPE CHURCH ROAD
RALEIGH, NC
ST# 2058 OP# 00002848 TE# 95 TR# 08654

```
*****        EXCHANGE  SLIP        ****
MAXX-75N    068113107881 D      72.94-X
BATT CORE FE 068113107867        9.00-T
MAXX-75N    068113107881        72.94 X
BATT CORE FE 068113107867        9.00 T
               SUBTOTAL          0.00
                  TOTAL          0.00

          CASH  TEND             0.00
          CHANGE DUE             0.00


       NET REFUND ITEMS         81.94-
SUMMARY
       NET EXCH/SALE ITEMS      81.94
             TOTAL TAX           5.53
            MDSE TOTAL          87.47
```

# # ITEMS SOLD 2

TC# 8006 3694 3010 1268 6923

```
***********SAVE RECEIPT**********
* RETURN OLD BATTERY FOR PROPER *
*RECYCLING AND REFUND OF BATTERY*
*   DEPOSIT WITH THIS RECEIPT   *
*********************************
```

Get real-world money-saving tips and
ideas at walmart.com/connectandshare
    01/28/09    16:04:16

1/30/89

WE REMOVED A BATTERY
FOR MRS WOODY THAT HAD
A MFG DATE of ~~Feb/05~~ Dec/06
A SHIP DATE of 01/07
THE LABEL STARTED 3 YEAR

FREE REPLACEMENT

**CapitalOne**® | auto finance℠

*Reference #: D000955701*
*4030019*

Capital One Auto Finance, Inc.
P. O. Box 93016
Long Beach, CA 90809-3016

08/29/06

9543

TRACY WOODY
1322 HOLMAN STREET
RALEIGH, NC 27601

Dear TRACY WOODY,

Congratulations on your recent vehicle purchase. We sincerely hope that your new CHEVROLE will provide you with many years of reliable service.

Your dealer has assigned your account to Capital One Auto Finance, Inc. (COAF) or COAF's subsidiary, Onyx Acceptance Corporation, and COAF is servicing your account. You will be receiving a monthly billing statement 7 - 10 days prior to your due date, which will make it convenient to mail your payments each month. However, if you have not received the statement by your first payment date of 10/03/06, please mail the payment directly to us so that it arrives by the scheduled due date.

*1001-01*

The address for your payment is:

Capital One Auto Finance, Inc.
P. O. Box 93016
Long Beach, CA 90809-3016

*conv*
*73 mos*

The following disclosures apply to your loan:
Loan Account Number: 4830323
Loan Type Number: 1001
Maturity date: 09/03/12
Payment Amount: $467.88
Annual Percentage Rate: 10.09%

As a condition of your finance contract, please remember to keep us informed of any address or telephone number changes. You must also keep your vehicle insured for physical damage during the term of the finance contract with a minimum policy term of six months. All renewals of your physical damage insurance should have a minimum policy term of six months.

Please include your loan account number on any payment or correspondence you send us. To protect your credit, plan on making your payments on time. If you have any questions concerning your account, you may call us toll free at 1-800-946-0332. We may monitor and record all contacts with you to assure quality service.

Very truly yours,

Capital One Auto Finance, Inc.

# FARM & RANCH AUTO SALES, INC.

4328 Louisburg Rd.
Raleigh, NC 27604
(919) 876-7286

Date 08  9/2006

Purchaser's Name  TRACY MICHAEL R  C
Street Address  1322 HOLMAN ST
City  RALEIGH  County  WAKE  State  NC  Zip  27601
Res. Phone  919-828-1568  Bus. Phone  919-349-3418

PLEASE ENTER MY ORDER FOR THE FOLLOWING
☐ NEW or ☒ USED ____ ☐ CAR or ☒ TRUCK

| YEAR | MAKE | MODEL | DOORS | COLOR |
|------|------|-------|-------|-------|
| 2003 | Chevrol | | Subur | |

SERIAL NUMBER  3GNEC16ZX3G268568

STOCK NO. | SALESMAN STEVE | DEAL NO.

**INSURANCE COVERAGE**

NAME OF INSURANCE CO. ERIE INSURANCE

NAME OF AGENCY

ADDRESS OF AGENCY

PHONE NO. OF AGENCY  919-8

NAME OF PERSON TO CONTACT (AGENT)

POLICY NUMBER  Q080120967

**DESCRIPTION OF TRADE IN**

| YEAR | MAKE | MODEL | DOORS | COLOR | MILEAGE |
|------|------|-------|-------|-------|---------|

SERIAL NUMBER

**DESCRIPTION OF SECOND TRADE IN**

| YEAR | MAKE | MODEL | DOORS | COLOR | MILEAGE |
|------|------|-------|-------|-------|---------|

SERIAL NUMBER

**PAY OFF INFORMATION**

LENDER

ADDRESS

PERSON TO CONTACT | PHONE NUMBER ( )

AMOUNT | GOOD N/A UNTIL | VERIFIED BY

* The customer services represent costs and profits to the seller/dealer for items such as inspecting, cleaning maintaining and adjusting new and used vehicles

## FOR USED CARS ONLY

**USED CAR BUYERS GUIDE. THE** INFORMATION YOU SEE. ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

CASH PRICE OF CAR  23995.00

MILEAGE  52106

| | | |
|---|---|---|
| CASH PRICE | 23995.00 | |
| * CUSTOMER SERVICES | 299 | 50 |
| TAX | 719.85 | |
| REGISTRATION/TITLE LICENSE PROCUREMENT FEE | 74.00 | |
| 1. TOTAL CASH PRICE DELIVERED | 25088.35 | |
| 2. CASH DOWN PAYMENT | DEPOSIT ON ORDER | N/A |
| | CASH ON DELIVERY | N/A |
| 3. TRADE IN | | N/A |
| | LESS BALANCE OWING TO | N/A |
| 4. TOTAL DOWN PAYMENT (2+3) | | N/A |
| 5. UNPAID BALANCE OF CASH PRICE (1-4) | | 25088.35 |
| 6. OTHER CHARGES | INSURANCE | N/A |
| | | N/A |
| 7. UNPAID BALANCE (AMOUNT FINANCED) (5+6) | | 25088.35 |

**MOST LENDERS REQUIRE 25% DOWN**

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supercedes any prior agreement and as of the date hereof comprises the entire and exclusive statement of the terms of the agreement relating to the subject matters covered and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE AND IN THE EVENT OF A TIME SALE, DEALER and that the Dealer will NOT BE OBLIGATED TO SELL UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A BANK OR FINANCE COMPANY WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PARTIES HERETO BASED ON SUCH TERMS. Purchaser by his exclusion of this Order certifies that he is 18 years of age or older and acknowledges that he has read its terms and conditions and has received a true copy of this Order.

PURCHASER'S SIGNATURE   DATE

ACCEPTED BY

DEALER OR HIS AUTHORIZED REPRESENTATIVE

RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE
**THIS IS A CONSUMER CREDIT DOCUMENT**

Exhibit

| Dealer Number _____ | Contract Number _____ |

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| TRACY MICHELLE WOODY | FARM & RANCH AUTO SALES INC |
| 1322 HOLMAN ST | 4328 LOUISBURG ROAD |
| RALEIGH, NC 27601-        WAKE | RALEIGH NC 27604- |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| | 2003 | Chevrolet | 3GNEC16ZX3G268568 | ☒ personal, family or household ☐ business ☐ agricultural _____ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ .00 is |
|---|---|---|---|---|
| 10.09 % | $ 8599.01 | $ 25088.35 | $ 33687.36 | $ 33687.36 |

**Insurance. You may buy the physical** damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 467.88 | Monthly beginning 10/03/2006 |

Or As Follows:

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of ___5___ % of the part of the payment that is late. If the vehicle is primarily for personal, family, household, or agricultural use, the maximum charge for each late payment will be $ __6.00__ .
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

Check the insurance you want and sign below:
**Optional Credit Insurance**

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
Credit Life $ ___N/A___
Credit Disability $ ___N/A___
Insurance Company Name _____
Home Office Address _____

**Credit life insurance and credit disability insurance are not required to obtain credit.** Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Cash Price (including $ __719.85__ sales tax) | $ 24714.85 | (1) |
| 2 Total Downpayment = | | |
| Trade-in _____ _____ _____ (Year)        (Make)        (Model) | | |
| Gross Trade-In Allowance | $ N/A | |
| Less Pay Off Made By Seller | $ N/A | |
| Equals Net Trade In | $ .00 | |
| + Cash | $ N/A | |
| + Other | $ N/A | |
| (If total downpayment is negative, enter "0" and see 4H below) | $ .00 | (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | $ 24714.85 | (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
| Life | $ N/A | |
| Disability | $ N/A | |

**Other Insurance**

| ☐ N/A | N/A |
|---|---|
| Type of Insurance | Term |
| Premium $ N/A | |
| Insurance Company Name _____ | |

| | | |
|---|---|---|
| | Other insurance... | |
| D | Official Fees Paid to Government Agencies | $ N/A |
| E | Government Taxes Not Included in Cash Price | $ N/A |
| F | Government License and/or Registration Fees LIC. FEE | $ 34.00 |
| G | Government Certificate of Title Fees | $ 40.00 |
| H | Other Charges (Seller must identify who is paid and describe purpose) | |
| | to _____ for Prior Credit or Lease Balance | $ N/A |
| | to _____ for _____ | $ N/A |
| | to FARM & RAN for DOC FEE | $ 299.50 |
| | to _____ for _____ | $ N/A |
| | to _____ for _____ | $ N/A |
| | to _____ for _____ | $ N/A |
| | to _____ for _____ | $ N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ _____ (4) |
| 5 | Amount Financed (3 + 4) | $ 25088.35 (5) |

I want the insurance checked above.

X _____
Buyer Signature          Date

X _____
Co-Buyer Signature       Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**Returned Check Charge:** You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the ITEMIZATION OF AMOUNT FINANCED. The coverage is for the initial term of the contract.

**OPTION:** ☐ You pay no finance charge if the amount financed, item 5, is paid in full on or before N/A , Year _____ . SELLERS INITIALS _____

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.** ←

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See back for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _____ Date 03/18/06 Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____     Address 4328 LOUISBURG ROA RALEIGH NC 27604

Seller signs FARM & RANCH AUTO SALES INC Date 08/18/06 By X _____ Title _____

Seller assigns its interest in this contract to _____ ACCEPTANCE CORP (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse          ☐ Assigned without recourse          ☐ Assigned with limited recourse

FARM & RANCH AUTO SALES INC

Seller _____ By _____ Title _____

LAW FORM NO. 553-NC (REV 10/04) U.S. PATENT NO D460,782
©2004 Reynolds and Reynolds. TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH IN LENDING COPY

# CHEVY TRUCK

VORTEC 5300 V8 FLEX FUEL ENGINE

4-SPD AUTOMATIC TRANSMISSION

EXTERIOR  DK GRAY METALLIC

INTERIOR  GRAY TRIM

## STANDARD EQUIPMENT
Items Featured Below are included at NO EXTRA CHARGE in the Standard Vehicle Price Shown at Right

**SAFETY AND SECURITY FEATURES**
- DUAL LEVEL FRONT DRIVER & RT
  FRONT PASSENGER AIR BAG WITH
  RT FRT PASSENGER SENSING SYSTEM
- 4 WHEEL DISC BRAKES WITH ABS
- POWER DOOR LOCKS WITH KEY FOB
- DAYTIME RUNNING LIGHTS
- AUTOMATIC HEADLAMPS
- INTEGRATED SAFETY BELTS
- THEFT DETERRENT IGNITION
- CHILDPROOF REAR DOOR LOCKS
- DRIVER LOCKOUT PREVENTION
- FOG LAMPS

**CONVENIENCE FEATURES**
- NO DEDUCTIBLE BUMPER-BUMPER
  3 YEAR/36,000 MILE LIMITED
  WARRANTY SEE DLR FOR DETAILS
- POWER WINDOWS
- POWER DRIVER FRONT SEAT
- FRONT SPLIT BENCH SEAT
- TRI-ZONE MANUAL AIR COND

- AUXILIARY REAR HEAT
- AM/FM RADIO WITH CASS & CD
- TILT STEERING WHEEL
- CRUISE CONTROL
- ROOF MOUNTED CARRIER RAILS
- REAR WINDOW DEFOGGER
- SIDE MOUNTED ASSIST STEPS
- CARPETED FLOOR MATS
- UNDERBODY MOUNTED SPARE TIRE
- POWER & HEATED OUTSIDE MIRRORS
- 24 HOUR ROADSIDE ASSIS'ANCE
- GAUGE PACKAGE W/TACHOMETER
- VEH FUNCTION MONITORING SYSTEM
- INSIDE MIRROR W/COMPASS & TEMP

**POWERTRAIN/CHASSIS FEATURES**
- AUTO TRANS WITH TOW/HAUL MODE
- 16" TIRES AND ALUMINUM WHEELS
- LOAD LEVELING SHOCK ABSORBERS
- EXTENDED LIFE ENGINE COOLANT
- STAINLESS STEEL EXHAUST

---

MANUFACTURER'S SUGGESTED RETAIL PRICE

**STANDARD VEHICLE PRICE**  $36,830.00
Options Installed by Manufacturer

Division of General Motors Corporation

SUBURBAN LT PREFERRED EQUIPMENT      4,130.00
GROUP:
* 6 WAY POWER HEATED BUCKET
  SEATS WITH DRIVER MEMORY
  INCLUDES POWER ADJUST PEDALS
  IN DASH 6 CD PLAYER
  REAR SEAT AUDIO CONTROLS
  & BOSE (R) PREMIUM SPEAKERS
* 1ST AND 2ND ROW LEATHER
  SEATING SURFACES
* PWR FOLD AND ADJUST HEATED
  OUTSIDE MIRROR WITH TURN SIG
  AND DRIVER SIDE AUTO DIMMING
* ELECTRONIC CLIMATE CONTROL
* ONSTAR COMMUNICATIONS SYSTEM
  INCL 1YR SAFE & SOUND PLAN
* STEERING WHL MOUNTED CONTROL
7000 LBS GVW RATING
FEDERAL/NY/VT EMISSIONS
REAR AXLE - 3.73 RATIO
P265/70R16 BW TIRES
CARGO DOORS

TOTAL OPTIONS

NO CHARGE
NO CHARGE
NO CHARGE
NO CHARGE
NO CHARGE

4,130.0

---

TOTAL VEHICLE & OPTIONS          $40,960.0
                                     815.

---

## FLEXIBLE FUEL*

**GASOLINE CITY MPG**

# 14

**GASOLINE HIGHWAY MPG**

# 18



Fuel Economy Information

2003 C1500 SUBURBAN 2WD
5.3 LITER V8 ENGINE
FUEL INJECTION, AUTOMATIC
4 SPD ELECTRONIC TRANS
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1551

For comparison shopping,
all vehicles classified as
SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 25 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
GASOLINE fuel usage.
ETHANOL (E85) fuel usage
will yield different values
See the free Fuel Economy

**Actual mileage will vary with**
options, driving conditions,
driving habits and vehicle
condition. Results reported to
EPA indicate that the majority
of vehicles with these estimates
will achieve between

11 and 17 mpg in the city
    and between
15 and 21 mpg on the highway.

Compare this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer

# CHEVY TRUCKS

The Most Dependable, Longest-Lasting Trucks.

GM

Division of General Motors Corporation

## SUBURBAN 1500 - 2WD

C 5300 V8 FLEX FUEL ENGINE

EXTERIOR    DK GRAY METALLIC

INTERIOR    GRAY TRIM

AUTOMATIC TRANSMISSION

## DARD EQUIPMENT

featured Below are included at NO EXTRA CHARGE in the Standard Vehicle Price Shown at Right

**TY AND SECURITY FEATURES**
- L LEVEL FRONT DRIVER & RT
- T PASSENGER AIR BAG WITH
- RT PASSENGER SENSING SYSTEM
- HEEL DISC BRAKES WITH ABS
- /ER DOOR LOCKS WITH KEY FOB
- TIME RUNNING LIGHTS
- OMATIC HEADLAMPS
- GRATED SAFETY BELTS
- FT DETERRENT IGNITION
- DPROOF REAR DOOR LOCKS
- /ER LOCKOUT PREVENTION
- LAMPS
- ENIENCE FEATURES
- DEDUCTIBLE BUMPER-BUMPER
- AR/36,000 MILE LIMITED
- RANTY SEE DLR FOR DETAILS
- /ER WINDOWS
- /ER DRIVER FRONT SEAT
- NT SPLIT BENCH SEAT
- ZONE MANUAL AIR COND

- AUXILIARY REAR HEAT
- AM/FM RADIO WITH CASS & CD
- TILT STEERING WHEEL
- CRUISE CONTROL
- ROOF MOUNTED CARRIER RAILS
- REAR WINDOW DEFOGGER
- SIDE MOUNTED ASSIST STEPS
- CARPETED FLOOR MATS
- UNDERBODY MOUNTED SPARE TIRE
- POWER & HEATED OUTSIDE MIRRORS
- 24 HOUR ROADSIDE ASSISTANCE
- GAUGE PACKAGE W/TACHOMETER
- VEH FUNCTION MONITORING SYSTEM
- INSIDE MIRROR W/COMPASS & TEMP
- POWERTRAIN/CHASSIS FEATURES
- AUTO TRANS WITH TOW/HAUL MODE
- 16" TIRES AND ALUMINUM WHEELS
- LOAD LEVELING SHOCK ABSORBERS
- EXTENDED LIFE ENGINE COOLANT
- STAINLESS STEEL EXHAUST

this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer

## STANDARD VEHICLE PRICE
**Options Installed by Manufacturer**

MANUFACTURER'S SUGGESTED RETAIL PRICE

$36,830.00

SUBURBAN LT PREFERRED EQUIPMENT    4,130.00
GROUP:
* 6 WAY POWER HEATED BUCKET
  SEATS WITH DRIVER MEMORY
  INCLUDES POWER ADJUST PEDALS
  IN DASH 6 CD PLAYER
  REAR SEAT AUDIO CONTROLS
  & BOSE (R) PREMIUM SPEAKERS
* 1ST AND 2ND ROW LEATHER
  SEATING SURFACES
* PWR FOLD AND ADJUST HEATED
  OUTSIDE MIRROR WITH TURN SIG
  AND DRIVER SIDE AUTO DIMMING
* ELECTRONIC CLIMATE CONTROL
* ONSTAR COMMUNICATIONS SYSTEM
  INCL 1YR SAFE & SOUND PLAN
* STEERING WHL MOUNTED CONTROL
7000 LBS GVW RATING
FEDERAL/NY/VT EMISSIONS
REAR AXLE - 3.73 RATIO
P265/70R16 BW TIRES
CARGO DOORS                          NO CHARGE
                                     NO CHARGE
                                     NO CHARGE
                                     NO CHARGE
                                     NO CHARGE

TOTAL OPTIONS                        4,130.00

## FLEXIBLE FUEL *

### GASOLINE CITY MPG

**14**

### GASOLINE HIGHWAY MPG

**18**

Fuel Economy Information

DOE / EPA

For comparison shopping,
all vehicles classified as
SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 25 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
GASOLINE fuel usage.
ETHANOL (E85) fuel usage

2003 C1500 SUBURBAN 2WD
5.3 LITER V8 ENGINE
FUEL INJECTION, AUTOMATIC
4 SPD ELECTRONIC TRANS
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1551

age will vary with
iving conditions,
its and vehicle
e that the majority
Results reported to
with these estimates
a between
mpg in the city
between

$36,8

**STANDARD VEHICLE PRICE**
Options Installed by Manufacturer

**SUBURBAN LT PREFERRED EQUIPMENT GROUP:**
* 6 WAY POWER HEATED BUCKET
  SEATS WITH DRIVER MEMORY
  INCLUDES POWER ADJUST PEDALS
  IN DASH 6 CD PLAYER
  REAR SEAT AUDIO CONTROLS
  & BOSE (R) PREMIUM SPEAKERS
* 1ST AND 2ND ROW LEATHER
  SEATING SURFACES
* PWR FOLD AND ADJUST HEATED
  OUTSIDE MIRROR WITH TURN SIG
  AND DRIVER SIDE AUTO DIMMING
* ELECTRONIC CLIMATE CONTROL
* ONSTAR COMMUNICATIONS SYSTEM
  INCL 1YR SAFE & SOUND PLAN
* STEERING WHL MOUNTED CONTROL
7000 LBS GVW RATING
FEDERAL/NY/VT EMISSIONS
REAR AXLE - 3.73 RATIO
P265/70R16 BW TIRES
CARGO DOORS

TOTAL OPTIONS

TOTAL VEHICLE & OPTIONS          $40
DESTINATION CHARGE
**TOTAL VEHICLE PRICE***          **$41,7**

www.chevrolet.com

This label has been applied pursuant to Federal law--Do not remove prior to delivery to the ultimate purchaser. *Includes Manufacturer's Recommended Pre-Delivery Service. Does not include dealer installed options or accessories not listed above, local taxes or license fees.

---

**STANDARD EQUIPMENT**
Items Featured Below are Included at NO EXTRA CHARGE In the Standard Vehicle Price Shown at Right

**SAFETY AND SECURITY FEATURES**
* DUAL LEVEL FRONT DRIVER & RT
  FRONT PASSENGER AIR BAG WITH
  RT FRT PASSENGER SENSING SYSTEM
* 4 WHEEL DISC BRAKES WITH ABS
* POWER DOOR LOCKS WITH KEY FOB
* DAYTIME RUNNING LIGHTS
* AUTOMATIC HEADLAMPS
* INTEGRATED SAFETY BELTS
* THEFT DETERRENT IGNITION
* CHILDPROOF REAR DOOR LOCKS
* DRIVER LOCKOUT PREVENTION
* FOG LAMPS

**CONVENIENCE FEATURES**
* NO DEDUCTIBLE BUMPER-BUMPER
  3 YEAR/36,000 MILE LIMITED
  WARRANTY SEE DLR FOR DETAILS
* POWER WINDOWS
* POWER DRIVER FRONT SEAT
* FRONT SPLIT BENCH SEAT
* TRI-ZONE MANUAL AIR COND

* AUXILIARY REAR HEAT
* AM/FM RADIO WITH CASS & CD
* TILT STEERING WHEEL
* CRUISE CONTROL
* ROOF MOUNTED CARRIER RAILS
* REAR WINDOW DEFOGGER
* SIDE MOUNTED ASSIST STEPS
* CARPETED FLOOR MATS
* UNDERBODY MOUNTED SPARE TIRE
* POWER & HEATED OUTSIDE MIRRORS
* 24 HOUR ROADSIDE ASSISTANCE
* GAUGE PACKAGE W/TACHOMETER
* VEH FUNCTION MONITORING SYSTEM
* INSIDE MIRROR W/COMPASS & TEMP

**POWERTRAIN/CHASSIS FEATURES**
* AUTO TRANS WITH TOW/HAUL MODE
* 16" TIRES AND ALUMINUM WHEELS
* LOAD LEVELING SHOCK ABSORBERS
* EXTENDED LIFE ENGINE COOLANT
* STAINLESS STEEL EXHAUST

Compare this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer.

---

**GASOLINE CITY MPG**

# 14

**FLEXIBLE FUEL***

**GASOLINE HIGHWAY MPG**

# 18



Fuel Economy Information

2003 C1500 SUBURBAN 2WD
5.3 LITER V8 ENGINE
FUEL INJECTION, AUTOMATIC
4 SPD ELECTRONIC TRANS
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1551

For comparison shopping,
all vehicles classified as
SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 21 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
GASOLINE (E85) fuel usage.
ETHANOL (E85) fuel usage
will yield different values
See the Free Fuel Economy
Guide for information on
ETHANOL (E85)

Actual mileage will vary with
options, driving conditions,
driving habits and vehicle
condition. Results reported to
EPA indicate that the majority
of vehicles with these estimates
will achieve between

11 and 17 mpg in the city
    and between

15 and 21 mpg on the highway.

***This vehicle operates on REGULAR GASOLINE and ETHANOL (E85).**

www.fueleconomy.gov

DEALER TO WHOM DELIVERED
HENDRICK CHEVROLET-HUMMER
100 AUTO MALL DR

ORDER NO 0BOKGD
MODEL NO CC15906

FINAL ASSEMBLY    GTO, MEX

EXTERIOR    DK GRAY METALLIC

INTERIOR    GRAY TRIM

**The Most Dependable, Longest-Lasting Trucks.**

# CHEVY TRUCKS

Division of General Motors Corporation    GM

MANUFACTURER'S SUGGESTED RETAIL PRICE

CHARGE in the Standard Vehicle Price Shown at Right

**STANDARD VEHICLE PRICE**    $36,830.00

**Options Installed by Manufacturer**

- AUXILIARY REAR HEAT
- AM/FM RADIO WITH CASS & CD
- TILT STEERING WHEEL
- CRUISE CONTROL
- ROOF MOUNTED CARRIER RAILS
- REAR WINDOW DEFOGGER
- SIDE MOUNTED ASSIST STEPS
- CARPETED FLOOR MATS
- UNDERBODY MOUNTED SPARE TIRE
- POWER & HEATED OUTSIDE MIRRORS
- 24 HOUR ROADSIDE ASSISTANCE
- GAUGE PACKAGE W/TACHOMETER
- VEH FUNCTION MONITORING SYSTEM
- INSIDE MIRROR W/COMPASS & TEMP
- POWERTRAIN/CHASSIS FEATURES
- AUTO TRANS WITH TOW/HAUL MODE
- 16" TIRES AND ALUMINUM WHEELS
- LOAD LEVELING SHOCK ABSORBERS
- EXTENDED LIFE ENGINE COOLANT
- STAINLESS STEEL EXHAUST

SUBURBAN LT PREFERRED EQUIPMENT    4,130.00
GROUP:
* 6 WAY POWER HEATED BUCKET
  SEATS WITH DRIVER MEMORY
  INCLUDES POWER ADJUST PEDALS
  IN DASH 6 CD PLAYER
  REAR SEAT AUDIO CONTROLS
  & BOSE (R) PREMIUM SPEAKERS
* 1ST AND 2ND ROW LEATHER
  SEATING SURFACES
* PWR FOLD AND ADJUST HEATED
  OUTSIDE MIRROR WITH TURN SIG
  AND DRIVER SIDE AUTO DIMMING
* ELECTRONIC CLIMATE CONTROL
* ONSTAR COMMUNICATIONS SYSTEM
  INCL 1YR SAFE & SOUND PLAN
* STEERING WHL MOUNTED CONTROL
7000 LBS GVW RATING                       NO CHARGE
FEDERAL/NY/VT EMISSIONS                    NO CHARGE
REAR AXLE - 3.73 RATIO                     NO CHARGE
P265/70R16 BW TIRES                        NO CHARGE
CARGO DOORS                                NO CHARGE

TOTAL OPTIONS                                 4,130.00

E FUEL ECONOMY GUIDE available at the dealer.

BLE FUEL*    GASOLINE
             HIGHWAY MPG
l Economy
formation    **18**

UBURBAN 2WD
ENGINE
ON, AUTOMATIC
RONIC TRANS
EEDBACK FUEL SYSTEM

NNUAL FUEL COST: $1551

For comparison shopping,
all vehicles classified as
SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 25 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
GASOLINE fuel usage.
ETHANOL (E85) fuel usage
will yield different values
See the free Fuel Economy
Guide for information on
ETHANOL (E85)

LAR GASOLINE and ETHANOL(E85).

eleconomy.gov    www.chevrolet.com

| TOTAL VEHICLE & OPTIONS | $40,960.00 |
| DESTINATION CHARGE | 815.00 |
| **TOTAL VEHICLE PRICE*** | **$41,775.00** |

This label has been applied pursuant to Federal law—Do not remove prior to delivery to the
ultimate purchaser. *Includes Manufacturer's Recommended Pre-Delivery Service. Does not
include dealer installed options or accessories not listed above, local taxes or license fees.
10335604    ©2002 General Motors Corporation.

FINAL ASSEMBLY    GTO. MEX

ORDER NO GBGKQD
MODEL NO CC15906
SALES CODE E
DEALER NO 16-153

**DI**

L 3GNEC16ZX3G268568

CADPlus                                                       Dispatch Inquiry
By EDS, Inc.              Printed By: MBG3004                  06/04/09   10:15

Agency :                      CClass :                     Area :
Begin  : 01/01/09   00:00:00  Neigh  :                     Beat :
End    : 06/04/09   10:14:03  Distrct:                     Zone :
Status :                      Group  :                     Unit :
Recvd  :                      Officer:
Busness:                                       Address: 4720**VALLEY STREAM*DR*

    Report      Address            Officer    Date  Time  Dsp  Call Class
                         Dispatch ID
1              4720  VALLEY STREA WINKLE, M 03/21 20:30 C    SECURITY CHECK
2              4720  VALLEY STREA VENISHEL, 03/24 16:45 C    SUSPICIOUS VEHICLE
3  P09038589   4720  VALLEY STREA MACARIO,  03/27 10:32 CX   TALK WITH OFFICER
4              4720  VALLEY STREA MACARIO,  03/28 14:57 C    FOLLOW-UP INVESTIG
5              4720  VALLEY STREA OGDEN, C. 04/01 14:25 E    SUSPICIOUS VEHICLE
6              4720  VALLEY STREA           04/19 18:40 REPO REPO

*capitalone — repossession*



Capital One, N.A.
PO Box 85870
Richmond, VA 23285-5870

May 14, 2009

Jessica Heironimus
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

File No. 0905567
Our Case No. 10000792208900

Dear Ms. Heironimus:

I am writing in regards to the complaint that was filed with your office by Ms. Tracy Woody. We appreciate you bringing this matter to our attention. We take great care to ensure that important matters such as these are appropriately addressed.

As we understand her complaint, she purchased a 2003 SUV in August of 2008, using Capital One Auto Finance ("COAF") as her lender. Within four months of her purchase, she began to experience multiple mechanical difficulties with the SUV. In addition, she mentions multiple discrepancies with her loan contract and application process. These are noted below:

1. COAF advised the Bankruptcy court that her annual percentage rate was 7.00%, when her contract indicates a 10.09% rate.
2. Sales contract term is 72 months but her payments total 73
3. She states that she had a Consumer Fraud Alert on her credit report at the time of her application, but COAF did not contact her before the loan was opened to confirm she was the applicant

As a result of the above stated discrepancies and the vehicles mechanical issues, she is asking that COAF agree to waive the remaining balance on her auto loan and reimburse her for all of her payments.

Ms. Heironimus, first and foremost, we certainly regret to hear of any mechanical difficulties Ms. Woody may be experiencing with her vehicle. We have reviewed her contract and our records do not indicate that she obtained a service warranty at the time of her purchase. Please understand that COAF does not guarantee the condition of the vehicle, and it is her responsibility to have the necessary inspections completed prior to her purchase. In addition, please find our response to her above listed concerns below:

1. We recommend that she speak with her trustee for any Bankruptcy concerns she may have. Our contract indicates a rate of 10.09%.
2. We have confirmed that her contract (Copy enclosed) indicates her term is 72 months; however, please see the paragraph labeled Finance Charge and Payments, section b, which states:

"Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment."

3. Please note that our policy is to contact and properly verify that a consumer truly submitted an application prior to proceeding with a complete approval if there is a Consumer Fraud Alert on their credit report.

We did not find any errors in the servicing of this loan. As a result, we are unable to honor her request to waive the remaining balance on her loan, or reimburse her for all monthly payments.

We regret any inconvenience this matter may have caused Ms. Woody. If you have additional questions, please contact me at 972-295-1655.

Sincerely,

Krista Chapman
On behalf of Capital One, N.A.

Enclosure

cc:
Tracy Woody
4908 Valley Place
Raleigh, NC 27604

RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE
THIS IS A CONSUMER CREDIT DOCUMENT

PONA9340

| Dealer Number | | Contract Number | |
|---|---|---|---|

**Buyer (and Co-Buyer) Name and Address (including County and Zip Code)**
TRACY MICHELLE WOODY

1322 HOLMAN ST
RALEIGH, NC 27601-     WAKE

**Creditor - Seller (Name and Address)**
FARM & RANCH AUTO SALES INC
4328 LOUISBURG ROAD
RALEIGH NC 27604-     "COLLE"

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
|  | 2003 | Chevrolet | 3GNEC16XX3G268568 | XX personal, family or household <br> ☐ business <br> ☐ agricultural |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate. | FINANCE CHARGE <br> The dollar amount the credit will cost you. | Amount Financed <br> The amount of credit provided to you or on your behalf. | Total of Payments <br> The amount you will have paid after you have made all payments as scheduled. | Total Sale Price <br> The total cost of your purchase on credit, including your down payment of $ .00 |
|---|---|---|---|---|
| 10.09 % | $ 8599.01 | $ 25088.35 | $ 33687.36 | $ 33687.36 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 467.88 | Monthly beginning 10/03/2006 |

Or As Follows:

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of the part of the payment that is late. If the vehicle is primarily for personal, family, household, or agricultural use, the maximum charge for each late payment will be $ __8.00__.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1 Cash Price (including $ __719.85__ sales tax)  $ 24714.85 (1)
2 Total Downpayment =
   Trade-in
        (Year)        (Make)        (Model)
   Gross Trade-in Allowance  $ N/A
   Less Pay Off Made By Seller  $ N/A
   Equals Net Trade In  $ .00
   + Cash  $ N/A
   + Other  $ .00
   (If total downpayment is negative, enter "0" and see 4H below)  $ .00 (2)
3 Unpaid Balance of Cash Price (1 minus 2)  $ 24714.85 (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies.
      Life  $ N/A  $ N/A
      Disability  $ N/A  $ N/A
   B Vendor's Single Interest Insurance Paid to Insurance Company  $ N/A
   C Other Insurance Paid to Insurance Company  $ N/A
   D Official Fees Paid to Government Agencies  $ N/A
   E Government Taxes Not Included in Cash Price  $ N/A
   F Government License and/or Registration Fees
      LIC: 34.00  $ 34.00
   G Government Certificate of Title Fees  $ 40.00
   H Other Charges (Seller must identify who is paid and describe purpose)
      to _____ for Prior Credit or Lease Balance  $ N/A
      to _____ for  $ N/A
      to FARM & RAN for DOC FEE  $ 299.50
      to _____ for  $ N/A
      to _____ for  $ N/A
      to _____ for  $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf  $ 373.50 (4)
5 Amount Financed (3 + 4)  $ 25088.35 (5)

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is checked below. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
   Credit Life $ _____ N/A
   Credit Disability $ _____ N/A
Insurance Company Name _____ N/A

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Insurance**
☐ Type of Insurance _____ Term _____
Premium $ _____ N/A
Insurance Company Name _____
Home Office Address _____ N/A

I want the insurance checked above.
X _____
Buyer Signature  Date
X _____
Co-Buyer Signature  Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

Returned Check Charge: You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $ _____ N/A ... and is also shown in item 4B of the ITEMIZATION OF AMOUNT FINANCED. The coverage is for the initial term of the contract.

OPTION: ☐ You pay no finance charge if the amount financed, item 5, is paid in full on or before _____ N/A _____ , Year _____ . SELLER'S INITIALS _____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to "home solicitation" sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. — Buyer Signs X _Tracy Woody_  Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

— Buyer Signs X _Tracy Woody_  Date 08/19/06 Co-Buyer Signs X _____  Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in this contract in the vehicle given to us in this contract.
                                    4328 LOUISBURG ROA RALEIGH NC 27604-
Other owner signs here X _____  Address _____
Seller signs FARM & RANCH AUTO SALES INC  Date 08/19/06 By X _____  Title _____
                                    (Assignee) under the terms of Seller's agreement(s) with Assignee.

Seller assigns its interest in this contract to ONYX ACCEPTANCE CORP _____ , Assignee, under the terms of Seller's agreement(s) with Assignee.
☐ Assigned without recourse  ☐ Assigned with limited recourse
FARM & RANCH AUTO SALES INC _____ By _____  Title _____
Seller

ORIGINAL LIENHOLDER

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We base the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed in it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. The charge will be the cost of the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract.

If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay reasonable attorney's fees and court costs as permitted by law.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

### 4. WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### 5. Used Car Buyers Guide.
The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

### 6. Applicable Law.
Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" or "agricultural" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No 853-MC 1904

Farm and Ranch Auto Sales, Inc.
4328 Louisburg Road
Raleigh, NC 27604
(919)876-7286



State of North Carolina
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Re: File No. 0905567
Tracy Woody

Attn: Jessica Heironimus

April 27, 2009

Ms. Heironimus,

I am in receipt of the above complaint. Unfortunately, a response is difficult
because the complaint itself is not legible. I can however respond that this
vehicle was purchased 8-19-06 with 52,106 miles at the time of delivery. The
vehicle was sold with a 60 day or 2000 mile warranty. This time frame and
mileage has expired. This customer is  lodging a complaint 32 months after the
purchase of a vehicle that now has over 80,000 miles on it. We feel the
complaint is invalid and should be closed. If I can be of further assistance,
please feel free to contact me.

Thank you,
Michael B . Colley
General Manager

manufacturer written notice of his intent to bring an action against the manufacturer at least 10 days prior to filing such suit. Nothing in this section shall prevent a manufacturer from requiring a consumer to utilize an informal settlement procedure prior to litigation if that procedure substantially complies in design and operation with the Magnuson-Moss Warranty Act, 15 USC $ 2301 et seq., and regulations promulgated thereunder, and that requirement is written clearly and conspicuously, in the written warranty and any warranty instructions provided to the consumer. (1987, c. 385.)
$ 20-351.8. Remedies.
In any action brought under this Article, the court may grant as relief:

A permanent or temporary injunction or other equitable relief as the court deems just;

Monetary damages to the injured consumer in the amount fixed by the verdict. Such damages shall be trebled upon a finding that the manufacturer unreasonably refused to comply with G.S. 20-351.2 or G.S. 20-351.3. The jury may consider as damages all items listed for refund under G.S. 20-351.3;

A reasonable attorney's fee for the attorney of the prevailing party, payable by the losing party, upon a finding by the court that: a. The manufacturer unreasonably failed or refused to fully resolve the matter which constitutes the basis of such action; or b. The party instituting the action knew, or should have known, the action was frivolous and malicious. (1987, c. 385.)
$ 20-351.9. Dealership liability.
No authorized dealer shall be held liable by the manufacturer for any refunds or vehicle replacements in the absence of evidence indicating that dealership repairs have been carried out in a manner substantially inconsistent with the manufacturers' instructions. This Article does not create any cause of action by a consumer against an authorized dealer. (1987, c. 385.)
$ 20-351.10. Preservation of other remedies.
This Article does not limit the rights or remedies which are otherwise available to a consumer under any other law. (1987, c. 385.)

--------------------------------------------------------------------------

The Magnuson-Moss Warranty Act
The Magnuson-Moss Warranty Act is a Federal Law that protects the buyer of any product which costs more than $25 and comes with an express written warranty. This law applies to any product that you buy that does not perform as it should.

Your car is a major investment, rationalized by the peace of mind that flows from its expected dependability and safety. Accordingly, you are entitled to expect an automobile properly constructed and regulated to provide reasonably safe, trouble-free, and dependable transportation - regardless of the exact make and model you bought. Unfortunately, sometimes these principles do not hold true and defects arise in automobiles. Although one defect is not actionable, repeated defects are as there exists a generally accepted rule that unsuccessful repair efforts render the warrantor liable. Simply put, there comes a time when "enough is enough" - when after having to take your car into the shop for repairs an inordinate number of times and experiencing all of the attendant inconvenience, you are entitled to say, 'That's all,' and revoke, notwithstanding the seller's repeated good faith efforts to fix the car. The rationale behind these basic principles is clear: once your faith in the vehicle is shaken, the vehicle loses its real value to you and becomes an instrument whose integrity is impaired and whose operation is fraught with apprehension. The question thus becomes when is "enough"?

As you know, enough is never enough from your warrantor's point of view and you should simply continue to have your defective vehicle repaired - time and time again. However, you are not required to allow a warrantor to tinker with your vehicle indefinitely in the hope that it may eventually be fixed. Rather, you are entitled to expect your vehicle to be repaired within a reasonable opportunity. To this end, both the federal Moss Warranty Act, and the various state "lemon laws," require repairs to your vehicle be performed within a reasonable opportunity.

Under the Magnuson-Moss Warranty Act, a warrantor should perform adequate repairs in at least two, and possibly three, attempts to correct a particular defect. Further, the Magnuson-Moss Warranty Act's reasonableness requirement applies to your vehicle as a whole rather than to each individual defect that arises. Although most of the Lemon Laws vary from state to state, each individual law usually require a warrantor to cure a specific defect within four to five attempts or the automobile as a whole within thirty days. If the warrantor fails to meet this obligation, most of the lemon laws provide for a full refund or new replacement vehicle. Further, this reasonable number of attempts/reasonable opportunity standard, whether it be that of the Magnuson-Moss Warranty Act or that of the Lemon Laws, is akin to strict liability - once this threshold has been met, the continued existence of a defect is irrelevant and you are still entitled to relief.

One of the most important parts of the Magnuson-Moss Warranty Act is its fee shifting provision. This provision provides that you may recover the attorney fees incurred in the prosecution of your case if you are successful - independent of how much you actually win. That rational behind this fee shifting provision is to twofold: (1) to ensure you will be able to vindicate your rights without having to expend large sums on attorney's fees and (2) because automobile manufacturers are able to write off all expenses of defense as a legitimate business expense, whereas you, the average consumer, obviously does not have that kind of economic staying power. Most of the Lemon Laws contain similar fee shifting provisions.

You may also derive additional warranty rights from the Uniform Commercial Code; however, the Code does not allow you in most states to recover your attorney fees and is also not as consumer friendly as the Magnuson-Moss Warranty Act or the various state lemon laws.

The narrative information on Magnuson-Moss, UCC and lemon laws on these pages is provided by Marshall Meyers, attorney.

--------------------------------------------------------------------------------

Uniform Commercial Code Summary
The Uniform Commercial Code or UCC has been enacted in all 50 states and some of the territories of the United States. It is the primary source of law in all contracts dealing with the sale of products. The TARR refers to Tender, Acceptance, Rejection, Revocation and applies to different aspects of the consumer's "relationship" with the purchased goods.

TENDER -
The tender provisions of the Uniform Commercial Code contained in Section2-601 provide that the buyer is entitled to reject any goods that fail in any respect to conform to the contract. Unfortunately, new cars are often technically complex and their innermost workings are beyond the understanding of the average new car buyer. The buyer, therefore, does not know whether the goods are then conforming.

ACCEPTANCE -
The new car buyer accepts the goods believing and expecting that the manufacturer will repair any problem he has with the goods under the warranty.

REJECTION -
The new car buyer may discover a problem with the vehicle within the first few miles of his purchase. This would allow the new car buyer to reject the goods. If the new car buyer discovers a defect in the car within a reasonable time to inspect the vehicle, he may reject the vehicle. This period is not defined. On the one hand, the buyer must be given a reasonable time to inspect and that reasonable time to inspect will be held as an acceptance of the vehicle. The Courts will decide this reasonable time to inspect based on the knowledge and experience of the buyer, the difficulty in discovering the defect, and the opportunity to discover the defect.
The following is an example of a case of rejection: Mr. Zabriskie purchase a new 1966 Chevrolet Biscayne. After picking up the car on Friday evening, while en route to his home 2.5 miles away, and within 7/10ths of a mile from the dealership, the car stalled

and stalled again within 15 feet. Thereafter, the car would only drive in low gear. The buyer rejected the vehicle and stopped payment on his check. The dealer contended that the buyer could not reject the car because he had driven it around the block and that was his reasonable opportunity to inspect. The New Jersey Court said;

To the layman, the complicated mechanisms of today's automobile are a complete mystery. To have the automobile inspected by someone with sufficient expertise to disassemble the vehicle in order the discover latent defects before the contract is signed, is assuredly impossible and highly impractical. Consequently, the first few miles of driving become even more significant to the excited new car buyer. This is the buyer's first reasonable opportunity to enjoy his new vehicle to see if it conforms to what it was represented to be and whether he is getting what he bargained for. How long the buyer may drive the new car under the guise of inspection of new goods is not an issue in the present case because 7/10th of a mile is clearly within the ambit of a reasonable opportunity to inspect. Zabriskie Chevrolet, Inc. v. Smith, 240 A. 2d 195(1968)

It is suggested that Courts will tend to excuse use by consumers if possible.

REVOCATION -
What happens when the consumer has used the new car for a lengthy period of time? This is the typical lemon car case. The UCC provides that a buyer may revoke his acceptance of goods whose non-conformity substantially impairs the value of the goods to him when he has accepted the goods without discovery of a non-conformity because it was difficult to discover or if he was assured that non-conformities would be repaired. Of course, the average new car buyer does not learn of the nonconformity until hundreds of thousands of miles later. And because quality is job one, and manufacturers are competing on the basis of their warranties, the consumer always is assured that any noncomformities he does discover will be remedied.
What is a noncomformity substantially impairing the value of the vehicle?

A noncomformity may include a number of relatively minor defects whose cumulative total adds up to a substantial impairment. This is.the "Shake Faith" Doctrine first stated in the Zabrisikie case. "For a majority of people the purchase of a new car is a major investment, rationalized by the peace of mind that flows from its dependability and safety. Once their faith is shaken, the vehicle loses not only its real value in their eyes, but becomes an instrument whose integrity is substantially impaired and whose operation is fraught with apprehension".
A substantial noncomformity may include a failure or refusal to repair the goods under the warranty. In Durfee V. Rod Baxter Imports, the Minnesota Court held that the Saab owner that was plagued by a series of of annoying minor defects and stalling, which were never repaired after a number of attempts, could revoke, "if repairs are not successfully undertaken within a reasonable time", the consumer may elect to revoke.

Substantial Non Conformity and Lemon Laws often define what may be considered a substantial impairment. These definitions have been successfully used to flesh out the substantial impairment in the UCC.
Additional narrative information on Magnusson-Moss, UCC and lemon laws on these pages is provided by T. Michael Flinn, attorney.





Forman • Rossabi • Black
ATTORNEYS AT LAW

# LAW PROHIBITS UNFAIR AND DECEPTIVE TRADE PRACTICES

by
Jim Slaughter, Attorney

**Originally published as "Sherman Antitrust Act Became Model for Similar Laws by States"**
**in *The Business Weekly* of the *Greensboro News & Record***

During the nineteenth century in the United States, tremendous economic power became concentrated in the hands of a few individuals. By the latter part of the century, some of these individuals were combining their resources in "trusts" to completely dominate various industries. For example, Standard Oil Company controlled 90% of the lamp-oil refining in the United States; E.C. Knight Company controlled 98% of the nation's sugar refining.

Monopolies meant that a few people had the power to dictate to everybody else; the government saw this action as unfair and took action. In July 1890 Congress passed the Sherman Antitrust Act (named after its author, Senator John Sherman of Ohio) in an attempt to preserve competition and to prevent further concentration of economic power. The Sherman Act prohibits practices which create monopolies or restrain trade by obstructing trade and competition.

As the Sherman Act applied only to interstate and international trade and commerce, many states quickly passed Sherman-like legislation to regulate state practices. Like the federal law, these state statutes were designed to protect the public by suppressing trusts, securing competition, and preventing monopolies.

## STATE REGULATION

Using the Sherman Act as a guide, the North Carolina General Assembly passed laws in 1913 to limit monopolies and trusts. General Statute 75-1 states that "every contract, combination in the form of trust

or otherwise, or conspiracy in restraint of trade or commerce in the State of North Carolina is hereby declared to be illegal." Violation of the statute is a criminal felony.

If North Carolina's statute only prohibited monopolies, it wouldn't be of much use ("trust busting" on a state level isn't very common). These days very few legal actions are filed under the state statute to regulate monopolies and trusts. In addition to regulating monopolies, though, our state law also declares as unlawful "unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce." Although this portion of the statute is not a criminal offense, the statute provides specific relief to injured parties.

The real muscle behind the unfair or deceptive trade practices statute is the civil remedy. Any person or business injured or destroyed by unfair or deceptive trade practices can sue the perpetrator. To prevail on such a claim, a party must show the following:

1. an unfair or deceptive act or practice, or an unfair method of competition,

2. in or affecting commerce,

3. which proximately caused actual injury to the party or to his business.

If the injured party is awarded damages, the statute automatically trebles, or triples, the damages. The statute even allows a judge to require the unsuccessful side to pay the attorney's fees of the prevailing party.

Because "unfair methods of competition" and "unfair or deceptive trade practices" take so many forms, the statute makes no attempt to list all instances. Instead, courts have held that the existence of unfair acts and practices must be determined from the circumstances of each particular case. As a matter of practice, acts are usually found to be unfair and deceptive when they offend established public policy or are immoral, unethical, oppressive, unscrupulous, or injurious to consumers. Questions as to whether or not the perpetrator intended certain consequences or acted in good or bad faith are irrelevant. The relevant question is what effect the conduct has on the consuming public.

As described above, no precise list of unfair and deceptive acts can be created because each case must be judged on its own facts. However, certain categories of behavior have been found to violate the statute in past cases:

- Fraud or misrepresentation in a commercial setting.

- Situations in which competitors divide up a territory in order to minimize competition.

- Unfair and deceptive acts and practices in the insurance industry.

- Deceiving creditors to extend credit to an individual who is not creditworthy.

- Libeling or slandering someone else's product or business activities.

- The "passing off" of one's goods as those of a competitor.

- Wrongful interference with another's contracts.

- Systematic overcharging of customers.

In an ordinary unfair or deceptive trade practices case, the jury is responsible for determining whether or not the alleged acts were committed. Following this determination, the court must decide as a question of law whether or not the proven facts constitute an unfair or deceptive trade practice.

*This article is intended to provide general information about the topic discussed and is not legal advice or a legal opinion.*
*Specific questions should be directed to a lawyer at Forman Rossabi Black, P.A., or to another attorney.*

---

**Forman Rossabi Black, PA**
3623 North Elm Street, Suite 200 Greensboro, NC 27455
Office: 336-378-1899    Fax: 336-378-1850

---

info@frb-law.com

## AMENDED CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing Original Summons, the Original Complaint, and Summons reissued for 3/2/10 by depositing a copy of the same in the United States Mail, postage prepaid, in an envelope addressed as noted below where service is indicated BY MAIL:

Farm and Ranch Auto Sales, Inc.
c/o Daniel Patrick McNally
P. O. Box 10
Zebulon, NC 27597
Tel. 919-269-2234
Fax. 919-269-2052

Capital One Auto Finance, Inc.  (Served 2 copies in envelope)
Jeffrey D. Patton
Erin Jones Adams
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Tel. 1-336-725-4491
Fax. 1-336-725-4476

Onyx Acceptance Corporation  (Served 2 copies in envelope)
c/o Jeffrey D. Patton
Erin Jones Adams
Spilman Thomas & Battle, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Tel. 1-336-725-4491
Fax. 1-336-725-4476

General Motor Corporation
c/o Jon B. Waldorf
The Rose Law Firm PLLC
501 New Karner Road, Suite 11
Albany, NY 12205
Tel. 1-800-381-3316
Fax. 1-518-869-3334

General Motors Company
c/o Jon B. Waldorf
The Rose Law Firm PLLC
501 New Karner Road, Suite 11
Albany, NY 12205
Tel. 1-800-381-3316

Fax. 1-518-869-3334

Chevrolet
Division of GM
 c/o Jon B. Waldorf
The Rose Law Firm PLLC
501 New Karner Road, Suite 11
Albany, NY 12205
Tel. 1-800-381-3316
Fax. 1-518-869-3334

This 2nd day of March, 2010.

Tracy Woody, Pro Se

File No _09 CVD 16481_

# STATE OF NORTH CAROLINA

_Wake_ _____ County

In The General Court Of Justice
☑ District ☐ Superior Court Division

| Name Of Plaintiff |
| --- |
| _Tracy Woody_ |

Address _4908 Vallery Pl_

City, State, Zip _Raleigh NC 27604_

**VERSUS**

| Name Of Defendant(s) |
| --- |
| _Onyx Acceptance Corporation, et al_ |

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS**

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| --- | --- |
| _Chevrolet Division of GM_ _C/o Jon B. Waldorf, PLLC_ _The Rose Law Firm_ _500 New Karner Road, Suite 11_ _Albany, NY 12205_ | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued _3-2-10_ | Time _4_ | ☐ AM ☐ PM |
| --- | --- | --- | --- |
| _Tracy Woody_ _4908 Vallery Pl_ _Raleigh NC 27604_ | Signature _CSD_ | | |
| | ☑ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ **ENDORSEMENT** This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
| --- | --- | --- | --- |
| | Signature | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

File No.
09 CVD 16481

__Wake__ County

In The General Court Of Justice
☑ District ☐ Superior Court Division

Name Of Plaintiff
Tracy Woody

Address
4908 Valley Place

City, State, Zip
Raleigh NC 27604

VERSUS

Name Of Defendant(s)
Onyx Acceptance Corporation, et. al

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
Chevrolet Division of GM
Reg agt: The Corporation
Company
30600 Telegraph Rd.
Ste 2345
Bingham Farms, MI 48025

Name And Address Of Defendant 2

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)
Tracy Woody
4908 Valley Place
Raleigh NC 27604

Date Issued
DEC 0 2 2009

Time
3
☐ AM ☑ PM

Signature

☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

## ☐ ENDORSEMENT
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement
3-1-10

Time
4
☐ AM ☐ PM

Signature

☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

NOTE TO PARTIES:  Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 10/01
©2001 Administrative Office of the Courts

(Over)

| | | |
|---|---|---|
| NORTH CAROLINA | ) | IN THE GENERAL COURT OF JUSTICE |
| | ) | DISTRICT COURT DIVISION |
| WAKE  COUNTY | ) | |
| | ) | |
| | ) | File No. |
| TRACY WOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | COMPLAINT: |
| ONYX ACCEPTANCE | ) | NON MATERIAL DISCLOSURE |
| CORPORATION, CAPITAL | ) | VIOLATIONS, TRUTH AND LENDING |
| ONE AUTO FINANCE, INC., | ) | ACT, PREDATORY LENDING, FRAUD |
| GENERAL MOTORS COMPANY/ | ) | MAGNUSON-MOSS WARRANTY ACT, |
| CHEVROLET DIVISION OF GM/ | ) | UNIFORM COMMERCIAL CODE |
| GENERAL MOTOR CORP., | ) | SUMMARY, FAIR DEBT COLLECTION |
| FARM AND RANCH AUTO | ) | PRACTICES ACT, REVOCATION OF |
| SALES, INC. | ) | CONTRACT, UNFAIR AND DECEPTIVE |
| | ) | TRADE PRACTICES, LARCENY OF A |
| | ) | MOTOR VEHICLE, FAIR CREDIT |
| | ) | BILLING ACT, FRAUD, PREDATORY |
| | ) | PRACTICES, TRUTH AND |
| | ) | LENDING ACT, NEGLIGENCE, FAIR |
| | ) | CREDIT REPORTING ACT, BREACH OF |
| | ) | CONTRACT, PUNITIVE DAMAGES, & |
| | ) | FAIR CREDIT BILLING ACT |

I am requesting that this Honorable Court grant relief from the defendants who made the following violations of the Magnuson-Moss Warranty Act, Uniform Commercial Code Summary entitling a Revocation of contract, Fair Credit Billing Act, Fraud, Fair Debt Collection Practices Act, Unfair and Deceptive Trade Practices Act, Negligence, Non material disclosure violations, Truth and Lending Act ("TILA"), and Predatory Lending Practices based on the following facts:

1. I have a fraud alert on my credit report in which Capital One Auto Finance never called me directly regarding the SUV loan as to whether I applied for the vehicle which is a requirement of the fraud consumer alert protection against all creditors and Fair Credit Reporting Act.

2. Farm and Ranch Auto Sales assured me that the 2003 chevrolet Suburban SUV
was in good condition and serviced which is part of the express warranty. Farm
and Ranch Auto Sales refused to address the series of defects as they indicated in
my response to the Attorney General's Office, Consumer of Protection. It is
Negligence on both Capital One Auto Finance subsidiary of Onyx Acceptance
Corporation of refusing to address the defects. The Lender is guilty of predatory
lending practices since they did not verify if I could pay for the loan and the sales
representative at Farm and Ranch Auto Sales was so quick with the transaction I
was not asked for any bank statements being self-employed their was not much of
any criteria on creditworthiness on whether I could actually pay for the loan and I
was rushed out with keys in my hand and that was it. In the UCC code, I did not
receive any kind of rescinding form from Farm and Ranch Auto Sales in which is
violation of not providing proper material disclosures. General Motors Company
as manufacturer is liable for delivery of a vehicle that is defective and non
conforming and non performing. The implied warranty is that the SUV was
suppose to work for a particular purpose which is conformity and consistency;
however, the SUV was nonconforming and inconsistent. Furthermore,
immediately after being driven off the lot, the oil had to be changed which
indicated that the SUV had not been serviced as stated by the Sales
Representative indicated. Farm and Ranch Auto Sales and Onyx Acceptance
Corp. is guilty of fraud in that I was defrauded on the good condition of the 2003
SUV was consistently nonconforming and had existing defective problems which
included manufactured defects. The SUV turned out to be a heap of expensive

2-

and costly junk. The SUV stranded me and my very young children from infants to younger children since the dealer delivered the defective SUV to me on no less than 6 occasions in various locations such as Clayton, NC, Raleigh, NC, and Salisbury, NC witnessed by Mr. John Tysor, and at a grocery store and along the road witnessed by a family member and senior citizen, Ms. Lillian Woody. I had to get a jump on many occasions, take the battery back to the store, and exchange the battery not having knowledge that the SUV failed to conform due to defects that culminated into the defect of the fuel pump draining the battery and the manufacturers repair defect problem of the fuel tank reading false readings which also contributed to the vehicle cutting off while driving and having to struggle dangerously with the wheel to drift the car on the side of the road. I had to call a wrecker due to the SUV stranding me and my young children and senior citizen family member. Furthermore, the location the SUV was again inoperable was between a visible hill which made the car at high risk of being hit since it was hard to see the vehicle while approaching a hill and very sharp curve. With very little children in the car and a senior citizen as other times being stranded by the SUV while waiting on a wrecker I feared for our safety. With a $33,687.36 total sale price this SUV should have not had the constant expensive costly problems that have accumulated during the time I had the vehicle. I have had at least 7 used cars with 70,000 miles or more mileage then the SUV for over 4 years each in some 25 year period and I never had a fuel pump go bad in the duration of any of my car purchases which were less than $12,000 in value; however, the nonconforming SUV with almost 3 times the expense has had a number of

3

cumulative defective problems which severely impacted its performance. If the

vehicle is valued at $9,000, the $33,687.36 sale purchase has a misrepresented

value on the worth of the SUV when first purchased.

3.  On Sunday, April 19, 2009, a towing vehicle hauled the SUV off. It was

   repossessed as the CAD plus Police Department printout states for 4/19/09 and it

   was not surrendered. Due to the Bankruptcy Court having jurisdiction on April

   22, 2009 case #09-3184 had been properly served on Capital One Auto Finance

   all action stops from creditors until it has been decided by the Bankruptcy court

   on the lift of stay and Capital One Auto Finance is guilty of Grand Larceny of a

   motor vehicle and violation of the Fair Debt Collection Practices Act. The ones

   towing the vehicle did not identify themselves and they had my personal

   belongings in the vehicle such as a child required car seat of $100 value and a

   locked gas cap paid $18 while the car was being serviced in January 2009.

   Through a violation of the Fair Debt Collection Practices Act my account for 6

   months activity was told to Mr. John Tysor, who is not an account holder, by the

   female who was with the group that hauled off the SUV. Mr. John Tysor was told

   details of my account and he is not an account holder. However, due to the

   constant cost of nonconformance of the SUV, the cost of expensive repairs added

   to my severe financial ruin, inability to obtain financing due to receiving higher

   fees, and bankruptcy. The problems with the SUV has also handicapped my

   inability to perform work in which travel is a requirement in maintaining homes

   and meeting consulting customers which has a direct impact on my income; in

   turn, causes financial ruin and harm not only on my credit but the negative

income and expense in the ability to pay bills. I have reasonable cause to be

awarded a revocation of the contract and full refund of all payments and cost of

this loan transaction and all cost and expenses of the vehicle according to the

Magnuson-Moss Warranty Act and the Uniform Commercial Code Summary of

revocation of contract due to the vehicle non performance and defective activity,

along with all other relief sought in my Complaint. Due to Capital One Auto

Finance and Farm and Ranch Auto Sales selling me a lemon vehicle with an

expensive cost of almost $34,000. The cost of this SUV is a major expense like

the value of a home today. The constant stranded, stalled, series of manufactured

defects and conditions substantially impaired the value of the SUV to me the

consumer at such a high price. The SUV still needs the fuel gauge replaced by

the manufacturer, Chevrolet is a division of General Motors Company and engine

light came on a few weeks ago and it was attributed to an exhaust check and test

to fully repair that problem which would attribute to more of a cost. With the

SUV not conforming to its value Farm and Ranch Auto Sales and Capital One

Auto Finance violated the Magnuson-Moss Warranty Act and Uniform

Commercial Code Summary and thereby a revocation of contract is warranted and

necessary. I am also seeking the cost of the battery of $87.47 and the repair cost

of $538.58 and $9 towing cost which is an additional $636.05. Capital One Auto

Finance still has possession of the SUV.

4.  Capital One Auto Finance never provided proper disclosures that a reduction of

$351.90 was applied to my account and in violation of the Fair Credit Billing Act.

This amount was stated by the Bankruptcy Trustee was paid to Capital on my

account. Capital One Auto Finance violated the Fair Credit Billing Act by not providing proper payment disclosures and proper recording to my account in appropriate statement handling and delivery to consumer before the SUV was hauled off. I have not been provided consistent monthly statements since Feb. of 2009 from Capital One Auto Finance. Capital One Auto Finance claimed the contract states a 10.09% APR; however, they claimed to the Bankruptcy Trustee the amount to pay monthly is at a 7% interest rate. I never received any reduced adjustment in payments from Capital One Auto Finance nor any statement of activity regarding this interest rate. The principal amount is disputed. My credit report showed inconsistencies regarding how long the loan should be paid not the 72 month disclosure of the sales contract but a 73 month payment is inaccurate and inconsistent. Article 15 North Carolina Finance Act 1961, c:1053s 53-183; 1957 c1429 s.3; 1961, c:1053 s.1.; 15-164 12 CFR Part 226 Regulation Z) a finance company can not make false statements deceive on representation of rates, terms or conditions of loans and the payments of months of the contract is this fraudulent misrepresentation along with the condition of the SUV which was in fact defective. Fraudulency of the loan from Onyx and Capital One Auto Finance on my credit reports. This unfair and deceptive trade practices overcharge consumers and are not properly disclosed to the consumer from the date of sale onward and during the account activity which is in violation of the Unfair and Deceptive Trade Practices Act and Fair Credit Billing Act and Fair Credit Reporting Act and Truth and Lending Act violations ("TILA").

5. Onyx Acceptance Corp was properly served that I was in Bankruptcy and they did
not return the SUV nor my materials in the vehicle they repossessed on April 19,
2009 for it in fact was not surrendered. Onyx Acceptance Corp and Capital One
are guilty of larceny of a motor vehicle. They violated the Bankruptcy Stay since
as of April 24, 2009 from receiving the Bankruptcy notice, they have held the
SUV and still have it.

I petition that this Honorable Court:

1. Acknowledges the revocation of the contract, my full refund paid to Capital One
Auto Finance of $8,889.72, reimbursement for the stolen child seat of $100, locked gas
cap of 18, gas I just put in the SUV $10 in the tank when it was hauled off, 2007 battery
and repair purchases mentioned in January 2009 repair bill of $636.05 which totals
9,653.77 plus cost of using another vehicle while I did not have the SUV in my
possession since April 19, 2009 with a cost of renting the car for 5 months at $300 a
month or $1,500 and counting. Due to the violation of the Fair Debt Collection Practices
Act, predatory lending practices, larceny of motor vehicle, Truth and Lending Act, other
state and federal statues, and along with punitive damages.

2. All Onyx Acceptance Corp.'s attorney fees and be charged to Defendants due to
their state and federal violations.

3. Punitive, breach of contract, treble damages in fraudulency of loan and defective
performance of the SUV and the negative affect it has had on my credit reports in
violation of the Fair Credit Reporting Act.

7

4.     Onyx Acceptance Corp contract is revoked according to the UCC and Magnuson

Warranty Act and due to the manufactured defects of the 2003 Chevrolet Suburban SUV

manufactured by Chevrolet which is a division of General Motors Company.

This the 18th day of August,  2009.

_____
Tracy Woody, Pro Se

8

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing
Affidavit by depositing a copy of the same in the United States Mail, postage prepaid, in
an envelope addressed as noted below where service is indicated BY MAIL:

George R. Bell Sr.
Farm and Ranch Auto Sales, Inc.
4328 Louisburg Rd.
Raleigh, NC 27604

Capital One Auto Finance, Inc.
Capital One Auto Finance Subsidiary Onyx Acceptance Corporation
Registered Agent
327 Hillsborough Street
Raleigh, NC 27603

Onyx Acceptance Corporation
c/o Attorney John C. Bircher III
White & Allen, PA
1319 Commerce Drive
P. O. Drawer U
New Bern, NC 28562

General Motors Company
General Motor Corporation
Registered Agent: 30600 Telegraph Rd., Ste 2345
Bingham Farms, MI 48025

Chevrolet
Division of GM
P. O. B. 33170
Detroit, MI 48232-5170

This 18th  day of August, 2009.

_____
Tracy Woody, Pro Se

## **TABLE OF CONTENTS**

Exhibit A    Capital One Auto Finance Subsidy of Onyx Acceptance Corporation certificate of Service receipt on Voluntary Petition and Bankruptcy case #

B    Attorney General Complaint form against dealer and Capital One

C    Farm and Ranch Sales Advertisement

D    Letter received from Capital One Autofinance on terms of contract

E    Repair and costs

F    Retail Installment Sales Contract mentioning 72 months not 73 month payments and Features of SUV

G    Credit Report that was reported by Capital One

H    Police CadPlus Report of SUV being Repossessed

I    Response of Attorney General's Complaint Info

J    Magnuson-Moss Warranty Act, UCC code, and Unfair and Deceptive Trade Practices Act.

B 1 (Official Form 1)(1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Woods, Traci, Michele | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 7712 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 114 Huron Dr. Louisburg, NC                    ZIP CODE 27549 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: Franklin | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): 4908 Vallery Place Raleigh, NC                    ZIP CODE 27604 | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for ☐ Chapter 9       Recognition of a Foreign ☐ Chapter 11      Main Proceeding ☐ Chapter 12    ☐ Chapter 15 Petition for ☑ Chapter 13      Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. ☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | **FILED** 3:10 PM APR 2 0 2009 STEPHANIE J. EDMONDSON, CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NC |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Exhibit A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kenne Denny    4-24-09

APR 24 2009

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0001 8691 0045

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Tracy Worley
Mailstop 4908 Valley Place
Raleigh, NC 27604

---

1st page of letter
Vehicle loan #
Secured vehicle
Social Security #
O. balance owed

## Motor Vehicles Consumer Complaint Form

Please complete this form on your computer, print it and mail it to:

**Consumer Protection**
Attorney General's Office
9001 Mail Service Center
Raleigh, North Carolina 27699-9001
Telephone: (919) 716-6000
Fax:(919) 716-6050

*File*
*Magnuson - Moss Warrenty act*
*Uniform Commercial*
*Code Summary*
*Revocation of contract*

From:

Your Name(s):
*Tracy Woody*

Address:
*mailing Address : 4908 Vallery Place*

City:
*Raleigh ,*

State: *NC*   Zip: *27604*

Telephone: Home: *919-349-3418*   Business:

Dealer or Repair Shop Complained About:

Name: *Dealer*
*Farm De Ranch Auto Sales*
Address:
*4328 Louisburg Rd.*
City:
*Raleigh*

State: *NC*   Zip: *27604*

Telephone: *919-876-7286*

*Finance Co.*
*& Capital One Auto Finance*
*3901 N. Dallas Parkway*
*Plano, TX 75093*
*1-800-946-0332*
*P. O. B. 260848*
*finance → Plano TX 75026-0848*

Is your complaint about (please check one)?

☐ New car sales practices   ✓ Used car sales practices   ✓ Warranty

✓ Manufacturing defect   ✓ Repairs   ✓ Financing or leasing?

Did you buy your vehicle: New ☐ , Demo ☐ , Used ✓ ?

Make, Model & Year: 2003 Suburban Chevrolet

Date of Purchase: 8 / 4 / 06

Where Financed (if relevant):

Name:

Capital One Auto finance

Address:

3901 N. Dallas Parkway / P.O.B. 260848
Plano TX 75026-0848

City:

Plano

State: TX    Zip: 75093

## What does the Consumer Protection Office Do?

The Attorney General's Consumer Protection Office acts to protect the public from unlawful business practices. While we can often assist with the mediation of a dispute, we do not have the authority or resources to act as a lawyer for consumers in individual disputes. We encourage citizens to send us information about suspect business practices because this helps us identify areas for enforcement.

## Instructions

Please explain in the space provided. You may use additional sheets, if necessary. We will send a copy of your complaint to the business you are complaining about, so please type or write clearly. Try to brief, but be sure to tell **what** happened, **when** it happened, and **where** it happened.

If this is a vehicle sales problem, please include copies (not originals) of your bill of sale, credit contract and any correspondence relating to the problem. If this is a used car warranty problem, please include a copy of the warranty and describe specifically any oral warranties or promises made about the condition of the car. If this is a repair problem, please include copies of the repair orders or written estimates.

Explanation: This 2003 SUV has mechanical defect problem from the purchase of the car I found out during lengthy discussions with the

The 2003 SUV stopped working within a few months of purchasing the vehicle, which I mentioned to Cap. fed one representative also the middle seat belt in the 2nd row never worked and this was a major problem with children who were transported regularly who ~~did~~ were required by law to seat in seat belts. The last row would get hotter, because in the warmer months their were no rear and back side windows that could open up on the car for air. ~~So~~ a child can not sit in the middle row at the middle seat since the seat belt was defective. The child had to sit in the rear. After changing the battery several times, the SUV again stopped working for 6 months (last year) older Through a thorough discussion with the mechanic I found out that the vehicle had a defective fuel pump which can cause the batteries drain and after leaving the repair shop and getting stranded again I found out that the fuel gauge was defective and has been all this time reporting the wrong fuel in the tank and the manufacturer has to buy it, which also contributed to a non working vehicle. There is also a question on the contract stating 10% interest and then stated in the Bankruptcy court the interest

What do you want the company to do?

Full refund paid in the amount of 25,088.35 of interest payments plus trustee of around 467.88 during 11/18/2006 – 6/18/2008 period payments The total purchase of $33,687.36 a major investment that should be free of any defects According to the Magnuson-Moss Warranty Act. I do intend to exercise my consumer rights by seeking legal counsel and following up in a law suit. The value of the car being $33,687.36 and the amounts of interest paid and the $351.90 amount the Bankruptcy Trustee paid Cap. fed one auto finance. The danger of the car is that it cut off while I was driving down the road and the fuel indicator showed gas was in the tank. There was no yellow indicator light on either. With kids in the car the way the car shut down we could have been killed with kids in the car and we were stranded just beyond a dangerous curve where visibility was not clear, correct negating to my credit as well.

The above statements are true to the best of my knowledge and belief.

Signature _Nacy Woody_                Date: 4/10/09

WARNING: Do not e-mail this form. The Consumer Protection Office currently is not equipped to handle substantive matters in this manner.

The other problem is with the sales contract it states 72 months, however, payments totaled 73 months which credit report reflect inconsistency of the loan. I also had a fraud alert on my credit report, however I was never directly contacted by cap. fed one to find out if I actually applied for the vehicle.



# PUBLIC NOTICE!

## THE AUTO WHOLESALE EXCHANGE

### Is In Raleigh, NC

**4 BIG DAYS!**

**PICK A VEHICLE – PICK A PAYMENT**

| Wednesday August 16th 9am to 9pm | Thursday August 17th 9am to 9pm | Friday August 18th 9am to 9pm | Saturday August 19th 9am to 9pm |

**SAVE UP TO 60% OFF** ORIGINAL M.S.R.P. ON HUNDREDS OF CARS, TRUCKS, VANS & SUVs!

**Farm & Ranch Auto Sales
4328 Louisburg Rd., Raleigh, NC
919-876-7286**

Has Been Designated The EXCLUSIVE SITE For This INCREDIBLE AUTOMOTIVE SAVINGS EVENT!

**OVER 150 VEHICLES**
CASH ALLOWANCE BACK TO THE CUSTOMER UP TO $2000!
Used Chryslers, Jeeps, KIA's & Hondas
**EVERY MODEL!**

**GET UP TO $3000 MORE FOR YOUR TRADE DURING THIS AMAZING EVENT!**

**PAYMENTS AS LOW AS $99! PER MONTH***

**ASK ABOUT NO PAYMENTS FOR 90 DAYS!**

A LENDERS ON SITE WITH OVER $20 MILLION TO LOAN!

---

**US Auto Liquidators of NC**                                    11126

This check to be used at Farm & Ranch Auto Sales for the down payment on a used car, truck, van or SUV during August 16th - August 19th, 2006.

DATE _August 16th, 2006_

PAY TO THE ORDER OF _Farm & Ranch Auto Sales in Raleigh, NC_    $ | 599.11 |

_Five Hundred Ninety Nine Dollars and 11/100_                DOLLARS

FOR _To be used for the purchase of a vehicle only at Farm & Ranch Auto Sales_

NOT REDEEMABLE FOR CASH

...er plus tax, tag and $299.50 doc fee with approved credit and subject to acceptable lender approval. Example based on '01 Chevy Cavalier P2625, sale price: $5,000 or $19 down and $99 per month for ...ths @ 6% a.p.r. subject to acceptable lender approval. The amount of down payment is determined by customer's credit-worthiness and may require a larger equity position. All bankruptcies must be

# CapitalOne® | auto finance℠

Capital One Auto Finance, Inc.
P. O. Box 93016
Long Beach, CA 90809-3016

08/29/06

IlIdIlImlIdlImmIlIdIdIImlIlIdIImIdIllIbI

9543

TRACY WOODY
1322 HOLMAN STREET
RALEIGH, NC 27601

Dear TRACY WOODY,

Congratulations on your recent vehicle purchase. We sincerely hope that your new CHEVROLE will provide you with many years of reliable service.

Your dealer has assigned your account to Capital One Auto Finance, Inc. (COAF) or COAF's subsidiary, Onyx Acceptance Corporation, and COAF is servicing your account. You will be receiving a monthly billing statement 7 - 10 days prior to your due date, which will make it convenient to mail your payments each month. However, if you have not received the statement by your first payment date of 10/03/06, please mail the payment directly to us so that it arrives by the scheduled due date

The address for your payment is:        Capital One Auto Finance, Inc.
                                        P. O. Box 93016
                                        Long Beach, CA 90809-3016

The following disclosures apply to your loan:
Loan Account Number:  4830323
Loan Type Number: 1001
Maturity date: 09/03/12
Payment Amount: $467.88
Annual Percentage Rate: 10.09%

As a condition of your finance contract, please remember to keep us informed of any address or telephone number changes. You must also keep your vehicle insured for physical damage during the term of the finance contract with a minimum policy term of six months. All renewals of your physical damage insurance should have a minimum policy term of six months.

Please include your loan account number on any payment or correspondence you send us. To protect your credit, plan on making your payments on time. If you have any questions concerning your account, you may call us toll free at 1-800-946-0332. We may monitor and record all contacts with you to assure quality service.

Very truly yours,

Capital One Auto Finance, Inc.



## Transaction History Report

Date: 8/21/2008
Time: 2:32:28PM

Account #: 4350323100I    Borrower: TRACY WOODY    Transaction Type: ALL  Transaction Level: ALL  From: 08/19/2006  To: 08/21/2008

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/02/2008 | 002 | .00 | .00 | 5.00 | 20,131.18 | 08/02/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 07/03/2008 | 005 | .00 | .00 | 5.00 | 20,131.18 | 07/03/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 06/02/2008 | 007 | .00 | .00 | 5.00 | 20,131.18 | 06/02/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 05/03/2008 | 008 | 16.74 | .00 | .00 | 20,430.10 | 05/03/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 05/03/2008 | 009 | 168.96 | 298.92 | .00 | 20,131.18 | 05/03/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 04/03/2008 | 009 | 17.55 | .00 | .00 | 20,720.89 | 04/03/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 04/03/2008 | 001 | 177.09 | 290.79 | .00 | 20,430.10 | 04/03/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 04/02/2008 | 008 | .00 | .00 | 5.00 | 20,720.89 | 04/02/2008 | 46 | L | | .00 | .00 | .00000 | **** |
| 03/03/2008 | 009 | 17.22 | .00 | .00 | 21,014.97 | 03/03/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 03/03/2008 | 001 | 173.80 | 294.08 | .00 | 20,720.89 | 03/03/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 02/02/2008 | 001 | 26.68 | .00 | .00 | 21,213.61 | 02/02/2008 | 30 | S | | .00 | .00 | .00000 | **** |
| 02/02/2008 | 002 | 269.24 | 198.64 | .00 | 21,014.97 | 02/02/2008 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 12/18/2007 | 007 | 18.25 | .00 | .00 | 21,497.26 | 12/18/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 12/18/2007 | 008 | 184.23 | 283.65 | .00 | 21,213.61 | 12/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 11/17/2007 | 001 | 17.90 | .00 | .00 | 21,784.48 | 11/17/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 11/17/2007 | 002 | 180.66 | 287.22 | .00 | 21,497.26 | 11/17/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 10/18/2007 | 005 | 183.02 | 284.86 | .00 | 21,784.48 | 10/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 09/18/2007 | 009 | 197.62 | 270.26 | .00 | 22,069.34 | 09/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 08/17/2007 | 003 | .62 | .00 | .00 | 22,613.69 | 08/17/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 08/17/2007 | 004 | 193.79 | 274.09 | .00 | 22,339.60 | 08/17/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 07/17/2007 | 006 | 18.19 | .00 | .00 | 22,898.00 | 07/17/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 07/17/2007 | 007 | 183.57 | 284.31 | .00 | 22,613.69 | 07/17/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 06/18/2007 | 008 | 25.95 | .00 | .00 | 23,104.02 | 06/18/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 06/18/2007 | 009 | 261.86 | 206.02 | .00 | 22,898.00 | 06/18/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 05/08/2007 | 002 | 21.75 | .00 | .00 | 23,352.42 | 05/08/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 05/08/2007 | 003 | 219.48 | 248.40 | .00 | 23,104.02 | 05/08/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 04/04/2007 | 005 | 21.98 | .00 | .00 | 23,598.50 | 04/04/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 04/04/2007 | 006 | 221.80 | 246.08 | .00 | 23,352.42 | 04/04/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 03/01/2007 | 008 | 17.02 | .00 | .00 | 23,894.64 | 03/01/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 03/01/2007 | 009 | 171.74 | 296.14 | .00 | 23,598.50 | 03/01/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 02/03/2007 | 008 | 24.44 | .00 | .00 | 24,115.85 | 02/03/2007 | 30 | S | | .00 | .00 | .00000 | **** |
| 02/03/2007 | 009 | 246.67 | 221.21 | .00 | 23,894.64 | 02/03/2007 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 12/28/2006 | 002 | 16.05 | .00 | .00 | 24,421.71 | 12/28/2006 | 30 | S | | .00 | .00 | .00000 | **** |

## Transaction History Report

Date: 8/21/2008
Time: 2:32:28PM

Account #: 48303231001    Borrower: TRACY WOODY    Transaction Type: ALL    Transaction Level: ALL    From: 08/19/2006    To: 08/21/2008

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/2006 | 003 | 162.02 | 305.86 | .00 | 24,115.85 | 12/28/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 12/04/2006 | 001 | 21.63 | .00 | .00 | 24,671.34 | 12/04/2006 | 30 | S | | .00 | .00 | .00000 | **** |
| 12/04/2006 | 002 | 218.25 | 249.63 | .00 | 24,421.71 | 12/04/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 11/02/2006 | 005 | 21.16 | .00 | .00 | 24,925.62 | 11/02/2006 | 30 | S | | .00 | .00 | .00000 | **** |
| 11/02/2006 | 006 | 213.60 | 254.28 | .00 | 24,671.34 | 11/02/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |
| 10/02/2006 | 009 | 30.24 | .00 | .00 | 25,088.35 | 10/02/2006 | 30 | S | | .00 | .00 | .00000 | **** |
| 10/02/2006 | 001 | 305.15 | 162.73 | .00 | 24,925.62 | 10/02/2006 | 30 | A | | .00 | 467.88 | .00000 | ACHP |

BUILT
AMOUNT
285 —
18 75

303 95

FIVE POINTS SERVICE CENTER
1847 GLENWOOD AVE.
RALEIGH, NC 27608

(919) 834-8539

| NAME | TRACY WOOD | | DELIVERY | TIME |
| ADDRESS | | YES ☐ | | AM |
| CITY | | NO ☐ | | TIME AM |
| BILL TO | | YEAR 03 | MAKE CHEV |
| ADDRESS | | LICENSE | 80 |
| PHONE WHEN READY   YES ☐  NO ☐ | RES. PHONE | BUS. PHONE 343-3418 | SPEEDOMETER | MOTOR NO |

OPER. NO.            REPAIR ORDER — LABOR INSTRUCTIONS

LABOR + REMOVE FUEL TANK REP...
MODEL (?) REINSTALL TANK / REMO...
THAT WAS DATED SHIP DATE of 1/07
IT WAS A 3 YEAR FREE REPLACEMENT / WA...

NOTE — FUEL LEAKED A LITTLE off BEN...
ABOVE & WHEN EMPTY.

TOTAL FOR LABOR PERFORM...

"Any warrantee on the products sold hereby are those made by the manufacturer. The se...
hereby expressly disclaims all warranties, either express or implied, including any impl...
or fitness for a particular purpose, and neither assumes nor authorizes any other perso...
in connection with the sale of said products."

| QTY. | GAS, OIL AND ATF | PRICE | BILLING INFO. | INTERNAL |
| | | | | ACCT. COS |
| | GALS. GAS        @ | | ☐ CASH | |
| | QTS. OIL         @ | | ☐ CHARGE | |
| | QTS. ATF         @ | | ☐ INTERNAL | |
| TOTAL - GAS, OIL AND ATF | | | OK'D BY | |

Replaced parts will be returned if you request them when the repairs
are ordered. (You may inspect those parts which must be returned to
the manufacturer).
Replaced Parts Requested By Customer (Please Check) ☐ Yes ☐ No

I hereby authorize the above repair work to be done along with necessary
materials. You and your employees may operate above vehicle for pur-
pose of testing, inspection or delivery at my risk. An express mechanic's
lien is acknowledged on above vehicle to secure the amount of repairs
thereto. It is understood that this company assumes no responsibility
for loss or damage by theft or fire to vehicles placed with them for stor-
age, sale, repair or while road testing.

AUTHORIZED BY

DATE ___ / ___ / ___

WHITE - C
YELLOW

---

421937341382
FIVE POINT SERVICE
1847 GLENWOOD DR
RALEIGH NC 27608
919-834-8539

MERCHANT 820  000000257 9 001
DATE 01/ 09/   08:57 --

INVOICE #
VISA        XXXXXX3396
VISA

REF #  13
APPR #
AUTH #  017304

SALE        $  548.58

I AGREE TO PAY THE ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT

_____
SIGNATURE

TOP COPY - MERCHANT BOTTOM - CARD HOLDER

PO
1/28/09



**EAST COAST TOWING**

1528 Mechanical Blvd.
Garner, NC  27529
(919) 835-0705
Fax: (919) 662-0826
www.eastcoasttowing.net

TOWING SERVICE

313046

BILL TO: woody

CASH
CHARGE
ON ACCOUNT

| DATE | TIME | REQUESTED BY |
|------|------|--------------|
| 2/2/09 | 2:00 | Tr. /A |

OWNER: woody

| YEAR | MAKE/MODEL/COLOR | TAG # |
|------|------------------|-------|
| 02 | DB 1500 BLK | |

VIN

MILEAGE BEFORE TOWING

| LOCATION OF VEHICLE | TOWED TO |
|---------------------|----------|
| Buffalo | Greenwood |

**MILEAGE**
FINISH
START
TOTAL  6

**SERVICE TIME**
FINISH
START
TOTAL

**EXTRA TIME**
FINISH
START
TOTAL

**VEHICLE WILL NOT BE RELEASED UNTIL WRECKER SERVICE IS PAID**

REMARKS:

PAID

ck #1050

| | | |
|--|--|--|
| MILEAGE CHG. | | |
| TOWING CHG. | 9 | 00 |
| LABOR CHG. | | |
| STORAGE CHG. | | |
| 2nd TOW | | |
| **TOTAL** | 9 | 00 |

SIGNATURE OF CAR OWNER OR AGENT          DATE

SIGNATURE OF TOW OPERATOR               DATE



Save money. Live better.

```
           SUPERCENTER
         WE SELL FOR LESS
       MANAGER STACEY TREADWAY
      1725 NEW HOPE CHURCH ROAD
            RALEIGH, NC
 ST# 2058 OP# 00002848 TE# 95 TR# 08654

   *****       EXCHANGE  SLIP       ****
 MAXX-75N    068113107881 D    72.94-X
 BATT CORE FE 068113107867      9.00-T
 MAXX-75N    068113107881       72.94 X
 BATT CORE FE 068113107867      9.00 T
              SUBTOTAL           0.00
              TOTAL              0.00

         CASH TEND               0.00
         CHANGE DUE              0.00


         NET REFUND ITEMS       81.94-
 SUMMARY
         NET EXCH/SALE ITEMS    81.94
              TOTAL TAX          5.53
              MDSE TOTAL        87.47
```

## # ITEMS SOLD 2

```
    TC# 8006 3694 3010 1268 6923
```



```
 **********SAVE RECEIPT**********
 * RETURN OLD BATTERY FOR PROPER *
 *RECYCLING AND REFUND OF BATTERY*
 *    DEPOSIT WITH THIS RECEIPT  *
 *********************************

  Get real-world money-saving tips and
  ideas at walmart.com/connectandshare
       01/28/09    16:04:16
```

1/30/09

WE REMOVED A BATTERY
FOR MRS WOODY THAT HAD
A MFG DATE of ~~Dec/04~~ DEC/06
A SHIP DATE of 01/07
THE LABEL STATED 3 YEAR

FREE REPLACEMENT

**CapitalOne**® | auto finance℠

*Reference #: 0000 955 701*
*4030019*

Capital One Auto Finance, Inc.
P. O. Box 93016
Long Beach, CA 90809-3016

08/29/06

9543

TRACY WOODY
1322 HOLMAN STREET
RALEIGH, NC 27601

Dear TRACY WOODY,

Congratulations on your recent vehicle purchase. We sincerely hope that your new CHEVROLE will provide you with many years of reliable service.

Your dealer has assigned your account to Capital One Auto Finance, Inc. (COAF) or COAF's subsidiary, Onyx Acceptance Corporation, and COAF is servicing your account. You will be receiving a monthly billing statement 7 - 10 days prior to your due date, which will make it convenient to mail your payments each month. However, if you have not received the statement by your first payment date of 10/03/06, please mail the payment directly to us so that it arrives by the scheduled due date.

The address for your payment is:       Capital One Auto Finance, Inc.
                                       P. O. Box 93016
                                       Long Beach, CA 90809-3016

The following disclosures apply to your loan:
Loan Account Number:   4830323
Loan Type Number:   1001
Maturity date:   09/03/12
Payment Amount:   $467.88
Annual Percentage Rate:   10.09%

As a condition of your finance contract, please remember to keep us informed of any address or telephone number changes. You must also keep your vehicle insured for physical damage during the term of the finance contract with a minimum policy term of six months. All renewals of your physical damage insurance should have a minimum policy term of six months.

Please include your loan account number on any payment or correspondence you send us. To protect your credit, plan on making your payments on time. If you have any questions concerning your account, you may call us toll free at 1-800-946-0332. We may monitor and record all contacts with you to assure quality service.

Very truly yours,

Capital One Auto Finance, Inc.

# FARM & RANCH AUTO SALES, INC.

4328 Louisburg Rd.
Raleigh, NC 27604
(919) 876-7286

08  9/2006
Date

TRACY MICHEAL JR.
Purchaser's Name

1322 HOLMAN ST
Street Address

RALEIGH  WAKE                    NC  27601-
City        County                State    Zip

919-328-1568            919-349-3418
Res. Phone              Bus. Phone

PLEASE ENTER MY ORDER FOR THE FOLLOWING
☐ NEW or ☒ USED ____ ☐ CAR or ☒ TRUCK

| YEAR | MAKE | MODEL | DOORS | COLOR |
|------|------|-------|-------|-------|
| 2003 | Chevrol | | Subur | |

SERIAL NUMBER: 3GNEC16ZX3G268568

STOCK NO. | SALESMAN STEVE | DEAL NO.

CASH PRICE OF CAR ............. 23995.00

MILEAGE 52106

### INSURANCE COVERAGE

NAME OF INSURANCE CO. ERIE INSURANCE

NAME OF AGENCY

ADDRESS OF AGENCY

PHONE NO. OF AGENCY  919-8

NAME OF PERSON TO CONTACT (AGENT)

POLICY NUMBER  Q0801Z0967

### DESCRIPTION OF TRADE IN

| YEAR | MAKE | MODEL | DOORS | COLOR | MILEAGE |
|------|------|-------|-------|-------|---------|
| | | | | | |

SERIAL NUMBER

### DESCRIPTION OF SECOND TRADE IN

| YEAR | MAKE | MODEL | DOORS | COLOR | MILEAGE |
|------|------|-------|-------|-------|---------|
| | | | | | |

SERIAL NUMBER

### PAY OFF INFORMATION

LENDER

ADDRESS

PERSON TO CONTACT | PHONE NUMBER (  )

AMOUNT | GOOD N/A UNTIL | VERIFIED BY

* The customer services represent costs and profits to the seller/dealer for items such as inspecting, cleaning maintaining and adjusting new and used vehicles

## FOR USED CARS ONLY

**USED CAR BUYERS GUIDE.** THE INFORMATION YOU SEE. ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

| | | |
|---|---|---|
| CASH PRICE | 23995.00 | |
| * CUSTOMER SERVICES | 299 | 50 |
| TAX | 719.85 | |
| REGISTRATION/TITLE LICENSE PROCUREMENT FEE | 74.00 | |
| 1. TOTAL CASH PRICE DELIVERED | 25088.35 | |
| 2. CASH DOWN PAYMENT  DEPOSIT ON ORDER | N/A | |
| CASH ON DELIVERY | N/A | |
| 3. TRADE IN | N/A | |
| LESS BALANCE OWING TO | N/A | |
| 4. TOTAL DOWN PAYMENT (2+3) | | N/A |
| 5. UNPAID BALANCE OF CASH PRICE (1-4) | 25088.35 | |
| 6. OTHER CHARGES  INSURANCE | N/A | |
| | | N/A |
| 7. UNPAID BALANCE (AMOUNT FINANCED) (5+6) | 25088.35 | |

### MOST LENDERS REQUIRE 25% DOWN

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supercedes any prior agreement and as of the date hereof comprises and exclusive statement of the terms of the agreement relating to the subject matters covered  and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE AND IN THE EVENT OF A TIME SALE, DEALER  NOT BE OBLIGATED TO SELL UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A BANK OR FINANCE COMPANY WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT  BEEN THE PARTIES HERETO BASED ON SUCH TERMS. Purchaser by his exclusion of this Order certifies that he is 18 years of age or older and acknowledges that he has read its terms and  nd has received a true copy of this Order.

PURCHASER'S SIGNATURE          DATE

ED BY

DEALER OR HIS AUTHORIZED REPRESENTATIVE

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE
### THIS IS A CONSUMER CREDIT DOCUMENT

Dealer Number _____    Contract Number _____

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| TRACY MICHELLE WOODY <br> 1322 HOLMAN ST <br> RALEIGH, NC 27601-                    WAKE | FARM & RANCH AUTO SALES INC <br> 4328 LOUISBURG ROAD <br> RALEIGH NC 27604- |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| | 2003 | Chevrolet | 3GNEC16ZX3G268568 | ☒ personal, family or household <br> ☐ business <br> ☐ agricultural ☐ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate. | FINANCE CHARGE <br> The dollar amount the credit will cost you. | Amount Financed <br> The amount of credit provided to you or on your behalf. | Total of Payments <br> The amount you will have paid after you have made all payments as scheduled. | Total Sale Price <br> The total cost of your purchase on credit, including your down payment of $.00 |
|---|---|---|---|---|
| 10.09 % | $ 8599.01 | $ 25088.35 | $ 33687.36 | $ 33687.36 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $467.88 | Monthly beginning 10/03/2006 |

Or As Follows:

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of the part of the payment that is late. If the vehicle is primarily for personal, family, household, or agricultural use, the maximum charge for each late payment will be $ __6.00__.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us.** You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
### Optional Credit Insurance

☐ Credit Life    ☐ Buyer    ☐ Co-Buyer    ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
Credit Life $ _____ N/A _____
Credit Disability $ _____ N/A _____
Insurance Company Name _____
Home Office Address _____

**Credit life insurance and credit disability insurance are not required to obtain credit.** Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Cash Price (including $ 719.85 sales tax) | $ 24714.85 | (1) |
| 2 Total Downpayment = | | |
| Trade-in _____ (Year) _____ (Make) _____ (Model) | | |
| Gross Trade-In Allowance | $ N/A | |
| Less Pay Off Made By Seller | $ N/A | |
| Equals Net Trade In | $ .00 | |
| + Cash | $ N/A | |
| + Other | $ N/A | |
| (If total downpayment is negative, enter "0" and see 4H below) | $ .00 | (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | $ 24714.85 | (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
| Life | $ N/A | |
| Disability | $ N/A | $ N/A |

### Other Insurance

☐ _____ N/A _____ / _____ N/A _____
Type of Insurance / Term
Premium $ _____ N/A _____
Insurance Company Name _____

| | | | | |
|---|---|---|---|---|
| D | Official Fees Paid to Government Agencies | $ | N/A | |
| E | Government Taxes Not Included in Cash Price | $ | N/A | |
| F | Government License and/or Registration Fees | $ | 34.00 | |
| | Lic.    34.0 | | | |
| G | Government Certificate of Title Fees | $ | 40.00 | |

H  Other Charges (Seller must identify who is paid and
describe purpose)

| to | for Prior Credit or Lease Balance | $ | N/A |
|---|---|---|---|
| to | for | $ | N/A |
| FARM & RAN | for DOC FEE | $ | 299.50 |
| to | for | $ | N/A |
| to | for | $ | N/A |
| to | for | $ | N/A |
| to | for | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf ............ $ _____ (4)

5  Amount Financed (3 + 4) ........................................ $ 25088.35 (5)

I want the insurance checked above.

X
**Buyer Signature**                    Date

X
**Co-Buyer Signature**                 Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**Returned Check Charge:** You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ N/A _____ and is also shown in Item 4B of the ITEMIZATION OF AMOUNT FINANCED. The coverage is for the initial term of the contract.

**OPTION:** ☐ You pay no finance charge if the amount financed, item 5, is paid in full on or before N/A _____ , Year _____ . SELLERS INITIALS _____

## NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs **X** _____ Co-Buyer Signs **X** _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs **X** _____ Date 08/19/06 Co-Buyer Signs **X** _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _____      4328 LOUISBURG ROAD RALEIGH NC 27604
Seller signs FARM & RANCH AUTO SALES INC Date 08/19/06 By **X** _____ Title _____

Seller assigns its interest in this contract to ONYX ACCEPTANCE CORP (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse        ☐ Assigned without recourse        ☐ Assigned with limited recourse
FARM & RANCH AUTO SALES INC
Seller _____ By _____ Title _____

**LAW** FORM NO. 553-NC (REV 1508)  U.S. PATENT NO. D460,782
©2004 Reynolds and Reynolds  TO ORDER www.reysource.com, 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY EXPRESS OR IMPLIED AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH IN LENDING COPY

# CHEVROLET

**Division of General Motors Corporation**

MANUFACTURER'S SUGGESTED RETAIL PRICE

VORTEC 5300 V8 FLEX FUEL ENGINE

4-SPD AUTOMATIC TRANSMISSION

EXTERIOR   DK GRAY METALLIC

INTERIOR   GRAY TRIM

## STANDARD EQUIPMENT
Items Featured Below are included at NO EXTRA CHARGE in the Standard Vehicle Price Shown at Right

**SAFETY AND SECURITY FEATURES**
- DUAL LEVEL FRONT DRIVER & RT FRONT PASSENGER AIR BAG WITH RT FRT PASSENGER SENSING SYSTEM
- 4 WHEEL DISC BRAKES WITH ABS
- POWER DOOR LOCKS WITH KEY FOB
- DAYTIME RUNNING LIGHTS
- AUTOMATIC HEADLAMPS
- INTEGRATED SAFETY BELTS
- THEFT DETERRENT IGNITION
- CHILDPROOF REAR DOOR LOCKS
- DRIVER LOCKOUT PREVENTION
- FOG LAMPS

**CONVENIENCE FEATURES**
- NO DEDUCTIBLE BUMPER-BUMPER 3 YEAR/36,000 MILE LIMITED WARRANTY SEE DLR FOR DETAILS
- POWER WINDOWS
- POWER DRIVER FRONT SEAT
- FRONT SPLIT BENCH SEAT
- TRI-ZONE MANUAL AIR COND
- AUXILIARY REAR HEAT
- AM/FM RADIO WITH CASS & CD
- TILT STEERING WHEEL
- CRUISE CONTROL
- ROOF MOUNTED CARRIER RAILS
- REAR WINDOW DEFOGGER
- SIDE MOUNTED ASSIST STEPS
- CARPETED FLOOR MATS
- UNDERBODY MOUNTED SPARE TIRE
- POWER & HEATED OUTSIDE MIRRORS
- 24 HOUR ROADSIDE ASSISTANCE
- GAUGE PACKAGE W/TACHOMETER
- VEH FUNCTION MONITORING SYSTEM
- INSIDE MIRROR W/COMPASS & TEMP

**POWERTRAIN/CHASSIS FEATURES**
- AUTO TRANS WITH TOW/HAUL MODE
- 16" TIRES AND ALUMINUM WHEELS
- LOAD LEVELING SHOCK ABSORBERS
- EXTENDED LIFE ENGINE COOLANT
- STAINLESS STEEL EXHAUST

## FLEXIBLE FUEL*

**GASOLINE CITY MPG**
# 14

**GASOLINE HIGHWAY MPG**
# 18

2003 C1500 SUBURBAN 2WD
5.3 LITER V8 ENGINE
FUEL INJECTION, AUTOMATIC
4 SPD ELECTRONIC TRANS
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1551

**Actual mileage will vary with** options, driving conditions, driving habits and vehicle condition. Results reported to EPA indicate that the majority of vehicles with these estimates will achieve between

11 and 17 mpg in the city and between

15 and 21 mpg on the highway.

For comparison shopping, all vehicles classified as SPECIAL PURPOSE have been issued mileage ratings ranging from 10 to 20 mpg city and 13 to 31 mpg highway.

All fuel economy values on this label pertain to GASOLINE fuel usage. ETHANOL (E85) fuel usage will yield different values
See the free Fuel Economy

Compare this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer.

---

## STANDARD VEHICLE PRICE   $36,830.00
Options Installed by Manufacturer   4,130.00

**SUBURBAN LT PREFERRED EQUIPMENT GROUP:**
- * 6 WAY POWER HEATED BUCKET SEATS WITH DRIVER MEMORY INCLUDES POWER ADJUST PEDALS
- IN DASH 6 CD PLAYER
- REAR SEAT AUDIO CONTROLS & BOSE (R) PREMIUM SPEAKERS
- * 1ST AND 2ND ROW LEATHER SEATING SURFACES
- * PWR FOLD AND ADJUST HEATED OUTSIDE MIRROR WITH TURN SIG AND DRIVER SIDE AUTO DIMMING
- * ELECTRONIC CLIMATE CONTROL
- * ONSTAR COMMUNICATIONS SYSTEM INCL 1YR SAFE & SOUND PLAN
- * STEERING WHL MOUNTED CONTROL

7000 LBS GVW RATING
FEDERAL/NY/VT EMISSIONS
REAR AXLE - 3.73 RATIO
P265/70R16 BW TIRES
CARGO DOORS

TOTAL OPTIONS

| | |
|---|---|
| NO CHARGE | |
| NO CHARGE | |
| NO CHARGE | |
| NO CHARGE | |
| NO CHARGE | |
| | 4,130.00 |

**TOTAL VEHICLE & OPTIONS**   $40,960.00

DESTINATION CHARGE   815.00

# CHEVY TRUCKS

The Most Dependable, Longest-Lasting Trucks.

GM

## SUBURBAN 1500 - 2WD

C 5300 V8 FLEX FUEL ENGINE

AUTOMATIC TRANSMISSION

EXTERIOR  DK GRAY METALLIC

INTERIOR  GRAY TRIM

Division of General Motors Corporation

MANUFACTURER'S SUGGESTED RETAIL PRICE

**STANDARD VEHICLE PRICE** $36,830.00
Options Installed by Manufacturer

SUBURBAN LT PREFERRED EQUIPMENT          4,130.00
GROUP:
* 6 WAY POWER HEATED BUCKET
  SEATS WITH DRIVER MEMORY
  INCLUDES POWER ADJUST PEDALS
  IN DASH 6 CD PLAYER
  REAR SEAT AUDIO CONTROLS
  & BOSE (R) PREMIUM SPEAKERS
* 1ST AND 2ND ROW LEATHER
  SEATING SURFACES
* PWR FOLD AND ADJUST HEATED
  OUTSIDE MIRROR WITH TURN SIG
  AND DRIVER SIDE AUTO DIMMING
* ELECTRONIC CLIMATE CONTROL
* ONSTAR COMMUNICATIONS SYSTEM
  INCL 1YR SAFE & SOUND PLAN
* STEERING WHL MOUNTED CONTROL

7000 LBS GVW RATING                     NO CHARGE
FEDERAL/NY/VT EMISSIONS                 NO CHARGE
REAR AXLE - 3.73 RATIO                  NO CHARGE
P265/70R16 BW TIRES                     NO CHARGE
CARGO DOORS                             NO CHARGE

TOTAL OPTIONS                            4,130.00

## DARD EQUIPMENT
Featured Below are Included at NO EXTRA CHARGE in the Standard Vehicle Price Shown at Right

TY AND SECURITY FEATURES
L LEVEL FRONT DRIVER & RT
T PASSENGER AIR BAG WITH
RT PASSENGER SENSING SYSTEM
HEEL DISC BRAKES WITH ABS
HER DOOR LOCKS WITH KEY FOB
TIME RUNNING LIGHTS
OMATIC HEADLAMPS
GRATED SAFETY BELTS
FT DETERRENT IGNITION
DPROOF REAR DOOR LOCKS
ER LOCKOUT PREVENTION
LAMPS
ENIENCE FEATURES
DEDUCTIBLE BUMPER-BUMPER
AR/36,000 MILE LIMITED
RANTY SEE DLR FOR DETAILS
ER WINDOWS
ER DRIVER FRONT SEAT
NT SPLIT BENCH SEAT
ZONE MANUAL AIR COND

• AUXILIARY REAR HEAT
• AM/FM RADIO WITH CASS & CD
• TILT STEERING WHEEL
• CRUISE CONTROL
• ROOF MOUNTED CARRIER RAILS
• REAR WINDOW DEFOGGER
• SIDE MOUNTED ASSIST STEPS
• CARPETED FLOOR MATS
• UNDERBODY MOUNTED SPARE TIRE
• POWER & HEATED OUTSIDE MIRRORS
• 24 HOUR ROADSIDE ASSISTANCE
• GAUGE PACKAGE W/TACHOMETER
• VEH FUNCTION MONITORING SYSTEM
• INSIDE MIRROR W/COMPASS & TEMP
  POWERTRAIN/CHASSIS FEATURES
• AUTO TRANS WITH TOW/HAUL MODE
• 16" TIRES AND ALUMINUM WHEELS
• LOAD LEVELING SHOCK ABSORBERS
• EXTENDED LIFE ENGINE COOLANT
• STAINLESS STEEL EXHAUST

this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer

## GASOLINE CITY MPG

# 14

## FLEXIBLE FUEL *

Fuel Economy
Information

DOE

## GASOLINE HIGHWAY MPG

# 18

For comparison shopping,
all vehicles classified as
SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 25 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
GASOLINE fuel usage.
ETHANOL (E85) fuel usage

2003 C1500 SUBURBAN 2WD
5.3 LITER V8 ENGINE
FUEL INJECTION, AUTOMATIC
4 SPD ELECTRONIC TRANS
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1551

age will vary with
living conditions,
lts and vehicle
Results reported to
e that the majority
with these estimates
3 between
mpg in the city
between

$36,8

4,

## STANDARD VEHICLE PRICE
**Options Installed by Manufacturer**

### SUBURBAN LT PREFERRED EQUIPMENT GROUP:
* 6 WAY POWER HEATED BUCKET
  SEATS WITH DRIVER MEMORY
  INCLUDES POWER ADJUST PEDALS
* IN DASH 6 CD PLAYER
  REAR SEAT AUDIO CONTROLS
  & BOSE (R) PREMIUM SPEAKERS
* 1ST AND 2ND ROW LEATHER
  SEATING SURFACES
* PWR FOLD AND ADJUST HEATED
  OUTSIDE MIRROR WITH TURN SIG
  AND DRIVER SIDE AUTO DIMMING
* ELECTRONIC CLIMATE CONTROL
* ONSTAR COMMUNICATIONS SYSTEM
  INCL 1YR SAFE & SOUND PLAN
* STEERING WHL MOUNTED CONTROL
  7000 LBS GVW RATING
  FEDERAL/NY/VT EMISSIONS
  REAR AXLE - 3.73 RATIO
  P265/70R16 BW TIRES
  CARGO DOORS

TOTAL OPTIONS

TOTAL VEHICLE & OPTIONS    $40,1

DESTINATION CHARGE    $41,7

**TOTAL VEHICLE PRICE***    $41,7

www.chevrolet.com

This label has been applied pursuant to Federal law—Do not remove prior to delivery to the
ultimate purchaser. *Includes Manufacturer's Recommended Pre-Delivery Service. Does not
include dealer installed options or accessories and label shows local taxes or license fees.

---

**STANDARD EQUIPMENT**
Items Featured Below are included at NO EXTRA CHARGE in the Standard Vehicle Price Shown at Right

**SAFETY AND SECURITY FEATURES**
- DUAL LEVEL FRONT DRIVER & RT
  FRONT PASSENGER AIR BAG WITH
  RT FRT PASSENGER SENSING SYSTEM
- 4 WHEEL DISC BRAKES WITH ABS
- POWER DOOR LOCKS WITH KEY FOB
- DAYTIME RUNNING LIGHTS
- AUTOMATIC HEADLAMPS
- INTEGRATED SAFETY BELTS
- THEFT DETERRENT IGNITION
- CHILDPROOF REAR DOOR LOCKS
- DRIVER LOCKOUT PREVENTION
- FOG LAMPS

**CONVENIENCE FEATURES**
- NO DEDUCTIBLE BUMPER-BUMPER
  3 YEAR/36,000 MILE LIMITED
  WARRANTY SEE DLR FOR DETAILS
- POWER WINDOWS
- POWER DRIVER FRONT SEAT
- FRONT SPLIT BENCH SEAT
- TRI-ZONE MANUAL AIR COND

- AUXILIARY REAR HEAT
- AM/FM RADIO WITH CASS & CD
- TILT STEERING WHEEL
- CRUISE CONTROL
- ROOF MOUNTED CARRIER RAILS
- REAR WINDOW DEFOGGER
- SIDE MOUNTED ASSIST STEPS
- CARPETED FLOOR MATS
- UNDERBODY MOUNTED SPARE TIRE
- POWER & HEATED OUTSIDE MIRRORS
- 24 HOUR ROADSIDE ASSISTANCE
- GAUGE PACKAGE W/TACHOMETER
- VEH FUNCTION MONITORING SYSTEM
- INSIDE MIRROR W/COMPASS & TEMP
- POWERTRAIN/CHASSIS FEATURES
- AUTO TRANS WITH TOW/HAUL MODE
- 16" TIRES AND ALUMINUM WHEELS
- LOAD LEVELING SHOCK ABSORBERS
- EXTENDED LIFE ENGINE COOLANT
- STAINLESS STEEL EXHAUST

Compare this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer.

## FLEXIBLE FUEL*

**GASOLINE CITY MPG**

# 14

**GASOLINE HIGHWAY MPG**

# 18


Fuel Economy Information

**2003 C1500 SUBURBAN 2WD**
5.3 LITER V8 ENGINE
FUEL INJECTION, AUTOMATIC
4 SPD ELECTRONIC TRANS
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1551

For comparison shopping,
all vehicles classified as
SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 20 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
ETHANOL(E85) fuel usage.
ETHANOL(E85)
will yield different values
See the free Fuel Economy
Guide for information on
ETHANOL(E85).

www.fueleconomy.gov

**Actual mileage will vary with**
options, driving conditions,
driving habits and vehicle
condition. Results reported to
EPA indicate that the majority
of vehicles with these estimates
will achieve between

11 and 17 mpg in the city
  and between

15 and 21 mpg on the highway.

***This vehicle operates on REGULAR GASOLINE and ETHANOL(E85).**

ORDER NO GBOKGD
MODEL NO CC15906

DEALER TO WHOM DELIVERED   HENDRICK CHEVROLET-HUMMER
100 AUTO MALL DR
CARY

FINAL ASSEMBLY   GTO, MEX

EXTERIOR    DK GRAY METALLIC

INTERIOR    GRAY TRIM

**The Most Dependable, Longest-Lasting Trucks.**

# CHEVY TRUCKS

Division of General Motors Corporation    GM

CHARGE in the Standard Vehicle Price Shown at Right

- AUXILIARY REAR HEAT
- AM/FM RADIO WITH CASS & CD
- TILT STEERING WHEEL
- CRUISE CONTROL
- ROOF MOUNTED CARRIER RAILS
- REAR WINDOW DEFOGGER
- SIDE MOUNTED ASSIST STEPS
- CARPETED FLOOR MATS
- UNDERBODY MOUNTED SPARE TIRE
- POWER & HEATED OUTSIDE MIRRORS
- 24 HOUR ROADSIDE ASSISTANCE
- GAUGE PACKAGE W/TACHOMETER
- VEH FUNCTION MONITORING SYSTEM
- INSIDE MIRROR W/COMPASS & TEMP
POWERTRAIN/CHASSIS FEATURES
- AUTO TRANS WITH TOW/HAUL MODE
- 16" TIRES AND ALUMINUM WHEELS
- LOAD LEVELING SHOCK ABSORBERS
- EXTENDED LIFE ENGINE COOLANT
- STAINLESS STEEL EXHAUST

**STANDARD VEHICLE PRICE**          $36,830.00
**Options Installed by Manufacturer**

SUBURBAN LT PREFERRED EQUIPMENT     4,130.00
    GROUP:
  * 6 WAY POWER HEATED BUCKET
    SEATS WITH DRIVER MEMORY
    INCLUDES POWER ADJUST PEDALS
    IN DASH 6 CD PLAYER
    REAR SEAT AUDIO CONTROLS
    & BOSE (R) PREMIUM SPEAKERS
  * 1ST AND 2ND ROW LEATHER
    SEATING SURFACES
  * PWR FOLD AND ADJUST HEATED
    OUTSIDE MIRROR WITH TURN SIG
    AND DRIVER SIDE AUTO DIMMING
  * ELECTRONIC CLIMATE CONTROL
  * ONSTAR COMMUNICATIONS SYSTEM
    INCL 1YR SAFE & SOUND PLAN
  * STEERING WHL MOUNTED CONTROL
7000 LBS GVW RATING               NO CHARGE
FEDERAL/NY/VT EMISSIONS           NO CHARGE
REAR AXLE - 3.73 RATIO            NO CHARGE
P265/70R16 BW TIRES              NO CHARGE
CARGO DOORS                      NO CHARGE

TOTAL OPTIONS                       4,130.00

FUEL ECONOMY GUIDE available at the dealer.

## BLE FUEL*     GASOLINE
## HIGHWAY MPG

# 18

l Economy
formation

For comparison shopping,
all vehicles classified as
  SPECIAL PURPOSE
have been issued mileage
ratings ranging from
10 to 26 mpg city and
13 to 31 mpg highway.

All fuel economy values
on this label pertain to
GASOLINE fuel usage.
ETHANOL (E85) fuel usage
will yield different values
See the free Fuel Economy
Guide for information on
    ETHANOL (E85)

UBURBAN 2WD
ENGINE
ON, AUTOMATIC
RONIC TRANS
EEDBACK FUEL SYSTEM

NNUAL FUEL COST: $1551

LAR GASOLINE and ETHANOL(E85).

economy.gov

TOTAL VEHICLE & OPTIONS      $40,960.00
DESTINATION CHARGE                815.00
**TOTAL VEHICLE PRICE***      $41,775.00

www.chevrolet.com

FINAL ASSEMBLY    GTO. MEX

ORDER NO GBQKQD
MODEL NO CC15906
SALES CODE E
DEALER NO 16-153

This label has been applied pursuant to Federal law—Do not remove prior to delivery to the
ultimate purchaser. *Includes Manufacturer's Recommended Pre-Delivery Service. Does not
include dealer installed options or accessories not listed above, local taxes or license fees.
10335604                                        ©2002 General Motors Corporation.

DI

3GNEC16ZX3G268568

```
CADPlus                                          Dispatch Inquiry
By EDS, Inc.           Printed By: MBG3004         06/04/09  10:15

Agency :                   CClass :              Area :
Begin  : 01/01/09  00:00:00  Neigh  :            Beat :
End    : 06/04/09  10:14:03  Distrct:            Zone :
Status :                   Group  :              Unit :
Recvd  :                   Officer:
Busness:                              Address: 4720**VALLEY STREAM*DR*

       Report    Address          Officer   Date  Time  Dsp  Call Class
                         Dispatch ID
   1            4720  VALLEY STREA WINKLE, M 03/21 20:30 C    SECURITY CHECK
   2            4720  VALLEY STREA VENISHEL, 03/24 16:45 C    SUSPICIOUS VEHICLE
   3  P09038589 4720  VALLEY STREA MACARIO,  03/27 10:32 CX   TALK WITH OFFICER
   4            4720  VALLEY STREA MACARIO,  03/28 14:57 C    FOLLOW-UP INVESTIG
   5            4720  VALLEY STREA OGDEN, C. 04/01 14:25 E    SUSPICIOUS VEHICLE
   6            4720  VALLEY STREA           04/19 18:40 REPO REPO
```

*capital one —*
*repossession*



**Capital One, N.A.**
PO Box 85870
Richmond, VA 23285-5870

May 14, 2009

Jessica Heironimus
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

File No. 0905567
Our Case No. 10000792208900

Dear Ms. Heironimus:

I am writing in regards to the complaint that was filed with your office by Ms. Tracy Woody. We appreciate you bringing this matter to our attention. We take great care to ensure that important matters such as these are appropriately addressed.

As we understand her complaint, she purchased a 2003 SUV in August of 2008, using Capital One Auto Finance ("COAF") as her lender. Within four months of her purchase, she began to experience multiple mechanical difficulties with the SUV. In addition, she mentions multiple discrepancies with her loan contract and application process. These are noted below:

1.  COAF advised the Bankruptcy court that her annual percentage rate was 7.00%, when her contract indicates a 10.09% rate.
2.  Sales contract term is 72 months but her payments total 73
3.  She states that she had a Consumer Fraud Alert on her credit report at the time of her application, but COAF did not contact her before the loan was opened to confirm she was the applicant

As a result of the above stated discrepancies and the vehicles mechanical issues, she is asking that COAF agree to waive the remaining balance on her auto loan and reimburse her for all of her payments.

Ms. Heironimus, first and foremost, we certainly regret to hear of any mechanical difficulties Ms. Woody may be experiencing with her vehicle. We have reviewed her contract and our records do not indicate that she obtained a service warranty at the time of her purchase. Please understand that COAF does not guarantee the condition of the vehicle, and it is her responsibility to have the necessary inspections completed prior to her purchase. In addition, please find our response to her above listed concerns below:

1.  We recommend that she speak with her trustee for any Bankruptcy concerns she may have. Our contract indicates a rate of 10.09%.
2.  We have confirmed that her contract (Copy enclosed) indicates her term is 72 months; however, please see the paragraph labeled Finance Charge and Payments, section b, which states:

"Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment."

3. Please note that our policy is to contact and properly verify that a consumer truly submitted an application prior to proceeding with a complete approval if there is a Consumer Fraud Alert on their credit report.

We did not find any errors in the servicing of this loan. As a result, we are unable to honor her request to waive the remaining balance on her loan, or reimburse her for all monthly payments.

We regret any inconvenience this matter may have caused Ms. Woody. If you have additional questions, please contact me at 972-295-1655.

Sincerely,

Krista Chapman
On behalf of Capital One, N.A.

Enclosure

cc:
Tracy Woody
4908 Valley Place
Raleigh, NC 27604

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**
**THIS IS A CONSUMER CREDIT DOCUMENT**

Dealer Number ____ Contract Number ____

BOSA340

| Buyer (and Co-Buyer if any) Name and Address (including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| TRACY MICHELLE WOODY | FARM & RANCH AUTO SALES INC |
| | 4328 LOUISBURG ROAD |
| 1322 HOLMAN ST | RALEIGH NC 27604- |
| RALEIGH, NC 27601-    WAKE | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| | 2003 | Chevrolet | 3GNEC16X3G268568 | ☒ personal, family or household <br> ☐ business <br> ☐ agricultural |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 00 |
|---|---|---|---|---|
| 10.09 % | $ 8599.01 | $ 25088.35 | $ 33687.36 | $ 33687.36 |

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 467.88 | Monthly beginning 10/03/2006 |

Or As Follows:

**Check the insurance you want and sign below.**

**Optional Credit Insurance**

☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| Premium: | |
|---|---|
| Credit Life $ | N/A |
| Credit Disability $ | N/A |
| Insurance Company Name | |
| Home Office Address | |

Late Charge. If payment is not received in full within ___ 10 ___ days after it is due, you will pay a late charge of ___ 5 ___ % of the part of the payment that is late. If the vehicle is primarily for personal, family, household, or agricultural use, the maximum charge for each late payment will be $ ___ 6.00 ___.

Prepayment. If you pay off early your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**ITEMIZATION OF AMOUNT FINANCED**

| | | | |
|---|---|---|---|
| 1 Cash Price (including $ 719.85 sales tax) | | $ 24714.85 | (1) |
| 2 Total Downpayment = | | | |

| Trade-in | | | |
|---|---|---|---|
| (Year) (Make) (Model) | | | |
| Gross Trade-in Allowance | $ | N/A | |
| Less Pay Off Made By Seller | $ | N/A | |
| Equals Net Trade In | $ | .00 | |
| + Cash | $ | N/A | |
| + Other | $ | N/A | |
| (If total downpayment is negative, enter "0" and see 4H below) | | $ .00 | (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | $ 24714.85 | (3) |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts): | | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | | |
| Life | $ | N/A | |
| Disability | $ | N/A | |
| B Vendor's Single Interest Insurance Paid to Insurance Company | | $ | N/A |
| C Other Insurance Paid to the Insurance Company | | $ | N/A |
| D Official Fees Paid to Government Agencies | | $ | N/A |
| E Government Taxes Not Included In Cash Price | | $ | N/A |
| F Government License and/or Registration Fees | | | |
| LIC: 34.00 | | $ | 34.00 |
| G Government Certificate of Title Fees | | $ | 40.00 |
| H Other Charges (Seller must identify who is paid and describe purpose) | | | |
| to ___ for Prior Credit or Lease Balance | | $ | N/A |
| to FARM & RAN for DOC FEE | | $ | 299.50 |
| to ___ for ___ | | $ | N/A |
| to ___ for ___ | | $ | N/A |
| to ___ for ___ | | $ | N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ | 373.50 | (4) |
| 5 Amount Financed (3 + 4) | | $ | 25088.35 | (5) |

**Optional Credit Insurance** (right column continued)

☐ ____ Type of Insurance ____ N/A ____ Term
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

I want the insurance checked above.

X _____
Buyer Signature      Date

X _____
Co-Buyer Signature      Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

Returned Check Charge. You agree to pay a charge of $ 25.00 if any check you give us is dishonored.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance):** If the preceding box is checked, the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this insurance is $ ___ N/A ___ and is also shown in Item 4B of the ITEMIZATION OF AMOUNT FINANCED. The coverage is for the initial term of the contract.

OPTION: ☐ You pay no finance charge if the amount financed, Item 5, is paid in full on or before ___ N/A ___, ___ Year ___ , SELLER'S INITIALS ___

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _Tracy Woody_    Date 08/19/06 Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____    Address 4328 LOUISBURG ROA RALEIGH NC 27604-

Seller signs FARM & RANCH AUTO SALES INC    08/19/06 By X _____ Title _____

Seller assigns its interest in this contract to ONYX ACCEPTANCE CORP (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☐ Assigned without recourse    ☐ Assigned with limited recourse

FARM & RANCH AUTO SALES INC _____ By _____ Title _____

Seller

LAW FORM NO. 553-NC rev. pam. U.S. PATENT NO. D-405,596 ... ORIGINAL LIENHOLDER

**OTHER IMPORTANT AGREEMENTS**

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security interest.**
You give us a security interest in:
• The vehicle and all parts or goods installed in it;
• All money or goods received (proceeds) for the vehicle;
• All insurance, maintenance, service or other contracts we finance for you; and
• All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. The charge will be the cost of the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
• You do not pay any payment on time;
• You start a proceeding in bankruptcy or one is started against you or your property; or
• You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay reasonable attorney's fees and court costs as permitted by law.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is lost, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. Applicable Law.** Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only if the "personal, family or household" or "agricultural" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-NC 10/04

Farm and Ranch Auto Sales, Inc.
4328 Louisburg Road
Raleigh, NC 27604
(919)876-7286



State of North Carolina
Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Re: File No. 0905567
Tracy Woody

Attn: Jessica Heironimus

April 27, 2009

Ms. Heironimus,

I am in receipt of the above complaint. Unfortunately, a response is difficult because the complaint itself is not legible. I can however respond that this vehicle was purchased 8-19-06 with 52,106 miles at the time of delivery. The vehicle was sold with a 60 day or 2000 mile warranty. This time frame and mileage has expired. This customer is lodging a complaint 32 months after the purchase of a vehicle that now has over 80,000 miles on it. We feel the complaint is invalid and should be closed. If I can be of further assistance, please feel free to contact me.

Thank you,
Michael B . Colley

General Manager

manufacturer written notice of his intent to bring an action against the manufacturer at least 10 days prior to filing such suit. Nothing in this section shall prevent a manufacturer from requiring a consumer to utilize an informal settlement procedure prior to litigation if that procedure substantially complies in design and operation with the Magnuson-Moss Warranty Act, 15 USC § 2301 et seq., and regulations promulgated thereunder, and that requirement is written clearly and conspicuously, in the written warranty and any warranty instructions provided to the consumer. (1987, c. 385.)
§ 20-351.8. Remedies.
In any action brought under this Article, the court may grant as relief:

A permanent or temporary injunction or other equitable relief as the court deems just;


Monetary damages to the injured consumer in the amount fixed by the verdict. Such damages shall be trebled upon a finding that the manufacturer unreasonably refused to comply with G.S. 20-351.2 or G.S. 20-351.3. The jury may consider as damages all items listed for refund under G.S. 20-351.3;


A reasonable attorney's fee for the attorney of the prevailing party, payable by the losing party, upon a finding by the court that: a. The manufacturer unreasonably failed or refused to fully resolve the matter which constitutes the basis of such action; or b. The party instituting the action knew, or should have known, the action was frivolous and malicious. (1987, c. 385.)
§ 20-351.9. Dealership liability.
No authorized dealer shall be held liable by the manufacturer for any refunds or vehicle replacements in the absence of evidence indicating that dealership repairs have been carried out in a manner substantially inconsistent with the manufacturers' instructions. This Article does not create any cause of action by a consumer against an authorized dealer. (1987, c. 385.)
§ 20-351.10. Preservation of other remedies.
This Article does not limit the rights or remedies which are otherwise available to a consumer under any other law. (1987, c. 385.)


--------------------------------------------------------------------------------


The Magnuson-Moss Warranty Act
The Magnuson-Moss Warranty Act is a Federal Law that protects the buyer of any product which costs more than $25 and comes with an express written warranty. This law applies to any product that you buy that does not perform as it should.

Your car is a major investment, rationalized by the peace of mind that flows from its expected dependability and safety. Accordingly, you are entitled to expect an automobile properly constructed and regulated to provide reasonably safe, trouble-free, and dependable transportation - regardless of the exact make and model you bought. Unfortunately, sometimes these principles do not hold true and defects arise in automobiles. Although one defect is not actionable, repeated defects are as there exists a generally accepted rule that unsuccessful repair efforts render the warrantor liable. Simply put, there comes a time when "enough is enough" - when after having to take your car into the shop for repairs an inordinate number of times and experiencing all of the attendant inconvenience, you are entitled to say, 'That's all,' and revoke, notwithstanding the seller's repeated good faith efforts to fix the car. The rationale behind these basic principles is clear: once your faith in the vehicle is shaken, the vehicle loses its real value to you and becomes an instrument whose integrity is impaired and whose operation is fraught with apprehension. The question thus becomes when is "enough"?

As you know, enough is never enough from your warrantor's point of view and you should simply continue to have your defective vehicle repaired - time and time again. However, you are not required to allow a warrantor to tinker with your vehicle indefinitely in the hope that it may eventually be fixed. Rather, you are entitled to expect your vehicle to be repaired within a reasonable opportunity. To this end, both the federal Moss Warranty Act, and the various state "lemon laws," require repairs to your vehicle be performed within a reasonable opportunity.

Under the Magnuson-Moss Warranty Act, a warrantor should perform adequate repairs in at least two, and possibly three, attempts to correct a particular defect. Further, the Magnuson-Moss Warranty Act's reasonableness requirement applies to your vehicle as a whole rather than to each individual defect that arises. Although most of the Lemon Laws vary from state to state, each individual law usually require a warrantor to cure a specific defect within four to five attempts or the automobile as a whole within thirty days. If the warrantor fails to meet this obligation, most of the lemon laws provide for a full refund or new replacement vehicle. Further, this reasonable number of attempts/reasonable opportunity standard, whether it be that of the Magnuson-Moss Warranty Act or that of the Lemon Laws, is akin to strict liability - once this threshold has been met, the continued existence of a defect is irrelevant and you are still entitled to relief.

One of the most important parts of the Magnuson-Moss Warranty Act is its fee shifting provision. This provision provides that you may recover the attorney fees incurred in the prosecution of your case if you are successful - independent of how much you actually win. That rational behind this fee shifting provision is to twofold: (1) to ensure you will be able to vindicate your rights without having to expend large sums on attorney's fees and (2) because automobile manufacturers are able to write off all expenses of defense as a legitimate business expense, whereas you, the average consumer, obviously does not have that kind of economic staying power. Most of the Lemon Laws contain similar fee shifting provisions.

You may also derive additional warranty rights from the Uniform Commercial Code; however, the Code does not allow you in most states to recover your attorney fees and is also not as consumer friendly as the Magnuson-Moss Warranty Act or the various state lemon laws.

The narrative information on Magnuson-Moss, UCC and lemon laws on these pages is provided by Marshall Meyers, attorney.

--------------------------------------------------------------------------------

Uniform Commercial Code Summary
The Uniform Commercial Code or UCC has been enacted in all 50 states and some of the territories of the United States. It is the primary source of law in all contracts dealing with the sale of products. The TARR refers to Tender, Acceptance, Rejection, Revocation and applies to different aspects of the consumer's "relationship" with the purchased goods.

TENDER -
The tender provisions of the Uniform Commercial Code contained in Section2-601 provide that the buyer is entitled to reject any goods that fail in any respect to conform to the contract. Unfortunately, new cars are often technically complex and their innermost workings are beyond the understanding of the average new car buyer. The buyer, therefore, does not know whether the goods are then conforming.

ACCEPTANCE -
The new car buyer accepts the goods believing and expecting that the manufacturer will repair any problem he has with the goods under the warranty.

REJECTION -
The new car buyer may discover a problem with the vehicle within the first few miles of his purchase. This would allow the new car buyer to reject the goods. If the new car buyer discovers a defect in the car within a reasonable time to inspect the vehicle, he may reject the vehicle. This period is not defined. On the one hand, the buyer must be given a reasonable time to inspect and that reasonable time to inspect will be held as an acceptance of the vehicle. The Courts will decide this reasonable time to inspect based on the knowledge and experience of the buyer, the difficulty in discovering the defect, and the opportunity to discover the defect.
The following is an example of a case of rejection: Mr. Zabriskie purchase a new 1966 Chevrolet Biscayne. After picking up the car on Friday evening, while en route to his home 2.5 miles away, and within 7/10ths of a mile from the dealership, the car stalled

and stalled again within 15 feet. Thereafter, the car would only drive in low gear. The buyer rejected the vehicle and stopped payment on his check. The dealer contended that the buyer could not reject the car because he had driven it around the block and that was his reasonable opportunity to inspect. The New Jersey Court said;

To the layman, the complicated mechanisms of today's automobile are a complete mystery. To have the automobile inspected by someone with sufficient expertise to disassemble the vehicle in order the discover latent defects before the contract is signed, is assuredly impossible and highly impractical. Consequently, the first few miles of driving become even more significant to the excited new car buyer. This is the buyer's first reasonable opportunity to enjoy his new vehicle to see if it conforms to what it was represented to be and whether he is getting what he bargained for. How long the buyer may drive the new car under the guise of inspection of new goods is not an issue in the present case because 7/10th of a mile is clearly within the ambit of a reasonable opportunity to inspect. Zabriskie Chevrolet, Inc. v. Smith, 240 A. 2d 195(1968)

It is suggested that Courts will tend to excuse use by consumers if possible.

REVOCATION -
What happens when the consumer has used the new car for a lengthy period of time? This is the typical lemon car case. The UCC provides that a buyer may revoke his acceptance of goods whose non-conformity substantially impairs the value of the goods to him when he has accepted the goods without discovery of a non-conformity because it was difficult to discover or if he was assured that non-conformities would be repaired. Of course, the average new car buyer does not learn of the nonconformity until hundreds of thousands of miles later. And because quality is job one, and manufacturers are competing on the basis of their warranties, the consumer always is assured that any noncomformities he does discover will be remedied.
What is a noncomformity substantially impairing the value of the vehicle?

A noncomformity may include a number of relatively minor defects whose cumulative total adds up to a substantial impairment. This is the "Shake Faith" Doctrine first stated in the Zabrisikie case. "For a majority of people the purchase of a new car is a major investment, rationalized by the peace of mind that flows from its dependability and safety. Once their faith is shaken, the vehicle loses not only its real value in their eyes, but becomes an instrument whose integrity is substantially impaired and whose operation is fraught with apprehension".
A substantial noncomformity may include a failure or refusal to repair the goods under the warranty. In Durfee V. Rod Baxter Imports, the Minnesota Court held that the Saab owner that was plagued by a series of of annoying minor defects and stalling, which were never repaired after a number of attempts, could revoke, "if repairs are not successfully undertaken within a reasonable time", the consumer may elect to revoke.

Substantial Non Conformity and Lemon Laws often define what may be considered a substantial impairment. These definitions have been successfully used to flesh out the substantial impairment in the UCC.
Additional narrative information on Magnusson-Moss, UCC and lemon laws on these pages is provided by T. Michael Flinn, attorney.





Forman • Rossabi • Black
ATTORNEYS AT LAW

# LAW PROHIBITS UNFAIR AND DECEPTIVE TRADE PRACTICES

by
Jim Slaughter, Attorney

**Originally published as "Sherman Antitrust Act Became Model for Similar Laws by States"**
**in *The Business Weekly* of the *Greensboro News & Record***

During the nineteenth century in the United States, tremendous economic power became concentrated in the hands of a few individuals. By the latter part of the century, some of these individuals were combining their resources in "trusts" to completely dominate various industries. For example, Standard Oil Company controlled 90% of the lamp-oil refining in the United States; E.C. Knight Company controlled 98% of the nation's sugar refining.

Monopolies meant that a few people had the power to dictate to everybody else; the government saw this action as unfair and took action. In July 1890 Congress passed the Sherman Antitrust Act (named after its author, Senator John Sherman of Ohio) in an attempt to preserve competition and to prevent further concentration of economic power. The Sherman Act prohibits practices which create monopolies or restrain trade by obstructing trade and competition.

As the Sherman Act applied only to interstate and international trade and commerce, many states quickly passed Sherman-like legislation to regulate state practices. Like the federal law, these state statutes were designed to protect the public by suppressing trusts, securing competition, and preventing monopolies.

## STATE REGULATION

Using the Sherman Act as a guide, the North Carolina General Assembly passed laws in 1913 to limit monopolies and trusts. General Statute 75-1 states that "every contract, combination in the form of trust

or otherwise, or conspiracy in restraint of trade or commerce in the State of North Carolina is hereby declared to be illegal." Violation of the statute is a criminal felony.

If North Carolina's statute only prohibited monopolies, it wouldn't be of much use ("trust busting" on a state level isn't very common). These days very few legal actions are filed under the state statute to regulate monopolies and trusts. In addition to regulating monopolies, though, our state law also declares as unlawful "unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce." Although this portion of the statute is not a criminal offense, the statute provides specific relief to injured parties.

The real muscle behind the unfair or deceptive trade practices statute is the civil remedy. Any person or business injured or destroyed by unfair or deceptive trade practices can sue the perpetrator. To prevail on such a claim, a party must show the following:

1. an unfair or deceptive act or practice, or an unfair method of competition,

2. in or affecting commerce,

3. which proximately caused actual injury to the party or to his business.

If the injured party is awarded damages, the statute automatically trebles, or triples, the damages. The statute even allows a judge to require the unsuccessful side to pay the attorney's fees of the prevailing party.

Because "unfair methods of competition" and "unfair or deceptive trade practices" take so many forms, the statute makes no attempt to list all instances. Instead, courts have held that the existence of unfair acts and practices must be determined from the circumstances of each particular case. As a matter of practice, acts are usually found to be unfair and deceptive when they offend established public policy or are immoral, unethical, oppressive, unscrupulous, or injurious to consumers. Questions as to whether or not the perpetrator intended certain consequences or acted in good or bad faith are irrelevant. The relevant question is what effect the conduct has on the consuming public.

As described above, no precise list of unfair and deceptive acts can be created because each case must be judged on its own facts. However, certain categories of behavior have been found to violate the statute in past cases:

- Fraud or misrepresentation in a commercial setting.

- Situations in which competitors divide up a territory in order to minimize competition.

- Unfair and deceptive acts and practices in the insurance industry.

- Deceiving creditors to extend credit to an individual who is not creditworthy.

- Libeling or slandering someone else's product or business activities.

- The "passing off" of one's goods as those of a competitor.

- Wrongful interference with another's contracts.

- Systematic overcharging of customers.

In an ordinary unfair or deceptive trade practices case, the jury is responsible for determining whether or not the alleged acts were committed. Following this determination, the court must decide as a question of law whether or not the proven facts constitute an unfair or deceptive trade practice.

*This article is intended to provide general information about the topic discussed and is not legal advice or a legal opinion.*
*Specific questions should be directed to a lawyer at Forman Rossabi Black, P.A., or to another attorney.*

**Forman Rossabi Black, PA**
3623 North Elm Street, Suite 200 Greensboro, NC 27455
Office: 336-378-1899    Fax: 336-378-1850

info@frb-law.com