UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: MOTORS LIQUIDATION COMPANY, et al
       f/k/a General Motors Corp., et al        :Chapter 11
                                      Case No. 09-50026 (REG)
                                      (Jointly Administered)

## OBJECTIONS TO SUBPOENAS CONCERNING BANKRUPTCY CLAIMS INFORMATION FOR ZAMLER, MELLEN & SHIFFMAN, P.C. CLIENTS

NOW COMES Zamler, Mellen & Shiffman, P.C. and states as follows:

1.) Zamler, Mellen & Shiffman, P.C. represents several asbestos claimants who have filed claims with various bankruptcy trusts.

2.) On or about October 25, 2009, Zamler, Mellen & Shiffman, P.C. received notification of subpoenas served on these trusts for approximately thirteen (13) plaintiffs represented by Zamler, Mellen & Shiffman, P.C.

3.) As to each of these claimants, no action was pending against General Motors at the time General Motors filed for bankruptcy. (See Exhibit 1, letter from General Motor's counsel listing pending cases; and Exhibit 2, Affidavit of Margaret Holman Jensen, Esq.)

4.) That as shown on Exhibit 2, the attached affidavit, each of the claimants had previously settled with or dismissed Defendant, General Motors, prior to the bankruptcy. None of these claimants' names appear as having a pending claim on the list of claimants sent by General Motors's counsel in Exhibit 1.

5.) That no claim has been or will be filed for any of these claimants in the General Motors bankruptcy proceedings.

6.) Zamler, Mellen & Shiffman, P.C. objects on behalf of its clients to release information about their bankruptcy claims to other trusts when no claim has or will be filed in the General Motors bankruptcy proceedings.

Respectfully,

ZAMLER, MELLEN & SHIFFMAN, P.C.

BY: _____
MARGARET HOLMAN JENSEN (P33511)
ALICE BUFFINGTON (P44024)
WILLIAM T. RUSSELL (P40062)
Attorneys for Plaintiffs
23077 Greenfield Rd., Ste. 557
Southfield, MI 48075
(248) 557-1155

DATED: November 5, 2010.



Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
WWW.DYKEMA.COM
Tel: (313) 568-6800
Fax: (313) 568-6691

**Todd Grant Gattoni**
Direct Dial: (313) 568-5318
Email: TGATTONI@DYKEMA.COM

June 9, 2009

Via Federal Express

Margaret Holman Jensen, Esq.
ZAMLER, MELLEN & SHIFFMAN, P.C.
23077 Greenfield
Suite 557
Southfield, Michigan 48075

Re:   **Attached list of Cases Pending Against General Motors Corporation**

Dear Ms. Holman Jensen:

I write to inform you that on June 1, 2009, (the "Commencement Date"), General Motors Corporation and certain of its subsidiaries (collectively, the "Debtors"), filed voluntary petitions seeking bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The chapter 11 cases have been consolidated for procedural purposes and bear case no. 09-50026 (REG). Enclosed herewith are copies of the Debtors' chapter 11 petition.

Your attention is directed to section 362(a) of the Bankruptcy Code, entitled "Automatic Stay." Pursuant to section 362(a) of the Bankruptcy Code, an automatic stay went into effect on the Commencement Date, prohibiting the commencement or continuation of any actions or proceedings against the Debtors. The automatic stay expressly prohibits the following:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code.]

11 U.S.C. § 362(a)(1).

Accordingly, the attached-captioned actions are automatically stayed as to General Motors Corporation. All actions taken in violation of the automatic stay are void. Further, pursuant to established case law, parties may be held in contempt of court for violating the automatic stay.

California | Illinois | Michigan | Texas | Washington D.C.



# DYKEMA

Ms. Margaret Holman-Jensen, Esq.
June 9, 2009
Page 2

See, e.g., Bartel v. Eastern Airlines, 133 F.3d 908 (2d cir. 1998); Fidelity Mortgage Investors v. Camelia Builders, Inc., 550 F.2d 47 (2d cir. 1976), cert. denied, 429 U.S. 1093 (1977).

If you have any questions with respect to the foregoing, please do not hesitate to contact me.

Very truly yours,

DYKEMA GOSSETT PLLC

Todd Grant Gatton

Enclosures

DET01\701991.1
ID\TGG - 097950/0999

## List of Pending Cases

|     | Plaintiff(s)            | Court   | Case Number    |
|-----|-------------------------|---------|----------------|
| 1.  | Breault, Lawrence       | Midland | 08-3227-NP-B   |
| 2.  | Humphrey, Kenneth       | Midland | 08-2704-NP-B   |
| 3.  | Leigeb, Edward          | Midland | 08-5122-NP-B   |
| 4.  | Moore, Jack             | Midland | 08-3504-NP-B   |
| 5.  | Overly, Lloyd           | Midland | 08-5191-NP-B   |
| 6.  | Pomranky, David         | Midland | 08-5192-NP-B   |
| 7.  | Schaefer, Randal        | Midland | 08-5009-NP-B   |
| 8.  | Stellmacher, Jr., David | Midland | 08-2983-NP-B   |
| 9.  | Varner, Lester          | Midland | 07-2618-NP-B   |
| 10. | Wernette, Gary          | Midland | 08-2984-NP-B   |
| 11. | Whalen, James           | Midland | 08-5008-NP-B   |
| 12. | Baker, Ronnie           | Wayne   | 07-706185-NP   |
| 13. | Bakus, Donald           | Wayne   | 08-105999-NP   |
| 14. | Ball, Frank             | Wayne   | 07-716648-NP   |
| 15. | Bergmooser, Keith       | Wayne   | 07-733325-NP   |
| 16. | Bilsland, Alexander     | Wayne   | 08-018408-NP   |
| 17. | Borek, Dennis           | Wayne   | 07-727481-NP   |
| 18. | Boswell, Samuel         | Wayne   | 08-120172-NP   |
| 19. | Brush, William          | Wayne   | 07-727483-NP   |
| 20. | Burgess, Jr., Arvid     | Wayne   | 08-126586-NP   |
| 21. | Burkeen, David          | Wayne   | 08-107370-NP   |
| 22. | Butler, Mary            | Wayne   | 07-730041-NP   |
| 23. | Capps, Michael          | Wayne   | 07-724541-NP   |
| 24. | Carder, Steven          | Wayne   | 07-732333-NP   |
| 25. | Carter, Bobby           | Wayne   | 08-120174-NP   |
| 26. | Clauw, Frank            | Wayne   | 07-714600-NP   |
| 27. | Cole, George            | Wayne   | 07-727484-NP   |
| 28. | Coleman, Donnie         | Wayne   | 07-724532-NP   |
| 29. | Corazza, James          | Wayne   | 07-715716-NP   |
| 30. | Cracknell, Eric         | Wayne   | 07-727485-NP   |
| 31. | Debaeke, Lawrence       | Wayne   | 07-724545-NP   |
| 32. | Degg, James             | Wayne   | 08-124690-NP   |
| 33. | Devroy, Robert          | Wayne   | 07-731587-NP   |
| 34. | Ditty, Dewain           | Wayne   | 07-716649-NP   |
| 35. | Eddins, Jr., Robert     | Wayne   | 07-726139-NP   |
| 36. | Ellis, Alvin            | Wayne   | 07-711216-NP   |
| 37. | Eulitz, Arthur          | Wayne   | 08-109831-NP   |
| 38. | Fandrei, Michael        | Wayne   | 08-125389-NP   |
| 39. | Fields, Johnnie         | Wayne   | 08-109726-NP   |
| 40. | Gilin, Patrick          | Wayne   | 08-127057-NP   |
| 41. | Gordon, Walter          | Wayne   | 07-730038-NP   |
| 42. | Grant, Richard          | Wayne   | 08-124692-NP   |
| 43. | Hall, Robert            | Wayne   | 07-716652-NP   |
| 44. | Heath, Phelps           | Wayne   | 07-717090-NP   |
| 45. | Heilig, Michael         | Wayne   | 07-733324-NP   |
| 46. | Hodge, Steven           | Wayne   | 08-107336-NP   |
| 47. | Hodges, Edward          | Wayne   | 07-706188-NP   |
| 48. | Honaker, Roger          | Wayne   | 08-114473-NP   |
| 49. | Jefferson, Raymond      | Wayne   | 07-714598-NP   |
| 50. | Kidd, Larry             | Wayne   | 08-104646-NP   |

## List of Pending Cases

|     | Plaintiff(s) | Court | Case Number |
|-----|--------------|-------|-------------|
| 51. | **Labean**, Lawrence | Wayne | 08-102216-NP |
| 52. | **Lazich**, Ronald | Wayne | 09-000933-NP |
| 53. | **Lengyel**, Larry | Wayne | 07-727486-NP |
| 54. | **Loukas**, George | Wayne | 09-000934-NP |
| 55. | **Meaux**, Leon | Wayne | 08-125382-NP |
| 56. | **Mesler**, Robert | Wayne | 08-014946-NP |
| 57. | **Metcalf**, Marcus | Wayne | 08-114166-NP |
| 58. | **Miller**, James | Wayne | 08-120178-NP |
| 59. | **Milon**, David | Wayne | 08-114479-NP |
| 60. | **Moore**, Felton | Wayne | 08-104731-NP |
| 61. | **Mullins**, Walter | Wayne | 08-109727-NP |
| 62. | **Murray**, Leroy | Wayne | 08-109828-NP |
| 63. | **Netherton**, Ricky | Wayne | 08-105453-NP |
| 64. | **Nimeth**, Richard | Wayne | 07-702807-NP |
| 65. | **O'Connell**, Patrick E/O P/R Ellen O'Connell | Wayne | 08-107845-NP |
| 66. | **Ogletree**, Abraham | Wayne | 07-724544-NP |
| 67. | **Peck**, Richard | Wayne | 08-127085-NP |
| 68. | **Penny**, James | Wayne | 07-706187-NP |
| 69. | **Prush**, Joseph | Wayne | 08-105452-NP |
| 70. | **Pyle**, Parks | Wayne | 07-727489-NP |
| 71. | **Qualls**, Cleolous | Wayne | 07-727472-NP |
| 72. | **Schultz**, Wayne | Wayne | 08-104642-NP |
| 73. | **Shepherd**, Clifford | Wayne | 08-111338-NP |
| 74. | **Shrader**, Robert | Wayne | 07-724555-NP |
| 75. | **Sinclair**, Thomas | Wayne | 08-116200-NP |
| 76. | **Sisung**, James | Wayne | 07-721467-NP |
| 77. | **Sivley**, Michael | Wayne | 07-725527-NP |
| 78. | **Smith**, Thomas | Wayne | 07-717091-NP |
| 79. | **Sneider**, Michael | Wayne | 07-727475-NP |
| 80. | **Sobaszek**, Marshall | Wayne | 08-124701-NP |
| 81. | **Taylor**, Kenneth | Wayne | 08-015923-NP |
| 82. | **Thomas**, Richard | Wayne | 08-017091-NP |
| 83. | **Tomlin**, Leonard | Wayne | 07-706186-NP |
| 84. | **Tracy**, Stefen | Wayne | 07-716776-NP |
| 85. | **Wagner**, Barry | Wayne | 07-732337-NP |
| 86. | **Wahl**, Richard | Wayne | 07-702805-NP |
| 87. | **Walker**, Joe | Wayne | 08-126587-NP |
| 88. | **Watson**, Donald | Wayne | 08-125381-NP |
| 89. | **Watt**, Bruce | Wayne | 07-728791-NP |
| 90. | **Wells, Jr.**, Eddie | Wayne | 07-719823-NP |
| 91. | **West**, Jimy E/O P/R Deanne West | Wayne | 07-711215-NP |
| 92. | **Williams**, James | Wayne | 08-124076-NP |
| 93. | **Williams**, Lewis | Wayne | 08-107376-NP |
| 94. | **Wright**, Richard | Wayne | 08-124709-NP |

# AFFIDAVIT

State of Michigan)
                 )SS
County of Oakland)

I, Margaret Holman Jensen, being duly sworn, depose and state as follows:

1. I am a partner in the law firm of Zamler, Mellen & Shiffman, P.C. and represent several asbestos claimants whose claims have been subpoenaed by the firm of Kramer, Levin, Naftalis & Frankel LLP in connection with the IN RE: MOTORS LIQUIDATION COMPANY, et al, f/k/a General Motors Corp., et al (See attached Exhibit A, attachments to subpoenas for each of the trusts)

2. That I have reviewed our records kept in the normal course of business and have found that none of the subpoenaed claimants had a pending claim against General Motors at the time of the bankruptcy petition

3. In particular, and in alphabetical order, the following disposition of the claims occurred:
   Chapin, Phillip - Resolved with GM in 2007
   Gosney, Wilbur - Resolved with GM in 2004
   Gray, Alfus - Resolved with GM in 2007
   Jordan, John - GM not a party defendant (1999 trial date)
   Johnson, Robert - Resolved with GM in 2000
   Milantoni, Rudolph - Resolved with GM in 2002
   Plagens, Irvin - GM dismissed in 2007
   Roman, John - GM dismissed in 2005
   Schur, Earl - Resolved with GM in 2002
   Syders, William - Resolved with GM in 2007
   Theobald, Charles - GM dismissed in 2008
   Underwood, Gilbert - GM dismissed in 2005
   Wesenberg, Wayne - Resolved with GM in 2007

4. Zamler, Mellen & Shiffman, P.C. does not intend to file any claims for any of the above claimants in the bankruptcy proceedings involving General Motors.

FURTHER AFFIANT SAYETH NOT.

11-5-10
Date

Margaret Holman Jensen, Esquire
Zamler, Mellen & Shiffman, P.C.

Subscribed and sworn to before me this
5 day of November, 2010.

Beverly J. Brittain

BEVERLY J. BRITTAIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2012
ACTING IN COUNTY OF Oakland

EXHIBIT 2

## Armstrong World Industries Personal Injury Settlement Trust

| Claim Num. | Injured Name |
|---|---|
| 10008196 | Gosney, Wilbur |
| 10018747 | Gray, Alfus |
| 10008163 | Johnson, Robert |
| 10197351 | JORDAN, JOHN |
| 10025753 | MILANTONI, RUDOLPH |
| 10005850 | Plagens, Irvin |
| 10006113 | Roman, John |
| 10018647 | SCHUR, EARL |
| 10007998 | Syders, William |
| 10007256 | Theobald, Charles |
| 10051052 | Theobald, Charles |
| 10271453 | Underwood, Gilbert |
| 10005776 | Wesenberg, Wayne |

**13** Claim(s)



Babcock & Wilcox Asbestos Settlement Trust

| Claim Num. | Injured Name |
|---|---|
| 2278293 | CHAPIN, PHILLIP |
| 2164357 | Gosney, Wilbur |
| 2172216 | Gray, Alfus |
| 2170588 | Johnson, Robert |
| 2067011 | MILANTONI, RUDOLPH |
| 2170546 | Plagens, Irvin |
| 2164541 | Roman, John |
| 2067040 | SCHUR, EARL |
| 2164926 | Syders, William |
| 2164945 | Theobald, Charles |
| 2194027 | Underwood, Gilbert |
| 2170657 | Wesenberg, Wayne |

**12** Claim(s)

DII Industries, LLC Asbestos PI Trust (HAL)

| Claim Num. | Injured Name |
|---|---|
| 4041161 | Gosney, Wilbur |
| 4040569 | Gray, Alfus |
| 4117547 | Johnson, Robert |
| 4040064 | MILANTONI, RUDOLPH |
| 4039965 | Plagens, Irvin |
| 4041165 | Roman, John |
| 4040067 | Schur, Earl |
| 4040599 | Syders, William |
| 4111016 | Theobald, Charles |
| 4075917 | Underwood, Gilbert |
| 4040558 | Wesenberg, Wayne |

**11** Claim(s)

## DII Industries, LLC Asbestos PI Trust (HW)

| Claim Num. | Injured Name |
| --- | --- |
| 5009780 | Gosney, Wilbur |
| 5013781 | Gray, Alfus |
| 5114616 | Johnson, Robert |
| 5011820 | MILANTONI, RUDOLPH |
| 5012018 | Plagens, Irvin |
| 5009793 | Roman, John |
| 5009286 | Schur, Earl |
| 5009854 | Syders, William |
| 5009859 | Theobald, Charles |
| 5069884 | Underwood, Gilbert |
| 5012323 | Wesenberg, Wayne |

**11** Claim(s)

## Owens Corning/Fibreboard Asbestos Personal Injury Trust (FB)

| Claim Num. | Injured Name |
| --- | --- |
| 12064035 | GOSNEY, WILBUR |
| 12059983 | GRAY, ALFUS |
| 12270637 | JOHNSON, ROBERT |
| 12311435 | Jordan, John |
| 12069342 | MILANTONI, RUDOLPH |
| 12057036 | PLAGENS, IRVIN |
| 12056727 | ROMAN, JOHN |
| 12045689 | SCHUR, EARL |
| 12060111 | SYDERS, WILLIAM |
| 12163277 | THEOBALD, CHARLES |
| 12224522 | Underwood, Gilbert |
| 12059914 | WESENBERG, WAYNE |

**12** Claim(s)

Owens Corning/Fibreboard Asbestos Personal Injury Trust (OC)

| Claim Num. | Injured Name |
| --- | --- |
| 11068983 | GOSNEY, WILBUR |
| 11077635 | GRAY, ALFUS |
| 11085368 | JOHNSON, ROBERT |
| 11077865 | JORDAN, JOHN |
| 11085167 | MILANTONI, RUDOLPH |
| 11070075 | PLAGENS, IRVIN |
| 11069767 | ROMAN, JOHN |
| 11059378 | SCHUR, EARL |
| 11077762 | SYDERS, WILLIAM |
| 11197281 | THEOBALD, CHARLES |
| 11069796 | UNDERWOOD, GILBERT |
| 11077539 | WESENBERG, WAYNE |

**12** Claim(s)

United States Gypsum Asbestos Personal Injury Settlement Trust

| Claim Num. | Injured Name |
|---|---|
| 6010806 | Gosney, Wilbur |
| 6031808 | Gray, Alfus |
| 6263254 | Johnson, Robert |
| 6020690 | MILANTONI, RUDOLPH |
| 6025485 | Plagens, Irvin |
| 6011131 | Roman, John |
| 6012200 | SCHUR, EARL |
| 6011592 | Syders, William |
| 6011603 | Theobald, Charles |
| 6218568 | Underwood, Gilbert |
| 6025851 | Wesenberg, Wayne |

**11**  Claim(s)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: MOTORS LIQUIDATION COMPANY, et al
    f/k/a General Motors Corp., et al     :Chapter 11
                                     Case No. 09-50026 (REG)
                                     (Jointly Administered)

---

## PROOF OF SERVICE

STATE OF MICHIGAN)
                    )SS
COUNTY OF OAKLAND)

SHARON GIBBONS, being first duly sworn, deposes and says that she is employed in the law offices of ZAMLER, MELLEN & SHIFFMAN, P.C., attorneys for Plaintiffs; and further, that on November 5, 2010, she did serve a true copy of the within **OBJECTIONS TO SUBPOENAS CONCERNING BANKRUPTCY CLAIMS INFORMATION FOR ZAMLER, MELLEN & SHIFFMAN, P.C. CLIENTS** upon: The Honorable Robert E. Gerber, U.S. Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004-1408; and upon: Philip Bentley, Esq., Kramer, Levin, Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036; via UPS.

_____
SHARON GIBBONS

Subscribed and sworn to before me this 5th day of November, 2010.

BARBARA ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Dec 28, 2012
ACTING IN COUNTY OF OAKLAND