| | | |
|---|---|---|
| EDWIN H. BEACHLER | **CAROSELLI** | DANIEL K. BRICMONT |
| WILLIAM R. CAROSELLI | **BEACHLER** | RHETT P. CHERKIN |
| CRAIG E. COLEMAN* | **McTIERNAN** | RICHARD C. DeFRANCESCO*** |
| TIMOTHY CONBOY | **CONBOY** | KELLY L. ENDERS |
| DAVID A. McGOWAN** | | LAUREN C. FANTINI*** |
| JOHN W. McTIERNAN | CAROSELLI BEACHLER McTIERNAN & CONBOY LLC | KEVIN W. LEE |
| DAVID S. SENOFF*** | 20 STANWIX STREET • SEVENTH FLOOR | SUSAN A. MEREDITH |
| THOMAS G. SMITH | PITTSBURGH, PENNSYLVANIA 15222-4802 | JENNIFER MODELL |
| | WWW.CBMCLAW.COM | FRED C. SOILIS |
| * ADMITTED IN PA, NJ & WV | 412-391-9860 • 1-800-222-8816 • FAX 412-391-7453 | MELISSA R. SPENCER |
| ** ADMITTED IN PA & OH | | |
| *** ADMITTED IN PA & NJ | | OF COUNSEL |
| | | CATHERINE A. BAXTER |

November 8, 2010

E-MAIL VIA OVERNIGHT DELIVERY

The Honorable Robert E. Gerber
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**In Re: Motors Liquidation Company, et al. f/k/a General Motors Corp., et al., Debtors
Chapter 11 – Case No. 09-50026 (REG) (Jointly Administered)**

Dear Judge Gerber:

My firm was served with a subpoena regarding 14 clients that our law firm represents. Of these 14 cases, 10 were either settled prior to the filing of General Motors' bankruptcy or Motions for Summary Judgment were granted as to General Motors. The cases which were settled include:

| Client | Last four digits of SSN: |
|---|---|
| 1. Kenneth Artman | xxx-xx-3277 |
| 2. Louis Belloma | xxx-xx-7153 |
| 3. Robert Dean | xxx-xx-5906 |
| 4. Dennis Dittmer | xxx-xx-3293 |
| 5. Thomas Lohse | xxx-xx-6881 |
| 6. Douglas Melby | xxx-xx-1393 |
| 7. William Trunzo | xxx-xx-6829 |

Some of the above cases were settled several years prior to the GM bankruptcy filing.

The following were cases where Motions for Summary Judgment were granted on behalf of GM. These Motions for Summary Judgment were granted several years prior to the bankruptcy filing.

| | |
|---|---|
| 1. Leonard Curci | xxx-xx-9624 |
| 2. Ildon Livingston | xxx-xx-3299 |
| 3. Mary Orr | xxx-xx-9879 |

The Honorable Robert E. Gerber
Page 2
November 8, 2010

CAROSELLI
BEACHLER
McTIERNAN
CONBOY

Please be advised that in the remaining four cases listed below, these Plaintiffs have not filed a Proof of Claim with General Motors. This is also true of the nine cases listed above.

1. Thomas Lazur       xxx-xx-5483
2. William Rundle     xxx-xx-2857
3. Robert Smeltzer    xxx-xx-0557
4. Robert Venne       xxx-xx-0871

Therefore, it is Plaintiffs' position the subpoena should be squashed against all 14 cases where subpoenas have been issued for documents.

Respectfully submitted,

Craig E. Coleman

CEC/blh
cc: Philip Bentley, Esquire