**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re                                           : | Chapter 11 |
|                                                 : | |
| MOTORS LIQUIDATION COMPANY, *et al.,*           : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*.,           : | |
|                                                 : | |
| Debtors.                                        : | (Jointly Administered) |
|                                                 : | |
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 8, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit A annexed hereto (affected party):

- Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [Docket No. 7680].

3. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit B annexed hereto (affected party):

- Order Granting Debtors' 102nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [Docket No. 7681].

4. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 7682].

5. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit D annexed hereto (affected parties):

- Order Granting Debtors' 106th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7686].

6. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit E annexed hereto (affected parties):

- Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7687].

7. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit F annexed hereto (affected party):

- Order Granting Debtors' 108th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7688].

Dated: November 9, 2010  /s/ Alison Moodie
Melville, New York  Alison Moodie

Sworn to before me this 9th day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011

# EXHIBIT A

REYES, SHARRON S
4780 JAMM RD
ORION, MI 48359-2216

# EXHIBIT B

BELL, SHARON A
1214 SAINT CLAIR ST
DETROIT, MI 48214-3670

# EXHIBIT C

ALARIE, LOUIS J  
8070 SAWGRASS TRL  
GRAND BLANC, MI 48439-1844

FLOYD JANKOWSKI  
1224 HEAVENRIDGE RD  
ESSEXVILLE, MI 48732-1738

FRANK J. CELSNAK  
455 W OAKHAMPTON DR  
EAGLE, ID 83616-6740

GEORGE LEEDOM  
97 WESTGAGE DR  
MANSFIELD, OH 44906

GEORGE LEEDOM  
97 WESTGATE DR  
MANSFIELD, OH 44906

GEORGE W CONRAD  
MARJORIE A CONRAD TEN COM  
3419 CROW VALLEY DR  
MISSOURI CITY, TX 77459-3208

# EXHIBIT D

DAVIS III, BOYDEN E  
7898 BEAVER RD  
SAINT CHARLES, MI 48655-8634

GRANDISON, KAREN MICHELE  
18662 SCHAEFER HWY  
DETROIT, MI 48235-1756

THORPE, MARY J  
3744 S 450 E  
RUSHVILLE, IN 46173-7871

# EXHIBIT E

| | |
|---|---|
| ANN MCHUGH<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | BRET SANDERSON<br>4611 W 41ST PLACE<br>GARY, IN 46408 |
| DESBOROUGH, MARILYN M<br>11028 CEDAR VIEW RD<br>CHARLOTTE, NC 28226-4427 | MCHUGH, ANN F<br>2330 MAPLE RD<br>APT 224<br>WILLIAMSVILLE, NY 14221-4057 |
| MCHUGH, ANN F<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | WHORLEY, SHEILA M<br>529 W SAGER RD<br>HASTINGS, MI 49058-9284 |

# EXHIBIT F

MCELYEA, JAMES W
3210 NORTHWEST GRAND AVE.
PHOENIX, AZ 85017