**Hearing Date:  To Be Determined**
**Objection Deadline:  To Be Determined**

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999

Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| MOTORS LIQUIDATION COMPANY, *et al.,* | ) | Case No. 09-50026 (REG) |
|  | ) |  |
| f/k/a General Motors Corp., *et al.* | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

---------------------------------------------------------------X

**SECOND INTERIM APPLICATION OF ANALYSIS RESEARCH PLANNING
CORPORATION AS ASBESTOS CLAIMS VALUATION CONSULTANT TO
DEAN M. TRAFELET IN HIS CAPACITY AS LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

## SUMMARY COVERSHEET TO THE SECOND INTERIM APPLICATION OF ANALYSIS RESEARCH PLANNING CORPORATION

NAME OF APPLICANT:                                  Analysis Research Planning Corp.

AUTHORIZED TO PROVIDE SERVICES TO:                 Dean M. Trafelet in his capacity as Legal
                                                    Representative for Future Asbestos Personal
                                                    Injury Claimants

DATE OF ENTRY OF ORDER OF APPOINTMENT:             April 21, 2010

PERIOD FOR WHICH COMPENSATION AND                  June 1, 2010 through September 30, 2010
REIMBURSEMENT IS SOUGHT:

TOTAL PROFESSIONAL FEES SOUGHT IN THIS             $205,538.50
APPLICATION:

TOTAL EXPENSES SOUGHT IN THIS                      $857.22
APPLICATION:

TOTAL COMPENSATION SOUGHT IN THIS                  $206,385.72
APPLICATION (FEES AND EXPENSES):

TOTAL PROFESSIONAL HOURS:                          1,245.30

BLENDED HOURLY RATE:                               $165.05

INTERIM OR FINAL APPLICATION:                      This is Applicant's second interim application
                                                    for compensation.

## SUMMARY OF PRIOR APPLICATIONS

| Date Application Filed | Docket No. | Compensation Period | Fees Requested | Expenses Requested | Fees Allowed[1] | Expenses Allowed | Holdback (if any) |
|---|---|---|---|---|---|---|---|
| 7/15/2010 | 6351 | March 1, 2010 – May 30, 2010 | $16,034.50 | $0.00 | $16,034.50 | $0.00 | $1,603.45 |

---

[1] A hearing on ARPC's First Interim Application was held on October 26, 2010.  At that hearing, the Court approved ARPC's fee application subject to the 10% holdback on fees requested by the United States Trustee.  Hr'g Tr. 93:7 – 94:11, October 26, 2010.

**SUMMARY OF HOURS BILLED BY PROFESSIONAL**

| Professional | Title | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Florence, Tom | President | $555.00 | 42.50 | $23,587.50 |
| Brockman, Amy | Vice President | $435.00 | 45.80 | $17,752.00 |
| Brophy, John | Vice President | $435.00 | 29.00 | $12,615.00 |
| Wingo, Gary | Vice President | $435.00 | 6.40 | $2,784.00 |
| Raab, Timothy | Managing Director | $275.00 | 31.10 | $8,552.50 |
| Oh, Andrew | Director | $250.00 | 13.00 | $3,250.00 |
| Wagoner, Jason | Director | $260.00 | 208.40 | $54,184.00 |
| Backhaus, Roland | Consultant | $85.00 | 75.80 | $6,443.00 |
| Bixler, Devon | Consultant | $150.00 | 2.70 | $405.00 |
| Brands, Jonathan | Consultant | $85.00 | 49.00 | $4,165.00 |
| Burr, Aaron | Consultant | $85.00 | 98.50 | $8,372.50 |
| Case, Peter | Consultant | $85.00 | 6.80 | $578.00 |
| Cirenza, Frances | Consultant | $85.00 | 59.00 | $5,015.00 |
| Geraci, Ben | Consultant | $85.00 | 112.60 | $9,571.00 |
| Hester, Clay | Consultant | $85.00 | 116.80 | $9,928.00 |
| Kahn, Karl | Consultant | $150.00 | 12.00 | $1,800.00 |
| Kemper, Joseph | Consultant | $85.00 | 4.50 | $382.50 |
| Kreger, James | Consultant | $150.00 | 54.30 | $8,145.00 |
| Lubert, Ryan | Consultant | $85.00 | 10.70 | $909.50 |

| | | | | |
|---|---|---|---|---|
| Melikian, Lia | Consultant | $85.00 | 0.60 | $51.00 |
| Molnar, Andras | Consultant | $230.00 | 11.30 | $2,599.00 |
| Puthottu, Rachna | Consultant | $85.00 | 68.00 | $5,780.00 |
| Rourke, Daniel | Consultant | $300.00 | 13.10 | $3,930.00 |
| Shiffman, Jeffrey | Consultant | $85.00 | 8.00 | $680.00 |
| Samuelson, Talia | Consultant | $85.00 | 68.70 | $5,839.50 |
| Wetherald, Sarah | Consultant | $85.00 | 95.20 | $8,092.00 |
| Yates, Chalisha | Consultant | $85.00 | 1.50 | $127.50 |
| **Grand Total:** | | | 1,245.30 | $205,538.50 |
| Blended Hourly Rate: | | | | $165.05 |

[remainder of this page intentionally left blank]

# TABLE OF CONTENTS

**SUMMARY COVERSHEET** ................................................................................... i

**SUMMARY OF PRIOR APPLICATIONS** ............................................................ ii

**SUMMARY OF HOURS BILLED** ....................................................................... iii

**TABLE OF CONTENTS** ..................................................................................... v

**TABLE OF AUTHORITIES** ............................................................................... vi

**INDEX OF EXHIBITS** ....................................................................................... vii

**SECOND INTERIM APPLICATION** .................................................................. 1

    **I.**      **PRELIMINARY STATEMENT** ..................................................... 1

    **II.**     **JURISDICTION AND VENUE** ....................................................... 3

    **III.**    **BACKGROUND** ............................................................................... 4

    **IV.**    **STATUTORY BASIS FOR COMPENSATION** .............................. 5

    **V.**      **SUMMARY OF SERVICES RENDERED** ...................................... 9

        **A.**     **ASBESTOS CLAIMS VALUATION (C-02)** ............................ 9

    **VI.**    **DISBURSEMENTS** ......................................................................... 10

    **VII.**   **CONCLUSION** ................................................................................. 11

# TABLE OF AUTHORITIES

**Statutes**

11 U.S.C. § 105 ................................................................................................................ 1
11 U.S.C. § 328 ................................................................................................................ 1
11 U.S.C. § 330 ......................................................................................................... 1, 5, 6
11 U.S.C. § 330(a)(1) ....................................................................................................... 6
11 U.S.C. § 330(a)(3) ....................................................................................................... 7
11 U.S.C. § 330(a)(3)(A)-(F) ........................................................................................... 7
11 U.S.C. § 331 ......................................................................................................... 1, 5, 6
28 U.S.C. § 1334 .............................................................................................................. 3
28 U.S.C. § 1408 .............................................................................................................. 4
28 U.S.C. § 157 ................................................................................................................ 3
28 U.S.C. § 157(b)(2)(A) ................................................................................................. 4

**Rules**

FED. R. BANKR. P. 2016 ................................................................................................ 1, 5
Local Bankruptcy Rule 2016-1 ......................................................................................... 1

## INDEX OF EXHIBITS

**Exhibit A**          Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures
for Interim Compensation and Reimbursement of Expenses of
Professionals

**Exhibit B**          Order Pursuant to Sections 105 and 1109 of the Bankruptcy Code
Appointing Dean M. Trafelet as Legal Representative for Future
Asbestos Personal Injury Claimants

**Exhibit C**          Order Granting Application of Dean M. Trafelet as Legal
Representative for Future Asbestos Personal Injury Claimants to Retain
and Employ Analysis, Research & Planning Corporation as Asbestos
Claims Valuation Consultant as of March 1, 2010

**Exhibit D**          Summary of Professional Fees

**Exhibit E**          Summary of Fees by Project Category

**Exhibit F**          Expense Summary

**Exhibit G**          Monthly Invoices

**Exhibit H**          Certification of B. Thomas Florence in Support of Second Interim
Application of Analysis Research Planning Corporation as Asbestos
Claims Valuation Consultant to Dean M. Trafelet in his Capacity as
Legal Representative for Future Asbestos Personal Injury Claimants for
Allowance of Interim Compensation and Reimbursement of Expenses
Incurred for the Period from June 1, 2010 through September 30, 2010

**SECOND INTERIM APPLICATION OF ANALYSIS RESEARCH PLANNING
CORPORATION AS ASBESTOS CLAIMS VALUATION CONSULTANT TO
DEAN M. TRAFELET IN HIS CAPACITY AS LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

Analysis Research Planning Corporation ("**ARPC**"), asbestos claims valuation consultant

to Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury

claimants (the "**Future Claimants' Representative**") in the chapter 11 case of Motors

Liquidation Company (f/k/a General Motors Corp.) ("**MLC**" or the "**Debtor**") submits this

application (the "**Application**") for the allowance of interim compensation and reimbursement of

expenses for the period from June 1, 2010 through September 30, 2010 (the "**Second Interim**

**Compensation Period**"), pursuant to 11 U.S.C. §§ 105, 330 and 331; Rule 2016 of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); Local Bankruptcy Rule 2016-1; and

this Court's *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* signed on August 7, 2009

(Docket No. 3711) (the "**Interim Compensation Order**").  In support hereof, ARPC

respectfully shows this Court as follows:

**I.
PRELIMINARY STATEMENT**

1.      By this Application,[2] ARPC seeks approval of the sum of $205,538.50 for

services rendered during the Second Interim Compensation Period and $857.22 for the

---

[2] This Application has been prepared in accordance with the Interim Compensation Order, which
is attached hereto as **Exhibit A**, the *Amended Guidelines for Fees and Disbursements for
Professionals in Southern District of New York Bankruptcy Cases* (General Order M-389) dated

reimbursement of expenses incurred in connection with the rendition of such services, for a total interim award of $206,395.72.

2.      On July 15, 2010, ARPC filed the *First Interim Application of Analysis Research Planning Corporation as Asbestos Claims Valuation Consultant to Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for Allowance of Interim Compensation and Reimbursement of Expenses Incurred for the Period from March 1, 2010 through May 31, 2010* (the "**First Interim Application**") seeking allowance of $16,034.50 in professional fees.  A hearing on the First Interim Application was held on October 26, 2010.

3.      Other than the payments made by the Debtors to ARPC for fees incurred during the prior interim fee period, and those payments if any, described below, which were made in accordance with this Court's Interim Compensation Order, ARPC has not received payment of any compensation or reimbursement of expenses in this chapter 11 case.  There is no agreement or understanding between ARPC and any other person for the sharing of compensation to be received for services rendered during the Debtors' chapter 11 cases.

4.      Pursuant to the terms of the Interim Compensation Order, ARPC, as indicated in the chart below, submitted four invoices for services rendered and reimbursement of expenses incurred during the Second Interim Compensation Period.

---

November 25, 2009 (the "**Local Guidelines**") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, dated January 30, 1996 (the "**U.S. Trustee Guidelines**").

| Time Period Covered by Invoice | Fees Requested | Expenses Requested | Payment Received |
|---|---|---|---|
| June 2010 | $65,572.00 | — | $52,457.60 |
| July 2010 | $21,939.00 | — | $17,551.20 |
| August 2010 | $34,239.00 | $857.22 | $28,248.42 |
| September 2010 | $83,788.50 | — | — |
| Totals | **$205,538.50** | **$857.22** | **$98,275.22** |

5.      ARPC has received no objections to its monthly invoices, and as of the date hereof, ARPC has received payments from the Debtors representing 80% of the fees and 100% of the expenses for services rendered and invoiced from June 1, 2010 through August 31, 2010. As of the date hereof, ARPC has not received any payments from the Debtors for fees and expenses related to services rendered during the period covered by its September 2010 invoice. Thus, as of November 4, 2010, $98,257.22 in requested fees and expenses remain unpaid.

6.      Through this Application, ARPC seeks approval of all monthly fees and expenses that have been paid to date, as well as authorization to receive (i) any unpaid monthly fees and expenses on account of the above monthly invoices, and (ii) the twenty percent (20%) of its fees previously held back from each of the invoices previously submitted in accordance with the Interim Compensation Order.

## II.
## JURISDICTION AND VENUE

7.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and the District Court's *Standing Order of Referral of Bankruptcy Cases to Bankruptcy*

3

*Judges* dated July 10, 1984. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### III.
### <u>BACKGROUND</u>

8.      On June 1, 2009 (the "**Petition Date**"), Motors Liquidation Company (f/k/a

General Motors Corporation) and several of its affiliates (collectively, the "**Debtors**")

commenced this case under chapter 11 of the Bankruptcy Code.

9.      On June 3, 2009, the United States Trustee appointed the Official Committee of

Unsecured Creditors (the "**Creditors' Committee**"). (*See* Docket No. 356). Since that time the

membership of the Creditors' Committee has been reconstituted twice. *See First Amended*

*Appointment of the Official Committee of Unsecured Creditors* (Docket No. 4552); *see also*

*Second Amended Appointment of the Official Committee of Unsecured Creditors* (Docket No.

5201).

10.     On December 23, 2009, the Court appointed Brady C. Williamson as the Fee

Examiner, pursuant to the Stipulation and Order with Respect to Appointment of a Fee Examiner

(Docket No. 4708).

11.     On March 2, 2010, the United States Trustee appointed the Official Committee of

Unsecured Creditors Holding Asbestos Related Claims of Motors Liquidation Company (the

"**Asbestos Committee**", and together with the Creditors' Committee, the "**Committees**")

(Docket No. 5206).

12.     On March 9, 2010, the Debtors filed their *Motion Pursuant to Sections 105 and*

*1109 of the Bankruptcy Code for an Order Appointing Dean M. Trafelet as Legal Representative*

*for Future Asbestos Personal Injury Claimants* (the "**Appointment Motion**") (Docket No. 5214)

asking this Court to appoint the Future Claimants' Representative to represent and protect the

interests of holders of future asbestos personal injury claims against the Debtors (the "**Future Claimants**").  In the Appointment Motion, the Debtors' stated that they intend to propose a plan of reorganization that will establish a trust to process and pay current and future asbestos personal injury claims against the Debtors.  Pursuant to an order (the "**FCR Appointment Order**"), dated April 8, 2010, this Court approved Dean M. Trafelet's appointment as the Future Claimants' Representative (Docket No. 5459, attached hereto as **Exhibit B**).

13.    On April 2, 2010, the Future Claimants' Representative filed his *Application for Order Authorizing Legal Representative for Future Asbestos Claimants to Retain and Employ Analysis, Research & Planning Corporation as Asbestos Claims Valuation Consultant as of March 1, 2010* (Docket No. 5413).

14.    By Order signed on April 21, 2010, this Court authorized the Future Claimants' Representative to retain and employ ARPC as his asbestos claims valuation consultant effective as of March 1, 2010.  A true and correct copy of the *Order Granting Application of Dean M. Trafelet as Legal Representative for Future Asbestos Personal Injury Claimants to Retain and Employ Analysis, Research & Planning Corporation as Asbestos Claims Valuation Consultant as of March 1, 2010* (the "**Retention Order**") (Docket No. 5533) is attached hereto as **Exhibit C**.

15.    Pursuant to the terms of the Retention Order, ARPC is authorized to seek compensation and reimbursement in accordance with the Interim Compensation Order under Sections 330 and 331 of the Bankruptcy Code.

## IV.
## STATUTORY BASIS FOR COMPENSATION

16.    The statutory predicates for the award of fees and expenses under the Application are Sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016.

Pursuant to Sections 330 and 331 of the Bankruptcy Code, ARPC seeks compensation for actual and necessary professional services rendered and for reimbursement of expenses incurred during the Second Interim Compensation Period.

17.     Section 331 of the Bankruptcy Code provides as follows:

> A trustee, examiner, a debtor's attorney, or any other professional person employed under section 327 or 1103 of [the Bankruptcy Code] may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of [the Bankruptcy Code].  After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

11 U.S.C. § 331.

18.     Section 330 of the Bankruptcy Code authorizes the bankruptcy court to award an applicant, as counsel for a debtor, creditors' committee or other professional employed pursuant to 11 U.S.C. § 327, reasonable compensation for its services and reimbursement of expenses. Specifically, Section 330 of the Bankruptcy Code states, in relevant part, as follows:

> (a)(1)  After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, … or a professional person employed under section 327 or 1103—
>
> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).

19.    Section 330(a)(3) provides that in determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent and value of the services rendered to the estate, taking into account all relevant factors including

(A)    the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code];

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under [the Bankruptcy Code].

11 U.S.C. § 330(a)(3)(A)-(F).

20.    ARPC's request for compensation for professional services and reimbursement for expenses incurred on behalf of the Future Claimants' Representative and his constituents is reasonable.

21.    ARPC agreed to provide asbestos claims valuation services to the Future Claimants' Representative at hourly rates for its professionals on the same basis and factors as are normally considered in determining fees.  The rates charged are the normal hourly rates charged by ARPC for work performed in similar matters for clients for this consulting firm. ARPC represents and would demonstrate that its hourly rates for services performed in these proceedings are competitive and customary for the degree of skill and expertise required in the

performance of similar services rendered by other professionals serving in a similar capacity.  As required by the Local Guidelines and the U.S. Trustee Guidelines, the cover page of this Application includes a summary schedule of the hours expended by all ARPC professionals who rendered services to the Future Claimants' Representative during the Second Interim Compensation Period, showing their hourly billing rates and the total hours expended by each during the Second Interim Compensation Period.

22.     All professionals rendering services in this case have made a deliberate effort to avoid any unnecessary duplication of work and time expended.  ARPC represents that all services for which allowance of compensation is requested were performed on behalf of the Future Claimants' Representative and his constituents, and not on behalf of any committee, creditor or any other person.  Furthermore, ARPC respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, believed to be necessary for and beneficial to the protection of the interests of the Future Claimants' Representative and his constituents.  The services performed by ARPC were performed economically, effectively and efficiently, and the results obtained have benefited not only the Future Claimants, but also the Debtors, the Debtors' estate and other parties in interest. Accordingly, the compensation requested herein is reasonable in light of the nature, extent and value of such services to the Future Claimants and the Debtors' estate.

23.     For the Court's review, a summary containing the name of each professional providing services during the Second Interim Compensation Period, including the professional's standard hourly billing rate, the time expended, and the total value of services rendered during the Second Interim Compensation Period is attached hereto as **Exhibit D.**

24.     A summary of the time expended by ARPC and the total value of professional services rendered identified by project task category is attached hereto as **Exhibit E.**

25.     Attached hereto as **Exhibit F** is a summary of the expenses incurred by ARPC during the Second Interim Compensation Period.

26.     Attached hereto as **Exhibit G** are ARPC's monthly invoices which contain descriptions of the services rendered by ARPC on a daily basis.

**V.**
**SUMMARY OF SERVICES RENDERED**

27.     With respect to the time and labor expended by ARPC in this case during the Second Interim Compensation Period, as set forth in **Exhibits D and E**, ARPC rendered professional services in the amount of $205,538.50.  ARPC believes that it is appropriate for it to be compensated for the time spent in connection with these matters, and sets forth a brief narrative description of the services rendered for or on behalf of the Future Claimants' Representative and his constituents, and the time expended, organized by project task categories, as follows:

**A.     ASBESTOS CLAIMS VALUATION (C-02)**

28.     During the Second Interim Compensation Period, ARPC continued to work with the Future Claimants' Representative and his other professionals to identify the information needed to identify, estimate, classify and value the asbestos-related liabilities of the Debtors. ARPC also worked with the Debtors, the Committees, and their respective professionals to analyze and resolve various issues relating to access to the Debtors' historical and current asbestos-related claims information, as well as various financial information pertinent to the Debtors' asbestos-related liabilities.  ARPC assisted the Future Claimants' Representative and his counsel in the negotiation of various issues related to discovery sought by the Future

9

Claimants' Representative, the Debtors and the Committees, including the negotiation of various confidentiality agreements and protocols for protecting the confidential information belonging to and the privacy of individual asbestos claimants. As additional information was made available by the Debtors, ARPC continued its review and analysis of the Debtors' asbestos-related liabilities. These activities allowed ARPC to assist the Future Claimants' Representative in his investigation into the Debtors' asbestos-related liabilities and will assist ARPC in the analysis and estimation of the claims in connection with the Debtors' plan of reorganization.

29.    ARPC seeks compensation for 1,245.30 hours of reasonable and necessary professional fees incurred in the category of Asbestos Claims Valuation during the Second Interim Compensation Period in the total amount of $205,538.50.

## VI.
## DISBURSEMENTS

30.    ARPC incurred out-of-pocket expenses in the amount of $857.22 in connection with the services rendered during the Second Interim Compensation Period. A summary of the expenses incurred by ARPC during the Second Interim Compensation Period is set forth in **Exhibit F**.

31.    These expenses are actual, necessary, out-of-pocket expenses which are not properly included in overhead, and arise exclusively from and are traceable to the services rendered by the Future Claimants' Representative in connection with these chapter 11 cases and were incurred for the benefit of the Future Claimants and are therefore, reimbursable by the estates. No allowable disbursement is treated as a "profit center" involving a markup over actual cost.

**VII.**
**CONCLUSION**

32.    The professional services summarized by this Application and rendered by ARPC were substantial and beneficial to the interests of the Future Claimants' Representative and his constituents.

33.    The amounts sought by ARPC consist only of the actual and reasonable billable time expended by it and the actual and necessary expenses incurred by ARPC during the Second Interim Compensation Period.

34.    The reasonable value of the professional services rendered by ARPC during the Second Interim Compensation Period is $205,538.50 and the reasonable and necessary out-of-pocket expenses incurred by ARPC are $857.22, for total allowable fees and expenses of $206,395.72.

35.    ARPC believes that the instant application and the description of services set forth herein of work performed are in compliance with the requirements of Local Bankruptcy Rule 2016-1, the Bankruptcy Code, the Local Guidelines and the U.S. Trustee Guidelines.  As required by the Local Guidelines a true and correct copy of the Certification of B. Thomas Florence is attached hereto as **Exhibit H.**

*[remainder of page intentionally left blank]*

36.    **WHEREFORE**, ARPC respectfully requests the entry of an order (a) awarding

ARPC allowance of compensation for professional services in the amount of $205,538.50 and

reimbursement of expenses in the amount of $857.22 for total compensation of $206,395.72

during the Second Interim Compensation Period, (b) directing payment of the foregoing amounts

to the extent that such amounts have not already been paid by the Debtors, and the 20% of

professional fees that has been held back from each monthly invoice, and (c) granting ARPC

such other and further relief as may be appropriate.

Dated: November 15, 2010
      Washington, D.C.                 Respectfully submitted,

                                    **ANALYSIS RESEARCH PLANNING
CORPORATION**

                                    By: _/s/_    _B. Thomas Florence_
                                              B. Thomas Florence

                                    1220 19th Street, NW, Suite 700
                                    Washington, D.C. 20036

                                    **Asbestos Claims Valuation Consultant to
Dean M. Trafelet in his capacity as Legal
Representative for Future Asbestos Personal Injury
Claimants**

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                  :
In re                                             :              **Chapter 11 Case No.**
                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,         :              **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al*.     :
                                                  :
        **Debtors.**          :              **(Jointly Administered)**
                                                  :
----------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the Motion, dated July 21, 2009 (the "**Motion**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(collectively, the "**Debtors**"), pursuant to sections 105(a) and 331 of title 11, United States Code

(the "**Bankruptcy Code**") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the

**Bankruptcy Rules**"), for entry of an order authorizing the establishment of certain procedures

for interim compensation and reimbursement of professionals, all as more fully described in the

Motion; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be provided; and upon the objection of the St. Regis Mohawk Tribe

(the "**Tribe Objection**") and the State of New York on behalf of the New York State

Department of Environmental Conservation (the "**State Objection,**" and together with the Tribe

Objection, the "**Objections**") to the Motion; and upon the reply (the "**Reply**") of Debtors to the

Objections; and a hearing having been held to consider the relief requested in the Motion (the

"**Hearing**"); and upon the record of the Hearing, and all of the proceedings had before the Court;

---

[1]      Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and the Court having found and determined that the relief sought in the Motion is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

   ORDERED that, for the reasons set forth on the record of the Hearing, the Motion

is granted as provided herein; and it is further

   ORDERED that the Objections are hereby overruled in their entirety; <u>provided</u>,

<u>however</u>, that the Debtors shall provide the St. Regis Mohawk Tribe (the "**Tribe**") and the New

York State Department of Environmental Conservation (the "**NYSDEC**") with the Monthly

Letter (as defined below); and it is further

   ORDERED that except as may otherwise be provided in Court orders authorizing

the retention of specific professionals, all professionals in this case may seek interim

compensation in accordance with the following procedure:

   (a) Except as provided in paragraph (b) below, on or before the **30th day** of each month following the month for which compensation is sought, each professional seeking compensation will serve a monthly statement (the "**Monthly Statement**"), by hand or overnight delivery, on (i) the Debtors, Motors Liquidation Company, 300 Renaissance Center, Detroit, Michigan 48265 (Attn: Ted Stenger); (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. and Joseph Smolinsky, Esq.); (iii) the attorneys for the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq. and Robert Schmidt, Esq.); and (iv) the Office of the United States Trustee, 33 Whitehall Street, 22nd Floor, New York, New York 10004 (Attn: Diana G. Adams, Esq.) (collectively, the "**Notice Parties**").

   (b) Each professional shall serve the Monthly Statement for the month of June 2009 on or before August 14, 2009.

   (c) The Monthly Statement shall not be filed with the Court and a courtesy copy need not be delivered to Chambers because this Motion is not intended to alter the fee application requirements outlined in sections 330

and 331 of the Bankruptcy Code.  Professionals are still required to serve and file interim and final applications for approval of fees and expenses in accordance with the relevant provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules for the Southern District of New York.

(d)     Each Monthly Statement must contain a list of the individuals and their respective titles (e.g., attorney, paralegal, etc.) who provided services during the period covered by the Monthly Statement, their respective billing rates, the aggregate hours spent by each individual, a reasonably detailed breakdown of the disbursements incurred (no professional should seek reimbursement of an expense that would otherwise not be allowed pursuant to the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 dated January 30, 1996), and contemporaneously maintained time entries for each individual in increments of **tenths (1/10) of an hour** or as close thereto as practicable.[2]

(e)     Except as provided for in paragraph (f) below, each Notice Party shall have at least **15 days** after receipt of a Monthly Statement to review it and, if such party has an objection to the compensation or reimbursement sought in a particular Monthly Statement (an "**Objection**"), such party shall, by no later than the **45th day** following the month for which compensation is sought (the "**Objection Deadline**"), serve upon the professional whose Monthly Statement is objected to, and the other persons designated to receive statements in paragraph (a) above, a written "Notice of Objection to Fee Statement," setting forth the nature of the Objection and the amount of fees or expenses at issue.

(f)     Each Notice Party shall have at least **15 days** after receipt of the Monthly Statement for June 2009 to review it and, if such party has an Objection, such party shall, by no later than the **60th day** following the end of the month of June 2009, serve upon the professional whose Monthly Statement is objected to, and the other persons designated to receive statements in paragraph (a) above, a written "Notice of Objection to Fee Statement," setting forth the nature of the Objection and the amount of fees or expenses at issue.

(g)     At the expiration of the Objection Deadline, the Debtors shall promptly pay **80%** of the fees and **100%** of the expenses identified in each Monthly Statement to which no Objection has been served in accordance with paragraphs (e) and (f) above.

---

[2]     The Debtors may seek to modify this requirement in the retention application of certain professionals.

(h)     If the Debtors receive an Objection to a particular Monthly Statement, they shall withhold payment of that portion of the Monthly Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth in paragraph (g) above.

(i)     If an Objection is resolved and if the party whose Monthly Statement was the subject of the Objection serves on all Notice Parties a statement indicating that the Objection has been withdrawn and describing in detail the terms of the resolution, then the Debtors shall promptly pay, in accordance with paragraph (g) above, that portion of the Monthly Statement that was withheld is no longer subject to the Objection.

(j)     All Objections that are not resolved by the parties shall be preserved and presented to the Court at the next interim or final fee application hearing to be heard by the Court in accordance with paragraph (l) below.

(k)     The service of an Objection in accordance with paragraph (f) above shall not prejudice the objecting party's right to object to any fee application made to the Court in accordance with the Bankruptcy Code on any ground, whether raised in the Objection or not.  Furthermore, the decision by any party not to object to a Monthly Statement shall not be a waiver of any kind or prejudice that party's right to object to any fee application subsequently made to the Court in accordance with the Bankruptcy Code.

(l)     Commencing with the period ending September 30, 2009, and at four-month intervals thereafter (the "**Interim Fee Period**"), each of the retained professionals as set forth in paragraphs 3 and 4 herein (the "**Retained Professionals**") shall file with the Court an application (an "**Interim Fee Application**") for interim Court approval and allowance, pursuant to sections 330 and 331 of the Bankruptcy Code (as the case may be) of the compensation and reimbursement of expenses requested in the Monthly Statements served during such Interim Fee Period.  Each Retained Professional shall file its Interim Fee Application no later than **45 days** after the end of the Interim Fee Period.

(m)     The Debtors' attorneys shall obtain a date from the Court for the hearing to consider Interim Fee Applications for all Retained Professionals (the "**Interim Fee Hearing**").  At least **30 days** prior to the Interim Fee Hearing, the Debtors' attorneys shall file a notice with the Court, with service upon the U.S. Trustee and all Retained Professionals, setting forth the time, date, and location of the Interim Fee Hearing, the period covered by the Interim Fee Applications, and the Objection Deadline.  Any Retained Professional unable to file its own Interim Fee Application with the Court shall deliver to the Debtors' attorneys a fully executed copy with original signatures, along with service copies, three business days before the filing deadline.  The Debtors' attorneys shall file and serve such Interim Fee Application.

(n)     Any Retained Professional who fails to timely file an Interim Fee Application seeking approval of compensation and expenses previously paid pursuant to a Monthly Statement shall be ineligible to receive further monthly payments of fees or reimbursement of expenses as provided herein until such Interim Fee Application is filed.

(o)     The pendency of an Interim Fee Application or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Monthly Statement shall not disqualify a Retained Professional from the future payment of compensation or reimbursement of expenses as set forth above, unless otherwise ordered by the Court.

(p)     Neither the payment of, nor the failure to pay, in whole or in part, monthly compensation and reimbursement as provided herein shall have any effect on this Court's interim or final allowance of compensation and reimbursement of expenses of any Retained Professionals.

(q)     The attorneys for the Creditors' Committee may, in accordance with the foregoing procedure for monthly compensation and reimbursement of professionals, collect and submit statements of expenses, with supporting vouchers, from members of the Creditors' Committee; *provided*, *however*, that these reimbursement requests must comply with this Court's Administrative Orders dated June 24, 1991 and April 21, 1995; and it is further

(r)     On or before the **30th day** of each month following the month for which compensation is sought, the Debtors will transmit a letter (the "**Monthly Letter**") to (i) the attorneys for the Tribe, McNamee, Lochner, Titus & Williams, P.C., 677 Broadway, Albany, New York 12207 (Attn: John J. Privitera Esq. and Jacob F. Lamme, Esq.) and (ii) the attorneys for the State of New York on behalf of the NYSDEC, New York State Department of Law Environmental Protection Bureau, The Capitol, Albany, New York 12224 (Attn: Maureen F. Leary, Assistant Attorney General) setting forth the aggregate fees and aggregate expenses for the period covered by the Monthly Letter for all retained professionals submitting Monthly Fee Statements.  The Tribe and NYSDEC shall have no right to object to or otherwise challenge the Monthly Statements.  The Monthly Letter is being provided for informational purposes only.

ORDERED that the Debtors shall include all payments to Retained Professionals on their monthly operating reports, detailed so as to state the amount paid to each Retained Professional; provided however, that amounts paid to Ordinary Course Professionals may be stated in the aggregate on any monthly operating reports; and it is further

ORDERED that all time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that any and all other and further notice of the relief requested in the Motion shall be, and hereby is, dispensed with and waived; provided, however, that the Debtors shall serve a copy of this Order on each of the Retained Professionals; and it is further

ORDERED that notice of hearings to consider Interim Fee Applications and final fee applications shall be limited to the Notice Parties and any party who files a notice of appearance and requests notice in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
        *August 7, 2009*


                                    *s/ Robert E. Gerber*
                                    United States Bankruptcy Judge

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11 Case No.
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*    :
                                                    :
                            **Debtors.**            :          **(Jointly Administered)**
                                                    :
-------------------------------------------------------------x

<u>**ORDER PURSUANT TO SECTIONS 105 AND 1109 OF THE**
**BANKRUPTCY CODE APPOINTING DEAN M. TRAFELET AS LEGAL**
**REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS**</u>

Upon the Motion, dated March 8, 2010 (the "**Motion**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to sections 105 and 1109 of title 11, United

States Code (the "**Bankruptcy Code**"), for an Order appointing Dean M. Trafelet as Legal

Representative for "Future Claimants" (as hereinafter defined), all as more fully described in the

Motion; and due and proper notice of the Motion having been provided, and it appearing that no

other or further notice need be given; and the Court having found and determined that the relief

sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that Dean M. Trafelet is hereby appointed as the legal representative

(the "**Future Claimants' Representative**") of individuals who were exposed to asbestos or

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

asbestos-containing products that were manufactured, sold, supplied, produced, distributed,

released, or marketed by any of the Debtors but who, prior to confirmation of a chapter 11 plan

for MLC, have not manifested symptoms of asbestos-related diseases resulting from such

exposure, whether such individuals are determined to have "claims" under section 101(5) of the

Bankruptcy Code or "demands" within the meaning of section 524(g)(5) of the Bankruptcy Code

(the "**Future Claimants**"); and it is further

ORDERED that the Future Claimants' Representative shall have standing under

section 1109(b) of the Bankruptcy Code to be heard as a party in interest in all matters relating to

the Debtors' chapter 11 cases, as appropriate, and the Future Claimants' Representative shall

have such powers and duties of a committee as set forth in section 1103 of the Bankruptcy Code

as are appropriate for a Future Claimants' Representative; and it is further

ORDERED that the Future Claimants' Representative shall be compensated, at

the rate of $785 per hour and shall be entitled to reimbursement of reasonable and necessary

expenses, in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the

"**Interim Compensation Orde**r"), entered by this Court on August 7, 2009 [Docket No. 3711],

or such other orders as may be entered by the Court with respect compensation of professionals

in these cases; and it is further

ORDERED that the Future Claimants' Representative may employ attorneys and

other professionals consistent with sections 105 and 327 of the Bankruptcy Code, subject to prior

approval of this Court, and such professionals shall be subject to the terms of the Interim

Compensation Order; and it is further

ORDERED that the Future Claimants' Representative shall not be liable for any

damages, or have any obligations other than as prescribed by orders of this Court; *provided,*

*however*, that the Future Claimants' Representative may be liable for damages caused by his

willful misconduct or gross negligence.  The Future Claimants' Representative shall not be liable

to any person as a result of any action or omission taken or made by the Future Claimants'

Representative in good faith.  The Debtors shall indemnify, defend, and hold the Future

Claimants' Representative harmless from any claims by any party against the Future Claimants'

Representative arising out of or relating to the performance of his duties as Future Claimants'

Representative; *provided, however*, that the Future Claimants' Representative shall not have such

indemnification rights if a court of competent jurisdiction determines pursuant to a final and non-

appealable order that the Future Claimants' Representative is liable upon such claim as a result

of willful misconduct or gross negligence.  If, before the earlier of (i) the entry of an order

confirming a chapter 11 plan in MLC's chapter 11 case (that order having become a final order

and no longer subject to appeal), and (ii) the entry of an order closing MLC's chapter 11 case,

the Future Claimants' Representative believes that he is entitled to payment of any amounts by

the Debtors on account of the Debtors' indemnification, contribution, and/or reimbursement

obligations under this Order, including, without limitation, the advancement of defense costs, the

Future Claimants' Representatives must file an application therefor in this Court and the Debtors

may not pay any such amounts to the Future Claimants' Representative before the entry of an

order by this Court approving the payment.  The preceding sentence is intended to specify the

period of time under which this Court shall have the jurisdiction over any request for fees and

expenses by the Future Claimants' Representative for indemnification, contribution, or

reimbursement and is not a limitation on the duration of the Debtors' obligation to indemnify the

Future Claimants' Representative to the extent provided herein.  In the event that a cause of

action is asserted against the Future Claimants' Representative arising out of or relating to the

performance of his duties as Future Claimants' Representative, the Future Claimants'

Representative shall have the right to choose his own counsel; and it is further

ORDERED that the Future Claimants' Representative and its counsel shall be

entitled to receive all notices and pleadings which are served upon the Unsecured Creditors'

Committee pursuant to any and all orders entered in these chapter 11 cases, including, without

limitation, the Interim Compensation Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _**April 8, 2010**_
        New York, New York

_**s/ Robert E. Gerber**_
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al*, | ) | Case No. 09-50026 (REG) |
| | ) | |
|     *f/k/a* General Motors Corp., *et al.* | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

-----------------------------------------------------------------X

## ORDER GRANTING APPLICATION OF DEAN M. TRAFELET AS LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS TO RETAIN AND EMPLOY ANALYSIS, RESEARCH & PLANNING CORPORATION AS ASBESTOS CLAIMS VALUATION CONSULTANT AS OF MARCH 1, 2010

Upon the Application, dated April 2, 2010 (the "**Application**"),[1] of Dean M. Trafelet as legal representative for future asbestos personal injury claimants (the "**Future Claimants' Representative**"), pursuant to sections 105(a), 327(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order authorizing the employment of Analysis, Research & Planning Corporation ("ARPC") as Asbestos Claims Valuation Consultant for the Future Claimants' Representative, effective as March 1, 2010; and upon the Declaration of B. Thomas Florence, President and a Principal of ARPC, attached to the Application as Exhibit B (the "**Florence Declaration**"); and the Court being satisfied, based upon the representations made in the Application and the Florence Declaration, that ARPC is "disinterested" as such term is defined in Section 101(14) of the Bankruptcy Code and that ARPC represents no interest adverse to the Debtors' estates with respect to the matters upon which it is to be engaged; and the Court having jurisdiction to consider the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

Application and the relief requested therein in accordance with 28 U.S.C §§ 157 and 1334

and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of

New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting

C.J.); and consideration of the Application and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application

having been provided, and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief sought in the Application is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the

legal and factual bases set forth in the Application establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefore; it is

ORDERED that the Application is granted as provided herein; and it is further

ORDERED that pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy

Rule 2014(a), the Future Claimants' Representative is authorized to employ and retain

ARPC as his asbestos claims valuation consultant in this chapter 11 case in accordance with

ARPC's normal hourly rates and disbursement policies, all as contemplated by the

Application, effective as of March 1, 2010 is approved; and it is further

ORDERED that ARPC shall be compensated in accordance with the standards and

procedures set forth in Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules,

and the Order Pursuant to Section 105(a) and 331 of the Bankruptcy Code Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,

entered by this Court on August 7, 2009, or such other orders as may be entered by the

Court with respect to compensation of professionals in these cases; and it is further

2

ORDERED that notice of this Application as provided herein and therein shall be

deemed good and sufficient notice of the Application; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.


Dated:  New York, New York
        *April 21, 2010*

                                 *s/ Robert E. Gerber*
                                 ROBERT E. GERBER
                                 UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT D**

**EXHIBIT D**

## SUMMARY OF HOURS BILLED BY ARPC
## FOR THE PERIOD FROM
## JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Professional | Title | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Florence, Tom | President | $555.00 | 42.50 | $23,587.50 |
| Brockman, Amy | Vice President | $435.00 | 45.80 | $17,752.00 |
| Brophy, John | Vice President | $435.00 | 29.00 | $12,615.00 |
| Wingo, Gary | Vice President | $435.00 | 6.40 | $2,784.00 |
| Raab, Timothy | Managing Director | $275.00 | 31.10 | $8,552.50 |
| Oh, Andrew | Director | $250.00 | 13.00 | $3,250.00 |
| Wagoner, Jason | Director | $260.00 | 208.40 | $54,184.00 |
| Backhaus, Roland | Consultant | $85.00 | 75.80 | $6,443.00 |
| Bixler, Devon | Consultant | $150.00 | 2.70 | $405.00 |
| Brands, Jonathan | Consultant | $85.00 | 49.00 | $4,165.00 |
| Burr, Aaron | Consultant | $85.00 | 98.50 | $8,372.50 |
| Case, Peter | Consultant | $85.00 | 6.80 | $578.00 |
| Cirenza, Frances | Consultant | $85.00 | 59.00 | $5,015.00 |
| Geraci, Ben | Consultant | $85.00 | 112.60 | $9,571.00 |
| Hester, Clay | Consultant | $85.00 | 116.80 | $9,928.00 |
| Kahn, Karl | Consultant | $150.00 | 12.00 | $1,800.00 |
| Kemper, Joseph | Consultant | $85.00 | 4.50 | $382.50 |
| Kreger, James | Consultant | $150.00 | 54.30 | $8,145.00 |
| Lubert, Ryan | Consultant | $85.00 | 10.70 | $909.50 |

| | | | | |
|---|---|---|---|---|
| Melikian, Lia | Consultant | $85.00 | 0.60 | $51.00 |
| Molnar, Andras | Consultant | $230.00 | 11.30 | $2,599.00 |
| Puthottu, Rachna | Consultant | $85.00 | 68.00 | $5,780.00 |
| Rourke, Daniel | Consultant | $300.00 | 13.10 | $3,930.00 |
| Shiffman, Jeffrey | Consultant | $85.00 | 8.00 | $680.00 |
| Samuelson, Talia | Consultant | $85.00 | 68.70 | $5,839.50 |
| Wetherald, Sarah | Consultant | $85.00 | 95.20 | $8,092.00 |
| Yates, Chalisha | Consultant | $85.00 | 1.50 | $127.50 |
| **Grand Total:** | | | 1,245.30 | $205,538.50 |
| Blended Hourly Rate: | | | | $165.05 |

**EXHIBIT E**

**EXHIBIT E**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM
## JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

|    | Project Category | Total Hours | Total Fees |
|----|------------------|-------------|------------|
| 1  | Asbestos Issues | — | — |
| 2  | Asbestos Claims Valuation | 1,245.30 | $205,538.50 |
| 3  | Asset Analysis and Recovery | — | — |
| 4  | Asset Disposition | — | — |
| 5  | Business Operations | — | — |
| 6  | Case Administration | — | — |
| 7  | Claims Administration and Objections | — | — |
| 8  | Employee Benefits/Pensions | — | — |
| 9  | Executory Contracts/Unexpired Leases | — | — |
| 10 | Fee/Employment Applications | — | — |
| 11 | Fee/Employment Objections | — | — |
| 12 | Financing/Cash Collateral | — | — |
| 13 | Hearings | — | — |
| 14 | Litigation | — | — |
| 15 | Nonworking Travel | — | — |
| 16 | Meetings of Creditors | — | — |
| 17 | Plan and Disclosure Statement | — | — |
| 18 | Relief from Stay Proceedings | — | — |
|    | **TOTAL** | 1,245.30 | $205,538.50 |

**EXHIBIT F**

**EXHIBIT F**

**EXPENSE SUMMARY**
**FOR THE PERIOD FROM**
**JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| **Photocopying** | |
|    a. Internal Photocopying | — |
|    b. External Photocopying | — |
| **Telecommunications** | |
|    a. Toll Charges | — |
|    b. Facsimile | — |
| **Courier and Freight** | — |
| **Printing** | — |
| **Court Reporter and Transcripts** | — |
| **Messenger Service** | — |
| **Computerized Research** | $857.22 |
| **Out of Town Travel Expenses** | |
|    a. Airfare | — |
|    b. Hotel | — |
|    c. Meals | — |
|    d. Cabs/Parking | — |
|    e. Mileage | — |
|    f. Rental Car | — |
| **Word Processing, Secretarial and other Staff Services** | — |
| **Overtime Expenses** | |
|    a. Non-Professional | — |
|    b. Professional | — |
| **Local Meals** | — |
| **Local Transportation** | — |
| **Court Call / Telephonic Hearing Costs** | — |
| **Filing Fees** | — |
| **Total** | **$857.22** |

**EXHIBIT G**

 1220 19th Street, NW, Suite 700
Washington, DC  20036

| Invoice # | Date | Amount Due |
|---|---|---|
| 17431 | 7/23/2010 | **$65,572.00** |

**Invoice to:**

**Dean Trafelet**
**General Motors    (GM)**
50 W. Schiller St.
Chicago, IL   60610

For professional services rendered by Analysis.Research.Planning Corp. (ARPC) during the period June 2010.

| Item | Description | Amount |
|---|---|---|
| **Claims Analysis** | | |
| Compile database(s) | | $2,210.00 |
| Prepare and edit database(s) | | $6,890.00 |
| Historical data analysis | | $4,238.00 |
| | | **$13,338.00** |
| **Claim Forecast(s)** | | |
| Compile database | | $5,093.50 |
| Data analysis - model building | | $18,666.50 |
| | | **$23,760.00** |
| **Review Case Documents and Materials** | | |
| Document review and comment | | $21,432.00 |
| | | **$21,432.00** |
| **Prepare/Attend Calls/Meetings** | | |
| Counsel/client meetings/calls | | $2,551.50 |
| Opposing parties meetings/calls | | $444.00 |
| Administrative | | $1,016.50 |
| | | **$4,012.00** |
| **Actuarial Analysis** | | |
| Historical data analysis - model building | | $3,030.00 |
| | | **$3,030.00** |

Total Amount Due for this Invoice:                     **$65,572.00**

**Detailed fee and expense information is attached. If you have any questions regarding this invoice, please call Joy Rothwell at (202) 797-1111.  Thank you.**

 1220 19th Street, NW, Suite 700
Washington, DC 20036

## Professional by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| **Claims Analysis** | | | |
| Wagoner, Jason | $260.00 | 51.30 | $13,338.00 |
| | | | **$13,338.00** |
| **Claim Forecast(s)** | | | |
| Brockman, Amy | $305.00 | 16.70 | $5,093.50 |
| Florence, Tom | $555.00 | 5.90 | $3,274.50 |
| Wagoner, Jason | $260.00 | 59.20 | $15,392.00 |
| | | | **$23,760.00** |
| **Review Case Documents and Materials** | | | |
| Bixler, Devon | $150.00 | 2.70 | $405.00 |
| Brophy, John | $435.00 | 17.00 | $7,395.00 |
| Kahn, Karl | $150.00 | 5.00 | $750.00 |
| Kreger, James | $150.00 | 45.40 | $6,810.00 |
| Lubert, Ryan | $85.00 | 10.70 | $909.50 |
| Raab, Timothy | $275.00 | 18.30 | $5,032.50 |
| Wagoner, Jason | $260.00 | 0.50 | $130.00 |
| | | | **$21,432.00** |
| **Prepare/Attend Calls/Meetings** | | | |
| Brophy, John | $435.00 | 1.50 | $652.50 |
| Florence, Tom | $555.00 | 4.10 | $2,275.50 |
| Raab, Timothy | $275.00 | 1.20 | $330.00 |
| Wagoner, Jason | $260.00 | 2.90 | $754.00 |
| | | | **$4,012.00** |
| **Actuarial Analysis** | | | |
| Rourke, Daniel | $300.00 | 10.10 | $3,030.00 |
| | | | **$3,030.00** |

 1220 19th Street, NW, Suite 700
Washington, DC 20036

## Professional Fees (detail)

### Claims Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Compile database(s)** | | | | |
| 06/01/10 | Jason Wagoner | Review of duplicate records in the claimant, venue and indemnity tables (2.0). De-dupping tables and merging together to create a single claims table (2.5). | 4.50 | 1,170.00 |
| 06/02/10 | Jason Wagoner | De-dupping tables and merging together to create a single claims table (1.0). Review of unmatched indemnity table records (2.0). Summary of de-dupping and matching results (1.0). | 4.00 | 1,040.00 |
| | | | 8.50 | 2,210.00 |
| **Historical data analysis** | | | | |
| 06/14/10 | Jason Wagoner | Review of historical data (0.5). Filing summaries by state (1.0). Review claims with "premises" exposure (0.5). | 2.00 | 520.00 |
| 06/17/10 | Jason Wagoner | Data cleaning for diagnosis year (0.5). Creating YOFE groups and other analysis variables for Peto model (1.0). Diagnosis to filing lag summaries (0.5). Revisions to log-log regressions (0.5). | 2.50 | 650.00 |
| 06/21/10 | Jason Wagoner | Review of claims with Premises exposure. | 1.00 | 260.00 |
| 06/22/10 | Jason Wagoner | Review of dismissed claims missing disposition date. | 3.00 | 780.00 |
| 06/23/10 | Jason Wagoner | Further review of premises exposure claims (2.0). Review of "updated" claims database with trial date and total claim liability (1.5). | 3.50 | 910.00 |
| 06/24/10 | Jason Wagoner | Revisions to zero pay and average indemnity calculations. | 1.50 | 390.00 |
| 06/25/10 | Jason Wagoner | New disease impuation andforecast summaries. | 2.50 | 650.00 |
| 06/28/10 | Jason Wagoner | New inventory summary forecast. | 0.30 | 78.00 |
| | | | 16.30 | 4,238.00 |
| **Prepare and edit database(s)** | | | | |
| 06/02/10 | Jason Wagoner | Review of injury variables (0.5). Creating ARPC injury from injury flags (0.5). Comparison of disposition type to case phase (0.50). Comparison of disposition type from indemnity table to disposition flags in claimant table (0.5). | 2.00 | 520.00 |
| 06/03/10 | Jason Wagoner | Creating ARPC variables for analysis (2.5). Review of claimant file for duplicate records by name, law firm and injury (2.0). Review of non-asbestos (silica and mixed dust) claims (2.5). Preparing data for matching (1.0). | 8.00 | 2,080.00 |
| 06/04/10 | Jason Wagoner | Preparing data for matching and work on matching. | 7.50 | 1,950.00 |
| 06/07/10 | Jason Wagoner | Continuing matching (1.5). Imputation of disease for claim missing disease (2.5). Creating final disease variable and other forecast variables for analysis (1.0). Defining abandoned claims (1.0). Review of "dismissed" claims that have a paid amount (1.0). | 7.00 | 1,820.00 |
| 06/08/10 | Jason Wagoner | Revisions to forecast analysis variables including review of dismissed claims with no disposition date. | 2.00 | 520.00 |
| | | | 26.50 | 6,890.00 |
| | | **Total Fees for Claims Analysis:** | 51.30 | 13,338.00 |

### Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Compile database** | | | | |
| 06/10/10 | Amy Brockman | Call w/DTrafelet (FCR), Tim Raab and Tom Florence regarding the claims data and followup questions regarding the data. | 2.50 | 762.50 |
| 06/14/10 | Amy Brockman | Prep for call with R.Sims (HRA) and D. Relles (LAS) re data issues (1.50) and call with R. Sims (HRA) and D. Relles (LAS) re data issues (1.0). | 2.50 | 762.50 |
| 06/23/10 | Amy Brockman | Review and analysis of settlement values and additional data received. | 5.40 | 1,647.00 |
| 06/24/10 | Amy Brockman | Prep for call with ACC re data issues (2.8) and call with ACC re data | 4.10 | 1,250.50 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Compile database** | | | | |
| | | issues (1.3). | | |
| 06/25/10 | Amy Brockman | Followup from call with ACC and S. Esserman to send info regarding data issues and any discussions with Alix. | 2.20 | 671.00 |
| | | | **16.70** | **5,093.50** |
| **Data analysis - model building** | | | | |
| 06/01/10 | Tom Florence | data analysis regarding foreign and domestic claims | 1.70 | 943.50 |
| 06/07/10 | Jason Wagoner | Initial filing summaries and propensity to sue calculations for forecast. | 1.00 | 260.00 |
| 06/08/10 | Jason Wagoner | Claim forecast summaries (1.5). Zero pay rate and average indemnity calculations (0.5). Claim inventory summary and valuation (1.0). Forecast of future claims (1.0). | 4.00 | 1,040.00 |
| 06/09/10 | Jason Wagoner | Claim forecast summaries (0.5). Zero pay rate and average indemnity calculations (1.0). Claim inventory summary and valuation (1.0). Forecast of future claims (0.5). Nicholson early, middle late filing summaries(0.5); summaries for regression input (0.5); revisions to early, middle, late filing summary spreadsheet (1.0). | 5.00 | 1,300.00 |
| 06/10/10 | Jason Wagoner | Nicholson early, middle late filing summaries (2.5). Summaries for regression input (1.0). Revisions to early, middle, late filing summary spreadsheet (1.0). Revisions to forecast filings spreadsheet to include new filings (2.0). | 6.50 | 1,690.00 |
| 06/11/10 | Jason Wagoner | Initial log-log regressions for other cancer and non-malignant filings (2.0). Two forecast scenarios for different propensity to sue calibration periods (1.0). Median forecast scenario (1.5). | 4.50 | 1,170.00 |
| 06/14/10 | Jason Wagoner | Work on Nicholson forecast and Median Nicholson forecast scenario. | 1.00 | 260.00 |
| 06/15/10 | Jason Wagoner | Revisions to forecast spreadsheet. | 2.00 | 520.00 |
| 06/16/10 | Tom Florence | Discussion with experts re: Data Analysis process | 1.90 | 1,054.50 |
| 06/16/10 | Jason Wagoner | Revisions to forecast spreadsheet (2.0). ATD table for Peto model (2.5). Peto claim summaries for forecast parameter file and revisions to Excel spreadsheet (2.5) | 7.00 | 1,820.00 |
| 06/17/10 | Jason Wagoner | Claim summaries for Peto model inputs. | 1.50 | 390.00 |
| 06/18/10 | Jason Wagoner | Claim inventory valuation (1.0). Resolution of inventory over 5 year period (1.0). Distribution of claims missing diagnosis year (1.0). Calculation of diagnosis to filing lag and filings by diagnosis year for claim in calibration period (2.5). | 5.50 | 1,430.00 |
| 06/21/10 | Jason Wagoner | Peto model forecasts for various calibration periods (0.5). Updating spreadsheet with Peto scenarios and revising median forecast (1.5). Comparison of Nicholson overall prop to sue forecast to Nicholson Early, Middle, Late prop to sue forecast (3). | 5.00 | 1,300.00 |
| 06/22/10 | Jason Wagoner | Revisions to forecast spreadsheet (1.5). Automating forecast summaries in SAS to output directly to spreadsheet (1.5). Sensitivity tests of forecast to different calibration periods (1.0). | 4.00 | 1,040.00 |
| 06/23/10 | Jason Wagoner | New injury imputation based on revised matching and revising forecast summaries to reflect new matching. | 3.50 | 910.00 |
| 06/24/10 | Jason Wagoner | Revising Nicholson forecast to reflect new matching (1.5). New log-log regressions (0.5). Revisions to Peto forecast based on match (1.5). | 3.50 | 910.00 |
| 06/25/10 | Jason Wagoner | Revisions to Peto forecast based on match and updating forecast spreadsheet (3.0). Work on new forecast spreadsheet (0.2). | 3.20 | 832.00 |
| 06/28/10 | Jason Wagoner | Revisions to forecast spreadsheet. | 1.00 | 260.00 |
| 06/29/10 | Jason Wagoner | Additional revisions to forecast spreadsheet. | 1.00 | 260.00 |
| 06/30/10 | Tom Florence | Data analysis regarding foreign and domestic claims | 2.30 | 1,276.50 |
| | | | **65.10** | **18,666.50** |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| | | **Total Fees for Claim Forecast(s):** | **81.80** | **23,760.00** |

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Document review and comment** | | | | |
| 06/01/10 | James Kreger | Meeting with T. Raab concerning MLC 10-K document review. | 0.80 | 120.00 |
| 06/01/10 | John Brophy | Review of GM financials re: asbestos history. | 1.60 | 696.00 |
| 06/02/10 | John Brophy | Review of subsidiary histories. | 1.60 | 696.00 |
| 06/02/10 | James Kreger | Reviewed MLC 10-K documents. | 5.50 | 825.00 |
| 06/02/10 | Timothy Raab | Discussion with staff re: collection of subsidiary data and review of various documents including 8K's and MPA exhibits. | 4.20 | 1,155.00 |
| 06/03/10 | John Brophy | Continued review of subsidiary histories. | 0.50 | 217.50 |
| 06/03/10 | Timothy Raab | Research subsidiaries and suppliers. | 1.50 | 412.50 |
| 06/03/10 | James Kreger | Continued review of MLC 10-K documents. | 1.30 | 195.00 |
| 06/04/10 | John Brophy | Subsidiary financials analysis. | 1.10 | 478.50 |
| 06/04/10 | James Kreger | Researched Subsidiary Companies. | 0.80 | 120.00 |
| 06/04/10 | Timothy Raab | Continued research regarding subsidiaries and suppliers (1.0).  Review current database (1.2). | 2.20 | 605.00 |
| 06/07/10 | Devon Bixler | Researched subsidiary companies. | 0.50 | 75.00 |
| 06/07/10 | James Kreger | Continued GM subsidiary research. | 6.20 | 930.00 |
| 06/08/10 | John Brophy | Review of GM subsidiary list over time (domestic and foreign). | 1.80 | 783.00 |
| 06/08/10 | Karl Kahn | Researched GM subsidiaries. | 5.00 | 750.00 |
| 06/08/10 | James Kreger | Continued GM subsidiary research. | 8.10 | 1,215.00 |
| 06/08/10 | Timothy Raab | Review of 10-K documents and other bankrupcy documents including the MSPA and 363 order and document. | 1.60 | 440.00 |
| 06/09/10 | John Brophy | Subsidiary and parent 10K financial reviews and analysis of claims data. | 1.10 | 478.50 |
| 06/09/10 | Devon Bixler | Continued research regarding subsidiary companies. | 1.20 | 180.00 |
| 06/09/10 | Timothy Raab | Preparing summary notes of relevant informaiton from 10-k's and court requested financial summaries. | 2.50 | 687.50 |
| 06/09/10 | James Kreger | Additional GM subsidiary research. | 0.50 | 75.00 |
| 06/10/10 | James Kreger | Continued GM subsidiary research. | 4.80 | 720.00 |
| 06/10/10 | Timothy Raab | Review of various subsidiary lists including those on the MSPA and various 10-K's (2.20). Categorization of subsidiaries by industry, location and priority (2.0). | 4.20 | 1,155.00 |
| 06/10/10 | Devon Bixler | Additional research regarding subsidiary companies. | 1.00 | 150.00 |
| 06/10/10 | John Brophy | Discussions and meetings re: subsidiary liability over time and review of 10K materials. | 2.10 | 913.50 |
| 06/11/10 | John Brophy | Review of data requests and subsidiary information. | 1.40 | 609.00 |
| 06/11/10 | James Kreger | Continued GM subsidiary research. | 0.30 | 45.00 |
| 06/13/10 | James Kreger | Further research regarding GM subsidiary information. | 2.00 | 300.00 |
| 06/14/10 | Jason Wagoner | Review of 2007 to 2009 GM and Chrysler10-K filings for asbestos liability information. | 0.50 | 130.00 |
| 06/14/10 | James Kreger | Additional research regarding GM subsidiary information. | 3.00 | 450.00 |
| 06/15/10 | John Brophy | Document research re: GM verdicts and settlements. | 1.70 | 739.50 |
| 06/15/10 | Ryan Lubert | GM subsidiary research. | 4.50 | 382.50 |
| 06/15/10 | James Kreger | Additional research regarding GM subsidiary information. | 2.50 | 375.00 |



1220 19th Street, NW, Suite 700
Washington, DC 20036

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Document review and comment** | | | | |
| 06/16/10 | John Brophy | Document review re: 10K filings. | 1.50 | 652.50 |
| 06/16/10 | James Kreger | Researched GM subsidiary information. | 1.50 | 225.00 |
| 06/16/10 | Ryan Lubert | Continued GM subsidiary research. | 6.20 | 527.00 |
| 06/17/10 | John Brophy | Online database and document review. | 0.80 | 348.00 |
| 06/18/10 | Timothy Raab | Discussion with LexisNexis to identify useful content regarding GM related verdict information. | 0.50 | 137.50 |
| 06/22/10 | John Brophy | Review of foreign subsidiary materials. | 0.50 | 217.50 |
| 06/24/10 | John Brophy | Review of calculations of various liability streams. | 0.80 | 348.00 |
| 06/24/10 | James Kreger | Researched subsidiary companies and created subsidiary database. | 1.30 | 195.00 |
| 06/25/10 | James Kreger | Researched subsidiary companies and created subsidiary database. | 2.10 | 315.00 |
| 06/25/10 | Timothy Raab | Review of Mealey's verdicts re: friction products and brake linings (1.0). Review of subsidiaries list (0.2). | 1.20 | 330.00 |
| 06/25/10 | John Brophy | Document review associated with 10K and asbestos reserve issue. | 0.50 | 217.50 |
| 06/28/10 | James Kreger | Created GM subsidiary database. | 2.30 | 345.00 |
| 06/29/10 | James Kreger | Additional work on GM subsidiary database. | 1.20 | 180.00 |
| 06/30/10 | Timothy Raab | Query of the subs db to prepare list for T.Florence | 0.40 | 110.00 |
| 06/30/10 | James Kreger | Further work on GM subsidiary database. | 1.20 | 180.00 |
| | | | **99.60** | **21,432.00** |
| | | **Total Fees for Review Case Documents and Materials:** | **99.60** | **21,432.00** |

## Prepare/Attend Calls/Meetings

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Administrative** | | | | |
| 06/11/10 | John Brophy | Call with Debtors to discuss information requests and turnover of claims information. | 0.70 | 304.50 |
| 06/14/10 | Jason Wagoner | Conference call w/Amy Brockman, Rob Sims and Dan Reles re:  claims database and related data questions (1.0).  Preparations for call w/Amy Brockman, Rob Sims and Dan Reles re:  claims database (0.4). | 1.40 | 364.00 |
| 06/28/10 | John Brophy | Review of claim data base re: possible foreign claims. | 0.80 | 348.00 |
| | | | **2.90** | **1,016.50** |
| **Counsel/client meetings/calls** | | | | |
| 06/10/10 | Tom Florence | Call w/counsel and FCR re: data, subsidiaries, foreign claims (1.0) & prep for call w/counsel and FCR re: data, subsidiaries, foreign claims (1.30) | 2.30 | 1,276.50 |
| 06/10/10 | Timothy Raab | Preparation of questions regarding data, subsidiaries and foreign claims (0.20) and call with counsel and D. Trafelet (FCR) regarding data, subsidiaries and foreign claims (1.0). | 1.20 | 330.00 |
| 06/24/10 | Tom Florence | Call w/counsel re: data and subsidiaries | 1.00 | 555.00 |
| 06/24/10 | Jason Wagoner | Conference call with Amy Brockman and Tom Florence with counsel re: GM claims data issues (1.0) and related call prep re: GM claims data issues (0.5). | 1.50 | 390.00 |
| | | | **6.00** | **2,551.50** |
| **Opposing parties meetings/calls** | | | | |
| 06/28/10 | Tom Florence | Call with FCR to discuss status of information turnover and analysis. | 0.80 | 444.00 |
| | | | **0.80** | **444.00** |
| | | **Total Fees for Prepare/Attend Calls/Meetings:** | **9.70** | **4,012.00** |

## Actuarial Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Actuarial Analysis

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Historical data analysis - model building** | | | | |
| 06/15/10 | Daniel Rourke | Meeting with A. Brockman & T. Vasquez re: Peto model issues. | 0.30 | 90.00 |
| 06/18/10 | Daniel Rourke | Work on claims forecasting model. | 0.30 | 90.00 |
| 06/19/10 | Daniel Rourke | Additional work on claims forecasting model. | 0.60 | 180.00 |
| 06/21/10 | Daniel Rourke | Work on forecasting tables. | 0.50 | 150.00 |
| 06/22/10 | Daniel Rourke | Reviewed Peto forecasting model. | 0.40 | 120.00 |
| 06/23/10 | Daniel Rourke | Work on claims modeling. | 0.60 | 180.00 |
| 06/24/10 | Daniel Rourke | Work on forecasting spreadsheet. | 1.30 | 390.00 |
| 06/25/10 | Daniel Rourke | Continued work on the spreadsheet. | 1.10 | 330.00 |
| 06/26/10 | Daniel Rourke | Work on claims forecasting scenarios. | 1.10 | 330.00 |
| 06/27/10 | Daniel Rourke | Finished the regression analysis for missing data. | 0.60 | 180.00 |
| 06/28/10 | Daniel Rourke | Prepared charts comparing forecasts. | 1.20 | 360.00 |
| 06/29/10 | Daniel Rourke | Additional work on comparison(1.0); conference with A. Brockman regarding analysis (0.1). | 1.10 | 330.00 |
| 06/30/10 | Daniel Rourke | Comparisons of meso and non-meso claims data. | 1.00 | 300.00 |
| | | | 10.10 | 3,030.00 |
| | | **Total Fees for Actuarial Analysis:** | **10.10** | **3,030.00** |



**analysis·research·planning**

1220 19th Street, NW, Suite 700
Washington, D.C.  20036
Phone    (202) 797-1111
Fax       (202) 797-3619

# General Motors Rate Sheet
## June 2010

| Staff Member | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Tom Florence | President | $555.00 | 10 | $5,550.00 |
| John Brophy | Vice President | $435.00 | 18.5 | $8,047.50 |
| Amy Brockman | Vice President | $305.00 | 16.7 | $5,093.50 |
| Daniel Rourke | Consultant | $300.00 | 10.1 | $3,030.00 |
| Timothy Raab | Managing Director | $275.00 | 19.5 | $5,362.50 |
| Jason Wagoner | Director | $260.00 | 113.9 | $29,614.00 |
| Devon Bixler | Consultant | $150.00 | 2.7 | $405.00 |
| Karl Kahn | Consultant | $150.00 | 5 | $750.00 |
| James Kreger | Consultant | $150.00 | 45.4 | $6,810.00 |
| Ryan Lubert | Consultant | $85.00 | 10.7 | $909.50 |



1220 19th Street, NW, Suite 700
Washington, DC 20036

| Invoice to: |
| --- |
| **Dean Trafelet**<br>**General Motors   (GM)**<br>50 W. Schiller St.<br>Chicago, IL  60610 |

| Invoice # | Date | Amount Due |
| --- | --- | --- |
| 17456 | 8/20/2010 | **$21,939.00** |

**For professional services rendered by Analysis.Research.Planning Corp. (ARPC) during the period July 2010.**

| Item | Description | Amount |
| --- | --- | --- |
| **Claims Analysis** | | |
| Historical data analysis | | $4,962.00 |
| | | **$4,962.00** |
| **Claim Forecast(s)** | | |
| Data analysis - model building | | $4,560.50 |
| | | **$4,560.50** |
| **Review Case Documents and Materials** | | |
| Document review and comment | | $5,508.50 |
| | | **$5,508.50** |
| **Prepare/Attend Calls/Meetings** | | |
| Counsel/client meetings/calls | | $625.00 |
| | | **$625.00** |
| **Actuarial Analysis** | | |
| Historical data analysis - model building | | $900.00 |
| Cashflow analysis | | $5,383.00 |
| | | **$6,283.00** |

Total Amount Due for this Invoice:                      **$21,939.00**

**Detailed fee and expense information is attached. If you have any questions regarding this invoice, please call Joy Rothwell at (202) 797-1111.  Thank you.**



1220 19th Street, NW, Suite 700
Washington, DC 20036

## Professional by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| **Claims Analysis** | | | |
| Brophy, John | $435.00 | 2.80 | $1,218.00 |
| Wagoner, Jason | $260.00 | 14.40 | $3,744.00 |
| | | | **$4,962.00** |
| **Claim Forecast(s)** | | | |
| Brockman, Amy | $435.00 | 2.10 | $913.50 |
| Florence, Tom | $555.00 | 0.20 | $111.00 |
| Wagoner, Jason | $260.00 | 13.60 | $3,536.00 |
| | | | **$4,560.50** |
| **Review Case Documents and Materials** | | | |
| Brophy, John | $435.00 | 1.90 | $826.50 |
| Florence, Tom | $555.00 | 3.50 | $1,942.50 |
| Kreger, James | $150.00 | 1.20 | $180.00 |
| Raab, Timothy | $275.00 | 7.70 | $2,117.50 |
| Wagoner, Jason | $260.00 | 1.70 | $442.00 |
| | | | **$5,508.50** |
| **Prepare/Attend Calls/Meetings** | | | |
| Brockman, Amy | $435.00 | 0.50 | $217.50 |
| Florence, Tom | $555.00 | 0.50 | $277.50 |
| Wagoner, Jason | $260.00 | 0.50 | $130.00 |
| | | | **$625.00** |
| **Actuarial Analysis** | | | |
| Molnar, Andras | $230.00 | 11.30 | $2,599.00 |
| Rourke, Daniel | $300.00 | 3.00 | $900.00 |
| Wingo, Gary | $435.00 | 6.40 | $2,784.00 |
| | | | **$6,283.00** |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Professional Fees (detail)

### Claims Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Historical data analysis** | | | | |
| 07/01/10 | Jason Wagoner | Review of new data provided on website related to asbestos claims analysis. | 0.50 | 130.00 |
| 07/01/10 | Jason Wagoner | Work on claims database. | 0.50 | 130.00 |
| 07/01/10 | Jason Wagoner | Analyses of zero pay rates and average indemnity for claims of unknown disease. | 0.50 | 130.00 |
| 07/01/10 | John Brophy | Review of supplemental financial information | 1.20 | 522.00 |
| 07/01/10 | Jason Wagoner | Revising disease imputation and forecast summaries. | 0.50 | 130.00 |
| 07/02/10 | Jason Wagoner | Work on claims database and revising disease imputation. | 0.50 | 130.00 |
| 07/02/10 | Jason Wagoner | Continued work on claims database. | 0.50 | 130.00 |
| 07/02/10 | Jason Wagoner | Revising disease imputation. | 0.50 | 130.00 |
| 07/02/10 | Jason Wagoner | Analyses of zero pay rates and average indemnity for claims of unknown disease. | 0.50 | 130.00 |
| 07/06/10 | John Brophy |  Review of claims data from MLC website | 1.60 | 696.00 |
| 07/06/10 | Jason Wagoner | Review of database settlement information. | 0.50 | 130.00 |
| 07/07/10 | Jason Wagoner | Further review of potential duplicate claims. | 1.00 | 260.00 |
| 07/16/10 | Jason Wagoner | Revisions to GM name duplicates and exporting to Excel for review. | 0.60 | 156.00 |
| 07/26/10 | Jason Wagoner | Revisions to historic distribution of claim filings by YOFE summary. | 1.30 | 338.00 |
| 07/27/10 | Jason Wagoner | Review of SPSS code to generate future claim forecast distribution. | 1.20 | 312.00 |
| 07/28/10 | Jason Wagoner | Beginning replication of SPSS code for YOFE distribution of future claims forecast in SAS. | 0.50 | 130.00 |
| 07/30/10 | Jason Wagoner | Replication of SPSS code for YOFE distribution of future claims forecast in SAS. | 5.30 | 1,378.00 |
| | | | **17.20** | **4,962.00** |
| | | **Total Fees for Claims Analysis:** | **17.20** | **4,962.00** |

### Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Data analysis - model building** | | | | |
| 07/01/10 | Tom Florence | Review data & forecast analyses | 0.20 | 111.00 |
| 07/01/10 | Jason Wagoner | Review data & forecast analyses | 0.30 | 78.00 |
| 07/01/10 | Amy Brockman | Review data & forecast analyses | 2.10 | 913.50 |
| 07/02/10 | Jason Wagoner | Revising forecast summaries based on revised data. | 2.00 | 520.00 |
| 07/06/10 | Jason Wagoner | Work on claim forecast scenario - new log log regressions and updating forecast spreadsheet. | 1.20 | 312.00 |
| 07/12/10 | Jason Wagoner | Finishing forecast scenario data and updating forecast spreadsheet. | 1.20 | 312.00 |
| 07/13/10 | Jason Wagoner | Revisions to forecast summaries. | 1.50 | 390.00 |
| 07/16/10 | Jason Wagoner | Additional revisions to forecast summaries. | 1.00 | 260.00 |
| 07/19/10 | Jason Wagoner | Updating median forecast. | 0.30 | 78.00 |
| 07/19/10 | Jason Wagoner | Updating forecast scenarios. | 1.00 | 260.00 |
| 07/19/10 | Jason Wagoner | Revisions to filings forecast spreadsheet. | 1.20 | 312.00 |
| 07/20/10 | Jason Wagoner | Additional revisions to filings forecast spreadsheet. | 0.50 | 130.00 |
| 07/20/10 | Jason Wagoner | Further updates to forecast scenarios. | 0.50 | 130.00 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Data analysis - model building** | | | | |
| 07/20/10 | Jason Wagoner | Additional updates to median forecast. | 0.50 | 130.00 |
| 07/21/10 | Jason Wagoner | Continued updating forecast scenarios. | 0.30 | 78.00 |
| 07/21/10 | Jason Wagoner | Continued revisions to filings forecast spreadsheet. | 0.30 | 78.00 |
| 07/21/10 | Jason Wagoner | Continue updating median forecast. | 0.30 | 78.00 |
| 07/22/10 | Jason Wagoner | Prepare claim summaries by disease, year of first exposure and filing year. | 1.50 | 390.00 |
| | | | 15.90 | 4,560.50 |
| | | **Total Fees for Claim Forecast(s):** | 15.90 | 4,560.50 |

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Document review and comment** | | | | |
| 07/01/10 | Timothy Raab | Con call with Mealey's rep (Lexis rep) re: search capabilities and techiniques. | 0.10 | 27.50 |
| 07/01/10 | Timothy Raab | Research regarding claims information and verdict data. | 2.00 | 550.00 |
| 07/01/10 | James Kreger | Created GM subsidiary database. | 1.00 | 150.00 |
| 07/02/10 | Timothy Raab | Additional research regarding claims information and verdict data | 2.50 | 687.50 |
| 07/02/10 | James Kreger | Created GM subsidiary database. | 0.20 | 30.00 |
| 07/06/10 | Tom Florence | Reivew of discovery documents | 3.50 | 1,942.50 |
| 07/07/10 | John Brophy | Review of settlements/verdicts from public sources | 0.50 | 217.50 |
| 07/07/10 | Timothy Raab | Research regarding verdict data. | 1.10 | 302.50 |
| 07/07/10 | Timothy Raab | Preparation of verdict results summary for J.Brophy. | 1.00 | 275.00 |
| 07/07/10 | Timothy Raab | Comparing settlement and verdict amounts to MLC database. | 1.00 | 275.00 |
| 07/13/10 | John Brophy | Review of verdict and settlement data | 0.60 | 261.00 |
| 07/23/10 | John Brophy | Review of accumulated claims data | 0.80 | 348.00 |
| 07/26/10 | Jason Wagoner | Review of online documents: General Interrogatory Responses. | 1.70 | 442.00 |
| | | | 16.00 | 5,508.50 |
| | | **Total Fees for Review Case Documents and Materials:** | 16.00 | 5,508.50 |

## Prepare/Attend Calls/Meetings

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Counsel/client meetings/calls** | | | | |
| 07/01/10 | Tom Florence | Call with ACC and Counsel re: data issues and progress | 0.50 | 277.50 |
| 07/01/10 | Amy Brockman | Call with ACC and counsel re data issues and progress. | 0.50 | 217.50 |
| 07/01/10 | Jason Wagoner | Conference call re: GM claims database with ACC and counsel. | 0.50 | 130.00 |
| | | | 1.50 | 625.00 |
| | | **Total Fees for Prepare/Attend Calls/Meetings:** | 1.50 | 625.00 |

## Actuarial Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Cashflow analysis** | | | | |
| 07/16/10 | Gary Wingo | Review of insurance issues and docs | 2.50 | 1,087.50 |
| 07/20/10 | Andras Molnar | preparation of insurance policy register for insurance modelling. | 2.80 | 644.00 |
| 07/20/10 | Gary Wingo | Prepare issues memo on insurance queries to T Florence. | 2.60 | 1,131.00 |
| 07/21/10 | Gary Wingo | Analysis of choice of law and coverage parameters involving insurance model | 0.60 | 261.00 |
| 07/21/10 | Andras Molnar | QC of policy register and attachement points. | 2.00 | 460.00 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Actuarial Analysis

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| **Cashflow analysis** | | | | |
| 07/21/10 | Andras Molnar | Updating VBA programming to adjust for revised policy register. | 1.00 | 230.00 |
| 07/21/10 | Gary Wingo | Cash flow model considerations for A Molnar. | 0.70 | 304.50 |
| 07/21/10 | Andras Molnar | preparation of insurance policy register for insurance modelling. | 2.10 | 483.00 |
| 07/22/10 | Andras Molnar | Updating model with GM forecasted liability. | 1.00 | 230.00 |
| 07/22/10 | Andras Molnar | Updates to programming of insurance recovery model. | 1.20 | 276.00 |
| 07/23/10 | Andras Molnar | Review and analysis of YOFE table provided by Jason Wagoner. | 0.60 | 138.00 |
| 07/28/10 | Andras Molnar | Consulting with Amy Brockman and Jason Wagoner regarding future YOFE calculations. | 0.60 | 138.00 |
| | | | **17.70** | **5,383.00** |
| **Historical data analysis - model building** | | | | |
| 05/11/10 | Daniel Rourke | Research regarding Peto's recent (2009) presentations and "global" meso forecasts. | 0.70 | 210.00 |
| 05/13/10 | Daniel Rourke | Literature search for peer-reviewed papers regarding forecasting models. | 0.50 | 150.00 |
| 05/14/10 | Daniel Rourke | Prepared an extract of the mesothelioma cases in the SEER data for A. Brockman for forecasing purposes. | 0.40 | 120.00 |
| 05/15/10 | Daniel Rourke | Continue literature search of forecast methods. | 0.60 | 180.00 |
| 05/16/10 | Daniel Rourke | Continued literature search of forecast methods. | 0.20 | 60.00 |
| 05/17/10 | Daniel Rourke | Correspondence with T. Florence and A. Brockman regarding research related to forecast methods. | 0.20 | 60.00 |
| 05/18/10 | Daniel Rourke | Additional research regarding forecasting models. | 0.40 | 120.00 |
| | | | **3.00** | **900.00** |
| | | **Total Fees for Actuarial Analysis:** | **20.70** | **6,283.00** |



ARPC
analysis·research·planning
1220 19th Street, NW, Suite 700
Washington, D.C. 20036
Phone   (202) 797-1111
Fax       (202) 797-3619

## General Motors Rate Sheet
## July 2010

| Staff Member | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Tom Florence | President | $555.00 | 4.20 | $2,331.00 |
| John Brophy | Vice President | $435.00 | 4.70 | $2, 044.50 |
| Amy Brockman | Vice President | $435.00 | 2.60 | $1,131.00 |
| Gary Wingo | Vice President | $435.00 | 6.40 | $2,784.00 |
| Daniel Rourke | Consultant | $300.00 | 3.00 | $900.00 |
| Timothy Raab | Managing Director | $275.00 | 7.70 | $2,117.50 |
| Jason Wagoner | Director | $260.00 | 30.20 | $7,852.00 |
| Andras Molnar | Consultant | $230.00 | 11.30 | $2,599.00 |
| James Kreger | Consultant | $150.00 | 1.20 | $180.00 |

 1220 19th Street, NW, Suite 700
Washington, DC  20036

| Invoice # | Date | Amount Due |
|---|---|---|
| 17702 | 9/29/2010 | **$35,096.22** |

**Invoice to:**

**Dean Trafelet**
**General Motors    (GM)**
50 W. Schiller St.
Chicago, IL   60610

For professional services rendered by Analysis.Research.Planning Corp. (ARPC) during the period August 2010.

| Item | Description | Amount |
|---|---|---|
| **Claims Analysis** | | |
| Compile database(s) | | $1,912.50 |
| Prepare and edit database(s) | | $3,940.50 |
| Historical data analysis | | $2,210.00 |
| | | **$8,063.00** |
| **Claim Forecast(s)** | | |
| Compile database | | $2,740.50 |
| Data analysis - model building | | $1,430.00 |
| | | **$4,170.50** |
| **Review Case Documents and Materials** | | |
| Document review and comment | | $17,552.00 |
| | | **$17,552.00** |
| **Prepare/Attend Calls/Meetings** | | |
| Counsel/client meetings/calls | | $712.50 |
| | | **$712.50** |
| **Actuarial Analysis** | | |
| Compile database(s) | | $3,741.00 |
| | | **$3,741.00** |
| **Expenses** | | |
| Expenses | | $857.22 |
| | | **$857.22** |

Total Amount Due for this Invoice:                                          **$35,096.22**

**Detailed fee and expense information is attached. If you have any questions regarding this invoice, please call Joy Rothwell at (202) 797-1111.  Thank you.**



1220 19th Street, NW, Suite 700
Washington, DC 20036

## Professional by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| **Claims Analysis** | | | |
| Hester, Clay | $85.00 | 14.50 | $1,232.50 |
| Melikian, Lia | $85.00 | 0.60 | $51.00 |
| Oh, Andrew | $250.00 | 5.00 | $1,250.00 |
| Samuelson, Talia | $85.00 | 12.70 | $1,079.50 |
| Shiffman, Jeffrey | $85.00 | 8.00 | $680.00 |
| Wagoner, Jason | $260.00 | 14.50 | $3,770.00 |
| | | | **$8,063.00** |
| **Claim Forecast(s)** | | | |
| Brockman, Amy | $435.00 | 6.30 | $2,740.50 |
| Wagoner, Jason | $260.00 | 5.50 | $1,430.00 |
| | | | **$4,170.50** |
| **Review Case Documents and Materials** | | | |
| Brophy, John | $435.00 | 4.30 | $1,870.50 |
| Florence, Tom | $555.00 | 24.80 | $13,764.00 |
| Kahn, Karl | $150.00 | 4.00 | $600.00 |
| Raab, Timothy | $275.00 | 2.90 | $797.50 |
| Wagoner, Jason | $260.00 | 2.00 | $520.00 |
| | | | **$17,552.00** |
| **Prepare/Attend Calls/Meetings** | | | |
| Brophy, John | $435.00 | 1.00 | $435.00 |
| Florence, Tom | $555.00 | 0.50 | $277.50 |
| | | | **$712.50** |
| **Actuarial Analysis** | | | |
| Brockman, Amy | $435.00 | 8.60 | $3,741.00 |
| | | | **$3,741.00** |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Professional Fees (detail)

### Claims Analysis

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| **Compile database(s)** | | | | |
| 08/25/10 | Jeffrey Shiffman | Reviewed settled claims data (1.5 hrs) and compiled a database of information derived from settlement document (1.0) images | 2.50 | 212.50 |
| 08/25/10 | Clay Hester | Reviewed settled claims data (1.0 hrs) and compiled a database of information derived from settlement document images (1.0 hrs) | 2.00 | 170.00 |
| 08/25/10 | Clay Hester | Reviewed GM settlement documents to determine inclusion in the settlement database | 1.50 | 127.50 |
| 08/26/10 | Clay Hester | Continued to review settled claims data (2.0 hrs) and compiled a database of information derived from settlement document images (2.0) | 4.00 | 340.00 |
| 08/26/10 | Jeffrey Shiffman | Continued to review settled claims data (2.0 hrs) and compiled a database of information derived from settlement document images (3.5) | 5.50 | 467.50 |
| 08/26/10 | Clay Hester | Continued to review GM settlement documents to determine inclusion in the settlement database | 4.50 | 382.50 |
| 08/27/10 | Clay Hester | Continued to review settled claims data (0.5 hrs) and compiled a database of information derived from settlement document images (0.5 hrs) | 1.00 | 85.00 |
| 08/27/10 | Clay Hester | Continued to review GM settlement documents to determine inclusion in the settlement database | 1.50 | 127.50 |
| | | | **22.50** | **1,912.50** |
| **Historical data analysis** | | | | |
| 08/23/10 | Jason Wagoner | Review of additional exposure variables in revised claims database. | 0.50 | 130.00 |
| 08/25/10 | Jason Wagoner | Analysis of new SSN data provided by GM. | 1.00 | 260.00 |
| 08/26/10 | Jason Wagoner | Comparison and matching of claims in 2009 database to claims in 2007 database (.5 hours).  Matching sample of claimants settlements from settlement documents to claims database (2 hrs). | 2.50 | 650.00 |
| 08/30/10 | Jason Wagoner | Revisions to matching of settlement documents research to GM database. (1 hour)  Review of non-matched claimants from Sept 2007 database compared to 2009 database. (1.5 hours) | 2.50 | 650.00 |
| 08/31/10 | Jason Wagoner | Review of claimants in 2007 database and settlement documents but not in 2009 database. | 2.00 | 520.00 |
| | | | **8.50** | **2,210.00** |
| **Prepare and edit database(s)** | | | | |
| 08/25/10 | Andrew Oh | Settled claims sampling and review | 1.50 | 375.00 |
| 08/25/10 | Talia Samuelson | Standardized data in the sampling of settled claims database | 3.00 | 255.00 |
| 08/26/10 | Talia Samuelson | Continued to standardize data in the sampling of settled claims database | 7.50 | 637.50 |
| 08/26/10 | Lia Melikian | Standardized data in the sampling of settled claims database | 0.60 | 51.00 |
| 08/26/10 | Andrew Oh | Continued settled claims sampling and review | 3.00 | 750.00 |
| 08/27/10 | Jason Wagoner | Database validation using sample of settlement documents. | 3.00 | 780.00 |
| 08/27/10 | Andrew Oh | Continuation of settled claims sampling and review | 0.50 | 125.00 |
| 08/27/10 | Talia Samuelson | Continued to standardize data in the sampling of settled claims database | 2.20 | 187.00 |
| 08/31/10 | Jason Wagoner | Continued database validation using settlement documents to search for unmatched claimants. | 3.00 | 780.00 |
| | | | **24.30** | **3,940.50** |
| | | **Total Fees for Claims Analysis:** | **55.30** | **8,063.00** |

### Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| **Compile database** | | | | |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Claim Forecast(s)

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Compile database** | | | | |
| 08/03/10 | Amy Brockman | Review mesothelioma claims in database in order to come up with a sampling protocol. | 2.10 | 913.50 |
| 08/04/10 | Amy Brockman | Respond to proposed agreement regarding the exposure data | 0.40 | 174.00 |
| 08/04/10 | Amy Brockman | Review proposed agreement regarding the exposure data | 0.10 | 43.50 |
| 08/04/10 | Amy Brockman | Review proposed Agreement Resolving ACC and FCR 2004 Applications | 0.10 | 43.50 |
| 08/04/10 | Amy Brockman | Respond to proposed Agreement Resolving ACC and FCR 2004 Applications | 0.40 | 174.00 |
| 08/06/10 | Amy Brockman | Draw a sample of claims to be given to GM to provide documentation. | 2.00 | 870.00 |
| 08/06/10 | Amy Brockman | Review mesothelioma claims in database. | 1.20 | 522.00 |
| | | | **6.30** | **2,740.50** |
| **Data analysis - model building** | | | | |
| 08/02/10 | Jason Wagoner | Calculation of YOFE distribution of future claims forecast in SAS for insurance coverage model. | 2.00 | 520.00 |
| 08/02/10 | Jason Wagoner | Revisions to future claim filings by YOFE summary. | 1.50 | 390.00 |
| 08/02/10 | Jason Wagoner | Comparison of YOFE distributions to other clients for reasonableness. | 0.50 | 130.00 |
| 08/03/10 | Jason Wagoner | Review of summaries of meso claims for sampling (.30).  QC of future filings by YOFE results (.20). | 0.50 | 130.00 |
| 08/16/10 | Jason Wagoner | Correction of forecast spreadsheet formula for future claims forecast (0.5).  Updating forecast summaries (0.5). | 1.00 | 260.00 |
| | | | **5.50** | **1,430.00** |
| | | **Total Fees for Claim Forecast(s):** | **11.80** | **4,170.50** |

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Document review and comment** | | | | |
| 07/07/10 | John Brophy | Review of Alix Partners' responses to questions. | 0.80 | 348.00 |
| 08/02/10 | John Brophy | Review of data requests and statistics of responses | 0.40 | 174.00 |
| 08/04/10 | John Brophy | Review of claims data from website | 0.60 | 261.00 |
| 08/05/10 | John Brophy | Review of claim filing trends/data | 0.80 | 348.00 |
| 08/09/10 | Tom Florence | Review of claimant data. | 5.50 | 3,052.50 |
| 08/13/10 | Tom Florence | Review of revised data and analysis | 3.70 | 2,053.50 |
| 08/18/10 | Tom Florence | Review of preliminary statistical analysis of claims | 5.80 | 3,219.00 |
| 08/23/10 | John Brophy | Review of updated data on MLC website | 0.60 | 261.00 |
| 08/24/10 | Tom Florence | Review of preliminary analyses of element exposure profiles | 4.70 | 2,608.50 |
| 08/24/10 | Jason Wagoner | Review of supplemental response documents and data provided by GM. | 2.00 | 520.00 |
| 08/25/10 | John Brophy | Review of updated claimant data | 1.10 | 478.50 |
| 08/26/10 | Tom Florence | Review/analysis of confidentiality agreement | 1.30 | 721.50 |
| 08/26/10 | Timothy Raab | Preparation of order and discussion summary for T.Florence re: constitutional permissability of enjoining futures from new GM. | 1.60 | 440.00 |
| 08/26/10 | Tom Florence | Review of data received from MLC | 2.30 | 1,276.50 |
| 08/31/10 | Tom Florence | Review of settlement summaries | 1.50 | 832.50 |
| 08/31/10 | Timothy Raab | Discussion with J.Brophy and A. Brockman re: new data and further analysis | 1.30 | 357.50 |
| 08/31/10 | Karl Kahn | Designed GM document review process. | 4.00 | 600.00 |
| | | | **38.00** | **17,552.00** |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| | | **Total Fees for Review Case Documents and Materials:** | **38.00** | **17,552.00** |

## Prepare/Attend Calls/Meetings

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Counsel/client meetings/calls** | | | | |
| 08/03/10 | John Brophy | Call with FCR and counsel re: case status and discovery | 0.60 | 261.00 |
| 08/03/10 | John Brophy | Call with Counsel re: data requests | 0.40 | 174.00 |
| 08/24/10 | Tom Florence | Call with FCR re: case status and discovery | 0.50 | 277.50 |
| | | | 1.50 | 712.50 |
| | | **Total Fees for Prepare/Attend Calls/Meetings:** | **1.50** | **712.50** |

## Actuarial Analysis

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Compile database(s)** | | | | |
| 08/09/10 | Amy Brockman | Review sample of meso claims. | 1.40 | 609.00 |
| 08/09/10 | Amy Brockman | Finalize sample of meso claims. | 1.00 | 435.00 |
| 08/10/10 | Amy Brockman | Call with B. Brousseau re sample of meso claims | 0.50 | 217.50 |
| 08/11/10 | Amy Brockman | Review of confidentiality agreement. | 0.80 | 348.00 |
| 08/12/10 | Amy Brockman | Review of data handling agreement and UCC blackline version of data handling agreement. | 1.10 | 478.50 |
| 08/18/10 | Amy Brockman | Review and comment on latest draft of Confidentiality Agreement | 0.50 | 217.50 |
| 08/25/10 | Amy Brockman | Review of final version of Confidentiality Agreement, sign and return the agreement. | 1.00 | 435.00 |
| 08/31/10 | Amy Brockman | Review coded discovery materials received  from GM re Rule 2004. | 2.30 | 1,000.50 |
| | | | 8.60 | 3,741.00 |
| | | **Total Fees for Actuarial Analysis:** | **8.60** | **3,741.00** |

## Expenses (detail)

### Expenses

| Date | Category | Description | N/C | Charges |
|------|----------|-------------|-----|---------|
| **ARPC Inc.** | | | | |
| 06/30/10 | Research/Data | June 2010 LexisNexis Charges. | | 440.64 |
| 07/31/10 | Research/Data | July 2010 LexisNexis Charges. | | 416.58 |
| | | | | 857.22 |
| | | **Total expenses for Expenses:** | | **857.22** |



**analysis·research·planning**

1220 19th Street, NW, Suite 700
Washington, D.C.  20036
Phone   (202) 797-1111
Fax       (202) 797-3619

## General Motors Rate Sheet
### August 2010

| Staff Member | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Tom Florence | President | $555.00 | 25.30 | $14,041.50 |
| Amy Brockman | Vice President | $435.00 | 14.90 | $6,481.50 |
| John Brophy | Vice President | $435.00 | 5.30 | $2,305.50 |
| Timothy Raab | Managing Director | $275.00 | 2.90 | $797.50 |
| Jason Wagoner | Director | $260.00 | 22.00 | $5,720.00 |
| Andrew Oh | Director | $250.00 | 5.00 | $1,250.00 |
| Clay Hester | Consultant | $85.00 | 14.50 | $1,232.50 |
| Karl Kahn | Consultant | $150.00 | 4.00 | $600.00 |
| Lia Melikian | Consultant | $85.00 | 0.60 | $51.00 |
| Talia Samuelson | Consultant | $85.00 | 12.70 | $1,079.50 |
| Jeffrey Shiffman | Consultant | $85.00 | 8.00 | $680.00 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

| Invoice # | Date | Amount Due |
|---|---|---|
| 17920 | 10/25/2010 | **$83,788.50** |

**Invoice to:**

**Dean Trafelet**
**General Motors    (GM)**
50 W. Schiller St.
Chicago, IL   60610

For professional services rendered by Analysis.Research.Planning Corp. (ARPC) during the period September 2010.

| Item | Description | Amount |
|---|---|---|
| **Claims Analysis** | | |
| Prepare and edit database(s) | | $8,942.00 |
| Historical data analysis | | $5,721.00 |
| | | **$14,663.00** |
| **Review Case Documents and Materials** | | |
| Document review and comment | | $64,993.00 |
| | | **$64,993.00** |
| **Prepare/Attend Calls/Meetings** | | |
| Counsel/client meetings/calls | | $652.50 |
| | | **$652.50** |
| **Actuarial Analysis** | | |
| Historical data analysis - model building | | $3,262.50 |
| Reporting | | $217.50 |
| | | **$3,480.00** |

Total Amount Due for this Invoice:          **$83,788.50**

Detailed fee and expense information is attached. If you have any questions regarding this invoice, please call Joy Rothwell at
(202) 797-1111.  Thank you.



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Professional by Project

| | Rate | Hours | Amount |
|---|---|---|---|
| **Claims Analysis** | | | |
| Florence, Tom | $555.00 | 3.00 | $1,665.00 |
| Oh, Andrew | $250.00 | 8.00 | $2,000.00 |
| Wagoner, Jason | $260.00 | 42.30 | $10,998.00 |
| | | | **$14,663.00** |
| **Review Case Documents and Materials** | | | |
| Backhaus, Roland | $85.00 | 75.80 | $6,443.00 |
| Brands, Jonathan | $85.00 | 49.00 | $4,165.00 |
| Brockman, Amy | $435.00 | 2.10 | $913.50 |
| Brophy, John | $435.00 | 0.50 | $217.50 |
| Burr, Aaron | $85.00 | 98.50 | $8,372.50 |
| Case, Peter | $85.00 | 6.80 | $578.00 |
| Cirenza, Frances | $85.00 | 59.00 | $5,015.00 |
| Geraci, Ben | $85.00 | 112.60 | $9,571.00 |
| Hester, Clay | $85.00 | 102.30 | $8,695.50 |
| Kahn, Karl | $150.00 | 3.00 | $450.00 |
| Kemper, Joseph | $85.00 | 4.50 | $382.50 |
| Kreger, James | $150.00 | 7.70 | $1,155.00 |
| Puthottu, Rachna | $85.00 | 68.00 | $5,780.00 |
| Raab, Timothy | $275.00 | 1.00 | $275.00 |
| Samuelson, Talia | $85.00 | 56.00 | $4,760.00 |
| Wetherald, Sarah | $85.00 | 95.20 | $8,092.00 |
| Yates, Chalisha | $85.00 | 1.50 | $127.50 |
| | | | **$64,993.00** |
| **Prepare/Attend Calls/Meetings** | | | |
| Brockman, Amy | $435.00 | 1.50 | $652.50 |
| | | | **$652.50** |
| **Actuarial Analysis** | | | |
| Brockman, Amy | $435.00 | 8.00 | $3,480.00 |
| | | | **$3,480.00** |


1220 19th Street, NW, Suite 700
Washington, DC  20036

## Professional Fees (detail)

### Claims Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Historical data analysis** | | | | |
| 09/01/10 | Jason Wagoner | Further analysis of claimants in 2007 database and settlement documents. | 5.50 | 1,430.00 |
| 09/02/10 | Jason Wagoner | New claimant matching procedure using recently provided SSN data. | 2.50 | 650.00 |
| 09/09/10 | Jason Wagoner | Review of Bates White claimant sample (.50 hr)  and matching of Bates White sample to database (.60 hr). | 1.10 | 286.00 |
| 09/10/10 | Jason Wagoner | Claim summaries for Bates White sample and comparison to similar summaries for all meso claims (2 hrs). Summary of possible related claims for claims in 2007 database (1 hr). Matching of new settlement document data to database and summary of results (2 hrs). | 5.00 | 1,300.00 |
| 09/15/10 | Jason Wagoner | Extracing case numbers for dismissed claims with dollar amounts and claims in 2007 data (1 hr).  Match of non-matched claimants from 2007 data to 2009 data by case number (0.5 hr) | 1.50 | 390.00 |
| 09/22/10 | Tom Florence | Review of selected claimant records for document discovery | 3.00 | 1,665.00 |
| | | | **18.60** | **5,721.00** |
| **Prepare and edit database(s)** | | | | |
| 08/31/10 | Andrew Oh | Data standardization formatting and specific document review of discrepancies | 1.00 | 250.00 |
| 09/01/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 1.00 | 250.00 |
| 09/01/10 | Jason Wagoner | Futher database validation using sample settlement documents. | 2.00 | 520.00 |
| 09/02/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 0.50 | 125.00 |
| 09/07/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 0.80 | 200.00 |
| 09/10/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 1.40 | 350.00 |
| 09/13/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 0.50 | 125.00 |
| 09/13/10 | Jason Wagoner | Database validation: Using various matching techniques to match settlement document research claimant to the claims database. | 7.00 | 1,820.00 |
| 09/14/10 | Jason Wagoner | Database validation: Revisions to matching methodology (2 hrs). Additional matches including duplicate matches (1hr).  Summary of results of database validation (1hr).  Review of non-matches (1hr). | 5.00 | 1,300.00 |
| 09/14/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 0.50 | 125.00 |
| 09/15/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 0.30 | 75.00 |
| 09/15/10 | Jason Wagoner | Review of new settlement document database:  standardizing data and law firm names. | 1.50 | 390.00 |
| 09/16/10 | Andrew Oh | Continued with data standardization formatting and specific document review of discrepancies | 0.40 | 100.00 |
| 09/16/10 | Jason Wagoner | Matching of new settlement document research to database (1hr).  QC of matches and review of non-matches (2hrs). | 3.00 | 780.00 |
| 09/17/10 | Jason Wagoner | QC of high value settlements (1hr).  Revisions to settlement document research data: adding additional claims and revising settlement amounts (2 hrs).  New match of settlement document research to claims database (0.5 hrs). | 3.50 | 910.00 |
| 09/20/10 | Jason Wagoner | Database validation:  Review of revised settlement document research matching results (1 hr).  Review of non-matched claims (1.5 hr). | 2.50 | 650.00 |


1220 19th Street, NW, Suite 700
Washington, DC 20036

## Claims Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Prepare and edit database(s)** | | | | |
| 09/22/10 | Jason Wagoner | Review of non-matched settlement document research with a GM case number. | 1.00 | 260.00 |
| 09/22/10 | Andrew Oh | Analysis of mesothelioma depositions | 0.90 | 225.00 |
| 09/23/10 | Jason Wagoner | Review of MLC responses to data validation questions. | 1.20 | 312.00 |
| 09/29/10 | Andrew Oh | Claims database building issues/review | 0.40 | 100.00 |
| 09/30/10 | Andrew Oh | Additional claims database building issues/review | 0.30 | 75.00 |
| | | | 34.70 | 8,942.00 |
| | | **Total Fees for Claims Analysis:** | 53.30 | 14,663.00 |

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Document review and comment** | | | | |
| 09/01/10 | John Brophy | Review of analysis on newly posted documents and images | 0.50 | 217.50 |
| 09/01/10 | Clay Hester | Reviewed GM documents for legal settlement data. | 8.20 | 697.00 |
| 09/01/10 | Roland Backhaus | Reviewed GM documents for legal settlement data. | 8.10 | 688.50 |
| 09/01/10 | Rachna Puthottu | Reviewed GM documents for legal settlement data. | 5.50 | 467.50 |
| 09/01/10 | Sarah Wetherald | Set-up and managed legal settlement document review project by establishing guidelines for completion and fielding staff questions. | 6.90 | 586.50 |
| 09/01/10 | Frances Cirenza | Reviewed GM documents for legal settlement data. | 9.50 | 807.50 |
| 09/01/10 | Karl Kahn | Manage document review process for the complaint data we have received in connection to GM | 2.00 | 300.00 |
| 09/02/10 | Ben Geraci | Reviewed GM documents for legal settlement data. | 6.00 | 510.00 |
| 09/02/10 | Roland Backhaus | Continued review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/02/10 | Sarah Wetherald | Managed legal settlement document review project by establishing guidelines for completion and fielding questions. | 8.70 | 739.50 |
| 09/02/10 | Aaron Burr | Reviewed GM documents for legal settlement data | 6.50 | 552.50 |
| 09/02/10 | Clay Hester | Continued review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/02/10 | Frances Cirenza | Continued review of GM documents for legal settlement data. | 5.50 | 467.50 |
| 09/02/10 | Jonathan Brands | Review of GM documents for legal settlement data. | 5.50 | 467.50 |
| 09/02/10 | Rachna Puthottu | Continued review of GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/02/10 | Talia Samuelson | Reviewed GM documents for legal settlement data. | 6.50 | 552.50 |
| 09/03/10 | Jonathan Brands | Continued review of GM documents for legal settlement data. | 6.00 | 510.00 |
| 09/03/10 | Talia Samuelson | Continued review of GM documents for legal settlement data. | 3.50 | 297.50 |
| 09/03/10 | Sarah Wetherald | Continued to manage legal settlement document review project by establishing guidelines for completion and fielding staff questions. | 4.00 | 340.00 |
| 09/03/10 | Rachna Puthottu | Continue to review GM documents for legal settlement data. | 2.00 | 170.00 |
| 09/03/10 | Roland Backhaus | Continued review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/03/10 | Ben Geraci | Continue review of GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/03/10 | Aaron Burr | Continue review of GM documents for legal settlement data | 8.00 | 680.00 |
| 09/04/10 | Rachna Puthottu | Continue to review GM documents for legal settlement data. | 5.50 | 467.50 |
| 09/05/10 | Rachna Puthottu | Continue to review GM documents for legal settlement data. | 5.50 | 467.50 |
| 09/05/10 | Frances Cirenza | Continue to review GM documents for legal settlement data. | 4.00 | 340.00 |
| 09/06/10 | Rachna Puthottu | Continued review of GM documents for legal settlement data. | 10.50 | 892.50 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|------|-------------|-------------|-------|---------|
| **Document review and comment** | | | | |
| 09/07/10 | Karl Kahn | Continued to manage document review process for the complaint data we have received in connection to GM | 1.00 | 150.00 |
| 09/07/10 | Ben  Geraci | Continue to review GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/07/10 | Sarah Wetherald | Researched GM documents for legal settlement data. | 2.50 | 212.50 |
| 09/07/10 | Aaron Burr | Continue to review GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/07/10 | Talia Samuelson | Continued to review GM Documents for legal settlement data. | 9.50 | 807.50 |
| 09/07/10 | Clay Hester |  Continued to review GM documents for legal settlement data. | 10.20 | 867.00 |
| 09/07/10 | Roland Backhaus | Continued to review GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/07/10 | Timothy Raab | Brief review of document review project. | 0.50 | 137.50 |
| 09/07/10 | Jonathan Brands | Continue to review GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/07/10 | Frances Cirenza | Continue to review GM documents for legal settlement data. | 4.50 | 382.50 |
| 09/08/10 | Jonathan Brands | Further review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/08/10 | Rachna Puthottu | Further review of GM documents for legal settlement data. | 10.00 | 850.00 |
| 09/08/10 | Aaron Burr | Further review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/08/10 | Frances Cirenza | Further review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/08/10 | Ben  Geraci | Further review of GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/08/10 | Sarah Wetherald | Continued to research GM documents for legal settlement data (3.0 hrs); researched novel documents (2.10 hrs); compiled a project progress report (2.0 hrs). | 7.10 | 603.50 |
| 09/08/10 | Talia Samuelson | Further review of GM Documents for legal settlement data. | 9.50 | 807.50 |
| 09/08/10 | Roland Backhaus | Continued review of GM documents for legal settlement data. | 9.20 | 782.00 |
| 09/08/10 | Clay Hester | Further review of GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/09/10 | Clay Hester | Continue to review GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/09/10 | Frances Cirenza | Continued reviewing GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/09/10 | Rachna Puthottu | Continue to review GM documents for legal settlement data. | 9.50 | 807.50 |
| 09/09/10 | Talia Samuelson | Continue to review GM Documents for legal settlement data. | 9.00 | 765.00 |
| 09/09/10 | Aaron Burr | Continued reviewing GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/09/10 | Amy Brockman | Review and analysis of sample of claims submitted by UCC. | 2.10 | 913.50 |
| 09/09/10 | Jonathan Brands | Further review of GM documents for legal settlement data. | 8.50 | 722.50 |
| 09/09/10 | Sarah Wetherald | Continue to research GM documents for legal settlement data (6.20 hrs); standardized data collected from documents (5.60 hrs). | 11.80 | 1,003.00 |
| 09/09/10 | Ben  Geraci | Continued reviewing GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/09/10 | Roland Backhaus | Continued review of GM documents for legal settlement data. | 7.80 | 663.00 |
| 09/10/10 | Sarah Wetherald | Continued to research GM documents for legal settlement data (4.0 hrs); continued to standardize data collected from documents (2.0 hrs). | 6.00 | 510.00 |
| 09/10/10 | Talia Samuelson | Continue to review GM Documents for legal settlement data. | 8.00 | 680.00 |
| 09/10/10 | Jonathan Brands | Continue to review GM documents for legal settlement data. | 2.00 | 170.00 |
| 09/10/10 | Clay Hester | Continue to review GM documents for legal settlement data. | 9.00 | 765.00 |
| 09/10/10 | Roland Backhaus | Continued review of GM documents for legal settlement data. | 8.80 | 748.00 |
| 09/10/10 | Aaron Burr | Continue to review GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/10/10 | Ben  Geraci | Further reviewed GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/10/10 | Rachna Puthottu | Continued review of GM documents for legal settlement data. | 7.50 | 637.50 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|------|--------------|-------------|-------|---------|
| **Document review and comment** | | | | |
| 09/11/10 | Sarah Wetherald | Standardized data in GM document review file. | 5.50 | 467.50 |
| 09/12/10 | Clay Hester | Continue to review GM Documents for legal settlement data. | 3.00 | 255.00 |
| 09/12/10 | Talia Samuelson | Continue to review GM documents for legal settlement data. | 3.50 | 297.50 |
| 09/12/10 | Sarah Wetherald | Continued to standardize data in GM document review file. | 1.00 | 85.00 |
| 09/12/10 | Rachna Puthottu | Continue to review GM documents for legal settlement data. | 3.00 | 255.00 |
| 09/13/10 | Aaron Burr | Reviewed additional GM documents for legal settlement data. | 8.00 | 680.00 |
| 09/13/10 | Ben  Geraci | Reviewed additional GM documents for legal settlement data. | 11.00 | 935.00 |
| 09/13/10 | Talia Samuelson | Reviewed more GM documents for legal settlement data. | 6.50 | 552.50 |
| 09/13/10 | James Kreger | GM Deposition Review. | 0.80 | 120.00 |
| 09/13/10 | Roland Backhaus | Continued to review GM documents for legal settlement data. | 3.70 | 314.50 |
| 09/13/10 | Jonathan Brands | Reviewed additional GM documents for legal settlement data. | 7.00 | 595.00 |
| 09/13/10 | Frances Cirenza | Reviewed additional GM documents for legal settlement data. | 11.00 | 935.00 |
| 09/13/10 | Clay Hester | Further review of GM Documents for legal settlement data. | 7.00 | 595.00 |
| 09/13/10 | Sarah Wetherald | Standardized additional data in GM document review file (7.30 hrs); Reviewed documents for primary plaintiff settlement data (4.20 hrs). | 11.50 | 977.50 |
| 09/14/10 | Frances Cirenza | Reviewed more GM documents for legal settlement data. | 2.50 | 212.50 |
| 09/14/10 | Ben  Geraci | Reviewed more GM documents for legal settlement data. | 2.50 | 212.50 |
| 09/14/10 | Sarah Wetherald | Standardized additional data in GM document review file (6.50 hrs); Continued to review documents for primary plaintiff settlement data (3.50 hrs). | 10.00 | 850.00 |
| 09/15/10 | James Kreger | GM Deposition Review. | 1.80 | 270.00 |
| 09/15/10 | Ben  Geraci | Continued to review GM documents for legal settlement data. | 4.00 | 340.00 |
| 09/15/10 | Sarah Wetherald | Continued to standardize data in GM document review file (5.50 hrs); Continued to review documents for primary plaintiff settlement data (2.0 hrs). | 7.50 | 637.50 |
| 09/16/10 | James Kreger | More GM deposition review. | 3.00 | 450.00 |
| 09/16/10 | Sarah Wetherald | Additional review of GM documents for legal settlement data. | 4.00 | 340.00 |
| 09/16/10 | Ben  Geraci | Reviewed depositions for important data. | 6.80 | 578.00 |
| 09/17/10 | Ben  Geraci | Continued reviewing depositions for important data. | 7.00 | 595.00 |
| 09/17/10 | Sarah Wetherald | More review of  GM documents for legal settlement data. | 4.40 | 374.00 |
| 09/18/10 | Aaron Burr | Reviewed additional GM documents for legal settlement data. | 10.00 | 850.00 |
| 09/19/10 | Aaron Burr | Continued reviewing GM documents for legal settlement data. | 10.00 | 850.00 |
| 09/20/10 | James Kreger | Continued to review GM depositions. | 0.80 | 120.00 |
| 09/20/10 | Ben  Geraci | Reviewed more deposition documents. | 3.50 | 297.50 |
| 09/24/10 | Ben  Geraci | More review of deposition documents. | 5.50 | 467.50 |
| 09/24/10 | Clay Hester | Reviewed deposition documents for H.Kreger. | 4.00 | 340.00 |
| 09/24/10 | James Kreger | Reviewed GM depositions and complaints. | 0.30 | 45.00 |
| 09/24/10 | Sarah Wetherald | Reviewed GM complaint and deposition documents. | 3.60 | 306.00 |
| 09/27/10 | Ben  Geraci | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.00 | 680.00 |
| 09/27/10 | James Kreger | Reviewed General Motors Mesothelioma claimant depositions. | 0.80 | 120.00 |
| 09/27/10 | Clay Hester | Reviewed case specific mesothelioma interrogatory responses and | 8.50 | 722.50 |



1220 19th Street, NW, Suite 700
Washington, DC  20036

## Review Case Documents and Materials

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Document review and comment** | | | | |
| | | deposition transcripts for GM sites and products. | | |
| 09/28/10 | Clay Hester | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 9.20 | 782.00 |
| 09/28/10 | Roland Backhaus | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 6.00 | 510.00 |
| 09/28/10 | Aaron Burr | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.00 | 680.00 |
| 09/28/10 | Timothy Raab | Review of latest subsidiary list for A.Brockman. | 0.50 | 137.50 |
| 09/29/10 | Aaron Burr | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.00 | 680.00 |
| 09/29/10 | Clay Hester | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.00 | 680.00 |
| 09/29/10 | Ben  Geraci | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.00 | 680.00 |
| 09/30/10 | Joseph Kemper | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 4.50 | 382.50 |
| 09/30/10 | Clay Hester | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 9.20 | 782.00 |
| 09/30/10 | Ben  Geraci | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.30 | 705.50 |
| 09/30/10 | Chalisha Yates | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 1.50 | 127.50 |
| 09/30/10 | Peter Case | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 6.80 | 578.00 |
| 09/30/10 | Roland Backhaus | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.20 | 697.00 |
| 09/30/10 | Sarah Wetherald | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 0.70 | 59.50 |
| 09/30/10 | Frances Cirenza | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 5.00 | 425.00 |
| 09/30/10 | Jonathan Brands | Reviewed case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 4.00 | 340.00 |
| 09/30/10 | James Kreger | Continued to review GM Mesothelioma claimant complaints and depositions. | 0.20 | 30.00 |
| 09/30/10 | Aaron Burr | Continued to review case specific mesothelioma interrogatory responses and deposition transcripts for GM sites and products. | 8.00 | 680.00 |
| | | | **743.50** | **64,993.00** |
| | | **Total Fees for Review Case Documents and Materials:** | **743.50** | **64,993.00** |

## Prepare/Attend Calls/Meetings

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Counsel/client meetings/calls** | | | | |
| 09/08/10 | Amy Brockman | Call with counsel to discuss next steps of data analysis. | 0.50 | 217.50 |
| 09/08/10 | Amy Brockman | Call with D. Trafelet and S. Esserman to discuss current status of data analysis . | 0.50 | 217.50 |
| 09/12/10 | Amy Brockman | Call with D. Trafelet and counsel regarding locomotive claims. | 0.50 | 217.50 |
| | | | **1.50** | **652.50** |
| | | **Total Fees for Prepare/Attend Calls/Meetings:** | **1.50** | **652.50** |

 1220 19th Street, NW, Suite 700
Washington, DC  20036

## Actuarial Analysis

| Date | Staff Member | Description | Hours | Charges |
|---|---|---|---|---|
| **Historical data analysis - model building** | | | | |
| 09/12/10 | Amy Brockman | Update ARPC sample of claims for discovery request. | 1.60 | 696.00 |
| 09/12/10 | Amy Brockman | Draft additional questions for GM regarding historical data received. | 1.20 | 522.00 |
| 09/14/10 | Amy Brockman | Review and create lists of locomotive claims. | 2.80 | 1,218.00 |
| 09/15/10 | Amy Brockman | Respond to GM's request of adding case numbers to lists of claims we sent to GM for clairification. | 0.50 | 217.50 |
| 09/23/10 | Amy Brockman | Review results of coding of first 8 depositions received from GM re UCC claims sample. | 1.40 | 609.00 |
| | | | **7.50** | **3,262.50** |
| **Reporting** | | | | |
| 09/07/10 | Amy Brockman | Draft status memo of current issues related to data analysis for counsel. | 0.50 | 217.50 |
| | | | **0.50** | **217.50** |
| | | **Total Fees for Actuarial Analysis:** | **8.00** | **3,480.00** |



RPC
analysis·research·planning

1220 19th Street, NW, Suite 700
Washington, D.C. 20036
Phone   (202) 797-1111
Fax      (202) 797-3619

# General Motors Rate Sheet
## September 2010

| Staff Member | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Tom Florence | President | $555.00 | 3 | $1,665.00 |
| John  Brophy | Vice President | $435.00 | 0.5 | $217.50 |
| Amy Brockman | Vice President | $435.00 | 11.6 | $5,046.00 |
| Timothy Raab | Managing Director | $275.00 | 1 | $275.00 |
| Jason Wagoner | Director | $260.00 | 42.3 | $10,998.00 |
| Andrew Oh | Director | $250.00 | 8 | $2,000.00 |
| Karl Kahn | Consultant | $150.00 | 3 | $450.00 |
| James Kreger | Consultant | $150.00 | 7.7 | $1,155.00 |
| Roland Backhaus | Consultant | $85.00 | 75.8 | $6,443.00 |
| Aaron Burr | Consultant | $85.00 | 98.5 | $8,372.50 |
| Ben Geraci | Consultant | $85.00 | 112.6 | $9,571.00 |
| Chalisha Yates | Consultant | $85.00 | 1.5 | $127.50 |
| Clay Hester | Consultant | $85.00 | 102.3 | $8,695.50 |
| Frances Cirenza | Consultant | $85.00 | 59 | $5,015.00 |
| Jonathan Brands | Consultant | $85.00 | 49 | $4,165.00 |
| Joseph Kemper | Consultant | $85.00 | 4.5 | $382.50 |
| Peter Case | Consultant | $85.00 | 6.8 | $578.00 |
| Rachna Puthottu | Consultant | $85.00 | 68 | $5,780.00 |
| Sarah Wetherald | Consultant | $85.00 | 95.2 | $8,092.00 |
| Talia Samuelson | Consultant | $85.00 | 56 | $4,760.00 |

# EXHIBIT H

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999

Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                                                )
In re                                           )          Chapter 11
                                                )
MOTORS LIQUIDATION COMPANY, *et al.,*           )          Case No. 09-50026 (REG)
                                                )
    f/k/a General Motors Corp., *et al.*        )
                                                )
                                  Debtors.       )          (Jointly Administered)
-------------------------------------------------------------X


**CERTIFICATION OF B. THOMAS FLORENCE
IN SUPPORT OF SECOND INTERIM APPLICATION OF ANALYSIS RESEARCH
PLANNING CORPORATION AS ASBESTOS CLAIMS VALUATION CONSULTANT
TO DEAN M. TRAFELET IN HIS CAPACITY AS LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR ALLOWANCE OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

I, B. Thomas Florence, certify as follows:

1.      I am the President and a Principal of the firm of Analysis Research Planning

Corporation ("**ARPC**") and I am authorized to make this Certification on behalf of ARPC.  I am

over the age of 18 years, and am competent and otherwise qualified to make this Certification.

Unless otherwise stated in this Certification, I have personal knowledge of the facts set forth herein.

2.      I submit this Certification in support of the *Second Interim Application of Analysis Research Planning Corporation as Asbestos Claims Valuation Consultant to Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for Allowance of Interim Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2010 through September 30, 2010* (the "**Application**") and in accordance with the Local Guidelines.[1]

3.      I have read the Application.

4.      To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the Application complies with the Local Guidelines.

5.      The Future Claimants' Representative has been provided with a copy of the Application, and has approved the fees and disbursements requested therein.

6.      To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the Application are true and correct and the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines, except as specifically noted herein.

7.      Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by ARPC and generally accepted by ARPC's clients.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

8.      To the best of my knowledge, information and belief, with respect to the disbursements for which reimbursement is sought, ARPC does not make a profit on such disbursements, whether the service is performed in-house or by a third party.

9.      In accordance with the Interim Compensation Order, the Debtor, counsel for the Debtor, the United States Trustee for the Southern District of New York, and counsel for the Creditors' Committee have each been provided with a statement of fees and disbursements accruing during each month for which compensation is sought in the Application on or about the 30th day of each month following the end of the month for which compensation was sought. Counsel for the Fee Examiner and counsel for the Asbestos Committee were also provided with copies of ARPC's monthly fee statements.

10.     In accordance with the Interim Compensation Order and the Local Guidelines, the Debtor, counsel for the Debtor, the United States Trustee for the Southern District of New York, and counsel to the Creditors' Committee will each be provided with a copy of the Application simultaneously with the filing thereof.  Counsel for the Fee Examiner and counsel for the Asbestos Committee will also be provided with a copy of the Application simultaneously with the filing thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of November 2010, in Washington, D.C.

*/s/ B. Thomas Florence*
B. Thomas Florence