# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | **Case No. 09-50026 (REG)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FOURTH APPLICATION OF BUTZEL LONG, A PROFESSIONAL CORPORATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Barry N. Seidel, hereby certify that:

1. I am a shareholder with the applicant firm, Butzel Long, a professional corporation ("**BL**"), with responsibility as Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company, f/k/a General Motors Corporation (the "**Committee**"), in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated November 25, 2009 (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**UST Guidelines**") and the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered August 7, 2009 (Docket No. 3711) (the "**Administrative Order**," and together with the Local Guidelines and the UST Guidelines, the "**Guidelines**").

2. This certification is made in respect of BL's fourth application dated November 15, 2010 (the "**Application**") for interim compensation and reimbursement of expenses for the

period commencing June 1, 2010 through and including September 30, 2010 in accordance with the Guidelines.

    3.    In respect of section A.1 of the Local Guidelines, I certify that:

    a. I have read the Application;

    b. to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines and the UST Guidelines;

    c. the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BL and generally accepted by BL's clients; and

    d. in providing a reimbursable service, BL does not make a profit on that service, whether the service is performed by the BL in-house or through a third party.

    4.    In respect of section A.2 of the Local Guidelines and as required by the Administrative Order, I certify that BL has complied with the provisions requiring it to provide the appropriate notice parties, on a monthly basis, with a statement of BL's fees and disbursements accrued during the previous month, as set forth in the Administrative Order.

    5.    In respect of section A.3 of the Local Guidelines, I certify that the Debtors, the chair of the Committee and the United States Trustee for the Southern District of New York have all been provided with a copy of the Application on November 1, 2010.

Dated: New York, New York
      November 15, 2010

                    */s/ Barry N. Seidel*
                    Barry N. Seidel