# EXHIBIT D

**EXHIBIT D**

**SUMMARY OF FOURTH INTERIM FEE APPLICATION
OF BUTZEL LONG FOR SERVICES RENDERED FOR
THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

| NAME OF SHAREHOLDERS | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Eric Fisher | BK, LIT | 1996 | $525.00 | 251.9 | $132,247.50 |
| Christopher Nelson | LIT | 1995 | $350.00 | 18.9 | $6,615.00 |
| Barry N. Seidel | BK | 1978 | $725.00 | 80.0 | $58,000.00 |
| Robert Sidorsky | BK, LIT | 1983 | $625.00 | 7.7 | $4,812.50 |
| **Total Shareholders:** | | | | **358.5** | **$201,675.00** |

| NAME OF ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Maria Caceres-Boneau | LIT | 2008 | $325.00 | 57.3 | $18,622.50 |
| Katie L. Cooperman | BK, CORP | 2006 | $395.00 | 503.4 | $198,843.00 |
| Laura Tedesco | CORP | 2010 | $215.00 | 6.0 | $1,290.00 |
| **Total Associates:** | | | | **566.7** | **$218,755.50** |

---

[1] BK – Bankruptcy, CORP – Corporate, LIT – Litigation.

| NAME OF PARALEGALS | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Frederick Capria | LIT | $245.00 | 68.6 | $16,807.00 |
| Michelle Martinez | LIT | $150.00 | 1.0 | $150.00 |
| **Total Paralegals:** | | | **69.6** | **$16,957.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Shareholders | $562.55 | 358.5 | $201,675.00 |
| Associates | $386.02 | 566.7 | $218,755.50 |
| Paralegals | $243.64 | 69.6 | $16,957.00 |
| **Total Fees Incurred** | | **994.8** | **$437,387.50** |
| **Blended Attorney Rate** | **$454.42** | | |
| | | | |
| **Total Fees** | | | **$437,387.50** |
| **Less Adjustment**[2] | | | ($3,495.00) |
| **Total Fees Requested** | | **994.8** | **$433,892.50** |

---

[2] BL has only requested 50% of fees incurred in connection with its preparation of monthly fee statements.