# EXHIBIT E

**EXHIBIT E**

**EXPENSE SUMMARY BY BUTZEL LONG FOR THE FOURTH
INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

| EXPENSES | AMOUNT |
| --- | --- |
| Copies | $2,962.50[1] |
| Local Travel | $266.59[2] |
| Local Meals | $140.00[3] |

---

[1]    These charges reflect a fee of $0.10 per copy.

[2]    On May 27, 2010, Katie Cooperman incurred $9.70 on transportation leaving the office at night after performing required work on the General Motors Nova Scotia Finance matter. On June 22, 2010, Katie Cooperman incurred $20.00 on transportation leaving the office at night after performing required work on the General Motors Nova Scotia Finance matter. On June 23, 2010, Katie Cooperman incurred $8.10 on transportation leaving the office at night after performing required work on the General Motors Nova Scotia Finance matter. On July 1, 2010, Eric Fisher incurred $37.84 on transportation from home to the office early in the morning in order to perform required work on the JPMorgan adversary proceeding. On July 1, 2010, Eric Fisher incurred $56.75 on transportation leaving the office at night after performing required work concerning the Plan. On July 27, 2010, Katie Cooperman incurred $20.00 on transportation leaving the office at night after performing required work on the JPMorgan adversary proceeding. On July 29, 2010, Katie Cooperman incurred $9.20 on transportation leaving the office at night after performing required work on the JPMorgan adversary proceeding. On August 11, 2010, Katie Cooperman incurred $20.00 on transportation leaving the office at night after performing required work on the General Motors Nova Scotia Finance matter. On August 12, 2010, Eric Fisher incurred $65.00 on transportation leaving the office at night after performing required work on the JPMorgan adversary proceeding. On August 18, 2010, Eric Fisher incurred $20.00 on transportation leaving the office at night after performing required work on the JPMorgan adversary proceeding.

[3]    On May 19, 2010, Katie Cooperman incurred $26.37 on an in-house meal expense after 8:00 pm while performing required work on the General Motors Nova Scotia Finance Company matter. In connection with such expense, only $20.00 is requested for reimbursement. On May 26, 2010, Katie Cooperman incurred $32.90 on an in-house meal expense after 8:00 pm while performing required work on the General Motors Nova Scotia Finance Company matter. In connection with such expense, only $20.00 is requested for reimbursement. On May 27, 2010, Katie Cooperman incurred $25.57 on an in-house meal expense after 8:00 pm while performing required work on the General Motors Nova Scotia Finance Company matter. In connection with such expense, only $20.00 is requested for reimbursement. On June 9, 2010, Katie Cooperman and Eric Fisher incurred $45.37 on an in-house meal expense after 8:00 pm while performing required work on the General Motors Nova Scotia Finance Company matter. In connection with such expense, only $40.00 is requested for reimbursement. On June 23, 2010, Katie Cooperman incurred $24.35 on an in-house meal expense after 8:00 pm while performing required work on the General Motors Nova Scotia Finance Company matter. In connection with such expense, only $20.00 is requested for reimbursement. On July 29, 2010, Katie Cooperman incurred $26.47 on an in-house meal expense after 8:00 pm while performing required work on the JPMorgan adversary proceeding. In connection with such expense, only $20.00 is requested for reimbursement.

| | |
|---|---|
| Third Party Service Fees | $380.63[4] |
| Express Delivery | $426.15 |
| Computer Research - Westlaw | $11,851.34 |
| Computer Research - LexisNexis | $3.74 |
| Filing Fees | $49.84 |
| Messengers | $27.50[5] |
| Postage | $6.68 |
| EPIQ | $16,532.32[6] |
| **Total Expenses Requested:** | **$32,647.29** |

---

[4]   This charge reflects a disbursement made to Complete Document Source Inc. in connection with the Committee's motion for partial summary judgment in the JPMorgan adversary proceeding.

[5]   These charges reflect two disbursements made by BL, each in the amount of $13.75, to Avant Business Services in connection with the hand delivery of documents to the Bankruptcy Court.

[6]   These charges reflect EPIQ's fees for service of papers in connection with matters 0006 and 0007.

Disbursements Detail

| Project Code | Date | Description | Amount |
|---|---|---|---|
| 0001 | 7/1/2010 | Travel Expenses- working on final plan of reorganization in bankruptcy (Eric Fisher) | $56.75 |
|  |  | Total: | $56.75 |
| 0005 | 6/1/2010-6/30/2010 | Copies | $203.60 |
| 0005 | 7/1/2010-7/31/2010 | Copies | $259.50 |
| 0005 | 8/1/2010-8/31/2010 | Copies | $120.20 |
| 0005 | 9/1/2010-9/30/2010 | Copies | $31.00 |
| 0005 | 4/27/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $11.48 |
| 0005 | 5/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.41 |
| 0005 | 5/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.41 |
| 0005 | 5/28/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $17.67 |
| 0005 | 5/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.94 |
| 0005 | 5/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.41 |
| 0005 | 6/30/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $18.40 |
| 0005 | 6/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.91 |
| 0005 | 6/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.64 |
| 0005 | 6/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.91 |
| 0005 | 6/30/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.91 |
| 0005 | 7/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.73 |
| 0005 | 7/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.73 |
| 0005 | 7/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.39 |
| 0005 | 7/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.73 |
| 0005 | 7/29/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $18.14 |
| 0005 | 8/5/2010 | Express Delviery Charges-Federal Express (Katie Cooperman) | $28.28 |
| 0005 | 8/5/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $12.14 |
| 0005 | 8/5/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $16.14 |
| 0005 | 8/13/2010 | Postal Charges | $0.44 |
| 0005 | 8/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.69 |
| 0005 | 8/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $18.07 |
| 0005 | 8/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.69 |
| 0005 | 8/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.69 |
| 0005 | 8/26/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.33 |
|  |  | Total: | $984.58 |
| 0006 | 6/1/2010-6/30/2010 | Copies | $127.70 |
| 0006 | 7/1/2010-7/31/2010 | Copies | $161.30 |
| 0006 | 8/1/2010-8/31/2010 | Copies | $782.80 |
| 0006 |  | Copies | $34.00 |
| 0006 | 6/14/2010 | Computer Research-Westlaw (Katie Cooperman) | $118.30 |
| 0006 | 6/29/2010 | Computer Research-Westlaw (Katie Cooperman) | $5.48 |
| 0006 | 7/13/2010 | Third-Party Vendor-Complete Document Source, Inc. | $380.63 |
| 0006 | 7/21/2010 | Computer Research-Westlaw (Katie Cooperman) | $103.02 |
| 0006 | 7/22/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $229.04 |
| 0006 | 7/27/2010 | Travel Expense-draft counter-statement re: JPMorgan (Katie Cooperman) | $20.00 |
| 0006 | 7/29/2010 | Travel Expense-revise counter-statement re: JPMorgan (Katie Cooperman) | $9.20 |

| | | | |
|---|---|---|---:|
| 0006 | 7/29/2010 | Meal Expenses-work on JPMorgan counter statement (Katie Cooperman) | $20.00 |
| 0006 | 8/3/2010 | Computer Research-Westlaw (Fritz Capria) | $112.26 |
| 0006 | 8/5/2010 | Computer Research-Westlaw (Katie Cooperman) | $101.80 |
| 0006 | 8/5/2010 | Computer Research-Westlaw (Katie Cooperman) | $12.14 |
| 0006 | 8/11/2010 | Computer Research-Westlaw (Katie Cooperman) | $169.42 |
| 0006 | 8/11/2010 | Computer Research-Westlaw (Eric Fisher) | $1,386.75 |
| 0006 | 8/11/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $342.47 |
| 0006 | 8/12/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $382.09 |
| 0006 | 8/12/2010 | Travel Expense-analyze opposition brief (Eric Fisher) | $65.00 |
| 0006 | 8/13/2010 | Computer Research-Westlaw (Katie Cooperman) | $550.04 |
| 0006 | 8/13/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $16.60 |
| 0006 | 8/16/2010 | Computer Research-Westlaw (Katie Cooperman) | $556.08 |
| 0006 | 8/16/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $687.01 |
| 0006 | 8/17/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $112.15 |
| 0006 | 8/17/2010 | Computer Research-Westlaw (Katie Cooperman) | $216.66 |
| 0006 | 8/17/2010 | Computer Research-LexisNexis (Fritz Capria) | $11.55 |
| 0006 | 8/18/2010 | Computer Research-Westlaw (Fritz Capria) | $38.11 |
| 0006 | 8/18/2010 | Computer Research-Westlaw (Fritz Capria) | $540.15 |
| 0006 | 8/18/2010 | Computer Research-Westlaw (Katie Cooperman) | $16.60 |
| 0006 | 8/18/2010 | Travel Expense-draft reply re: JPMorgan (Katie Cooperman) | $20.00 |
| 0006 | 8/19/2010 | Computer Research-Westlaw (Katie Cooperman) | $22.87 |
| 0006 | 8/20/2010 | Computer Research-Westlaw (Katie Cooperman) | $121.40 |
| 0006 | 8/25/2010 | Computer Research-Westlaw (Katie Cooperman) | $39.33 |
| 0006 | 8/26/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $13.69 |
| 0006 | 9/3/2010 | Computer Research-LexisNexis (Katie Cooperman) | $3.74 |
| | | **Total:** | **$7,529.38** |
| 0007 | 6/1/2010-6/30/2010 | Copies | $309.10 |
| 0007 | 7/1/2010-7/31/2010 | Copies | $407.60 |
| 0007 | 8/1/2010-8/31/2010 | Copies | $93.50 |
| 0007 | 9/1/2010-9/30/2010 | Copies | $106.90 |
| 0007 | 5/19/2010 | Meal Expense (Katie Cooperman) | $20.00 |
| 0007 | 5/26/2010 | Meal Expense (Katie Cooperman) | $20.00 |
| 0007 | 5/26/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $124.90 |
| 0007 | 5/27/2010 | Meal Expense (Katie Cooperman) | $20.00 |
| 0007 | 5/27/2010 | Travel Expense (Katie Cooperman) | $9.70 |
| 0007 | 6/8/2010 | Computer Research-Westlaw (Katie Cooperman) | $39.06 |
| 0007 | 6/9/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $260.97 |
| 0007 | 6/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $207.42 |
| 0007 | 6/9/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $672.86 |
| 0007 | 6/9/2010 | Meal Expenses-work on objection (Katie Cooperman and Eric Fisher) | $40.00 |
| 0007 | 6/17/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $60.57 |
| 0007 | 6/17/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $44.09 |
| 0007 | 6/17/2010 | Computer Research-Westlaw (Katie Cooperman) | $110.25 |
| 0007 | 6/18/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $13.06 |
| 0007 | 6/20/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $22.33 |

| | | | |
|---|---|---|---:|
| 0007 | 6/20/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $28.90 |
| 0007 | 6/21/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $198.63 |
| 0007 | 6/22/2010 | Computer Research-Westlaw (Katie Cooperman) | $46.83 |
| 0007 | 6/22/2010 | Travel Expense (Katie Cooperman) | $20.00 |
| 0007 | 6/22/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $5.48 |
| 0007 | 6/23/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $103.44 |
| 0007 | 6/23/2010 | Travel Expense (Katie Cooperman) | $8.10 |
| 0007 | 6/23/2010 | Meal Expenses-work on objection (Katie Cooperman) | $20.00 |
| 0007 | 6/24/2010 | Computer Research-Westlaw (Katie Cooperman) | $10.96 |
| 0007 | 6/24/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $124.95 |
| 0007 | 7/1/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $15.24 |
| 0007 | 7/1/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $15.24 |
| 0007 | 7/1/2010 | Travel Expenses- draft and revise NS Objection (Eric Fisher) | $37.84 |
| 0007 | 7/2/2010 | Messenger Fees-Avant Business Services | $13.75 |
| 0007 | 7/28/2010 | Computer Research-Westlaw (Katie Cooperman) | $164.00 |
| 0007 | 8/9/2010 | Epiq Bankruptcy Solutions, Inc. | $16,532.32 |
| 0007 | 8/11/2010 | Travel Expense-work on discovery requests (Katie Cooperman) | $20.00 |
| 0007 | 8/18/2010 | Postal Charges | $6.24 |
| 0007 | 8/30/2010 | Computer Research-Westlaw (Katie Cooperman) | $308.39 |
| 0007 | 9/2/2010 | Computer Research-Westlaw (Katie Cooperman) | $412.42 |
| 0007 | 9/3/2010 | Filing Fees-Pacer | $49.84 |
| 0007 | 9/8/2010 | Computer Research-Westlaw (Katie Cooperman) | $120.85 |
| 0007 | 9/8/2010 | Computer Research-Westlaw (Katie Cooperman) | $2.54 |
| 0007 | 9/8/2010 | Computer Research-Westlaw (Katie Cooperman) | $45.17 |
| 0007 | 9/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $84.35 |
| 0007 | 9/10/2010 | Computer Research-Westlaw (Katie Cooperman) | $87.10 |
| 0007 | 9/11/2010 | Computer Research-Westlaw (Katie Cooperman) | $31.03 |
| 0007 | 9/11/2010 | Computer Research-Westlaw (Katie Cooperman) | $19.60 |
| 0007 | 9/13/2010 | Computer Research-Westlaw (Katie Cooperman) | $505.86 |
| 0007 | 9/13/2010 | Computer Research-Westlaw (Katie Cooperman) | $177.60 |
| 0007 | 9/14/2010 | Computer Research-Westlaw (Katie Cooperman) | $21.76 |
| 0007 | 9/14/2010 | Computer Research-Westlaw (Katie Cooperman) | $50.90 |
| 0007 | 9/15/2010 | Computer Research-Westlaw (Katie Cooperman) | $31.03 |
| 0007 | 9/16/2010 | Computer Research-Westlaw (Katie Cooperman) | $97.44 |
| 0007 | 9/17/2010 | Computer Research-Westlaw (Katie Cooperman) | $429.25 |
| 0007 | 9/18/2010 | Computer Research-Westlaw (Laura Tedesco) | $262.25 |
| 0007 | 9/20/2010 | Computer Research-Westlaw (Laura Tedesco) | $996.25 |
| 0007 | 9/20/2010 | Computer Research-Westlaw (Katie Cooperman) | $11.02 |
| 0007 | 9/21/2010 | Computer Research-Westlaw (Katie Cooperman) | $38.65 |
| | | **Total:** | **$23,737.53** |
| 0008 | 6/1/2010-6/30/2010 | Copies | $68.60 |
| 0008 | 7/1/2010-7/31/2010 | Copies | $256.70 |
| 0008 | 6/24/2010 | Messenger Fees-Avant Business Services | $13.75 |
| | | **Total:** | **$339.05** |
| | | **Grand Total:** | **$32,647.29** |