# EXHIBIT F

**EXHIBIT F**

**COMPENSATION BY PROJECT CODE FOR
SERVICES RENDERED BY BUTZEL LONG FOR FOURTH
INTERIM PERIOD OF JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT (FEES + EXPENSES) |
|---|---|---|---|
| 0001 | General Advice | 26.7 | $14,389.25 |
| 0005 | Butzel Long Fee Applications and Monthly Budgets | 58.4 | $21,784.58 |
| 0006 | JPMorgan Avoidance Complaint | 433.50 | $197,077.88 |
| 0007 | General Motors Nova Scotia Finance Company | 444.7 | $224,764.53 |
| 0008 | Defending Fee Applications | 11.7 | $5,028.55 |
| 0010 | Monthly Fee Statements Less Adjustment[1] | 19.8 | $6,990.00 ($3,495.00) |
| **TOTAL:** | | **994.8** | **$466,539.79** |

---

[1] BL has only requested 50% of fees incurred in connection with its preparation of monthly fee statements.