# EXHIBIT G

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473899

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 4.20 | hours at | $525.00 | $2,205.00 |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 4.30 | | | $2,277.50 |
| Associate | | | | |
| Katie L. Cooperman | 13.40 | hours at | $395.00 | $5,293.00 |
| Total For Associate | 13.40 | | | $5,293.00 |
| Paralegal II | | | | |
| Frederick Capria | 8.10 | hours at | $245.00 | $1,984.50 |
| Total For Paralegal II | 8.10 | | | $1,984.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $203.60 |
| Express Delivery Charges | $82.32 |
| **Total Disbursements** | **$285.92** |

| Current Fees: | 9,555.00 |
|---|---|
| Current Disbursements: | 285.92 |
| Total Current Invoice: | 9,840.92 |
| **Total Balance Due:** | **$9,840.92** |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473899

Account Number: 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/04/10 | KLC | Begin draft of third interim fee application. | 0.50 |
| 06/08/10 | KLC | Office conference with Capria re: preparation of third interim fee application (0.1); correspondences with Capria re: same (0.2). | 0.30 |
| 06/08/10 | FJC | Meeting with K. Cooperman re upcoming fee application (.1); begin review of previous applications re needs for next round of text files to be sent to Bankruptcy Trustee (.7). | 0.80 |
| 06/09/10 | FJC | Review notes (0.2) and information (0.2) re requirements for upcoming submission of Third Interim Application for Compensation to Bankruptcy Trustee's office; compose e-mail memorandum to K. Cooperman re same (.4). | 0.80 |
| 06/10/10 | KLC | Coordinate preparation of ASCII submission in connection with third interim fee application. | 0.20 |
| 06/11/10 | E.F. | Review fee application response. | 0.20 |
| 06/14/10 | KLC | Draft July budget. | 0.40 |
| 06/15/10 | BNS | Review July budget letter. | 0.10 |
| 06/15/10 | KLC | Correspondence to fee examiner re: July budget. | 0.10 |
| 06/16/10 | E.F. | Review response letter to Fee Examiner (.3) e-mails from Cooperman regarding same (.1). | 0.40 |
| 06/18/10 | KLC | Draft third interim fee application. | 2.00 |
| 06/21/10 | KLC | Draft third interim fee application. | 3.50 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
. www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473899

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/21/10 | FJC | Begin review of text files to be submitted in connection with fee application (.2). | 0.20 |
| 06/22/10 | KLC | Revise third interim fee application. | 3.00 |
| 06/22/10 | FJC | Begin review of text files of invoices for submission in connection with Butzel Long fee application (2.5); e-mails with case team and accounting re needs for additional information (.2). | 2.70 |
| 06/23/10 | FJC | Continue review of ASCII text files of invoices in preparation for electronic submission of same with Bankruptcy Trustee's Office in connection with fee application | 2.90 |
| 06/24/10 | FJC | Prepare list of issues connected with ASCII files to be submitted to bankruptcy trustee re fee application | 0.40 |
| 06/25/10 | KLC | Revise third interim fee application. | 0.80 |
| 06/28/10 | KLC | Revise third interim fee application. | 2.10 |
| 06/29/10 | E.F. | Prepare for and participate in court hearing concerning fee examiner's objections. | 3.60 |
| 06/30/10 | KLC | Telephone call to Capria re: third interim fee application (0.1); correspondence to Capria re: same (0.4). | 0.50 |
| 06/30/10 | FJC | Telephone conference with K. Cooperman re ASCII files to be submitted to Bankruptcy Trustee (0.1); revise (0.1) ASCII setup files and submit same to accounting for review (0.1). | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473899

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

**PROFESSIONAL SERVICES**          **9,555.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473900

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 12.10 | hours at | $525.00 | $6,352.50 |
| Barry N. Seidel | 3.40 | hours at | $725.00 | $2,465.00 |
| Total For Shareholder | 15.50 | | | $8,817.50 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 22.60 | hours at | $395.00 | $8,927.00 |
| Total For Associate | 22.60 | | | $8,927.00 |
| | | | | |
| Paralegal II | | | | |
| Frederick Capria | 7.20 | hours at | $245.00 | $1,764.00 |
| Total For Paralegal II | 7.20 | | | $1,764.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $127.70 |
| Computer Research | $123.78 |
| **Total Disbursements** | **$251.48** |

| | |
|---|---|
| Current Fees: | 19,508.50 |
| Current Disbursements: | 251.48 |
| Total Current Invoice: | 19,759.98 |
| **Total Balance Due:** | **$19,759.98** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473900

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/02/10 | KLC | Correspondence to Fisher re: briefing schedule. | 0.10 |
| 06/03/10 | E.F. | E-mail with Buonomo (New GM) regarding collateral values (.1); e-mail with Panarella regarding briefing schedule (.1). | 0.20 |
| 06/03/10 | KLC | Correspondences from N. Panarella (KDW) and Fisher re: briefing schedule. | 0.10 |
| 06/04/10 | E.F. | Conference with Seidel regarding summary judgment briefing schedule (.3). | 0.30 |
| 06/04/10 | BNS | Conference with E. Fisher regarding timing of summary judgment briefing schedule. | 0.30 |
| 06/04/10 | KLC | Correspondence from Daniel Yousif (Och-Ziff Capital Management Group) re term loan update (0.2); telephone call to D. Yousif re: same (0.1). | 0.30 |
| 06/06/10 | E.F. | E-mails with FTI regarding collateral value issues. | 0.20 |
| 06/08/10 | E.F. | E-mails with Panarella regarding briefing schedule for summary judgment. | 0.20 |
| 06/08/10 | KLC | Office conference with Capria re: motion for summary judgment (0.2); correspondences with Capria re: same (0.2). | 0.40 |
| 06/08/10 | FJC | Meeting with K. Cooperman re upcoming filing of Summary Judgment motion (.2); review exhibit images for redactions re: filing under seal (.5). | 0.70 |
| 06/09/10 | FJC | Review Judge Gerber's case management order in connection with filing of summary judgment | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473900

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through June 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | motion (.3); review images of exhibits to summary judgment motion (.1); compose detailed e-mail memorandum and send same to K. Cooperman re procedures to follow re filing of summary judgment motion (.3). | |
| 06/10/10 | E.F. | Review (0.3) and revise (0.6) summary judgment papers; correspondence with JPM's counsel regarding SJ schedule (.2). | 1.10 |
| 06/11/10 | E.F. | E-mail with Seidel and Cooperman regarding SJ schedule (.1); meet with Seidel and Cooperman regarding summary judgment(1.0); e-mail to Committee concerning briefing summary judgment (.2). | 1.30 |
| 06/14/10 | E.F. | Review summary judgment motion. | 0.50 |
| 06/14/10 | KLC | Update research in connection with summary judgment brief (0.5); meet Fisher re: same (1); revise same brief (2); revise statement of undisputed facts (1.2). | 4.70 |
| 06/14/10 | FJC | Compare hard copies of exhibits to summary judgment motion to images made of same. | 1.00 |
| 06/15/10 | E.F. | E-mails concerning summary judgment schedule (.2); review stipulation concerning same (.2); review (.2) and revise (.3) summary judgment motion. | 0.90 |
| 06/15/10 | KLC | Review proposed briefing schedule re: term loan litigation. | 0.20 |
| 06/16/10 | KLC | Review Green (.1), Gonshorek (.1), Perlowski (.1), | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473900

Account Number 000141216-0006

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through June 30, 2010**
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Duker (.1), Merjian (.1) and Gordon (.2) transcripts re: confidentiality. | |
| 06/16/10 | FJC | Cite check summary judgment brief (.4); forward corrections to K. Cooperman (.1). | 0.50 |
| 06/17/10 | E.F. | Revise summary judgment motion. | 1.20 |
| 06/17/10 | BNS | Review draft of summary judgment brief. | 1.70 |
| 06/17/10 | KLC | Revise summary judgment brief. | 2.20 |
| 06/17/10 | KLC | Draft summary of outstanding information request re: collateral valuation; correspondences to Fisher re: same. | 0.50 |
| 06/18/10 | E.F. | Review (.3) and revise (.6) summary judgment motion. | 0.90 |
| 06/18/10 | BNS | Revise summary judgment motion. | 1.40 |
| 06/18/10 | KLC | Revise brief re: summary judgment; correspondences to Seidel re: same. | 0.50 |
| 06/18/10 | FJC | Cite-check summary judgment brief. | 0.70 |
| 06/21/10 | FJC | Continue cite-checking of summary judgment brief (.8); forward edits to P. Dumas (.1). | 0.90 |
| 06/22/10 | E.F. | Review summary judgment motion | 0.20 |
| 06/22/10 | KLC | Draft chart re: document requests re: term loan collateral valuation (1.8); correspondences to and from J. Sharret (KLNF) re: same (0.2). | 2.00 |
| 06/22/10 | FJC | Pull and duplicate hard copies of exhibits to be filed under seal in connection with summary | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473900

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|      |      | judgment motion. | |
| 06/23/10 | E.F. | Revise summary judgment brief | 0.90 |
| 06/24/10 | E.F. | Review and revise summary judgment motion. | 0.40 |
| 06/24/10 | KLC | Revise motion for summary judgment. | 1.70 |
| 06/24/10 | FJC | Telephone call to K. Cooperman re exhibits to summary judgment motion [.1]; burn CD with images of same (.2). | 0.30 |
| 06/28/10 | E.F. | Review Committee comments on summary judgment papers. | 0.40 |
| 06/28/10 | KLC | Correspondence from K. Martorana (GDC) re: comments to motion for summary judgment (0.2); revise motion for summary judgment (0.6). | 0.80 |
| 06/29/10 | E.F. | Review and revise summary judgment motion papers. | 0.40 |
| 06/29/10 | KLC | Draft notice of motion for summary judgment (0.8); correspondence to JPMorgan's counsel re: hearing date (0.1); revise motion for summary judgment (3). | 3.90 |
| 06/30/10 | E.F. | Review (.3) and revise (.9) summary judgment motion; meet with Cooperman and Capria regarding filing of same (.5); edits to statement of facts (.5) and memorandum of law (.8). | 3.00 |
| 06/30/10 | KLC | Office conference with Fisher and Capria re: summary judgment filings and revisions (.6); revise notice of motion (0.3); revise statement of facts (2.7); revise motion for summary judgment | 4.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473900

Account Number 000141216-0006
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (0.9). | |
| 06/30/10 | FJC | Office conferences with E. Fisher and K. Cooperman re filing of summary judgment papers (.6); review images of exhibits (.2); prepare all exhibits for reproduction and binding (.7); telephone call with vendor re same (.2); e-mails re: detailed instructions to vendor re same (.4). | 2.10 |

**PROFESSIONAL SERVICES**          **19,508.50**

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through June 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 65.20 | hours at | $525.00 | $34,230.00 |
| Robert Sidorsky | 7.50 | hours at | $625.00 | $4,687.50 |
| Barry N. Seidel | 19.10 | hours at | $725.00 | $13,847.50 |
| Total For Shareholder | 91.80 | | | $52,765.00 |
| Associate | | | | |
| Maria Caceres-Boneau | 24.30 | hours at | $325.00 | $7,897.50 |
| Katie L. Cooperman | 97.60 | hours at | $395.00 | $38,552.00 |
| Total For Associate | 121.90 | | | $46,449.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $309.10 |
| Computer Research | $2,074.70 |
| Conference Expenses | $60.00 |
| Travel Expenses | $37.80 |
| **Total Disbursements** | **$2,481.60** |

| | |
|---|---|
| Current Fees: | 99,214.50 |
| Current Disbursements: | 2,481.60 |
| Total Current Invoice: | 101,696.10 |
| **Total Balance Due:** | **$101,696.10** |



BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/01/10 | RS | Office conference with E. Fisher regarding assumption (.2); office conference with K. Cooperman regarding draft complaint (.1). | 0.30 |
| 06/01/10 | E.F. | Conference with Sidorsky concerning assumption of Lock-Up Agreement (.2); conference with Cooperman regarding draft complaint (.2). | 0.40 |
| 06/01/10 | KLC | Further revisions to complaint (3.5); review Old GM's defense to NS Proceeding (1.2); prepare summary re: same (0.6); office conference with Sidorsky re: complaint (0.1). | 5.40 |
| 06/02/10 | RS | Office conference with K. Cooperman regarding draft complaint (.2); review revised draft adversary complaint (.9). | 1.10 |
| 06/02/10 | E.F. | Review and revise draft complaint (1.3); e-mails with Cooperman regarding same (.2). | 1.50 |
| 06/02/10 | KLC | Revise complaint (0.1); office conference with Sidorsky re: same (0.2). | 0.30 |
| 06/03/10 | RS | Office conference with K. Cooperman regarding draft complaint (.6); review draft complaint (.2). | 0.80 |
| 06/03/10 | E.F. | Review (.3) and revise (.6) draft complaint; discuss same with Cooperman (0.3). | 1.20 |
| 06/03/10 | KLC | Office conference with Sidorsky re: complaint (0.6); revise complaint per Sidorsky comments (2); discuss same with Fisher (0.3). | 2.90 |
| 06/05/10 | RS | Review (1.) and revise (1.2) draft complaint. | 2.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/06/10 | RS | Telephone conference with K. Cooperman regarding draft complaint (.2); review draft complaint (.4). | 0.60 |
| 06/06/10 | KLC | Telephone call with Sidorsky re: complaint (0.2); correspondence to Sidorsky re: same (0.2). | 0.40 |
| 06/07/10 | E.F. | Review (.9) and revise (2.8) draft complaint; conference with Cooperman regarding same (.3). | 4.00 |
| 06/07/10 | KLC | Office conference with Fisher re: Nova Scotia complaint (0.3); revise same complaint (0.8). | 1.10 |
| 06/08/10 | E.F. | Revisions to complaint (3.4); meet with Cooperman regarding same (.5). | 3.90 |
| 06/08/10 | BNS | Review Nova Scotia complaint. | 1.80 |
| 06/08/10 | KLC | Research defenses to 548 claims in connection with Nova Scotia complaint (0.7); office conference with Fisher re: complaint (0.5); research assumption matters (1); revise complaint (3.2); correspondence to Brosnick re: swap language in complaint (0.1); correspondences with Fisher re: complaint (0.2). | 5.70 |
| 06/08/10 | MCB | Email correspondence from Fisher re: standing research. | 0.10 |
| 06/09/10 | RS | Meeting with B. Seidel; E. Fisher and K. Cooperman regarding analysis of claims. | 1.60 |
| 06/09/10 | E.F. | Review results of legal research regarding standing issue (.9); revise complaint (2.5); meet with Seidel, Cooperman and Sidorsky regarding | 11.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

invoice No. 8473901

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through June 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | revisions to complaint (1.3); draft memorandum to Committee regarding complaint (1.2); meet with Seidel and Cooperman re: complaint (4.5). | |
| 06/09/10 | BNS | Conference with E. Fisher and K. Cooperman and R. Sidorsky to review draft complaint (1.3); meet with E. Fisher and K. Cooperman (4.5). | 5.80 |
| 06/09/10 | KLC | Office conference with Fisher and Seidel re: complaint (4.5); office conference with Fisher, Seidel and Sidorsky re: same (1.3); telephone calls to Fisher re: same (0.3); review results of standing research (1.8); prepare summary of sale agreement's release of bankruptcy actions re: GM Canada (1.2); research litigation settlements re: antecedent debt (1.5); research choice of law re: complaint (2.6); revise complaint (2.4). | 15.60 |
| 06/09/10 | MCB | Research regarding the creditors' committee's derivative standing to bring a claim on behalf of the trustee or debtor-in-possession (5.1); shepardize cases re: standing (2); review dockets to find sample Motions for Derivative Standing (1.3). | 8.40 |
| 06/10/10 | RS | Review draft complaint. | 0.20 |
| 06/10/10 | E.F. | Participate in call with Committee to brief Committee about NS litigation (1.1); analyze standing issue (.6) and review results of legal research regarding same (.6). | 2.30 |
| 06/10/10 | BNS | Prepare for call with UCC regarding draft complaint (.2); participate on call with committee (1.1). | 1.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 06/10/10 | KLC | Telephone call to Fisher re: Canadian counsel (0.2); participate in Committee call regarding Nova Scotia matter with Fisher and Seidel (1.1); research assumption matters re: Nova Scotia (1.3). | 2.60 |
| 06/11/10 | E.F. | Conference with Seidel and Cooperman regarding NS complaint (1.0); e-mail with Macksoud (KLNF) regarding same (.1); e-mail with Cooperman and Seidel regarding same (.1). | 1.20 |
| 06/11/10 | BNS | Conference with Fisher and Cooperman re: complaint (1). | 1.00 |
| 06/11/10 | KLC | Conference with Fisher and Seidel re: complaint (1). | 1.00 |
| 06/14/10 | E.F. | Meet with Cooperman concerning assumption of contract defense (.5) ; e-mail with Swet regarding complaint (.2). | 0.70 |
| 06/14/10 | KLC | Office conference with Fisher re: assumption (0.5); review comments to complaint from Gibson Dunn (0.5). | 1.00 |
| 06/15/10 | RS | Office conference with K. Cooperman regarding motion for authorization to file avoidance action complaint. | 0.20 |
| 06/15/10 | E.F. | Confer with GDC concerning revisions to complaint (.4); conference with Cooperman concerning revisions to complaint (1): revise complaint (.2). | 1.60 |
| 06/15/10 | BNS | Review Gibson Dunn comments on Nova Scotia | 0.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through June 30, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | draft complaint. | |
| 06/15/10 | KLC | Draft motion for standing to file complaint (4.5); office conference with Sidorsky re: same (0.2). | 4.70 |
| 06/15/10 | KLC | Office conference with Fisher re: GDC comments to complaint (1); telephone call with K. Martorana (GDC) re: same (0.4). | 1.40 |
| 06/16/10 | E.F. | Review (.1) and revise standing motion (.1); e-mails to Cooperman regarding same (.1); revise complaint ( .5); e-mails with Macksoud (KLNF) regarding same (.1); e-mails with Cooperman regarding same (.1). | 1.00 |
| 06/16/10 | BNS | Telephone conference with J. Smolinsky (WGM) regarding STN stipulation (.4); correspondence to E. Fisher re: same (.2). | 0.60 |
| 06/16/10 | KLC | Revise motion for standing to file complaint (3.2); research re: 60b motion re: assumption (0.5); draft notice of standing motion (0.6). | 4.30 |
| 06/16/10 | MCB | Research standing issues. | 0.20 |
| 06/17/10 | E.F. | Revise complaint. | 1.30 |
| 06/17/10 | KLC | Correspondences to B. O'Neil and L. Macksoud (KLNF) re: nova scotia complaint research (0.4); prepare summary of same research (4.8). | 5.20 |
| 06/17/10 | MCB | Retrieve leading case discussing derivative standing. | 0.20 |
| 06/18/10 | E.F. | Revise complaint (2.5); e-mail (.1) and call (.1) with Brad O'Neill (KLNF) regarding same. | 2.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through June 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/18/10 | BNS | Review revised draft of adversary proceeding complaint vs. Nova Scotia bondholders (.5) and suggest revisions (.2). | 0.70 |
| 06/18/10 | KLC | Review (.4) and revise (1) complaint. | 1.40 |
| 06/18/10 | MCB | Review secondary source re: derivative standing (1.4); draft summary of the standard used to obtain derivative standing without consent (.3); email correspondence to E. Fisher and K. Cooperman regarding the standard for derivative standing without consent (.3); continue to research for cases on point (.7). | 2.70 |
| 06/20/10 | RS | Review draft motion to avoid bondholder's claims. | 0.50 |
| 06/20/10 | MCB | Research for cases regarding STN derivative standing in New York. | 1.20 |
| 06/21/10 | E.F. | Review (.2) and revise complaint (.2); e-mail with Weil regarding same (.1); e-mail with Kramer regarding same (.1); review research regarding 60(b) issue (.1). | 0.70 |
| 06/21/10 | KLC | Revise motion for standing re: nova scotia claims. | 1.40 |
| 06/21/10 | MCB | Research for cases regarding STN derivative standing in New York (4.7); email correspondence to E. Fisher and K. Cooperman regarding research (.3); review cases (2.3). | 7.30 |
| 06/22/10 | E.F. | Review assumption order (.4); meet with Cooperman regarding same and regarding 60b issues (.8); call with Weil and MLC concerning standing issues (.9); meet with Cooperman and | 4.50 |



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through June 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|  |  | Seidel concerning standing and 60b issues based on call with Weil (1.6); call with Macksoud (KLNF) concerning 60b issues and deadlines (.4); follow-up email to Kramer concerning same (.4). |  |
| 06/22/10 | BNS | Conference with K. Cooperman and E. Fisher regarding standing issues and Section 365 assumption issues (1.6); participate in call with WG&M (Smolinsky) and Alix (T. Stenger) regarding commencement of litigation (1.0). | 2.60 |
| 06/22/10 | KLC | Office conference with Fisher re: 60(b) and assumption issues (0.8); correspondence to KLNF re: same (0.1); review research re: same (3); telephone call with L. Macksoud (KLNF) re: same (0.4); telephone call with debtors' counsel re: objection strategy (1); office conference with Fisher and Seidel re: same (1.6); research standing stipulation (0.6). | 7.50 |
| 06/22/10 | MCB | Review cases (1.7); search the docket for motions (.6). | 2.30 |
| 06/23/10 | E.F. | Meet with Cooperman and Seidel re assumption strategy (.7); review and revise 2004 request (.7); draft and revise 60b stipulation (.5); review results of 60b research (1.0); draft and revise claims objection (1.1). | 4.00 |
| 06/23/10 | BNS | Conference with E. Fisher and K. Cooperman to discuss issues and strategy relating to assumption of lock-up agreement (.7); review draft of 60(b) stipulation (.4). | 1.10 |
| 06/23/10 | KLC | Revise 2004 chart re: nova scotia document | 11.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No *

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|  |  | requests (0.4); correspondence to and telephone call with J. Sharret (KLNF) re: same (0.2); correspondence from Fisher re: same (0.1); draft stipulation re: standing (4); draft objection to deficiency claim (5.7); meet with Fisher and Seidel re: assumption and strategy (0.7). |  |
| 06/23/10 | MCB | Search the docket for standing motions to use as samples. | 1.90 |
| 06/24/10 | E.F. | Participate in Committee call re: litigation strategy issues (2.1); call with FTI re: same (.3); call with Macksoud (KLNF) re: same and re: 2004 requests (.5); meet with Cooperman re: objection (.5); draft and revise objection (3.1) and 60b motion (.8); discuss with Seidel (0.3). | 7.60 |
| 06/24/10 | BNS | Consider strategy regarding claims objection and FRCP 60(b) (.4); discuss with E. Fisher (.3). | 0.70 |
| 06/24/10 | KLC | Telephone call with Committee (2.1); telephone call with KLNF re: 60(b) (0.5); telephone call with A. Phillips (FTI) re: objection (0.3); meet with Fisher re: objection (0.5); research standing and section 510 of the bankruptcy code (2.9). | 6.30 |
| 06/25/10 | E.F. | Call with Mayer (KLNF) re: same (.2); revise objection to claim (1.8). | 2.00 |
| 06/25/10 | KLC | Revise objection to deficiency claim and guarantee claim. | 6.00 |
| 06/28/10 | E.F. | Revise objection to claims (3.3); meet with Cooperman regarding same (.9); teleconf with Committee concerning 2004 requests (.9). | 5.10 |

# BUTZEL LONG

ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 06/28/10 | KLC | Office conference with Fisher re: objection (0.9); telephone call with FTI re: valuation (0.4); telephone call with all Committee members re: 2004 requests (0.9); revise objection (3.9); review case re: duplicative claims (1). | 7.10 |
| 06/29/10 | E.F. | Confer with Seidel regarding revisions to objection (.4); confer with Phillips (FTI) regarding analysis of economic impact of objection (.3); draft memo to Committee regarding objection (.7); confer with Cooperman regarding revisions to objection (.9); revise objection (2.5). | 4.80 |
| 06/29/10 | BNS | Review draft of objection to Nova Scotia claims (1.3); discuss with E. Fisher (.4). | 1.70 |
| 06/29/10 | KLC | Research regarding discovery in contested matters (.8); office conference with Fisher re: objection comments (0.9); revise objection (2.3). | 4.00 |
| 06/30/10 | E.F. | Review and revise objection (1.1); call with Macksoud (KLNF) regarding same (.3); meet with Cooperman regarding same (.9); calls with FTI regarding financial impact analysis (.8). | 3.10 |
| 06/30/10 | BNS | Review revised draft of Nova Scotia objection (.8); review FTI analysis of Nova Scotia strategy options (.4). | 1.20 |
| 06/30/10 | KLC | Telephone call with L. Macksoud (KLNF) re: valuation scenarios (0.3); discuss same with Fisher (0.9). | 1.20 |



Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473901

Account Number 000141216-0007

(Privileged and Confidential Information)

**PROFESSIONAL SERVICES posted through June 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

**PROFESSIONAL SERVICES**                              **99,214.50**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473902

Account Number 000141216-0008

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: DEFENDING FEE APPLICATIONS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.20 | hours at | $525.00 | $105.00 |
| Barry N. Seidel | 0.40 | hours at | $725.00 | $290.00 |
| Total For Shareholder | 0.60 | | | $395.00 |
| Associate | | | | |
| Katie L. Cooperman | 9.60 | hours at | $395.00 | $3,792.00 |
| Total For Associate | 9.60 | | | $3,792.00 |
| Paralegal II | | | | |
| Frederick Capria | 0.60 | hours at | $245.00 | $147.00 |
| Total For Paralegal II | 0.60 | | | $147.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $68.60 |
| **Total Disbursements** | **$68.60** |

| Current Fees: | 4,334.00 |
|---|---|
| Current Disbursements: | 68.60 |
| Total Current Invoice: | 4,402.60 |
| **Total Balance Due:** | **$4,402.60** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473902

Account Number: 000141216-0008

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/03/10 | KLC | Draft reply to Fee Examiner's inquiry concerning second interim fee application. | 2.30 |
| 06/04/10 | E.F. | Review draft response to Fee Examiner's inquiry regarding second fee application. (.2). | 0.20 |
| 06/04/10 | KLC | Revise reply to Fee Examiner's inquiry re: second interim fee application. | 1.90 |
| 06/11/10 | KLC | Revise response to fee examiner's inquiry concerning second interim fee application; correspondence to C. Andres (GK) re: same. | 0.50 |
| 06/15/10 | KLC | Telephone call with J. Sharret (KLNF) re: fee examiner inquiry; correspondence from fee examiner re: draft objection; review same. | 0.50 |
| 06/16/10 | KLC | Review draft report re: second fee application (0.7); draft response to draft report (1); draft reply to report in anticipation of objection (1). | 2.70 |
| 06/17/10 | KLC | Correspondence to C. Andres (GK) re: draft objection to second fee application. | 0.20 |
| 06/22/10 | KLC | Revise reply to fee examiner's contemplated objection to second interim fee application. | 1.20 |
| 06/23/10 | BNS | Review (.2) and (.1) revise reply to fee examiner objection to BL 2nd Fee Application; and letter to Bankruptcy Judge Gerber [.1]. | 0.40 |
| 06/23/10 | KLC | Revise reply to Fee Examiner's objection to second interim fee application. | 0.30 |
| 06/23/10 | FJC | Office conference with F. Oliver re submission of response to fee examiner's objections to second | 0.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473902

Account Number 000141216-0008

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through June 30, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | fee application. | |
| 06/24/10 | FJC | Coordinate filing of response to objection of fee examiner (.3); set up hand delivery of courtesy copy of same to Judge Gerber (.2). | 0.50 |

**PROFESSIONAL SERVICES**          **4,334.00**

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473903

Account Number 000141216-0010

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through June 30, 2010**
   **RE: MONTHLY FEE STATEMENTS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 0.10 | | | $72.50 |
| Associate | | | | |
| Katie L. Cooperman | 4.90 | hours at | $395.00 | $1,935.50 |
| Total For Associate | 4.90 | | | $1,935.50 |
| Paralegal II | | | | |
| Frederick Capria | 3.50 | hours at | $245.00 | $857.50 |
| Total For Paralegal II | 3.50 | | | $857.50 |

| | |
|---|---|
| Current Fees: | 2,865.50 |
| Less 50% Fee Adjustment: | (1,432.75) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,432.75 |
| **Total Balance Due:** | **$1,432.75** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

July 23, 2010

Invoice No. 8473903

Account Number: 000141216-0010

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through June 30, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 06/07/10 | KLC | Draft and revise May monthly statement (1.1), cover letter (.2) and enclosure (.4). | 1.70 |
| 06/10/10 | KLC | Review May invoices in connection with drafting May fee statement. | 0.50 |
| 06/11/10 | KLC | Revise May monthly statement, cover letter and enclosures. | 0.50 |
| 06/12/10 | KLC | Revise May monthly statement summary (1), cover letter (.1), enclosure (.2) and disbursements detail (.2). | 1.50 |
| 06/18/10 | FJC | Begin checking figures on monthly fees and disbursements submission. | 1.70 |
| 06/21/10 | FJC | Continue review of monthly fees and disbursements statement (1.7); forward same to K. Cooperman (.1). | 1.80 |
| 06/25/10 | KLC | Revise May monthly fee statement. | 0.50 |
| 06/30/10 | BNS | Review Butzel Long monthly fee statement (.1). | 0.10 |
| 06/30/10 | KLC | Correspondences to notice parties re: May monthly statement. | 0.20 |

**PROFESSIONAL SERVICES**          **2,865.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100 150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000 **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476081

Account Number 000141216-0001

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 2.50 | hours at | $525.00 | $1,312.50 |
| Barry N. Seidel | 0.80 | hours at | $725.00 | $580.00 |
| Total For Shareholder | 3.30 | | | $1,892.50 |
| Associate | | | | |
| Katie L. Cooperman | 1.20 | hours at | $395.00 | $474.00 |
| Total For Associate | 1.20 | | | $474.00 |

| Current Fees: | 2,366.50 |
|---|---|
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 2,366.50 |
| **Total Balance Due:** | **$2,366.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476081

Account Number: 000141216-0001

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/23/10 | E.F. | Review draft plan (.7) and disclosure statement (.8); e-mail to Cooperman regarding same (.2). | 1.70 |
| 07/27/10 | KLC | Review plan and disclosure statement re: term loan litigation disclosure. | 0.40 |
| 07/29/10 | E.F. | Participate in Committee call concerning plan process. | 0.80 |
| 07/29/10 | BNS | Participate on committee call regarding plan and disclosure statement (impact on litigations and trusts) (.8). | 0.80 |
| 07/29/10 | KLC | Participate in Committee call re: plan and disclosure statement. | 0.80 |

**PROFESSIONAL SERVICES**          **2,366.50**



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476082

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through July 31, 2010**
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.50 | hours at | $525.00 | $262.50 |
| Barry N. Seidel | 1.30 | hours at | $725.00 | $942.50 |
| Total For Shareholder | 1.80 | | | $1,205.00 |
| Associate | | | | |
| Katie L. Cooperman | 14.10 | hours at | $395.00 | $5,569.50 |
| Total For Associate | 14.10 | | | $5,569.50 |
| Paralegal II | | | | |
| Frederick Capria | 4.80 | hours at | $245.00 | $1,176.00 |
| Total For Paralegal II | 4.80 | | | $1,176.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $259.50 |
| Express Delivery Charges | $77.77 |
| **Total Disbursements** | **$337.27** |

| | |
|---|---|
| Current Fees: | 7,950.50 |
| Current Disbursements: | 337.27 |
| Total Current Invoice: | 8,287.77 |
| **Total Balance Due:** | **$8,287.77** |

# BUTZEL · LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476082

Account Number: 000141216-0005

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through July 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/01/10 | BNS | Revise Butzel Long 3rd fee application. | 0.40 |
| 07/01/10 | KLC | Revise third interim fee application. | 1.10 |
| 07/01/10 | FJC | Review e-mails from accounting re ASCII setup files (.2); revise setup files and e-mail same to accounting with additional questions (.1); continue revisions of ASCII files (.9); convert Word version of fee application to ASCII files (.4) and assemble hard copy of fee application (.5); office conference with K. Cooperman re submission of fee application (.3); combine ASCII files of fee application in preparation for submission of same to Bankruptcy Trustee (.3). | 2.70 |
| 07/02/10 | KLC | Correspondences to notice parties re: draft third interim fee application (0.2); office conference with Capria re: same (0.3). | 0.50 |
| 07/02/10 | FJC | E-mail to accounting re revisions to ASCII setup files to be submitted to bankruptcy trustee (.1); complete revision to all ASCII files to be submitted (1.0); prepare e-mails to trustee re ASCII setup and invoice files (.4); complete conversion of fee application to ASCII text file (.2) and submit same to trustee via e-mail (.2). | 1.90 |
| 07/07/10 | E.F. | E-mails regarding interim fee applications. | 0.30 |
| 07/09/10 | BNS | Review Bankruptcy Judge Gerber decision regarding fee application. | 0.60 |
| 07/09/10 | FJC | E-mails with case team re submission of fee | 0.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional carparation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476082

Account Number 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | application. | |
| 07/12/10 | FJC | E-mails with case team re upcoming submissions. | 0.10 |
| 07/14/10 | E.F. | Review e-mails regarding July 6th ruling and interim fee applications. | 0.20 |
| 07/14/10 | BNS | Review and revise budget for August 2010. | 0.30 |
| 07/19/10 | KLC | Read transcript from July 6 hearing in order to settle on allowed fees for second fee application (1.1); calculate 35% reduction in connection with ruling (1.8); correspondence to and from C. Andres (GK) re: same (0.1); correspondence to R. Brooks (WGM) re: same (0.1); telephone call with J. Sharret (KLNF) re: third interim fee application (0.2); review third fee application re: compliance with ruling (1.1). | 4.40 |
| 07/20/10 | KLC | Revise third interim fee application in connection with July 6 ruling on second fee application. | 0.50 |
| 07/21/10 | KLC | Correspondences from fee examiner re: second application (0.1); summarize calculations (1.6) and correspondence to fee examiner re: calculations in compliance with ruling on second interim fee application (.2); telephone calls with C. Andres (GK) re: same (0.2); telephone call with J. Sharret (KLNF) re: same (0.1). | 2.20 |
| 07/27/10 | KLC | Revise third interim fee application in accordance with July 6 ruling. | 1.80 |
| 07/28/10 | KLC | Revise third interim fee application re: monthly statement new matter. | 0.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476082

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through July 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/29/10 | KLC | Revise third interim fee application in connection with Judge Gerber's July 6 ruling. | 1.30 |
| 07/30/10 | KLC | Revise third interim fee application in light of July 6 ruling (1.5); review July 6 ruling in connection with adjustments for third interim application (0.4). | 1.90 |

**PROFESSIONAL SERVICES**          **7,950.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through July 31, 2010**
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 49.50 | hours at | $525.00 | $25,987.50 |
| Barry N. Seidel | 2.40 | hours at | $725.00 | $1,740.00 |
| Total For Shareholder | 51.90 | | | $27,727.50 |
| Associate | | | | |
| Maria Caceres-Boneau | 6.30 | hours at | $325.00 | $2,047.50 |
| Katie L. Cooperman | 77.40 | hours at | $395.00 | $30,573.00 |
| Total For Associate | 83.70 | | | $32,620.50 |
| Paralegal II | | | | |
| Frederick Capria | 9.00 | hours at | $245.00 | $2,205.00 |
| Total For Paralegal II | 9.00 | | | $2,205.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $161.30 |
| Computer Research | $332.06 |
| Third Party Vendor | $380.63 |
| **Total Disbursements** | **$873.99** |

| | |
|---|---|
| Current Fees: | 62,553.00 |
| Current Disbursements: | 873.99 |
| Total Current Invoice: | 63,426.99 |
| **Total Balance Due:** | **$63,426.99** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number: 000141216-0006

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through July 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/01/10 | E.F. | Conference call regarding term loan filings(.5); e-mails to Cooperman regarding same (.2). | 0.70 |
| 07/01/10 | E.F. | Review Motion for Partial Summary Judgment filings (.5); e-mail to Committee Members regarding same (.1). | 0.60 |
| 07/01/10 | KLC | Office conference with Capria re: motion for summary judgment (0.9); revise same (2.5); coordinate filing and service of same (0.5). | 3.90 |
| 07/01/10 | FJC | Set up exhibits for filing summary judgment motion (.3); telephone call with Judge Gerber's chambers deputy re procedure for filing (.2); research re summary judgment exhibits marked at depositions (.4); e-mail to case team re same (.1); intake hard copies of bound exhibits to Fisher declaration (.2); draft cover letter for Gerber courtesy copy of all summary judgment submissions (.2); office conference with Cooperman re: electronic filing of summary judgment motion (.9); forward images of filed documents and exhibits to Cooperman for service (.3). | 2.60 |
| 07/02/10 | FJC | Intake defendant's summary judgment motion papers. | 0.20 |
| 07/06/10 | E.F. | Analyze JPM's motion for summary judgment. | 2.90 |
| 07/06/10 | BNS | Analysis of JPM summary judgment papers. | 1.70 |
| 07/06/10 | FJC | Preparation and electronic filing of affidavit of service of summary judgment papers (.2); e-mail to EPIQ re same (.1). | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through July 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/08/10 | E.F. | Review and analyze motion for SJ. | 0.30 |
| 07/09/10 | E.F. | Continue analysis of JPM summary judgment motion. | 2.30 |
| 07/12/10 | E.F. | Prepare outline of opposition brief. | 2.20 |
| 07/13/10 | E.F. | Analyze summary judgment motion (1.1) and analyze cases concerning authority to make UCC filings (1.1). | 2.20 |
| 07/16/10 | E.F. | Outline for arguments for opposition brief in connection with JPM summary judgment motion. | 1.90 |
| 07/20/10 | E.F. | Review cases for opposition to summary judgment. | 0.60 |
| 07/21/10 | E.F. | Prepare outline for opposition brief (.5); review legal research to be incorporated into opposition brief (.7). | 1.20 |
| 07/21/10 | KLC | Review JPMorgan's motion for summary judgment (3.2); prepare outline of same (0.6); research attorney actions and effect on client in litigation context (0.5); review article re: mistaken UCC filings (0.3). | 4.60 |
| 07/22/10 | BNS | Review article regarding agency (.2); conference call with FTI (and K. Cooperman) regarding update and status (.2). | 0.40 |
| 07/22/10 | KLC | Read (4.1) and distinguish (3.7) all cases cited by JPMorgan in summary judgment motion re: mistake, actual authority, apparent authority and ratification; office conference with Caceres re: mistake research (0.5); telephone call with FTI and Seidel re: update and status (0.2). | 8.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/22/10 | MCB | Meeting with K. Cooperman regarding research assignment (.5); research re: attorney mistake (1.1). | 1.60 |
| 07/23/10 | E.F. | Review results of research in connection with opposition to summary judgment motion. | 0.50 |
| 07/23/10 | KLC | Review (3.6) and distinguish (3.1) all cases cited by JPMorgan in motion for summary judgment re: fixture filings, waiver and constructive trust arguments. | 6.70 |
| 07/24/10 | KLC | Prepare summary of all cases distinguished in connection with opposition to JPMorgan's motion for summary judgment [3.8]; revise outline of JPMorgan's motion for summary judgment re: same (1.9). | 5.70 |
| 07/25/10 | KLC | Revise outline of opposition to JPMorgan's motion for summary judgment. | 1.30 |
| 07/26/10 | E.F. | Meet with Cooperman concerning opposition brief research (1.5); meeting with Cooperman concerning counter-statement of undisputed facts (1.0); draft opposition brief (1.9). | 4.40 |
| 07/26/10 | KLC | Office conference with Fisher re: opposition brief (1.5); office conference with Fisher re: counter statement to JPMorgan's undisputed facts (1); review JPMorgan's undisputed facts (1.8); begin drafting counter statement to same (3.6); review Green (0.3) and Merjian transcripts re: same (0.3); discuss mistake research with Caceres (0.1). | 8.60 |
| 07/26/10 | MCB | Conversation with K. Cooperman regarding mistake research. | 0.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through July 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 07/27/10 | E.F. | Draft opposition brief (3.8); confer with Cooperman concerning results of legal research (.4). | 4.20 |
| 07/27/10 | BNS | Consider draft DS as it relates to description of JPM lawsuit and respond to K. Cooperman question. | 0.30 |
| 07/27/10 | KLC | Continue drafting counter statement to JPMorgan's undisputed facts (7.2); conference with Fisher re: research (0.4); review deposition transcripts re: same (2.1). | 9.70 |
| 07/28/10 | E.F. | Draft opposition brief in connection with JPM summary judgment motion (7.2); confer with Cooperman concerning 7056 counter-statement (.5). | 7.70 |
| 07/28/10 | KLC | Continue drafting counter statement of JPMorgan's undisputed facts (6.9); review JPMorgan brief and cases cited but not discussed (1.3); conference with Fisher re: counter statement (0.5); office conference with Capria re: statements not in dispute re: counter statement (0.5); review deposition transcripts re: additional testimony to dispute facts re: counter statement (1.1). | 10.30 |
| 07/28/10 | MCB | Review journal articles re: attorney mistake. | 1.30 |
| 07/28/10 | FJC | Office conference with K. Cooperman re review of summary judgment opposition papers (.5); begin review of Rule of Bankruptcy Procedure 7056-1 Counter-Statement (.9). | 1.40 |
| 07/29/10 | E.F. | Draft opposition to JPM summary judgment | 6.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corparation*

Tax I.D. No.

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | motion (5.2); draft express (.7) and implied authority sections of memorandum of law (.9). | |
| 07/29/10 | KLC | Revise and confirm counter statement to JPMorgan's undisputed facts. | 8.40 |
| 07/29/10 | MCB | Continue review of mistake research. | 2.30 |
| 07/29/10 | FJC | Continue review of defendant's statement of undisputed material facts. | 0.80 |
| 07/30/10 | E.F. | Meet with Cooperman concerning legal research issues for opposition brief (.6); draft and revise brief in opposition to summary judgment (6.3). | 6.90 |
| 07/30/10 | KLC | Office conference with Fisher re: brief open issues (0.6); draft summary of open items for brief and supporting testimony (3.9); revise counter statement of material undisputed facts (1.7); office conference with Capria re: actual facts with no dispute (0.4). | 6.60 |
| 07/30/10 | MCB | Prepare summary of research re: mistake. | 1.00 |
| 07/30/10 | FJC | Office conference with K. Cooperman re defendant's statement of undisputed facts (.4); complete review of defendant's statement of undisputed facts in connection with their summary judgment motion (3.3). | 3.70 |
| 07/31/10 | E.F. | Draft brief in opposition to JPM's motion for summary judgment. | 4.10 |
| 07/31/10 | KLC | Revise counter statement to JPMorgan's undisputed facts. | 3.40 |



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476083

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through July 31, 2010**
    **RE: JP MORGAN AVOIDANCE COMPLAINT**

**PROFESSIONAL SERVICES**　　62,553.00

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476084

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through July 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

**Professional Services**

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Christopher J. Nelson | 6.70 | hours at | $350.00 | $2,345.00 |
| Eric Fisher | 4.50 | hours at | $525.00 | $2,362.50 |
| Barry N. Seidel | 6.40 | hours at | $725.00 | $4,640.00 |
| Total For Shareholder | 17.60 | | | $9,347.50 |
| **Associate** | | | | |
| Katie L. Cooperman | 8.40 | hours at | $395.00 | $3,318.00 |
| Total For Associate | 8.40 | | | $3,318.00 |
| **Paralegal II** | | | | |
| Frederick Capria | 0.90 | hours at | $245.00 | $220.50 |
| Total For Paralegal II | 0.90 | | | $220.50 |

**Disbursements**

| Description | Total |
|---|---|
| Copies | $407.60 |
| Computer Research | $164.00 |
| Express Delivery Charges | $30.48 |
| Messenger Fees | $13.75 |
| Travel Expenses | $37.84 |
| **Total Disbursements** | **$653.67** |

| Current Fees: | 12,886.00 |
|---|---|
| Current Disbursements: | 653.67 |
| Total Current Invoice: | 13,539.67 |
| **Total Balance Due:** | **$13,539.67** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

a *professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476084

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/01/10 | E.F. | E-mails with Martorana (GDC) regarding NS Objection (.2); E-mails to Cooperman and Seidel regarding swap agreement (.3). | 0.50 |
| 07/01/10 | BNS | Review FTI analysis of economics regarding various Nova Scotia strategies (.5); participate in telephone conference with WG&M (J. Smolinsky) and Alix Partners regarding Nova Scotia objection (.7). | 1.20 |
| 07/01/10 | BNS | Final review of Nova Scotia objection. | 1.40 |
| 07/01/10 | KLC | Review and revise notice (.9) and objection (3.3) to claims re: Nova Scotia. | 4.20 |
| 07/02/10 | KLC | Office conference with Capria re: filing (0.3); revise objection re: nova scotia (0.9). | 1.20 |
| 07/02/10 | FJC | Office conference with K. Cooperman re: filing of objection (.3); set up for delivery of courtesy copy of same to Judge Gerber (.2). | 0.50 |
| 07/07/10 | FJC | Prepare image of Affidavit of Service of Objection for filing (.1); electronically file Affidavit of Service (.2); forward Notice of Electronic Filing of same to EPIQ (.1). | 0.40 |
| 07/08/10 | E.F. | Review discovery issues in contested matters (.3); confer with Seidel regarding same (.2). | 0.50 |
| 07/08/10 | BNS | Discuss with E. Fisher strategy regarding discovery (.2); telephone conference with Bloomberg regarding Nova Scotia objection (.2). | 0.40 |

BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476084

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through July 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/14/10 | E.F. | Review e-mails regarding Nova Scotia bond prices. | 0.20 |
| 07/14/10 | BNS | Review FTI report regarding Nova Scotia bond prices. | 0.40 |
| 07/16/10 | E.F. | Review 2004 draft motion seeking production of documents. | 0.30 |
| 07/16/10 | BNS | Review AP status report to assess impact of ongoing litigations. | 0.20 |
| 07/18/10 | E.F. | E-mail with Mitchell (Greenberg Traurig) regarding discovery schedule (.1); e-mail with Bae (Greenberg Traurig) regarding same (.1). | 0.20 |
| 07/19/10 | BNS | Review various cases on equitable subordination (.6); consider issues regarding upcoming discovery conference (.2). | 0.80 |
| 07/20/10 | E.F. | Prepare with Cooperman and Seidel for call with Bae (GT) concerning discovery schedule (.3); call with Bae regarding discovery schedule (.2); confer with Seidel and Cooperman regarding same (.4). | 0.90 |
| 07/20/10 | BNS | Consider recent cases (Rangers) in connection with objection to Nova Scotia claims. | 0.40 |
| 07/20/10 | BNS | Conference with Fisher and Cooperman to prepare for call with noteholders' counsel at Greenberg Traurig (.3); telephone conference with J. Bae (GT) regarding discovery schedule (.2); and follow up with Fisher and Cooperman regarding draft discussion requests and strategy | 0.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476084

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through July 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (.4). | |
| 07/20/10 | KLC | Review pleadings from Texas Ranger bankruptcy re: assumption as it relates to Nova Scotia objection (0.2); telephone call with Fisher, Seidel and Greenberg Traurig re: discovery (0.2); discuss same with Fisher and Seidel (0.4); prepare for same with Fisher and Seidel (0.3). | 1.10 |
| 07/22/10 | BNS | Conference call with FTI regarding update and status. | 0.30 |
| 07/23/10 | E.F. | Prepare discovery requests re: noteholders. | 0.40 |
| 07/26/10 | BNS | Review FTI report in connection with status of objection to claims filed by Nova Scotia bondholders. | 0.40 |
| 07/28/10 | CN | Preliminary review of objection to claims. | 0.80 |
| 07/28/10 | E.F. | E-mails with Greenberg Traurig regarding discovery schedule. | 0.20 |
| 07/29/10 | CN | Review (.4) and analyze (.8) Noteholder/Trustee claim information and objections thereto. | 1.20 |
| 07/29/10 | CN | Participate in strategy conference with E. Fisher and K. Cooperman re objection overview and discovery plan. | 1.30 |
| 07/29/10 | CN | Preliminary work on discovery requests. | 0.60 |
| 07/29/10 | E.F. | Confer with Cooperman and Nelson concerning discovery strategy with respect to Bondholders and GMNS trustee. | 1.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476084

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through July 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/29/10 | KLC | Review objection (0.2) and summarize discovery issues (0.3); telephone call with Nelson and Fisher re: discovery (1.3); correspondence to Nelson re: same (0.1). | 1.90 |
| 07/31/10 | CN | Draft discovery requests regarding Noteholders/Trustee claims. | 2.80 |

**PROFESSIONAL SERVICES**          **12,886.00**



**BUTZEL LONG**
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476085

Account Number 000141216-0008

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Associate | | | | |
| Katie L. Cooperman | 0.90 | hours at | $395.00 | $355.50 |
| Total For Associate | 0.90 | | | $355.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $256.70 |
| Service Fees | $13.75 |
| **Total Disbursements** | **$270.45** |

| | |
|---|---|
| Current Fees: | 355.50 |
| Current Disbursements: | 270.45 |
| Total Current Invoice: | 625.95 |
| **Total Balance Due:** | **$625.95** |

Page 4


ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No˙

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476085

Account Number: 000141216-0008

## (Privileged and Confidential Information)

## PROFESSIONAL SERVICES posted through July 31, 2010

### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/30/10 | KLC | Correspondence to C. Andres (GK) re: back up documentation for third fee application; gather same documentation. | 0.30 |
| 07/30/10 | KLC | Correspondence from C. Andres (GK) re: expense documentation for third fee application; gather same documentation. | 0.40 |
| 07/31/10 | KLC | Review memorandum from fee examiner re: summary of courts rulings on first and second fee applications. | 0.20 |

**PROFESSIONAL SERVICES**        **355.50**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476086

Account Number 000141216-0010

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through July 31, 2010
### RE: MONTHLY FEE STATEMENTS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |

Associate
| | | | | |
|---|---|---|---|---|
| Katie L. Cooperman | 3.60 | hours at | $395.00 | $1,422.00 |
| Total For Associate | 3.60 | | | $1,422.00 |

| | |
|---|---|
| Current Fees: | 1,422.00 |
| Less 50% Fee Adjustment: | (711.00) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 711.00 |
| **Total Balance Due:** | **$711.00** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

August 13, 2010

Invoice No. 8476086

Account Number: 000141216-0010

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through July 31, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 07/19/10 | KLC | Revise June proformas in connection with preparation of June monthly statement. | 1.00 |
| 07/23/10 | KLC | Revise June invoices in preparation of monthly fee statement. | 0.30 |
| 07/26/10 | KLC | Draft June monthly statement. | 0.90 |
| 07/27/10 | KLC | Revise June monthly fee statement. | 0.50 |
| 07/28/10 | KLC | Revise June monthly fee statement. | 0.70 |
| 07/29/10 | KLC | Revise June monthly statement. | 0.20 |

**PROFESSIONAL SERVICES**            **1,422.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479763

Account Number 000141216-0001

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through August 31, 2010
#### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 2.20 | hours at | $525.00 | $1,155.00 |
| Barry N. Seidel | 4.50 | hours at | $725.00 | $3,262.50 |
| Total For Shareholder | 6.70 | | | $4,417.50 |
| Associate | | | | |
| Katie L. Cooperman | 3.60 | hours at | $395.00 | $1,422.00 |
| Total For Associate | 3.60 | | | $1,422.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Travel Expenses | $56.75 |
| **Total Disbursements** | **$56.75** |

| Current Fees: | 5,839.50 |
|---|---|
| Current Disbursements: | 56.75 |
| Total Current Invoice: | 5,896.25 |
| **Total Balance Due:** | **$5,896.25** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479763

Account Number: 000141216-0001

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/09/10 | E.F. | Conference call with Committee regarding plan update (1.2); confer with Seidel and Cooperman regarding budget litigation trust (.3). | 1.50 |
| 08/09/10 | E.F. | Review Plan Projections in preparation for conference call with Committee. | 0.30 |
| 08/09/10 | BNS | Respond to T. Mayer (KLNF) request for budget for litigation trust (1.2); conference with E. Fisher regarding same (.3); attend part of committee meeting as it related to funding of litigation trust (.5). | 2.00 |
| 08/09/10 | KLC | Participate in Committee call re: plan update (1.2); confer with Seidel and Fisher re: trust budget (0.3). | 1.50 |
| 08/13/10 | E.F. | E-mail with O'Neill (KLNF) concerning New GM stock transfer pursuant to the final plan. | 0.40 |
| 08/16/10 | BNS | Attend committee meeting to discuss plan and budget. | 1.10 |
| 08/16/10 | KLC | Participate in Committee call re: plan issues. | 1.10 |
| 08/23/10 | BNS | Review materials regarding preparation for committee call. | 0.40 |
| 08/23/10 | BNS | Participate on committee call regarding discussion of JPMorgan litigation. | 1.00 |
| 08/23/10 | KLC | Participate in Committee Call re: plan issues and JPM litigation. | 1.00 |



**BUTZEL LONG**
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479763

Account Number 000141216-0001
**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through August 31, 2010**
   **RE: GENERAL ADVICE**

**PROFESSIONAL SERVICES**         **5,839.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479764

Account Number 000141216-0005
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.30 | hours at | $725.00 | $217.50 |
| Total For Shareholder | 0.30 | | | $217.50 |
| Associate | | | | |
| Katie L. Cooperman | 1.90 | hours at | $395.00 | $750.50 |
| Total For Associate | 1.90 | | | $750.50 |
| Paralegal II | | | | |
| Michelle Martinez | 1.00 | hours at | $150.00 | $150.00 |
| Frederick Capria | 8.40 | hours at | $245.00 | $2,058.00 |
| Total For Paralegal II | 9.40 | | | $2,208.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $120.20 |
| Express Delivery Charges | $209.75 |
| **Total Disbursements** | **$329.95** |

| | |
|---|---|
| Current Fees: | 3,176.00 |
| Current Disbursements: | 329.95 |
| Total Current Invoice: | 3,505.95 |
| Total Balance Due: | $3,505.95 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479764

Account Number: 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
## RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/02/10 | FJC | Review and revise ASCII files of invoices sent by accounting department in preparation for submission of fee application. | 2.30 |
| 08/03/10 | BNS | Review third interim fee application. | 0.30 |
| 08/03/10 | KLC | Correspondences to and from Capria re: third interim fee application. | 0.30 |
| 08/04/10 | KLC | Correspondences to and from Capria re: revisions to third interim fee application. | 0.30 |
| 08/04/10 | FJC | Merge revised ASCII files of invoiced charges into single file for submission to Bankruptcy Trustee and Fee Examiner (1.4);create ASCII, Acrobat (.pdf) images, and hard copy versions of Third Fee Application (2.5). | 3.90 |
| 08/05/10 | KLC | Telephone call to Capria re: filing third interim fee application; draft letter to BJ Gerber re: same; office conference with Capria re: same; correspondences to and from Capria re: same. | 0.50 |
| 08/05/10 | FJC | Meeting with M. Martinez re redacting assignment (.2); process redacted image of exhibit in preparation for electronic filing (.2); finalize all Acrobat (.pdf) images for electronic filing (.2); office conference with K. Cooperman re status of fee application electronic filing and submission to trustee (.1); revise and update ASCII files and Acrobat images (.6); transmit preliminary ASCII files to trustees office via e-mail (.3); electronically file fee application (.4); forward Acrobat images of filed fee application, | 2.20 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479764

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | along with ASCII version of same, to trustees office via e-mail (.2). | |
| 08/05/10 | MM | Redact Butzel invoices (0.8); office conference with Capria re: same (0.2). | 1.00 |
| 08/12/10 | KLC | Draft September budget. | 0.30 |
| 08/13/10 | KLC | Revise September budget; correspondences with Seidel re: same; correspondence to fee examiner re: same. | 0.20 |
| 08/23/10 | KLC | Correspondence from Seidel re: third interim fee hearing; correspondences to and from J. Sharret (KLNF) re: same; correspondence to R. Brooks (WGM) re: same. | 0.30 |

**PROFESSIONAL SERVICES**     **3,176.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through August 31, 2010**
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Shareholder | | | | |
| Eric Fisher | 69.70 | hours at | $525.00 | $36,592.50 |
| Barry N. Seidel | 15.40 | hours at | $725.00 | $11,165.00 |
| Total For Shareholder | 85.10 | | | $47,757.50 |
| Associate | | | | |
| Maria Caceres-Boneau | 26.70 | hours at | $325.00 | $8,677.50 |
| Katie L. Cooperman | 101.60 | hours at | $395.00 | $40,132.00 |
| Total For Associate | 128.30 | | | $48,809.50 |
| Paralegal II | | | | |
| Frederick Capria | 18.50 | hours at | $245.00 | $4,532.50 |
| Total For Paralegal II | 18.50 | | | $4,532.50 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $782.80 |
| Computer Research | $5,423.34 |
| Express Delivery Charges | $25.83 |
| Travel Expenses | $114.20 |
| **Total Disbursements** | **$6,346.17** |

| | |
|---|---|
| Current Fees: | 101,099.50 |
| Current Disbursements: | 6,346.17 |
| Total Current Invoice: | 107,445.67 |
| **Total Balance Due:** | **$107,445.67** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

a professional corporation

Tax I.D. No

·  Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/01/10 | E.F. | Revise opposition brief to incorporate additional research performed by Cooperman. | 1.80 |
| 08/01/10 | KLC | Revise counter-statement to JPMorgan's undisputed facts. | 3.40 |
| 08/02/10 | E.F. | Revise memorandum of law in opposition to summary judgment motion (8.8); meet with Cooperman concerning counter-statement of facts (1.6); revise brief based on comments and additional research from Cooperman and Seidel (1.1). | 11.50 |
| 08/02/10 | BNS | Review draft of reply brief regarding summary judgment motion (1.2) and suggest revisions (.6). | 1.80 |
| 08/02/10 | KLC | Revise counter-statement to JPMorgan's undisputed material facts in connection with opposition to summary judgment. | 4.90 |
| 08/02/10 | KLC | Revise memorandum in support of opposition to JPMorgan's motion for summary judgment (1.8); office conference with Fisher re: same (1.6); draft and revise declaration in support of same opposition (0.7); correspondence from Wilson re: fixtures (0.1). | 4.20 |
| 08/02/10 | FJC | Review summary judgment opposition brief. | 0.30 |
| 08/03/10 | E.F. | Review (1.2) and revise (1.7) counter-statement of undisputed facts; meet with Cooperman concerning 7056 statement (.4); e-mail to Committee regarding 7056 statement (.3); meet | 5.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | with Seidel and Cooperman concerning revisions to memorandum of law (.6); revise memorandum of law to incorporate research regarding scope of authority issue (1.6). | |
| 08/03/10 | BNS | Analyze brief in reply to JPMorgan summary judgment motion (1.5); conference with E. Fisher and Cooperman regarding brief (.6). | 2.10 |
| 08/03/10 | KLC | Office conference with Fisher re: counter statement to JPMorgan's undisputed facts (.04); revise same counter-statement (2.4); office conference with Seidel and Fisher re: brief in opposition to JPMorgan's summary judgment motion (0.6); revise same brief re: agency restatement (0.8). | 4.20 |
| 08/03/10 | FJC | Cite-check brief re: opposition to SJ. | 5.70 |
| 08/04/10 | E.F. | Review (1.2) and revise opposition brief (1); review (1) and revise counter-statement of undisputed facts (1.3); e-mails with Cooperman regarding revisions to memorandum of law and counter-statement of undisputed facts (.2). | 4.70 |
| 08/04/10 | BNS | Review (1.2) and revise (.5) draft brief regarding summary judgment. | 1.70 |
| 08/04/10 | KLC | Revise brief opposing JPMorgan's motion for summary judgment (2.9); revise counter-statement to JPMorgan's undisputed facts re: same (3.4); correspondences to and from S. Garbato (EPIQ) re: service of same (0.3); correspondences to and from Capria re: | 7.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through August 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> |
|---|---|---|---|
| | | declaration exhibits re: same (0.3); correspondences to and from Fisher re: brief and counter-statement revisions (0.2); correspondence to Capria re: brief citations (0.2). | |
| 08/04/10 | FJC | Print out and process Acrobat (.pdf) images of exhibits to K. Cooperman declaration. | 0.30 |
| 08/05/10 | E.F. | Finalize opposition brief (2.3); finalize 7056 statement (1.1); review Cooperman declaration (.3); meet with Cooperman and Seidel regarding revisions to motion papers (.8); analyze brief filed by JPM in opposition to summary judgment (1.4); e-mail to Committee concerning same (.2); legal research concerning supplemental Duker affidavit (1.2). | 7.30 |
| 08/05/10 | BNS | Conference with E. Fisher and K. Cooperman to revise draft of brief regarding summary judgment motion (.8) ; review draft of counter statement of facts (.4) and provide K. Cooperman with revisions (.1). | 1.30 |
| 08/05/10 | KLC | Office conference with Fisher and Seidel re: opposition to JPMorgan's motion for summary judgment (0.8); revise brief re: same (1.8); revise declaration re: same (0.9); revise counter-statement re: same (2.2); retrieve standard termination statement from DE secretary of state (0.1); compare same to exhibit X (0.1); correspondences to and from Capria re: filing (0.3); correspondences to and from S. Garabato | 7.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through August 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (EPIQ) re: same (0.1); correspondence to J. Callagy (KDW) re: opposition papers (0.2); correspondence from S. Flanagan (KDW) re: JPMorgan opposition papers (0.1); review same (0.3); correspondences to and from Fisher re: same (0.3). | |
| 08/05/10 | FJC | Telephone calls to K. Cooperman re filing of summary judgment opposition papers (.2); prep Cooperman declaration for copying and binding (.1); additional review of brief re revised caselaw citations (.8); prep additional exhibit to Cooperman declaration (.1); update Cooperman declaration and revise copying and binding instructions (.2); review opposition brief table of contents and table of authorities and edit same (1.4); finalize all opposition papers for electronic filing and electronically file same (1.4). | 4.20 |
| 08/06/10 | E.F. | Review pre-motion letters concerning termination statement (.2); e-mails with Cooperman concerning same (.2). | 0.40 |
| 08/06/10 | E.F. | Teleconference with Seidel regarding JPM reply brief and strategy concerning supplemental Duker affidavit. | 0.30 |
| 08/06/10 | BNS | Telephone conference with E. Fisher regarding JPMorgan reply brief and strategy regarding supplemental Duker affidavit. | 0.30 |
| 08/06/10 | KLC | Review pre-motion letters re: JPMorgan's assertion re: termination statement; | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | correspondences to and from Fisher re: same. | |
| 08/09/10 | E.F. | Confer with Cooperman regarding JPM letters concerning pre-motion requests. | 0.50 |
| 08/09/10 | E.F. | Review data spreadsheets from Buonomo (New GM) relating to tooling and equipment. | 0.30 |
| 08/09/10 | E.F. | E-mails with Boneau regarding research in connection with reply brief. | 0.10 |
| 08/09/10 | KLC | Correspondence to and from S. Garabato (Epiq) re: service of opposition papers (0.1); review JPMorgan opposition papers (1.8); confer with Fisher re: same (0.5); prepare summary of JPMorgan's letters re: pre-motion request (0.2); review cases cited by JPMorgan in opposition to motion for summary judgment (1.3); meet with Boneau re: opposition research (0.4). | 4.30 |
| 08/09/10 | MCB | Meeting with K. Cooperman to discuss research assignments. | 0.40 |
| 08/09/10 | FJC | Prepare image and file affidavit of service of summary judgment opposition papers. | 0.30 |
| 08/10/10 | E.F. | Meet with Seidel regarding reply brief (.4); E-mails with Cooperman regarding legal research for reply brief in further support of summary judgment (.2). | 0.60 |
| 08/10/10 | BNS | Conference with E. Fisher regarding R. Duker supplemental affidavit and strategy and implications. | 0.40 |



ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                                    September 15, 2010
GENERAL MOTORS CORPORATION .

                                                                   Invoice No. 8479765

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through August 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/11/10 | E.F. | Legal research regarding lender diligence standard regarding UCC issues (0.7); conference with Seidel and Cooperman re: reply strategy (0.5). | 1.20 |
| 08/11/10 | BNS | Conference with E. Fisher and K. Cooperman to discuss status and strategy and reply brief. | 0.50 |
| 08/11/10 | KLC | Review secondary sources cited by JPMorgan in opposition to summary judgment motion (1.7); conference with Seidel and Fisher re: reply strategy (0.5); research policy re: revised Article 9 for reply to JPMorgan's opposition (0.9). | 3.10 |
| 08/11/10 | MCB | Research for cases setting forth the requirements of FRCP 56(f) (.4); research for cases in which the attorney's brief contradicts client's prior testimony (3.4); research for cases in which the opposition to summary judgment contradicts sworn testimony (3.1). | 6.90 |
| 08/12/10 | E.F. | Review outline of JP Morgan's opposition to motion for summary judgment (1.2). | 1.20 |
| 08/12/10 | KLC | Revise outline of JPMorgan's opposition to motion for summary judgment (3); office conference with Boneau re: mistake research (0.4); distinguish secondary sources cited by JPMorgan in its opposition (1.2). | 4.60 |
| 08/12/10 | MCB | Review cases re FRCP 56(f) affidavit (.6); review cases in which the motion papers contradict prior sworn testimony (1.7); meeting with K. Cooperman to discuss research results (.4); | 7.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through August 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| | | research for cases in which the court grants FRCP 56(f) relief (.8); research the docket for sample forms related to FRCP 56(f) (.7); research for cases re: brief based on evidence in record (1.4); review cases granting FRCP 56(f) relief (.8); review cases re: brief based on evidence in record (1.2). | |
| 08/13/10 | E.F. | Review and revise outline for reply to JPMorgan's opposition to motion for summary judgment. | 0.50 |
| 08/13/10 | KLC | Draft and revise outline for reply to JPMorgan's opposition to motion for summary judgment (1.4); research re: oral modifications to written agreements (2.9); correspondences with Capria re: citations (0.1); research policy re: 2001 revisions to Uniform Commercial Code (3.1). | 7.50 |
| 08/13/10 | MCB | Draft summaries of cases re: memorandum of law and sworn testimony (1.8); draft summary of case re: memorandum of law and evidence on record (.8); review additional case re: memorandum of law must and evidence standards (.4); draft summaries of cases providing the requirements of a FRCP 56(f) affidavit (1.3); compile sample motion papers for K. Cooperman (.2); review article re: UCC termination dispute (.6); e-mail correspondence with K. Cooperman (.2); review the local rules re: motion made pursuant to FRCP 56(f) (.3). | 5.60 |
| 08/13/10 | FJC | Cite check article for K. Cooperman. | 0.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 08/14/10 | KLC | Prepare summary of research re: modifications to written agreements (3.4); prepare summary of research re: revisions to Article 9 (2.4); correspondence to Fisher re: same (0.1). | 5.90 |
| 08/15/10 | KLC | Review results of research re: contradiction of sworn testimony (0.7); review Rule 56(f) research (0.4); review research re: duty to speak (0.6). | 1.70 |
| 08/16/10 | E.F. | Review results of research regarding 56(f) (.4), integration clause (1.3), and UCC amendments (.4); review secondary literature regarding UCC amendments (.5); draft reply brief in further support of summary judgment motion (1.6). | 4.20 |
| 08/16/10 | KLC | Office conference with Boneau re: research (0.4); research re: standard for disputed facts under local rules (2.4); research re: course of performance in secured transaction documents (2.2); correspondences with Capria re: citations (0.2); research re: signatory identity and public filings (0.4). | 5.60 |
| 08/16/10 | MCB | Meeting with K. Cooperman to discuss research (.4); research re: administrative agent liability (.6); review cases re same (.5). | 1.50 |
| 08/16/10 | FJC | Cite check K. Cooperman research memorandum re upcoming summary judgment motion reply papers (2.8); additional cite-checking of case law in connection with summary judgment reply papers (.8). | 3.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/17/10 | E.F. | Draft reply brief in support of summary judgment motion (6.2); meet with Cooperman concerning results of factual and legal research to be incorporated into reply brief (1.2); teleconference with FTI, Seidel and Cooperman concerning valuation of Term Loan collateral (.8); conference with Cooperman and Seidel re: collateral (0.3). | 8.50 |
| 08/17/10 | BNS | Review materials supplied by FTI regarding collateral analysis (.4); conference with E. Fisher and K. Cooperman regarding same (.3); telephone conference with FTI regarding analysis and next steps (.8). | 1.50 |
| 08/17/10 | KLC | Office conference with Fisher re: JPMorgan reply (1.2); telephone call with Fisher, Seidel and FTI re: fixture valuation (0.8); confer with Fisher and Seidel re: same (0.3); research policy of rule 7056 (0.8); research modification of UCC contract cases (3.3); correspondence to Fisher re: Duker testimony (0.2); correspondences with J. Sharrett (KLNF) re: litigation proceeds (0.1); correspondences with Capria re: citations for JPMorgan reply (0.1); correspondence to Fisher and Seidel re: summary of 502(d) (0.3). | 7.10 |
| 08/17/10 | MCB | Review cases discussing administrative agent's liability (2.1); review cases discussing an indenture trustee's liability (1.0). | 3.10 |
| 08/17/10 | FJC | Cite check case law for K. Cooperman and | 0.50 |

# BUTZEL·LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
## RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | forward results of same via e-mail. | |
| 08/18/10 | E.F. | Teleconference with KLNF and Treasury regarding litigation proceeds (0.4); review and revise revise Reply to motion for summary judgment (4.5); review draft summary regarding 2001 UCC revisions (.8). | 5.70 |
| 08/18/10 | E.F. | Draft reply brief in support of summary judgment motion. | 5.60 |
| 08/18/10 | KLC | Telephone call with Fisher, KLNF and Treasury re: litigation proceeds (0.4); revise Reply to motion for summary judgment (5.8); correspondences with Capria re: citations for same (0.2); draft summary re: 2001 UCC revisions (1.5); revise summary re: contract modifications (0.3). | 8.20 |
| 08/18/10 | MCB | Review cases discussing indenture trustee's liability. | 1.60 |
| 08/18/10 | FJC | Office conference with P. Dumas re upcoming filing of reply papers (.1); cite check case law for K. Cooperman (.7). | 0.80 |
| 08/19/10 | κ.‿ ‿ | Revise reply brief re: summary judgment motion (5.6); correspondences with FTI re: fixture filings (0.2); review JPMorgan summary judgment papers re: same (0.4); review same fixture filings (0.5); correspondences with Capria re: reply revisions (0.1). | 6.80 |
| 08/19/10 | FJC | Cite check and review pinpoint cites and quotations on draft reply brief and forward all | 2.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | edits to K. Cooperman. | |
| 08/20/10 | E.F. | Revise reply brief (6.9); confer with Cooperman regarding revisions to reply brief (.4). | 7.30 |
| 08/20/10 | KLC | Research re: legal conclusions asserted as facts (0.6); revise JPMorgan reply brief (0.6); confer with Fisher re: same (0.4); correspondences with Fisher re: same (0.2). | 1.80 |
| 08/22/10 | BNS | Review JPM memo of law (1.8) and draft reply memo (.5). | 2.30 |
| 08/23/10 | BNS | Suggest revisions to reply brief. | 1.10 |
| 08/23/10 | KLC | Correspondences to and from K. Martarona (GDC) re: reply (0.4); revise reply per GDC revisions (1.2); correspondence from Seidel re: reply revisions (0.3); revise reply re: same (2). | 3.90 |
| 08/24/10 | BNS | Conference with K. Cooperman regarding revisions to reply brief. | 0.30 |
| 08/24/10 | KLC | Revise reply re: summary judgment motion (0.3); confer with Seidel re: same (0.3). | 0.60 |
| 08/25/10 | E.F. | Review final version of reply brief in connection with filing. | 0.90 |
| 08/25/10 | KLC | Revise reply in connection with summary judgment motion. | 1.70 |
| 08/26/10 | BNS | Final review of reply brief. | 1.50 |
| 08/26/10 | KLC | Finalize reply before filing (2.2); coordinate filing of reply (0.4); correspondence to and from EPIQ | 4.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through August 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| | | re: service of reply (0.2); correspondence to Callagy (KDW) re: filed reply (0.1); correspondence to Committee re: same (0.1); correspondence from S. Flannagan (KDW) re: JPMorgan's reply (0.1); review same (1.5); correspondence to Committee re: same (0.1). | |
| 08/27/10 | KLC | Correspondences from J. Sharret (KLNF) and FTI re: fixture filing information. | 0.20 |
| 08/30/10 | E.F. | Confer with Cooperman regarding JPM reply brief and supplemental authority (.5); call with KLNF, Seidel, Cooperman and FTI regarding collateral valuation issues (.6). | 1.10 |
| 08/30/10 | BNS | Participate on conference call with FTI regarding fixtures and collateral valuation. | 0.60 |
| 08/30/10 | KLC | Review fixture correspondence from FTI in preparation for call (0.5); call with KLNF, FTI, Fisher and Seidel re: same (0.6); meet with Fisher re: reply and authority (0.5); correspondences with S. Garabato (EPIQ) re: service (0.1); correspondence from J. Santambrogio (FTI) re: fixture details (0.2). | 1.90 |
| 08/31/10 | E.F. | E-mail to Mayer (KLNF) regarding Term Loan Avoidance Action proceeds (.1); e-mail to Cooperman regarding same (.1). | 0.20 |
| 08/31/10 | KLC | Correspondence to T. Mayer (KLNF) re: term loan docket entry; correspondence to and from Fisher re: same; review same docket entry. | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479765

Account Number 000141216-0006

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through August 31, 2010**

**RE: JP MORGAN AVOIDANCE COMPLAINT**

**PROFESSIONAL SERVICES**                    **101,099.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479766

Account Number 000141216-0007

**(Privileged and Confidential Information)**
PROFESSIONAL SERVICES posted through August 31, 2010
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Christopher J. Nelson | 12.20 | hours at | $350.00 | $4,270.00 |
| Eric Fisher | 15.80 | hours at | $525.00 | $8,295.00 |
| Barry N. Seidel | 12.10 | hours at | $725.00 | $8,772.50 |
| Total For Shareholder | 40.10 | | | $21,337.50 |
| Associate | | | | |
| Katie L. Cooperman | 45.20 | hours at | $395.00 | $17,854.00 |
| Total For Associate | 45.20 | | | $17,854.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $93.50 |
| Computer Research | $308.39 |
| Travel Expenses | $20.00 |
| **Total Disbursements** | **$421.89** |

| | |
|---|---|
| Current Fees: | 39,191.50 |
| Current Disbursements: | 421.89 |
| Total Current Invoice: | 39,613.39 |
| **Total Balance Due:** | **$39,613.39** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0007

September 15, 2010

Invoice No. 8479766

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through August 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/03/10 | CN | Further analysis of objections to claims by Green Hunt Wedlake and Noteholders. | 0.80 |
| 08/03/10 | CN | Draft discovery requests to Green Hunt Wedlake. | 3.20 |
| 08/03/10 | CN | Draft discovery requests to Old GM. | 1.20 |
| 08/03/10 | CN | Draft discovery requests to Noteholders. | 1.00 |
| 08/03/10 | E.F. | Review draft interrogatories and document requests to Green Hunt Wedlake. | 0.40 |
| 08/04/10 | CN | Further revise discovery requests to Old GM. | 1.80 |
| 08/04/10 | CN | Further revise discovery requests to Noteholders. | 0.60 |
| 08/04/10 | E.F. | Confer with Cooperman regarding objection to additional claims. | 0.10 |
| 08/04/10 | E.F. | Review document requests to Old GM regarding Nova Scotia objection. | 0.50 |
| 08/04/10 | KLC | Telephone call with FTI re: objection to additional claims (0.2); confer with Fisher re: same (0.1); correspondence from J. Santambrogio (FTI) re: spreadsheet of claims (0.1); review same spreadsheet (0.4); revise document requests to Old GM re: Nova Scotia objection (.9). | 1.70 |
| 08/05/10 | CN | Further revise discovery requests. | 2.20 |
| 08/09/10 | E.F. | Revise document requests to noteholders regarding objections (1.2); revise interrogatories to noteholders regarding same (.9). | 2.10 |
| 08/09/10 | KLC | Revise document requests to noteholders re: objection (2.4); revise interrogatories to | 3.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479766

Account Number 000141216-0007

## (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through August 31, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | noteholders re: same (1.2). | |
| 08/10/10 | CN | Further revise initial written discovery requests. | 0.40 |
| 08/10/10 | E.F. | Review article regarding bondholder transaction (.2); review discovery requests (.5). | 0.70 |
| 08/10/10 | BNS | Send K. Cooperman email response regarding claims of individual bondholders and objection on grounds of duplication (.2); review article regarding lock-up agreement (.2). | 0.40 |
| 08/10/10 | KLC | Revise document requests to noteholders re: objection (3.6); revise interrogatories to noteholders re: same (2.2). | 5.80 |
| 08/11/10 | E.F. | Revise interrogatories (1.4) and document requests (1.7); confer with Cooperman regarding revisions to same (.7); confer with Seidel and Cooperman regarding case strategy and timing (.5). | 4.30 |
| 08/11/10 | BNS | Conference with E. Fisher and K. Cooperman to discuss discovery strategy. | 0.50 |
| 08/11/10 | KLC | Revise document requests to noteholders (1.6); revise interrogatories to noteholders (1.7); office conference with Fisher re: same (0.7); confer with Fisher and Seidel re: strategy (0.5). | 4.50 |
| 08/12/10 | CN | Analyze draft discovery (0.3); review of discovery regarding electronic documents/information (0.3). | 0.60 |
| 08/12/10 | E.F. | Review Greenberg Traurig's 2019 statement (.5); confer with Cooperman regarding discovery to | 1.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479766

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through August 31, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | noteholders (.4); review draft document requests (0.3) and interrogatories to noteholders (.3). | |
| 08/12/10 | BNS | Review draft of discovery requests. | 1.70 |
| 08/12/10 | KLC | Review Greenberg Traurig's 2019 statement (0.3); office conference with Fisher re: discovery to Noteholders (0.4); revise documents requests and interrogatories to Noteholders (0.9); correspondence to Seidel, Fisher and Nelson re: same (0.1). | 1.70 |
| 08/13/10 | CN | Work on electronic discovery issues. | 0.40 |
| 08/13/10 | E.F. | E-mail with Cooperman regarding discovery to noteholders. | 0.10 |
| 08/13/10 | KLC | Correspondences with Fisher re: discovery to Noteholders; correspondence to Committee re: same for review. | 0.10 |
| 08/16/10 | E.F. | Call with Mayer (KLNF), Cadwalader, USAO and Seidel regarding GUC funding for litigation of objection. | 1.10 |
| 08/16/10 | BNS | Review materials distributed by FTI regarding budget and draft plan (1.3); participate on call with Treasury, Fisher and KLNF regarding GUC budget for, inter alia, Nova Scotia (1.1); follow up coorespondence to E. Fisher re: same (.3). | 2.70 |
| 08/17/10 | E.F. | Meet with Seidel and Cooperman concerning revisions to discovery to noteholders. | 1.00 |
| 08/17/10 | BNS | Conference with E. Fisher, K. Cooperman regarding strategy on discovery and revisions to | 1.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479766

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | document request (1.0). | |
| 08/17/10 | KLC | Meet with Fisher and Seidel re: discovery requests to Noteholders (1); correspondence to Committee re: same (0.1). | 1.10 |
| 08/20/10 | E.F. | E-mails with Greenberg Traurig regarding discovery schedule. | 0.20 |
| 08/24/10 | BNS | Conference with K. Cooperman regarding objections to Nova Scotia claims (.6); review Nova Scotia noteholders bar date motion (.4) and transcript of 11/20/09 hearing (.4). | 1.40 |
| 08/24/10 | KLC | Correspondences to and from J. Santambrogio (FTI) re: 14 nova scotia claims (0.3); brief review of same 14 claims and duplicates (4.1); telephone call with FTI and Alix re: same (0.3); review global claim filed by Greenberg (0.3); conference with Seidel re: same (0.6); review Greenberg motion and order re: global claim (0.2). | 5.80 |
| 08/25/10 | BNS | Consider strategy and approach re: individual noteholder claims. | 0.60 |
| 08/25/10 | BNS | Conference with K. Cooperman regarding Nova Scotia claims and preparation for 4p call with Alix, WG&M and FTI (.6); participate on 4p call regarding same (.8). | 1.40 |
| 08/25/10 | KLC | Prepare summary of claims and objections required (3.9); meet with Seidel re: same (0.6); telephone call with FTI, Alix, Seidel and Weil re: same (0.8). | 5.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479766

Account Number 000141216-0007
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through August 31, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/26/10 | BNS | Draft email to N. Mitchell (Greenberg) regarding global proof of claim. | 0.90 |
| 08/26/10 | KLC | Correspondences with Seidel and N. Mitchell (Greenberg Traurig) re: meeting (0.2); draft amended objection re: 14 claims (4.1). | 4.30 |
| 08/27/10 | KLC | Continue drafting amended objection re: 14 claims. | 2.30 |
| 08/30/10 | E.F. | Confer with Seidel and Cooperman concerning amendment to objection (.7); follow-up meeting with Cooperman regarding same (.3); review and revise objection and amendment thereto (.5). | 1.50 |
| 08/30/10 | BNS | Conference with E. Fisher and K. Cooperman regarding additional Nova Scotia objections (.7); correspondence to E. Fisher regarding strategy (.2). | 0.90 |
| 08/30/10 | KLC | Office conference with Fisher re: Nova Scotia objection (0.3); revise amended objection re: Fisher comments (3.6); office conference with Fisher and Seidel re: same (0.7); review research re: 502(d) and standing (2.2); review equitable subordination research re: same (1.3). | 8.10 |
| 08/31/10 | E.F. | Review e-mails regarding Nova Scotia claims (.1); e-mail to Mayer (KLNF) regarding Nova Scotia objections (.1); review draft of NS first amended objection (.3). | 0.50 |
| 08/31/10 | E.F. | Legal research in connection with standing issues. | 1.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T: 313 225 7000   F: 313 225 7080**
**www.butzel.com**

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479766

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through August 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/31/10 | BNS | Consider issues to be addressed at 9/1 meeting at Greenberg (.3) and prepare outline (.3). | 0.60 |
| 08/31/10 | KLC | Revise amended objection (0.8); correspondences to Seidel and Fisher re: same (0.1). | 0.90 |

**PROFESSIONAL SERVICES**          **39,191.50**



**BUTZEL LONG**
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

September 15, 2010

Invoice No. 8479767

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through August 31, 2010**
   **RE: MONTHLY FEE STATEMENTS**

| Professional Services | | | | Total |
|---|---|---|---|---|
| **Timekeeper** | | | | |
| | | | | |
| Shareholder | | | | |
| Barry N. Seidel | 0.20 | hours at | $725.00 | $145.00 |
| Total For Shareholder | 0.20 | | | $145.00 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 2.40 | hours at | $395.00 | $948.00 |
| Total For Associate | 2.40 | | | $948.00 |

| | |
|---|---|
| Current Fees: | 1,093.00 |
| Less 50% Fee Adjustment: | (546.50) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 546.50 |
| **Total Balance Due:** | **$546.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0010

September 15, 2010

Invoice No. 8479767

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through August 31, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 08/11/10 | KLC | Revise July proformas in connection with July fee statement. | 0.80 |
| 08/12/10 | KLC | Correspondences with accounting re: July proformas. | 0.10 |
| 08/18/10 | KLC | Correspondences with Accounting re: July invoice revisions for July monthly statement [0.2]; Draft July fee statement (1). | 1.20 |
| 08/24/10 | KLC | Revise July monthly fee statement. | 0.30 |
| 08/26/10 | BNS | Review monthly fee statement. | 0.20 |

**PROFESSIONAL SERVICES**                1,093.00



# BUTZEL LONG

### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480645

Account Number 000141216-0001
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through September 30, 2010**
### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 1.30 | hours at | $525.00 | $682.50 |
| Barry N. Seidel | 3.90 | hours at | $725.00 | $2,827.50 |
| Total For Shareholder | 5.20 | | | $3,510.00 |
| Associate | | | | |
| Katie L. Cooperman | 6.50 | hours at | $395.00 | $2,567.50 |
| Total For Associate | 6.50 | | | $2,567.50 |
| Paralegal II | | | | |
| Frederick Capria | 0.20 | hours at | $245.00 | $49.00 |
| Total For Paralegal II | 0.20 | | | $49.00 |

| | |
|---|---|
| Current Fees: | $6,126.50 |
| Current Disbursements: | $0.00 |
| Total Current Invoice: | $6,126.50 |
| **Total Balance Due:** | **$6,126.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480645

Account Number: 000141216-0001

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through September 30, 2010
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/07/10 | E.F. | Participate in Committee call concerning objection update. | 0.70 |
| 09/07/10 | BNS | Correspondence with E. Fisher regarding preparation for 3p conference call with Committee (.6); participate on conference call (.7); and follow up correspondence to E. Fisher and K. Cooperman (.6). | 1.90 |
| 09/07/10 | KLC | Participate in Committee call re: update. | 0.70 |
| 09/07/10 | FJC | Telephone call from individual creditor (.1); e-mail to case team re same (.1). | 0.20 |
| 09/24/10 | BNS | Review FTI update regarding budget for litigations. | 0.50 |
| 09/28/10 | KLC | Continue review of plan (1) and disclosure statement (0.7) re: reservation of post confirmation authority. | 1.70 |
| 09/29/10 | E.F. | Review Plan (.2) and Disclosure Statement (.2); review e-mail from Cooperman regarding same (.2). | 0.60 |
| 09/29/10 | BNS | Participate on committee call to discuss issues including DS objection and JPM lawsuit. | 1.50 |
| 09/29/10 | KLC | Participate in Committee call re: DS objection and JPM lawsuit (1.5); continue review of disclosure statement re: preservation of post confirmation authority (1.9); review debtors' schedules re: status of Nova Scotia claims in connection with disclosure statement (0.6). | 4.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480645

Account Number 000141216-0001

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
    **RE: GENERAL ADVICE**

**PROFESSIONAL SERVICES**       **$6,126.50**



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480646

Account Number 0001 41216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| Associate | | | | |
| Katie L. Cooperman | 0.30 | hours at | $395.00 | $118.50 |
| Total For Associate | 0.30 | | | $118.50 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $31.00 |
| Special Postal Charges | $0.44 |
| **Total Disbursements** | **$31.44** |

| | |
|---|---|
| Current Fees: | $118.50 |
| Current Disbursements: | $31.44 |
| Total Current Invoice: | $149.94 |
| **Total Balance Due:** | **$149.94** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480646

Account Number: 000141216-0005

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through September 30, 2010
RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/14/10 | KLC | Draft October budget; correspondence to Seidel re: same. | 0.20 |
| 09/15/10 | KLC | Correspondence to Fee Examiner re: October budget. | 0.10 |

**PROFESSIONAL SERVICES**          **$118.50**



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No  . . .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                        October 8, 2010
GENERAL MOTORS CORPORATION

Invoice No. 8480647

Account Number 000141216-0006
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through September 30, 2010**
### RE: JP MORGAN AVOIDANCE COMPLAINT

**Professional Services**

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 2.90 | hours at | $525.00 | $1,522.50 |
| Barry N. Seidel | 4.30 | hours at | $725.00 | $3,117.50 |
| Total For Shareholder | 7.20 | | | $4,640.00 |
| | | | | |
| **Associate** | | | | |
| Katie L. Cooperman | 4.30 | hours at | $395.00 | $1,698.50 |
| Total For Associate | 4.30 | | | $1,698.50 |
| | | | | |
| **Paralegal II** | | | | |
| Frederick Capria | 0.20 | hours at | $245.00 | $49.00 |
| Total For Paralegal II | 0.20 | | | $49.00 |

**Disbursements**

| Description | Total |
|---|---|
| Copies | $34.00 |
| Filing Fees | $0.88 |
| Service Fees | $2.86 |
| Meal Expense | $20.00 |
| **Total Disbursements** | **$57.74** |

| | |
|---|---|
| Current Fees: | 6,387.50 |
| Current Disbursements: | 57.74 |
| Total Current Invoice: | 6,445.24 |
| **Total Balance Due:** | **$6,445.24** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480647

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through September 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/01/10 | BNS | Correspondence to E. Fisher regarding adjournment of summary judgment hearing date (.2); and email with Weil regarding same (.2). | 0.40 |
| 09/02/10 | E.F. | E-mails with Karotkin and Smolinsky (Weil) regarding date for oral argument on summary judgment motion. | 0.20 |
| 09/02/10 | BNS | Review JPM reply brief (1); and Rule 7056 counter stipulation (.8); discuss issues with K. Cooperman (.3); attention to rescheduling summary judgment hearing (.1). | 2.20 |
| 09/02/10 | KLC | Telephone call from noteholder re: litigation status; telephone call from BJ Gerber chambers re: oral argument; discuss JPM issues with Seidel; correspondences to Callagy (KDW) re: same. | 0.40 |
| 09/03/10 | E.F. | E-mails concerning scheduling of oral argument on Summary Judgment Motion. | 0.20 |
| 09/03/10 | KLC | Telephone call to Callagy (KDW) re: oral argument; correspondence from Callagy re: same; correspondence to M. Meises (WGM) re: same; telephone call to H. Blum (chambers) re: same. | 0.20 |
| 09/08/10 | FJC | Telephone call with individual creditor re: JPM. | 0.20 |
| 09/14/10 | KLC | Correspondence from J. Sharret (KLNF) re: committee update re: treasury. | 0.10 |
| 09/14/10 | KLC | Telephone call with FTI and L. Buonomo (New | 0.60 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480647

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | GM) re: term loan collateral valuation. | |
| 09/21/10 | E.F. | Telephone call with FTI and New GM regarding collateral valuation concerning term loan (0.5); follow-up call with Cooperman and FTI regarding same (0.2). | 0.70 |
| 09/21/10 | KLC | Telephone call with FTI and New GM re: collateral valuation re: term loan (0.5); follow up call with Fisher and FTI re: same (0.2). | 0.70 |
| 09/22/10 | KLC | Telephone call to and from D. Yousiff (Och-Ziff) re: term loan. | 0.20 |
| 09/27/10 | E.F. | Confer with Cooperman regarding collateral valuation issues. | 0.20 |
| 09/27/10 | BNS | Consider emails regarding status of informal discovery from New GM. | 0.20 |
| 09/27/10 | KLC | Telephone call with New GM and FTI re: collateral valuation; correspondences from A. Phillips (FTI) re: same; confer with Fisher re: same. | 0.40 |
| 09/28/10 | E.F. | E-mails with Macksoud (KLNF) concerning motion to enforce DIP order (.2); review (0.6) and comment upon draft motion to enforce DIP order (.3). | 1.10 |
| 09/28/10 | KLC | Calculate fees incurred per T. Mayer (KLNF) request re: motion to enforce DIP (0.3); correspondence from L. Macksoud (KLNF) re: same motion (0.1); review motion (0.4); confirm all interim fee applications were provided to Treasury re: same motion (0.3). | 1.10 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480647

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through September 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/29/10 | E.F. | E-mails with Seidel and Cooperman regarding Kramer Levin draft motion. | 0.50 |
| 09/29/10 | BNS | Review draft of Kramer Levin motion to quiet title (0.9) and provide comments (0.3). | 1.20 |
| 09/29/10 | BNS | Telephone conference with T. Mayer (KLNF) regarding motion to quiet title. | 0.30 |
| 09/29/10 | KLC | Correspondence from L. Macksoud (KLNF) re: revised motion to enforce DIP (0.1); review same motion (0.2); correspondences to Fisher and Seidel re: mistake and authority issue re: same motion (0.1); review deposition exhibits re: same (0.2). | 0.60 |

#### PROFESSIONAL SERVICES                    6,387.50



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| | | | | |
| Shareholder | | | | |
| Eric Fisher | 21.30 | hours at | $525.00 | $11,182.50 |
| Robert Sidorsky | 0.20 | hours at | $625.00 | $125.00 |
| Barry N. Seidel | 5.30 | hours at | $725.00 | $3,842.50 |
| Total For Shareholder | 26.80 | | | $15,150.00 |
| | | | | |
| Associate | | | | |
| Laura E. Tedesco | 6.00 | hours at | $215.00 | $1,290.00 |
| Katie L. Cooperman | 81.50 | hours at | $395.00 | $32,192.50 |
| Total For Associate | 87.50 | | | $33,482.50 |
| | | | | |
| Paralegal II | | | | |
| Frederick Capria | 4.50 | hours at | $245.00 | $1,102.50 |
| Total For Paralegal II | 4.50 | | | $1,102.50 |

| Disbursements | |
|---|---|
| Description | Total |
| Copies | $106.90 |
| Special Postal Charges | $6.24 |
| Computer Research | $3,425.07 |
| Filing Fees | $49.84 |
| Professional Service-Other Counsel | $16,532.32 |
| Meal Expense | $60.00 |
| **Total Disbursements** | **$20,180.37** |



ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through September 30, 2010**

**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| | |
|---|---|
| Current Fees: | $49,735.00 |
| Current Disbursements: | $20,180.37 |
| Total Current Invoice: | $69,915.37 |
| **Total Balance Due:** | **$69,915.37** |

# BUTZEL LONG

### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through September 30, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/01/10 | RS | Office conference with K. Cooperman regarding status. | 0.20 |
| 09/01/10 | E.F. | Meet with Cooperman to prepare for meeting with Zirinsky (GT) concerning NS objection (.5); e-mails with Mayer (KLNF) regarding status of NS proceeding (.3); review research concerning standing and assumption/assignment issues (.5); attend meeting with Zirinsky concerning discovery issues (1.6). | 2.90 |
| 09/01/10 | BNS | Review emails (0.2) and pleadings in preparation for meeting at Greenberg Traurig (.5); attend meeting at Greenberg Traurig (3p-4:30p) (1.6) with B. Zirinsky, et al. | 2.30 |
| 09/01/10 | BNS | Respond to Macksoud (KLNF) email regarding objection to NS noteholders' claim re: voting on plan. | 0.30 |
| 09/01/10 | KLC | Confer with Sidorsky re: status (0.2); meeting with Greenberg Traurig re: objection (1.6); prepare for same with Fisher (0.5); correspondence with J. Santambrogio (FTI) re: objections to claims (0.2); review objection re: meeting (0.6). | 3.10 |
| 09/02/10 | E.F. | Confer with Mayer (KLNF) regarding NS standing issues (.3); confer with Cooperman concerning legal research on standing issues (.4); correspondence to Seidel concerning NS standing issues (.3); review cases concerning 502(d) standing (.3). | 1.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/02/10 | KLC | Office conference with Fisher re: Nova Scotia objection and standing issues (0.4); research re: 502(d) in connection with avoidance (2.4); research committee standing in connection with equitable subordination (1.4). | 4.00 |
| 09/03/10 | E.F. | Review results of legal research regarding standing issues. | 1.80 |
| 09/07/10 | E.F. | Meet with Cooperman concerning analysis of standing issues (.7); analyze entitlement to sue issues raised by Greenberg (1.6). | 2.30 |
| 09/07/10 | KLC | Office conference with Fisher re: standing analysis (0.7); correspondence to Alix re: objections to Nova Scotia related claims (0.3); review master sale and purchase agreement to analyze claims sold to New GM (3.9). | 4.90 |
| 09/08/10 | KLC | Review research re: standing issues concerning 502(d) objection (3.8); prepare summary of research re: same (2.2); correspondences to Capria re: citations (0.2). | 6.20 |
| 09/09/10 | KLC | Revise analysis of master sale and purchase agreement re: claims sold to New GM in connection with objection strategy. | 2.10 |
| 09/09/10 | FJC | Cite check case law forwarded by K. Cooperman (1.0); correspondence to Cooperman with corrected cites (.1). | 1.10 |
| 09/10/10 | KLC | Telephone call to C. Nelson re: Nova Scotia update (0.1); further research re: 502(d) | 6.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through September 30, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | disallowance and committees (3.3); further research re: equitable subordination claim raised via objection (3.4). | |
| 09/11/10 | KLC | Draft summary of equitable subordination re: recommendation memo to Committee. | 4.80 |
| 09/13/10 | E.F. | Meet with Cooperman concerning memorandum to Committee regarding standing issues (.5); analyze cases and notes concerning results of research regarding same (2.6). | 3.10 |
| 09/13/10 | KLC | Office conference with Fisher re: memorandum and recommendation for Committee (0.5); correspondences with Capria re: citations for same summary (0.2); revise research summary re: 502(d) (0.7) and 510(c) (1.1); revise research summary re: flow of funds (3.2); revise research summary re: sale agreement analysis (1.4). | 7.10 |
| 09/13/10 | FJC | Cite check case law (1.7); correspondence re: same to K. Cooperman (.1). | 1.80 |
| 09/14/10 | KLC | Correspondences with Capria re: citations (0.2); begin drafting recommendation memo for committee (4.6). | 4.80 |
| 09/14/10 | FJC | Cite checking of case law (.5); correspondence re: same to K. Cooperman (.1). | 0.60 |
| 09/15/10 | KLC | Continue drafting recommendation memorandum to Committee (9.2); correspondences with Capria re: citations for same (0.2). | 9.40 |

# BUTZEL LONG
· ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through September 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/15/10 | FJC | Cite check case law for K. Cooperman. | 0.20 |
| 09/16/10 | E.F. | Review and revise draft memorandum regarding 60(b) standard (1.0); review research regarding executory contracts (1.5); review and revise draft memorandum regarding same (.5). | 3.00 |
| 09/16/10 | KLC | Supplemental research re: 60(b) standard (3.6); draft summary re: same (2.1); research re: executory contracts (4.2); draft summary re: same (1.6); correspondences with Capria re: citations (0.1). | 11.60 |
| 09/16/10 | FJC | Cite check case law (0.6) and email same to K. Cooperman (0.2). | 0.80 |
| 09/17/10 | E.F. | Review plan issues regarding standing carve outs (.6); review research collapsing of transactions and avoidance (.5); review memorandum concerning Committee's standing to pursue objection (.9); confer with Cooperman and Seidel regarding same (.7). | 2.70 |
| 09/17/10 | BNS | Conference with E. Fisher and K. Cooperman regarding legal issues on waiver and . preservation of claims in plan and DS. | 0.70 |
| 09/17/10 | KLC | Telephone call with L. Tedesco re: assumption research and avoidance provisions of code (0.3); correspondence to Tedesco re: same (0.1); research plan issues re: standing carve outs (2); discuss same with Seidel and Fisher (0.7); | 4.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through September 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|  |  | research collapsing transactions and avoidance (1.1). |  |
| 09/17/10 | LT | Telephone call with Cooperman regarding Research on Contract Assumption Defense under Bankruptcy law. | 0.30 |
| 09/18/10 | LT | Research regarding assumption as a bar to payments or obligations under the Code. | 0.30 |
| 09/19/10 | E.F. | Legal research concerning entitlement to sue issues. | 0.60 |
| 09/19/10 | KLC | Review research re: property of the estate. | 0.60 |
| 09/19/10 | LT | Further research regarding assumption as a bar to payments or obligations under the Code. | 1.00 |
| 09/20/10 | E.F. | Confer with Cooperman regarding case strategy issues. | 0.40 |
| 09/20/10 | BNS | Review memo draft regarding standing issues. | 0.80 |
| 09/20/10 | KLC | Further research re: escrowed funds (1.1); review cases re: collapsing transactions (1.2); correspondence to Tedesco re: same (0.1); begin analyzing 34 individual proofs of claim in connection with objecting (2.1); confer with Fisher re: case strategy (0.4). | 4.90 |
| 09/20/10 | LT | Research regarding assumption as a bar to payments under 548 and 549. | 4.40 |
| 09/21/10 | E.F. | Review draft recommendation memorandum (.4); e-mail to Cooperman regarding same (.1). | 0.50 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through September 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/21/10 | KLC | Continue research on property of the estate in connection with recommendation memorondum (2); continue research re: collapsing transactions re: same (1.1). | 3.10 |
| 09/24/10 | BNS | Consider issues regarding individual status and issues. | 0.50 |
| 09/24/10 | KLC | Analyze claims filed by beneficial bondholders re: Nova Scotia (1.9); telephone calls with D. Lockard (Alix) re: same (0.4); correspondence to Fisher and Seidel re: strategy. | 2.60 |
| 09/27/10 | E.F. | Revise memorandums regarding standing issues (.7); confer with Coopermon regarding same (.2). | 0.90 |
| 09/27/10 | KLC | Continue analysis re: potential objection to individual claims filed by beneficial bondholders of Nova Scotia Finance (0.4); confer with Fisher re: memo (0.2). | 0.60 |
| 09/28/10 | E.F. | Review results of research (0.9) and incorporate into memorandum to Committee concerning standing issues (0.6). | 1.50 |
| 09/29/10 | E.F. | E-mails with Canadian firm concerning Unlimited Liability Company Act and insolvency expertise. | 0.30 |
| 09/29/10 | BNS | Conference with K. Cooperman regarding plan treatment of NS bondholder claims. | 0.70 |
| 09/29/10 | KLC | Confer with Seidel re: plan treatment re: Nova Scotia (0.7). | 0.70 |



BUTZEL LONG

ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480648

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**
**PROFESSIONAL SERVICES         $49,735.00**



ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480649

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through September 30, 2010**
   **RE: MONTHLY FEE STATEMENTS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Associate | | | | |
| Katie L. Cooperman | 2.40 | hours at | $395.00 | $948.00 |
| Total For Associate | 2.40 | | | $948.00 |
| Paralegal II | | | | |
| Frederick Capria | 2.70 | hours at | $245.00 | $661.50 |
| Total For Paralegal II | 2.70 | | | $661.50 |

| | |
|---|---|
| Current Fees: | $1,609.50 |
| Less 50% Fee Adjustment: | $(804.75) |
| Current Disbursements: | $0.00 |
| Total Current Invoice: | $804.75 |
| **Total Balance Due:** | **$804.75** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

October 8, 2010

Invoice No. 8480649

Account Number: 000141216-0010

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through September 30, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 09/13/10 | KLC | Revise August proformas in connection with August fee statement. | 1.00 |
| 09/22/10 | KLC | Draft August fee statement. | 1.10 |
| 09/23/10 | KLC | Revise invoices re: August Fee statement. | 0.10 |
| 09/24/10 | KLC | Revise August fee statement. | 0.20 |
| 09/28/10 | FJC | Begin review of August monthly fee statement by checking charges and totals. | 1.50 |
| 09/29/10 | FJC | Complete review of monthly fee statement. | 1.20 |

**PROFESSIONAL SERVICES**          $1,609.50