**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------------x

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.  I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On November 8, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

    - Order Granting Debtors' Eighty-Fifth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7664].

3.  On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

    - Order Granting Debtors' Eighty-Sixth Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7665].

4. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- Order Granting Debtors' Eighty-Eighth Omnibus Objection to Claims (Duplicate and Superseded Claims) [Docket No. 7667].

5. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit D annexed hereto (affected parties):

- Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 7668].

6. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit E annexed hereto (affected parties):

- Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) ("**Order Granting Debtors' Ninetieth Omnibus Objection to Claims**") [Docket No. 7669].

7. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit F annexed hereto (affected party):

- Order Granting Debtors' Ninety-First Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 7670].

8. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit G annexed hereto (affected party):

- Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) ("**Order Granting Debtors' Ninety-Second Omnibus Objection**") [Docket No. 7671].

9.      On November 12, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the **Order Granting Debtors' Ninetieth Omnibus Objection to Claims** to be served by first class mail on Curtis Griffin, 4220 Highway 29, New Augusta, Mississippi 39462 (affected party).

10.     On November 12, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the **Order Granting Debtors' Ninety-Second Omnibus Objection** to be served by first class mail on Teresa Karim, 130 Oxford Avenue, Dayton, Ohio 45402-6149 (affected party).

Dated:  November 15, 2010                    /s/ Radha S. Rai
        Melville, New York                   Radha S. Rai

Sworn to before me this 15th day of November, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011

# EXHIBIT A

| | |
|---|---|
| CENTERPOINT ASSOCIATES LLC<br>C/O EARLE I ERMAN ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD MI 48034 | HELEN D LEONARD<br>HC 60 BOX 185<br>CHECOTAH OK 74426-9408 |
| MARIA MERCADO<br>449 ROADRUNNER DR<br>PATTERSON CA 95363 | MARIA MERCADO<br>PO BOX 2079<br>OAKLAND CA 94604 |
| TRUSTEES OF THE SCREEN ACTORS GUILD-<br>PRODUCER PENSION & HEALTH PLANS<br>3601 WEST OLIVE AVENUE<br>BURBANK CA 91510-7830 | TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCER PENSION & HEALTH PLANS<br>PETER S DICKINSON<br>BUSH GOTTLIEB SINGER LOPEZ KOHANSKI ADELSTEIN & DICKINSON<br>500 NORTH CENTRAL AVENUE SUITE 800<br>GLENDALE CA 91203 |

# EXHIBIT B

| | |
|---|---|
| COLL, EMMA<br>69 CENTER ST<br>RONKONKOMA NY 11779-4555 | COLL, EMMA<br>C/O SANDERS, SANDERS, BLOCK, WOYCIK, VIENER & GROSSMAN, PC<br>100 HERRICKS ROAD<br>MINEOLA NY 11501 |
| KEPLINGER, KRISTEN<br>APT 3<br>656 WEST PIEDMONT STREET<br>KEYSER WV 26726-2420 | KEPLINGER, KRISTEN<br>JAMES LAW FIRM PLLC<br>65 N MAIN STREET<br>KEYSER WV 26726 |
| MILLENDER CENTER ASSOCIATES LIMITED PARNERSHIP<br>C/O VICKI R HARDING ESQ<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT MI 48243 | NEW FLYER OF AMERICA INC<br>711 KERNAGHAN AVE<br>ATTN COLIN PEWARCHUK, ESQ<br>WINNIPEG, MANITOBA  CANADA R2C 3T4 |
| NEW FLYER OF AMERICA INC<br>TORYS LLP<br>237 PARK AVENUE<br>ATTN CHRISTOPHER C APARELLI<br>NEW YORK NY 10017-1 | PERNELL, JAMES<br>1233 FRANKLIN LN<br>HENDERSON NC 27537-6270 |

# EXHIBIT C

| | |
|---|---|
| PYATT SR, JOE N<br>1598 S INDIAN CREEK DR<br>STONE MOUNTAIN GA 30083-5422 | SACHSE, MARIE<br>DAVID SACHSE<br>310 DRIFTWOOD LANE<br>ST PETERS MO 63376 |
| SACHSE, MARIE<br>MR. JAMES M DOWD<br>15 NORTH GORE AVE<br>STE 210<br>ST LOUIS MO 63119 | SACHSE, MARIE "DECEASED" LARRY, CATHY AND DAVID SACHEE<br>15 RED MILL CT<br>SAINT PETERS MO 63376-6914 |

# EXHIBIT D

FELIPE ESQUIBEL  
8500 TURNPIKE DR  
WESTMINSTER CO 80031

GERALD A KOLB  
14137 RANDALL DR  
STERLING HTS MI 48313-3558

LUGO AUTO SALES INC  
ALFREDO CARDONA  
220 AVE LOS ATLETICOS  
SAN GERMAN PR 00683

MONTY R & LISA K HENDERSON  
7340 S ALBANY AVE  
CHICAGO IL 60629

PIERRO, JOHN  
NEIMAN JOSEPH H  
17936 80TH RD  
JAMAICA NY 11432-1402

# EXHIBIT E

| | |
|---|---|
| JONES, PEARLY M | TOMPACH, FAYE M  (DECEASED) |
| 168 BRANCH ST | 5837 MITCHELL CANYON CT |
| LOCKPORT NY 14094-8930 | CLAYTON CA 94517-1334 |

# EXHIBIT F

ALESIA R DORSEY
615 E BELLE ST
WHARTON TX 77488-2619

# EXHIBIT G

HERR BARRY E
6013 LAKE BREEZE RD
GROVE OK 74344-7882