## **EXHIBIT A**

Amended SDNY Guidelines Certification

JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Patrick J. Trostle
Heather D. McArn

353 N. Clark St.
Chicago, Illinois 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484
Joseph P. Gromacki
Daniel R. Murray

Special Counsel for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY., *et al.*,              :        09-50026 (REG)
                                                    :
                              Debtors.              :        (Jointly Administered)
------------------------------------------------------------------------x

<div align="center">

**CERTIFICATION UNDER GUIDELINES**
**FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS**
**IN RESPECT OF FOURTH INTERIM FEE APPLICATION OF**
**JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

</div>

I, Daniel R. Murray, hereby certify that:

1.    I am a partner of Jenner & Block LLP ("**Jenner & Block**"), special counsel for

Motors Liquidation Company, *et al.* and its affiliated debtors (collectively, the "**Debtors**") in

the above-captioned bankruptcy cases.

2.    I have been designated by Jenner & Block with responsibility in this case for

ensuring that the Fourth Interim Application of Jenner & Block, dated November 15, 2010 (the

"**Fourth Interim Application**") for interim payment of compensation and reimbursement of

expenses for the period commencing June 1, 2010 through and including September 30, 2010

(the "**Compensation Period**") complies with the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted

on November 25, 2009 (the "**Amended SDNY Guidelines**") and the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses

Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice dated

January 30, 1996 (the "**UST Guidelines**" and, together with the Amended SDNY Guidelines,

the "**Guidelines**").

      3.     In respect of Section B.l of the Amended SDNY Guidelines, I certify that:

      a.     I have read the Fourth Interim Application;

      b.     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the Fourth Interim Application fall within the Guidelines;

      c.     The fees and disbursements sought are billed at rates in accordance with practices customarily employed by Jenner & Block and generally accepted by Jenner & Block's clients; and

      d.     In providing a reimbursable service, Jenner & Block does not make a profit on that service, whether the service is performed by Jenner & Block in-house or through a third party.

      4.     In respect of Section B.2 of the Amended SDNY Guidelines, I certify that Jenner

& Block has provided the Debtors and counsel for the statutory committee of unsecured creditors

appointed in these cases statements of Jenner & Block's fees and disbursements accrued during

the previous month, although, due to administrative limitations, such statements were not always

provided within the timetable set forth in the Amended SDNY Guidelines.  To the extent

necessary, Jenner & Block seeks a partial waiver of the requirement in Section B.2 of the

Amended SDNY Guidelines that "the trustee, and in chapter 11 cases, the chair of each official

committee and the debtor have all been provided not later than 20 days after the end of each

month with a statement of fees and disbursements accrued during such month."

5.       In respect of Section B.3 of the Local Guidelines, I certify that the Debtors have

been provided with a copy of the Fourth Interim Application; and, to the extent necessary, Jenner

& Block seeks a partial waiver of the requirement in Section B.3 of the Amended SDNY

Guidelines that "the trustee, and, in a chapter 11 case, the chair of each official committee and

the debtor have all been provided with a copy of the relevant fee application at least 10 days

before the date set by the court or any applicable rules for filing fee applications."

Dated: November 15, 2010

<div style="margin-left: 45%;">

_/s/ Daniel R. Murray_
Daniel R. Murray

</div>

## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
<u>Services to the Debtors for June 1, 2010 - September 30, 2010</u>

ATTORNEYS

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Joseph P. Gromacki | 1992 | 712 | 0.50 | 356.00 |
| Partner | Daniel R. Murray | 1970 | 767 | 5.40 | 4,141.80 |
| Partner | Patrick J. Trostle | 1992 | 700 | 5.70 | 3,990.00 |
| **Partner Total** | | | | **11.60** | **8,487.80** |

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Of Counsel | Thalia L. Myrianthopolis | 2001 | 438 | 0.90 | 394.20 |
| **Of Counsel Total** | | | | **0.90** | **394.20** |

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Associate | Ryan K. Harding | 2001 | 383 | 6.10 | 2,336.30 |
| Associate | Gregory S. Knudsen | 2008 | 274 | 6.40 | 1,753.60 |
| Associate | Andrew J. Olejnik | 2004 | 339 | 0.90 | 305.10 |
| **Associate Total** | | | | **13.40** | **4,395.00** |
| **Total Attorney Time** | | | | **25.90** | **13,277.00** |

PARAPROFESSIONALS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 260 | 3.70 | 962.00 |
| **Total Paraprofessional Time** | | | **3.70** | **962.00** |

SUMMARY

| Description | Amount |
|---|---|
| **Total Amount for Services Rendered (Attorneys and Paraprofessionals)** | **$14,239.00** |
| **Less 50% Non-Working Travel Time** | **($0.00)** |
| **Total Amount of Fees Requested for Services Rendered (October 1, 2009 - January 31, 2010)** | **$14,239.00** |

## **EXHIBIT C**

Summary of Project Matters

Exhibit C
Summary of Project Matters

### Schedules of Fees by Project Matter

MATTER NUMBER 10070  PRODUCTS LIABILITY LITIGATION

| Position | Name | Rate | Time | Amount |
|----------|------|------|------|--------|
| Partner | Daniel R. Murray | 767 | 1.00 | 767.00 |
| TOTAL | | | 1.00 | 767.00 |

MATTER NUMBER 10100  FEE APPLICATION

| Position | Name | Rate | Time | Amount |
|----------|------|------|------|--------|
| Partner | Daniel R. Murray | 767 | 1.90 | 1,457.30 |
| Partner | Patrick J. Trostle | 700 | 4.50 | 3,150.00 |
| Associate | Gregory S. Knudsen | 274 | 5.20 | 1,424.80 |
| Associate | Andrew J. Olejnik | 339 | 0.90 | 305.10 |
| Senior Paralegal | Michael H. Matlock | 260 | 3.70 | 962.00 |
| TOTAL | | | 12.80 | 7,299.20 |

MATTER NUMBER 10126  CASE ADMINISTRATION

| Position | Name | Rate | Time | Amount |
|----------|------|------|------|--------|
| Partner | Joseph P. Gromacki | 712 | 0.50 | 356.00 |
| Partner | Daniel R. Murray | 767 | 2.50 | 1,917.50 |
| Partner | Patrick J. Trostle | 700 | 1.20 | 840.00 |
| Associate | Gregory S. Knudsen | 274 | 1.20 | 328.80 |
| TOTAL | | | 4.30 | 3,442.30 |

MATTER NUMBER 10142  O'NEILL

| Position | Name | Rate | Time | Amount |
|----------|------|------|------|--------|
| Of Counsel | Thalia L. Myrianthopolis | 438 | 0.60 | 262.80 |
| TOTAL | | | 0.60 | 262.80 |

MATTER NUMBER 10150  KAPLAN/BLANKENSHIP

| Position | Name | Rate | Time | Amount |
|----------|------|------|------|--------|
| Of Counsel | Thalia L. Myrianthopolis | 438 | 0.30 | 131.40 |
| Associate | Ryan K. Harding | 383 | 6.10 | 2,336.30 |
| TOTAL | | | 6.40 | 2,467.70 |

# **<u>EXHIBIT D</u>**

Schedule of Expense Categories

<u>Exhibit D</u>
Schedule of Expense Categories

## SUMMARY OF EXPENSES

<u>Categories of Expenses for which Jenner & Block Seeks Reimbursement</u>

| Description | Amount |
|---|---|
| Court Reporter Charges | 137.90 |
| Color Network Printing | 181.40 |
| In-City Transportation | 39.00 |
| Network Printing | 277.00 |
| Photocopy Expense | 70.40 |
| UPS | 15.76 |
| **TOTAL EXPENSES** | 721.46 |

**<u>EXHIBIT E</u>**

Detailed List of Expenses

EXPENSES

Detailed List of Expenses for which Jenner & Block Seeks Reimbursement

| | | |
|---|---|---|
| 5/27/10 | UPS | 7.71 |
| 6/07/10 | Color Network Printing | 3.00 |
| 6/10/10 | Network Printing | 24.00 |
| 6/11/10 | Network Printing | .60 |
| 6/15/10 | Network Printing | 144.40 |
| 6/16/10 | Network Printing | 14.80 |
| 6/17/10 | Network Printing | 27.10 |
| 6/18/10 | Network Printing | 2.40 |
| 6/21/10 | Network Printing | 2.60 |
| 6/22/10 | Network Printing | 2.10 |
| 6/23/10 | Network Printing | 4.00 |
| 6/24/10 | Network Printing | 2.30 |
| 6/28/10 | Network Printing | 9.60 |
| 6/29/10 | In-City Transportation - P. Trostle 06/29/2010 | 39.00 |
| 7/02/10 | Network Printing | 1.20 |
| 7/07/10 | Veritext New York Reporting Co. - hearing transcript 7/7/2010 | 137.90 |
| 7/07/10 | Network Printing | 4.70 |
| 7/08/10 | Network Printing | 2.30 |
| 7/09/10 | Network Printing | 17.60 |
| 7/12/10 | Network Printing | 3.20 |
| 7/12/10 | Network Printing | 75.70 |
| 7/15/10 | Network Printing | .60 |
| 7/20/10 | Photocopy-NQue | 9.90 |
| 7/29/10 | Photocopy-NQue | 28.00 |
| 8/02/10 | Network Printing | 2.60 |
| 8/04/10 | Color Network Printing | .60 |
| 8/04/10 | Network Printing | .80 |
| 8/05/10 | Color Network Printing | 1.60 |
| 8/10/10 | Color Network Printing | 1.60 |
| 8/12/10 | Network Printing | 6.30 |
| 8/12/10 | UPS | 8.05 |
| 8/16/10 | Color Network Printing | 2.00 |
| 8/17/10 | Network Printing | 4.50 |
| 8/18/10 | Color Network Printing | 5.20 |
| 8/19/10 | Color Network Printing | 22.20 |
| 8/20/10 | Photocopy & Related Expenses | 7.60 |
| 8/23/10 | Color Network Printing | 14.40 |
| 8/23/10 | Network Printing | 20.20 |
| 8/24/10 | Color Network Printing | 1.40 |

<u>Exhibit E</u>
Detailed List of Expenses

| | | |
|---|---|---:|
| 8/24/10 | Network Printing | 1.10 |
| 8/26/10 | Photocopy & Related Expenses | 24.90 |
| 8/26/10 | Network Printing | 8.60 |
| 8/27/10 | Color Network Printing | 13.60 |
| 8/27/10 | Network Printing | 8.30 |
| 8/31/10 | Network Printing | 1.20 |
| | TOTAL DISBURSEMENTS | $ 721.46 |

# **EXHIBIT F-1**

Detailed Time Records - June

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

JENNER FEE APPLICATION                                    MATTER NUMBER -    10100

| | | | | |
|---|---|---|---|---|
| 6/28/10 | PJT | 1.00 | Reviewed second interim fee application and correspondence with Fee Examiner re preparation for hearing before Judge Gerber (.8); e-mailed D. Murray and A. Olejnik re status of discussions with Fee Examiner re Jenner's second interim fee application (.2). | 700.00 |
| 6/29/10 | PJT | 3.20 | Prepared for and attended second interim fee application hearing before Judge Gerber (3.); reviewed revised June 29 hearing agenda (.2). | 2,240.00 |

MATTER TOTAL                              $ 2,940.00

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                          MATTER NUMBER -    10126

| 6/07/10 | JPG | .50 | Worked on issues re master lease and related follow-up. | 356.00 |
|---------|-----|-----|---------------------------------------------------------|--------|
| 6/09/10 | GSK | .10 | Reviewed possible entity disclosure e-mail from J. Gromacki. | 27.40 |
| 6/10/10 | GSK | .20 | Drafted MLC monthly budget for July (.1); sent same to D. Murray for review (.1). | 54.80 |
| 6/15/10 | DRM | .50 | Reviewed draft report of Fee Examiner and prepared memorandum to J. Gromacki and G. Knudsen re same. | 383.50 |
| 6/17/10 | DRM | .10 | Memorandum to Fee Examiner re response to his report. | 76.70 |
| 6/22/10 | DRM | .20 | Reviewed report of Fee Examiner filed with Bankruptcy Court and memoranda to and from P. Trostle re same. | 153.40 |
| 6/22/10 | PJT | .40 | Reviewed Fee Examiner's comments to Jenner's first and second interim applications. | 280.00 |
| 6/23/10 | DRM | .30 | Reviewed Fee Examiner's report as filed with Bankruptcy Court and memoranda to and from P. Trostle re same. | 230.10 |
| 6/23/10 | PJT | .20 | Reviewed Fee Examiner's statements re second interim report. | 140.00 |
| 6/24/10 | DRM | .40 | Memoranda to J. Gromacki and G. Knudsen re follow-up to request of Fee Examiner for additional information on product liability cases and met with G. Knudsen re same. | 306.80 |
| 6/28/10 | DRM | .20 | Participated in telephone conference with P. Trostle re hearing before Judge Gerber and preparation for same and reviewed Fee Examiner report re same. | 153.40 |
| 6/29/10 | DRM | .40 | Memoranda to and from P. Trostle re hearing on fee petition before Judge Gerber (.2); conferred with P. Trostle re hearing before Judge Gerber (.2). | 306.80 |
| 6/29/10 | PJT | .40 | Drafted summary of fee hearing and sent same to D. Murray. | 280.00 |

MATTER TOTAL                              $ 2,748.90

**<u>EXHIBIT F-2</u>**

Detailed Time Records – July

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

JENNER FEE APPLICATION                                    MATTER NUMBER -    10100

| | | | | |
|---|---|---|---|---|
| 7/08/10 | MHM | 2.00 | Worked on compiling data for fee application. | 520.00 |
| 7/08/10 | GSK | .40 | Conferred with M. Matlock re preparation of necessary exhibits for MLC Third Interim Fee Application (.2); sent relevant documents re same to M. Matlock (.2). | 109.60 |
| 7/09/10 | MHM | 1.70 | Reviewed and revised exhibits for quarterly fee application. | 442.00 |
| 7/14/10 | GSK | .20 | Conferred with conflicts department re possible entities for supplemental disclosure statement. | 54.80 |

MATTER TOTAL                                    $ 1,126.40

LAW OFFICES

**JENNER & BLOCK LLP**

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                              MATTER NUMBER -    10126

| | | | | |
|---|---|---|---|---|
| 7/06/10 | PJT | .20 | E-mailed D. Murray re Judge Gerber's decision re objections to second interim fee applications (.1); ordered transcript of July 6th hearing (.1). | 140.00 |
| 7/07/10 | DRM | .40 | Reviewed transcript of Judge Gerber's decisions re fee petitions and memorandum to G. Knudsen re application of same to Jenner applications. | 306.80 |

MATTER TOTAL                          $ 446.80

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

PRODUCTS LIABILITY LITIGATION                                    MATTER NUMBER -      10070

| 7/22/10 | DRM | 1.00 | Participated in telephone conferences with R. Harding re claim by plaintiff against MLC (.3); reviewed relevant portions of Asset Purchase Agreement and Section 363 order (.3); conferred with N. Hirsch and M. Terrien re same (.4). | 767.00 |

MATTER TOTAL                                    $ 767.00

## **EXHIBIT F-3**

Detailed Time Records – August

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

JENNER FEE APPLICATION                                      MATTER NUMBER -    10100

| 8/02/10 | DRM | .60 | Conferred with G. Knudsen and R. Harding re latest interim fee application and discussions with Alix Partners re same (.4); memorandum from G. Knudsen re his telephone conference with C. Bassler at Alix Partners (.2). | 460.20 |
|---------|-----|-----|------|--------|
| 8/02/10 | GSK | 1.20 | Conferred with D. Murray re Third Interim Fee Application (.4); conferred with M. Churilla re same (.3); edited same (.3); conferred with Alix Partners re same (.2). | 328.80 |
| 8/03/10 | DRM | .50 | Reviewed draft of interim fee application (.2); memorandum to and from G. Knudsen re same (.2); memorandum from R. Harding re allocation of personal injury charges (.1). | 383.50 |
| 8/03/10 | AJO | .50 | Reviewed and commented on draft Third Interim Fee Application. | 169.50 |
| 8/03/10 | GSK | .60 | Reviewed comments from D. Murray and A. Olejnik re Third Interim Fee Application. | 164.40 |
| 8/04/10 | DRM | .50 | Conferred with G. Knudsen re corrections on fee petition (.2); reviewed final draft of same (.2); memorandum to and from J. Gromacki re same (.1). | 383.50 |
| 8/04/10 | AJO | .40 | Filed and arranged for service of J&B Third Interim Fee Application. | 135.60 |
| 8/04/10 | PJT | .30 | Reviewed third interim fee application and related exhibits. | 210.00 |
| 8/04/10 | GSK | 2.80 | Conferred with D. Murray re comments to Third Interim Fee Application (.2); edited same per comments (1.1); reviewed exhibits (.6); finalized same (.2); reviewed electronic submission file (.6); sent same for filing with bankruptcy court (.1). | 767.20 |
| 8/06/10 | DRM | .30 | Participated in telephone conference with R. Brooks re retention arrangements (.1); conferred with G. Knudsen re same (.1); reviewed language of ordinary course retention order (.1). | 230.10 |

MATTER TOTAL                                    $ 3,232.80

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CASE ADMINISTRATION                                      MATTER NUMBER -     10126

| 8/19/10 | GSK | .50 | Conferred with D. Murray re supplemental disclosure statement. | 137.00 |
| 8/23/10 | GSK | .40 | Conferred with D. Murray re third supplemental declaration. | 109.60 |

MATTER TOTAL                              $ 246.60

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

O'NEILL                                                    MATTER NUMBER -      10142

| 8/03/10 | TWM | .20 | Telephone conference with S. Brown of AlixPartners re case status and settlement strategy. | 87.60 |
| 8/20/10 | TWM | .40 | Reviewed motion to remove case from bankruptcy calendar (.1); conferred with P. Harris re same (.1); conferred with S. Brown of Alix Partners re same (.1); telephone conference with plaintiff's counsel R. Burke re same (.1). | 175.20 |

MATTER TOTAL                              $  262.80

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

KAPLAN/BLANKENSHIP                                      MATTER NUMBER -    10150

| 8/02/10 | TWM | .30 | Conferred with R. Harding re claims resolution process and conferred with S. Brown of AlixPartners re same. | 131.40 |
| 8/06/10 | RKH | 2.00 | Reviewed ADR procedures. | 766.00 |
| 8/24/10 | RKH | .30 | Prepared e-mail to S. Brown re claims filed against Motors Liquidation (.1); telephone conference with opposing counsel N. Motherway re claims filed against Motors Liquidation (.1); followed up with S. Brown (.1). | 114.90 |
| 8/26/10 | RKH | 1.50 | Prepared case evaluation per S. Brown of Alix Partners. | 574.50 |
| 8/27/10 | RKH | .90 | Prepared case evaluation. | 344.70 |
| 8/31/10 | RKH | .30 | Prepared letter to opposing counsel re bankruptcy claims. | 114.90 |

MATTER TOTAL                                 $ 2,046.40

## **EXHIBIT F-4**

Detailed Time Records - September

LAW OFFICES

## JENNER & BLOCK LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

KAPLAN/BLANKENSHIP                                    MATTER NUMBER -10150

| 9/10/2010 | RKH | 1.10 | Worked on matters re withdrawal of bankruptcy claims. | 421.30 |
|-----------|-----|------|-------------------------------------------------------|--------|
|           |     | 1.10 | PROFESSIONAL SERVICES                                 | $ 421.30 |

MATTER TOTAL                                                    $ 421.30