MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

### EXHIBIT A

Listed below are the Brownfield Partners' professionals who performed services during the referenced period, their respective hourly rates, hours incurred, and associated fees.

| Name | Title | Hours | Rate | Amount* |
|---|---|---|---|---|
| 1000 - Douglas Elenowitz | Partner | 9.0 | 300.00 | 2,700.00 |
| 1001 - Mary Hashem | Partner | 10.5[4] | 300.00 | 3,140.08 |
| 1003 - Stuart Miner | Partner | 4.4 | 300.00 | 1,320.00 |
| 1004 - David McMurtry | Principal | 144.6 | 330.00 | 47,718.00 |
| 1005 - Doug Mosteller | Senior Assoc. | 6.9 | 264.00 | 1,821.60 |
| 1007 - Luke Cannon | Admin/Clerical | 26.0 | 66.00 | 1,716.00 |
| **TOTALS:** | | **201.40** | | **$ 58,415.68** |

Total Fees: $ 58,415.68

Total Expenses: $ 20,125.99

Total Fees and Expenses: $ 78,541.67

\* The compensation is no more than the customary compensation charged by comparably skilled professionals in cases other than those under Title 11.

---

[4] One entry of Mary Hashem's time was not billed in tenths of an hour but was billed at less than a tenth of an hour increment. Therefore, Brownfield Partners rounded the total due downward and thus is seeking less than what was actually billed by Ms. Hashem.

ME1 10831712v.1

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE PERIOD
JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

## EXHIBIT B

Listed below are the hours incurred and associated time charges for each time detail category.

| Task Code | Hours | Fees |
|---|---:|---:|
| B160 - Fee and Employment Application | 45.4 | 7,596.00 |
| B195 - Travel Time | 12.9 | 4,125.00 |
| B250 - Real Estate | 143.1 | 46,694.68 |
| **TOTAL:** | **201.40** | **$58,415.68** |

ME1 10831712v.1

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF EXPENSES FOR THE PERIOD
JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

### EXHIBIT C

Listed below are the expenses incurred for each expense category broken down by monthly fee statement:

| | |
|---|---:|
| **JUNE EXPENSES** | |
| Air Fare | 942.10 |
| Taxi | 46.50 |
| Meals | 50.38 |
| Hotel | 845.02 |
| Parking | 54.00 |
| **Total June Expenses** | **$1,938.00** |
| **JULY EXPENSES** | |
| **Total July Expenses** | **$0.00** |
| **AUGUST EXPENSES** | |
| Local Counsel | 18,187.992 |
| **Total August Expenses** | **$18,187.99** |
| **SEPTEMBER EXPENSES** | |
| **Total September Expenses** | **$0.00** |
| **TOTAL FOR ALL MONTHS** | **$20,125.99** |

ME1 10831712v.1