

Motion for Clarifications...
maryofamerica
to:
gerber.chambers
11/10/2010 04:57 PM
Show Details

2 Attachments

 

GMclarify.docx  VWclassObjection.docx

RE:  New York Southern District Bankruptcy Court,  No 09-50026, GM Corp.
Claim 22063, Dockets 7071, 7344 (www.motorsliquidationdocket.com)

Dear Judge Gerber and all your assistants!

I  am hereby attaching a Motion for Clarifications... in the GM  Ch 11 case, and
Objections and a Motion to Dismiss in the New Jersey Volkswagen class
action litigation (which is indirectly and directly related to the GM case).

Given the important public nature of this case,  my  motion also requests that the Court
serve all the concerned parties.  This would include at least  the 478 different  offices
that are named on the Master Service List, and I hope - the 70,000 claimants.
I assume publication of  the Motion  in all the  major papers of  all the States, in Germany,
Luxembourgh, London and Ottawa might be a simpler way to bring all the questions and
issues that I raise  to the attention of  all the People, because everyone wants
to  feel  SECURE  about their savings, investments and any other property.

Please also take note of the fact that I have had rather systematic delivery problems with US
and Canada  Post, with FedEx and UPS courier services (the last incident  being the still
unconfirmed delivery of my first Objection, docket 7071, to  the  Special Inspector General
for TARP, Neil Barofsky).

I thank you in advance for your kind attention to my requests.

Sincerely,  Mary

2 Attachments