UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
2 Federal Square, P.O.Box 999
Newark, New Jersey 07102

CASES NO.:
**07-CV-2249-FSH-PS**
(O7-CV-2361-FSH-PS)
(consolidated)

Dewey et al v Volkswagen et al
Delguercio et al v Volkswagen et al

_____

### TO THE HONORABLE JUDGE PATTY SHWARTZ

### OBJECTION TO CLASS ACTION LITIGATION AGAINST THE VOLSKWAGEN COMPANIES AND MOTION TO DISMISS

 I, Marianne Lisenko, a member of the public, who has been adversely affected by the want of legal remedies and protections in prima facie cases for individuals in US and Canadian courts, hereby submit my strong objections to the consolidated case against the Volkswagen companies on the following grounds:

1. The present litigation is shamelessly frivolous, a perversion of common sense and decency, an example of insatiable corporate lawyer greed and unjust enrichment.

2. As an owner of a Volkswagen Jetta, I did not have any problems with my sun roof and if anybody did because the manual did not have a sentence stating leaves or debris should be cleaned in order to prevent possible leakage, it is not the responsibility of Volkswagen to teach common sense. Somebody who does not know how to clean debris from any space would not know how to look into a technical manual in order to get that instruction in the first place.

3. The litigation is a shameless insult to the intelligence and integrity of honest vehicle owners and an attempt to dupe plaintiffs into an highly unethical two-sided (defendant attorneys are NOT contesting fees?!) legalistic machination

whereby individuals from the so-called "class" could not expect to be compensated for any damage above the average sum of $50-100 dollars, **had there been a reasonable Complaint.** The Judge could make an order for "affected" individuals to submit Complaints with PROOF in small claims courts in order to stifle the proliferation of fraudulent claims through "class action" litigation.

4. Corporate and other influence peddling lawyers have made access to justice in the US and Canada almost impossible for ordinary individuals who have serious grievances. The system of justice is seen as corrupt, politicized and to be avoided; honest lawyers have few clients and the civil courts stand empty because of the proliferation of corporate class action litigation at unjustified astronomical costs and fees.

On the basis of all the above, I request that the present case be dismissed and that the plaintiffs' attorneys pay significantly reduced fees and reasonable court costs of both sides.

Signed in Washington, DC, under oath and penalties of perjury, on June 8, 2010

Marianne Lisenko_____

P.O.Box 34132, Washington, DC, 34132 , mlisenko7@gmail.com


Copies served by first class mail on June 10, 2010 to the following:

| | |
|---|---|
| Mazie Slater Katz & Freeman, LLC | Schoengold &Sporn, P.C. |
| 103 Eisenhower Parkway | 19 Fulton Street, Suite 407 |
| Roseland, NJ 07068 | New York, NY 10038 |
| | |
| Chase Kurshan Herzfeld & Rubin, LLC | Water Ingress Administrator |
| 354 Eisenhower Parkway | P.O.Box 2298 |
| Livingston, NJ 07039 | Faribault, MN 55021-2433 |

by Marianne Lisenko _____