*Patricia Meyer*
*P.O. Box 112*
*West Olive, MI 49460*
*269-998-4609*

Judge Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

November 4, 2010

Honorable Robert E. Gerber,

My name is Patricia Meyer and I was involved in the Court Call on October 26, 2010 regarding Case # 09-50026. During this call you instructed GM Attorney Joseph Smolinsky to contact me. Following you will find a letter that I am sending him regarding questions and confusions I have about my claim/claims. I am sending this to you as I think it is important that you be advised of what is happening.

Sincerely,

Patricia A. Meyer

Patricia Meyer

*Patricia Meyer*
*P.O. Box 112*
*West Olive, MI 49460*
*269-998-4609*

November 4, 2010

Attorney Joseph H. Smolinsky,

I am writing in regards to our conversation on November 3, 2010. I am requesting that you help us understand what has happened and how we ended up with two separate cases. As far as we knew we had only one claim against Liquidation Motors.

A claim, #455, was filed on June 16, 2009 with a zero monetary amount for tax evasion against Liquidation Motors. I received a letter stating that a monetary amount must be assigned to the claim from Garden City of Dublin, OH who is the outside agency that sent documents for Judge Gerber.

On August 12, 2010 Garden City received additional information from me about this case. On September 1, 2010 Judge Gerber received this information from Garden City. This information was then sent to Liquidation Motors.

I received a letter from Garden City stating that a monetary number must be placed on the claim. This information was sent back to them in October. On October 26, 2009 a second claim, # 15927, for $500,000 was filed. Please explain how this happened?

I noticed during the Court Call on October 26, 2010 when I identified myself to Judge Gerber you stated that I was the whistleblower whose case against the Federal Government had been dismissed. I was shocked to hear you say that as my case was against General Motors and it is still in a higher court.

Judge Gerber instructed that you or one of your associates contact me. When I talked with your associate Russ Brooks on the phone this last week he stated that I had a tax case that has not been heard yet. Would this be the second case number? If this is so what is the standing of the original case claim? This confusion needs to be cleared up before my claim/claims advance any further through the system.

You stated that you have 78,000 cases pending. My response to that was that given the serious criminal aspect of this case it should be a top priority at this time. I further suggested that you respond immediately in writing on your firm's letterhead to this situation. I will be looking for your answer in the next week.

Thank you for your help.

*Patricia A. Meyer*

Patricia Meyer
Cc. Judge Robert Gerber
        Attorney General Eric Holden

Hi, Thomas    Sign Out    All-New Mail    Help                                                at&t      Mail

Search                    Web Search



START RECEIVING OUR PICKS STRAIGHT IN YOUR EMAIL!    500% PENNY STOCK GAINS?    JOIN OUR FREE NEWSLETTER TODAY!    awesomepennystocks.com

Mail    Contacts    Calendar    Notepad                          What's New?    Mobile Mail    Options

Check Mail    New                                    Mail Search                    Try the new att.net Mail

**702** VIEW YOUR 3    Previous | Next | Back to Messages                          Mark as Unread |    Print
Credit Scores $0

Delete    Reply    Forward    Spam    Move...

**Folders**    [Add]        **FW: Motors Liquidation Company - Proof of Claim filed by Patricia Meyer**    Tuesday, November 2, 2010 4:25 PM

Inbox (5)                From: "Brooks, Russell" <russell.brooks@weil.com>
Drafts                    To: "kimshee97@att.net" <kimshee97@att.net>
Sent

Spam (3)    [Empty]    Ms. Meyer,
Trash    [Empty]
I am resending this email.
My Photos
My Attachments


**Chat & Mobile Text** [Show]
I am    **Available**
Settings

**ADVERTISEMENT**
iRobot
1-Day Sale Today!

$50 OFF Orders Of $400 Or More Plus FREE Shipping
SHOP NOW

Russell Brooks

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
russell.brooks@weil.com
+1 212 310 8293 Direct
+1 212 310 8007 Fax

From: Brooks, Russell
Sent: Tuesday, November 02, 2010 3:07 PM
To: 'kimshee97@att.net'
Subject: Motors Liquidation Company - Proof of Claim filed by Patricia Meyer

Ms. Meyer,

Per our conversation today, this email confirms that none of the Debtors' omnibus objections to claims heard at the hearing on October 26, 2010 affect your proof of claim.

Russell Brooks

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
russell.brooks@weil.com
+1 212 310 8293 Direct
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

Delete    Reply    Forward    Spam    Move...

Previous | Next | Back to Messages                    Select Message Encoding            | Full Headers

Check Mail    New                              Mail Search



Patricia Meyer
Box 112 West Olive, MI
49460

Helene Blum

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7010 1060 0001 2004 3418



Judge Robert E. Gerber
US Bankruptcy Court
One Bowling Green
New York, NY
10004



1 0004$1400

UNITED STATES
POSTAL SERVICE

1000

10004

U.S. POSTAGE
PAID
PORTAGE, MI
49024-1
NOV 04, 10
AMOUNT

$5.54
0001103-07