# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Intermet Corporation,<br>Successor In Interest To Transplastics Inc.<br>c/o Russell S. Warner, Esq.<br>MacDonald, Illig, Jones & Britton LLP<br>100 State Street, Suite 300<br>Erie, PA 16507<br>(814) 870-7759<br>rwarner@mijb.com |
| Claim Number (if known): | 44823 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $187,712.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/5/2010

Russell S. Warner, Esq.
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507
(814)870-7759
rwarner@mijb.com

Attorney and Authorized Representative for Creditor

1209138

US_ACTIVE:\43219392\02\72240.0639

*Received NOV - 9 2010 U.S. Bankruptcy Court, SDNY*