# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ArvinMeritor Inc., Successor to Rockwell International<br>c/o David E. Nash, Esq.<br>McMahon DeGulis LLP<br>812 Huron Rd.<br>Caxton Building, Suite 650<br>Cleveland, Ohio 44115 |
| Claim Number (if known): | 45846 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $181,712.00 |

(Received stamp: NOV - 9 2010, U.S. BANKRUPTCY COURT, SDNY)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/13/2010

Print Name: David E. Nash

Title (if applicable): Esquire

US_ACTIVE:\43219392\02\72240.0639