**EXHIBIT "1"**

**IN RE MOTORS LIQUIDATION COMPANY,** *et al.,*
**f/k/a General Motors Corp.,** *et al.,*
**CHAPTER 11**
**Case No. 09-50026 (REG)**

**SUMMARY OF FEES FOR SECOND INTERIM APPLICATION**
**OF TOGUT, SEGAL & SEGAL LLP FOR ALLOWANCE OF**
**COMPENSATION FOR SERVICES RENDERED AS CONFLICTS**
**COUNSEL FOR THE DEBTORS FOR THE PERIOD JUNE 1, 2010**
**THROUGH SEPTEMBER 30, 2010, AND FOR REIMBURSEMENT OF EXPENSES**

| Name of Professional | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2010 | $935 | 4.6 | $4,301.00 |
| Frank A. Oswald | 1986 | 2010 | $810 | 16.2 | 13,122.00 |
| Scott E. Ratner | 1987 | 2010 | $800 | 21.0 | 16,800.00 |
| **OF COUNSEL** | | | | | |
| Richard K. Milin | 1989 | 2010 | $715 | 61.1 | 43,686.50 |
| **ASSOCIATES** | | | | | |
| Eric Chafetz | 2005 | 2010 | $450 | 13.4 | 6,030.00 |
| Michael D. Hamersky | 2008 | 2010 | $345 | 53.9 | 18,595.50 |
| Naomi Moss | 2008 | 2010 | $295 | 6.2 | 1,829.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2010 | $285 | 26.9 | 7,666.50 |
| Ashleigh Brogan | N/A | 2010 | $205 | 6.1 | 1,250.50 |
| **LAW CLERK** | | | | | |
| Samantha Rothman | N/A | 2010 | $145 | 2.2 | 319.00 |
| **TOTALS:** | | | | **211.6** | **$113,600.00[1]** |

---

1    [1] The Togut Firm has reduced its' fees related to the preparation of monthly fee statements by 50%, aggregating a reduction of $486, incurred during the Second Interim Fee Period.

**TOGUT, SEGAL SEGAL LLP**
**SUMMARY REPORT BY MATTER**
**6/1/10 THROUGH 9/31/10**

| Name of Timekeeper | Case Status/Strategy | Claims | Fee Applications/ Fee Statements | Non Real Property Lease Exec Con. | Counterparty Contract Issues | Retention of Professionals | Other Litigation | General | Totals: |
|---|---|---|---|---|---|---|---|---|---|
| **Fee Period 6/1/10 through 6/30/10** | | | | | | | | | |
| | | | | | | | | | |
| Albert Togut | | | 0.1 | | | | 1.6 | 0.1 | 1.8 |
| Frank A. Oswald | | 1.2 | 3.6 | 1.8 | | | | | 6.6 |
| Scott E. Ratner | | | | | | | 14.9 | | 14.9 |
| Richard Milin | | | 0.9 | | | | 31.7 | | 32.6 |
| Eric Chafetz | | 6 | 0.4 | | | | | | 6.4 |
| Michael D. Hamersky | | | 4.3 | | | | 23.6 | | 27.9 |
| Naomi Moss | | | 0.4 | | 1.2 | | | | 1.6 |
| Dawn Person | | | 2.8 | | | | 3.5 | | 6.3 |
| Ashleigh Brogan | 5.7 | | | | | 0.4 | | | 6.1 |
| Samantha Rothman | | | | | | | 2.2 | | 2.2 |
| *Total (June 2010)* | 5.7 | 7.2 | 12.5 | 1.8 | 1.2 | 0.4 | 77.5 | 0.1 | 106.4 |
| | | | | | | | | | |
| **Fee Period 7/1/10 through 7/31/10** | | | | | | | | | |
| | | | | | | | | | |
| Albert Togut | | | 0.4 | | | | 2.4 | | 2.8 |
| Frank A. Oswald | 1.0 | 3.2 | 2.3 | 1.5 | | | | | 8.0 |
| Scott E. Ratner | | | | | | | 4.8 | | 4.8 |
| Richard Milin | | | | | | | 27.3 | | 27.3 |
| Eric Chafetz | | 4.9 | | | | | | | 4.9 |
| Michael D. Hamersky | | 1.9 | | | | | 22.1 | | 24.0 |
| Naomi Moss | | | 0.9 | 1.0 | | | | | 1.9 |
| Dawn Person | 0.9 | | 8.6 | | | | 1.6 | | 11.1 |
| *Total (July 2010)* | 1.9 | 10.0 | 12.2 | 2.5 | 0 | 0 | 58.2 | | 84.8 |
| | | | | | | | | | |
| **Fee Period 8/1/10 through 8/31/10** | | | | | | | | | |
| | | | | | | | | | |
| Frank A. Oswald | | | 0.4 | 0.3 | | | | | 0.7 |
| Scott E. Ratner | | | | | | | 1.3 | | 1.3 |
| Richard Milin | | | | | | | 1.2 | | 1.2 |
| Eric Chafetz | | 2.1 | | | | | | | 2.1 |
| Michael D. Hamersky | | | | | | | 0.6 | | 0.6 |
| Naomi Moss | | | | 1.1 | | | | | 1.1 |
| Dawn Person | | | 6.5 | | | | 0.6 | | 7.1 |
| *Total (August 2010)* | 0 | 2.1 | 6.9 | 1.4 | 0 | 0 | 3.7 | | 14.1 |

**TOGUT, SEGAL SEGAL LLP**
**SUMMARY REPORT BY MATTER**
**6/1/10 THROUGH 9/31/10**

| Name of Timekeeper | Case Status/Strategy | Claims | Fee Applications/ Fee Statements | Non Real Property Lease Exec Con. | Counterparty Contract Issues | Retention of Professionals | Other Litigation | General | Totals: |
|---|---|---|---|---|---|---|---|---|---|
| **Fee Period 9/1/10 through 9/30/10** | | | | | | | | | |
| | | | | | | | | | |
| **Frank A. Oswald** | | | | 0.9 | | | | | 0.9 |
| **Michael D. Hamersky** | | | | | | | 1.4 | | 1.4 |
| **Naomi Moss** | | | | 1.6 | | | | | 1.6 |
| **Dawn Person** | | | | | | | 2.4 | | 2.4 |
| *Total (September 2010)* | 0 | 0 | 0 | 2.5 | 0 | 0 | 3.8 | 0 | 6.3 |
| | | | | | | | | | |
| | | | | | | | | | |
| *Total (June-September 2010)* | 7.6 | 19.3 | 31.6 | 8.2 | 1.2 | 0.4 | 143.2 | 0.1 | 211.6 |