# EXHIBIT "2"

IN RE MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*,
CHAPTER 11
Case No. 09-50026 (REG)

SUMMARY OF EXPENSES FOR SECOND INTERIM APPLICATION OF TOGUT, SEGAL & SEGAL LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010, AND FOR REIMBURSEMENT OF EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| FACSIMILE TRANSMISSIONS | $.67 |
| LONG DISTANCE TELEPHONE | $110.48 |
| MISCELLANEOUS (KINKO'S SERVICES) | $47.82 |
| ON-LINE RESEARCH | $15.24 |
| OVERNIGHT COURIER | $221.26 |
| PHOTOCOPIES | $155.80 |
| POSTAGE | $4.64 |
| TRAVEL-GROUND | $6.30 |
| MEALS | 19.25 |
| **TOTAL:** | **$581.46** |