TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Frank A. Oswald
*Conflicts Counsel for the Debtors*
*and Debtors in Possession*

| | |
|---|---:|
| 1st Interim Fees Awarded: | $529,364.00 |
| (less voluntary reduction) | ($1,989.00) |
| 1st Interim Expenses Awarded: | $ 3,107.43 |
| **Total 1st Interim Fees & Expenses Awarded:** | **$530,482.43** |
| 2nd Interim Fees Sought: | $113,600.00[1] |
| *(less 50% Reduction for Bill Preparation)* | ($ 486.00) |
| 2nd Interim Expenses Sought: | $ 581.46 |
| **Total 2nd Interim Fees & Expenses Sought:** | **$113,695.60** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
```
                                          :
In re:                                    :    Chapter 11
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,       :
                                          :
                       Debtors.           :    (Jointly Administered)
                                          :
```
-----------------------------------------------------------------x

### SCHEDULE OF FEES FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010

| Name of Professional | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---:|---:|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2010 | $935 | 4.6 | $4,301.00 |
| Frank A. Oswald | 1986 | 2010 | $810 | 16.2 | 13,122.00 |
| Scott E. Ratner | 1987 | 2010 | $800 | 21.0 | 16,800.00 |
| **OF COUNSEL** | | | | | |
| Richard K. Milin | 1989 | 2010 | $715 | 61.1 | 43,686.50 |
| **ASSOCIATES** | | | | | |
| Eric Chafetz | 2005 | 2010 | $450 | 13.4 | 6,030.00 |
| Michael D. Hamersky | 2008 | 2010 | $345 | 53.9 | 18,595.50 |
| Naomi Moss | 2008 | 2010 | $295 | 6.2 | 1,829.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2010 | $285 | 26.9 | 7,666.50 |
| Ashleigh Brogan | N/A | 2010 | $205 | 6.1 | 1,250.50 |
| **LAW CLERK** | | | | | |
| Samantha Rothman | N/A | 2010 | $145 | 2.2 | 319.00 |
| **TOTALS:** | | | | **211.6** | **$113,600.00[1]** |

1   The Togut Firm has reduced its' fees related to the preparation of monthly fee statements by 50%, aggregating a reduction of $486, incurred during the Second Interim Fee Period.
2   The rates charged herein are the same rates charged in all other cases on which this firm is engaged.
3   Time records are being furnished as a Supplement to the Application.
4   The Togut Firm's blended hourly rate for the Second Interim Fee Period is $498.50.