# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Praxair, Inc. <br> c/o Calfee, Halter & Griswold LLP <br> 1400 KeyBank Center <br> 800 Superior Avenue <br> Cleveland, OH  44114 |
| Claim Number (if known): | 45848 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | $187,712.00 |

*RECEIVED NOV -9 2010 U.S. BANKRUPTCY COURT, SDNY*

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 5/16/10

Print Name:  William E. Coughlin

Title (if applicable):  Attorney for Praxair, Inc.

US_ACTIVE:¥43219392¥02¥72240.0639