# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| *RECEIVED NOV - 9 2010 U.S.* | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | The East Ohio Gas Company<br>445 West Main Street'<br>Clarksburg, WV   26301 |
| Claim Number (if known): | 59301 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $187,712.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 21 October 2010

*/s/ Anne E Bomar*

Print Name: Anne E. Bomar

Title (if applicable): Senior VP & General Manager

---