# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | ConAgra Foods, Inc., Successor to Beatrice Company, formerly Be-Kan, Inc. <br> c/o John A. Andreasen <br> McGrath North Mullin & Kratz, PC LLO <br> First National Tower, Suite 3700 <br> 1601 Dodge Street <br> Omaha, NE 68102 |
| Claim Number (if known): | 43908 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $187,712.00 |

RECEIVED NOV - 9 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 30, 2010

Print Name: John A. Andreasen

Title (if applicable): Counsel

US_ACTIVE:¥43219392¥02¥72240.0639