# LEGAL ANALYSIS SYSTEMS

## EXHIBIT A

**Review, work on plan documents/rulings (10.30 Hours; $6,550.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 5.10 | $800 | 4,080.00 |
| Relles | 5.20 | $475 | 2,470.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/10 | Peterson | 800.00 | 0.70 | Review Unsecured Creditors motion re: trust data and estimation |
| 09/01/10 | Peterson | 800.00 | 0.60 | Review confidentiality provisions |
| 09/09/10 | Relles | 475.00 | 1.50 | Send emails to data privacy experts |
| 09/10/10 | Peterson | 800.00 | 0.50 | Telephone Relles and Wehner re: Bates data request |
| 09/10/10 | Peterson | 800.00 | 1.00 | Telephone Relles and Sweeney re: privacy protection |
| 09/10/10 | Peterson | 800.00 | 0.30 | Review data confidentiality proposal |
| 09/10/10 | Relles | 475.00 | 0.50 | Telephone Peterson and Wehner re: Bates data request |
| 09/10/10 | Relles | 475.00 | 1.00 | Telephone Peterson and Sweeney re: privacy protection |
| 09/16/10 | Relles | 475.00 | 0.50 | Email Sweeney re: data privacy consulting |
| 09/27/10 | Peterson | 800.00 | 1.50 | Address data anonymity issues |
| 09/27/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: anonymity issues |
| 09/27/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: anonymity issue |
| 09/27/10 | Relles | 475.00 | 1.20 | Read anonymity proposal |

**Total Task Code (a) 10.30**

**Confer with Committee, Professionals (27.90 Hours; $ 18,712.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 16.80 | $800 | 13,440.00 |
| Relles | 11.10 | $475 | 5,272.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/23/10 | Peterson | 800.00 | 0.60 | Telephone Relles re: discuss claims data, analyses and conference call on those issues. |
| 06/23/10 | Peterson | 800.00 | 0.40 | Telephone Swett re: discuss claims data and preliminary analyses. |
| 06/23/10 | Relles | 475.00 | 0.60 | Telephone Peterson re: discuss claims data, analyses and conference call on those issues. |
| 06/24/10 | Peterson | 800.00 | 1.00 | Conference call with Swett, Esseman, ARPC, and Relles re: discuss possible sources of additional claims data and possible acquisition of such data. |
| 06/24/10 | Relles | 475.00 | 1.00 | Conference call with Swett, Esseman, ARPC and Peterson re: discuss data needs. |
| 06/25/10 | Peterson | 800.00 | 0.30 | Telephone Relles re: plan upcoming conference call with Swett and materials for call. |
| 06/25/10 | Peterson | 800.00 | 0.50 | Review materials prepared for conference call with Swett. |
| 06/25/10 | Peterson | 800.00 | 1.20 | Conference call with Swett and Relles re: discuss data, analyses of data, and preliminary results. |
| 06/25/10 | Relles | 475.00 | 2.80 | Prepare inputs for phone call with Swett and Peterson. |
| 06/25/10 | Relles | 475.00 | 0.30 | Telephone Peterson re: plan upcoming conference call with Swett and materials for call. |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 06/25/10 | Relles | 475.00 | 1.20 | Conference call with Swett and Peterson re: data and preliminary results. |
| 07/01/10 | Peterson | 800.00 | 0.50 | Preparation for conference call with Swett and FCR attorneys. |
| 07/01/10 | Peterson | 800.00 | 0.50 | Conference call with Swett and FCR attorneys and experts re data issues. |
| 07/03/10 | Peterson | 800.00 | 1.00 | Review FCR request for production about claims data. |
| 07/26/10 | Relles | 475.00 | 0.30 | Email Swett re: new files on MLC website. |
| 08/02/10 | Peterson | 800.00 | 0.80 | Conference call with Swett and Relles |
| 08/02/10 | Peterson | 800.00 | 1.00 | Review and respond to Swett memo on data issues |
| 08/02/10 | Relles | 475.00 | 0.80 | Conference call with Swett, Inselbuch, and Peterson re: identifying data requirements |
| 08/03/10 | Relles | 475.00 | 0.50 | Review Swett memo |
| 08/11/10 | Peterson | 800.00 | 1.50 | Review order re: Trust discover and UCC motion on the matter |
| 08/18/10 | Peterson | 800.00 | 0.50 | Telephone Swett re: Integrated Confidentiality Statement |
| 08/19/10 | Peterson | 800.00 | 0.60 | Review email (.2) and telephone Swett (.4) about use and confidentiality of Social Security numbers in claims databases |
| 08/30/10 | Peterson | 800.00 | 0.40 | Telephone Cooney re: MLC data |
| 08/30/10 | Peterson | 800.00 | 2.80 | Review, assemble and sent information requested by Cooney |
| 09/06/10 | Peterson | 800.00 | 0.20 | Send tables of claims data to Swett |
| 09/09/10 | Peterson | 800.00 | 0.50 | Telephone Wehner and Relles re: discuss data privacy issues |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 09/09/10 | Relles | 475.00 | 0.50 | Telephone Wehner and Peterson re: discuss data privacy issues |
| 09/15/10 | Peterson | 800.00 | 1.00 | Conference call with Committee about completeness of MLC data |
| 09/15/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: discuss committee meeting in Chicago |
| 09/15/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: discuss committee meeting in Chicago |
| 09/16/10 | Relles | 475.00 | 1.40 | Review and process cd-rom sent by Wehner |
| 09/19/10 | Relles | 475.00 | 1.00 | Work on memo to Inselbuch re: discrepancies between MLC and law firm data |
| 09/20/10 | Peterson | 800.00 | 1.00 | Telephone Inselbuch re: forecasts and completeness of MLC data and preparation for call |
| 09/27/10 | Relles | 475.00 | 0.20 | Telephone Swett re: data anonymity proposal |

**Total Task Code .A    27.90**

**Analyses of Claims Database (104.80 Hours; $ 68,955.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 59.00 | $800 | 47,200.00 |
| Relles | 45.80 | $475 | 21,755.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/08/10 | Peterson | 800.00 | 0.30 | Telephone Relles re: discuss MLC claims data and data from proofs of claim in bankruptcy. |
| 06/08/10 | Peterson | 800.00 | 1.30 | Review claims data and bar date data and explanations of claims data. |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 06/08/10 | Relles | 475.00 | 3.20 | Integrate pre-bankruptcy data with bar date data.. |
| 06/08/10 | Relles | 475.00 | 0.30 | Telephone Peterson re: discuss data and simple summaries of the data. |
| 06/14/10 | Relles | 475.00 | 2.20 | Work on building analytical database. |
| 06/24/10 | Peterson | 800.00 | 0.10 | Telephone Relles re: discuss Bar date documentation; poof of claim forms, instructions, etc. |
| 06/24/10 | Peterson | 800.00 | 1.70 | Review Relles' archives of all currently available material on MLC liability and data. |
| 06/24/10 | Peterson | 800.00 | 0.80 | Review bar data order, proof of claim form and instructions for form in order to understand POC data and potential uses. |
| 06/24/10 | Relles | 475.00 | 0.10 | Telephone Peterson re discuss Bar date documentation; proof of claim forms, instructions, etc. |
| 07/02/10 | Peterson | 800.00 | 2.60 | Review claims data regarding nature of claims. |
| 07/05/10 | Relles | 475.00 | 1.00 | Review latest Alix data on defense costs and bankruptcy claims. |
| 07/14/10 | Peterson | 800.00 | 2.00 | Review claims value data and trends. |
| 07/14/10 | Relles | 475.00 | 1.60 | Update information on claims value trends. |
| 07/26/10 | Relles | 475.00 | 0.80 | Identify and examine new files from Alix. |
| 08/01/10 | Peterson | 800.00 | 0.70 | Telephone Relles re: differences in payment rates and payment values between early and recent GM settlements |
| 08/01/10 | Peterson | 800.00 | 3.80 | Analysis of settlement values by law firm and state and years of settlement |
| 08/01/10 | Relles | 475.00 | 4.90 | Investigate differences in payment rates and payment values between early and recent GM settlements |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 08/01/10 | Relles | 475.00 | 0.70 | Telephone Peterson re: differences in payment rates and payment values between early and recent GM settlements |
| 08/02/10 | Peterson | 800.00 | 2.20 | Review GM settlement history with particular law firms |
| 08/03/10 | Peterson | 800.00 | 1.00 | Review GM settlement history with particular law firms |
| 08/04/10 | Peterson | 800.00 | 2.00 | Interview Thiel about law firm's settlement history with GM, review claims data for call |
| 08/04/10 | Relles | 475.00 | 0.40 | Telephone Matthew Thiel (Kazan law firm) re: discuss Kazan firm settlements |
| 08/05/10 | Relles | 475.00 | 3.70 | Rebuild analytical files, eliminating duplicates, developing law firm identifiers, and adding exposure indices |
| 08/05/10 | Relles | 475.00 | 5.00 | Analyze factors affecting payment amounts |
| 08/12/10 | Peterson | 800.00 | 3.20 | Review subsidiaries and explore potential asbestos liabilities |
| 08/12/10 | Peterson | 800.00 | 2.50 | Analyses of variables potentially related to settlement values |
| 08/12/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: analyses of variations in settlement values |
| 08/12/10 | Relles | 475.00 | 3.70 | Estimate effects for trial listed claims |
| 08/12/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: analyses of variations in settlement values |
| 08/13/10 | Peterson | 800.00 | 1.50 | Review SF-DCT claims processing report for July 2010 |
| 08/13/10 | Peterson | 800.00 | 1.20 | Telephone Relles re: factors affecting settlement values |
| 08/13/10 | Peterson | 800.00 | 2.00 | Review MLC settlement data |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 08/13/10 | Peterson | 800.00 | 3.40 | Review and search for information on GM subsidiaries |
| 08/13/10 | Relles | 475.00 | 1.20 | Telephone Peterson re: factors affecting settlement values |
| 08/18/10 | Peterson | 800.00 | 1.00 | Review draft of Integrated Confidentiality Statement |
| 08/20/10 | Peterson | 800.00 | 2.70 | Investigate businesses and possible involvement of subsidiaries with asbestos |
| 08/22/10 | Relles | 475.00 | 4.80 | Extract and organize 28 Access databases from cd-rom |
| 08/22/10 | Relles | 475.00 | 1.70 | Review contents of databases |
| 08/23/10 | Peterson | 800.00 | 6.70 | Review interrogatories |
| 08/23/10 | Relles | 475.00 | 0.90 | Download and organize latest data from Alix |
| 08/23/10 | Relles | 475.00 | 1.60 | Download and organize interrogatories |
| 08/23/10 | Relles | 475.00 | 2.40 | Review interrogatories |
| 08/24/10 | Peterson | 800.00 | 3.70 | Review interrogatories |
| 08/25/10 | Peterson | 800.00 | 1.50 | Review order regarding trust's data |
| 08/26/10 | Peterson | 800.00 | 0.40 | Review emails re: data on subsidiaries |
| 08/27/10 | Relles | 475.00 | 3.40 | Organize tiff files and review and summarize contents of same |
| 08/30/10 | Peterson | 800.00 | 3.80 | Investigate settlement amounts and trends |
| 09/09/10 | Peterson | 800.00 | 1.00 | Review summary statistics on GM's past asbestos litigation |
| 09/10/10 | Peterson | 800.0 | 1.10 | Review alternative forecasts on GM's past asbestos litigation |
| 09/15/10 | Peterson | 800.00 | 1.00 | Review summary statistics |
| 09/15/10 | Relles | 475.00 | 1.70 | Process recently received data for |

|  |  |  |  | information on pre-petition pending claims |
|---|---|---|---|---|
| 09/18/10 | Peterson | 800.00 | 1.20 | Review analyses of completeness of data |
| 09/19/10 | Peterson | 800.00 | 1.60 | Review analyses of completeness of data |
| 09/24/10 | Peterson | 800.00 | 0.50 | Review FCR questions, GM answers on data |

**Total Task Code .B**     **104.80**


**Estimate Debtor's Liability (20.40 Hours; $ 11,672.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 6.10 | $800 | 4,880.00 |
| Relles | 14.30 | $475 | 6,792.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/17/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: discuss claims and liability forecasts. |
| 06/17/10 | Peterson | 800.00 | 2.00 | Review summary of key forecasting parameters and preliminary forecasts. |
| 06/17/10 | Relles | 475.00 | 2.50 | Develop claims and liability forecasts. |
| 06/17/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: discuss results of claims and liability forecasts. |
| 06/23/10 | Relles | 475.00 | 1.00 | Organize materials for Peterson phone call re: discuss liability estimation. |
| 06/24/10 | Peterson | 800.00 | 1.20 | Telephone Relles re: discuss extent, uses and limitations of data on past claims and resolutions for estimating liabilities. |
| 06/24/10 | Relles | 475.00 | 0.50 | Review all data, analyses and files to date in preparation for call about liability analyses. |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/24/10 | Relles | 475.00 | 1.20 | Telephone Peterson re: discuss analysis of liabilities and problems with data. |
| 06/24/10 | Relles | 475.00 | 1.20 | Update analysis of liabilities. |
| 7/31/10 | Relles | 475.00 | 3.40 | Run additional variations of MLC projections. |
| 09/13/10 | Relles | 475.00 | 0.60 | Telephone Peterson re: discuss liability estimates |
| 09/09/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: discuss liability projection methods |
| 09/09/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: discuss liability projection methods |
| 09/10/10 | Peterson | 800.00 | 1.30 | Telephone Relles re: review projections |
| 09/10/10 | Relles | 475.00 | 1.60 | Update liability projections |
| 09/10/10 | Relles | 475.00 | 1.30 | Telephone Peterson re: review projections |
| 09/13/10 | Peterson | 800.00 | 0.60 | Telephone Relles re: discuss liability estimates |

**Total Task Code .C       20.40**


**Research on Claims and Settlements (57.60 Hours; $34,055.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 20.60 | $800 | 16,480.00 |
| Relles | 37.00 | $475 | 17,575.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/08/10 | Peterson | 800.00 | 0.30 | Telephone Relles re: assembling additional information for attorney surveys |
| 09/08/10 | Peterson | 800.00 | 1.10 | Review data on settlements by law firms |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 09/08/10 | Peterson | 800.00 | 1.00 | Telephone Angelides re: settlements with GM |
| 09/08/10 | Peterson | 800.0 | 0.30 | Email to Steve Baron regarding prepetition GM settlements |
| 09/08/10 | Relles | 475.00 | 1.80 | Prepare files for attorney surveys |
| 09/08/10 | Relles | 475.00 | 0.30 | Telephone Peterson re: assembling additional information for attorney surveys |
| 09/09/10 | Peterson | 800.00 | 0.50 | Telephone Relles re: discuss settlement strategies |
| 09/09/10 | Peterson | 800.00 | 0.60 | Review and organize notes from Simmons calls; review settlement history |
| 09/09/10 | Relles | 475.00 | 0.50 | Telephone Peterson re: discuss settlement strategies |
| 09/16/10 | Peterson | 800.00 | 2.50 | Telephone law firms about data on settlements |
| 09/17/10 | Peterson | 800.00 | 1.10 | Compare Simmons and MLC data on settled claims |
| 09/17/10 | Relles | 475.00 | 5.50 | Link claims data to information from law firms to identify discrepancies in MLC settlement data |
| 09/18/10 | Peterson | 800.00 | 0.70 | Telephone Relles re: discuss discrepancies between MLC and law firm settlement data |
| 09/18/10 | Relles | 475.00 | 5.70 | Work on identifying and summarizing discrepancies between MLC and law firm settlement data |
| 09/18/10 | Relles | 475.00 | 0.70 | Telephone Peterson re: discuss discrepancies between MLC and law firm settlement data |
| 09/19/10 | Peterson | 800.00 | 0.80 | Telephone Relles re: completeness of MLC settlement data (several calls) |
| 09/19/10 | Peterson | 800.00 | 2.50 | Draft memo on completeness of MLC settlement data |
| 09/19/10 | Relles | 475.00 | 4.70 | Work on identifying and summarizing |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | discrepancies between MLC and law firm settlement data |
| 09/19/10 | Relles | 475.00 | 1.70 | Update MLC database with information from law firms |
| 09/19/10 | Relles | 475.00 | 0.80 | Telephone Peterson re: completeness of MLC settlement data (several calls) |
| 09/20/10 | Peterson | 800.00 | 0.30 | Telephone Relles re: discuss getting data from law firms |
| 09/20/10 | Peterson | 800.00 | 0.30 | Review Kazan firm settlements |
| 09/20/10 | Peterson | 800.00 | 1.30 | Emails to law firms about lists of settlements |
| 09/20/10 | Relles | 475.00 | 0.30 | Telephone Peterson re: discuss getting data from law firms |
| 09/20/10 | Relles | 475.00 | 0.40 | Email Pacheco (Wilentz firm) re: correspondence between law firm and MLC settlement data |
| 09/20/10 | Relles | 475.00 | 0.30 | Email correspondence with Pacheco |
| 09/20/10 | Relles | 475.00 | 0.30 | Discuss getting data from law firms |
| 09/21/10 | Peterson | 800.00 | 0.20 | Emails re: completeness of settlement data |
| 09/21/10 | Peterson | 800.00 | 1.00 | Review additional data on GM settlements, compare to MLC settlement data |
| 09/21/10 | Relles | 475.00 | 2.60 | Compare settlements submitted by law firms to MLC settlement data |
| 09/25/10 | Relles | 475.00 | 1.70 | Determine overlap between MLC settlement data and a specific law firm |
| 09/29/10 | Peterson | 800.00 | 1.20 | Review new data on settlements |
| 09/29/10 | Relles | 475.00 | 2.60 | Organize law firm data |
| 09/30/10 | Peterson | 800.00 | 0.40 | Telephone Relles re: results of law firm / MLC file merge |

| 09/30/10 | Peterson | 800.00 | 1.50 | Emails with law firms about settlement data |
| 09/30/10 | Peterson | 800.00 | 3.00 | Review new data on settlements |
| 09/30/10 | Relles | 475.00 | 3.90 | Reconcile law firm / MLC file differences, update payment estimates based on law firm data |
| 09/30/10 | Relles | 475.00 | 2.80 | Summarize differences for discussion with Caplin-Drysdale |
| 09/30/10 | Relles | 475.00 | 0.40 | Telephone Peterson re: results of law firm / MLC file merge |

**Total Task Code (e) 57.60**


**Research Obtain Other Data (27.80 Hours; $ 13,719.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 8.00 | $800 | 6,400.00 |
| Relles | 4.90 | $475 | 2,327.50 |
| Ebener | 14.90 | $335 | 4,991.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/10 | Ebener | 335.00 | 0.20 | Review coder question on jury verdict report. |
| 06/02/10 | Ebener | 335.00 | 0.10 | Reply to coder question on jury verdict report. |
| 06/07/10 | Ebener | 335.00 | 0.20 | Check with Dahl Inc. on status of data capture. |
| 06/08/10 | Ebener | 335.00 | 0.40 | Provide specifications to Dahl Inc for date capture of additional injured persons form. |
| 06/09/10 | Ebener | 335.00 | 0.40 | Preliminary review of the primary data entry file. |
| 06/10/10 | Ebener | 335.00 | 0.30 | Check coder hours for accuracy. |
| 06/10/10 | Ebener | 335.00 | 0.40 | Review scan of sampled cases. |

| Date | Name | Rate | Hours | Description |
|---|---|---|---|---|
| 06/10/10 | Ebener | 335.00 | 0.10 | Check on status of data entry file. |
| 06/10/10 | Ebener | 335.00 | 0.10 | Provide FedEx instructions. |
| 06/10/10 | Ebener | 335.00 | 0.50 | Create additional injured parties file layout. |
| 06/11/10 | Ebener | 335.00 | 0.10 | Email Dahl Inc. with receipt confirmation for data file. |
| 06/14/10 | Ebener | 335.00 | 0.50 | Check data entry file transmittal for accuracy. |
| 06/14/10 | Ebener | 335.00 | 0.10 | Email Dahl Inc. to schedule residual data capture. |
| 06/15/10 | Ebener | 335.00 | 0.50 | Transmit completed coding forms to Dahl, Inc. for data capture. |
| 06/16/10 | Ebener | 335.00 | 0.10 | Check with Dahl Inc. on receipt of data transmittal. |
| 06/16/10 | Ebener | 335.00 | 0.20 | Email Dahl Inc. with instructions on data capture. |
| 06/16/10 | Peterson | 800.00 | 0.30 | Telephone Relles re: discuss data collection on verdicts and data on verdicts involving GMC. |
| 06/16/10 | Peterson | 800.00 | 0.30 | Review data on verdicts involving GMC. |
| 06/16/10 | Relles | 475.00 | 1.10 | Search Mealey's archives for cases involving General Motors. |
| 06/16/10 | Relles | 475.00 | 0.30 | Telephone Peterson re: discuss data collection on verdicts and data on verdicts involving GMC. |
| 06/18/10 | Ebener | 335.00 | 1.00 | Review updated to data entry file. |
| 06/1810 | Ebener | 335.00 | 1.00 | Inventory records in data entry file. |
| 06/18/10 | Peterson | 800.00 | 3.00 | Check coding against reporter. |
| 06/21/10 | Ebener | 335.00 | 2.00 | Check coding against data entry file. |
| 07/01/10 | Peterson | 80000 | 2.80 | Review list of subsidiaries and research asbestos issues among subsidiaries. |
| 07/14/10 | Peterson | 80000 | 1.20 | Review preliminary data on verdict trends. |

| Date | Name | Rate | Hours | Narrative |
|---|---|---|---|---|
| 07/28/10 | Peterson | 80000 | 3.40 | Review materials on GM asbestos litigation, including Mea leys and internet as additional sources. |
| 09/04/10 | Ebener | 335.00 | 1.50 | Audit data file in advance of delivery |
| 09/05/10 | Ebener | 335.00 | 0.50 | Transmit data files and documentation to Relles for Injured Party and Additional Injured Party cases |
| 09/16/10 | Ebener | 335.00 | 1.00 | Research response to query from Relles |
| 09/16/10 | Ebener | 335.00 | 0.30 | Prepare email response on query for Relles |
| 09/16/10 | Relles | 475.00 | 1.40 | Work on organizing jury verdict data |
| 09/20/10 | Ebener | 335.00 | 0.20 | Review set of variables from Relles for case inventory audit |
| 09/20/10 | Ebener | 335.00 | 0.20 | Confirm receipt of needed variables from Relles |
| 09/20/10 | Relles | 475.00 | 1.70 | Work on organizing jury verdict data |
| 09/20/10 | Relles | 475.00 | 0.40 | Email Ebener re: jury verdict data |

**Total Task Code .F       27.80**


**Other Experts, Evaluate, Confer (11.30 Hours; $ 6,017.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 2.00 | $800 | 1,600.00 |
| Relles | 9.30 | $475 | 4,417.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/08/10 | Relles | 475.00 | 0.20 | Email Sims re: discuss database and HR&A's prior usage of same. |

| Date | Professional | Rate | Hours | Description |
|---|---|---|---|---|
| 06/11/10 | Relles | 475.00 | 0.30 | Email correspondence with Sims (HR&A) and Brockman (ARPC) re: understanding database contents. |
| 06/11/10 | Relles | 475.00 | 0.30 | Telephone Sims re: understanding database contents. |
| 06/11/10 | Relles | 475.00 | 0.20 | Email correspondence with Susan Budd (ALIX) re: understanding database contents. |
| 06/14/10 | Relles | 475.00 | 0.50 | Conference call with sims and Brockman re: discuss database contents. |
| 07/06/10 | Peterson | 80000 | 0.60 | Review Florence memo re data request. |
| 07/30/10 | Peterson | 80000 | 1.40 | Review HR & A Reports. |
| 07/30/10 | Relles | 475.00 | 2.20 | Review three HR&A reports on GM Liabilities. |
| 08/02/10 | Relles | 475.00 | 4.10 | Review Rabinovitz report and attempt to replicate HR&A's results |
| 08/02/10 | Relles | 475.00 | 0.40 | Telephone Sims re: completeness of the GM data |
| 08/02/10 | Relles | 475.00 | 0.80 | Email Sims re: proposal for a phone conversation |
| 08/25/10 | Relles | 475.00 | 0.30 | Telephone Sims re: discuss data |

**Total Task Code .H        11.30**


**Analysis of other Matters (2.50 Hours; $ 1,675.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 1.50 | $800 | 1,200.00 |
| Relles | 1.00 | $475 | 475.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/15/10 | Peterson | 80000 | 0.50 | Telephone Relles re: Budget for August. |
| 07/15/10 | Peterson | 80000 | 1.00 | Revise budget and categories. |
| 07/15/10 | Relles | 475.00 | 0.50 | Assemble budget for August. |
| 07/15/10 | Relles | 475.00 | 0.50 | Telephone Peterson re budget for August. |

**Total Task Code .K    2.50**


**Review, work on plan Docs/Ruling (7.00 Hours; $ 5,600.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 7.00 | $800 | 5,600.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/30/10 | Peterson | 80000 | 3.80 | Review UCC motion and exhibits seeking additional materials and data from trusts. |
| 07/31/10 | Peterson | 80000 | 3.20 | Review and comment on UCC motion. |

**Total Task Code .L    7.00**

<u>Other Charges</u>:

Coding Services                                                                                  $ 2,510.26