LEGAL ANALYSIS SYSTEMS

**EXHIBIT B**

LIST OF PROFESSIONALS AND HOURS
June 1, 2010 – September 30, 2010

| Name | Rate | Hours | Amount ($) |
|---|---:|---:|---:|
| Peterson | $800 | 126.10 | 100,880.00 |
| Relles | $475 | 128.60 | 61,085.00 |
| Ebener | $335 | 14.90 | 4,991.50 |
| | | | |
| **TOTALS** | | **269.60** | **$166,956.50** |