## **EXHIBIT C**

Other Charges:

Coding Services $ 2,510.26