Pat Ebener

Expenses

| | |
|---|---|
| May, 2010 Coding Services. See Attachment 1 | $478.75 |
| June, 2010 Coding Services. See Attachment 1 | $ 18.75 |

**ATTACHMENT 1**

PROJECT:  Verdict Report Coding - May, 2010
Coder:    Silvia Hernandez
          3610 San Simeon Ave
          Oxnard, CA 03033

| Date | Hours | Activity |
|---|---|---|
| 5/17/2010 | 2.5 | inventory records |
| 5/19/2010 | 4.65 | training and practice coding |
| 5/21/2010 | 3 | coding |
| 5/26/2010 | 7.25 | coding |
| 5/27/2010 | 1.75 | coding |

Total Hours        19.15
Rate               $25.00/hr

Total May Expense  $478.75


PROJECT:  Verdict Report Coding - June, 2010
Coder:    Silvia Hernandez
          3610 San Simeon Ave
          Oxnard, CA 03033

| Date | Hours | Activity |
|---|---|---|
| 6/5/2010 | 0.75 | quality control review |

Total Hours        0.75
Rate               $25.00/hr

Total June Expense  $18.75

Total May and June  $497.50



**410 Central Avenue North**
**Faribault MN 55021**

**Bill To:**
Legal Analysis Systems

| | |
|---|---|
| **DATE:** | 7/27/2010 |
| **INVOICE:** | JV_20100630 |
| **TERMS:** | Net 30 Days |

**For: Verdict Coding - Fees and Expenses - May 2010 and June 2010**

| DESCRIPTION | Amount |
|---|---|
| May - Data Collection and Data Entry Services | 1,124.95 |
| June - Data Collection and Data Entry Services | 735.25 |
| UPS - shipping documents to Patricia Ebener 6/10/2010 | 152.56 |
| **TOTAL DUE** | **$2,012.76** |

**Please remit by check to:**

Dahl, Inc.
PO Box 431
Faribault MN 55021
(507) 384-6040

PROJECT: Verdict Report Coding and Data Capture
CODER: Nancy A. Baker

May 2010 Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2010 | NAB | Verdict coding training. | 2.20 | 25.00 | 55.00 |
| 5/21/2010 | NAB | Prepare sample coding; verdict coding training. | 3.10 | 25.00 | 77.50 |
| 5/24/2010 | NAB | Review samples with supervisor; update coding documentation. | 1.60 | 25.00 | 40.00 |
| 5/24/2010 | NAB | Code verdict articles. | 0.90 | 25.00 | 22.50 |
| 5/25/2010 | NAB | Code verdict articles. | 2.70 | 25.00 | 67.50 |
| 5/25/2010 | NAB | Verdict coding quality assurance review. | 2.72 | 25.00 | 68.00 |
| 5/26/2010 | NAB | Update coding documentation. | 1.20 | 25.00 | 30.00 |
| | | | 14.42 | | $360.50 |

PROJECT: Verdict Report Coding and Data Capture
CODER: Margaret L. Hoberg

May 2010 Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2010 | MLH | Verdict coding training. | 3.63 | 25.00 | 90.75 |
| 5/20/2010 | MLH | Verdict coding training. | 3.52 | 25.00 | 88.00 |
| 5/24/2010 | MLH | Verdict coding training. | 1.50 | 25.00 | 37.50 |
| 5/24/2010 | MLH | Code verdict articles. | 5.00 | 25.00 | 125.00 |
| 5/25/2010 | MLH | Code verdict articles. | 2.88 | 25.00 | 72.00 |
| 5/25/2010 | MLH | Verdict coding quality assurance review. | 5.80 | 25.00 | 145.20 |
| 5/26/2010 | MLH | Verdict coding quality assurance review. | 8.25 | 25.00 | 206.00 |
| | | | 30.58 | | $764.45 |

PROJECT: Verdict Report Coding and Data Capture  
CODER: Nancy A. Baker

June 2010 Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2010 | NAB | Verdict coding quality assurance review. | 2.40 | 25.00 | 60.00 |
| | | | 2.40 | | $60.00 |

PROJECT: Verdict Report Coding and Data Capture  
CODER: Margaret L. Hoberg

June 2010 Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2010 | MLH | Verdict coding quality assurance revie | 1.60 | 25.00 | 40.00 |
| 6/3/2010 | MLH | Code verdict articles. | 6.24 | 25.00 | 156.00 |
| 6/7/2010 | MLH | Verdict coding data capture. | 3.20 | 25.00 | 80.00 |
| 6/8/2010 | MLH | Injured party data capture. | 0.48 | 25.00 | 12.00 |
| 6/10/2010 | MLH | Verdict coding - report preparation | 3.09 | 25.00 | 77.25 |
| 6/16/2010 | MLH | Verdict coding data capture. | 2.40 | 25.00 | 60.00 |
| 6/17/2010 | MLH | Verdict coding quality assurance revie | 3.60 | 25.00 | 90.00 |
| | | | 20.61 | | $515.25 |

PROJECT: Verdict Report Coding and Data Capture  
CODER: Dellert Bauer

June 2010 Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/7/2010 | DHB | Verdict coding quality assurance review. | 4.00 | 40.00 | 160.00 |
| | | | 4.00 | | $160.00 |