**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
LEGAL ANALYSIS SYSTEMS, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF
MOTORS LIQUIDATION COMPANY, ET AL.
FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 6/1/10-9/30/10 | Total Hours From The Petition Date | Total Fees For The Period 6/1/10–9/30/10 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Review work on plan documents/Ruling | 10.30 | 10.30 | $ 6,550.00 | $ 6,550.00 |
| Confer with Committee Professionals | 27.9 | 27.90 | $ 18,712.50 | $ 18,712.50 |
| Analysis of Claims Database | 104.80 | 130.30 | $ 68,955.00 | $ 83,050.00 |
| Alternative Claims Resolution | .00 | 45.20 | $ .00 | $ 17,402.00 |
| Evaluate Proofs of Claims | .00 | 1.40 | $ .00 | $ 892.50 |
| Travel | .00 | 11.00 | $ .00 | $ 1,842.50 |
| Estimate Debtor's Liability | 20.40 | 20.40 | $ 11,672.50 | $ 11,672.50 |
| Research on Claims & Settlements | 57.60 | 57.60 | $ 34,055.00 | $ 34,055.00 |
| Research Obtain Other Data | 27.80 | 27.80 | $ 13,719.00 | $ 13,719.00 |
| Other Experts, Evaluate, Confer | 11.30 | 11.30 | $ 6,017.50 | $ 6,017.50 |
| Analysis of Other Matters | 2.50 | 2.50 | $ 1,675.00 | $ 1,675.00 |
| Review, work on plans Documents/Ruling | 7.00 | 7.00 | $ 5,600.00 | $ 5,600.00 |
| **TOTAL** | **269.60** | **352.70** | **$ 166,956.50** | **$ 201,885.00** |

DOC# 241196 v1 - 05/10/2005

- 2 -

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 6/1/10 – 9/30/10 | Total Expense From The Petition Date |
|---|---|---|
| Air & Train Transportation | $ .00 | $ 524.80 |
| Coding Services | $ 2,510.26 | $ 2,510.26 |
| Meals Related to Travel | $ .00 | $ 60.86 |
| Travel Expenses – Hotel Charges | $ .00 | $ 244.20 |
| Travel Expenses – Ground Transportation | $ .00 | $ 86.68 |
| Travel Expenses – Miscellaneous | $ .00 | $ 52.65 |
| **TOTAL** | **$ 2,510.26** | **$ 3,479.45** |