**EXHIBIT B**

**Asset Analysis & Recovery (23.00 Hours; $ 13,808.50)**

Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01**        23.00

**Business Operations (4.10 Hours; $ 2,767.50)**

Services rendered in this category pertain to the analysis and administration of the Debtor's business operations.

**Total Task Code .03**        4.10

**Case Administration (111.20 Hours; $ 40,837.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        111.20

**Fee Applications – Self (87.50 Hours; $ 18,334.50)**

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by Caplin & Drysdale's to these bankruptcy proceedings.

**Total Task Code .07**        87.50

**Litigation (472.00 Hours; $ 211,990.50)**

Services rendered in this category pertain to the review, analysis and litigation of adversary actions and other litigation in these bankruptcy proceedings.

**Total Task Code .10**        472.00

**Plan and Disclosure Statement (353.80 Hours; $ 185,982.50)**

Services rendered in this category pertain to efforts to formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .11**         353.80

**Relief from Stay Proceedings (.60 Hours; $ 405.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .12**         .60

**Valuation (8.00 Hours; $ 4,520.00)**

Services rendered in this category pertain to the analysis of the Debtor's assets and any claims filed against the estate.

**Total Task Code .14**         8.00

**Committee Meetings/Conferences (93.50 Hours; $ 51,932.00)**

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15**         93.50

**Travel (12.60 Hours; $ 4,071.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half and attorney's usual hourly rate.

**Total Task Code .16**         12.60

**Docket Review & Control (56.70 Hours; $ 11,511.50)**

Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17**         56.70

**Fee Applications - Others (19.60 Hours; $ 6,117.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .18**         19.60

**Retention Applications-Others (10.20 Hours; $ 3,463.50)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .19**         10.20

**Retention Application-Self (.20 Hours; $ 135.00)**

Services rendered in this category pertain to the preparation and review of the retention applications of Caplin & Drysdale and its special consultant, Professor Elizabeth Warren.

**Total Task Code .20**          .20

**Fee Auditor Matters - Self (71.20 Hours; $ 37,635.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .21**         71.20