**EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $903.11 |
| Outside Local Deliveries | $100.00 |
| Filing Fees | $200.00 |
| Research Material | $126.54 |
| Professional Fees & Expert Witness Fees | $14,450.00 |
| Charge of Cell and/or Home Phone Useage | $1,148.91 |
| Air & Train Transportation | $1,575.64 |
| Meals Related to Travel | $153.68 |
| Conference Meals | $65.93 |
| Court Reporting/Transcript Service | $955.20 |
| Outside Photocopying/Duplication Service | $3.76 |
| Travel Expenses - Hotel Charges | $646.47 |
| Travel Expenses - Ground Transportation | $388.45 |
| Local Transportation – DC | $252.61 |
| Local Transportation – NY | $279.01 |
| Database Research | $13,156.21 |
| Xeroxing | $1,433.85 |
| Postage & Air Freight | $10.24 |
| Long Distance-Equitrac In-House | $66.96 |
| NYO Long Distance Telephone | $245.00 |
| **Total** | **$36,161.57** |