**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDINGS
ASBESTOS-RELATED CLAIMS
MOTORS LIQUIDATION COMPANY
FOR THE PERIOD JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 6/1/10 9/30/10 | Total Hours From The Petition Date | Total Fees For The Period 6/1/10 – 9/30/10 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 23.0 | 99.7 | 13,808.50 | 56,607.50 |
| Asset Disposition | .0 | .0 | .00 | .00 |
| Business Operations | 4.1 | 4.1 | 2,767.50 | 2,767.50 |
| Case Administration | 111.2 | 220.2 | 40,837.00 | 95,261.50 |
| Claims Administration & Objections | .0 | .4 | .00 | 270.00 |
| Employee Benefits/Pensions | .0 | .0 | .00 | .00 |
| Fee Applications-Self | 87.5 | 128.6 | 18,334.50 | 29,244.10 |
| Objections/Fee/Retention Applications | .0 | 195.4 | .00 | 72,554.50 |
| Financing | .0 | .0 | .00 | .00 |
| Litigation | 472.0 | 514.3 | 211,990.50 | 226,863.00 |
| Plan and Disclosure Statement | 353.8 | 603.6 | 185,982.50 | 318,099.50 |
| Relief from Stay Proceedings | .6 | .6 | 405.00 | 405.00 |
| Tax Issues | .0 | .0 | .00 | .00 |
| Valuation | 8.0 | 8.0 | 4,520.00 | 4,520.00 |
| Committee Meetings/ Conferences | 93.5 | 167.8 | 51,932.00 | 99,723.50 |
| Travel | 12.6 | 23.3 | 4,071.00 | 7,669.75 |
| Docket Review & Control | 56.7 | 71.8 | 11,511.50 | 14,551.50 |
| Fee Applications – Others | 19.6 | 19.8 | 6,117.50 | 6,252.50 |
| Retention Applications – Others | 10.2 | 64.5 | 3,463.50 | 24,595.50 |
| Retention Applications – Self | .2 | 219.6 | 135.00 | 87,846.50 |
| Fee Auditor Matters - Self | 71.2 | 71.2 | 37,635.50 | 37,635.50 |
| **TOTAL** | **1,324.2** | **2,412.9** | **593,511.50** | **1,084,867.30** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 6/1/10 – 9/30/10 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 13,156.21 | $ 38,136.80 |
| Research Materials | $ 126.54 | $ 350.14 |
| Air Freight & Express Mail | $ 903.11 | $ 1,148.17 |
| Outside Local Deliveries | $ 100.00 | $ 113.25 |
| Filing Fees | $ 200.00 | $ 200.00 |
| Professional Fees + Expert Witness Fees | $ 14,450.00 | $ 35,306.00 |
| Outside Fax Service | $ .00 | $ .00 |
| Court Reporting/Transcript Services | $ 955.20 | $ 1,282.10 |
| Conference Meals | $ 65.93 | $ 65.93 |
| Outside Photocopy Service | $ 3.76 | $ 1,148.46 |
| Miscellaneous Client Advances | $ .00 | $ .00 |
| Air & Train Transportation | $ 1,575.64 | $ 2,085.64 |
| Meals Related to Travel | $ 153.68 | $ 260.19 |
| Travel Expenses – Hotel Charges | $ 646.47 | $ 993.08 |
| Travel Expenses – Ground Transportation | $ 388.45 | $ 434.45 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ .00 | $ 43.90 |
| Local Transportation – DC | $ 252.61 | $ 546.30 |
| Local Transportation – NY | $ 279.01 | $ 311.21 |
| Xeroxing | $ 1,433.85 | $ 2,252.25 |
| Postage | $ 10.24 | $ 29.99 |
| Telecopier | $ .00 | $ .00 |
| Use of Personal Cell/Home Phone | $ 1,148.91 | $ 1,148.91 |
| Long Distance – Credit Card | $ .00 | $ .00 |
| Long Distance Telephone – DC | $ 66.96 | $ 90.91 |
| NYO Long Distance Telephone | $ 245.00 | $ 245.00 |
| | **$ 36,161.57** | **$ 86,192.68** |