Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan 48243
Telephone: (313) 396-3000
Scott L. Shekell, Partner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* ) | |
| ) | Case No. 09-50026 (REG) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**SUMMARY SHEET ACCOMPANYING SECOND INTERIM FEE APPLICATIONOF DELOITTE TAX LLP AS TAX SERVICES PROVIDER FOR THE PERIOD FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

Name of Applicant:                             Deloitte Tax LLP

Authorized to Provide Services to:             the above-captioned debtors

Date of Approval:                              nunc pro tunc to January 1, 2010

Period for which Compensation
and Reimbursement is Sought:                   June 1, 2010 through September 30, 2010

Total Fees Requested:                          $ 369,592.00
Total Expenses Requested:                      $      55.00
Total of Fees and Expenses:                    $ 369,647.00

Less: amounts previously paid:                 $       0.00

Total Cash Payment Requested:                  $ 369,647.00

This is an Interim Fee Application.

Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan 48243
Telephone: (313) 396-3000
Scott L. Shekell, Partner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) ) MOTORS LIQUIDATION COMPANY, *et al.* ) ) ) Debtors. ) ) | Chapter 11 Case No. 09-50026 (REG) Jointly Administered |

**SECOND INTERIM FEE APPLICATION OF DELOITTE TAX LLP**
**AS TAX SERVICES PROVIDERS FOR THE PERIOD FROM**
**JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

Deloitte Tax LLP ("Deloitte Tax"), as tax services provider to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), respectfully represents:

**INTRODUCTION**

1. This is Deloitte Tax's second interim fee application (the "Second Interim Fee Application") for the allowance and payment of compensation for professional services and reimbursement of expenses pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the Court's General Orders M-104 and M-389 (the "General Orders"), the United States Trustees Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. §330 adopted on January 30, 1996 (the "UST Guidelines") and the Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, signed August 7, 2009 (the "Interim Compensation Order," and collectively, the "Guidelines and Orders").

Pursuant to the Guidelines and Orders, a Declaration of Scott Shekell regarding compliance with the Guidelines and Orders is attached hereto as <u>Exhibit A.</u>

2. By the Second Interim Fee Application, Deloitte Tax seeks interim allowance of compensation for professional services performed by Deloitte Tax for the period from June 1, 2010 through September 30, 2010 (the "<u>Compensation Period</u>") in the aggregate amount of $369,592.00 and reimbursement of expenses in the amount of $55.00. Deloitte Tax submits allowance and payment of these amounts are fully warranted given the actual and necessary services rendered to the Debtors by Deloitte Tax as described in this Second Interim Fee Application. The Debtors have not previously paid any amounts in respect to the foregoing fees and expenses.

## BACKGROUND

3. On June 1, 2009 (the "<u>Petition Date</u>"), each of the Debtors commenced cases (the "<u>Chapter 11 Cases</u>") under chapter 11. The Debtors' cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are continuing to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

## THE RETENTION OF DELOITTE TAX LLP

5. On March 1, 2010, the Court entered an Order approving the employment of Deloitte Tax as tax services provider to the Debtors pursuant to sections 105 and 363(b) of the Bankruptcy Code *nunc pro tunc* to January 1, 2010 (the "<u>Approval Order</u>"). The Approval Order authorized the Debtors to engage Deloitte Tax pursuant to Engagement Letter (the

"Engagement Letter"), dated January 21, 2009, between Deloitte Tax and the Debtors. Pursuant to the Approval Order, Deloitte Tax was authorized to be compensated by the Debtors, subject to application to this Court as set forth therein. The Approval Order also authorized Deloitte Tax's reimbursement for actual and necessary expenses incurred, subject to application to this Court as set forth therein.

## REQUESTED FEES

6. Under the Engagement Letter, there are hourly billing rates per level. During the Compensation Period, a total of 546.3 hours were incurred. The rates Deloitte Tax charges for the services rendered by its professionals in these Chapter 11 Cases are similar to rates Deloitte Tax charges for professional services rendered in comparable nonbankruptcy matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive market.

7. There is no agreement or understanding between Deloitte Tax and any other nonaffiliated person for the sharing of compensation to be received for services rendered in these cases.

8. Pursuant to the UST Guidelines, annexed hereto as Exhibit B is a schedule setting forth all Deloitte Tax professionals who have performed services in these Chapter 11 Cases during the Compensation Period by category of services, the capacities in which each such individual is employed by Deloitte Tax, the hourly billing rate charged by Deloitte Tax for services performed by such individual and the aggregate number of hours expended and fees billed.

9. Attached hereto as Exhibit C is the time detail in chronological order, by month, showing the services performed by Deloitte Tax during the Compensation Period, including the date, name of professional, hours expended and time description by task.

10. Attached hereto as <u>Exhibit D</u> is the expense detail for which Deloitte Tax seeks reimbursement.

11. All services performed by Deloitte Tax for which fees and reimbursement is requested herein were performed or incurred for and on behalf of the Debtors and were not for any other person or entity.

12. During the Compensation Period, Deloitte Tax performed a services related to preparing a private letter ruling for submission to the Internal Revenue Service ("IRS"). Such services included:

   a. Discussions and fact gathering with the Debtors, including conference calls and correspondence with the Debtors' internal tax department and business people, as well as with other transactional advisors (e.g., bankruptcy and tax counsel);

   b. Technical tax research on the authorities relevant to the issues that are the subject of the ruling request; and

   c. Drafting, review, and revision of the ruling request document. Drafts are circulated to the Debtors and other transactional advisors, and comments are received and integrated into the working draft.

## SUMMARY DESCRIPTION OF SERVICES PERFORMED

13. Set forth below is a brief summary of certain of the matters on which Deloitte Tax provided consultations during the Compensation Period. It is not meant to be a detailed description of all of the work performed. Complete time detail describing the day-to-day services is included in <u>Exhibit C</u>.

14. During the Compensation Period, Deloitte Tax worked to assist the Debtors in the preparation of an IRS ruling request related to the tax consequences of the creation of certain trusts pursuant to a plan of reorganization of the Debtors. The steps taken to prepare this ruling request are set forth above.

**EXPENSES**

15.    Deloitte Tax incurred expenses in the amount of $55.00 in this Compensation Period.

**REQUESTED COMPENSATION SHOULD BE ALLOWED**

16.    Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331 Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded…, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title 11 U.S.C. § 330(a)(3).

5

17. The services rendered were reasonable, necessary and appropriate to the administration of the Chapter 11 Cases and related matters and were rendered in order to protect and preserve the Debtors' estates during the pendency of the Chapter 11 Cases.

18. As demonstrated by this Second Interim Fee Application and the exhibits annexed hereto, Deloitte Tax spent its time economically and without unnecessary duplication of effort. In addition, the work conducted was carefully assigned to appropriate professionals, according to the experience and level of knowledge required for each particular task. Accordingly, approval of the compensation sought herein is warranted.

## CONCLUSION

WHEREFORE, Deloitte Tax respectfully requests that the Court enter an order (i) awarding Deloitte Tax the interim allowance of fees for the Compensation Period in the amount of $369,592.00 and expenses in the amount of $55.00, (ii) authorizing and directing the Debtors to pay Deloitte Tax a total amount of fees and expenses in the amount of $369,647.00, to the extent not previously paid, and (iii) granting such other relief as is just and proper.

Dated: November 15, 2010

Respectfully Submitted,

_____
Scott L. Shekell
Partner
Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan  48243

**Exhibit A**

Deloitte Tax LLP
600 Renaissance Center, Suite 900
Detroit, Michigan 48243
Telephone: (313) 396-3000
Scott L. Shekell, Partner

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) <br> ) <br> MOTORS LIQUIDATION COMPANY, *et al.* ) <br> ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> Jointly Administered |

**CERTIFICATION OF SCOTT L. SHEKELL IN SUPPORT OF**
**THE SECOND INTERIM FEE APPLICATION OF DELOITTE TAX LLP**
**AS TAX SERVICES PROVIDER FOR THE PERIOD**
**FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

SCOTT L. SHEKELL, deposes and says:

    1.    I am a partner of Deloitte Tax LLP ("Deloitte Tax"), which has an office located at 600 Renaissance Center, Suite 900, Detroit, Michigan 48243. I make this certification in support of the attached second interim fee application (the "Fee Application") of Deloitte Tax, dated November 15, 2010 in the above-captioned debtors' (the "Debtors") chapter 11 cases.

    2.    I make this certification pursuant to the Court's Administrative Order M-389 (the "Administrative Order"), the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated April 19, 1995 and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330 adopted on January 30, 1996 (the "Guidelines").

    3.    In compliance with the Administrative Order, I hereby certify that:

        a.    I have read the Fee Application;

        b.    To the best of my knowledge, information and belief formed after

reasonable inquiry, the fees and disbursements sought in the Fee Application are in substantial compliance with the Administrative Order and the Guidelines.

  c. The fees and disbursements sought in the Fee Application are billed at rates or in accordance with practice customarily employed by Deloitte Tax for similar services and generally accepted by Deloitte Tax's clients.

  d. Deloitte Tax has not made a profit with respect to the expenses requested in the Fee Application.

  e. Deloitte Tax did not submit monthly billing statements with respect to the amounts requested in the Fee Application and has not received any amounts from the Debtors with respect thereto.

  f. Copies of the Fee Application were provided to the appropriate parties on the date set for the filing of fee applications by the Court in its order regarding interim compensation procedures.

Dated: November 15, 2010
   Detroit, Michigan

                 _____
                 Scott L. Shekell

**Exhibit B**

Deloitte Tax LLP
Tax Service Providers and Tax Consultants to Motors Liquidation Company
For the Months of June, 2010 through Septemeber, 2010
Sorted by Project and Professional for Tax Services

| Name | Title | Service Line | Hourly Rate | Billable Hours | Total Fees |
|---|---|---|---|---|---|
| **Preparation and review of private letter ruling** | | | | | |
| COLLINS, BRYAN P | Partner/Director | TAX | 837 | 86.1 | 72,066 |
| DUFFLEY, SEAN P | Senior Manager | TAX | 642 | 123.5 | 79,287 |
| GAREAU, MATTHEW E | Senior Manager | TAX | 642 | 20.0 | 12,840 |
| GAREAU, MATTHEW E | Partner/Director | TAX | 837 | 32.3 | 27,035 |
| HARMAN, HEATHER A | Manager | TAX | 557 | 76.8 | 42,778 |
| HARMAN, HEATHER A | Senior Manager | TAX | 642 | 100.9 | 64,778 |
| SHEKELL, SCOTT L | Partner/Director | TAX | 723 | 1.7 | 1,229 |
| TESTOFF, ROBERT A | Partner/Director | TAX | 837 | 42.0 | 35,154 |
| WIGGINS, SCOTT B | Manager | TAX | 557 | 15.5 | 8,634 |
| | | | | 498.8 | $ 343,800 |
| **Chapter 11 Administration** | | | | | |
| ATHANAS, JOHN A | Senior Manager | TAX | 595 | 12.2 | 7,259 |
| GAREAU, MATTHEW E | Senior Manager | TAX | 642 | 3.5 | 2,247 |
| HALLETT, KEVIN M | Senior Associate | TAX | 425 | 22.5 | 9,563 |
| SHEKELL, SCOTT L | Partner/Director | TAX | 723 | 9.3 | 6,724 |
| | | | | 47.5 | $ 25,792 |
| **Total hours and amount sought** | | | | 546.3 | $ 369,592 |

Exhibit B

**Exhibit C**

**Statement by Deloitte Tax LLP**
**Tax Service Providers and Tax Consultants to Motors Liquidation Company**
**For the Months of June, 2010 through September, 2010**
**Sorted by Day and Professional for Tax Services**

| Initials | Date | Description | Billable Time | Fixed Rate | Billable Fees |
|---|---|---|---|---|---|
| **ATHANAS, JOHN A** | | | | | |
| JAA | 6/3/2010 | Discussion regarding Motors Liquidation Company fee application with S. Shekell. | 1.0 | 595 | 595 |
| JAA | 6/4/2010 | Review Motors Liquidation Company fee application. | 0.5 | 595 | 298 |
| JAA | 6/23/2010 | Review of initial draft of Motors Liquidation Company fee application | 1.0 | 595 | 595 |
| JAA | 6/23/2010 | Call with K. Hallett and S. Shekell regarding fee application | 1.0 | 595 | 595 |
| JAA | 6/28/2010 | Review of Motors Liquidation Company fee application. | 0.5 | 595 | 298 |
| JAA | 7/7/2010 | Review of Motors Liquidation Company fee application. | 1.0 | 595 | 595 |
| JAA | 7/16/2010 | Discussion about Motors Liquidation Company fee application with S. Shekell | 0.8 | 595 | 476 |
| JAA | 7/20/2010 | Preparing revisions to Motors Liquidation Company fee applications. | 0.4 | 595 | 238 |
| JAA | 7/22/2010 | Reviewing Motors Liquidation Company fee application revisions. | 0.5 | 595 | 298 |
| JAA | 7/26/2010 | Edit fee application exhibits. | 1.1 | 595 | 655 |
| JAA | 7/28/2010 | Revising fee application detail pursuant to fee examiner requirements. | 0.6 | 595 | 357 |
| JAA | 7/28/2010 | Conference Call with M. Gareau regarding fee application matters. | 0.6 | 595 | 357 |
| JAA | 8/3/2010 | Review of Motors Liquidation Company fee application revisions. | 1.2 | 595 | 714 |
| JAA | 8/3/2010 | Conference call with S. Shekell and K. Hallett regarding revised fee application. | 0.6 | 595 | 357 |
| JAA | 8/4/2010 | Making final edits to revised Motors Liquidation interim fee application. | 0.9 | 595 | 536 |
| JAA | 8/4/2010 | Discussions of fee application issues with M. Gareau. | 0.5 | 595 | 298 |
| | | | **12.2** | | **$ 7,259** |
| **COLLINS, BRYAN P** | | | | | |
| BPC | 6/4/2010 | Ruling process and fee application discussion with M. Gareau. | 1.0 | 837 | 837 |
| BPC | 6/8/2010 | Revising ruling request factual section for new term sheet on environmental trust. | 1.0 | 837 | 837 |
| BPC | 6/9/2010 | Revising ruling request factual section for new term sheet on environmental trust. | 1.0 | 837 | 837 |
| BPC | 7/8/2010 | Conference call with M. Gareau, B. Testoff and H. Harman regarding Environmental Trust Term Sheet. | 1.5 | 837 | 1,256 |
| BPC | 7/12/2010 | Meetings with M. Gareau, R. Testoff regarding Private Letter Ruling draft. | 1.0 | 837 | 837 |
| BPC | 7/14/2010 | Revising ruling request representation section for new term sheet on environmental trust. | 3.0 | 837 | 2,511 |
| BPC | 7/15/2010 | Revising ruling request rulings requested section for new term sheet on environmental trust. | 3.5 | 837 | 2,930 |
| BPC | 7/16/2010 | Revising ruling request technical analysis for new term sheet on environmental trust. | 1.0 | 837 | 837 |
| BPC | 7/20/2010 | Reviewing and revising draft ruling request to reflect changes in the environmental trust term sheet and the introduction of a liquidating trust for the avoidance action. | 1.0 | 837 | 837 |
| BPC | 8/15/2010 | Reviewing and revising draft ruling request to reflect changes in the bankruptcy plan, including changes in the description of the plan and the tax consequences of the plan. | 3.0 | 837 | 2,511 |
| BPC | 8/16/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 2.2 | 837 | 1,841 |
| BPC | 8/16/2010 | Discussions with S. Duffley regarding status of ruling request. | 0.3 | 837 | 251 |
| BPC | 8/17/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 2.5 | 837 | 2,093 |
| BPC | 8/17/2010 | Discussions with S. Duffley regarding revisions to draft ruling request. | 0.5 | 837 | 419 |
| BPC | 8/18/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 4.0 | 837 | 3,348 |
| BPC | 8/19/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.0 | 837 | 837 |
| BPC | 8/20/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 3.0 | 837 | 2,511 |
| BPC | 8/22/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 4.5 | 837 | 3,767 |
| BPC | 8/23/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 5.0 | 837 | 4,185 |
| BPC | 8/24/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 3.5 | 837 | 2,930 |
| BPC | 8/25/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.0 | 837 | 837 |
| BPC | 8/26/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 3.0 | 837 | 2,511 |
| BPC | 8/27/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.2 | 837 | 1,004 |
| BPC | 8/27/2010 | Discuss Environmental trust language with M. Gareau. | 0.7 | 837 | 586 |
| BPC | 8/30/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.5 | 837 | 1,256 |
| BPC | 8/31/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 2.0 | 837 | 1,674 |
| BPC | 9/1/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.0 | 837 | 837 |
| BPC | 9/3/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 0.5 | 837 | 419 |
| BPC | 9/9/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.0 | 837 | 837 |
| BPC | 9/10/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.5 | 837 | 1,256 |
| BPC | 9/12/2010 | Reviewing revised ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 4.0 | 837 | 3,348 |
| BPC | 9/14/2010 | Reviewing revised ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 1.0 | 837 | 837 |
| BPC | 9/15/2010 | Reviewing e-mails from Motors Liquidation Company personnel regarding comments on the ruling request. | 2.0 | 837 | 1,674 |
| BPC | 9/16/2010 | Reviewing e-mails from Motors Liquidation Company personnel regarding comments on the ruling request. | 1.5 | 837 | 1,256 |
| BPC | 9/16/2010 | Discussions with S. Duffley and M. Gareau regarding draft revisions. | 0.5 | 837 | 419 |
| BPC | 9/17/2010 | Reviewing comments regarding Motors Liquidation Company ruling request. | 2.0 | 837 | 1,674 |
| BPC | 9/20/2010 | Telephone discussion with M. Goodman, S. Goldring from Weil regarding changes to the bankruptcy plan for purposes of modifying draft ruling request. | 1.7 | 837 | 1,423 |
| BPC | 9/20/2010 | Debriefing with S. Duffley regarding next steps. | 0.3 | 837 | 251 |
| BPC | 9/21/2010 | Reviewing modifications to bankruptcy plan, environmental trust documents and attachments to be submitted with Motors Liquidation Company ruling request. | 2.5 | 837 | 2,093 |
| BPC | 9/22/2010 | Revising Motors Liquidation Company ruling request to reflect the transfer of the New GM Securities to the GUC Trust. | 0.9 | 837 | 753 |
| BPC | 9/22/2010 | Revising ruling request to reflect inclusion of claims reserve in the avoidance action trust. | 0.3 | 837 | 251 |
| BPC | 9/22/2010 | Revising ruling request technical discussion with respect to claims reserve in the avoidance action trust. | 0.5 | 837 | 419 |
| BPC | 9/22/2010 | Reviewed and revised draft ruling request with S. Duffley, M. Gareau, H. Harman and S. Wiggins. | 4.8 | 837 | 4,018 |
| BPC | 9/23/2010 | Revising ruling request technical analysis to include treatment of claims reserve in the avoidance action trust. | 0.7 | 837 | 586 |
| BPC | 9/23/2010 | Communication with Motors Liquidation Company regarding need for filing fee check and power of attorney for ruling request. | 0.3 | 837 | 251 |
| BPC | 9/24/2010 | Discussion with S. Duffley with respect to treatment of GUC Trust ownership. | 0.5 | 837 | 419 |

Exhibit C

| Initials | Date | Description | Billable Time | Fixed Rate | Billable Fees |
|---|---|---|---|---|---|
| BPC | 9/28/2010 | Revising factual description of bankruptcy plan to reflect changes on the avoidance action trust | 0.5 | 837 | 419 |
| BPC | 9/29/2010 | Reviewing and revising ruling request with respect to tax analysis of momentary ownership of New GM securities by GUC Trust prior to transfer to Allowed General Unsecured Claimholders. | 2.7 | 837 | 2,260 |
| BPC | 9/29/2010 | Conference call with S. Duffley, H. Harman, M. Goodman & J. Pae regarding Weil comments on draft. | 1.0 | 837 | 837 |
| BPC | 9/30/2010 | Reviewing revisions to ruling request draft relating to the claims reserve within the Avoidance Action Trust. | 1.5 | 837 | 1,256 |
| | | | 86.1 | | $ 72,066 |
| **DUFFLEY, SEAN P** | | | | | |
| SPD | 7/8/2010 | Reviewed updated Motors Liquidation Company term sheet. | 0.6 | 642 | 385 |
| SPD | 7/9/2010 | Revise factual background of draft ruling request. | 6.5 | 642 | 4,173 |
| SPD | 7/11/2010 | Revise facts and representations of draft ruling request. | 3.2 | 642 | 2,054 |
| SPD | 7/12/2010 | Update legal discussion of draft ruling request. | 5.3 | 642 | 3,403 |
| SPD | 7/14/2010 | Revise legal discussion of draft request to reflect changes to factual background | 5.0 | 642 | 3,210 |
| SPD | 7/15/2010 | Revising Motors Liquidation Company draft ruling request. | 1.5 | 642 | 963 |
| SPD | 7/19/2010 | Revising Motors Liquidation Company draft ruling request. | 1.8 | 642 | 1,156 |
| SPD | 7/20/2010 | Revise sub C discussion in draft ruling request. | 3.7 | 642 | 2,375 |
| SPD | 7/21/2010 | Researching liquidating trusts in regard to Motors Liquidation Company ruling request. | 1.4 | 642 | 899 |
| SPD | 7/22/2010 | Research Rev. Proc. 82-58 and draft legal discussion of liquidating trusts | 4.3 | 642 | 2,761 |
| SPD | 7/26/2010 | Drafting comments to Motors Liquidation Company ruling request regarding liquidation of trusts. | 3.8 | 642 | 2,440 |
| SPD | 7/26/2010 | Research authorities on liquidating trusts and revising draft legal discussion | 1.8 | 642 | 1,156 |
| SPD | 7/27/2010 | Researching liquidating trusts in regard to Motors Liquidation Company ruling request. | 3.5 | 642 | 2,247 |
| SPD | 7/27/2010 | Revising Motors Liquidation Company draft ruling request. | 3.2 | 642 | 2,054 |
| SPD | 7/28/2010 | Update research on DOFs and liquidating trusts. | 2.2 | 642 | 1,412 |
| SPD | 7/28/2010 | Revising Motors Liquidation Company draft ruling request. | 1.8 | 642 | 1,156 |
| SPD | 7/29/2010 | Researching liquidating trusts in regard to Motors Liquidation Company ruling request. | 3.2 | 642 | 2,054 |
| SPD | 7/29/2010 | Revise draft ruling request to reflect additional comments. | 2.1 | 642 | 1,348 |
| SPD | 7/30/2010 | Revising Motors Liquidation Company draft ruling request. | 3.2 | 642 | 2,054 |
| SPD | 8/16/2010 | Revising Motors Liquidation Company draft ruling request. | 4.8 | 642 | 3,082 |
| SPD | 8/16/2010 | Reviewing and analyzing Disclosure Statement related to Motors Liquidation Company ruling request. | 2.0 | 642 | 1,284 |
| SPD | 8/16/2010 | Researching liquidating trusts in regard to Motors Liquidation Company ruling request. | 1.5 | 642 | 963 |
| SPD | 8/16/2010 | Discussions with B. Collins regarding status of ruling request. | 0.3 | 642 | 193 |
| SPD | 8/17/2010 | Revising Motors Liquidation Company draft ruling request. | 5.4 | 642 | 3,467 |
| SPD | 8/17/2010 | Reviewing and analyzing Disclosure Statement related to Motors Liquidation Company ruling request. | 3.3 | 642 | 2,119 |
| SPD | 8/17/2010 | Discussion with B. Collins regarding revisions to draft ruling request. | 0.5 | 642 | 321 |
| SPD | 8/17/2010 | Discussions with H. Harman regarding revisions to draft ruling request. | 0.5 | 642 | 321 |
| SPD | 8/19/2010 | Updating Subsection C analysis in Motors Liquidation Company draft ruling request. | 1.5 | 642 | 963 |
| SPD | 8/23/2010 | Revising draft ruling request analysis of DOFs, liquidating trusts, & sub C consequences. | 7.3 | 642 | 4,687 |
| SPD | 8/23/2010 | Update research on DOFs liquidating trusts. | 3.6 | 642 | 2,311 |
| SPD | 8/23/2010 | Discussions with M. Gareau regarding ruling request status & comments on draft. | 0.7 | 642 | 449 |
| SPD | 8/24/2010 | Revising Subsection C analysis of draft ruling request. | 2.2 | 642 | 1,412 |
| SPD | 8/30/2010 | Reviewing updated Plan and Disclosure documents. | 2.2 | 642 | 1,412 |
| SPD | 9/16/2010 | Revise draft ruling request to reflect comments from B. Collins. | 2.5 | 642 | 1,605 |
| SPD | 9/16/2010 | Discussions with B. Collins and M. Gareau regarding draft revisions. | 0.5 | 642 | 321 |
| SPD | 9/17/2010 | Revising Subsection C analysis of draft ruling request. | 2.8 | 642 | 1,798 |
| SPD | 9/20/2010 | Revise draft ruling request to incorporate comments from R. Zablocki, S. Goldring, M. Goodman & J. Park. | 5.5 | 642 | 3,531 |
| SPD | 9/20/2010 | Conference call with M. Goodman, S. Goldring from Weil regarding draft status and remaining issues. | 1.5 | 642 | 963 |
| SPD | 9/20/2010 | Debriefing with B. Collins regarding next steps. | 0.3 | 642 | 193 |
| SPD | 9/20/2010 | Discussion with H. Harman regarding draft status. | 0.2 | 642 | 128 |
| SPD | 9/21/2010 | Review draft Motors Liquidation Company ruling request to reflect additional comments. | 3.5 | 642 | 2,247 |
| SPD | 9/21/2010 | Review updated draft with M. Gareau. | 0.5 | 642 | 321 |
| SPD | 9/21/2010 | Discuss preparations of exhibits and appendices for ruling request with M. Gareau and S. Wiggins. | 0.3 | 642 | 193 |
| SPD | 9/22/2010 | Reviewed and revised draft ruling request with B. Collins, M. Gareau, H. Harman and S. Wiggins. | 4.8 | 642 | 3,082 |
| SPD | 9/24/2010 | Discussion with B. Collins with respect to treatment of GUC Trust ownership. | 0.5 | 642 | 321 |
| SPD | 9/24/2010 | Review M. Goodman's comments against current and prior drafts. | 0.7 | 642 | 449 |
| SPD | 9/28/2010 | Discuss exhibits for ruling request with S. Wiggins. | 0.2 | 642 | 128 |
| SPD | 9/29/2010 | Revise Motors Liquidation Company draft ruling request to reflect latest comments. | 2.3 | 642 | 1,477 |
| SPD | 9/29/2010 | Conference call with B. Collins, H. Harman, M. Goodman & J. Pae regarding Weil comments on draft. | 1.0 | 642 | 642 |
| SPD | 9/29/2010 | Follow up discussion with S. Wiggins regarding status of procedural items for ruling request. | 0.2 | 642 | 128 |
| SPD | 9/30/2010 | Reviewed and discussed additional comments from client with H. Harman and M. Gareau. | 2.3 | 642 | 1,477 |
| | | | 123.5 | | $ 79,287 |
| **GAREAU, MATTHEW E** | | | | | |
| MEG | 6/3/2010 | Review of MLC fee application | 0.5 | 642 | 321 |
| MEG | 6/4/2010 | Ruling process and fee application discussion with B. Collins. | 1.0 | 642 | 642 |
| MEG | 6/4/2010 | Motors Liquidation Company fee application edits | 1.0 | 642 | 642 |
| MEG | 6/8/2010 | Revise fee application for Motors Liquidation Company. | 1.0 | 642 | 642 |
| MEG | 6/9/2010 | Call with B. Testoff regarding Motors Liquidation Company ruling request. | 1.0 | 642 | 642 |
| MEG | 7/8/2010 | Conference call with B. Collins, B. Testoff, H. Harman regarding Environmental Trust Term Sheet. | 1.5 | 642 | 963 |
| MEG | 7/12/2010 | Meetings with R. Testoff, B. Collins regarding Private Letter Ruling draft. | 1.0 | 642 | 642 |
| MEG | 7/12/2010 | Reviewing Private Letter Ruling draft regarding Motors Liquidation Company. | 0.5 | 642 | 321 |
| MEG | 7/13/2010 | Reviewing and revising Motors Liquidation Company Private Letter Ruling Request. | 1.5 | 642 | 963 |
| MEG | 7/14/2010 | Preparing and reviewing Private Letter Ruling request part 2. | 3.0 | 642 | 1,926 |
| MEG | 7/15/2010 | Reviewing fact changes to Motors Liquidation Company Private Letter Ruling Request. | 2.0 | 642 | 1,284 |
| MEG | 7/28/2010 | Conference Call with J. Athanas regarding fee application matters. | 0.6 | 642 | 385 |
| MEG | 8/4/2010 | Discussed fee application issues with J. Athanas. | 0.5 | 642 | 321 |
| MEG | 8/19/2010 | Reviewed draft disclosure statement for discussion regarding treatment of cancellation of debt income. | 0.8 | 642 | 514 |
| MEG | 8/20/2010 | Reviewed edits to facts section of Motors Liquidation Company draft ruling request. | 1.6 | 642 | 1,027 |
| MEG | 8/21/2010 | Reviewed and edited technical analysis in ruling request regarding reorganization consequences. | 2.8 | 642 | 1,798 |
| MEG | 8/21/2010 | Reviewed and edited technical analysis in ruling request regarding disputed ownership fund. | 1.9 | 642 | 1,220 |
| MEG | 8/21/2010 | Reviewed and edited technical analysis in ruling request regarding liquidating trust. | 1.3 | 642 | 835 |
| MEG | 8/23/2010 | Discussions with B. Collins regarding ruling request status & comments on draft. | 0.7 | 837 | 586 |
| MEG | 8/23/2010 | Reviewed and edited discussion of bankruptcy plan in ruling request | 3.0 | 837 | 2,511 |
| MEG | 8/23/2010 | Reviewed and edited technical analysis of liquidating trust and DOF in ruling request. | 3.4 | 837 | 2,846 |
| MEG | 8/24/2010 | Review and edit ruling request for updates to plan and disclosure statement. | 2.7 | 837 | 2,260 |
| MEG | 8/24/2010 | Edit and revise requested rulings and technical analysis sections of ruling request | 1.8 | 837 | 1,507 |
| MEG | 8/25/2010 | Updated PLR request to circulate to client. | 0.5 | 837 | 419 |
| MEG | 8/27/2010 | Discuss Environmental trust language with B. Collins. | 0.7 | 837 | 586 |
| MEG | 8/30/2010 | Motors Liquidation Company conference call with R. Testoff and H. Harman regarding trust terms. | 0.8 | 837 | 670 |
| MEG | 9/1/2010 | Conference call with M. Goodman from Weil, R. Zablocki Motors Liquidation Company, Plante Moran regarding state OIP loan issue. | 0.9 | 837 | 753 |
| MEG | 9/10/2010 | Reviewed and revised representations and requested rulings in PLR request to take into account updated facts. | 0.9 | 837 | 753 |
| MEG | 9/16/2010 | Reviewed Private Leteer Ruling request. | 1.1 | 837 | 921 |
| MEG | 9/16/2010 | Discussions with B. Collins and S. Duffley regarding draft revisions. | 0.5 | 837 | 419 |

Exhibit C

| Initials | Date | Description | Billable Time | Fixed Rate | Billable Fees |
|---|---|---|---|---|---|
| MEG | 9/17/2010 | Update PLR request for comments received from M. Goodman and S. Goldring, JoonDeom Pae from Weil | 1.2 | 837 | 1,004 |
| MEG | 9/20/2010 | Talk with M. Goodman, S. Goldring & J. Pae from Weil and R. Zablocki and J. Seltzer from Motors Liquidation Company regarding PLR request. | 1.6 | 837 | 1,339 |
| MEG | 9/20/2010 | Preparing POA and Plizury statistics. | 0.6 | 837 | 502 |
| MEG | 9/21/2010 | Review updated draft with S. Duffley. | 0.5 | 837 | 419 |
| MEG | 9/21/2010 | Discuss preparations of exhibits and appendices for ruling request with S. Duffley and S. Wiggins. | 0.3 | 837 | 251 |
| MEG | 9/21/2010 | Updating Private Letter Ruling Request regarding Motors Liquidation Company. | 0.3 | 837 | 251 |
| MEG | 9/22/2010 | Reviewed and revised draft ruling request with B. Collins, S. Duffley, H. Harman and S. Wiggins. | 4.8 | 837 | 4,018 |
| MEG | 9/22/2010 | Reviewed and edited facts received from M. Goodman & S. Goldring from Weil and R. Zablocki and J. Seltzer from Motors Liquidation Company. | 0.6 | 837 | 460 |
| MEG | 9/22/2010 | Revised and edited PLR request for comments received from M. Goodman and S. Goldring from Weil and R. Zablocki and J. Seltzer from Motors Liquidation Company. | 0.6 | 837 | 460 |
| MEG | 9/22/2010 | Review and edit Rulings and technical analysis. | 0.6 | 837 | 460 |
| MEG | 9/22/2010 | Review and edit reps, rulings and technical representations. | 0.6 | 837 | 460 |
| MEG | 9/29/2010 | Conference call with M. Goodman, J. Pae & S. Goldring from Weil regarding Private Letter Ruling comments. | 1.5 | 837 | 1,256 |
| MEG | 9/30/2010 | Reviewed and discussed additional comments from client with H. Harman and S. Duffley. | 2.3 | 837 | 1,925 |
| | | | 55.8 | $ | 42,122 |
| **HALLETT, KEVIN MICHAEL** | | | | | |
| KMH | 6/23/2010 | Call with J. Athanas and S. Shekell regarding fee application. | 1.0 | 425 | 425 |
| KMH | 6/24/2010 | Prepare fee application for Motors Liquidation Company for April through June. | 4.0 | 425 | 1,700 |
| KMH | 6/28/2010 | Update Motors Liquidation Company fee application. | 1.5 | 425 | 638 |
| KMH | 6/29/2010 | Update Motors Liquidation Company fee application. | 0.8 | 425 | 340 |
| KMH | 7/8/2010 | Revise fee application of Motors Liquidation Company for court submission. | 1.0 | 425 | 425 |
| KMH | 7/16/2010 | Updating Motors Liquidation Company fee application. | 0.5 | 425 | 213 |
| KMH | 7/20/2010 | Revise Motors Liquidation Company fee application. | 0.2 | 425 | 85 |
| KMH | 7/21/2010 | Revise Motors Liquidation Company fee application based on comments received from fee examiner. | 5.5 | 425 | 2,338 |
| KMH | 7/22/2010 | Updating Motors Liquidation Company fee application pursuant to discussions with team. | 3.0 | 425 | 1,275 |
| KMH | 7/26/2010 | Motors Liquidation Company revisions to fee application. | 0.5 | 425 | 213 |
| KMH | 7/28/2010 | Update to Motors Liquidation Company fee application for comments received. | 3.5 | 425 | 1,488 |
| KMH | 8/3/2010 | Conference call with J. Athanas and S. Shekell regarding revised fee application. | 0.6 | 425 | 255 |
| KMH | 8/6/2010 | Updating Motors Liquidation Company fee application based on comments received. | 0.4 | 425 | 170 |
| | | | 22.5 | $ | 9,563 |
| **HARMAN, HEATHER A** | | | | | |
| HAH | 7/8/2010 | Conference call with B. Collins, B. Testoff, M. Gareau regarding Environmental Trust Term Sheet. | 1.5 | 557 | 836 |
| HAH | 7/8/2010 | Updating ruling request to reflect new term sheet for environmental trust. | 0.5 | 557 | 279 |
| HAH | 7/13/2010 | Updating ruling request to reflect new term sheet for environmental trust. | 2.5 | 557 | 1,393 |
| HAH | 7/16/2010 | Revising Motors Liquidation Company draft ruling request. | 2.5 | 557 | 1,393 |
| HAH | 7/17/2010 | Drafting QSF Portion of Private Letter Ruling. | 7.0 | 557 | 3,899 |
| HAH | 7/19/2010 | Drafting QSF Portion of Private Letter Ruling. | 9.5 | 557 | 5,292 |
| HAH | 8/12/2010 | Review of new liquidation plan and disclosure statement documents. | 0.5 | 557 | 279 |
| HAH | 8/14/2010 | Review and summarize all relevant changes to the asbestos trust and environmental trust contained in new version of liquidation plan and disclosure statement documents. | 5.0 | 557 | 2,785 |
| HAH | 8/16/2010 | Review Consent Decree Re Asbestos Trust and Environmental Trust | 2.0 | 557 | 1,114 |
| HAH | 8/17/2010 | Research the facts for use in the ruling related to the disclosure statement and liquidation plan. | 5.7 | 557 | 3,175 |
| HAH | 8/17/2010 | Revised the facts section of the ruling related to the disclosure statement and liquidation plan | 7.3 | 557 | 4,066 |
| HAH | 8/17/2010 | Discussions with S. Duffley regarding revisions to draft ruling request. | 0.5 | 557 | 279 |
| HAH | 8/18/2010 | Revisions to Motors Liquidation Company ruling request. | 7.0 | 557 | 3,899 |
| HAH | 8/19/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 7.0 | 557 | 3,899 |
| HAH | 8/20/2010 | Revisions to ruling request for updated version of environmental trust agreement documents | 5.3 | 557 | 2,952 |
| HAH | 8/20/2010 | Review updated environmental trust agreement documents against liquidation plan to identify differences in proposed terms | 2.2 | 557 | 1,225 |
| HAH | 8/21/2010 | Revised technical analysis in ruling request regarding reorganization consequences. | 2.7 | 557 | 1,504 |
| HAH | 8/21/2010 | Revised technical analysis in ruling request regarding disputed ownership fund. | 3.2 | 557 | 1,782 |
| HAH | 8/21/2010 | Revised technical analysis in ruling request regarding liquidating trust. | 4.9 | 557 | 2,729 |
| HAH | 8/22/2010 | Updated Private Letter Ruling for Consent Agreement. | 1.0 | 642 | 642 |
| HAH | 8/23/2010 | Incorporation of changes from all reviewers for the facts section of ruling. | 4.8 | 642 | 3,082 |
| HAH | 8/23/2010 | Review new bankruptcy and trust documents | 7.2 | 642 | 4,622 |
| HAH | 8/24/2010 | Revisions to facts section of Motors Liquidation Company ruling request. | 1.5 | 642 | 963 |
| HAH | 8/25/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 0.5 | 642 | 321 |
| HAH | 8/27/2010 | Review Environmental trust language provided by M. Goodman | 2.5 | 642 | 1,605 |
| HAH | 8/29/2010 | Revise ruling request for comments received from B. Collins | 0.5 | 642 | 321 |
| HAH | 8/30/2010 | Motors Liquidation Company conference call with R. Testoff and M. Gareau regarding trust terms. | 0.8 | 642 | 514 |
| HAH | 8/30/2010 | Revisions to fact section for updates to plan docs and review of new environmental trust agreement. | 8.7 | 642 | 5,585 |
| HAH | 8/31/2010 | Revised environmental trust documents. | 1.0 | 642 | 642 |
| HAH | 9/1/2010 | Review liquidation plan and disclosure statement documents filed with bankruptcy court | 3.0 | 642 | 1,926 |
| HAH | 9/2/2010 | Review liquidation plan and disclosure statement documents filed with bankruptcy court | 3.4 | 642 | 2,183 |
| HAH | 9/2/2010 | Review updated draft of environmental trust agreements | 1.2 | 642 | 770 |
| HAH | 9/2/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 4.2 | 642 | 2,696 |
| HAH | 9/2/2010 | Revise ruling request to reflect revised terms contained in updated environmental trust agreements | 2.7 | 642 | 1,733 |
| HAH | 9/3/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 7.0 | 642 | 4,494 |
| HAH | 9/7/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 2.5 | 642 | 1,605 |
| HAH | 9/13/2010 | Revise ruling request for comments received from M. Gareau and B. Collins | 1.7 | 642 | 1,091 |
| HAH | 9/13/2010 | Prepare copy of ruling request for circulation to Weil and Motors Liquidation Company | 0.3 | 642 | 193 |
| HAH | 9/20/2010 | Discussion with S. Duffley regarding draft status. | 0.2 | 642 | 128 |
| HAH | 9/20/2010 | Revisions to Motors Liquidation Company ruling request. | 6.7 | 642 | 4,301 |
| HAH | 9/20/2010 | Review of new environmental trust documents. | 3.2 | 642 | 2,054 |
| HAH | 9/21/2010 | Revise ruling request to reflect changes in the bankruptcy plan including addition of liquidating trust for avoidance action, changes to terms of environmental trust, asbestos trust, and GUC Trust. | 5.2 | 642 | 3,338 |
| HAH | 9/21/2010 | Reviewing modifications to bankruptcy plan, environmental trust documents and attachments to be submitted with Motors Liquidation Company ruling request. | 5.5 | 642 | 3,531 |
| HAH | 9/22/2010 | Reviewed and revised draft ruling request with B. Collins, S. Duffley, M. Gareau and S. Wiggins. | 4.8 | 642 | 3,082 |
| HAH | 9/22/2010 | Questions regarding environmental priority order sites and revisions to Motors Liquidation Company ruling request. | 4.8 | 642 | 3,082 |
| HAH | 9/23/2010 | Research related to the preamble to 468B-9 regs. | 0.5 | 642 | 321 |
| HAH | 9/24/2010 | Review M. Goodman's comments against current and prior drafts. | 1.0 | 642 | 642 |
| HAH | 9/27/2010 | Revise ruling to reflect comments received from M. Goodman | 1.0 | 642 | 642 |
| HAH | 9/28/2010 | Revising factual description of bankruptcy plan to reflect changes on the avoidance action trust | 2.0 | 642 | 1,284 |

Exhibit C

| Initials | Date | Description | Billable Time | Fixed Rate | Billable Fees |
|---|---|---|---|---|---|
| HAH | 9/29/2010 | Conference call with B. Collins, S. Duffley, M. Goodman & J. Pae regarding Weil comments on draft. | 1.0 | 642 | 642 |
| HAH | 9/29/2010 | Revise ruling to reflect comments from Weil | 2.5 | 642 | 1,605 |
| HAH | 9/29/2010 | Conference call with R. Testoff regarding Weil comments on draft | 0.5 | 642 | 321 |
| HAH | 9/30/2010 | Reviewed and discussed additional comments from client with M. Gareau and S. Duffley. | 2.3 | 642 | 1,477 |
| HAH | 9/30/2010 | Revise ruling to reflect comments from Motors Liquidation Company | 5.2 | 642 | 3,338 |
| | | | 177.7 | | $ 107,555 |
| **SHEKELL, SCOTT L** | | | | | |
| SLS | 6/3/2010 | Discussion regarding Motors Liquidation Company fee application with J. Athanas. | 1.0 | 723 | 723 |
| SLS | 6/3/2010 | Fee application review | 0.3 | 723 | 217 |
| SLS | 6/22/2010 | Motors Liquidation Company fee application review. | 0.8 | 723 | 578 |
| SLS | 6/23/2010 | Call with J. Athanas and K. Hallett regarding fee application. | 1.0 | 723 | 723 |
| SLS | 6/23/2010 | Review of Motors Liquidation Company fee application. | 0.5 | 723 | 362 |
| SLS | 6/29/2010 | Review of final fee application. | 0.5 | 723 | 362 |
| SLS | 6/30/2010 | Review and execution of final fee application. | 0.5 | 723 | 362 |
| SLS | 7/15/2010 | Preparing Motors Liquidation Company billing letter. | 0.6 | 723 | 434 |
| SLS | 7/16/2010 | Discussion about Motors Liquidation Company fee application with J. Athanas | 0.8 | 723 | 578 |
| SLS | 7/23/2010 | Review of Motors Liquidation Company fee application | 0.5 | 723 | 362 |
| SLS | 7/26/2010 | Motors Liquidation Company fee application review. | 0.5 | 723 | 362 |
| SLS | 7/27/2010 | Modify Motors Liquidation Company fee application | 1.0 | 723 | 723 |
| SLS | 7/30/2010 | Read and reviewed email from the fee examiner regarding the Motors Liquidation Company fee application process. | 0.7 | 723 | 506 |
| SLS | 8/3/2010 | Conference call with J. Athanas and K. Hallett regarding revised fee application. | 0.6 | 723 | 434 |
| SLS | 8/4/2010 | Review of attachments to revised fee application. | 1.2 | 723 | 868 |
| SLS | 8/4/2010 | Review revisions of revised Motors Liquidation Company fee application. | 0.5 | 723 | 362 |
| | | | 11.0 | | $ 7,953 |
| **TESTOFF, ROBERT A** | | | | | |
| RAT | 6/8/2010 | Revising ruling request for new term sheet on environmental trust. | 1.0 | 837 | 837 |
| RAT | 6/9/2010 | Call with M. Gareau regarding Motors Liquidation Company ruling request. | 1.0 | 837 | 837 |
| RAT | 7/8/2010 | Conference call with B. Collins, B. Testoff and M. Gareau regarding Environmental Trust Term Sheet. | 1.5 | 837 | 1,256 |
| RAT | 7/12/2010 | Meetings with M. Gareau, B. Collins regarding Private Letter Ruling draft. | 1.0 | 837 | 837 |
| RAT | 7/16/2010 | Drafting QSF Portion of Private Letter Ruling. | 2.0 | 837 | 1,674 |
| RAT | 7/17/2010 | Drafting QSF Portion of Private Letter Ruling. | 3.0 | 837 | 2,511 |
| RAT | 7/18/2010 | Drafting QSF Portion of Private Letter Ruling. | 4.0 | 837 | 3,348 |
| RAT | 7/19/2010 | Drafting QSF Portion of Private Letter Ruling. | 6.0 | 837 | 5,022 |
| RAT | 8/16/2010 | Review Consent Decree Re Asbestos Trust and Environmental Trust | 1.5 | 837 | 1,256 |
| RAT | 8/22/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 4.0 | 837 | 3,348 |
| RAT | 8/23/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 1.5 | 837 | 1,256 |
| RAT | 8/30/2010 | Motors Liquidation Company conference call with H. Harman and M. Gareau regarding trust terms. | 0.8 | 837 | 670 |
| RAT | 8/30/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 0.7 | 837 | 586 |
| RAT | 9/6/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 4.0 | 837 | 3,348 |
| RAT | 9/7/2010 | Revise ruling request to reflect changes in the bankruptcy plan for changes to terms of environmental trust and asbestos trust. | 1.0 | 837 | 837 |
| RAT | 9/20/2010 | Revisions to Motors Liquidation Company ruling request and review of new environmental trust documents. | 3.0 | 837 | 2,511 |
| RAT | 9/21/2010 | Reviewing modifications to bankruptcy plan, environmental trust documents and attachments to be submitted with Motors Liquidation Company ruling request. | 5.5 | 837 | 4,604 |
| RAT | 9/29/2010 | Conference call with H. Harman regarding Weil comments on draft | 0.5 | 837 | 419 |
| | | | 42.0 | | $ 35,154 |
| **WIGGINS, SCOTT BRUMBY** | | | | | |
| SBW | 9/20/2010 | Preparation of exhibits and appendices for Motors Liquidation Company ruling request. | 1.0 | 557 | 557 |
| SBW | 9/21/2010 | Discuss preparations of exhibits and appendices for ruling request with S. Duffley and M. Gareau | 0.3 | 557 | 167 |
| SBW | 9/21/2010 | Preparation of exhibits and appendices for Motors Liquidation Company ruling request. | 2.7 | 557 | 1,504 |
| SBW | 9/22/2010 | Reviewed and revised draft ruling request with B. Collins, S. Duffley, H. Harman and M. Gareau. | 4.8 | 557 | 2,674 |
| SBW | 9/22/2010 | Preparation of exhibits and appendices for Motors Liquidation Company ruling request. | 0.7 | 557 | 390 |
| SBW | 9/23/2010 | Preparation of exhibits and appendices for Motors Liquidation Company ruling request. | 0.5 | 557 | 279 |
| SBW | 9/28/2010 | Discuss exhibits for ruling request with S. Duffley. | 0.2 | 557 | 111 |
| SBW | 9/28/2010 | Preparation of exhibits and appendices for Motors Liquidation Company ruling request. | 2.3 | 557 | 1,281 |
| SBW | 9/29/2010 | Ruling Request Rev Proc 2010-1 checklist. | 1.2 | 557 | 668 |
| SBW | 9/29/2010 | Assembly of and preparation of additional exhibits related to Motors Liquidation Company ruling request. | 1.1 | 557 | 613 |
| SBW | 9/29/2010 | Follow up discussion with S. Duffley regarding status of procedural items for ruling request. | 0.2 | 557 | 111 |
| SBW | 9/30/2010 | Ruling request analysis regarding filing timeline and updated exhibits. | 0.5 | 557 | 279 |
| | | | 15.5 | | $ 8,634 |
| **Total hours and amount sought** | | | 546.3 | | $ 369,592 |

Exhibit C

**Exhibit D**

**Deloitte Tax LLP**
**Tax Service Providers and Tax Consultants to Motors Liquidation Company**
**For the Months of June, 2010 through Septemeber, 2010**
**Expenses**

| Category | Date | Amount | Person | Description |
|---|---|---|---|---|
| **Travel & Meal Expenses** | | | | |
| | 9/18/2010 | 55 | COLLINS, BRYAN P | Dinner for B. Collins, M. Gareau and S. Duffley. |
| | | $ 55 | | |
| | | $ 55 | Total expenses and amount sought | |

Exhibit D