Elihu Inselbuch, Esq.
(ei@capdale.com)
Rita C. Tobin, Esq.
(rct@capdale.com)
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Trevor W. Swett III
(tws@capdale.com)
Kevin C. Maclay
(kcm@capdale.com)
James P. Wehner
(jpw@capdale.com)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle
Washington, D.C.  20005
(202) 862-5000

*Attorneys for the Official Committee of*
*Unsecured Creditors Holding Asbestos-Related Claims*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             )
In re                                                        )          Chapter 11
                                                             )
MOTORS LIQUIDATION COMPANY, *et al.,*                        )
f/k/a GENERAL MOTORS CORP., *et al.*,                        )
                                                             )          Case No. 09-50026 (REG)
                                                             )
                              Debtors.                       )          Jointly Administered
-------------------------------------------------------------X

## PROPOSED ORDER GRANTING THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED CLAIMS FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING THE TAKING OF DOCUMENT DISCOVERY AND DEPOSITION TESTIMONY FROM THE DEBTORS, FROM GENERAL MOTORS, LLC, ITS SUBSIDIARIES AND AFFILIATED COMPANIES, AND FROM CERTAIN NONBANKRUPT ASBESTOS DEFENDANTS

Upon the Application ("**Application**") of the Official Committee of Unsecured

Creditors Holding Asbestos-Related Claims ("**ACC**") for an order pursuant to Rule 2004 of

the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the ACC to

commence discovery for purposes of estimating the value of the Debtors' aggregate liability for

pending and future claims for asbestos-related personal injury and wrongful death; and the

Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

consideration of the matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient

notice of the Application having been given; and no other or further notice being required; and

sufficient cause appearing therefor; it is

  **ORDERED** that the Application is **GRANTED**; and it is further

  **ORDERED** that the ACC may serve, and the Debtors and New GM are

directed to respond to, document requests along the lines set forth in **Exhibit B** to this

Application; and it is further

  **ORDERED** that the ACC may serve, and the Debtors and New GM are

directed to respond to, subpoenas directing them to designate individuals to testify on their

behalf with respect to subject matters along the lines of those set out in **Exhibit C**; and it is

further

  **ORDERED** that the ACC may serve, and Certain Asbestos Defendants (as

defined in the Application) are directed to respond to, subpoenas directing them to designate

individuals to testify on their behalf with respect to subject matters along the lines of those set

out in **Exhibit D**, and to produce documents as set forth in **Exhibit D**; and it is further

  **ORDERED** that the ACC may serve, in due course, pursuant to Bankruptcy

Rule 2004, without further order of the Court, such additional discovery requests upon any

person as the ACC may appropriate for the purposes of estimating the Debtors' aggregate

liability for Asbestos Claims, subject however, to the right of persons receiving such requests

to raise objections and be heard for resolution of the same; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters

arising from or related to the implementation of this Order.

Dated:    New York, New York
            _____, 2010

                                    _____
                                    HONORABLE ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY JUDGE