**NEW Hearing Date and Time: November 22, 2010 at 9:45 a.m. (Eastern Time)**

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Philip Bentley
David Blabey, Jr.

*Counsel for the Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11 Case No.:
                                                             :
MOTORS LIQUIDATION COMPANY., et al.,                         :    09-50026 (REG)
f/k/a General Motors Corp., et al.                           :
                                                             :
                                      Debtors.               :    (Jointly Administered)
                                                             :
------------------------------------------------------------ X

# NOTICE OF HEARING OF OBJECTIONS OF VARIOUS MESOTHELIOMA CLAIMANTS TO THE CREDITORS' COMMITTEE'S RULE 2004 MOTION

PLEASE TAKE NOTICE THAT

The hearing on the objections (the "**Objections**") [Docket Nos. 7690, 7695-7702, 7712, 7739, and 7740] filed by various mesothelioma claimants to the Creditors' Committee's motion (the "**UCC 2004 Motion**") [Docket No. 6383], which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on November 18, 2010 at 9:45 a.m. (Eastern Time) (the "**Hearing**"), has been rescheduled to **November 22, 2010 at 9:45 a.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

KL2 2675275.1

Dated: New York, New York
November 15, 2010

    KRAMER LEVIN NAFTALIS & FRANKEL LLP

    By: <u>Philip Bentley</u>
    Thomas Moers Mayer
    Philip Bentley
    David Blabey, Jr.
    1177 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 715-9100
    Fax: (212) 715-8000

    Counsel for the Official Committee
    of Unsecured Creditors of Motors Liquidation
    Company , <u>et al</u>.

KL2 2675275.1