**Hearing Date and Time:  December 15, 2010 at 2:00 p.m. (Eastern Time)**
**Objection Date and Time:  December 8, 2010 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                          :        **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,        :        **09-50026 (REG)**
      f/k/a General Motors Corp., *et al.*     :
                                                            :
                    Debtors.                :        **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

# NOTICE OF HEARING ON FOURTH
# INTERIM APPLICATIONS AND CERTAIN ADJOURNED
# THIRD INTERIM APPLICATIONS FOR ALLOWANCE OF
# COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
# AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES

PLEASE TAKE NOTICE that a hearing (the "**Fourth Hearing**") will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **December 15, 2010 at 2:00 p.m**. (**Eastern Time**), or as soon thereafter as counsel may be heard, to consider the fourth interim applications listed on **Exhibit "A"** annexed hereto and the adjourned third interim applications listed on **Exhibit "B"** annexed hereto (collectively, the "**Applications**").

PLEASE TAKE FURTHER NOTICE that the Applications have been filed electronically with the Bankruptcy Court and, as such, may be examined and inspected by interested parties on (i) the Court's website (http://www.nysb.uscourts.gov) or (ii) the website of the Debtors' court-approved claims and noticing agent, The Garden City Group, Inc., (http://www.motorsliquidationdocket.com).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Applications must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th

Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (xii) Godfrey & Kahn, S.C., attorneys for the Fee Examiner, 780 North Water Street, Milwaukee, Wisconsin 53202 (Attn: Brady C. Williamson, Esq. and Timothy F. Nixon, Esq.); and (xiii) the professional whose Application is the subject of the objection, so as to be received no later than **December 8**, **2010, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Applications, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order approving the fees and expenses requested which may be entered with no further notice or opportunity to be heard offered to any party.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearings, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
November 15, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Fourth Interim Fee Applications
## To Be Heard on December 15, 2010 at 2:00 p.m.

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 7762 | June 1, 2010 to Sept. 30, 2010 | $6,903,518.50 | $132,720.16 |
| Kramer Levin Naftalis & Frankel LLP | To be filed | June 1, 2010 to Sept. 30, 2010 | $1,910,485.75 | $36,695.51 |
| Caplin & Drysdale, Chartered | 7777 | June 1, 2010 to Sept. 30, 2010 | $593,511.50 | $36,161.57 |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | 7749 | June 1, 2010 to Sept. 30, 2010 | $315,498.50 | $4,271.59 |
| Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants | 7747 | June 1, 2010 to Sept. 30, 2010 | $42,036.75 | $95.75 |
| Analysis Research Planning Corp. | 7748 | June 1, 2010 to Sept. 30, 2010 | $205,538.50 | $857.22 |
| Bates White LLC | 7774 | June 1, 2010 to Sept. 30, 2010 | $906,669.25 | $6,426.41 |
| Brownfield Partners, LLC | 7759 | June 1, 2010 to Sept. 30, 2010 | $58,415.68 | $20,125.99 |
| Butzel Long, a professional corporation | 7754 | June 1, 2010 to Sept. 30, 2010 | $433,892.50 | $32,647.29 |
| Deloitte Tax, LLP | 7780 | June 1, 2010 to Sept. 30, 2010 | $369,592.00 | $55.00 |
| FTI Consulting, Inc. | 7775 | June 1, 2010 to Sept. 30, 2010 | $2,000,000.00 | $4,827.53 |
| Hamilton Rabinovitz & Associates, Inc. | 7778 | June 1, 2010 to Sept. 30, 2010 | $28,462.50 | $0.00 |
| Jenner & Block LLP | 7751 and 7758 | June 1, 2010 to Sept. 30, 2010 | $14,239.00 | $721.46 |
| Legal Analysis Systems, Inc. | 7776 | June 1, 2010 to Sept. 30, 2010 | $166,956.50 | $2,510.26 |
| LFR Inc. | 7756 | June 1, 2010 to Sept. 30, 2010 | $217,990.50 | $33,226.15 |
| Plante & Moran, PLLC | 7733 | June 1, 2010 to Sept. 30, 2010 | $289,673.05 | $3,871.79 |
| PricewaterhouseCoopers LLP (first and final application) | 7779 | June 1, 2009 to July 9, 2010 | $1,777,725.90 | $187,269.80 |
| The Claro Group, LLC | 7706 | June 1, 2010 to Sept. 30, 2010 | $46,810.50 | $402.43 |
| Togut Segal & Segal LLP | 7767 and 7769 | June 1, 2010 to Sept. 30, 2010 | $113,600.00 | $581.46 |

## Exhibit B

## Adjourned Third Interim Fee Applications
## To Be Heard on December 15, 2010 at 2:00 p.m.

| Applicant | Docket No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Brownfield Partners, LLC | 6541 | Feb. 1, 2010 to May 31, 2010 | $416,398.80 | $14,930.47 |
| LFR Inc. | 6539 | Feb. 1, 2010 to May 31, 2010 | $1,010,871.20 | $387,715.62 |