**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE ATTN RON MEDLEY OF COUNSEL SPECIAL ASSISTANT CORP COUNSEL FOR LEGAL AFFAIRS NYC DEPARTMENT OF FINANCE 345 ADAMS STREET 5TH FL BROOKLYN, NY 11201 | 1144 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STATE OF NEW YORK DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS BUILDING 12 ROOM 256 ALBANY, NY 12240 UNITED STATES OF AMERICA | 65969 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *CLAIM WITHDRAWN* | **2** | | **$0.00**  (S) | | |
|---|---|---|---|---|---|
| | | | **$0.00**  (A) | | |
| | | | **$0.00**  (P) | | |
| | | | **$0.00**  (U) | | |
| | | | **$0.00**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.