

**WOLVERINE FREIGHT SYSTEM**

ISO 9001 REGISTERED

| | |
|---|---|
| Administration | 1-519-966-8970 |
| Dispatch | 1-519-966-3333 |
| Can./US Wats | 1-800-265-5051 |
| Fax | 1-519-966-2800 |

2500 Airport Road, Windsor, Ontario N8W 5E7

November 9, 2010

Clerk, United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Clerk of this Court;

We have recently been advised by General Motors of Canada that claim # 5956 is their responsibility and should be handled by GM Canada claims.

In order for GM of Canada to proceed they have advised us that we need to withdraw this claim from Motors Liquidation Company, Case No. 09-50026.

Please find attached the required completed Withdrawal Claim Form authorizing our claim to be withdrawn from the official claims register for Motors Liquidation Company.

Wolverine Freight System

Regards,

Greg Meyer
Mgr. Safety Department

Cc Motors Liquidation Company
    General Motors of Canada



RECEIVED NOV 10 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number:<br><br>(please choose one) | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Wolverine Freight System<br>2500 Airport Road<br>Windsor Ontario, Canada   N8W 5E7 |
| Claim Number (if known): | 5956 |
| Date Claim Filed: | October 7, 2009 |
| Total Amount of Claim Filed: | $ 4,353.49 |

RECEIVED NOV 1 0 2010 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 9, 2010

Print Name: Greg Meyer

Title (if applicable): Mgr. Safety Dept.

---

1

Claims Management

## Claim Details

Claim Number: **5956**

| | |
|---|---|
| Claim Number: | 5956 |
| Creditor: | WOLVERINE FREIGHT SYSTEM |
| Date Filed: | Oct 07, 2009 |
| Debtor: | Motors Liquidation Company |
| Status: | To Be Resolved |
| Unliquidated: | ☑ |

View Claim Image: <u>View</u>

**Original Amount**

| Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Outstanding Amount**

| Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

ition -> Claim Register

)unt☒ Claim Image☒ C,
)0:00 AM0.000073947,
)09    $0.00  View

- 1 of 1 - Pages:

vice specifically relating to your legal ma
this site.

Copyright ©2009 MotorsLiquidation

Motors Liquidation Company