UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                    :        Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :        Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :
                                                         :
                     Debtors.                 :        (Jointly Administered)
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on November 15, 2010, I caused to be served true and correct copies of *Reply Memorandum in Support of Motion of General Motors LLC to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Ramp Chevrolet, Inc.* *via* electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* e-mail, overnight mail and/or first class mail delivery, postage prepaid, at the last known addresses as indicated on Exhibit A.

Dated: November 16, 2010
       New York, New York

                                                      Respectfully submitted,

                                                      /s/ Scott Davidson
                                                      Arthur Steinberg
                                                      Scott Davidson
                                                      KING & SPALDING LLP
                                                      1185 Avenue of the Americas
                                                      New York, New York  10036
                                                      Telephone:  (212) 556-2100
                                                      Facsimile:  (212) 556-2222
                                                      Attorneys for General Motors LLC
                                                      f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  Ted Stenger
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  **Thomas Moers Mayer, Esq.**
tmayer@kramerlevin.com
**Robert Schmidt, Esq.**
rschmidt@kramerlevin.com
**Lauren Macksoud, Esq.**
lmacksoud@kramerlevin.com
**Jennifer Sharret, Esq.**
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  **Trevor W. Swett III, Esq.**
tws@capdale.com
**Kevin C. Maclay, Esq.**
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY 10152-3500
Attn: **Elihu Inselbuch, Esq**.
ei@capdale.com
**Rita C. Tobin, Esq.**
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX 75201
Attn: **Sander L. Esserman, Esq.**
esserman@sbep-law.com
**Robert T. Brousseau, Esq.**
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY 10007
Attn: **David S. Jones, Esq.**
david.jones6@usdoj.gov

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: **Tracey Hope Davis, Esq.**

**Eric J. Snyder, Esq.**
Wilkauslander LLP
675 Third Avenue
9th Floor
New York, New York 10017
esnyder@wilkauslander.com

**Scott G. Goldfinger, Esq.**
Law Office of Scott G. Goldfinger
225 Broadway, Suite 715
New York, New York 10007

**Neal S. Mann, Esq.**
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271

Bingham McCutchen
**Evan Benanti, Esq.**
One Federal Street
Boston, MA 02110-1726
evan.benanti@bingham.com
**John Skelton, Esq.**
john.skelton@bingham.com