**Twenty-Third Omnibus Objection Supplemental**    **Exhibit A**    **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AJAX PAVING INDUSTRIES INC<br>830 KIRTS BLVD STE 100<br>PO BOX 7058<br>TROY, MI 48084 | 68691 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,489.95 (U)<br>$34,489.95 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US<br>ANNA HATHAWAY<br>ONE SHELL PLAZA RM 1162<br>910 LOUISANA<br>HOUSTON, TX 77002 | 43435 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,321.65 (U)<br>$19,321.65 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **2** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$53,811.60 (U)**<br>**$53,811.60 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Twenty-Third Omnibus Objection Supplemental**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY<br>ATTN MICHAEL G WILSON (P33263)<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 | 1157 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,697,081.77<br>$2,697,081.77 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IMPACT GROUP<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12977 N 40 DR STE 300<br>SAINT LOUIS, MO 63141 | 38928 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$730,646.00<br>$730,646.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OCE NORTH AMERICA INC<br>ATTN LEE ANN PETERICK<br>5600 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487 | 7524 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,872.49<br>$21,872.49 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| *OBJECTION ADJOURNED* | 3 | | $0.00<br>$0.00<br>$0.00<br>**$3,449,600.26**<br>**$3,449,600.26** | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2