**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                    :

In re                              :        Chapter 11 Case No.
                                    :

MOTORS LIQUIDATION COMPANY, *et al.*,    :        09-50026 (REG)
      f/k/a General Motors Corp., *et al.*      :
                                    :

                     Debtors.          :        (Jointly Administered)
                                    :
---------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 18, 2010 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**    **CONTESTED MATTERS**

    **A.**    Motion of General Motors, LLC ("**New GM**") to Enforce 363 Sale Order and Approved Deferred Termination Agreements Against Ramp Chevrolet, Inc. (**ECF No. 7480**) ("**New GM's Motion to Enforce the 363 Sale Order**")

        Responses Filed:

        1.    Ramp Chevrolet, Inc.'s Objection to New GM's Motion to Enforce the 363 Sale Order (**ECF No. 7738**)

        Replies Filed:

        2.    Reply of New GM to Response of Ramp Chevrolet, Inc. (**ECF No. 7750**)

        Additional Documents:    None to date.

        Status: This matter is going forward.

**II.    UNCONTESTED MATTERS**

    A.    Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by New GM) (**ECF No. 5911**)

        Responses Filed:

        1.    Response by the Fulton County Tax Commissioner ("**Fulton**") Regarding Proof of Claim No. 17766 (**ECF No. 6204**)

        Replies Filed:    None to date.

        Additional Documents:    None to date.

        Status:    The parties have resolved their issues, and this matter is going forward.  Proof of Claim No. 17766 will be expunged, which was the remaining outstanding claim affected by this omnibus objection.  Accordingly, this omnibus objection can be marked off the calendar.

**III.    ADJOURNED MATTERS**

    A.    Motion of the Junsos to be deemed to Have Filed an Informal Proof of Claim or, Alternatively, for Leave to Late File a Proof of Claim (**ECF No. 7294**) (the "**Junsos Motion**")

        Responses Filed:

        1.    Objection of the Official Committee of Unsecured Creditors of Motors Liquidation Company to the Junsos Motion (**ECF No. 7737**)

        Replies Filed:    None to date.

        Additional Documents:

        2.    Stipulation between the Debtors and Kevin Junso, et al., Regarding the Junso Proof of Claim (**ECF No. 6905**)

        Status: This matter is adjourned to February 3, 2011 at 9:45 a.m.

    B.    Order Pursuant to Bankruptcy Rule 2004 Authorizing the Official Committee of Unsecured Creditors of Motors Liquidation Company to Obtain Discovery from (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g), (II) the Trusts, and (III) General Motors LLC and the Debtors (**ECF No. 6749**) (the "**Asbestos 2004 Order**")

Responses Filed:

1. Objection of Certain Caroselli, Beachler, McTiernan, and Conboy Clients to the Asbestos 2004 Order (**ECF No. 7740**)

2. Objection by Clients of Zamler, Mellen & Shiffman, P.C. to the Asbestos 2004 Order (**ECF No. 7739**)

Replies Filed:        None to date.

Additional Documents:

3. Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents By (I) the Claims Processing Facilities For Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g), and (II) General Motors LLC and the Debtors (**ECF No. 6383**)

4. Notice of Hearing Concerning Objections Filed by Mesothelioma Claimants to the Asbestos 2004 Order (**ECF No. 7580**)

Status: This matter is adjourned to November 22, 2010 at 9:45 a.m.

**C.**  Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by New GM) (**ECF No. 5908**)

Responses Filed:

1. Response by Ohio Department of Taxation ("**Ohio**") Regarding Proofs of Claim Nos. 29383, 29384, 29385, and 29386 (**ECF No. 6107**)

2. Informal Response by the Department of the Treasury (the "**IRS**") Regarding Proofs of Claim Nos. 31233, 70162, 70163, 70164, 70165, 70166, and 70167

Replies Filed:        None to date.

Additional Documents:        None to date.

Status: This matter is adjourned to January 6, 2011 at 9:45 a.m. with respect to the responses filed by Ohio and the IRS.

    **D.**    Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by New GM) (**ECF No. 5909**)

    Responses Filed:

    1.    Informal Response by the City and County of San Francisco Regarding Proof of Claim No. 22144

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    Status: This matter is adjourned to January 6, 2011 at 9:45 a.m.

    **E.**    Official Committee of Unsecured Creditors' Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (**ECF No. 6248**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    1.    Stipulated Scheduling Order (**ECF No. 7620**)

        Status:    This matter is adjourned. Pursuant to the Stipulated Scheduling Order, an initial pre-trial conference is scheduled for December 15, 2010 at 10:00 a.m.

Dated: New York, New York
       November 16, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession