Twenty-Seventh Omnibus Objection Supplemental                                    Motors Liquidation Company, et al.

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BUCKLEY ERMA JEANINE | 66268 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 175 W 90TH ST APT 5C |  |  | $500,000.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| NEW YORK, NY 10024 |  |  |  |  |  |  |  |  |
| UNITED STATES OF AMERICA |  |  | $0.00 | (Unsecured Claim) | $500,000.00 | (Unsecured Claim) |  |  |
| Official Claim Date: 11/30/2009 |  |  | $500,000.00 | (Total Claim) | $500,000.00 | (Total Claim) |  |  |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| CLAIMS TO BE RECLASSIFIED |  | 1 |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |
|  |  |  | $500,000.00 | (Priority Claim) | $0.00 | (Priority Claim) |
|  |  |  | $0.00 | (Unsecured Claim) | $500,000.00 | (Unsecured Claim) |
|  |  |  | $500,000.00 | (Total Claim) | $500,000.00 | (Total Claim) |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Seventh Omnibus Objection Supplemental**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DILKS, DEBORAH | 22922 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $8,615.15 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 5327 HERMAN RD |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| CLAREMONT, NC 28610 |  |  | $0.00 | (Unsecured Claim) | $8,615.15 | (Unsecured Claim) |  |  |
| Official Claim Date: 11/12/2009 |  |  | $8,615.15 | (Total Claim) | $8,615.15 | (Total Claim) |  |  |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DOYLE CARMACK | 45836 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 276 S TUCSON CIR |  |  | $10,950.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| AURORA, CO 80012 |  |  | $720,675.29 | (Unsecured Claim) | $731,625.29 | (Unsecured Claim) |  |  |
| Official Claim Date: 11/25/2009 |  |  | $731,625.29 | (Total Claim) | $731,625.29 | (Total Claim) |  |  |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Seventh Omnibus Objection Supplemental**     **Exhibit A**     Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

***OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JOHNSON, LEON | 16114 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| YEOTIS DEAN T LAW OFFICES OF 611 WEST COURT STREET | | | $32,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FLINT, MI 48503 | | | $218,000.00 | (Unsecured Claim) | $250,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/26/2009 | | | $250,000.00 | (Total Claim) | $250,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARVIN ECHOLS | 44240 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PO BOX 2211 BAY CITY, MI 48707 | | | $30,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $30,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 11/24/2009 | | | $30,000.00 | (Total Claim) | $30,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 7796-1   Filed 11/16/10   Entered 11/16/10 16:18:14   Exhibit A
Pg 4 of 4

Twenty-Seventh Omnibus Objection Supplemental | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MICHAEL T JONES 2ND ACTION | 29055 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PRO SE | | | $140,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 63 WAVERLY AVE | | | | | | | | |
| DAYTON, OH 45405 | | | $0.00 | (Unsecured Claim) | $140,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 11/18/2009 | | | $140,000.00 | (Total Claim) | $140,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SIMPSON, RACHEL | 16113 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O LAW OFFICES OF DEAN T. YEOTIS | | | $84,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 611 W COURT ST STE 200 | | | | | | | | |
| FLINT, MI 48503 | | | $791,000.00 | (Unsecured Claim) | $875,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/26/2009 | | | $875,000.00 | (Total Claim) | $875,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **OBJECTION ADJOURNED** | | | **6** | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | | |
| | | | $8,615.15 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $296,950.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $1,729,675.29 | (Unsecured Claim) | $2,035,240.44 | (Unsecured Claim) | | |
| | | | $2,035,240.44 | (Total Claim) | $2,035,240.44 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.