| Twenty-Ninth Omnibus Objection Supplemental | | Exhibit A | | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| 295 PARK AVENUE CORP.<br><br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BALN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068<br><br>Official Claim Date:  11/24/2009 | 45107 | Motors Liquidation Company | $90,000.00<br>$0.00<br>$0.00<br>$0.00<br>$90,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$90,000.00<br>$90,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| DEMASSI CADILLAC CO INC<br><br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068<br><br>Official Claim Date:  11/24/2009 | 45110 | Motors Liquidation Company | $90,000.00<br>$0.00<br>$0.00<br>$0.00<br>$90,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$90,000.00<br>$90,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Twenty-Ninth Omnibus Objection Supplemental**     **Exhibit A**     Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DEMASSI ENTERPRISES | 45111 | Motors Liquidation Company | $90,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| C/O JAN ALAN BRODY ESQ |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| CARELLA BYRNE BAIN GILFILLAN ET AL |  |  |  |  |  |  |  |  |
| 5 BECKER FARM ROAD |  |  | $0.00 | (Unsecured Claim) | $90,000.00 | (Unsecured Claim) |  |  |
| ROSELAND, NJ 07068 |  |  | $90,000.00 | (Total Claim) | $90,000.00 | (Total Claim) |  |  |

Official Claim Date:  11/24/2009

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **OBJECTION ADJOURNED** | | | **3** | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | **$270,000.00** | (Secured Claim) | **$0.00** | (Secured Claim) |  |  |
|  |  |  | **$0.00** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) |  |  |
|  |  |  | **$0.00** | (Priority Claim) | **$0.00** | (Priority Claim) |  |  |
|  |  |  | **$0.00** | (Unsecured Claim) | **$270,000.00** | (Unsecured Claim) |  |  |
|  |  |  | **$270,000.00** | (Total Claim) | **$270,000.00** | (Total Claim) |  |  |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Ninth Omnibus Objection Supplemental | | Exhibit A | | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BARBARA ALLEN | 62772 | Motors Liquidation Company | $2,500.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 7112 SOUTH 228TH EAST AVE BROKEN ARROW, OK 74014 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $2,500.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $2,500.00 | (Total Claim) | $2,500.00 | (Total Claim) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BRENDA DIGIANDOMENICO | 62777 | Motors Liquidation Company | $3,726.22 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 5211 LEWISETTA ROAD LOTTSBURG, VA 22511 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $3,726.22 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $3,726.22 | (Total Claim) | $3,726.22 | (Total Claim) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Twenty-Ninth Omnibus Objection Supplemental | | | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DONNA SANTI<br><br>1744 BEDFORD SQUARE DR #202<br>ROCHESTER, MI 48306<br><br>Official Claim Date: 11/28/2009 | 62775 | Motors Liquidation Company | $3,071.37<br>$0.00<br>$0.00<br>$0.00<br>$3,071.37 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$3,071.37<br>$3,071.37 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | Incorrectly Classified Claim | Pgs. 1-5 |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **OBJECTION WITHDRAWN** | | **3** | **$9,297.59**<br>**$0.00**<br>**$0.00**<br>**$0.00**<br>**$9,297.59** | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | **$0.00**<br>**$0.00**<br>**$0.00**<br>**$9,297.59**<br>**$9,297.59** | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.