# EXHIBIT B

**Summary by Project Category**

**EXHIBIT B**
**Fee Examiner and Godfrey and Kahn, S.C.**
**Summary by Project Category**

**Summary of Services Rendered From**
**June 1, 2010 through September 30, 2010**

| PROJECT CATEGORY | Analysis, Reports and Recommendations (Exhibit C-1) | | Prepare for and Attend Hearings (Exhibit C-2) | | Travel[1] (Exhibit C-3) | | General Case Administration (Exhibit C-4) | | Firm Retention/ Disclosure Issues (Exhibit C-5) | | Fee Application Preparation (Exhibit C-6) | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | |
| Brady C. Williamson | 74.00 | $36,630.00 | 14.70 | $7,276.50 | 7.00 | $3,465.00 | 10.40 | $5,148.00 | 1.40 | $693.00 | 9.20 | $4,554.00 | Hours: 116.70 Fees: $57,766.50 |
| Katherine Stadler | 157.70 | $64,657.00 | 10.50 | $4,305.00 | 7.00 | $2,870.00 | 2.60 | $1,066.00 | 4.10 | $1,681.00 | 38.40 | $15,744.00 | Hours: 220.30 Fees: $90,323.00 |
| Eric J. Wilson | 89.60 | $34,944.00 | 7.30 | $2,847.00 | 4.00 | $1,560.00 | 9.00 | $3,510.00 | 8.40 | $3,276.00 | 3.10 | $1,209.00 | Hours: 121.40 Fees: $47,346.00 |
| Carla O. Andres | 271.80 | $95,130.00 | 11.20 | $3,920.00 | 6.80 | $2,380.00 | 2.30 | $805.00 | 0.40 | $140.00 | 3.70 | $1,295.00 | Hours: 296.20 Fees: $103,670.00 |
| Monica Santa Maria | 111.10 | $22,775.50 | 1.70 | $348.50 | 0.00 | $0.00 | 3.50 | $717.50 | 0.00 | $0.00 | 17.70 | $3,628.50 | Hours: 134.00 Fees: $27,470.00 |
| Peggy L. Heyrman | 111.10 | $22,775.50 | 0.00 | $0.00 | 0.00 | $0.00 | 1.40 | $287.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 112.50 Fees: $23,062.50 |
| Rebecca J. Bradshaw | 1.40 | $238.00 | 0.00 | $0.00 | 0.00 | $0.00 | 1.10 | $187.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 2.50 Fees: $425.00 |
| Jamie Kroening | 1.10 | $121.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 1.10 Fees: $121.00 |
| Zerithea G. Raiche | 169.50 | $27,120.00 | 20.70 | $3,312.00 | 0.00 | $0.00 | 113.70 | $18,192.00 | 8.30 | $1,328.00 | 33.70 | $5,392.00 | Hours: 345.90 Fees: $55,344.00 |
| Nicole Talbott Settle | 74.40 | $11,904.00 | 27.10 | $4,336.00 | 0.00 | $0.00 | 51.70 | $8,272.00 | 0.00 | $0.00 | 18.00 | $2,880.00 | Hours: 171.20 Fees: $27,392.00 |
| Maribeth Roufus | 34.10 | $5,456.00 | 0.00 | $0.00 | 0.00 | $0.00 | 2.00 | $320.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 36.10 Fees: $5,776.00 |
| Jenna Stiegler | 4.00 | $600.00 | 0.00 | $0.00 | 0.00 | $0.00 | 42.70 | $6,405.00 | 0.00 | $0.00 | 0.00 | $0.00 | Hours: 46.70 Fees: $7,005.00 |
| TOTAL:[2] | 1099.80 | $322,351.00 | 93.20 | $26,345.00 | 24.80 | $10,275.00 | 240.40 | $44,909.50 | 22.60 | $7,118.00 | 123.80 | $34,702.50 | Hours: 1,604.60 Fees: $445,701.00 |

[1] Total Travel Time is 49.60 (Hours) and $20,550.00 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.

[2] The hours and blended rates set forth on this summary do not reflect the deduction, discussed at paragraph 33(G) of the accompanying fee application, for FTI-related time entries. That deduction, in the aggregate, totals $6,290.25