# **EXHIBIT C-3**

**Travel – Time**

09-50026-mg    Doc 7798-5    Filed 11/16/10    Entered 11/16/10 16:33:40    Exhibit C-3
Pg 1 of 4

# **EXHIBIT C-3**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.

November 12, 2010

U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

Invoice No.     519223
Matter No.     004179-001K

Billing Attorney:
Re:    Travel - Time                                          Brady C. Williamson

For Legal Services Rendered Through September 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 06-21-2010 | Mary Roufus | Travel to Madison office (1.5). | 1.50 | No Charge |
| 06-22-2010 | Mary Roufus | Travel from Madison office to Milwaukee office (1.5). | 1.50 | No Charge |
| 06-28-2010 | Carla Andres | Travel to New York for June 29, 2010 hearing (non-working) (5.9). | 5.90 | 2,065.00 |
| 06-28-2010 | Brady C. Williamson | Travel to New York for hearing (7.2). | 7.20 | 3,564.00 |
| 06-28-2010 | Eric Wilson | Travel from Madison to New York for June 29, 2010 hearing (4.0). | 4.00 | 1,560.00 |
| 06-28-2010 | Katherine Stadler | Travel to New York for hearing on second interim fee applications (non-working) (7.2). | 7.20 | 2,952.00 |
| 06-29-2010 | Carla Andres | Travel from hearing in New York (7.7). | 7.70 | 2,695.00 |
| 06-29-2010 | Brady C. Williamson | Return to Madison (6.8). | 6.80 | 3,366.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-29-2010 | Eric Wilson | Travel from New York to Madison to return from June 29, 2010 hearing (4.0). | 4.00 | 1,560.00 |
| 06-29-2010 | Katherine Stadler | Return travel from New York (non-working) (6.6). | 6.80 | 2,788.00 |
| | | Total Fees | $ | 20,550.00 |
| | | 50% Non-working Travel Reduction | $ | -10,275.00 |
| | | Total Adjusted Fees | $ | 10,275.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **10,275.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| CARLA ANDRES | Of Counsel | 13.60 | 350.00 | 4,760.00 |
| **Of Counsel Total** | | **13.60** | | **4,760.00** |
| BRADY C. WILLIAMSON | Shareholder | 14.00 | 495.00 | 6,930.00 |
| KATHERINE STADLER | Shareholder | 14.00 | 410.00 | 5,740.00 |
| ERIC WILSON | Shareholder | 8.00 | 390.00 | 3,120.00 |
| **Shareholder Total** | | **36.00** | | **15,790.00** |
| **TIMEKEEPER TOTALS** | | **49.60** | | **$20,550.00** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2010.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*