# EXHIBIT C-4

**General Case Administration**



GODFREY & KAHN S.C.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.

November 12, 2010

U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

Invoice No.       519221
Matter No.      004179-001J

Billing Attorney:
Re:    General Case Administration          Brady C. Williamson

For Legal Services Rendered Through September 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-01-2010 | Mary Roufus | Attend team meeting (.4). | 0.40 | 64.00 |
| 06-01-2010 | N. Talbott Settle | Attend team meeting (.4); review daily postings and update library binders for the professionals and articles (.5). | 0.90 | 144.00 |
| 06-01-2010 | Zerithea Raiche | Update website to include all responses from retained professionals, daily filings, and supporting documents (2.9); attend team meeting (.4); include list of daily postings to website and court filings (.8). | 4.10 | 656.00 |
| 06-01-2010 | Carla Andres | Attend team meeting (.4). | 0.40 | 140.00 |
| 06-01-2010 | Peggy Heyrman | Attend team meeting regarding fee examiner's recommendation for second interim fee applications, upcoming deadlines and Stuart Maue exhibits (.4). | 0.40 | 82.00 |
| 06-01-2010 | Brady C. Williamson | Administrative meeting (.4); exchange e-mail with U.S. Trustee on schedule (.2). | 0.60 | 297.00 |
| 06-01-2010 | Eric Wilson | Attend team meeting (.4). | 0.40 | 156.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.: 519221                                                      Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06-02-2010 | Brady C. Williamson | Exchange telephone calls and e-mails with Assistant U.S. Trustee on schedule and analytical framework (.3). | 0.30 | 148.50 |
| 06-02-2010 | Eric Wilson | Review auditor's final report regarding applications of Weil Gotshal in Semcrude bankruptcy (.7). | 0.70 | 273.00 |
| 06-03-2010 | N. Talbott Settle | Telephone conference with Marriott on rooming list and update hearing logistics memorandum (.1); review correspondence and daily postings and work on updates to the following indexes and professional binders: Butzel Long, Brownfield, Epiq, Claro Group, Plante & Moran, Jenner & Block and Jones Day (.9); work on supporting documents from other bankruptcy cases (2.9). | 3.90 | 624.00 |
| 06-03-2010 | Zerithea Raiche | Update website to include daily filings and supporting documents (1.6). | 1.60 | 256.00 |
| 06-03-2010 | Monica Santa Maria | Review and consider U.S. Trustee's objection to third interim fee applications in the Chemtura bankruptcy (.6). | 0.60 | 123.00 |
| 06-03-2010 | Brady C. Williamson | Exchange telephone calls with Assistant U.S. Trustee on status and schedule (.3). | 0.30 | 148.50 |
| 06-04-2010 | N. Talbott Settle | Update supporting documents from other bankruptcy cases (1.3); review correspondence and update Kramer Levin library index and binder (.1). | 1.40 | 224.00 |
| 06-04-2010 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings, and supporting documents (.8). | 0.80 | 128.00 |

Matter Number: 004179-001J
Invoice No.: 519221

November 12, 2010
Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-07-2010 | Zerithea Raiche | Attend team meeting (.2); update website to include all responses from retained professionals, daily filings, and supporting documents (2.1). | 2.30 | 368.00 |
| 06-07-2010 | Carla Andres | Attend team meeting (.2). | 0.20 | 70.00 |
| 06-07-2010 | Peggy Heyrman | Attend team meeting regarding upcoming deadlines and recommendations for fee applications (.2). | 0.20 | 41.00 |
| 06-07-2010 | Monica Santa Maria | Attend team meeting (.2). | 0.20 | 41.00 |
| 06-07-2010 | Eric Wilson | Attend team meeting (.2). | 0.20 | 78.00 |
| 06-07-2010 | Brady C. Williamson | Administrative conference (.2). | 0.20 | 99.00 |
| 06-07-2010 | Katherine Stadler | Team meeting to discuss status of second interim fee applications and related issues (.2). | 0.20 | 82.00 |
| 06-08-2010 | N. Talbott Settle | Review daily postings (.2); continue work on obtaining appellate briefs (1.1); update Kramer Levin index and library binder (.2). | 1.50 | 240.00 |
| 06-08-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.7). | 0.70 | 112.00 |
| 06-09-2010 | N. Talbott Settle | Update professional index and binders for Plante & Moran, Butzel Long, Brownfield, Claro Group, FTI, Stuart Maue, LFR, Baker & McKenzie, Weil Gotshal, Kramer Levin and other case library indexes and binders to include hearing materials and scheduled hearings (2.3); track correspondence on payments (.3). | 2.60 | 416.00 |

Matter Number: 004179-001J                                                November 12, 2010
Invoice No.: 519221                                                                     Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-10-2010 | N. Talbott Settle | Work on index and corresponding binders of correspondence between the fee examiner and professionals as requested by the U.S. Trustee (4.1). | 4.10 | 656.00 |
| 06-10-2010 | Zerithea Raiche | Update website to include daily filings and supporting documents (2.6); prepare e-mail on bar date to submit final reports (.3). | 2.90 | 464.00 |
| 06-10-2010 | Brady C. Williamson | Review environmental materials from Motors Liquidation (.7). | 0.70 | 346.50 |
| 06-11-2010 | Zerithea Raiche | Update website to include daily filings and supporting documents (.7); prepare list of daily postings to the internal website and court filings (.4); docket response deadlines (.2); check court docket and confirm accuracy of case calendar (.1). | 1.40 | 224.00 |
| 06-11-2010 | Brady C. Williamson | Exchange calls with Assistant U.S. Trustee on schedule and related issues in Lehman Brothers proceeding (.3). | 0.30 | 148.50 |
| 06-11-2010 | Katherine Stadler | Conference with team on bar date stated in Weil Gotshal hearing notice and conflict with timing in fee examiner order (.3). | 0.30 | 123.00 |
| 06-14-2010 | Mary Roufus | Attend team meeting (.4). | 0.40 | 64.00 |
| 06-14-2010 | N. Talbott Settle | Review correspondence (.3); work on updates to indices and binders of the following professionals: Kramer Levin (.4); Butzel Long (.1); Stuart Maue (.1); AP Services (.1); Weil Gotshal (.1); Jones Day (.1); and hearing binder (.1); file review and maintenance in anticipation of draft reports (1.2); attend team meeting (.4). | 2.90 | 464.00 |

Matter Number: 004179-001J

November 12, 2010

Invoice No.:  519221

Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-14-2010 | Zerithea Raiche | Prepare and forward critical dates docket report (.3); attend team meeting (.4). | 0.70 | 112.00 |
| 06-14-2010 | Peggy Heyrman | Attend team meeting regarding fee reports and remaining issues (.4). | 0.40 | 82.00 |
| 06-14-2010 | Monica Santa Maria | Attend team meeting (.4). | 0.40 | 82.00 |
| 06-14-2010 | Katherine Stadler | Attend team meeting to discuss status of second interim fee application reports (.4). | 0.40 | 164.00 |
| 06-14-2010 | Eric Wilson | Attend team meeting (.4). | 0.40 | 156.00 |
| 06-14-2010 | Brady C. Williamson | Administrative conference (.4). | 0.40 | 198.00 |
| 06-15-2010 | Zerithea Raiche | Update website to include fee examiner's 11 draft reports and statements of objection, responses from retained professionals, daily filings, and supporting documents (1.6). | 1.60 | 256.00 |
| 06-16-2010 | N. Talbott Settle | Binder preparation (.3); work on index of draft reports submitted to the professionals to forward to the client and U.S. Trustee and update indices (2.8); work on updates to the professional binder for Dean Trafelet, Stutzman Bromberg, and Analysis, Research and Planning Corporation (.3); conference with Ms. Santa Maria regarding second interim fees paid to professionals and review file (.2). | 3.60 | 576.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                    Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-16-2010 | Zerithea Raiche | Update team website to include draft reports to 11 professionals on second interim fee applications or certain adjourned first interim fee applications, daily filings, and supporting documents (2.3); prepare e-mail to team members listing daily postings and court filings (.4); check court docket and confirm accuracy of case calendar (.2). | 2.90 | 464.00 |
| 06-17-2010 | Zerithea Raiche | Update team website to include daily filings, U.S. Trustee's response to second interim fee applications and certain adjourned first interim fee applications and supporting documents (2.9); exchange e-mails with Ms. Keane of Garden City on submission of invoice for services in March and April 2010 (.2). | 3.10 | 496.00 |
| 06-18-2010 | N. Talbott Settle | Review correspondence and update professional indices and binders with recent professional documents and correspondence in preparation for review of draft reports (2.8). | 2.80 | 448.00 |
| 06-18-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.2); docket response deadlines (.2). | 1.40 | 224.00 |
| 06-20-2010 | N. Talbott Settle | Work on final report review files for the adjourned first and second interim reports including cross-referencing professional binder materials with intranet items (6.7). | 6.70 | 1,072.00 |
| 06-20-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.9); prepare for review of the fee examiner's final reports for the second fee period (.9). | 1.80 | 288.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                      Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06-21-2010 | Zerithea Raiche | Attend team meeting (.2); update team website to include daily filings and supporting documents (.9); docket response deadlines (.1). | 1.20 | 192.00 |
| 06-21-2010 | Mary Roufus | Attend team meeting (.2). | 0.20 | 32.00 |
| 06-21-2010 | N. Talbott Settle | Attend team meeting (.2). | 0.20 | 32.00 |
| 06-21-2010 | Eric Wilson | Attend team meeting (.2). | 0.20 | 78.00 |
| 06-21-2010 | Brady C. Williamson | Administrative meeting (.2). | 0.20 | 99.00 |
| 06-21-2010 | Katherine Stadler | Attend team meeting (.2); work on logistics and oversight of final report review process {.3 NO CHARGE}. | 0.20 | 82.00 |
| 06-22-2010 | N. Talbott Settle | Upload fee examiner reports for binders, name reports for intranet site and forward for binders to the judge and the client (1.9); work on binders and corresponding index of the reports (1.8); memorandum and conference with vendor on reproduction (.4). | 4.10 | 656.00 |
| 06-22-2010 | Jenna Stiegler | Compare each professional report to master list of reports (.4); update professional binders and corresponding indexes with final reports (2.3). | 2.70 | 405.00 |
| 06-22-2010 | Zerithea Raiche | Update team website to include the fee examiner's 11 reports with exhibits for Weil Gotshal, Baker & McKenzie and Kramer Levin (1.8). | 1.80 | 288.00 |
| 06-22-2010 | Carla Andres | E-mails with Ms. Talbott Settle regarding travel arrangements (.1). | 0.10 | No Charge |
| 06-22-2010 | Katherine Stadler | Supervise and assist with preparation of materials for mailing to U.S. Trustee, debtor, and auditor (1.5); consult on logistics of hearing preparation (.7). | 2.20 | No Charge |

Matter Number: 004179-001J                                               November 12, 2010
Invoice No.:  519221                                                              Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06-23-2010 | Jenna Stiegler | Update professional binders with corresponding indexes including final reports (.4); update professional binder and corresponding indexes with fee examiner's summary and recommendations (1.5). | 1.90 | 285.00 |
| 06-23-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (2.3). | 2.30 | 368.00 |
| 06-24-2010 | Jenna Stiegler | Update professional binder and indexes for: Stutzman Bromberg (.5), Dean Trafelet (.3), Analysis, Research and Planning Corporation (.2), Brownfield (.4) and Butzel Long (.3); update news articles relating to fees and standards (.2). | 1.90 | 285.00 |
| 06-24-2010 | Carla Andres | Review recent articles and commentary on fees and fee examiners (1.3). | 1.30 | No Charge |
| 06-25-2010 | Jenna Stiegler | Update professional binder of: Stuart Maue (.4); Weil Gotshal (.3). | 0.70 | 105.00 |
| 06-25-2010 | Zerithea Raiche | Review, download and classify filed documents and forward May 2010 monthly operating report to team members and note reductions to retainers of certain professionals for payments allowed and paid (.1); update team website to include daily filings and supporting documents (1.2). | 1.30 | 208.00 |
| 06-28-2010 | Zerithea Raiche | Update team website to include July 2010 budgets of Claro Group, LFR and FTI, second supplemental affidavit of Mr. Lorincz in support of LFR, daily filings and supporting documents (2.1); docket response deadlines and prepare critical dates report (.3). | 2.40 | 384.00 |

Matter Number: 004179-001J                                        November 12, 2010
Invoice No.:  519221                                                         Page 9

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06-29-2010 | Jenna Stiegler | Update binders of professionals: Kramer Levin (.6); AP Services (.3) Brownfield (.2); LFR (.5) Claro Group (.2); FTI (.2); Jenner & Block (.2); Jones Day (.1); Plante & Moran (.1). | 2.40 | 360.00 |
| 06-30-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.6); update files from preparation of fee examiner's reports and statements of objection (.3). | 1.90 | 304.00 |
| 06-30-2010 | N. Talbott Settle | Review correspondence from Kramer Levin letter to chambers (.1). | 0.10 | 16.00 |
| 07-01-2010 | Jenna Stiegler | Update professional binder and correspondence of Weil Gotshal (.3). | 0.30 | 45.00 |
| 07-01-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.9); prepare e-mail to team members including list of daily postings (.4). | 1.30 | 208.00 |
| 07-02-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.1); prepare e-mail to team members including list of daily postings (.6); check court docket, confirm accuracy of case calendar and docket response deadlines (.4). | 2.10 | 336.00 |
| 07-06-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.3); prepare e-mail to team members including list of daily postings (.1). | 0.40 | 64.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                    Page 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-06-2010 | N. Talbott Settle | Review recent correspondence and daily postings (.6); review ruling summary (.1); update indices and library binders for Dean Trafelet (.3); upload transcripts to litigation summary program (.1). | 1.10 | 176.00 |
| 07-07-2010 | Zerithea Raiche | Prepare e-mail on court call invoicing for conference calls held on July 6, 2010 regarding Judge Gerber's ruling (.1); update team website to include daily filings and supporting documents (.9); prepare e-mails to team members, including list of daily postings (.4). | 1.40 | 224.00 |
| 07-07-2010 | N. Talbott Settle | Review recent correspondence (.3); update professional binders of: Butzel Long to include bar-delimited text ASCII files and other documents related to the third fee application (.7); update transcript binder (.3); update Plante & Moran binder (.2); Epiq binder (.1); and Kramer Levin binder (.2). | 1.80 | 288.00 |
| 07-07-2010 | Brady C. Williamson | Conference on revised deadline for third applications (.3). | 0.30 | 148.50 |
| 07-08-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.3). | 1.30 | 208.00 |
| 07-08-2010 | Brady C. Williamson | E-mail from Assistant U.S. Trustee on status of fee order (.1). | 0.10 | 49.50 |
| 07-09-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.1); prepare e-mail to team members including list of daily postings (.3). | 1.40 | 224.00 |

Matter Number: 004179-001J                                                November 12, 2010
Invoice No.:  519221                                                                Page 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-09-2010 | Jenna Stiegler | Update professional binder of FTI (.2); update articles relating to fees and standards (.1); review correspondences and notices regarding hearing transcripts (.2). | 0.50 | 75.00 |
| 07-09-2010 | Brady C. Williamson | Review e-mail exchanges on change in due date for third applications (.3); conference on strategy (.2). | 0.50 | 247.50 |
| 07-09-2010 | Katherine Stadler | Conferences with fee examiner on proposed postponement of fee application deadline and issues related to interpretation of Judge Gerber's rulings (.2). | 0.20 | 82.00 |
| 07-12-2010 | Zerithea Raiche | Attend team meeting (.4); prepare e-mail on matters discussed at today's meeting (.2); update team website to include daily filings and supporting documents (.6). | 1.20 | 192.00 |
| 07-12-2010 | Carla Andres | Attend team meeting (.4). | 0.40 | 140.00 |
| 07-12-2010 | Monica Santa Maria | Attend team meeting (.4). | 0.40 | 82.00 |
| 07-12-2010 | Brady C. Williamson | E-mail to Assistant U.S. Trustee on calculations for fee order (.2). | 0.20 | 99.00 |
| 07-12-2010 | Eric Wilson | Attend team meeting (.4). | 0.40 | 156.00 |
| 07-12-2010 | Katherine Stadler | Attend team meeting (.4). | 0.40 | 164.00 |
| 07-13-2010 | Jenna Stiegler | Review daily correspondence (.2); update Brownfield's binder (.2); update notices of matters scheduled for hearing (.3). | 0.70 | 105.00 |
| 07-13-2010 | Zerithea Raiche | Docket response deadlines, check court docket and confirm accuracy of case calendar (.4); update team website to include daily filings and supporting documents (.9). | 1.30 | 208.00 |

Matter Number: 004179-001J                                          November 12, 2010
Invoice No.: 519221                                                         Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-13-2010 | Eric Wilson | Review draft correspondence from fee examiner to professionals with proposed treatment of compensation issues (.6); e-mail responsive comments to draft (.2). | 0.80 | 312.00 |
| 07-14-2010 | Jenna Stiegler | Review daily correspondence (.2); update binders of the following professionals: AP Services (.4), Baker & McKenzie (.2), Godfrey & Kahn (.2), FTI (.2), LFR (.3) Stuart Maue (.2), Stutzman Bromberg (.1), Claro Group (.5). | 2.30 | 345.00 |
| 07-14-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.1). | 1.10 | 176.00 |
| 07-15-2010 | Jenna Stiegler | Review daily correspondence (.2); update binder of transcripts (.2); update binders of the following professionals:  Weil Gotshal (.1); Kramer Levin (.1); Butzel Long (.1); update Lehman Brothers fee committee reports binder (.2); update binder of Stuart Maue (.2). | 1.10 | 165.00 |
| 07-15-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (2.3); prepare e-mails to team members including list of daily postings (.6). | 2.90 | 464.00 |
| 07-16-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.8); docket response deadlines (.2); check court docket and confirm accuracy of case calendar (.2). | 1.20 | 192.00 |
| 07-17-2010 | Brady C. Williamson | E-mail to Assistant U.S. Trustee on schedule and pending applications (.1). | 0.10 | 49.50 |

Matter Number: 004179-001J                                November 12, 2010
Invoice No.:  519221                                                 Page 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-19-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.4). | 0.40 | 64.00 |
| 07-20-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (2.1); prepare e-mail to team members including list of daily postings (.6); docket response deadlines (.2). | 2.90 | 464.00 |
| 07-20-2010 | N. Talbott Settle | Review correspondence relating to the second interim order and order on extended retention (.4); review e-mails and update the index and professional binders of Kramer Levin (.1); ARPC (.1); Butzel Long (.1); Plante & Moran (.1); Stuart Maue and the fee examiner (.1); Weil Gotshal (.1); Brownfield (.1) and update library binders (.1). | 1.20 | 192.00 |
| 07-21-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.4); prepare e-mail to team members including list of daily postings (.2). | 0.60 | 96.00 |
| 07-22-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.2); prepare e-mails to team members including list of daily postings (.4). | 1.60 | 256.00 |
| 07-23-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.3); prepare e-mail to team members including list of daily postings (.1); check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 0.60 | 96.00 |
| 07-26-2010 | N. Talbott Settle | Review daily correspondence routing and update corresponding files (.2). | 0.20 | 32.00 |

Matter Number: 004179-001J

Invoice No.:  519221

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-26-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.3). | 0.30 | 48.00 |
| 07-26-2010 | Brady C. Williamson | Exchange telephone calls with Assistant U.S. Trustee on schedule and pending applications (.3). | 0.30 | 148.50 |
| 07-27-2010 | Zerithea Raiche | Telephone conferences with Ms. Blum on dates for court hearing on fee applications (.1); docket response deadlines (.2); update team website to include daily filings and supporting documents (.3). | 0.60 | 96.00 |
| 07-27-2010 | Jenna Stiegler | Review daily correspondence (.1); updates to binders (.1). | 0.20 | 30.00 |
| 07-28-2010 | N. Talbott Settle | Review correspondence forwarding summary memorandum for review and update the files (.3). | 0.30 | 48.00 |
| 07-28-2010 | Zerithea Raiche | Update team website to include daily filings, and supporting documents(.6); prepare e-mail to team members including list of daily postings (.2). | 0.80 | 128.00 |
| 07-28-2010 | Jenna Stiegler | Update professional binders with order granting fee applications (.9); update binders for: Weil Gotshal (.2); Butzel Long (.2); Plante & Moran (.1); Brownfield (.3); and Jones Day (.1). | 1.80 | 270.00 |
| 07-29-2010 | Zerithea Raiche | Prepare e-mail to team members on memorandum to professionals on the court's rulings on April 29 and July 6, 2010 (.2); update team website to include daily filings and supporting documents (.9). | 1.10 | 176.00 |
| 07-29-2010 | Jenna Stiegler | Review daily correspondence (.1); update professional binder of Plante & Moran (.1). | 0.20 | 30.00 |

Matter Number: 004179-001J                                          November 12, 2010
Invoice No.:  519221                                                         Page 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07-30-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.8); prepare e-mail to team members on deadlines for the week of August 2, 2010 and scheduling team meeting (.3). | 1.10 | 176.00 |
| 07-30-2010 | Jenna Stiegler | Update news articles relating to fees and standards (.3). | 0.30 | 45.00 |
| 08-02-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.6); prepare e-mail to team members including list of daily postings (.3). | 0.90 | 144.00 |
| 08-03-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.7); prepare e-mails to team members including list of daily postings (.3); schedule appearances with court call for telephonic appearances by Mr. Williamson and Ms. Andres for hearing scheduled for August 6, 2010 (.2). | 1.20 | 192.00 |
| 08-03-2010 | Jenna Stiegler | Review correspondence and update professional binders (.2). | 0.20 | 30.00 |
| 08-03-2010 | N. Talbott Settle | Review correspondence relating to hearing (.1); review flagged correspondence for updates to library binders of professionals (.8). | 0.90 | 144.00 |
| 08-03-2010 | Monica Santa Maria | Review court opinion cutting fee request by Nixon Peabody (.2). | 0.20 | 41.00 |
| 08-03-2010 | Brady C. Williamson | Exchange telephone calls and e-mails with Assistant U.S. Trustee on Motors Liquidation pleadings and schedule (.3). | 0.30 | 148.50 |

Matter Number: 004179-001J                                November 12, 2010
Invoice No.: 519221                                                    Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-04-2010 | Zerithea Raiche | Update team website to include daily filings, and supporting documents (2.6); e-mails to team members including list of daily postings (1.2); respond to e-mail from Mr. Wilson on hearing date for third fee hearing (.1); docket response deadlines (.3). | 4.20 | 672.00 |
| 08-04-2010 | Jenna Stiegler | Review daily correspondence (.1); update professional binder of Dean Trafelet (.5). | 0.60 | 90.00 |
| 08-04-2010 | Monica Santa Maria | Review U.S. Trustee's response to debtors' motion to amend AP Services retention (.1); review U.S. Trustee's objection to debtors' motion for payment of AP Services success fee (.1); review e-mail from Mr. Wilson regarding possible date for third interim fee hearing (.1). | 0.30 | 61.50 |
| 08-04-2010 | Brady C. Williamson | Review U.S. Trustee's responses on pending AP Services requests (.3). | 0.30 | 148.50 |
| 08-05-2010 | N. Talbott Settle | Review daily postings and e-mails and forward for updates to library binders (.4); work on setting up review files for third interim fee applications (.1). | 0.50 | 80.00 |
| 08-05-2010 | Jenna Stiegler | Update notice of matters scheduled for hearing (.1); update professional binders of: AP Services (.8). | 0.90 | 135.00 |
| 08-05-2010 | Zerithea Raiche | Telephone conference with Ms. Blum on available hearing dates for the third fee hearing (.1); telephone conference with court call and arrange for Ms. Stadler to attend the August 6, 2010 hearing by telephone (.2); update team website to include daily filings and supporting documents (4.1); prepare e-mails to team members including list of daily postings (.9). | 5.30 | 848.00 |

Matter Number: 004179-001J                                   November 12, 2010
Invoice No.:  519221                                                    Page 17

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-05-2010 | Brady C. Williamson | Telephone call to Assistant U.S. Trustee on schedule (.1). | 0.10 | 49.50 |
| 08-06-2010 | N. Talbott Settle | Review daily postings and forward for updates to binders and interim fee review files (.4); attend team meeting (.4). | 0.80 | 128.00 |
| 08-06-2010 | Mary Roufus | Attend team meeting regarding third fee applications, process and status (.4). | 0.40 | 64.00 |
| 08-06-2010 | Jenna Stiegler | Update professional binder for Jenner & Block (.4). | 0.40 | 60.00 |
| 08-06-2010 | Zerithea Raiche | Attend team meeting (.4); telephone conference with Ms. Blum on setting bifurcated fee hearings for September 24 and October 26, 2010 (.1). | 0.50 | 80.00 |
| 08-06-2010 | Carla Andres | Attend team meeting regarding status of filings, schedule for hearing, and responsibility for review of applications (.4). | 0.40 | 140.00 |
| 08-06-2010 | Peggy Heyrman | Attend team meeting regarding third round of fee applications (.4). | 0.40 | 82.00 |
| 08-06-2010 | Brady C. Williamson | Administrative conference to discuss third round of fee applications (.4); review grid of 20 applications (.2); follow up scheduling e-mail and telephone call to U.S. Trustee's office (.2). | 0.80 | 396.00 |
| 08-06-2010 | Katherine Stadler | Attend team meeting to discuss all new fee applications, work assignments and hearing dates (.4); e-mail list of pending applications to Mr. Velez-Rivera and Ms. Davis (.1). | 0.50 | 205.00 |
| 08-06-2010 | Eric Wilson | Attend team meeting regarding case status and next steps (.4). | 0.40 | 156.00 |

Matter Number: 004179-001J
Invoice No.: 519221

November 12, 2010
Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-09-2010 | Zerithea Raiche | Locate and forward article on the U. S. Trustee's objection to AP Services success fee (.1); update team website to include daily filings, and supporting documents (.4); prepare e-mail to team members including list of daily postings (.1). | 0.60 | 96.00 |
| 08-09-2010 | Carla Andres | Internal e-mail on allocation of asbestos committee fee review work (.3). | 0.30 | 105.00 |
| 08-09-2010 | Eric Wilson | Prepare correspondence to Ms. Raiche regarding dockets for Campbell and Parker appeals (.3). | 0.30 | 117.00 |
| 08-09-2010 | Brady C. Williamson | E-mail exchanges on court dates (.2). | 0.20 | 99.00 |
| 08-10-2010 | Jenna Stiegler | Update professional binders for: Butzel Long (.9); Caplin & Drysdale (.6); Legal Analysis Systems (.4); Epiq (.3). | 2.20 | 330.00 |
| 08-10-2010 | Zerithea Raiche | Prepare e-mail to team on hearing dates for pending fee applications and notice of hearings (.1); update team website to include daily filings and supporting documents (.7); prepare e-mail including list of daily postings (.3); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 1.40 | 224.00 |
| 08-10-2010 | N. Talbott Settle | Review correspondence on hearing deadlines (.2). | 0.20 | 32.00 |
| 08-10-2010 | Carla Andres | Telephone conference on fee examiner's fee application and hearing schedule (.4); review Brownfield expense summary (.2). | 0.60 | 210.00 |
| 08-11-2010 | Jenna Stiegler | Update professional binders of: Kramer Levin (.9); Claro Group (.5); Stutzman Bromberg (.6). | 2.00 | 300.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                    Page 19

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-11-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.4); e-mail including list of daily postings (.7); docket response deadlines (.1). | 2.20 | 352.00 |
| 08-11-2010 | N. Talbott Settle | Verify documents received by mail are not duplicative with prior documents (.5). | 0.50 | No Charge |
| 08-11-2010 | Eric Wilson | Review previous filings regarding scope of retention of LFR and Claro Group (1.3); office conference with Mr. Williamson on scope of Stuart Maue review of third interim fee applications (.1). | 1.40 | 546.00 |
| 08-12-2010 | Jenna Stiegler | Manage case files and case room (.3); update professional binders of: Weil Gotshal (.5); Butzel Long (.4). | 1.20 | 180.00 |
| 08-12-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.6); prepare e-mail including list of daily postings (.3). | 0.90 | 144.00 |
| 08-13-2010 | Jenna Stiegler | Update list of matters scheduled for hearing (.3); update binders of: Togut Segal (.4); LFR (.6); Brownfield (.6); Plante & Moran (.4); Hamilton Rabinovitz (.2); Deloitte Tax (.4); FTI (.3); Bates White LLC (.3); AP Services (.8). | 4.30 | 645.00 |
| 08-13-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.1); prepare e-mails including list of daily postings (.4); docket response deadlines (.2). | 1.70 | 272.00 |
| 08-16-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.2); prepare e-mail including list of daily postings (.1). | 0.30 | 48.00 |

Matter Number: 004179-001J                                     November 12, 2010
Invoice No.:  519221                                                        Page 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-16-2010 | Eric Wilson | Telephone conference with Ms. Andres regarding potential motion regarding clarification to scope of work for environmental consultants (.1). | 0.10 | 39.00 |
| 08-16-2010 | Brady C. Williamson | Conference on hearing schedule (.2). | 0.20 | 99.00 |
| 08-17-2010 | Jenna Stiegler | Update articles relating to fees and standards (.3); update binders of: AP Services (.2); Dean Trafelet (.3); Analysis, Research and Planning Corporation (.4); Stutzman Bromberg (.1); Evercore (.2); locate and label fee applications for all professionals (1.3). | 2.80 | 420.00 |
| 08-17-2010 | Zerithea Raiche | Order transcript of August 6, 2010 hearing (.1); revise chart of pending fee applications and assigned hearing dates (.3); update team website to include daily filings and supporting documents (.9); prepare e-mails including list of daily postings (.4). | 1.70 | 272.00 |
| 08-17-2010 | N. Talbott Settle | Review correspondence relating to hearing designations (.1). | 0.10 | 16.00 |
| 08-17-2010 | Eric Wilson | Review reports filed regarding fees of Weil Gotshal in the Lehman Brothers bankruptcy proceeding (.6). | 0.60 | 234.00 |
| 08-17-2010 | Brady C. Williamson | Exchange telephone calls and e-mails with Assistant U.S. Trustee on scheduling (.2). | 0.20 | 99.00 |

Matter Number: 004179-001J                                   November 12, 2010
Invoice No.:  519221                                                  Page 21

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-18-2010 | Jenna Stiegler | Update Lehman Brothers fee committee reports (.3); update hearing transcripts binder (.3); update Stuart Maue correspondence (.2); update binders of the following professionals: AP Services (.5); Kramer Levin (.2); Butzel Long and create new binder (.4); update index of binders (.2). | 2.10 | 315.00 |
| 08-18-2010 | Zerithea Raiche | Update team website to include daily filings (.3); prepare e-mail including list of daily postings (.2); prepare e-mail on filing of initial public offering by Motors Liquidation (.1). | 0.60 | 96.00 |
| 08-18-2010 | N. Talbott Settle | Upload hearing transcript onto litigation summary program (.1). | 0.10 | 16.00 |
| 08-19-2010 | Zerithea Raiche | Update team website to include daily filings, and supporting documents (.4); prepare e-mail including list of daily postings (.2). | 0.60 | 96.00 |
| 08-19-2010 | Brady C. Williamson | Review debtor's monthly operating report (.2). | 0.20 | 99.00 |
| 08-20-2010 | Jenna Stiegler | Update professional binders of: Butzel Long (.4); update news articles relating to fees and standards (.2); update matters scheduled for hearing (.3); update Lehman Brothers committee reports binder (.2). | 1.10 | 165.00 |
| 08-20-2010 | Zerithea Raiche | Prepare e-mail to Mr. Wilson on notice period for September 24, 2010 hearing (.1); update team website to include daily filings, and supporting documents (1.9); prepare e-mail including list of daily postings (.8). | 2.80 | 448.00 |

Matter Number: 004179-001J                                          November 12, 2010
Invoice No.: 519221                                                          Page 22

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-20-2010 | Monica Santa Maria | Review case law regarding compensability of fees incurred litigating fee disputes (.6). | 0.60 | 123.00 |
| 08-21-2010 | Brady C. Williamson | Exchange e-mail with Mr. Smolinsky for debtor and Mr. Masumoto for U.S. Trustee on response schedule (.3). | 0.30 | 148.50 |
| 08-23-2010 | N. Talbott Settle | Review correspondence from professionals and compare and forward for updates to files and binders (.3). | 0.30 | 48.00 |
| 08-23-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.6); prepare e-mail and including list of daily postings (.1). | 0.70 | 112.00 |
| 08-23-2010 | Brady C. Williamson | Exchange e-mail with Assistant U.S. Trustee on schedule and procedure (.2). | 0.20 | 99.00 |
| 08-24-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.9); prepare e-mail including list of daily postings (.3); check court docket, confirm accuracy of case calendar and docket response deadlines (.4). | 1.60 | 256.00 |
| 08-24-2010 | Eric Wilson | Review and respond to correspondence and research on billable rates (.1). | 0.10 | 39.00 |
| 08-25-2010 | Jenna Stiegler | Update professional binders of: Caplin & Drysdale (.2); Epiq (.1). | 0.30 | 45.00 |
| 08-25-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.5); prepare e-mail including list of daily postings (.3); check court docket, confirm accuracy of case calendar and docket response deadlines (.4). | 1.20 | 192.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                  Page 23

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-25-2010 | Eric Wilson | Review study regarding billing rates at bankruptcy firms (.3); prepare correspondence to Ms. Raiche regarding same (.2); review correspondence from Mr. Williamson regarding fee committee report in Lehman Brothers bankruptcy (.1). | 0.60 | 234.00 |
| 08-26-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.2); prepare e-mail including list of daily postings (.1). | 0.30 | 48.00 |
| 08-27-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.9); prepare e-mails including list of daily postings (.4). | 1.30 | 208.00 |
| 08-29-2010 | Monica Santa Maria | Review e-mail correspondence from Mr. Williamson regarding fee ruling in Southern District of New York case (.1). | 0.10 | 20.50 |
| 08-30-2010 | N. Talbott Settle | Review daily postings for updates to library binders (.6); update the library binder for AP Services (.3). | 0.90 | 144.00 |
| 08-30-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.3); prepare e-mail including list of daily postings (.1). | 0.40 | 64.00 |
| 08-31-2010 | N. Talbott Settle | Review and forward correspondence for updates to library binders (1.1). | 1.10 | 176.00 |
| 08-31-2010 | Jenna Stiegler | Update news articles regarding fees and standards (.2); update binder of AP Services (.4). | 0.60 | 90.00 |
| 08-31-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.4); prepare e-mails including list of daily postings (.3). | 0.70 | 112.00 |

Matter Number: 004179-001J                                November 12, 2010
Invoice No.:  519221                                                    Page 24

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08-31-2010 | Brady C. Williamson | Conference call with Motors Liquidation personnel on pending issues, including asbestos claim and tax ruling requests (.6). | 0.60 | 297.00 |
| 09-01-2010 | Rebecca J. Bradshaw | Identify reorganization plan and disclosure statement sections on fees, examiner and administrative expenses (1.1). | 1.10 | 187.00 |
| 09-01-2010 | Jenna Stiegler | Update transcripts binder (.3); update professional binders of: Bates White LLC (.2); Brownfield (.1); Dean Trafelet (.3); Analysis, Research and Planning Corporation (.3); Stutzman Bromberg (.2); Hamilton Rabinovitz (.1); Plante & Moran (.3); LFR (.2); compare, verify and update electronic documents with library binders of Weil Gotshal (.9). | 2.90 | 435.00 |
| 09-01-2010 | Mary Roufus | Review daily filings and prepare e-mail to team regarding documents filed (.3). | 0.30 | 48.00 |
| 09-01-2010 | Brady C. Williamson | Conference call with U.S. Trustee, Ms. Davis, and colleagues on status and schedule (.6). | 0.60 | 297.00 |
| 09-02-2010 | Jenna Stiegler | Compare, verify and update electronic documents with library binder of Kramer Levin (.4); update hearing binder (.1); update pleadings (.5); update supporting documents (.5); update law and news articles relating to fees and standards (.6). | 2.10 | 315.00 |
| 09-02-2010 | Mary Roufus | Review daily filings in case and prepare e-mail to team members outlining filings (.3). | 0.30 | 48.00 |
| 09-02-2010 | Eric Wilson | Review Motors Liquidation plan of reorganization and articles summarizing the plan (.8). | 0.80 | 312.00 |

Matter Number: 004179-001J
Invoice No.: 519221

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09-02-2010 | Brady C. Williamson | Telephone call from Ms. Basler at Motors Liquidation on fee process generally and specific applicants and follow up email (.3); exchange email on pending correspondence to applicants with U.S. Trustee and Assistant U.S. Trustee (.2). | 0.50 | 247.50 |
| 09-03-2010 | Jenna Stiegler | Update professional binder of Kramer Levin (.2); compare, verify and update electronic documents with library binders of: Claro Group (.3), Caplin & Drysdale (.3), Brownfield (.1), Dean Trafelet (.2), Plante & Moran (.2), Stutzman Bromberg (.1); update procedural orders and guidelines (.6). | 2.00 | 300.00 |
| 09-07-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.6); prepare email including list of daily postings (.2); arrange for preparation of September 7, 2010 hearing transcript (.1). | 0.90 | 144.00 |
| 09-07-2010 | N. Talbott Settle | Update library binder and fee application review files with new correspondence (.4); conference with Ms. Raiche regarding Plante & Moran documents and correspondence to Ms. Andres on the same (.3). | 0.70 | 112.00 |
| 09-07-2010 | Brady C. Williamson | Follow-up calls with Assistant U.S. Trustee on status of third interim applications (.3). | 0.30 | 148.50 |
| 09-08-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (1.4); prepare email including list of daily postings (.7); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 2.40 | 384.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                      Page 26

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09-08-2010 | Eric Wilson | Review transcript from court hearing on September 7, 2010 (.5). | 0.50 | 195.00 |
| 09-09-2010 | Zerithea Raiche | Attend team meeting (.4); conference with Ms. Talbott Settle on review of fee examiner's reports (.1); review and forward information on Real Rate Report article (.1); update team website to include daily filings and supporting documents (.4); prepare email including list of daily postings (.2). | 1.20 | 192.00 |
| 09-09-2010 | N. Talbott Settle | Attend team meeting (.4); conference with Ms. Raiche regarding meeting follow-up for the team (.1). | 0.50 | 80.00 |
| 09-09-2010 | Monica Santa Maria | Attend team meeting to discuss fee application, draft reports and fee rate increases (.4); internal conferences on draft reports (.1). | 0.50 | 102.50 |
| 09-09-2010 | Katherine Stadler | Attend team meeting to discuss status of third interim fee application reports (.4). | 0.40 | 164.00 |
| 09-10-2010 | N. Talbott Settle | Review and respond to correspondence relating to draft reports (.2); review correspondence forwarding new postings (.7). | 0.90 | 144.00 |
| 09-10-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.7). | 0.70 | 112.00 |
| 09-13-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.9); prepare email including list of daily postings (.4); download and distribute order on billing rates in the St. Vincents bankruptcy case (.1); docket response deadlines (.2). | 1.60 | 256.00 |

Matter Number: 004179-001J
Invoice No.:  519221

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09-14-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.2); download and forward to team notice on possible retention of Alverez & Marsal to act as a third-party neutral administrator (.1); conference on review and preparation of final reports for interim fee applications scheduled for hearing on September 24, 2010 (.1); check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 0.60 | 96.00 |
| 09-15-2010 | Zerithea Raiche | Prepare email to Ms. Keane of Garden City on service of September 17, 2010 filings (.1); update team website to including daily filings and supporting documents (2.1); prepare email including list of daily postings (1.2). | 3.40 | 544.00 |
| 09-15-2010 | N. Talbott Settle | Organize materials for updates to library binders for the following professionals: Caplin & Drysdale; Kramer Levin; Plante & Moran; Stutzman Bromberg; Claro Group; Dean Trafelet and Weil Gotshal (.3). | 0.30 | 48.00 |
| 09-15-2010 | Monica Santa Maria | Review article forwarded by Ms. Raiche regarding U.S. Trustee objection to retention of Jones Day in the Tribune bankruptcy (.1); review Judge Gerber order in Basilicata bankruptcy regarding required notice for rate increases (.1). | 0.20 | 41.00 |

Matter Number: 004179-001J                                    November 12, 2010
Invoice No.:  519221                                                  Page 28

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09-16-2010 | Zerithea Raiche | Prepare email to Garden City on service of stipulation and order to adjourn hearing on third interim fee application of Brownfield (.1); update team website to include daily filings and supporting documents (.4); prepare email including list of daily postings (.2). | 0.70 | 112.00 |
| 09-16-2010 | N. Talbott Settle | Update case directory (.2). | 0.20 | 32.00 |
| 09-16-2010 | Brady C. Williamson | Exchange email with Assistant U.S. Trustee on pending applications (.2). | 0.20 | 99.00 |
| 09-17-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.2); prepare emails to Garden City Group on service of fee examiner's reports and statements of limited objection (.2); docket response deadlines (.1); prepare email including list of daily postings (.1). | 0.60 | 96.00 |
| 09-20-2010 | Zerithea Raiche | Update team website with daily filings and supporting documents (.4); prepare email including list of daily postings (.2). | 0.60 | 96.00 |
| 09-21-2010 | Zerithea Raiche | Update team website with daily filings and supporting documents (1.4); prepare emails including list of daily postings (.8); docket response deadlines (.2). | 2.40 | 384.00 |
| 09-21-2010 | Eric Wilson | Review correspondence on adjournment of hearing on fee applications (.1). | 0.10 | 39.00 |
| 09-22-2010 | Eric Wilson | Continue reviewing case law regarding compensation of professionals for preparation and defense of fee applications (1.0). | 1.00 | 390.00 |

Matter Number: 004179-001J                                 November 12, 2010
Invoice No.: 519221                                                    Page 29

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09-22-2010 | Brady C. Williamson | Conference with Assistant U.S. Trustee on impact of schedule change and deadlines for disclosure statement comment (.2). | 0.20 | 99.00 |
| 09-23-2010 | Zerithea Raiche | Respond to fee examiner's inquiry on hearing dates (.1); update team website to include daily filings and supporting documents (.6); prepare email including list of daily postings (.4). | 1.10 | 176.00 |
| 09-23-2010 | Brady C. Williamson | Review court order and notice on matters noticed and adjourned (.2); email to Assistant U.S. Trustee on procedure for stipulated applications (.2). | 0.40 | 198.00 |
| 09-24-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.4); docket response deadlines (.3). | 0.70 | 112.00 |
| 09-24-2010 | Brady C. Williamson | Exchange emails with Assistant U.S. Trustee on scheduling issues (.3). | 0.30 | 148.50 |
| 09-27-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.2). | 0.20 | 32.00 |
| 09-28-2010 | Zerithea Raiche | Update team website to include daily filings, and supporting documents (.4); prepare email including list of daily postings (.2); check court docket, confirm accuracy of case calendar and docket response deadlines (.7). | 1.30 | 208.00 |

Matter Number: 004179-001J                                      November 12, 2010
Invoice No.: 519221                                                        Page 30

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09-29-2010 | N. Talbott Settle | Update binders for Kramer Levin (1.1); Weil Gotshal (.7); Caplin & Drysdale (.5); Brownfield (.1); Bates White LLC (.4); and Jenner & Block (.3); update binders on the final reports on the third interim fee applications (.3); review hearing notices (.2). | 3.60 | 576.00 |
| 09-29-2010 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.2); prepare critical dates docket report (.9); prepare email including list of daily postings (.1). | 1.20 | 192.00 |
| 09-30-2010 | N. Talbott Settle | Review electronic docket and update professional binders for AP Services (1.2). | 1.20 | 192.00 |
| 09-30-2010 | Zerithea Raiche | Update team website with daily filings and supporting documents (.8); prepare email and including list of daily postings to the internal website and court filings (.4). | 1.20 | 192.00 |
| | | Total Fees | $ | 44,909.50 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **44,909.50** |

Matter Number: 004179-001J                                          November 12, 2010
Invoice No.:  519221                                                           Page 31

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| REBECCA J. BRADSHAW | Other - Staff | 1.10 | 170.00 | 187.00 |
| **Other - Staff Total** | | **1.10** | | **187.00** |
| ZERITHEA RAICHE | Paralegal | 113.70 | 160.00 | 18,192.00 |
| N. TALBOTT SETTLE | Paralegal | 51.70 | 160.00 | 8,272.00 |
| MARY ROUFUS | Paralegal | 2.00 | 160.00 | 320.00 |
| JENNA STIEGLER | Paralegal | 42.70 | 150.00 | 6,405.00 |
| **Paralegal Total** | | **210.10** | | **33,189.00** |
| CARLA ANDRES | Of Counsel | 2.30 | 350.00 | 805.00 |
| **Of Counsel Total** | | **2.30** | | **805.00** |
| MONICA SANTA MARIA | Associate | 3.50 | 205.00 | 717.50 |
| PEGGY HEYRMAN | Associate | 1.40 | 205.00 | 287.00 |
| **Associate Total** | | **4.90** | | **1,004.50** |
| BRADY C. WILLIAMSON | Shareholder | 10.40 | 495.00 | 5,148.00 |
| KATHERINE STADLER | Shareholder | 2.60 | 410.00 | 1,066.00 |
| ERIC WILSON | Shareholder | 9.00 | 390.00 | 3,510.00 |
| **Shareholder Total** | | **22.00** | | **9,724.00** |
| **TIMEKEEPER TOTALS** | | **240.40** | | **$44,909.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*