# EXHIBIT C-5

## Firm Retention/Disclosure issues



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.

November 12, 2010

U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

Invoice No.      519218
Matter No.      004179-001A

Billing Attorney:
Re:   Retention/Disclosure Issues              Brady C. Williamson

For Legal Services Rendered Through September 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 06-05-2010 | Eric Wilson | Review transcripts on Stuart Maue extension (.6); prepare correspondence regarding transcripts for court ruling on extension (.3). | 0.90 | 351.00 |
| 06-07-2010 | Zerithea Raiche | Review Stuart Maue fee application for use in support of the fee examiner's motion to extend its retention (1.4); prepare and file fee application of Stuart Maue in support motion to extend retention (.6). | 2.00 | 320.00 |
| 06-07-2010 | Carla Andres | Review e-mail regarding motion to expand or continue Stuart Maue services (.1). | 0.10 | 35.00 |
| 06-08-2010 | Zerithea Raiche | Prepare email on filing bar dates for motion to extend retention (.2). | 0.20 | 32.00 |
| 06-09-2010 | Eric Wilson | Draft motion to extend appointment of Stuart Maue (5.8). | 5.80 | 2,262.00 |

Matter Number: 004179-001A                                          November 12, 2010
Invoice No.:  519218                                                        Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 06-10-2010 | Zerithea Raiche | Review and revise motion to extend Stuart Maue retention (.8) including: calculate total pages for all fee applications filed including attachments (.1), review and calculate all fee applications filed and the number of applications analyzed by Stuart Maue (.6), and calculate total fees and expenses for all fee applications filed including and excluding the fees and expenses for AP Services (.5); update chart of inquiries by the fee examiner to retained professionals and responses submitted by the professionals to date for use in draft reports (1.6). | 3.60 | 576.00 |
| 06-10-2010 | Brady C. Williamson | Review and revise draft application to extend Stuart Maue's retention (.6). | 0.60 | 297.00 |
| 06-10-2010 | Katherine Stadler | Substantial revisions to motion to extend retention of Stuart Maue (2.3); revise affidavit of Andy Dalton and confer on contents (.6). | 2.90 | 1,189.00 |
| 06-10-2010 | Katherine Stadler | E-mail exchange with Mr. Dalton and Mr. Brown on information needed and contents of expanded Stuart Maue retention application (.3). | 0.30 | 123.00 |
| 06-11-2010 | Zerithea Raiche | Prepare notice of presentment of application for extended retention and employment of Stuart Maue (.4); verify fact and record references (.8); update summary chart of fee applications including payments made to professionals and fee examiner's recommended disallowances for use as an exhibit to the fee examiner's summary report and recommendations (.9). | 2.10 | 336.00 |

Matter Number: 004179-001A                                    November 12, 2010
Invoice No.:  519218                                                    Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-11-2010 | Brady C. Williamson | Additional revisions to Stuart Maue motion and materials (.4). | 0.40 | 198.00 |
| 06-11-2010 | Eric Wilson | Review, revise, and complete motion to extend appointment of Stuart Maue (.9); review and revise affidavit of Mr. Dalton in support (.8). | 1.70 | 663.00 |
| 06-25-2010 | Zerithea Raiche | Email to Mr. Dalton forwarding debtors' response to fee application of Stuart Maue and the fee examiner's application to further extend retention of Stuart Maue (.2). | 0.20 | 32.00 |
| 06-25-2010 | Carla Andres | Review objection to Stuart Maue retention and compensation (.3). | 0.30 | 105.00 |
| 06-25-2010 | Brady C. Williamson | Review debtors' response to Stuart Maue retention application and compensation application (.4). | 0.40 | 198.00 |
| 06-25-2010 | Katherine Stadler | Review Weil Gotshal response on Stuart Maue retention (.5). | 0.50 | 205.00 |
| 07-15-2010 | Zerithea Raiche | Review and forward to Mr. Brooks, Weil Gotshal, a Word version of proposed order to retain Stuart Maue (.1). | 0.10 | 16.00 |
| 07-20-2010 | Zerithea Raiche | Prepare email to Messrs. Dalton and Brown on execution of new retention order (.1). | 0.10 | 16.00 |
| 07-20-2010 | Katherine Stadler | Review correspondence from Mr. Brooks on proposed order to expand Stuart Maue's retention (.2); e-mail proposed revision to order language to Mr. Wilson (.2). | 0.40 | 164.00 |

|  | | Total Fees | $ | 7,118.00 |
|  | | Total Disbursements | $ | 0.00 |
|  | | **Total For This Invoice** | **$** | **7,118.00** |

Matter Number: 004179-001A                                November 12, 2010

Invoice No.:  519218                                                    Page 4

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 8.30 | 160.00 | 1,328.00 |
| **Paralegal Total** | | **8.30** | | **1,328.00** |
| CARLA ANDRES | Of Counsel | 0.40 | 350.00 | 140.00 |
| **Of Counsel Total** | | **0.40** | | **140.00** |
| BRADY C. WILLIAMSON | Shareholder | 1.40 | 495.00 | 693.00 |
| KATHERINE STADLER | Shareholder | 4.10 | 410.00 | 1,681.00 |
| ERIC WILSON | Shareholder | 8.40 | 390.00 | 3,276.00 |
| **Shareholder Total** | | **13.90** | | **5,650.00** |
| **TIMEKEEPER TOTALS** | | **22.60** | | **$7,118.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*