# EXHIBIT C-6

**Fee Application Preparation**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.

November 12, 2010

U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

Invoice No.      519220
Matter No.       004179-001I

Billing Attorney:
Brady C. Williamson

Re:   Fee Application Preparation: Godfrey & Kahn
      and Stuart Maue

For Legal Services Rendered Through September 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-01-2010 | Brady C. Williamson | Review initial fee application draft from Stuart Maue (.7). | 0.70 | 346.50 |
| 06-01-2010 | Eric Wilson | Review and comment on draft fee application of Stuart Maue (.6). | 0.60 | 234.00 |
| 06-01-2010 | Katherine Stadler | Review and forward initial draft of Stuart Maue fee application (.6); begin revisions (.5). | 1.10 | 451.00 |
| 06-02-2010 | Katherine Stadler | E-mail exchanges with Mr. Dalton on preparation of Stuart Maue's fee application (.4); markup of draft fee application to Mr. Dalton and Mr. Brown with covering e-mail (.6). | 1.00 | 410.00 |
| 06-02-2010 | Katherine Stadler | Substantial revisions to fee application of Stuart Maue, incorporating comments (2.6). | 2.60 | 1,066.00 |
| 06-03-2010 | N. Talbott Settle | Review and check new draft of Stuart Maue fee application (1.8). | 1.80 | 288.00 |
| 06-03-2010 | Katherine Stadler | Review and forward updated version of Stuart Maue fee application (.8). | 0.80 | 328.00 |

Matter Number: 004179-001I  November 12, 2010
Invoice No.: 519220  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-04-2010 | Zerithea Raiche | Review and suggest revisions for fee application of Stuart Maue (.6); prepare email to Ms. Santa Maria on filing requirements for Stuart Maue (.2). | 0.80 | 128.00 |
| 06-04-2010 | Katherine Stadler | Additional revisions to Stuart Maue fee application (1.7). | 1.70 | 697.00 |
| 06-05-2010 | Eric Wilson | Review Stuart Maue fee application (.4). | 0.40 | 156.00 |
| 06-07-2010 | Zerithea Raiche | Prepare email on filing logistics for supporting fee application of Stuart Maue (.1). | 0.10 | 16.00 |
| 06-07-2010 | Zerithea Raiche | Telephone conference with Mr. Brown on requirements to file fee request electronically (.1). | 0.10 | 16.00 |
| 06-07-2010 | Monica Santa Maria | Review local rules, guidelines and Stuart Maue retention order regarding fee application (.4); review and propose edits to fee application (.6). | 1.00 | 205.00 |
| 06-07-2010 | Eric Wilson | Separate telephone conferences with Mr. Brooks and Mr. Karotkin of Weil Gotshal regarding Stuart Maue fee application (.1). | 0.10 | 39.00 |
| 06-07-2010 | Brady C. Williamson | Review and comment on draft Stuart Maue application (.4). | 0.40 | 198.00 |
| 06-07-2010 | Katherine Stadler | Telephone conference with Mr. Karotkin on logistics of hearing on Stuart Maue fee application (.1); e-mail update to team and conference with Mr. Williamson on that (.2). | 0.30 | 123.00 |
| 06-07-2010 | Katherine Stadler | Conference with Mr. Brown and Mr. Dalton on fee application and associated issues (.3). | 0.30 | 123.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06-07-2010 | Katherine Stadler | Further revisions to Stuart Maue fee application (1.8); conferences with Mr. Williamson on fee application (.6); finalize fee application and supporting documents for filing and service (.7). | 3.10 | 1,271.00 |
| 06-09-2010 | Brady C. Williamson | Initial review of Stuart Maue application and release materials (.6). | 0.60 | 297.00 |
| 06-30-2010 | Monica Santa Maria | Begin drafting Godfrey & Kahn fee application (.7). | 0.70 | 143.50 |
| 07-01-2010 | Zerithea Raiche | Prepare emails on draft order approving payment of the first interim fee application of Stuart Maue (.2). | 0.20 | 32.00 |
| 07-01-2010 | Katherine Stadler | E-mail on Stuart Maue compensation order (.3). | 0.30 | 123.00 |
| 07-09-2010 | Zerithea Raiche | Prepare order approving payment of first interim fee application of Stuart Maue (.9); prepare email to team on review of proposed order approving payment of the first interim fee application of Stuart Maue and note references in hearing transcript (.3). | 1.20 | 192.00 |
| 07-12-2010 | Zerithea Raiche | Telephone conference with Ms. Blum on filing of order approving payment of first interim fee application of Stuart Maue (.1); revise order approving first interim fee application of Stuart Maue to incorporate Judge Gerber's June 29, 2010 ruling (.1). | 0.20 | 32.00 |
| 07-12-2010 | Monica Santa Maria | Conference regarding Stuart Maue fee order (.2); review and suggest edits to Stuart Maue fee order (.3). | 0.50 | 102.50 |

09-50026-mg    Doc 7798-8    Filed 11/16/10    Entered 11/16/10 16:33:40    Exhibit C-6
Pg 5 of 15

Matter Number: 004179-001I
Invoice No.: 519220

November 12, 2010
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-12-2010 | Katherine Stadler | Review and comment on draft order for Stuart Maue compensation (.2). | 0.20 | 82.00 |
| 07-13-2010 | Zerithea Raiche | Revise proposed order approving first interim fee application of Stuart Maue (.1); prepare and file the proposed order with the court regarding the first interim fee application of Stuart Maue (.2). | 0.30 | 48.00 |
| 07-15-2010 | Zerithea Raiche | Email to Messrs. Quinn, Dalton and Brown forwarding order approving first interim fee application of Stuart Maue (.1). | 0.10 | 16.00 |
| 07-15-2010 | Katherine Stadler | Review and forward signed order for compensation of Stuart Maue to Ms. Basler and email exchange with her (.2). | 0.20 | 82.00 |
| 07-19-2010 | Zerithea Raiche | Review email on time entries and telephone conference regarding preparation of Godfrey & Kahn's first interim fee application (.1). | 0.10 | 16.00 |
| 07-20-2010 | Carla Andres | Review and comment on Stuart Maue proposed order and review e-mail from Mr. Brooks for Weil Gotshal (.3). | 0.30 | 105.00 |
| 07-20-2010 | Monica Santa Maria | Begin drafting fee application (2.5). | 2.50 | 512.50 |
| 07-21-2010 | N. Talbott Settle | Conference with Ms. Raiche regarding changes to the proposed compensation order for second interim fee period (.1); internal correspondence to Mr. Wilson regarding order (.1). | 0.20 | 32.00 |
| 07-21-2010 | Brady C. Williamson | Review email on Stuart Maue holdback and status (.2). | 0.20 | 99.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07-22-2010 | Katherine Stadler | E-mail exchange with Ms. Raiche on Stuart Maue compensation issue and ten percent holdback (.3); extended e-mail to Ms. Basler on that and related issues. (1.0). | 1.30 | 533.00 |
| 07-23-2010 | Katherine Stadler | Review retention documents of Stuart Maue (.3); e-mail to Mr. Velez-Rivera (.1) and telephone conference with him on ten percent holdback issue (.3). | 0.70 | 287.00 |
| 08-03-2010 | Zerithea Raiche | Locate and forward information on preparation of fee application (.7). | 0.70 | 112.00 |
| 08-05-2010 | Zerithea Raiche | Review and respond to email on deadlines to file fee application for hearing on September 17, 2010 (.1). | 0.10 | 16.00 |
| 08-10-2010 | Zerithea Raiche | Conference on hearing date for fee examiner's and the firm's fee applications (.2). | 0.20 | 32.00 |
| 08-11-2010 | Monica Santa Maria | Conference with Ms. Stadler on drafting fee examiner's first fee application (.1). | 0.10 | 20.50 |
| 08-12-2010 | Katherine Stadler | Review bills for code and guideline compliance, conference on necessary revisions (1.5). | 1.50 | No Charge |
| 08-17-2010 | Katherine Stadler | Conferences on processing of fee and expense bills for preparation of fee application, telephone conferences with Mr. Williamson on that issue {1.3 NO CHARGE}; review expenses and edit for inclusion in fee application (1.2); conference on backup documentation (.4). | 1.60 | 656.00 |
| 08-18-2010 | Zerithea Raiche | Review and locate invoices for Garden City and forward for expense detail to firm's first interim fee application (.6). | 0.60 | 96.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08-18-2010 | N. Talbott Settle | Work on back-up for August 17, 2010 invoice items (1.3). | 1.30 | 208.00 |
| 08-19-2010 | N. Talbott Settle | Prepare invoices for back-up to cost billings (.2). | 0.20 | 32.00 |
| 08-23-2010 | N. Talbott Settle | Organize invoices for application (.1). | 0.10 | 16.00 |
| 08-23-2010 | Katherine Stadler | Review and edit bills for compliance with guidelines and court rulings on fee applications (2.6). | 2.60 | No Charge |
| 08-25-2010 | Zerithea Raiche | Locate and forward detail for travel expenses for use in preparation of first interim fee application (.8). | 0.80 | 128.00 |
| 08-26-2010 | Monica Santa Maria | Draft fee examiner's and Godfrey & Kahn's first interim fee application (1.3). | 1.30 | 266.50 |
| 08-26-2010 | Katherine Stadler | E-mail exchange with specific instructions for items to include in fee application narrative (.4); continue reviewing and editing bills {2.7 NO CHARGE}; respond to inquiries on treatment of travel in fee application (.2). | 0.60 | 246.00 |
| 08-31-2010 | N. Talbott Settle | Conference regarding Lexis and Westlaw (.1). | 0.10 | No Charge |
| 08-31-2010 | Katherine Stadler | Continue work on revisions to bills for consistency and compliance with guidelines (1.6). | 1.60 | No Charge |
| 09-07-2010 | N. Talbott Settle | Work on spreadsheet and descriptions of Lexis Nexis fees (1.7); continue work on the backup to the expense invoices for the fee application (1.0). | 2.70 | 432.00 |
| 09-07-2010 | Monica Santa Maria | Conference regarding Westlaw and Lexis expenses summary (.1). | 0.10 | No Charge |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-08-2010 | Zerithea Raiche | Preparation of summary chart of all timekeepers by project category for use in first interim fee application (.1); prepare summary chart of all timekeepers by project category (.8). | 0.90 | 144.00 |
| 09-08-2010 | N. Talbott Settle | Continue work on invoices to attach to Godfrey & Kahn fee application (.4); prepare list of travel expenses (1.4). | 1.80 | 288.00 |
| 09-08-2010 | Mary Roufus | Telephone conference regarding copy charges (.1); review affidavit of service and application relating to calculation of copy charges (.2). | 0.30 | No Charge |
| 09-08-2010 | Monica Santa Maria | Detailed revisions to first interim compensation application (6.2). | 6.20 | 1,271.00 |
| 09-09-2010 | Monica Santa Maria | Continue drafting and editing fee application (2.4). | 2.40 | 492.00 |
| 09-09-2010 | Katherine Stadler | Continue work on fee application content, answering questions on billing (.3); continue reviewing and revising bills {1.3 - NO CHARGE}. | 0.30 | 123.00 |
| 09-12-2010 | Katherine Stadler | Review and revise draft fee application (2.1). | 2.10 | 861.00 |
| 09-13-2010 | N. Talbott Settle | Review emails regarding hourly billing rates and update the file (.4). | 0.40 | 64.00 |
| 09-13-2010 | Brady C. Williamson | Begin revisions and additions to fee application draft: December 23, 2009-May 31, 2010 (1.3). | 1.30 | 643.50 |
| 09-13-2010 | Katherine Stadler | Continue work on fee application (.5); continue revising billing statements for compliance with guidelines {1.5 - NO CHARGE}. | 0.50 | 205.00 |
| 09-14-2010 | Brady C. Williamson | Continue work on drafting and revising fee application (1.4). | 1.40 | 693.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-14-2010 | Katherine Stadler | E-mail exchange with Mr. Williamson on status of fee application (.2). | 0.20 | 82.00 |
| 09-15-2010 | Monica Santa Maria | Review and edit draft fee application (.3). | 0.30 | 61.50 |
| 09-17-2010 | Monica Santa Maria | Conference regarding draft bills (.5); review time entries for privilege, compliance with fee guidelines and consistency (4.2); review research charges for privilege, compliance with fee guidelines and consistency (.7). | 5.40 | No Charge |
| 09-18-2010 | Monica Santa Maria | Review and revise bills in preparation for filing fee application (2.8). | 2.80 | No Charge |
| 09-19-2010 | Monica Santa Maria | Edit bills in preparation for filing fee application (1.4). | 1.40 | No Charge |
| 09-20-2010 | N. Talbott Settle | Continue work on costs: review changes to costs and provide additional detail on internal copies (1.5). | 1.50 | 240.00 |
| 09-21-2010 | N. Talbott Settle | Continue redaction of information relating to other clients from the cost invoices (2.5). | 2.50 | No Charge |
| 09-21-2010 | Monica Santa Maria | Conference with Ms. Stadler regarding bill review project (.2). | 0.20 | No Charge |
| 09-21-2010 | Katherine Stadler | Continue detailed review of billing statements in preparation for fee application filing {4.1 NO CHARGE}; work on compiling costs {.6 NO CHARGE}; confer on preparation of fee application and related issues (.3). | 0.30 | 123.00 |
| 09-22-2010 | N. Talbott Settle | Redaction of information relating to other clients from the cost invoices (1.9). | 1.90 | No Charge |
| 09-22-2010 | Monica Santa Maria | Review bills in preparation for filing fee application (4.8). | 4.80 | No Charge |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-22-2010 | Brady C. Williamson | Continue drafting and revision of actual fee application and supporting materials (1.8). | 1.80 | 891.00 |
| 09-22-2010 | Katherine Stadler | Continue final review of all billing statements in preparation for inclusion with fee application {3.9}. | 3.90 | No Charge |
| 09-23-2010 | Zerithea Raiche | Review and revise first interim fee application verifying calculations (1.3), quotes (.9), record citations (1.1) and verify rates and fee totals (.8). | 4.10 | 656.00 |
| 09-23-2010 | N. Talbott Settle | Conference on costs (.9); work on revisions, additions and verification to cost invoices (1.2); work on table of quantity and cost per copy for the cost portion of fee application (1.5). | 3.60 | No Charge |
| 09-23-2010 | Monica Santa Maria | Review and revise fee application (1.6). | 1.60 | 328.00 |
| 09-23-2010 | Monica Santa Maria | Review bills in preparation for filing fee application (2.6); conference regarding bill drafts (.2). | 2.80 | No Charge |
| 09-23-2010 | Brady C. Williamson | Continue work on fee application draft and associated materials (1.4). | 1.40 | 693.00 |
| 09-23-2010 | Katherine Stadler | Continue detailed review of all draft billing statements to ensure conformity with billing guidelines {2.7 NO CHARGE}; work on consolidating entries, revising, and renaming task categories (1.3 NO CHARGE); continue reviewing and revising text of fee application (1.4). | 1.40 | 574.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-24-2010 | Zerithea Raiche | Review and revise first interim and consolidated fee application verifying record citations (1.6), calculations (1.1), quotes (.6), rates, and fee totals (1.4) and update Exhibit D (.6). | 5.30 | 848.00 |
| 09-24-2010 | N. Talbott Settle | Continue revisions of exhibits to cost documentation {.9 NO CHARGE}; and verify revisions {.9 NO CHARGE}; verify final costs with invoices {1.2 NO CHARGE}; conversation on edits and final cost run {.2 NO CHARGE}; review new draft of costs {.2 NO CHARGE}; review draft of first fee application (1.3). | 1.30 | 208.00 |
| 09-24-2010 | Carla Andres | Review draft Godfrey & Kahn fee application (1.1); provide comments to Ms. Stadler, review e-mail with comments, and team e-mails regarding status and timing (.5). | 1.60 | 560.00 |
| 09-24-2010 | Eric Wilson | Review fee application and draft memorandum with comments (1.1). | 1.10 | 429.00 |
| 09-24-2010 | Brady C. Williamson | Continue work on fee application (1.4). | 1.40 | 693.00 |
| 09-24-2010 | Katherine Stadler | Work with billing staff to revise and generate invoices for fee application preparation {1.2 NO CHARGE}; continue revisions to fee application based on newly-generated billing statements (2.6); e-mail draft fee application to Mr. Velez-Rivera (.1). | 2.70 | 1,107.00 |
| 09-25-2010 | Katherine Stadler | Review and revise draft fee application, incorporating revisions and incorporating figures from final billings (2.3); e-mails to team on remaining tasks for preparation of fee application (.3). | 2.60 | 1,066.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-26-2010 | Zerithea Raiche | Conference on billing detail and current revisions to the first interim fee application (.4); review and revise application verifying calculations (3.8), record citations (1.8), verify rates and fee totals (.6), and quotations (.7); revise certification of compliance (.6); prepare summary by project category as exhibit (2.9); prepare email on draft report and list of issues to be resolved to finalize the first interim fee application (.4). | 11.20 | 1,792.00 |
| 09-26-2010 | N. Talbott Settle | Review comments relating to first consolidated application (2.8). | 2.80 | 448.00 |
| 09-26-2010 | Monica Santa Maria | Conference regarding fee application and bill preparation {.4 NO CHARGE}; edit fee application (.7). | 0.70 | 143.50 |
| 09-26-2010 | Katherine Stadler | Continue work on fee application, filling in record citations and detail from billings (4.4); telephone conference with billing staff on generating reports for matter-based summary table (.7); work on expense summary for Exhibit B to fee application (.9) | 6.00 | 2,460.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-27-2010 | Zerithea Raiche | Verify calculations in added and changed fee application sections (1.2), quotations (.7), record citations (.9) and verify rates and fee totals (.6); review and revise exhibits: revise category order and change amounts on Exhibit B (.9), revise Exhibit A - certification of compliance (.4), prepare cover sheets for revised exhibit order (.4) and prepare Exhibit C in sections for filing (.6); locate and forward sections to include in notice of hearing (.3); file first interim consolidated fee application and exhibits (.6); prepare email to Garden City for service of fee application (.1). | 6.70 | 1,072.00 |
| 09-27-2010 | N. Talbott Settle | Review new draft of fee application (2.4); supplement invoices as cost detail (.4); work on case management order (.1); work on facilitation of service and office copies of the fee application and cost detail (1.0). | 3.90 | 624.00 |
| 09-27-2010 | Carla Andres | Review and respond to e-mails on issues in fee application (.5); investigate and respond to expense inquiry (.4); final review of application (.6); telephone conference regarding statutory compliance and review statute and respond (.3). | 1.80 | 630.00 |
| 09-27-2010 | Monica Santa Maria | Review and edit fee application (.4). | 0.40 | 82.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09-27-2010 | Eric Wilson | Review fee application (.9). | 0.90 | 351.00 |
| 09-27-2010 | Katherine Stadler | Review and incorporate revisions into draft of fee application (1.3); work with billing department to generate new final billing {1.4 NO CHARGE}; work on revising all exhibits, including chart of hours worked by timekeeper and matter (1.2); review, revise, and complete fee application for filing and service (1.8); double-check all exhibits (.5); revise final figures in light of revisions (.7); revise language in certificate of compliance (.3); continue to assist with verification of expense items and compilation of expense exhibits {.4 NO CHARGE}; draft and revise notice of hearing (.7). | 6.50 | 2,665.00 |
|  |  | Total Fees | $ | 34,702.50 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **34,702.50** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 33.70 | 160.00 | 5,392.00 |
| N. TALBOTT SETTLE | Paralegal | 18.00 | 160.00 | 2,880.00 |
| **Paralegal Total** | | **51.70** | | **8,272.00** |
| CARLA ANDRES | Of Counsel | 3.70 | 350.00 | 1,295.00 |
| **Of Counsel Total** | | **3.70** | | **1,295.00** |
| MONICA SANTA MARIA | Associate | 17.70 | 205.00 | 3,628.50 |
| **Associate Total** | | **17.70** | | **3,628.50** |
| BRADY C. WILLIAMSON | Shareholder | 9.20 | 495.00 | 4,554.00 |
| KATHERINE STADLER | Shareholder | 38.40 | 410.00 | 15,744.00 |
| ERIC WILSON | Shareholder | 3.10 | 390.00 | 1,209.00 |
| **Shareholder Total** | | **50.70** | | **21,507.00** |
| **TIMEKEEPER TOTALS** | | **123.80** | | **$34,702.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*