# **EXHIBIT D**

**Expense Summary**

**Exhibit D**

**Godfrey & Kahn, S.C. Expense Summary
for the period September 1, 2010 through October 31, 2010**

| Expense/Disbursement Category | Amount |
|---|---:|
| Photocopies-external (excluding Garden City Group service copies) [1] | $460.78 |
| Photocopies-internal ($0.10 per page for black and white and color) | $1,015.90 |
| Express Mail & Courier Service | $1,349.63 |
| Lexis/Westlaw | $410.87 |
| Service of Process (Garden City Group) [2] | $951.38 |
| Telephone –Long Distance (Court Call charges for telephonic participation in hearings) [3] | $369.00 |
| Transcripts [4] | $523.90 |
| Travel-Transportation, Hotels, and Related Expenses [5] | $374.00 |
| **TOTAL** | **$5,455.46** |

5651720_1

---

[1] Additional documentation of all external photocopy projects has not been filed with this application but has been compiled and will be provided to the U.S. Trustee, the Debtors, counsel to the Debtors, and counsel to the Creditors' Committee.

[2] Additional documentation of all Garden City Group reproduction and service charges, indicated on the attached billing detail has been compiled and will be provided as indicated in footnote 1.

[3] Additional documentation of all Court Call charges, indicated on the attached billing detail has been compiled and will be provided as indicated in footnote 1.

[4] Additional documentation of all transcripts, indicated on the attached billing detail has been compiled and will be provided as indicated in footnote 1.

[5] Additional documentation of all travel related expenses, indicated on the attached billing detail has been compiled and will be provided as indicated in footnote 1.