# **EXHIBIT E**

**Expenses and Disbursements Detail**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.

November 12, 2010

U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

Invoice No.    519222
Matter No.    004179-0001

Billing Attorney:
Brady C. Williamson

Re:    General Motors Ch. 11 Examiner
Expenses and Disbursements

For Legal Services Rendered Through October 31, 2010

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 09/01/10 | Photocopies | 2.70 |
| 09/01/10 | Photocopies | 1.60 |
| 09/01/10 | Photocopies | 19.90 |
| 09/01/10 | Photocopies | 6.30 |
| 09/01/10 | Photocopies | 2.10 |
| 09/01/10 | Photocopies | 1.10 |
| 09/01/10 | Photocopies | 30.60 |
| 09/01/10 | Photocopies | 1.90 |
| 09/01/10 | Photocopies | 1.50 |
| 09/01/10 | Photocopies | 0.50 |
| 09/02/10 | Photocopies | 0.70 |
| 09/02/10 | Photocopies | 2.00 |
| 09/02/10 | Photocopies | 30.40 |
| 09/02/10 | Photocopies | 2.40 |
| 09/02/10 | Photocopies | 0.80 |

Matter Number: 004179-0001 November 12, 2010
Invoice No.: 519222 Page 2

| Date | Description | Amount |
|---|---|---:|
| 09/02/10 | Fed. Express/Express Mail COURIER SHIPMENT #793880569778 To Jennifer Sharret, Kramer Levin, NEW YORK CITY, NY, US, INVOICE #721696099 | 15.14 |
| 09/02/10 | Fed. Express/Express Mail COURIER SHIPMENT #796212504493 To Rita C. Tobin, Caplin & Drysdale, NEW YORK CITY, NY, US, INVOICE #721696099 | 15.14 |
| 09/03/10 | Photocopies | 6.20 |
| 09/03/10 | Photocopies | 21.40 |
| 09/03/10 | Photocopies | 1.60 |
| 09/07/10 | Photocopies | 7.00 |
| 09/07/10 | Photocopies Invoices for fee application. | 11.80 |
| 09/08/10 | Photocopies | 0.10 |
| 09/08/10 | Photocopies | 8.40 |
| 09/08/10 | Telephone - Long Distance Paid to: BANK CARD SERVICES 8/3/10 COURT CALL-TELEPHONIC HEARING APPEARANCE | 237.00 |
| 09/08/10 | Color Copies | 8.10 |
| 09/09/10 | Westlaw 9/2/10 KS  -Madison | 32.00 |
| 09/09/10 | Color Copies | 6.20 |
| 09/10/10 | Photocopies | 0.20 |
| 09/10/10 | Photocopies | 46.50 |
| 09/10/10 | Photocopies | 1.80 |
| 09/10/10 | Photocopies | 2.40 |
| 09/13/10 | Photocopies | 24.10 |
| 09/13/10 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. - Hearing transcript 09/07/10. | 171.50 |
| 09/14/10 | Color Copies | 0.20 |
| 09/14/10 | Color Copies | 7.70 |
| 09/15/10 | Photocopies | 0.60 |
| 09/16/10 | Photocopies | 0.90 |
| 09/16/10 | Photocopies | 10.00 |

Matter Number: 004179-0001 November 12, 2010
Invoice No.: 519222 Page 3

| Date | Description | Amount |
|---|---|---|
| 09/16/10 | Photocopies | 3.60 |
| 09/16/10 | Fed. Express/Express Mail COURIER SHIPMENT #793922217647 To Chambers of Hon. Robert E. Gerber, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #723268055 | 14.65 |
| 09/16/10 | Color Copies | 4.50 |
| 09/16/10 | Color Copies | 2.00 |
| 09/16/10 | Color Copies | 0.20 |
| 09/16/10 | Color Copies | 2.20 |
| 09/16/10 | Color Copies | 0.80 |
| 09/17/10 | Photocopies | 10.50 |
| 09/17/10 | Photocopies | 38.90 |
| 09/17/10 | Photocopies | 24.80 |
| 09/17/10 | Photocopies | 9.10 |
| 09/17/10 | Photocopies | 16.10 |
| 09/17/10 | Fed. Express/Express Mail COURIER SHIPMENT #796258133413 To Carrianne Basler, Alix Partners, NEW YORK CITY, NY, US, INVOICE #723268055 | 14.65 |
| 09/17/10 | Fed. Express/Express Mail COURIER SHIPMENT #793925725730 To Hon. Robert E. Gerber, U.S. Bankruptcy Court, SDNY, NEW YORK CITY, NY, US, INVOICE #723268055 | 26.82 |
| 09/17/10 | Fed. Express/Express Mail COURIER SHIPMENT #796257760667 To Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #723268055 | 34.07 |
| 09/17/10 | Color Copies | 2.20 |
| 09/17/10 | Color Copies | 9.60 |
| 09/17/10 | Color Copies | 2.30 |
| 09/17/10 | Color Copies | 5.80 |
| 09/19/10 | Color Copies | 1.20 |
| 09/19/10 | Color Copies | 0.60 |
| 09/19/10 | Color Copies | 0.20 |

| Date | Description | Amount |
|---|---|---|
| 09/19/10 | Color Copies | 0.30 |
| 09/20/10 | Photocopies | 10.70 |
| 09/20/10 | Fed. Express/Express Mail COURIER SHIPMENT #793931517308 To Andrew Velez-Rivera, Office of the U.S. Trustee, NEW YORK CITY, NY, US, INVOICE #723268055 | 14.65 |
| 09/20/10 | Fed. Express/Express Mail COURIER SHIPMENT #793931490488 To Chambers of Hon. Robert E. Gerber, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #723268055 | 15.07 |
| 09/20/10 | Fed. Express/Express Mail COURIER SHIPMENT #793931528599 To W. Andrew Dalton, Vice President, Stuart Maue, BRIDGETON, MO, US, INVOICE #724048011 | 16.64 |
| 09/20/10 | Lexis 9/8/10 MSM CC -Madison | 97.20 |
| 09/20/10 | Westlaw 9/8/10 MSM CC -Madison | 10.00 |
| 09/20/10 | Westlaw 9/9/10 -Madison | 70.84 |
| 09/20/10 | Color Copies | 12.70 |
| 09/20/10 | Color Copies | 7.40 |
| 09/20/10 | Color Copies | 8.50 |
| 09/20/10 | Color Copies | 3.30 |
| 09/21/10 | Photocopies | 1.20 |
| 09/22/10 | Photocopies | 3.50 |
| 09/23/10 | Photocopies | 2.90 |
| 09/23/10 | Photocopies Fee application documentation | 1.30 |
| 09/23/10 | Color Copies | 5.30 |
| 09/24/10 | Photocopies | 1.10 |
| 09/24/10 | Photocopies | 0.10 |
| 09/24/10 | Photocopies | 15.20 |
| 09/24/10 | Color Copies | 2.80 |
| 09/24/10 | Color Copies | 2.90 |
| 09/24/10 | Color Copies | 0.80 |
| 09/26/10 | Color Copies | 0.80 |

| Date | Description | Amount |
|---|---|---|
| 09/26/10 | Color Copies | 2.50 |
| 09/26/10 | Color Copies | 2.80 |
| 09/27/10 | Photocopies | 12.40 |
| 09/27/10 | Fed. Express/Express Mail COURIER SHIPMENT #796285283940 To Stephen Karotkin, Weil Gotshal, NEW YORK CITY, NY, US, INVOICE #724795190 | 34.07 |
| 09/27/10 | Fed. Express/Express Mail COURIER SHIPMENT #796285344924 To Thomas Moers Mayer, Kramer Levin, NEW YORK CITY, NY, US, INVOICE #724795190 | 34.07 |
| 09/27/10 | Fed. Express/Express Mail COURIER SHIPMENT #793953205789 To Hon. Robert E. Gerber, U.S. Bankruptcy Court, SDNY, NEW YORK CITY, NY, US, INVOICE #724795190 | 35.22 |
| 09/27/10 | Fed. Express/Express Mail COURIER SHIPMENT #796285377812 To Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #724795190 | 48.70 |
| 09/27/10 | Color Copies | 4.40 |
| 09/27/10 | Color Copies | 2.20 |
| 09/28/10 | Photocopies | 0.30 |
| 09/28/10 | Color Copies | 3.10 |
| 09/28/10 | Color Copies | 2.20 |
| 09/29/10 | Photocopies | 0.10 |
| 09/29/10 | Photocopies | 2.50 |
| 09/29/10 | Color Copies | 5.10 |
| 09/30/10 | Westlaw 9/20/10 -Madison | 126.27 |
| 10/01/10 | Photocopies | 1.30 |
| 10/01/10 | Color Copies | 6.60 |
| 10/03/10 | Color Copies | 3.80 |
| 10/04/10 | Photocopies | 0.40 |
| 10/04/10 | Fed. Express/Express Mail COURIER SHIPMENT #793975830997 To Mark A. Peterson, Legal Analysis Systems, THOUSAND OAKS, CA, US, INVOICE #725596382 | 19.50 |

| Date | Description | Amount |
|---|---|---:|
| 10/04/10 | Color Copies | 0.60 |
| 10/05/10 | Photocopies | 2.90 |
| 10/05/10 | Photocopies | 14.50 |
| 10/05/10 | Photocopies | 0.70 |
| 10/05/10 | Photocopies | 0.50 |
| 10/06/10 | Photocopies | 36.90 |
| 10/06/10 | Photocopies | 0.60 |
| 10/06/10 | Photocopies | 6.90 |
| 10/06/10 | Photocopies | 0.10 |
| 10/06/10 | Photocopies | 1.00 |
| 10/06/10 | Fed. Express/Express Mail COURIER SHIPMENT #796317300497 To Carrianne J. M. Basler, Alix Partners, CHICAGO, IL, US, INVOICE #725596382 | 9.69 |
| 10/06/10 | Fed. Express/Express Mail COURIER SHIPMENT #793985214540 To Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #725596382 | 24.44 |
| 10/06/10 | Color Copies | 4.50 |
| 10/07/10 | Photocopies | 16.70 |
| 10/07/10 | Photocopies | 8.80 |
| 10/07/10 | Photocopies | 8.80 |
| 10/07/10 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON - 09/27/10 copies of notice of hearing on consolidated application of Brady Williamson fee examiner and Godfrey & Kahn and cost documentation. | 460.78 |
| 10/08/10 | Photocopies | 13.10 |
| 10/08/10 | Photocopies | 16.80 |
| 10/08/10 | Photocopies | 27.80 |
| 10/11/10 | Color Copies | 2.80 |
| 10/11/10 | Color Copies | 6.60 |
| 10/12/10 | Photocopies | 0.10 |
| 10/12/10 | Color Copies | 2.10 |

| Date | Description | Amount |
|---|---|---|
| 10/12/10 | Color Copies | 3.20 |
| 10/13/10 | Photocopies | 63.00 |
| 10/13/10 | Photocopies | 7.00 |
| 10/13/10 | Photocopies | 7.00 |
| 10/13/10 | Photocopies | 1.40 |
| 10/13/10 | Telephone - Long Distance Paid to: BANK CARD SERVICES 9/13/10 TELEPHONE HEARING | 132.00 |
| 10/13/10 | Fed. Express/Express Mail COURIER SHIPMENT #796338583648 To Carrianne Basler (Guest), co W. New Orleans, NEW ORLEANS, LA, US, INVOICE #726400679 | 27.53 |
| 10/13/10 | Fed. Express/Express Mail COURIER SHIPMENT #796337220384 To Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #726400679 | 35.55 |
| 10/13/10 | Color Copies | 0.30 |
| 10/15/10 | Photocopies | 15.70 |
| 10/15/10 | Color Copies | 14.10 |
| 10/18/10 | Photocopies | 16.00 |
| 10/18/10 | Photocopies | 2.80 |
| 10/18/10 | Photocopies | 0.50 |
| 10/18/10 | Photocopies | 0.40 |
| 10/18/10 | Photocopies | 0.40 |
| 10/18/10 | Photocopies | 0.50 |
| 10/18/10 | Photocopies | 0.30 |
| 10/18/10 | Photocopies | 4.20 |
| 10/18/10 | Color Copies | 0.60 |
| 10/18/10 | Color Copies | 0.60 |
| 10/18/10 | Color Copies | 11.50 |
| 10/19/10 | Photocopies | 2.50 |
| 10/19/10 | Photocopies | 0.80 |
| 10/19/10 | Photocopies | 5.40 |

| Date | Description | Amount |
|---|---|---|
| 10/19/10 | Photocopies | 1.30 |
| 10/19/10 | Photocopies | 5.00 |
| 10/19/10 | Photocopies | 1.10 |
| 10/19/10 | Photocopies | 0.90 |
| 10/19/10 | Photocopies | 1.30 |
| 10/19/10 | Photocopies | 0.70 |
| 10/19/10 | Photocopies | 12.80 |
| 10/19/10 | Photocopies | 1.20 |
| 10/19/10 | Photocopies | 2.10 |
| 10/19/10 | Fed. Express/Express Mail COURIER SHIPMENT #794023193644 To Chambers of Hon. Robert E. Gerber, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #727202418 | 15.21 |
| 10/19/10 | Fed. Express/Express Mail COURIER SHIPMENT #796359191139 To Andy Dalton, Stuart Maue, BRIDGETON, MO, US, INVOICE #727202418 | 20.35 |
| 10/19/10 | Fed. Express/Express Mail COURIER SHIPMENT #794026640595 To Carrianne Basler, Alix Partners, NEW YORK CITY, NY, US, INVOICE #727202418 | 32.96 |
| 10/19/10 | Fed. Express/Express Mail COURIER SHIPMENT #796359265903 To Hon. Robert E. Gerber, U.S. Bankruptcy Court, SDNY, NEW YORK CITY, NY, US, INVOICE #727202418 | 32.96 |
| 10/19/10 | Fed. Express/Express Mail COURIER SHIPMENT #796359314721 To Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #727202418 | 43.24 |
| 10/19/10 | Color Copies | 2.40 |
| 10/19/10 | Color Copies | 0.60 |
| 10/19/10 | Color Copies | 0.80 |
| 10/19/10 | Color Copies | 0.80 |
| 10/20/10 | Photocopies | 28.20 |
| 10/20/10 | Photocopies | 0.20 |
| 10/20/10 | Color Copies | 13.60 |

| Date | Description | Amount |
|---|---|---:|
| 10/20/10 | Color Copies | 5.40 |
| 10/20/10 | Color Copies | 0.30 |
| 10/21/10 | Photocopies | 0.60 |
| 10/21/10 | Photocopies | 0.80 |
| 10/21/10 | Photocopies | 4.00 |
| 10/21/10 | Photocopies | 0.60 |
| 10/21/10 | Color Copies | 0.10 |
| 10/21/10 | Color Copies | 5.00 |
| 10/21/10 | Color Copies | 1.60 |
| 10/21/10 | Color Copies | 0.60 |
| 10/22/10 | Photocopies | 15.70 |
| 10/22/10 | Photocopies | 10.60 |
| 10/22/10 | Photocopies | 2.90 |
| 10/22/10 | Photocopies | 23.50 |
| 10/22/10 | Photocopies | 0.40 |
| 10/22/10 | Fed. Express/Express Mail COURIER SHIPMENT #794037231130 To Chambers of Hon. Robert E. Gerber, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #727202418 | 14.79 |
| 10/22/10 | Fed. Express/Express Mail COURIER SHIPMENT #796372997180 To Guest: Eric J. Wilson, New York Marriott Downtown, NEW YORK CITY, NY, US, INVOICE #727202418 | 157.30 |
| 10/22/10 | Fed. Express/Express Mail COURIER SHIPMENT #794040814760 To Guest: Eric J. Wilson, New York Marriott Downtown, NEW YORK CITY, NY, US, INVOICE #727202418 | 159.95 |
| 10/22/10 | Fed. Express/Express Mail COURIER SHIPMENT #796372554463 To Guest: Eric J. Wilson, New York Marriott Downtown, NEW YORK CITY, NY, US, INVOICE #727202418 | 171.13 |
| 10/22/10 | Westlaw 10/15/10 MSM -Madison | 74.56 |
| 10/22/10 | Color Copies | 0.60 |

| Date | Description | Amount |
|---|---|---:|
| 10/22/10 | Color Copies | 2.70 |
| 10/25/10 | Photocopies | 0.10 |
| 10/25/10 | Photocopies | 1.10 |
| 10/25/10 | Photocopies | 0.10 |
| 10/25/10 | Photocopies | 0.30 |
| 10/26/10 | Fed. Express/Express Mail COURIER SHIPMENT #865239280306 To GODFREY KAHN, MADISON, WI, US, INVOICE #727988782 | 40.63 |
| 10/26/10 | Fed. Express/Express Mail COURIER SHIPMENT #865239279953 To GODFREY KAHN, MADISON, WI, US, INVOICE #727988782 | 73.12 |
| 10/26/10 | Fed. Express/Express Mail COURIER SHIPMENT #865239280008 To GODFREY KAHN, MADISON, WI, US, INVOICE #727988782 | 73.12 |
| 10/26/10 | Fed. Express/Express Mail COURIER SHIPMENT #865239279942 To GODFREY KAHN, MADISON, WI, US, INVOICE #727988782 | 79.27 |
| 10/27/10 | Photocopies | 0.10 |
| 10/27/10 | Photocopies - Outside - Paid to: THE GARDEN CITY GROUP, INC. - Copying and mailing costs for services rendered 08/01/2010 through 08/31/10. | 951.38 |
| 10/29/10 | Travel - Transportation - Paid to: WILLIAMSON, BRADY - 10/25/10 Frontier Airlines fare from Madison to New York for October 26, 2010 hearing. | 374.00 |
| 10/29/10 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. - 10/21/10 certified transcript and electronic service charges. | 352.40 |
| | Total Disbursements | $ 5,455.46 |
| | **Total For This Invoice** | **$ 5,455.46** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*