# Exhibit A

***OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JOHN L REMSEN PERSONAL REPRESENTATIVE | 45109 | Motors Liquidation Company | $90,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| JOHN L REMSEN PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT J DEMASSI | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O JAN ALAN BRODY ESQ CARELLA BYRNE ET AL 5 BECKER FARM RD | | | $0.00 | (Unsecured Claim) | $90,000.00 | (Unsecured Claim) | | |
| ROSELAND, NJ 07068 | | | $90,000.00 | (Total Claim) | $90,000.00 | (Total Claim) | | |

Official Claim Date:  11/24/2009

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| PAULINE DEMASSI | 45112 | Motors Liquidation Company | $90,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O JAN ALAN BRODY ESQ CARELLA, BYRNE, BAIN, GILFILLIAN, ET AL. | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 5 BECKER FARM ROAD ROSELAND, NJ 07068 | | | $0.00 | (Unsecured Claim) | $90,000.00 | (Unsecured Claim) | | |
| | | | $90,000.00 | (Total Claim) | $90,000.00 | (Total Claim) | | |

Official Claim Date:  11/24/2009

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| *OBJECTION ADJOURNED* | | 2 | $180,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | | |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $180,000.00 | (Unsecured Claim) | | |
| | | | $180,000.00 | (Total Claim) | $180,000.00 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirtieth Omnibus Objection Supplemental

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KELLY CASTILLO | 62776 | Motors Liquidation Company | $6,922.97 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 18660 TURTLE LANE MEADOW VISTA, CA 95722 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $6,922.97 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $6,922.97 | (Total Claim) | $6,922.97 | (Total Claim) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtor's estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LAKINCHAPMAN LLC | 62909 | Motors Liquidation Company | $4,425,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN MARK L BROWN 300 EVANS AVE PO 229 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| WOOD RIVER, IL 62095 | | | $0.00 | (Unsecured Claim) | $4,425,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $4,425,000.00 | (Total Claim) | $4,425,000.00 | (Total Claim) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtor's estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirtieth Omnibus Objection Supplemental**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NICHOLE BROWN | 62771 | Motors Liquidation Company | $5,546.79 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 6551 ROAD 44 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| BAYARD, NE 69334 | | | $0.00 | (Unsecured Claim) | $5,546.79 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $5,546.79 | (Total Claim) | $5,546.79 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtor's estates.  Accordingly, this
          claim should be reclassified as a non-priority, general unsecured claim.

| *OBJECTION WITHDRAWN* | | 3 | $4,437,469.76 | (Secured Claim) | $0.00 | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $4,437,469.76 | (Unsecured Claim) | | |
| | | | $4,437,469.76 | (Total Claim) | $4,437,469.76 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim
amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.