| Thirty-Second Omnibus Objection Supplemental | | **Exhibit A** | | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

***OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ROBERT A DEMASSI EXECUTOR | 45108 | Motors Liquidation Company | $90,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ROBERT A DEMASSI EXECUTOR OF THE ESTATE OF ARNOLD A DEMASSI JR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O JAN ALAN BRODY ESQ CARELLA BYRNE ET AL 5 BECKER FARM RD | | | $0.00 | (Unsecured Claim) | $90,000.00 | (Unsecured Claim) | | |
| ROSELAND, NJ 07068 | | | $90,000.00 | (Total Claim) | $90,000.00 | (Total Claim) | | |

Official Claim Date:  11/24/2009

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **OBJECTION ADJOURNED** | | | **1** | $90,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | | $0.00 | (Unsecured Claim) | $90,000.00 | (Unsecured Claim) | | |
| | | | | $90,000.00 | (Total Claim) | $90,000.00 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Thirty-Second Omnibus Objection Supplemental                          **Exhibit A**                                              Motors Liquidation Company, et al.
                                                                                                                                 Case No. 09-50026 (REG), Jointly Administered

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FIRST UNITED INC. | 58889 | Motors Liquidation Company | $4,337,777.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 5440 MOOREHOUSE DRIVE SUITE 4000 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| SAN DIEGO, CA 92121 UNITED STATES OF AMERICA | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $4,337,777.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

Note: This claim arises from the rejection of an executory contract. It is not secured by property of the Debtors' estates nor is it entitled to priority status. Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| STANLEY OZAROWSKI | 62773 | Motors Liquidation Company | $3,795.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1106 HILLCREST AVE FOX RIVER GROVE, IL 60021 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $3,795.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $3,795.00 | (Total Claim) | $3,795.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Second Omnibus Objection Supplemental**     **Exhibit A**     Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| VALERIE EVANS | 62778 | Motors Liquidation Company | $2,823.79 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1349 COLUMBUS | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ST. LOUIS, MO 63138 | | | $0.00 | (Unsecured Claim) | $2,823.79 | (Unsecured Claim) | | |
| Official Claim Date: 11/28/2009 | | | $2,823.79 | (Total Claim) | $2,823.79 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **OBJECTION WITHDRAWN** | | **3** | **$4,344,395.79** | (Secured Claim) | **$0.00** | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $6,618.79 | (Unsecured Claim) | | |
| | | | $4,344,395.79 | (Total Claim) | $6,618.79 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3