# **EXHIBIT C**

**Firm Retention and Compensation**

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 11/08/2010**
**Invoice Number: R990 - 1029778**
**Matter Number: 1029778**
**Firm: Motors Liquidation Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/12/2010** | | | | |
| 03/25/2010 | WD | 0.20 | Revise Affidavit of James Quinn regarding Stuart Maue's ongoing retention. | 75.00 |
| 03/26/2010 | WD | 0.10 | Revise and finish draft of Affidavit of James Quinn. | 37.50 |
| 03/31/2010 | WD | 0.20 | Review application for Stuart Maue's expanded retention and revised affidavit of James Quinn. | 75.00 |
| 04/19/2010 | WD | 0.10 | Review Weil Gotshal's objection to Stuart Maue's expanded retention. | 37.50 |
| 04/23/2010 | WD | 0.10 | E-mail comments on Supplemental Application to G&K. | 37.50 |
| | | 0.50 | Review draft Supplemental Application prepared by G&K and confirm figures cited therein. | 187.50 |
| 04/26/2010 | WD | 2.90 | Review Stuart Maue exhibits in preparation for upcoming fee hearing in New York. | 1,087.50 |
| 04/27/2010 | WD | 4.20 | Review Stuart Maue exhibits in preparation for Thursday's fee hearing. | 1,575.00 |
| 04/28/2010 | WD | 2.80 | Review fee exhibits, reports, and billing data in preparation for the fee application hearing. | 1,050.00 |
| 04/29/2010 | WD | 4.30 | Attend hearing on fee applications, including discussions in courtroom prior to start of hearing. | 1,612.50 |
| 05/03/2010 | WD | 0.90 | Review Judge's oral rulings from last Thursday's fee hearing. | 337.50 |
| 05/28/2010 | WD | 4.80 | Draft and revise Stuart Maue's First Fee Application. | 1,800.00 |
| 06/02/2010 | WD | 1.10 | Revise and edit Stuart Maue's first interim fee application. | 412.50 |
| | | 2.80 | Draft and revise exhibits to Stuart Maue's first interim fee application. | 1,050.00 |
| 06/04/2010 | WD | 3.60 | Revise and edit Stuart Maue fee application and exhibits. | 1,350.00 |
| 06/07/2010 | WD | 0.80 | Final review and revisions to Stuart Maue fee application. | 300.00 |
| | | 0.20 | Telephone conference with G&K regarding Stuart Maue fee application. | 75.00 |
| 06/11/2010 | WD | 0.30 | Review Fee Examiner's motion regarding extended appointment of Stuart Maue and my affidavit regarding same. | 112.50 |
| | | 0.20 | Telephone conference with Eric Wilson of Godfrey & Kahn regarding my affidavit and the Fee Examiner's motion. | 75.00 |
| 06/25/2010 | WD | 3.80 | Preparation for upcoming hearing, including review of pleadings. | 1,425.00 |
| 06/28/2010 | WD | 3.10 | Prepare for hearing on fee applications and Stuart Maue retention by reviewing motions and affidavits as well as fee applications and Fee Examiner reports. | 1,162.50 |
| 06/29/2010 | WD | 2.90 | Attendance at hearing on 2nd fee applications and continued retention of Stuart Maue, including preparation time in courtroom prior to commencement of hearing. | 1,087.50 |
| 10/11/2010 | WD | 3.60 | Draft and revise Stuart Maue's second fee application and exhibits thereto. | 1,350.00 |

**Exhibit: C**

**STUART MAUE**
LEGAL COST MANAGEMENT

**Invoice Date: 11/08/2010**
**Invoice Number: R990 - 1029778**
**Matter Number: 1029778**
**Firm: Motors Liquidation Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/12/2010** | | | | |
| 10/12/2010 | WD | 0.10 | Second call with Eric Wilson regarding our fee application and continued retention. | 37.50 |
| | | 0.80 | Revise, edit, and complete second fee application. | 300.00 |
| | | 0.20 | Telephone call with Eric Wilson regarding Stuart Maue's continued retention and fee application. | 75.00 |
| | | **44.60** | | **$16,725.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

Invoice Date: 11/08/2010
Invoice Number: R990 - 1029778
Matter Number: 1029778
Firm: Motors Liquidation Company

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 10/12/2010** | | | | |
| **Legal Audit Managers** | | | | |
| W. Andrew Dalton | WD | 375.00 x | 44.60 = | $16,725.00 |
| | **Total for Legal Audit Managers:** | | **44.60** | **$16,725.00** |
| | **Total Hours Worked:** | | **44.60** | |
| | **Total Hours Billed:** | | **44.60** | **$16,725.00** |