# EXHIBIT D

**Travel Time**

STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 11/08/2010**
**Invoice Number: R989 - 1029455**
**Matter Number: 1029455**
**Firm: Motors Liquidation Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 06/29/2010** | | | | |
| 04/28/2010 | WD | 3.10 | Travel from St. Louis to NYC . | 581.25 |
| 04/30/2010 | WD | 3.20 | Travel from NYC to St. Louis. | 600.00 |
| 06/28/2010 | WD | 3.00 | Travel from St. Louis to New York for fee hearing. | 562.50 |
| 06/29/2010 | WD | 3.30 | Travel from New York to St. Louis. | 618.75 |
| | | **12.60** | | **$2,362.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

Invoice Date: 11/08/2010
Invoice Number: R989 - 1029455
Matter Number: 1029455
Firm: Motors Liquidation Company

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|

**For Professional Services through 06/29/2010**

**Legal Audit Managers**

| W. Andrew Dalton | WD | 187.50 x | 12.60 = | $2,362.50 |
|---|---|---|---|---|
| | **Total for Legal Audit Managers:** | | **12.60** | **$2,362.50** |
| | **Total Hours Worked:** | | **12.60** | |
| | **Total Hours Billed:** | | **12.60** | **$2,362.50** |