# **EXHIBIT E**

**Summary of Professional Hours and Fees**

<u>Exhibit E</u>
Summary Sheet

SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES
FOR REVIEWING APPLICATIONS FOR COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330</u>

Name of Applicant: Stuart Maue, Ltd.

Role in the Case: Consultant to the Fee Examiner

Date of Retention: February 17, 2010, *nunc pro tunc* January 22, 2010

Amount of Compensation and Expense Reimbursement Sought As Actual, Reasonable and Necessary:

Fees Requested: $280,210.00

Expenses Requested: $2,216.28

Prior Fee Applications: This is the second fee application filed by Stuart Maue.

The following is disclosed regarding the prior fee applications:

|  |  | **Requested** | | **Approved** | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Services Performed** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 06/07/10 | 01/22/2010 - 04/22/2010 | $197,902.50 | $1,363.71 | $197,902.50 | $1,363.71 |

## SUMMARY OF PROFESSIONAL HOURS AND FEES

| Name | Position | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| **Analysis of Interim Fee Applications** | | | | |
| W. Andrew Dalton (Bar admission: 1996) | Attorney/Manager | $375.00 | 9.80 | $3,675.00 |
| Dave Brown (Bar admission: 1998) | Attorney/Senior Auditor | $350.00 | 196.90 | $68,915.00 |
| Tami Z. Morrissey (Bar admission: 1995) | Attorney/Auditor | $325.00 | 170.90 | $55,542.50 |
| Janet E. Papageorge (Bar admission: 1982) | Attorney/Auditor | $325.00 | 188.70 | $61,327.50 |
| Kathryn Hough (Bar admission: 2001) | Attorney/Auditor | $325.00 | 75.30 | $24,472.50 |
| Pamela S. Snyder | Accountant/Auditor | $275.00 | 171.60 | $47,190.00 |
| | | Total | **813.20** | **$261,122.50** |
| **Stuart Maue Retention/Compensation** | | | | |
| W. Andrew Dalton | Attorney/Manager | $375.00 | 44.60 | $16,725.00 |
| | | Total | **44.60** | **$16,725.00** |
| **Non-Working Travel** | | | | |
| W. Andrew Dalton | Attorney/Manager | $187.50 | 12.60 | $2,362.50 |
| | | Total | **12.60** | **$2,362.50** |
| **Aggregate Totals** | | | | |
| W. Andrew Dalton | Attorney/Manager | $375.00 | 67.00 | $22,762.50 |
| Dave Brown | Attorney/Senior Auditor | $350.00 | 196.90 | $68,915.00 |
| Tami Z. Morrissey | Attorney/Auditor | $325.00 | 170.90 | $55,542.50 |
| Janet E. Papageorge | Attorney/Auditor | $325.00 | 188.70 | $61,327.50 |
| Kathryn Hough | Attorney/Auditor | $325.00 | 75.30 | $24,472.50 |
| Pamela S. Snyder | Accountant/Auditor | $275.00 | 171.60 | $47,190.00 |
| | | Total | **870.40** | **$280,210.00** |

| | Blended Hourly Rates | |
|---|---|---|
| | Attorneys | All Professionals |
| Blended Rate (exclusive of non-working travel) | $336.14 | $323.91 |