# **EXHIBIT F**

**Expense Categories**

**STUART MAUE EXPENSES**  Summary of Stuart Maue Expenses

## AIRFARE

| Date | Attorney | Description | Charge |
|---|---|---|---|
| 4/22/2010 | W. Andrew Dalton | Coach airfare to/from New York for fee hearing | $662.40 |
| 6/21/2010 | W. Andrew Dalton | Coach airfare to/from New York for second fee hearing | $500.40 |
| | | Airfare Total: | $1,162.80 |

## LODGING

| Date | Attorney | Description | Charge |
|---|---|---|---|
| 4/29/2010 | W. Andrew Dalton | Marriott NYC (one night - government rate) | $368.40 |
| 6/29/2010 | W. Andrew Dalton | Marriott NYC (one night - government rate) | $368.40 |
| | | Lodging Total: | $736.80 |

## PARKING

| Date | Attorney | Description | Charge |
|---|---|---|---|
| 4/30/2010 | W. Andrew Dalton | Parking at St. Louis airport | $26.00 |
| 6/29/2010 | W. Andrew Dalton | Parking at St. Louis airport | $22.50 |
| | | Parking Total: | $48.50 |

## GROUND TRANSPORTATION

| Date | Attorney | Description | Charge |
|---|---|---|---|
| 4/28/2010 | W. Andrew Dalton | Taxi from Laguardia to hotel | $38.60 |
| 4/29/2010 | W. Andrew Dalton | Taxi from downtown to Kennedy airport | $60.00 |
| 6/28/2010 | W. Andrew Dalton | Taxi from Laguardia to hotel | $43.64 |
| | | Ground Transportation Total: | $142.24 |

## FEDERAL EXPRESS

| Date Sent | Recipient | Firm | Charge |
|---|---|---|---|
| 05/13/10 | Eric Wilson | Godfrey & Kahn | $29.26 |
| 05/27/10 | Katherine Stadler | Godfrey & Kahn | $24.22 |
| 06/03/10 | Katherine Stadler | Godfrey & Kahn | $29.26 |
| | | Federal Express Total: | $82.74 |

## PHOTOCOPIES

| | Charge |
|---|---|
| 432 pages at $0.10/page | $43.20 |

**TOTAL EXPENSES:**  **$2,216.28**