*NEW* HEARING DATE AND TIME: February 3, 2011 at 9:45 a.m. (Eastern Time)

Steve Jakubowski
THE COLEMAN LAW FIRM
77 West Wacker Dr., Suite 4800
Chicago, Illinois 60601
Telephone: (312) 606-8641
Facsimile: (312) 444-1028
sjakubowski@colemanlawfirm.com

Attorney for Kevin Junso, Nikki Junso,
Matt Junso, Cole Junso, and the Estate of
Tyler Junso

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*,  :  **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
: 
        Debtors.  :  **(Jointly Administered)**
: 
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE JUNSOS
TO BE DEEMED TO HAVE FILED AN INFORMAL PROOF OF CLAIM OR,
ALTERNATIVELY, FOR LEAVE TO LATE FILE A PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that on account of the objection [Docket No. 7737] of the Official Committee of Unsecured Creditors to the Motion [Docket No. 7294], dated October 12, 2010 (the "**Motion**"), of Kevin Junso, Nikki Junso, Matt Junso, Cole Junso, and the estate of Tyler Junso (collectively, the "**Junsos**"), for an order under Bankruptcy Code sections 105(a) and 501(a), and Bankruptcy Rules 3002 and 9006(b), to be deemed to have filed an informal proof of claim or, alternatively, for leave to late file a proof of claim, the hearing originally scheduled before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One

Bowling Green, Room 621, New York, New York 10004, on November 18, 2010 at 9:45 a.m. (Eastern Time) (the "**Hearing**"), has been rescheduled to **February 3, 2011 at 9:45 a.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

| | |
|---|---|
| Dated: November 16, 2010 | KEVIN JUNSO, NIKKI JUNSO, MATT JUNSO, COLE JUNSO, AND THE ESTATE OF TYLER JUNSO |
| | By: /s/ Steve Jakubowski |
| | One of Their Attorneys |
| | Steve Jakubowski (admitted *pro hac vice*) |
| | THE COLEMAN LAW FIRM |
| | 77 West Wacker Drive, Suite 4800 |
| | Chicago, IL 60601 |
| | Tel: (312) 606-8641 |
| | Fax: (312) 444-1028 |
| | sjakubowski@colemanlawfirm.com |