| | Exhibit A | |
|---|---|---|
| **Thirty-Seventh Omnibus Objection Supplemental** | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK STREET DEVELOPMENT SEVEN LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58635 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT FIVE LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58641 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT LLC<br>ATTN: KATHLEEN KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58637 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT ONE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58638 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELOPMENT SIX LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER P C<br>28400 NORTHWESTERN HIGH WAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58642 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection Supplemental**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK STREET REDEVELOPMENT THREE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58640 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET REDEVELPOMENT FOUR LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58647 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARK STREET TECHNOLOGY PARK<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58643 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| REAL VENTURES-CLARK STREET FIVE LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58648 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| REAL VENTURES-CLARK STREET LLC<br>KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER, P C<br>28400 NORTHWESTERN HIGHWAY 3RD FLOOR<br>SOUTHFIELD, MI 48034 | 58644 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection Supplemental**           **Exhibit A**           Motors Liquidation Company, et al.  
                                                                                  Case No. 09-50026 (REG), Jointly Administered

### *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REAL VENTURES-CLARK STREET SIX LLC<br>ATTN: KATHLEEN H KLAUS ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58646 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ***OBJECTION WITHDRAWN*** | **11** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$0.00** (U)<br>**$0.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Thirty-Seventh Omnibus Objection Supplemental**       **Exhibit A**       Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAYMAN MANAGEMENT CO<br>ATTN: KATHLEEN H KLAUS, ESQ<br>MADDIN HAUSER WARTELL ROTH & HELLER PC<br>28400 NORTHWESTERN HIGHWAY 3RD FL<br>SOUTHFIELD, MI 48034 | 58636 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ***CLAIM WITHDRAWN*** | **1** | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.