Sixty-Fifth Omnibus Objection Supplemental                                    **Exhibit A**                                    Motors Liquidation Company, et al.
                                                                                                                              Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NICK ZONAS AND DIANE ZONAS<br>NICK AND DIANE ZONAS<br>10380 SW 74TH CT<br>OCALA, FL 34476 | 20586 | Motors Liquidation Company | $29,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    1

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.