**HEARING DATE AND TIME: October 26, 2010 at 9:45 a.m. (Eastern Time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                  :
                                                            :
               Debtors.                       :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING
### DEBTORS' EIGHTIETH OMNIBUS OBJECTION TO CLAIMS
**(Supplemental Executive Retirement Benefits Claims of Former Executive Employees)**

Upon the eightieth omnibus objection to expunge certain executive retirement benefit claims of former executive employees, dated August 20, 2010 (the "**Eightieth Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking entry of an order disallowing and expunging the ERP Claims on the grounds that each ERP Claim is for an obligation for which the Debtors have no liability, all as more fully described in the Eightieth Omnibus Objection

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Eightieth Omnibus Objection to Claims.

to Claims; and due and proper notice of the Eightieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and a response to the Eightieth Omnibus Objection to Claims having been filed by Joyce Hartom [informal response] with respect to Proof of Claim No. 50941 (the "**Hartom Claim**"); and a hearing having been held on September 24, 2010 at 9:45 a.m. at which the Court entered the Order Granting Debtors' Eightieth Omnibus Objection to Claims [Docket No. 7212], disallowing and expunging all claims listed on Exhibit "A" annexed to the Eightieth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" (the "**Initial Claims**") with the exception of the Hartom Claim; and the Eightieth Omnibus Objection to Claims having been adjourned to October 26, 2010 at 9:45 a.m.; and the Debtors having resolved with the relevant parties the Hartom Claim; and upon entry of this Supplemental Order, the Eightieth Omnibus Objection to Claims will be completely resolved with respect to the Initial Claims; and the Court having found and determined at the October 26, 2010 hearing that the relief sought in the Eightieth Omnibus Objection to Claims with respect to the Hartom Claim is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Eightieth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

C:\DOCUMENTS AND SETTINGS\ROBERTSA\DESKTOP\OMNI ORDERS\80TH\SUPPLEMENTAL ORDER (10-26) FOR 80TH OMNIBUS OBJECTION TO CLAIMS (SUPP EXECUTIVE RETIREMENT BENEFITS CLAIMS)43548256.DOC

2

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the Eightieth Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       <u>**November 16, 2010**</u>

                                                     <u>s/ Robert E. Gerber</u>
                                                     United States Bankruptcy Judge

# Exhibit A