**Eighty-Third Omnibus Objection Supplemental**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BURISEK, RONALD J<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516 | 21540 | Motors Liquidation Company | $458,791.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$458,791.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARTOM, JOYCE A<br>220 BOURBON CT<br>ROCHESTER HILLS, MI 48307 | 50942 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$43,603.00 (P)<br>$0.00 (U)<br>$43,603.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE A HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 50938 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,700.00 (P)<br>$0.00 (U)<br>$1,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE A HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 50939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$455,200.00 (P)<br>$0.00 (U)<br>$455,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOYCE HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 50940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$190,000.00 (P)<br>$0.00 (U)<br>$190,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Eighty-Third Omnibus Objection Supplemental — **Exhibit A** — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATEL, BALKRISHNA R<br>4277 17 MILE RD<br>STERLING HEIGHTS, MI 48310 | 26871 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$224,242.00 (P)<br>$0.00 (U)<br>$224,242.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS, OH 44138<br>UNITED STATES OF AMERICA | 22745 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$138,982.00 (P)<br>$0.00 (U)<br>$138,982.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS, OH 44138 | 28150 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$120,239.00 (P)<br>$0.00 (U)<br>$120,239.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RENEE SCOTT-BURISEK<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516 | 27405 | Motors Liquidation Company | $39,751.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$39,751.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCOTT-BURISEK, RENEE F<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516 | 27392 | Motors Liquidation Company | $123,990.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$123,990.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection Supplemental** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **10** | | $622,532.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $1,173,966.00 (P) | | |
| | | | $0.00 (U) | | |
| | | | $1,796,498.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection Supplemental**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED MCMULLEN<br>4307 CLIFFWOOD CIRCLE<br><br>AUSTIN, TX 78759<br>UNITED STATES OF AMERICA | 30614 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$142,496.00 (P)<br>$0.00 (U)<br>$142,496.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BELLAIRE, LINDA K<br>1210 LAKE SHORE BLVD<br><br>LAKE ORION, MI 48362 | 62922 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$241,020.00 (P)<br>$502,053.00 (U)<br>$743,073.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HICKMAN, ROBERT R<br>PO BOX 3894<br><br>THOUSAND OAKS, CA 91359 | 51346 | Motors Liquidation Company | $262,716.00 (S)<br>$0.00 (A)<br>$262,716.00 (P)<br>$0.00 (U)<br>$525,432.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH COBBLE JR.<br>2134 SAINT ANDREWS<br><br>ROCHESTER HILLS, MI 48309<br>UNITED STATES OF AMERICA | 64959 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$112,049.00 (P)<br>$112,049.00 (U)<br>$224,098.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PURNELL, CALVIN H<br>2090 PEAR TREE LN<br><br>OAKLAND, MI 48363 | 62124 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$410,967.00 (P)<br>$0.00 (U)<br>$410,967.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Eighty-Third Omnibus Objection Supplemental**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 12/2/2010 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TWSP, MI 48317 | 36256 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$182,588.00 (P)<br>$0.00 (U)<br>$182,588.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TOWNSHIP, MI 48317 | 36257 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$69,900.00 (P)<br>$0.00 (U)<br>$69,900.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURNER DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE, OH 44813 | 47968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$48,130.00 (P)<br>$0.00 (U)<br>$48,130.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURNER, DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE, OH 44813 | 47967 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$131,860.00 (P)<br>$0.00 (U)<br>$131,860.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **9** | | **$262,716.00** (S)<br>**$0.00** (A)<br>**$1,601,726.00** (P)<br>**$614,102.00** (U)<br>**$2,478,544.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.