**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**JOINT STIPULATION REQUESTING**
**MODIFICATION OF**
**STIPULATED SCHEDULING ORDER**

The Official Committee of Unsecured Creditors of Motors Liquidation Company f/k/a General Motors Corporation (the "**Committee**") and Green Hunt Wedlake, Inc. as trustee of General Motors Nova Scotia Finance Company and certain holders of notes issued under the fiscal and paying agency agreement dated July 10, 2003 (collectively, "**Claimants**"), through their undersigned counsel, hereby stipulate and jointly request the following modifications to the Stipulated Scheduling Order entered by this Court on November 2, 2010 (the "**Order**").

**IT IS HEREBY ORDERED** as follows:

1. **Filing of Amended Objection**: The deadline by which the Committee shall file an amended objection is extended to November 18, 2010.

2. **Claimants' Responses to Committee's Amended Objection**: The deadline by which Claimants shall file their separate responses to the amended objection is extended to December 13, 2010.

3. All other provisions of the Order are unchanged.

STIPULATED AND AGREED:

Dated:  New York, New York                    BUTZEL LONG, a professional corporation
        November 12, 2010
                                              By:    */s/ Barry N. Seidel*

                                                    Barry N. Seidel
                                                    Eric B. Fisher
                                                    Katie L. Cooperman

                                                    380 Madison Avenue, 22nd Floor
                                                    New York, New York 10017
                                                    (212) 818-1110

                                                    Attorneys for Official Committee of
                                                    Unsecured Creditors of Motors Liquidation
                                                    Company f/k/a General Motors Corporation

| | |
|---|---|
| Dated: New York, New York<br>November 12, 2010 | GREENBERG TRAURIG, LLP<br><br>By:  /s/ John Bae<br><br>   Bruce Zirinsky<br>   Nancy Mitchell<br>   John Bae<br><br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br><br>Attorneys for Certain Noteholder Claimants |
| Dated: New York, New York<br>November 12, 2010 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By:  /s/ Philip C. Dublin<br><br>   Daniel H. Golden<br>   Philip C. Dublin<br>   Natalie E. Levine<br><br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br><br>Attorneys for Claimant Green Hunt Wedlake, Inc. as Trustee of General Motors Nova Scotia Finance Company |

SO ORDERED:

  *s/ Robert E. Gerber   11/17/10*
  UNITED STATES BANKRUPTCY JUDGE