**PRESENTMENT DATE AND TIME: November 12, 2010 at 12:00 noon (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                                    :     Chapter 11 Case No.
                                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :     09-50026 (REG)
     f/k/a **General Motors Corp.,** *et al.*       :
                                                                              :
                  Debtors.            :     (Jointly Administered)
                                                                              :
-----------------------------------------------------------------x

**ORDER DENYING MOTION OF WALTER J. LAWRENCE FOR ENTRY OF
AN ORDER COMPELLING A UNITED STATES DISTRICT
JUDGE FOR THE MIDDLE DISTRICT OF FLORIDA TO APPEAR
BEFORE THIS COURT TO ANSWER FOR CRIMINAL CHARGES**

        Upon the motion, dated October 12, 2010 (the "**Motion**") of Walter J. Lawrence for Entry of an Order Compelling a United States District Judge for the Middle District of Florida to Appear Before this Court to Answer for Criminal Charges [Docket No. 7369], all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their response to the Motion [Docket No. 7475] (the "**Response**"); and the Court having held a hearing to consider the requested relief on October 26, 2010 (the

"**Hearing**"); and based upon the Motion, the Response, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
       *November 17*, 2010

                                      *s/ Robert E. Gerber*
                                      United States Bankruptcy Judge