5 Linda Lane
Webster, New York
Sept. 25, 2010

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New 10153

Attention:

How dare you allow the Union to bankrupt the corporation of General Motors and, than reward them with 34% of company stock., leaving the loyal stockholders with NOTHING!!!!! Further more the CEO took millions of dollars in a golden parachute and looting the company. Where is the justice? There is no justice....

I have been a stockholder in General Motors for over 10 years, having lost over $30,000 Where does this leave me? This is another OBAMA, pay back for the Unions support for his election, another travesty, in the our country that is going down the tubes because graft and underhanded dealing with crooks.

I will never purchase another product of General Motors, or support any products they may produce. I will also advocate my feeling to others. This is a disgrace to our country.

Anthony Flammia
Florence Flammia
5 Linda Lane
Webster, New York   14580

CC;   Clerk of the Bankruptcy Court

4

RECEIVED NOV 1 2 2010 U.S. BANKRUPTCY COURT, SDNY