UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                          :          Chapter 11 Case No.
                                                                                   :
MOTORS LIQUIDATON COMPANY, *et al.*,     :          09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,              :
                                                                                   :
                        Debtors.             :          (Jointly Administered)
                                                                                   :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Steve Jakubowski, an attorney admitted to practice in this district *pro hac vice* hereby swears and affirms that the following is true to the best of my knowledge, information, and belief:

       1.     I am an attorney with The Coleman Law Firm and counsel to Kevin Junso, Nikki Junso, Matt Junso, Cole Junso, and the estate of Tyler Junso (collectively, the "**Junsos**") in the above-captioned proceeding. Our business address is 77 W. Wacker Drive, Suite 4800, Chicago, Illinois 60601.

       2.     On November 17, 2010, I caused a true and correct copy of this affidavit and the following additional documents to be served (A) by e-mail on the parties identified on **Exhibit A** annexed hereto (*i.e.,* the persons on the Master Service List with confirmed email addresses), (B) by first class mail (postage prepaid, deposited in the US Mail at 77 W. Wacker Drive, Chicago, IL 60601, before 4:00 p.m (CDT)) and email delivery to the parties identified on **Exhibit B** annexed hereto (*i.e.,* the 11 leading notice parties from the Court's *Order Establishing Notice and Case Management Procedures*), (C) by first class mail (postage prepaid, deposited in the US Mail at 77 W. Wacker Drive, Chicago, IL 60601, before 4:00 p.m (CDT)) to the parties identified on **Exhibit C** annexed hereto (*i.e.,* the persons on the Master Service List without

confirmed email addresses), and (d) by facsimile to the Office of the United States Trustee, Attn:

Tracy Hope Davis, (212) 668-2255:

- **NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE JUNSOS TO BE DEEMED TO HAVE FILED AN INFORMAL PROOF OF CLAIM OR, ALTERNATIVELY, FOR LEAVE TO LATE FILE A PROOF OF CLAIM**

Dated: November 17, 2010                                           /s/ Steve Jakubowski
      Chicago, Illinois                                                  Steve Jakubowski