# EXHIBIT B

Weil, Gosthal & Manges, LLP
Attn:Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153

Motors Liquidation Company
Attn: Ted Stenger
500 Renaissance Center, Suite 1400
Detroit, MI 48243

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, MI 48265

Cadwalader, Wickersham & Taft, LLC
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

United States Department of Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue N.W.
Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel, LLP
Attn: Thomas Moers, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, NY 10036

Office of the United States Trustee of the
Southern District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, Ny 10152-3500

Stutzman Bromberg Esserman & Plifka'
Attn: Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

U.S. Attorney's Office, S.D.N.Y
Attn: David S. Jones, Esq.
Attn: Natalie Kuehler, Esq.
86 Chambers Street, Third Floor
New York, NY 10007