# EXHIBIT C

| Company | Contact | Party/Function | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATT: ANNETTE RAMIREZ | | 14910 ALDINE-WESTFIELD ROAD | | HOUSTON | TX | 77032 |
| ASPLUNDH TREE EXPERT CO. | ATT: PHILIP E. TATOIAN, JR., ESQ. | | VICE PRESIDENT AND GENERAL COUNSEL | 708 BLAIR MILL RD | WILLOW GROVE | PA | 19090 |
| ATLAS OIL COMPANY | | | 124501 ECORSE ROAD | | TAYLOR | MI | 48180 |
| BNSF RAILWAY COMPANY | ATT: QUINCY CHUMLEY | | 3001 WESTERN CENTER BLVD | | FORT WORTH | TX | 76131 |
| BOB HASTINGS BUICK GMC, INC. | ATT: DAVID P. STOETZEL | | 800 PANORAMA TRAIL SOUTH | | ROCHESTER | NY | 14625 |
| CHARLES CLARK CHEVROLET CO. | | | P.O. BOX 520 | | MCALLEN | TX | 78505 |
| COMMONWEALTH OF PENNSYLVANIA | | | DEPT OF LABOR AND INDUSTRY | READING BANKRUPTCY & COMPL. UNIT | READING | PA | 19602 |
| DANIEL W. SHERRICK, GENERAL COUNSEL | | | 8000 EAST JEFFERSON AVE | | DETROIT | MI | 48214 |
| DAVID V. COOKE, ASSISTANT CITY ATTORNEY | | | MUNICIPAL OPERATIONS | 201 WEST COLFAX AVENUE, DEPT. 1207 | DENVER | CO | 80202 |
| DEPARTMENT OF THE TREASURY | ATTN: OFFICE OF GENERAL COUNSEL | | 1500 PENNSYLVANIA AVENUE, NW | | WASHINGTON | DC | 20220 |
| DORSEY & WHITNEY LLP | ATTN: MICHAEL FOREMAN, ESQ. | ATTY FOR BALLARD MATERIAL PRODUCTS INC. | 250 PARK AVENUE | | NEW YORK | NY | 10177 |
| EATON CORPORATION | | | 1111 SUPERIOR AVENUE | | CLEVELAND | OH | 44114 |
| EDWARD S. DONINI, ESQ. | | | P.O. BOX 605 | | NEW SMRNA BEACH | FL | 32170 |
| EL PASO CORPORATION | ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY | | 1001 LOUISIANA, SUITE E 1943 A | | HOUSTON | TX | 77002 |
| ELLIAS GROUP LLC | ATT: DAN ELLIAS | | 411 THEODORE FREMD AVENUE, SUITE 102 | | RYE | NY | 10580 |
| EQUITABLE GAS BANKRUPTCY DEPARTMENT | ATT: JUDY GAWLOWSKI | | 200 ALLEGHENY CENTER MALL | | PITTSBURGH | PA | 15212 |
| FACTORY MOTOR PARTS COMPANY | | | 1380 CORPORATE CENTER CURVE | | EAGAN | MN | 55121 |
| GAY D. PELZER | | | DEPUTY GENERAL COUNSEL | THE UNIVERSITY OF IOWA | IOWA CITY | IA | 52242 |

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| GERBER & GERBER PLLC | ATTN: ETHAN S. GERBER | 26 COURT STREET, SUITE 1405 | | BROOKLYN | NY | 11242 |
| GHSP, INC. | ATTN: RON WALLISH | 1250 SOUTH BEECHTREE STREET | | GRAND HAVEN | MI | 49417 |
| GLADFELTER & GALVANO, P.L. | ATT: SACHA ROASS, ESQ. | 1023 MANATEE AVE WEST | | BRADENTON | FL | 34205 |
| HOWARD COUNTY OFFICE OF LAW | ATT: CAMELA J. SANDMANT, ASSISTANT COUNTY SOLICITOR | GEORGE HOWARD BUILDING | 3430 COURTHOUSE DRIVE | ELLICOTT CITY | MD | 21043 |
| IMPERICAL COUNTY TREASURER-TAX COLLECTOR | | KAREN VOGEL, TREASURER TAX COLLECTOR | 940 WEST MAIN STREET, SUITE 106 | EL CENTRO | CA | 92243 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION | 290 BROADWAY | | NEW YORK | NY | 10007 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION | P.O. BOX 21126 | | PHILADELPHIA | PA | 19114 |
| JIM BARNARD CHEVROLET, INC. | ATT: ALLYN BARNARD, PRESIDENT | 7107 BUFFALO ROAD | | CHURCHVILLE | NY | 14428 |
| JUANITA PEREZ WILLIAMS, ESQ. | ATTY FOR THE CITY OF SYRACUSE | CORPORATION COUNSEL | 300 CITY HALL | SYRACUSE | NY | 13202 |
| KNAPP CHEVROLET | | 815 HOUSTON AVENUE | | HOUSTON | TX | 77007 |
| MADISON COUNTY, TAX COLLECTOR | ATT: LYNDA HALL | MADISON COUNTY COURT HOUSE | 100 NORTHSIDE SQUARE | HUNTSVILLE | AL | 35801 |
| MELTZER, PURTILL & STELLE, LLC | ATT: FORREST B. LAMMIMAN | ATTY FOR BROADWAY IN CHICAGO LLC | 300 SOUTH WACKER DRIVE, SUITE 3500 | CHICAGO | IL | 60606 |
| MICHIGAN WORKERS' COMPENSATION AGENCY | | 7150 HARRIS DR. | | DIMONDALE | MI | 48821 |
| MIKE BARNARD CHEVROLET-CADILLAC-BUICK-PONTIAC-GMC, INC. | ATT: MICHAEL E. BARNARD, PRESIDENT | 616 THAYER ROAD | | FAIRPORT | NY | 14450 |
| NEW YORK CITY DEPT. OF FINANCE | ATTN: LEGAL AFFAIRS - DEVORA COHN | 345 ADAMS ST- 3RD FLOOR | | BROOKLYN | NY | 11201 |
| NEW YORK STATE DEPT TAXATION & FINANCE | ATTN: BANKRUPTCY/SPECIAL PROC. SECT. | PO BOX 5300 | | ALBANY | NY | 12205 |

| Name | Attn | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| NORTH AMERICA TONNAGE LINDE, INC. | ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR | 575 MOUNTAIN AVENUE | | MURRAY HILL | NJ | 07974 |
| ORNELAS, CASTILLO & ORNELAS, PLLC | ATT: S. ORNELAS & M. CASTILLO JR. | 401 EAST HILLSIDE RD., 2ND FLOOR | | LAREDO | TX | 78041 |
| ORRICK, HERRINGTON & SUTCLIFFEE LLP | ATT: LORRAINE S. MCGOWEN | 51 WEST 52ND STREET | ATTY FOR FISKER AUTOMOTIVE, INC. | NEW YORK | NY | 10019 |
| P. RICHARD HARTLEY | | 3232 DELAWARE AVENUE | | KENMORE | NY | 14217 |
| PADDOCK CHEVROLET, INC. | ATT: DUANE PADDOCK, PRESIDENT | 3232 DELAWARE AVENUE | | KENMORE | NY | 14217 |
| PENSKE AUTO GROUP | | 18600 SOUTH HAWTHORNE BOULEVARD | | TORRANCE | CA | 90504 |
| PIMA COUNTY | | C/O BARBARA LAWALL, CIVIL DIVISION | T. ROBERTS & G. YUSUFOV, DEPUTY COUNTY ATTORNEYS | TUCSON | AZ | 85701 |
| PYEONG HWA AUTOMOTIVE CO., LTD. | | 1032 DAECHEON-DONG | DALSEO-GU | | | |
| R. ELPING, K. DINE & E. CARRIG | | 1540 BROADWAY | | NEW YORK | NY | 11036 |
| SCHOENL, KEVIN M | | SCHOENL, CONNIE | 20 JADE CREEK DR | HILTON | NY | 14468 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL | 100 F STREET, ND | | WASHINGTON | DC | 20549 |
| SHAPE CORP. | ATTN: BUDD BRINK | 1900 HAYES STREET | | GRAND HAVEN | MI | 49417 |
| TEAM CHEVROLET, INC. | ATT: THOMAS STEIGERWALD, VICE PRESIDENT | ROUTE 16 | | OLEAN | NY | 14760 |
| THE VALLEY CADILLAC CORPORATION | ATT: EDWARD T. MEAGHAR, JR., PRESIDENT | 3100 WINTON ROAD SOUTH | | ROCHESTER | NY | 14623 |
| TORRES EDWARD ZUNIGA | | BERMUDEZ, GENOVEVA | C/O COHEN & ASSOCIATES | SCOTTSDALE | AZ | 85255 |
| TOYOTA BOSHOKU AMERICA, INC. | | 28000 WEST PARK DRIVE | | NOVI | MI | 48377 |
| TOYOTA MOTOR SALES U.S.A, INC. | ATT: TOBIN LIPPERT | 19001 SOUTH WESTERN AVE, HQ12 | | TORRANCE | CA | 90509 |

| UNDERWOOD & ASSOCIATES, P.C. | ATT: OTIS M. UNDERWOOD JR. | 167 S. WASHINGTON ST. | | OXFORD | MI | 48371 |
|---|---|---|---|---|---|---|
| UNITED STATES ATTORNEY'S OFFICE | ATTN: CLAIMS UNIT - ROOM 417 | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 |
| UNITED STATES BANKRUPTCY COURT | | SOUTHERN DISTRICT OF NEW YORK | THE HONORABLE ROBERT E GERBER | NEW YORK | NY | 10004 |