## UNITED STATES BAKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK



In re

**MOTORS LIQUIDATION COMPANY, et al.,
f/k/a GENERAL MOTORS CORP.,et al.**

Debtors.

## AMENDED NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTOR'S PROPOSED DISLOSURE STATEMENT WITH RESPECT TO DEBTOR'S JOINT CHAPTER 11 PLAN(CONT. PART TWO)

**NAME OF DEBTOR         TAX ID NUMBER**

**SYLVESTER SHAW                  2838**

3) SYLVESTER SHAW 11441 N.I.H. 35 # 18103 AUSTIN, Tx. 78753 – amount in question- (10,355) –shares (ten thousand three hundred fifty five total).

5) I DID RECEIVE NOTICE ON MATTERS SCHEDULED ON November 9, 2010 LATE(NOVEMBER 8,2010), I WAS NOT AFFORDED THE OPPORTUNITY TO GET FEEDBACK EARLIER FROM THE OCTOBER 21, 2010 HEARING, BEING DENIED THE CHANCE FOR A REBUTTAL. I THINK IT IS ONLY FAIR THAT ANY ESTABLISHED RECORD DATE FROM THE CONTESTED MATTERS ON OCTOBER 21, 2010, (ONLY) TO BE ESTABLISHED WHEN ANY AND ALL MATTERS SCHEDULED FOR HEARINGS ARE RESOLVED. AT THE VERY LAST HEARING WHEN ALL ISSUES ARE RESOLVED, NO MORE MATTERS ARE GOING FORWARD. THEN THAT DATE TO BE USED AS THE DATE OF RECORD TO INCLUDE ANY STATUS WHERE A MATTER IS GOING FORWARD OR STATUS CONFERENCE ONLY TO ALL HAVE THE SAME RECORD DATE.

**Electronic signature: Seven**