UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    Case No. 09-50026 (REG)
                                                            :    (Jointly Administered)
                                                            ;
            Debtors.                                        :
------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, **Liberty Mutual Insurance Company** hereby withdraws with prejudice the proofs of claim numbers 20947, 20948, 20949, 20950, 69809, and 69810 filed in the above captioned chapter 11 cases on or about November 6, 2009 and January 19, 2010, because the claims have been fully resolved pursuant to a settlement agreement approved by an order of this Court on September 14, 2010 [Docket No. 6908].

Dated:  November 17, 2010                  /s/ Mark S. Gamell
                                                                       Mark S. Gamell
                                                                       Steven R. Rittmaster
                                                                       100 Jericho Quadrangle, Suite 309
                                                                       Jericho, New York  11753
                                                                       Telephone: (516) 240-8900
                                                                       Facsimile: (516) 240-8950
                                                                       mgamell@tlggr.com

                                                                       and

                                                                       T. Scott Leo
                                                                       Grace W. Cranley
                                                                       Leo & Weber, P.C.
                                                                       1 North LaSalle Street, Suite 3600
                                                                       Chicago, Illinois 60602
                                                                       Telephone: (312) 857-0910
                                                                       Facsimile: (312) 857-1240
                                                                       Attorneys for Liberty Mutual Insurance Company

**Please Return to:**
United States Bankruptcy Court
Southern District of New York
Attn:  Motors Liquidation Case Docket
One Bowling Green
New York, NY  10004-1408