UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :     Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,       :     Case No. 09-50026 (REG)
                                                                :     (Jointly Administered)
                                                                :
            Debtors.                                       :
----------------------------------------------------------------x

## AMENDED WITHDRAWAL OF CLAIMS

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, **Liberty Mutual Insurance Company** hereby withdraws with prejudice the proofs of claim numbers 20947, 20948, 20949, 20950, 69809, and 69810 filed in the above captioned chapter 11 cases on or about November 6, 2009 and January 19, 2010, because the claims have been fully resolved pursuant to a settlement agreement approved by an order of this Court on September 14, 2010 [Docket No. 6908].

Dated: November 17, 2010

                    /s/ Mark S. Gamell
Mark S. Gamell
Steven R. Rittmaster
TORRE, LENTZ, GAMELL, GARY &
RITTMASTER, LLP
100 Jericho Quadrangle, Suite 309
Jericho, New York  11753
Telephone: (516) 240-8900
Facsimile: (516) 240-8950
mgamell@tlggr.com

        and

T. Scott Leo
Grace W. Cranley
Leo & Weber, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602
Telephone: (312) 857-0910
Facsimile: (312) 857-1240
Attorneys for Liberty Mutual Insurance Company

**Please Return to:**
United States Bankruptcy Court
Southern District of New York
Attn: Motors Liquidation Case Docket
One Bowling Green
New York, NY 10004-1408