UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
                                                   :    (Jointly Administered)
                                                   :
         Debtors.                                  :
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, **Safeco Insurance Company of America** hereby withdraws with prejudice the proofs of claim numbers 20943, 20944, 20945, 20946, 69807, and 69808 filed in the above captioned chapter 11 cases on or about November 6, 2009 and January 19, 2010, because the claims have been fully resolved pursuant to a settlement agreement approved by an order of this Court on September 14, 2010 [Docket No. 6908].

Dated: November 17, 2010                    /s/ Mark S. Gamell
                                            Mark S. Gamell
                                            Steven R. Rittmaster
                                            TORRE, LENTZ, GAMELL, GARY &
                                            RITTMASTER, LLP
                                            100 Jericho Quadrangle, Suite 309
                                            Jericho, New York 11753
                                            Telephone: (516) 240-8900
                                            Facsimile: (516) 240-8950
                                            mgamell@tlggr.com

                                            and

                                            T. Scott Leo
                                            Grace W. Cranley
                                            Leo & Weber, P.C.
                                            1 North LaSalle Street, Suite 3600
                                            Chicago, Illinois 60602
                                            Telephone: (312) 857-0910
                                            Facsimile: (312) 857-1240
                                            Attorneys for Safeco Insurance Company of
                                            America

123102 v1                                          1

**Please Return to:**
United States Bankruptcy Court
Southern District of New York
Attn:  Motors Liquidation Case Docket
One Bowling Green
New York, NY  10004-1408

123102 v1                                           2