## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
      f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
            Debtors.    :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                           ) ss
COUNTY OF **SUFFOLK**  )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 18, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7809) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                               _/s/ Chanpreet Kondal
                                                                               Chanpreet Kondal

Sworn to before me this 18th day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

## TRANSFEROR

Joseph and Regina Toomey
Attn: D. Brice Petway, Esq., Attorney for the Toomeys
c/o Petway, Tucker & Barganier, LLC
510 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Joseph and Regina Toomey
Attn: Wesley M. Frye, Esq., Attorney for the Toomeys
c/o Stubbs Sills & Frye PC
1724 South Quintard Avenue
Anniston, AL 36201

## TRANSFEREE

TRC Optimum Fund LLC
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518