UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
|   f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF SUFFOLK   )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 7796].

Dated: November 18, 2010          /s/ Alison Moodie_____
       Melville, New York         Alison Moodie

Sworn to before me this 18th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011

# EXHIBIT A

| | | |
|---|---|---|
| BUCKLEY ERMA JEANINE<br>175 W 90TH ST APT 5C<br>NEW YORK, NY 10024 | DILKS, DEBORAH<br>5327 HERMAN RD<br>CLAREMONT, NC 28610-9444 | DOYLE CARMACK<br>276 S TUCSON CIR<br>AURORA, CO 80012-1327 |