**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*            :
                                                                 :
                          Debtors.       :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 22, 2010 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

    **A.**    Debtors' Motion for an Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Solicitation Packages; and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Form of Notices to Non-Voting Classes Under the Plan (the "**Debtors' Disclosure Statement Motion**") (**ECF No. 6854**)

        Responses Filed:

        1.    Winkelmann Sp. z.o.o. (**ECF No. 7304**)
        2.    Town of Salina (**ECF No. 7307**)
        3.    Onondoga County, New York (**ECF No. 7308**)
        4.    Wilmington Trust Company (**ECF No. 7382**)
        5.    Official Committee of Unsecured Creditors (**ECF No. 7383**)
        6.    Appaloosa Management L.P., Aurelius Capital Management, L.P., Elliot Management Corporation, and Fortress Investment Group, LLC  (**ECF No. 7314**)
        7.    Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company (**ECF No. 7325**)

8. Legal Representative for Future Asbestos Claimants (**ECF No. 7326**)
9. Official Committee of Unsecured Creditors Holding Asbestos-Related Claims (**ECF No. 7327**)
10. United States Trustee (**ECF No. 7346**)
11. California Department of Toxic Substances Control (**ECF No. 7333**)
12. ILCO Site Remediation Group (**ECF No. 7376**)
13. BBK Joint Defense Group (**ECF No. 7377**)
14. Terrie Sizemore (**ECF No. 7427**)
15. Thomas M. Smalley (**ECF No. 7046**)
16. Marcella I. Townsend (**ECF No. 7072**)
17. Marianne Lisenko (**ECF No. 7344**)
18. Latrell Barfield (**ECF No. 7347**)
19. Tracy Woody (**ECF No. 7454**)
20. Robert W. Hartnagel (**ECF No. 7366**)
21. Leo C. Hageman (**ECF No. 7153**)
22. Gladys S. Hillhouse (**ECF No. 7282**)
23. Mary M. Smith (**ECF No. 7281**)
24. Sean O'Reilly (**ECF No. 7263**)
25. Michael L. Riviera, Sr. (**ECF No. 7257**)
26. Emma Pierce (**ECF No. 7256**)
27. Jochen Baderschneider (**ECF No. 7302**)
28. John Fazio (**ECF No. 7310**)
29. Leon L. Bailey (**ECF No. 7317**)
30. Roy B. Cope (**ECF No. 7318**)
31. Augustine Crier (**ECF No. 7321**)
32. Grace H. Gottstein (**ECF No. 7322**)
33. Irwin Lew (**ECF No. 7329**)
34. Elaine Reno (**ECF No. 7334**)
35. John Hamilton (**ECF No. 7337**)
36. Richard and Judith Boucher (**ECF No. 7342**)
37. Dorlyne Cruce (**ECF No. 7345**)
38. Mary Wilkinson (**ECF No. 7352**)
39. Marie and Robert Pacifico (**ECF No. 7265**)
40. Mary Wilkinson (**ECF No. 7352**)
41. Howard and Gloria Moses (**ECF No. 7371**)
42. Lisa Gross (**ECF No. 7280**)
43. Sharyl Y. Carter (**ECF No. 7404**)
44. David J. Astorian (**ECF No. 7403**)
45. Adrian J. Phillips (**ECF No. 7405**)
46. John Poloisky (**ECF No. 7406**)
47. Vernon E. Henderson (**ECF No. 7478**)
48. Steve Friedland (**ECF No. 7459**)
49. James E. Reese (**ECF No. 7461**)

50. Sylvester Shaw (**ECF No. 7488**, **7826**)
51. Frances R. Campbell (**ECF No. 7489**)
52. LaFonza Earl Washington (**ECF No. 7600**)
53. William P. King, Jr. (Not filed on ECF)
54. Michael P. Delaney (Not filed on ECF)
55. Morris Eisenstein (Not filed on ECF)
56. Brian Jamieson (Not filed on ECF)
57. Harry M. and Cornelia E. Harvey (Not filed on ECF)
58. Lois Trowbridge (Not filed on ECF)
59. Margaret D. Brueggeman (Not filed on ECF)
60. Phyllis Dua (Not filed on ECF)
61. Lois Michelle Conlow (Not filed on ECF)

Replies Filed:

62. Debtors' Omnibus Reply to Objections to the Disclosure Statement for Debtors' Joint Chapter 11 Plan (**ECF No. 7439**)

Additional Documents:

63. Affidavit of Service of Rhadha S. Rai of Notice of Hearing on Debtors' Disclosure Statement Motion (**ECF No. 6867**)

64. Affidavit of Service of Loren Vine of (1) Debtors' Joint Chapter 11 Plan and (2) Disclosure Statement for Debtors' Joint Chapter 11 Plan (**ECF No. 6852**)

65. Affidavit of Service of Barbara Kelley Keane of the Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan (**ECF No. 7123**)

66. Notice of Certification of Publication of Barbara Kelley Keane of the Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan (**ECF No. 7239**)

Status: The Debtors' Disclosure Statement Motion was conditionally approved by the Court on October 21, 2010. This matter is going forward as a status conference only.

B. Order Pursuant to Bankruptcy Rule 2004 Authorizing the Official Committee of Unsecured Creditors of Motors Liquidation Company to Obtain Discovery from (i) the Claims Processing Facilities for Certain Trusts Created Pursuant to 11 U.S.C. § 524(g), (ii) the Trusts, and (iii) General Motors, LLC and the Debtors (**ECF No. 6749**)

Responses Filed:

1. Objection of Claimants Represented by Kazan McClain to Subpoenas Issued by Unsecured Creditors Committee (**ECF No. 7690**)

2. Objection of Certain Mesothelioma Claimants Represented by Cooney & Conway to Subpoenas and Related Orders of the Bankruptcy Court (**ECF No. 7695**)

3. Objection to Subpoenas Issued by Unsecured Creditors Committee Filed by Robert W. Phillips on Behalf of Certain Mesothelioma Claimants (**ECF No. 7696**)

4. Objection to Motion Objection to Production of Information from the Babcock and Wilcox Trust of Keller, Fishback & Jackson LLP Clients (**ECF No. 7697**)

5. Objection to Motion Objection to Production of Information from the Armstrong Trust of Keller, Fishback & Jackson LLP Clients (**ECF No. 7698**)

6. Objection to Motion Objection to Production of Information from the DII Trust of Keller, Fishback & Jackson LLP Clients (**ECF No. 7699**)

7. Objection to Motion Objection to Production of Information from the JM Trust of Keller, Fishback & Jackson LLP Clients (**ECF No. 7700**)

8. Objection to Motion Objection to Production of Information from the OC Trust of Keller, Fishback & Jackson LLP Clients (**ECF No. 7701**)

9. Objection to Motion Objection to Production of Information from the USG Trust of Keller, Fishback & Jackson LLP Clients (**ECF No. 7702**)

10. Objection to Disclosure of Information from Bankruptcy Claims Filed with Five Asbestos Personal Injury Settlement Trust (**ECF No. 7712**)

11. Objection of Zamler, Mellen & Shiffman, P.C. Clients (**ECF No. 7739**)

12. Objection of Certain Caroselli Beachler McTiernan & Conboy Clients (**ECF No. 7740**)

Replies Filed:

13. Omnibus Reply of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Objections of Various Mesothelioma Claimants to the Creditors' Committee's Rule 2004 Motion (**ECF No. 7785**)

Additional Documents:

14. Motion of the Official Committee of Unsecured Creditors of Motors Liquidation Company for an Order pursuant to Bankruptcy Rule 2004 Directing Production of Documents by (I) the Claims Processing Facilities for Certain Trusts Created Pursuant to Bankruptcy Code Section 524(g) and (II) General Motors LLC and the Debtors (**ECF No. 6383**)

15. Order Concerning Asbestos Claimants' Committee's Request for an Anonymity Protocol (**ECF No. 7526**)

Status:    This matter is going forward.

Dated: New York, New York
       November 18, 2010

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession