UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1.　　I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.　　On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 7797].

Dated:  November 18, 2010　　　　　　　　　/s/ Alison Moodie_____
　　　　　Melville, New York　　　　　　　　　　Alison Moodie

Sworn to before me this 18th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

| | | |
|---|---|---|
| 295 PARK AVENUE CORP.<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BALN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | BARBARA ALLEN<br>7112 SOUTH 228TH EAST AVE<br>BROKEN ARROW, OK 74014 | BRENDA DIGIANDOMENICO<br>5211 LEWISETTA ROAD<br>LOTTSBURG, VA 22511 |
| DEMASSI CADILLAC CO INC<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | DEMASSI ENTERPRISES<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE BAIN GILFILLAN ET AL<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | DONNA SANTI<br>1744 BEDFORD SQUARE DR #202<br>ROCHESTER, MI 48306-4468 |