UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**WITHDRAWAL OF CLAIM**

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | United Technologies Corporation on behalf of BASF Corporation, as successor to Inmont Corporation <br> c/o William F. Leikin, Esq. <br> Assistant General <br> United Technologies Corp. <br> One Financial Plaza, MS 524 <br> Hartford, CT 06103 |
| Claim Number (if known): | 59875 |
| Date Claim Filed: | November 27, 2009 |
| Total Amount of Claim Filed: | $56,712.00, plus unliquidated damages |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 18, 2010

Print Name: William F. Leikin, Esq.

Title: Assistant General Counsel