UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) [Docket No. 7799].

Dated:  November 18, 2010            /s/ Alison Moodie_____
        Melville, New York           Alison Moodie

Sworn to before me this 18th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

| | |
|---|---|
| JOHN L REMSEN PERSONAL REPRESENTATIVE<br>JOHN L REMSEN PERSONAL REPRESENTATIVE<br>OF THE ESTATE OF ROBERT J DEMASSI<br>C/O JAN ALAN BRODY ESQ<br>CARELLA BYRNE ET AL 5 BECKER FARM RD<br>ROSELAND, NJ 07068 | KELLY CASTILLO<br>18660 TURTLE LANE<br>MEADOW VISTA, CA 95722-9572 |
| LAKINCHAPMAN LLC<br>ATTN MARK L BROWN<br>300 EVANS AVE PO 229<br>WOOD RIVER, IL 62095 | NICHOLE BROWN<br>6551 ROAD 44<br>BAYARD, NE 69334 |
| PAULINE DEMASSI<br>C/O JAN ALAN BRODY ESQ<br>CARELLA, BYRNE, BAIN, GILFILLIAN, ET AL.<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068 | |