**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                            ) ss
COUNTY OF SUFFOLK      )

I, Alison Moodie, being duly sworn, depose and state:

1.        I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.        On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- •        Supplemental Order Granting Debtors' Thirty-Seventh Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7810].

Dated:  November 18, 2010                    /s/ Alison Moodie_____
             Melville, New York                      Alison Moodie

Sworn to before me this 18th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

CLARK STREET DEVELOPMENT SEVEN LLC
KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

CLARK STREET REDEVELOPMENT FIVE LLC
KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FLOOR
SOUTHFIELD, MI 48034

CLARK STREET REDEVELOPMENT LLC
ATTN: KATHLEEN KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

CLARK STREET REDEVELOPMENT ONE LLC
ATTN: KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

CLARK STREET REDEVELOPMENT SIX LLC
KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER P C
28400 NORTHWESTERN HIGH WAY 3RD FLOOR
SOUTHFIELD, MI 48034

CLARK STREET REDEVELOPMENT THREE LLC
ATTN: KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

CLARK STREET REDEVELPOMENT FOUR LLC
ATTN: KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

CLARK STREET TECHNOLOGY PARK
KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER, P C
28400 NORTHWESTERN HIGHWAY 3RD FLOOR
SOUTHFIELD, MI 48034

REAL VENTURES-CLARK STREET FIVE LLC
ATTN: KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034

REAL VENTURES-CLARK STREET LLC
KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER, P C
28400 NORTHWESTERN HIGHWAY 3RD FLOOR
SOUTHFIELD, MI 48034

REAL VENTURES-CLARK STREET SIX LLC
ATTN: KATHLEEN H KLAUS ESQ
MADDIN HAUSER WARTELL ROTH & HELLER PC
28400 NORTHWESTERN HIGHWAY 3RD FL
SOUTHFIELD, MI 48034