BRIAN A. MCKENNA (MI P46671)
Sachs Waldman, P.C.
1000 Farmer St.
Detroit, MI 48226
(313) 965-3464
Brianmckenna@Sachswaldman.com

Counsel for Tammy Morway and Teresa Pace

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
|  | Chapter 11 |
| In re: | Case No. 09-50026(REG) |
|  | (Jointly Administered) |
| MOTORS LIQUIDATION CO. et al |  |
| f.k.a. General Motors Corp. et al |  |
| Debtors. |  |

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Brian A. McKenna, certify that I am a member in good standing of the bar in the State of Michigan and, of the U.S. District Court for the Eastern District of Michigan, and request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Tammy Morway and Teresa Pace in the above referenced case.

My mailing address is at Sachs Waldman, P.C., 1000 Farmer St., Detroit, Michigan, 48226.

My email address is BrianMcKenna@Sachswaldman.com

My telephone number is 313-965-3464.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice*

admission.

        Respectfully submitted,

        SACHS WALDMAN, Professional Corporation,

        BY: _____
             BRIAN A. MCKENNA
             Attorney for Plaintiff
             1000 Farmer St.
             Detroit, MI 48226
             (313) 965-3464/ fax (313) 965-4315

DATED: November 11, 2010