# EXHIBIT A

# EXHIBIT A

## GUARANTEE CLAIMS (Claim nos. in ascending order)

| Claim No. | Claimant/Filer |
|---|---|
| 1556 | Collins Stewart (CI) Ltd |
| 1558 | Collins Stewart (CI) Ltd |
| 12042 | Auerbach, Sylvia |
| 23323 | Seipp, Ulrich |
| 29128 | Cristina, Lixandroiu Anca |
| 29379 | SPH Invest S.A. |
| 29647 | Consilium Treuhand AG & Beata Domus Anstalt |
| 29648 | Laminet, Maria-Dorothea |
| 31167 | Credit Suisse AG |
| 31168 | Credit Suisse AG |
| 31868 | Cheviot Asset Management |
| 37319 | Wagner, Ing. Hugo |
| 49548 | Brencourt Credit Opportunities Master, Ltd |
| 60234 | Allianz Bank Financial Advisors SPA |
| 60547 | Rosa, Rui Manuel Antunes Goncalves |
| 60566 | UBS AG, Zurich (Switzerland) |
| 60567 | UBS AG, Zurich (Switzerland) |
| 61481 | Aziz, Mr Aly |
| 61915 | Schoeffel, Johanna |
| 63955 | Aziz, Sirdar Aly |
| 64298 | CSS, LLC |
| 64332 | Schmidseder, Josef |
| 64340 | Dettmar, Hermann & Helene |
| 65554 | Pedersen, Claus |
| 65765 | HFR RVA Advent Global Opportunity Master Trust |
| 65784 | The Advent Global Opportunity Master Fund |
| 66206 (amended by claim no. 70201) | Morgan Stanley & Co. International plc |
| 66216 | Thoroughbred Fund LP |
| 66217 | Palomino Fund LTD |
| 66218 | Perry Partners International Inc. |
| 66265 | Aurelius Investment LLC |
| 66266 | Elliot International LP |
| 66267 | The Liverpool Limited Partnership |
| 66312 | Perry Partners LP |
| 66769 | Banca delle Marche SPA |
| 67244 | Prospect Mountain Fund Limited |
| 67245 | Ore Hill Credit Hub Fund Ltd |
| 67345 (amended by claim no. 70200) | Morgan Stanley & Co. International plc |
| 67428 | Drawbridge DSO Securities LLC |
| 67429 | Onex Dept Opportunity Fund, LTD |

| | |
|---|---|
| 67430 | Redwood Master Fund LTD |
| 67498 | Appaloosa Investment Limited Partnership I |
| 67499 | FCOF UB Securities LLC |
| 67500 | Drawbridge OSO Securities LLC |
| 67501 | Thoroughbred Master LTD |
| 68705 | Bhalodia RV/RM/Patel RG |
| 68941 | Red River Business Inc. |
| 69306 | Canyon Value Realization Fund LP |
| 69307 | Lyxor/Canyon Value Realization Fund Limited |
| 69308 | Canyon-GRF Master Fund, LP |
| 69309 | The Canyon Value Realization Fund (Cayman), Ltd |
| 69551 | Greenberg Traurig, LLP on behalf of all holders of the Notes. |
| 69552 | CitiGroup Global Markets Inc. |
| 69734 | Anchorage Capital Master Offshore Ltd |
| 70200 | Morgan Stanley & Co. International plc |
| 70201 | Morgan Stanley & Co. International plc |

**GUARANTEE CLAIMS (Claimant/Filer in alphabetical order)**

| Claim No. | Claimant/Filer |
|---|---|
| 60234 | Allianz Bank Financial Advisors SPA |
| 69734 | Anchorage Capital Master Offshore Ltd |
| 67498 | Appaloosa Investment Limited Partnership I |
| 12042 | Auerbach, Sylvia |
| 66265 | Aurelius Investment LLC |
| 61481 | Aziz, Mr Aly |
| 63955 | Aziz, Sirdar Aly |
| 66769 | Banca delle Marche SPA |
| 68705 | Bhalodia RV/RM/Patel RG |
| 49548 | Brencourt Credit Opportunities Master, Ltd |
| 69308 | Canyon-GRF Master Fund, LP |
| 69306 | Canyon Value Realization Fund LP |
| 31868 | Cheviot Asset Management |
| 69552 | CitiGroup Global Markets Inc. |
| 1556 | Collins Stewart (CI) Ltd |
| 1558 | Collins Stewart (CI) Ltd |
| 29647 | Consilium Treuhand AG & Beata Domus Anstalt |
| 31167 | Credit Suisse AG |
| 31168 | Credit Suisse AG |
| 29128 | Cristina, Lixandroiu Anca |
| 64298 | CSS, LLC |
| 64340 | Dettmar, Hermann & Helene |
| 67428 | Drawbridge DSO Securities LLC |
| 67500 | Drawbridge OSO Securities LLC |
| 66266 | Elliot International LP |
| 67499 | FCOF UB Securities LLC |
| 69551 | Greenberg Traurig, LLP on behalf of all holders of the Notes. |
| 65765 | HFR RVA Advent Global Opportunity Master Trust |
| 29648 | Laminet, Maria-Dorothea |
| 69307 | Lyxor/Canyon Value Realization Fund Limited |
| 66206 (amended by claim no. 70201) | Morgan Stanley & Co. International plc |
| 67345 (amended by claim no. 70200) | Morgan Stanley & Co. International plc |
| 70200 | Morgan Stanley & Co. International plc |
| 70201 | Morgan Stanley & Co. International plc |
| 67429 | Onex Dept Opportunity Fund, LTD |
| 67245 | Ore Hill Credit Hub Fund Ltd |
| 66217 | Palomino Fund LTD |
| 65554 | Pedersen, Claus |
| 66218 | Perry Partners International Inc. |
| 66312 | Perry Partners LP |
| 67244 | Prospect Mountain Fund Limited |

| | |
|---|---|
| 68941 | Red River Business Inc. |
| 67430 | Redwood Master Fund LTD |
| 60547 | Rosa, Rui Manuel Antunes Goncalves |
| 64332 | Schmidseder, Josef |
| 61915 | Schoeffel, Johanna |
| 23323 | Seipp, Ulrich |
| 29379 | SPH Invest S.A. |
| 65784 | The Advent Global Opportunity Master Fund |
| 69309 | The Canyon Value Realization Fund (Cayman), Ltd |
| 66267 | The Liverpool Limited Partnership |
| 66216 | Thoroughbred Fund LP |
| 67501 | Thoroughbred Master LTD |
| 60566 | UBS AG, Zurich (Switzerland) |
| 60567 | UBS AG, Zurich (Switzerland) |
| 37319 | Wagner, Ing. Hugo |