IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
       f/k/a General Motors Corp., *et al.*   :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
              Debtors.                         :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                        ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 19, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7841) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 19th day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Boyd Bryant, on Behalf of All Others Similarly Situated
c/o Boyd Bryant Class Action Group
Wyly-Rommel, PLLC
Attn: Jim Wyly, Esq.
2311 Moores Lane
Texarkana, TX 75504

Boyd Bryant, on Behalf of All Others Similarly Situated
c/o Pronske & Patel PC
2200 Ross Avenue, Suite 5350
Dallas, TX 75201

### TRANSFEREE

Contrarian Funds, LLC
Attn: Alisa Mumola
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830