10.27.10

Judge Gerber

## ...For All Your Thoughtfulness!

Thank you for the Court Time 10/26/10 at 10:15! While on THE floor, I reflected on my Great Grandfather who in 1880 approved my wife's "Go" if my wife bought FORD and my Great Grandfather stayed in Italy. I wouldn't have These Bankruptcy problems! Despite the outcome I enjoyed the experience!

Good Luck with G.M. Thank you!

Jo Got Coverat

Peckville, PA 18452