# Rodney Huntley

1043 El Camino Drive
Birmingham, Alabama 35217-1840
205 901-4177
205 849-5393
rodneybirm@aol.com

October 28, 2010

Honorable Robert E. Gerber, States Bankruptcy Judge
States Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

Dear Sir

**In re Motors Liquidation Company, et al., 09-50026 (REG)**

Having held stock in General Motors and having lost all value of said stock, I request that in fair remuneration that I be allowed the purchase of obsolesant vehicles or vehicles known as brass hats at GM executive (President or CEO) prices or less. This request is for the ability to purchase one or more vehicles at this price but not more than five. Since Saturn, Pontiac and Oldsmobile have been discontinued these vehicles should already be greatly reduced.

Sincerely,

Rodney Huntley
Former Stock Holder