Saturn

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | ROCKWELL AUTOMATION<br>ATTN JAN ROBERTSON (6-B9)<br>1201 S SECOND ST<br>MILWAUKEE, WI, 53204 |
| Claim Number (if known): | 1263 |
| Date Claim Filed: | 8/25/2009 |
| Total Amount of Claim Filed: | $37,084.00 |

RECEIVED NOV 15 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/8/10

Signature: Jan Robertson

Print Name: Jan Robertson

Title (if applicable): Credit Analyst

US_ACTIVE:¥43219392¥02¥72240.0639