

COMMONWEALTH OF VIRGINIA
# COUNTY OF HENRICO

### OFFICE OF THE COUNTY ATTORNEY

JOSEPH P. RAPISARDA, JR.
COUNTY ATTORNEY

JOHN L. KNIGHT
DEPUTY COUNTY ATTORNEY

J.T. TOKARZ
KAREN M. ADAMS
SENIOR ASSISTANT COUNTY ATTORNEYS

November 12, 2010

RHYSA GRIFFITH SOUTH
ELLEN R. FULMER
MARISSA D. MITCHELL
BENJAMIN A. THORP
MELISSA K. VELAZQUEZ †
LEE ANN ANDERSON
ANDREW R. NEWBY
ASSISTANT COUNTY ATTORNEYS

Vito Genna, Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York NY 10004-1408

RE: Chapter 11 Bankruptcy of Motors Liquidation Co.,
f/k/a General Motors Corp., et al.
Case No.: 09-50026(REG)

Dear Mr. Genna:

Please file the enclosed *Withdrawal of Claim* and *Notice of Withdrawal of Notice of Appearance* on behalf of Henrico County, Virginia. Please return a file-stamped copy in the enclosed postage prepaid envelope.

Thank you for your assistance.

Very sincerely yours,

Tinesha Jackson
Paralegal

RECEIVED NOV 16 2010

Enclosures

cc: Weil, Gotshal & Manges LLP, *Counsel for Debtors*

---

4301 East Parham Road, Henrico, Virginia 23228-2752 ~ P.O. Box 90775, Henrico, Virginia 23273-0775
(804) 501-4342 ~ Fax: (804) 501-4140

† Reply to Melissa K. Velazquez:
Henrico County Public Schools, 3820 Nine Mile Road ~ P.O. Box 23120, Henrico, Virginia 23223-0420
(804) 652-3712 ~ Fax: (804) 652-3885

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
NOV 16 2010
U.S. BANKRUPTCY COURT, SDNY

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, et al., | ) Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., et al., | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### WITHDRAWAL OF CLAIM NO. 5986

The County of Henrico, Virginia requests that the following proof of claim forms be withdrawn as paid:

1. Secured Claim No. 5986 for 2007-2009 Personal Property Taxes in the amount of $19,573.74.

Dated: November 12, 2010

Respectfully Submitted,
**County of Henrico, Virginia**
By:/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140
*Counsel for Henrico County*

### CERTIFICATE OF SERVICE

I hereby certify on this 12th day of November, 2010, that the foregoing *Notice of Withdrawal of Notice of Appearance* was sent first-class mail to the Clerk of the Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)

---

Rhysa Griffith South, VSB 25944
P. O. Box 90775
Henrico, VA 23273-0775
Phone: (804) 501-5091
*Counsel for Henrico County, Virginia*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, et al., ) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., et al., ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rhysa Griffith South, *Counsel for Henrico County* hereby withdraws her notice of appearance on behalf of Henrico County, Virginia, a creditor participating in this action, and respectfully requests the Court to remove Henrico County from any and all service lists.

Dated: November 12, 2010

Respectfully Submitted,
**County of Henrico, Virginia**
By:/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of November, 2010, that the foregoing *Notice of Withdrawal of Notice of Appearance* was sent first-class mail to the Clerk of the Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)

---

Rhysa Griffith South, VSB 25944
P. O. Box 90775
Henrico, VA 23273-0775
Phone: (804) 501-5091
*Counsel for Henrico County, Virginia*