IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
In re:                                                     :
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :
        f/k/a General Motors Corp., et al.                 :      Chapter 11
                                                           :      Case No. 09-50026 (REG)
                                                           :      (Jointly Administered)
                     Debtors.                              :
-----------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 19, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7832) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    _/s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 19th day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No.  01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Donna Bunch and Justin Quinn
c/o Law Office of Richard Hay
203 W. Columbia Street
Somerset, KY 42502


Donna Bunch and Justin Quinn
c/o Law Office of Richard Hay
P.O. Box 1124
Somerset, KY 42502-1124

<u>TRANSFEREE</u>

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070