# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
       f/k/a General Motors Corp., *et al.*                 :     Chapter 11
                                                                :     Case No. 09-50026 (REG)
                                                                :     (Jointly Administered)
                      Debtors.                     :
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**      )
                           ) ss
COUNTY OF **SUFFOLK**      )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 19, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7834) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                 /s/ Chanpreet Kondal
                                                                Chanpreet Kondal

Sworn to before me this 19th day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No.  01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Denise Cece York
c/o Tooher Wocl & Leydon LLC
Attn: Brenden P. Leydon, Esq.
80 Fourth Street
Stamford, CT 06905

<u>TRANSFEREE</u>

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070