**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss
COUNTY OF SUFFOLK  )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 8, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil, Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit A annexed hereto (affected party):

- Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [Docket No. 7680].

3. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit B annexed hereto (affected party):

- Order Granting Debtors' 102nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [Docket No. 7681].

4. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 7682].

5. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit D annexed hereto (affected parties):

- Order Granting Debtors' 106th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7686].

6. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit E annexed hereto (affected parties):

- Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7687].

7. On November 8, 2010, also at the direction of Weil, Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the party identified on Exhibit F annexed hereto (affected party):

- Order Granting Debtors' 108th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 7688].

Dated:  November 9, 2010          /s/ Alison Moodie_____
        Melville, New York        Alison Moodie

Sworn to before me this 9th day of November, 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

REYES, SHARRON S
4780 JAMM RD
ORION, MI 48359-2216

# EXHIBIT B

BELL, SHARON A
1214 SAINT CLAIR ST
DETROIT, MI 48214-3670

# EXHIBIT C

| | |
|---|---|
| ALARIE, LOUIS J<br>8070 SAWGRASS TRL<br>GRAND BLANC, MI 48439-1844 | FLOYD JANKOWSKI<br>1224 HEAVENRIDGE RD<br>ESSEXVILLE, MI 48732-1738 |
| FRANK J. CELSNAK<br>455 W OAKHAMPTON DR<br>EAGLE, ID 83616-6740 | GEORGE LEEDOM<br>97 WESTGAGE DR<br>MANSFIELD, OH 44906 |
| GEORGE LEEDOM<br>97 WESTGATE DR<br>MANSFIELD, OH 44906 | GEORGE W CONRAD<br>MARJORIE A CONRAD TEN COM<br>3419 CROW VALLEY DR<br>MISSOURI CITY, TX 77459-3208 |

# EXHIBIT D

DAVIS III, BOYDEN E  
7898 BEAVER RD  
SAINT CHARLES, MI 48655-8634

GRANDISON, KAREN MICHELE  
18662 SCHAEFER HWY  
DETROIT, MI 48235-1756

THORPE, MARY J  
3744 S 450 E  
RUSHVILLE, IN 46173-7871

# EXHIBIT E

| | |
|---|---|
| ANN MCHUGH<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | BRET SANDERSON<br>4611 W 41ST PLACE<br>GARY, IN 46408 |
| DESBOROUGH, MARILYN M<br>11028 CEDAR VIEW RD<br>CHARLOTTE, NC 28226-4427 | MCHUGH, ANN F<br>2330 MAPLE RD<br>APT 224<br>WILLIAMSVILLE, NY 14221-4057 |
| MCHUGH, ANN F<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | WHORLEY, SHEILA M<br>529 W SAGER RD<br>HASTINGS, MI 49058-9284 |

# EXHIBIT F

MCELYEA, JAMES W
3210 NORTHWEST GRAND AVE.
PHOENIX, AZ 85017