**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
|  | Chapter 11 |
| In re: | Case No. 09-50026(REG) |
|  | (Jointly Administered) |
| MOTORS LIQUIDATION CO. et al |  |
|     f.k.a. General Motors Corp. et al |  |
| Debtors. |  |

_____

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Brian A. McKenna, having certified that he is a member in good standing of the bar in the State of Michigan and of the U.S. District Court for the Eastern District of Michigan, and having requested admission, *pro hac vice*, to represent Tammy Morway and Teresa Pace in the above referenced case, it is hereby

**ORDERED**

That Brian A. McKenna, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: **November 22, 2010**
      New York , New York

                                       *S/ Robert E. Gerber*
                                       THE HONORABLE ROBERT E. GERBER,
                                       UNITED STATES BANKRUPTCY JUDGE