Honorable Robert E. Gerber
U. S. Bankruptcy Court
One Bowling Green
Room 621
New York, N.Y., 10004-1408

RE; Claim #8034
U S Bankruptcy Court
Southern District of NY
General Motors Bankruptcy

Dear Judge Gerber,

   As a GM Bond holder, I have tried to get information as to why I am being excluded from the bankruptcy distribution. I have tried to view the objection on the "internet", tried to telephone, and e-mail, but with no success. We did get a telephone call, but the connection was very bad. We were advised not to do any thing.

   I have 5,000, par $25, bonds in a "street " account at Merrill Lynch in Atlanta Ga. The bonds are "CV SR PFD DEB 6.25%. Ticker Symbol GPD". The only one that I have had any contact with is Motors Liquidation Corp., and that has been about two times. Merrill Lynch also lists Motors Liquidation Corp. as the agent for my claim. A copy of my latest statement from Merrill Lynch is inclosed.

I did receive a check from "General Motors Securities Litigation". I thought that it was for a settlement about the price that I paid for the bonds.

   It was stated that my interests would be represented by Wilmington Trust Co. I have never been in contact with them in any way. I believe that if I am disallowed from Motors Liquidation Corp . that I will have lost all of my investment.

                                Sincerely.

                                Thurman B. Sanders
                                Apt. 1124
                                3801 Village View Dr.
                                Gainesville, GA. 30506
                                770 297 5063
                                tbsanders@att.net.

Merrill Lynch
Mr. Alf Salter
3455 Peachtree Rd. NE
Ste. 1000
Atlanta GA. 30326
{800} 937 0453

THURMAN B SANDERS AND

Account Number: 706-77369

24-Hour Assistance: (800) MERRILL

July 01, 2010 - July 30, 2010

## YOUR CMA ASSETS

### EQUITIES (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| HOME DEPOT INC | HD | 05/11/92 | 450 | 14.4722 | 6,512.50 | 28.5100 | 12,829.50 | 6,317.00 | 426 | 3.31 |
| | | N/A | 225 | N/A | N/A | 28.5100 | 6,414.75 | N/A | 213 | 3.31 |
| | | N/A | 225 | N/A | N/A | 28.5100 | 6,414.75 | N/A | 213 | 3.31 |
| Subtotal | | | 900 | | 6,512.50 | | 25,659.00 | 6,317.00 | 852 | 3.31 |
| MEDCO HEALTH SOLUTIONS I | MHS | 08/03/95 | 192 | 5.8005 | 1,113.71 | 48.0000 | 9,216.00 | 8,102.29 | | |
| MERCK AND CO,INC. SHS | MRK | 08/03/95 | 800 | 24.4840 | 19,587.25 | 34.4600 | 27,568.00 | 7,980.75 | 1,216 | 4.41 |
| MOTORS LIQUIDATION CO | | 06/26/03 | 2,000 | 25.0000 | 50,000.00 | 7.6800 | 15,360.00 | (34,640.00) | | |
| CONV NEW MONEY SER C | | 09/12/03 | 3,000 | 27.1869 | 81,560.98 | 7.6800 | 23,040.00 | (58,520.98) | | |
| 06.250% JUL 15 2033 | | | | | | | | | | |
| Subtotal | | | | | 131,560.98 | | 38,400.00 | (93,160.98) | | |
| ↑ NORFOLK SOUTHERN CORP | NSC | 07/13/83 | 150 | 18.3333 | 2,750.00 | 56.2700 | 8,440.50 | 5,690.50 | 216 | 2.55 |
| | | 12/09/83 | 150 | 21.2500 | 3,187.50 | 56.2700 | 8,440.50 | 5,253.00 | 216 | 2.55 |
| | | 12/27/83 | 150 | 21.0416 | 3,156.25 | 56.2700 | 8,440.50 | 5,284.25 | 216 | 2.55 |
| | | 01/17/84 | 150 | 21.1250 | 3,168.75 | 56.2700 | 8,440.50 | 5,271.75 | 216 | 2.55 |
| | | N/A | 1,200 | N/A | N/A | 56.2700 | 67,524.00 | N/A | 1,729 | 2.55 |
| Subtotal | | | 1,800 | | 12,262.50 | | 101,286.00 | 21,499.50 | 2,593 | 2.55 |
| REYNOLDS AMERICAN INC | RAI | 04/29/93 | 132 | 13.8916 | 1,833.70 | 57.8200 | 7,632.24 | 5,798.54 | 476 | 6.22 |
| | | N/A | 68 | N/A | N/A | 57.8200 | 3,931.76 | N/A | 245 | 6.22 |
| Subtotal | | | 200 | | 1,833.70 | | 11,564.00 | 9,730.30 | 721 | 6.22 |
| SOUTHERN COMPANY | SO | N/A | 6,864 | N/A | N/A | 35.3300 | 242,505.12 | N/A | 12,493 | 5.15 |
| | | 12/29/93 | 92 | 12.9815 | 1,194.30 | 35.3300 | 3,250.36 | 2,056.06 | 168 | 5.15 |
| | | 04/05/94 | 100 | 12.4507 | 1,245.07 | 35.3300 | 3,533.00 | 2,287.93 | 182 | 5.15 |
| | | 04/08/94 | 2,000 | 11.7094 | 23,418.91 | 35.3300 | 70,660.00 | 47,241.09 | 3,640 | 5.15 |
| | | 07/06/94 | 142 | 11.5422 | 1,639.00 | 35.3300 | 5,016.86 | 3,377.86 | 259 | 5.15 |
| | | 09/21/94 | 148 | 11.1867 | 1,655.64 | 35.3300 | 5,228.84 | 3,573.20 | 270 | 5.15 |
| | | 12/14/94 | 135 | 12.4470 | 1,680.35 | 35.3300 | 4,769.55 | 3,089.20 | 246 | 5.15 |
| | | N/A | 8,800 | N/A | N/A | 35.3300 | 310,904.00 | N/A | 16,016 | 5.15 |
| | | 03/17/95 | 286 | 11.9125 | 3,406.98 | 35.3300 | 10,104.38 | 6,697.40 | 521 | 5.15 |
| | | 07/06/95 | 258 | 13.4287 | 3,464.62 | 35.3300 | 9,115.14 | 5,650.52 | 470 | 5.15 |
| | | 10/03/95 | 260 | 13.4623 | 3,500.22 | 35.3300 | 9,185.80 | 5,685.58 | 474 | 5.15 |
| | | 12/18/95 | 243 | 14.6230 | 3,553.41 | 35.3300 | 8,585.19 | 5,031.78 | 443 | 5.15 |
| | | 04/03/96 | 252 | 14.7593 | 3,719.35 | 35.3300 | 8,903.16 | 5,183.81 | 459 | 5.15 |