## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | JOSE CARMEN LEON<br>c/o Mark S. Algorri, Esq.<br>Dewitt, Algorri & Algorri<br>25 East Union Street<br>Pasadena, CA 91103 |
| Claim Number (if known): | 593 |
| Date Claim Filed: | 07/13/2009 |
| Total Amount of Claim Filed: | $50,000,000.00 |

[RECEIVED NOV 19 2010 U.S. BANKRUPTCY COURT S.D. DIST OF NEW YORK]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/14/10

Print Name: _[signature]_

Title (if applicable): Lawyer

US_ACTIVE:\43219392\02\72240.0639