| | |
|---|---|
| ALFRED MCMULLEN<br>4307 CLIFFWOOD CIRCLE<br>AUSTIN, TX 78759 | BELLAIRE, LINDA K<br>1210 LAKE SHORE BLVD<br>LAKE ORION, MI 48362-3907 |
| BURISEK, RONALD J<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516-3202 | HARTOM, JOYCE A<br>220 BOURBON CT<br>ROCHESTER HILLS, MI 48307-3800 |
| HICKMAN, ROBERT R<br>PO BOX 3894<br>THOUSAND OAKS, CA 91359-0894 | JOSEPH COBBLE JR.<br>2134 SAINT ANDREWS<br>ROCHESTER HILLS, MI 48309 |
| JOYCE HARTOM<br>220 BOURBON CT.<br>ROCHESTER HILLS, MI 48307 | PATEL, BALKRISHNA R<br>4277 17 MILE RD<br>STERLING HEIGHTS, MI 48310-6839 |
| PAUL HANSEN<br>8980 ASHWOOD COURT<br>OLMSTED FALLS, OH 44138 | PURNELL, CALVIN H<br>2090 PEAR TREE LN<br>OAKLAND, MI 48363-2935 |
| RENEE SCOTT-BURISEK<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516-3202 | SCHNEIDER, DARLENE M<br>48611 LAKEVIEW E LOT 82<br>SHELBY TWSP, MI 48317-2737 |
| SCOTT-BURISEK, RENEE F<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516-3202 | TURNER, DAVID E<br>196 W KOCHHEISER RD<br>BELLVILLE, OH 44813-9294 |