UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF SUFFOLK   )

I, Radha S. Rai, being duly sworn, depose and state:

1.   I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Walter J. Lawrence, #103, 2609 North Forest Ridge Boulevard, Hernando, Florida 34442 (affected party):

- Order Denying Motion of Walter J. Lawrence for Entry of an Order Compelling a United States District Judge for the Middle District of Florida to Appear Before this Court to Answer for Criminal Charges [Docket No. 7823].

Dated:  November 22, 2010                    /s/ Radha S. Rai
            Melville, New York                            Radha S. Rai

Sworn to before me this 22[th] day of November, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011