# Exhibit D

**IMPORTANT:** This booklet contains important information about the vehicle's warranty coverage. It also explains **Owner Assistance Information and GM's Participation in an Alternative Dispute Resolution Program.**

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle when you sell it so future owners will have the information.

Owner's Name

Street Address

City & State

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:



Have you purchased the Genuine GM Protection Plan?
The GM Protection Plan may be purchased within
specific time/mileage limitations. See the information
request form in the back of this booklet. Remember,
if the service contract you are considering to purchase
does not have the GM Protection Plan emblem shown
above on it, then it is not the Genuine GM Protections
Plan from General Motors.

©06/24/02 Chevrolet Motor Division, General Motors Corporation. All rights reserved. GENERAL MOTORS, GM,
CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors Corporation.

Part No. C2317 A First Edition

# 2003  Chevrolet Light-Duty
# Warranty and Owner Assistance Information

An Important Message to Chevrolet Truck
  Owners... ........................................................1
  Chevrolet's Commitment to You ...........................1
  Vehicle Operation and Care .................................1
  Maintenance Records ........................................1
  Owner Assistance .............................................1
  GM Participation in an Alternative Dispute
    Resolution Program .........................................1
Warranty Coverage at a Glance ...........................2
General Motors Corporation New Vehicle
  Limited Warranty ............................................4
  What Is Covered ..............................................4
  What Is Not Covered ........................................6
Things You Should Know About the New
  Vehicle Limited Warranty ................................9
  Warranty Repairs – Component Exchanges ..........9
  Warranty Repairs – Recycled Materials ................9
  Tire Service ....................................................9
  6.6L DURAMAX™ Diesel Engine Components .......9
  After-Manufacture "Rustproofing" ........................10
  Paint, Trim and Appearance Items ....................10

Chemical Paint Spotting .....................................10
Warranty Coverage – Extensions ........................11
Warranty Service – United States and Canada ....11
Touring Owner Service – Foreign Countries ........12
Warranty Service – Foreign Countries ................12
Original Equipment Alterations ...........................12
Recreation Vehicle and Special Body or
  Equipment Alterations ....................................12
Pre-Delivery Service .........................................13
Production Changes ..........................................13
Noise Emissions Warranty Light Trucks Over
  10,000 LBS. GVWR Only ...............................13
Emission Control Systems Warranties ................14
  What Is Covered .............................................14
  How to Determine the Applicable Emissions
    Control System Warranty ...............................14
  1. Federal Emission Control Warranty .................14
  2. California Emission Control Warranty ..............16
  3. Emission Warranty Parts List ........................18
  4. Things You Should Know About the
    Emission Control Systems Warranties .............24

## 2003 Chevrolet Light Duty
## Warranty and Owner Assistance Information

**Owner Assistance** ...........................................27
   Customer Satisfaction Procedure .......................27
   Assistance For Text Telephone
     (TTY) Users ...............................................28
   Chevrolet Roadside Assistance ..........................29
   Chevrolet Courtesy Transportation .....................29

State Warranty Enforcement Laws .....................29
Warranty Information for
   California Only ..............................................30
Special Policy Adjustment Programs Beyond
   the Warranty Period ....................................31
Customer Assistance Offices .............................32

# An Important Message to Chevrolet Truck Owners...

## Chevrolet's Commitment to You

We are committed to assure your satisfaction with your new Chevrolet.

Your Chevrolet dealer also wants you to be completely satisfied and invites you to return for all your service needs both during and after the warranty period.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions contained in your owner's manual.

If you have questions on how to keep your Chevrolet in good working condition, see your Chevrolet dealer, the place many Chevrolet customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner's manual for your convenience in recording services performed.

## Owner Assistance

Your Chevrolet dealer is best equipped to provide all your service needs. Should you ever encounter a problem during or after the limited warranty period that is not resolved, talk to a member of dealer management. Under certain circumstances, General Motors and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case by case basis. If your problem has not been resolved to your satisfaction, follow the "Customer Satisfaction Procedure" as outlined under *Owner Assistance on page 27.*

We thank you for choosing a Chevrolet.

## GM Participation in an Alternative Dispute Resolution Program

See the "Customer Satisfaction Procedure" under *Owner Assistance on page 27* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

1

## Warranty Coverage at a Glance

The 2003 warranty coverages are summarized below. Please read *General Motors Corporation New Vehicle Limited Warranty on page 4, Things You Should Know About the New Vehicle Limited Warranty on page 9*, and *Emission Control Systems Warranties on page 14* for complete details.





## Emission Control Systems Warranties

| Coverge | 2 YRS/ 24,000 MI. | 3 YRS/ 36,000 MI. | 3 YRS/ 50,000 MI. | 5 YRS/ 50,000 MI. | 5 YRS/ 100,000 MI. | 7 YRS/ 70,000 MI. | 8 YRS/ 80,000 MI. | Vehicle Life |
|---|---|---|---|---|---|---|---|---|
| **Federal** | | | | | | | | |
| ● Gasoline Engines | | | | | | | | |
| – light duty emission control system | ██ | ▦▦ | | | | | | |
| – catalytic converters & powertrain control module | ██ | ██ | ██ | ██ | ██ | | | |
| – heavy duty emission control system | ██ | ██ | | | | | | |
| ● 6.6L Duramax™ Diesel Engine | ██ | ██ | ██ | ██ | ██ | | | |
| **California** | | | | | | | | |
| ● Gasoline Engines | | | | | | | | |
| – light duty and medium duty emission control systems | ██ | ██ | ██ | | | | | |
| – specified components (light and medium duty emission control systems) | ██ | ██ | ██ | ██ | ██ | ██ | | |
| – heavy duty emission control system | ██ | ██ | ██ | ██ | | | | |
| ● Diesel Engines* | ██ | ██ | ██ | ██ | ██ | | | |
| **Noise Emissions** | | | | | | | | |
| ● Applicable to vehicles over 10,000 lbs. GVWR only | ██ | ██ | ██ | ██ | ██ | ██ | ██ | |

▦▦ Defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper–to Bumper coverage.

*or 3,000 hours of operation, whichever comes first.

# General Motors Corporation New Vehicle Limited Warranty

General Motors Corporation will provide for repairs to the vehicle during the warranty period in accordance with the following terms, conditions and limitations.

## What Is Covered

### Warranty Applies

This warranty is for GM vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new or remanufactured parts.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

## Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

## Accessory Coverages

All GM accessories sold by GM parts that are permanently installed on a GM vehicle prior to delivery will be covered under the provisions of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the new vehicle warranty, they will be covered (parts and labor) for the balance of the vehicle warranty, but in no event less than 12 months/12,000 miles. This coverage is only effective for GM accessories permanently installed by a GM dealer or an associated GM-approved Accessory Distributor/Installer (ADI).

GM accessories sold over-the-counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase (parts only).

GM Licensed Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

4

## Tire Coverage

The tires supplied with your vehicle are covered against defects in material or workmanship under the bumper-to-bumper coverage. Any tire replaced will continue to be warranted for the remaining portion of the bumper-to-bumper coverage period.

Following expiration of the bumper-to-bumper coverage, tires may continue to be covered under the tire manufacturer's warranty. Review the tire manufacturer's warranty booklet or consult the tire manufacturer distributor for specific details.

## Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through (an actual hole in the sheet metal) continues to be covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion (resulting from stone chips or scratches in the paint, for example) is not included in sheet metal coverage.

## Towing

Towing is covered to the nearest Chevrolet dealer facility if your vehicle cannot be driven because of a warranted defect.

## 6.6L DURAMAX™ Diesel Engine Coverage

The diesel engines (except those items listed under "What Is Not Covered" later in this section) are covered for 5 years or 100,000 miles, whichever comes first. A $100 deductible per repair visit may apply after the vehicle has been in use for 3 years or 36,000 miles, whichever comes first. For additional information, refer to *Things You Should Know About the New Vehicle Limited Warranty on page 9.* Also refer to the appropriate emission control system warranty for possible additional coverages.

## No Charge

Warranty repairs, including towing, parts and labor, will be made at no charge, less any applicable deductible.

## Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. A reasonable time must be allowed for the dealer to perform necessary repairs.

5

## What Is Not Covered

### Tire Damage or Wear

Normal tire wear or wear-out is not covered. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Also, damage from improper inflation, spinning (as when stuck in mud or snow), tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, vandalism, or misapplication is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage and/or squeaks and rattles. Therefore, any damage caused by the bedliner is not covered under the terms of the warranty.

### Damage Due to Accident, Misuse, or Alteration

Damage caused as the result of any of the following is not covered:

- collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle;

- misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner's manual;

- alteration or modification to the vehicle including the body, chassis, or components after final assembly by GM. In addition, coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

**Important:**  This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or totaled.

### Damage or Corrosion Due to Environment, Chemical Treatments or Aftermarket Products

Damage caused by airborne fallout (chemicals, tree sap, etc.), stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things You Should Know About the New Vehicle Limited Warranty on page 9.*

6

## Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain fluids, fuel, lubricants, or refrigerants recommended in the owner's manual is not covered.

## Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner's manual are the owner's expense. Vehicle lubrication, cleaning, or polishing, as well as items requiring replacement or repair as a result of vehicle use, wear, or exposure are not covered.

Items such as:

- Filters
- Brake Pads / Linings
- Clutch Linings
- Keyless Entry Batteries *
- Audio System Cleaning
- Coolants and Fluids
- Wiper Inserts

- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment / Balance **

are covered only when replacement or repair is the result of a defect in material or workmanship.

Failure or damage of components due to vehicle use, wear, exposure, or lack of maintenance is not covered.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

## Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Loss of vehicle use
- Inconvenience
- Storage
- Payment for loss of time or pay
- Vehicle rental expense
- Lodging, meals, or other travel costs
- State or local taxes required on warranty repairs

**Other Terms:** This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

General Motors does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. General Motors shall not be liable for incidental or consequential damages (such as, but not limited to, lost wages or vehicle rental expenses) resulting from breach of this written warranty or any implied warranty.***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

8

**Things You Should Know About the New Vehicle Limited Warranty**

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, General Motors may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts which may be new, remanufactured, reconditioned, or repaired, depending on the component involved.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, tape players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, please contact Chevrolet's Customer Assistance Center. The toll-free telephone numbers are listed under *Owner Assistance on page 27.*

## 6.6L DURAMAX™ Diesel Engine Components

The complete engine assembly, including turbocharger components, is covered for defects in material or workmanship for 3 years or 36,000 miles, whichever comes first. No deductible applies during this coverage period. The engine parts listed below continue to be covered (subject to a $100 deductible) for 5 years or 100,000 miles, whichever comes first.

- Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals and gaskets.
- Diesel Fuel Metering System: injection pump, nozzles, high pressure lines and high pressure sealing devices.

9

- Glow Plug Control System: control/glow plug assembly, glow plugs, cold advance relay, and ECM.

- Fuel injection control module, integral oil cooler, transmission adapter plate, left and right common fuel rails, fuel filter assembly, fuel temperature sensor and function block.

**Important:**  Some of the above components may also be covered by the Emission Warranty with no deductible. See the "Emission Warranty Parts List" under *Emission Control Systems Warranties on page 14* for details.

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendation concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your GM New Vehicle Limited Warranty.

## Paint, Trim and Appearance Items

Defects in paint, trim, upholstery or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner's manual has instructions regarding the care of paint, trim, upholstery, glass, and other appearance items.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and attack painted surfaces on your vehicle. This damage can take two forms: blotchy, ringlet-shaped discolorations, and small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage – Extensions

**Time Extensions:** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extensions:** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been "registered" for license plates.

## Warranty Service – United States and Canada

For your records, the servicing dealer should provide a copy of the warranty repair order listing all warranty repairs performed. Your selling dealership has made a large investment to ensure that they have the proper tools, training, and parts inventory to make any necessary warranty repairs should they be required during the warranty period. We ask that you return to your selling dealer for warranty repairs. In the event of an emergency repair, you may take your vehicle to any authorized General Motors dealer for warranty repairs. However, certain warranty repairs require special tools or training that only a dealer selling your brand may have. Therefore, not all dealers are able to perform every repair. If a particular dealership cannot assist you, then contact the Customer Assistance Center. If you have changed your residence, visit any Chevrolet dealer in the United States or Canada for warranty service.

## Touring Owner Service – Foreign Countries

If you are touring in a foreign country and repairs are needed, it is suggested you take your vehicle to a General Motors dealer facility, preferably one which sells and services Chevrolet vehicles. Once you return to the United States, for reimbursement consideration, you should provide your dealer with a statement of circumstances, the original repair order, proof of ownership, and any "paid" receipt indicating the work performed and parts replaced.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner's manual for additional information on fuel requirements when operating in foreign countries.

## Warranty Service – Foreign Countries

This warranty applies to GM vehicles registered in the United States and normally operated in the United States or Canada. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance. GM warranty coverages my be void on GM vehicles that have been imported / exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include, installation or use of any non-GM parts, accessories, and materials, or the cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations, or alterations to the original equipment vehicle (or chassis) as manufactured and assembled by General Motors, are not covered by this warranty. The special body company (assembler) or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installation (such as recreational vehicles), the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of wheelbase, suspension and driveline modifications and axle additions.

12

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are detected and corrected at the factory during the inspection process. In addition, dealers are obligated to inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any such defects when you take delivery, please advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to your taking delivery of your vehicle, please ask your dealer.

## Production Changes

General Motors Corporation and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty Light Trucks Over 10,000 LBS. GVWR Only

General Motors Corporation warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, was designed, built and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built and equipped by GM, and is not limited to any particular part, component or system of the vehicle manufactured by GM. Defects in design, assembly or in any part, component or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal standards, are covered by this warranty for the life of the vehicle.

13

# Emission Control Systems Warranties

This section outlines the emission warranties that General Motors provides for your vehicle in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

## What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

## How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require different emissions control systems warranties for light duty trucks depending on:

- Whether the truck is certified with a light or heavy duty emission control system.
  and/or
- Whether the truck is certified for California emissions in addition to Federal emissions.

Do the following to determine emissions eligibility:

1. Locate the underhood emission control label located inside the engine compartment on the underside of the hood, on the air cleaner assembly, or on the engine.

2. The language on the bottom left side of the label will describe if equipped with a light, medium, or heavy duty emission control system.

3. All Light Duty Trucks are eligible for Federal Emissions Warranty Coverage. If the emissions control label contains language stating the vehicle is certified to California emissions standards, the vehicle is also eligible for California Emissions Warranty Coverage.

## 1. Federal Emission Control Warranty

Both the Emission Defect Warranty and the Emission Performance Warranty described next begin on the date the vehicle is first delivered or put into use and continues as follows:

Light Duty Truck Equipped With Light Duty Gasoline Engine

- 2 years or 24,000 miles, and 8 years or 80,000 miles on the catalytic converter and vehicle (powertrain) control module, whichever comes first.

14

Light Duty Truck Equipped With Heavy Duty Gasoline Engine

- 5 years or 50,000 miles, whichever comes first.

Light Duty Truck Equipped With Heavy Duty Diesel Engine

- 5 years or 100,000 miles, whichever comes first.

## Emission Defect Warranty

General Motors Corporation warrants to the owner that the vehicle:

- was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA), and
- is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission related defects in the genuine GM parts listed under Emission Parts Covered, including related diagnostic costs, parts and labor are covered by this warranty.

## Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is required in your area you may also be eligible for Emission Performance Warranty coverage when all of the following three conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner's manual supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test during the emission warranty period.
- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions (including the denial of the right to use the vehicle) under local, state, or federal law.

If all these conditions are met, GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the "Emission Warranty Parts List" later in this section which may be necessary to cause your vehicle to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Emission Performance Warranty.

## 2. California Emission Control Warranty

This section outlines the emission warranties that
General Motors provides for your vehicle in accordance
with the California Air Resources Board. Defects in
material or workmanship in GM emission parts may also
be covered under the New Vehicle Limited Warranty
Bumper-to-Bumper coverage. There may be additional
coverage on GM diesel engine vehicles. In any case,
the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the
following requirements:

- Your vehicle is registered in California **or other
  states adopting California emission and
  warranty regulations\*;**
- is certified for sale in California as indicated on the
  vehicle's emission control information label.

\* Currently MA and VT only. Note: NY and ME have
adopted California emission regulations, but not
California warranty regulations. The Federal Emission
Control Warranty applies in NY and ME.

### Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors
are pleased to explain the emission control system
warranty on your 2003 vehicle. In California, new motor
vehicles must be designed, equipped, and built to meet
the states' stringent anti-smog standards. GM must
warrant your vehicle's emission control system for the
periods of time and mileage listed previously under
"Federal Emission Control Warranty" provided there has
been no abuse, neglect, or improper maintenance of
your vehicle. Your vehicle's emission control system
may include parts such as the fuel injection system,
ignition system, catalytic converter, and engine
computer. Also included are hoses, belts, connectors,
and other emission related assemblies.

Where a warrantable condition exists, GM will repair
your vehicle at no cost to you including diagnosis, parts,
and labor.

### General Motors Warranty Coverage:

- For trucks with light duty or medium duty
  emissions:
  - For 3 years or 50,000 miles, whichever
    comes first:

    If your vehicle fails a smog check inspection,
    GM will make all necessary repairs and
    adjustments to ensure that your vehicle passes
    the inspection. This is your vehicle emission
    control system performance warranty.

    If any emission related part on your vehicle is
    defective, GM will repair or replace it. This
    is your short-term emission defects warranty.

16

- For 7 years or 70,000 miles, whichever comes first:

  If an emission related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your long-term emission control system defects warranty.

- For 8 years or 80,000 miles, whichever comes first:

  If the catalytic converter or vehicle (powertrain) control module is found to be defective, GM will repair or replace it under the Federal Emission Control Warranty listed previously.

- For heavy duty gasoline engine vehicles, the emission warranty period is 5 years or 50,000 miles, whichever comes first.

- For heavy duty diesel engine vehicles, the emission warranty period is 5 years, or 100,000 miles, or 3,000 hours of operation, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to General Motors specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

## Owner's Warranty Responsibilities:

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner's manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny you warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## What Is Covered

The parts covered under the Emission Control Systems Warranties are listed under the "Emission Warranty Parts List" later in this section.

## What Is Not Covered

The Emission Control Systems Warranties obligations do not apply to conditions resulting from tampering, abuse, neglect, or improper maintenance; or any other item listed under "What Is Not Covered" under *General Motors Corporation New Vehicle Limited Warranty on page 4*. The "Other Terms" presented under *General Motors Corporation New Vehicle Limited Warranty on page 4* also apply to the emission related warranties.

## 3. Emission Warranty Parts List

The parts that may affect your vehicle's emissions are on the following pages. These emission parts covered under emission warranties are as follows:

- **Federal coverage** – refer to the "Federal Emission Control Warranty" previously in this section.
- **California coverage** – refer to the "California Emission Control Warranty" previously in this section.

*Important:*   Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California emission coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal emission coverage. (Also applies to California certified Light Duty and Medium Duty vehicles.)

## Powertrain Control System

Barometric Pressure Sensor

Brake Switch

Camshaft Position Actuator Assembly *

Camshaft Position Actuator Valve

Coolant Fan Control Relay

Coolant Level Sensor

Data Link Connector

Electronic Throttle Control (ETC) Motor

Engine Control Module (ECM) **

Engine Coolant Temp. Sensor

Fast Idle Solenoid

Flexible Fuel Sensor *

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor (7/70 Tracker Only *)

Oxygen Sensors

Powertrain Control Module (PCM) **

Programmable Read Only Memory (PROM)

Throttle Position Sensor

Throttle Position Switch

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

## Transmission Controls and Torque Management

Manual Transmission Clutch Switch

Torque Converter Clutch Switch

Torque Converter Clutch Solenoids

Transmission Control Module **

Transmission Gear Selection Switch (Diesel)

Transmission Internal Mode Switch

Transmission Speed Sensors

**Fuel Management System**

Common Rail Assembly (6.6L DURAMAX™ Diesel) *

Diesel Fuel Injection Pump *

Diesel Fuel Injection Pump Timing Adjust

Diesel Fuel Injector Control Module – EDU
(6.6L DURAMAX™ Diesel) *

Diesel Fuel Temperature Sensor

Direct Fuel Injector Assembly
(6.6L DURAMAX™ Diesel) *

Function Block (6.6L DURAMAX™ Diesel)

Fuel Injector

Fuel Pressure Regulator

Fuel Rail Assembly

Fuel Rail Sensor (6.6L DURAMAX™ Diesel)

**Air Management System**

Air Cleaner

Air Cleaner Diaphragm Motor

Air Cleaner Resonator

Air Cleaner Temp. Compensator Valve

Air Intake Ducts

Charge Air Control Actuator

Charge Air Control Solenoid Valve

Charge Air Control Valve

Charge Air Cooler (6.6L DURAMAX™ Diesel) *

Charge Air Cooler Fan

Idle Air Control Valve

Idle Speed Control Motor

Intake Manifold *

Intake Manifold Tuning Valve

Intake Manifold Tuning Valve Relay

Supercharger Assembly *

Throttle Body *

Throttle Body Heater

Throttle Closing Dashpot

Turbocharger Assembly *

Turbocharger Boost Sensor (6.6L DURAMAX™ Diesel)

Turbocharger Oil Separator

Turbocharger Thermo Purge Switch

Vacuum Pump (6.6L DURAMAX™ Diesel)

20

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Distributor *

Distributor Cap

Distributor Pick Up Coil

Distributor Rotor

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Glow Plug Relay (Diesel)

Ignition Coil(s)

Ignition Control Module

Ignition Timing Adjustment

Knock Sensor

Spark Plug Wires

Spark Plugs

**Catalytic Converter System**

Catalytic Converter(s) and Muffler if attached as
assembly **

Exhaust Manifold (7/70 Only Cadillac 4.6L, Aurora 4.0L,
C/K Truck <14,000 GVWR 8.1L*)

Exhaust Manifold with Catalytic Converter attached **

Exhaust Manifold Gasket

Exhaust pipes and/or Mufflers (when located between
catalytic converters and exhaust manifold)

**Positive Crankcase Ventilation System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation System**

EGR Feed and Delivery Pipes or Cast-in Passages

EGR Valve

EGR Valve Cooler (6.6L DURAMAX™ Diesel)

EGR Vacuum Pump Assembly
(6.6L DURAMAX™ Diesel)

**Secondary Air Injection System**

Air Pump

Cutoff Valve

Check Valves

Vacuum Control Solenoid

**Evaporative Emission Control System (Gasoline Engines)**

Canister

Canister Purge Solenoid Valve

Canister Vent Solenoid

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Limiter Vent Valve *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank(s) *

Fuel Tank Vacuum or Pressure Sensor

**Miscellaneous Items Used with Above Components are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring

\* 7 years/70,000 miles, whichever comes first, California emission coverage.

\*\* 8 years/80,000 miles, whichever comes first, Federal emission coverage.
(Also applies to California Certified Light Duty and Medium Duty Vehicles.)

Parts specified in your maintenance schedule as requiring scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System warranties.

If equipped, items marked with an asterisk are covered by the California long-term emission control system Defects Warranty for 7 years/70,000 miles. (For example, if one of these parts causes a smog check failure after the 3 year/50,000 mile performance warranty has expired, the part is still covered for 7 years/70,000 miles.)

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

# 4. Things You Should Know About the Emission Control Systems Warranties

## Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "genuine GM parts," when used in connection with GM vehicles means parts manufactured by or for GM, designed for use on GM vehicles and distributed by any division or subsidiary of General Motors Corporation.

24

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in an emergency situation when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In an emergency, where an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred (including diagnosis), not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes an emergency. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to an emergency.

If, in an emergency situation, it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Emission Defect Warranty and Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or emergency repairs should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranties. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time (not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law).

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge. In the event a warranty matter is not handled to your satisfaction, refer to the "Customer Satisfaction Procedure" in this booklet under *Owner Assistance on page 27.*

For further information or to report violations of the emission control systems warranties, you may contact the EPA at:

Manager, Certification and Compliance
Division (6405J)
Warranty Claims
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

For a vehicle subject to the California Exhaust Emission standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## Owner Assistance

### Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE:  Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO:** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling

1-800-222-1020. (In Canada, contact GM of Canada Central Office in Oshawa by calling 1-800-263-3777: English or 1-800-263-7854: French).

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Please have the following information available to give the Customer Assistance Representative:

- Vehicle Identification Number (VIN) (This is available from the vehicle registration or title, or the plate above the left top of the instrument panel and visible through the windshield.)

- Dealer name and location

- Vehicle's delivery date and present mileage

When contacting Chevrolet, please remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE:** Both General Motors and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you should file with the GM/BBB Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

You may contact the BBB using the toll-free telephone number or write them at the following address:

BBB Auto Line
Council of Better Business Bureaus, Inc.
4200 Wilson Boulevard
Suite 800
Arlington, VA 22203-1804

Telephone: 1-800-955-5100

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. General Motors reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

## Assistance For Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the United States

28

## Chevrolet Roadside Assistance

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program. Please refer to your owner's manual for details, or consult your dealer. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA® (243-8872). This program is not available in Puerto Rico or the U.S. Virgin Islands.

## Chevrolet Courtesy Transportation

During the Bumper-to-Bumper warranty coverage period, interim transportation may be available under the Chevrolet Courtesy Transportation Program. Please consult your dealer for details.

## State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, General Motors requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. Your written notification should be sent to the Chevrolet Customer Assistance Center.

# Warranty Information for California Only

California Civil Code Section 1793.2(d) requires that, if General Motors or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, General Motors shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that General Motors has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

• The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by General Motors or its agents AND the buyer or lessee has directly notified General Motors of the need for the repair of the nonconformity: OR

• The same nonconformity has been subject to repair 4 or more times by General Motors or its agents AND the buyer has notified General Motors of the need for the repair of the nonconformity;

• The vehicle is out of service by reason of repair nonconformities by General Motors or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors Corporation
P.O. Box 33170
Detroit, MI 48232-5170

Fax Number: (313) 381-2617

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your Vehicle Identification Number (VIN).

30

## Special Policy Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special policy adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special policy adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your Vehicle Identification Number (VIN).

## Customer Assistance Offices

Chevrolet encourages customers to call the toll-free
telephone number for assistance. However, if you wish
to write or e-mail Chevrolet, refer to the address
listed below.

### United States

Chevrolet Motor Division
Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170

www.Chevrolet.com
1-800-222-1020
1-800-833-2438 (For Text Telephone devices
(TTYs))

Roadside Assistance:
1-800-CHEV-USA® (243-8872)
Fax Number: 313-381-0022

From Puerto Rico:
1-800-496-9992 (English)
1-800-496-9993 (Spanish)
Fax Number: 313-381-0022

U.S. Virgin Islands
1-800-496-9994
Fax Number: 313-381-0022

### Canada

Customer Assistance Centre, 163-005
General Motors of Canada Limited
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices
(TTYs))
Roadside Assistance: 1-800-268-6800

### Mexico, Central America and Caribbean Islands/Countries (Except Puerto Rico and U.S. Virgin Islands)

General Motors de Mexico, S. de R.L. de C.V.
Customer Assistance Center
Paseo de la Reforma # 2740
Col. Lomas de Bezares
C.P. 11910 Mexico, D.F.
01-800-508-0000
Long Distance: 011-52-53 29 0 800

32

**Don't Wait Until Your New Vehicle Limited Warranty – and Your Opportunity to Purchase the GM Protection Plan – Expire.**

Learn how to protect yourself, with the GM Protection Plan, against costly repairs after your new vehicle limited warranty expires. A monthly payment plan makes it convenient and affordable. Just call or mail this request and you'll find out how you can get the security of knowing you're covered if something breaks down.



### No–Obligation GM Protection Information Request

☐ YES!  Please send me free information about how I can protect myself from costly repair bills after my new vehicle limited warranty expires.

Name: _____

Address: _____ Apt#: _____

City: _____ State: _____ Zip: _____

Daytime Phone: ( ___ ) _____ Evening Phone: ( ___ ) _____

**Vehicle Information**

Vehicle Identification Number *(17 Digits)*

_____

Make/Model: _____ Year: _____

Purchase Date: _____ Mileage: _____

Complete and mail this request today and we'll send you FREE details about how you can add years and miles of protection.

Mail to:  **GM Protection Plan**
          **P.O. Box 02968**
          **Detroit, MI 48202**

**Or call 1–800–981–4667 toll–free for details today.**

33

# NOTES

34

## ✎NOTES

35

# NOTES

36