UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,            :
                                                       :
                Debtors.                            :    (Jointly Administered)
                                                       :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' Twenty-Third Omnibus Objection to Claims [Docket No. 7794].

Dated:  November 22, 2010                /s/ Alison Moodie
        Melville, New York               Alison Moodie

Sworn to before me this 22nd day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

| | |
|---|---|
| AJAX PAVING INDUSTRIES INC<br>830 KIRTS BLVD STE 100<br>PO BOX 7058<br>TROY, MI 48084-7058 | CONSUMERS ENERGY COMPANY<br>ATTN MICHAEL G WILSON (P33263)<br>ONE ENERGY PLAZA<br>JACKSON, MI 49201 |
| EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US<br>ANNA HATHAWAY<br>ONE SHELL PLAZA RM 1162<br>910 LOUISANA<br>HOUSTON, TX 77002 | IMPACT GROUP<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>12977 N 40 DR STE 300<br>SAINT LOUIS, MO 63141-8656 |
| OCE NORTH AMERICA INC<br>ATTN  LEE ANN PETERICK<br>5600 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487 | |