UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                            :   Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :   Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,       :
                                                 :
           Debtors.                              :   (Jointly Administered)
                                                 :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Marianne Lisenko, C/O Wilmington Trust C/O Edward Jones Co. P.O Box 34132, Washington, DC 20043 (affected party):

- Supplemental Order Granting Debtors' Sixty-First Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 7813].

Dated: November 23rd, 2010
       Melville, New York

/s/ Kathy-Ann Awkward
Kathy-Ann Awkward

Sworn to before me this 23rd day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011