UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                    ) ss
COUNTY OF SUFFOLK    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Nick Zonas and Diane Zonas, 10380 SW 74th Ct, Ocala, Fl 34476-4100 (affected party):

- Supplemental Order Granting Debtors' Sixty-Fifth Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 7815].

Dated:  November 23rd , 2010          /s/ Kathy-Ann Awkward
            Melville, New York                    Kathy-Ann Awkward

Sworn to before me this 23rd day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011