**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on November 22, 2010, I caused to be served true and correct copies of *Objection by General Motors LLC to Pro Se Motion to Show Cause Why General Motors LLC and its Corporate Governance Should Not be Held in Contempt for Intentionally Violating This Court's Orders While Terrorizing A Disabled Combat Veteran and His Family* (with Exhibits A, B, C and D), by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email, overnight mail and/or first class mail delivery, postage prepaid, at the last known addresses as indicated on Exhibit A.

Dated: November 23, 2010
      New York, New York

                                    Respectfully submitted,

                                    /s/ Scott Davidson
                                    Arthur Steinberg
                                    Scott Davidson
                                    KING & SPALDING LLP
                                    1185 Avenue of the Americas
                                    New York, New York  10036
                                    Telephone:  (212) 556-2100
                                    Facsimile:  (212) 556-2222
                                    Attorneys for General Motors LLC
                                    f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com
Pablo Falabella, Esq.
Pablo.falabella@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  Ted Stenger
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.
tmayer@kramerlevin.com
Robert Schmidt, Esq.
rschmidt@kramerlevin.com
Lauren Macksoud, Esq.
lmacksoud@kramerlevin.com
Jennifer Sharret, Esq.
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  Trevor W. Swett III, Esq.
tws@capdale.com
Kevin C. Maclay, Esq.
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  Elihu Inselbuch, Esq.
ei@capdale.com

Rita C. Tobin, Esq.
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  Sander L. Esserman, Esq.
esserman@sbep-law.com
Robert T. Brousseau, Esq.
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  David S. Jones, Esq.
david.jones6@usdoj.gov

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:  Tracey Hope Davis, Esq.

**Billy Ray Kidwell**
5064 Silver Bell Drive
Port Charlotte, FL  33948