UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                             :   Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,       :
                                                  :
        Debtors.                          :   (Jointly Administered)
                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Sharyn F. Weinstein, 2916 Haddon Drive, Las Vegas, Nevada 89134 (affected party):

- Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 7816].

Dated: November 18, 2010            /s/ Kathy-Ann Awkward
      Melville, New York           Kathy-Ann Awkward

Sworn to before me this 23rd day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011