United States Bankruptcy Court
Southern District of New York

In re: Motors Liquidation Company, et al.  
(f/k/a General Motors Corporation)

Case No. 09-50026(Reg)

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee**<br>**Standard General Master Fund LP** | **Name of Transferor**<br>**Amber Dunn** |
| Name and Address where notices to transferee should be sent: | Court Record Address of Transferor<br>(Court Use Only) |
| **Standard General Master Fund LP**<br>**c/o Standard General LP**<br>**650 Madison Avenue**<br>**New York, NY 10022**<br>**Attention: David Glazek**<br>**Tel. No.: (212) 610-9176**<br>**Fax: (212) 610-9171**<br>**Email: dglazek@stdgen.com** | Last Four Digits of Account #: |
| Last Four Digits of Account #: | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>**Amber Dunn**<br>**c/o Angelo & DiMonda**<br>**1721 N. Sepulveda Blvd**<br>**Manhattan Beach, CA 90266** |

Court Claim # (if known): **Claim numbers 5470 and 5512**
Aggregate Claim Amount: **$2,250,000 (originally filed in the amount of $40,000,000 and stipulated pursuant to the Stipulation and Settlement Resolving Claim No. [5470, 5512] dated November 17, 2010)**
Date Claims Filed: **October 6, 2009**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

―DEADLINE TO OBJECT TO TRANSFER―

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____         _____
                                  CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Amber Dunn ("*Assignor*") hereby unconditionally and irrevocably sells, transfers and assigns Standard General Master Fund, LP ("*Assignee*") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $2,250,000 (Claim Numbers 5470 and 5512 originally filed in the amount of $40,000,000 and stipulated to $2,250,000 with respect to Claim Number 5470) against Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.,. ("*MLC*" and together its affiliates, the "*Debtors*"), a debtor in possession in the chapter 11 cases, jointly administered under case number 09-50026 (the "*Cases*"), in the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of November 2010.

ASSIGNOR:

By: _____
Amber Dunn

ASSIGNEE:

Standard General Master Fund LP

By: _____
Name: _____
Title: _____

Hillary B. Crabtree
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28210
Telephone: 704-331-3571
Facsimile: 704-339-5968

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case No. |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.* | ) | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned is over 18 years of age and on this day served copies of the NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY to be placed in an envelope and mailed postage prepaid to:

Daniel R. Murray
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 60601 1

David R. Berz
Weil Gotshal & Manges, LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

CHAR2\1285934v1

Donald F. Baty, Jr.
Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Adam C. Rogoff
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Garden City Group Claims Agent
105 Maxess Road
Melville, NY 11747

Date:   November 23, 2010                    /s/ Hillary B. Crabtree

CHAR2\1285934v1