UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,                :
                                                         :
             Debtors.                                    :    (Jointly Administered)
                                                         :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On November 17, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Joyce Hartom, 220 Bourbon Court, Rochester Hills, Michigan 48307 (affected party):

- Supplemental Order Granting Debtors' Eightieth Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) [Docket No. 7817].

Dated:  November 18, 2010             /s/ Kathy-Ann Awkward
        Melville, New York            Kathy-Ann Awkward

Sworn to before me this 23rd day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011