# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ■ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Givaudan Fragrances Corporation<br>c/o Louis F. Solimine<br>Thompson Hine LLP<br>Suite 1400 – 312 Walnut Street<br>Cincinnati, Ohio 45202 |
| Claim Number (if known): | 47936 |
| Date Claim Filed: | November 25, 2009 |
| Total Amount of Claim Filed: | Undetermined |

[RECEIVED NOV 2 2 2010 U.S. BANKRUPTCY COURT, SDNY]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 16, 2010

Print Name: Louis F. Solimine
Title: Attorney for Creditor

US_ACTIVE:\43219392\02\72240.0639