# EXHIBIT "H"

PURCHASE PROCEDURES MANUAL

EFFECTIVE AS OF DECEMBER 4, 1984

Between

NEW UNITED MOTOR MANUFACTURING INC.

and

GENERAL MOTORS CORPORATION

NUMMI - P. P. M.
Page 1

2009年 4月17日 17時48分    トミタ自動車 (株) 水岡事業対    NO. 0614    P. 2/26

PURCHASE PROCEDURES MANUAL

I.    General Understandings

II.    Definitions

    A.    Definitions from the Agreements

    B.    Additional Definitions

III.    Products

    A.    Requirement Schedules

    B.    Deviation from Requirement Schedules

    C.    Transfer & Delivery of Product

    D.    Payments

    E.    GM Supplied Materials

2009年 4月 7日 17時48分    NO. 0614    P. 3/26

2/2 (4/17)

## 1.  General Understandings

There is in effect between New United Motor
Manufacturing Inc. ("NUMMI"), General Motors Corporation
("General Motors"), and Toyota Motor Corporation ("Toyota") a
Vehicle Supply Agreement, and a Product Responsibility
Agreement, dated the 21st Day of February 1984, which cover
the terms and provisions applicable to the supply by NUMMI of
specified motor vehicles and their purchase by General
Motors.

This Purchase Procedures Manual has been prepared
in conformance with the requirements of the Vehicle Supply
Agreement.  This Manual sets forth certain of the terms and
provisions and procedures that will be applicable to the
supply, transfer, and purchase of Products under the Vehicle
Supply Agreement.

The procedures, terms, and provisions set forth in
this Purchase Procedures Manual, when signed on behalf of
NUMMI and General Motors, shall be deemed to be incorporated
in and to be a part of the Agreements to the extent referred
to or incorporated therein.

The terms and provisions set forth in this Purchase
Procedures Manual may be changed at any time by mutual
agreement in writing signed by duly authorized officers or
representatives of NUMMI and General Motors. Any change shall
be reflected in appropriately dated revision sheets to this
Manual.

II. <u>Definitions</u>

A.    <u>Definitions from the Agreements</u>

The various terms to which meanings are
ascribed in Section I of this Purchase Procedures Manual
and which are defined in the "Definitions" Sections of
the Vehicle Supply Agreement or the Product Responsibility
Agreement shall have the meanings ascribed to them
therein, as applicable, when they are used in this
Manual provided, however, that items that are covered by
the term Products, when used in any portion of this
Manual covering Products purchased by a specific General
Motors Division, Group, or Subsidiary shall mean only
such items as are specifically described in and covered
by applicable Requirement Schedules and Sales Contracts
executed by a General Motors Division, Group, or Subsidiary
with NUMMI in accordance with the provisions of the
Agreements.

B.    <u>Additional Definitions</u>

In addition to the definitions referenced
in Section II-A of this Procedure, the following terms
shall have the following meanings when used in this
Manual:

(1)    "Purchaser" means General Motors or any
Designated General Motors Division, Group, or
Subsidiary of General Motors that has signed
this Manual.

(2)    "Supplier" means NUMMI with respect to
Vehicles and Optional Equipment supplied
pursuant to the Vehicle Supply Agreement.

(3)    "Requirement Schedules" means the
schedules established under the applicable
provisions of this Purchase Procedures Manual
pursuant to which the General Motors
Designated Division, Group, or Subsidiary will
make commitments to purchase Products in
accordance with the Vehicle Supply Agreement.

(4)    "Unit Price" means the selling price
between NUMMI and the General Motors
Designated Division, Group, or Subsidiary
established for Products pursuant to

6/19

Subsection 4.3 of Section IV of the Vehicle
Supply Agreement.


(5)  "Sales Contract" means the individual
sales contract established between NUMMI and
General Motors Designated Division, Group, or
Subsidiary pursuant to Subsection 4.2 of
Section IV of the Vehicle Supply Agreement.


(6)  "Katashiki" means the Code assigned by
Toyota which is designated by the vehicle
attributes of:


        ~ Engine Type ~
        - Drive Position (Left/Right)
        - Model Name
        ~ Body Type
        ~ Transmission Type
        - Trim Grade
        ~ Engine Emission Controls
        ~ Sales Destination Area


(7)  "C-P-C" means the Chevrolet-Pontiac-GM of
Canada Group.


(8)  "Group" means the Chevrolet-Pontiac-GM of
Canada Group organization within General
Motors.

III.  Products

A.  Requirement Schedules

   (1)  General

      On the first business day of each week (the
      "submission week") Purchaser shall submit to the
      Supplier the following:

      (i)  A Final Requirement Schedule which covers the
          Products to be delivered in the 2nd week
          following the submission week.

      (ii)  Fixed Requirement Schedules which cover the
           Products to be delivered in each of the 3rd,
           4th, 5th, 6th and 7th week following the
           submission week.

      (iii)  Preliminary Requirement Schedules which cover
            the Products to be delivered in each of the
            8th, 9th, 10th, and 11th week following the
            submission week.

      The content and format of Requirement Schedules
      shall be as mutually agreed upon by Supplier and
      Purchaser in conformity with this Section III-A.

   (2)  Preliminary Requirement Schedule

      Each Preliminary Requirement Schedule shall specify
      the volumes of Products that, as of the date of
      submission, are estimated to be required by the
      Purchaser.

      The estimated volumes of Products to be delivered
      in the weeks following the submission week will be
      reestimated or reconfirmed by the Preliminary
      Requirement Schedule to be submitted by the
      Purchaser in each of the succeeding weeks subject
      to the conditions set forth herein.

   (3)  Fixed Requirement Schedule

      The Fixed Requirement Schedule which covers the
      Products to be delivered in the 7th week following
      the submission week shall specify the fixed volumes
      in terms of the Katashiki of Product.  In
      submitting subsequent Fixed Requirement Schedules
      for this same week, volume deviations are not
      allowed for Katashiki.  When the Katashiki volume

to be delivered in the 7th week following the
submission week is fixed, the deviation from the
fixed Katashiki volumes for the immediate prior
production week shall be limited to ten (10)
percent.

(4)   Final Requirement Schedule

A Final Requirement Schedule shall specify the
volumes of Product to be delivered in the 2nd week
following the submission week for which Purchaser
places a firm order. Unless otherwise notified by
rapicom or telex or by telephone confirmed by
rapifax or telex by Supplier to Purchaser within
two days after receipt of a Final Requirement
Schedule, the Final Requirement Schedule shall be
considered accepted and a Sales Contract shall be
deemed formed accordingly. The deviation from the
Final Requirements Schedule for products to be
delivered in the 2nd week following submission week
when compared to the Final Requirements Schedule
for the immediate prior production week shall be
limited to:

    - 10% for option specifications of:

        Emission System
        Power Steering
        Electric Door Locks
        Cruise Control

    - 20% for all other option specifications.

    - No restriction for exterior paint colors.

(5)   Transitional Procedures

The provisions on the Requirement Schedules in the
preceding subsections shall not apply in the case
of new start-up of Product production, in the case
of Product whose production will be discontinued or
introduced for any proposed full model change,
minor model change, year model change or change of
major components or specifications of Product and
in the case of discontinuance of Product production
for other reasons.  In such cases the Supplier and
Purchaser shall mutually agree upon the procedures
for order and acceptance.

B,   Deviations from Requirement Schedules

   (1)   In the event the Supplier determines that it is
         unable to manufacture Products in accordance with
         the Final Requirement Schedules submitted pursuant
         to Section III-A hereof, the Supplier shall so
         notify the Purchaser by rapicom or telex or by
         telephone confirmed by rapicom or telex within two
         (2) business days.  Such notification shall include
         any proposed changes to the affected Final
         Requirement Schedules.

   (2)   The Purchaser shall advise the Supplier within one
         (1) business day of receipt of notification as to
         the acceptability of the proposed changes, if any,
         suggested by the Supplier pursuant to the preceding
         subsection or advise that the Product so affected
         are to be removed from the applicable Final
         Requirement Schedules.  After agreement is reached
         between Supplier and Purchaser on deviation from
         the Final Requirement Schedule, a Sales Contract
         shall be deemed formed accordingly.

C.   Transfer and Delivery of Products

   (1)   Delivery of all Products by the Supplier to the
         Purchaser shall be made in accordance with
         subsection 4.4 of Section IV of Vehicle Supply
         Agreement.  Title to and risk of loss of the
         Products shall pass from Supplier to Purchaser upon
         such delivery in accordance with Subsection 4.6 of
         Section IV of the Vehicle Supply Agreement.

   (2)   Supplier shall furnish a vehicle production record,
         "D" Record, to Purchaser at the time of delivery of
         each vehicle, which shall specify (to the extent
         applicable):

            i. Date and shift of production
           ii. Identification Number (assigned by C-P-C)
          iii. Vehicle Identification Number
           iv. Engine Serial Number
            v. Key Codes
                 . Ignition
                 . Door and Compartment
           vi. Tire Manufacturer Codes

   (3)   In the event any action is taken by Supplier from
         the time of preparation of the foregoing records

that alters any Product actually delivered to C-P-C
in such a manner as to affect the accuracy of such
records, Supplier shall notify Purchaser of the
alteration and shall submit to Purchaser correct
and superseding information in connection
therewith.

In the event any tire is replaced on a vehicle due
to defects or damage, the replacement tire shall be
one made by the manufacturer of the remaining tires
on the vehicle.

D.    Payments

(1)    All amounts payable by the Purchaser to Supplier
       for or in connection with the supply and purchase
       of Product shall be computed by the Purchaser based
       on vehicles delivered, together with vehicle
       production records in accordance with subsection
       C(2) of Section III of this Procedure, and the
       prices for the vehicles and options contained
       thereon.    The prices are those which are mutually
       agreed upon between the Purchaser and the Supplier.
       In order to ensure prompt payment, the Purchaser
       shall generate a two-part priced receiver (Refer to
       Exhibit A).    The original copy will be used by the
       Purchaser and the duplicate copy will be forwarded
       to the Supplier by facsimile on the business day
       following the day of delivery of the vehicles.

(2)    Payment shall be made by wire transfer to the bank
       designated in writing by the Supplier in accordance
       with Exhibit B.    Payment for Products delivered,
       together with vehicle production records per
       subsection C(2) of Section III of this Procedure,
       prior to second shift on day one shall be made on
       business day three.    Payments for Products delivered,
       together with vehicle production records per
       subsection C(2) Section III of this Procedure,
       after the commencement of second shift on such day
       one and prior to second shift on day two shall be
       made on day four.    Thereafter, payment shall be
       made on each succeeding business day covering prior
       days receipts.    Payments scheduled during holidays
       and at year end will be made as mutually agreed by
       Purchaser and Supplier.

11/17

D.    Payments    (Continued)

The Supplier shall be responsible for reconciling
any discrepancies that may exist.  Adjusting
documents issued by either the Purchaser or
Supplier generated by this reconcilement as a
result of quantity, price and option content
differences shall use Unit Prices applicable to the
invoice being adjusted.  Payment for adjusting
documents by either Purchaser or Supplier shall be
reflected in the daily wire transfer made by
Purchaser to Supplier, two business days after
receipt of the aforementioned adjusting invoice.

E.    GM Supplied Materials

C-P-C shall be responsible for the purchase and
installation of the following material after receipt of
the Product from the Supplier:

1.    Glove Box Material

Owner's Manual
Maintenance Schedule
Warranty and Owner Assistance Manual
Warranty Folder (Tires)
Seat Belt Life Insurance Policy

2.    Fuel Economy and Price Label

3.    Service Label

4.    Notice to Buyer Label (California Only)

5.    License Plate Attaching Hardware

6.    Predelivery Inspection Envelope

2009年 4月 7日 17時56分   トヨタ自動車（株）米州事業部                  NO. 0614   P. 11/26

12/17

The agreement of NUMMI and General Motors to the
provisions of this Purchase Procedures Manual is signified by
the execution in triplicate on their respective behalf by
their duly authorized representatives, as follows:


APPROVED DATE:  _____12/15/85_____

FOR:  ___NEW UNITED MOTOR MANUFACTURING INC.___

BY:  _____K. Higashi_____
                K. Higashi

TITLE:  _____Executive Vice President_____



APPROVED DATE:  _____10-28-85_____

FOR:  ___GENERAL MOTORS CORPORATION___

BY:  _____John F. Smith_____
                John F. Smith

TITLE:  _____Director_____
           International & Joint Venture Programs
           Chevrolet-Pontiac-GM of Canada Group

EXHIBIT H
Page 1 of 4

CHEVROLET MOTOR DIVISION
CENTRAL OFFICE
30007 VAN DYKE
WARREN, MI 48090

INVOICE NUMBER

DATE 89/09/19
TIME 22:02:42

NEW UNITED MOTOR
DAILY PRICED RECEIPT TOTAL
PRODUCTION DATE ENDING 890918 SHIFT 1

TOTAL UNITS PRODUCED                45

TOTAL MODEL AMOUNT          277,144.00

TOTAL OPTION AMOUNT          74,883.00

GRAND TOTAL M AND O AMOUNT  352,027.00

Page 2 of 4

CHEVROLET MOTOR DIVISION
NEW UNITED MOTOR DAILY RECEIPTS
PRODUCTION DATE ENDING 25078 SHIFT 1

MODEL YEAR 1985    DATE 25/03/18    TIME 22:03:42
PAGE 1

MFGRITMO
PLANT 12

| MODEL/OPTION | PRODUCTION DATE | RESTRICTED MODEL | UNITS | PER UNIT CONTRACT PRICE | TOTAL |
|---|---|---|---|---|---|
| 15K19 | 85003 | | 49 | 8,858.00 | 277,744.00 |
| | | TOTAL | 49 | | 277,144.00 |

EXHIBIT A
Page 3 of 4
TIME 21:03:41
PAGE

PDRGTNO
PLANT 12

CHEVROLET MOTOR DIVISION
NEW UNITED MOTOR DAILY RECEIPTS
PRODUCTION DATE ENDING 85078 SHIFT 1

MODEL YEAR 1985  DATE 85/03/19

| MODEL/OPTION | PRODUCTION DATE | RESTRICTION MODEL | UNITS | PER UNIT CONTRACT PRICE | TOTAL |
|---|---|---|---|---|---|
| AU3 | 8500Y | 15K19 | 16 | 132.00 | 2,112.00 |
| B42 | 8500Y | 15K19 | 18 | 76.00 | 288.00 |
| E4M | 8500Y | 15K19 | 33 | 330.00 | 10,890.00 |
| C49 | 8500Y | 15K19 | 49 | 27.00 | 1,323.00 |
| C60 | 8500Y | 15K19 | 49 | 477.00 | 23,373.00 |
| D15 | 8500Y | 15K19 | 49 | 14.00 | 686.00 |
| D34 | 8500Y | 15K19 | 0 | 121.00 | 0.00 |
| K34 | 8500Y | 15K19 | 24 | 114.00 | 2,736.00 |
| KA1 | 8500Y | 15K19 | 41 | 283.00 | 11,603.00 |
| M41 | 8500Y | 15K19 | 49 | 156.00 | 7,644.00 |
| PY6 | 8500Y | 15K19 | 8 | 304.00 | 2,432.00 |
| Y74 | 8500Y | 15K19 | 24 | 20.00 | 480.00 |
| UM6 | 8500Y | 15K19 | 24 | 284.00 | 6,816.00 |
| UM7 | 8500Y | 15K19 | 25 | 180.00 | 4,500.00 |
| UN3 | 8500Y | 15K19 | 0 | 52.00 | 0.00 |
| | | TOTAL | 0 | | 74,883.00 |
| | | MODEL TOTAL | | | 277,144.00 |
| | | OPTION TOTAL | | | 74,883.00 |
| | | M AND O TOTAL | | | 352,027.00 |
| | | GRAND TOTAL | | | 352,027.00 |

PD8031HD
CHEVROLET MOTOR DIVISION
CENTRAL OFFICE
30001 VAN DYKE
WARREN, MI 48090

NEW UNITED MOTOR
DAILY PRODUCTION BY IDENT REPORT
PRODUCTION DATE ENDING 85078 SHIFT 1

MODEL YEAR 1985   DATE 85/03/19   TIME 21:57:00
Page 4 of 4
PAGE

| VEHICLE IDENT | NUMMI PER UNIT PURCHASE PRICE | VEHICLE IDENT | NUMMI PER UNIT PURCHASE PRICE | VEHICLE IDENT | NUMMI PER UNIT PURCHASE PRICE |
|---|---|---|---|---|---|
| 090008 | 0.00 | 090019 | 0.00 | 090023 | 0.00 |
| 090025 | 0.00 | 090041 | 0.00 | 100007 | 0.00 |
| 100006 | 0.00 | 100010 | 0.00 | 100011 | 0.00 |
| 100014 | 0.00 | 100040 | 0.00 | 100049 | 0.00 |
| 100051 | 0.00 | 100052 | 0.00 | 100054 | 0.00 |
| 100055 | 0.00 | 110003 | 0.00 | 110004 | 0.00 |
| 110013 | 0.00 | 110019 | 0.00 | 110020 | 0.00 |
| 110023 | 0.00 | 110024 | 0.00 | 110027 | 0.00 |
| 110028 | 0.00 | 110030 | 0.00 | 110040 | 0.00 |
| 110049 | 0.00 | 110062 | 0.00 | 110071 | 0.00 |
| 110078 | 0.00 | 120005 | 0.00 | 120006 | 0.00 |
| 120008 | 0.00 | 120009 | 0.00 | 120010 | 0.00 |
| 120014 | 0.00 | 120018 | 0.00 | 120019 | 0.00 |
| 120020 | 0.00 | 120053 | 0.00 | 120034 | 0.00 |
| 120036 | 0.00 | 120040 | 0.00 | 120046 | 0.00 |
| 120051 | 0.00 | 120058 | 0.00 | 120059 | 0.00 |
| 120078 | 0.00 | | | | |

TOTAL UNITS   45   TOTAL PURCHASE PRICE   0.00

16/

PAYMENT SCHEDULE
NEW UNITED MOTOR MANUFACTURING INC.

EXHIBIT 8

| DAY | MON | TUES | WED | THUR | FRI | SAT | SUN | MON | TUES | WED | THUR | FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUMBER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | 1st Shift | | Payment | | | | | | | | | |
| | 2nd Shift | | | Payment | | | | | | | | |
| | | 1st Shift | | | | | | | | | | |
| | | 2nd Shift | 1st Shift | | | | | | | | | |
| | | | 2nd Shift | 1st Shift | | | | Payment | | | | |
| | | | | 2nd Shift | 1st Shift | | | | Payment | | | |
| | | | | | 2nd Shift | | | 1st Shift | | Payment | | |
| | | | | | | | | 2nd Shift | 1st Shift | | Payment | |
| | | | | | 2nd Shift | 1st Shift | | | 2nd Shift | 1st Shift | | Payment |
| | | | | | | 2nd Shift | 1st Shift | 1st Shift | Payment | | | |
| | | | | | | 1st Shift | 2nd Shift | 2nd Shift | Payment | | | |
| | | | WEEKEND WORK - SAT. | | | 2nd Shift | | Payment | | | | |
| | | | | | | | 1st Shift | | | | | |
| | | | SAT & SUN | | | | 2nd Shift | Payment | | | Payment | |