**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

November 17, 2010

Trevor W. Swett III
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.,
Suite 1100,
Washington, DC  20005

Re:  Motors Liquidation Company, et al., etc., et al., Debtors // To: Cooper Industries

Case No.  09-50026

Dear Sir/Madam:

We are herewith returning the Notice of Hearing, Application, Exhibits Letter which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Cooper Industries. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Paula Kash
Sr. Process Specialist

Log# 517.614620

FedEx Tracking# 794125777959

cc:  United States Bankruptcy Court, Southern District
     Hamilton U.S. Custom House,
     1 Bowling Green,
     New York, NY  10004-1408

RECEIVED
NOV 22 2010
U.S. BANKRUPTCY COURT, SDNY