# FELDMAN, FRANDEN, WOODARD & FARRIS

ATTORNEYS AT LAW

BELINDA E. AGUILAR
SARAH E. BUCHAN
JOSEPH R. FARRIS
ROBERT A. FRANDEN
JASON GOODNIGHT Δ ‡
MILLICENT HUGHES
NATHAN H. MAYENSCHEIN
MICHAEL J. O'MALLEY
HARRY A. PARRISH
PAULA J. QUILLIN
CURTIS J. ROBERTS
JEREMY K. WARD
JOHN R. WOODARD, III

Δ ADMITTED IN ARKANSAS
‡ ADMITTED IN TEXAS

OF COUNSEL:
RAYMOND G. FELDMAN

WILLIAMS CENTER TOWER II
TWO WEST 2ND STREET
SUITE 900
TULSA, OK 74103

FULBRIGHT BUILDING
217 EAST DICKSON STREET
SUITE 106
FAYETTEVILLE, AR 72701

TELEPHONE (918) 583-7129
FAX (918) 584-3814
WWW.TULSALAWYER.COM

NOVEMBER 16, 2010

Clerk, United States Bankruptcy Court
    for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    Name of Debtor: Motors Liquidation Company
             Case No. 09-50026

Dear Court Clerk:

    Enclosed please find the original and one copy of Liberty Mutual Insurance Co. and Basic Energy Services, Inc.'s Withdrawal of Claim in the above-referenced matter. Please file the two documents and return a file-stamped copy in the self-addressed, stamped envelope enclosed for your convenience.

Very truly yours,

Jeremy K. Ward
For the Firm

JKW/mlt
Enclosures
Cc:    Motors Liquidation Company



# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Basic Energy Services, Inc. 2 W. 2nd St., Suite 900 Tulsa, OK 74103 |
| Claim Number (if known): | 354 |
| Date Claim Filed: | |
| Total Amount of Claim Filed: | $348,379.72 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-16-10

Print Name: Jeremy Ward

Title (if applicable): Lawyer

US_ACTIVE:\43219392\02\72240.0639



# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Liberty Mutual Insurance Co. 2 W. 2nd St., Suite 900 Tulsa, OK 74103 |
| Claim Number (if known): | 855 |
| Date Claim Filed: | |
| Total Amount of Claim Filed: | $348,379.72 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-16-10

Print Name: Jeremy Ward

Title (if applicable): Lawyer



US_ACTIVE:\43219392\02\72240.0639