# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Johnson Controls, Inc. (as member of Rasmussen Site Remediation Group)<br>c/o Ned Witte<br>Gonzalez Saggio Harlan LLP<br>225 E. Michigan, WI 53202 |
| Claim Number (if known): | 31994 |
| Date Claim Filed: | November 20, 2010 |
| Total Amount of Claim Filed: | $5,933,609 |

[RECEIVED stamp: NOV 22 2010, U.S. BANKRUPTCY COURT, SDNY]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/18/10

[Signature]

Print Name: EDWARD B WITTE

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Johnson Controls, Inc. (as member of Metamora Landfill Group)<br>c/o Ned Witte<br>Gonzalez Saggio Harlan LLP<br>225 E. Michigan, WI 53202 |
| Claim Number (if known): | 31996 |
| Date Claim Filed: | November 20, 2010 |
| Total Amount of Claim Filed: | $10,264,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/18/10

Print Name: EDWARD B WITTE

Title (if applicable): _____

*RECEIVED NOV 22 2010 U.S. BANKRUPTCY COURT, SDNY*