# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                        :
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :
      f/k/a General Motors Corp., *et al.*    :     Chapter 11
                                                              :     Case No. 09-50026 (REG)
                                                              :     (Jointly Administered)
               Debtors.            :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On November 24, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7905) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 24th day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Amber Dunn
c/o Angelo & DiMonda
1721 N. Sepulveda Boulevard
Manhattan Beach, CA 90266

Lisa D. Gaffney, as Guardian of Amber Dunn
c/o Angelo & DiMonda
1721 N. Sepulveda Boulevard
Manhattan Beach, CA 90266

<u>TRANSFEREE</u>

Standard General Master Fund LP
c/o Standard General LP
Attn: David Glazek
650 Madison Avenue
New York, NY 10022