**EXHIBIT G**

2009年 4月17日 17時59分    トヨタ自動車(株)本湖事業団    NO. 0614    P. '7/26

MANUAL FOR ALLOCATION OF NUMMI PRODUCTION

BETWEEN GM AND TMS

<u>EFFECTIVE AS OF SEPTEMBER 1, 1986</u>


Between

GENERAL MOTORS CORPORATION

TOYOTA MOTOR CORPORATION

TOYOTA MOTOR SALES, U.S.A., INC.

and

NEW UNITED MOTOR MANUFACTURING, INC.

2009年 4月17日 17時59分    トヨタ自動車(株)本湖事業団

2009年 4月17日 18時00分    トヨタ自動車（株）米州事業部    NO. 0614    P. 18/26

# MANUAL FOR ALLOCATION OF NUMMI PRODUCTION

## BETWEEN GM AND TMS

I. General Understandings

II. Definitions

III. Allocation Procedures

    A.    Annual Allocation Plan

    B.    Monthly Allocation

    C.    Weekly Vehicle Order

    D.    Capacity Shortfall

2009年 4月17日 18時00分    トヨタ自動車（株）米州事業部    NO. 0614    P. 18/26

## I.   General Understandings

There is in effect between General Motors Corporation ("GM"),
Toyota Motor Corporation ("TMC") and New United Motor Manufactur-
ing, Inc. ("NUMMI") an Agreement on Manufacture of Toyota-
Specific Vehicles, dated the 31st day of March, 1986,
("Agreement"), which sets forth the general understanding for
allocating NUMMI production between GM and Toyota Motor Sales,
U.S.A., Inc. ("TMS") beginning with the 1987 calendar year.

NUMMI production allocation covering that portion of the 1986
calendar year during which production of the Toyota-Specific
Vehicle will commence shall be separately agreed upon by the
parties in conformance with the understanding of Section 2.5 of
the Agreement.

This Manual for Allocation of NUMMI Production between GM and
TMS ("Manual") has been prepared in conformance with the
requirements of the Agreement, and as specifically required
under Section 2.5 of the Agreement.  This Manual sets forth
procedures for allocation of NUMMI production between GM and TMS
beginning with the 1987 calendar year.

- 1 -

2009年 4月 7日 18時01分   トヨタ自動車(株)系列事業部                    NO. 0614   P. 20/26

In addition to the requirements of the Agreement, it is
understood that in the implementation of this Manual the parties
recognize that it is of great importance to keep a smoothed
production flow for the purpose of maintaining high quality
vehicles and facilitating high efficiency in NUMMI's production
and in GM's and TMS's distribution and marketing of vehicles.


The procedures set forth in this Manual, when signed on behalf
of GM, TMC, TMS and NUMMI, shall be deemed to be incorporated in
and to be a part of the Agreement.


The procedures set forth in this Manual may be changed at any
time by mutual agreement in writing signed by duly authorized
officers or representatives of GM, TMC, TMS and NUMMI.  Any
change shall be reflected in appropriately dated revision sheets
to this Manual.


## II.  Definitions


The terms which are not defined in this Manual shall have the
same meanings as terms defined in the Agreement or Purchase
Procedures Manual between NUMMI and GM, effective as of December
4, 1984.

2009年 4月17日 13時02分    トヨタ自動車(株)米州事業部                    NO. 0614   P. 21/26

## III.   Allocation Procedures

### A.   Annual Allocation Plan

Beginning with the 1986 calendar year and each calendar year
thereafter, NUMMI shall develop an annual production and
allocation plan, expressed on a monthly basis, for the
subsequent calendar year in accordance with Section 2.5 of the
Agreement, and notify GM, TMC and TMS of such plan in writing in
June of each year.

Within a month after receipt of NUMMI's proposal, GM, TMC and
TMS shall review such plan and respond in writing to NUMMI.
Based on the response by GM, TMC and TMS, NUMMI will adjust its
initial proposal, if necessary, and negotiate any unresolved
issue with the parties.  In any event, the annual plan for the
subsequent year shall be developed by September 1 of the prior
calendar year.  This annual plan shall be expressed on a
calendar week basis, and shall be revised, if necessary, in
accordance with this Manual.

### B.   Monthly Allocation

Each month NUMMI will meet separately with GM and TMS in a

- 3 -

Planning Meeting.  Each Planning Meeting shall be designated for
a specific month and shall be held within a period from ten (10)
days prior to five (5) days after the first day of the specified
month.  The meeting dates shall be separately decided by the
parties.  At this Planning Meeting:

(1)  GM and TMS will agree with NUMMI to a fixed allocation of
total production capacity for the third month following the
specified  month of the meeting (e.g. at the October 1986
Planning Meeting for January 1987).  This allocation shall be
expressed on a weekly basis.  If the allocated production
capacity in a given calendar week is not fully requested by GM
or TMS, that capacity shall be deemed forfeited.  This forfeited
capacity will be made available to the other party in that
calendar week.  GM and TMS shall be bound by and shall accept
such fixed allocation unless NUMMI agrees to change such
allocation upon the request of TMS or GM made more than seven
(7) weeks prior to the production week provided that the
allocation of the party not requesting a change either remains
the same or is changed with that party's agreement.  Allocation
changes shall not be allowed within seven (7) weeks prior to the
production week.  In the event a capacity shortfall takes place
after the allocation is fixed, Section D of this Manual shall
apply.

- 4 -

2009年 4月17日 18時03分 ・   トヨタ自動車 (株) 未来事業部   NO. 0614   P. 23/26

(2)  Additionally, GM and TMS will review with NUMMI a non-
binding production and allocation plan for the fourth month
following the specified month of the Planning Meeting (e.g. in
January for May).   If GM, TMS and/or NUMMI wish to modify the
allocation that has been fixed according to paragraph B.(1)
above or in the annual plan developed in September of the
preceding year, the parties shall confer and may agree to make
such adjustments, in compliance with the requirements under the
Agreement.   The fourth month review shall be expressed on
calendar week basis.

C.   Weekly Vehicle Order

For GM-Specific Vehicles (as defined in the Agreement), weekly
vehicle orders shall be made in accordance with the procedures
provided in Purchase Procedures Manual between NUMMI and GM,
effective as of December 4, 1984 ("PPM-G").   The volumes
specified in the Preliminary Requirement Schedule (as defined in
PPM-G) shall be the same as pre-fixed capacity under Section B.
(1) unless otherwise agreed to by NUMMI in advance.   The fixed
volumes in terms of the Katashiki of Product specified in

- 5 -

the Fixed Requirement Schedule (as defined in PPM-G) shall also
be the same as pre-fixed capacity as determined by Section B.(1)
of this Manual, unless otherwise agreed to by NUMMI in advance.

For Toyota-Specific Vehicles (as defined in the Agreement),
weekly vehicle orders shall be made in accordance with Purchase
Procedures Manual between NUMMI and TMS to be separately agreed
upon ("PPM-T"). In PPM-T, the Preliminary Requirement Schedule
and the Fixed Requirement Schedule shall be the same in
principle as those in PPM-G. The volumes specified in such
Preliminary Requirement Schedule and Fixed Requirement Schedule
shall be the same as pre-fixed capacity respectively as
determined by Section B.(1) of this Manual, unless otherwise
agreed to by NUMMI in advance.

D.   Capacity Shortfall

If actual production in a given period is, or is anticipated to
be, less than the Annual Plan or fixed allocation capacity as
determined by Sections III. A or III. B respectively, NUMMI will
notify GM and TMS in writing as soon as possible of the revised
plan of production that NUMMI will implement for that period.
Such revised plan shall be developed in accordance with Section
2.5 of the Agreement and the General Understandings of this
Manual.

- 6 -

2009年 4月17日 18時05分.    下大発自供給事業部     NO. 0614    P. 25/26

Any shortfalls in meeting GM's and TMS's Annual Plan or fixed
allocation production shall be made up within a practical time
period unless the parties excuse NUMMI's obligations in this
regard in case of extreme difficulty or impracticality.

The agreement of GM, TMC, TMS and NUMMI to the procedures of
this Manual is signified by the execution in quadruplicate on
their respective behalf by their duly authorized
representatives, as follows:

APPROVED DATE: _____August 15, 1986_____

FOR: GENERAL MOTORS CORPORATION

BY: _____

TITLE: _____Director, International &_____

_____Joint Venture Programs_____

APPROVED DATE: _____August 18, 1986_____

FOR: TOYOTA MOTOR CORPORATION

BY: _____

TITLE: _____General Manager_____

_____Fremont Department_____

- 7 -

APPROVED DATE: _____

FOR:   TOYOTA MOTOR SALES, U.S.A., INC.

BY:   _____

TITLE:   Group Vice President, Sales, Marketing,

         Distribution & Product Planning


APPROVED DATE:   August 01, 1986

FOR:   NEW UNITED MOTOR MANUFACTURING, INC.

BY:   _____

TITLE:   General Manager

         Production Control

- 8 -