UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,       :
                                                :
                Debtors.                        :    (Jointly Administered)
                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On November 19, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the Fulton County Tax Commissioner, 141 Pryor Street, Suite 1113, Atlanta, Georgia 30303 (affected party):

- Supplemental Order Granting Debtors' Nineteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) [Docket No. 7861].

Dated: November 22, 2010                    /s/ Kathy-Ann Awkward
       Melville, New York                   Kathy-Ann Awkward

Sworn to before me this 29th day of November, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011