NEW HEARING DATE AND TIME: January 6, 2011 at 9:45 a.m. (Eastern Time)
NEW OBJECTION DEADLINE: December 30, 2010 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re**                                          :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :        **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*           :
:
                    Debtors.                       :        **(Jointly Administered)**
:
-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON**
**REMY INTERNATIONAL INC.'S APPLICATION FOR AN ORDER**
**PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF**
**DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS**
**DESIGNATED BY THE DEBTORS AND BELIEVED TO HAVE**
<u>**KNOWLEDGE OF THE RELEVANT MATTERS**</u>

PLEASE TAKE NOTICE THAT

The hearing on Remy International Inc.'s Application for an Order

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and

Directing (A) the Production of Documents and (B) the Oral Examination of Individuals

Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters

(ECF No. 3769), which was originally scheduled to occur before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on December 2, 2010 at 9:45 a.m. (Eastern Time), has been adjourned to **January 6, 2011 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new objection deadline shall be **December 30, 2010 at 4:00 p.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
       November 29, 2010

                                                 */s/ David R. Berz*
                                                 Harvey R. Miller
                                                 Stephen Karotkin
                                                 Joseph H. Smolinsky
                                                 David R. Berz

                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone: (212) 310-8000
                                                 Facsimile: (212) 310-8007

                                                 Attorneys for Debtors
                                                 and Debtors in Possession