## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>General Motors Corp., *et al.*,<br>        Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that I, Ashley E. Davis, withdraw my notice of appearance on behalf of the Florida Attorney General, an objector, in the above referenced case and respectfully request that the clerk remove me from any and all service lists. Russell S. Kent will remain attorney of record for the Florida Attorney General.

Respectfully submitted, this 29th day of November 2010.

          /s/ Ashley E. Davis          
ASHLEY E. DAVIS
Assistant Attorney General
Florida Bar No. 48032
ashley.davis@myfloridalegal.com
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3852
Facsimile: (850) 488-9134

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed this 29th day of November 2010 using the CM/ECF system, thereby generating notice of this filing to all parties registered with the Court's CM/ECF system.

          /s/ Ashley E. Davis