Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

Trevor W. Swett III
Kevin C. Maclay
James P. Wehner
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301

*Attorneys for Movant Official Committee of
Unsecured Creditors Holding Asbestos-Related Claims*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                         )
In re                                                      )        Chapter 11
                                                                       )
MOTORS LIQUIDATION COMPANY, *et al.,*   )
f/k/a GENERAL MOTORS CORP., *et al.*,     )
                                                                       )        Case No. 09-50026 (REG)
                                                                       )
               Debtors.                      )        Jointly Administered
-------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF THE APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS HOLDING ASBESTOS-RELATED
CLAIMS FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004
AUTHORIZING THE TAKING OF DOCUMENT DISCOVERY AND DEPOSITION
TESTIMONY FROM THE DEBTORS, FROM GENERAL MOTORS, LLC, ITS
SUBSIDIARIES AND AFFILIATED COMPANIES, AND FROM CERTAIN
NONBANKRUPT ASBESTOS DEFENDANTS**

363496

TO:  THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE

**PLEASE TAKE NOTICE** that the Application of the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from the Debtors, from General Motors, LLC, its Subsidiaries and Affiliated Companies, and from certain Nonbankrupt Asbestos Defendants [D.I.7783] is hereby withdrawn.

Dated: November 30, 2010

    Respectfully submitted,

    CAPLIN & DRYSDALE, CHARTERED

    By:  /s/ Trevor W. Swett III
    Trevor W. Swett III
    (tws@capdale.com)
    Kevin C. Maclay
    (kcm@capdale.com)
    James P. Wehner
    (jpw@capdale.com)
    One Thomas Circle, N.W.
    Suite 1100
    Washington, D.C.  20005
    Telephone:  (202) 862-5000
    Facsimile:  (202) 429-3301

Elihu Inselbuch
(ei@capdale.com)
Rita C. Tobin
(rct@capdale.com)
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

*Attorneys for the Official Committee of Unsecured
Creditors Holding Asbestos-Related Claims*