UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re**<br>**MOTORS LIQUIDATION COMPANY,** *et al.*,<br>f/k/a General Motors Corp., *et al.*<br>**Debtors.** | Chapter 11 Case No.:  09-50026 (REG)<br>(Jointly Administered)<br>**JOINT STIPULATION AND SCHEDULING ORDER REGARDING PROOF OF CLAIM 67357 FILED BY NEW UNITED MOTOR MANUFACTURING, INC. AND PROOFS OF CLAIM 66243 & 70375 FILED BY TOYOTA MOTOR CORPORATION** |

WHEREAS, New United Motor Manufacturing, Inc. ("NUMMI") filed a timely Proof of Claim Number 67357 and Toyota Motor Corporation ("TMC") filed timely Proofs of Claim Numbers 66243 and 70375 (collectively, the "Proofs of Claim") against Motors Liquidation Company ("MLC," and together with NUMMI and TMC, the "Parties"); and

WHEREAS, (a) MLC filed an Objection to NUMMI's Proof of Claim on April 1, 2010; (b) NUMMI filed an Initial Response to MLC's Objection on May 24, 2010; (c) TMC filed a brief in support of NUMMI's Initial Response on November 4, 2010; and (d) MLC filed a Reply to NUMMI's Initial Response on November 4, 2010; and

WHEREAS, the Court held a hearing regarding NUMMI's Proof of Claim and related briefing on November 9, 2010, in which the Court proposed and the Parties agreed to treat the claims raised in the Proofs of Claim as a plenary litigation subject to Federal Rule of Bankruptcy Procedure 9014 and Federal Rules of Civil Procedure 8 and 12; and

WHEREAS, the Court proposed and the Parties agreed to coordinate the litigation of the Proofs of Claim;

1.  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

1

counsel for NUMMI, TMC and MLC that, subject to the Court's approval:

   a. NUMMI and TMC shall each file a complaint as a substitute for and consistent with the Proofs of Claim previously filed (the "Complaints") no later than November 24, 2010, which will initiate separate adversary proceedings against MLC (the "Adversary Proceedings");

   b. The claims set forth in NUMMI's Complaint will be in a fixed and liquidated amount no greater than the Proof of Claim previously filed by NUMMI, subject to NUMMI's reservation of rights set forth in the Proof of Claim to amend and/or modify its claims and MLC's right to object to any such amendment or modification;

   c. The Parties shall coordinate the Adversary Proceedings;

   d. MLC shall move to dismiss or otherwise respond to the Complaints no later than December 22, 2010;

   e. NUMMI and TMC shall file response brief(s) to MLC's motion(s) to dismiss, if any, no later than January 14, 2010;

   f. MLC shall file a reply brief(s) no later than January 28, 2011; and

   g. Oral argument on MLC's motion(s) to dismiss, if any, will be held on February 9, 2010 at 9:45 a.m.

Dated:
November 23, 2010                                    KIRKLAND & ELLIS LLP

                                          By:        /s/ Mark E. McKane
                                                Richard Cieri
                                                Ray Schrock (admitted *pro hac vice*)
                                                601 Lexington Avenue
                                                New York, New York 10022-4611
                                                Telephone: (212) 446-4800
                                                Facsimile: (212) 446-4900

2

          Mark E. McKane (admitted *pro hac vice*)
          555 California Street
          San Francisco, California  94104
          Telephone: (415) 439-1400
          Facsimile: (415) 439-1500

*Attorneys for New United Motor Manufacturing, Inc.*

November 23, 2010          FOLEY & LARDNER LLP

By:    */s/ Jeffrey A. Soble*
      Jeffrey A. Soble (admitted *pro hac vice*)
      321 North Clark Street, Suite 2800
      Chicago, Illinois  60654-5313
      Telephone:  (312) 832-4500
      Facsimile:  (312) 832-4700

*Attorneys for Toyota Motor Corporation*

November 24, 2010          WEIL, GOTSHAL & MANGES LLP

By:    */s/ Joseph H. Smolinsky*
      Harvey R. Miller
      Stephen Karotkin
      Joseph H. Smolinsky
      Anthony J. Albanese
      767 Fifth Avenue
      New York, New York 10153
      Telephone:  (212) 310-8000
      Facsimile:  (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

SO ORDERED:

***s/ Robert E. Gerber   11/30/2010***
Honorable Robert E. Gerber
Bankruptcy Judge, Southern District of New York