# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :
     f/k/a General Motors Corp., *et al.* :    Chapter 11
                                                                 :    Case No. 09-50026 (REG)
                                                                 :    (Jointly Administered)
        Debtors.              :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On November 30, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7932) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                  /s/ Chanpreet Kondal
                                                                  Chanpreet Kondal

Sworn to before me this 30th day of
November, 2010
/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires Oct. 22, 2011

# EXHIBIT A

### TRANSFEROR

Fountain Lakes I, LLC
2 Hopkins Plaza, Suite 804
Baltimore, MD 21201

Fountain Lakes I, LLC
c/o Ballard Spahr LLP
Attn: Matthew Summers, Esq.
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202

### TRANSFEREE

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070