# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DANIEL J MILLER<br>ATTN: VICTOR L GEORGE ESQ<br>LAW OFFICES OF VICTOR L GEORGE<br>20355 HAWTHORNE BLVD 1ST FLOOR<br>TORRANCE, CA 90503 |
| Claim Number (if known): | 523 |
| Date Claim Filed: | 7/8/2009 |
| Total Amount of Claim Filed: | $20,000,000.00 |

RECEIVED NOV 23 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Nov. 19, 2010

[signature: Victor J George]

Print Name: Victor George

Title (if applicable): Owner of L.O. of V.L. George

1

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

---

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: ADR Claims Team, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to Pclark@alixpartners.com, msmith@alixpartners.com, and/or subrown@alixpartners.com.

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Victor L. George, SBN 110504<br>LAW OFFICES OF VICTOR L. GEORGE<br>20355 Hawthorne Blvd., First Floor<br>Torrance, CA 90503<br><br>TELEPHONE NO.: 310-698-0990   FAX NO. (Optional): (310)698-0995<br>E-MAIL ADDRESS (Optional): vgeorge@vgeorgelaw.com<br>ATTORNEY FOR (Name): Plaintiff DANIEL J. MILLER | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 325 S. Melrose Drive
MAILING ADDRESS: 325 S. Melrose Drive
CITY AND ZIP CODE: Vista, CA 92083
BRANCH NAME: North County Division

PLAINTIFF/PETITIONER: DANIEL J. MILLER, by and through his Conservator, JIMMY D. MILLER
DEFENDANT/RESPONDENT: GENERAL MOTORS CORPORATION, et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [X] Personal Injury, Property Damage, or Wrongful Death<br>  [X] Motor Vehicle  [ ] Other<br>[ ] Family Law  [ ] Eminent Domain<br>[ ] Other (specify): | GIN052326 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [X] With prejudice  (2) [ ] Without prejudice
   b. (1) [X] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                                                   on (date):
      (4) [ ] Cross-complaint filed by (name):                                                   on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* As to Defendants GENERAL MOTORS CORPORATION and LAKE CHEVROLET, **ONLY**.

2. (Complete in all cases except family law cases.)
   [ ] Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: November 15, 2010

Victor L. George, SBN 110504
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
▶ (SIGNATURE)
Attorney or party without attorney for: DANIEL J. MILLER

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[X] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross - complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date: 11·19·10
ANTHONY S. THOMAS
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
▶ Anthony S Thomas (SIGNATURE)
Attorney or party without attorney for:

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

[ ] Plaintiff/Petitioner  [X] Defendant/Respondent
[ ] Cross - Complainant   Lake / GM

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date):
5. [ ] Dismissal entered on (date):                        as to only (name):
6. [ ] Dismissal **not** entered as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to be conformed  [ ] means to return conformed copy
Date:                                          Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390

CIV-110

| PLAINTIFF/PETITIONER: DANIEL J. MILLER, by and through his Conservator, JIMMY D. MILLER | CASE NUMBER: GIN052326 |
|---|---|
| DEFENDANT/RESPONDENT: GENERAL MOTORS CORPORATION, et al. | |

## Declaration Concerning Waived Court Fees

The court has a statutory lien for waived fees and costs on any recovery of $10,000 or more in value by settlement, compromise, arbitration award, mediation settlement, or other recovery. The court's lien must be paid before the court will dismiss the case.

1. The court waived fees and costs in this action for (name):

2. The person in item 1 (check one):
   a. ☐ is not recovering anything of value by this action.
   b. ☐ is recovering less than $10,000 in value by this action.
   c. ☐ is recovering $10,000 or more in value by this action. (If item 2c is checked, item 3 must be completed.)

3. ☐ All court fees and costs that were waived in this action have been paid to the court (check one): ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶ _____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)        (SIGNATURE)

CIV-110 [Rev. July 1, 2009]                **REQUEST FOR DISMISSAL**                Page 2 of 2