# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | RepcoLite Paint, Inc.<br>Attn: David Altena, President<br>473 West 17th Street<br>Holland, MI 49423 |
| Claim Number (if known): | 09-50026 (REG) |
| Date Claim Filed: | October 20, 2009 |
| Total Amount of Claim Filed: | $28,964,556.60 |

RECEIVED NOV 23 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-19-10

Print Name: Jeffrey D. Swenarton

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639