# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Brenntag Great Lakes LLC<br>c/o Taft Stettinius & Hurley LLP<br>Attn: Sharon I. Shanley<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957 |
| Claim Number (if known): | 13393 |
| Date Claim Filed: | October 20, 2009 |
| Total Amount of Claim Filed: | 28,964,556.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 18, 2010

Print Name: Sharon I. Shanley

Title (if applicable): attorney

RECEIVED NOV 23 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

US_ACTIVE:¥43219392¥02¥72240.0639
11999611.1