B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re Motors Liquidation Company, *et al.,* (f/k/a      Case No. 09-50026 (REG)
General Motors Corporation., *et al.* Debtors.           (Jointly Administered)


### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Taconic Capital Partners 1.5 L.P. | Wanda Bohmfalk |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Taconic Opportunity Fund L.P.
c/o Taconic Capital Advisors LP
450 Park Avenue, 8th Floor
New York, New York 10022
Attention: Elizabeth Keeley

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 137
Amount of Claim as Allowed: $1,000,000.00
Amount of Claim Transferred: $120,000.00 (12% of claim as allowed)
Date Claim Filed: 6/18/09
Debtor: Motors Liquidation Company (f/k/a General Motors Corporation)

Phone: 212-209-3119                            Phone: 713-523-1606
Last Four Digits of Acct #: ___                Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: ___
Last Four Digits of Acct #: ___

634281.1/2568-00371

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11/30/10

Trans Kevin Thomas Kavanaugh
**Principal**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.*

634281.1/2568-00371