B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re Motors Liquidation Company, *et al.,* (f/k/a            Case No. 09-50026 (REG)
General Motors Corporation., *et al.* Debtors.                 (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley & Co. International plc | Appaloosa Investment Limited Partnership I |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Morgan Stanley & Co. International plc
1585 Broadway, 2nd Floor
New York, NY 10036
Attn: Nick Infante

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): 67498 (amending claim 65824 filed 11/25/2009)
Amount of Claim: $6,291,091.80
Date Claim Filed: 11/30/09
Debtor: Motors Liquidation Company (f/k/a General Motors Corporation)

Phone: 212-934-3921                                            Phone:
Last Four Digits of Acct #: _____                             Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Same as above
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___BC___ BRIAN CRIPPS / Authorised Signatory        Date: 11/30/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.