Gerrit M. Pronske
Rakhee V. Patel
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier

**COUNSEL FOR BOYD BRYANT,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY,** | § | |
| *et al.,* **f/k/a General Motors Corp.,** *et al.* | § § | **CASE NO. 09-50026 (REG)** |
| **Debtors.** | § | **Jointly Administered** |

### NOTICE OF WITHDRAWAL OF MOTION BY BOYD BRYANT FOR AN ORDER ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM AND ALTERNATIVE MOTION, SUBJECT TO MOTION FOR AN ORDER ALLOWING PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM, FOR THE APPLICATION OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 7023 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014

**PLEASE BE ADVISED** that Plaintiffs Boyd Bryant, on behalf of himself and all others similarly situated (the "Plaintiffs"), hereby withdraw their *Motion for An Order Allowing Plaintiffs to File a Class Proof of Claim and Alternative Motion, Subject to Motion for An Order Allowing Plaintiffs to File a Class Proof of Claim, for the Application of Federal Rule of Bankruptcy Procedure 7023 Pursuant to Federal Rule of Bankruptcy Procedure 9014* [Docket No. 4560] (the "Motion") filed on November 30, 2009.

1

Dated: November 30, 2010.                    Respectfully submitted,

*/s/ Rakhee V. Patel*
Gerrit M. Pronske
Rakhee V. Patel
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com

**COUNSEL FOR BOYD BRYANT, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon counsel for the Debtors via the Court's electronic transmission facilities in this case on this 30th day of November, 2010.

*/s/ Rakhee V. Patel*
Rakhee V. Patel