**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                     :

In re                            :        **Chapter 11 Case No.**
                                       :

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*  :
                                     :

                    **Debtors.**        :        **(Jointly Administered)**
                                     :
---------------------------------------------------------------x

### NOTICE OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 2, 2010 AT 9:45 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED MATTERS

**A.**    Debtors' Motion for an Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Solicitation Packages; and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Form of Notices to Non-Voting Classes Under the Plan (the "**Debtors' Disclosure Statement Motion**") (**ECF No. 6854**)

Responses Filed:

1.    Winkelmann Sp. z.o.o. (**ECF No. 7304**)
2.    Town of Salina (**ECF No. 7307**)
3.    Onondoga County, New York (**ECF No. 7308**)
4.    Wilmington Trust Company (**ECF No. 7382**)
5.    Official Committee of Unsecured Creditors (**ECF No. 7383**)
6.    Appaloosa Management L.P., Aurelius Capital Management, L.P., Elliot Management Corporation, and Fortress Investment Group, LLC  (**ECF No. 7314**)
7.    Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company (**ECF No. 7325**)

8.     Legal Representative for Future Asbestos Claimants (**ECF No. 7326**)
9.     Official Committee of Unsecured Creditors Holding Asbestos-Related Claims (**ECF No. 7327**)
10.    United States Trustee (**ECF No. 7346**)
11.    California Department of Toxic Substances Control (**ECF No. 7333**)
12.    ILCO Site Remediation Group (**ECF No. 7376**)
13.    BBK Joint Defense Group (**ECF No. 7377**)
14.    Terrie Sizemore (**ECF No. 7427**)
15.    Thomas M. Smalley (**ECF No. 7046**)
16.    Marcella I. Townsend (**ECF No. 7072**)
17.    Marianne Lisenko (**ECF No. 7344**)
18.    Latrell Barfield (**ECF No. 7347**)
19.    Tracy Woody (**ECF No. 7454**)
20.    Robert W. Hartnagel (**ECF No. 7366**)
21.    Leo C. Hageman  (**ECF No. 7153**)
22.    Gladys S. Hillhouse (**ECF No. 7282**)
23.    Mary M. Smith (**ECF No. 7281**)
24.    Sean O'Reilly (**ECF No. 7263**)
25.    Michael L. Riviera, Sr. (**ECF No. 7257**)
26.    Emma Pierce (**ECF No. 7256**)
27.    Jochen Baderschneider (**ECF No. 7302**)
28.    John Fazio (**ECF No. 7310**)
29.    Leon L. Bailey (**ECF No. 7317**)
30.    Roy B. Cope (**ECF No. 7318**)
31.    Augustine Crier (**ECF No. 7321**)
32.    Grace H. Gottstein (**ECF No. 7322**)
33.    Irwin Lew (**ECF No. 7329**)
34.    Elaine Reno (**ECF No. 7334**)
35.    John Hamilton (**ECF No. 7337**)
36.    Richard and Judith Boucher (**ECF No. 7342**)
37.    Dorlyne Cruce (**ECF No. 7345**)
38.    Mary Wilkinson (**ECF No. 7352**)
39.    Marie and Robert Pacifico (**ECF No. 7265**)
40.    Mary Wilkinson (**ECF No. 7352**)
41.    Howard and Gloria Moses (**ECF No. 7371**)
42.    Lisa Gross (**ECF No. 7280**)
43.    Sharyl Y. Carter (**ECF No. 7404**)
44.    David J. Astorian (**ECF No. 7403**)
45.    Adrian J. Phillips (**ECF No. 7405**)
46.    John Poloisky (**ECF No. 7406**)
47.    Vernon E. Henderson (**ECF No. 7478**)
48.    Steve Friedland (**ECF No. 7459**)
49.    James E. Reese (**ECF No. 7461**)

50.    Sylvester Shaw (**ECF No. 7488**, **7826**)
51.    Frances R. Campbell (**ECF No. 7489**)
52.    LaFonza Earl Washington (**ECF No. 7600**)
53.    William P. King, Jr. (Not filed on ECF)
54.    Michael P. Delaney (Not filed on ECF)
55.    Morris Eisenstein (Not filed on ECF)
56.    Brian Jamieson (Not filed on ECF)
57.    Harry M. and Cornelia E. Harvey (Not filed on ECF)
58.    Lois Trowbridge (Not filed on ECF)
59.    Margaret D. Brueggeman (Not filed on ECF)
60.    Phyllis Dua (Not filed on ECF)
61.    Lois Michelle Conlow (Not filed on ECF)

Replies Filed:

62.    Debtors' Omnibus Reply to Objections to the Disclosure Statement
for Debtors' Joint Chapter 11 Plan (**ECF No. 7439**)

Additional Documents:

63.    Affidavit of Service of Rhadha S. Rai of Notice of Hearing on
Debtors' Disclosure Statement Motion (**ECF No. 6867**)

64.    Affidavit of Service of Loren Vine of (1) Debtors' Joint Chapter
11 Plan and (2) Disclosure Statement for Debtors' Joint Chapter 11
Plan (**ECF No. 6852**)

65.    Affidavit of Service of Barbara Kelley Keane of the Notice of
Hearing to Consider Approval of Debtors' Proposed Disclosure
Statement with Respect to Debtors' Joint Chapter 11 Plan (**ECF
No. 7123**)

66.    Notice of Certification of Publication of Barbara Kelley Keane of
the Notice of Hearing to Consider Approval of Debtors' Proposed
Disclosure Statement with Respect to Debtors' Joint Chapter 11
Plan (**ECF No. 7239**)

Status:        The Debtors' Disclosure Statement Motion was
conditionally approved by the Court on October 21, 2010.
This matter is going forward as a status conference only.

**B.**    Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. § 502(c)
Authorizing Estimation of Debtors' Aggregate Liability for Asbestos
Personal Injury Claims and Establishing Schedule for Estimation
Proceeding (the "**Debtors' Asbestos Estimation Motion**") (**ECF No.
7782**)

Responses Filed:

1.      Response of the Legal Representative for Future Asbestos
        Claimants to the Debtors' Asbestos Estimation Motion (**ECF No.
        7917**)

2.      Response of the Official Committee of Unsecured Creditors
        Holding Asbestos-Related Claims to the Debtors' Asbestos
        Estimation Motion (**ECF No. 7929**)

3.      Statement of the Official Committee of Unsecured Creditors in
        Support of the Debtors' Asbestos Estimation Motion (**ECF No.
        7955**)

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward for scheduling purposes only.

**C.**      Tracy Woody's Motion for Relief from Stay and Objection to Debtors'
        Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11
        Plan (the "**Woody Motion**") (**ECF No. 7454**)

        Responses Filed:

        1.      Debtors' Opposition to the Woody Motion (**ECF No. 7736**)

        Replies Filed:              None to date.

        Additional Documents:       None to date.

        **Status:**        This matter is going forward.

## II.    UNCONTESTED MATTER

**A.**      Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability
        GMAC Debt Claims) (**ECF No. 7004**)

            Responses Filed:           A summary of responses filed and their
                                       related status is provided in **Exhibit "A"**
                                       annexed hereto.

            Replies Filed:             None to date.

Additional Documents:       None to date.

**Status:**       This matter is going forward, and upon the determination of the remaining claim, the entire omnibus objection will be resolved.

## III.    RESOLVED MATTERS

A.    Motion for Relief from Stay filed by Timothy Bynum (the "**Bynum Lift Stay Motion**") (**ECF No. 6863**)

Responses Filed:       None to date.

Replies Filed:       None to date.

Additional Documents:       None to date.

**Status:**       This matter has been resolved.  A stipulation resolving the Bynum Lift Stay Motion will be handed up at the hearing.

B.    Motion for Relief from Stay filed by Samuel Barrow (the "**Barrow Lift Stay Motion**") (**ECF No. 7622**)

Responses Filed:       None to date.

Replies Filed:       None to date.

Additional Documents:       None to date.

**Status:**       This matter has been resolved.  A stipulation resolving the Barrow Lift Stay Motion will be handed up at the hearing.

## IV.    ADJOURNED MATTERS

A.    Application By Remy International, Inc. for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters (**ECF No. 3770**)

Responses Filed:       None to date.

Replies Filed:       None to date.

Additional Documents:       None to date.

**Status:**       This matter is adjourned to January 6, 2011 at 9:45 a.m.

**B.**  Motion of the Roman Catholic Diocese of Pittsburgh and Transfiguration Parish for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code to Allow for Prosecution of the Civil Lawsuit Now Pending in the Court of Common Pleas of Allegheny County, Pennsylvania (**ECF No. 6872**)

  Responses Filed:        None to date.

  Replies Filed:          None to date.

  Additional Documents:

  **Status:**       This matter is adjourned to January 6, 2011 at 9:45 a.m.

**C.**  Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors, LLC) (**ECF No. 5993**)

  Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "A**"** annexed hereto.

  Replies Filed:          None to date.

  Additional Documents:   None to date.

  **Status:**       This matter is adjourned to January 6, 2011 at 9:45 a.m.

**D.**  Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

  Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

  Replies Filed:          None to date.

  Additional Documents:   None to date.

  **Status:**       This matter is adjourned to January 6, 2011 at 9:45 a.m.

**E.**  Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6251**)

  Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                 None to date.

Additional Documents:          None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

**F.**    Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly
Classified Claims) (**ECF No. 6252**)

Responses Filed:               A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                 None to date.

Additional Documents:          None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

**G.**    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified
Claims) (**Docket No. 6253**)

Responses Filed:               A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                 None to date.

Additional Documents:          None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

**H.**    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly
Classified Claims) (**ECF No. 6255**)

Responses Filed:               A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                 None to date.

Additional Documents:          None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

**I.**    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

**J.**    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

**K.**    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is adjourned to January 6, 2011 at 9:45 a.m.

    **L.**    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

        <u>Responses Filed</u>:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

        <u>Replies Filed</u>:        None to date.

        <u>Additional Documents</u>:        None to date.

        <u>**Status:**</u>        This matter is adjourned to January 6, 2011 at 9:45 a.m.

    **M.**    Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

        <u>Responses Filed</u>:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

        <u>Replies Filed</u>:        None to date.

        <u>Additional Documents</u>:        None to date.

        <u>**Status:**</u>        This matter is adjourned to January 6, 2011 at 9:45 a.m.

    **N.**    Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

        <u>Responses Filed</u>:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

        <u>Replies Filed</u>:        None to date.

        <u>Additional Documents</u>:        None to date.

        <u>**Status:**</u>        This matter is adjourned to January 6, 2011 at 9:45 a.m.

    **O.**    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

        <u>Responses Filed</u>:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

|  |  |
|---|---|
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is adjourned to January 6, 2011 at 9:45 a.m.

**P.**    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is adjourned to January 6, 2011 at 9:45 a.m.

**Q.**    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is adjourned to January 6, 2011 at 9:45 a.m.

**R.**    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is adjourned to January 6, 2011 at 9:45 a.m.

**S.**     Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former
Employees Represented by United Auto Workers) (**ECF No. 7104**)

Responses Filed:                    A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                      None to date.

Additional Documents:               None to date.

**Status:**          This matter is adjourned to January 6, 2011 at 9:45 a.m.

**T.**     Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:                    A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                      None to date.

Additional Documents:               None to date.

**Status:**          This matter is adjourned to January 6, 2011 at 9:45 a.m.

## V.     WITHDRAWN MATTERS

**A.**     Boyd Bryant's Motion for an Order Allowing Plaintiffs to File a Class
Proof of Claim (**ECF No. 4560**)

Responses Filed:                    None to date.

Replies Filed:                      None to date.

Additional Documents:

1.       Boyd Bryant's Notice of Withdrawal (**ECF No. 7956**)

**Status:**          This matter has been withdrawn.

**B.**     Application of the Official Committee of Unsecured Creditors Holding
Asbestos-Related Claims for an Order pursuant to Bankruptcy Rule 2004
Authorizing the Taking of Document Discovery and Deposition
Testimony from the Debtors, from General Motors, LLC, its Subsidiaries
and Affiliated Companies, and from Certain Nonbankrupt Asbestos
Defendants (the "**ACC's 2004 Application**") (**ECF No. 7783**)

Responses Filed:

1.    Debtors' Response to the ACC's 2004 Application (**ECF No. 7909**)

2.    General Motors, LLC's Response to the ACC's 2004 Application (**ECF No. 7920**)

Replies Filed:                    None to date.

Additional Documents:

3.    The Official Committee of Unsecured Creditors Holding Asbestos-Related Claims' Notice of Withdrawal (**ECF No. 7940**)

**Status:**        This matter has been withdrawn.

C.    Debtors' Ninety-First Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6998)**

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:            None to date.

Additional Documents:        None to date.

**Status:**        The Debtors are withdrawing their objection with respect to the remaining Proof of Claim No. 68508.  This Omnibus Objection can now be marked off calendar.

D.    Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) [**Docket No. 7109**]

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:            None to date.

Additional Documents:        None to date.

**Status:**        The Debtors are withdrawing their objection with respect to the remaining Proofs of Claim Nos. 61832, 61833, and

61835.  This Omnibus Objection can now be marked off calendar.

Dated: New York, New York
       November 30, 2010

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

## Exhibit A

## Responses to Omnibus Objections to Claims

## Twenty-Third Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY | informal | 1157 | adjourned | 1/6/2011 at 9:45 a.m. |
| IMPACT GROUP | 6240 | 38928 | adjourned | 1/6/2011 at 9:45 a.m. |
| OCE NORTH AMERICA INC | 6270 | 7524 | adjourned | 1/6/2011 at 9:45 a.m. |

## Twenty-Seventh Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SIMPSON/KULIS, RACHEL | 6447 | 16113 | adjourned | 1/6/2011 at 9:45 a.m. |
| JOHNSON, LEON | 6446 | 16114 | adjourned | 1/6/2011 at 9:45 a.m. |
| MARVIN ECHOLS | 6445 | 44240 | adjourned | 1/6/2011 at 9:45 a.m. |
| DOYLE CARMACK | 6475 | 45836 | adjourned | 1/6/2011 at 9:45 a.m. |
| DILKS, DEBORAH | 6510 | 22922 | adjourned | 1/6/2011 at 9:45 a.m. |
| MICHAEL T JONES 2ND ACTION | 6513 | 29055 | adjourned | 1/6/2011 at 9:45 a.m. |

## Twenty-Eighth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ACUMENT GLOBAL TECHNOLOGIES INC | 6453 | 60693 | adjourned | 1/6/2011 at 9:45 a.m. |

## Twenty-Ninth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| 295 PARK AVENUE CORP. | 6454 | 45107 | adjourned | 1/6/2011 at 9:45 a.m. |
| DEMASSI CADILLAC CO INC | 6454 | 45110 | adjourned | 1/6/2011 at 9:45 a.m. |
| DEMASSI ENTERPRISES | 6454 | 45111 | adjourned | 1/6/2011 at 9:45 a.m. |

## Thirtieth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JOHN L REMSEN PERSONAL REPRESENTATIVE | 6454 | 45109 | adjourned | 1/6/2011 at 9:45 a.m. |
| PAULINE DEMASSI | 6454 | 45112 | adjourned | 1/6/2011 at 9:45 a.m. |

## Thirty-Second Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ROBERT A DEMASSI EXECUTOR | 6454 | 45108 | adjourned | 1/6/2011 at 9:45 a.m. |

## Thirty-Ninth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GARDNER CHEVROLET-OLDSMOBILE-CADILLAC, INC. | 7034 | 23187 | adjourned | 1/6/2011 at 9:45 a.m. |
| SERRA CHEVROLET, INC | 6987 | 69381 | adjourned | 1/6/2011 at 9:45 a.m. |
| WEST COVINA MOTORS, INC. | 7008 | 59084 | adjourned | 1/6/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58892 | adjourned | 1/6/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58893 | adjourned | 1/6/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58894 | adjourned | 1/6/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58895 | adjourned | 1/6/2011 at 9:45 a.m. |

**Eighty-Second Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| WALTER J LAWRENCE | 7022 | 21225 | adjourned | 1/6/2011 at 9:45 a.m. |

**Eighty-Third Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HICKMAN, ROBERT R | informal | 51346 | adjourned | 1/6/2011 at 9:45 a.m. |
| SCHNEIDER, DARLENE M | informal | 36256 | adjourned | 1/6/2011 at 9:45 a.m. |
| SCHNEIDER, DARLENE M | informal | 36257 | adjourned | 1/6/2011 at 9:45 a.m. |
| BELLAIRE, LINDA K | 6972 and 7076 (duplicates) | 62922 | adjourned | 1/6/2011 at 9:45 a.m. |
| TURNER, DAVID E | informal | 47967 | adjourned | 1/6/2011 at 9:45 a.m. |
| TURNER DAVID E | informal | 47968 | adjourned | 1/6/2011 at 9:45 a.m. |
| PURNELL, CALVIN H | informal | 62124 | adjourned | 1/6/2011 at 9:45 a.m. |
| ALFRED MCMULLEN | 6968 | 30614 | adjourned | 1/6/2011 at 9:45 a.m. |
| JOSEPH COBBLE JR. | 7074 | 64959 | adjourned | 1/6/2011 at 9:45 a.m. |

## Eighty-Ninth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GERALD A KOLB | 7367 | 69719 | adjourned | 1/6/2011 at 9:45 a.m. |
| LUGO AUTO SALES INC | 7458 | 69135 | adjourned | 1/6/2011 at 9:45 a.m. |
| MONTY R & LISA K HENDERSON | informal | 70303 | adjourned | 1/6/2011 at 9:45 a.m. |
| FELIPE ESQUIBEL | 7407 | 70259 | adjourned | 1/6/2011 at 9:45 a.m. |
| JOHN PIERRO | 7563 | 69842 | adjourned | 1/6/2011 at 9:45 a.m. |

## Ninetieth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JONES, PEARLY M | informal | 69398 | adjourned | 1/6/2011 at 9:45 a.m. |
| TOMPACH, FAYE M | informal | 69451 | adjourned | 1/6/2011 at 9:45 a.m. |

## Ninety-First Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ALESIA R DORSEY | 7440 | 68508 | withdraw objection | n/a |

## Ninety-Second Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HERR BARRY E | informal | 68130 | adjourned | 1/6/2011 at 9:45 a.m. |

## Ninety-Sixth Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CECELIA N BEST TTEE | informal | 68939 | adjourned | 1/6/2011 at 9:45 a.m. |

## Ninety-Seventh Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| M FELBER & F FELBER TTEE | 7301 | 18359 | going forward | n/a |

**Ninety-Eighth Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SHERIF RAFIK KODSY | 7309 | 69683 | adjourned | 1/6/2011 at 9:45 a.m. |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23034 | adjourned | 1/6/2011 at 9:45 a.m. |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23035 | adjourned | 1/6/2011 at 9:45 a.m. |

**One Hundredth Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| STEPHAN THEIS | 7476 | 29823 | adjourned | 1/6/2011 at 9:45 a.m. |
| TIBBS, SARLOWER OLIVIER | informal | 64968 | adjourned | 1/6/2011 at 9:45 a.m. |

**101st Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| REYES, SHARRON S | informal | 7625 | adjourned | 1/6/2011 at 9:45 a.m. |

## 102nd Omnibus Objection


## 102nd Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| BELL, SHARON A | 7492 | 68029 | adjourned | 1/6/2011 at 9:45 a.m. |

## 103rd Omnibus Objection

| Creditor Name | Dkt. No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ALARIE, LOUIS J | 7490 | 19527 | adjourned | 1/6/2011 at 9:45 a.m. |
| FLOYD JANKOWSKI | 7353 | 10327 | adjourned | 1/6/2011 at 9:45 a.m. |
| FRANK J. CELSNAK | 7324 | 21175 | adjourned | 1/6/2011 at 9:45 a.m. |
| GEORGE LEEDOM | 7401 | 49601 | adjourned | 1/6/2011 at 9:45 a.m. |
| GEORGE LEEDOM | 7401 | 49602 | adjourned | 1/6/2011 at 9:45 a.m. |
| GEORGE W CONRAD | informal | 31467 | adjourned | 1/6/2011 at 9:45 a.m. |

**107th Omnibus Objection**

| Creditor Name | Dkt. No. | Claim Number | Status | Current Hearing Date |
|---|---|---|---|---|
| ANN MCHUGH | 7433 | 61832 | adjourned | 12/2/2010 |
| MCHUGH, ANN F | 7433 | 61833 | adjourned | 12/2/2010 |
| MCHUGH, ANN F | 7433 | 61835 | adjourned | 12/2/2010 |