# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
    f/k/a General Motors Corp., *et al.*           :     Chapter 11
                                                    :     Case No. 09-50026 (REG)
                                                    :     (Jointly Administered)
        Debtors.                                :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 2, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7947) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 2nd day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

TRANSFEROR

Wanda Bohmfalk
c/o The Ammons Law Firm LLP
Attn: Robert E. Ammons
3700 Montrose Boulevard
Houston, TX 77006

TRANSFEREE

Taconic Capital Partners 1.5 L.P.
c/o Taconic Opportunity Fund L.P.
c/o Taconic Capital Advisors LP
Attn: Elizabeth Keeley
450 Park Avenue, 8th Floor
New York, NY 10022

Taconic Capital Partners 1.5 L.P.
c/o Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281