

November 18th, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   *In re: Motors Liquidation Company*, Case no. 09-50026
      Client: Auto Club Insurance Association
      Insured: Issa Martha
      Date of Loss: 03/05/2009
      Claim Amount: $4396.00 to date
      File Number: 890361

To Whom It May Concern:

Auto Club Insurance Association has contracted with TransPaC Solutions to recover payment made to its insured with regard to the above-referenced matter for which a proof of claim was filed, *In re: Motors Liquidation Company*, Case no. 09-50026.

Auto Club Insurance Association wishes to release the 2000 Pontiac Grand Prix VIN 1G2WR5212YF181474 which caused damage in the amount noted above, to be sold for salvage. I am writing to provide an opportunity to inspect the Vehicle. If you wish to inspect the Vehicle, or object to the release of the Vehicle for salvage, you must contact Kelly Schroader with TransPaC Solutions at (877) 276-9486 within thirty (30) days of receipt of this letter. We request that any inspection occur within thirty (30) days of speaking with Kelly Schroader. If you do not respond within thirty (30) days from receipt of this letter, it will be assumed that you do not wish to inspect the Vehicle and you will be deemed to have waived any claim of spoliation of the evidence. Auto Club Insurance Association will then release the Vehicle for salvage.

Thank you in advance for your attention to this matter.

Thanks,
Kelly Schroader

RECEIVED
NOV 2 2 2010
U.S. BANKRUPTCY COURT, SDNY

Trover Plaza
9390 Bunsen Parkway
Louisville, Kentucky 40220
(502) 214-1340
(800) 723-4869 fax
www.transpacsolutions.com



Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller
767 Fifth Avenue
New York, NY 10153

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004



RECEIVED
NOV 2 2 2010
U.S. BANKRUPTCY COURT, SDNY

Trover Plaza
9390 Bunsen Parkway
Louisville, Kentucky 40220
(502) 214-1340
(800) 723-4869 fax
www.transpacsolutions.com