**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8940 tel

November 18, 2010

Trevor W. Swett III
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.,
Suite 1100,
Washington, DC 20005

Re: Motors Liquidation Company, et al., etc., et al., Debtors vs. Cooper Indus.

Case No. 09-50026

Dear Sir/Madam:

We are herewith returning the Notice, Application which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Cooper Indus. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Christopher Tilton
Service of Process Head

Log# 517623252

FedEx Tracking# 794131367470

cc: United States Bankruptcy Court, Southern District
    Hamilton U.S. Custom House,
    1 Bowling Green,
    New York, NY 10004-1408



RECEIVED
NOV 24 2010
U.S. BANKRUPTCY COURT, SDNY