**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:                                                    :
                                                          :
MOTORS LIQUIDATION COMPANY, *et al*.,    :
       f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                          :    Case No. 09-50026 (REG)
                                                          :    (Jointly Administered)
            Debtors.    :
---------------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                     ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the

debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our

business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 2, 2010, I caused a true and correct copy of the following documents: (a)

Transfer of Claim (Docket No. 7950) and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal Service.

                           _/s/ Chanpreet Kondal
                           Chanpreet Kondal

Sworn to before me this 2nd day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No.  01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

### TRANSFEROR

Ronnie Bohmfalk
c/o The Ammons Law Firm LLP
Attn: Robert E. Ammons
3700 Montrose Boulevard
Houston, TX 77006

### TRANSFEREE

Taconic Capital Partners 1.5 L.P.
c/o Taconic Opportunity Fund L.P.
c/o Taconic Capital Advisors LP
Attn: Elizabeth Keeley
450 Park Avenue, 8th Floor
New York, NY 10022

Taconic Capital Partners 1.5 L.P.
c/o Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281