## MOTHERWAY & NAPLETON, LLP
*Attorneys at Law*

NICHOLAS J. MOTHERWAY
ROBERT J. NAPLETON

DANIEL T. MADIGAN
NICHOLAS T. MOTHERWAY
DON M. SOWERS

SUITE 200
100 WEST MONROE STREET
CHICAGO, ILLINOIS 60603
(312) 726-2699
FAX (312) 726-6851
E-MAIL: mn@mnlawoffice.com

November 23, 2010

Mr. Ryan K. Harding
Jenner & Block
330 N. Wabash Avenue, 44th Floor
Chicago, IL 60611



Re:  Kaplan v. Woodfield Chevrolet
     Our File No. 08-10
     Court No: 08 L 003514

Dear Mr. Harding:

I have enclosed the signed withdrawal forms for duplicate claims with claim number 16607 and 16604. It is my understanding that claims 16605 and 16608 will be used and in effect for the future.

Very truly yours,

Nicholas T. Motherway

NTM: js
Enclosure

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MARK BLANKENSHIP <br> C/O MOTHERWAY & NAPLETON LLP <br> 100 W MONROE ST STE 200 <br> CHICAGO, IL 60603 |
| Claim Number (if known): | 16604 |
| Date Claim Filed: | 10/26/2009 |
| Total Amount of Claim Filed: | $0.00 |

RECEIVED NOV 30 2010 U.S. BANKRUPTCY COURT

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-23-10

Print Name: NICHOLAS T. MOTHERWAY

Title (if applicable): ATTORNEY FOR MARK BLANKENSHIP

1

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim)

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number If you received a notice of the case form the court, all of this information is near the top of the notice

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

---

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 Alternatively attorneys with an ECF password may file this form electronically A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn ADR Claims Team, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to Pclark@alixpartners com msmith@alixpartners com, and/or subrown@alixpartners com

2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | KAPLAN BETH<br>BLANKENSHIP, MARK<br>100 W. MONROE STREET SUITE 200<br>CHICAGO, IL 60603 |
| Claim Number (if known): | 16607 |
| Date Claim Filed: | 10/26/2009 |
| Total Amount of Claim Filed: | $500,000.00 |

RECEIVED NOV 30 2010 U.S. BANKRUPTCY COURT

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11-23-10

Print Name: NICHOLAS T. MOTHERWAY

Title (if applicable): ATTORNEY FOR BETH KAPLAN — MARK BLANKENSHIP

1

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim)

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number.*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice

*Information about Creditor*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form

*Information identifying the Claim that is to be withdrawn.*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

---

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408   Alternatively, attorneys with an ECF password may file this form electronically   A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn ADR Claims Team, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to Pclark@alixpartners com, msmith@alixpartners com, and/or subrown@alixpartners com

---

2