# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
In re:                                          :
                                                :
MOTORS LIQUIDATION COMPANY, et al.,             :
        f/k/a General Motors Corp., et al.      :         Chapter 11
                                                :         Case No. 09-50026 (REG)
                                                :         (Jointly Administered)
                    Debtors.                    :
-----------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 2, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7951) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 2nd day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Appaloosa Investment Limited Partnership I
c/o Appaloosa Management LP
Attn: Kenneth Maiman
51 John F. Kennedy Parkway
Short Hills, NJ 07078

<u>TRANSFEREE</u>

Morgan Stanley & Co. International PLC
Attn: Nick Infante
1585 Broadway, 2nd Floor
New York, NY 10036

Morgan Stanley & Co. International PLC
c/o Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281