# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike • Suite 301 • Florham Park, NJ 07932

973.514.1200 • fax 973.514.1660

www.bressler.com

Keith P. McManus
Associate

direct: 973-245-0680
kmcmanus@bressler.com

November 29, 2010

Clerk
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:    **Withdrawal of Claims**
             **Motors Liquidation Company, Case No. 09-50026**
             **Environmental Corporate Remediation Company, Inc., Case No. 09-50030**
             **Remediation and Liability Management Company, Inc., Case No. 09-50029**

Dear Sir/Madam:

    We represent BASF Corporation ("BASF") with respect to certain proofs of claim that were filed in the above referenced matters. Enclosed, please find Withdrawal of Claim forms, which represent BASF's withdrawal of the following claims: 30107, 69931, and 69932. In accordance with the Court's instructions, a copy of the Withdrawal of Claim forms have been sent to the designated representative for Motors Liquidation Company.

    If you have any questions, please do not hesitate to contact me.

                                                  Respectfully submitted,

                                                  BRESSLER, AMERY & ROSS

                                                  Keith P. McManus

Encl.
c:    BASF Corporation
       Tim Neis, AlixPartners

1161457_1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | **X** Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BASF Corporation<br>100 Campus Drive<br>Florham Park, NJ 07932 |
| Claim Number (if known): | 30107 |
| Date Claim Filed: | November 19, 2009 |
| Total Amount of Claim Filed: | $6099.74 (plus unliquidated) |

[RECEIVED DEC - 1 2010 U.S. BANKRUPTCY COURT, SDNY]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 29, 2010

_____

Print Name: David P. Schneider, Esq.

Title (if applicable): Counsel to BASF Corporation

---

US_ACTIVE:¥43219392¥02¥72240.0639

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☒ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>**X** Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BASF Corporation<br>100 Campus Drive<br>Florham Park, NJ   07932 |
| Claim Number (if known): | 69931 |
| Date Claim Filed: | February 1, 2010 |
| Total Amount of Claim Filed: | $6099.74 (plus unliquidated) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 29, 2010

Print Name: David P. Schneider, Esq.

Title (if applicable): Counsel to BASF Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> X Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BASF Corporation <br> 100 Campus Drive <br> Florham Park, NJ   07932 |
| Claim Number (if known): | 69932 |
| Date Claim Filed: | February 1, 2010 |
| Total Amount of Claim Filed: | $6099.74 (plus unliquidated) |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: November 29, 2010

Print Name: David P. Schneider, Esq.

Title (if applicable): Counsel to BASF Corporation

US_ACTIVE:¥43219392¥02¥72240.0639