KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th Floor
New York, New York 10003
Tel: (212) 358-1500
Attorneys for IUE-CWA

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:                                                : Chapter 11
                                                      :
MOTORS LIQUIDIDATION COMPANY, *et al.*                : Case No. 09-50026 (REG)

f/k/a GENERAL MOTORS CORP., et al
                                                      :
                                    Debtors.
                                                      :    (Jointly Administered)
-----------------------------------------------------------------X


## AFFIDAVIT OF SERVICE

Alexandra Miller, being duly sworn, deposes and says:
I am not a party to the action, am over 18 years of age and reside in Kings County, New York.

On December 2, 2010, I caused a copy of the "IUE-CWA's Motion Pursuant to 11 U.S.C §§ 105, 363(b) to Approve Assignment of Claim of IUE-CWA to a VEBA Trust" to be served by email and first class mail, upon the following:

> Weil, Gotshal & Manges LLP
> Attorneys for the Debtors
> 767 Fifth Avenue
> New York, NY 10153
> Att'n: Stephen Karotkin, Esq.
>
> The Debtors
> c/o Motors Liquidation Company
> 300 Renaissance Center
> Detroit, MI 48265
> Att'n: Ted Stenger

Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036
Att'n: Thomas Moers Mayer, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Att'n: Diana G. Adams, Esq.

The United Steelworkers
c/o David R. Jury, Esq., Associate General Counsel
Five Gateway Center, Room 807
Pittsburgh, PA 15222

International Union of Operating Engineers
and IUOE Locals 101, 18s, 832s
c/o Barbara S. Mehlsack, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004

Marianne Goldstein Robbins
Previant Goldberg et
1555 N. River Center Drive, Suite 202
Milwaukee, WI 53212

Lucas C. Aubrey, Esq.
Sherman Dunn Cohen Leifer & Yelig, P.C.
900 Seventh Street N.W. Suite 1000
Washington, DC 20001

_____
Alexandra Miller

Sworn to me this
2nd day of December, 2010

_____
Notary Public

JOHN R. HOWARD
NOTARY PUBLIC, STATE OF NEW YORK
LIC. #02HO6205697
NEW YORK COUNTY
COMMISSION EXPIRES MAY 11, 2013