## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
        f/k/a General Motors Corp., et al.          :       Chapter 11
                                                    :       Case No. 09-50026 (REG)
                                                    :       (Jointly Administered)
                Debtors.                            :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **SUFFOLK**   )

I, Chanpreet Kondal, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On December 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7969) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

      /s/ Chanpreet Kondal
      Chanpreet Kondal

Sworn to before me this 3rd day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No.  01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Evgeny Friedman
c/o McKenna Long & Aldridge LLP
Attn: Charles E. Dorkey III, Alan Kaufman & Timothy Plunkett
230 Park Avenue, Suite 1700
New York, NY 10169

<u>TRANSFEREE</u>

The Seaport Group LLC
Attn: Jonathan Silverman
360 Madison Avenue, 22nd Floor
New York, NY 10017