# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
     f/k/a General Motors Corp., *et al.*  :   Chapter 11
                                                               :   Case No. 09-50026 (REG)
                                                               :   (Jointly Administered)
     Debtors.                               :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7984) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
     Chanpreet Kondal

Sworn to before me this 3rd day of
December, 2010
/s/ Florence L. Robinson_____
Florence L. Robinson
Notary Public, State of New York
No.  01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Armesia Thomas
c/o Lindhorst & Dreidame
Attn: Michael F. Lyon
312 Walnut Street, Suite 3100
Cincinnati, OH 45202

Armesia Thomas
c/o The Lyon Firm
22 W. 9th Street
Cincinnati, OH 45202

<u>TRANSFEREE</u>

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070