IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
       f/k/a General Motors Corp., *et al.*         :         Chapter 11
                                                               :         Case No. 09-50026 (REG)
                                                               :         (Jointly Administered)
              Debtors.                         :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 3, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 7986) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                              /s/ Chanpreet Kondal
                                                                              Chanpreet Kondal

Sworn to before me this 3rd day of
December, 2010
/s/ Florence L. Robinson_____
Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

## TRANSFEROR

J Halgren Special Administrator for the Estate of
Casey Secrist & Kathleen Secrist
c/o Langdon & Emison
Attn: J. Kent Emison
911 Main Street
Lexington, MO 64067

J Halgren Special Administrator for the Estate of
Casey Secrist & Kathleen Secrist
c/o Langdon & Emison
Attn: J. Kent Emison
P.O. Box 220
Lexington, MO 64067-0220

## TRANSFEREE

Dover Master Fund II, L.P.
c/o Longacre Management, LLC
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019