Thomas M. Kennedy, Esq.
Susan M. Jennik, Esq.
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th floor
Telephone: (212) 358-1500
Facsimile: (212) 358-0207
Attorneys for IUE-CWA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION CORP.,** *et al.,* | : | **09-50026 (REG)** |
| | : | |
| *f/k/a* **GENERAL MOTORS CORP.,** *et al.*, | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(c) AND LOCAL RULE 9006-1(b),
TO SHORTEN NOTICE PERIOD WITH RESPECT TO IUE-CWA'S
MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363(b),
TO APPROVE ASSIGNMENT OF CLAIM OF IUE-CWA TO A VEBA TRUST**

Upon the motion, dated December 2, 2010 (the "Motion to Shorten Time") of IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO, CLC ("IUE-CWA"), pursuant to Fed. R. Bankr. P. 9006(c) and Local Rule 9006-1(b), for entry of an order shortening the notice period by one day for IUE-CWA's Motion Pursuant to 11 U.S.C. §§ 105 and 363(b) to Approve Assignment of Claim of IUE-CWA to a VEBA Trust (the "Assignment of Claim Motion"), as more fully described in the Motion to Shorten Time, the Court finds and determines the following:

(a)     Consideration of Motion to Shorten Time and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

(b)     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

(c)     The Court has jurisdiction consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).

(d)     Cause exists to expedite consideration of the relief requested in the Motion and such expedited consideration is beneficial to, and in the interest of, the Debtors, their estates, and all parties in interest.

(e)     Notice of the Motion, as provided herein, is due and proper and no further notice of the Motion is necessary.

Therefore, it is hereby ORDERED that:

1.     The Motion to Shorten Time is granted as provided herein;

2.     A hearing to consider the relief requested in the Assignment Claim Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, on December 15, 2010 at 2:00 p.m. (Eastern Time), at Room 621 of the United States Bankruptcy court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

3.     The objection deadline for any parties to respond or object to the relief requested in the Assignment of Claim Motion is December 8, 2010 at 4:00 p.m. (Eastern Time)

4.     Objections and responses, if any, to the Assignment of Claim Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and any case management orders entered in these chapter 11 cases, (b) set forth the name of the objecting party, and (c) set forth the basis for the objection and the specific grounds therefore.

5. The IUE-CWA shall serve, via e-mail, fax, or overnight mail, within one business day after entry of this Order, notice of the hearing and the other matters to be heard in connection therewith by sending a copy of this Order and the Motion to: (i) Office of the United States Trustee for the Southern District of New York; (ii) the attorneys for the Debtors; (iii) the attorneys for statutory committee of unsecured creditors appointed in these chapter 11 cases, (iv) the attorneys for the United Steelworkers, (v) the attorneys for the International Association of Machinists and Aerospace Workers, (vi) the attorneys for the International Brotherhood of Electrical Workers, and (vii) the attorneys for the International Union of Operating Engineers.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      *December 6, 2010*

                                        *s/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE