# EXHIBIT A

## Kevin C. Murphy

| | |
|---|---|
| **From:** | Falabella, Pablo [pablo.falabella@weil.com] |
| **Sent:** | Thursday, February 25, 2010 7:06 PM |
| **To:** | Kevin C. Murphy; Brooks, Russell |
| **Cc:** | Luis.Mendez@ongov.net; Smolinsky, Joseph |
| **Subject:** | MLC- ADR Procedures- Onondaga County |
| **Attachments:** | MLC-ADR Order (Docket No. 5037).pdf |

U.S. Internal Revenue Service (IRS) Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*   \*   \*


Dear Mr. Murphy,


This email is to inform you that environmental claims have been excluded from the ADR Procedures. Please note that the Debtors reserve the right to establish ADR procedures for environmental claims by a separate motion in the future.


Attached is the ADR Order approved by the Court on February 23, 2010.


Thanks,


Pablo Falabella

Weil, Gotshal & Manges LLP

Direct Dial: (212) 310-8050 | Fax: (212) 310-8007

767 Fifth Avenue, New York, NY 10153

<mailto:pablo.falabella@weil.com> pablo.falabella@weil.com


From: Kevin C. Murphy [mailto:KMurphy@WladisLawFirm.com]
Sent: Friday, February 05, 2010 11:17 AM

1

To: Brooks, Russell
Cc: Falabella, Pablo; Luis.Mendez@ongov.net
Subject: RE: Motors Liquidation - ADR motion

Thank you for the telephone call and follow-up e-mail.

Kevin C. Murphy

The Wladis Law Firm, P.C.

5795 Widewaters Parkway

P.O. Box 245

Dewitt, New York 13214

P   315/445-1700

F   315/251-1073

<mailto:kmurphy@wladislawfirm.com>  kmurphy@wladislawfirm.com

Circular 230 Notice:  To insure compliance with requirements imposed by the Internal Revenue Service under Circular 230, we inform you that any United States tax advice included in this communication is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding federal tax-related penalties, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.


CONFIDENTIALITY NOTICE:  This e-mail transmission (including any attachment) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail or any attachment is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by return e-mail and delete all copies of this e-mail and any attachment.

-----Original Message-----
From: Brooks, Russell [mailto:russell.brooks@weil.com]
Sent: Friday, February 05, 2010 11:13 AM
To: Kevin C. Murphy
Cc: Falabella, Pablo
Subject: Motors Liquidation - ADR motion

Mr. Murphy,

2

Here is my contact information. Per our conversation, the Debtors are adjourning the ADR motion with respect to environmental claims that constitute prepetition unsecured claims until the hearing on March 10, 2010 at 9:45 a.m. We will be in touch over the next month to resolve the issues.


Best,

Russ


Russell Brooks*

Weil, Gotshal & Manges LLP

Direct Dial: (212) 310-8293 | Fax: (212) 310-8007

767 Fifth Avenue, New York, NY 10153

russell.brooks@weil.com

*Not yet admitted

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3301 - Release Date: 12/06/10 14:34:00

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BEIJING
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

JOSEPH H. SMOLINSKY
DIRECT LINE (212) 310-8767
E-MAIL: joseph.smolinsky@weil.com

April 13, 2010

**BY E: MAIL & U.S. MAIL**

Kevin C. Murphy, Esq.
Wladis Law Firm
P.O. Box 245
Syracuse, NY 13214

Re:   Motors Liquidation Company, et al.,
      Case No. 09-50026 (Reg) (the "Debtors")
As to: Claims of Onondaga County, New York

Dear Mr. Murphy:

I am in receipt of your letter dated April 8, 2010. This letter will confirm that the above-referenced Debtors' motion to establish alternative dispute resolution procedures has been adjourned with respect to environmental claims to April 29, 2010 at 9:45 a.m. This letter will also confirm that at that time the Debtors will make clear that the Debtors will not seek to use the ADR procedures under the motion to address environmental claims, although the debtors will reserve their rights to seek such relief in the future upon separate motion. With respect to your inquiries regarding the impact of ongoing discussions with state and federal authorities on environmental claims interposed by Onondaga, I have forwarded your letter to the appropriate parties at Motors Liquidation Company for their consideration.

Please feel free to call me with any questions.

Sincerely,

*/s/ Joseph H. Smolinsky*
Joseph H. Smolinsky

cc:   David Berz, Esq.
      Pablo Falabella, Esq.

US_ACTIVE:\43362699\01\72240.0639