UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

_____

CERTIFICATE OF SERVICE

I, Kevin C. Murphy, of The Wladis Law Firm, P.C. hereby certify that on the 7th day of December, 2010, this office electronically filed the Objection of Environmental Claimant Onondaga County, New York to the Debtor's Proposed Chapter 11 Plan and Disclosure Statement dated December 3, 2010, in the above-referenced matter, with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification to the CM/ECF participants.

December 7, 2010                                         /s/ Kevin C. Murphy, Esq