UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    :   Chapter 11 Case No.
                                                          :
MOTORS LIQUIDATION COMPANY, et al.,                       :   09-50026 (REG)
       f/k/a General Motors Corp., et al.                 :
                                                          :   (Jointly Administered)
                                           Debtors.       :
                                                          :
-----------------------------------------------------------X

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pandora Select Partners, LP | Shona Denise Scott |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Whitebox Advisors, LLC
3033 Excelsior Blvd, Suite 300
Minneapolis, MN 55416-4675
Attn: Dale Willenbring
E-mail: dwillenbring@whiteboxadvisors.com
Phone: 612-253-6068
Last Four Digits of Acct #: N/A

Court Claim # (if known): 334
Amount of Claim Transferred: $1,750,000.00
Date Claim Filed: June 15, 2009

**PLEASE SEE ATTACHED DOCUMENTS**

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____
Pandora Select Partners, LP
By: Pandora Select Advisors, LLC its General Partner
By: Whitebox Advisors, LLC its Managing Member
Mark Strefling  GLO

Date: December 6, 2010

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: **General Motors Corporation**  Case Number: **09-50026 (REG)**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Shona Denise Scott**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
**J Cole Portis
P.O Box 4160
Montgomery, Al 36104**

Court Claim Number: _____ (If known)

Filed on: _____

Telephone number: **334/269-2343**

Name and address where payment should be sent (if different from above):

FILED – 0334
USBC – SOUTHERN DISTRICT OF NEW YORK
GENERAL MOTORS
09-50026 (REG)

JUN 15 2009

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____

1. Amount of Claim as of Date Case Filed: $ **20,000,000**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **personal injury**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property $ _____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $ _____  Basis for perfection: _____

Amount of Secured Claim $ _____  Amount Unsecured $ _____

THE GARDEN CITY GROUP INC
JUN 26 2009

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority: $ _____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of redacted on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: **6/8/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*[signature]* **(Attorney for Creditor)**

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

- 12 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Shona Denise Scott** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Pandora Select Partners, LP** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Motors Liquidating Company** (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Motors Liquidation Company, et al.*, *Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $1,750,000.00 (the "Claim"), relating to proof of claim No. 334.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

(signatures follow on next page)

Transfer of Claim26901000-_EXE_6 (2)

- 13 -

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th day of December, 2010

| ASSIGNOR | ASSIGNEE |
|---|---|
| SHONA DENISE SCOTT | PANDORA SELECT PARTNERS, LP |
| | By: Pandora Select Advisors, LLC its General Partner |
| | By: Whitebox Advisors, LLC its Managing Member |

By: *Shona Denise Scott*  By: _____
Name:                    Name:
Title:                   Title:

STATE OF Georgia )
                 ) ss.:
COUNTY OF Terrell )

On the 3rd day of December, 2010 before me, a Notary Public in and for said State, personally appeared SHONA DENISE SCOTT known to me to be the person who executed the within instrument, and acknowledged to me that he executed the within instrument.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my office seal the day and year in this certificate first above written.

*Vickie D. Ellis*
Notary Public

[SEAL: VICKIE D. ELLIS, NOTARY PUBLIC, TERRELL COUNTY, GA, Apr. 23, 2012]

My Commission expires April 23, 2012

Transfer of Claim26901000-_EXE_6

- 13 -

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th day of December, 2010

ASSIGNOR

SHONA DENISE SCOTT

By: Shona Denise Scott
Name:
Title:

ASSIGNEE

PANDORA SELECT PARTNERS, LP
By: Pandora Select Advisors, LLC its General Partner
By: Whitebox Advisors, LLC its Managing Member

By: [signature]
Name: Mark Strefling
Title: CLO

STATE OF Georgia )
                    ) ss.:
COUNTY OF Terrell )

On the 3rd day of December, 2010 before me, a Notary Public in and for said State, personally appeared SHONA DENISE SCOTT known to me to be the person who executed the within instrument, and acknowledged to me that he executed the within instrument.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my office seal the day and year in this certificate first above written.

[Notary seal: VICKIE D. ELLIS, NOTARY PUBLIC, TERRELL COUNTY, GA, Apr. 23, 2012]

[signature]

My Commission expires 10/23/2012

Transfer of Claim26901000-_EXE_6