UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On December 6, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Between Debtors and Tammy Morway Providing for Limited Modification of the Automatic Stay [Docket No. 8005]; and

- Stipulation and Agreed Order Between Debtors and Teresa Pace Providing for Limited Modification of the Automatic Stay [Docket No. 8006].

Dated: December 7, 2010         /s/ Kathy-Ann Awkward
       Melville, New York      Kathy-Ann Awkward

Sworn to before me this 7th day of December, 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2011

# EXHIBIT A

| | |
|---|---|
| TAMMY MORWAY<br>ATTN: BARRY WALDMAN, ATTORNEY AND AGENT<br>FOR TAMMY MORWAY<br>1000 FARMER ST<br>DETROIT, MI 48226 | TERESA PACE<br>BRIAN A MCKENNA ATTORNEY AND AGENT<br>FOR TERESA PACE<br>1000 FARMER STREET<br>DETROIT, MI 48226 |