UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,              :
                                                                              :
         Debtors.                               :    (Jointly Administered)
                                                                              :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On December 3, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto:

- Stipulation and Agreed Order Between Debtors And Timothy Bynum Providing For Limited Modification Of The Automatic Stay [Docket No. 7977].

Dated: December 3, 2010          /s/ Alison Moodie
      Melville, New York            Alison Moodie

Sworn to before me this 3rd day of December, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires: October 22, 2011

# EXHIBIT A

TOWNSEND AND TOWNSEND
ATTORNEY FOR TIMOTHY BYNUM
ATTN: JOHN F. TOWNSEND III
230 E. OHIO STREET
INDIANAPOLIS, IN 46204