**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.*, | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                        ) ss
COUNTY OF SUFFOLK        )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On December 3, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties identified on Exhibit A annexed hereto:

- Stipulation and Agreed Order Between Debtors And Samuel Barrow Resolving Motion For Relief From Automatic Stay [Docket No. 7980].

Dated:  December 3, 2010                    /s/ Alison Moodie_____
        Melville, New York                  Alison Moodie

Sworn to before me this 3rd day of December, 2010

/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011

# EXHIBIT A

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

ATTYS FOR SAMUEL BARROW

ATTN: DAVID L. TILLEM: PAUL KIM

3 GANNETT DRIVE

WHITE PLAINS, NY 10604-3407