IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
      f/k/a General Motors Corp., *et al.*        :    Chapter 11
                                                                :    Case No. 09-50026 (REG)
                                                                :    (Jointly Administered)
                Debtors.                     :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                             ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 7, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8013) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                      /s/ Chanpreet Kondal
                                                                      Chanpreet Kondal

Sworn to before me this 7th day of
December, 2010
/s/ Florence L. Robinson_____
Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

TRANSFEROR

Shona Denise Scott
c/o J Cole Portis
P.O. Box 4160
Montgomery, AL 36104

TRANSFEREE

Pandora Select Partners, LP
c/o Whitebox Advisors, LLC
Attn: Dale Willenbring
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416-4675