**Exhibit A**
Summary of Recommended Deductions
Weil, Gotshal & Manges LLP
Fourth Interim Fee Application
*In re Motors Liquidation Co. et al.*

| Fee Category | |
|---|---:|
| Review of billing records (for both 3rd and 4th Fee Applications) | |
| Fee inquiry time (for both 3rd and 4th Fee Applications) | |
| Vague entries | |
| Time increments | |
| Strasbourg transaction | |
| Mediation binders | |
| Non-working travel time | |
| **Total Agreed Disallowance -- Fees** | **$88,254.75** |
| | |
| **Expense Category** | |
| Administrative | $328.50 |
| Meals | $129.65 |
| Local transportation | $308.75 |
| Airfare | $619.81 |
| **Total Agreed Disallowance -- Expenses** | **$1,386.71** |
| | |
| **Total Agreed Disallowance -- Fees and Expenses** | **$89,641.46** |
| | |
| **Less Fees Previously Carved Out** | ($48,370.50) |
| | |
| **Net Agreed Disallowance** | **$41,270.96** |