# EXHIBIT B

(Summary of Hours and Fees by Position and Individual Computed at Billed Rate)

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT BILLED RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0094 | Berz, David R. | PARTNER | $900.00 | $900.00 | 593.70 | $534,330.00 |
| 0663 | Smolinsky, Joseph H. | PARTNER | $450.00 | $900.00 | 419.80 | $369,090.00 |
| 0080 | Karotkin, Stephen | PARTNER | $495.00 | $990.00 | 240.10 | $233,887.50 |
| 0534 | Druon, Philippe | PARTNER | $945.00 | $945.00 | 238.90 | $225,760.50 |
| 0617 | Zambrano, Angela C. | PARTNER | $390.00 | $780.00 | 262.50 | $202,800.00 |
| 0458 | Beagles, Vance L. | PARTNER | $422.50 | $845.00 | 182.20 | $149,311.50 |
| 0212 | Hird, David B. | PARTNER | $845.00 | $845.00 | 169.80 | $143,481.00 |
| 0139 | Gietz, Raymond O. | PARTNER | $495.00 | $990.00 | 98.50 | $93,505.50 |
| 0223 | Lefkowitz, David S. | PARTNER | $990.00 | $990.00 | 49.60 | $49,104.00 |
| 0196 | Goldring, Stuart J. | PARTNER | $990.00 | $990.00 | 45.60 | $45,144.00 |
| 0020 | Miller, Harvey R. | PARTNER | $990.00 | $990.00 | 18.80 | $18,612.00 |
| 0397 | Dixon, Catherine T. | PARTNER | $990.00 | $990.00 | 15.10 | $14,949.00 |
| 0069 | Warren, Irwin H. | PARTNER | $990.00 | $990.00 | 14.70 | $14,553.00 |
| 0163 | Kam, Michael K. | PARTNER | $900.00 | $900.00 | 14.10 | $12,690.00 |
| 3331 | Berkovich, Ronit J. | PARTNER | $362.50 | $725.00 | 15.90 | $9,316.25 |
| 0406 | Blanchard, Kimberly S. | PARTNER | $950.00 | $950.00 | 9.50 | $9,025.00 |
| 0178 | Maskin, Arvin | PARTNER | $990.00 | $990.00 | 7.30 | $7,227.00 |
| 0561 | Albanese, Anthony J. | PARTNER | $820.00 | $820.00 | 7.80 | $6,396.00 |
| 4378 | Baudry d'Asson (de), Arthur | PARTNER | $945.00 | $945.00 | 6.50 | $6,142.50 |
| 0304 | Connolly, Annemargaret | PARTNER | $845.00 | $845.00 | 6.00 | $5,070.00 |
| 0668 | Ferla, Romain | PARTNER | $725.00 | $725.00 | 6.00 | $4,350.00 |
| 0587 | Grauke, Britta | PARTNER | $835.00 | $835.00 | 4.00 | $3,340.00 |
| 0428 | Cox, Christopher | PARTNER | $845.00 | $845.00 | 3.30 | $2,788.50 |
| 0061 | McCaffrey, Carlyn S. | PARTNER | $950.00 | $950.00 | 2.10 | $1,995.00 |
| 0338 | Bower, David I. | PARTNER | $845.00 | $845.00 | 2.20 | $1,859.00 |
| 0539 | Osterman, Jeffrey D. | PARTNER | $845.00 | $845.00 | 1.70 | $1,436.50 |
| 0246 | Guy, T. R. | PARTNER | $885.00 | $885.00 | 1.50 | $1,327.50 |
| 0306 | Dicker, Howard B. | PARTNER | $925.00 | $925.00 | 1.20 | $1,110.00 |
| 0087 | Odoner, Ellen | PARTNER | $990.00 | $990.00 | 1.00 | $990.00 |
| 0567 | Neuwirth, John A. | PARTNER | $820.00 | $820.00 | 0.70 | $574.00 |
| 0615 | Shim, Soo-Jin | PARTNER | $780.00 | $780.00 | 0.50 | $390.00 |
| 0483 | Kirschner, Elyse G. | PARTNER | $740.00 | $740.00 | 0.20 | $148.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT BILLED RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| No. of Billers for Position: 32 | | Blended Rate for Position: | $889.34 | | 2,440.80 | $2,170,703.25 |
| | | | | % of Total: | 20.41% | % of Total: 31.44% |
| 0487 | Meises, Michele J. | COUNSEL | $350.00 | $700.00 | 686.90 | $470,960.00 |
| 0607 | Hull, Gregory D. | COUNSEL | $700.00 | $700.00 | 22.80 | $15,960.00 |
| 0619 | O'Loughlin, Jr., John B. | COUNSEL | $700.00 | $700.00 | 8.10 | $5,670.00 |
| 0337 | Baer, Lawrence J. | COUNSEL | $720.00 | $720.00 | 7.20 | $5,184.00 |
| 2628 | Burshtine, Ram | COUNSEL | $700.00 | $700.00 | 4.30 | $3,010.00 |
| 0554 | Sipple, John M. | COUNSEL | $775.00 | $775.00 | 1.10 | $852.50 |
| 0479 | Feltham, Timothy S. | COUNSEL | $720.00 | $720.00 | 1.00 | $720.00 |
| 1270 | Tarbert, Heath | COUNSEL | $700.00 | $700.00 | 0.70 | $490.00 |
| No. of Billers for Position: 8 | | Blended Rate for Position: | $686.85 | | 732.10 | $502,846.50 |
| | | | | % of Total: | 6.12% | % of Total: 7.28% |
| 3793 | Kotcher, Liani G. | ASSOCIATE | $630.00 | $630.00 | 703.10 | $442,953.00 |
| 4148 | Allen, Margaret H. | ASSOCIATE | $630.00 | $630.00 | 466.30 | $293,769.00 |
| 1200 | Falabella, Pablo | ASSOCIATE | $257.50 | $515.00 | 512.70 | $263,680.00 |
| 5334 | Brooks, Russell | ASSOCIATE | $227.50 | $455.00 | 574.00 | $250,750.50 |
| 1669 | Lederman, Evan S. | ASSOCIATE | $595.00 | $595.00 | 394.50 | $234,727.50 |
| 4218 | Morton, Matthew D. | ASSOCIATE | $665.00 | $665.00 | 338.90 | $225,368.50 |
| 1448 | Goslin, Thomas D. | ASSOCIATE | $595.00 | $595.00 | 350.80 | $208,726.00 |
| 5297 | Neely, Christopher M. | ASSOCIATE | $515.00 | $515.00 | 351.60 | $181,074.00 |
| 5202 | Decker, Sarah M. | ASSOCIATE | $550.00 | $550.00 | 279.30 | $153,615.00 |
| 1648 | Laken, Lacey | ASSOCIATE | $515.00 | $515.00 | 292.10 | $150,431.50 |
| 1239 | Spizzichino, Lionel | ASSOCIATE | $345.00 | $690.00 | 211.20 | $144,175.50 |
| 1461 | Petherbridge, Vaughan | ASSOCIATE | $665.00 | $665.00 | 180.80 | $120,232.00 |
| 5560 | Benfield, Brianna N. | ASSOCIATE | $227.50 | $455.00 | 216.00 | $98,234.50 |
| 3680 | Hartmann, Michelle L. | ASSOCIATE | $695.00 | $695.00 | 137.00 | $95,215.00 |
| 4782 | Griffiths, David N. | ASSOCIATE | $515.00 | $515.00 | 179.00 | $92,185.00 |
| 1602 | Tran, Hongan N. | ASSOCIATE | $395.00 | $395.00 | 210.20 | $83,029.00 |
| 3628 | Goodman, Max A. | ASSOCIATE | $665.00 | $665.00 | 121.60 | $80,864.00 |

# EXHIBIT B

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT BILLED RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1455 | Pae, Joonbeom | ASSOCIATE | $515.00 | $515.00 | 149.60 | $77,044.00 |
| 5673 | Rosen, Chelsea | ASSOCIATE | $395.00 | $395.00 | 175.50 | $69,322.50 |
| 2152 | Smith, Leslie S. | ASSOCIATE | $695.00 | $695.00 | 95.20 | $66,164.00 |
| 5391 | O'Connor, John T. | ASSOCIATE | $515.00 | $515.00 | 125.10 | $64,426.50 |
| 1100 | Burns, Gregory C. | ASSOCIATE | $550.00 | $550.00 | 95.70 | $52,635.00 |
| 4684 | Wine, Jennifer L. | ASSOCIATE | $550.00 | $550.00 | 83.90 | $46,145.00 |
| 1603 | Obaro, Bambo | ASSOCIATE | $395.00 | $395.00 | 115.50 | $45,622.50 |
| 1531 | Noury, Anne-Sophie | ASSOCIATE | $615.00 | $615.00 | 70.00 | $43,050.00 |
| 1110 | Heyliger, Adelaja K. | ASSOCIATE | $665.00 | $665.00 | 56.60 | $37,639.00 |
| 4158 | Dummer, David W. | ASSOCIATE | $695.00 | $695.00 | 51.40 | $35,723.00 |
| 2198 | Parker, Christopher M. | ASSOCIATE | $695.00 | $695.00 | 34.40 | $23,908.00 |
| 5201 | Klein, Daniel S. | ASSOCIATE | $515.00 | $515.00 | 44.30 | $22,814.50 |
| 1609 | Haye, Pascaline | ASSOCIATE | $275.00 | $275.00 | 71.00 | $19,525.00 |
| 4210 | Bremer, Carmen E. | ASSOCIATE | $665.00 | $665.00 | 29.00 | $19,285.00 |
| 5318 | Arons, Andrew | ASSOCIATE | $455.00 | $455.00 | 42.10 | $19,155.50 |
| 1467 | Shiffman, Jonathan | ASSOCIATE | $695.00 | $695.00 | 24.70 | $17,166.50 |
| 1559 | Yates, Erin K. | ASSOCIATE | $455.00 | $455.00 | 34.10 | $15,515.50 |
| 4363 | Blevin, John W. | ASSOCIATE | $630.00 | $630.00 | 19.60 | $12,348.00 |
| 5380 | Wu, Edward | ASSOCIATE | $395.00 | $395.00 | 30.50 | $12,047.50 |
| 1285 | Mapes, Justin G. | ASSOCIATE | $665.00 | $665.00 | 10.70 | $7,115.50 |
| 1487 | DeGeest, Oliver | ASSOCIATE | $550.00 | $550.00 | 11.80 | $6,490.00 |
| 5274 | Forlenza, Justin | ASSOCIATE | $515.00 | $515.00 | 9.50 | $4,892.50 |
| 1234 | Ghilini, Lelia | ASSOCIATE | $690.00 | $690.00 | 6.50 | $4,485.00 |
| 1591 | Koch, Eberhard | ASSOCIATE | $400.00 | $400.00 | 11.00 | $4,400.00 |
| 3181 | Law, Erin J. | ASSOCIATE | $695.00 | $695.00 | 5.50 | $3,822.50 |
| 5530 | Van Deurzen, Josh | ASSOCIATE | $455.00 | $455.00 | 7.70 | $3,503.50 |
| 1257 | Stewart, Benjamin L. | ASSOCIATE | $595.00 | $595.00 | 4.50 | $2,677.50 |
| 5460 | Hatcher, R. Todd T. | ASSOCIATE | $455.00 | $455.00 | 4.90 | $2,229.50 |
| 4094 | Wright, Miles J. | ASSOCIATE | $630.00 | $630.00 | 3.50 | $2,205.00 |
| 5133 | Grabill, Jeremy T. | ASSOCIATE | $550.00 | $550.00 | 4.00 | $2,200.00 |
| 5338 | Byeff, David P. | ASSOCIATE | $455.00 | $455.00 | 4.80 | $2,184.00 |
| 5317 | Maczko, Vanessa L. | ASSOCIATE | $455.00 | $455.00 | 3.90 | $1,774.50 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT BILLED RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINIMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 1336 | Fortin, Isabelle | ASSOCIATE | $580.00 | $580.00 | 2.50 | $1,450.00 |
| 5601 | Burton, Casey A. | ASSOCIATE | $455.00 | $455.00 | 3.00 | $1,365.00 |
| 1535 | Christensen, Evert J. | ASSOCIATE | $515.00 | $515.00 | 2.50 | $1,287.50 |
| 1204 | Godhard, Peter | ASSOCIATE | $550.00 | $550.00 | 2.20 | $1,210.00 |
| 3579 | Larson, Michelle V. | ASSOCIATE | $695.00 | $695.00 | 0.90 | $625.50 |
| 5476 | Kulawik, Tomasz | ASSOCIATE | $455.00 | $455.00 | 1.30 | $591.50 |
| 4056 | Morneau, Jeff M. | ASSOCIATE | $630.00 | $630.00 | 0.70 | $441.00 |
| 4135 | Heller, Amy E. | ASSOCIATE | $685.00 | $685.00 | 0.50 | $342.50 |
| 5280 | Hines, Nichole | ASSOCIATE | $515.00 | $515.00 | 0.60 | $309.00 |
| 3745 | Neugebauer, Christian Timm | ASSOCIATE | $510.00 | $510.00 | 0.60 | $306.00 |
| 1308 | Schroeder, Friederike | ASSOCIATE | $400.00 | $400.00 | 0.50 | $200.00 |
| 1240 | Silbert, Gregory S. | ASSOCIATE | $695.00 | $695.00 | 0.10 | $69.50 |
| 3682 | Eckols, Erin D. | ASSOCIATE | $665.00 | $665.00 | 0.10 | $66.50 |
| | No. of Billers for Position: 62 | Blended Rate for Position: | $555.84 | | 6,971.10 | $3,874,810.50 |
| | | | | % of Total: | 58.29% | 56.12% |
| 7066 | Levy, Victor | LAW CLERK | $180.00 | $180.00 | 48.20 | $8,676.00 |
| 6998 | Brogi, Alice | LAW CLERK | $180.00 | $180.00 | 26.00 | $4,680.00 |
| 7008 | Rapp, Alexis | LAW CLERK | $180.00 | $180.00 | 4.50 | $810.00 |
| 7004 | Robineau, Marie | LAW CLERK | $180.00 | $180.00 | 4.20 | $756.00 |
| 7061 | Wirtz, Sandy | LAW CLERK | $180.00 | $180.00 | 4.20 | $756.00 |
| 7076 | Estellon, Erling | LAW CLERK | $180.00 | $180.00 | 3.00 | $540.00 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $180.00 | | 90.10 | $16,218.00 |
| | | | | % of Total: | 0.75% | 0.23% |
| 7036 | Roberts, Sarah B. | PARALEGAL | $115.00 | $230.00 | 437.60 | $77,855.00 |
| 6780 | Cade, Nancy P. | PARALEGAL | $250.00 | $250.00 | 174.40 | $43,600.00 |
| 4475 | Stewart, LaSonya R. | PARALEGAL | $180.00 | $180.00 | 235.90 | $42,462.00 |
| 7193 | Schell, Peter | PARALEGAL | $225.00 | $225.00 | 80.30 | $18,067.50 |
| 7471 | Bennett, Victoria A. | PARALEGAL | $215.00 | $215.00 | 76.60 | $16,469.00 |
| 6563 | Maravilla, Mel C. | PARALEGAL | $225.00 | $250.00 | 61.50 | $14,850.00 |

# Exhibit B
## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
## COMPUTED AT BILLED RATE
### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 7341 | Kerley, Peggy N. | PARALEGAL | $250.00 | $250.00 | 57.40 | $14,350.00 |
| 7085 | Payne, Richard A. | PARALEGAL | $185.00 | $185.00 | 70.50 | $13,042.50 |
| 5906 | Melson, Elizabeth E. | PARALEGAL | $225.00 | $225.00 | 52.60 | $11,835.00 |
| 6746 | Lee, Kathleen | PARALEGAL | $137.50 | $275.00 | 57.20 | $11,426.25 |
| 6927 | Aliseo, Nicole K. | PARALEGAL | $105.00 | $210.00 | 65.60 | $8,452.50 |
| 7374 | Hausman, Jeffrie | PARALEGAL | $130.00 | $130.00 | 62.50 | $8,125.00 |
| 5065 | Fuller, Deidre E. | PARALEGAL | $260.00 | $260.00 | 25.10 | $6,526.00 |
| 6685 | Burns, Jo N. | PARALEGAL | $260.00 | $260.00 | 24.30 | $6,318.00 |
| 7364 | Mehta, Mona V. | PARALEGAL | $180.00 | $180.00 | 24.00 | $4,320.00 |
| 7081 | Condon, Robert | PARALEGAL | $185.00 | $185.00 | 18.50 | $3,422.50 |
| 6753 | Shrestha, Christine | PARALEGAL | $275.00 | $275.00 | 9.90 | $2,722.50 |
| 6472 | Chettri, Anupama | PARALEGAL | $200.00 | $200.00 | 13.20 | $2,640.00 |
| 5911 | Mukendi, Julie B. | PARALEGAL | $200.00 | $200.00 | 12.50 | $2,500.00 |
| 6617 | Jones, Peggy | PARALEGAL | $260.00 | $260.00 | 9.40 | $2,444.00 |
| 7199 | Marquez, Francheska | PARALEGAL | $225.00 | $225.00 | 10.00 | $2,250.00 |
| 7243 | Flinn, Deborah C. | PARALEGAL | $240.00 | $240.00 | 8.20 | $1,968.00 |
| 7338 | Fleming, Bryan C. | PARALEGAL | $180.00 | $180.00 | 8.60 | $1,548.00 |
| 8859 | Cluzel, Antoine | PARALEGAL | $160.00 | $160.00 | 9.50 | $1,520.00 |
| 6687 | Potter, Lougran | PARALEGAL | $200.00 | $200.00 | 6.60 | $1,320.00 |
| 6738 | Guthrie, Christine | PARALEGAL | $215.00 | $215.00 | 6.00 | $1,290.00 |
| 7090 | Badman, John | PARALEGAL | $160.00 | $160.00 | 6.70 | $1,072.00 |
| 6976 | Stauble, Christopher A. | PARALEGAL | $275.00 | $275.00 | 3.00 | $825.00 |
| 6840 | Reid, Tashan Q. | PARALEGAL | $215.00 | $215.00 | 3.60 | $774.00 |
| 6898 | Perkari, Harish | PARALEGAL | $190.00 | $190.00 | 3.90 | $741.00 |
| 6936 | O'Connor, Colin | PARALEGAL | $260.00 | $260.00 | 2.70 | $702.00 |
| 7168 | Etienne, Donald | PARALEGAL | $90.00 | $180.00 | 5.10 | $648.00 |
| 8614 | Fan, Dannan | PARALEGAL | $180.00 | $180.00 | 2.50 | $450.00 |
| 6581 | Viola, Matthew | PARALEGAL | $275.00 | $275.00 | 1.40 | $385.00 |
| 6820 | Castillero, Francene S. | PARALEGAL | $95.00 | $95.00 | 3.90 | $370.50 |
| 7279 | Sawyer, Jayme R. | PARALEGAL | $200.00 | $200.00 | 1.60 | $320.00 |
| 7115 | Ghodasara, Priya K. | PARALEGAL | $160.00 | $160.00 | 1.90 | $304.00 |
| 6945 | Suthar, Anh N. | PARALEGAL | $225.00 | $225.00 | 1.00 | $225.00 |

## EXHIBIT B

### SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL
### COMPUTED AT BILLED RATE
#### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6718 | Prindle, Kaitlin C. | PARALEGAL | $200.00 | $200.00 | 1.00 | $200.00 |
| 6828 | Amponsah, Duke | PARALEGAL | $200.00 | $200.00 | 0.80 | $160.00 |
| 7091 | Ruoss, Andrew | PARALEGAL | $160.00 | $160.00 | 0.80 | $128.00 |
| | No. of Billers for Position: 41 | Blended Rate for Position: | $198.23 | | 1,657.80 | $328,628.25 |
| | | | | % of Total: | 13.86% | % of Total: 4.76% |
| 5035 | Burdette, Leslie A. | MANAG CLERK | $140.00 | $140.00 | 40.10 | $5,614.00 |
| 5095 | Bailey, Gregory | MANAG CLERK | $170.00 | $170.00 | 4.50 | $765.00 |
| 6527 | Lucevic, Almir | MANAG CLERK | $150.00 | $150.00 | 4.80 | $720.00 |
| 5016 | Ribaudo, Mark | MANAG CLERK | $170.00 | $170.00 | 3.30 | $561.00 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $145.35 | | 52.70 | $7,660.00 |
| | | | | % of Total: | 0.44% | % of Total: 0.11% |
| 5860 | Carney, Michael | LIBRARY STAFF | $170.00 | $170.00 | 1.30 | $221.00 |
| 5852 | Losick, Merill | LIBRARY STAFF | $195.00 | $195.00 | 0.60 | $117.00 |
| 5875 | Cruz, Luis | LIBRARY STAFF | $135.00 | $135.00 | 0.80 | $108.00 |
| 5888 | Greco, Maximiliano | LIBRARY STAFF | $85.00 | $85.00 | 1.10 | $93.50 |
| 5869 | Carmant, Marie J. | LIBRARY STAFF | $145.00 | $145.00 | 0.30 | $43.50 |
| 9497 | Prudhomme, Cheryl | LIBRARY STAFF | $75.00 | $75.00 | 0.20 | $15.00 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $139.07 | | 4.30 | $598.00 |
| | | | | % of Total: | 0.04% | % of Total: 0.01% |
| 7580 | Haiken, Lauren C. | LITIGATION SUPP | $210.00 | $210.00 | 7.00 | $1,470.00 |
| 8422 | Eng-Bendel, Cheryl | LITIGATION SUPP | $235.00 | $235.00 | 3.50 | $822.50 |
| 8044 | Robin, Artur | LITIGATION SUPP | $215.00 | $215.00 | 0.90 | $193.50 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $218.07 | | 11.40 | $2,486.00 |
| | | | | % of Total: | 0.10% | % of Total: 0.04% |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT BILLED RATE

### Weil, Gotshal & Manges

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| | Total No. of Billers: 162 | Blended Rate for Report: | $577.24 | | 11,960.30 | $6,903,950.50 |