# EXHIBIT D

(Fee Inquiry Time)

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Benfield, B | 5560 | 0.20 | $227.50 | 45.50 |
| Berz, D | 0094 | 1.90 | $900.00 | 1,710.00 |
| Brooks, R | 5334 | 2.30 | $227.50 | 523.25 |
|  |  | 24.90 | $455.00 | 11,329.50 |
| Falabella, P | 1200 | 0.40 | $515.00 | 206.00 |
| Karotkin, S | 0080 | 0.30 | $495.00 | 148.50 |
|  |  | 7.90 | $990.00 | 7,821.00 |
| Laken, L | 1648 | 0.50 | $515.00 | 257.50 |
| Lee, K | 6746 | 1.10 | $137.50 | 151.25 |
| Meises, M | 0487 | 0.60 | $350.00 | 210.00 |
|  |  | 4.20 | $700.00 | 2,940.00 |
| Morton, M | 4218 | 0.20 | $665.00 | 133.00 |
| Roberts, S | 7036 | 16.80 | $115.00 | 1,932.00 |
|  |  | 0.50 | $230.00 | 115.00 |
| Smolinsky, J | 0663 | 1.50 | $900.00 | 1,350.00 |
|  |  | 63.30 |  | $28,872.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 0.70 | 318.50 |
| Retention/Fee Application: Other Professionals | 1.00 | 808.50 |
| WG&M Fee Applications/Retention | 40.30 | 24,735.00 |
| WG&M Monthly Fee Statement/BSR Review | 21.30 | 3,010.50 |
|  | 63.30 | $28,872.50 |

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 5560 Benfield, B | $227.50 20600800 | 06/24/10 | Thu | 0.10 | 0.10 | 22.75 | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* <br> 1 CALL WITH R. BROOKS RE: APRIL TIME ENTRIES FOR WGM FEE APPLICATION |
| | $227.50 20600273 | 06/25/10 | Fri | 0.10 | 0.10 | 22.75 | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* <br> 1 RESPOND TO INQUIRY RE: TIME ENTRY FOR WGM FEE APPLICATION |
| | NUMBER OF ENTRIES: | | 2 | | 0.20 | 45.50 | | |
| 0094 Berz, D | $900.00 20657884 | 06/11/10 | Fri | 0.40 | 0.40 | 360.00 | | *MATTER NAME: Retention/Fee Application: Other Professionals* <br> 1 DISCUSSIONS WITH J. REDWINE RE: PRESENTATION TO FEE EXAMINER |
| | $900.00 20612628 | 06/15/10 | Tue | 0.30 | 0.30 | 270.00 | | *MATTER NAME: Retention/Fee Application: Other Professionals* <br> 1 REVIEW INITIAL DRAFT OF FEE EXAMINER REPORT FOR CONSULTANTS AND STATEMENT OF LIMITED OBJECTIONS WITH J. REDWINE, ANALYZE AND DISCUSS COMMENTS RE: SAME |
| | $900.00 20712718 | 06/17/10 | Thu | 0.30 | 0.30 | 270.00 | 0.30 | *MATTER NAME: WG&M Fee Applications/Retention* <br> 1 PREPARE FOR AND PARTICIPATE ON CALL WTIH T. GOSLIN AND J. REDWINE RE: RESPONSE TO FEE EXAMINER (.3) |
| | $900.00 20662115 | 06/22/10 | Tue | 0.10 | 0.10 | 90.00 | | *MATTER NAME: WG&M Fee Applications/Retention* <br> 1 DISCUSS WITH J. REDWINE RE: FEE EXAMINER UPCOMING HEARING |
| | $900.00 20612196 | 06/23/10 | Wed | 0.40 | 0.40 | 360.00 | | *MATTER NAME: WG&M Fee Applications/Retention* <br> 1 DISCUSS WITH D. DEEMS AND REVIEW PROPOSED J. REDWINE AFFIDAVIT IN RELATION TO FEE EXAMINER HEARING AND TC WITH J. REDWINE RE: SAME |
| | $900.00 20983767 | 09/15/10 | Wed | 0.40 | 0.40 | 360.00 | | *MATTER NAME: WG&M Fee Applications/Retention* <br> 1 REVIEW FEE EXAMINERS FILING AND OBJECTIONS AND RESPONSE TO SAME. |
| | NUMBER OF ENTRIES: | | 6 | | 1.90 | 1,710.00 | | |
| 5334 Brooks, R | $455.00 20525600 | 06/01/10 | Tue | 3.60 | 3.60 | 1,638.00 | 3.20 0.30 0.10 | *MATTER NAME: WG&M Fee Applications/Retention* <br> 1 CONDUCT RESEARCH RE: ISSUES RAISED BY FEE EXAMINER'S LETTER RE: WEIL'S SECOND INTERIM FEE APPLICATION (3.2); <br> 2 CONFERENCE WITH P. FALABELLA RE: SAME (.3); <br> 3 CONFERENCE WITH S. KAROTKIN AND P. FALABELLA RE: SAME (.1) |
| | $455.00 20525793 | 06/02/10 | Wed | 4.30 | 4.30 | 1,956.50 | | *MATTER NAME: WG&M Fee Applications/Retention* <br> 1 RESEARCH ISSUES RAISED BY FEE EXAMINER'S LETTER RE: WEIL'S SECOND INTERIM FEE APPLICATION |

~ See the last page of exhibit for explanation

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| 5334 | $455.00 | 06/03/10 | Thu | 1.70 | 1.70 | 773.50 | 1.50 | 1 | RESPOND TO ISSUES RAISED BY LETTER FROM FEE EXAMINER RE: WEIL'S SECOND FEE APPLICATION (1.5); |
| Brooks, R | 20525757 | | | | | | 0.20 | 2 | MEET WITH S. KAROTKIN RE: SAME (.2). |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 | 06/07/10 | Mon | 0.80 | 0.80 | 364.00 | 0.30 | 1 | RESPOND TO FEE EXAMINER'S REQUESTS RE: SECOND INTERIM FEE APPLICATIONS (.3); |
| | 20705430 | | | | | | 0.50 | 2 | DRAFT RESPONSE TO FEE EXAMINER RE: SAME (.5) |
| | | | | | | | | | *MATTER NAME: Retention/Fee Application: Other Professionals* |
| | $455.00 | 06/07/10 | Mon | 0.10 | 0.10 | 45.50 | | 1 | RESPOND TO EMAILS RE: FEE EXAMINER'S OBJECTIONS TO FEE APPLICATIONS |
| | 20525762 | | | | | | | | |
| | | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $227.50 | 06/09/10 | Wed | 1.10 | 0.30 | 68.25 | 0.20 | 1 | REVIEW BILLING SUMMARY REPORT TO CONFORM TO US TRUSTEE GUIDELINES (.2); |
| | 20525603 | | | | | | 0.30 | 2 | PREPARE RESPONSE TO FEE EXAMINER'S SECOND LETTER RE: SECOND INTERIM FEE APPLICATION (.3); |
| | | | | | | | 0.30 | 3 | PREPARE SCHEDULE OF REVIEW FOR BILLING SUMMARY REPORT FOR PARALEGALS (.3); |
| | | | | | | | 0.30 | 4 | RESEARCH BLACKSTONE PROTOCOLS (.3) |
| | | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $227.50 | 06/10/10 | Thu | 0.50 | 0.50 | 113.75 | | 1 | RESPOND TO ISSUES AND REVISE LETTER IN RESPONSE TO FEE EXAMINER'S SECOND LETTER RE: WEIL'S SECOND INTERIM FEE APPLICATION |
| | 20525705 | | | | | | | | |
| | | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $227.50 | 06/11/10 | Fri | 0.30 | 0.30 | 68.25 | | 1 | REVISE LETTER TO FEE EXAMINER RESPONDING TO FEE EXAMINER'S SECOND LETTER RE: WEIL'S SECOND INTERIM FEE APPLICATION |
| | 20599892 | | | | | | | | |
| | | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $227.50 | 06/15/10 | Tue | 0.10 | 0.10 | 22.75 | | 1 | REVIEW CORRESPONDENCE FROM FEE EXAMINER RE: WEIL'S SECOND INTERIM FEE APPLICATION |
| | 20604102 | | | | | | | | |
| | | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $227.50 | 06/16/10 | Wed | 0.90 | 0.90 | 204.75 | 0.50 | 1 | TELECONFERENCE WITH S. ROBERTS RE: RESPONDING TO FEE EXAMINER'S OBJECTIONS TO SECOND INTERIM FEE APPLICATION (.5); |
| | 20604405 | | | | | | 0.40 | 2 | REVIEW FEE EXAMINER'S OBJECTION TO SECOND INTERIM FEE APPLICATION (.4) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 | 06/22/10 | Tue | 1.20 | 1.20 | 546.00 | 1.10 | 1 | REVIEW FEE EXAMINER'S OBJECTION TO WEIL'S SECOND INTERIM FEE APPLICATION (1.1); |
| | 20604778 | | | | | | 0.10 | 2 | CONFER WITH S. KAROTKIN RE: SAME (.1) |
| | | | | | | | | | *MATTER NAME: WG&M Fee Applications/Retention* |
| | $455.00 | 07/31/10 | Sat | 0.80 | 0.80 | 364.00 | 0.70 | 1 | REVIEW FEE EXAMINER'S SUMMARY OF JUDGE GERBER'S DECISIONS (.7); |
| | 20718216 | | | | | | 0.10 | 2 | DRAFT MEMO TO S. KAROTKIN RE: SAME (.1); |

~ See the last page of exhibit for explanation

Exhibit D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 5334<br>Brooks, R | $227.50<br>20841323 | 08/26/10 | Thu | 0.20 | 0.20 | 45.50 | | | MATTER NAME: WG&M Monthly Fee Statement/BSR Review<br>1 RESEARCH BILLING SUMMARY REPORT ISSUES FOR S. KAROTKIN RE: AIRFARE |
| | $455.00<br>20964582 | 09/13/10 | Mon | 5.10 | 5.10 | 2,320.50 | | | MATTER NAME: WG&M Fee Applications/Retention<br>1 REVIEW FEE EXAMINER'S DRAFT OBJECTION TO THIRD INTERIM FEE APPLICATION |
| | $455.00<br>20964000 | 09/14/10 | Tue | 2.60 | 2.60 | 1,183.00 | | | MATTER NAME: WG&M Fee Applications/Retention<br>1 REVISE RESPONSE TO FEE EXAMINER RE: THIRD INTERIM FEE APPLICATION |
| | $455.00<br>20963051 | 09/15/10 | Wed | 0.30 | 0.30 | 136.50 | | | MATTER NAME: WG&M Fee Applications/Retention<br>1 REVIEW FEE EXAMINER RESPONSE TO WEIL'S FEE APPLICATION |
| | $455.00<br>20963315 | 09/15/10 | Wed | 0.30 | 0.30 | 136.50 | | | MATTER NAME: WG&M Fee Applications/Retention<br>1 RESPOND TO EMAILS RE: RESPONSE TO FEE EXAMINER'S OBJECTION. |
| | $455.00<br>20966976 | 09/20/10 | Mon | 3.20 | 3.20 | 1,456.00 | 3.00<br>0.20 | | MATTER NAME: WG&M Fee Applications/Retention<br>1 PREPARE RESPONSE TO FEE EXAMINER'S OBJECTION TO THIRD INTERIM FEE APPLICATION (3.0);<br>2 CALL WITH J. SMOLINSKY RE: SAME (.2) |
| | $455.00<br>20966014 | 09/21/10 | Tue | 0.70 | 0.70 | 318.50 | 0.60<br>0.10 | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig<br>1 CONFERENCE WITH J. SMOLINKSY RE: CLAIMS OBJECTIONS, FEE EXAMINER, STATUS OF CASE (.6);<br>2 PREPARE RE: SAME (.1) |
| | $455.00<br>20967404 | 09/22/10 | Wed | 0.20 | 0.20 | 91.00 | | | MATTER NAME: WG&M Fee Applications/Retention<br>1 PREPARE RESPONSE TO FEE EXAMINER |
| | NUMBER OF ENTRIES: | | 20 | | 27.20 | 11,852.75 | | | |
| 1200<br>Falabella, P | $515.00<br>20564857 | 06/01/10 | Tue | 0.40 | 0.40 | 206.00 | 0.30<br>0.10 | | MATTER NAME: WG&M Fee Applications/Retention<br>1 CONFERENCE WITH R. BROOKS RE: FEE EXAMINER INFORMATION REQUEST (.3);<br>2 CONFERENCE WITH S. KAROTKIN AND R. BROOKS RE: FEE EXAMINER INFORMATION REQUEST (.1) |
| | NUMBER OF ENTRIES: | | 1 | | 0.40 | 206.00 | | | |
| 0080<br>Karotkin, S | $990.00<br>20624295 | 06/01/10 | Tue | 0.40 | 0.40 | 396.00 | | | MATTER NAME: WG&M Fee Applications/Retention<br>1 REVIEW FEE EXAMINER LETTER AND BACK-UP |

~ See the last page of exhibit for explanation

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0080<br>Karotkin, S | $990.00<br>20624563 | 06/02/10 | Wed | 1.30 | 1.30 | 1,287.00 | 0.40<br>0.90 | 1<br>2 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVISE RESPONSE TO FEE EXAMINER LETTER (.4);<br>REVIEW DOCUMENTS RE: SAME (.9) |
| | $990.00<br>20624568 | 06/03/10 | Thu | 0.80 | 0.80 | 792.00 | 0.60<br>0.20 | 1<br>2 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVISE LETTER TO FEE EXAMINER (.6);<br>CONFERENCE WITH R. BROOKS RE: SAME (.2). |
| | $495.00<br>20624464 | 06/09/10 | Wed | 0.30 | 0.30 | 148.50 | | 1 | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review*<br>REVIEW AND REVISE LETTER TO FEE EXAMINER RE: INFORMATION REQUESTS |
| | $990.00<br>20624294 | 06/17/10 | Thu | 0.20 | 0.20 | 198.00 | | 1 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVIEW FEE EXAMINER PROPOSED OBJECTION TO WG&M FEE APPLICATION |
| | $990.00<br>20624720 | 06/18/10 | Fri | 0.20 | 0.20 | 198.00 | | 1 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVIEW FEE EXAMINER DRAFT OBJECTION TO WG&M FEES |
| | $990.00<br>20624344 | 06/22/10 | Tue | 0.30 | 0.60 | 594.00 | 0.40 F<br>0.20 F | 1<br>2 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVIEW FEE EXAMINER OBJECTION (.4)<br>AND CONFERENCE WITH R. BROOKS RE: SAME (.2). |
| | $990.00<br>20627317 | 06/23/10 | Wed | 2.80 | 2.80 | 2,772.00 | | 1 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVIEW FEE EXAMINER FORMAL OBJECTION TO WG&M FEE APPLICATION AND PREPARATION OF RESPONSE |
| | $990.00<br>20627318 | 06/23/10 | Wed | 0.40 | 0.40 | 396.00 | | 1 | *MATTER NAME: WG&M Fee Applications/Retention*<br>REVIEW FEE EXAMINER PLEADING RE: SUMMARY AND RECOMMENDATION ON INTERIM FEE APPLICATION |
| | $990.00<br>20626949 | 06/25/10 | Fri | 1.20 | 1.20 | 1,188.00 | | 1 | *MATTER NAME: WG&M Fee Applications/Retention*<br>FINALIZE RESPONSE TO FEE EXAMINER OBJECTION TO WG&M FEE APPLICATION |
| | NUMBER OF ENTRIES: | | 10 | | 8.20 | 7,969.50 | | | |
| 1648<br>Laken, L | $515.00<br>20929961 | 09/21/10 | Tue | 0.50 | 0.50 | 257.50 | | 1 | *MATTER NAME: WG&M Fee Applications/Retention*<br>RESEARCH ISSUES RE: FEE EXAMINER OBJECTION IN PREPARATION FOR 9/24 HEARING. |
| | NUMBER OF ENTRIES: | | 1 | | 0.50 | 257.50 | | | |

~ See the last page of exhibit for explanation

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| 6746 | $137.50 | 06/29/10 | Tue | 6.10 | 0.70 | 96.25 | 2.60 | 1 REVISE FEE EXHIBITS FOR APRIL (2.6); |
| Lee, K | 20591372 | | | | | | 0.20 | 2 E-MAIL S. ROBERTS RE: SAME (.2); |
| | | | | | | | 0.70 | 3 CREATE DISCREPANCY CHART FOR SAME (.7); |
| | | | | | | | 0.30 | 4 E-MAIL CONFERENCES WITH G. FUJII RE: SAME (.3); |
| | | | | | | | 0.20 | 5 E-MAIL S. ROBERTS AND R. BROOKS RE: SAME (.2); |
| | | | | | | | 0.70 | 6 REVISE APRIL DISBURSEMENT CHART FOR EXAMINER (.7); |
| | | | | | | | 0.20 | 7 OBTAIN FEE ORDER FOR R. BROOKS (.2); |
| | | | | | | | 0.20 | 8 RESPOND TO E-MAILS RE: REDUCTIONS FROM R. BROOKS (.2); |
| | | | | | | | 0.20 | 9 REVISE MAY CHARTS (.2); |
| | | | | | | | 0.20 | 10 E-MAIL CONFERENCE WITH G. FUJII RE: SAME (.2); |
| | | | | | | | 0.20 | 11 REVIEW AND RESPOND TO E-MAIL FROM R. BROOKS RE: SUMMER ASSOCIATE TIME (.2); |
| | | | | | | | 0.40 | 12 RESPOND TO E-MAILS RE: SECOND QUARTERLY FEE HEARING (.4) |
| | | | | | | | | |
| | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| | $137.50 | 06/30/10 | Wed | 4.40 | 0.40 | 55.00 | 1.50 | 1 RESEARCH RE: FIRMS BILLING POLICY FOR R. BROOKS (1.5); |
| | 20602170 | | | | | | 0.20 | 2 E-MAIL T. LAMURA RE: ENGAGEMENT LETTER (.2); |
| | | | | | | | 0.10 | 3 CONFER WITH S. KAROTKIN RE: SAME (.1); |
| | | | | | | | 0.20 | 4 E-MAIL SAME TO BILLING TEAM (.2); |
| | | | | | | | 0.20 | 5 E-MAIL D. LEFKOWITZ RE: MISSING ATTACHMENT TO ENGAGEMENT LETTER (.2); |
| | | | | | | | 0.20 | 6 REVIEW EXCEL DOCUMENT OF EDITS TO MAY FEE PERIOD (.2); |
| | | | | | | | 0.20 | 7 E-MAIL CONFERENCES WITH R. BOROOKS RE: SAME (.2); |
| | | | | | | | 0.20 | 8 E-MAIL G. FUJII RE: MAY BILLING SUMMARY REPORT (.2); |
| | | | | | | | 0.30 | 9 PROVIDE DISBURSEMENT CODES FOR THIRD QUARTERLY FEE PERIOD TO R. BROOKS (.3); |
| | | | | | | | 0.20 | 10 E-MAIL G. FUJII RE: OBTAINING CUMULATIVE DISBURSEMENT IDENTIFICATION NUMBERS AND SUMMARIES FOR SAME (.2); |
| | | | | | | | 0.50 | 11 REVISE APRIL FEE STATEMENT (.5); |
| | | | | | | | 0.10 | 12 E-MAIL TRAVEL CHARGE ENTRY TO G. FUJII (.1); |
| | | | | | | | 0.10 | 13 E-MAIL UPDATED AND REVISED CHARTS TO R. BROOKS (.1); |
| | | | | | | | 0.40 | 14 REVIEW AND RESPOND TO E-MAILS RE: REVIEW BILLING SUMMARY REPORTS FOR COMPLIANCE WITH EXAMINER'S REPORT (.4) |
| | | NUMBER OF ENTRIES: | | 2 | 1.10 | 151.25 | | |
| | | | | | | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review* |
| 0487 | $350.00 | 06/09/10 | Wed | 0.20 | 0.20 | 70.00 | | 1 MEET WITH R. BROOKS RE: FEE EXAMINER OBJECTION. |
| Meises, M | 20570451 | | | | | | | |

~ See the last page of exhibit for explanation

**EXHIBIT D**
FEE INQUIRY TIME
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0487 Meises, M | $350.00 20570430 | 06/16/10 | Wed | 0.60 | 0.40 | 140.00 | 0.40 0.20 | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review*<br>1 REVIEW FEE EXAMINER'S OBJECTION (.4);<br>2 MEET R. BROOKS RE: BILLING SUMMARY REPORT (.2). |
| | $700.00 20712719 | 06/24/10 | Thu | 2.10 | 2.10 | 1,470.00 | 0.10 2.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 TELECONFERENCE WITH S. KAROTKIN & R. BROOKS RE: RESPONSE TO FEE EXAMINER OBJECTION (.1);<br>2 REVISE RESPONSE TO FEE EXAMINER OBJECTION (2.0). |
| | $700.00 20616267 | 06/25/10 | Fri | 2.10 | 2.10 | 1,470.00 | 0.30 0.30 0.50 1.00 | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 MEETINGS WITH S. KAROTKIN RE: RESPONSE TO FEE EXAMINER OBJECTION TO FEES (.3);<br>2 REVISE RESPONSE TO FEE EXAMINER OBJECTION (.3);<br>3 MET R. BROOKS RE: SAME (.5);<br>4 FINALIZE SAME (1.0). |
| | | NUMBER OF ENTRIES: | | 4 | 4.80 | 3,150.00 | | | |
| 4218 Morton, M | $665.00 20658319 | 06/11/10 | Fri | 0.20 | 0.20 | 133.00 | | | *MATTER NAME: Retention/Fee Application: Other Professionals*<br>1 REVIEW DOCUMENT FROM J. REDWINE RE: PRESENTATION TO FEE EXAMINER FOR CONSULTANTS. |
| | | NUMBER OF ENTRIES: | | 1 | 0.20 | 133.00 | | | |
| 7036 Roberts, S | $230.00 20521332 | 06/02/10 | Wed | 0.20 | 0.20 | 46.00 | | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 ASSIST WITH PREPARATION OF RESPONSE TO FEE EXAMINER INQUIRY |
| | $115.00 20567187 | 06/16/10 | Wed | 7.30 | 7.30 | 839.50 | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review*<br>1 ASSIST WITH TRANSPORTATION EXPENSE ANALYSIS IN RESPONSE TO FEE EXAMINER'S OBJECTION. |
| | $115.00 20572437 | 06/18/10 | Fri | 9.30 | 9.30 | 1,069.50 | | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review*<br>1 PREPARE ANALYSIS OF TAXI EXPENSES FOR TIME PERIOD JUNE 2009 THROUGH JANUARY 2010. |
| | $115.00 20770221 | 08/10/10 | Tue | 0.20 | 0.20 | 23.00 | 0.10 0.10 | | *MATTER NAME: WG&M Monthly Fee Statement/BSR Review*<br>1 REVISE JULY TAXI ANALYSIS (.1);<br>2 EMAIL B. GRANT IN BILLING RE: BACKUP FOR PARIS TIMEKEEPER RIDES (.1) |
| | $230.00 20945973 | 09/21/10 | Tue | 0.30 | 0.30 | 69.00 | | | *MATTER NAME: WG&M Fee Applications/Retention*<br>1 REVIEW TIME ENTRIES RE: IN RESPONSE TO FEE EXAMINER'S OBJECTION FOR R. BROOKS |

~ See the last page of exhibit for explanation

EXHIBIT D PAGE 7 of 9

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | NUMBER OF ENTRIES: | | 5 | 17.30 | 2,047.00 | | |
| 7036 Roberts, S | | | | | | | |
| | | | | | | | MATTER NAME: WG&M Fee Applications/Retention |
| 0663 Smolinsky, J | $900.00 20961620 | 09/14/10 Tue | 0.20 | 0.20 | 180.00 | | 1 EMAILS WITH R. BROOKS RE: RESPONSE TO FEE EXAMINER. |
| | | | | | | | MATTER NAME: WG&M Fee Applications/Retention |
| | $900.00 20964720 | 09/21/10 Tue | 1.30 | 1.30 | 1,170.00 | 0.40 0.90 | 1 REVIEW FEE EXAMINER OBJECTION FOR WG&M FEES (.4); 2 REVIEW AND REVISE REPLY TO SAME (.9) |
| | NUMBER OF ENTRIES: | | 2 | 1.50 | 1,350.00 | | |
| Total | | | | 63.30 | $28,872.50 | | |
| Number of Entries: | 54 | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT D PAGE 8 of 9

EXHIBIT D

FEE INQUIRY TIME

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Benfield, B | 5560 | 0.20 | $227.50 | 45.50 |
| Berz, D | 0094 | 1.90 | $900.00 | 1,710.00 |
| Brooks, R | 5334 | 2.30 | $227.50 | 523.25 |
|  |  | 24.90 | $455.00 | 11,329.50 |
| Falabella, P | 1200 | 0.40 | $515.00 | 206.00 |
| Karotkin, S | 0080 | 0.30 | $495.00 | 148.50 |
|  |  | 7.90 | $990.00 | 7,821.00 |
| Laken, L | 1648 | 0.50 | $515.00 | 257.50 |
| Lee, K | 6746 | 1.10 | $137.50 | 151.25 |
| Meises, M | 0487 | 0.60 | $350.00 | 210.00 |
|  |  | 4.20 | $700.00 | 2,940.00 |
| Morton, M | 4218 | 0.20 | $665.00 | 133.00 |
| Roberts, S | 7036 | 16.80 | $115.00 | 1,932.00 |
|  |  | 0.50 | $230.00 | 115.00 |
| Smolinsky, J | 0663 | 1.50 | $900.00 | 1,350.00 |
|  |  | 63.30 |  | $28,872.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 0.70 | 318.50 |
| Retention/Fee Application: Other Professionals | 1.00 | 808.50 |
| WG&M Fee Applications/Retention | 40.30 | 24,735.00 |
| WG&M Monthly Fee Statement/BSR Review | 21.30 | 3,010.50 |
|  | 63.30 | $28,872.50 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F    FINAL BILL