# EXHIBIT E

(Kotcher Coordination of Mediations)

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

### KOTCHER COORDINATION OF MEDIATIONS

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Kotcher, L | 158.20 | 99,666.00 |
|  | 158.20 | $99,666.00 |

### COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Kotcher, L | 51.50 | 32,445.00 |
|  | 51.50 | $32,445.00 |

# EXHIBIT E

## KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

### KOTCHER COORDINATION OF MEDIATIONS

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 158.20 | 99,666.00 |
|  | 158.20 | $99,666.00 |

### COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 51.50 | 32,445.00 |
|  | 51.50 | $32,445.00 |

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 06/16/10 Wed | Kotcher, L 10411470/771 - 20550976 | 9.50 | 1.00 | 630.00 | 1.00 | & | 1 | REVIEW EMAILS RE: COORDINATION OF MEDIATIONS (1.0); |
| | | | | | 0.30 | | 2 | PRE-CALL WITH J. SMOLINSKY AND A. ZAMBRANO RE: KRAMER(.3); |
| | | | | | 0.40 | | 3 | CALL WITH KRAMER RE: SODERS MATTER (.4); |
| | | | | | 0.20 | | 4 | POST-KRAMER CALL WITH J. SMOLINSKY AND A. ZAMBRANO (.2); |
| | | | | | 0.20 | | 5 | REVIEW OMNI ISSUES, EMAILS AND UPDATE CHARTS RE: SAME (.2); |
| | | | | | 0.50 | | 6 | CALL WITH R. BROOKS RE: OMNI ISSUES (.5); |
| | | | | | 3.00 | | 7 | REVIEW MEDIATION ISSUES EMAILS AND UPDATE CHARTS RE: SAME (3.0); |
| | | | | | 0.50 | | 8 | CALL WITH AAA AND MEET WITH A. ZAMBRANO AND M. ALLEN RE: SAME (.5); |
| | | | | | 1.30 | | 9 | CALLS AND EMAILS RE: OMNIS 26 AND 27 (1.3); |
| | | | | | 2.10 | | 10 | REVIEW AND REVISE SODERS SETTLEMENT AGREEMENT (2.1). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 06/21/10 Mon | Kotcher, L 10411470/966 - 20564583 | 8.40 | 2.50 | 1,575.00 | 4.80 | | 1 | DRAFT POWLEDGE MEDIATION STATEMENT AND REVIEW DOCUMENTS FOR SAME (4.8); |
| | | | | | 2.50 | & | 2 | COORDINATE MEDIATIONS RE: SAME (2.5); |
| | | | | | 1.10 | | 3 | COORDINATE OMNIBUS OBJECTIONS (1.1). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 06/22/10 Tue | Kotcher, L 10411470/1042 - 20572424 | 7.00 | 3.50 | 2,205.00 | 0.50 | | 1 | CALL WITH COUNSEL FOR POWLEDGE (.5); |
| | | | | | 0.80 | | 2 | MEET WITH V. BEAGLES, A. ZAMBRANO, D. DUMMER AND M. ALLEN RE: BRYANT AND HUNTER MATTERS (.8); |
| | | | | | 1.00 | & | 3 | REVISE MEDIATION CHARTS AND COORDINATE MEDIATIONS (1.0); |
| | | | | | 1.20 | | 4 | DRAFT POWLEDGE MEDIATION STATEMENT (1.2); |
| | | | | | 1.00 | | 5 | PREPARE FOR TEAM CALL (1.0); |
| | | | | | 1.80 | | 6 | EMAILS RE: COORDINATION OF MEDIATIONS (1.8); |
| | | | | | 0.70 | | 7 | EMAILS RE: COORDINATION OF OMNI OBJECTIONS (.7) |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 06/24/10 Thu | Kotcher, L 10411470/1200 - 20572448 | 8.10 | 1.50 | 945.00 | 0.20 | | 1 | CALL WITH P. FALABELLA RE: OMNIS (.2); |
| | | | | | 1.00 | | 2 | CALL WITH ALIXPARTNERS, P. FALABELLA AND S. DECKER RE: OMNIS (1.0); |
| | | | | | 0.50 | | 3 | MEET WITH A. ZAMBRANO RE: SODERS CLAIMS (.5); |
| | | | | | 0.80 | | 4 | REVISE EMAILS RE: CLASS ACTIONS (.8); |
| | | | | | 0.80 | | 5 | REVIEW AND RESPOND TO EMAILS (.8); |
| | | | | | 1.50 | | 6 | REVISE SODERS SETTLEMENT AGREEMENT AND RESEARCH RE: SAME (1.5); |
| | | | | | 1.50 | & | 7 | EMAILS RE: MEDIATION COORDINATION (1.5); |
| | | | | | 0.50 | | 8 | MEET WITH D. KLEIN RE: SODERS RESEARCH (.5); |
| | | | | | 1.30 | | 9 | EMAILS RE: OMNIS AND REVISE CHARTS FOR SAME (1.3). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

Exhibit E

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/29/10 Tue | Kotcher, L 10411470/1461 - 20603061 | 10.20 | 2.20 | 1,386.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | 0.50 | | 1 | MEET WITH S. DECKER RE: DRAFT OF 9019 MOTION IN SODERS MATTER (.5); |
| | | | | | 1.00 | | 2 | REVIEW RESEARCH RE: RULE 23 SETTLEMENTS (1.0); |
| | | | | | 2.20 | | 3 | COORDINATE MEDIATIONS (2.2); |
| | | | | | | | 4 | CALL WITH A. ZAMBRANO RE: ANDERSON MATTER; |
| | | | | | 0.50 | | 5 | EMAILS RE: SAME (.5); |
| | | | | | 1.30 | | 6 | PREPARE FOR TEAM CALL (1.3); |
| | | | | | 1.00 | | 7 | ATTEND TEAM CALL (1.0); |
| | | | | | 0.50 | | 8 | CALL WITH A. ZAMBRANO RE: SOLDERS SETTLEMENT DOCUMENTS (.5); |
| | | | | | 3.20 | | 9 | REVISIONS TO SODERS 9019 MOTION (3.2). |
| 06/30/10 Wed | Kotcher, L 10411470/1542 - 20617042 | 11.80 | 2.30 | 1,449.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | 5.00 | F | 1 | DRAFT SODERS 9019 MOTION; (5.0); |
| | | | | | 0.50 | | 2 | MEET WITH V. BEAGLES RE: BRYANT SETTLEMENT AGREEMENT (.5); |
| | | | | | 0.50 | | 3 | CALL WITH V. BEAGLES AND J. SMOLINSKY RE: BRYANT SETTLEMENT (.5); |
| | | | | | 1.50 | | 4 | REVISE BRYANT SETTLEMENT AGREEMENT (1.5); |
| | | | | | 1.00 | | 5 | REVIEW AND RESPOND TO EMAILS RE: MEDIATIONS AND OMNIS (1.0); |
| | | | | | 2.30 | | 6 | ATTENTION TO MEDIATION COORDINATION AND REVISE CHARTS FOR SAME (2.3); |
| | | | | | 0.70 | | 7 | ATTENTION TO OMNIS AND REVISE CHARTS FOR SAME (.7); |
| | | | | | 0.30 | | 8 | REVIEW EMAIL AND RESEARCH RE: CAFA (.3). |
| 07/01/10 Thu | Kotcher, L 10419928/21 - 20632707 | 9.30 | 1.20 | 756.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | 2.80 | | 1 | REVISE 9019 MOTION AND SETTLEMENT AGREEMENT IN SODERS MATTER (2.8); |
| | | | | | 0.80 | | 2 | MEET WITH V. BEAGLES RE: BRYANT SETTLEMENT (.8); |
| | | | | | 1.80 | | 3 | REVISE BRYANT SETTLEMENT AGREEMENT (1.8); |
| | | | | | 0.50 | | 4 | REVIEW AND REVISE BRYANT NOTICES (.5); |
| | | | | | 0.30 | | 5 | CALL WITH J. SMOLINSKY AND R. BROOKS RE: OMNIBUS CLAIMS OBJECTIONS RULES (.3); |
| | | | | | 0.70 | | 6 | CALL WITH C. BASLER AND A. ZAMBRANO RE: SODERS (.7); |
| | | | | | 1.20 | | 7 | COORDINATE MEDIATIONS (1.2); |
| | | | | | 0.70 | | 8 | COORDINATE OMNIBUS CLAIMS OBJECTIONS (.7); |
| | | | | | 0.50 | | 9 | RESEARCH RE: OMNIBUS CLAIMS OBJECTIONS RULES (.5). |
| 07/02/10 Fri | Kotcher, L 10419928/80 - 20638870 | 5.40 | 2.50 | 1,575.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | 2.50 | & | 1 | COORDINATE MEDIATION, EMAILS RE: AND CALLS RE: SAME (2.5); |
| | | | | | 0.90 | | 2 | REVIEW NOTICE DOCUMENTS IN BRYANT MATTER (.9); |
| | | | | | 2.00 | | 3 | DRAFT MEDIATION STATEMENT, REVIEW DOCUMENTS RE: SAME (2.0). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

EXHIBIT E

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/06/10 | Kotcher, L | 9.40 | 1.70 | 1,071.00 | 1.00 | | 1 | ATTEND TEAM CALL (1.0); |
| Tue | 10419928/126 - 20641137 | | | | 0.30 | | 2 | MEET WITH A. ZAMBRANO RE: SODERS RESPONSE (.3); |
| | | | | | 5.50 | | 3 | RESEARCH AND REVISE INSERT RE: FORUM SELECTION (5.5); |
| | | | | | 1.70 | | 4 | MEDIATION COORDINATION (1.7); |
| | | | | | 0.90 | | 5 | REVISE OMNIBUS CLAIMS OBJECTIONS CHARTS AND OMNIBUS CLAIMS OBJECTIONS COORDINATION (.9). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/07/10 | Kotcher, L | 10.40 | 2.80 | 1,764.00 | 0.20 | | 1 | PRE-CALL MEETING WITH A. ZAMBRANO AND M. ALLEN (.2); |
| Wed | 10419928/183 - 20641139 | | | | 0.80 | | 2 | PREPARE FOR CALL RE: CLASS ACTION (.8); |
| | | | | | 1.00 | | 3 | CALL WITH ALIXPARTNERS, A. ZAMBRANO AND M. ALLEN RE: CLASS ACTION (1.0); |
| | | | | | 1.00 | | 4 | REVISE 9019 MOTIONS (1.0); |
| | | | | | 2.80 | | 5 | REVIEW MEDIATION COORDINATION (2.8); |
| | | | | | 0.50 | | 6 | CALL WITH P. FALABELLA RE: SODERS MOTIONS (.5); |
| | | | | | 0.50 | | 7 | CALL WITH M. MEISES RE: SODERS MOTION (.5); |
| | | | | | 0.70 | | 8 | CALL WITH R. BROOKS RE: OMNIBUS OBJECTIONS CLAIMS FILINGS (.7); |
| | | | | | 0.50 | | 9 | REVIEW OMNIBUS CLAIMS OBJECTIONS COORDINATION (.5); |
| | | | | | 1.30 | | 10 | REVIEW AND RESPOND TO EMAILS RE: VARIOUS BANKRUPTCY SETTLEMENT ISSUES (1.3); |
| | | | | | 0.70 | | 11 | DRAFT MEDIATION STATEMENT (.7); |
| | | | | | 0.40 | | 12 | MEET WITH A. ZAMBRANO RE: SODERS MATTERS (.4) |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/12/10 | Kotcher, L | 15.00 | 2.50 | 1,575.00 | 0.50 | | 1 | CALL WITH J. SMOLINSKY, V. BEAGLES AND M. HARTMANN RE: BRYANT SETTLEMENT (.5); |
| Mon | 10419928/434 - 20660117 | | | | 0.50 | | 2 | CALL WITH OPPOSING COUNSEL, V. BEAGLES AND M. HARTMANN RE: BRYANT SETTLEMENT (.5); |
| | | | | | 10.10 | | 3 | REVISE BRYANT AND SODERS SETTLEMENT AGREEMENTS AND 9019 MOTIONS (10.1); |
| | | | | | 0.70 | | 4 | CALL WITH OPPOSING COUNSEL RE: POWLEDGE MATTER (.7); |
| | | | | | 0.70 | | 5 | CALL WITH OPPOSING COUNSEL RE: SODERS MATTER (.7); |
| | | | | | 2.50 | & | 6 | PREPARE MEDIATIONS AND MEDIATION COORDINATION (2.5). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/13/10 | Kotcher, L | 13.30 | 1.20 | 756.00 | 11.10 | | 1 | REVISE BRYANT AND SOLDERS SETTLEMENT AGREEMENTS, MOTIONS AND ORDERS (11.1); |
| Tue | 10419928/501 - 20660118 | | | | 1.20 | | 2 | REVIEW AND RESPOND TO EMAILS RE: MEDIATION COORDINATION (1.2); |
| | | | | | 1.00 | | 3 | PARTICIPATE IN TEAM CALL (1.0). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/14/10 | Kotcher, L | 14.60 | 1.10 | 693.00 | 11.40 | | 1 | DRAFT AND REVISE BRYANT SETTLEMENT AGREEMENT (11.4); |
| Wed | 10419928/562 - 20660124 | | | | 0.30 | | 2 | CALL WITH UNSECURED CREDITORS COMMITTEE AND M. HARTMANN RE: DRAFT SETTLEMENT AGREEMENT (.3); |
| | | | | | 1.10 | | 3 | COORDINATE MEDIATIONS AND PREPARATION FOR SAME (1.1); |
| | | | | | 1.80 | | 4 | MEET WITH M. ALLEN RE: SAME (1.8); |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

EXHIBIT E

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/15/10 | Kotcher, L | 8.00 | 2.30 | 1,449.00 | 0.50 | | 1  DRAFT MEDIATION STATEMENTS (.5); |
| Thu | 10419928/629 - 20663869 | | | | 5.20 | | 2  REVISE SETTLEMENT AGREEMENTS AND 9019 MOTIONS (5.2); |
| | | | | | 2.30 | | 3  COORDINATE AND PREPARE FOR MEDIATIONS (2.3). |
| | | | | | | | |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/19/10 | Kotcher, L | 15.00 | 3.00 | 1,890.00 | 0.50 | | 1  CALL WITH A. TRAN, B. OBARO AND M. ALLEN RE: MEDIATIONS (.5); |
| Mon | 10419928/764 - 20677811 | | | | 0.50 | | 2  CALL WITH C. NEWHALL RE: MEDIATIONS (.5); |
| | | | | | | | 3  ORGANIZE AND COORDINATE MEDIATIONS; |
| | | | | | 3.00 | & | 4  EMAILS RE: SAME (3.0); |
| | | | | | 10.00 | | 5  DRAFT POWLEDGE MEDIATION STATEMENT (10.0); |
| | | | | | 1.00 | | 6  DRAFT SODERS SETTLEMENT AGREEMENT (1.0). |
| | | | | | | | |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/20/10 | Kotcher, L | 13.80 | 2.60 | 1,638.00 | 0.50 | | 1  CALL WITH J. SMOLINSKY, M. HARTMANN, C. BASLER AND OPPOSING COUNSEL RE: BRYANT SETTLEMENT (.5); |
| Tue | 10419928/822 - 20677810 | | | | 0.30 | | 2  CALL WITH OPPOSING COUNSEL RE: KAROTKA (.3); |
| | | | | | 2.60 | | 3  COORDINATE AND PREPARE FOR MEDIATIONS (2.6); |
| | | | | | 0.50 | | 4  CALL WITH P. FALABELLA RE: CARTER OBJECTION AND REVIEW OF EMAILS FOR SAME (.5); |
| | | | | | 0.30 | | 5  REVISIONS TO SOLDERS SETTLEMENT AGREEMENT (.3); |
| | | | | | 0.50 | | 6  MEET WITH D. KLEIN RE: SODERS AGREEMENT (.5); |
| | | | | | 3.90 | | 7  DRAFT FLETCHER MEDIATION STATEMENT (3.9); |
| | | | | | 1.00 | | 8  ATTEND TEAM WEEKLY CONFERENCE CALL (1.0); |
| | | | | | 4.20 | | 9  REVISE BRYANT DOCUMENTS AND CIRCULATE EMAILS FOR SAME (4.2). |
| | | | | | | | |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/21/10 | Kotcher, L | 13.60 | 1.30 | 819.00 | 0.50 | | 1  CALL WITH J. ARNOLD AND M. HARTMANN RE: SETTLEMENT DOCUMENTS (.5); |
| Wed | 10419928/924 - 20692156 | | | | | | 2  REVISE SETTLEMENT DOCUMENTS; |
| | | | | | 1.50 | | 3  EMAILS RE: SAME (1.5); |
| | | | | | 0.30 | | 4  CALL WITH MONTIS COUNSEL RE: MEDIATION (.3); |
| | | | | | 0.30 | | 5  MEET WITH A. ZAMBRANO RE: POWLEDGE MEDIATION STATEMENT (.3); |
| | | | | | 1.20 | | 6  REVISE POWLEDGE MEDIATION STATEMENT (1.2); |
| | | | | | 5.00 | | 7  REVISE BRYANT SETTLEMENT DOCUMENTS (5.0); |
| | | | | | 3.50 | | 8  DRAFT AND REVISE GIBSON SETTLEMENT AGREEMENT (3.5); |
| | | | | | 1.30 | | 9  COORDINATE MEDIATIONS (1.3). |
| | | | | | | | |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 07/22/10 | Kotcher, L | 10.70 | 1.90 | 1,197.00 | 1.00 | | 1  MEET WITH A. ZAMBRANO AND M. ALLEN RE: CLASS ACTIONS (1.0); |
| Thu | 10419928/985 - 20692154 | | | | 6.30 | | 2  REVISE BRYANT SETTLEMENT AGREEMENT AND ALL EXHIBITS (6.3); |
| | | | | | 1.50 | | 3  REVISE GIBSON SETTLEMENT AGREEMENT (1.5); |
| | | | | | 1.90 | | 4  EMAILS AND CALLS TO COORDINATE MEDIATIONS (1.9). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

~ See the last page of exhibit for explanation

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 07/26/10 Mon | Kotcher, L 10419928/1124 - 20711460 | 9.60 | 5.00 | 3,150.00 | 0.80 0.50 5.00 0.30 3.00 | & | 1 2 3 4 5 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CALL WITH C. NEWHALL AND M. ALLEN RE: MEDIATIONS (.8); CALL WITH M. ALLEN AND OPPOSING COUNSEL RE: MEDIATION SCHEDULING (.5); MEDIATION COORDINATION (5.0); CALL WITH K. HANSON RE: POWLEDGE MEDIATION STATEMENT (.3); REVISE POWLEDGE MEDIATION STATEMENT (3.0). |
| 07/27/10 Tue | Kotcher, L 10419928/1207 - 20711462 | 10.50 | 2.00 | 1,260.00 | 1.20 0.70 5.80 0.80 2.00 | & | 1 2 3 4 5 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* ATTEND TEAM CALL (1.2); CALL WITH V. BEAGLES RE: BRYANT MEDIATION STATEMENT AND MEDIATIONS (.7); REVISE POWLEDGE MEDIATION STATEMENT AND EXHIBITS FOR FILING (5.8); CALLS AND EMAILS WITH K. HANSON RE: POWLEDGE FILING (.8); ATTENTION TO MEDIATION COORDINATION (2.0). |
| 07/28/10 Wed | Kotcher, L 10419928/1277 - 20711464 | 6.70 | 5.30 | 3,339.00 | 5.30 0.70 0.70 | | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* COORDINATE MEDIATIONS (5.3); CALL WITH E. GRAY AND A. TRAN RE: KNOWLES MEDIATION (.7); REVIEW AND REVISE PLAINTIFF'S SUPPORTING BRIEF IN BRYANT MATTER (.7). |
| 07/29/10 Thu | Kotcher, L 10419928/1379 - 20730442 | 8.60 | 5.30 | 3,339.00 | 0.50 0.80 5.30 1.50 0.50 | | 1 2 3 4 5 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* REVIEW HEARING NOTEBOOKS (.5); CALL WITH C. NEELY RE: MEDIATION STATEMENTS (.8); COORDINATE MEDIATIONS (5.3); CALL WITH OPPOSING COUNSEL RE: SCHEDULING MEDIATION (1.5); REVISE SETTLEMENT AGREEMENT RELATING TO GIBSON MATTER (.5). |
| 07/30/10 Fri | Kotcher, L 10419928/1459 - 20731015 | 8.60 | 6.00 | 3,780.00 | 0.50 6.00 1.30 0.80 | & | 1 2 3 4 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CALLS RE: MEDIATION SCHEDULING WITH CLARK COUNSEL (.5); COORDINATION OF MEDIATIONS (6.0); DRAFT FLETCHER MEDIATION STATEMENT (1.3); REVISE BRYANT EXTENSION FILINGS (.8). |
| 08/01/10 Sun | Kotcher, L 10416674/2 - 20731017 | 6.80 | 0.80 | 504.00 | 4.70 1.30 0.80 | | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* REVIEW DOCUMENTS AND DRAFT FLETCHER STATEMENT (4.7); DRAFT HEARING OUTLINE FOR SODERS HEARING (1.3); COORDINATE MEDIATION AND REVIEW EMAILS RE: SAME (.8). |
| 08/02/10 Mon | Kotcher, L 10416674/28 - 20759155 | 13.30 | 6.80 | 4,284.00 | 3.20 6.80 1.50 1.80 | | 1 2 3 4 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* REVISE FLETCHER MEDIATION STATEMENT (3.2); COORDINATE MEDIATIONS (6.8); ATTEND CONFERENCE CALL RE: POWLEDGE AND FLETCHER MEDIATIONS (1.5); PREPARE FOR SODERS AND BRYANT HEARINGS (1.8). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 08/03/10 Tue | Kotcher, L 10416674/97 - 20759117 | 11.20 | 3.40 | 2,142.00 | 0.20 2.10 3.40 1.00 0.50 4.00 | | 1 2 3 4 5 6 | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig CALL WITH RODANAST AND A. ZAMBRANO RE: SETTLEMENT HEARING (.2); REVISE FLETCHER MEDIATION STATEMENT (2.1); COORDINATE MEDIATION (3.4); ATTEND WEEKLY TEAM CALL RE: SAME (1.0); MEET WITH M. HARTMANN RE: BRYANT HEARING PREPARATION (.5); REVISE BRYANT DOCUMENTS FOR HEARING (4.0). |
| 08/04/10 Wed | Kotcher, L 10416674/166 - 20759076 | 10.20 | 4.70 | 2,961.00 | 0.20 0.30 0.50 1.00 0.50 4.70 1.10 0.50 1.40 | | 1 2 3 4 5 6 7 8 9 | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig CALL WITH C. BASLER RE: BRYANT (.2); CALL WITH C. BASLER RE: FLETCHER (.3); CALL WITH J. SMOLINSKY AND M. HARTMANN RE: BRYANT HEARING (.5); REVISE FLETCHER MEDIATION STATEMENT (1.0); CALL WITH OPPOSING COUNSEL RE: ASHWORTH MEDIATION (.5); COORDINATE MEDIATION (4.7); REVISE FLETCHER RESPONSE STATEMENT (1.1); PARTICIPATE IN CALL RE: BRYANT HEARING (.5); REVISE BRYANT DOCUMENTS FOR FILING (1.4). |
| 08/05/10 Thu | Kotcher, L 10416674/272 - 20772856 | 10.60 | 3.90 | 2,457.00 | 4.40 3.90 1.80 0.50 | | 1 2 3 4 | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig REVISE FLECTCHER MEDIATION STATEMENT AND PREPARE FOR FILING (4.4); COORDINATE MEDIATIONS (3.9); PREPARE FOR BRYANT AND SODERS HEARINGS (1.8); CALL WITH DEFENSE COUNSEL AND S. DECKER RE: MEDIATIONS (.5). |
| 08/06/10 Fri | Kotcher, L 10416674/345 - 20772804 | 8.30 | 4.00 | 2,520.00 | 0.50 4.00 0.50 1.00 2.30 | & | 1 2 3 4 5 | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig CALL WITH C. NEELY TO OPPOSING COUNSEL AND MOTORS LIQUIDATION COMPANY DEFENSE COUNSEL RE: ARREOLA MEDIATION (.5); COORDINATE MEDIATION (4.0); PARTICIPATE IN TEAM CALL RE: MEDIATION SCHEDULING (.5); CALLS WITH COUNSEL FOR POWLEDGE AND MEDIATOR RE: THE MEDIATION (1.0); DRAFT KNOWLES MEDIATION STATEMENT (2.3). |
| 08/09/10 Mon | Kotcher, L 10416674/410 - 20772806 | 10.50 | 4.00 | 2,520.00 | 4.50 1.00 4.00 1.00 | & | 1 2 3 4 | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig REVISE KNOWLES MEDIATION STATEMENT (4.5); CALLS WITH OPPOSING COUNSEL RE: MEDIATION DEADLINES (1.0); COORDINATE MEDIATIONS (4.0); REVISE ORDERS FOR FILING IN BRYANT MATTER (1.0). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

Exhibit E  Page 8 of 15

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/10/10 | Kotcher, L | 12.70 | 5.80 | 3,654.00 | 5.80 | | 1 COORDINATE MEDIATIONS (5.8); |
| Tue | 10416674/470 - 20772748 | | | | 4.20 | | 2 ATTEND PORTIONS OF FLETCHER MEDIATION AND STRATEGY SESSIONS (4.2); |
| | | | | | 2.70 | | 3 REVISE KNOWLES MEDIATION STATEMENT (2.7). |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/11/10 | Kotcher, L | 8.30 | 2.50 | 1,575.00 | 2.50 | & | 1 COORDINATE MEDIATIONS (2.5); |
| Wed | 10416674/551 - 20791969 | | | | 1.80 | | 2 CALLS TO OPPOSING COUNSEL RE: SCHEDULING OF MEDIATIONS (1.8); |
| | | | | | 2.80 | | 3 REVIEW MEDIATION OPENING STATEMENTS (2.8); |
| | | | | | 1.20 | | 4 CALLS AND EMAILS RE: CLASS ACTION CLAIMS OBJECTIONS (1.2). |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/12/10 | Kotcher, L | 5.50 | 1.80 | 1,134.00 | 1.00 | & | 1 RETURN CALLS AND EMAILS RE: COORDINATION MEDIATIONS (1.0); |
| Thu | 10416674/618 - 20791970 | | | | 1.00 | | 2 CALLS WITH PLAINTIFFS' COUNSEL RE: SCHEDULING OF MEDIATIONS (1.0); |
| | | | | | 0.80 | | 3 CALLS WITH AMERICAN ARBITRATION ASSOCIATION RE: COORDINATION OF MEDIATION (.8); |
| | | | | | 1.90 | | 4 REVIEW AND REVISE ARREOLA MEDIATION STATEMENT (1.9); |
| | | | | | 0.80 | | 5 REVISE THOMAS MEDIATION STATEMENT (.8). |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/13/10 | Kotcher, L | 5.60 | 1.20 | 756.00 | 4.30 | | 1 REVISE MEDIATION STATEMENTS FOR KNOWLES AND THOMAS (4.3); |
| Fri | 10416674/676 - 20791973 | | | | 1.20 | | 2 REVIEW AND RESPOND TO EMAILS RE: MEDIATION COORDINATION (1.2); |
| | | | | | 0.10 | | 3 CALL WITH M. ALLEN RE: SAME (.1). |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/16/10 | Kotcher, L | 9.60 | 0.90 | 567.00 | 2.10 | | 1 REVIEW AND REVISE KNOWLES MEDIATION STATEMENT AND PREPARE FOR FILING (2.1); |
| Mon | 10416674/760 - 20804169 | | | | 3.30 | | 2 REVIEW AND REVISE VASQUEZ MEDIATION STATEMENT (3.3); |
| | | | | | 3.30 | | 3 REVIEW AND REVISE THOMAS MEDIATION STATEMENT (3.3); |
| | | | | | 0.90 | | 4 REVIEW AND RESPOND TO EMAILS RE: COORDINATION OF MEDIATIONS (.9). |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/17/10 | Kotcher, L | 8.60 | 7.10 | 4,473.00 | 0.50 | | 1 CALL WITH A. ZAMBRANO, G. HULL AND A. TRAN RE: SAN FRANCISCO MEDIATIONS (.5); |
| Tue | 10416674/836 - 20804219 | | | | 0.80 | F | 2 PREPARE FOR AND PARTICIPATE ON CALL WITH V. BEAGLES, CLIENT AND E. GRAY RE: KNOWLES MEDIATION (.8) |
| | | | | | 7.10 | F | 3 REVIEW MATERIALS, RETURN CALLS AND RESPOND TO E-MAILS RE: COORDINATION OF MEDIATIONS (7.1); |
| | | | | | 0.20 | | 4 CALL WITH A. ZAMBRANO RE: MEDIATION ISSUES (.2) |
| | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/18/10 | Kotcher, L | 11.00 | 5.10 | 3,213.00 | 5.10 | | 1 MULTIPLE CALLS AND EMAILS RE: MEDIATION COORDINATION (5.1); |
| Wed | 10416674/918 - 20804222 | | | | 1.10 | | 2 REVISE THOMAS RESPONSE STATEMENT (1.1); |
| | | | | | 3.20 | | 3 REVISE ARREOLA RESPONSE STATEMENT (3.2); |
| | | | | | 1.60 | | 4 REVIEW NOTICE IN BRYANT CLASS ACTION (1.6). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/19/10 | Kotcher, L | 6.40 | 1.70 | 1,071.00 | 0.30 | | 1 | CALL WITH G. HULL RE: MEDIATION PANEL (.3); |
| Thu | 10416674/1028 - 20849697 | | | | 1.70 | | 2 | RETURN CALLS AND RESPOND TO E-MAILS RE: COORDINATION OF MEDIATIONS (1.7); |
| | | | | | 0.50 | | 3 | CALL WITH B. BENFIELD RE: HINRICHS AND FRG MEDIATIONS (.5); |
| | | | | | 1.50 | | 4 | REVISE OWENS MEDIATION STATEMENT AND PREPARE FOR SERVICE (1.5); |
| | | | | | 1.30 | | 5 | REVIEW MATERIALS FOR HILL MEDIATION (1.3); |
| | | | | | 0.80 | | 6 | REVIEW AND REVISE LETTER RE: MONTIS MEDIATION (.8); |
| | | | | | 0.30 | | 7 | CALL WITH A. TRAN RE: THOMAS MEDIATION (.3) |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/20/10 | Kotcher, L | 4.40 | 1.90 | 1,197.00 | 0.50 | | 1 | CALL WITH S. BROWN, P. CLARK AND C. NEWHALL RE: FEE ISSUES (.5); |
| Fri | 10416674/1078 - 20830052 | | | | 1.90 | | 2 | REVIEW EMAILS AND COORDINATE MEDIATIONS (1.9); |
| | | | | | 2.00 | | 3 | REVIEW MATERIALS IN PREPARATION FOR OWENS FILING (2.0) |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/23/10 | Kotcher, L | 11.30 | 4.20 | 2,646.00 | 0.50 | | 1 | CALL WITH COUNSEL FOR LAMPHIEAR RE: MEDIATION (.5); |
| Mon | 10416674/1156 - 20830053 | | | | 4.20 | | 2 | COORDINATE MEDIATION SCHEDULING (4.2); |
| | | | | | 2.80 | | 3 | REVISE ARREOLA DRAFT MEDIATION STATEMENT (2.8); |
| | | | | | 3.30 | | 4 | REVISE FREIDEL DRAFT MEDIATION STATEMENT (3.3); |
| | | | | | 0.50 | | 5 | REVIEW BRYANT CLASS ACTION DOCUMENTS (.5). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/24/10 | Kotcher, L | 9.70 | 4.50 | 2,835.00 | 4.50 | & | 1 | COORDINATE MEDIATION (4.5); |
| Tue | 10416674/1225 - 20830056 | | | | 3.50 | | 2 | REVISE VASQUEZ MEDIATION STATEMENT (3.5); |
| | | | | | 1.20 | | 3 | PREPARE FOR TEAM CALL AND ATTEND TEAM CALL (1.2); |
| | | | | | 0.50 | | 4 | MEET WITH A. ZAMBRANO RE: VASQUEZ MEDIATION (.5). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/25/10 | Kotcher, L | 10.90 | 3.10 | 1,953.00 | 3.10 | | 1 | COORDINATE MEDIATIONS (3.1); |
| Wed | 10416674/1288 - 20830058 | | | | 2.50 | | 2 | REVISE ARREOLA MEDIATION STATEMENT (2.5); |
| | | | | | 2.50 | | 3 | REVISE VASQUEZ MEDIATION STATEMENT AND PREPARE FOR SERVICE OF SAME (2.5); |
| | | | | | 2.30 | | 4 | REVISE CAMPOS MEDIATION STATEMENT (2.3); |
| | | | | | 0.50 | | 5 | CALL WITH G. HULL RE: LAMPHIEAR MEDIATION (.5). |
| | | | | | | | | MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig |
| 08/26/10 | Kotcher, L | 6.20 | 1.80 | 1,134.00 | 2.00 | | 1 | REVISE FREIDEL MEDIATION STATEMENT (2.0); |
| Thu | 10416674/1370 - 20849700 | | | | 2.40 | | 2 | REVISE ARREOLA MEDIATION STATEMENT (2.4); |
| | | | | | 1.80 | | 3 | MEDIATION COORDINATION (1.8); |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

~ See the last page of exhibit for explanation

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 08/30/10 | Kotcher, L | 6.60 | 1.30 | 819.00 | 0.50 | | 1 | CALL WITH PLAINTIFFS COUNSEL RE: VASQUEZ MEDIATION (.5); |
| Mon | 10416674/1519 - 20856179 | | | | 1.30 | | 2 | TEAM CALL RE: MEDIATIONS (1.3); |
| | | | | | 1.30 | | 3 | COORDINATE MEDIATIONS (1.3); |
| | | | | | 3.50 | | 4 | REVISE CAMPBELL MEDIATION STATEMENT (3.5). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 08/31/10 | Kotcher, L | 3.80 | 1.60 | 1,008.00 | 1.30 | | 1 | PARTICIPATE IN TEAM CALL (1.3); |
| Tue | 10416674/1596 - 20856566 | | | | 0.50 | | 2 | CALL WITH OPPOSING COUNSEL RE: ARREOLA MEDIATION (.5); |
| | | | | | 1.60 | | 3 | COORDINATE MEDIATION (1.6); |
| | | | | | 0.40 | | 4 | REVISE CAMPBELL RESPONSE STATEMENT (.4). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/01/10 | Kotcher, L | 4.10 | 1.60 | 1,008.00 | 0.50 | | 1 | PARTICIPATE IN CALL RE: FREIDEL MEDIATION (.5); |
| Wed | 10419713/53 - 20909247 | | | | 1.30 | | 2 | REVISE CAMPBELL MEDIATION STATEMENT (1.3); |
| | | | | | 0.40 | | 3 | REVISE DIMERCURIO MEDIATION STATEMENT (.4); |
| | | | | | 0.30 | | 4 | PATICIPATE IN CALL RE: ARREOLA MEDIATION PREPARATION (.3); |
| | | | | | 1.60 | | 5 | COORDINATE SAME (1.6). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/02/10 | Kotcher, L | 8.10 | 0.30 | 189.00 | 3.70 | | 1 | ATTEND ARREOLA MEDIATION (3.7); |
| Thu | 10419713/92 - 20869920 | | | | 1.50 | | 2 | REVISE DIMERCURIO MEDIATION STATEMENT (1.5); |
| | | | | | 2.60 | | 3 | REVISE LAMPHIER MEDIATION STATEMENT (2.6); |
| | | | | | 0.30 | | 4 | COORDINATE MEDIATION (.3). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/03/10 | Kotcher, L | 1.80 | 1.80 | 1,134.00 | | | 1 | COORDINATE MEDIATION AND RECEIVE AND RESPOND TO EMAILS RE: SAME |
| Fri | 10419713/163 - 20879294 | | | | | | | |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/06/10 | Kotcher, L | 2.70 | 0.40 | 252.00 | 2.30 | | 1 | REVIEW AND REVISE LAMPHIER MEDIATION STATEMENT (2.3); |
| Mon | 10419713/218 - 20879298 | | | | 0.40 | | 2 | REVIEW AND RESPOND TO EMAILS RE: COORDINATION OF MEDIATIONS (.4). |
| | | | | | | | | *MATTER NAME: Bar Dale/Claims Reconciliation/Claims Obj Litig* |
| 09/08/10 | Kotcher, L | 6.70 | 1.50 | 945.00 | 1.30 | | 1 | ATTEND AND PARTICIPATE IN WEEKLY CLAIMS CALL (1.3); |
| Wed | 10419713/328 - 20909244 | | | | 0.60 | | 2 | REVIEW AND RESPOND TO EMAILS RE: SAME (.6); |
| | | | | | 3.30 | | 3 | REVISE LAMPHIEAR MEDIATION STATEMENT (3.3); |
| | | | | 1.50 | & | 4 | COORDINATE MEDIATIONS (1.5). |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/09/10 | Kotcher, L | 4.20 | 2.40 | 1,512.00 | 0.50 | | 1 | REVIEW AND RESPOND TO EMAILS RE: MEDIATIONS (.5); |
| Thu | 10419713/381 - 20909251 | | | | 0.50 | & | 2 | CALL RE: MEDIATION COORDINATION WITH M. ALLEN AND A. ZAMBRANO (.5); |
| | | | | | 1.00 | | 3 | CALL WITH M. HARTMANN RE: ANDERSON AND EMAIL RE: ANALYSIS (1.0); |
| | | | | | 0.50 | & | 4 | COORDINATE MEDIATION (.5); |
| | | | | | 0.30 | | 5 | CALL WITH GM DEFENSE COUNSEL RE: MASON MEDIATION (.3); |
| | | | | | 1.40 | | 6 | MEDIATION COORDINATION (1.4). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/10/10 | Kotcher, L | 1.70 | 1.00 | 630.00 | 0.70 | | 1 | PARTICIPATE IN CALL RE: MEDIATION PROGRAM WITH D. DUMMER AND M. ALLEN (.7); |
| Fri | 10419713/427 - 20909249 | | | | 1.00 | & | 2 | COORDINATE MEDIATION (1.0). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/15/10 | Kotcher, L | 1.00 | 1.00 | 630.00 | | & | 1 | REVIEW AND RESPOND TO EMAILS RE: MEDIATION COORDINATION. |
| Wed | 10419713/667 - 20909365 | | | | | | | |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/16/10 | Kotcher, L | 1.00 | 1.00 | 630.00 | | & | 1 | REVIEW AND RESPOND TO MEDIATION COORDINATION EMAILS |
| Thu | 10419713/728 - 20909366 | | | | | | | |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/17/10 | Kotcher, L | 4.20 | 1.00 | 630.00 | 1.00 | & | 1 | COORDINATE MEDIATIONS: REVIEW AND RESPOND TO EMAILS RE: SAME (1.0); |
| Fri | 10419713/806 - 20909369 | | | | 1.50 | | 2 | PREPARE CARTER MEDIATION FILING (1.5); |
| | | | | | 1.70 | | 3 | EMAILS AND CALLS RE: BRYANT FILING (1.7). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/20/10 | Kotcher, L | 5.00 | 4.60 | 2,898.00 | 4.60 | | 1 | COORDINATE MEDIATIONS AND EMAILS RE: SAME (4.6); |
| Mon | 10419713/890 - 20920501 | | | | 0.40 | | 2 | CALL WITH MEDIATOR RE: CARTER MEDIATION (.4). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/21/10 | Kotcher, L | 5.40 | 4.40 | 2,772.00 | 4.40 | | 1 | PREPARE FOR AND CALL RE: MEDIATION COORDINATION (4.4); |
| Tue | 10419713/946 - 20920503 | | | | 1.00 | | 2 | ATTEND STRATEGY CALL (1.0). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/22/10 | Kotcher, L | 4.90 | 1.20 | 756.00 | 1.20 | | 1 | COORDINATE MEDIATIONS (1.2); |
| Wed | 10419713/1028 - 20920445 | | | | 3.70 | | 2 | DRAFT BRYANT FINAL SETTLEMENT PAPERS (3.7). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/23/10 | Kotcher, L | 4.30 | 1.50 | 945.00 | 0.50 | & | 1 | COORDINATE MEDIATIONS (.5); |
| Thu | 10419713/1122 - 20967317 | | | | 1.00 | & | 2 | CALL WITH P. CLARKE RE: MEDIATION COORDINATION (1.0); |
| | | | | | 2.80 | | 3 | DRAFT FINAL APPROVAL MOTION IN BRYANT (2.8). |
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/24/10 | Kotcher, L | 1.20 | 1.20 | 756.00 | | | 1 | COORDINATE MEDIATIONS |
| Fri | 10419713/1181 - 20967337 | | | | | | | |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

~ See the last page of exhibit for explanation

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| 09/29/10 Wed | Kotcher, L 10419713/1370 - 20967789 | 0.50 | 0.50 | 315.00 | | & | 1 | COORDINATE LITIGATION MEDIATION |
| | TOTAL OF ALL ENTRIES | | 158.20 | $99,666.00 | | | | |
| | TOTAL ENTRY COUNT: | 61 | | | | | | |
| | TOTAL TASK COUNT: | 68 | | | | | | |
| | TOTAL OF & ENTRIES | | 51.50 | $32,445.00 | | | | |
| | TOTAL ENTRY COUNT: | 23 | | | | | | |
| | TOTAL TASK COUNT: | 25 | | | | | | |

& COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS
~ See the last page of exhibit for explanation

Exhibit E   Page 13 of 15

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

KOTCHER COORDINATION OF MEDIATIONS

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Kotcher, L | 158.20 | 99,666.00 |
| | 158.20 | $99,666.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Kotcher, L | 51.50 | 32,445.00 |
| | 51.50 | $32,445.00 |

KOTCHER COORDINATION OF MEDIATIONS

Weil, Gotshal & Manges

SUMMARY OF HOURS AND FEES BY MATTER FOR

KOTCHER COORDINATION OF MEDIATIONS

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 158.20 | 99,666.00 |
| | 158.20 | $99,666.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR

COORDINATION EFFORTS IN WHOLE/HALF HOUR INCREMENTS

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 51.50 | 32,445.00 |
| | 51.50 | $32,445.00 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F    FINAL BILL