# EXHIBIT G

(Druon Work on Strasbourg Transaction)

EXHIBIT G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Druon, P | 0534 | 209.50 | $945.00 | 197,977.50 |
| | | 209.50 | | $197,977.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Europe | 194.80 | 184,086.00 |
| Real Property Issues (Including 363 and 365) | 14.70 | 13,891.50 |
| | 209.50 | $197,977.50 |

EXHIBIT G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0534 Druon, P | $945.00 20520347 | 05/27/10 | Thu | 1.50 | 1.50 | 1,417.50 | 1.30 0.20 | 1 2 | *MATTER NAME: Europe* REVIEW ISSUES ON SALE PROCESS RE: GM STRASBOURG (1.3); RESPOND TO EMAILS RE: SAME (.2). |
| | $945.00 20606841 | 06/01/10 | Tue | 1.30 | 1.30 | 1,228.50 | | 1 | *MATTER NAME: Europe* REVIEW MATERIALS RE: SALE PROCESS AND RELATED ISSUES RE: GM STRASBOURG. |
| | $945.00 20632119 | 06/02/10 | Wed | 5.50 | 5.50 | 5,197.50 | | 1 | *MATTER NAME: Europe* REVIEW VARIOUS OPTIONS TO SECURE THE SALE AND AVOID ANY CLAW-BACK RE: GM STRASBOURG. |
| | $945.00 20632120 | 06/03/10 | Thu | 3.50 | 3.50 | 3,307.50 | | 1 | *MATTER NAME: Europe* REVIEW VARIOUS OPTIONS TO SECURE THE SALE AND AVOID ANY CLAW-BACK RE: GM STRASBOURG. |
| | $945.00 20632121 | 06/04/10 | Fri | 5.50 | 5.50 | 5,197.50 | 5.00 0.50 | 1 2 | *MATTER NAME: Europe* REVIEW VARIOUS OPTIONS TO SECURE THE GM STRASBOURG SALE AND AVOID ANY CLAW-BACK (5.0); CONFERENCE CALL WITH ALIX PARTNERS RE: SAME (.5). |
| | $945.00 20630963 | 06/07/10 | Mon | 2.20 | 2.20 | 2,079.00 | | 1 | *MATTER NAME: Europe* REVIEW AND REVISE DOCUMENTS RE: GM STRASBOURG SALE PROCESS |
| | $945.00 20630954 | 06/08/10 | Tue | 1.30 | 1.30 | 1,228.50 | | 1 | *MATTER NAME: Europe* REVIEW SALE PROCESS OF GM STRASBOURG. |
| | $945.00 20630953 | 06/09/10 | Wed | 1.70 | 1.70 | 1,606.50 | | 1 | *MATTER NAME: Europe* REVIEW AND REVISE DRAFT SHARE PURCHASE AGREEMENT RE: GM STRASBOURG. |
| | $945.00 20542378 | 06/15/10 | Tue | 5.50 | 5.50 | 5,197.50 | 1.00 1.00 3.50 | 1 2 3 | *MATTER NAME: Europe* GM STRASBOURG : CONFERENCE CALL WITH WGM NY RE: DRAFT SHARE PURCHASE AGREEMENT AND SALE PROCESS (1.0); CONFERENCE CALL WITH JONES DAY (NEWGM LAW FIRM) RE: SAME, ANTI-TRUST ISSUES AND SALE PROCESS (1.0); INTERNAL MEETING TO REVIEW VARIOUS ISSUES INCLUDING CONCILIATION PROCEEDINGS (3.5) |
| | $945.00 20542367 | 06/16/10 | Wed | 3.40 | 3.40 | 3,213.00 | 1.50 1.50 0.40 | 1 2 3 | *MATTER NAME: Europe* REVIEW SALE PROCESS RE: GM STRASBOURG (1.5); PREPARE FOR SHAREHOLDER MEETING (1.5); CALL WITH JONES DAY RE: DRAFT SHARE PURCHASE AGREEMENT (.4). |

EXHIBIT G

**DRUON WORK ON STRASBOURG TRANSACTION**

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0534 Druon, P | $945.00 20631763 | 06/21/10 | Mon | 5.80 | 5.80 | 5,481.00 | 2.40 1.80 1.60 | *MATTER NAME: Europe*<br>1 REVIEW SALE PROCESS RE: GM STRASBOURG (2.4);<br>2 REVIEW WORKER COMMITTEE PROCESS (1.8);<br>3 REVIEW VARIOUS ISSUES RELATED TO THE SALE OF GMS TO NEW GM (1.6) |
| | $945.00 20631259 | 06/25/10 | Fri | 5.60 | 5.60 | 5,292.00 | 2.30 3.30 | *MATTER NAME: Europe*<br>1 GM STRASBOURG: REVIEW SALE PROCESS AND WORKER COMMITTEE PROCESS (2.3);<br>2 REVIEW CONCILIATION AGREEMENT AND DRAFT SHARE PURCHASE AGREEMENT (3.3) |
| | $945.00 20606839 | 06/28/10 | Mon | 3.30 | 3.30 | 3,118.50 | | *MATTER NAME: Europe*<br>1 PREPARE FOR GM STRASBOURG SHAREHOLDER MEETING. |
| | $945.00 20606831 | 06/30/10 | Wed | 8.20 | 8.20 | 7,749.00 | | *MATTER NAME: Europe*<br>1 REVIEW SHARE PURCHASE AGREEMENT AND VARIOUS ISSUES INCLUDING INTERIM DIVIDEND RE: GM STRASBOURG. |
| | $945.00 20724814 | 07/01/10 | Thu | 3.90 | 3.90 | 3,685.50 | 2.00 1.90 | *MATTER NAME: Europe*<br>1 GM STRASBOURG: REVIEW SALE PROCESS (2.0);<br>2 REVIEW LABOR LAW PROCESS RE: SAME (1.9). |
| | $945.00 20724815 | 07/02/10 | Fri | 4.40 | 4.40 | 4,158.00 | 1.00 1.00 0.40 2.00 | *MATTER NAME: Europe*<br>1 GM STRASBOURG: REVIEW SALE PROCESS (1.0);<br>2 REVIEW LABOR LAW PROCESS (1.0);<br>3 ATTEND INTERNAL MEETING RE: SAME (.4);<br>4 REVIEW OF A FIRST DRAFT OF SHARE PURCHASE AGREEMENT (2.0) |
| | $945.00 20723581 | 07/05/10 | Mon | 6.10 | 6.10 | 5,764.50 | 5.00 1.10 | *MATTER NAME: Europe*<br>1 GM STRASBOURG: REVIEW STOCK PURCHASE AGREEMENT AND CONCILIATION AGREEMENT (5.0);<br>2 CONFERENCE CALL WITH ALIX PARTNERS (1.1). |
| | $945.00 20724335 | 07/06/10 | Tue | 5.60 | 5.60 | 5,292.00 | 4.00 0.90 0.70 | *MATTER NAME: Europe*<br>1 GM STRASBOURG: DRAFT NEW CONCILIATION AGREEMENT (4.0);<br>2 CALL WITH CM WEIL (.9);<br>3 CALL WITH ALIX PARTNERS (.7) |
| | $945.00 20668530 | 07/07/10 | Wed | 2.70 | 2.70 | 2,551.50 | 2.30 0.20 0.20 | *MATTER NAME: Europe*<br>1 GM STRASBOURG: REVIEW STOCK PURCHASE AGREEMENT AND CONCILIATION AGREEMENT (2.3);<br>2 INTERNAL MEETING (.2);<br>3 CALL WITH US WGM TEAM (.2) |

Exhibit G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0534<br>Druon, P | $945.00<br>20668366 | 07/08/10 | Thu | 4.10 | 4.10 | 3,874.50 | 3.00<br>0.60<br>0.50 | 1<br>2<br>3 | MATTER NAME: Europe<br>GM STRASBOURG: REVIEW STOCK PURCHASE AGREEMENT AND CONCILIATION AGREEMENT (3.0);<br>CONFERENCE CALL WITH JONES DAY (.6);<br>CALL WITH ALIX (.5) |
| | $945.00<br>20668598 | 07/12/10 | Mon | 1.10 | 1.10 | 1,039.50 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: CONFERENCE CALL WITH ALIX PARTNERS AND MODIFICATION OF THE CONCILIATION AGREEMENT |
| | $945.00<br>20668672 | 07/15/10 | Thu | 1.30 | 1.30 | 1,228.50 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: FOLLOW-UP ON THE SALE PROCESS. |
| | $945.00<br>20668670 | 07/16/10 | Fri | 2.80 | 2.80 | 2,646.00 | 1.00<br>1.80 | 1<br>2 | MATTER NAME: Europe<br>GM STRASBOURG: REVIEW AND MODIFY STOCK PURCHASE AGREEMENT AND CONCILIATION AGREEMENT (1.0);<br>PREPARE PETITION TO OPEN A CONCILIATION PROCEEDING (1.8) |
| | $945.00<br>20668412 | 07/19/10 | Mon | 1.60 | 1.60 | 1,512.00 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: REVIEW STOCK PURCHASE AGREEMENT AND OF THE CONCILIATION AGREEMENT. |
| | $945.00<br>20668413 | 07/19/10 | Mon | 1.30 | 1.30 | 1,228.50 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: CONFERENCE CALL WITH JONES DAY ON THE CONCILIATION PROCESS. |
| | $945.00<br>20724834 | 07/20/10 | Tue | 3.70 | 3.70 | 3,496.50 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: NEGOTIATE THE STOCK PURCHASE AGREEMENT AND THE PROTOCOL OF CONCILIATION. |
| | $945.00<br>20724830 | 07/21/10 | Wed | 4.90 | 4.90 | 4,630.50 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: NEGOTIATE THE STOCK PURCHASE AGREEMENTS AND THE PROTOCOL OF CONCILIATION. |
| | $945.00<br>20724508 | 07/26/10 | Mon | 4.80 | 4.80 | 4,536.00 | | 1 | MATTER NAME: Europe<br>GM STRASBOURG: NEGOTIATE THE SPA AND THE PROTOCOL OF CONCILIATION. |
| | $945.00<br>20725030 | 07/28/10 | Wed | 6.40 | 6.40 | 6,048.00 | 2.40<br>2.80<br>0.20<br>1.00 | 1<br>2<br>3<br>4 | MATTER NAME: Europe<br>GM STRASBOURG: NEGOTIATE THE STOCK PURCHASE AGREEMENT AND THE PROTOCOL OF CONCILIATION (2.4);<br>PREPARE FINALIZATION PHASE (2.8);<br>CALL WITH C. WEIL (.2);<br>CALL WITH ALIX PARTNERS (1.0) |

EXHIBIT G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0534 Druon, P | $945.00 20724837 | 07/29/10 | Thu | 6.10 | 6.10 | 5,764.50 | 5.50 0.60 | MATTER NAME: Europe<br>1 GM STRASBOURG: NEGOTIATE OF THE STOCK PURCHASE AGREEMENT AND THE PROTOCOL OF CONCILIATION (5.5);<br>2 FINALIZATION PHASE (.6) |
| | $945.00 20724835 | 07/30/10 | Fri | 7.70 | 7.70 | 7,276.50 | 6.00 1.70 | MATTER NAME: Europe<br>1 GM STRASBOURG: NEGOTIATE OF THE STOCK PURCHASE AGREEMENT AND THE PROTOCOL OF CONCILIATION (6.0);<br>2 PREPARE AND REVIEW FINALIZATION PHASE (1.7) |
| | $945.00 20862311 | 08/02/10 | Mon | 3.90 | 3.90 | 3,685.50 | | MATTER NAME: Europe<br>1 REVIEW AND COMMENT ON THE SPA RE: GENERAL MOTORS STRASBOURG |
| | $945.00 20862313 | 08/02/10 | Mon | 2.50 | 2.50 | 2,362.50 | | MATTER NAME: Europe<br>1 REVIEW AND MODIFY THE PROTOCOL OF CONCILIATION RE: GENERAL MOTORS STRASBOURG |
| | $945.00 20862577 | 08/03/10 | Tue | 6.40 | 6.40 | 6,048.00 | 5.40 1.00 | MATTER NAME: Europe<br>1 REVIEW PROTOCOL RE: GENERAL MOTORS STRASBOURG (5.4);<br>2 REVIEW SPA RE: SAME (1.0). |
| | $945.00 20862310 | 08/04/10 | Wed | 3.30 | 3.30 | 3,118.50 | | MATTER NAME: Europe<br>1 REVIEW AND NEGOTIATE THE PROTOCOLE OF CONCILIATION AND THE SPA RE: GENERAL MOTORS STRASBOURG |
| | $945.00 20862309 | 08/05/10 | Thu | 3.60 | 3.60 | 3,402.00 | | MATTER NAME: Europe<br>1 REVIEW AND NEGOTIATE PROTOCOL RE: GENERAL MOTORS STRASBOURG |
| | $945.00 20862315 | 08/23/10 | Mon | 1.10 | 1.10 | 1,039.50 | | MATTER NAME: Europe<br>1 GENERAL MOTORS STRASBOURG: FOLLOW-UP ON THE JUDICIAL PROCESS OF HOMOLOGATION THE PROTOCOL OF CONCILIATION. |
| | $945.00 20862020 | 08/27/10 | Fri | 2.90 | 2.90 | 2,740.50 | | MATTER NAME: Real Property Issues (Including 363 and 365)<br>1 GENERAL MOTORS STRASBOURG: WORK ON THE PUNCH OPPOSITION. |
| | $945.00 20862021 | 08/30/10 | Mon | 4.70 | 4.70 | 4,441.50 | 3.50 1.20 | MATTER NAME: Real Property Issues (Including 363 and 365)<br>1 GENERAL MOTORS STRASBOURG: WORK ON PUNCH OPPOSITION (3.5);<br>2 REVIEW THE JUDICIAL PROCESS RE: SAME (1.2). |

EXHIBIT G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 0534 Druon, P | $945.00 20862316 | 08/31/10 | Tue | 7.10 | 7.10 | 6,709.50 | 4.70 1.10 1.30 | 1 2 3 | *MATTER NAME: Real Property Issues (Including 363 and 365)* GENERAL MOTORS STRASBOURG: WORK ON THE PUNCH OPPOSITION (4.7); CONFERENCE CALL WITH ALIX (1.1); RESEARCH RE: SAME (1.3). |
| | $945.00 20985768 | 09/01/10 | Wed | 3.10 | 3.10 | 2,929.50 | | 1 | *MATTER NAME: Europe* WORK ON PUNCH OPPOSITION RE: GM STRASBOURG. |
| | $945.00 20985751 | 09/03/10 | Fri | 2.80 | 2.80 | 2,646.00 | | 1 | *MATTER NAME: Europe* PREPARE THE HOMOLOGATION RE: GM STRASBOURG. |
| | $945.00 20985777 | 09/06/10 | Mon | 1.80 | 1.80 | 1,701.00 | | 1 | *MATTER NAME: Europe* FOLLOW-UP ON CLOSING RE: GM STRASBOURG. |
| | $945.00 20985778 | 09/07/10 | Tue | 3.30 | 3.30 | 3,118.50 | | 1 | *MATTER NAME: Europe* FOLLOW-UP ON CLOSING RE: GM STRASBOURG. |
| | $945.00 20985779 | 09/08/10 | Wed | 2.90 | 2.90 | 2,740.50 | | 1 | *MATTER NAME: Europe* REVIEW DOCUMENTS RE: GM STRASBOURG CLOSING |
| | $945.00 20985781 | 09/09/10 | Thu | 1.40 | 1.40 | 1,323.00 | | 1 | *MATTER NAME: Europe* FOLLOW-UP ON CLOSING RE: GM STRASBOURG. |
| | $945.00 20985893 | 09/16/10 | Thu | 3.60 | 3.60 | 3,402.00 | | 1 | *MATTER NAME: Europe* GM STRASBOURG: FOLLOW-UP ON CLOSING AND HEARING. |
| | $945.00 20985894 | 09/17/10 | Fri | 2.70 | 2.70 | 2,551.50 | 2.10 0.60 | 1 2 | *MATTER NAME: Europe* GM STRASBOURG: FOLLOW-UP ON CLOSING (2.1); REVIEW VARIOUS QUESTIONS RE: MR. JENKINS RESIGNATION (.6) |
| | $945.00 20986062 | 09/20/10 | Mon | 4.60 | 4.60 | 4,347.00 | | 1 | *MATTER NAME: Europe* GM STRASBOURG: PREPAE FOR HEARING IN FRONT OF THE COURT OF STRASBOURG. |
| | $945.00 20985919 | 09/21/10 | Tue | 3.50 | 3.50 | 3,307.50 | | 1 | *MATTER NAME: Europe* GM STRASBOURG: PREPARE FOR CLOSING. |

EXHIBIT G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 0534 Druon, P | $945.00 20985918 | 09/22/10 | Wed | 3.10 | 3.10 | 2,929.50 | | MATTER NAME: Europe<br>1 GM STRASBOURG: PREPARE FOR THE CLOSING. |
| | $945.00 20986063 | 09/23/10 | Thu | 5.60 | 5.60 | 5,292.00 | 0.90<br>4.70 | MATTER NAME: Europe<br>1 GM STRASBOURG: PREPARE FOR THE CLOSING (.9);<br>2 WORK ON THE PUNCH OPPOSITION AND RISK OF APPEALING THE DECISION OF THE NY BANKRUPCY COURT (4.7) |
| | $945.00 20985885 | 09/24/10 | Fri | 5.10 | 5.10 | 4,819.50 | 4.70<br>0.40 | MATTER NAME: Europe<br>1 GM STRASBOURG: PREPARE FOR THE CLOSING (4.7);<br>2 CALL AND E-MAILS TO ALIXPARTNERS RE: SAME (.4) |
| | $945.00 20985771 | 09/27/10 | Mon | 1.10 | 1.10 | 1,039.50 | | MATTER NAME: Europe<br>1 GM STRASBOURG: FOLLOW-UP ON THE FORBEARANCE LETTER. |
| | $945.00 20985881 | 09/28/10 | Tue | 6.60 | 6.60 | 6,237.00 | | MATTER NAME: Europe<br>1 GM STRASBOURG: FOLLOW-UP ON THE CLOSING AND THE HEARING. |
| | NUMBER OF ENTRIES: | | 55 | | 209.50 | 197,977.50 | | |

Total       209.50   $197,977.50

Number of Entries:   55

EXHIBIT G  PAGE 7 of 8

EXHIBIT G

DRUON WORK ON STRASBOURG TRANSACTION

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Druon, P | 0534 | 209.50 | $945.00 | 197,977.50 |
| | | 209.50 | | $197,977.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Europe | 194.80 | 184,086.00 |
| Real Property Issues (Including 363 and 365) | 14.70 | 13,891.50 |
| | 209.50 | $197,977.50 |