# EXHIBIT H

(Preparation of Mediation Binders)

EXHIBIT H

## PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Cade, N | 6780 | 114.70 | $250.00 | 28,675.00 |
| Kerley, P | 7341 | 57.40 | $250.00 | 14,350.00 |
| Stewart, L | 4475 | 235.90 | $180.00 | 42,462.00 |
| | | 408.00 | | $85,487.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 408.00 | 85,487.00 |
| | 408.00 | $85,487.00 |

PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 6780<br>Cade, N | $250.00<br>20650934 | 06/16/10 | Wed | 2.60 | 2.60 | 650.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  CONFERENCE WITH M. ALLEN RE: UPDATE TO POTENTIAL MEDIATORS BINDER;<br>2  UPDATE SAME. |
| | $250.00<br>20775587 | 07/08/10 | Thu | 3.90 | 3.90 | 975.00 | 3.60<br>0.10<br>0.20 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  PREPARE BINDER CONTAINING SECURITIES CLASS ACTIONS PROOFS OF CLAIMS (3.6);<br>2  CONFERENCE WITH M. ALLEN RE: SAME (.1);<br>3  COORDINATE WITH COPY CENTER FOR MULTI COPIES OF SAME (.2) |
| | $250.00<br>20775588 | 07/08/10 | Thu | 2.20 | 2.20 | 550.00 | 0.20<br>2.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  APARTHEID - EMAIL EXCHANGES WITH M. ALLEN RE: PREPARATIONS FOR HEARING BINDER (.2);<br>2  PREPARE BINDER (2.0) |
| | $250.00<br>20775331 | 07/09/10 | Fri | 5.20 | 0.20 | 50.00 | <br>0.20<br>4.80<br>0.20 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  APARTHEID - PREPARE MOOT ARGUMENT BINDERS;<br>2  CONFERENCES WITH M. ALLEN RE: SAME (.2);<br>3  INTERNET RESEARCH IN PREPARE BACKGROUND BINDER RE: JUDGE GERBER (4.8);<br>4  CONFERENCE WITH M. ALLEN RE: SAME (.2) |
| | $250.00<br>20775437 | 07/13/10 | Tue | 4.40 | 4.20 | 1,050.00 | 0.20<br>4.20 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  APARTHEID CLAIM- CONFERENCE WITH M. ALLEN (.2);<br>2  PREPARE TOPIC CASE BINDERS FOR A. ZAMBRANO IN PREPARE HEARING (4.2) |
| | $250.00<br>20775375 | 07/14/10 | Wed | 6.10 | 6.10 | 1,525.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  APARTHEID - PREPARE 3 ADDITIONAL TOPICAL BINDERS IN CONNECTION WITH HEARING. |
| | $250.00<br>20775372 | 07/15/10 | Thu | 3.00 | 3.00 | 750.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  APARTHEID - CONTINUE TO PREPARE 2 TOPICAL BINDERS IN ANTICIPATION OF HEARING. |
| | $250.00<br>20775351 | 07/16/10 | Fri | 2.60 | 2.60 | 650.00 | | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  APARTHEID - FINALIZE LAST 2 TOPICAL BINDERS IN ANTICIPATION OF HEARING. |
| | $250.00<br>20775330 | 07/19/10 | Mon | 1.50 | 1.50 | 375.00 | 1.30<br>0.20 | F | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>1  PREPARE AND UPDATE VARIOUS MEDIATION BINDERS (OWENS, VARNAU, SALAZAR; LAMPHIEAR) (1.3);<br>2  CONFERENCES WITH L. KOTCHER AND M. ALLEN RE: SAME (.2) |

~ See the last page of exhibit for explanation

EXHIBIT H
PREPARATION OF MEDIATION BINDERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 6780 Cade, N | $250.00 20775388 | 07/20/10 | Tue | 5.10 | 5.10 | 1,275.00 | 4.40 0.20 0.50 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATES TO VARIOUS MEDIATION BINDERS (4.4); VARIOUS CONFERENCES WITH M. ALLEN AND L. KOTCHER RE: SAME (.2); COORDINATE WITH L. STEWART RE: SAME (.5) |
| | $250.00 20775469 | 07/21/10 | Wed | 7.20 | 7.20 | 1,800.00 | 6.80 0.10 0.30 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATES TO VARIOUS MEDIATION BINDERS (6.8); VARIOUS CONFERENCES WITH M. ALLEN AND L. KOTCHER RE: SAME (.1); COORDINATE WITH L. STEWART RE: SAME (.3) |
| | $250.00 20775517 | 07/22/10 | Thu | 6.90 | 6.90 | 1,725.00 | 6.30 0.10 0.50 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATES TO VARIOUS MEDIATION BINDERS (6.3); VARIOUS CONFERENCES WITH M. ALLEN AND L. KOTCHER RE: SAME (.1); COORDINATE WITH L. STEWART RE: SAME (.5) |
| | $250.00 20775518 | 07/23/10 | Fri | 5.90 | 5.90 | 1,475.00 | 5.40 0.10 0.40 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATES TO VARIOUS MEDIATION BINDERS (5.4); VARIOUS CONFERENCES WITH M. ALLEN AND L. KOTCHER RE: SAME (.1); COORDINATE WITH L. STEWART RE: SAME (.4) |
| | $250.00 20775519 | 07/26/10 | Mon | 2.10 | 2.10 | 525.00 | 1.40 0.10 0.60 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATES TO VARIOUS MEDIATION BINDERS (1.4); VARIOUS CONFERENCES WITH M. ALLEN AND L. KOTCHER RE: SAME (.1); COORDINATE WITH L. STEWART RE: SAME (.6) |
| | $250.00 20775523 | 07/27/10 | Tue | 2.70 | 2.50 | 625.00 | 2.30 0.20 0.20 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* MEDIATIONS - ASSEMBLE VARIOUS MATERIALS FOR VARIOUS MEDIATIONS (2.3); COORDINATE WITH L. STEWART RE: SAME (.2); ORDER DOCKET FROM COURTEXPRESS (.2) |
| | $250.00 20775515 | 07/28/10 | Wed | 7.40 | 7.30 | 1,825.00 | 7.20 0.10 0.10 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* MEDIATIONS - ASSEMBLE VARIOUS MATERIALS FOR VARIOUS MEDIATIONS (7.2); COORDINATE WITH L. STEWART RE: SAME (.1); ORDER DOCKET FROM COURTEXPRESS (.1) |

~ See the last page of exhibit for explanation

EXHIBIT H
PREPARATION OF MEDIATION BINDERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 6780 Cade, N | $250.00 20775516 | 07/29/10 | Thu | 7.30 | 7.30 | 1,825.00 | 6.70 0.40 0.20 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* MEDIATIONS - ASSEMBLE VARIOUS MATERIALS FOR VARIOUS MEDIATIONS (6.7); COORDINATE WITH L. STEWART RE: SAME (.4); ORDER DOCKET FROM COURTEXPRESS (.2) |
| | $250.00 20775520 | 07/30/10 | Fri | 3.20 | 3.20 | 800.00 | 2.80 0.10 0.30 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATES TO VARIOUS MEDIATION BINDERS (2.8); VARIOUS CONFERENCES WITH M. ALLEN AND L. KOTCHER RE: SAME (.1); COORDINATE WITH L. STEWART RE: SAME (.3) |
| | $250.00 20780764 | 08/06/10 | Fri | 3.20 | 3.20 | 800.00 | 2.90 0.30 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE, ASSEMBLE AND UPDATE VARIOUS MEDIATION BINDERS (2.9); COORDINATE WITH L. STEWART RE: SAME (.3). |
| | $250.00 20858345 | 08/09/10 | Mon | 4.90 | 4.90 | 1,225.00 | 3.70 1.20 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE MEDIATION BINDERS (3.7); COORDINATE SAME WITH L. STEWART (1.2) |
| | $250.00 20858292 | 08/10/10 | Tue | 3.80 | 3.80 | 950.00 | 3.30 0.50 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE MEDIATION BINDERS (3.3); COORDINATE SAME WITH L. STEWART (.5) |
| | $250.00 20858295 | 08/11/10 | Wed | 5.20 | 5.20 | 1,300.00 | 4.30 0.90 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE MEDIATION BINDERS (4.3); REVISE SAME PER ATTORNEY REQUEST (.9). |
| | $250.00 20858423 | 08/19/10 | Thu | 5.30 | 5.30 | 1,325.00 | | 1 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE MEDIATION BINDERS |
| | $250.00 20858419 | 08/20/10 | Fri | 2.30 | 2.30 | 575.00 | 2.00 0.30 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE MEDIATION BINDERS (2.0); REVISE SAME PER ATTORNEY REQUEST (.3) |
| | $250.00 20858422 | 08/23/10 | Mon | 4.30 | 4.30 | 1,075.00 | 3.80 0.50 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE MEDIATION MATERIALS (3.8); COORDINATE SAME WITH L. STEWART (.5) |

~ See the last page of exhibit for explanation

EXHIBIT H
PREPARATION OF MEDIATION BINDERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 6780 Cade, N | $250.00 20858850 | 08/24/10 | Tue | 6.00 | 0.60 | 150.00 | 5.40 0.60 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CITE CHECK AND BLUEBOOK MEDIATION STATEMENTS (5.4); PREPARE MEDIATION MATERIALS (.6). |
| | $250.00 20858986 | 08/25/10 | Wed | 4.30 | 2.90 | 725.00 | 2.50 0.40 1.40 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND UPDATE VARIOUS MEDIATION BINDERS (2.5); COORDINATE WITH L. STEWART RE: SAME (.4); CITE CHECK AND BLUE BOOK MEDIATION STATEMENTS (1.4) |
| | $250.00 20835682 | 08/26/10 | Thu | 3.90 | 0.80 | 200.00 | 0.80 1.20 1.60 0.30 | 1 2 3 4 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* COORDINATE AND PREPARE UPDATES TO VARIOUS MEDIATION BINDERS (.8); CITE CHECK AND BLUE BOOK MEDIATION STATEMENTS (1.2); CITE CHECK HUNTER CLASS CLAIM OBJECTION (1.6); CONFERENCES WITH J. BURNS RE: SAME (.3). |
| | $250.00 20836667 | 08/27/10 | Fri | 3.50 | 1.80 | 450.00 | 1.80 1.20 0.50 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* COORDINATE AND PREPARE UPDATES TO VARIOUS MEDIATION MATERIALS (1.8); PREPARE TABLE OF AUTHORITIES TO HUNTER CLASS CLAIM OBJECTION (1.2); CONFERENCES WITH J. BURNS RE: SAME (.5). |
| | $250.00 20835706 | 08/30/10 | Mon | 2.30 | 2.30 | 575.00 | | 1 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* COORDINATE PREPARATION OF MEDIATION MATERIALS WITH L. STEWART. |
| | $250.00 21023041 | 09/08/10 | Wed | 3.50 | 3.50 | 875.00 | | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARATION OF MEDIATION BINDERS; COORDINATION WITH L. STEWART REGARDING SAME. |
| | NUMBER OF ENTRIES: | | 31 | | 114.70 | 28,675.00 | | | |
| 7341 Kerley, P | $250.00 20796880 | 08/11/10 | Wed | 7.80 | 7.80 | 1,950.00 | 5.20 2.60 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (5.2); UPDATE MEDIATION BINDERS AS REQUESTED (2.6). |
| | $250.00 20796881 | 08/12/10 | Thu | 7.30 | 7.30 | 1,825.00 | 5.70 1.60 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (5.7); UPDATE MEDIATION BINDERS AS REQUESTED (1.6). |

~ See the last page of exhibit for explanation

PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 7341 Kerley, P | $250.00 20796882 | 08/13/10 | Fri | 7.80 | 7.80 | 1,950.00 | 6.10 1.70 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (6.1); UPDATE MEDIATION BINDERS AS REQUESTED (1.7). |
| | $250.00 20796883 | 08/16/10 | Mon | 7.30 | 7.30 | 1,825.00 | 5.70 1.10 0.50 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (5.7); UPDATE MEDIATION BINDERS AS REQUESTED (1.1); MEET WITH L. STEWART RE: SAME (.5). |
| | $250.00 20796884 | 08/17/10 | Tue | 9.00 | 9.00 | 2,250.00 | 7.90 1.10 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (7.9); UPDATE MEDIATION BINDERS AS REQUESTED (1.1). |
| | $250.00 20796885 | 08/18/10 | Wed | 6.50 | 6.50 | 1,625.00 | 5.00 0.90 0.60 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (5.0); UPDATE MEDIATION BINDERS AS REQUESTED (.9); CALLS WITH L. STEWART RE: SAME (.6) |
| | $250.00 20797132 | 08/19/10 | Thu | 5.70 | 5.70 | 1,425.00 | 4.10 0.70 0.90 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (4.1); UPDATE MEDIATION BINDERS AS REQUESTED (.7); CALLS WITH L. STEWART RE: SAME (.9) |
| | $250.00 20797133 | 08/20/10 | Fri | 6.00 | 6.00 | 1,500.00 | 4.90 1.10 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* PREPARE AND ASSEMBLE MEDIATION BINDERS (4.9); UPDATE MEDIATION BINDERS AS REQUESTED (1.1). |
| | NUMBER OF ENTRIES: | | 8 | | 57.40 | 14,350.00 | | | |
| 4475 Stewart, L | $180.00 20741531 | 07/20/10 | Tue | 5.80 | 5.80 | 1,044.00 | 0.20 5.60 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: ORGANIZING AND ASSEMBLING MEDIATION BINDERS (.2); ORGANIZE AND ASSEMBLE SAME (5.6). |
| | $180.00 20742454 | 07/21/10 | Wed | 6.00 | 6.00 | 1,080.00 | 0.20 5.80 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: PREPARATION OF MEDIATION BINDERS (.2); GATHER AND PREPARE SAME (5.8). |

~ See the last page of exhibit for explanation

EXHIBIT H
PREPARATION OF MEDIATION BINDERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 4475 Stewart, L | $180.00 20742455 | 07/22/10 | Thu | 6.00 | 6.00 | 1,080.00 | 5.80 0.20 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: PREPARATION OF MEDIATION BINDERS (5.8); GATHER AND PREPARE SAME (.2). |
| | $180.00 20741620 | 07/23/10 | Fri | 2.60 | 2.60 | 468.00 | 0.20 2.40 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: PREPARATION OF MEDIATION BINDERS (.2); GATHER AND PREPARE SAME (2.4). |
| | $180.00 20744589 | 07/26/10 | Mon | 6.80 | 6.80 | 1,224.00 | 0.20 6.60 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: PREPARATION OF MEDIATION BINDERS (.20); GATHER AND PREPARE SAME (6.60). |
| | $180.00 20745418 | 07/27/10 | Tue | 4.30 | 4.30 | 774.00 | 0.30 2.00 2.00 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* SEVERAL CONFERENCES WITH N. CADE AND L. KOTCHER RE: UPDATING MEDIATION BINDERS (.30); ORGANIZE AND ASSEMBLE SAME (2.00); UPDATE SAME (2.00). |
| | $180.00 20745507 | 07/28/10 | Wed | 3.90 | 3.90 | 702.00 | 0.20 1.90 1.80 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* SEVERAL CONFERENCES WITH N. CADE AND L. KOTCHER RE: UPDATING MEDIATION BINDERS (.20); ORGANIZE AND ASSEMBLE SAME (1.9); UPDATE SAME (1.8). |
| | $180.00 20745508 | 07/29/10 | Thu | 8.00 | 8.00 | 1,440.00 | 0.30 6.00 1.70 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* SEVERAL CONFERENCES WITH N. CADE AND L. KOTCHER RE: UPDATING MEDIATION BINDERS (.30); ORGANIZE AND ASSEMBLE SAME (6.0); UPDATE SAME (1.70). |
| | $180.00 20745509 | 07/30/10 | Fri | 5.60 | 5.60 | 1,008.00 | 0.60 1.00 1.00 1.00 1.00 1.00 | 1 2 3 4 5 6 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* SEVERAL CONFERENCES WITH N. CADE AND L. KOTCHER RE: UPDATING MEDIATION BINDERS (.6); ORGANIZE AND ASSEMBLE SAME (1.0); UPDATE SAME (1.0); CONFERENCE WITH L. KOTCHER RE: UPDATING HEARING BINDER (1.0); ORGANIZE AND ASSEMBLE CASES CITED (1.0); UPDATE SAME (1.0). |

~ See the last page of exhibit for explanation

EXHIBIT H
PREPARATION OF MEDIATION BINDERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 4475 Stewart, L | $180.00 20856128 | 08/02/10 | Mon | 7.20 | 7.20 | 1,296.00 | 0.20 5.60 1.40 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>CONFERENCE WITH N. CADE AND L. KOTCHER RE: PREPARATION OF MEDIATION BINDERS (.2);<br>ORGANIZE AND ASSEMBLE SAME (5.6);<br>UPDATE SAME (1.4). |
| | $180.00 20856005 | 08/05/10 | Thu | 5.90 | 5.90 | 1,062.00 | 0.20 3.90 1.80 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>CONFERENCE WITH N. CADE AND L. KOTCHER RE: PREPARATION OF MEDIATION BINDERS (.2);<br>ORGANIZE AND ASSEMBLE SAME (3.9);<br>UPDATE SAME (1.8). |
| | $180.00 20856008 | 08/06/10 | Fri | 7.20 | 7.20 | 1,296.00 | 0.20 4.80 2.20 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>CONFER WITH N. CADE RE: PREPARATION OF MEDIATION BINDERS (.2);<br>ORGANIZE AND ASSEMBLE SAME (4.8);<br>UPDATE SAME (2.2). |
| | $180.00 20855867 | 08/16/10 | Mon | 7.00 | 7.00 | 1,260.00 | 0.50 6.50 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>MEET WITH P. KERLEY RE: ORGANIZING AND ASSEMBLING MEDIATION BINDERS (.5);<br>ORGANIZE AND ASSEMBLE SAME (6.5). |
| | $180.00 20856097 | 08/17/10 | Tue | 5.70 | 5.70 | 1,026.00 | 0.70 5.00 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>SEVERAL CALLS WITH P. KERLEY RE: ORGANIZING AND ASSEMBLING MEDIATION BINDERS (.7);<br>ORGANIZE AND ASSEMBLE SAME (5.0). |
| | $180.00 20856101 | 08/18/10 | Wed | 7.60 | 7.60 | 1,368.00 | 0.60 7.00 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>SEVERAL CONFERENCES WITH P. KERLEY RE: ORGANIZING AND ASSEMBLING MEDIATION BINDERS (.6);<br>ORGANIZE AND ASSEMBLE SAME (7.0). |
| | $180.00 20855457 | 08/19/10 | Thu | 4.90 | 4.90 | 882.00 | 0.90 4.00 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>CALLS WITH P. KERLEY RE: ORGANIZING AND ASSEMBLING MEDIATION BINDERS (.9);<br>ORGANIZE AND ASSEMBLE SAME (4.0). |
| | $180.00 20855572 | 08/20/10 | Fri | 2.40 | 2.40 | 432.00 | 0.40 2.00 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>MULTIPLE CONFERENCES WITH P. KERLEY RE: ORGANIZING AND ASSEMBLING MEDIATION BINDERS (.4);<br>ORGANIZE AND ASSEMBLE SAME (2.0). |
| | $180.00 20856085 | 08/23/10 | Mon | 2.50 | 2.50 | 450.00 | 0.20 2.30 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>CONFERENCE WITH N. CADE RE: UPDATING MEDIATION BINDERS (.2);<br>ASSEMBLE, ORGANIZE AND UPDATE SAME (2.3). |

~ See the last page of exhibit for explanation

PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 4475 Stewart, L | $180.00 20856461 | 08/24/10 | Tue | 2.00 | 2.00 | 360.00 | 0.10 1.90 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: UPDATING MEDIATION MATERIALS (.1); ASSEMBLE, ORGANIZE AND UPDATE SAME (1.9). |
| | $180.00 20856057 | 08/25/10 | Wed | 4.00 | 4.00 | 720.00 | 0.20 3.80 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFER WITH N. CADE RE: UPDATING MEDIATION MATERIALS (.2); ASSEMBLE, ORGANIZE AND UPDATE SAME (3.8). |
| | $180.00 20856034 | 08/26/10 | Thu | 3.30 | 3.30 | 594.00 | 0.30 3.00 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: MEDIATION MATERIALS (.3); ASSEMBLE, ORGANIZE AND UPDATE SAME (3.0). |
| | $180.00 20856035 | 08/27/10 | Fri | 4.60 | 4.60 | 828.00 | 0.20 4.40 | 1 2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: PREPARING MEDIATION MATERIALS (.2); ASSEMBLE, ORGANIZE AND UPDATE SAME (4.4). |
| | $180.00 20855557 | 08/30/10 | Mon | 6.20 | 6.20 | 1,116.00 | 0.20 5.40 0.60 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* CONFERENCE WITH N. CADE RE: ORGANIZING AND ASSEMBLING MEDIATION MATERIALS (.2); UPDATE SAME (5.4); UPDATE MEDIATION CHART WITH SAME (.6). |
| | $180.00 20855555 | 08/31/10 | Tue | 4.00 | 4.00 | 720.00 | 2.20 1.60 0.20 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* ORGANIZE AND ASSEMBLE MEDIATION MATERIALS (2.2); UPDATE SAME (1.6); CONFERENCE WITH B. OBARO RE: FINALIZING MATERIALS FOR MEDIATION (.2). |
| | $180.00 20921722 | 09/01/10 | Wed | 4.40 | 4.40 | 792.00 | 2.20 2.00 0.20 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* ORGANIZE AND ASSEMBLE MEDIATION BINDERS (2.2); UPDATE SAME (2.0); CONFERENCE WITH C. NEELY RE: FINALIZING BINDERS FOR MEDIATION (.2). |
| | $180.00 20921906 | 09/02/10 | Thu | 5.30 | 5.30 | 954.00 | 3.10 2.00 0.20 | 1 2 3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* ORGANIZE AND ASSEMBE MEDIATION BINDERS (3.1); UPDATE SAME (2.0); CONFERENCE WITH C. NEELY RE: FINALIZING BINDERS FOR UPCOMING MEDIATIONS (.2). |

~ See the last page of exhibit for explanation

EXHIBIT H
PREPARATION OF MEDIATION BINDERS
Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 4475 Stewart, L | $180.00 20921909 | 09/03/10 | Fri | 5.50 | 5.50 | 990.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.00 | 1 | RECEIVE AND REVIEW ADDITIONAL DOCUMENTS FOR MEDIATIONS (2.0); |
| | | | | | | | 2.00 | 2 | ORGANIZE AND ASSEMBLE MEDIATION BINDERS (2.0); |
| | | | | | | | 1.00 | 3 | UPDATE SAME (1.0); |
| | | | | | | | 0.50 | 4 | CONFERENCE WITH V. BENNETT RE: CONDUCTING MEDIATORS AND OPPOSING COUNSELS RESEARCH (.5). |
| | $180.00 20965698 | 09/07/10 | Tue | 5.30 | 5.30 | 954.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.00 | 1 | RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.0); |
| | | | | | | | 2.50 | 2 | UPDATE BINDERS WITH SAME (2.5); |
| | | | | | | | 0.30 | 3 | CORRESPOND WITH C. NEELY RE: MATERIALS NEEDED FOR UPCOMING MEDIATION (.3); |
| | | | | | | | 0.30 | 4 | DRAFT LETTER FORWARDING MEDIATION MATERIALS TO S. BROWN (.3); |
| | | | | | | | 0.20 | 5 | TRANSMIT SAME TO S. BROWN (.2). |
| | $180.00 20966782 | 09/08/10 | Wed | 6.20 | 6.20 | 1,116.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.20 | 1 | REVIEW MEDIATION DOCUMENTS (2.2); |
| | | | | | | | 3.20 | 2 | UPDATE MEDIATION BINDERS WITH SAME (3.2); |
| | | | | | | | 0.80 | 3 | CORRESPOND WITH A. TRAN AND B. OBARO RE: MATERIALS NEEDED FOR UPCOMING MEDIATION (0.8). |
| | $180.00 20966530 | 09/09/10 | Thu | 5.20 | 5.20 | 936.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.20 | 1 | RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.2); |
| | | | | | | | 2.00 | 2 | UPDATE MEDIATION BINDERS WITH SAME (2.0); |
| | | | | | | | 1.00 | 3 | CORRESPOND WITH C. NEELY RE: MATERIALS NEEDED FOR UPCOMING MEDIATION (1.0). |
| | $180.00 20966531 | 09/10/10 | Fri | 4.40 | 4.40 | 792.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.00 | 1 | RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.0); |
| | | | | | | | 2.20 | 2 | UPDATE MEDIATION BINDERS WITH SAME (2.2); |
| | | | | | | | 0.20 | 3 | CONFERENCE WITH B. OBARO RE: MATERIALS NEEDED FOR UPCOMING MEDIATION (.2). |
| | $180.00 20965702 | 09/13/10 | Mon | 3.30 | 3.30 | 594.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.00 | 1 | RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.0); |
| | | | | | | | 1.00 | 2 | UPDATE MEDIATION BINDERS WITH SAME (1.0); |
| | | | | | | | 0.30 | 3 | CORRESPOND WITH C. NEELY RE: MATERIALS NEEDED FOR UPCOMING MEDIATION (.30). |
| | $180.00 20967104 | 09/14/10 | Tue | 4.20 | 4.20 | 756.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.00 | 1 | RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.0); |
| | | | | | | | 2.00 | 2 | UPDATE MEDIATION BINDERS WITH SAME (2.0); |
| | | | | | | | 0.20 | 3 | CORRESPOND WITH C. NEELY RE: MATERIALS NEEDED FOR UPCOMING MEDIATION (.20). |

~ See the last page of exhibit for explanation

PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 4475<br>Stewart, L | $180.00<br>20967078 | 09/15/10 | Wed | 5.00 | 5.00 | 900.00 | 3.00<br>2.00 | 1<br>2 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>RECEIVE AND REVIEW MEDIATION DOCUMENTS (3.0);<br>UPDATE MEDIATION BINDERS WITH SAME (2.0). |
| | $180.00<br>20965605 | 09/16/10 | Thu | 7.60 | 7.60 | 1,368.00 | 3.80<br>3.70<br>0.10 | 1<br>2<br>3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>REVIEW MEDIATION DOCUMENTS (3.8);<br>UPDATE MEDIATION BINDERS WITH SAME (3.7);<br>CONFERENCE WITH J. BURNS RE: PENDING MEDIATION BINDERS (.1) |
| | $180.00<br>20965607 | 09/20/10 | Mon | 7.80 | 7.80 | 1,404.00 | 2.80<br>3.40<br>0.80<br>0.80 | 1<br>2<br>3<br>4 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.8);<br>UPDATE MEDIATION BINDERS WITH SAME (3.4);<br>COORDINATE RETRIEVAL OF ADDITIONAL PLEADINGS FROM THE COURT (.8);<br>CORRESPOND AND CONFERENCE WITH WESTLAW COURT EXPRESS RE: SAME (.8). |
| | $180.00<br>20966000 | 09/21/10 | Tue | 6.20 | 6.20 | 1,116.00 | 2.80<br>2.20<br>0.20<br>0.20<br>0.80 | 1<br>2<br>3<br>4<br>5 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>REVIEW MEDIATION DOCUMENTS (2.8);<br>UPDATE MEDIATION BINDERS WITH SAME (2.2);<br>COORDINATE RETRIEVAL OF ADDITIONAL PLEADINGS FROM THE COURT (.2);<br>SEVERAL CONFERENCES WITH M. HARTMANN RE: RETRIEVAL OF CALIFORNIA AND MISSOURI DOCKETS FROM COURT (.2);<br>CORRESPOND WITH COURT AND WESTLAW COURT EXPRESS RE: SAME (.8). |
| | $180.00<br>20965341 | 09/22/10 | Wed | 4.60 | 4.60 | 828.00 | 2.40<br>2.00<br>0.10<br>0.10 | 1<br>2<br>3<br>4 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.4);<br>UPDATE MEDIATION BINDERS WITH SAME (2.0);<br>CONFERENCE WITH M. HARTMANN RE: RETRIEVAL OF PLEADINGS FROM MISSOURI COURT (.1);<br>CORRESPOND AND CONFERENCE WITH WESTLAW COURT EXPRESS RE: SAME (.1). |
| | $180.00<br>20965343 | 09/23/10 | Thu | 4.60 | 4.60 | 828.00 | 1.80<br>2.20<br>0.20<br>0.40 | 1<br>2<br>3<br>4 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>RECEIVE AND REVIEW MEDIATION DOCUMENTS (1.8);<br>UPDATE MEDIATION BINDERS WITH SAME (2.2);<br>CORRESPOND WITH S. DECKER RE: MATERIALS FOR UPCOMING MEDIATION (.2);<br>CORRESPOND AND CONFERENCE WITH WESTLAW COURT EXPRESS RE: SAME (.4). |
| | $180.00<br>20969663 | 09/24/10 | Fri | 7.00 | 7.00 | 1,260.00 | 3.40<br>3.20<br>0.40 | 1<br>2<br>3 | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig*<br>REVIEW MEDIATION DOCUMENTS (3.4);<br>UPDATE MEDIATION BINDERS WITH SAME (3.2);<br>CORRESPOND WITH WESTLAW COURT EXPRESS RE: STATUS OF PLEADINGS REQUESTED FROM COURT (.4). |

~ See the last page of exhibit for explanation

PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 4475 Stewart, L | $180.00 20969178 | 09/27/10 | Mon | 6.80 | 6.80 | 1,224.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.30 | 1 | REVIEW MEDIATION DOCUMENTS (2.3); |
| | | | | | | | 2.20 | 2 | UPDATE MEDIATION BINDERS WITH SAME (2.2); |
| | | | | | | | 1.20 | 3 | CORRESPOND WITH C. NEELY AND A. TRAN RE: MATERIALS FOR UPCOMING MEDIATION (1.2); |
| | | | | | | | 0.30 | 4 | DRAFT LETTER TO M. SMITH WITH SAME (.3); |
| | | | | | | | 0.10 | 5 | CONFERENCE WITH M. HARTMANN RE: RETRIEVAL OF CALIFORNIA DOCKET (.1); |
| | | | | | | | 0.40 | 6 | CONDUCT INTERNET DOCKET RESEARCH (.4); |
| | | | | | | | 0.30 | 7 | SEVERAL CONFERENCES WITH COURT CLERKS RE: SAME (.3). |
| | $180.00 20968573 | 09/28/10 | Tue | 6.80 | 6.80 | 1,224.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.30 | 1 | REVIEW MEDIATION DOCUMENTS (2.3); |
| | | | | | | | 3.30 | 2 | UPDATE MEDIATION BINDERS WITH SAME (3.3); |
| | | | | | | | 0.20 | 3 | DRAFT LETTER TO M. SMITH WITH SAME (.2); |
| | | | | | | | 0.60 | 4 | CONDUCT INTERNET DOCKET RESEARCH (.6); |
| | | | | | | | 0.40 | 5 | CONFERENCE WITH WESTLAW COURT EXPRESS RE: SAME RETRIEVAL OF SAME (.4). |
| | $180.00 20968549 | 09/29/10 | Wed | 6.20 | 6.20 | 1,116.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.80 | 1 | REVIEW MEDIATION DOCUMENTS (2.8); |
| | | | | | | | 2.90 | 2 | UPDATE MEDIATION BINDERS WITH SAME (2.9); |
| | | | | | | | 0.30 | 3 | COORDINATE RETRIEVAL OF ADDITIONAL PLEADINGS FROM THE COURT (.30); |
| | | | | | | | 0.20 | 4 | CORRESPOND WITH WESTLAW COURT EXPRESS RE: SAME (.2). |
| | $180.00 20968384 | 09/30/10 | Thu | 6.00 | 6.00 | 1,080.00 | | | *MATTER NAME: Bar Date/Claims Reconciliation/Claims Obj Litig* |
| | | | | | | | 2.80 | 1 | RECEIVE AND REVIEW MEDIATION DOCUMENTS (2.8); |
| | | | | | | | 2.70 | 2 | UPDATE MEDIATION BINDERS WITH SAME (2.7); |
| | | | | | | | 0.30 | 3 | COORDINATE RETRIEVAL OF ADDITIONAL PLEADINGS FROM THE COURT (.3); |
| | | | | | | | 0.20 | 4 | CORRESPOND WITH WESTLAW COURT EXPRESS RE: SAME (.2). |
| | | NUMBER OF ENTRIES: | | 44 | 235.90 | 42,462.00 | | | |
| Total | | | | | 408.00 | $85,487.00 | | | |
| Number of Entries: | 83 | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT H

PREPARATION OF MEDIATION BINDERS

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Cade, N | 6780 | 114.70 | $250.00 | 28,675.00 |
| Kerley, P | 7341 | 57.40 | $250.00 | 14,350.00 |
| Stewart, L | 4475 | 235.90 | $180.00 | 42,462.00 |
| | | 408.00 | | $85,487.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bar Date/Claims Reconciliation/Claims Obj Litig | 408.00 | 85,487.00 |
| | 408.00 | $85,487.00 |

(~) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL