# EXHIBIT I

(Travel Billed at Full Hourly Rates)

**EXHIBIT I**

**TRAVEL BILLED AT FULL HOURLY RATE**

**Weil, Gotshal & Manges**

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 1.00 | $455.00 | 455.00 |
| | | 1.00 | | $455.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Non-Working Travel | 1.00 | 455.00 |
| | 1.00 | $455.00 |

EXHIBIT I  PAGE 1 of 3

EXHIBIT I

TRAVEL BILLED AT FULL HOURLY RATE

Weil, Gotshal & Manges

| TIMEKEEPER | RATE | DATE | | ENTRY HOURS | HOURS | FEES | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *MATTER NAME: Non-Working Travel* |
| 5334 | $455.00 | 07/14/10 | Wed | 1.00 | 1.00 | 455.00 | 0.50 | 1 | TRAVEL TO HEARING (.5); |
| Brooks, R | 20717661 | | | | | | 0.50 | 2 | TRAVEL TO OFFICE FROM HEARING (.5) |
| | NUMBER OF ENTRIES: | | 1 | | 1.00 | 455.00 | | | |
| Total | | | | | 1.00 | $455.00 | | | |
| Number of Entries: | 1 | | | | | | | | |

EXHIBIT I  PAGE 2 of 3

**EXHIBIT I**

**TRAVEL BILLED AT FULL HOURLY RATE**

Weil, Gotshal & Manges

| TIMEKEEPER NAME | INITIALS | HOURS | RATE | FEES |
|---|---|---|---|---|
| Brooks, R | 5334 | 1.00 | $455.00 | 455.00 |
| | | 1.00 | | $455.00 |

**SUMMARY OF HOURS AND FEES BY MATTER**

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Non-Working Travel | 1.00 | 455.00 |
| | 1.00 | $455.00 |

EXHIBIT I  PAGE 3 of 3