# EXHIBIT J

(Binding Expenses)

### EXHIBIT J
### Binding Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 06/07/10 | Kotcher, L | 10411470/1605 - 15989138 | 2.00 | | 2.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 5/24/10<br>* [2@1] |
| 06/07/10 | Zambrano, A | 10411470/1606 - 15989142 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 5/25/10<br>* [1@1] |
| 06/16/10 | Law, E | 10411470/1665 - 16008569 | 1.50 | | 1.50 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 06/07/10 03:27PM 2 BINDING(S) FROM UNIT 17<br>* [2@.75] |
| 06/16/10 | Roberts, S | 10411470/1666 - 16008570 | 7.00 | | 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/11/10 03:56PM 4 BINDING(S) FROM UNIT 15<br>* [4@1.75] |
| 06/25/10 | Brooks, R | 10411470/1731 - 16023874 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/16/10 11:47AM 1 BINDING(S) FROM UNIT 11<br>* [1@1.75] |
| 06/29/10 | Roberts, S | 10411470/1750 - 16028547 | 7.00 | | 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/26/10 07:47AM 4 BINDING(S) FROM UNIT 12<br>* [4@1.75] |
| 06/29/10 | Meises, M | 10411470/1749 - 16028546 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 06/25/10 11:12PM 1 BINDING(S) FROM UNIT 17<br>* [1@1.75] |
| 07/08/10 | Zambrano, A | 10419928/1545 - 16051535 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 06/02/10<br>* [1@1] |
| 07/29/10 | Roberts, S | 10419928/1709 - 16093399 | 5.25 | | 5.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/13/10 02:59AM 3 BINDING(S) FROM UNIT 12<br>* [3@1.75] |
| 08/09/10 | Kotcher, L | 10416674/1677 - 16110328 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 7/27/10<br>* [1@1] |
| 08/09/10 | Kotcher, L | 10416674/1678 - 16110332 | 6.00 | | 6.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 7/27/10<br>* [6@1] |
| 08/09/10 | Kotcher, L | 10416674/1676 - 16110326 | 4.00 | | 4.00 | DUPLICATING SERVICES - BINDING GBC/COIL BINDING DUPLICATION IN DALLAS ON 7/26/10<br>* [4@1] |
| 08/12/10 | Falabella, P | 10416674/1725 - 16116308 | 5.25 | | 5.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 07/26/10 04:33PM 3 BINDING(S) FROM UNIT 11<br>* [3@1.75] |
| 08/18/10 | Meises, M | 10416674/1777 - 16130855 | 7.00 | | 7.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/02/10 10:56PM 4 BINDING(S) FROM UNIT 12<br>* [4@1.75] |
| 08/18/10 | Roberts, S | 10416674/1779 - 16130857 | 14.00 | | 14.00 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/05/10 07:15AM 8 BINDING(S) FROM UNIT 15<br>* [8@1.75] |

EXHIBIT J
Binding Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 08/25/10 | Amponsah, D | 10416674/1895 - 16150799 | 3.00 | | 3.00 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 08/13/10 04:48PM 4 BINDING(S) FROM UNIT 17<br>* [4@.75] |
| 08/25/10 | Meises, M | 10416674/1894 - 16150798 | 3.50 | | 3.50 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/11/10 09:41AM 2 BINDING(S) FROM UNIT 03<br>* [2@1.75] |
| 08/31/10 | Neely, C | 10416674/2059 - 16167544 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/27/10 04:43PM 1 BINDING(S) FROM UNIT 10<br>* [1@1.75] |
| 08/31/10 | Lederman, E | 10416674/2014 - 16161530 | 3.75 | | 3.75 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 08/17/10 02:03PM 5 BINDING(S) FROM UNIT 11<br>* [5@.75] |
| 08/31/10 | Roberts, S | 10416674/2015 - 16161531 | 8.75 | | 8.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 08/17/10 06:36PM 5 BINDING(S) FROM UNIT 15<br>* [5@1.75] |
| 09/15/10 | Meises, M | 10419713/1511 - 16180159 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/01/10 10:04AM 1 BINDING(S) FROM UNIT 10<br>* [1@1.75] |
| 09/15/10 | Neely, C | 10419713/1512 - 16180160 | 12.25 | | 12.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/02/10 05:37PM 7 BINDING(S) FROM UNIT 17<br>* [7@1.75] |
| 09/15/10 | Roberts, S | 10419713/1514 - 16180162 | 1.50 | | 1.50 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 09/01/10 11:38AM 2 BINDING(S) FROM UNIT 10<br>* [2@.75] |
| 09/15/10 | Roberts, S | 10419713/1515 - 16180163 | 8.75 | | 8.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/02/10 10:41PM 5 BINDING(S) FROM UNIT 17<br>* [5@1.75] |
| 09/15/10 | Berz, D | 10419713/1509 - 16180157 | 164.50 | | 164.50 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN WASHINGTON DC ON 08/31/10 01:03PM 94 BINDING(S) FROM UNIT 01<br>* [94@1.75] |
| 09/16/10 | Kotcher, L | 10419713/1530 - 16180939 | 3.00 | | 3.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/20/10<br>* [3@1] |
| 09/16/10 | Stewart, L | 10419713/1529 - 16180937 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/18/10<br>* [1@1] |
| 09/16/10 | Kotcher, L | 10419713/1528 - 16180930 | 3.00 | | 3.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/12/10<br>* [3@1] |
| 09/16/10 | Zambrano, A | 10419713/1527 - 16180929 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/12/10<br>* [1@1] |
| 09/16/10 | Kotcher, L | 10419713/1525 - 16180895 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/9/10<br>* [1@1] |

EXHIBIT J

Binding Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 09/16/10 | Kotcher, L | 10419713/1524 - 16180893 | 6.00 | | 6.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/05/10<br>* [6@1] |
| 09/16/10 | Kotcher, L | 10419713/1523 - 16180870 | 3.00 | | 3.00 | DUPLICATING SERVICES - VELOBINDING VELO DUPLICATION IN DALLAS ON 8/16/10<br>* [4@.75] |
| 09/16/10 | Decker, S | 10419713/1536 - 16180959 | 2.00 | | 2.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/31/10<br>* [2@1] |
| 09/16/10 | Allen, M | 10419713/1535 - 16180957 | 4.00 | | 4.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/31/10<br>* [4@1] |
| 09/16/10 | O'Connor, J | 10419713/1534 - 16180955 | 4.00 | | 4.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/27/10<br>* [4@1] |
| 09/16/10 | Kotcher, L | 10419713/1532 - 16180946 | 5.00 | | 5.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/25/10<br>* [5@1] |
| 09/16/10 | Kotcher, L | 10419713/1531 - 16180942 | 1.00 | | 1.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/23/10<br>* [1@1] |
| 09/16/10 | Decker, S | 10419713/1533 - 16180952 | 3.00 | | 3.00 | DUPLICATING SERVICES - BINDING GBC/COIL DUPLICATION IN DALLAS ON 8/27/10<br>* [3@1] |
| 09/21/10 | Meises, M | 10419713/1580 - 16187568 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/07/10 10:13AM 1 BINDING(S) FROM UNIT 03<br>* [1@1.75] |
| 09/30/10 | Roberts, S | 10419713/1751 - 16215243 | 5.25 | | 5.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/15/10 10:51PM 3 BINDING(S) FROM UNIT 16<br>* [3@1.75] |
| 09/30/10 | Meises, M | 10419713/1761 - 16218306 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/23/10 12:15PM 1 BINDING(S) FROM UNIT 10<br>* [1@1.75] |
| 09/30/10 | Brooks, R | 10419713/1762 - 16218307 | 5.25 | | 5.25 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/20/10 11:35PM 3 BINDING(S) FROM UNIT 12<br>* [3@1.75] |
| 09/30/10 | Meises, M | 10419713/1749 - 16215241 | 1.75 | | 1.75 | DUPLICATING SERVICES - SPIRAL SPIRAL BINDING IN NEW YORK CITY ON 09/13/10 03:28PM 1 BINDING(S) FROM UNIT 10<br>* [1@1.75] |
| 09/30/10 | Neely, C | 10419713/1750 - 16215242 | 0.75 | | 0.75 | DUPLICATING SERVICES - VELOBINDING VELOBINDING IN NEW YORK CITY ON 09/14/10 01:26PM 1 BINDING(S) FROM UNIT 03<br>* [1@.75] |
| | | | $328.50 | | $328.50 | |