# EXHIBIT K

(Meal Expenses)

## Meal Expenses in Excess of $20.00/Person
### Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Amount | # of Attendees | Amount in Excess of $20/person | Description | Firm Category | Disbursement ID |
|---|---|---|---|---|---|---|---|---|---|
| 10419713 | 1828 | 09/30/10 | 663 | 199.89 | 8 | 39.89 | MEALS-MEETINGS/CONFERENCE COST CONFERENCE MEAL 9/27/2010 SMOLINSKY, JOSEPH 12:30 #PEOPLE: 8 MEAL CODE LU1 INV# 14817 | 109 | 16224599 |
| 10419713 | 1830 | 09/30/10 | 663 | 199.89 | 8 | 39.89 | MEALS-MEETINGS/CONFERENCE COST CONFERENCE MEAL 9/27/2010 SMOLINSKY, JOSEPH 12:30 #PEOPLE: 8 MEAL CODE LU1 INV# 14819 | 109 | 16224601 |
| 10419713 | 1681 | 09/28/10 | 663 | 249.87 | 10 | 49.87 | MEALS-MEETINGS/CONFERENCE COST CONFERENCE MEAL 9/15/2010 SMOLINSKY, JOSEPH 12:30 #PEOPLE: 10 MEAL CODE LU1 INV# 14545 | 109 | 16205686 |
| | | | | Meal Charges in Excess of $20.00/Person | | $ 129.65 | | | |