# EXHIBIT L

(Overtime Transportation)

## Overtime Transportation Billed on Days Where 6.0 or Fewer Hours were Billed
### Weil, Gotshal & Manges

| Invoice Number | Entry Number | Invoice Entry Date | Timekeeper ID | Timekeeper Name (based on ID) | Amount | Allocated Amount | Description | Firm Category | Date of Service | Time of Service (military) | Total Hours Billed Per Day | Note | Disbursement ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10411470 | 1652 | 06/15/10 | 1110 | Adelaja K. Heyliger | $12.65 | $12.65 | TAXI SERVICE - LEGAL VENDOR: YELLOW CAB COMPANY OF D.C., INC.; INVOICE#: 0100572-IN; DATE: 5/31/2010 - CAB SERVICE FROM 04/25/10- 05/27/10---A. HEYLIGER FROM WGM TO RESIDENCE ON 05/24/10 | 14 | 05/24/10 | not provided | 4.0 | Less than 6.0 Hours | 16006060 |
| 10419928 | 1653 | 07/26/10 | 1531 | Anne-Sophie Noury | $59.24 | $59.24 | TAXI SERVICE - LEGAL VENDOR: NOURY ANNE-SOPHIE; INVOICE#: EXPENSE-05/08/10; DATE: 7/26/2010 - NOTE DE FRAIS TAXIS A-S NOURY / EXPENSE REPORT | F014 | 7/26/2010 | | 0.0 | Less than 6.0 Hours | 16129220 |
| 10411470 | 1564 | 04/12/10 | 1669 | Evan S. Lederman | $30.94 | $30.94 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1380826 DATE: 3/24/2010 XYZ 1010221557 296 EVAN LEDERMAN 1669 RIDE DATE: 2010-03-17 FROM: M 767 5 AVE TO: M 130 W 20 ST RIDE TIME: 21:26 | 14 | 03/17/10 | 21:26 | 4.7 | Less than 6.0 Hours | 15939330 |
| 10419928 | 1766 | 07/31/10 | 1239 | Lionel Spizzichino | $27.30 | $27.30 | TAXI SERVICE - LEGAL VENDOR: TAXI G7; INVOICE#: 100167239; DATE: 7/31/2010 - TAXIS ZUG06 JUILLET 2010 - TAXIS L.SPIZZICHINO | F014 | not provided | | | In July 2010, timekeeper exceeded 6.0 hours on only one occasion | 16159285 |
| 10419928 | 1767 | 07/31/10 | 1239 | Lionel Spizzichino | $26.85 | $26.85 | TAXI SERVICE - LEGAL VENDOR: TAXI G7; INVOICE#: 100167239; DATE: 7/31/2010 - TAXIS ZUG06 JUILLET 2010 - TAXIS L.SPIZZICHINO | F014A | not provided | | | In July 2010, timekeeper exceeded 6.0 hours on only one occasion | 16158286 |
| 10419713 | 1624 | 09/24/10 | 1239 | Lionel Spizzichino | $37.27 | $37.27 | TAXI SERVICE - LEGAL VENDOR: LIONEL SPIZZICHINO; INVOICE#: EXPENSE24/09/10; DATE: 9/24/2010 - NOTE DE FRAIS SPIZZICHINO.L TAXI GM-EXPENSE REPORT | F014 | not provided | | | Timekeeper billed 1.1 hours on 9/24/10 | 16240158 |
| 10419928 | 1596 | 07/20/10 | 3628 | Max A. Goodman | $7.00 | $7.00 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100720; DATE: 7/20/2010 - NY PETTY CASH 07/20/10.M.GOODMAN - TAXI HOME, 07/16/10 | 11 | 07/16/10 | | 2.5 | Less than 6.0 Hours | 16066103 |
| 10419713 | 1484 | 09/10/10 | 487 | Michele J. Meises | $43.13 | $43.13 | TAXI SERVICE - LEGAL VENDOR: XYZ INVOICE#: 1394935 DATE: 9/1/2010 XYZ 1010237995 53 MICHELE MEISES 0487 RIDE DATE: 2010-08-23 FROM: M 767 5 AVE TO: QU RIDE TIME: 20:10 | 14 | 08/23/10 | 20:10 | 5.9 | Less than 6.0 Hours | 16187092 |
| 10419928 | 1546 | 07/08/10 | 7364 | Mona V. Mehta | $20.60 | $20.60 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100707; DATE: 7/8/2010 - NY PETTY CASH 07/07/10.M.MEHTA - TAXIS HOME, 06/29, 06/28/10 | 11 | Multiple | | 0.0; 0.0 | Less than 6.0 Hours; 6/29 Double Billed too. | 16051694 |
| 10419928 | 1563 | 07/12/10 | 7364 | Mona V. Mehta | $16.10 | $16.10 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100712; DATE: 7/12/2010 - NY PETTY CASH 07/12/10. M.METHA - TAXIS HOME, 07/08, 06/29/10 | 11 | Multiple | | 0.0; 0.0 | Less than 6.0 Hours; 6/29 Double Billed too. | 16054456 |
| 10411470 | 1631 | 06/09/10 | 5334 | Russell Brooks | $96.85 | $27.67 | LOCAL TRANSPORTATION VENDOR: WG&M LLP - PETTY CASH NY; INVOICE#: 20100609; DATE: 6/9/2010 - NY PETTY CASH 06/09/10. R.BROOKS - TAXIS HOME, 05/10, 05/11, 05/20, 06/02, 05/28, 05/27, 06/04/10 | 11 | Multiple | | 9.8; 9.8; 5.2; 11.8; 11.2; 8.9; 1.1 | 2 out of 7 are Less than 6.0 Hours | 15996682 |
| ertime Transportation Billed on Days Where 6.0 or Fewer Hours were Billed | | | | | | $308.75 | | | | | | | |