# EXHIBIT M

(Airfare Expenses)

Airfare Expenses

Weil, Gotshal & Manges

| DATE | NAME | INVOICE/ENTRY | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|------|---------------|---------------|---------------|----------------|-------------|
| 06/22/10 | Gietz, R | 10411470/1694 - 16015891 | 579.59 | | 579.59 | TRAVEL VENDOR: GIETZ, RAYMOND O. INVOICE#: CREX0041731406221858 DATE: 6/22/2010 AIRFARE, DOMESTIC FIRST, TICKET:DL 7897213945, JUN 15, 2010 - ATTENDED MLC BOARD MEETING ON JUNE 16, 2010 - FROM/TO: LGA TO DETROIT<br>* [1@579.59] |
| 07/09/10 | Karotkin, S | 10419928/1555 - 16052614 | 1,381.48 | | 1,381.48 | TRAVEL VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX0042538907091915 DATE: 7/9/2010 AIRFARE, DOMESTIC BUSINESS, TICKET:0067897213901, JUN 11, 2010 - GM MEETINGS - FROM/TO: PROVIDENCE, RI/DETROIT, MI<br>* [1@1381.48] |
| 07/09/10 | Karotkin, S | 10419928/1554 - 16052613 | 684.54 | | 684.54 | TRAVEL VENDOR: KAROTKIN, STEPHEN INVOICE#: CREX0042538907091915 DATE: 7/9/2010 AIRFARE, DOMESTIC BUSINESS, TICKET:0017898636855, JUN 16, 2010 - GM MEETINGS - FROM/TO: DETROIT, MI/LGA<br>* [1@684.54] |
| | | | $2,645.61 | | $2,645.61 | |