IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                          :        Chapter 11
                                                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,        :        Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,
                                                                                    :
                                        Debtors.                        :        (Jointly Administered)
-----------------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced int his notice.

| | |
|---|---|
| Robert Dinnigan as father and natural guardian of Amanda Dinnigan, an infant<br>Name of Transferee | Bright Bay GMC Truck, Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Alan M. Shapey, Esquire<br>Lipsig, Shapey, Manus & Moverman, P.C.<br>40 Fulton Street<br>New York, NY 10038-1850<br>Phone: (212) 285-3300 | Court of Record Address of Tranferor<br>(Court Use Only) |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>Bright Bay GMC Truck, Inc.<br>c/o Matthew Rainis, Esquire<br>Lawrence Worden Rainis & Bard PC<br>225 Broadhollow Road, Suite 105E<br>Melville NY 11747-4820 |
| Court Claim # (if known): 61789<br>Claim Amount: Unliquidated indemnification claim<br>Date Claim Filed: November 27, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alan M. Shapey, Esquire                                     Dated: December 9, 2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                                 _____
                                                                                         CLERK OF THE COURT

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bright Bay GMC Truck, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Robert Dinnigan, as father and natural guardian of Amanda Dinnigan, an infant ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the contractual and common law indemnification claim Assignor filed (the "Assigned Claim"), against Motors Liquidation Company (f/k/a General Motors Corporation) ("Debtor"), the debtor-in-possession in Case No. 09-50026 (the ("Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing, including claim number 61789.

Assignor hereby waives any objections to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November ___, 2010.

ROBERT DINNIGAN, AS FATHER AND
NATURAL GUARDIAN OF AMANDA
DINNIGAN, AN INFANT

By: _____
Alan M. Shapey, Esquire
Lipsig, Shapey, Manus & Moverman, P.C.
40 Fulton Street
New York, NY 10038-1850

BRIGHT BAY GMC TRUCK, INC.

By: _____
Matthew Rainis, Esquire
Lawrence Worden Rainis & Bard PC
225 Broadhollow Road, Suite 105E
Melville NY 11747-4820