# BUTLER RUBIN SALTARELLI & BOYD LLP

December 1, 2010

Direct Dial: 312-242-4136
Direct Fax: 312-444-9287
jmiera@butlerrubin.com

**BY FIRST CLASS U.S. MAIL**

United States District Court for the
Southern District of New York
Office of the Clerk
One Bowling Green
New York, NY 10004

Re:   *Motors Liquidation Company*, Case No. 09-50026; and
      *General Growth Properties, Inc.*, Case No. 09-11977

Dear Clerk:

I am requesting that you please remove Cheryl Tama Oblander from the list of recipients for ECF E-mail notifications for the above referenced cases.

Sincerely,

Joseph A Meira
Paralegal

JM:mtc



BR | BUTLER RUBIN         70 WEST MADISON STREET  |  SUITE 1800  |  CHICAGO, IL  60602-4257
                              TEL 312-444-9660  |  FAX 312-444-9287  |  WWW.BUTLERRUBIN.COM