December 3, 2010
Motors Liquidation Company
Chapter 11 Case No. 09-50026 (REG)

Honorable Robert E. Gerber
U.S. Bankruptcy Judge
Courtroom 621
One Bowling Green
New York, New York
10004-1408

Pkt. No. 7490  Claim No. 19527
adjourned to  1-6-11

Dear Sir;

I wrote to you some time ago about the loss of Life Insurance due to the U.S. Government forced Bankruptcy of General Motors Corporation. I suggested three (3) possible resolves to the question. I now have a 4th.

As the insurance is Term Insurance, put your wiz kids with the insurance company (s) and their tables and compute a one time premium to restore the insurance back to its orginal level. Less of course the interest the company (s) might receive. Add in all the costs plus $5,000.00 for each salary person retired for the ensult and concive this has caused.

I know the Board of Directors can change things as they see fit. It is my belief this was forced on the Board by the Administration. Today Congress is to receive a report on Debt Reduction from this same Administration which include a reduction in Social Security payments. Another kick in the ass of old people. See health care bills

I have been retired for just over 30 years. I was counting on my Life Insurance to take care of my wife after my death. It would appear that the Administration is trying to force old folks on the welfare rolls. This is not the American way.

I hope that when you retire the government does not cut your retirement benefits or Social Security

If you would like to talk to me about this give me a call 810-694-1446

A sasrewed former employee - 35 years
Louis J. Ahier