# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
      f/k/a General Motors Corp., *et al.*     :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
            Debtors.                          :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 10, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8046) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
     Chanpreet Kondal

Sworn to before me this 10th day of
December, 2010
/s/ Florence L. Robinson_____
Florence L. Robinson
Notary Public, State of New York
No.  01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Bright Bay GMC Truck, Inc.
c/o Lawrence Worden Rainis & Bard PC
Attn: Matthew Rainis, Esquire
225 Broadhollow Road, Suite 105E
Melville, NY 11747-4820

<u>TRANSFEREE</u>

Robert Dinnigan as father and natural guardian of
Amanda Dinnigan, an infant
c/o Lipsig, Shapey, Manus & Moverman, P.C.
Attn: Alan M. Shapey, Esquire
40 Fulton Street
New York, NY 10038-1850