EXHIBIT C

EMAIL FROM FEE EXAMINER COUNSEL

# Gerard DiConza

| | |
|---|---|
| **From:** | Andres, Carla [CAndres@gklaw.com] |
| **Sent:** | Wednesday, October 27, 2010 2:54 PM |
| **To:** | Gerard DiConza |
| **Cc:** | Raiche, Zerithea; 'liesl.spangler@arcadis-us.com' |
| **Subject:** | RE: MLC-LFR Stipulation and Order - TEA-Subcontractor Issue |

Gerry,

We do not comment on the form or content of the documents, as it is outside of our role.  We do believe a stipulation and order of this nature addresses the ongoing concern of an unauthorized sub-retention.

Thanks very much for you efforts on this.

Carla


**Carla Andres**
Attorney



333 Main Street, Suite 600
Green Bay, WI 54301
Phone: 920-432-9300
Direct: 920-436-7687
Fax: 920-436-7988
Email: CAndres@gklaw.com
http://www.gklaw.com

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (920) 432-9300.**

---

**From:** Gerard DiConza [mailto:gdiconza@dlawteam.com]
**Sent:** Wednesday, October 27, 2010 1:46 PM
**To:** Andres, Carla
**Cc:** Raiche, Zerithea; 'liesl.spangler@arcadis-us.com'
**Subject:** RE: MLC-LFR Stipulation and Order - TEA-Subcontractor Issue

Carla, any questions/comments from the Fee Examiner on the proposed Stip & Order?

Thanks.

Gerry DiConza

1

**From:** Gerard DiConza
**Sent:** Monday, October 25, 2010 11:03 AM
**To:** Andres, Carla
**Cc:** Raiche, Zerithea; liesl.spangler@arcadis-us.com
**Subject:** MLC-LFR Stipulation and Order - TEA-Subcontractor Issue

Carla, attached is a draft of the proposed Stipulation & Order to be executed by MLC and LFR and submitted to Judge Gerber for approval. It deals with LFR's requests for reimbursement of expenses incurred in connection with TEA and other subcontractors. Let me know if you have any questions or comments to the proposed Stipulation. Obviously, LFR would like to get this approved by the Bankruptcy Court as soon as possible and put this issue behind.

Thanks.

Gerry


Gerard DiConza
-----------------------------------------
DiConza Law, P.C.
630 Third Avenue
New York, NY 10017
Telephone:  212-682-4940, ext. 457
Fax: 212-682-4942
gdiconza@dlawteam.com
www.dlawteam.com

2