# EXHIBIT D
## (PART 2)

## EXHIBIT C

List of the Debtors' wholly or
partially owned subsidiaries

**Motors Liquidation Company**
List of Subsidiaries
As of July 10, 2009*

| No. | Subsidiary |
|---|---|
| 1 | Alan Reuber Chevrolet, Inc. |
| 2 | Albany Auto Group, LLC |
| 3 | Alhambra Pontiac GMC Buick, Inc. |
| 4 | Alternative Energy Services LLC |
| 5 | Amherst Chevrolet, Inc. |
| 6 | Anixter International, Inc. |
| 7 | Auburn Chevrolet Oldsmobile Cadillac, Inc. |
| 8 | Autocity Buick Pontiac GMC, Inc. |
| 9 | Beacon Chevrolet Oldsmobile, Inc. |
| 10 | Beil Acquisition Corporation |
| 11 | Bennett Pontiac GMC, Inc. |
| 12 | Bensonhurst Chevrolet, Inc. |
| 13 | Buick GMC of Milford, Inc. |
| 14 | Cadillac of Lynbrook, Inc. |
| 15 | Carnahan Chevrolet, Inc. |
| 16 | Champion Buick Pontiac GMC, Inc. |
| 17 | Chevrolet Of Clarks Summit, Inc. |
| 18 | Chevrolet-Oldsmobile-Cadillac of Chicopee, Inc. |
| 19 | Cobb Parkway Chevrolet, Inc. |
| 20 | Colchester Chevrolet, Inc. |
| 21 | Commerce Buick Pontiac GMC, Inc. |
| 22 | Commonwealth On The Lynnway, Inc. |
| 23 | Dadeland Chevrolet, Inc. |
| 24 | DDH Investments of South Texas, Inc. |
| 25 | Decatur Buick Pontiac GMC, Inc. |
| 26 | Douglaston Chevrolet, Inc. |
| 27 | DP Compressors L.L.C. |
| 28 | Elk Grove Buick Pontiac GMC, Inc. |
| 29 | Elk Grove Saturn Auto, Inc. |
| 30 | El-Mo Holding I Corporation |
| 31 | El-Mo Holding II Corporation |
| 32 | El-Mo Leasing II Corporation |
| 33 | El-Mo Leasing III Corporation |
| 34 | El-Mo-Mex, Inc. |
| 35 | Environmental Corporate Remediation Company, Inc. |
| 36 | Ernie Patti Pontiac GMC, Inc. |
| 37 | Exeter Chevrolet Buick Pontiac, Inc. |
| 38 | Fairway Automotive Group, Inc. |
| 39 | Falls Pontiac GMC, Inc. |
| 40 | Family Buick Pontiac GMC, Inc. |
| 41 | Fernandez GMC Pontiac Buick, Inc. |
| 42 | Florence Buick GMC, Inc. |
| 43 | Freeborough Automotive, Inc. |
| 44 | Freehold Chevrolet-Geo, Inc. |
| 45 | Frontier Chevrolet, Inc. |
| 46 | GEM Motors, Inc. |
| 47 | GENERAL MOTORS CAPITAL TRUST "D" |

* The names of certain of these subsidiaries have been changed since July 10, 2009.

**Motors Liquidation Company**
List of Subsidiaries
As of July 10, 2009*

| No. | Subsidiary |
|---|---|
| 48 | GENERAL MOTORS CAPITAL TRUST "G" |
| 49 | General Motors Commercial Corporation |
| 50 | General Motors Export Corporation |
| 51 | General Motors Foreign Sales Corporation |
| 52 | General Motors Indonesia, Inc. |
| 53 | General Motors International Operations, Inc. |
| 54 | General Motors Nova Scotia Finance Company |
| 55 | General Motors Receivables Corporation |
| 56 | General Motors Strasbourg |
| 57 | General Motors Trade Receivables LLC |
| 58 | Gilroy Chevrolet Cadillac, Inc. |
| 59 | GM Auto Receivables Co. |
| 60 | GM DriverSite Incorporated |
| 61 | GM Facilities Trust No. 1999-1 |
| 62 | GM National Car International, Ltd. |
| 63 | GMETR Finance Company Receivables LLC |
| 64 | GMETR Service Parts Receivables LLC |
| 65 | GMLG Ltd. |
| 66 | GMRH Kansas City, Inc. |
| 67 | GMRH Philadelphia, Inc. |
| 68 | GMRH Pittsburgh, Inc. |
| 69 | GMRH Seattle, Inc. |
| 70 | GMRH St. Louis, Inc. |
| 71 | GMRHLA, Inc. |
| 72 | Hawaii Automotive Retailing Group, Inc. |
| 73 | Hope Automotive, Inc. |
| 74 | InQBate Corporation |
| 75 | Integrity Saturn of Chattanooga, Inc. |
| 76 | Jennings Motors, Inc. |
| 77 | John H. Powell, Jr. Chevrolet Oldsmobile, Inc. |
| 78 | Joseph Motors, Inc. |
| 79 | Kaufman Automotive Group, Inc. |
| 80 | Kings Mountain Chevrolet, Inc. |
| 81 | LBK, LLC |
| 82 | Leo Stec Saturn, Inc. |
| 83 | Lexington Motors, Inc. |
| 84 | Lou Sobh Cerritos Saturn, Inc. |
| 85 | Lou Sobh Saturn of Elmhurst, Inc. |
| 86 | Lou Sobh Saturn, Inc. |
| 87 | Lowell Pontiac Buick GMC, Inc. |
| 88 | Manual Transmissions of Muncie, LLC |
| 89 | Martino Pontiac-GMC, Inc. |
| 90 | MDIP-Norcal, Inc. |
| 91 | Merry Oldsmobile, Inc. |
| 92 | Metro Chevrolet, Inc. |
| 93 | Metropolitan Auto Center, Inc. |
| 94 | Miami Lakes Pontiac, Inc. |
| 95 | Millington Chevrolet, Inc. |
| 96 | Miracle Mile Chevrolet Buick, Inc. |

**Motors Liquidation Company**
List of Subsidiaries
As of July 10, 2009*

| No. | Subsidiary |
|---|---|
| 97 | MLS USA, Inc. |
| 98 | Motor Enterprises, Inc. |
| 99 | Motors Trading Corporation |
| 100 | Multiple Dealerships Holdings of Albany, Inc. |
| 101 | New Castle Automotive, Inc. |
| 102 | New Rochelle Chevrolet, Inc. |
| 103 | New United Motor Manufacturing, Inc. |
| 104 | New-Cen Commercial Corporation |
| 105 | North Bay Auto Group, LLC |
| 106 | North Bay Multi-Site, Inc. |
| 107 | North Orange County Saturn, Inc. |
| 108 | Northpoint Pontiac-Buick-GMC Truck, Inc. |
| 109 | Oakland Automotive Center, Inc. |
| 110 | Pacific Dealership Group, Inc. |
| 111 | Park Plaines Chevrolet-Geo, Inc. |
| 112 | Peninsula Pontiac GMC Buick, Inc. |
| 113 | Pontiac Buick GMC Of Abilene, Inc. |
| 114 | Pontiac GMC of Latham, Inc. |
| 115 | Port Arthur Chevrolet, Inc. |
| 116 | Premier Investment Group, Inc. |
| 117 | Prestige Saturn of Jacksonville, Inc. |
| 118 | Puente Hills Pontiac GMC Buick, Inc. |
| 119 | Rancho Mirada Chevrolet, Inc. |
| 120 | Remediation And Liability Management Company, Inc. |
| 121 | Riverfront Development Corporation |
| 122 | Saab Cars Holdings Overseas Corp. |
| 123 | San Francisco Multiple Dealer Holdings, Inc. |
| 124 | Saturn of Central Florida, Inc. |
| 125 | Saturn of Charlotte Market Area, Inc. |
| 126 | Saturn of New York City, Inc. |
| 127 | Saturn of Ontario, Inc. |
| 128 | Saturn of Raleigh Market Area, Inc. |
| 129 | Saturn of Wilkes Barre, Inc. |
| 130 | Saturn Retail of South Carolina, LLC |
| 131 | Sherwood Pontiac Buick GMC, Inc. |
| 132 | Simpsonville Chevrolet, Inc. |
| 133 | South Bay Multi-Site, Inc. |
| 134 | Sw Houston Motors, Inc. |
| 135 | Tampa Bay Buick, Inc. |
| 136 | Tiens Biotech Group (USA), Inc. |
| 137 | Torrance Buick GMC, Inc. |
| 138 | Tracy Pontiac GMC Cadillac, Inc. |
| 139 | Trenton Chevrolet, Inc. |
| 140 | TX Holdco, LLC |
| 141 | Valley Stream Automotive, Inc. |
| 142 | Valley Stream Motors, Inc. |
| 143 | Vanguard Car Rental USA Inc. |
| 144 | Vector SCM Asia Pacific Pte., Ltd. |
| 145 | Vector SCM do Brasil Ltda. |

**Motors Liquidation Company**
List of Subsidiaries
As of July 10, 2009*

| No. | Subsidiary |
|-----|------------|
| 146 | Vector SCM Mexico S. de R.L. de CV |
| 147 | Vector SCM Shanghai Co., Ltd. |
| 148 | Vector SCM, LLC |
| 149 | W. Babylon Chevrolet-Geo, Inc. |
| 150 | Walsh Chevrolet, Inc. |
| 151 | Washington Chevrolet, Inc. |
| 152 | Westminster Pontiac GMC Buick, Inc. |

# EXHIBIT D

List of the Debtors' real property

Motors Liquidation Company
Owned Property Listing
As of August 4, 2009

| No. | Site Name | Property Address | Site City | Property State Province |
|---|---|---|---|---|
| 1 | Employee Development Center | 65 University Drive | Pontiac | Michigan |
| 2 | Powertrain – Romulus Engineering Center | 37350 Ecorse Road | Romulus | Michigan |
| 3 | Saginaw Malleable Iron | 77 West Center Street | Saginaw | Michigan |
| 4 | Saginaw Nodular Iron (PIMS297) | 2100 Veterans Memorial Pkwy | Saginaw | Michigan |
| 5 | Former Howard W/H - vacant land | 700 Garey Street | Saginaw | Michigan |
| 6 | Vacant Land (76 acres) | NEC of Denton and Ecorse | Van Buren Township | Michigan |
| 7 | Former Leed's Assembly Plant | Land south of 6817 Stadium Drive | Kansas City | Missouri |
| 8 | Hyatt Hills Golf Complex | 1300 Raritan Road | Clark | New Jersey |
| 9 | GM Plant | 1445 Parkway Avenue Trenton\Ewing Township | Ewing | New Jersey |
| 10 | One General Motors Circle | One General Motors Circle | Syracuse | New York |
| 11 | Lordstown Excess Land | 1829 Hallock Young Road | Lordstown | Ohio |
| 12 | Moraine Lagoon | 3100 Dryden Road | Moraine | Ohio |
| 13 | Janesville Training Center | 1405 South Jackson Street | Janesville | Wisconsin |
| 14 | GMPT - Toledo REALM Parcel | 1455 West Alexis Road | Toledo | Ohio |
| 15 | 6560 Cass Avenue | 6560 Cass Avenue | Detroit | Michigan |
| 16 | Linden Road Landfill | TDB | Flint | Michigan |
| 17 | Flint - Coldwater | 1245 East Coldwater Road (G-1245 E Coldwater Road) | Flint | Michigan |
| 18 | Former Delco Chassis Plant | 12950 Eckles Road | Livonia | Michigan |
| 19 | Land along Stanley Road | Stanley Road | Mt. Morris | Michigan |
| 20 | Greenpoint Landfill | TBD | Saginaw | Michigan |
| 21 | Vacant Land South of Van Born (68 acres) | Vacant Land South of Van Born | Van Buren Township | Michigan |
| 22 | Textile Road Land | Textile Road | Ypsilanti | Michigan |
| 23 | Former Leed's Assembly Plant | Land south of 6817 Stadium Drive | Kansas City | Missouri |
| 24 | Adjacent to Salinas Industrial Park | Factory Road | Syracuse | New York |
| 25 | Elyria Landfill | TBD | Elyria | Ohio |
| 26 | Fiero site (Powerhouse) | 900 Baldwin Avenue | Pontiac | Michigan |
| 27 | Flint Flowthrough Warehouse | 4002 James Cole Blvd. | Flint | Michigan |
| 28 | Pontiac Fiero Site (excld Powerhouse) | 900 Baldwin Avenue | Pontiac | Michigan |
| 29 | GMVM - Wilmington Assembly | 801 Boxwood Road PO Box 1512 - 19899 | Wilmington | Delaware |
| 30 | Stamping - Indianapolis | 340 White River Parkway West Drive South 50 | Indianapolis | Indiana |
| 31 | GMVM - Shreveport Assembly (excld Stamping) | 7600 General Motors Boulevard PO Box 30011 - 71130-0011 | Shreveport | Louisiana |
| 32 | Stamping - Shreveport | 7600 General Motors Boulevard PO Box 30011 - 71130-0011 | Shreveport | Louisiana |
| 33 | GMPT - Flint North #5/#10/#81 | 902 E Hamilton Avenue | Flint | Michigan |
| 34 | GMPT - Livonia | 12200 Middlebelt | Livonia | Michigan |
| 35 | GMVM - Pontiac Assembly | 2100 S Opdyke Road | Pontiac | Michigan |
| 36 | Stamping - Pontiac North Campus (excld Plt #14) | 220 East Columbia | Pontiac | Michigan |
| 37 | Stamping - Grand Rapids | 300 36th Street SW | Wyoming | Michigan |
| 38 | GMPT - Willow Run (Includes Engineering Center) | 2930 Ecorse Road | Ypsilanti | Michigan |
| 39 | GMPT - Massena | Route 37 East | Massena | New York |

Page 1

Motors Liquidation Company
Owned Property Listing
As of August 4, 2009

| No. | Site Name | Property Address | Site City | Property State Province |
|---|---|---|---|---|
| 40 | Stamping - Mansfield | 2525 West Fourth Street PO Box 2567 - 44906 | Mansfield | Ohio |
| 41 | GMVM - Moraine Assembly | 2601 West Stroop Road | Moraine | Ohio |
| 42 | GMPT - Parma Complex | 5400 Chevrolet Boulevard PO Box 30098 | Parma | Ohio |
| 43 | Stamping - Pittsburgh | 1451 Lebanon School Road | West Mifflin | Pennsylvania |
| 44 | GMPT - Fredericksburg | 11032 Tidewater Trail | Fredericksburg | Virginia |
| 45 | Danville Central Foundry | I-74 @ G Street | Danville | Illinois |
| 46 | Venture 2000 Industrial Park | 2915 Pendleton Avenue | Anderson | Indiana |
| 47 | 639 Riley Blvd. | 639 Riley Blvd. | Bedford | Indiana |
| 48 | 332 Breezy Hill | 332 Breezy Hill | Bedford | Indiana |
| 49 | 609 Rawlins Mill | 609 Rawlins Mill | Bedford | Indiana |
| 50 | 1609 Mount Pleasant | 1609 Mount Pleasant | Bedford | Indiana |
| 51 | 145 Broomsage | 145 Broomsage | Bedford | Indiana |
| 52 | 112 Bailey Scales | 112 Bailey Scales | Bedford | Indiana |
| 53 | 641 Riley Blvd. | 641 Riley Blvd. | Bedford | Indiana |
| 54 | 1081 Breckenridge | 1081 Breckenridge | Bedford | Indiana |
| 55 | Vacant lot (Inman Court) | Vacant lot (Inman Court) | Bedford | Indiana |
| 56 | 1119 Breckenridge | 1119 Breckenridge | Bedford | Indiana |
| 57 | Vacant Lot North of GM Plant – Breckenridge Road | Vacant Lot North of GM Plant – Breckenridge Road | Bedford | Indiana |
| 58 | 402 Bailey Scales | 402 Bailey Scales | Bedford | Indiana |
| 59 | "M" Street Church - 132 "M" Street | "M" Street Church - 132 "M" Street | Bedford | Indiana |
| 60 | "M" Street Parsonage - 134 "M" Street | "M" Street Parsonage - 134 "M" Street | Bedford | Indiana |
| 61 | Five Acres (Danny Wall's) – Vacant Lot Bailey Scales Road | Five Acres (Danny Wall's) – Vacant Lot Bailey Scales Road | Bedford | Indiana |
| 62 | 624 Riley A | 624 Riley A | Bedford | Indiana |
| 63 | 624 Riley B | 624 Riley B | Bedford | Indiana |
| 64 | 626 Riley A | 626 Riley A | Bedford | Indiana |
| 65 | 626 Riley B | 626 Riley B | Bedford | Indiana |
| 66 | 628 Riley A | 628 Riley A | Bedford | Indiana |
| 67 | 628 Riley B | 628 Riley B | Bedford | Indiana |
| 68 | 630 Riley A | 630 Riley A | Bedford | Indiana |
| 69 | 630 Riley B | 630 Riley B | Bedford | Indiana |
| 70 | 632 Riley A | 632 Riley A | Bedford | Indiana |
| 71 | 632 Riley B | 632 Riley B | Bedford | Indiana |
| 72 | 634 Riley A | 634 Riley A | Bedford | Indiana |
| 73 | 634 Riley B | 634 Riley B | Bedford | Indiana |
| 74 | 224 Madison | 224 Madison | Bedford | Indiana |
| 75 | 636 Riley A | 636 Riley A | Bedford | Indiana |
| 76 | 636 Riley B | 636 Riley B | Bedford | Indiana |
| 77 | 637 Riley A | 637 Riley A | Bedford | Indiana |
| 78 | 637 Riley B | 637 Riley B | Bedford | Indiana |

Motors Liquidation Company
Owned Property Listing
As of August 4, 2009

| No. | Site Name | Property Address | Site City | Property State Province |
|---|---|---|---|---|
| 79 | 638 Riley A | 638 Riley A | Bedford | Indiana |
| 80 | 638 Riley B | 638 Riley B | Bedford | Indiana |
| 81 | 640 Riley A | 640 Riley A | Bedford | Indiana |
| 82 | 640 Riley B | 640 Riley B | Bedford | Indiana |
| 83 | 641 Riley A | 641 Riley A | Bedford | Indiana |
| 84 | 641 Riley B | 641 Riley B | Bedford | Indiana |
| 85 | 643 Riley A | 643 Riley A | Bedford | Indiana |
| 86 | 643 Riley B | 643 Riley B | Bedford | Indiana |
| 87 | 645 Riley A | 645 Riley A | Bedford | Indiana |
| 88 | 645 Riley B | 645 Riley B | Bedford | Indiana |
| 89 | 330 Robins Way | 330 Robins Way | Bedford | Indiana |
| 90 | 126 Bailey Scales | 126 Bailey Scales | Bedford | Indiana |
| 91 | 115 Bailey Scales | 115 Bailey Scales | Bedford | Indiana |
| 92 | 1589 Peerless | 1589 Peerless | Bedford | Indiana |
| 93 | 1585 Peerless | 1585 Peerless | Bedford | Indiana |
| 94 | 659 Riley | 659 Riley | Bedford | Indiana |
| 95 | 105 Valley Lane | 105 Valley Lane | Bedford | Indiana |
| 96 | 572 Broomsage | 572 Broomsage | Bedford | Indiana |
| 97 | 222 Madison Street | 222 Madison Street | Bedford | Indiana |
| 98 | 228 Madison Street | 228 Madison Street | Bedford | Indiana |
| 99 | 640 North Jackson | 640 North Jackson | Bedford | Indiana |
| 100 | 1723 N. Washington | 1723 N. Washington | Kokomo | Indiana |
| 101 | Fairfax Land | 100 Kindleberger Road | Fairfax | Kansas |
| 102 | Framingham Landfill | TBD | Framingham | Massachusetts |
| 103 | Hemphill lot (7+/- acres) | SEC Hemphill & Saginaw | Burton | Michigan |
| 104 | Davison road land | TBD | Burton | Michigan |
| 105 | Clark Street Redevelopment | Former Cadillac Site | Detroit | Michigan |
| 106 | 6241 Cass Avenue | Lot 8 - Cass & Amsterdam Aves. | Detroit | Michigan |
| 107 | Buick City | 902 East Hamilton Avenue | Flint | Michigan |
| 108 | Dort Highway Land | 10800 S. Saginaw Road | Flint | Michigan |
| 109 | Windiate Park Lots | TBD | Flint | Michigan |
| 110 | GLTC land (11+/- acres) (PIMS298) | NWC of Atherton & Saginaw | Flint | Michigan |
| 111 | Flint West - Flint River (Bluff Street) | Chevrolet @ Glenwood | Flint | Michigan |
| 112 | Plant 2, 3 & 6 | 2800 -2801 West Saginaw Street | Lansing Township/Lansing | Michigan |
| 113 | Former Plant 5 | 2901 South Canal Road | Lansing | Michigan |
| 114 | Former Delco Chassis Plant | 13000 Eckles Road | Livonia | Michigan |
| 115 | 1831 Grondinwood | 1832 Grondinwood | Milford | Michigan |
| 116 | 1495 Oak Hollow | 1495 Oak Hollow | Milford | Michigan |
| 117 | Pontiac Centerpoint Campus - Central | 2000 Centerpoint Parkway | Pontiac | Michigan |

Page 3

**Motors Liquidation Company**
Owned Property Listing
As of August 4, 2009

| No. | Site Name | Property Address | Site City | Property State Province |
|---|---|---|---|---|
| 118 | PCC-Validation | 200 South Boulevard West | Pontiac | Michigan |
| 119 | Pontiac Centerpoint Campus - East | 1999 Center Point Parkway East | Pontiac | Michigan |
| 120 | Pontiac Centerpoint Campus - West | 660 South Boulevard East | Pontiac | Michigan |
| 121 | Centerpoint Land (no Etkin ground lease) | Centerpoint Blvd S. of South Blvd | Pontiac | Michigan |
| 122 | ACG - Penske site | 675 Oakland avenue | Pontiac | Michigan |
| 123 | Centerpoint Land (Etkin ground lease) | Centerpoint Blvd S. of South Blvd | Pontiac | Michigan |
| 124 | 652 Meadow Drive | 652 Meadow Drive | Pontiac | Michigan |
| 125 | 642 Meadow Drive | 642 Meadow Drive | Pontiac | Michigan |
| 126 | 631 Meadow Drive | 631 Meadow Drive | Pontiac | Michigan |
| 127 | 607 Meadow Drive | 607 Meadow Drive | Pontiac | Michigan |

## **EXHIBIT E**

Schedule of retainers paid to professionals

# Motors Liquidation Company., et al.
## June 1, 2009 - July 10, 2009

### SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(Unaudited)

| Retained Professional | Balance as of June 1, 2009 |
|---|---|
| AP Services LLC | $ 20,000,000 |
| Honigman Miller LLP | 583,394 |
| Jenner & Block LLP | 384,906 |
| Weil Gotshal & Manges LLP | 5,900,000 |
| Total | $ 26,868,300 |

Note - Information relating to outstanding retainer balances was obtained from each professional's application for retention. There were no payments to professionals during the reporting period.

United States Bankruptcy Court for the Southern District of New York
In re: Motors Liquidation Company, et al.
Case No.: 09-50026 (REG) (Jointly Administered)