**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                              :   **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :   **09-50026 (REG)**
    f/k/a **General Motors Corp.,** *et al.*    :
                                                            :
               **Debtors.**   :   **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 15, 2010 AT 2:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

    **1.**    Pre-Trial Conference Regarding Official Committee of Unsecured Creditors' Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (**ECF No. 6248**)

        Responses Filed:

        A.   Response by General Motors LLC to the Official Committee of Unsecured Creditors' First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (**ECF No. 8073**)

        Replies Filed:            None to date.

        Additional Documents:

        B.   Stipulated Scheduling Order (**ECF No. 7620**)

        C.   Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed by Green Hunt Wedlake, Inc. and

>Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief **(ECF No. 7859)**

>Status: This matter is going forward as an initial pre-trial conference pursuant to the Stipulated Scheduling Order.

## II. INTERIM FEE APPLICATIONS

1. Fourth Application of Weil, Gotshal & Manges LLP ("**WG&M**"), as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 (**ECF No. 7762**)

    Responses Filed:

    A. Fee Examiner's Report and Statement of Limited Objection to the Fourth Interim Fee Application of Weil, Gotshal & Manges LLP (**ECF No. 8044**)

    B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

    Replies Filed: None to date.

    Additional Documents: None to date.

    **Status:** WG&M has resolved all objections, and this matter is going forward as uncontested.

2. Fourth Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7804**)

    Responses Filed:

    A. Fee Examiner's Report and Statement of Limited Objection to the Fourth Interim Fee Application of Kramer Levin Naftalis & Frankel LLP (**ECF No. 8028**)

  B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

 Replies Filed:  None to date.

 Additional Documents: None to date.

 **Status:** This matter is going forward.

**3.** Second Interim Quarterly Application of Caplin & Drysdale, Chartered for Interim Compensation and Reimbursement of Expenses with Respect to Services Rendered as Counsel to the Official Committee of Unsecured Creditors Holdings Asbestos-Related Claims for the Period June 1, 2010 through September 30, 2010 (**ECF No. 7777**)

 Responses Filed:

  A. Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Caplin & Drysdale, Chartered (**Docket No. 8030**)

  B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

 Replies Filed:  None to date.

 Additional Documents: None to date.

 **Status:** This matter is going forward.

**4.** Second Interim Application of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, for Allowance of Interim Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7749**)

 Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation (**ECF No. 8038**)

    B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

**5.** Second Interim Application of Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants, for Allowance of Interim Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7747**)

Responses Filed:

    A.    Fee Examiner's Report and Statement of No Objection to Second Interim Fee Application of Dean M. Trafelet in His Capacity as Legal Representative for Future Asbestos Personal Injury Claimants (**ECF No. 8039**)

    B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

**6.** Second Interim Application of Analysis Research Planning Corporation as Asbestos Claims Valuation Consultant to Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for Allowance of Interim Compensation and Reimbursement of Expenses

  Incurred for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7748**)

  Responses Filed:

  A. Fee Examiner's Report and Statement of No Objection to Second Interim Fee Application of Analysis Research & Planning Corporation (**ECF No. 8033**)

  B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

  Replies Filed:  None to date.

  Additional Documents:  None to date.

  **Status:** This matter is going forward.

7. Second Interim Application of Bates White, LLC, as Asbestos Liability Consultant to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7774**)

  Responses Filed:

  A. Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Bates White, LLC (**ECF No. 8025**)

  B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

  Replies Filed:  None to date.

       Additional Documents:    None to date.

       **Status:**    This matter is going forward.

**8.** Third Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010 (**ECF NO. 6541**)

    Responses Filed:

    A.    Fee Examiner's Preliminary Report on the Third Interim Fee Application of Brownfield Partners, LLC (**ECF No. 6973**)

    B.    Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (**ECF No. 6989**)

    C.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on September 24, 2010 (**ECF No. 7009**)

    D.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 (**ECF No. 7448**)

    E.    Response of the United States Trustee Regarding Third Interim Application for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) (**ECF No. 7449**)

    F.    Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of Brownfield Partners, LLC (**ECF No. 8037**)

    G.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward.

**9.** Fourth Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation

and Reimbursement of Expenses for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7759**)

Responses Filed:

A.   Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of Brownfield Partners, LLC (**ECF No. 8037**)

B.   Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

C.   Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:        None to date.

Additional Documents:   None to date.

**Status:**   This matter is going forward.

10.  Fourth Application of Butzel Long, a Professional Corporation, as Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company, f/k/a General Motors Corporation, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 (**ECF No. 7754**)

Responses Filed:

A.   Fee Examiner's Report and Statement of Limited Objection to Fourth Interim Fee Application of Butzel Long, a Professional Corporation (**ECF No. 8036**)

B.   Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

C.   Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:        None to date.

  Additional Documents: None to date.

  **Status:** This matter is going forward.

11. Second Interim Fee Application of Deloitte Tax LLP as Tax Services Providers for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7780**)

  Responses Filed:

  A. Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of Deloitte Tax LLP (**ECF No. 8035**)

  B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

  Replies Filed: None to date.

  Additional Documents: None to date.

  **Status:** This matter is going forward.

12. Fourth Interim Application of FTI Consulting, Inc. for Allowance of Compensation and for Reimbursement of Expenses Rendered in the Case for the Period June 1, 2010 through September 30, 2010 (**ECF No. 7775**)

  Responses Filed:

  A. Fee Examiner's Report and Statement of Limited Objection to Fourth Interim Fee Application of FTI Consulting, Inc. (**ECF No. 8041**)

  B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

  Replies Filed: None to date.

        Additional Documents:    None to date.

        **Status:**    This matter is going forward.

13. Second Application of Hamilton, Rabinovitz, & Associates, Inc. as Consultants for the Debtors with Respect to Present and Future Asbestos Claims, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 (**ECF No. 7778**)

    Responses Filed:

    A. Fee Examiner's Report and Statement of No Objection to Second Interim Fee Application of Hamilton, Rabinovitz & Associates, Inc. (**ECF No. 8034**)

    B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward.

14. Fourth Interim Fee Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (**ECF Nos. 7751 and 7758**)

    Responses Filed:

    A. Fee Examiner's Report and Statement of Limited Objection to the Fourth Interim Fee Application of Jenner & Block LLP (**ECF No. 8026**)

    B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

    Replies Filed:    None to date.

  Additional Documents: None to date.

  **Status:** This matter is going forward.

15. Second Interim Quarterly Application of Legal Analysis Systems, Inc. for Interim Compensation and Reimbursement of Expenses with Respect to Services Rendered as Consultant on the Valuation of Asbestos Liabilities to the Official Committee of Unsecured Creditors Holdings Asbestos-Related Claims for the Period June 1, 2010 through September 30, 2010 (**ECF No. 7776**)

  Responses Filed:

  A. Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Legal Analysis Systems, Inc. (**ECF No. 8029**)

  B. Fee Examiner's Amended Report and Statement of Limited Objection to the Second Interim Fee Application of Legal Analysis Systems, Inc. (**ECF No. 8077**)

  C. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

  D. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

  Replies Filed: None to date.

  Additional Documents: None to date.

  **Status:** This matter is going forward.

16. Third Interim Application of LFR Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period February 1, 2010 through May 30, 2010 (**ECF No. 6539**)

  Responses Filed:

  A. Fee Examiner's Report and Statement of Limited Objection to Second Interim Fee Application of LFR Inc. and Preliminary Report on Third Interim Application of LFR Inc. (**ECF No. 7424**)

  B. Statement Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26,

        2010 (Including Those Adjourned From September 24, 2010) (**ECF No. 7448**)

    C.    Response of the United States Trustee Regarding Third Interim Application for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) (**ECF No. 7449**)

    D.    Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Fee Applications of LFR Inc. (**ECF No. 8040**)

    E.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

Replies Filed:

    F.    Response of LFR, Inc. to Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of LFR, Inc. (**ECF No. 8070**)

Additional Documents:    None to date.

**Status:**    This matter is going forward.

**17.**    Fourth Interim Application of LFR Inc. for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period June 1, 2010 through September 30, 2010 (**ECF No. 7756**)

Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Fee Applications of LFR Inc. (**ECF No. 8040**)

    B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:

    D.    Response of LFR, Inc. to Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of LFR, Inc. (**ECF No. 8070**)

    Additional Documents:    None to date.

    **Status:**    This matter is going forward.

18. Third Application of Plante & Moran, PLLC, as Accountants for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from June 1, 2010 through September 30, 2010 (**ECF No. 7733**)

    Responses Filed:

    A.  Fee Examiner's Report and Statement of No Objection to Third Interim Fee Application of Plante & Moran, PLLC (**ECF No. 8031**)

    B.  Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.  Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward.

19. Amended First and Final Application of PricewaterhouseCoopers LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Accountants and Tax Advisors to the Debtors and Debtors in Possession for the Period from June 1, 2009 through July 9, 2009 (**ECF No. 8059**) (**Amends ECF No. 7779**)

    Responses Filed:

    A.  Fee Examiner's Report and Statement of Limited Objection to First and Final Fee Application of PricewaterhouseCoopers LLP (**ECF No. 8032**)

    B.  Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.  Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

   Replies Filed:   None to date.

   Additional Documents:   None to date.

   **Status:**   This matter is going forward.

20. Fourth Interim Application of The Claro Group, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 - September 30, 2010 (**ECF No. 7706**)

   Responses Filed:

   A. Fee Examiner's Report and Statement of Limited Objection to Fourth Interim Fee Application of The Claro Group, LLC (**ECF No. 8042**)

   B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

   C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

   Replies Filed:   None to date.

   Additional Documents:   None to date.

   **Status:**   This matter is going forward.

21. Second Application of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors for Allowance of Interim Compensation for Services Rendered for the Period June 1, 2010 through September 30, 2010, and for Reimbursement of Expenses (**ECF No. 7767**)

   Responses Filed:

   A. Fee Examiner's Report and Statement of Limited Objection to the Second Interim Fee Application of Togut, Segal & Segal LLP (**ECF No. 8027**)

   B. Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

   C. Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:            None to date.

Additional Documents:

D.  Supplement to Second Application of Togut, Segal & Segal LLP as Conflicts Counsel for the Debtors for Allowance of Interim Compensation for Services Rendered for the Period June 1, 2010 through September 30, 2010, and for Reimbursement of Expenses (**ECF No. 7769**)

**Status:**    This matter is going forward.

22. Second Consolidated Application of Brady C. Williamson, Fee Examiner, and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Interim Allowance of Compensation for Professional Services Rendered from June 1, 2010 through September 30, 2010 and Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2010 through October 31, 2010 (**ECF No. 7798**)

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status:**    This matter is going forward.

23. Second Application of Stuart Maue for Allowance of Compensation and Reimbursement of Expenses for the Analysis of Interim Fee Applications of Selected Case Professionals (**ECF No. 7801**)

Responses Filed:        None to date.

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status:**    This matter is going forward.

### III. UNCONTESTED MATTERS

1. IUE-CWA's Motion Pursuant to 11 U.S.C. §§ 105 and 363(b) to Approve Assignment of Claim of IUE-CWA to a VEBA Trust (**ECF No. 7990**)

Responses Filed:        None to date.

      <u>Replies Filed</u>:      None to date.

      <u>Additional Documents</u>:

A.    Order Pursuant to Fed. R. Bankr. P. 9006(c) and Local Rule 90061(b), to Shorten Notice Period with Respect to IUE-CWA's Motion Pursuant to 11 U.S.C. §§ 105 and 363(b), to Approve Assignment of Claim of IUE-CWA to a VEBA Trust (**ECF No. 8003**)

      **Status:**    This matter is going forward.

Dated: New York, New York
       December 13, 2010

        /s/ Joseph H. Smolinsky
        Harvey R. Miller
        Stephen Karotkin
        Joseph H. Smolinsky

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession