## Section 4.9

### Environmental Laws

None.

## Section 4.10(a)

### Employee Benefit Plans

<u>Benefit Plans for Hourly Employees</u>

1.  General Motors Hourly-Rate Pension Plan
2.  General Motors Personal Savings Plan for Hourly-Rate Employees in the United States

*Supplemental Agreements Between UAW and GM*

3.  General Motors Life and Disability Benefits Program for Hourly Employees
4.  General Motors Health Care Program for Hourly Employees
5.  General Motors Supplemental Unemployment Benefit Plan
6.  General Motors Profit Sharing Plan for Hourly-Rate Employees in the United States
7.  UAW-GM Legal Services Plan for UAW Represented Hourly Employees of General Motors in the United States
8.  General Motors Dependent Care Reimbursement Plan for UAW Represented Hourly Employees in the United States
9.  General Motors Health Care Spending Account Plan for Entry Level Employees
10. Guaranteed Income Stream Benefit Program (UAW)
11. Dependent Scholarship Program for Hourly Employees in the United States
12. Tuition Assistance Program for Hourly Employees in the United States

*Supplemental Agreements Between IUE and GM*

13. General Motors Life and Disability Benefits Program for Hourly Employees
14. General Motors Health Care Program for Hourly Employees
15. General Motors Supplemental Unemployment Benefit Plan
16. General Motors Profit Sharing Plan for Hourly-Rate Employees in the United States
17. General Motors Legal Services Plan for IUE-CAW Hourly Employees in the United States
18. General Motors Dependent Care Reimbursement Plan Hourly-Rate Employees in the United States
19. Guaranteed Income Stream Benefit Program (IUE)
20. Dependent Scholarship Program for Hourly Employees in the United States
21. Tuition Assistance Program for Hourly Employees in the United States

*Supplemental Agreements Between IAM/PMD and GM*

22. General Motors Life and Disability Benefits Program for Hourly Employees
23. General Motors Health Care Program for Hourly Employees
24. General Motors Supplemental Unemployment Benefit Plan
25. General Motors Profit Sharing Plan for Hourly-Rate Employees in the United States
26. General Motors Dependent Care Reimbursement Plan for IAM/PMD Represented Hourly Employees in the United States

27. Dependent Scholarship Program for Hourly Employees in the United States
28. Tuition Assistance Program for Hourly Employees in the United States
29. Guaranteed Income Stream Benefit Program (IAM/PMD)

*Supplemental Agreements Between Various Splinter Unions and GM*

30. General Motors Life and Disability Benefits Program for Hourly Employees
31. General Motors Health Care Program for Hourly Employees
32. General Motors Profit Sharing Plan for Hourly-Rate Employees in the United States
33. General Motors Income Security Plan for Hourly-Rate Employees
34. Dependent Scholarship Program for Hourly Employees in the United States
35. Tuition Assistance Program for Hourly Employees in the United States

Benefit Plans For Salaried Employees

36. General Motors Retirement Program for Salaried Employees in the United States
37. General Motors Executive Retirement Plan
38. General Motors Savings-Stock Purchase Program for Salaried Employees in the United States
39. General Motors Salaried Health Care Program
40. General Motors Corporation Health Care Reimbursement Plan for Salaried Employees in the United States
41. General Motors Corporation Dependent Care Reimbursement Plan for Salaried Employees in the United States
42. General Motors Flexible Compensation Program for Salaried Employees in the United States
43. General Motors Life and Disability Benefits Program for Salaried Employees in the United States
44. General Motors Long-Term Care Program for Salaried Employees
45. Executive Supplemental Disability Income Protection Program
46. General Motors Severance Program for Salaried Employees in the United States
47. General Motors Executive Severance Program for Salaried Employees in the United States
48. International Service Personnel Program
49. Permanently International Mobile Staff (PIMS) Employees Individual Account Retirement Plan
50. Dependent Scholarship Program for Salaried Employees in the United States
51. Tuition Assistance Program for Salaried Employees in the United States

Other Benefit and Compensation Plans and Policies

52. General Motors 1997 Stock Incentive Plan
53. General Motors 2002 Stock Incentive Plan
54. General Motors 2002 Annual Incentive Plan
55. General Motors 2007 Annual Incentive Plan
56. General Motors 2002 Long-Term Incentive Plan
57. General Motors Corporation 2007 Long-Term Incentive Plan

58. General Motors Deferred Compensation Plan for Executive Employees
59. Individual Nonqualified Deferred Compensation Arrangements
60. Amended General Motors Corporation 2006 Cash-Based Restricted Stock Unit Plan
61. General Motors Corporation 2007 Cash-Based Restricted Stock Unit Plan
62. General Motors Corporation Compensation Plan for Non-Employee Directors
63. General Motors Corporation Non-Employee Directors Long-Term Stock Incentive Plan
64. General Motors Corporation 2007 Global Incentive Plan
65. General Motors Corporation 1998 Stock Option Plan as Amended January 1, 2003
66. General Motors Enhanced Variable Pay Plan for Eligible Salaried Employees in North America (Effective November 30, 2000 as amended December 1, 2007)
67. General Motors Executive Split Dollar Endorsement Plan
68. Personal Umbrella Liability Insurance Program
69. Senior Executive Financial Counseling Program
70. 401(k) Savings Plan Investment Advice Tool (Financial Engines)
71. Financial Planning Option (Ayco)
72. Health Savings Account (Bank of America)
73. Utility Patent Filing Award
74. Defensive Publication Award
75. Tool/Method Award
76. Usage Award
77. "Boss Kettering" Award Program
78. Executive Employee Physicals
79. Work Life Plus Program
80. Adoption Assistance Plan for Salaried Employees
81. Salaried Policies (including, but not limited to leaves, Mutual Separation Policy (MSP), expense reimbursement, relocation, vacation, service awards)
82. Mutual Separation Policy for Executive Employees
83. Senior Management Vehicle Program
84. Product Evaluation Program
85. Work Related Travel Policy
86. New Vehicle Employee Discount Program
87. Company Owned Vehicle Discount Program
88. Supplemental Life Benefits Plan
89. Supplemental Group Life Insurance Plan
90. Quality Network Suggestion Plan
91. Work/Family Employee Assistance Program
92. *Parent participates (contributes) to the following multi-employer plans:*
    Screen Actors Guild-- Producers Pension Plan for Motion Picture Actors
    Screen Actors Guild-- Producers Health Plan for Motion Picture Actors
    AFTRA Health and Retirement Funds
    AFTRA Industrial Account Plan
    AFTRA Industry Cooperative Fund
    Industry Advancement and Cooperative Fund (IACF)
93. Settlement Release with Andrew Pope, Severance (05/01/09)
94. Termination Agreement with Robert Sheipe
95. Settlement Release with Michael Younes, Severance (04/01/09)

96.    Settlement Release with Janet Newcomb, Severance (11/01/07)
97.    Settlement Release with Florentin Blejdea, Severance (05/07/09)
98.    Contracts and arrangements identified on Section 4.10(h) of this Sellers' Disclosure
       Schedule (subject to discussion with Sponsor)

Purchased Subsidiary Plans

99.    The table "General Motors - Global Inventory - Master File" included at the end of
       this Section 4.10(a) of this Sellers' Disclosure Schedule is incorporated by reference
       herein and hereby made a part of this Section 4.10(a) of this Sellers' Disclosure
       Schedule.  (Subject to discussion with Sponsor.)
100.   Advantage Chevrolet of Bolingbrook, Inc. 401(k) Plan and Pension Plan
101.   Las Cruces Automotive Group, Inc. 401(k) Plan
102.   Britain Chevrolet, Inc. 401(k) Plan
103.   Renton Cadillac Pontiac GMC, Inc. 401(k) Plan
104.   Buick Pontiac GMC of Moosic, Inc. 401(k) Plan
105.   Champion Chevrolet, Pontiac, Buick, Inc. 401(k) Plan
106.   Curt Warner Chevrolet, Inc. 401(k) Plan
107.   Desert Sun Roswell, Inc. 401(k) Plan
108.   Dinuba Auto Center, Inc. 401(k) Plan
109.   Galleria Chevrolet-Cadillac, Inc. 401(k) Plan
110.   Trimarco Pontiac-Buick-GMC, Inc. 401(k) Plan
111.   GEMA Automotive, Inc. 401(k) Plan
112.   General Sales Company of West Chester, Inc. 401(k) Plan
113.   JS Folsom Automotive, Inc. 401(k) Plan
114.   Mangino Chevrolet, Inc. 401(k) Plan
115.   Morris Pontiac-GMC, Inc. 401(k) Plan
116.   Chevrolet of Novato, Inc. 401(k) Plan
117.   Slaughter Motor Company, Inc. 401(k) Plan
118.   Smokey Point Buick Pontiac GMC, Inc. 401(k) Plan
119.   Milton Chevrolet, Inc. 401(k) Plan
120.   Superior Chevrolet, Inc. 401(k) Plan and Pension Plan
121.   Todd Wenzel Chevrolet, Inc. 401(k) Plan
122.   San Fernando Valley Automotive, LLC 401(k) Plan

Trusts

123.   General Motors - UAW Layoff Benefit Trust 38-6039966
124.   General Motors - IUE Welfare Benefit Trust 38-6039965
125.   General Motors Savings Plans Master Trust 04-3259743
126.   First Plaza Group Trust II 26-6389533
127.   General Motors Welfare Benefit Trust 04-3400339
128.   General Motors Salaried Employees Pension Trust 13-6369844
129.   General Motors Salaried Employees Pension Trust 25-6388249
130.   GMAM Group Pension Trust I 01-0719298
131.   GMAM Group Pension Trust II 02-0615827
132.   GMAM Investment Funds Trust 13-3160892

133.    GMAM Investment Funds Trust II 01-6231432
134.    White Plaza Group Trust 11-3317084
135.    First Plaza Group Trust 25-6295264
136.    Third Plaza Trust 25-6360552
137.    Fourth Plaza Trust 25-6360553
138.    General Motors Hourly Rate Employees Pension Trust 13-6369845
139.    General Motors Hourly-Rate Employees Pension Trust 25-6013833

**Necessary Reductions under Salaried, Executive, and non-UAW Hourly Plans**

Purchaser's obligations to assume benefit plans and to maintain compensation and benefits for one year contemplate the aggregate reduction of the total benefit obligations under Assumed Plans related to Salaried Retiree Life Insurance, Salaried Retiree Health Care, Salaried Non-Qualified Pension, Executive Retiree Life Insurance and hourly (non-UAW) Life Insurance and Health Care plans by approximately two-thirds, as compared to the obligations of Parent as determined as of 12/31/08.

The changes in salaried retiree benefits being implemented for achieving this are identified as follows:

- Retiree Basic Life Insurance for salaried classified and executive retirees reduced to $10,000 effective the first of the month following the Closing Date;
- Retiree Basic Life Insurance for active salaried classified and executive upon their retirement reduced to 50% of base salary;
- Additional salaried retiree co-pays and contributions required for health care plans, effective 1/10.  Retiree cost share increases to approximately 45%.  No coverage at age 65;
- 10% reduction in accrued ERP benefits as of the date of the close for active employees;
- The current temporary 10% ERP reduction for existing retirees with a combined qualified and nonqualified benefit equal to or less than $100,000 shall become permanent; no additional non-qualified pension reductions shall be made for these retirees;
- A reduction of 2/3 of the ERP amount above the combined qualified and nonqualified benefit greater than $100,000 will be implemented as of the first of the month following the Closing Date; and
- Executive Life Insurance will be cancelled in retirement for all current and future retirees effective the first of the month following the Closing Date.

Health care and life insurance coverage for non-UAW hourly retirees, if provided at all, are intended to match benefit levels provided salaried retirees.  Changes affecting non-UAW hourly retirees are identified in Section 6.17(m) of the Agreement or the related sections of this Sellers' Disclosure Schedule.

| General Motors  - Global Inventory - - Master File | | | |
|---|---|---|---|
| Country | Entity | Plan Type | Plan Name |
| DB U.S. GAAP Valuations | | | |
| United States | U.S. | Defined benefit | General Motors Retirement Program for Salaried Employees |
| United States | U.S. | Defined benefit | United States Executive Retirement Plan (ERP) |
| Canada | Canada | Defined benefit | General Motors Canadian Hourly-Rate Employees Pension Plan |
| Canada | Canada | Defined benefit | General Motors Canadian Retirement Program for Salaried Employees |
| Germany | Germany-5e4 | Defined benefit | Opel Altersversorgung |
| UK | UK-5J8 | Defined Benefit | Vauxhall Motors Ltd Pension Plan |
| Australia | Australia-000 | Defined benefit | Holden Employees Superannuation Fund (HESF) |
| Germany | Germany-5j3 | Defined Benefit | Germany Powertrain (Opel Altersversorgung) |
| UK | UK-5J8 | Defined Benefit | IBC Vehicles Pension Plan |
| Belgium | Belgium-5G7 | Defined Benefit | Retirement Plan for Salaried and Hourly Employees of Opel Belgium |
| UK | UK-5J8 | Defined Benefit | General Motors Retirees Pension Plan |
| Sweden | Sweden-5e3 | Defined Benefit | ITP 2 Salaried Employeed  Sweden Saab |
| Switzerland | Switzerland-552 | Defined Benefit | Personel Welfare Foundation of General Motors Companies of Switzerland |
| Netherlands | Netherlands-5f4 | Defined Benefit | Pensioenreglement van General Motors Corporation Netherlands |
| UK | UK-5J8 | Defined Benefit | Millbrook Pension Plan |
| UK | UK-5J8 | Defined Benefit | Saab GB Pension Plan |
| Mexico | Mexico | Defined benefit | Voluntary Retirement Plan for Salaried Personnel  Pension Plan |
| South Africa | South Africa-000 | Defined benefit | General Motors South Africa Pension Fund |
| UK | UK-5J8 | Defined Benefit | Vauxhall and Associated Companies Pension Fund |

| Germany | Germany-000 | Defined Benefit | Catepillar JV (Opel Altersversorgung) |
| Austria | Austria-5J2 | Defined Benefit | Pension Plan (Alters, Arbeitsunfähigkeits und Hinterbliebenen) Powertrain |
| Canada | Canada | Defined benefit | Canadian Executive Retirement Plan |
| Germany | Germany-5j5 | Defined Benefit | Germany Powertrain Kaiserslautern (Opel Altersversorgung) |
| Germany | Germany-5g5 | Defined Benefit | Adam Opel JVs (Opel Altersversorgung) |
| Portugal | Portugal-5G0 | Defined Benefit | Pension Supplement Plan |
| Mexico | Mexico | Defined benefit | Seniority Premium |
| Austria | Austria-5H3 | Defined Benefit | Pension Plan (Alters, Arbeitsunfähigkeits und Hinterbliebenen Plan für Dienstnehmer der Opel Austria) GM Austria |
| Sweden | Sweden- 5J1 | Defined Benefit | ITP 2 Salaried Employee, GM Powertrain Swedern AB |
| Colombia | Colombia-000 | Defined benefit | Defined benefit plan  Union Contract benefit |
| South Africa | South Africa-000 | Defined benefit | General Motors South Africa Executive Provident Fund |
| Venezuela | Venezuela-000 | Defined benefit | Clause 29 of the Collective Agreement for the Workers of GM Venzuela |
| Dubai | Dubai- RMO | Defined benefit | Defined benefit plan (EOS) |
| Ecuador | Ecuador-OBB | Defined benefit | Retirement Program |
| Ecuador | Ecuador-GME | Defined benefit | Retirement Program |
| India | India | Defined benefit | General Motors India Ltd Employees' Group Gratuity cum Life assurance Scheme |
| Canada | Canada | Defined benefit | Canadian Excess Plan |
| Canada | Canada | Defined benefit | Canadian Supplemental Executive Retirement Plan |
| United States | U.S. | Defined benefit | United States Benefit Equalization Plan |
| Mexico | Mexico | Defined | Voluntary Retirement Hourly |

| | | benefit | |
|---|---|---|---|
| Dubai | Dubai- MEDC | Defined benefit | Defined benefit plan (EOS) |
| **Non-U.S. GAAP Valuations** | | | |
| Norway | Norway-513 | Defined benefit | Regulation of the Pension Plan 3248 |
| Ireland | Ireland- 5F2 | Defined Benefit | Opel (Ireland) Limited Pension Plan |
| New Zealand | New Zealand | Defined benefit | Holden New Zealand Pension Plan |
| Norway | Norway-513 | Defined benefit | Regulation of the Pension Plan 21467 |
| Norway | Norway-513 | Defined benefit | Regulation of the pension plan 26370 |
| **Small DB Plans - Not Consolidated** | | | |
| France | GM Strasbourg | Defined benefit | Retirement bonus  paid as a lump sum upon employment contract termination |
| Egypt | Egypt-000 | Defined benefit | Retirement Plan |
| Turkey | Turkey-567 | Defined Benefit | Retirement Pay Provision ( Based on the requirement in local legislation in Turkey ) |
| Philippines | The Philippines | Defined Benefit | Retirement Plan |
| Indonesia | Indonesia | Defined benefit | Postemployment benefit  Based on Labour Law No. 13 and CR. |
| Taiwan | Taiwan | Defined Benefit | Old Statutory Pension Plan (prior to July 1, 2005) under Labour Standards Law (LSL) |
| Sweden | Sweden-5e3 | Defined Benefit | SPR (Pension plan took over from former owner Saab-Scania) |
| Sweden | Sweden- 5J1 | Defined Benefit | CEO-plan GM Powertrain Sweden AB |
| China JV | China JV-SGMW | Defined Benefit | Early Retirement Benefit Plan (SGMW ONLY) |
| Greece | Greece-5H2 | Defined Benefit | GROUP PENSION PLAN |
| France - (Sales SC) | France-5F5 | Defined benefit | Additional pension scheme topping up the Social Security and Government complementary Arrco+Agirc pensions |
| Denmark | Denmark-514 | Defined Benefit | 6529-0 Tilsagnsordning AP Pension |

| **DB Plan currently accounted for as DC** | | | |
|---|---|---|---|
| Kenya | Kenya-000 | Defined benefit | GM East Africa Staff Retirement Benefits Scheme |
| **OPEB Plans** | | | |
| United States | U.S. | Other post retirement benefit plan | The General Motors Defined Contribution Retiree Health Benefit Trust (Independent VEBA) |
| **OPEB Plans - Employee Pay All** | | | |
| **DC Plans** | | | |
| Sweden | Sweden-5e3 | Defined Contribution | Defined Contribution |
| Korea | Korea-GMDAT | Defined Contribution | Personal Pension Insurance |
| France | GM Strasbourg | Defined Contribution | Profit sharing plan |
| China JV | China JV-SGM | Defined Contribution | Supplementary contribution plan (SGM Only) |
| Sweden | Sweden-5e3 | Defined Contribution | Flexible ITP |
| Sweden | Sweden-5e3 | Defined Contribution | Wage Earners |
| Sweden | Sweden-5e3 | Defined Contribution | Early Retirements (Charge) |
| Sweden | Sweden-5e3 | Defined Contribution | ITP 1 Salaried Employees |
| Sweden | Sweden-5e3N | Defined Contribution | Defined Contribution |
| Colombia | Colombia-000 | Defined Contribution | Government termination payment plan (Goverment entity) |
| Sweden | Sweden- 5J1 | Defined Contribution | Flexible ITP |
| Sweden | Sweden- 5J1 | Defined Contribution | Wage Earners |
| Canada | Canada | Defined Contribution | Defined Contribution Registered Pension Plan |
| China JV | China JV-SGMW | Defined Contribution | Supplementary contribution plan (SGMW only) |
| Thailand | Thailand (GM Thailand) | Defined Contribution | Provident Fund |
| Sweden | Sweden-5e3 | Defined Contribution | ELT-plan |
| Thailand | Thailand (Chevrolet | Defined Contribution | Provident Fund |

| | Sales Thailand) | | |
|---|---|---|---|
| France | GM Strasbourg | Defined Contribution | Directors Healthcare plan |
| Sweden | Sweden- 5J1 | Defined Contribution | Early Retirements (Charge) |
| Australia | Australia-000 | Defined Contribution | Defined Contribution Plan - Superannuation |
| India | India | Defined Contribution | GM India Superannuation Scheme |
| Taiwan | Taiwan | Defined Contribution | New Plan |
| Thailand | Thailand (GM Southeast Operations Ltd.) | Defined Contribution | Provident Fund |
| Thailand | Thailand (GM Thailand Powertrain) | Defined Contribution | Provident Fund |
| Ireland | Ireland- 5F2 | Defined Contribution | Defined Contribution |
| Italy | Italy 5F6 | Defined Contribution | FON.TE. |
| Italy | Italy 5F6 | Defined Contribution | MARIO NEGRI |
| Italy | Italy 5k6 | Defined Contribution | COMETA |
| Italy | Italy 5F6 | Defined Contribution | FASDAC - MARIO BESUSSO |
| Sweden | Sweden- 5J1 | Defined Contribution | ITP 1 Salaried Employees |
| Sweden | Sweden- 5J1 | Defined Contribution | Defined Contribution |
| UK | UK-5J8 | Defined Contribution | Chevrolet UK Ltd Group Stakeholder Pension Plan |
| UK | UK-5J8 | Defined Contribution | GM(UK)Unclassified Executive Supplemental Pension Plan |
| United States | U.S. | Defined Contribution | Personal Savings Plan for Hourly-Rate Employees (Profit Sharing) |
| United States | U.S. | Defined Contribution | Personal Savings Plan for Hourly-Rate Employees |
| United States | U.S. | Defined Contribution | Savings-Stock Purchase Plan (S-SPP) |
| Colombia | Colombia-000 | Defined Contribution | Government dismissal payment plan (compounded salary) |

| United States | U.S. | Defined Contribution | Salaried DC Excess |
|---|---|---|---|
| **DC Plans- Gov Mandated** | | | |
| Brazil | Brazil-000 | Defined Contribution - Gov Mandated | FGTS - Employment Security Fund |
| Argentina | Argentina-000 | Defined Contribution - Gov Mandated | Government retirement plan |
| Finland | Finland-5F3 | Defined Contribution - Gov Mandated | Work pension |
| Uzbekistan | UZ | Defined Contribution - Gov Mandated | Government Pension |
| India | India | Defined Contribution - Gov Mandated | Provident Fund |
| France | France-5F5 | Defined Contribution - Gov Mandated | Retraite Sécurité Sociale & Complémentaire |
| **DC Plans with Potential DB features** | | | |
| Brazil | Brazil-000 | Defined Contribution | Previ-GM Retirement Plan |
| Spain | Spain- 5F8 | Defined contribution | Plan de Previsión Social de General Motors España, S.L. para el grupo de empleados de nivel 8 y superiores |
| Greece | Greece-5H2 | Defined contribution | INDIVIDUAL PLAN |
| Spain | Spain- 5H8 | Defined contribution | Plan de Previsión Social de General Motors Europe Holding, S.L. para el grupo de empleados de nivel 8 y superiores |
| Denmark | Denmark-514 | Defined Contribution | 5629-2 Realpensionsordning AP Pension |
| **DC Plans with Potential DB features- Active Life Insurance** | | | |

65

| South Africa | South Africa-000 | Defined contribution with Active Life Insurance and Disability | Member Freedom Select Individual Investment Provident Plan |
|---|---|---|---|
| *DC Plans with Potential DB features- Active & Postretirement Life Insurance* | | | |
| South Africa | South Africa-000 | Defined contribution with Active Life Insurance, Postretirement Life Insurance and Disability | General Motors South Africa Salaried Provident Fund |
| South Africa | South Africa-000 | Defined contribution with Active Life Insurance, Postretirement Life Insurance and Disability | General Motors South Africa Provident Fund |
| *Involuntary Termination Plans* | | | |
| Ecuador | Ecuador-OBB | Termination - involuntary | Termination Benefit |
| Ecuador | Ecuador-GME | Termination - involuntary | Termination Benefit |
| Australia | Australia-000 | Termination - involuntary | Policy - Redundancy - Award Free (ILM Code HUM030) |
| Canada | Canada | Termination - involuntary | Canadian Supplemental Unemployment Benefit Plan (CSUB) Income Maintenance Benefit Plan (IMP) Voluntary Termination of Employment Plan (VTEP) |
| Sweden | Sweden-5e3 | Termination - Involuntary | Separations due to redundancies |
| Canada | Canada | termination - involuntary | General Motors Canadian Layoff Plan for Salaried Employees Salaried Employee Service Termination Plan GMCL Severance Program |
| Argentina | Argentina-000 | Termination - involuntary | Dismissal Indemnity |
| Egypt | Egypt-000 | Termination - | Separation Policy |

| | | involuntary | |
|---|---|---|---|
| Venezuela | Venezuela-000 | Termination - involuntary | Involuntary Termination indemnity |
| China JV | China JV-all | Termination - Involuntary | Statutory Involuntary Termination Benefits Plan |
| Finland | Finland-5F3 | Termination - Involuntary | Legally Required Termination Indemnity |
| China | China | Termination - Involuntary | Involuntary termination benefits |
| Taiwan JV - YLGM | Taiwan JV - YLGM | Termination - Involuntary | New Statutory Involuntary Termination Benefits (effective July 1, 2005) under Labour Pension Act (LPA) |
| Australia | Australia-000 | Termination - involuntary | Policy - Redundancy - GM Grade 8 (ILM Code HUM030) |
| Taiwan | Taiwan | Termination - Involuntary | Old Statutory Involuntary Termination Benefits under Labor Standards Law (LSL)  Prior to July 2005 |
| Taiwan | Taiwan | Termination - Involuntary | New Statutory Involuntary Termination Benefits (effective July 1, 2005) under Labour Pension Act (LPA) |
| Belgium | Belgium-5G7 | Termination - Involuntary | Termination of the employment contract |
| Denmark | Denmark-514 | Termination - Involuntary | Funktionærloven - Fratrædelsesgodtgørelse |
| Poland | Poland-05H5 | Termination - Involuntary | Polish Labour Code - established by Polish Law |
| Poland | Poland-584 | Termination - Involuntary | Polish Labour Code - established by Polish Law |
| Poland | Poland-5B2 | Termination - Involuntary | Polish Labour Code - established by Polish Law |
| Sweden | Sweden- 5J1 | Termination - Involuntary | Separations due to redundancies |
| Turkey | Turkey-567 | Termination - Involuntary | Termination Indemnity |
| UK | UK-5J8 | Termination - Involuntary | Notice of Termination and Statutory Redundancy Payment |
| United States | U.S. | Termination - involuntary | GM Severance Program (GMSP) for Salaried Employees |
| United States | U.S. | Termination - involuntary | GM Mutual Separation Plan |

| Brazil | Brazil-000 | Termination - Involuntary | FGTS 50% fine |
|---|---|---|---|
| Kenya | Kenya-000 | Termination - involuntary | Voluntary or involuntary termination benefits |
| Czech Republic | Czech Republic | Termination - involuntary | Involuntary termination benefits |
| Mexico | Mexico | Termination - Involuntary - Retirement | Termination indemnity |
| Thailand | Thailand (GM Thailand) | Termination - Involuntary - Retirement | Involuntary termination and retirement benefits according to the Thai Labour Law |
| Thailand | Thailand (Chevrolet Sales Thailand) | Termination - Involuntary - Retirement | Involuntary termination and retirement benefits according to the Thai Labour Law |
| South Africa | South Africa-000 | Termination - Involuntary - Retirement | Unemployment Insurance Fund UIF |
| Thailand | Thailand (GM Southeast Operations Ltd.) | Termination - Involuntary - Retirement | Involuntary termination and retirement benefits according to the Thai Labour Law |
| Thailand | Thailand (GM Thailand Powertrain) | Termination - Involuntary - Retirement | Involuntary termination and retirement benefits according to the Thai Labour Law |
| Greece | Greece-5H2 | Termination - Involuntary - Retirement | Staff Leaving Indemnities (SLI) |
| Hungary - Powertrain | Hungary - Powertrain | Termination - Involuntary - Retirement | Termination indemnity |
| Poland | Poland-584 | Termination - Retirement | Polish Labour Code - established by Polish Law |
| Poland | Poland-5B2 | Termination - Retirement | Polish Labour Code - established by Polish Law |
| Poland | Poland-05H5 | Termination - Retirement | Polish Labour Code - established by Polish Law |
| Ecuador | Ecuador-OBB | Termination - voluntary | Termination Benefit |
| Ecuador | Ecuador-GME | Termination - voluntary | Termination Benefit |
| Venezuela | Venezuela-000 | Termination - voluntary | Severance payment required by Law |

| New Zealand | New Zealand | Termination - voluntary - involuntary | Redundancy Policy |
|---|---|---|---|
| Colombia | Colombia-000 | Termination - voluntary - involuntary | Labor Contract benefit - Involuntary termination benefit |
| Korea | Korea | Termination - Voluntary - Involuntary - Retirement | Severance Plan |
| Austria | Austria-5J2 | Termination - Voluntary - Involuntary - Retirement | Legal Termination Indemnity (gesetzliche Abfertigung) |
| Italy | Italy 5k6 | Termination - voluntary - involuntary - retirement | Trattamento di Fine Rapporto (TFR) |
| Korea | Korea-GMDAT | Termination - Voluntary - Involuntary - Retirement | Executive Severance Plan |
| Japan | Japan | Termination - Voluntary - Involuntary - Retirement | Severance benefit |
| Austria | Austria-5H3 | Termination - Voluntary - Involuntary - Retirement | Legal Termination Indemnity (gesetzliche Abfertigung) |
| Italy | Powertrain | Termination - Voluntary - Involuntary - Retirement | Trattamento di Fine Rapporto (TFR) |
| Korea | Korea-GMDAT | Termination - voluntary - involuntary - retirement | Severance Payment |
| Colombia | Colombia-000 | Termination - voluntary - involuntary - retirement | Government dismissal payment plan (GMCol responsability) |
| Chile | Chile-000 | Termination - Voluntary - Involuntary - Retirement | IAS (Indemnization per years of service) |

| | | | |
|---|---|---|---|
| Vietnam | Vietnam | Termination - Voluntary - Involuntary - Retirement | Severance plan |
| France - (Sales SC) | France-5F5 | Termination - voluntary - involuntary - retirement | Indemnité de licenciement légale et conventionnelle - Salaried (Cadres) |
| France - (Sales SC) | France-5F5 | Termination - voluntary - involuntary - retirement | Indemnité de licenciement légale et conventionnelle - Hourly (mensuels Non Cadres) |
| Malaysia | Malaysia | Termination - Voluntary - Involuntary - Retirement | 1 Voluntary Separation Scheme 2 Mutual Separation Scheme 3 Lump sum on retirement |
| Italy | Italy 5F6 | Termination - voluntary - involuntary - retirement | Trattamento di Fine Rapporto (TFR) |
| Germany | Germany-5e4 | Deferred Compensation | Deferred Compensation OFK |
| Germany | Germany-5e4 | Deferred Compensation | Deferred Compensation MFK |
| France | France-5F5 | Deferred Compensation | Participation (profit sharing) |
| South Africa | South Africa-000 | Deferred Compensation | GMSA Deferred Compensation |

### *Executive Bonus Plans*

| | | | |
|---|---|---|---|
| Argentina | GM Argentina | Annual Incentive | General Motors Annual Incentive Plan |
| Australia | GM Holdens | Annual Incentive | General Motors Annual Incentive Plan |
| Austria | GM Austria | Annual Incentive | General Motors Annual Incentive Plan |
| Belgium | GM Belgium N.V. | Annual Incentive | General Motors Annual Incentive Plan |
| Brazil | GM do Brazil Ltda. | Annual Incentive | General Motors Annual Incentive Plan |
| Canada | GM Canada | Annual Incentive | General Motors Annual Incentive Plan |
| Chile | GM Chile | Annual Incentive | General Motors Annual Incentive Plan |
| China | GM China | Annual Incentive | General Motors Annual Incentive Plan |

| Colombia | GM Colomotores S.A. | Annual Incentive | General Motors Annual Incentive Plan |
|---|---|---|---|
| Denmark | GM Denmark | Annual Incentive | General Motors Annual Incentive Plan |
| Ecuador | GM Ecuador | Annual Incentive | General Motors Annual Incentive Plan |
| France | GM Powertrain | Annual Incentive | General Motors Annual Incentive Plan |
| France | NSC | Annual Incentive | General Motors Annual Incentive Plan |
| Germany | Adam Opel GmbH | Annual Incentive | General Motors Annual Incentive Plan |
| Greece | GM Greece | Annual Incentive | General Motors Annual Incentive Plan |
| Hungary | GM Powertrain | Annual Incentive | General Motors Annual Incentive Plan |
| Hungary | GM SE | Annual Incentive | General Motors Annual Incentive Plan |
| India | GM India | Annual Incentive | General Motors Annual Incentive Plan |
| Italy | Chevrolet | Annual Incentive | General Motors Annual Incentive Plan |
| Italy | GM Italia | Annual Incentive | General Motors Annual Incentive Plan |
| Italy | GMPT | Annual Incentive | General Motors Annual Incentive Plan |
| Italy | SEC | Annual Incentive | General Motors Annual Incentive Plan |
| Japan | GM Japan | Annual Incentive | General Motors Annual Incentive Plan |
| Korea | GM Daewoo Auto & Technology Co. | Annual Incentive | GM Daewoo Annual Incentive Plan |
| Mexico | GM de Mexico | Annual Incentive | General Motors Annual Incentive Plan |
| Netherland | Chevrolet | Annual Incentive | General Motors Annual Incentive Plan |
| Netherland | GM Netherlands | Annual Incentive | General Motors Annual Incentive Plan |
| Peru | GM Peru | Annual Incentive | General Motors Annual Incentive Plan |
| Philippines | GM Philippines | Annual Incentive | General Motors Annual Incentive Plan |
| Poland | GM Poland | Annual | General Motors Annual Incentive |

| | | Incentive | Plan |
|---|---|---|---|
| Poland | GM Poland Mfg | Annual Incentive | General Motors Annual Incentive Plan |
| Portugal | GM Portugal | Annual Incentive | General Motors Annual Incentive Plan |
| Russia - Moscow | CIS/DAT | Annual Incentive | General Motors Annual Incentive Plan |
| Russia - St. Petersburg | GM Auto | Annual Incentive | General Motors Annual Incentive Plan |
| Singapore | General Motors Asia Pacific | Annual Incentive | General Motors Annual Incentive Plan |
| South Africa | GM So Africa | Annual Incentive | General Motors Annual Incentive Plan |
| Spain - Chevrolet | Chevrolet | Annual Incentive | General Motors Annual Incentive Plan |
| Spain - GM | GM Spain | Annual Incentive | General Motors Annual Incentive Plan |
| Sweden | GM Sweden | Annual Incentive | General Motors Annual Incentive Plan |
| Sweden | SAAB Automobile AB | Annual Incentive | General Motors Annual Incentive Plan |
| Switzerland | GM Switzerland | Annual Incentive | General Motors Annual Incentive Plan |
| Taiwan | GM Taiwan | Annual Incentive | General Motors Annual Incentive Plan |
| Thailand | GM Thailand | Annual Incentive | General Motors Annual Incentive Plan |
| UAE | MEO | Annual Incentive | General Motors Annual Incentive Plan |
| UK - | UK - Aftersales | Annual Incentive | General Motors Annual Incentive Plan |
| UK - | UK - Chevrolet | Annual Incentive | General Motors Annual Incentive Plan |
| UK - | UK - GM | Annual Incentive | General Motors Annual Incentive Plan |
| UK - | UK - GM Luton | Annual Incentive | General Motors Annual Incentive Plan |
| UK - | UK - Millbrook Prov Gd | Annual Incentive | General Motors Annual Incentive Plan |
| UK - | Promark | Annual Incentive | Promark Annual Incentive Plan (Executives) |
| US | General Motors | Annual Incentive | General Motors Annual Incentive Plan |
| US | Promark | Annual | Promark Annual Incentive Plan |

| | | Incentive | (Executives) |
|---|---|---|---|
| US | Promark | Profit Sharing | Promark Profit Sharing Plan (Executives) |
| Venezuela | GM Venozalano | Annual Incentive | General Motors Annual Incentive Plan |
| Belgium | Belgium-5G7 | Incentive | Opel Belgium Supplemental Plan to the General Motors Corporation 1997 Stock Incentive Plan |
| Belgium | Belgium-5G7 | Incentive | Opel Belgium Supplemental Plan to General Motors 2002 Stock Incentive Plan |
| UK | UK-GM | Incentive | 2002 U.K. Approved Stock Incentive Plan of General Motors Corporation and Affiliated Companies (the "UK Sub-Plan") |
| France | GM France | Incentive | General Motors Corporation 1997 Stock Incentive Plan National Plan for France |
| France | GM France | Incentive | 2002 Stock Incentive Plan Addendum to the Plan (France) |
| UK | UK-GM | Incentive | Approved UK Sub-Plan of the General Motors Corporation 2007 Long-Term Incentive Plan |
| France | GM France | Incentive | General Motors Corporation 2007 Long-Term Incentive Plan Addendum to the Plan - FRANCE |
| | | | |
| *Variable Pay Plans (Non-Executive Salaried)* | | | |
| Argentina | GM Argentina | Gainsharing | GM Argentina Gainsharing Plan |
| Austria | GM PT Austria | Gainsharing | GM Powertrain Austria Gainsharing Plan |
| Brazil | GM do Brazil Ltda. | Gainsharing | GM do Brazil Gainsharing Plan |
| Colombia | GM Colomotores S.A. | Gainsharing | GM Colomotores Gainsharing Plan |
| Ecuador | GM Ecuador | Gainsharing | GM Ecuador Gainsharing Plan |
| France | GM Powertrain | Gainsharing | GM Powertrain France Gainsharing Plan |
| Hungary | GM Powertrain | Gainsharing | GM Powertrain Hungary Gainsharing Plan |
| Russia - St. Petersburg | GM Auto | Gainsharing | GM Auto Gainsharing Plan |

| Australia | GM Holdens | Global EVP | GM Holden's Global Enhanced Variable Pay Plan |
| Belgium | GM Belgium | Global EVP | GM Belgium Enhanced Variable Pay Plan |
| Canada | GM Canada | Global EVP | GM Canada Global Enhanced Variable Pay Plan |
| Denmark | GM Denmark | Global EVP | GM Denmark Global Enhanced Variable Pay Plan |
| Germany | Adam Opel GmbH | Global EVP | Adam Opel Global Enhanced Variable Pay Plan |
| Greece | GM Hellas | Global EVP | GM Hellas Global Enhanced Variable Pay Plan |
| Hungary | GM SE | Global EVP | GM Hungary Global Enhanced Variable Pay Plan |
| Italy | GMPT | Global EVP | GM Powertrain Italy Enhanced Variable Pay Plan |
| Italy | SEC | Global EVP | GM Italia Enhanced Variable Pay Plan |
| Japan | GM Japan | Global EVP | GM Japan Enhanced Variable Pay Plan |
| New Zealand | GM New Zealand | Global EVP | GM New Zealand Enhanced Variable Pay Plan |
| Peru | GM Peru | Global EVP | GM Peru Enhanced Variable Pay Plan |
| Poland | GM Poland | Global EVP | GM Poland Enhanced Variable Pay Plan |
| Portugal | GM Portugal | Global EVP | GM Portugal Enhanced Variable Pay Plan |
| Russia - Moscow | CIS/DAT | Global EVP | GM Moscow Enhanced Variable Pay Plan |
| South Africa | GM So Africa | Global EVP | GM South Africa Enhanced Variable Pay Plan |
| Spain | GM Espana | Global EVP | GM Espana  Enhanced Variable Pay Plan |
| Sweden | GM Sweden | Global EVP | GM Sweden Enhanced Variable Pay |
| Sweden | SAAB Automobile AB | Global EVP | GM SAAB Enhanced Variable Pay Plan |
| Turkey - | GM Turkey | Global EVP | GM Turkey Enhanced Variable Pay |
| UK - | Vauxhall | Global EVP | Vauxhall Enhanced Variable Pay Plan |
| US | General Motors | Global EVP | General Motors Enhanced Variable Pay Plan |
| Argentina | GM Argentina | Local Variable Pay | Argentina Local Variable Pay Plan |
| Chile | GM Chile | Local Variable | GM Chile Local Variable Pay Plan |

| | | Pay | |
|---|---|---|---|
| China | GM China | Local Variable Pay | GM China Local Variable Pay Plan |
| Ecuador | GM Ecuador | Local Variable Pay | GM Ecuador Variable Pay Plan |
| India | GM India | Local Variable Pay | GM India Variable Pay Plan |
| Italy | SEC | Local Variable Pay | GM Italy SEC Local Variable Pay |
| Italy | GM Italia | Local Variable Pay | GM Italia Local Variable Pay |
| Kenya | GM East Africa LTd. | Local Variable Pay | GM Kenya Variable Pay Plan |
| Korea | GM Daewoo Auto & Technology Co. | Local Variable Pay | GM Daewoo Local Variable Pay Plan |
| Poland | GM Poland Mfg | Local Variable Pay | GM Poland Mfg Local Variable Pay Plan |
| Singapore | GM Singapore | Local Variable Pay | GM Singapore Local Variable Pay Plan |
| Spain - Chevrolet | Chevrolet | Local Variable Pay | GM Espana Chevrolet Local Variable Pay Plan |
| Spain - GM | GM Spain | Local Variable Pay | GM Espana  Local Variable Pay Plan |
| Thailand | GM Thailand | Local Variable Pay | GM Thailand Local Variable Pay Plan |
| UK | UK-Promark | Local Variable Pay | Promark Variable Pay Plan (Non-Executive) |
| UK - | UK - Aftersales | Local Variable Pay | GM UK Aftersales Local Variable Pay |
| UK - | UK - Chevrolet | Local Variable Pay | GM UK Chevrolet Local Variable Pay |
| UK - | UK - GM Luton | Local Variable Pay | GM UK Local Variable Pay Plan |
| UK - | UK - Millbrook Prov Gd | Local Variable Pay | GM UK-Millbrook Proving Grounds Local Variable Pay Plan |
| US | Promark | Local Variable Pay | Promark Variable Pay Plan (Non-Executive) |
| Venezuela | GM Venozalano | Local Variable Pay | GM Venozalano Local Variable Pay Plan |
| Chile | GM Chile | Profit Sharing | GM Chile Profit Sharing Plan |
| Ecuador | GM Ecuador | Profit Sharing | GM Ecuador Profit Sharing Plan |
| France | NSC | Profit Sharing | GM France NSC Profit Sharing Plan |
| France | GM | Profit Sharing | GM Powertrain France Profit Sharing |

|  | Powertrain |  | Plan |
|---|---|---|---|
| Mexico | GM de Mexico | Profit Sharing | GM de Mexico Profit Sharing Plan |
| Peru | GM Peru | Profit Sharing | GM Peru Profit Sharing Plan |
| UK | Promark | Profit Sharing | Promark Profit Sharing Plan (Non-Executive) |
| US | Promark | Profit Sharing | Promark Profit Sharing Plan (Non-Executive) |
|  |  |  |  |
| **Hourly Incentive Plans** |  |  |  |
| Argentina | GM Argentina | Gainsharing | GM Argentina Gainsharing Plan (Hourly) |
| Austria | GM PT Austria | Gainsharing | GM PT Austria Gainsharing Plan (Hourly) |
| Brazil | GM do Brasil | Gainsharing | GM Do Brasil Gainsharing Plan (Hourly) |
| Colombia | GM Colomotores S.A. | Gainsharing | GM Colomotores Gainsharing Plan (Hourly) |
| France | GM PT France | Gainsharing | GM PT France Gainsharing Plan (Hourly) |
| Hungary | GM PT Hungary | Gainsharing | GM PT Hungary Gainsharing Plan (Hourly) |
| Russia | GM Auto - St Petersburg | Gainsharing | GM Auto St. Petersburg Gainsharing Plan (Hourly) |
| Argentina | GM Argentina | Local Variable Pay | GM Argentina Local Variable Pay Plan (Hourly) |
| Chile | GM Chile | Local Variable Pay | GM Chile Local Variable Pay Plan (Hourly) |
| Ecuador | GM Ecuador | Local Variable Pay | GM Ecuador Local Variable Pay Plan (Hourly) |
| Italy | GM Italia | Local Variable Pay | GM Italia Local Variable Pay Plan (Hourly) |
| Kenya | GM East Africa LTd. | Local Variable Pay | GM Kenya Local Variable Pay Plan (Hourly) |
| Korea | GM Daewoo Auto & Technology Co. | Local Variable Pay | GM Daewoo  Local Variable Pay Plan (Hourly) |
| Poland | GM Poland Mfg | Local Variable Pay | GM Poland Local Variable Pay Plan (Hourly) |
| Singapore | General Motors Asia Pacific | Local Variable Pay | GM Singapore  Local Variable Pay (Hourly) |
| Spain | GM Espana | Local Variable | GM Espana Local Variable Pay Plan |

| | | Pay | (Hourly) |
|---|---|---|---|
| Thailand | GM Thailand | Local Variable Pay | GM Thailand Local Variable Pay Plan (Hourly) |
| Chile | GM Chile | Profit Sharing | GM Chile Profit Sharing Plan (Hourly) |
| Ecuador | GM Ecuador | Profit Sharing | GM Ecuador Profit Sharing (Hourly) |
| France | GM France - NSC | Profit Sharing | GM France - NSC Profit Sharing (Hourly) |
| France | GM PT France | Profit Sharing | GM PT France - NSC Profit Sharing (Hourly) |

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

### Section 4.10(h)

### Non-Standard Individual Agreements

1. Consulting Agreement with Raymond Wexler
2. Consulting Agreement with R. William Happel
3. Consulting Agreement with Darwin Allen
4. Consulting Agreement with Esam Alnasery
5. Consulting Agreement with James Farmer
6. Consulting Agreement with Robert Lange
7. Consulting Agreement with J. Brian McVeigh
8. Consulting Agreement with Choon Rhee
9. Consulting Agreement with Dennis Walsh
10. Employment Agreement with Kirk Gutmann
11. Employment Agreement with Adriana Karaboutis
12. Employment Agreement with Virender Sandhu
13. Employment Agreement with Linda Channell
14. Employment Agreement with Terry Kline
15. Employment Agreement with Diane Jurgens
16. Employment Agreement with Chester Huber, Jr.
17. Employment Agreement with Walter Dorfstatter
18. Employment Agreement with J. Donald Butler
19. Employment Agreement with Timothy Cox
20. Employment Agreement with Anthony DiSalle
21. Employment Agreement with Terry Inch
22. Employment Agreement with Scott Kubicki
23. Employment Agreement with Timothy Nixon
24. Employment Agreement with James Piwowarski
25. Employment Agreement with Steve Schwinkle
26. Employment Agreement with Christopher Steele
27. Employment Agreement with James Taylor
28. Employment Agreements with Kathleen Barclay
29. Employment Agreements with Nicholas Cyprus
30. Employment Agreement with Carl-Peter Forster
31. Employment Agreements with Steven Harris
32. Employment Agreement with Nancy Everett
33. Employment Agreements with Kenneth Cole
34. Employment Agreements with Ralph Szygenda
35. Employment Agreement with Robert Lutz
36. Employment Agreement with Mark LaNeve
37. Employment Agreement with Johnathan Browning
38. Employment Agreements with Robert Osborne
39. Employment Agreement with James Jordan
40. Employment Agreement with Jeffrey Jaworski
41. Employment Agreement with Donna Cheesbrough

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

42. Employment Agreement with Thomas Sheeran
43. Employment Agreement with Kenneth Chih
44. Employment Agreement with Hans Demant
45. Termination Agreement with Robert Sheipe
46. Split Dollar Life Insurance Agreement with G. Richard Wagoner, Jr. Irrevocable Trust
47. Split Dollar Life Insurance Agreement with J. Michael Losh Irrevocable Trust
48. Split Dollar Life Insurance Agreement with John F. Smith Irrevocable Trust.
49. Split Dollar Life Insurance Agreement with Louis R. Hughes, Jr. Irrevocable Trust
50. Split Dollar Life Insurance Agreement with Harry Pearce
51. Agreement with Andrew Pope (05/01/09)
52. Agreement with Michael Younes (04/01/09)
53. Agreement with Jane Newcomb (11/01/07)
54. Agreement with Florentin Blejdea (05/07/09)
55. Consulting Agreement with Roger Martin
56. Consulting Agreement with Michael Guzik
57. Employment agreement with Bo Andersson

## Section 4.11

### Labor Matters

Eighty-four retirees and 1102 current employees of GM Daewoo Auto & Technology Company filed claims in January and March of 2007, respectively, claiming that amounts such as research allowance and annual bonus had been wrongfully excluded from the calculation of ordinary wage. A verdict for the retirees' case was rendered in November 2008 (partially in favor of plaintiffs and partially in favor of defendant) and both plaintiffs and defendant appealed in December 2008.

## Section 4.12

### Investigation; Litigation

None.

## Section 4.13

### Tax Matters

#### U.S. Income Tax Matters

The United States federal statute of limitations is closed through the 2003 federal income Tax year except for an open-ended, restricted waiver that is limited to a United States-Canada transfer pricing dispute and related foreign tax credits. The transfer pricing dispute is currently pending with competent authority. The statute of limitations for the 2004 through 2006 federal income Tax years has been extended to June 30, 2010. Based upon IRS proposed adjustments for the 2004 through 2006 years, neither the proposed audit adjustments nor the extension of the statute of limitations are expected to give rise to a Material Adverse Effect. The IRS has commenced the audit of the 2007 and 2008 federal income Tax years and is in the information gathering stage.

#### State and Local Tax Matters

Parent and its Subsidiaries file various income, gross income, sales, use, ad valorem, gross receipts, value added, franchise, profits, license, transfer, recording, withholding, payroll, employment, excise and other types of state and local Tax Returns. Many of these Tax Returns are routinely examined by Taxing Authorities, and waivers are routinely requested by and granted to state and local Taxing Authorities. None of these audits or waivers, alone or together, is reasonably expected to give rise to a Material Adverse Effect. Parent and its Subsidiaries have established aggregate reserves for United States state and local Taxes on its March 31, 2009 financial statements of approximately $116 million.

#### Non-US Tax Matters

Parent and its Subsidiaries file income and other Tax Returns in multiple jurisdictions and are subject to examination by Taxing Authorities throughout the world. Parent and its Subsidiaries' previously filed Tax Returns are currently under review or are subject to open Tax years from 1999 to 2008 with various significant taxing jurisdictions, including, Argentina, Australia, Belgium, Brazil, Canada, Ecuador, France, Germany, Hungary, India, Indonesia, Italy, Mexico, New Zealand, Poland, Russia, South Korea, Spain, Thailand, Turkey, the United Kingdom and Venezuela. These open years contain matters that could be subject to differing interpretations of applicable Tax Laws and regulations as they relate to the amount, timing or inclusion of revenue and expenses or the sustainability of income Tax credits for a given audit cycle. We have recorded a Tax benefit only for those positions that meet the more likely than not standard. Parent and its Subsidiaries have established a total FIN 48 reserve on its March 31, 2009 financial statements for non-United States cash Tax liabilities of approximately $496 million.

## Section 4.14

### Intellectual Property and IT Systems

IP Litigation

| | Case Title | Court | Case No. |
|---|---|---|---|
| | U.S. Lawsuits | | |
| 1. | Automotive Technologies International v. American Honda Motor Company et al. (including Parent) | D. DW | Civil Action No. 06-178-GMS |
| 2. | Automotive Technologies International v. General Motors et al. | E.D. TX | 2:08-CV-57 (JTW) |
| 3. | Chamberlain Group v. Lear (Parent intervened) | N.D. IL | 05 C 3449 |
| 4. | Dura Global Technologies v. Magna Donnelly (indemnity claim against Parent) | E.D. MI | 07-10945 |
| 5. | Dura Global Technologies v. Magna Donnelly II (indemnity claim against Parent) | E.D. TX | 6:08-CV-455 |
| 6. | Parent v. Urban Gorilla | U.S. District UT | 2:06 CV 133 |
| 7. | Kuhl Wheels LLC et al. v. General Motors | E.D. MI / CAFC | 06-CV-15204-DT / 2008-1158 |
| 8. | MHL TEK v. General Motors et al. | E.D. TX | 2:08-cv-00125-TJW-CE |
| 9. | MHL TEK LLC v. Nissan Motor Co. et al. (indemnity claim against Parent) | E.D. TX | 2:07-cv-289-TJW |
| 10. | Mitchell Corporation of Owosso v. General Motors | E.D. TX | 2:08-cv-178 |
| 11. | OnStar v. Micral et al. | N.D. OH | 3:08-cv-2047 |
| 12. | Ronald A. Katz Technology LP v. General Motors & In re Katz Interactive Call Processing Patent Litigation (including Parent) | E.D. Tex / C.D. CA | 9:06cv198 / 07-ML-01816-B-RGK (FFMx) |
| 13. | Parent v. Costar Inc. | C.D. CA | CV 08-7760 CAS (PLAx) |
| 14. | Pisani v. General Motors | US District RI | 1:09 CV 125 |
| 15. | Acadia University v. GM | Nova Scotia | |
| | Non-U.S. Lawsuits | | |
| 16. | Mohamed Samir Abdel Salam, in his capacity as legal representative of the Egyptian Company for Automobiles vs. GM Egypt | Giza First Instance Court, Egypt | |
| 17. | Rogerio Napolitano and Vladan Prokic v. General Motors do Brasil Ltda. | Brazil | 000.04.055200-4 |

| 18. | Nullity Actions against Ford Global Technolgies, regarding DE 9809865 / EP0953758B1 | Munich Patent Court | 10 Ni 21/07 (EU) |
| 19. | Ford Global Technologies v. Adam Opel | District Court, Duesseldorf | 4a O 409/06 |

Certain Unresolved IP Allegations

| | Alleger | Nature of Allegation | Products/Systems |
|---|---|---|---|
| 1. | AFT Adaptive Force Technology | License USPN 6,384,518 | Piezoelectric coupler |
| 2. | Alliacense | Infringement of MMP patent portfolio | OnStar Nav Unit; ABS, engine, chassis, climate control units; audio amplifier |
| 3. | American Outfitters | Infringe USPN D502,433 | H2 and H3 bumpers |
| 4. | Applied Interact LLC | License USPN 5,508,731; 5,249,044 | unspecified online sweepstakes |
| 5. | Armatron Int. | Infringement of USPN 5,160,927; 5,235,315; 5,432,516; 6,040,765 | Rendezvous, STS obstacle detection system (Bosch) |
| 6. | Avery Dennison | Infringement of USPN 6,228,486; 6,461,722; 6,756,095 | visor heat seal label Saturn Vue |
| 7. | BG Products | Infringement of USPN 6,478,036 | EGR cleaner |
| 8. | Clarke, Dennis | Infringement of USPN 6,794,438; 6,841,602 | thermoset polymers |
| 9. | Cooper Standard | Infringement of USPN 5,875,670 | weatherstripping crimping tool |
| 10. | Daimler AG | Infringement of USPN 6,328,358; 6,184,842; 6,433,753 | radome cover (Kaumagraph Flint Corp.) |
| 11. | De Villeroche, Gerard | Infringement of USPN 4,951,211 | vehicle guide and information system |
| 12. | Directed Electronics | Infringement of USPN 5,146,215; 5,650,774 | Subaru RKE/security systems |
| 13. | DTN/Meteorlogix | License USPN 6,753,784 | Weather alerting service |
| 14. | Duramax Marine | Infringement of TM "DURAMAX" | diesel marine engines |
| 15. | DVD6C | License of patents on DVD technology | Digital Works Inc. past supplier |

| | Alleger | Nature of Allegation | Products/Systems |
|---|---|---|---|
| 16. | Ford Global Tech. | Infringement of 4,930,836; 5,029,364; 5,364,157; 5,297,841; 5,782,523; 5,752,737; 5,803,516; 6,059,352; 6,581,955; 6,769,729; 7,144,064 | Various body patents |
| 17. | Ford Global Tech. | Infringement of USPN 6,044,318 | H2 throttle control |
| 18. | Ford Global Tech. | Infringement of USPN 6,173,693; EP0953758 | L850 direct injection head (Opel) |
| 19. | Ford Global Tech. | License USPN 7,157,026; 7,029,138; D501,784 | emergency trunk release handles |
| 20. | Gebre, Adamasu | Infringement of USPN 5,297,049; 5,504,683 | navigation systems (suit dismissed w/o prejudice) |
| 21. | General Patent Corp. | Infringement of USPN 5,864,604 | GM Card |
| 22. | Giri, Joseph | Infringement of copyright of mural "The Eagle Band" | Cadillac ad in April 2009 Motor Trend |
| 23. | Honeywell, Transense | Inventorship dispute | vehicle torque SAW sensor |
| 24. | Hoppenstein, Joel | License to USPN 7,246,089 | liability management method |
| 25. | IDT | License USPN 5,999,965 | unspecified VOIP call center systems |
| 26. | Isuzu | Indemnification | Agreement to indemnify in MHL v Nissan for sale of vehicles |
| 27. | Johnson Controls | Chamberlain trade secret | in-vehicle garage door opener |
| 28. | Katulka, Michael | Infringement of USPN 6,607,232 | tailgate support |
| 30. | Kiekert | Infringement of USPN 5,634,677 | Magna door latch on Enclave, Outlook, Acadia, and Traverse |
| 31. | Leemann, Karl and Ruchti, Heinz | Infringement of USPN 5,602,524 | Tire pressure monitoring |
| 32. | Little League Baseball | Infringement of TM "Little League Baseball" | TV commercial (image removed) |

| | Alleger | Nature of Allegation | Products/Systems |
|---|---|---|---|
| 33. | Lonzame, Pete | Infringement of USPN 5,349,328 (expired 10/23/02) | Tire pressure monitoring |
| 34. | Magna International | Indemnification | Reverse indemnification for rear power sliding windows in Dura v Magna I |
| 35. | Magna International | Indemnification | Reverse indemnification for rear power sliding windows in Dura v Magna II |
| 36. | Martin, P Jeff | unspecified design | design of Acadia |
| 37. | Meridian Enterprises | License to USPN 5,025,372 | reloadable or personalized cards |
| 38. | NGK Spark Plugs | Infringement of USPN 4,733,056 (exp 3/22/05) | planar oxygen sensor |
| 39. | Nissan | Infringement of USPN 5,135,444 | 5L40 and 5L50 transmissions |
| 40. | Philips | Infringement of Philips/Sony disc patents | promotional disc w GQ magazine |
| 41. | Pisani, Carol | Fraud related to New Devices submission | seat belt warning |
| 42. | Resqnet.com | Infringement of USPN 5,530,961; 5,831,608; 5,792,659; 5,812,127 | terminal emulator software |
| 43. | Ripley Entertainment | Infringement of TM "Believe it or Not" | Internet-based ads |
| 44. | Scate Technologies | Infringement of unspecified IP | Vision software screen prints |
| 45. | Shelby Enterprises | Infringement of USPN 7,048,019; 7,059,365 | fuel filler pipe assemblies |
| 46. | Sorensen R&D | Infringement of USPN 4,935,184 | AC Delco cordless impact wrench |
| 47. | Suzuki | Indemnification | Agreement to indemnify in Wacoh v Chrysler for design of CAMI vehicles |
| 48. | Suzuki | Indemnification | Agreement to indemnify in MHL v GM for design of CAMI vehicles |

| | Alleger | Nature of Allegation | Products/Systems |
|---|---|---|---|
| 49. | The Welding Institute | Infringement of USPN 5,460,317; 5,813,592 | robotic welders designed for friction stir welding |
| 50. | Timken | Infringement of USPN 7,285,949 | 4L60E speed sensor |
| 51. | Toyota | Licence USPN 6,530,594; 6,279,941; 6,561,540; 6,089,594; 6,347,268; 6,170,864; 6,371,515 | supplemental restraint system technology |
| 52. | Uth Patents | License USPN 6,494,458; 6,494,460 | Dry Gas Seal Technology |
| 53. | Washington Research Foundation | Infringement of patents | Bluetooth chipsets |
| 54. | Wayne, Andrew, Teresa Barger | Wrongful prosecution of Andrew Barger | |
| 55. | William Reid and NetP&L, Inc. | Lawsuit dismissed w/o prejudice USPN 6,131,120 | GM Identity Management |
| 56. | ZF | Infringement of USPN RE39,960; 7,140,997; 7,217,218; 7,255,661; 7,335,127 | Six-speed FWD automatic transmissions |
| 57. | VW | Infringement of DE19802077C2 | On at least two levels installable luggage compartment panel |
| 58. | VW | Infringement of DE19523358C2 | Locking mechanism for a head restraint |
| 59. | VW | Infringement of DE 196 50 921 B4 | Support rod for headrest in road vehicle |
| 60. | VW | Infringement of EP 1 141 657 B1 | Method and device for reading navigation data |
| 61. | VW | Infringement of EP 0 70 1926 B2 | Multifunction Control Device |
| 62. | Daimler AG | Infringement of DE 44 45 580 C1 | Hard-top vehicle |
| 63. | PSA | | Third stop light with water nozzle |
| 64. | InteressenGemeinschaft für Rundfunk-schutzrechte KG | Infringement of EP 0 347 686 B1 | Rotating transmitter for digital pulses and method of using it |
| 65. | PSA | Infringement of EP 1 314 875 B1, EP 1 704 | Systems for the regeneration of |

| | Alleger | Nature of Allegation | Products/Systems |
|---|---|---|---|
| | | 702 B1, EP 1 203 876 B1, EP 1 086 304 B1, FR 2 774 427, & FR 2 774 428 | diesel particle filters involving post fuel injections during the expansion stroke |
| 66. | Daimler AG | Infringement of DE10254695 B3 | Press-hardened part and method for the production thereof |
| 67. | H. Finke | Infringement of EP1334224B1 | Lining material for Roof Trim |
| 68. | Mittelhäuser | Infringement of EP 1 129 882 B1 | Fuel Filler Flap |
| 69. | Hörauf & Kohler Verwaltungs KG | Infringement of EP0906523 B1 | Glove Box /damping element |
| 70. | BOS GmbH & Co. KG | Infringement of EP 1 296 854 B1 | Flex-Rail-System |
| 71. | VW | Infringement of EP107442 9 | Light Switch Unit |
| 72. | Lindmayer | Infringement of DE195000999 | Door Latch |
| 73. | Kiekert | Infringement of DE4447687 C2 | Power-locking motor-vehicle door latch |

## Section 4.15

### Real Property

None.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

## Section 4.16

## Material Contracts

(a)    Contracts

(i)    None.

(ii)    The following Contracts contain non-compete or exclusivity provisions:

1.    Asset Purchase Agreement, dated June 28, 2007, by and between Parent and Allison Transmission, Inc. (f/k/a Clutch Operating Company, Inc.), as amended.

2.    Epsilon/Delta Platform Technology License Contract, dated April 5, 2009, by and among Shanghai General Motors Corporation Ltd., Parent, and Pan Asia Technical Automotive Center Company Limited and GM Global Technology Operating Inc.

3.    Intellectual Property Agreement (Small Diesel Engines), dated September 10, 2007, by and among VM Motori S.p.A., Parent, and GM Global Technology Operations, Inc.

4.    Non-Competition Agreement, dated February 28, 2003, by and among General Dynamics Corporation, Parent and General Motors Overseas Corporation.

5.    Purchase and Sale Agreement, dated as of April 2, 2006, by and between GMAC L.L.C., GM Finance Co. Holdings, Inc. and Fim Holdings LLC and the related agreements executed in connection with the closing on November 30, 2006.

6.    W-Car Technology License Agreement, dated March 25, 1997, by and between Parent and Shanghai General Motors Corporation Ltd.

7.    GTO Technology License Agreement, dated March 31, 2007, by and among Parent, GM Global Technology Operations, Inc. and Shanghai General Motors Corporation Ltd.

8.    Y4M Transmission Technology License Agreement, dated April 2008, by and among Parent, GM Global Technology Operations, Inc., Shanghai General Motors Corporation Ltd. and Pan Asia Technical Automotive Co., Ltd.

9.    GF6 Technology License Agreement, dated January 2005, by and between Parent and Shanghai General Motors Corporation Ltd.

10.    BAS Technology License Agreement, dated November 2007, by and among Parent, GM Global Technology Operations, Inc., Shanghai General Motors Corporation Ltd. and Pan Asia Technical Automotive Co., Ltd.

11.    General Framework Agreement relating to Closed Joint Stock Company GM-Avtovaz, dated June 27, 2001, by and among, Parent, GM Auslandsprojekte GmbH, AO Avtovaz and European Bank for Reconstruction and Development.

12.    Distribution Agreement, dated September 1, 1998, by and among Diesel Engine Manufacturing of America, Ltd. (n/k/a DMAX, Ltd.), Isuzu Motors America, Inc. and Parent.

13.    Amended and Restated Supply and Purchase Agreement, dated April 30, 2003, by and between Parent and DMAX, Ltd.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

14. Isuzu Truck South Africa (Proprietary) Limited Subscription and Shareholders Agreement, dated as of November 29, 2006, by and between General Motors South Africa Limited and Isuzu Motors Limited.

15. Joint Venture Agreement for the Formation of LCV Platform Engineering Corporation, dated June 9, 2006, by and between General Motors Asia Pacific Holdings, LLC and Isuzu Motors Limited.

16. Partners' Agreement - GM Isuzu Joint Venture for the Commercial Vehicles Business in Colombia, dated February 18, 2008, by and between Parent and Isuzu Motors Limited.

17. Partners' Agreement - GM Isuzu Joint Venture for the Commercial Vehicles Business in Ecuador, dated July 9, 2008, by and between Parent and Isuzu Motors Limited.

18. Joint Development Agreement, dated November 7, 2000, by and between Adam Opel GmbH and Shanghai General Motors Corporation Ltd., as amended.

19. GMDAT Master Technology License Agreement, dated November 11, 2005, by and between GM Daewoo Auto & Technology Company and Shanghai General Motors Corporation Ltd.

20. B Engine Technology License Agreement, by and between GM Daewoo Auto & Technology Company and SAIC GM Wuling Automobile Company Limited.

21. Right to Use Technology Agreement, dated December 14, 2007, by and between GM Daewoo Auto & Technology Company and Shanghai General Motors Corporation Ltd.

22. Technology License Agreement for S4200 Fact-Lift Program, dated June 1, 2008, by and between Shanghai General Motors Corporation Ltd. and GM Global Technology Operations, Inc.

23. Holden Card Agreement, dated December 20, 2006 (effective October 1, 2005), by and between General Motors Holden Ltd. and Westpac Banking Corporation.

24. Distribution Agreement, dated April 1, 1992, by and between SAAB Automobile AB and SAAB Automobile Australia (now General Motors Holden Ltd. trading as SAAB).

25. Vehicle Distributorship Agreement, dated September 1, 2008, by and between Holden New Zealand Limited and Isuzu Motors Limited.

26. Hicom-Chevrolet Joint Venture and Shareholders Agreement, dated August 28, 2007, by and between General Motors Asia Pacific Holdings LLC and DRB-Hicom Berhad (DRB).

27. J200 Technology License Agreement, dated January 1, 2008, by and between General Motors (Thailand) Limited and GM Daewoo Auto & Technology Company.

28. T250 Technology License Agreement, dated January 1, 2006, by and between General Motors (Thailand) Limited and GM Daewoo Auto & Technology Company.

29. C100 Technology License Agreement, dated January 1, 2007, by and between General Motors (Thailand) Limited and GM Daewoo Auto & Technology Company.

30. J200 Technology License Agreement, dated December 23, 2002, by and between General Motors India Private Limited and GM Daewoo Auto & Technology Company.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

31. M200 Technology License Agreement, dated December 14, 2006, by and between General Motors India Private Limited and GM Daewoo Auto & Technology Company.

32. T200/T250 Technology License Agreement, dated 2007, by and between General Motors India Private Limited and GM Daewoo Auto & Technology Company.

33. Joint Venture Contract, dated October 27, 2007, by and among OnStar Corporation Shanghai Automotive Industry Sales Co. Ltd., Shanghai General Motors Corporation Limited.

34. Trademark License Agreement, initialed February 2008, by and between OnStar LLC and Shanghai OnStar Telematics Company Limited.

35. IT License Agreement, initialed February 2008, by and between OnStar Global Services Corporation and Shanghai OnStar Telematics Company Limited.

36. FAW-GM Light Duty Commercial Vehicle Company Limited CVJV Project: Supplementary Agreement, dated December 18, 2008, by and between General Motors (China) Investment Co. Ltd. and China FAW Group Corp.

37. Amended and Restated Joint Venture Contract, dated May 30, 2008, by and among GMAC LLC, (f/k/a General Motors Acceptance Corporation), Shanghai Automotive Group Finance Company Ltd. and Shanghai General Motors Corporation Limited.

38. Exclusive Distribution Agreement, dated July 5, 2006, by and between Shanghai General Motors Corporation Limited and SAAB Automobile AB.

39. Automotive Technology Cost Share Agreement dated Jan 1, 2007, by and between GM Daewoo Auto & Technology Company and GM Global Technology Operations, Inc.

(iii) Contracts entered into within the past six years governing the acquisiton or disposition of assets or other property where the consideration paid exceeded $500,000,000:

1. Asset Purchase Agreement, dated June 28, 2007, by and between Parent and Allison Transmission, Inc. (f/k/a Clutch Operating Company, Inc.), as amended.

2. Purchase and Sale Agreement, dated as of April 2, 2006, by and among GMAC L.L.C., GM Finance Co. Holdings, Inc. and Fim Holdings LLC and the related agreements executed in connection with the closing on November 30, 2006.

3. Agreement to Liquidate Joint Venture and Terminate Master Agreement, dated February 13, 2005, by and among Parent, Fiat Spa, Fiat Auto Holdings B.V., and Fiat Auto SpA.

4. Amendment Agreement to the Second Agreement of Strategic Collaboration and Mutual Advocacy, dated March 6, 2006, by and between Parent and Suzuki Motor Corporation and related agreements.

5. Stock Purchase Agreement, dated October 5, 2005, by and among Parent, 4309642 Canada Inc. and Toyota Motor Corporation.

6. Amendment to the Canadian Asset Purchase Agreement, dated as of February 27, 2003, by and between GMCL and Canadian Defense Land Systems Corp.

7. Amendment to the Master Purchase Agreement, dated as of February 28, 2003, by and among Parent, General Motors Overseas Corporation, Canadian Defense Land Systems Corp., General Dynamics Corporation, General Dynamics Land Systems

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

Inc., GD Canada Acquisition Corporation and General Dynamics Worldwide Holdings, Inc.

8.  U.S. Asset Conveyance Agreement, dated as of February 28, 2003, by and among Parent, General Dynamics Land Systems Inc. and General Dynamics Corporation.

9.  Series 2003-2 Note Purchase Agreement (variable funding rental car asset backed notes, Series 2003-2), dated as of October 14, 2003 (Not Signed), by and among Vanguard SPE I, Inc., Vanguard Car Rental USA, Inc. and General Motors Acceptance Corporation, as Series 2003-2 Note Purchaser.

10. Asset Purchase Agreement, dated June 14, 2003, by and among ANC Rental Corporation, and its affiliates, national Car rental System, Inc. and Alamo Rent-A-Car, Inc. and Car Acquisition Company and the related agreements.

(iv)  <u>Contracts with the following suppliers of Sellers who directly support the production of vehicles, which, provide collectively for payments by Sellers to such suppliers in excess of $250,000,000 during the 12-month period ending December 31, 2008:</u>

1.  Delphi Corp.
2.  Magna International, Inc.
3.  Lear Corp.
4.  American Axle & Manufacturing Holdings, Inc.
5.  Johnson Controls, Inc.
6.  Bosch, Robert Stiftung GmbH
7.  TRW Automotive Holdings Corp.
8.  The Renco Group, Inc.
9.  Tenneco Inc.
10. International Automotive Components
11. Peugeot S.A.
12. Alpha S.A. de C.V.
13. Denso Corp.
14. Martinrea International Corp.
15. Continental AG
16. Emcon Technologies, LLC
17. Dana Holding Corp.
18. The Goodyear Tire & Rubber Co.
19. Cooper-Standard Holdings, Inc.
20. Flex-N-Gate Corp.
21. Android Industries - Delta Township
22. Superior Industries International
23. Bridgestone Corp.
24. Yazaki Corp.
25. Autoliv Inc.
26. ArecelorMittal
27. Unites States Steel Corporation
28. AK Steel Corporation

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

(v)    Contracts with the following suppliers of Sellers who do not directly support the production of vehicles, which, provide collectively for payments by Sellers to such suppliers in excess of $100,000,000 during the 12-month period ending April 30, 2009:

1.    Starcom Media Vest Group
2.    Electronic Data Systems
3.    Fidelity Investments
4.    Metropolitan Life Insurance
5.    IBM Corporation
6.    Healthplus Michigan, Inc.
7.    Blue Care Network
8.    AT&T Solutions
9.    Hewlett Packard Company
10.   Health Alliance Plan EFT
11.   Maritz Research Inc
12.   Campbell Ewald
13.   Blue Cross Blue Shield
14.   Digitas, LLC
15.   Kaleidoscope Sports & Entertainment, LLC
16.   Capgemini America, Inc.
17.   MPT Lansing LLC

(vi)    Contracts relating to the lease or purchase of an aircraft:

1.    Aircraft Lease Agreement (N5101), dated September 27, 2001, by and between Suntrust Corporation and Parent.
2.    Aircraft Lease Agreement (N5102), dated September 27, 2001, by and between Sun Trust Corporation and Parent.
3.    Aircrafte lease Agreement (S/N 4013), dated September 1, 2005, by and between AVN Air, LLC and Parent.
4.    Aircrafte Lease Agreement (S/N 4019), dated November 16, 2005, amended December 15, 2005, by and between AVN Air, LLC and Parent.
5.    Aircrafte Lease Agreement (S/N 4016), dated September 20, 2005, amedned December 15, 2005, by and between AVN Air, LLC and Parent.
6.    Aircrafte Lease Agreement (S/N 4023), dated December 19, 2005, by and between AVN Air, LLC and Parent.
7.    Aircrafte Lease Agreement (S/N 4026), dated September 29, 2005, by and between AVN Air, LLC and Parent.
8.    Aircrafte Lease Agreement (S/N 4026), dated February 2, 2006, by and between AVN Air, LLC and Parent.
9.    Trust Agreement for GM-GE Capital Deposit Trust, dated December 14, 2005, by and among Parent, General Electric Capital Corporation and U.S. Bank and Trust National Association.
10.   Deposit Agreement, dated December 14, 2005, by and among Parent, AVN Air, LLC and General Electric Capital Corporation.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

(vii)    Settlement agreement where a Seller has paid or may be required to pay an amount in excess of $100,000,000 to settle the Claims covered by such settlement agreement:

1.    General Motors Consolidated Securities Litigation Settlement

On April 17, 2006, the Judicial Panel on Multidistrict Litigation entered an order transferring *In re General Motors Corporation Securities Litigation* to the U.S. District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings with *Stein v. Bowles, et al.; Rosen, et al. v. General Motors Corp., et al.; Gluckstern v. Wagoner, et al.* and *Orr v. Wagoner, et al.* The parties reached an agreement to settle on July 21, 2008, which required Parent to pay $277 million. The district court granted final approval to the settlement in January 2009, and an objector filed a notice of appeal to that approval order on January 30, 2009.

(viii)    None.

(ix)    Contracts establishing the following joint ventures or referred to in the documents establishing these joint ventures or ancillary thereto:

1.    Pan Asia Technical Automotive Center Company Limited
2.    Shanghai General Motors Corporation Limited
3.    Closed Joint Stock Company GM-AVTOVAZ
4.    Fiat – GM Powertrain Polska Sp. z.o.o.
5.    General Motors Powertrain – Uzbekistan CJSC
6.    General Motors Uzebkistan
7.    General Motors East Africa Limited
8.    General Motors Egypt, S.A.E.
9.    Omnibus BB Transportes S.A.
10.    DMAX, Ltd.
11.    New United Motor Manufacturing, Inc.
12.    Isuzu Camiones Andinos de Colombia Limitada
13.    Isuzu Camiones Andinos Ecuador GMICA Ecuador CIA, Ltda.

(b)    Disclosure Related to Seller Material Contracts

Section 4.18(c) of this Sellers' Disclosure Schedule is incorporated by reference herein and hereby made a part of this Section 4.16 of this Sellers' Disclosure Schedule with respect to any suppliers that appear on this Section 4.16 of this Sellers' Disclosure Schedule.

## Section 4.17

### Dealer Sales and Service Agreements for Continuing Brands

None.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and Protection of Privacy Act

## Section 4.18

### Sellers' Products

(a)   Recalls and Field Actions

| Field Action Document Number | Field Action Classification | Field Action Description | Vehicle Model Years | Vehicle Make | Vehicle Model |
|---|---|---|---|---|---|
| A - 070047 | Product Safety Recall | Throttle | 2004 - 2005 | Chevrolet/Pontiac/ Suzuki | Aveo/Wave/Swift+ |
| N - 060074 | Product Safety Recall Product Emissions Defect Reports and Product Emissions Recall - GMNA | Timing Chain | 2001 | Saturn | L Series |
| N - 070027 | Use Only | Catalytic Converter | 2004 | Cadillac | SRX |
| N - 070035 | Product Safety Recall | Engine valve cover / spark plug retainer | 1997 - 2003 | Buick/Pontiac | Regal GS/Gr Prix |
| N - 070123 | Special Coverage | Intake Valve Seat | 2004 - 2005 | Chevrolet/GMC | Colorado/Canyon |
| N - 070154 | Non-Compliance Recall | Windshield Position | 2007 | Chevrolet/Pontiac | Equinox/Torrent Escalade/Avalanche/Silverado/ Suburban/Tahoe/Trailblazer/ |
| N - 070187 | Special Coverage | Instrument Panel Gauges | 2003 - 2004 | Cadillac/Chevrolet/GMC | Denali/Envoy/Sierra CTS/CTS-V/SRX/STS/STS-V/ |
| N - 070204 | Product Safety Recall | Rear Differential | 2005 - 2007 | Cadillac/Pontiac/Saturn /Opel/Daewoo | Solstice/Sky/GT/G2X |
| N - 070252 | Special Coverage | Fuel Injector | 2004 | Chevrolet/GMC | Silverado/Kodiak/Sierra/Topkick |

97

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and Protection of Privacy Act

| Field Action Document Number | Field Action Classification | Field Action Description | Vehicle Model Years | Vehicle Make | Vehicle Model |
|---|---|---|---|---|---|
| N - 070318 | Product Emission Recall | Battery | 2007 | Saturn | VUE/Aura |
| N - 080048 | Product Safety Recall | Heated Washer Module | 2006, 2007 - 2008 | Cadillac/Chevrolet/GMC /Buick/Saturn/Hummer | Escalade/Escalade EXT/ Escalade ESV/Avalanche/Silverado/ Suburban/Tahoe/ Sierra Yukon/ Yukon XL/Acadia/Outlook/ Lucerne/ DTS/H2/ Enclave |
| N - 080207 | Customer Satisfaction Program | Sunroof | 2007 - 2008 | GMC/Saturn/Buick | Acadia/Outlook/Enclave |
| N - 080272 | Special Coverage | Engine Valve Seat Valve Cover / | 2006 | Chevrolet/GMC/Isuzu Pontiac/Buick/ | Colorado/Canyon Gr Prix/Regal/Lumina/ Monte |
| N - 090047 | Product Safety Recall | Spark plug retainer | 1997 - 2003 | Chevrolet/Oldsmobile | Carlo/Impala/Intrigue |

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

(b)    None.

(c)    <u>Suppliers</u>

Suppliers that represent a material threat to the supply of products or services that could materially impair future production at a major production facility:

| | | | |
|---|---|---|---|
| 1. | AB Automotive | 38. | American Wera |
| 2. | American Axle | 39. | Star SU |
| 3. | Allison | 40. | C&B Machinery |
| 4. | Bosch | 41. | Ingersoll Production Systems |
| 5. | Brembo | 42. | Nagel |
| 6. | Burgess-Norton | 43. | Enshu |
| 7. | Cascade Engineering | 44. | EFP |
| 8. | Citation | 45. | Vantage Plastics |
| 9. | Donaldson | 46. | Robinson |
| 10. | Emerson | 47. | Buckhorn |
| 11. | Flextronics | 48. | Orbis |
| 12. | Hella | 49. | Lydall Thermal Solutions |
| 13. | Henderson Trucking | 50. | Betz Foundry |
| 14. | HHI | 51. | Schuler Incorporated |
| 15. | Huf | 52. | Stapla Ultrasonics |
| 16. | IEE | 53. | SCA Schuker |
| 17. | Ideal | 54. | Nordson Corp. |
| 18. | Kautex | 55. | Kito USA Corp. |
| 19. | KBI | 56. | Welding Technologies |
| 20. | Lear | 57. | Comau |
| 21. | Milliken | 58. | Dearborn Conveyor |
| 22. | MNP | 59. | Bleikert Inc. |
| 23. | Mubea | 60. | Overhead Conveyor Company |
| 24. | Raybestos | 61. | Fata Automation |
| 25. | Recaro | 62. | Genyses Ind. Corp. |
| 26. | Thermodisc | 63. | SSI Systems |
| 27. | TRW | 64. | Central Conveyor |
| 28. | Visteon | 65. | PO Mc Intire |
| 29. | Wabash | 66. | Fagor Arrasate SC |
| 30. | Willi Hahn | 67. | Unico Inc. |
| 31. | Winkelmann | 68. | Metal Tech. Systems |
| 32. | Crane America | 69. | ARO Welding Tech. |
| 33. | Anixter | 70. | Grossel Tool Co. |
| 34. | Hurst | 71. | Global Systems Engineering |
| 35. | Cooper, Inc. | 72. | Tarpon Automation |
| 36. | Mark One | 73. | Creform Corp. |
| 37. | Ahern & Soper | 74. | Trane |

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

75.  Phoenix Wire Cloth
76.  Exel NA
77.  Luvata Ohio
78.  Pyrotek Inc/ Metaulics
79.  Refractory Engineers
80.  High Temperature Systems
81.  Northern Cable Automation
82.  Avdel
83.  KOLB AMERICA
84.  Numatic, Inc.
85.  RHM Fluid Power
86.  Lynair, Inc.
87.  Western New York Fluid Systems
88.  Flow International Corp.
89.  Morrell, Inc.
90.  Berendsen Fluid Power
91.  Track Systems
92.  Marling Associates
93.  Keep Fill (Kimbwell Midwest)
94.  Elite Clean Room
95.  Curbell Plastic
96.  Hammelmann Corp.
97.  Montgomery Kone Elevator Co. Ltd.
98.  AGFM
99.  Med-Kas Hydraulics
100.  Paragon Technologies
101.  Pyrotek, Inc.
102.  Kaviert Cranes
103.  Stanley Security Solutions
104.  Unisource Worldwide
105.  Young Supply Co.
106.  Butterworth Industries
107.  Dee Zee
108.  Global Accessories
109.  H.Ternes
110.  Lund
111.  Powerflow
112.  Bosal
113.  Metaldyne

## Section 4.19

### Certain Business Practices

None.

## Section 4.20

### Brokers and Other Advisors

1.    The Blackstone Group LP
2.    Lakeview Capital Management, Inc.
3.    Lazard Ltd.
4.    Morgan Stanley
5.    Evercore Partners
6.    AlixPartners
7.    D.F. King & Co., Inc.
8.    Deutsche Bank Group
9.    PricewaterhouseCoopers
10.    KPMG International
11.    Deloitte Development LLC
12.    Ernst & Young Global Limited
13.    Watson Wyatt Worldwide

## Section 4.21

### Investment Representations

None.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

## Section 6.2

### Conduct of Business

Supplier Relations

1.    Sellers will continue to engage in a process of reviewing, renegotiating, extending and terminating, as applicable, arrangements with its suppliers in furtherance of the Viability Plans and its efforts to reorganize as part of the Bankruptcy Cases.

2.    Sellers will continue to have Supplier Program commitments in connection with that certain Credit Agreement, dated as of April 3, 2009, between GM Supplier Receivables LLC, as borrower, and the Sponsor, as the lender.

Customer Relations

1.    Sellers will continue to engage in a process of reviewing, renegotiating, extending and terminating, as applicable, arrangements with dealers and other customers in furtherance of the Viability Plans and its efforts to reorganize as part of the Bankruptcy Cases.

2.    Sellers will continue to have Customer Warranty Program commitments in connection with Amendment No. 4, dated May 27, 2009, to the Loan and Security Agreement dated as of December 31, 2008, between Parent, as borrower, and Sponsor, as the lender.

Reorganizations

With the consent of Purchaser (not to be unreasonably withheld, conditioned or delayed), Parent may, through a series of transfers, contributions, stock splits, redemptions, dividends, distributions or other transactions, effect a reorganization of a holding company structure of certain of its Subsidiaries, as a result of which:

1.    *GMGTO.* GM Global Technology Operations, Inc. ("GMGTO") may become a direct Subsidiary of Parent or the Equity Interests of GMGTO may be held by a Subsidiary (including a newly-formed Subsidiary) of Parent other than GM GEFS L.P.

2.    *India.* Assets held by Chevrolet Sales India Private Ltd and General Motors India Private Ltd. may be held by newly formed Indian entities and the Equity Interests in both existing and newly formed entities may be held by a newly formed Subsidiary of Parent. It is also possible that some assets may be contributed to a potential newly formed joint venture. The contractual arrangements associated with the joint venture may include territorial restrictions on competition.

3.    *Thailand.* The Equity Interests in GM (Thailand) Ltd., GM Powertrain (Thailand), Chevrolet Sales Thailand Limited and/or General Motors Southeast Operations Limited may be held by a newly-formed Subsidiary of Parent.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

4.  *Indonesia.* A currently idled plant in Indonesia may be contributed to a newly formed joint venture, and territorial restrictions on competition may be imposed by the contractual arrangements associated with the joint venture.

5.  *Controladora GM.* GM Overseas Distribution Corporation or another Subsidiary of Parent may hold the Equity Interests in Controladora General Motors S.A. de C.V.

6.  *LAAM.* The Equity Interests in certain Subsidiaries conducting business in the Latin America, Africa and Middle East region, including Sarmiento 1113 S.A., GM East Africa, GM Nigeria, Chevrolet S.A. and GM Colmotores S.A. may be transferred by Parent or its Subsidiaries to other direct or indirect Subsidiaries of Parent, certain equity accounts of GM Colmotores S.A. may be recapitalized, and GM Colmotores S.A. may acquire shares from certain minority shareholders of GM Colmotores S.A. and may change its ownership structure if such acquisition occurs, and GM Colmotores S.A. may amend its Organizational Documents if a reclassification of its Equity Interests occurs.

7.  *Europe.* The Equity Interests that Parent or any of its Subsidiaries holds in certain European Subsidiaries, including, General Motors Europe Holdings, S.L., General Motors Espana, S.L. and GM Automotive UK may be transferred to AOG, another Subsidiary of Parent, a newly formed Subsidiary of Parent or a German law limited partnership established to hold certain Equity Interests in trust for the benefit of the Parent and the German government. GM Strasbourg S.A. may become a direct Subsidiary of Parent. GM Europe Treasury Company AB may be reorganized to split the company into separate entities and to transfer certain assets and Liabilities to AOG.

8.  *Joint Ventures.* Existing joint venture and similar agreements may be amended, altered or modified to effectuate the transactions contemplated by this Section 6.2 of this Sellers' Disclosure Schedule, additional equity investments in existing joint ventures may be made, Equity Interests held by Parent or its Subsidiaries in joint ventures may be transferred or sold, Organizational Documents of existing joint venture agreements may be amended, altered or modified and contractual rights relating to joint venture and similar agreements may be assigned to Transferred Entities or otherwise amended, altered or modified. Contractual arrangements associated with additional equity investments in existing joint ventures may include territorial restrictions on competition.

9.  *Other.* Parent or its Subsidiaries may transfer Equity Interests in certain Subsidiaries that are determined to be Excluded Entities prior to the Closing. Equity Interests in Excluded Entities, and other Excluded Assets, may be held by Parent or Excluded Entities.

In connection with the foregoing reorganizations, Parent and its Subsidiaries may enter into local transfer agreements and may execute such other instruments and take such other actions as Parent and its Subsidiaries may deem reasonably necessary in order to implement such reorganizations. Parent and its Subsidiaries may continue to comply with all of their commitments and obligations under joint venture and similar agreements in existence as of the date hereof and shall not be required to take any action (or refrain from taking any action) under this Section 6.2 of this Sellers' Disclosure Schedule with respect to any joint venture or

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

similar arrangement if such action is prohibited by any such agreement or requires the consent of the counterparty to any such agreement and such consent is denied, or if so refraining would cause Sellers or any Purchased Subsidiary to breach any such agreement (including any fiduciary duty under any such agreement).

## Joint Ventures

1. *Japan.* Parent is in the process of winding down GMI Diesel Engineering Limited, a joint venture with Isuzu Motors Limited.
2. *Acquisition of Equity Interests in Joint Ventures.* Parent, through one or more of its Subsidiaries, is in the process of acquiring an Equity Interest in the following proposed joint ventures: (i) FAW-GM Light Duty Commercial Vehicle Company Limited and (ii) Shanghai OnStar Telematics Company Ltd.

## Canadian Matters

1. Sellers' Canadian Subsidiaries may engage in activities necessary to (i) implement the Canadian Warranty Commitment Program; (ii) comply with the terms of any Indebtedness; (iii) comply with the terms of any Collective Bargaining Agreement or other employment or benefit agreement or undertaking; (iv) comply with any business plans provided to a Governmental Authority in connection with the business or affairs of any Sellers' Canadian Subsidiaries; (v) comply with all applicable Laws including any relating to Tax matters.
2. Sellers may do all things necessary and appropriate in furtherance of consummation of the Nova Scotia Settlement. "Nova Scotia Settlement" means the following actions and outcomes: (a) entry by General Motors Nova Scotia Finance Company, a Nova Scotia unlimited company ("GMNS"), GMCL, GM Nova Scotia Investments Ltd., a Nova Scotia company, Parent, and certain beneficial owners of notes issued by GMNS (the "GMNS Noteholders") into a Lock Up Agreement, dated as of June 1, 2009 (the "Lock Up Agreement"); (b) entry by GMNS, and GMCL into an agreement (the "GMCL Loan Settlement") with respect to the complete satisfaction and discharge of the loan agreements between GMCL and GMNS, each dated July 10, 2003, in exchange for a cash payment and the related transfer of funds (the "GMCL Settlement Amount"); (c) the calling of a meeting of the GMNS Noteholders in accordance with that certain Fiscal and Paying Agency Agreement (the "Paying Agent Agreement") dated as of July 10, 2003 by and among GMNS, Parent, Deutsche Bank Luxembourg SA and Banque Generale du Luxembourg S.A. to (among other things) approve the Extraordinary Resolution referenced in the Lock Up Agreement; (d) the payment of an amount (in the form of a consent fee or otherwise) by GMNS to all of the GMNS Noteholders as contemplated by the Lock-Up Agreement and the Extraordinary Resolution to be voted upon at the meeting referenced in the preceding clause; (e) the subordination of the obligations of GMNS to Parent, under currency swap arrangements between Parent and GMNS, to the obligations of GMNS to the GMNS Noteholders under the notes issued pursuant to the Paying Agent Agreement; (f) an agreement by Parent not to set off its rights under any amounts owed to it under

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

the above-referenced currency swap arrangements against any amounts Parent may owe to GMNS; (g) GMNS may engage in activities as set out in any Order granted by the Ontario Superior Court of Justice or granted by any other court or other Governmental Authority in connection with any proceeding commenced under the Bankruptcy and Insolvency Act (Canada) against GMNS; and (h) the execution of any agreements to effectuate the foregoing, including lock-up agreements with additional GMNS Noteholders, in each case with the prior written consent of Purchaser, such consent not to be unreasonably withheld, conditioned or delayed.

3.    GMCL may sell to 1908 Holdings Ltd., a wholly-owned Subsidiary of GMCL, receivables from Parent.

Divestitures

With the consent of Purchaser (not to be unreasonably withheld, conditioned or delayed), Parent and its Subsidiaries may, through a series of sales, assignments, transfers, conveyances, deliveries, licenses, stock splits, redemptions, contributions, dividends, distributions or other transactions, divest or agree to divest themselves of certain assets and Liabilities that are not currently anticipated to be core to the operations of Purchaser following the Closing. Such non-core operations include those portions of Sellers' businesses comprising the Hummer, Saturn, Saab and medium-duty truck lines of business. In connection with such divestitures, Parent and its Subsidiaries may or may agree to (i) contract manufacture/continue to contract manufacture product for a limited period of time, (ii) distribute/continue to distribute parts for Discontinued Brands and contract manufacturing, (iii) enter into transition services agreements pursuant to which they will perform various necessary services, (iv) transfer intellectual property assets (trademarks, trade names, trade dress, product design/shape, advertising tag lines and internet domain names), whether currently owned by GMGTO or by Parent or any other Subsidiary, outside the Ordinary Course of Business, and transfer Personal Property outside the Ordinary Course of Business, (v) enter into License Agreements with respect to Intellectual Property used by Parent or its Subsidiaries, but necessary to the divested lines of business, (vi) reject or cancel certain Seller Material Contracts, (vii) effect a reorganization of the holding company structure of certain of its Subsidiaries related to such business lines, (viii) negotiate separate agreements (e.g., with On-Star, XM and others), (ix) terminate/transfer certain valuable management employees associated with the divested business lines, (x) manage the AM General contract on behalf of a buyer of the Hummer business, (xi) sell the Shreveport manufacturing facility (including Personal Property) to a buyer of the Hummer business, (xii) enter into dealer Deferred Termination Agreements with respect to certain Discontinued Brands, and (xiii) retain certain accounts payable, dealer obligations, policies/warranty obligations and reserve allowances.

Delphi Matters

GM Components Holdings, LLC ("GMCH") and Parent have entered into a definitive agreement with Delphi Corporation ("Delphi") and an Affiliate of Platinum Equity ("Platinum") pursuant to which (i) GMCH agreed to acquire certain assets and UAW sites of Delphi and to assume certain Delphi liabilities, (ii) Platinum and Parent jointly agreed to invest in a newly formed limited liability company ("New Delphi") which would acquire most of the ongoing Delphi business,

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

and (iii) the remaining assets and liabilities would be retained by Delphi. Parent also agreed to provide certain equity and long-term debt commitments to New Delphi, and further agreed to provide interim financing to Delphi and waive certain pre-existing claims. Similarly, Platinum agreed to certain equity and debt commitments and to pay a termination fee to Parent in the event that Platinum were to fail to consummate the proposed transactions. The transactions are expected to close in the 3rd quarter, subject to customary terms and conditions and to the approval of the bankruptcy court presiding over the chapter 11 proceedings of Delphi.

Indebtedness

1. GM Holden Limited may obtain a loan of $140 million from a third party lender, which is intended to be secured by a first priority security interest over the substantial part of its assets. GM Holden Limited may also extend, renew or replace (with the same or different lender) its existing $315 million facility from Controladora General Motors S.A. de C.V., on a secured or unsecured basis.

2. Parent may guarantee any financing agreement to effectuate the transactions contemplated by this Section 6.2 of this Sellers' Disclosure Schedule.

3. General Motors Argentina S.r.l. and General Motors do Brasil Ltda. may incur Indebtedness that may exceed $100 million to fund product programs.

4. General Motors de Mexico, S. de R.L. de C.V. and/or Controladora General Motors S.A. de C.V. may incur Indebtedness in the excess of $100 million to fund expansion of plants and working capital.

5. General Motors South Africa (Pty) Limited may incur Indebtedness of approximately $50 million for its working capital.

6. General Motors Venezolana, C.A. may incur Indebtedness of approximately $50 million to Sistemas de Compra Programada Chevrolet, C.A.

7. Key Subsidiaries may incur Indebtedness from GM European Treasury Corporation.

Severance/Benefit Plans

1. Sellers and its Subsidiaries may terminate employees and make severance or termination payments in respect thereof, in furtherance of the Viability Plans.

2. On or before the Closing Date, Parent may terminate any Retained Plan.

Capital Expenditure

1. Parent has initiated a total of 94 programs (58 Vehicle programs consisting of 38 cars, 7 trucks, 12 crossovers and 1 plant expansion as well as 36 Powertrain programs for engines, transmissions and advanced propulsion systems to address fuel economy and emission improvements) which could result in aggregate capital expenditures in excess of $100,000,000 in a single program or in the aggregate across several related programs.

2. Parent's Indian Subsidiaries have incurred, and have issued purchase orders with respect to, capital expenditures that will exceed $100,000,000 in the aggregate.

Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Access to Information Act
Confidential Treatment Requested by General Motors Corporation Pursuant to the Freedom of Information and
Protection of Privacy Act

## Satisfaction of Indebtedness

1.  General Motors Colmotores S.A. may repay Indebtedness of approximately $158 million.

2.  Parent or its Subsidiaries may discharge or satisfy Indebtedness in connection with the matters described under the heading "Reorganizations" in this Section 6.2 of this Sellers' Disclosure Schedule.

3.  Sellers and their Subsidiaries may continue to settle remaining outstanding derivative transactions/commitments with counterparties in the Ordinary Course of Business.

## General Motors Venezolana, C.A. Matters

GMV will shut down two assembly plants for an extended period beginning in June 2009 due to lack of material to assemble vehicles. GMV is in negotiations with suppliers to resume the supply of parts and/or services to GMV, and may restart assembly operations prior to Closing if negotiations are successful.

## Section 6.6(a)(i)

### Mandatory Assumable Executory Contracts to be Assumed at Closing

1.  The UAW Collective Bargaining Agreement.
2.  Amended and Restated Master Services Agreement, between Parent and GMAC, LLC, dated as of May 22, 2009 and made effective as of December 29, 2008.
3.  Each other Contract between any Seller and GMAC, LLC or any of its Subsidiaries, other than those Contracts mutually agreed to in writing by GMAC, LLC and the applicable Seller.
4.  Lease dated June 20, 2008 by and between NS - 1500 Marquette MS, L.L.C., a Mississippi limited liability company, as landlord, and Parent, as tenant, as amended by First Amendment to Lease dated as of June 23, 2009.
5.  Lease dated June 20, 2008 by and between NS - 200 Cabot PA, L.L.C., a Pennsylvania limited liability company, as landlord, and Parent, as tenant, as amended by First Amendment to Lease dated as of June 23, 2009.
6.  Letter Agreement dated February 2, 2009 by and among Parent, NS - 200 Cabot PA, L.L.C., a Pennsylvania limited liability company, and SGD Investments, Inc., a Nebraska corporation, as modified by First Amendment to Lease dated as of June 23, 2009.
7.  Lease dated June 20, 2008 by and between NS - 608 Caperton WV, L.L.C., a West Virginia limited liability company, as landlord, and Parent, as tenant, as amended by First Amendment to Lease dated as of June 23, 2009.
8.  Lease dated June 20, 2008 by and between NS - 2200 Willis Miller WI, L.L.C., a Wisconsin limited liability company, as landlord, and Parent, as tenant, as amended by First Amendment to Lease dated as of June 23, 2009.

<u>**Section 6.6(a)(ii)**</u>

**Mandatory Assumable Executory Contracts to be Assumed Prior to Executory Designation
Deadline**

1.  All Executory Contracts identified in the Contract Website (as defined in the Sale
    Procedures Order) at 5:00 p.m., New York City time, on the date hereof as Executory
    Contracts to be assumed shall be assumed and assigned as of the effective date provided for
    in the Contract Website on the date hereof.

2.  No Benefit Plan or Non-UAW Collective Bargaining Agreement shall be assumed pursuant
    to this Section 6.6(a)(ii) of this Sellers' Disclosure Schedule.

## Section 6.17(e)

### Assumed Employee Benefit Plans

1.    General Motors Hourly-Rate Employees Pension Plan
2.    General Motors Personal Savings Plan for Hourly-Rate Employees in the United States
3.    General Motors Life and Disability Benefits Program for Hourly Employees(Supplemental Agreement between UAW and GM)
4.    General Motors Health Care Program for Hourly Employees(Supplemental Agreement between UAW and GM) (as amended by the UAW Retiree Settlement Agreement)
5.    General Motors Supplemental Unemployment Benefit Plan(Supplemental Agreement between UAW and GM)
6.    General Motors Profit Sharing Plan for Hourly-Rate Employees in the United States(Supplemental Agreement between UAW and GM)
7.    UAW-GM Legal Services Plan for UAW Represented Hourly Employees of General Motors in the United States (Supplemental Agreement between UAW and GM)
8.    Dependent Care Reimbursement Plan for Hourly-Rate Employees in the United States (Supplemental Agreement between UAW and GM)
9.    General Motors Health Care Spending Account Plan for Entry Level Employees (UAW)
10.    Guaranteed Income Stream Benefit Program (UAW)
11.    Dependent Scholarship Program for Hourly Employees in the United States (UAW)
12.    Tuition Assistance Program for Hourly Employees in the United States (UAW)
13.    General Motors Retirement Program for Salaried Employees in the United States
14.    General Motors Executive Retirement Plan
15.    General Motors Savings-Stock Purchase Program for Salaried Employees in the United States
16.    General Motors Salaried Health Care Program
17.    General Motors Corporation Health Care Reimbursement Plan for Salaried Employees in the United States
18.    General Motors Corporation Dependent Care Reimbursement Plan for Salaried Employees in the United States
19.    General Motors Flexible Compensation Program for Salaried Employees in the United States
20.    General Motors Long-Term Care Program for Salaried Employees
21.    Executive Supplemental Disability Income Protection Program
22.    General Motors Severance Program for Salaried Employees in the United States
23.    General Motors Executive Severance Program for Salaried Employees in the United States
24.    International Service Personnel Program
25.    Permanently International Mobile Staff (PIMS) Employees Individual Account Retirement Plan

112

26. Quality Network Suggestion Plan (only UAW-represented Employees and active salaried employees)
27. Work Family/Employee Assistance Program (UAW)
28. Dependent Scholarship Program for Salaried Employees in the United States
29. Tuition Assistance Program for Salaried Employees in the United States
30. Purchaser, in its sole discretion, may assume certain individual agreements set forth on Section 4.10(h) of this Sellers' Disclosure Schedule. In the event Purchaser assumes any individual agreements, such assumed individual agreements shall be set forth on Attachment A to Section 6.17(e) of Sellers' Disclosure Schedule, to be provided immediately prior to Closing.
31. General Motors Corporation Compensation Plan for Non-Employee Directors
32. General Motors Executive Split Dollar Endorsement Plan
33. Personal Umbrella Liability Insurance Program
34. Senior Executive Financial Counseling Program
35. 401(k) Savings Plan Investment Advice Tool (Financial Engines)
36. Financial Planning Option (Ayco)
37. Health Savings Account (Bank of America)
38. Utility Patent Filing Award
39. Defensive Publication Award
40. Tool/Method Award
41. Usage Award
42. "Boss Kettering" Award Program
43. Executive Employee Physicals
44. Work Life Plus Program
45. Adoption Assistance Plan for Salaried Employees
46. Salaried Policies (including, but not limited to leaves, Mutual Separation Policy (MSP), expense reimbursement, relocation, vacation, service awards)
47. Mutual Separation Policy for Executive Employees
48. Executive Company Vehicle Program
49. Product Evaluation Program
50. Work Related Travel Policy
51. New Vehicle Employee Discount Program
52. Company Owned Vehicle Discount Program
53. The General Motors Supplemental Life Benefits Program for Executive Employees
54. The General Motors Life and Disability Benefits Program for Salaried Employees
55. Benefit plans identified under Schedules 6.17(m)(i) and (ii), if any

Trusts

56. General Motors - UAW Layoff Benefit Trust 38-6039966
57. General Motors - IUE Welfare Benefit Trust 38-6039965 (conditioned upon IUE acceptance of modified CBA and IUE's inclusion on schedules under Section 6.17(m))

58.  General Motors Savings Plans Master Trust 04-3259743
59.  First Plaza Group Trust II 26-6389533
60.  General Motors Welfare Benefit Trust 04-3400339
61.  General Motors Salaried Employees Pension Trust 13-6369844
62.  General Motors Salaried Employees Pension Trust 25-6388249
63.  GMAM Group Pension Trust I 01-0719298
64.  GMAM Group Pension Trust II 02-0615827
65.  GMAM Investment Funds Trust 13-3160892
66.  GMAM Investment Funds Trust II 01-6231432
67.  White Plaza Group Trust 11-3317084
68.  First Plaza Group Trust 25-6295264
69.  Third Plaza Trust 25-6360552
70.  Fourth Plaza Trust 25-6360553
71.  General Motors Hourly Rate Employees Pension Trust 13-6369845
72.  General Motors Hourly-Rate Employees Pension Trust 25-6013833

**Necessary Reductions under Salaried, Executive, and non-UAW Hourly Plans**

Purchaser's obligations to assume benefit plans and to maintain compensation and benefits for one year contemplate the aggregate reduction of the total benefit obligations under Assumed Plans related to Salaried Retiree Life Insurance, Salaried Retiree Health Care, Salaried Non-Qualified Pension, Executive Retiree Life Insurance and hourly (non-UAW) Life Insurance and Health Care plans by approximately two-thirds, as compared to the obligations of Parent as determined as of 12/31/08.

The changes in salaried retiree benefits being implemented for achieving this are identified as follows:

- Retiree Basic Life Insurance for salaried classified and executive retirees reduced to $10,000 effective the first of the month following the Closing Date;
- Retiree Basic Life Insurance for active salaried classified and executive upon their retirement reduced to 50% of base salary;
- Additional salaried retiree co-pays and contributions required for health care plans, effective 1/10. Retiree cost share increases to approximately 45%. No coverage at age 65;
- 10% reduction in accrued ERP benefits as of the date of the close for active employees;
- The current temporary 10% ERP reduction for existing retirees with a combined qualified and nonqualified benefit equal to or less than $100,000 shall become permanent; no additional non-qualified pension reductions shall be made for these retirees;
- A reduction of 2/3 of the ERP amount above the combined qualified and nonqualified benefit greater than $100,000 will be implemented as of the first of the month following the Closing Date; and
- Executive Life Insurance will be cancelled in retirement for all current and future retirees effective the first of the month following the Closing Date.

114

Health care and life insurance coverage for non-UAW hourly retirees, if provided at all, are intended to match benefit levels provided salaried retirees. Changes affecting non-UAW hourly retirees are identified in Section 6.17(m) of the Agreement or the related sections of this Sellers' Disclosure Schedule. To the extent that the foregoing changes do not achieve the aggregate reduction level specified above, Purchaser may implement such other changes as are necessary to satisfy such requirement.

## Section 6.17(h)

## Contracts Relating to the Existing Internal VEBA

None.

## Section 6.17(m)(i)

**Non-UAW Collective Bargaining Agreements**

1.  2003 National Agreement between Parent and the International Brotherhood of Electrical Workers ("IBEW"), as amended by the IBEW-Newco Settlement Agreement Regarding Retiree Health Care, Life Insurance, & Modification & Assumption of CBA (executed by IBEW on June 18, 2009), including its Exhibit A thereto, conditioned upon employees' ratification and upon the court's approval of the IBEW Settlement Agreement identified on Section 6.17(m)(ii) of this Sellers' Disclosure Schedule and the waiver and release dated June 18, 2009 (Re: Proposed Memorandum of Understanding Regarding Retiree Health Care, Retiree Basic Life Insurance and CBA Modifications) (the "IBEW CBA"). The assumption of the IBEW CBA shall not include pre-Closing Liabilities relating thereto.

2.  2003 National Agreement between Parent and the International Association of Machinists and Aerospace Workers ("IAMAW"), as amended by the IAMAW-Newco Settlement Agreement Regarding Retiree Health Care, Life Insurance, & Modification & Assumption of CBA (executed by IAMAW on June 16, 2009), including its Exhibit A thereto, conditioned upon ratification and upon the court's approval of the IAMAW Settlement Agreement identified on Section 6.17(m)(ii) of this Sellers' Disclosure Schedule and the waiver and release dated June 15, 2009 and executed by IAMAW on June 16, 2009 (Re: Proposed Memorandum of Understanding Regarding Retiree Health Care, Retiree Basic Life Insurance and CBA Modifications) (the "IAMAW CBA"). The assumption of the IAMAW CBA shall not include pre-Closing Liabilities relating thereo.

## Section 6.17(m)(ii)

### Non-UAW Settlement Agreements

1. IBEW-Newco Settlement Agreement Regarding Retiree Health Care, Life Insurance, & Modification & Assumption of CBA (executed by the International Brotherhood of Electrical Workers on June 18, 2009), conditioned upon the court's approval of the waiver and release dated June 18, 2009 (Re: Proposed Memorandum of Understanding Regarding Retiree Health Care, Retiree Basic Life Insurance and CBA Modifications).

2. IAMAW-Newco Settlement Agreement Regarding Retiree Health Care, Life Insurance, & Modification & Assumption of CBA (executed by the International Association of Machinists and Aerospace Workers on June 16, 2009), conditioned upon the court's approval of and the waiver and release dated June 15 and executed by IAMAW on June 16, 2009 (Re: Proposed Memorandum of Understanding Regarding Retiree Health Care, Retiree Basic Life Insurance and CBA Modifications).

3. Newco- Locals 687 & 1045 Settlement Agreement Regarding Retiree Health Care & Life Insurance (executed by Michigan Regional Council of Carpenters, Local 687, and Interior Systems, Local 1045, on June 17, 2009), conditioned upon the court's approval of the waiver and release dated June 16, 2009 and signed by Unions on June 17, 2009 (Re: Proposed Memorandum of Understanding Regarding Retiree Health Care & Retiree Basic Life Insurance).

4. Newco-IBPA Settlement Agreement Regarding Retiree Health Care & Life Insurance (executed by the International Brotherhood of Painters and Allied Trades of the United States and Canada, Sign & Display Union Local 591 on June 18, 2009), conditioned upon the court's approval of and the waiver and release dated June 18, 2009 (Re: Proposed Memorandum of Understanding Regarding Retiree Health Care, Retiree Basic Life Insurance and CBA Modifications).

## Section 6.27

### Subdivision Properties

| | Purchased Asset | Excluded Asset |
|---|---|---|
| 1. | Pontiac North Campus, 894 Joslyn Road, Pontiac, Michigan<br><br>Stamping - Pontiac Plant 14 200 East Columbia, Pontiac, MI 48340<br><br>Powerhouse, 900 Baldwin Ave., Pontiac, Michigan 48340 | Stamping - Pontiac North Campus (excluding plant 14), 220 East Columbia, Pontiac, Michigan 48340<br><br>Pontiac Fiero Site (excluding powerhouse), 900 Baldwin Ave, Pontiac, Michigan 48340 |
| 2. | GMPT - Romulus, 36880 Ecorse Road, Romulus, Michigan | Romulus Engineering Center, 37350 Ecorse Road, Romulus, Michigan |
| 3. | GMVM - Fairfax Assembly, 3201 Fairfax Trafficway, Fairfax, Kansas<br><br>Stamping - Fairfax, 3201 Fairfax Trafficway, Fairfax, Kansas | Fairfax Land, 100 Kindleberger Road, Fairfax, Kansas |
| 4. | Weld Tool Center - Grand Blanc, 10800 South Saginaw St., Grand Blanc, Michigan | Dort Highway land, 10800 South Saginaw St., Grand Blanc, Michigan |
| 5. | GMVM - Lordstown Assembly, 2300 Hallock Young Road, Lordstown, Ohio<br><br>Stamping - Lordstown, 2369 Ellsworth-Bailey Road , Lordstown, Ohio | RFO - Lordstown, 1829 Hallock Young Road, Lordstown, Ohio |
| 6. | GMPT - Moraine (DMAX), 2601 W. Stroop Road, Moraine, Ohio | GMVM - Moraine Assembly, 2601 W. Stroop Road, Moraine, Ohio (excluding DMAX) |
| 7. | GMPT - Parma Stamping, 5400 Chevrolet Blvd., Parma, Ohio | GMPT - Parma Complex, 5400 Chevrolet Blvd., Parma, Ohio (Powertrain) |
| 8. | Saginaw Metal Casting, 1629 N. Washington Ave., 48605-5073, Saginaw, Michigan | Saginaw Nodular Iron, 2100 Veterans Memorial Pkwy, Saginaw, Michigan |
| 9. | GMPT - Toledo, 1455 W. Alexis Rd PO Box 909, Toledo, Ohio | REALM parcel located adjacent to Purchased Asset |