# **EXHIBIT T**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                          Chapter 11 Case No.

GENERAL MOTORS CORP., *et al.*,                09-50026 (REG)

                    Debtors.                 (Jointly Administered)
-----------------------------------------------------------x

5716-01217808
GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY,
GENERAL MOTORS OF CANADA LIMITED GM NOVA SCOTIA INVESTMENTS LTD.,GMC
AURELIUS CAPITAL PARTNERS LP, AURELIUS CAPITAL MASTER LTD.,
DRAWBRIDGE DSO SECURITIES LLC, DRAWBRIDGE OSO SECURITIES

1. Please carefully review the enclosed Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto.

2. In order to view the Cure Amount for the Assumable Executory Contracts to which you are a party, you must log onto: http://www.contractnotices.com.

3. To log on, please use the user name and password provided to you below.

4. If you have questions about the Assumable Executory Contracts or proposed Cure Amounts, you may call your GM representative.

       User ID:     8XM51k4j
       Password:    h9u94ES3v409

       Vendor ID #: 5716-01217808

# **EXHIBIT U**



## Assumption & Assignment Confirmation Letter

**GENERAL MOTORS COMPANY**
(formerly NGMCO, Inc.)

**MOTORS LIQUIDATION COMPANY**
(formerly General Motors Corporation)

Date: **7/21/2010**

Vendor: **General Motors Nova Scotia Finance Company, General Motors of Canada Limited, GM Nova Scotia Investments Ltd., General Motors Corporation, Aurelius Capital Partners LP, Aurelius Capital Master Ltd., Drawbridge DSO Securities LLC, Drawbridge OSO Securities**
Vendor Identification: **5716-01217808**

Re: Confirmation of Assumption and Assignment of Executory Contract(s)

Ladies and Gentlemen:

This letter confirms that the Executory Contract(s) identified on Schedule A hereto was/were assumed by Motors Liquidation Company (formerly General Motors Corporation) (the "Parent") and assigned by Parent to General Motors Company (formerly NGMCO, Inc.) (the "Purchaser") as of and effective on the date set forth on Schedule A annexed here to in accordance with the terms and conditions of that certain Amended and Restated Master Sale and Purchase Agreement, dated as of June 26, 2009, by and among Parent, Saturn LLC, Saturn Distribution Corporation and Purchaser, as amended (the "MSPA"), and the Sale Approval Order.

Capitalized terms used and not otherwise defined herein shall have the meaning given to them in the MSPA.

Very truly yours,

GENERAL MOTORS COMPANY
/s/ Robert E. Socia
Vice President
Global Purchasing and Supply Chain

MOTORS LIQUIDATION COMPANY
/s/ Al Koch
President & CEO



## Assumption & Assignment Confirmation Letter

| Schedule A | | | | | | |
|---|---|---|---|---|---|---|
| Row ID | GM Contract ID | Counterparty Name | Contract Name / Description | Contract Type | Business Unit / Functional Area | Contract Status |
| 5716-01217808 | 16555937 | General Motors Nova Scotia Finance Company, General Motors of Canada Limited, GM Nova Scotia Investments Ltd., General Motors Corporation, Aurelius Capital Partners LP, Aurelius Capital Master Ltd., Drawbridge DSO Securities LLC, Drawbridge OSO Securities | General Motors Nova Scotia Finance Company, General Motors of Canada Limited, GM Nova Scotia Investments Ltd., General Motors Corporation, Aurelius Capital Partners LP, Aurelius Capital Master Ltd., Drawbridge DSO Securities LLC, Drawbridge OSO Securities Lock Up Agreement | Lock Up Agreement | Legal NYTO | ASSUMED JULY 24, 2009 |

Count of Contracts: 1