DICONZA LAW, P.C.
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940
Facsimile: (212) 682-4942
Gerard DiConza
Lance A. Schildkraut

*Bankruptcy Attorneys for LFR, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                  :    Chapter 11 Case No.
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :    09-50026 (REG)
f/k/a General Motors Corp., *et al.,*                  :
                                                       :
         Debtors.                                      :    (Jointly Administered)
                                                       :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    The undersigned, being duly admitted in New York State and to practice before the District Court for the Southern District of New York, hereby certifies that, on December 13, 2010, a true and correct copy of the Response of LFR, Inc. to Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of LFR, Inc. was served by email on russell.brooks@weil.com and candres@gklaw.com.

Dated: New York, New York
       December 13, 2010

                                              /s/ Lance A. Schildkraut
                                              Lance A. Schildkraut