# LAWRENCE, WORDEN, RAINIS & BARD, P.C.

ATTORNEYS AT LAW

| | |
|---|---|
| 225 BROAD HOLLOW ROAD, SUITE 105E | MATTHEW RAINIS |
| MELVILLE, NEW YORK 11747 | Direct Line: (631) 694-0033 x 239 |
| TELEPHONE (631) 694-0033 | mrainis@lwrlawyer.com |
| TELEFAX (631) 694-9331 | |
| www.lwrlawyer.com | |

December 14, 2010

Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

Re:   Motors Liquidation Company
      Chapter 11
      Case No. 09-50026-reg

Ladies and Gentlemen:

My client, Bright Bay GMC Truck, Inc., has transferred its claim number 61789 in the Motors Liquidation Company bankruptcy proceeding (see transfer agreement – document number 8046 and its affidavit of service – document number 8068).

Therefore, I withdraw my notice of appearance on behalf of Bright Bay GMC Truck, Inc. and **request that the clerk permanently remove me from any and all service lists, including the list for ECF E-mail notifications**. My email address is: mrainis@lwrlawyer.com.  Thank you.

Very truly yours,

Matthew Rainis

MR