# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
      f/k/a General Motors Corp., *et al.*          :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
           Debtors.                                :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 14, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8069) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 14th day of
December, 2010
/s/ Florence L. Robinson_____
Florence L. Robinson
Notary Public, State of New York
No.  01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Paul Edward Hives, Estate of Sharon Denise Hives deceased
Stephanie Danielle Hives
c/o Beasley, Allen, Crow Methvin, Portis & Miles, PC
Attn: R. Graham Esdale
P.O. Box 4160
Montgomery, AL 36103-4160

<u>TRANSFEREE</u>

Pandora Select Partners, LP
c/o Whitebox Advisors, LLC
Attn: Dale Willenbring
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416-4675