**Exhibit A**

**Noteholders**

Anchorage Capital Master Offshore Ltd
Canyon-GRF Master Fund, L.P.
Canyon Value Realization Fund L.P.
CSS, LLC
Knighthead Master Fund, LP
LMA SPC for and on behalf of MAP 84
Lyxor/Canyon Realization Fund, Ltd.
Onex Debt Opportunity Fund, Ltd.
Redwood Master Fund Ltd
The Canyon Value Realization Master Fund, L.P.