**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2010, I caused to be served true and correct copies of *Response by General Motors LLC to the Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief* (with Exhibits A, B, C and D annexed) *via* electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email delivery at the last known addresses as indicated on Exhibit A.

Dated:  December 14, 2010
         New York, New York

                                                                                 Respectfully submitted,

                                                                                 /s/ Scott Davidson
                                                                                  Arthur Steinberg
                                                                                  Scott Davidson
                                                                                  KING & SPALDING LLP
                                                                                  1185 Avenue of the Americas
                                                                                  New York, New York  10036
                                                                                  Telephone:  (212) 556-2100
                                                                                  Facsimile:  (212) 556-2222
                                                                                  Attorneys for General Motors LLC
                                                                                  f/k/a General Motors Company

NYC_IMANAGE-1220909.1

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  **Stephen Karotkin, Esq**.
stephen.karotkin@weil.com
**Joseph H. Smolinsky, Esq.**
joseph.smolinsky@weil.com
**Harvey Miller, Esq.**
harvey.miller@weil.com

**Motors Liquidation Company**
500 Renaissance Center - Suite 1400
Detroit, MI  48243
Attn:  **Ted Stenger**
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Att**n: Lawrence S. Buonomo, Esq**.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  **John J. Rapisardi, Esq.**
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Att**n:  Joseph Samarias, Esq.**
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  **Michael J. Edelman, Esq.**
mjedelman@vedderprice.com
**Michael L. Schein, Esq.**
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  **Thomas Moers Mayer, Esq.**
tmayer@kramerlevin.com
**Robert Schmidt, Esq.**
rschmidt@kramerlevin.com
**Lauren Macksoud, Esq.**
lmacksoud@kramerlevin.com
**Jennifer Sharret, Esq.**
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  **Trevor W. Swett III, Esq.**
tws@capdale.com
**Kevin C. Maclay, Esq.**
kcm@capdale.com

2

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY 10152-3500
Attn: **Elihu Inselbuch, Esq.**
ei@capdale.com
**Rita C. Tobin, Esq.**
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX 75201
Attn: **Sander L. Esserman, Esq.**
esserman@sbep-law.com
**Robert T. Brousseau, Esq.**
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY 10007
Attn: **David S. Jones, Esq.**
david.jones6@usdoj.gov
**Natalie Kuehler, Esq**.
Natalie.kuehler6@usdoj.gov

**Butzel Long**
380 Madison Avenue
New York, NY 10017
Attn: **Barry Seidel, Esq.**
seidelb@butzel.com
**Eric Fisher, Esq.**
fishere@butzel.com
**Katie L. Cooperman, Esq.**
Cooperman@butzel.com

**Greenberg Traurig**
200 Park Avenue
New York, NY 10166
Attn: **Bruce R. Zirinsky, Esq.**
zirinkyb@gtlaw
**Nancy A. Mitchell, Esq.**
mitchelln@gtlaw.com
**John H. Bae, Esq.**
baej@gtlaw.com
**Gary D. Ticoll, Esq.**
ticollg@gtlaw.com

**Akin Gump Strauss Hauer & Feld**
One Bryant Park
New York, NY 10036
**Daniel G. Golden, Esq.**
dgolden@akingump.com
**Philip C. Dublin, Esq.**
pdublin@akingump.com
**Natalie E. Levine, Esq.**
nlevine@akingump.com

NYC_IMANAGE-1220909.1