PREET BHARARA
United States Attorney for the
Southern District of New York
NATALIE N. KUEHLER
DAVID S. JONES
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2741
Facsimile:   (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
                                                          :
In re:                                                    :          Chapter 11
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,    :          Case No. 09-50026 (REG)
      f/k/a/ GENERAL MOTORS CORP., *et*      :
*al.*,                                                       :          Jointly Administered
                                                          :
                      Debtors.                            :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF LODGING OF PROPOSED
## SIOUX CITY SITE SETTLEMENT AGREEMENT

The United States of America hereby lodges with the Court the proposed Sioux City Site

Settlement Agreement attached hereto as Exhibit A.   This Settlement Agreement has been

executed by all parties.

The United States requests that the Court not approve the proposed Settlement Agreement

at this time.   Notice of the lodging of the proposed Settlement Agreement will be published in the

*Federal Register*, following which the United States Department of Justice will accept public

comments on the proposed Settlement Agreement for a 30-day period.   After the conclusion of

the public comment period, the United States will file with the Court any comments received, as

well as responses to the comments, and at that time, if appropriate, will request that the Court

approve the proposed Settlement Agreement.

Dated:        New York, New York
              December 14, 2010

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the United States of America


                 By:       _____/s/ Natalie N. Kuehler_____
                              NATALIE N. KUEHLER
                              DAVID S. JONES
                              Assistant United States Attorneys
                              86 Chambers Street, 3rd Floor
                              New York, New York   10007
                              Telephone:   (212) 637-2741
                              Facsimile:   (212) 637-2750
                              Email: natalie.kuehler@usdoj.gov