PREET BHARARA
United States Attorney for the
Southern District of New York
NATALIE N. KUEHLER
DAVID S. JONES
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2741
Facsimile:   (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
                                                                  :
In re:                                         :   Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,    :   Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*   :
    *al.*,                                   :   Jointly Administered
                                                                  :
        Debtors.                              :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED**
**SCATTERFIELD SETTLEMENT AGREEMENT**

      The United States of America hereby lodges with the Court the proposed Scatterfield Settlement Agreement attached hereto as Exhibit A.   This Settlement Agreement has been executed by all parties.

      The United States requests that the Court not approve the proposed Settlement Agreement at this time.   Notice of the lodging of the proposed Settlement Agreement will be published in the *Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Settlement Agreement for a 30-day period.   After the conclusion of the public comment period, the United States will file with the Court any comments received, as

well as responses to the comments, and at that time, if appropriate, will request that the Court

approve the proposed Settlement Agreement.

Dated:    New York, New York
          December 14, 2010

            PREET BHARARA
            United States Attorney for the
            Southern District of New York
            Attorney for the United States of America

By:    */s/ Natalie N. Kuehler*
            NATALIE N. KUEHLER
            DAVID S. JONES
            Assistant United States Attorneys
            86 Chambers Street, 3rd Floor
            New York, New York 10007
            Telephone:  (212) 637-2741
            Facsimile:  (212) 637-2750
            Email: natalie.kuehler@usdoj.gov