PREET BHARARA
United States Attorney for the
Southern District of New York
NATALIE N. KUEHLER
DAVID S. JONES
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2741
Facsimile:   (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a/ GENERAL MOTORS CORP., *et al.*, | : | Jointly Administered |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED
WHEELER PIT SETTLEMENT AGREEMENT**

   The United States of America hereby lodges with the Court the proposed Wheeler Pit

Settlement Agreement attached hereto as Exhibit A.   This Settlement Agreement has been

executed by all parties.

   The United States requests that the Court not approve the proposed Settlement Agreement

at this time.   Notice of the lodging of the proposed Settlement Agreement will be published in the

*Federal Register*, following which the United States Department of Justice will accept public

comments on the proposed Settlement Agreement for a 30-day period.   After the conclusion of

the public comment period, the United States will file with the Court any comments received, as

well as responses to the comments, and at that time, if appropriate, will request that the Court

approve the proposed Settlement Agreement.

Dated:    New York, New York
    December 14, 2010

        PREET BHARARA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States of America

By:    */s/ Natalie N. Kuehler*
        NATALIE N. KUEHLER
        DAVID S. JONES
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone:  (212) 637-2741
        Facsimile:  (212) 637-2750
        Email: natalie.kuehler@usdoj.gov