Hearing Date and Time: December 15, 2010 at 2:00 p.m. (Prevailing Eastern Time)

Timothy F. Nixon
Katherine Stadler (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.,*    :    Case No. 09-50026
     f/k/a General Motors Corp., *et al.,*           :    (Jointly Administered)
                                                          :
                              Debtors.                :    Honorable Robert E. Gerber
                                                          :
---------------------------------------------------------- x

# STIPULATION AND ORDER FOR ADJOURNMENT OF DECEMBER 15, 2010 HEARING ON FOURTH INTERIM FEE APPLICATION OF <u>KRAMER LEVIN NAFTALIS & FRANKEL LLP</u>

**TO:    THE HONORABLE ROBERT E. GERBER**
            **U.S. BANKRUPTCY JUDGE**

### STIPULATION

The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company), appointed on December 23, 2009, and Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") hereby stipulate and agree that the Court may enter an order adjourning the December 15, 2010 hearing on the *Fourth Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel For The Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses*

5754294_1

*Incurred for the Period From June 1, 2010 through September 30, 2010* [Docket No. 7804]

(**"Kramer Levin's Fourth Interim Fee Application"**) on the following terms:

    i.    The hearing on Kramer Levin's Fourth Interim Fee Application will be held on January 6, 2011.

    ii.    Kramer Levin may file a response to the Fee Examiner's report on Kramer Levin's Fourth Interim Fee Application, if it wishes, by December 30, 2010.

Dated: Madison, Wisconsin
December 14, 2010.

                      GODFREY & KAHN, S.C.

                      By:    /s/ *Katherine Stadler*
                              Katherine Stadler (KS 6831)
                              Timothy F. Nixon (TN 2644)

                              GODFREY & KAHN, S.C.
                              780 North Water Street
                              Milwaukee, Wisconsin 53202
                              Telephone: (414) 273-3500
                              Facsimile: (414) 273-5198
                              E-mail: kstadler@gklaw.com
                                            tnixon@gklaw.com

                              *Attorneys for Fee Examiner*

              KRAMER LEVIN NAFTALIS & FRANKEL LLP

        By:   /s/ *Robert T. Schmidt*
              Robert T. Schmidt

              KRAMER LEVIN NAFTALIS & FRANKEL LLP
              Thomas Moers Mayer
              Robert T. Schmidt
              1177 Avenue of the Americas
              New York, New York 10036
              Telephone:  (212) 715-9100
              Facsimile:  (212) 715-8000

              *Counsel for the Official Committee of Unsecured Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

SO ORDERED, this
_____ day of December, 2010

_____
Hon. Robert E. Gerber
United States Bankruptcy Judge

3

5754294_1