PREET BHARARA
United States Attorney for the
Southern District of New York
NATALIE N. KUEHLER
DAVID S. JONES
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2741
Facsimile: (212) 637-2750
Email: natalie.kuehler@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
                                                                :
                                                                :
In re:                                                          :   Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :   Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*                           :
    *al.*,                                                      :   Jointly Administered
                                                                :
              Debtors.                                          :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Natalie N. Kuehler, an Assistant United States Attorney for the Southern District of New York, hereby certify that on December 14, 2010, I caused a copy of the (i) Notice of Lodging of a Proposed Wheeler Pit Settlement Agreement with Exhibit A; (ii) the Notice of Lodging of a Proposed Garland Road Settlement Agreement with Exhibit A; (iii) Notice of Lodging of a Proposed Delphi Harrison Settlement Agreement with Exhibit A; (iv) Notice of Lodging of a Proposed Scatterfield Settlement Agreement with Exhibit A; (v) Notice of Lodging of a Proposed Harvey & Knott Settlement Agreement with Exhibit A; and (vi) Notice of Lodging of a Proposed Sioux City Site Settlement Agreement with Exhibit A to be served upon the parties to this action

by (i) filing with the Court's Electronic Court Filing system (ECF) for the above-referenced case;

(ii) delivery by first-class mail to the addresses listed in Exhibit 1 attached hereto; and (iii) delivery

by electronic mail to the addresses listed in Exhibit 2 attached hereto.

Dated:    New York, New York
          December 14, 2010

          PREET BHARARA
          United States Attorney for the
          Southern District of New York
          Attorney for the United States of America

By:    */s/ Natalie N. Kuehler*
       NATALIE N. KUEHLER
       DAVID S. JONES
       Assistant United States Attorneys
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone:  (212) 637-2741
       Facsimile:  (212) 637-2750
       Email: natalie.kuehler@usdoj.gov