# EXHIBIT 1

**First-Class Mail Service List:**

1. ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
   C/O KENNETH RICHARDS
   7533 WILLOW CREEK DRIVE CANTON MI 48187

2. AIMS/DYKEMA GOSSETT PLLC
   10 SOUTH WACKER DRIVE
   CHICAGO IL 60606

3. AIMS/LATHROP & GAGE LC
   2345 GRAND BLVD.
   KANSAS CITY MO 64108

4. AIMS/STEPHENS & STEPHENS
   410 MAIN STREET
   BUFFALO NY 14202

5. ARCADIS BBL
   10559 CITATION DRIVE SUITE 100
   BRIGHTON MI 48118

6. ARCADIS BBL
   ATTN: CHRIS PETERS
   10559 CITATION DRIVE SUITE 100
   BRIGHTON MI 48118

7. ARCADIS GERAGHTY & MILLER, INC.
   ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100
   BRIGHTON MI 48118

8. BT2, INC.
   ATTN: MARK HUBER
   2830 DAIRY DRIVE
   MADISON WI 53718-6751

9. CHARTER TOWNSHIP OF FLINT
   ATTN: SANDRA S WRIGHT
   1490 S. DYE ROAD
   FLINT MI 48532

10. CHARTER TOWNSHIP OF YPSILANTI
    LARRY J. DOE, TREASURER
    7200 S. HURON RIVER DR.
    YPSILANTI MI 48197

11. CHARTER TWP. OF GENESEE
    ATTN: TOM MANNOR, TREASURER
    7244 N. GENESSE ROAD
    P.O. BOX 215 GENESEE MI 48437

12. CITY OF SAGINAW, TREASURER
    1315 S. WASHINGTON AVE.
    SAGINAW MI 48601

13. CITY OF SIOUX CITY CITY TREASURER
    P.O. BOX 447
    SIOUX CITY IA 51102

14. CLEAN HARBORS ENVIRONMENTAL SERVICES
    P.O. BOX 3442
    BOSTON MA 02241-3442

15. CONESTOGA-ROVERS & ASSOC.
    ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3
    NIAGARA FALLS NY 14304

16. CONESTOGA-ROVERS & ASSOCIATES
    22055 NIAGARA FALLS BLVD SUTIE #3
    NIAGARA FALLS NY 14304

17. ENCORE ENVIRONMENTAL CONSORTIUM
    ATTN: MARK QUILTER
    P.O. BOX 66 6723
    TOWPATH ROAD
    SYRACUSE NY 13214-0066

18. ENVIRON INTERNATIONAL CORPORATION
    214 CARNEGIE STREET
    PRINCETON NJ 08540

19. ENVIRON INTERNATIONAL CORPORATION
    214 CARNEGIE STREET
    PRINCETON NJ 08540-1980

20. FAVERO GEOSCIENCES
    ATTN: DAVE FAVERO
    1210 SOUTH 5TH STREET, SUITE 2
    SPRINGFIELD IL 62703

21. GENERAL OIL COMPANY, INC.
    35796 VERONICA
    ST. LIVONIA MI 48150
    GLOBAL ENVIRONMENTAL ENGINEERING INC.
    6140 HILL 23 DRIVE SUITE 1
    FLINT MI 48507

22. GROUNDWATER & ENVIRONMENTAL SERVICES,INC
    440 CREAMERY WAY SUITE 500
    EXTON PA 19341-2577

23. HALEY & ALDRICH DESIGN AND CONTRUCTION
    56 ROLAND STREET
    BOSTON MA 02129-1400

24. HALEY & ALDRICH OF NEW YORK
    200 TOWN CENTRE DRIVE, STE 2
    ROCHESTER NY 14623-4264

25. HDR ENGINEERING
    ATTN: DICK BELL
    8404 INDIAN HILLS DRIVE
    OMAHA NE 68114

26. IOWA DEPT OF NATIONAL RESOURCES HAZARDOUS WASTE REMEDIAL FUND
    502 E. 9TH STREET
    DES MOINES IA 50319-0034

27. J.A. LOMBARDO & ASSOCIATES
    ATTN: JOSEPH A. LOMBARDO
    445 S. LIVERNOIS - SUITE 202
    ROCHESTER MI 48307

28. NOVA CONSULTANTS, INC
    21580 NOVI ROAD #300
    NOVI MI 48375

29. O'BRIEN & GERE ENGINEERS, INC.
    ATTN: TERRY L. BROWN
    5000 BRITTONFIELD PKWY
    SYRACUSE NY 13057-9226

30. ROYAL ENVIRONMENTAL, INC.
    720 LEXINGTON AVENUE
    P.O. BOX 15719
    ROCHESTER NY 14615

31. SEVENSON ENVIRONMENTAL SERVICES, INC.
    2749 LOCKPORT ROAD
    NIAGARA FALLS NY 14302

32. THE BANK OF NEW YORK FINANCIAL CONTROL BILLING DEPARTMENT
    P.O. BOX 19445
    NEWARK NJ 07195-0445

33. THE BARTECH GROUP
    17199 NORTH LAUREL PARK DR. SUITE 224
    LIVONIA MI 48152

34. TOWN OF FRAMINGHAM TAX COLLECTOR'S OFFICE
    150 CONCORD ST
    FRAMINGHAM MA 01702

35. WASHTENAW COUNTY TREASURER
    P.O. BOX 8645
    200 N. MAIN ST STE 200
    ANN ARBOR MI 48107-8645

36. WASTE MANAGEMENT
    P.O. BOX 9001054
    LOUISVILLE KY 40290-1054

37. WDC EXPLORATION & WELLS
    500 MAIN STREET
    WOODLAND CA 95695

38. YOUNG'S ENVIRONMENTAL CLEANUP, INC
    G-5305 NORTH DORT HIGHWAY
    FLINT MI 48505

39. WEIL, GOTSHAL & MANGES LLP
    ATTORNEYS FOR THE DEBTORS
    767 FIFTH AVENUE
    NEW YORK, NY 10153
    (ATTN: HARVEY R. MILLER, ESQ., STEPHEN KAROTKIN, ESQ.,
    AND JOSEPH H. SMOLINSKY, ESQ.)

40. DEBTORS, C/O MOTORS LIQUIDATION COMPANY
    500 RENAISSANCE CENTER, SUITE 1400
    DETROIT, MI 48243
    (ATTN: TED STENGER)

41. GENERAL MOTORS LLC
    400 RENAISSANCE CENTER
    DETROIT, MI 48265
    (ATTN: LAWRENCE S. BUONOMO, ESQ.)

42. VEDDER PRICE, P.C.
    ATTORNEYS FOR EXPORT DEVELOPMENT CANADA
    1633 BROADWAY, 47TH FLOOR
    NEW YORK, NY 10019
    (ATTN: MICHAEL J. EDELMAN, ESQ. AND MICHAEL L. SCHEIN, ESQ.)

43. KRAMER LEVIN NAFTALIS & FRANKEL LLP
    ATTORNEYS FOR THE COMMITTEE OF UNSECURED CREDITORS
    1177 AVENUE OF THE AMERICAS
    NEW YORK, NY 10036
    (ATTN: THOMAS MOERS MAYER, ESQ., ROBERT SCHMIDT, ESQ.,
    LAUREN MACKSOUD, ESQ., AND JENNIFER SHARRET, ESQ.)

44. CAPLIN & DRYSADALE, CHARTERED
    ATTORNEYS FOR ASBESTOS CLAIMANTS' COMMITTEE
    375 PARK AVENUE, 35TH FLOOR
    NEW YORK, NY 10152
    (ATTN: ELIHU INSELBUCH, ESQ. AND RITA C. TOBIN, ESQ.)

45. CAPLIN & DRYSADALE, CHARTERED
    ATTORNEYS FOR ASBESTOS CLAIMANTS' COMMITTEE
    ONE THOMAS CIRCLE, N.W., SUITE 1100
    WASHINGTON, DC 20005
    (ATTN: TREVOR W. SWETT III, ESQ. AND KEVIN C. MACLAY, ESQ.)

46. STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
    A PROFESSIONAL CORPORATION
    ATTORNEYS FOR DEAN M. TRAFELET
    2323 BYRAN STREET, SUITE 2200
    DALLAS, TX 75201
    (ATTN: SANDER L. ESSERMAN, ESQ. AND ROBERT T. BROUSSEAU, ESQ.)

47. MAX A. MOSELEY, ATTORNEY
    1901 6TH AVENUE N # 2900
    BIRMINGHAM, AL 35203-2622

48. DLA PIPER LLP
    ATTN: K. DENNISTON & J. NASSIRI
    550 SOUTH HOPE STREET,
    SUITE 2300
    LOS ANGELES, CALIFORNIA 90071-2678

49. PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY
    ATTN: DENISE A MERTZ
    TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT
    625. CHERRY STREET, ROOM 203
    READING PA 19602-1184

50. U.S. TRUSTEE
    UNITED STATES TRUSTEE
    33 WHITEHALL STREET
    21ST FLOOR
    NEW YORK, NY 10004

51. RAYTHEON TECHNICAL
    SERVICES COMPANY LLC
    ATTENTION LEE COOPER
    12160 SUNRISE VALLEY DRIVE
    SUITE 500
    RESTON, VA 20191