# EXHIBIT 2

**Email Address Service List:**

1. arbrown@mmm.com
2. blc@ashrlaw.com
3. david.boyle@airgas.com
4. dgolden@akingump.com
5. nlevine@akingump.com
6. pdublin@akingump.com
7. cbasler@alixpartners.com
8. dfish@allardfishpc.com
9. cwoodruff-neer@alpine-usa.com
10. Elizabeth.Spangler@arcadis-us.com
11. sullivan.james@arentfox.com
12. rothleder.jeffrey@arentfox.com
13. dowd.mary@arentfox.com
14. dgoing@armstrongteasdale.com
15. dladdin@agg.com
16. campbell.andrea@arentfox.com
17. jg5786@att.com
18. frank.white@agg.com
19. hwangr@michigan.gov
20. leslie.levy@nebraska.gov
21. bk-mbrowning@oag.state.tx.us
22. victoria.garry@ohioattorneygeneral.gov
23. raterinkd@michigan.gov
24. bk-kwalsh@oag.state.tx.us
25. przekopshaws@michigan.gov
26. neal.mann@oag.state.ny.us
27. jhutchinson@bakerlaw.com
28. rbernard@bakerlaw.com
29. wgibson@bakerlaw.com
30. mmoseley@bakerdonelson.com
31. summersm@ballardspahr.com
32. jgregg@btlaw.com
33. mark.owens@btlaw.com
34. rcpottinger@bslbv.com
35. ffm@bostonbusinesslaw.com
36. CSALOMON@BECKERGLYNN.COM
37. tgaa@bbslaw.com
38. anna.boelitz@bingham.com
39. jared.clark@bingham.com
40. jeffrey.sabin@bingham.com
41. robert.dombroff@bingham.com
42. jonathan.alter@bingham.com
43. mrichards@blankrome.com
44. ei@capdale.com
45. Kelbon@blankrome.com
46. JRumley@bcbsm.com
47. wgibson@bakerlaw.com
48. egoodman@bakerlaw.com
49. cdarke@bodmanllp.com
50. mbakst@bodmanllp.com
51. borgeslawfirm@aol.com
52. renee.dailey@bgllp.com
53. bwilliam@gklaw.com
54. rbrown@brownwhalen.com
55. bankruptcy.asbpo.asbdom@braytonlaw.com
56. JMcDonald@Briggs.com
57. wilkins@bwst-law.com
58. hall@bwst-law.com
59. soneal@cgsh.com

60. schristianson@buchalter.com
61. JKim@burkelaw.com
62. Gring@Burkelaw.com
63. Peter.Lee@bnsf.com
64. ccarson@burr.com
65. paige@bsplaw.com
66. sidorsky@butzel.com
67. fishere@butzel.com
68. seidel@butzel.com
69. fishere@butzel.com
70. radom@butzel.com
71. newman@butzel.com
72. cbblac@acxiom.com
73. john.rapisardi@cwt.com
74. douglas.mintz@cwt.com
75. zachary.smith@cwt.com
76. peter.friedman@cwt.com
77. rfiga@comlawone.com
78. rweinstein@cusa.canon.com
79. pvnl@capdale.com
80. rer@capdale.com
81. ei@capdale.com
82. rct@capdale.com
83. tws@capdale.com
84. kcm@capdale.com
85. brcy@carsonfischer.com
86. mweinczok@casselsbrock.com
87. alan@chapellassociates.com
88. ccahill@clarkhill.com
89. rgordon@clarkhill.com
90. BSUSKO@CGSH.COM
91. dbuell@cgsh.com
92. jbromley@cgsh.com
93. DGOTTLIEB@CGSH.COM
94. RLINCER@CGSH.COM
95. bceccotti@cwsny.com
96. goldberg@cwg11.com
97. chemrick@connellfoley.com
98. sfalanga@connellfoley.com
99. pretekin@coollaw.com
100. belkys.escobar@loudoun.gov
101. mbaxter@cov.com
102. sjohnston@cov.com
103. jcarberry@cl-law.com
104. lisa.wurster@dana.com
105. donald.bernstein@dpw.com
106. gm@dmms.com
107. msteen@daypitney.com
108. hryder@daypitney.com
109. rmeth@daypitney.com
110. adoshi@daypitney.com
111. info@dealertire.com
112. jpowers@debevoise.com
113. rfhahn@debevoise.com
114. james.moore@dechert.com
115. juliet.sarkessian@dechert.com
116. shmuel.vasser@dechert.com
117. CONTACT-OCFO@DOL.GOV
118. dmertz@state.pa.us
119. csweeney@dickinsonwright.com
120. dyitzchaki@dickinsonwright.com
121. jplemmons2@dickinsonwright.com

122. kewald@dickinsonwright.com
123. mchammer3@dickinsonwright.com
124. gdiconza@dlawpc.com
125. karol.denniston@dlapiper.com
126. jennifer.nassiri@dlapiper.com
127. kristin.going@dbr.com
128. stephanie.wickouski@dbr.com
129. Kristin.Going@dbr.com
130. ayala.hassell@hp.com
131. jwhitlock@eapdlaw.com
132. tak@elliottgreenleaf.com
133. rxza@elliottgreenleaf.com
134. george.sanderson@elliswinters.com
135. akatz@entergy.com
136. jmurch@foley.com
137. deisenberg@ermanteicher.com
138. eerman@ermanteicher.com
139. druhlandt@ermanteicher.com
140. mkogan@ecjlaw.com
141. ngoteiner@fbm.com
142. ppascuzzi@ffwplaw.com
143. rhuey@foley.com
144. mriopelle@foley.com
145. vavilaplana@foley.com
146. fdicastri@foley.com
147. jlee@foley.com
148. maiello@foley.com
149. sbarbatano@foley.com
150. shilfinger@foley.com
151. jsimon@foley.com
152. sseabolt@foley.com
153. fdicastri@foley.com
154. kcatanese@foley.com
155. klynch@formanlaw.com
156. fstevens@foxrothschild.com
157. tfawkes@freebornpeters.com
158. ahammer@freebornpeters.com
159. rgreenberg@dclawfirm.com
160. bguy@fbtlaw.com
161. mhaut@fulbright.com
162. lboydston@fulbright.com
163. lstrubeck@fulbright.com
164. lboydston@fulbright.com
165. mparker@fulbright.com
166. drosenzweig@fulbright.com
167. jrabin@fulbright.com
168. lawrence.s.buonomo@gm.com
169. prachmuth@gerstensavage.com
170. dcrapo@gibbonslaw.com
171. dfeldman@gibsondunn.com
172. mjwilliams@gibsondunn.com
173. dcg@girardgibbs.com
174. ajd@girardgibbs.com
175. Glenn.Reisman@ge.com
176. tnixon@gklaw.com
177. candres@gklaw.com
178. kstadler@gklaw.com
179. bdelfino@ghsllp.com
180. jberlage@ghsllp.com
181. bhoover@goldbergsegalla.com
182. cbelter@goldbergsegalla.com
183. dfurth@golenbock.com

184. jflaxer@golenbock.com
185. bmehlsack@gkllaw.com
186. drosner@goulstonstorrs.com
187. gkaden@goulstonstorrs.com
188. Zirinskyb@gtlaw.com
189. Kadisha@gtlaw.com
190. Mitchelln@gtlaw.com
191. hpatwardhan@hahnhessen.com
192. jdivack@hahnhessen.com
193. dademarco@hahnlaw.com
194. ldpowar@hahnlaw.com
195. jdyas@halperinlaw.net
196. cbattaglia@halperinlaw.net
197. info@harmanbecker.de
198. solson@hausfeldllp.com
199. dmueller@colemanlawfirm.com
200. SJakubowski@colemanlawfirm.com
201. jonathan.hook@haynesboone.com
202. patrick.hughes@haynesboone.com
203. peter.ruggero@haynesboone.com
204. charles.beckham@haynesboone.com
205. brooks.hamilton@haynesboone.com
206. judith.elkin@haynesboone.com
207. matthew.russell@haynesboone.com
208. bshort@hsblawfirm.com
209. sselbst@herrick.com
210. prubin@herrick.com
211. ecurrenti@hess.com
212. Ramona.neal@hp.com
213. amy.chipperson@hp.com
214. tcurran@haslaw.com
215. skatzoff@hblaw.com
216. skatzoff@hblaw.com
217. sagolden@hhlaw.com
218. bjgrieco@hhlaw.com
219. tsherick@honigman.com
220. jsgroi@honigman.com
221. rweiss@honigman.com
222. jrhunter@hunterschank.com
223. tomschank@hunterschank.com
224. anne.boudreau@ic.gc.ca
225. rgriffin@iuoe.org
226. memberservices@iuawfcu.com
227. nganatra@uaw.net
228. mneier@ibolaw.com
229. jlsaffer@jlsaffer.com
230. rkruger@jaffelaw.com
231. dmurray@jenner.com
232. ptrostle@jenner.com
233. jboyles@jhvgglaw.com
234. mam@johnstonbarton.com
235. eric.moser@klgates.com
236. jeff.rich@klgates.com
237. rsmolev@kayescholer.com
238. jstitt@kmklaw.com
239. twilson@kelley-ferraro.com
240. KDWBankruptcyDepartment@kelleydrye.com
241. sjennik@kjmlabor.co
242. tmurray@kjmlabor.com
243. pwh@krwlaw.com
244. jed@krwlaw.com
245. ecf@kaalaw.com

4

246. MBranzburg@klehr.com
247. jwe@kjk.com
248. jmacyda@kotzsangster.com
249. fberg@kotzsangster.com
250. jsharret@kramerlevin.com
251. lmacksoud@kramerlevin.com
252. rschmidt@kramerlevin.com
253. tmayer@kramerlevin.com
254. acaton@kramerlevin.com
255. mws@kompc.com
256. psm@kompc.com
257. dmb@kompc.com
258. abruski@lambertleser.com
259. scook@lambertleser.com
260. Adam.Goldberg@lw.com
261. Robert.Rosenberg@lw.com
262. gabriel.delvirginia@verizon.net
263. sheehan@txschoollaw.com
264. larrykraines@gmail.com
265. michael.conway@leclairryan.com
266. michael.hastings@leclairryan.com
267. rstroup@lrbpc.com
268. rbarbur@lrbpc.com
269. shepner@lrbpc.com
270. klewis@lewispllc.com
271. dallas.bankruptcy@publicans.com
272. houston_bankruptcy@publicans.com
273. austin.bankruptcy@publicans.com
274. jashley@lockelord.com
275. kwalsh@lockelord.com
276. ilevee@lowenstein.com
277. steele@lowenstein.com
278. metkin@lowenstein.com
279. khk@maddinhauser.com
280. msl@maddinhauser.com
281. smatta@mattablair.com
282. dhartheimer@mazzeosong.com
283. cstanziale@mccarter.com
284. jtesta@mccarter.com
285. kab@mccarthylebit.com
286. rrk@mccarthylebit.com
287. gbragg@mvbalaw.com
288. sveselka@mvbalaw.com
289. mreed@mvbalaw.com
290. cdorkey@mckennalong.com
291. cgraham@mckennalong.com
292. jmayes@mckennalong.com
293. lamme@mltw.com
294. privitera@mltw.com
295. elobello@msek.com
296. hkolko@msek.com
297. gardinerk@michigan.gov
298. msholmes@cowgillholmes.com
299. gillcr@michigan.gov
300. funds@michigan.gov
301. wcacinfo@michigan.gov
302. skhalil@milbank.com
303. tlomazow@milbank.com
304. mbarr@milbank.com
305. ecfsarbt@millerjohnson.com
306. ecfwolfordr@millerjohnson.com
307. hutchinson@millercanfield.com

308. robbins@millercanfield.com
309. fusco@millercanfield.com
310. swansonm@millercanfield.com
311. pricotta@mintz.com
312. sdnyecf@dor.mo.gov
313. joneil@mmwr.com
314. nramsey@mmwr.com
315. AGOTTFRIED@MORGANLEWIS.COM
316. RTODER@MORGANLEWIS.COM
317. eliu@morganlewis.com
318. hbeltzer@morganlewis.com
319. rmauceri@morganlewis.com
320. bankruptcy@morrisoncohen.com
321. jbaden@motleyrice.com
322. jrice@motleyrice.com
323. jgilbert@motleyrice.com
324. TStenger@alixpartners.com
325. CMcManus@muchshelist.com
326. mkoks@munsch.com
327. rsox@dealerlawyer.com
328. nwbernstein@nwbllc.com
329. dsammons@nagelrice.com
330. dbrody@borahgoldstein.com
331. Gkelly@narmco.com
332. jrice@nagelrice.com
333. george.cauthen@nelsonmullins.com
334. peter.haley@nelsonmullins.com
335. cameron.currie@nelsonmullins.com
336. Maureen.Leary@oag.state.ny.us
337. Susan.Taylor@oag.state.ny.us
338. steven.koton@ag.ny.gov
339. cmomjian@attorneygeneral.gov
340. Info@AndrewCuomo.com
341. lucas.ward@ohioattorneygeneral.gov
342. MJR1@westchestergov.com
343. Michelle.sutter@ohioattorneygeneral.gov
344. RWYRON@ORRICK.COM
345. RFRANKEL@ORRICK.COM
346. rlawrence@orrick.com
347. jansbro@orrick.com
348. rwyron@orrick.com
349. email@orumroth.com
350. tsandler@osler.com
351. DWALLEN@OSHR.COM
352. OSHR-GM-bk@oshr.com
353. JHELFAT@OSHR.COM
354. SSOLL@OSHR.COM
355. chipford@parkerpoe.com
356. mphillips@paulweiss.com
357. bhermann@paulweiss.com
358. arosenberg@paulweiss.com
359. harveystrickon@paulhastings.com
360. jkoevary@paulweiss.com
361. akornberg@paulweiss.com
362. ipohl@paulweiss.com
363. rzubaty@paulweiss.com
364. mphillips@paulweiss.com
365. bhermann@paulweiss.com
366. arosenberg@paulweiss.com
367. pweintraub@paulweiss.com
368. sshimshak@paulweiss.com
369. maricco.michael@pbgc.gov

370. caseyl@pepperlaw.com
371. toolee@pepperlaw.com
372. jaffeh@pepperlaw.com
373. nogglel@pepperlaw.com
374. kayesd@pepperlaw.com
375. ebcalvo@pbfcm.com
376. joy.e.tanner@altria.com
377. carignanj@pepperlaw.com
378. tsadutto@platzerlaw.com
379. dlerner@plunkettcooney.com
380. mfleming@plunkettcooney.com
381. dbernstein@plunkettcooney.com
382. rmschechter@pbnlaw.com
383. jsmairo@pbnlaw.com
384. fp@previant.com
385. rmcneill@potteranderson.com
386. tbrown-edwards@potteranderson.com
387. dbaldwin@potteranderson.com
388. sjg@previant.com
389. rpatel@pronskepatel.com
390. aberkowitz@proskauer.com
391. srutsky@proskauer.com
392. Christopher.Combest@quarles.com
393. Faye.Feinstein@quarles.com
394. jrabinowitz@rltlawfirm.com
395. rrm_narumanchi@hotmail.com
396. stingey@rqn.com
397. Lee_Cooper@raytheon.com
398. eschaffer@reedsmith.com
399. kgwynne@reedsmith.com
400. cfelicetta@reidandriege.com
401. tlzabel@rhoadesmckee.com
402. rmallenski@aol.com
403. richardnotice@rwmaplc.com
404. mfriedman@rkollp.com
405. jshickich@riddellwilliams.com
406. akress@riker.com
407. akress@riker.com
408. rkchevysales@rkautogroup.net
409. judith.adler@us.bosch.com
410. rsmith@cniinc.cc
411. rpm@robinsonbrog.com
412. aleffert@rwolaw.com
413. kstrickland@rmkb.com
414. pbosswick@ssbb.com
415. cbelmonte@ssbb.com
416. aisenberg@saul.com
417. jhampton@saul.com
418. tcurrier@saul.com
419. glee@schaferandweiner.com
420. rheilman@schaferandweiner.com
421. bdeutsch@schnader.com
422. bbressler@schnader.com
423. adam.harris@srz.com
424. david.karp@srz.com
425. mschonfeld@gibsondunn.com
426. dlin@seyburn.co
427. bshaw100@shawgussis.com
428. jfrizzley@shearman.com
429. fsosnick@shearman.com
430. bwolfe@sheppardmullin.com
431. mcademartori@sheppardmullin.com

432. kkansa@sidley.com
433. etillinghast@sheppardmullin.com
434. achaykin@shinnfuamerica.com
435. avery@silvermanmorris.com
436. ARosen@SilvermanAcampora.com
437. DMACK@STBLAW.COM
438. PPANTALEO@STBLAW.COM
439. mshriro@singerlevick.com
440. levick@singerlevick.com
441. kayalyn.marafioti@skadden.com
442. jack.butler@skadden.com
443. nboehler@cbmlaw.com
444. cmeyer@ssd.com;
445. tcornell@stahlcowen.com
446. ccaldwell@starkreagan.com
447. wpayne@stemberfeinstein.com
448. EDOYLE@STEMBERFEINSTEIN.COM;
449. JSTEMBER@STEMBERFEINSTEIN.COM
450. EFEINSTEIN@STEMBERFEINSTEIN.COM
451. shgross5@yahoo.com
452. cbullock@sbplclaw.com
453. sgoll@sbplclaw.com
454. bmeldrum@stites.com
455. nashvillebankruptcyfilings@stites.com
456. streusand@streusandlandon.com
457. newton@sbep-law.com
458. d'apice@sbep-law.com
459. hartwick@sbep-law.com
460. esserman@sbep-law.com
461. brousseau@sbep-law.com
462. cbodell@sandw.com
463. jgroves@sandw.com
464. azuccarello@sandw.com
465. jdarcey@sandw.com
466. rhiersteiner@sandw.com
467. dselwocki@swappc.com
468. jteitelbaum@tblawllp.com
469. marvin.clements@ag.tn.gov
470. lischen@tcwtgn.com
471. djr@thecreditorslawgroup.com
472. barbara_keane@gardencitygroup.com
473. casey.roy@oag.state.tx.us
474. dkowich@umich.edu
475. rbrownlee@thompsoncoburn.com
476. jesse@tipotexchevrolet.com
477. mgamell@tlggr.com
478. tmartin@torys.com
479. abauer@torys.com
480. sdellafera@trenklawfirm.com
481. BRETT.GOODMAN@TROUTMANSANDERS.COM
482. jeffrey.kelley@troutmansanders.com
483. paula.christ@trw.com
484. JOSEPH.SAMARIAS@DO.TREAS.GOV
485. mkilgore@up.com
486. djury@usw.org
487. MJEDELMAN@VEDDERPRICE.COM
488. MSchein@vedderprice.com
489. MJEdelman@vedderprice.com
490. lakatz@venable.com
491. roran@velaw.com
492. tscobb@vorys.com
493. gtoering@wnj.com

494. crusemg@wnj.com
495. sgrow@wnj.com
496. rbarrows800@gmail.com
497. rbarrows@wdblaw.com
498. HARVEY.MILLER@WEIL.COM
499. JOSEPH.SMOLINSKY@WEIL.COM
500. STEPHEN.KAROTKIN@WEIL.COM
501. karpek@whiteandwilliams.com
502. young@wildman.com
503. dockterman@wildman.com
504. dpacheco@wilentz.com
505. laccarrino@wilentz.com
506. uncbill@msn.com
507. dennis.jenkins@wilmerhale.com
508. melanie.dritz@wilmerhale.com
509. philip.anker@wilmerhale.com
510. cschreiber@winston.com
511. mcohn@winston.com
512. mbotica@winston.com
513. sschwartz@winston.com
514. wdcoffeylaw@yahoo.com
515. swolfson@wolfsonbolton.com
516. jwyly@wylyrommel.com
517. bleinbach@zeklaw.com
518. skrause@zeklaw.com
519. MICHELE.MEISES@WEIL.COM
520. wallace@millercanfield.com