Hearing Date: TBD

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
Jordan A. Wishnew

*Attorneys for Citigroup Global Markets Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a General Motors Corp., *et al.*;<br><br>Debtors. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### JOINDER OF CITIGROUP GLOBAL MARKETS INC. TO RESPONSE OF CERTAIN NOTEHOLDERS IN OPPOSITION TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED OBJECTION TO CLAIMS FILED BY GREEN HUNT WEDLAKE, INC., AND NOTEHOLDERS OF GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY AND MOTION FOR OTHER RELIEF

Citigroup Global Markets Inc. ("CGMI"), by and through its undersigned counsel, submits this joinder to the response dated December 13, 2010 (the "Noteholders' Response") [Docket No. 8104], filed by Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC in opposition to the Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed By Green Hunt Wedlake, Inc., and Noteholders of General Motors Nova Scotia Finance Company (the "Claims Objection"). In support of its joinder, CGMI respectfully submits as follows:

ny-954484

CGMI currently holds both (i) the 8.375% Guaranteed Notes due December 7, 2015 (the "2015 Notes") and (ii) the 8.875% Guaranteed Notes due July 10, 2023 (the "2023 Notes"). CGMI reviewed the Noteholders' Response to the Claims Objection and supports the arguments set forth in the Noteholders' Response.  Like the Noteholders, CGMI asserts that the Guaranty Claims[1] and the Wind-Up Claim are separate, non-duplicative claims that should be allowed by the Court.  Accordingly, CGMI hereby joins in the Noteholders' Response and respectfully requests that the Court overrule the Claims Objection and allow the Guaranty Claims and the Wind-Up Claim, as filed.

Dated: New York, New York
       December 14, 2010

        MORRISON & FOERSTER LLP

        */s/ Lorenzo Marinuzzi*
        Lorenzo Marinuzzi
        Jordan A. Wishnew
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, New York 10104
        Tel.: (212) 468-8000
        Fax.: (212) 468-7900

        *Attorneys for Citigroup Global Markets Inc.*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Noteholders' Response.

ny-954484