CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Peter A. Jackson
Joel D. Applebaum
pjackson@clarkhill.com
japplebaum@clarkhill.com
(248) 642-9692

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, ) | (Jointly Administered) |
| f/k/a GENERAL MOTORS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Debtors. ) | |

**NOTICE OF CONTINUED PERFECTION**
**OF EAGLE EXCAVATION, INC.'S CONSTRUCTION LIEN**

Under 11 U.S.C. § 546(b)(2), Eagle Excavation, Inc. hereby notifies the Debtors, including Motors Liquidation Company (f/k/a General Motors Corporation) and Environmental Corporate Remediation Company, Inc., of the continued perfection of the construction lien described in the Claim of Lien recorded with the Genesee County, Michigan Register of Deeds on December 16, 2009, a copy of which is attached as Exhibit A.

                                          Respectfully submitted,

                                          CLARK HILL PLC

                                          /s/ Joel D. Applebaum
                                          Joel D. Applebaum
                                          Peter A. Jackson
                                          151 S. Old Woodward Avenue, Suite 200
                                          Birmingham, Michigan 48009
                                          (248) 642-9692
                                          japplebaum@clarkhill.com
                                          pjackson@clarkhill.com

Date: December 15, 2010                            Counsel to Eagle Excavation, Inc., solely for
                                          purpose of filing this Notice

6837793.2 27898/130257

# EXHIBIT A

2009121600679111    12/16/2009
P:1 of 3    F:$20.00    10:52AM
Rosalyn Bogardus    T20090028854
Genesee County Register    MLPAUL

GEN. CO. REGISTER OF DEEDS
RECEIVED

2009 DEC 16 A 10: 50

## CLAIM OF LIEN

Notice is hereby given that on or about the 14th day of September, 2009, Eagle Excavation, Inc. of 4295 Holiday Drive, Flint, Michigan 48507 first provided labor or material pursuant to a contract with E & L Construction Co., P.O. Box 418, Flint, Michigan 48501 for labor and materials for property owned by GM WFG Construction, Legal Support, PCC Central MC 483-520-197, 2000 Centerpoint Parkway, Pontiac, Michigan 48341 (Genesee County), described as:

See attached Legal Description

The last day of providing labor or material on the project was November 14, 2009. The total contract amount, including extras is: $156,000.00. Lien claimant has been paid $00.00.

As such, the lien claimant claims a construction lien upon the above-described real property in the amount of $156,000.00, plus interest from the date first due.

Dated: December 15, 2009.

EAGLE EXCAVATION, INC.

By: Paul J. Goyette
Its: Attorney

State of Michigan )
                 )ss
County of Genesee)

The foregoing instrument was acknowledged before me this 15th day of December, 2009 by Paul J. Goyette.

Andrea L. Snyder, Notary Public
Shiawassee County, acting in
Genesee County, Michigan
My Commission Expires: 6/14/13

PREPARED BY AND AFTER RECORDED RETURN TO:
PAUL J. GOYETTE (P-41579)
G-5111 W. Bristol Road, Suite A
Flint, Michigan 48507 (810) 230-1400

Z:\ALL DOCS\WPDOCS\ANDREA\CIVIL\CLAIM.LIE\EAGLE-GM ENCORE-E & L CONSTRUCTION-COL.doc

## PROOF OF SERVICE OF CLAIM OF LIEN

STATE OF MICHIGAN )
                  )ss
COUNTY GENESEE    )

    Paul J. Goyette, being duly sworn, says that on the __15__ day of December, 2009, in the County of Genesee he served a true copy of the attached Claim of Lien, a copy of which is attached hereto on E & L Construction Co., P.O. Box 418, Flint, Michigan 48501, GM WFG Construction, Legal Support, PCC Central MC 483-520-197, 2000 Centerpoint Parkway, Pontiac, Michigan 48341, enclosing the same in a sealed envelope, plainly by certified mail, return receipt requested, with all fees fully prepaid.

    And further this deponent says naught.

                                                    _____
                                                  Paul J. Goyette

    The foregoing instrument was acknowledged before me this 15th day of December, 2009, by Paul J. Goyette.

_____
Andrea L. Snyder, Notary Public
Shiawassee County, acting in
Genesee County, Michigan
My Commission Expires: 6/14/13

Z:\ALL DOCS\WPDOCS\ANDREA\CIVIL\CLAIM.LIE\EAGLE-GM ENCORE-E & L.POS.DOC

# EXHIBIT "A"
# LEGAL DESCRIPTION

Lots 6 thru 10, 19 thru 29, 37 thru 56, 64 thru 79, 86 thru 101; also that part of Lots 11, 30, 57, 80 and 105 lying westerly of following described line; Beginning at a point on the northerly line of said Lot 105, 20.00 feet easterly from the northwesterly corner of said Lot; thence southerly to a point on the northerly line of said Lot 80, as originally platted, 20.00 feet easterly from the northwesterly corner of said Lot 80; thence southerly to the northeasterly corner of said Lot 57; thence southerly to a point on the centerline of Easy Street 827.75 feet easterly from the easterly line of St. John Street; thence S 12°44'01" W 532.18 feet; thence along a curve to the left having a radius of 1050.00 feet, a chord bearing and distance of S 11°38'56" W 39.75 feet; thence S 10°33'52" W 271.60 feet to the northerly line of Leith Street as now established, for P.O.E.; all in "Northern Addition to Fairview", Liber 3 of Plats, page 34; also a contiguous part of "River Addition to Fairview", Liber 3 of Plats, page 20A, described as: Lots 1 thru 8, 19 thru 26, Block 14; also Lots 1 thru 17, 36 thru 47; also that part of Lots 18, 19 and 35, all in Block 15 lying westerly of the following described line; Beginning at a point on the northerly line of Lot 105 of Northern Addition to Fairview, 20.00 feet easterly from the northwesterly corner of said Lot; thence southerly to a point on the northerly line of Lot 80, as originally platted, of said subdivision, 20.00 feet easterly from the northwesterly corner of said Lot 80; thence southerly to the northeasterly corner of Lot 57 of said subdivision; thence southerly to a point on the centerline of Easy Street 827.75 feet easterly from the easterly line of St. John Street; thence S 12°44'01" W 532.18 feet; thence along a curve to the left having a radius of 1050.00 feet, a chord bearing & distance of S 11°38'56" W 39.75 feet; thence S 10°33'52" W 271.60 feet to the northerly line of Leith Street as now established, for P.O.E.; also Lots 1 thru 16; Lots 45 & 46; also that part of Lots 17, 35, 36, 37, 38, 39, 40, 41, 42, 43 & 44, all in Block 16 lying northerly and westerly of the following described line: Commencing at a point on the easterly line of St. John Street, 73.00 feet, N 01°01'43" W from the southwesterly corner of Lot 5, Block 14 of said subdivision; thence N 88°56'12" E along the centerline of vacated Easy Street, 831.53 feet to the westerly line of St. John Parkway for a P.O.B.; thence S 12°44'01' W along said westerly line 532.18 feet; thence along a curve to the left having a radius of 1050.00 feet, a chord bearing & distance of S 11°38'56" W 39.75 feet; thence S 10°33'52" W 271.60 feet to the northerly line of Leith Street as now established; thence S 88°55'56" W along said northerly line, 641.62 feet to the easterly line of St. John Street for P.O.E.; also a contiguous part of "Buick Heights", Liber 3 of Plats, page 25, described as: Lots 88 thru 91; also Lot 87 except the westerly 31.00 feet; also a contiguous part of Fairview, being a subdivision of part of Lots 10, 11, 12, 13 and 14, Section 1, "Smith's Reservation", Liber 55 of Plats, page 435, described as: Lots 1 thru 18, Block 7; also Lots 1 thru 7, Block 8; also Lots 1 thru 13, Block 9; also Lots 1 and 4; also Lots 2 & 3, Block 10 except that part lying westerly and northerly of the following described line: Beginning at a point on the southerly line of Everett Street, 246.65 feet, S 39°01'32" W from its intersection with the westerly line of St. John Street; thence S 10°56'51" W 48.87 feet; thence N 80°35'39" W 25.00 feet to P.O.E. on the centerline of vacated Michigan Avenue; also part of Block 11 described as: Lots 3 thru 21; also part of Lot 2 lying southerly of the following described line: Beginning at a point on the westerly line of said Lot 2, 10.00 feet S 10°56'51" W from the northwesterly corner of said Lot; thence S 80°35'39" E 165.24 feet for a P.O.E.

# EXHIBIT "A"
# LEGAL DESCRIPTION

Lots 6 thru 10, 19 thru 29, 37 thru 56, 64 thru 79, 86 thru 101; also that part of Lots 11, 30, 57, 80 and 105 lying westerly of following described line; Beginning at a point on the northerly line of said Lot 105, 20.00 feet easterly from the northwesterly corner of said Lot; thence southerly to a point on the northerly line of said Lot 80, as originally platted, 20.00 feet easterly from the northwesterly corner of said Lot 80; thence southerly to the northeasterly corner of said Lot 57; thence southerly to a point on the centerline of Easy Street 827.75 feet easterly from the easterly line of St. John Street; thence S 12°44'01" W 532.18 feet; thence along a curve to the left having a radius of 1050.00 feet, a chord bearing and distance of S 11°38'56" W 39.75 feet; thence S 10°33'52" W 271.60 feet to the northerly line of Leith Street as now established, for P.O.E.; all in "Northern Addition to Fairview", Liber 3 of Plats, page 34; also a contiguous part of "River Addition to Fairview", Liber 3 of Plats, page 20A, described as: Lots 1 thru 8, 19 thru 26, Block 14; also Lots 1 thru 17, 36 thru 47; also that part of Lots 18, 19 and 35, all in Block 15 lying westerly of the following described line; Beginning at a point on the northerly line of Lot 105 of Northern Addition to Fairview, 20.00 feet easterly from the northwesterly corner of said Lot; thence southerly to a point on the northerly line of Lot 80, as originally platted, of said subdivision, 20.00 feet easterly from the northwesterly corner of said Lot 80; thence southerly to the northeasterly corner of Lot 57 of said subdivision; thence southerly to a point on the centerline of Easy Street 827.75 feet easterly from the easterly line of St. John Street; thence S 12°44'01" W 532.18 feet; thence along a curve to the left having a radius of 1050.00 feet, a chord bearing & distance of S 11°38'56" W 39.75 feet; thence S 10°33'52" W 271.60 feet to the northerly line of Leith Street as now established, for P.O.E.; also Lots 1 thru 16; Lots 45 & 46: also that part of Lots 17, 35, 36, 37, 38, 39, 40, 41, 42, 43 & 44, all in Block 16 lying northerly and westerly of the following described line: Commencing at a point on the easterly line of St. John Street, 73.00 feet, N 01°01'43" W from the southwesterly corner of Lot 5, Block 14 of said subdivision; thence N 88°56'12" E along the centerline of vacated Easy Street, 831.53 feet to the westerly line of St. John Parkway for a P.O.B.; thence S 12°44'01' W along said westerly line 532.18 feet; thence along a curve to the left having a radius of 1050.00 feet, a chord bearing & distance of S 11°38'56" W 39.75 feet; thence S 10°33'52" W 271.60 feet to the northerly line of Leith Street as now established; thence S 88°55'56" W along said northerly line, 641.62 feet to the easterly line of St. John Street for P.O.E.; also a contiguous part of "Buick Heights", Liber 3 of Plats, page 25, described as: Lots 88 thru 91; also Lot 87 except the westerly 31.00 feet; also a contiguous part of Fairview, being a subdivision of part of Lots 10, 11, 12, 13 and 14, Section 1, "Smith's Reservation", Liber 55 of Plats, page 435, described as: Lots 1 thru 18, Block 7; also Lots 1 thru 15, Block 8; also Lots 1 thru 13, Block 9; also Lots 1 and 4; also Lots 2 & 3, Block 10 except that part lying westerly and northerly of the following described line: Beginning at a point on the southerly line of Everett Street, 246.65 feet, S 89°01'32" W from its intersection with the westerly line of St. John Street; thence S 10°56'51" w 48.87 feet; thence N 80°35'39" W 25.00 feet to P.O.E. on the centerline of vacated Michigan Avenue; also part of Block 11 described as: Lots 3 thru 21; also part of Lot 2 lying southerly of the following described line: Beginning at a point on the westerly line of said Lot 2, 10.00 feet S 10°56'51" W from the northwesterly corner of said Lot; thence S 80°35'39" E 165.24 feet for a P.O.!