**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re**

      **Motors Liquidation Company**              **In Proceedings For A**
              **Debtor.**                          **Reorganization Under**
                                                               **Chapter 11**
                                                                **Case No: 09-50026 (REG)**

-----------------------------------------------------------X


## CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, **December 14, 2010**, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.