**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | |
|---|---|
| In re                                                                                              : | Chapter 11 |
|                                                                                                       : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*,                 : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*                              : | |
|                                                                                                       : | |
|                                                   Debtors.                                : | (Jointly Administered) |

------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

This is to certify that on December 13, 2010, I caused to be served true and correct copies of the *Application by General Motors LLC for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure for an Order Granting Leave to File an Exhibit to a Proposed Stipulation and Order Under Seal,* (with Exhibit A, Proposed Order), by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email at the last known addresses as indicated on Exhibit A.

Dated: December 16, 2010
           New York, New York

                                                                                    Respectfully submitted,

                                                                                    /s/ Scott Davidson
                                                                                    Arthur Steinberg
                                                                                    Scott Davidson
                                                                                    KING & SPALDING LLP
                                                                                    1185 Avenue of the Americas
                                                                                    New York, New York  10036
                                                                                    Telephone:  (212) 556-2100
                                                                                    Facsimile:  (212) 556-2222
                                                                                    Attorneys for General Motors LLC
                                                                                    f/k/a General Motors Company

# EXHIBIT A

**Johnny L. Domiano, Jr., Esq.**
701 Poydras Street
Ste 4500
New Orleans, LA 70139
jdomiano@arlaw.com

**Jeffrey A. Cooper, Esq.**
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
jcooper@carellabyrne.com
**Marc D. Miceli, Esq.**
mmiceli@carellabyrne.com