P.O. Box 1782
Montgomery, AL 36102
December 7, 2010

Clerk"s Office, The Honorable Judge
United States Bankruptcy Court
One Bowling Green, New York, N.Y. 10004

Dear Sir:

I am writing to you concerning the bankruptcy case of General Motors. I am a bondholder of the old GM. I have one bond debenture of $20,000. face value, and another for 14,000. I have been following the IPO of General Motors. I had assumed, that bondholders would receive 10% of the new GM plus warrants for additional value. Upon my initial investigation, I was informed that the IPO had nothing to do with the bondholders. Correct me if I am wrong. I thought GM emerged from bankruptcy already. The government was a creditor. How did it get its share?

When will all of this end? I would like to get closure. Then, I may be able to heal. I am not wealthy by any stretch, and I invested in investment grade GM bond debentures. Please don't allow GM to walk away from just debts. We, bondholders, need something tangible, reliable, on which to rely. We are currently receiving nothing tangible or otherwise. Excuse me, but I am from the "old school", where a man's word is his bond.

Please look into this matter for me. Any help you may be able to render will definitely be appreciated. Perhaps the judge in this case may be able to shed some light on my concerns. I look forward to hearing from you very soon.

                                                Kind regards,

                                                Herbert C. Boswell
                                                My broker (MORGAN KEEGAN)

cc: GM

HCB