

**New York State Department of Labor**
David A Paterson, *Governor*
Colleen C. Gardner, *Commissioner*

UNEMPLOYMENT INSURANCE DIVISION

December 3, 2010

Clerk of Court
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Re: GENERAL MOTORS CORPORATION
ER# 38-70134
BANKRUPTCY# 09-50026

Dear Sir:

We hereby withdraw our Priority Claim which was dated 6/15/2009 for $5,750.66.

Very truly yours,

Lisa Pearson
Tax Compliance Agent 2
(518)485-6100

LP:lp
cc: STEPHEN KAROTKIN



STATE OF NEW YORK  
DEPARTMENT OF LABOR  
Unemployment Insurance Division  
Governor W. Averell Harriman State Office Building Campus  
Building 12, Room 256  
Albany, New York 12240  

/ FILE  
Insolvency  

DATED: 06/15/09      001577 416001

ARRANGEMENT #09-50026

EMPLOYER REG. NO.: 38-70134 1

**LIQUIDATED PRIORITY CLAIM FOR UNEMPLOYMENT TAXES DUE**

CLERK OF THE COURT  
U.S. BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
ONE BOWLING GREEN  
NEW YORK, NY 10004-0000  



IN THE MATTER OF:  
GENERAL MOTORS CORPORATION

Lisa Pearson is an agent of the New York State Department of Labor, Unemployment Insurance Division, and is authorized to make this claim on behalf of the Commissioner of Labor of the State of New York pursuant to Article 18 of the Labor Law of the State of New York.

The debtor is liable to the New York State Department of Labor in the sum of $5,750.66 representing unpaid unemployment insurance taxes. The PRIORITY CLAIM for this debt, with interest computed to the date of petition, is as follows:

| PERIOD FROM/TO | A/E | Contributions | Section 581D Assessment | Accrued Interest | Posted Interest | Penalty | WARRANT/SECURED |
|---|---|---|---|---|---|---|---|
| 01/01/09-03/31/09 | A | | | | $5,750.66 | | ☐ |
| | | Total: | | $5,750.66 | | | |

A - Actual Returns Filed    E - Estimated, no return filed

No part of this debt has been paid. There are no set-offs or counterclaims.

This claim is asserted as secured for any periods checked by virtue of warrants filed for those periods.

All checks in satisfaction of this claim should be made payable to NYS Unemployment Insurance and forwarded to the NYS Department of Labor, Insolvency Unit, at the address indicated above.

Commissioner of Labor

*Lisa Pearson* (signature)

By: Lisa Pearson  
Tax Compliance Agent 2  
Unemployment Insurance Division

Indicate Acknowledgement Date

Claim Number Assigned _____



Telephone (518) 485-6100    lisa.pearson@labor.state.ny.us    Fax (518) 457-3256  
IA37.1P(9-01)