UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| MOTORS LIQUIDATION COMPANY, ) | Case No. 09-50026 (REG) |
| *et al.*, f/k/a *GENERAL MOTORS CORP,* ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that she is an employee of Clark Hill PLC and that on December 15, 2010 a Notice of Continued Perfection of E & L Construction Group, Inc.'s Construction Lien was filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

December 16, 2010            Clark Hill PLC

By: /s/ *Secret S. Washington*
Secret S. Washington
151 S. Old Woodward Ave, Suite 200
Birmingham, MI  48009
313-965-8255
dcsecretstarr@yahoo.com