# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | PAEZ, NIURKA <br> ALTERS BOLDT BROWN RASH & CULMO PA <br> MIAMI DESIGN DISTRICT 4141 NE 2ND AVENUE SUITE 201 <br> MIAMI, FL 33137 |
| Claim Number (if known): | 26824 |
| Date Claim Filed: | 11/16/2009 |
| Total Amount of Claim Filed: | $5,000,000.00 |

RECEIVED DEC 13 2010 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/10/10

Print Name: Niurka Paez

Title (if applicable): _____

1