# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

GENERAL MOTORS CORP., ET AL.,

DEBTORS.



CASE# 09-50026

## MOTION FOR A TELEPHONIC HEARING

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

HEREBY, PLAINTIFF SHERIF RAFIK KODSY, STATES THAT THERE IS A PENDING CIVIL APPEAL IN THE FOURTH DISTRICT COURT OF APPEALS, IN AND FOR PALM BEACH COUNTY, FLORIDA.

THE CASE NO. 2009 CA 11174 AH, IS NOW CASE NO. 4TH DCA#: 4D10-4772, WAS FILED WITH THE CLERK OF THE COURT OF THE FIFTTEENTH JUDICIAL CIRCUIT ON 12/08/2010.

PLAINTIFF IS NOW A HANDICAPPED AND IS PHYSICALLY IMPAIRED TO TRAVEL DUE TO THE PROLONGED EXPOSURES OF ELEVATED VIBRATION WHICH WAS DETECTED AND WAS ALLEGED TO BE A COMMON TRAIT FOR AN OFF ROAD VEHICLE THAT WAS NOT GOVERNED BY THE 50 STATE EMISSIONS, WHICH WAS A DISCONTINUED PRODUCT A "HUMMER H2", AND THE

1

DEFENDANTS' NEVER TESTED THE EXPOSURE LEVELS TO WARN ITS USER, BEFORE OR AFTER ITS SALE, INSTEAD THE DEFENDANTS' PORTRAYED FRAUD THROUGH CONTINUED MALICE, IGNORANCE, GROSS NEGLIGENCE AND CONSPIRACY TO DISCRIMINATE UPON SHERIF KODSY, WHICH WAS WITH PREJUDICE AND WITH CARELESS DISREGARD FOR HUMAN SAFETY AND HEALTH OF ITS PROLONGED OCCUPANT THROUGH CONSPIRACY WITH ITS AUTHORIZED DEALERS THAT DOCUMENTED THE SUSPECTED REPAIRS AND ELEVATED CONDITION WITH MALICE AND FRAUD WITHOUT ANY CONFORMED STANDARDS OR BIOMECHANICAL MEASUREMENTS.

THE DEFENDANTS FURTHER CONSPIRED, BRIBED AND MANIPULATED WITNESSES AND OFFICIALS.

PLAINTIFF REQUESTS CONSIDERATION TO BE ALLOWED TO RECOVER FROM THE NEW OWNERS, MOTORS LIQUIDATION COMPANY, AS THERE ARE SEVERAL PERMANENT INJURIES THAT WERE A RESULT OF THE TRANSMITED VIBRATION SURGES FOR SEVERAL HOURS AT A TIME, DAILY, WHICH DEVELOPED AND CAUSED MANY NEUROLOGICAL DISORDERS, HIGH BLOOD PRESSURE, MIGRAIN HEADACHES, A BRAIN INJURY, A LEFT KNEE INJURY AND AN UMBILICAL HERNIA, WHICH WAS IN ADDITTION TO

PRE-EXISTING INJURIES OF A BACK HERNIA, A NECK HERNIA AND A RIGHT FOOT BIG BROKEN TOE, PLUS AN OLD SURGERY GRAPH TO THE LEFT ARM BICEPT TENDENT, HENCE KODSY'S TOLERANCE LEVELS TO ELEVATED MOTORIZED VIBRATIONS WAS COMPROMIZED FROM THE UNWARNED ELEVATED DESIGN OF THE 2008 HUMMER H2, NOT WARNED.

A TELEPHONIC APPEARANCE IS REQUESTED FOR THE HEARING SET FOR JANUARY 6TH 2011.

THANK YOU.

### CERTIFICATE OF SERVICE

ALL ASSERTIONS MADE IN THE FOREGOING REQUEST, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT A COPY WAS FILED AND SENT TO THE DEFENDANTS ATTORNEY OF RECORD, BY EMAIL AND U.S. MAIL ON DECEMBER 9TH, 2009.

SHERIF RAFIK KODSY
Individual/pro'se
15968 LAUREL OAK CIRCLE
DELRAY BEACH FLORIDA 33484
561-666-0237

COPY(S) TO:
WEIL, GOTSHAL & MANGES LLP.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153