**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| MOTORS LIQUIDATION COMPANY, ) | Case No. 09-50026 (REG) |
| *et al.,* f/k/a *GENERAL MOTORS CORP,* ) | (Jointly Administered) |
| *et al.,* ) | |
| ) | |
| Debtors. ) | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she is an employee of Clark Hill PLC and that on December 15, 2010 a Notice of Continued Perfection of Eagle Excavation, Inc.'s Construction Lien was filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

December 16, 2010          Clark Hill PLC

By: /s/ *Secret S. Washington*
Secret S. Washington
151 S. Old Woodward Ave, Suite 200
Birmingham, MI  48009
313-965-8255
swashington@clarkhill.com