# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | REVENUE COMMISSIONER<br>CURTIS BLAIR<br>120 WEST CHURCH STREET<br>TROY, AL  36081 |
| Claim Number (if known): | 70416 |
| Date Claim Filed: | 9/20/2010 |
| Total Amount of Claim Filed: | $32.42 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Dec. 9, 2010

_Curtis Blair_

Print Name: Curtis Blair

Title (if applicable): Revenue Commissioner

---

Date Printed : 12/09/2010 9:16

## CURTIS BLAIR REVENUE COMMISSIONER PIKE COUNTY, ALABAMA

Error:
Suppl:

Owner Name & Address
GENERAL MOTORS CORPORATION
C/O TAX STAFF-ME 482-C14-C66
P O BOX 9024
DETROIT MI 48202-9024
Account#:156530   Exemption:8 Personal Prop   2Reg: 0 2013: 0 248: 0 2016: 0 0 TAX YEAR:2009

### DESCRIPTION

PERSONAL PROPERTY

| | ACRES | APPR-VAL | CURRENT USE VALUE | BUE EX VALUE | ASSESSED VALUE | FOREST TAX | TOTAL TAX |
|---|---|---|---|---|---|---|---|
| L A I S T | | | | | | | |
| 2 H 101 02 122 | | 939 | | | 188 | | 6.66 |

| Assessed Val | St-Cnty Gross | Exemption-Val | Exemption-Tax | St-Cnty-Net | Sch District Gross Val | Sch District Gross Tax | Sch District Exempt Value | Sch District Exempt Tax | Sch District Net Tax | Municipal Gross Val | Municipal Gross Tax | Municipal Ex Value | Municipal Ex Tax | Municipal Net Tax | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RV  0 5%  | 1.17 5% | 0 | 0.00 | 1.17 17 | 188 | 0.54 | 0 | 0.00 | 0.54 2% | 188 | 1.26 | 0 | 0.00 | 0.00 | 1.26 Assessing Fee |
| PP 180 6% | 2.30 6% | 0 | 0.00 | 2.30 2% | 0 | 0.00 | 0 | 0.00 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 Timber-Tax |
| 188 | 1.21 1% | 0 | 0.00 | 1.21 1% | 188 | 0.18 | 0 | 0.00 | 0.18 4% | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 TOTAL TAX |

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I AM THE HEAD OF THE FAMILY, AND/OR THAT NO OTHER CLAIM OF EXEMPTION FROM STATE TAXES FOR HOMESTEAD HAS BEEN MADE OR FILED BY OR ON BEHALF OF ANY MEMBER OF MY IMMEDIATE HOUSEHOLD; AND THAT THE ITEMS OF THIS ASSESSMENT MARKED ABOVE IS THE HOMESTEAD CLAIMED BY ME.

TAXPAYERS SIGNATURE:
OATH TO BE ADMINISTERED TO TAXPAYER
I DO SOLEMNLY SWEAR (OR AFFIRM) THAT THE FOREGOING LIST OF PROPERTY RETURNED BY ME
IS A FULL AND COMPLETE RETURN OF ALL PROPERTY OWNED BY
AND ANY INTEREST WHATEVER THE OATHS OF WHICH FOR TAXATION IS IN THIS COUNTY ON THE FIRST DAY OF OCTOBER OF THE PRESENT TAX YEAR, SO HELP ME GOD.
OFFICIAL ADMINISTERING OATH -- CURTIS BLAIR     SIGNATURE OF PERSON MAKING RETURN
SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___, 20__   REVENUE COMMISSIONER

*Handwritten notes (right side):*
2009
4.66 Base
5.80 Del fee
.80 Interest
$12.46 Amount Due
by 12/31/10

Date Printed: 12/09/2010 9:16

# CURTIS BLAIR REVENUE COMMISSIONER PIKE COUNTY, ALABAMA

Error:
Supply

Owner Name & Address
GENERAL MOTORS CORPORATION
C/O TAX STAFF-MC 482-C14-C66
P O BOX 9024

DETROIT MI 48202-9024
Account#:156510 Exemption:B Personal Prop Akey: 0 XYZ: 0 240 0 29115 0 0 TAX YEAR:2010

| DESCRIPTION | ACRES | APPR-VAL | BOE ER VALUE | CURRENT USE VALUE | ASSESSED VALUE | FOREST TAX | TOTAL TAX |
|---|---|---|---|---|---|---|---|
| PERSONAL PROPERTY | | 2685 | | | 540 | | 19.96 |

| Assessed Val | St-Cnty Gross | Exemption-Val | Exemption-Tax | St-Cnty-Net Tax | Sch District Gross Val | Sch District Gross Tax | Sch District Exempt Value | Sch District Exempt Tax | Sch District Net Tax | Municipal Gross Val | Municipal Gross Tax | Municipal Ex Value | Municipal Ex Tax | Municipal Net Tax | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RE 0 | 3.51 | 0 | 0.00 | 3.51 | 540 | 1.62 | 0 | 0.00 | 1.62 | 540 | 3.78 | 0 | 0.00 | 0.00 | 3.78 Assessment Fee: 0.00 |
| PP 540 | 6.89 | 0 | 0.00 | 6.89 | 0 | 0.00 | 0 | 0.00 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 | 0.00 Timber Tax: 0.00 |
| CU 0 | 3.42 | 0 | 0.00 | 3.42 | 540 | 0.54 | 0 | 0.00 | 0.54 | 0 | 0.00 | 0 | 0.00 | 0.00 | 19.96 TOTAL TAX: |

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I AM THE HEAD OF THE FAMILY, AND/OR THAT NO OTHER CLAIM OF EXEMPTION FROM STATE TAXES FOR HOMESTEAD HAS BEEN MADE OR FILED BY OR ON BEHALF OF ANY MEMBER OF MY IMMEDIATE HOUSEHOLD; AND THAT THE ITEMS OF THIS ASSESSMENT MARKED ABOVE IS THE HOMESTEAD CLAIMED BY ME.

TAXPAYERS SIGNATURE: _____

OATH TO BE ADMINISTERED TO TAXPAYER
I DO SOLEMNLY SWEAR (OR AFFIRM) THAT THE FOREGOING LIST OF PROPERTY RETURNED BY ME _____

IS A FULL AND COMPLETE RETURN OF ALL PROPERTY OWNED BY _____
AND ANY INTEREST WHATEVER THE SAME IS OF WHICH FOR TAXATION IS IN THIS COUNTY ON THE FIRST DAY OF OCTOBER OF THE PRESENT TAX YEAR, SO HELP ME GOD.
OFFICIAL ADMINISTERING OATH ____ CURTIS BLAIR SIGNATURE OF PERSON MAKING RETURN
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20____  REVENUE COMMISSIONER