November 30, 2010

To the Office of the Honorable Judge Robert E. Gerber:

I am personally making a plea to you to protest the General Motors bankruptcy.

I have made every attempt to do the right thing and go through the unpleasant process of sorting out the bankruptcy mess as you, too, have the task of trying to do the right thing for the people.

I sent letters to the 5151 address by special hand-delivered mail with a signature required to prove delivery. The letter was signed, after a second delivery attempt was successful, by Jeremy J. Ward, and was lost according to Judy, Molly and Andrew. I have talked to all of these people, several times. All of them assured me they would call me back to let me know the status of the letter. I never received any calls from any of them.

I left Delco Battery Plant in Olathe, Kansas, in 1993, after working 28 years. I have health problems, most obvious, my lungs, that were exposed doing my job building batteries, being exposed to sulfuric acid from the charging tables and final finishing; lead and lead ground into a dust to make lead paste for the grid plates. The lead areas had vents except where the cast-on straps were molded and lead was made molten. I worked in these areas. The plant nurse, on a monthly schedule, gave us blood tests for lead exposure. We went through different manufacturing materials, one being PVC. The PVC, when burned gives off hydrogen cyanide. We, in the plant, were recycling the lead and burning the PVC separators. This process was stopped because of the contamination to the air.

The battery business was a summer/winter cycle. During the winter demand, I worked sometimes seven days a week and even some sixteen hour days in order to be able to buy GM stocks through the Personal Savings Plan (PSP). I was advised to sell my stock at 59 cents a share.

My life has been affected by asbestos exposure. The risk was acknowledged and was continual for many until the early 1990s. I made mistakes by working overtime while I was at Delco Battery. I was an advocate of 25 years and out because other foundries had the 25 and out program. The Union and GM management at the lower level failed to reasonably protect us in the workplace.

I feel the financial loss of the PSP, GM Stock and Health Benefits constituted the breaking of a contract with me. It is impossible to put a price on any of these benefits that GM made available to us and then jerked them away just when we need them most.

GM was negligent in informing of the dangers and, in my later years of work, decent protection from known contaminates. I don't know which of the fumes caused the damage to me, but all have been proven dangerous to our health.

I could write and publish a book on the last 20 years of G.M. Please note two enclosures. Please find it in doing your job, to give me and my family reasonable compensation for my losses.

Respectfully, Norman Wooge

Norman L. Wooge
3790 Pawnee Rd.
Ottawa, Kansas 66067



RECEIVED
DEC - 9 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

*GM Enlight Benefit Savings Plan*
*administrator Mail Code 482-C-26-A68*

> THIS DOCUMENT CONSTITUTES PART OF A PROSPECTUS COVERING SECURITIES THAT HAVE
> BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED

*300 Renaissance Center*
*GM. P.O Box*
*300.*
*Detroit mich*
*48625*



April 24, 2009

### Important Information about the GM Common Stock Fund

This notice is to participants in the General Motors Savings Plans (the "Plans") [Savings-Stock Purchase Program (S-SPP) and the Personal Savings Plan (PSP)] that are invested in the General Motors $1-2/3 Par Value Common Stock Fund (the "GM Common Stock Fund" or the "Fund"). State Street Bank and Trust Company ("State Street") serves as the investment manager and independent fiduciary of the GM Common Stock Fund. In this role, State Street is specifically authorized to sell shares of GM common stock held in the GM Common Stock Fund if it determines that (A) there is a serious question concerning General Motors Corporation's ("GM" or the "Company") short-term viability as a going concern without resorting to bankruptcy proceedings; OR (B) there is no possibility in the short-term of recouping any substantial proceeds from the sale of stock in bankruptcy proceedings. State Street made the determination that this standard had been met due to the economic climate and the circumstances surrounding GM's business.

Accordingly, based on State Street's determination, on March 31, 2009 State Street commenced a selling program pursuant to which it started selling the shares of GM common stock held in the GM Common Stock Fund, and started investing the proceeds of such sales in short-term fixed-income investments and money market instruments. The daily unit value of the GM Common Stock Fund has at all times reflected the value of these underlying investments. The selling program is expected to be substantially completed today, April 24, 2009, and at such time as it is completed, the Fund will no longer have any investments in GM common stock and will be fully invested in short-term fixed-income investments and money market instruments. Accordingly, the Fund is no longer pursuing its stated investment strategy, and its returns are no longer correlated to the performance of GM common stock. The ability to effect an in-kind withdrawal was suspended as of the end of the business day on April 23, 2009.

As noted, upon completion of the selling program, the only remaining assets in the GM Common Stock Fund will be cash and cash equivalents. On May 29, 2009, the GM Common Stock Fund will be discontinued and removed as an investment option from the GM Savings Plans. Therefore, participants are encouraged to exchange their remaining balances in the Fund into other Plan investment options before the close of business on May 29, 2009. For participants who do not make such an election as of the close of business on May 29, 2009, any remaining balances in the Fund will be exchanged into the Qualified Default Investment Alternatives for the respective Plans, the Pyramis Strategic Balanced Commingled Pool investment option for the affected S-SPP participants and the Pyramis Active Lifecycle Commingled Pool investment option with a target retirement date (as specified in the Pool's name) closest to the year that the participant will attain the age of 65 for the affected PSP participants.

As investment manager, State Street does not accept direct inquiries from participants.

If you have any questions regarding this notice, please contact the GM Benefits & Services Center at 1-800-489-4646.

**General Motors Corporation**



June 16, 2010

To: Class Members in the General Motors Securities and Derivative Litigation

Re: General Motors Securities and Derivative Litigation, Master Case No. 06-md-1749

Class Period: April 12, 2000 through June 27, 2006

The settlement of the class action lawsuit, General Motors Securities and Derivative Litigation, Master Case No. 06-md-1749 (the "Securities Litigation"), involving the General Motors Savings Plans [the Savings-Stock Purchase Program (S-SPP) for Salaried Employees and the Personal Savings Plan (PSP) for Hourly Employees (the "Plans")] was finalized on January 6, 2009, and we have received notification from class counsel concerning allocation of the settlement proceeds to the Plans. Per the allocation formula approved by the Court, you received a portion of the settlement.

As you do not currently have a balance in the Plan, the proceeds allocated to you were invested in the Qualified Default Investment Alternative for your applicable Plan, the Pyramis Strategic Balanced Commingled Pool investment option for the S-SPP and the Pyramis Active Lifecycle Commingled Pool investment option with a target retirement date (as specified in the Pool's name) closest to the year that the participant attains the age of 65 for the PSP. The proceeds appear as a new source named "Litigation Proceeds" and are 100% vested.

You can view the amount you received by logging onto **gmbenefits.com**. After logging in, click on the Plan link from the Home page, then click on the sources tab to view the "Litigation Proceeds" source amount.

For information regarding this communication, and to find out about distribution options available to you, please call the GM Benefits & Services Center at 1-800-489-4646 to speak with a GM Savings Plans Customer Service Associate. Customer Service Associates are available business days from 8:30 a.m. to midnight Eastern Time.

General Motors LLC



547727.1.0

USPS Express Mail label (Customer Copy, Label 11-B, March 2004)

EH 252853058 US

FROM: Thomas Boose, 3790 Pondra Rd, [illegible] KS

TO: The Garden City Group Inc, 5151 Blazer Parkway, Suite A, Dublin, OH 43017
Attn: Motors Liquidation Company

ZIP: 43017

Handwritten note (margin): Molly, Judy, Andrew — Mailed 10-15-10 10:20 AM and unpaid liens something by Friday 11-17-10 [illegible] Molly Nov 1 [signature]

TB 256 [illegible] 64301



### Track/Confirm - Intranet Item Inquiry
### Item Number: EH25 2853 058U S

**This item was delivered on 10/14/2010 at 08:16** AM

| Signature: | *[signature: illegible / Kimberly J Ward]* |
|---|---|
| Address: | 5151 Blazer Pkwy suite X5 |

*Handwritten notes (right side):*
FIRST ATTEMPT ON 10-13 at 11:15 AM
Delivered 10-14- at 816AM

*Handwritten note (left side):* Kimberly Ward

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

*Handwritten notes (bottom):*
CALLED NOV 15 850 AM I got from O'Hare Post Mistress NOV 11 at 12
Kelly gave me attempt time

https://pts.usps.gov/pts/imageView.do                    11/12/2010