**PRESENTMENT DATE AND TIME: December 21, 2010 at 12:00 noon (Eastern Time)**
**OBJECTION DEADLINE: December 21, 2010 at 11:30 a.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                    :   Chapter 11 Case No.
                                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                :   09-50026 (REG)
        f/k/a General Motors Corp., *et al.*             :
                                                         :
                         Debtors.                        :   (Jointly Administered)
                                                         :
------------------------------------------------------------x

### NOTICE OF SETTLEMENT OF ORDER DENYING MOTION OF TRACY WOODY FOR RELIEF FROM STAY AND GRANTING SUPPLEMENTAL RELIEF

PLEASE TAKE NOTICE that, pursuant to Rule 9074-1 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, the proposed order, a copy of which is annexed hereto, denying the Motion of Tracy Woody for Relief of Stay and Objection to Debtor's Proposed Disclosure Statement with Respect to Debtor's Joint Chapter 11 Plan (ECF No. 7454) and granting supplement relief, will be presented for settlement and entry to the Honorable Robert E. Gerber, United States Bankruptcy Judge, at Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New

York, New York 10004 (the "**Court**") on **December 21, 2010 at 12:00 noon (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections or proposed counter-orders must be made in writing and received by the Court and the undersigned not later than **December 21, 2010 at 11:30 a.m. (Eastern Time)**.  Unless an objection or proposed counter-order is received by that time, the proposed order annexed hereto may be entered by the Court.

Dated: New York, New York
December 16, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :    09-50026 (REG)
        f/k/a General Motors Corp., et al.:
                                          :
                Debtors.                  :    (Jointly Administered)
                                          :
-----------------------------------------------------------------x
```

**ORDER DENYING MOTION OF TRACY WOODY FOR RELIEF FROM STAY
AND GRANTING SUPPLEMENTAL RELIEF**

Upon the motion, dated October 14, 2010 (the "**Motion**") of Tracy Woody ("**Movant**") for Relief of Stay and Objection to Debtor's Proposed Disclosure Statement with Respect to Debtor's Joint Chapter 11 Plan (ECF No. 7454), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their opposition to the Motion (ECF No. 7736) (the "**Opposition**"); and the Court having held a hearing to consider the requested relief on December 2, 2010 (the "**Hearing**"); and based upon the Motion, the Opposition, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED; and it is further

ORDERED that Movant shall have thirty (30) days from the date of this Order to file a proof of claim in these chapter 11 cases, to the extent no proof of claim was previously timely filed, without prejudice to any other party's rights to be heard as to the allowance of that claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
_____ \_\_, 2010

_____
United States Bankruptcy Judge