Hearing Date and Time:  December 15, 2010 at 2:00 p.m. (Prevailing Eastern Time)

STUART MAUE
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546
James P. Quinn
W. Andrew Dalton

*Consultant to the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                        :
In re:                      :     Chapter 11
                        :
MOTORS LIQUIDATION COMPANY, *et al.,*  :     Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*   :     (Jointly Administered)
                      :
             Debtors.      :     Honorable Robert E. Gerber
                      :
------------------------------------------------------- x

**ORDER GRANTING THE SECOND APPLICATION OF STUART MAUE FOR
ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE ANALYSIS OF INTERIM FEE APPLICATIONS
OF SELECTED CASE PROFESSIONALS**


Upon consideration of the *Second Application of Stuart Maue for Allowance of*

*Compensation and Reimbursement of Expenses for the Analysis of Interim Fee Applications of*

*Selected Case Professionals* [Docket No. 7801] (the "**Application**") from March 25, 2010

through October 20, 2010 (the "**Compensation Period**"), pursuant to sections 330 and 331 of

title 11, United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, filed on November 16, 2010, in the aggregate amount of $282,426.28 as

listed on **Schedule A** that accompanies this order, and notice having been given pursuant to Fed.

R. Bankr. P. 2002(a)(6) and (c)(2) and to the *Fourth Amended Order Pursuant to 11 U.S.C.*

*§ 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management*

*Procedures* [Docket No. 6750], and it appearing that no other or further notice need be provided;

and a hearing having been held before this Court on December 15, 2010 to consider the

Application (the "**Hearing**"); and there being no objection to the Application filed before the

deadline of December 8, 2010, or as set forth on the record of the Hearing; and after due

deliberation and sufficient cause appearing therefor, it is hereby

      **ORDERED** that pursuant to sections 330 and 331 of the Bankruptcy Code, the

Application is granted and approved as provided in Schedule A; and it is further

      **ORDERED** that payment of ten percent (10%) of the fees awarded herein as set forth on

Schedule A (but not costs) will be held back until further order of the Court (the "**Holdback**");

and it is further

      **ORDERED** that the Debtors are directed and authorized, upon entry of this Order, to pay

the Stuart Maue firm forthwith, by wire transfer or check, all the fees and expenses allowed

herein (less the Holdback); and it is further

      **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

      Dated:  New York, New York
             December **_16_**, 2010.

                         **_/s/ Robert E. Gerber_**_____
                         Honorable Robert E. Gerber
                         United States Bankruptcy Judge

# **SCHEDULE A**

# Current Fee Period:  March 25, 2010 to October 20, 2010

Case No.: 09-50026 (REG) (Chapter 11)

Case Name:  In re Motors Liquidation Company, *et al.*, f/k/a General Motors Corporation, *et al.*, Debtors

| Applicant | Date/ Document No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Stuart Maue | 11/16/2010 7801 | $280,210.00 | $280,210.00 | $28,021.00 | $252,189.00 | $2,216.28 | $2,216.28 |

**Schedule A**                        **Date:  December *16*, 2010**                        **Initials:  *REG* USBJ**

# **SCHEDULE B**

# Summary:  All Compensation Periods
## (Including This Period)

Case No.: 09-50026 (REG) (Chapter 11)

Case Name:  In re Motors Liquidation Company, *et al.*, f/k/a General Motors Corporation, *et al.*, Debtors

| Applicant | Total Fees Requested | Total Fees Awarded (Including Fees Held Back) | Total Fees Held Back (10%) | Total Fees Payable by Debtors | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|---|
| Stuart Maue | $478,112.50 | $478,112.50 | $28,021.00 | $450,091.50 | $3,579.99 | $3,579.99 |

**Schedule B**                    **Date:  December _16_, 2010**                    **Initials:  _REG_ USBJ**