Hearing Date and Time:  December 15, 2010 at 2:00 p.m. (Prevailing Eastern Time)

Timothy F. Nixon
Katherine Stadler (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.,*   :   Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*     :   (Jointly Administered)
                                                         :
                 Debtors.           :   Honorable Robert E. Gerber
                                                         :
---------------------------------------------------------- x

# STIPULATION AND ORDER FOR ADJOURNMENT OF DECEMBER 15, 2010 HEARING ON FOURTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP

**TO:   THE HONORABLE ROBERT E. GERBER
        U.S. BANKRUPTCY JUDGE**

### STIPULATION

The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company), appointed on December 23, 2009, and Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") hereby stipulate and agree that the Court may enter an order adjourning the December 15, 2010 hearing on the *Fourth Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel For The Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses*

5754294_1

*Incurred for the Period From June 1, 2010 through September 30, 2010* [Docket No. 7804]

(**"Kramer Levin's Fourth Interim Fee Application"**) on the following terms:

    i.    The hearing on Kramer Levin's Fourth Interim Fee Application will be held on January 6, 2011.

    ii.    Kramer Levin may file a response to the Fee Examiner's report on Kramer Levin's Fourth Interim Fee Application, if it wishes, by December 30, 2010.

Dated: Madison, Wisconsin
       December 14, 2010.

                        GODFREY & KAHN, S.C.

                By:    /s/ *Katherine Stadler*
                        Katherine Stadler (KS 6831)
                        Timothy F. Nixon (TN 2644)

                        GODFREY & KAHN, S.C.
                        780 North Water Street
                        Milwaukee, Wisconsin 53202
                        Telephone: (414) 273-3500
                        Facsimile: (414) 273-5198
                        E-mail: kstadler@gklaw.com
                                    tnixon@gklaw.com

*Attorneys for Fee Examiner*

                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:    /s/ *Robert T. Schmidt*
      Robert T. Schmidt

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Robert T. Schmidt
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Unsecured Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

SO ORDERED, this
**_16th_** day of December, 2010

**_/s/ Robert E. Gerber_**
Hon. Robert E. Gerber
United States Bankruptcy Judge

3