Hearing Date and Time: December, 15, 2010 at 2:00 p.m. (Prevailing Eastern Time)

Timothy F. Nixon
Carla O. Andres (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.,*                   :  Case No. 09-50026
    f/k/a General Motors Corp., *et al.,*          :  (Jointly Administered)
                                                        :
                      Debtors. :  Honorable Robert E. Gerber
                                                        :
------------------------------------------------------- x

**STIPULATION AND ORDER FOR ADJOURNMENT OF DECEMBER 15, 2010
HEARING ON AMENDED FIRST AND FINAL APPLICATION OF
PRICEWATERHOUSECOOPERS LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
SPECIAL ACCOUNTANTS AND TAX ADVISORS TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 1, 2009 THROUGH
<u>JULY 9, 2009 TO HEARING DATE OF JANUARY 6, 2011</u>**

**TO:   THE HONORABLE ROBERT E. GERBER
       U.S. BANKRUPTCY JUDGE**

**STIPULATION**

      The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company),

appointed on December 23, 2009, and PricewaterhouseCoopers LLP hereby stipulate and agree

that the Court may enter an order adjourning the *Amended First and Final Application of*

*PricewaterhouseCoopers LLP for Allowance of Compensation for Services Rendered and for*

*Reimbursement of Expenses as Special Accountants and Tax Advisors to the Debtors and Debtors in Possession for the Period from June 1, 2009 through July 9, 2009* [Docket No. 8059] until January 6, 2011.

  Dated: Madison, Wisconsin
      December 14, 2010.

            GODFREY & KAHN, S.C.

         By:  /s/ *Carla O. Andres*
            Timothy F. Nixon (TN 2644)
            Carla O. Andres (CA 3129)

            GODFREY & KAHN, S.C.
            780 North Water Street
            Milwaukee, Wisconsin 53202
            Telephone: (414) 273-3500
            Facsimile: (414) 273-5198
            E-mail: tnixon@gklaw.com
               candres@gklaw.com

            *Attorneys for Fee Examiner*

            MORGAN, LEWIS & BOCKIUS LLP

         By:  /s/ *Lauren Hofmann*
            Lauren Hofmann

SO ORDERED, this **16** day of December, 2010.

            MORGAN, LEWIS & BOCKIUS LLP
            1701 Market Street
            Philadelphia, Pennsylvania 19103-2921
            Telephone: (215) 963-5934
            Facsimile: (215) 963-5001

**/s/ *Robert E. Gerber***
Hon. Robert E. Gerber
United States Bankruptcy Judge

            E-mail: lauren.hofmann@morganlewis.com

            *Attorneys for PricewaterhouseCoopers LLP*

5750794_2