Hearing Date and Time:  December, 15, 2010 at 2:00 p.m. (Prevailing Eastern Time)

Timothy F. Nixon
Carla O. Andres (*Pro Hac Vice*)
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

*Attorneys for Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
: 
In re: : Chapter 11
: 
MOTORS LIQUIDATION COMPANY, *et al.,* : Case No. 09-50026
    f/k/a General Motors Corp., *et al.,* : (Jointly Administered)
: 
            Debtors. : Honorable Robert E. Gerber
: 
--------------------------------------------------------- x

**STIPULATION AND ORDER FOR ADJOURNMENT OF**
**DECEMBER 15, 2010 HEARING ON THIRD INTERIM FEE**
**APPLICATION OF BROWNFIELD PARTNERS, LLC AND FOURTH INTERIM FEE**
**APPLICATION OF BROWNFIELD PARTNERS, LLC TO**
**HEARING DATE OF JANUARY 6, 2011**

**TO:    THE HONORABLE ROBERT E. GERBER**
        **U.S. BANKRUPTCY JUDGE**

**STIPULATION**

The Fee Examiner of General Motors Corporation (n/k/a/ Motors Liquidation Company), appointed on December 23, 2009, and Brownfield Partners, LLC hereby stipulate and agree that the Court may enter an order adjourning the *Third Interim Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010* [Docket No. 6541] (the "**Third Interim Fee Application**") and the *Fourth Interim Application*

*of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2010 through September 30, 2010* [Docket No. 7759] (the "**Fourth Interim Fee Application**") until January 6, 2011.

Dated: Madison, Wisconsin
December 14, 2010.

GODFREY & KAHN, S.C.

By: /s/ *Carla O. Andres*
Timothy F. Nixon (TN 2644)
Carla O. Andres (CA 3129)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198
E-mail: tnixon@gklaw.com
candres@gklaw.com

*Attorneys for Fee Examiner*

MCCARTER & ENGLISH, LLP

By: /s/ *Jeffrey Testa*
Jeffrey Testa

SO ORDERED, this
**_16th_** day of December, 2010

**/s/ Robert E. Gerber**
Hon. Robert E. Gerber
United States Bankruptcy Judge

MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Telephone: (973) 639-7939
Facsimile: (973) 297-6230
E-mail: jtesta@mccarter.com

*Attorneys for Brownfield Partners, LLC*

5754387_2