Thomas Zürn
Alter Mühlenweg 17
D-50679 Köln
Germany

Köln, 2. Dezember 2010
(Germany)(7072) 5581
   or  (221) 8809460

United States
Bankruptcy Judge
-Judge Robert E. Gerber -
Court
One Bowling Green
New York

NY 10004-1408


USA




My <u>complaints</u> against the petition of the creditors from the
        Motors Liquidation Corp.
        My request for a procedure for filing a complaint


Dear Sir of the Court;

- as a shareholder of the General Motors Corporation I will
present you my remonstrance.

At Thuesday, December the 7.th., there will be an important
decision for the great fate of our famous American World Company
General Motors Corp.. Because I am shareholder of the old GMC
I shall send you a right of appeal against the proposed resolve
of the issues of our Company Motors Liquidation Corp..

The proof of my appeal procedure should be founded in the
truthful circumstances, which have happened during the months
May and June in the year 2009. It is my duty to describe the
US Bankruptcy Judge a sincere occurence! During the days in
May 2009 there was a secret treaty between the Government of
the United States and the direction of the General Motors Corp.!

The last CEO of the GMC, Mr. Fritz Henderson, has agreed to a
letter of renunciation. The Government of the USA has Fritz
Henderson demanded for his resignation of a regulary procedure
of the US Bankruptcy Law suitable of the chapter eleven.

Fritz Henderson has written the letter of abandonment, because
the officials of the US Government have promised him, that the
shareholders of General Motors should participate in the case of
later issue from shares of the new General Motors Company.

This was the considerable ingredient of the secret agreement between the old General Motors Corp. and the United States of America!

The application of the tradtional Bankruptcy Law according to "Chapter 11" should have prepared disadvantages for the national Government. By the application of the Chapter eleven the creditors of the GM-Bonds would have receiving a higher quota, and the pro rate share of the Government would have been less and fewer.

This was the peremptory reason of the described secret treaty between the USA an the old GM.

Fritz Henderson has disclaimed of the use of Chapter 11, because the Government has promissed him the participation of the shareholders of the traditional General Motors.

And today the Government of the USA will not keeping their own agreement with the shareholders of the actual Motors Liquidation Corporation.

Please confirm me my petition of an appeal procedure.

I am looking forward to hear from the Court.

Yours faithfully

Thomas Zürn

Shareholder of the
General Motors Corp.


enclosure: Proof of one purchase
           of shares from GMC
           in January 2005