RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Joon P. Hong
Neil S. Binder

*Attorneys for Morgan Stanley & Co. International plc*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**JOINDER AND RESERVATION OF RIGHTS OF MORGAN STANLEY & CO. INTERNATIONAL PLC TO RESPONSE OF CERTAIN NOTEHOLDERS IN OPPOSITION TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED OBJECTION TO CLAIMS FILED BY GREEN HUNT WEDLAKE, INC. AND NOTEHOLDERS OF GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY AND MOTION FOR OTHER RELIEF**

Morgan Stanley & Co. International plc ("Morgan Stanley Int'l"), by and through its undersigned counsel, submits this joinder and reservation of rights to the response dated December 13, 2010 (the "Noteholders' Response") [Docket No. 8084], filed by Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC in opposition to the Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed By Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (the "Claims Objection").

Morgan Stanley Int'l currently holds both (i) the 8.375% Guaranteed Notes due December 7, 2015 (the "2015 Notes") and (ii) the 8.875% Guaranteed Notes due July 10, 2023 (the "2023 Notes"; and together with the 2015 Notes, the "Notes"). The Notes were issued by General Motors Nova Scotia Finance Company and guaranteed by Motors Liquidation Company, f/k/a General Motors Corporation.

Morgan Stanley Int'l has reviewed the Noteholders' Response to the Claims Objection and agrees with and joins in the arguments set forth in the Noteholders' Response. For the reasons set forth in the Noteholders' Response, the Guaranty Claims[1] and the Wind-Up Claim are separate, non-duplicative claims that should be allowed in full by the Court. Accordingly, Morgan Stanley Int'l respectfully requests that the Court overrule the Claims Objection and allow the Guaranty Claims and the Wind-Up Claim as filed.

Morgan Stanley Int'l expressly reserves its right to supplement and amend this response and reserves all other rights, remedies, claims and defenses at law or in equity.

Dated: New York, New York
       December 17, 2010

                                              RICHARDS KIBBE & ORBE LLP

                                              /s/ Joon P. Hong
                                              Joon. P. Hong
                                              Neil S. Binder
                                              One World Financial Center
                                              New York, New York 10281
                                              Telephone: (212) 530-1800
                                              Facsimile: (212) 530-1801

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Noteholders' Response.