ORIGINAL

SOUTHERN DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK; BANKRUPTCY COURT
-----------------------------------------------------------------------X INDEX NO.:
DAVE SHOSTACK,             PLAINTIFF,

-AGAINST-

                                                    NOTICE
                                                    OF MOTION


                                                 DEFENDANTS

GENERAL MOTORS HOLDING,
GENERAL MOTORS CORPORATION
AND AC DELCO
                DEFENDANTS.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the affidavit of Dave Shostack sworn to on the 9th day of DECEMBER 2010, a motion pursuant to CPLR will be made at the Southern District Bankruptcy Court of New York County located at 1 BOWLING GREEN, NEW YORK, NY on the 29TH day of DECEMBER 2010 or as soon thereafter as counsel can be heard for an order lifting Defendant Bankruptcy stay upon the ground that plaintiff has a new claim that was not discoverable at time Defendant filed Bankruptcy and that Defendant never named Plaintiff in their bankruptcy petition together with costs, disbursements, attorneys fees and for such other relief that this court feels is just and proper.

Plaintiff feels he has a meritorious cause of action.

Pursuant to CPLR 2214(b) answering affidavits, if any are required to be served upon the undersigned at least (7) days before the return date of this motion

DATED: DEDEMBER 9, 2010

DAVE SHOSTACK
4 SUTTONWOOD DR
COMMACK, NY 11725
(631) 864-2656

SOUTHERN DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK; BANKRUPTCY COURT
-----------------------------------------------------------------------X INDEX NO.:
DAVE SHOSTACK,            PLAINTIFF,

-AGAINST-                                                               AFFFIDAVIT IN
                                                                        SUPPORT OF NOTICE
                                                                        OF MOTION

GENERAL MOTORS HOLDING,
GENERAL MOTORS CORPORATION
AND AC DELCO
                                    DEFENDANTS.
-----------------------------------------------------------------------X
DAVE SHOSTACK sworn and deposes and says:

1. I am the Plaintiff in this matter and reside at 4 Suttonwood Dr. Commack, N.Y. 11725

2. That this matter involves an action to recover damages as a result of a defective transmission and other miscellaneous items manufactured by Defendants.

3. That Plaintiff currently has an action pending before the Second District Court, Civil Part, located at 33 East Hoffman, Lindenhurst, NY 11757

4. That following Plaintiff commencing his action in State Civil Court Plaintiff received notification from Defendant bankruptcy attorney that the matter between Plaintiff and Defendant would be stayed.

5. That Defendant did not name Plaintiff in the bankruptcy.

6. That Plaintiff feels he has a meritorious cause of action since Defendant has known about the transmission problems with the 2004 Chevy Malibu for several years prior to Plaintiff owning one yet they refused to cover the repairs on Plaintiff vehicle.

7. That Plaintiff feels he will be successful at lifting the bankruptcy stay since Plaintiff claim is a new claim since Plaintiff did not discover the transmission problem until October 2010 which was several months after the bankruptcy filing.

8. That on April 16, 2010 Plaintiff spoke with Ray (GM Customer Relations Specialist at ext 13015, Detroit, MI) at (800) 222-1030 who told Plaintiff that on May 12, 2009 Plaintiff called and spoke with (DJ, Manilla Phillipines) and reported a problem with the rotors and the seat handle on his 2004 Chevy Malibu

Classic and that on September 16, 2009 Plaintiff called GM Customer Service and spoke with (Fancy at ext 11043, Texas) and reported a problem with the rotors and calipers and that on Sept 24, 2009 Plaintiff called Customer Service and again spoke with (Fancy at ext 11043, Texas) and reported a problem with the right front axle leaking and problems with the brakes and On September 28, 2009 General Motors Customer Service (Fancy, ext 11043, Texas) called Atlantic Chevy to set up diagnosis on Plaintiff vehicle. After September 28, 2009 District Specialist known as Zeke took over Plaintiff case. On Oct 14, 2009 Plaintiff took his vehicle to Atlantic Chevy for multi-point inspection and wheel alignment. At time of inspection the following problems were found left front hub loose, right front axle leaking. Upon further inspection at another shop it was found that the hub was not loose but the right axle was leaking transmission fluid.

9. That since Plaintiff did not have a transmission problem at the time of the bankruptcy (June 2010, Bankruptcy filing date) he could not possibly be expected to commence an action for a claim for damages.

10. That in additional Defendant had a responsibility to name Plaintiff in the bankruptcy at the time of filing and failed to do so.

11. Defendant could have named Plaintiff in the bankruptcy considering Plaintiff in June 2010 mentioned defective brakes to Defendant customer service.

12. That therefore Plaintiff claims would be exempt from the bankruptcy filing.

Wherefore Plaintiff seeks an order lifting the bankruptcy stay together with costs, disbursements and attorneys fees and any other relief that this court feels is just and proper

Sworn to:

On this 9th day of December 2010

DAVE SHOSTACK
4 SUTTONWOOD DR.
COMMACK, NY 11725
(631) 864-2656

HOWARD E. KNISPEL
NOTARY PUBLIC STATE NY
NO. 02KN6020498
QUALIFIED SUFFOLK CTY.
COMM. EXPIRES 3-01-11

CVCS248694

 **ATLANTIC CHEVROLET CADILLAC** 
1356 Sunrise Highway
BAYSHORE, NY 11706
(631) 665-0002
NYS R/S NUMBER 7080197

04-653760

```
216125              JACK IMPERATO    2333   W448      10/10/09    CVCS248694
DAVID SHOSTACK      99.00                   25,298 /
4 SUTTONWOOD DR                      04/CHEVROLET/CLASSIC/4DR SDN LS
COMMACK, NY 11725-5614
                                     1 G 1 N D 5 2 F X 4 M 6 5 3 7 6 0

                                                                  10/10/09

631-864-2627      666-4492                                        MO: 25298
LABOR & PARTS------------------------------------------------------
J# 1 01CVZ99P      MULTI POINT INSP    TECH(S): 2332   INTERNAL
    PERFORM MULTI POINT INSPECTION
    FREE COUPON
    C/S LEAK BY RIGHT FRONT TIRE. LEFT FRONT SEEMS WET BY
    WHEEL WELL
    FOUND LEFT FRONT CALIPER FREEZING. HOSE & HUB LOOSENED
    STABILIZER LINKS & BUSHINGS FRONT. TRANNY PAN LEAKING
    RIGHT FRONT AXLE SEAL LEAKING
    DECLINED REPAIR

                                JOB #  1 TOTAL LABOR & PARTS    0.00
-------------------------------------------------------------------
J# 2 14CVZ-ALIGN   ALIGN FRONT END     TECH(S): 2332   INTERNAL
    PERFORM FREE ALIGNMENT AS PER COUPON
    COMPLETED

                                JOB #  2 TOTAL LABOR & PARTS    0.00
-------------------------------------------------------------------
TOTALS
*******************************************************************
* NEXT RECOMMENDED SERVICE:                                       *
* 01/09/2010 /   150 MI 01CVZ-LOF    LUBE OIL AND FILTER          *
*******************************************************************

On behalf of all of us at Atlantic Chevrolet/Cadillac, we    TOTAL LABOR....   0.00
would like to THANK YOU for your continued patronage         TOTAL PARTS....   0.00
*******************************************************      TOTAL SUBLET...   0.00
                                                             TOTAL G.O.G....   0.00
In an ever increasing need to reduce paper consumption, we   TOTAL MISC CHG.   0.00
are asking that you provide us with your email address so we TOTAL MISC DISC   0.00
may contact you regarding upcoming factory recalls, service  TOTAL TAX......   0.00
specials and/or an effort to receive your overall
satisfaction input regarding our Service Department.         TOTAL INVOICE $   0.00
WE DO NOT SHARE THIS INFORMATION WITH ANY OUTSIDE SOURCES.

Email Address:-----------------------------------------
With your help, we can look forward to a greener future!!

YOUR SATISFACTION IS OUR TOP PRIORITY!



        CUSTOMER SIGNATURE
```

ANY WARRANTIES ON THE PRODUCT SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

GENERAL MOTORS PARTS COVERED AGAINST DEFECTS FOR 12 MONTHS OR 12,000 MILES.

☐ NO GUARANTEE ON WORK PERFORMED
☐ 30 DAYS OR 1,000 MILES WHICHEVER OCCURS FIRST
☐ 90 DAYS OR 4,000 MILES WHICHEVER OCCURS FIRST
☐ 12 MONTHS OR 12,000 MILES WHICHEVER OCCURS FIRST

**ALL PARTS NEW UNLESS OTHERWISE NOTED.**

NYS R/S NUMBER 7080197

☐ CASH  ☐ CHECK  ☐ MC  ☐ VISA
☐ AM. EX.  ☐ DISCOVER

CUSTOMER ACKNOWLEDGES
REC. OF COPY X

*Thank you for this opportunity to serve you. It is our aim to perform all the repairs requested on this repair order to your complete satisfaction. If our service was satisfactory tell your friends, if not, please tell us immediately.*

THANK YOU

PAGE 1 OF 1          CUSTOMER COPY          [ END OF INVOICE ] 03:51pm

# AUTOFUSION

334 W. JERICHO TPKE
HUNTINGTON, NY 11743
Shop Phone: (631) 351-5755
Fax: (631) 351-5753
Email: TRANS726@AOL.COM
Web Address: WWW.AUTOFUSIONNY.COM

Estimate

**391**

Estimate Ref #391
Date Printed: 10/21/2009
Printed Time: 4:56 pm
DMV# 7106666

Hat/Ref:  AUTOFUSION  Time Promised:

**SHOSTACK, DAVE**

2004 CHEVROLET MALIBU CLASSIC L4 2.2L 2198CC 134CID FI GAS N F L61
VIN: 1G1ND52FX4M653760
License: ETJ2358    Mileage In: 25,811    Date Written: 10/21/2009
Unit #: 4T45E       Mileage Out: 25,812   Written By: DENNIS LICATA
DOM: 03/04                                Save Old Parts: No

Home:    Work:
Cell:

| Job Name | Description | Technician | Qty | List | Extended |
|---|---|---|---|---|---|
| **Job #1** | **MAINTENANCE** | | | | |
| Sublet | Work Requested - MAINTENANCE | | 1.00 | 2,072.37 | 2,072.37 |
| Work Performed - TRANSAXLE ASSEMBLY | | | | | |
| Labor RATE 1 | Work Requested - MAINTENANCE | | 6.00 | 80.00 | 480.00 |
| Work Performed - LABOR FOR REMOVING AND REINSTALLING TRANSAXLE | | | | | |
| Sublet | Work Requested - MAINTENANCE | | 10.00 | 3.75 | 37.50 |
| Work Performed - TRANSMISSION FLUID | | | | | |

Job Total: 2,589.87

| Payment Date | Type | Method | Amount |
|---|---|---|---|
| **Payment Totals:** | | | |

Parts:     $0.00
Labor:     $480.00
Sublet:    $2,109.87
Misc:      $0.00

Hazmat:    $0.00
Supplies:  $0.00
Tax:       $223.38
Invoice Total: $2,813.25

THANK YOU

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto.

Authorized By _____   Date _____   Time _____

| MGR | LAST | FIRST | DATE | **No. 101003** |
|---|---|---|---|---|
| | SHOSTACK | DAVE | 10/23/09 11:32 | |

| | CITY | STATE/PROV | ZIP CODE | MILEAGE | TRANS TYPE | HOME PHONE |
|---|---|---|---|---|---|---|
| WOOD | COMMACK | NY | 11725 | 25888 | 4T45E | |

| YEAR | MAKE | MODEL | COLOR | VEHICLE IDENTIFICATION NUMBER (VIN) | LIC PLATE NO/STATE | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| 2004 | CHEVROLET | MALIBU | BLUE | 1G1ND52FX4M653760 | ETJ235B | |

| WARRANTY CLAIM INFORMATION | | | | PROD DATE | ENGINE SIZE | CELL PHONE |
|---|---|---|---|---|---|---|
| | | | | | 2.2L | 631 864-2656 |

| HAT NUMBER | EMAIL ADDRESS |
|---|---|
| 749 | |

# 44200

**Smith Haven Car Care Inc.**
2575 Middle Country Road
Centereach, NY 11720
631-467-0023

REG. #
7099325

**AAMCO TRANSMISSIONS**

AAMCO COMPLETE CAR CARE

PARTS $24.96  LABOR $246.298  SUBTOTAL $271.258
1   R / AXLE SEAL                                                                 12.48
1   L / AXLE SEAL                                                                 12.48
2.6 LABOR TO REPLACE                                                              246.30

TRANSMISSION                              CCC
PARTS: $  LABOR: $  SUBTOTAL: $    PARTS: $24.96  LABOR: $246.298  SUBTOTAL: $271.258
...te does not reflect shop supply charges that may represent both cost and profits to this service center.

PARTS     24.96
LABOR    246.30
SUBTOTAL 271.26



File In Section: 07 - Transmission/Transaxle
Bulletin No.: 08-07-30-009
Date: March, 2008

# Service Bulletin

# TECHNICAL

**Subject:** HYDRA-MATIC® Front Wheel Drive 4T80-E (MH1) Right Front Axle Seal Leak, Transmission Slips in Gear (Replace Third Clutch Housing with Revised Service Part)

**Models:** 2001-2008 GM Passenger Cars with HYDRA-MATIC® Front Wheel Drive 4T80-E Automatic Transmission (RPO – MH1)

### Condition
Some customers may comment on a transmission oil leak and/or that the transmission slips in gear.

### Cause
An oil leak may be caused by bushing wear in the third clutch housing, causing excessive fluid build-up at axle seal.

### Correction
**Important:** DO NOT replace the transmission for above concerns.

Replace the third clutch housing with service P/N 8682114, which has revised bushing material to extend life and reduce right front axle seal leaks. Refer to Automatic/Transaxle – 4T80-E Transmission Off-Vehicle Repair Instructions for the replacement of the third clutch housing in SI.

### Parts Information

| Part Number | Description | Qty |
|---|---|---|
| 8682114 | Housing, Third Clutch | 1 |

### Warranty Information
For vehicles repaired under warranty, use:

| Labor Operation | Description | Labor Time |
|---|---|---|
| K7532 | Clutch, Third – R&R or Replace | Use Published Labor Operation Time |

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer". They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.

 WE SUPPORT VOLUNTARY TECHNICIAN CERTIFICATION

Copyright 2008 General Motors Corporation. All Rights Reserved.

083626