## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                                    :
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                      :
       f/k/a General Motors Corp., *et al.*        :          Chapter 11
                                                          :          Case No. 09-50026 (REG)
                                                          :          (Jointly Administered)
               Debtors.        :

-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                       ) ss
COUNTY OF **SUFFOLK**   )

I, Chanpreet Kondal, being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On December 17, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8148) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                      _/s/ Chanpreet Kondal
                                        Chanpreet Kondal

Sworn to before me this 17th day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No.  01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

TRANSFEROR

Gabriella Arreola, Esmerelda Arreola, Luis Manuel Arreola,
Nydia Arreola, Maria Arreola and Luis Fernando Arreola Quintana
c/o Brandi Law Firm
354 Pine Street, 3rd Floor
San Francisco, CA 94104

TRANSFEREE

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070