# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
---------------------------------------------------------------X
In re:                                             :
                                                   :
MOTORS LIQUIDATION COMPANY, et al.,                :
        f/k/a General Motors Corp., et al.         :         Chapter 11
                                                   :         Case No. 09-50026 (REG)
                                                   :         (Jointly Administered)
                         Debtors.                  :
---------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                                     ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 17, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8140) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                                         /s/ Chanpreet Kondal
                                                                                       Chanpreet Kondal

Sworn to before me this 17th day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

TRANSFEROR

Royal Bank of Scotland PLC, as Assignee of
Koch Supply & Trading LP
c/o RBS Securities, Inc.
600 Washington Boulevard
Stamford, CT 06901

TRANSFEREE

Avenue TC Fund, L.P.
Attn: David S. Leinwand
399 Park Avenue, 6${}^{th}$ Floor
New York, NY 10022