IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al*.,                           :
      f/k/a General Motors Corp., *et al.*   :    Chapter 11
                                                                :    Case No. 09-50026 (REG)
                                                                :    (Jointly Administered)
                        Debtors.                                :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **SUFFOLK**   )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 17, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8147) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

     /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 17th day of
December, 2010
/s/ Florence L. Robinson_
Florence L. Robinson
Notary Public, State of New York
No. 01RO6142774
Qualified in Queens County
Commission Expires Mar. 20, 2014

# EXHIBIT A

TRANSFEROR

Rachel Higgins as personal representative of
Daniel Herrera & Leticia Guandalupe Medrano
800 Shoreline Boulevard, 14th Floor, South Tower
Corpus Christi, TX 78401

TRANSFEREE

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070