## Exhibit F
## Letter from K. Landan to I. Spiro dated February 10, 2005

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

J. Andrew Langan
To Call Writer Directly:
312 861-2064
alangan@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

February 10, 2005

Via Facsimile & Certified Mail

Ira Spiro, Esq.
Spiro Moss Barness Harrison & Barge LLP
11377 W. Olympic Boulevard
Fifth Floor
Los Angeles, California 90064-1683

Re:   *Hunter v. General Motors Corporation, et al.*
**Superior Court of the State of California
County of Los Angeles, Central District - Case No. BC 324 622**

Dear Mr. Spiro:

I have been asked to respond to your January 12, 2005 letter to General Motors Corporation and Robert A. Lutz.

Your letter purports to notify General Motors Corporation, on behalf of LaRonda Hunter, of an undefined alleged defect in a number of different model–year 1999-2003 General Motors vehicles and seeks a variety of relief.

As you are aware, in December 2003 the Office of Defects Investigation ("ODI") of the National Highway Transportation Safety Administration ("NHTSA") opened a Preliminary Evaluation (PE03057) to investigate allegations of parking brake ineffectiveness in certain vehicles referenced in your January 12, 2005 letter. As you are further aware, in April 2004 NHTSA closed its Preliminary Evaluation and commenced an Engineering Analysis (EA04011) of allegations of parking brake ineffectiveness in a broader group of General Motors vehicles, a group which includes all of the vehicles referenced in your letter. For more than one year before receiving your letter, General Motors has cooperated fully with NHTSA in its Preliminary Evaluation and ongoing Engineering Analysis. And, while General Motors does not believe that any safety-related defect exists in the parking brake systems of these vehicles, General Motors will continue to cooperate with NHTSA in its ongoing analysis. Your letter, and the alleged defect it purports to give General Motors notice of, simply parrot the language found in publicly available, online NHTSA documents describing the ODI Preliminary Evaluation and Engineering Analysis referenced above.

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

## KIRKLAND & ELLIS LLP

February 10, 2005
Page 2

Thus, it is evident that your letter does not provide General Motors with notice of any allegation of defect not already the subject of ongoing discussions between General Motors and NHTSA. If your January 12, 2005 letter was intended to raise different complaints than those currently being investigated by NHTSA, your letter fails to provide sufficient detail concerning the alleged defect to enable General Motors to evaluate your claim and respond to it in a meaningful way.

In either event, General Motors cannot respond to your "demand" at this time because your January 12, 2005 letter does not supply sufficient information to address any complaints Ms. Hunter may have. For example, your letter does not identify the particular vehicle that Ms. Hunter owns. Nor does your letter suggest that your client owns a General Motors vehicle that has manifested any problem with, or failure of, the parking brake or rear service brake systems in her vehicle. Moreover, your January 12 letter's various allegations that General Motors has made misrepresentations about the safety of the vehicles referenced in your letter are unfounded and untrue.

The above notwithstanding, and without waiver of any defense, I am providing by this letter a tender of settlement consistent with General Motors' commitment to customer service. Specifically, Ms. Hunter may bring her General Motors vehicle to any convenient General Motors dealer for a mechanical inspection of the parking brake and rear service brake systems. If that inspection reveals that any repairs should be made to either system, those repairs will be made at no charge. During the time of the inspection, as well as any time necessary for repairs, Ms. Hunter will receive the free use of a loaner vehicle. If your client wishes to take advantage of this offer, please contact me to arrange for an appointment. This procedure should put a satisfactory end to this controversy.

I look forward to hearing from you.

Sincerely,

J. Andrew Langan

**<u>Exhibit G</u>**
**<u>Deposition of Robin Gonzales</u>**

ROBIN GONZALES                                                    12/1.

---

**Page 1**

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, CENTRAL DISTRICT

La RONDA HUNTER, ROSANA N.
PULGARIN, and ROBIN GONZALES
on behalf of themselves and
on behalf of all others
similarly situated and
the general public,

     Plaintiffs,

    vs.      No. BC 324 622

GENERAL MOTORS CORPORATION,
and DOES 1-100,
    Defendants.

DEPOSITION OF ROBIN GONZALES
Los Angeles, California
Wednesday, December 17, 2008

Reported by:
SHARON LINDSAY-MILNIKEL
CSR No. 5335
JOB No. 101997

---

**Page 2**

1   SUPERIOR COURT FOR THE STATE OF CALIFORNIA
2   COUNTY OF LOS ANGELES, CENTRAL DISTRICT
3
4   La RONDA HUNTER, ROSANA N.
    PULGARIN, and ROBIN GONZALES
5   on behalf of themselves and
    on behalf of all others
6   similarly situated and
    the general public,
7
       Plaintiffs,
8
    vs.    No. BC 324 622
9
   GENERAL MOTORS CORPORATION,
10  and DOES 1-100,
11    Defendants.
12
13
14
15   Deposition of ROBIN GONZALES, taken on behalf of
16  Defendant General Motors Corporation, at 777 South
17  Figueroa Street, Los Angeles, California, beginning at
18  10:14 a.m. and ending at 4:46 p.m. on Wednesday,
19  December 17, 2008, before SHARON LINDSAY-MILNIKEL,
20  Certified Shorthand Reporter No. 5335.
21
22
23
24
25

---

**Page 3**

1   APPEARANCES:
2
3   For Plaintiffs:
4    SPIRO MOSS BARNESS
    BY: IRA SPIRO
5    Attorney at Law
    11377 West Olympic Boulevard, Fifth Floor
6    Los Angeles, California 90064
    (310) 235-2468
7
    HEARD, ROBINS, CLOUD & LUBEL
8    3800 Buffalo Speedway, Fifth Floor
    Houston, Texas 77098
9    (713) 650-1200
    (No appearance.)
10
   For Defendant General Motors Corporation:
11
    KIRKLAND & ELLIS
12    BY: PANTEA M. YASHAR
    Attorney at Law
13    777 South Figueroa Street
    Los Angeles, California 90017
14    (213) 680-8192
15    KIRKLAND & ELLIS
    BY: KELLY L. GUZMAN
16    Attorney at Law
    200 East Randolph Drive
17    Chicago, Illinois 60601
    (312) 469-7319
18
   Videographer:
19
    BRUNO SERE
20    SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
    20 Corporate Park, Suite 350
21    Irvine, California 92606
    (949) 955-3855
22
23
24
25

---

**Page 4**

1             INDEX
2   WITNESS         EXAMINATION
3   ROBIN GONZALES
4
5    BY MS. YASHAR     8
6    BY MR. SPIRO    176
7
8        EXHIBITS
9   DEFENDANT'S        PAGE
10  1  Plaintiff Robin Gonzales's Response To    15
     Form Interrogatories, Set One; 17 pages
11
    2  Form Interrogatories - General, Set One;   16
12    8 pages
13  3  Plaintiff Robin Gonzales's Supplemental   19
     Response To Form Interrogatories, Set One;
14    8 pages
15  4  Robin Gonzales's Response To Defendant's  20
     First Set Of Interrogatories; 33 pages
16
    5  Robin Gonzales's Supplemental And Amended  22
17    Responses To Defendant's First Set Of
     Interrogatories; 15 pages
18
    6  Defendant's First Requests To The Named  25
19    Plaintiffs For Production Of Documents;
     5 pages
20
    7  Plaintiffs' Response To Defendant's First  26
21    Set Of Requests For Production; 14 pages
22  8  Plaintiffs' Supplemental Response To  27
     Defendant's First Set Of Requests For
23    Production; 13 pages
24  9  Motor vehicle sales contract and    33
     security agreement; 2 pages
25

---

1 (Pages 1 to 4)

ROBIN GONZALES                                      12/17/08

```
 1   INDEX (Continued):
 2        EXHIBITS
 3   DEFENDANTS                              PAGE
 4   10 Document entitled "Completely        52
        Satisfied New Vehicle Delivery
 5      System"; 1 page
 6   11 Massey invoices dated 7-28-05;       67
        3 pages
 7
     12 Massey invoice dated 12-13-03;       73
 8      1 page
 9   13 S & J Chevrolet invoice dated        77
        9-29-05; 1 page
10
     14 S & J Chevrolet invoice dated        79
11      9-27-05; 1 page
12   15 Barsom Tire And Auto Repair          89
        invoice dated 11-23-05; 1 page
13
     16 General Motors Pre-Delivery          100
14      Inspection Procedure for Passenger
        Cars and Light Duty Trucks; 2 pages
15
     17 2001 Silverado owners manual;        121
16      468
17   18 Document entitled "Light Duty        123
        Truck Warranty And Owner
18      Assistance Information"; 34 pages
19   19 Warranty insert; 2 pages             123
20   20 Fourth amended complaint; 55 pages   159
21   21 Southland Credit Union               171
        Agreement To Defer/Skip
22      August 2002 Payment; 1 page
23   22 Engineering Report No 20030802;      172
        7 pages
24
25
                                    Page 5
```

```
 1   INDEX (Continued):
 2   INSTRUCTION NOT TO ANSWER
 3        Page   Line
 4        94     11
          94     21
 5        146    18
          146    23
 6        167    3
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                    Page 6
```

```
 1          Los Angeles, California, Wednesday, December 17, 2008
 2              10:14 a.m. - 4:46 p.m.
 3
 4          VIDEO OPERATOR:  Good morning.  Today is
 5   December 17th, 2008.  We are on the record at 10:14.
 6          We're here for the deposition of Robin
 7   Gonzales in the matter of Hunter, et al. versus
 8   General Motors, Case Number BC 324 622, pending before
 9   the Superior Court, State of California, County of Los
10:14 10 Angeles.
11          This deposition is being taken on behalf of
12   defendant.  We're at the offices of Kirkland & Ellis
13   located at 777 South Figueroa Street in Los Angeles,
14   California.
15          My name is Bruno Sere appearing on behalf of
16   Sarnoff Court Reporters and Legal Technologies located
17   in Los Angeles, California.
18          Would counsel please introduce themselves and
19   state their affiliations.
10:15 20     MS. YASHAR:  Pantea Yashar on behalf of
21   General Motors Corporation.
22          MS. GUZMAN:  Kelly Guzman on behalf of
23   General Motors Corporation.
24          MR. SPIRO:  Ira Spiro on behalf of
25   plaintiffs.
                                    Page 7
```

```
 1          VIDEO OPERATOR:  You may swear in the
 2   witness.
 3
 4          ROBIN GONZALES,
 5   having been administered an oath, was examined and
 6   testified as follows:
 7
 8          EXAMINATION
 9   BY MS. YASHAR:
10:15 10   Q   Good morning, Ms. Gonzales.
11     A   Good morning.
12     Q   Will you please state your full name for the
13   record.
14     A   Robin Gonzales.
15     Q   You were here yesterday during Ms. Hunter's
16   deposition so you -- I'm sure you're familiar with
17   some of the basic deposition rules of what's going to
18   happen today.  I'm still going to go over some of
19   those rules with you to make sure we're on the same
10:15 20 page.
21     A   Okay.
22     Q   You understand that you've been put under
23   oath, correct?
24     A   Yes.
25     Q   You must answer truthfully and to the best of
                                    Page 8
```

2 (Pages 5 to 8)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                              12/17/06

| | | |
|---|---|---|
| 1 | your ability. | |
| 2 | Do you understand that? | |
| 3 | A   Yes. | |
| 4 | Q   If you don't know an answer to a question, | |
| 5 | tell me that you don't know the answer. | |
| 6 | A   Okay. | |
| 7 | Q   If you don't understand a question, let me | |
| 8 | know that you don't understand that question and I can | |
| 9 | rephrase it for you. | |

10:16
| | |
|---|---|
| 10 | A   Okay. |
| 11 | Q   If you don't tell me that you don't |
| 12 | understand it, then I'll assume that you understood my |
| 13 | question? |
| 14 | A   Okay. |
| 15 | Q   When I refer to GM, I'm referring to General |
| 16 | Motors Corporation and all of its divisions and |
| 17 | affiliates. |
| 18 | Do you understand that? |
| 19 | A   Yes. |

10:16
| | |
|---|---|
| 20 | Q   Is there any reason why you may not be able |
| 21 | to give your best testimony today? |
| 22 | A   No. |
| 23 | Q   Can you tell me how old you are. |
| 24 | A   46. |
| 25 | Q   When were you born? |

Page  9

| | |
|---|---|
| 1 | A   Yeah.  Yes. |
| 2 | Q   Do you have any children? |
| 3 | A   One. |
| 4 | Q   How old? |
| 5 | A   25. |
| 6 | Q   Does this child live with you? |
| 7 | A   No. |
| 8 | Q   Does anyone live with you? |
| 9 | A   My mom. |

10:18
| | |
|---|---|
| 10 | Q   Do you have a son or a daughter? |
| 11 | A   Daughter. |
| 12 | Q   Does anyone depend on you for financial |
| 13 | support? |
| 14 | A   No. |
| 15 | Q   Are you -- are you currently employed? |
| 16 | A   No. |
| 17 | Q   When was the last time that you were |
| 18 | employed? |
| 19 | A   About 20 months ago. |

10:18
| | |
|---|---|
| 20 | Q   And where did you work? |
| 21 | A   Fidelity National Tax Services. |
| 22 | Q   What was your position? |
| 23 | A   Cash management specialist. |
| 24 | Q   How long were you cash management specialist? |
| 25 | A   Maybe a year and before that I -- I was an |

Page  11

| | |
|---|---|
| 1 | A   March 19th, '62. |
| 2 | Q   Where were you born? |
| 3 | A   Los Angeles. |
| 4 | Q   Where do you currently reside? |
| 5 | A   9644 Foxbury Way, Pico Rivera. |
| 6 | Q   How long have you lived there? |
| 7 | A   Since 2002 and then I lived there before that |
| 8 | since 1964, off and on. |
| 9 | Q   Where did you live before 2002? |

10:17
| | |
|---|---|
| 10 | A   Fullerton. |
| 11 | Q   Where in Fullerton? |
| 12 | A   On Kroeger Street. |
| 13 | Q   What's the address? |
| 14 | A   I don't know the number.  It's on Kroeger. |
| 15 | Q   Are you currently married? |
| 16 | A   No. |
| 17 | Q   Have you ever been married? |
| 18 | A   Yes. |
| 19 | Q   When was that? |

10:17
| | |
|---|---|
| 20 | A   1986 or '87. |
| 21 | Q   That's when you were married? |
| 22 | A   Yes. |
| 23 | Q   And how long were you married? |
| 24 | A   About ten years. |
| 25 | Q   Until about 1996? |

Page  10

| | |
|---|---|
| 1 | accounts receivable specialist. |
| 2 | Q   Also for Fidelity National? |
| 3 | A   Yes. |
| 4 | Q   Have you had any other employers within the |
| 5 | last five years? |
| 6 | A   I don't recall. |
| 7 | Q   Have you worked for ELG Metals? |
| 8 | A   Yes. |
| 9 | Q   When did you work for ELG Metals? |

10:19
| | |
|---|---|
| 10 | A   Before that. |
| 11 | Q   Do you know what year? |
| 12 | A   No. |
| 13 | Q   You don't know what year? |
| 14 | A   No, I'm not good on dates. |
| 15 | Q   Do you know how long you worked for ELG |
| 16 | Metals? |
| 17 | A   Approximately four months. |
| 18 | Q   What was your position? |
| 19 | A   Accounts payable. |

10:20
| | |
|---|---|
| 20 | Q   Has anyone in your family or anyone close to |
| 21 | you done any work in the automotive industry?_ _ |
| 22 | A   No. |
| 23 | Q   Do you have a high school diploma? |
| 24 | A   Yes. |
| 25 | Q   Do you have a college degree? |

Page  12

3  (Pages  9  to  12)

ROBIN GONZALES                                    12/17/08.

| | Page 13 | | Page 15 |
|---|---|---|---|

Page 13

1   A   No.
2   Q   Have you ever participated in any training or
3   seminars that relate to the automotive industry?
4   A   No.
5   Q   Have you ever participated in any type of
6   training or seminars that relate to advertising or
7   marketing?
8   A   No.
9   Q   Do you have any training or experience in the
10:21 10   automotive industry?
11   A   No.
12   Q   Do you have any training or experience in
13   automotive engineering?
14   A   No.
15   Q   Do you have any training or experience in
16   mechanics?
17   A   No.
18   Q   Do you have any training or experience in
19   automotive repair or work?
10:21 20   A   No.
21   Q   Do you have any training or experience in
22   automotive sales, leasing, rental or anything of that
23   sort?
24   A   No.
25   Q   Do you have any training or experience in

**Page 13**

Page 15

1   Q   Are you aware that you've been served with
2   written requests for production in this case?
3   A   No.
4   Q   Are you aware that you've been served with
5   written interrogatories in this case?
6   A   Yeah.
7   Q   Are you aware that you have been served with
8   written form interrogatories in this case as well?
9   A   I don't understand the question.
10:24 10   Q   Well, let me show you a document and see if
11   that helps.
12        I'm handing you what is titled "Plaintiff
13   Robin Gonzales's Response To Form Interrogatories, Set
14   One."
15        MR. SPIRO:  What are we marking it as?
16        MS. YASHAR:  We'll have these marked as
17   Defendant's Exhibit Number 1.
18        MR. SPIRO:  1.
19        (Defendant's Exhibit 1 marked.)
10:25 20   BY MS. YASHAR:
21   Q   Have you seen this document before?
22   A   Yes.
23   Q   You've seen this document before?
24   A   Yes.
25   Q   Can you tell me what it is?

**Page 15**

Page 14

1   advertising?
2   A   No.
3   Q   Do you have any training or experience in
4   drafting warranties or anything that's related to
5   warranties?
6   A   No.
7   Q   Do you consider yourself an educated
8   consumer?
9        MR. SPIRO:  Vague.  Vague.
10:22 10   THE WITNESS:  On what?
11   BY MS. YASHAR:
12   Q   In general?
13   A   Yes.
14   Q   Why?
15   A   Because I'm educated.
16   Q   Do you know what discovery is?
17   A   No.
18   Q   You don't know what discovery is?
19   A   No.
10:22 20   Q   Each party has a right to obtain information
21   before trial through written requests like
22   interrogatories and requests for production and
23   depositions such as this one today.
24        Do you understand that?
25   A   No.

**Page 14**

Page 16

1   A   "Plaintiff Robin Gonzales's Response To Form
2   Interrogatories, Set One."
3   Q   Did you review -- can you tell me -- that is
4   what the title of the document is, can you tell me a
5   little bit more in depth what it is?
6   A   Well, it looks like receipts.
7        MS. YASHAR:  Can we take a break for about
8   ten minutes.
9        MR. SPIRO:  Sure.
10:26 10   VIDEO OPERATOR:  We're going off the record
11   at 10:26.
12        We are off the record.
13        (Interruption in the proceedings.)
14        VIDEO OPERATOR:  We are back on the record at
15   10:33.
16        MS. YASHAR:  Ms. Gonzales, I'm handing you
17   another document that is entitled "Form
18   Interrogatories - General" from the asking party,
19   General Motors Corporation.
10:33 20        This will be marked as Defendant's Exhibit
21   Number 2.
22        (Defendant's Exhibit 2 marked.)
23   BY MS. YASHAR:
24   Q   Do you recognize this document?
25   A   Yes.

**Page 16**

4 (Pages 13 to 16)

ROBIN GONZALES                                                    12/17/08

| | | |
|---|---|---|
| | 1 | Q   What is it? |
| | 2 | A   A -- "Form Interrogatories - General." |
| | 3 | Q   When did you see it for the first time? |
| | 4 | A   I don't remember. |
| | 5 | Q   Can you give me a ballpark? |
| | 6 | A   No. |
| | 7 | Q   Was it last week? |
| | 8 | A   No. |
| | 9 | Q   Was it a few months ago? |
| 10:35 | 10 | A   I don't remember. |
| | 11 | Q   Did you provide answers to the questions that |
| | 12 | are in Exhibit 2? |
| | 13 | A   Yes. |
| | 14 | Q   You provided those answers to your counsel? |
| | 15 | A   Yes. |
| | 16 | Q   Did you provide those answers prior to your |
| | 17 | responses being served on GM to your -- to General |
| | 18 | Motors' first set of form interrogatories? |
| | 19 | A   Repeat the question. |
| 10:35 | 20 | Q   Did you provide those answers to your counsel |
| | 21 | to these form interrogatories before Exhibit 1 was |
| | 22 | served on GM? |
| | 23 | A   I have no idea. |
| | 24 | Q   Let's go back to Exhibit 1, plaintiff Robin |
| | 25 | Gonzales's responses to form interrogatories. |

Page 17

| | | |
|---|---|---|
| | 1 | Did you review these with your counsel prior |
| | 2 | to them being served to GM? |
| | 3 | A   I have no idea. |
| | 4 | Q   Did you review these with your counsel ever? |
| | 5 | A   Yes. |
| | 6 | Q   Did you draft these responses? |
| | 7 | MR. SPIRO:  Vague. The word "draft," vague. |
| | 8 | THE WITNESS: I -- these are my -- these are |
| | 9 | my answers. |
| 10:37 | 10 | BY MS. YASHAR: |
| | 11 | Q   Those are your answers in Exhibit 1? |
| | 12 | A   Yes. |
| | 13 | Q   Did you review these answers as they're |
| | 14 | written before they were served on General Motors? |
| | 15 | A   I don't know. |
| | 16 | Q   But you did review these answers at some |
| | 17 | point; is that correct? |
| | 18 | A   Yes. |
| | 19 | Q   Did you make edits to these answers when you |
| 10:37 | 20 | reviewed them? |
| | 21 | A   I don't remember. |
| | 22 | Q   Are these a true and accurate response of |
| | 23 | your answers to General Motors' first set of form |
| | 24 | interrogatories? |
| | 25 | MR. SPIRO:  Vague. |

Page 18

| | | |
|---|---|---|
| | 1 | THE WITNESS:  Repeat the question. |
| | 2 | BY MS. YASHAR: |
| | 3 | Q   We're looking at Exhibit 1.  Are the answers |
| | 4 | in Exhibit 1 to the document "Plaintiff Robin |
| | 5 | Gonzales's Response To Form Interrogatories," a true |
| | 6 | and accurate copy of your responses to GM's first set |
| | 7 | of form interrogatories. |
| | 8 | MR. SPIRO:  Vague. |
| | 9 | THE WITNESS:  I don't understand the |
| 10:38 | 10 | question. |
| | 11 | BY MS. YASHAR: |
| | 12 | Q   What don't you understand? |
| | 13 | A   Rephrase it. |
| | 14 | Q   Is there anything in these answers that is |
| | 15 | not true and accurate, as you sit here today? |
| | 16 | A   I've already answered that question, yes, |
| | 17 | they're true. |
| | 18 | Q   They're -- they're true? |
| | 19 | A   Yeah. |
| 10:38 | 20 | Q   And they're true, as you sit here today -- |
| | 21 | A   Yes. |
| | 22 | Q   -- everything in Exhibit 1. |
| | 23 | I'm going to hand you what Ms. Lindsay is |
| | 24 | going to mark as Defendant's Exhibit Number 3. |
| | 25 | (Defendant's Exhibit 3 marked.) |

Page 19

| | | |
|---|---|---|
| | 1 | BY MS. YASHAR: |
| | 2 | Q   Can you tell me what Exhibit 3 is. |
| | 3 | A   "Plaintiff Robin Gonzales's Supplemental |
| | 4 | Response To Form Interrogatories, Set One." |
| | 5 | Q   Do you recognize this document? |
| | 6 | A   Yes. |
| | 7 | Q   Did you provide supplemental answers to your |
| | 8 | form interrogatories that were served on GM? |
| | 9 | A   Did I provide the answers?  I provided the |
| 10:40 | 10 | answers, yes. |
| | 11 | Q   Are your answers, as reflected here in |
| | 12 | Exhibit 3, still true and accurate as you sit here |
| | 13 | today? |
| | 14 | A   Yes. |
| | 15 | MS. YASHAR:  I'm handing you what is being |
| | 16 | marked as Defendant's Exhibit Number 4. |
| | 17 | (Defendant's Exhibit 4 marked.) |
| | 18 | BY MS. YASHAR: |
| | 19 | Q   Do you recognize this document? |
| 10:42 | 20 | A   Yes. |
| | 21 | Q   Can you tell me what it is? |
| | 22 | A   "Defendant Robin Gonzales's Response To |
| | 23 | Defendant's First Set Of Interrogatories." |
| | 24 | Q   And are you aware that these -- strike that. |
| | 25 | Did you provide these written responses, as |

Page 20

5  (Pages 17 to 20)

| | |
|---|---|
| 1 reflected in Exhibit 4? | 1 strike that. |
| 2     MR. SPIRO: Vague. "Provide" and | 2     Are these answers your accurate responses to |
| 3 "responses," those words are vague. | 3 GM's first set of written interrogatories? |
| 4     THE WITNESS: I provided the answers. | 4    A What was the question? |
| 5 BY MS. YASHAR: | 5    Q Well, let's back up. |
| 6    Q Did you actually draft the answers yourself | 6     Did you review these written responses before |
| 7 or did you provide the information to your counsel? | 7 they were served on GM? |
| 8    A I don't recall. | 8    A I don't recall. |
| 9    Q Did you review these answers, as written, | 9    Q You don't recall ever reviewing these written |
| 10:43 10 before they were served on GM? | 10:46 10 responses? |
| 11    A I don't know. | 11     MR. SPIRO: Well, that misstates her |
| 12    Q Do you remember reviewing the answers, as | 12 testimony, it's argumentative. |
| 13 written, at any point? | 13     THE WITNESS: Not before they were served to |
| 14    A Reviewing with who? | 14 GM. I reviewed them. |
| 15    Q Reviewing, period, did you review these | 15 BY MS. YASHAR: |
| 16 answers to make sure they were accurate at any point? | 16    Q When did you review them? |
| 17     MR. SPIRO: Vague, the word "review." | 17    A I don't recall. |
| 18     THE WITNESS: Review with who? | 18    Q Did you review them last week? |
| 19 BY MS. YASHAR: | 19    A I don't recall. |
| 10:44 20    Q Did you review these answers at any point to | 10:47 20    Q Did you review them within the week, the last |
| 21 check that they were accurate, you didn't have to | 21 week? |
| 22 review with anyone, review yourself, you actually | 22    A I don't recall. |
| 23 review and read and make sure that the responses in | 23    Q Do you recall whether it was a few months |
| 24 this written discovery was accurate? | 24 ago? |
| 25    A My answers are accurate. | 25    A I don't know. |
|                  **Page 21** |                  **Page 23** |
| 1    Q And they're still accurate, as you sit here | 1    Q Did you review them yesterday? |
| 2 today? | 2    A I don't know. |
| 3    A Yes. | 3    Q You don't know whether you reviewed — |
| 4    Q Do you remember — do you recall providing | 4    A I didn't review them yesterday, no. |
| 5 supplemental responses to GM's first set of | 5    Q You didn't review them yesterday? |
| 6 interrogatories served on you? | 6    A No. |
| 7    A Rephrase. | 7    Q And you didn't review them today? |
| 8     MR. SPIRO: Vague. | 8    A I'm looking at them right now. |
| 9 BY MS. YASHAR: | 9    Q Other than right now as you sit here during |
| 10:44 10    Q Do you remember providing supplemental | 10:47 10 this deposition, you don't recall reviewing these |
| 11 responses to this? | 11 earlier today? |
| 12     MR. SPIRO: Vague. | 12    A No, I didn't review them today. |
| 13     THE WITNESS: I don't understand the | 13    Q And you don't recall reviewing them within |
| 14 question. | 14 the last week? |
| 15     MS. YASHAR: I'm handing you what is being | 15    A No, I didn't. |
| 16 marked as Defendant's Exhibit Number 5. | 16    Q Do you recall reviewing them within the last |
| 17     (Defendant's Exhibit 5 marked.) | 17 month? |
| 18 BY MS. YASHAR: | 18    A No, I didn't. |
| 19    Q Do you recognize this document? | 19    Q Do you recall reviewing them within the last |
| 10:45 20    A Yes. | 10:48 20 couple of months? |
| 21    Q What is it? | 21    A No, I didn't. |
| 22    A "Robin Gonzales's Supplemental And Amended | 22    Q Did you — do you recall reviewing them |
| 23 Responses To Defendant's First Set Of | 23 within the last three months? |
| 24 Interrogatories." | 24    A No, I didn't. |
| 25    Q And are these true and accurate responses — | 25    Q Do you recall reviewing them within the last |
|                  **Page 22** |                  **Page 24** |

6  (Pages 21 to 24)

ROBIN GONZALES                                                          12/17/08

---

**Page 25**

1  six months?
2    A  I said I don't know.
3    Q  You don't know or you didn't?
4    A  I don't know when I did.
5    Q  But you know that you reviewed them at some
6  point?
7    A  Yes.
8    Q  And the answers in here are accurate, as you
9  sit here today, correct?
10:48 10  A  Yes.
11        MS. YASHAR:  I'm handing you what is being
12  marked as Defendant's Exhibit Number 6.
13        (Defendant's Exhibit 6 marked.)
14  BY MS. YASHAR:
15    Q  Do you recognize this document?
16    A  No, I don't.
17    Q  Have you ever seen this document?
18    A  No.
19    Q  You've never seen "Defendant's First Requests
10:50 20  To The Named Plaintiffs For Production Of Documents"?
21    A  If I have, I don't remember.
22    Q  Do you remember having discussions with your
23  counsel about GM requesting documents?
24        MR. SPIRO:  It's just a yes or a no.
25        THE WITNESS:  No.

---

**Page 26**

1  BY MS. YASHAR:
2    Q  Did you provide documents to your counsel to
3  produce to GM?
4    A  Yes.
5    Q  But you don't remember any formal requests
6  such as this being shown to you?
7    A  No.
8    Q  So you don't remember any — seeing any
9  requests for production?
10:52 10  A  No.
11        MS. YASHAR:  I'm handing you what is going to
12  be marked Defendant's Exhibit 7.
13        (Defendant's Exhibit 7 marked.)
14        MS. YASHAR:  These are "Plaintiff's Responses
15  to Defendant's First Set Of Requests For Production."
16    Q  Do you recognize this document?
17    A  Well, apparently I have, I just don't recall
18  it.
19    Q  You have no specific recollection of ever
10:54 20  reviewing these responses to defendant's first set of
21  requests for production?
22    A  When was this — oh, yeah, I've seen these.
23    Q  When did you see them for the first time?
24    A  Oh, I don't know.
25    Q  Was it within the last week?

---

**Page 27**

1    A  I saw them August 25th of '08.
2    Q  You saw them for the first time on
3  August 25th of 2008?
4    A  Yeah.
5    Q  And did you review the written responses to
6  make sure that they were accurate?
7    A  Yes.
8    Q  Did you edit or correct any of them?
9    A  I don't recall.
10:55 10  Q  Are they still a true and accurate copy of
11  your responses, as you sit here today?
12    A  Yes.
13        MR. YASHAR:  I'm handing you what's being
14  marked as Defendant's Exhibit Number 8.
15        (Defendant's Exhibit 8 marked.)
16  BY MS. YASHAR:
17    Q  Can you tell me what this is.
18    A  "Plaintiff's Supplemental Response To
19  Defendant's First Set Of Requests For Production."
10:56 20  Q  Do you recognize this document?
21    A  (Indicating.)
22    Q  You appear to be showing your counsel a copy
23  of your signature?
24    A  That's not mine.
25    Q  That's not your signature?

---

**Page 28**

1    A  Huh-uh.
2        MR. SPIRO:  She said that's La Ronda Hunter's
3  signature.
4        MS. YASHAR:  That's La Ronda Hunter's
5  signature.
6    Q  So have you never seen this document before?
7    A  I don't recall.  That's not my signature.
8    Q  Let's look on the first page.
9        The first page says, toward the bottom,
10:58 10  "Responding Parties."  The first page.  This.
11        Do you see where it says, "Responding
12  Parties," it says "Plaintiffs La Ronda Hunter, Rosana
13  N. Pulgarin and Robin Gonzales"?
14    A  Uh-huh.
15    Q  But you don't recall ever seeing these
16  responses before, correct?
17    A  I don't recall, but, like I said, it's —
18  this isn't my signature.
19    Q  I understand that it's not your signature.
10:59 20  But my question is whether you have seen these written
21  responses before, not whether you signed the written
22  responses, not whether you signed the verification to
23  the written responses.
24    A  Where's my signature?
25    Q  I'm not asking you whether you signed the

---

7  (Pages 25 to 28)

ROBIN GONZALES                                      12/17/08

Page 29

```
        1   verification to these written responses —
        2      A   I know, but where's mine.
        3      Q   — I'm asking whether you've seen these
        4   written responses before.
        5      A   Well, let me read it, okay?
        6          Yeah, I recall seeing this.
        7      Q   When did you see them for the first time?
        8      A   Oh, I don't recall.
        9      Q   Was it within the last week?
11:01  10      A   No.
       11      Q   The last month?
       12      A   No.
       13      Q   Was it within the last two months?
       14      A   No.
       15      Q   Was it within the last three months?
       16      A   No.
       17      Q   Was it within the last four months?
       18      A   No.
       19      Q   Was it within the last five months?
11:01  20      A   Possibly.
       21      Q   Do you recall reviewing it to make sure that
       22   everything in here was accurate?
       23      A   Yes.
       24      Q   Do you recall making any edits?
       25      A   No.
```

Page 30

```
        1      Q   And as you sit here today, is this still true
        2   and accurate, to the best of your knowledge, the
        3   written answers that are in Exhibit 8?
        4      A   Yes.
        5      Q   Okay. Do you own a car, Ms. Gonzales?
        6      A   Do I own a car?
        7      Q   Yes.
        8      A   No.
        9      Q   You don't own a car?
11:02  10      A   No.
       11      Q   Did you used to own a 2001 Chevy Silverado?
       12      A   Yes. I own a truck.
       13      Q   I'm sorry, you own a truck.
       14          MR. SPIRO:  That's all right.
       15   BY MS. YASHAR:
       16      Q   And that's the 2001 Chevy Silverado?
       17      A   Yes.
       18      Q   Are you the registered owner?
       19      A   Yes.
11:02  20      Q   Do you know the vehicle identification
       21   number?
       22      A   No.
       23      Q   Was the — was the 2001 Chevy Silverado
       24   purchased in your name?
       25      A   Yes.
```

Page 31

```
        1      Q   Are you the principal driver?
        2      A   Yes.
        3      Q   Does anyone other than you drive the car?
        4      A   Yes.
        5      Q   I'm sorry, does anyone other than you drive
        6   the truck?
        7          MR. SPIRO:  We'll stipulate here that truck
        8   and car from now on are interchangeable for today.
        9          MS. YASHAR:  Let's do that.
11:02  10          MR. SPIRO:  Yeah.
       11   BY MS. YASHAR:
       12      Q   Who else drives the truck?
       13      A   My ex-husband and my daughter.
       14      Q   But you said you're the principal driver,
       15   correct?
       16      A   Yes.
       17      Q   And if you were to say — assign a percentage
       18   of how much time you spend driving the truck versus
       19   how much time your ex-husband drives it versus how
11:03  20   much time your daughter drives it, what — what would
       21   those percentages be, do you drive, for example,
       22   80 percent of the time and each of them drive maybe 10
       23   percent of the time?
       24      A   I drive it about 90 percent of the time.
       25      Q   And what percentage of the time does your
```

Page 32

```
        1   ex-husband drive it?
        2      A   5 — 5 and 5.
        3      Q   5 for your ex-husband and 5 for your
        4   daughter?
        5      A   Yes.
        6      Q   What purposes do you use the truck for?
        7      A   To get around.
        8      Q   What options did the car come with?
        9      A   Radio, air conditioning, lumbar seat.
11:04  10      Q   Anything else that you can recall?
       11      A   Steering wheel, tires.
       12      Q   Any special options that came with the truck?
       13      A   No, I — I don't recall.
       14      Q   Do — do you recall requesting any additional
       15   options in your truck?
       16      A   No, I don't recall.
       17      Q   When did you buy your truck?
       18      A   2001.
       19      Q   Do you recall what month in 2001?
11:05  20      A   July.
       21      Q   Do you recall what day?
       22      A   No.
       23      Q   So July 2001?
       24      A   Yes.
       25      Q   Where did you buy your truck from in
```

8 (Pages 29 to 32)

ROBIN GONZALES                                        12/17/08

| | Page 33 |
|---|---|
| 1 | July 2001? |
| 2 | A    Anaheim Chevrolet. |
| 3 | Q    And Anaheim Chevrolet is a dealer -- |
| 4 | A    Yes. |
| 5 | Q    -- in Anaheim? |
| 6 | Did you buy your truck new? |
| 7 | A    Yes. |
| 8 | Q    Did you lease the car or did you purchase -- |
| 9 | A    Bought it. |
| 11:06  10 | Q    You bought it? |
| 11 | A    Yes. |
| 12 | Q    Did you finance it? |
| 13 | A    Yes. |
| 14 | Q    Do you recall how much you financed it for? |
| 15 | A    No, I don't. |
| 16 | MS. YASHAR:  I'm handing you what is being |
| 17 | marked as Defendant's Exhibit 9. |
| 18 | (Defendant's Exhibit 9 marked.) |
| 19 | BY MS. YASHAR: |
| 11:07  20 | Q    Do you recognize this document? |
| 21 | A    Yes. |
| 22 | Q    Can you tell me what it is? |
| 23 | A    It's my contract. |
| 24 | Q    It's your contract for what? |
| 25 | A    Buying the car. |

| | Page 34 |
|---|---|
| 1 | Q    Somewhere in the middle of the page there is |
| 2 | the box that says, "Amount Financed." |
| 3 | Do you see that? |
| 4 | A    Uh-huh.  Yes. |
| 5 | Q    I know it's hard to read but it appears to |
| 6 | say $17,355.51. |
| 7 | A    51 cents. |
| 8 | It's also up here. |
| 9 | Q    Is that the amount that you financed your |
| 11:08  10 | truck for? |
| 11 | A    Yes. |
| 12 | Q    How much did you put down for your truck? |
| 13 | A    I put down $5,000 cash and I had a trade-in. |
| 14 | Q    What was your trade-in? |
| 15 | A    How much? |
| 16 | Q    What was your trade-in? |
| 17 | A    A car. |
| 18 | Q    What was the car? |
| 19 | A    A Pontiac Grand Am. |
| 11:08  20 | Q    What year was the Grand Am? |
| 21 | A    I don't recall what year. |
| 22 | Q    How much did you get for the Pontiac Grand |
| 23 | Am? |
| 24 | A    4,000. |
| 25 | Q    So you put 5,000 down and you got $4,000 for |

| | Page 35 |
|---|---|
| 1 | your trade-in? |
| 2 | A    Yes. |
| 3 | Q    Did you put anything in addition to the value |
| 4 | of your Grand Am and the $5,000 cash that you put |
| 5 | down? |
| 6 | A    No. |
| 7 | Q    Do you recall the mileage of your truck at |
| 8 | the time that you purchased it in July of 2001? |
| 9 | A    No. |
| 11:09  10 | Q    It was brand-new, though, right? |
| 11 | A    Yes. |
| 12 | Q    Would it be fair to say that it had less than |
| 13 | a hundred miles on it? |
| 14 | A    It was new.  I don't know how many miles it |
| 15 | had on it.  Could have had zero. |
| 16 | Q    But it couldn't have had more than a hundred |
| 17 | miles? |
| 18 | A    It could have had five.  It was new. |
| 19 | Q    It was new? |
| 11:10  20 | A    It was new. |
| 21 | Q    It couldn't have had more than 100 miles, |
| 22 | though, on it? |
| 23 | A    I don't know. |
| 24 | Q    Do you know the mileage of your car today? |
| 25 | A    No, I don't. |

| | Page 36 |
|---|---|
| 1 | Q    I'm going to direct your attention to |
| 2 | Exhibit 4, Interrogatory Response Number 1, page 5, |
| 3 | line 2 to 3.  It says, "The current odometer |
| 4 | reading is" 82- -- "82,130." |
| 5 | And these responses were verified on |
| 6 | August 27th -- or were served, rather, on August 27th, |
| 7 | 2008. |
| 8 | Does that seem like -- |
| 9 | A    Yes. |
| 11:12  10 | Q    -- an accurate estimate of somewhere where |
| 11 | your mileage was a few months ago? |
| 12 | A    Yes. |
| 13 | Q    Have you been in any collisions or accidents |
| 14 | with your vehicle? |
| 15 | A    No. |
| 16 | Q    Never? |
| 17 | A    Never. |
| 18 | Q    Did you pay the sticker price for your truck? |
| 19 | A    I don't think so. |
| 11:12  20 | Q    You bargained for the price of your truck? |
| 21 | A    I don't recall. |
| 22 | Q    You don't recall paying the sticker but you |
| 23 | don't recall bargaining either? |
| 24 | A    No, I don't -- I don't recall.  That was a -- |
| 25 | that was a long time ago. |

9  (Pages 33 to 36)

ROBIN GONZALES                                    12/17/08

|    | |
|----|--|
| 1 | Q   Can you tell me what you do recall about |
| 2 | negotiating the price of your truck. |
| 3 | A   I don't recall negotiating at all. |
| 4 | Q   Can you tell me what you do recall about |
| 5 | discussing the price of your truck. |
| 6 | A   I don't recall discussing the price of my |
| 7 | truck at all. |
| 8 | Q   What do you recall in terms of coming up with |
| 9 | an agreed price for your truck? |
| 11:13  10 | A   I don't recall. |
| 11 | Q   You don't recall anything at all? |
| 12 | A   No. |
| 13 | Q   You recall just going to Anaheim Chevrolet |
| 14 | and signing a contract for the amount of -- |
| 15 | MR. SPIRO:  Vague. |
| 16 | BY MS. YASHAR: |
| 17 | Q   -- your truck? |
| 18 | MR. SPIRO:  Vague. |
| 19 | THE WITNESS:  I just remember buying a truck. |
| 11:13  20 | BY MS. YASHAR: |
| 21 | Q   And you remember trading in your Grand Am for |
| 22 | the truck? |
| 23 | A   Right. |
| 24 | Q   But you don't remember any negotiations |
| 25 | regarding the price of the truck? |
|     | Page 37 |

|    | |
|----|--|
| 1 | Q   Did you shop around before going to Anaheim |
| 2 | Chevrolet to purchase your truck in July of 2001? |
| 3 | A   Yes. |
| 4 | Q   Can you tell me about that. |
| 5 | A   We just looked for other trucks. |
| 6 | Q   Where did you look? |
| 7 | A   Looked at Toyota and looked at other -- other |
| 8 | Chevy dealers. |
| 9 | Q   When you say you looked at Toyota, does that |
| 11:16  10 | mean that you went to a Toyota dealership? |
| 11 | A   Yes. |
| 12 | Q   Were you looking at any particular Toyota |
| 13 | truck? |
| 14 | A   Tundra. |
| 15 | Q   What did you like about the Tundra? |
| 16 | A   The body style. |
| 17 | Q   Were you looking at any other trucks other |
| 18 | than the Toyota Tundra? |
| 19 | A   No, just that and the Silverado. |
| 11:16  20 | Q   And when you say "we" looked at Toyota and |
| 21 | other Chevy dealers, are you referring to yourself and |
| 22 | your ex-husband? |
| 23 | A   No.  My then boyfriend. |
| 24 | Q   What other Chevy dealers did you visit? |
| 25 | A   You know, I don't recall, actually. |
|     | Page 39 |

|    | |
|----|--|
| 1 | A   No. |
| 2 | Q   And you don't remember any bargaining |
| 3 | regarding the price of the truck? |
| 4 | A   No. |
| 5 | Q   Did you have any rebates when you purchased |
| 6 | the truck? |
| 7 | A   I believe so. |
| 8 | Q   What rebate? |
| 9 | A   I don't know.  It says on here, there's a |
| 11:14  10 | rebate of -- looks like 35- or 3800. |
| 11 | Q   Now, when you say "on here," you're referring |
| 12 | to Exhibit Number 9? |
| 13 | A   Yes. |
| 14 | Q   And where are you looking on Exhibit 9? |
| 15 | A   "Manufacturer's Rebate." |
| 16 | Q   Do you recall whether you received that |
| 17 | rebate? |
| 18 | A   I don't recall the rebate at all.  If it |
| 19 | wasn't on here, I wouldn't have recalled it at all. |
| 11:14  20 | Q   So you don't recall discussing any rebate -- |
| 21 | A   No. |
| 22 | Q   -- with anybody at Anaheim Chevrolet? |
| 23 | A   No. |
| 24 | Q   Or discussing a rebate with anyone at all? |
| 25 | A   No. |
|     | Page 38 |

|    | |
|----|--|
| 1 | Q   Do you recall any of the other Chevy dealers |
| 2 | that you went to visit? |
| 3 | A   No, I don't even know their names. |
| 4 | Q   Do you know how many other Chevy dealers that |
| 5 | you went to visit? |
| 6 | A   Maybe two. |
| 7 | Q   Were you looking at any other trucks at those |
| 8 | Chevy dealers other than the Chevy Silverado? |
| 9 | A   No. |
| 11:17  10 | Q   How long were you looking to buy a truck |
| 11 | before you bought your 2001 Chevy Silverado? |
| 12 | A   Actually just maybe a couple of months, |
| 13 | looked around, was in the market to buy a truck so we |
| 14 | looked around and bought a truck. |
| 15 | Q   You said you went to a couple of other Chevy |
| 16 | dealers in addition to Anaheim Chevrolet, what did you |
| 17 | discuss with these dealers when you were looking at |
| 18 | the Chevy Silverado? |
| 19 | A   I didn't discuss anything with them. I knew |
| 11:18  20 | what I was looking for as far as the color and I liked |
| 21 | the body style, I liked the durability of a Chevy and |
| 22 | certain things I wanted in the truck. |
| 23 | Q   What are the certain things that you wanted |
| 24 | in the truck? |
| 25 | A   The lumbar seats and I wanted the air |
|     | Page 40 |

10  (Pages 37 to 40)

**ROBIN GONZALES**                                              12/17/08

1  conditioning and radio and — and a good price.
2      Q   Is there anything else that you liked about
3  the Chevy Silverado other than the body style, the
4  durability and those basic things that you were
5  looking for, including the lumbar seats, the air
6  conditioning, the radio and a good price?
7      A   I think that's — that's it.
8      Q   And what do you mean by "durability"?
9      A   They're supposed to be safe, made well, they
11:20 10  do well in the crash test, and that was important to
11  me.
12      Q   How would you determine whether the truck was
13  durable — or let's make it more specific — how did
14  you determine that the Chevy Silverado was durable?
15      A   Because I saw the — I pay attention to the
16  crash tests.  At that time they did well in the crash
17  tests.
18      Q   What crash tests are you referring to?
19      A   The one that they — they would do on TV, you
11:21 20  know, on 20/20 or 60 Minutes.
21      Q   So you saw a crash test that was on TV that
22  included the Chevy Silverado?
23      A   Yeah, they would — they would go — they
24  would do the crash test and they would also tell you
25  what — what cars or what trucks were safe.

**Page 41**

1  expensive.
2      Q   So is the reason why you chose a Chevy
3  Silverado over the Toyota Tundra because the Chevy
4  Silverado was less expensive than the Toyota Tundra?
5      A   Yes.
6      Q   Is there any other reason why you chose the
7  Chevy Silverado over the Toyota Tundra?
8      A   They're — the Silverado is — is a little
9  bit bigger, a little bit more spacious.
11:23 10      Q   Anything else?
11      A   That's it.
12      Q   You mentioned that you went to several
13  dealers, two dealers before you bought your Chevy
14  Silverado from Anaheim Chevrolet.
15          Why didn't you buy it from the first dealer
16  that you went to, why did you go to several dealers
17  before you purchased —
18      A   You know, I don't recall.  Maybe they didn't
19  have the truck.  I — I don't recall why we didn't.
11:24 20      Q   You don't recall why you didn't buy it from
21  the other two dealers that you went to visit?
22      A   Right.
23      Q   Did you special order your truck?
24      A   No.
25      Q   You bought the truck right off the lot?

**Page 43**

1      Q   You mentioned several television shows, do
2  you recall which —
3      A   No —
4      Q   — specific one?
5      A   I don't.
6      Q   Was it more than one of these television
7  shows that you saw a crash test that involved the
8  Chevy Silverado?
9      A   No, it was one, but I don't recall which one.
11:21 10      Q   And you saw this crash test that involved the
11  Chevy Silverado prior to purchasing your Chevy
12  Silverado, obviously, right?
13      A   Yes.
14      Q   And it was on a news show — strike that.
15          You saw the crash test on a — a news show as
16  opposed to an advertisement?
17      A   Right, it wasn't an advertisement, no.
18      Q   The crash test was run by someone that wasn't
19  affiliated with GM, correct?
11:22 20      A   Correct.
21      Q   Was the Toyota Tundra involved in that crash
22  test as well?
23      A   Yes.
24      Q   How did they perform?
25      A   They did well, but the Tundras are a lot more

**Page 42**

1      A   Right.
2      Q   And you knew what color you wanted?
3      A   Right.
4      Q   And you don't think the other two dealerships
5  had that particular color that you wanted?
6      A   I don't recall.
7      Q   What color is your truck?
8      A   Green.
9      Q   Other than the crash test that you saw on
11:24 10  some news show, is there any other investigation or
11  research that you did before buying your truck in
12  July 2001?
13      A   No.
14      Q   You mentioned that you had a Grand Am prior
15  to your truck.
16      A   Yes.
17      Q   And that's a GM car, do you know that?
18      A   Yes.  I've had two Grand Ams in a row.
19      Q   I've had a Grand Am as well.
11:25 20          What was your experience with the Grand Am?
21      A   Good.
22      Q   Which is why you had two of them, correct?
23      A   Yes.
24      Q   Is it fair to say that your prior experience
25  with GM was positive?

**Page 44**

**11  (Pages 41 to 44)**

**ROBIN GONZALES**                                                                      **12/17/08**

| | |
|---|---|
| 1    A   Yes. | 1    Q   Do you remember his name? |
| 2    Q   What did you believe was the reputation of | 2    A   No. |
| 3   GM? | 3    Q   Does Adam ring a bell? |
| 4    A   What do I believe now? | 4    A   No. |
| 5    Q   What did you believe then was the reputation | 5    Q   Can you tell me a little bit about your |
| 6   of GM as a car manufacturer? | 6   experience when you test-drove the truck in July 2001, |
| 7    A   I thought it was good. | 7   the day that you purchased it? |
| 8    Q   Knowing what you know now, would you have | 8    A   I don't remember much about the test-drive, |
| 9   purchased another truck instead of your 2001 Chevy | 9   it was just a test-drive. |
| 11:27   10    Silverado? | 11:30   10    Q   Do you remember anything out of the ordinary? |
| 11    A   No. | 11    A   No. |
| 12    Q   How many times did you visit the dealer at | 12    Q   Do you remember anything that may have caused |
| 13   Anaheim Chevrolet before purchasing your 2001 Chevy | 13   you to think twice about buying the Chevy Silverado? |
| 14   Silverado? | 14    A   No. |
| 15    A   I don't recall. | 15    Q   Do you remember your conversations with |
| 16    Q   More than once? | 16   Timothy about the Chevy Silverado? |
| 17    A   I don't -- I don't know. | 17    A   No. |
| 18    Q   You don't remember whether you went more than | 18    Q   You don't remember any conversations with |
| 19   once before actually buying your truck? | 19   Timothy? |
| 11:28   20    A   No, I don't remember. | 11:31   20    A   No. |
| 21    Q   But when you went and finally did purchase | 21    Q   Do you remember any of your conversations |
| 22   your truck in July 2001, prior to going to the | 22   with anyone at Anaheim Chevrolet about your Chevy |
| 23   dealership, you knew you wanted to buy the Chevy | 23   Silverado in July 2008, the day that you bought your |
| 24   Silverado? | 24   truck? |
| 25    A   Right. | 25    A   Regarding? |
|                Page 45 |                Page 47 |
| 1    Q   Do you remember who your salesperson was at | 1    Q   Questions about your Chevy Silverado. |
| 2   Anaheim Chevrolet? | 2    A   Yeah, after I bought it. |
| 3    A   His name was Timothy. | 3    Q   After you bought your car, what were the |
| 4    Q   Did you test-drive the truck before you | 4   questions -- what were the conversations after you |
| 5   purchased it that day in July 2001? | 5   bought your car? |
| 6    A   Yes. | 6    A   Going over the check list, I asked about |
| 7    Q   Did you test-drive it with Timothy? | 7   the -- the brake. |
| 8    A   Yes. | 8    Q   So can you tell me a little bit about your |
| 9    Q   How did you first meet Timothy? | 9   conversation regarding the brakes? |
| 11:29   10    A   At the Anaheim Chevrolet. | 11:32   10    A   Well, we were going over the check list and I |
| 11    Q   Did you just walk in to Anaheim Chevrolet and | 11   just went ahead and just checked myself and I pressed |
| 12   Timothy was the first person to help you? | 12   on the emergency brake and it didn't have any |
| 13    A   Right. | 13   resistance. |
| 14    Q   You didn't know Timothy prior to that day in | 14   And the gentleman that was with me said it |
| 15   July of 2001 when you actually purchased your truck? | 15   was normal. And I asked him if he was sure and he |
| 16    A   Right. | 16   said yeah and that was the end of the conversation. |
| 17    Q   You don't recall having met Timothy on a | 17    Q   Who -- who was this gentleman that you had |
| 18   previous occasion? | 18   spoken to? |
| 19    A   No. | 19    A   The person that brought out the truck. |
| 11:30   20    Q   Is there anyone else that helped you at | 11:32   20    Q   And this was this -- this same second |
| 21   Anaheim Chevrolet? | 21   individual that you said was helping you draft your |
| 22    A   On? | 22   contract to purchase the truck? |
| 23    Q   In July 2001, the day that you purchased your | 23    A   No, I don't know who it was. |
| 24   truck? | 24    Q   Do you remember how this person looked like? |
| 25    A   Just the person that wrote up the contract. | 25    A   No. |
|                Page 46 |                Page 48 |

**12 (Pages 45 to 48)**

ROBIN GONZALES                                    12/17/08

| | | |
|---|---|---|
| 1 | Q | But it was a man not a woman? |
| 2 | A | Yes. |
| 3 | Q | Do you remember what ethnicity they were? |
| 4 | A | No. |
| 5 | Q | You don't remember any characteristics about |
| 6 | them? | |
| 7 | A | No. |
| 8 | Q | And you mentioned a check list, what check |
| 9 | list are you referring to? | |
| 11:33 10 | A | Check list going over the — the car — the |
| 11 | truck. | |
| 12 | Q | Did you talk about the brakes before you |
| 13 | purchased your truck? | |
| 14 | A | No. |
| 15 | Q | You talked about the brakes after you had |
| 16 | already purchased your truck and the paperwork was | |
| 17 | complete? | |
| 18 | A | Yes. |
| 19 | Q | Was it the same day that you purchased your |
| 11:34 20 | truck — | |
| 21 | A | Yes. |
| 22 | Q | — or on a different day? |
| 23 | | It was on the same day? |
| 24 | A | Yes, when they brought it out to me. |
| 25 | Q | Now, when you say that when you pressed on |

Page 49

| | | |
|---|---|---|
| 1 | | the emergency brake system, it didn't have any |
| 2 | | resistance — |
| 3 | A | Correct. |
| 4 | Q | — what does that mean? |
| 5 | A | It didn't have any resistance, it just went |
| 6 | | straight to the floor. |
| 7 | Q | Were you with your ex-boyfriend during this |
| 8 | | conversation — I'm sorry — were you with your |
| 9 | | boyfriend during this conversation with the gentleman |
| 11:35 10 | | about the brakes? |
| 11 | A | I don't recall if he was there or if he was |
| 12 | | listening, I don't recall if he was. |
| 13 | Q | What is the name of your boyfriend? |
| 14 | A | Frank. |
| 15 | Q | What's his last name? |
| 16 | A | Hofmann. |
| 17 | Q | H-o-f-f-m-a-n? |
| 18 | A | H-o-f-m-a-n-n. |
| 19 | Q | Do you recall anyone else being present |
| 11:36 20 | | during your conversation about the emergency brakes? |
| 21 | A | Nobody else was there. |
| 22 | Q | It was just you and the gentleman from |
| 23 | | Anaheim Chevrolet, correct? |
| 24 | A | Correct. |
| 25 | Q | And after the gentleman from Anaheim |

Page 50

| | | |
|---|---|---|
| 1 | | Chevrolet said, in your words, that it was normal, is |
| 2 | | that where the conversation ended? |
| 3 | A | Yes. |
| 4 | Q | There was no more discussion about the |
| 5 | | brakes? |
| 6 | A | No. |
| 7 | Q | Did you have any discussion with anyone else |
| 8 | | about the parking brakes? |
| 9 | A | No, didn't feel there was a need to. |
| 11:37 10 | Q | Are the parking brakes in the Chevy Silverado |
| 11 | | something that you push down with your — your foot? |
| 12 | A | Yes. |
| 13 | Q | And when you say that it didn't have any |
| 14 | | resistance, you mean that it easily went down to the |
| 15 | | floor? |
| 16 | A | Yes. |
| 17 | Q | You didn't feel any pressure — |
| 18 | A | Pressure. |
| 19 | Q | — pushing back up? |
| 11:37 20 | A | Yes. |
| 21 | Q | But you had no indication that it wasn't |
| 22 | | working properly, correct? |
| 23 | A | Correct. |
| 24 | Q | Were there any statements that anyone at |
| 25 | | Anaheim Chevrolet made that you relied on in |

Page 51

| | | |
|---|---|---|
| 1 | | purchasing your truck in July 2001? |
| 2 | A | Is there any — |
| 3 | | MR. SPIRO:  Vague. |
| 4 | | THE WITNESS:  Rephrase — rephrase that. |
| 5 | | BY MS. YASHAR: |
| 6 | Q | Is there anything Timothy or anyone else at |
| 7 | | Chevy Silverado — at Chevy — strike that.  Let me |
| 8 | | begin again. |
| 9 | | Did anything that Timothy or anyone else that |
| 11:39 10 | | worked at Anaheim Chevrolet say to you that caused you |
| 11 | | to purchase your Chevy Silverado in July 2001? |
| 12 | A | No. |
| 13 | Q | So there's nothing that they said that you |
| 14 | | relied on in purchasing your Chevy Silverado in |
| 15 | | July 2001? |
| 16 | | MR. SPIRO:  Vague. |
| 17 | | THE WITNESS:  Nobody made me purchase it. |
| 18 | | MR. SPIRO:  The question calls for a legal |
| 19 | | conclusion. |
| 11:40 20 | | MS. YASHAR:  I'm handing you what's being |
| 21 | | marked as Defendant's Exhibit 10. |
| 22 | | (Defendant's Exhibit 10 marked.) |
| 23 | | MS. YASHAR:  This has been previously |
| 24 | | Bates-labeled as P3012. |
| 25 | Q | Do you recognize this document? |

Page 52

13  (Pages 49 to 52)

ROBIN GONZALES                                    12/17/08

| | |
|---|---|
| 1     A    Yes. | 1     Q    Do you see at the bottom where it says |
| 2     Q    Can you tell me what it is? | 2    "Customer comments"? |
| 3     A    It's a new vehicle delivery system. | 3     A    Yes. |
| 4     Q    It's the "Completely Satisfied New Vehicle | 4     Q    Then it says, "Timothy is a good |
| 5    Delivery System" form; is that right? | 5        salesperson," with an exclamation |
| 6     A    Yes. | 6    mark. |
| 7     Q    And this says -- has a delivery date of | 7        Do you see that? |
| 8    July 8th, 2001. | 8     A    Yes. |
| 9        Do you see that at the top? | 9     Q    Did you write that? |
| 11:41 10   A    Yes. | 11:43 10   A    Yes. |
| 11    Q    Is that the date that you purchased your | 11    Q    Why did you write that? |
| 12   vehicle? | 12    A    Because he was a good salesperson. |
| 13    A    Yes. | 13    Q    Was he able to answer all of your questions? |
| 14    Q    When you were referring to the check list | 14    A    Yes. |
| 15   that you went over with the gentleman at Anaheim | 15    Q    Was anything he said to you false, misleading |
| 16   Chev- -- Chevy, is this the check list that you're | 16   or deceptive? |
| 17   referring to? | 17    A    No. |
| 18    A    Yes. | 18    Q    Did you also write what's also written in the |
| 19    Q    Is that your signature at the bottom of | 19   "Customer comments" of Exhibit 10, "P.S. |
| 11:41 20   Exhibit 10? | 11:43 20       and Adam was okay too," followed by |
| 21    A    Yes. | 21   an exclamation mark? |
| 22    Q    Did you check these boxes off yourself? | 22    A    Yes. |
| 23    A    Yes. | 23    Q    Was Adam the gentleman that you spoke to |
| 24    Q    And you reviewed the boxes obviously before | 24   about the brakes? |
| 25   checking them off, correct? | 25    A    I don't recall who Adam was. |
| **Page 53** | **Page 55** |

| | |
|---|---|
| 1     A    Yeah, actually I think they checked the boxes | 1     Q    But you recall writing this statement, |
| 2    off. | 2    "P.S. and Adam was okay too" -- |
| 3     Q    Who's they? | 3     A    Yes. |
| 4     A    Our -- whoever had -- whoever did the check | 4     Q    -- with the exclamation mark? |
| 5    list. | 5        MR. SPIRO:  Excuse me.  May I take a break. |
| 6     Q    The person who was helping you -- | 6        MS. YASHAR:  Let me just finish this series |
| 7     A    Yes. | 7    of questions, just a few more minutes, and then we can |
| 8     Q    Is the person who's helping you, the person | 8    take a break. |
| 9    who did the check list? | 9        MR. SPIRO:  I'm going to explode but go |
| 11:42 10   Q    And just so our record's clean, please let me | 11:44 10   ahead. |
| 11   finish my question before -- | 11   BY MS. YASHAR: |
| 12    A    Okay. | 12    Q    Why did you write that statement about Adam? |
| 13    Q    -- you answer just so she's able to write | 13    A    Because he was good too. |
| 14   everything down. | 14    Q    Was anything he said to you false, misleading |
| 16       Who -- was Timothy the person that was | 15   or deceptive? |
| 17   helping you that checked off this check list? | 16    A    I don't believe so. |
| 18    A    No. | 17    Q    Do you recall talking to anyone other than |
| 19    Q    Was it the second gentleman that you | 18   Timothy and Adam at Anaheim Chevrolet on July 8th, |
| 11:42 20   mentioned that you asked about the brake system that | 19   2001? |
| 21   checked off this -- this form? | 11:44 20   A    The person that brought out the truck. |
| 22    A    I believe so. | 21    Q    And do you recall whether that person was the |
| 23    Q    And were these boxes checked off in front of | 22   individual who you asked about the brakes? |
| 24   you? | 23    A    That's who I asked about the brakes. |
| 25    A    I believe so. | 24    Q    And that's the individual that you don't |
| **Page 54** | 25   recall his name -- |
| | **Page 56** |

14  (Pages 53 to 56)

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

ROBIN GONZALES                                                    12/17/08

1   A   Right.
2   Q   -- or anything about him, correct?
3   A   Correct.
4   Q   Was anything he said to you false, misleading
5   or deceptive?
6   A   Who?
7   Q   The individual at Anaheim Chevrolet that
8   brought out the truck to you.
9   A   Yes.
11:45  10   Q   What was it?
11   A   The parking brake, he was wrong.
12   Q   Why was he wrong?
13   A   Because it -- it didn't work.
14   Q   When did you realize for the first time that
15   the parking brake didn't work?
16   A   I don't recall a date.
17   Q   Do you recall a year?
18   A   No, I don't.
19   Q   Was it within the first year of buying your
11:45  20   vehicle in 2001?
21   A   No, I don't --
22   Q   Was it --
23   A   -- I don't recall -- I don't recall when it
24   was; I can't even give you an approximate.
25   Q   Was it within a couple of weeks of buying

                                                    Page 57

1   Q   Yes.
2   A   It would roll backwards.
3   Q   How much would it roll backwards?
4   A   How much, it would roll until I put the brake
5   on.
6   Q   But when you put the brake on, the parking
7   brake, correct?
8   A   No, the regular brakes.
9   Q   Let's back up.
11:47  10   There's a time where you remember that the
11   car rolled, correct?
12   A   Yes.
13   Q   You put the car -- you attempted to park the
14   car and then you pressed the parking brakes?
15   A   The car had to be in neutral for some reason,
16   put it in -- on the parking brake.  The parking -- if
17   the truck would roll backwards, it would roll as
18   long -- until you put on the brakes to stop it.
19   Q   So you attempted to park your car with your
11:48  20   stick in neutral --
21   A   No --
22   Q   -- but your parking brakes --
23   A   -- I had an automatic.
24   Q   You have an automatic.
25   With your -- describe to me everything that

                                                    Page 59

1   your car?
2   A   I don't -- I don't know.
3   Q   Do you recall the first time that your brakes
4   did not work?
5   A   No.
6   Q   You don't recall the first time that your
7   brakes did not work?
8   A   My parking brake; my brakes worked, my
9   parking brake didn't work.
11:46  10   Q   Do you recall the first time that your
11   parking brakes did not provide resistance when you
12   tried the parking brake --
13   A   It didn't provide resistance from day one.
14   Q   Do you remember the first time that your
15   parking brakes failed to keep your car in a parking
16   position?
17   A   No, I don't.
18   Q   Do you recall your truck ever sliding?
19   A   Yes.
11:47  20   Q   When?
21   A   Sometime it -- I don't know when, it just
22   rolled backwards and -- I don't know when, though, it
23   just would roll backwards.
24   Q   And when did -- how would it roll backwards?
25   A   How?

                                                    Page 58

1   you can remember from the time that you tried to park
2   your car and noticed for the first time that the
3   parking brake did not work.
4   MR. SPIRO:  She didn't say she tried to park
5   the car.
6   THE WITNESS:  We had to put my car in neutral
7   for some reason, I don't recall why, and put on the
8   parking brake.  The truck proceeded to roll, so I had
9   to put on the regular brake to stop it, so we couldn't
11:49  10   use the parking brake.
11   MR. SPIRO:  Pantea, I -- I can't even
12   concentrate, I just have to go to the bathroom.  You
13   can all stay in here, I just need about two minutes.
14   MS. YASHAR:  That's fine.  Let's take a
15   break.
16   VIDEO OPERATOR:  We're going off the record
17   at 11:49.
18   This concludes Media Number 1 and we are off
19   the record.
12:01  20   (Recess.)
21   VIDEO OPERATOR:  We are back on the record at
22   12:01.
23   This is the beginning of Media Number 2 in
24   the deposition of Robin Gonzales.
25   BY MS. YASHAR:

                                                    Page 60

                          15   (Pages 57 to 60)

ROBIN GONZALES                                                    12/17/08

| | |
|---|---|
| 1    Q    Before the break, you talked about an | 1    A    During the day. |
| 2  incident where your car was in neutral and you | 2    Q    Do you remember what time during the day, |
| 3  attempted to use your parking brakes in your 2001 | 3  approximately? |
| 4  Chevy Silverado and it didn't hold the car; is that | 4    A    No, I don't. |
| 5  correct? | 5    Q    Do you remember if it was raining that day? |
| 6    A    Correct. | 6    A    No, it wasn't raining. |
| 7    Q    And that was the first time that you say your | 7    Q    Do you remember if it was a clear day? |
| 8  parking brake system didn't work for you; is that | 8    A    No, I don't know. |
| 9  correct? | 9    Q    Was anyone with you other than your |
| 12:01 10    A    Correct. | 12:04 10  ex-husband and yourself? |
| 11    Q    When was this? | 11    A    No. |
| 12    A    I don't recall the date. | 12    Q    Was your ex-husband in the car? |
| 13    Q    Do you recall a year. | 13    A    No. |
| 14    A    Well, I know it was after the warranty was | 14    Q    Was he outside of the car? |
| 15  over. | 15    A    Yes. |
| 16    Q    How long was your warranty for, how many | 16    Q    Do you remember why you had to put the car in |
| 17  years? | 17  neutral before you attempted to use the parking brake? |
| 18    A    You know, I don't recall.  I think it was | 18    A    No. |
| 19  three years and 50,000 miles, but I'm not -- I'm not | 19    Q    You have no idea why the car needed to be in |
| 12:02 20  sure about that. | 12:04 20  neutral? |
| 21    Q    So you think that this incident occurred | 21    A    No. |
| 22  sometime after 2004, correct? | 22    Q    Did your parking brakes ever not work when |
| 23    A    Yes, I know it did. | 23  your car was in park? |
| 24    Q    And you're definitely sure your warranty was | 24    A    I wouldn't know that. |
| 25  over when this incident occurred, correct? | 25    Q    Did your parking -- strike that. |
| Page  61 | Page  63 |

| | |
|---|---|
| 1    A    Yes, I know -- I know it was. | 1    Did your car ever roll when your car was in |
| 2    Q    Were you the one in the vehicle attempting to | 2  park and your parking brakes were set? |
| 3  use the parking brake? | 3    A    No. |
| 4    A    Yes. | 4    Q    Did you ever have any problems with your |
| 5    Q    Was anyone with you? | 5  parking brakes when your car was in park? |
| 6    A    My ex-husband. | 6    A    No. |
| 7    Q    Were you on a slope? | 7    Q    The only time you experienced problems with |
| 8    A    The driveway. | 8  your parking brakes was this one incident when your |
| 9    Q    Is the driveway -- | 9  car was in neutral, correct? |
| 12:03 10    A    Slightly slanted. | 12:06 10    A    Correct. |
| 11    Q    Let's just make sure I'm asking my | 11    Q    And you were on your driveway, right? |
| 12  questions -- | 12    A    Yes. |
| 13    A    Okay, sorry. | 13    Q    And your driveway is at a slope? |
| 14    Q    -- and you're answering your questions after | 14    A    Yes. |
| 15  me just so the court reporter is clear. | 15    Q    Did you ever try to use the parking brakes |
| 16    So you were on your driveway, correct? | 16  when your car was in neutral, again, after this |
| 17    A    Correct. | 17  particular incident that we just discussed when you |
| 18    Q    And your driveway is on a slope -- it is a | 18  were with your ex-husband, when you were on the |
| 19  slope, correct? | 19  driveway? |
| 12:03 20    A    Slightly slanted. | 12:06 20    A    No, because it didn't work. |
| 21    Q    What were the weather conditions like during | 21    Q    And you don't remember why you were trying to |
| 22  this particular day or night when you attempted to use | 22  park -- use your parking brakes when your car was in |
| 23  the parking brake when your car was in neutral? | 23  neutral, correct? |
| 24    A    I don't recall. | 24    A    Right. |
| 25    Q    Was it during the day or was it at night? | 25    Q    After discovering that your parking brakes |
| Page  62 | Page  64 |

**16  (Pages 61 to 64)**

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

ROBIN GONZALES                                                    12/17/08

1  may not have worked when you had your car in neutral
2  and you were on your driveway, which was at a slope,
3  what did you do?
4      A   I took it to Massey Chevrolet and inquired
5  about getting it fixed.
6      Q   When did you take it to Massey Chevrolet?
7      A   After that.
8      Q   Within a week?
9      A   Sometime after that, I don't -- whenever it
12:07 10  was convenient, I don't remember.
11      Q   Would it be fair to say that it was --
12      A   Within a month, I guess.
13      Q   So it's fair to say that it was within a
14  month of that incident occurring?
15      A   Yeah.
16      Q   And you said you don't ever remember using
17  the parking brake system when your car was in park and
18  the car not being held, correct?
19          MR. SPIRO:   Asked and answered.
12:09 20       THE WITNESS:   Ask that again.
21  BY MS. YASHAR:
22      Q   You don't remember an incident where you
23  attempted to use the parking brake and your car was in
24  park and the car did not hold the vehicle -- the
25  parking brake did not hold the vehicle?

Page 65

1      A   Yeah, the -- the parking brake wasn't working
2  so the parking brake wasn't holding the vehicle.
3      Q   When you took the car to Massey after the
4  incident occurred with your car in neutral and you
5  attempted to use the parking brake system, what did
6  Massey -- well, tell me about that visit to Massey?
7      A   Well, they said there wasn't a recall on the
8  parking brake so they -- and it was out of warranty,
9  so they wouldn't fix it, free of charge, that is, that
12:10 10  I would have to pay for it myself.
11      Q   What is Massey?
12      A   Massey Chevrolet, it's a dealer.
13      Q   And is that where you usually took your truck
14  in?
15      A   Usually, yes.
16      Q   That's where you took your truck in for
17  service --
18      A   Yes.
19      Q   -- and for any problems that came up with
12:11 20  your truck, correct?
21      A   Yes.
22      Q   Did you have them evaluate your truck before
23  asking them to pay for repairs?
24      A   I don't recall.
25      Q   Can you tell me what you do recall about your

Page 66

1  conversation with --
2      A   That's what I recall, what I just told you.
3      Q   But you don't remember if they ever actually
4  inspected your vehicle?
5      A   Oh, well, I ended up looking back in my
6  paperwork and finding that they did note that it was
7  inoperable.
8      Q   Did you look back at your paperwork before
9  visiting Massey Chevrolet?
12:12 10      A   No, I looked after.
11          MS. YASHAR:   I'm handing you what is going to
12  be marked as Defendant's Exhibit 11.
13          (Defendant's Exhibit 11 marked.)
14  BY MS. YASHAR:
15      Q   Can you tell me what this document is.
16      A   It's my paperwork for Massey Chevrolet.
17      Q   And is this your --
18      A   It's receipts.
19      Q   And what are the receipts from?
12:13 20      A   Massey Chevrolet.
21      Q   And is this your -- from your visit to Massey
22  Chevrolet after the incident occurred with your
23  parking brakes that you mentioned when your car was in
24  neutral?
25          MR. SPIRO:   Hold on one second, please.  I

Page 67

1  want to look at something.
2          Okay.
3          THE WITNESS:   What was the question?
4          MS. YASHAR:   Ms. Lindsay, can you please
5  repeat my question.
6          (Record read as follows:
7          "Q   And is this your -- from
8          your visit to Massey Chevrolet
9          after the incident occurred with
10         your parking brakes that you
11         mentioned when your car was in
12         neutral?")
13         THE WITNESS:   I don't think this has anything
14  to do with the parking brake.
15  BY MS. YASHAR:
16      Q   Do you see somewhere in the middle of the
17  first page it says, "Owner request complete
18         brake inspection.  Customer states
19         E break won't hold.  Inspect and
12:15 20         report."
21      A   Uh-huh.
22      Q   Do you see that?
23      A   Yeah.
24      Q   Do you still think that this invoice
25  wasn't --

Page 68

17 (Pages 65 to 68)

ROBIN GONZALES                                    12/17/08

| | | |
|---|---|---|

1    A   Yeah, I had to pay $40 to have them tell me
2  again that it didn't work.  That's right.
3    Q   So this is an invoice from Massey Chevrolet
4  from your visit asking them to inspect the brakes as a
5  result of the incident with your parking brakes when
6  your car was in neutral; is that correct?
7    A   Yes.
8    Q   And this invoice is dated July 28th, 2005; is
9  that right?
12:16 10    A   Yes.
11    Q   So is it fair to say that the incident with
12  your parking brakes on your driveway when it was in
13  neutral happened somewhere around July 2005?
14    A   Sometime before that.
15       I had been arguing with them back and forth
16  between the time that I found out and -- and had to
17  pay for them to tell me again that it wasn't working,
18  pay $40 again in an attempt to get them to fix this.
19    Q   Is it fair to say that it happened within one
12:17 20  or two months of this invoice --
21    A   Yes.
22    Q   -- being generated?
23       And by "it," I mean your incident on your
24  driveway with your parking brakes and your car in
25  neutral; is that correct?

Page  69

1    A   Correct.
2    Q   -- correct?
3    A   Correct.
4    Q   Do you remember an invoice being generated at
5  that -- at that time that you went to Massey Chevrolet
6  for the very first time?
7    A   No, because I didn't leave it.
8    Q   When's the next time after that initial visit
9  to Massey Chevrolet that you went back to Massey
12:18 10  Chevrolet?
11    A   I don't recall.
12    Q   Do you recall how many times you went back to
13  Massey Chevrolet before actually giving Massey
14  Chevrolet your vehicle to -- to be inspected in
15  July of 2008 -- I'm sorry, in July 2005?
16    A   Maybe two or three times.
17    Q   So you went back to Massey Chevrolet two or
18  three times before you gave them your vehicle to
19  complete a brake inspection; is that correct?
12:19 20    A   Correct.
21    Q   And on those two to three occasions, can you
22  explain to me what conversations you had with Massey
23  Chevrolet?
24    A   Well, I brought them the other invoice that
25  says brake inoperable and I also talked to the general

Page  71

1    A   Yes.
2    Q   All right.  So let's go through this one by
3  one.
4       Sometime in around June or July of 2005, you
5  experienced a problem with your parking brakes when
6  your car was in neutral, right?
7    A   Yes.
8    Q   Within a month or so you went to go visit
9  Massey Chevrolet; is that right?
12:17 10    A   Yes.
11    Q   And you had a conversation with someone at
12  Massey Chevrolet about your parking brakes?
13    A   Yes.
14    Q   Do you remember who that person was that you
15  spoke to at Massey Chevrolet?
16    A   No.
17    Q   Do you remember them doing an inspection on
18  your vehicle at that time?
19    A   No.
12:18 20    Q   But you do remember reporting problems with
21  your parking brakes, correct?
22    A   Yes.
23    Q   And them explaining to you that your vehicle
24  was not under warranty so any repairs would have to be
25  paid for out of your own pocket; is that --

Page  70

1  manager.
2    Q   Who was the general manager at Massey
3  Chevrolet?
4    A   I don't recall.
5    Q   You don't remember his name?
6    A   No.
7    Q   Do you remember the name of anyone you spoke
8  to during any of your visits at Massey Chevrolet?
9    A   Not anymore.
12:20 10    Q   Do you remember any characteristics about any
11  of the people that you spoke to at Massey Chevrolet?
12    A   Not anymore.
13    Q   So after your first visit to Massey
14  Chevrolet, you went back and looked at your old
15  invoices; is that correct?
16    A   Yes.
17    Q   And why did you look at your old invoices?
18    A   I don't remember what made me look at my old
19  invoices but I did and luckily I found that little
12:20 20  note that the mechanic left on there.
21    Q   And what note did the mechanic leave on one
22  of your old invoices from Massey Chevrolet?
23    A   Parking brake inoperable.
24       MS. YASHAR:  Handing you what has been
25  previously Bates-labeled as PP3301 and is now being

Page  72

18  (Pages 69 to 72)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                                12/17/08

---

**Page 73**

1  labeled Defendant's Exhibit Number 12.
2      (Defendant's Exhibit 12 marked.)
3  BY MS. YASHAR:
4      Q   Is this a copy -- strike that.
5          Can you tell me what this is.
6      A   It is a -- a copy of my invoice at Massey
7  Chevrolet.
8      Q   Is this a copy of an old invoice that you
9  were referring to that has a note in it that says
12:22 10  parking -- "Parking brake inop"?
11      A   Yes.
12      Q   And you noticed this for the very first time
13  sometime around June or July of 2005; is that correct?
14      A   Yes.
15      Q   And this invoice was generated on
16  December 13, 2003; is that correct?
17      A   Yes.
18      Q   So let's go step by step.
19          After you noticed this note in the "Comments"
12:22 20  section of the December 13, 2003 invoice from Massey
21  Chevrolet that says "Parking brake inop," you went
22  back to Massey Chevrolet sometime in June or
23  July 2005; is that correct?
24      A   No, sometime before that.
25      Q   But sometime around June or July of 2005 --

---

**Page 74**

1      A   Yes.
2      Q   -- right?
3          And then at -- at this point you showed this
4  invoice to somebody at Massey Chevrolet?
5      A   Yes.
6      Q   Can you tell me about that conversation?
7      A   I don't remember much about the conversation
8  anymore, I just showed them that -- that they had put
9  that in there, that they should fix it because it was
12:23 10  under warranty when they noticed it and they should
11  have just fixed it or at least told me about what they
12  found and they didn't hold up -- they didn't want to
13  fix it, they just blew it off.
14      Q   Why did they tell you they did not want to
15  fix the parking brakes or --
16      A   They told --
17      Q   I'm sorry, why did they tell you they didn't
18  want to fix whatever you were asking them to fix?
19      A   Because it wasn't in warranty and I didn't
12:24 20  need -- I didn't need a parking brake because my truck
21  was an automatic.
22      Q   And you were asking them to fix your parking
23  brakes, correct?
24      A   Yes.
25      Q   Do you remember who told you that they

---

**Page 75**

1  wouldn't fix your brakes because your car was not
2  under warranty and because you had a truck that was
3  automatic and it was not necessary?
4      A   The same people that I was talking to, the
5  general manager and -- I don't know what the other
6  titles are, the people that greet you when you first
7  bring it in for service, I guess the service manager
8  would be his title.
9      Q   But you don't remember anyone's name,
10  correct?
11      A   Correct.
12      Q   Did you leave your car with Massey that day
13  when they told you that they're not going to --
14      A   No.
15      Q   -- pay for the repairs of your car?
16      A   No.
17      Q   You left?
18      A   Yes.
19      Q   And at some point you decided to come back to
12:25 20  Massey, right?
21      A   Yeah, that's when I got the -- I had to get
22  the -- when I got this done, when I had to pay the
23  $40.
24      Q   And by "this done," you're referring to the
25  invoice in Exhibit 11, the invoice that is Exhibit 11

---

**Page 76**

1  that refers to a complete brake inspection?
2      A   Correct.
3      Q   Why did you come back to Massey Chevrolet to
4  get a complete brake inspection?
5      A   You know, I don't remember how come I got a
6  complete brake inspection.
7      Q   Prior to getting your complete brake
8  inspection in July 2005 at Massey Chevrolet, did you
9  have anyone else inspect your brakes?
12:26 10      A   No.
11      Q   Did you contact the service agent that had
12  helped you in December 2003 from Massey Chevrolet to
13  ask them about the comment that said, "Parking brake
14  inop"?
15      A   The service agent -- I don't understand your
16  question.
17      Q   Let me rephrase.
18          You took your car in December -- on
19  December 13th, or somewhere around December 13, 2003
12:27 20  to Massey Chevrolet, correct?
21      A   Uh-huh.  Yes.
22      Q   Is there somebody at Massey Chevrolet that
23  you generally work with that is your service agent?
24      A   No.
25      Q   Do you know who generated the invoice from

---

19  (Pages 73 to 76)

ROBIN GONZALES                                      12/17/08

|  |  |  |
|---|---|---|
| 1 | | December 13, 2003 that's Exhibit 12? |
| 2 | | A   No. |
| 3 | | Q   Do you know who wrote in the "Comments" |
| 4 | | section, "Parking brake inop"? |
| 5 | | A   No. |
| 6 | | Q   Aside from going to Massey Chevrolet in |
| 7 | | June or July of 2005 to ask about repairs to your |
| 8 | | parking brake system, did you contact any other GM |
| 9 | | dealership? |
| 12:28 | 10 | A   About the parking brake? |
| | 11 | Q   Yes? |
| | 12 | A   I went to S & J Chevrolet and asked them |
| | 13 | about it and they had the same answer. |
| | 14 | Q   And is S & J Chevrolet associated with |
| | 15 | General Motors? |
| | 16 | A   Not — I don't know. |
| | 17 | MS. YASHAR:  I'm handing you what has |
| | 18 | previously been Bates-labeled as P3319 and is being |
| | 19 | marked as Defendant's Exhibit Number 13. |
| 12:29 | 20 | (Defendant's Exhibit 13 marked.) |
| | 21 | BY MS. YASHAR: |
| | 22 | Q   Is this a copy of the invoice from your visit |
| | 23 | to S & J Chevrolet? |
| | 24 | A   Yes. |
| | 25 | Q   And this is dated September 29, 2005; is that |

Page 77

|  |  |  |
|---|---|---|
| 1 | | Q   It says here "Brake light and |
| 2 | | ABS light back on." |
| 3 | | A   Yeah, the light in the truck was on. |
| 4 | | MS. YASHAR:  I'm going to hand you another |
| 5 | | invoice that's previously Bates-labeled as |
| 6 | | P3317 that's now being marked as Defendant's |
| 7 | | Exhibit 14. |
| 8 | | (Defendant's Exhibit 14 marked.) |
| 9 | | BY MS. YASHAR: |
| 12:32 | 10 | Q   Can you tell me what this is. |
| | 11 | A   It's an invoice. |
| | 12 | Q   It is an invoice from S & J Chevrolet, |
| | 13 | correct? |
| | 14 | A   Correct. |
| | 15 | Q   And it's dated September 27, 2005? |
| | 16 | A   Yes. |
| | 17 | Q   Here it shows that you paid a total of $78; |
| | 18 | is that right? |
| | 19 | A   Correct. |
| 12:33 | 20 | Q   And was that payment for fixing the brake |
| | 21 | light, ABS light that went on in your vehicle? |
| | 22 | A   Correct. |
| | 23 | Q   And it says there was an issue with the wire |
| | 24 | connections, right? |
| | 25 | A   Right. |

Page 79

|  |  |  |
|---|---|---|
| 1 | | correct? |
| 2 | | A   Yes. |
| 3 | | Q   So you went to S & J Chevrolet and asked them |
| 4 | | if they would replace your parking brake system? |
| 5 | | A   No. |
| 6 | | Q   Why did you go to S & J Chevrolet? |
| 7 | | A   My brake light was on. |
| 8 | | Q   Did you ask them about your parking brake |
| 9 | | system at all? |
| 12:30 | 10 | A   Yes. |
| | 11 | Q   But that's not why you initially went to S & |
| | 12 | J Chevrolet, right? |
| | 13 | A   Right. |
| | 14 | Q   You went because of your brake light? |
| | 15 | A   Yes. |
| | 16 | Q   And what did they tell you when you asked |
| | 17 | them if they would repair your parking brake system? |
| | 18 | A   They said the same thing, it wasn't in — in |
| | 19 | warranty and I don't need it because I have an |
| 12:31 | 20 | automatic. |
| | 21 | Q   Did you have them fix your brake light? |
| | 22 | A   It doesn't look like I did. |
| | 23 | Q   Why not? |
| | 24 | A   It wasn't the brake light, the light in the |
| | 25 | truck was on.  I don't know why I didn't have it done. |

Page 78

|  |  |  |
|---|---|---|
| 1 | | Q   That had nothing to do with your parking |
| 2 | | brakes; is that right? |
| 3 | | A   Correct. |
| 4 | | Q   Let's go back to Exhibit 12.  And this was a |
| 5 | | copy of the invoice from December 13, 2003 from Massey |
| 6 | | Chevrolet. |
| 7 | | Why did you take your car in to Massey |
| 8 | | Chevrolet in December of 2003? |
| 9 | | A   My horn wasn't working, looks like I had a |
| 12:34 | 10 | rattle, I had them check my brakes. |
| | 11 | Q   Anything else? |
| | 12 | A   That's it. |
| | 13 | Q   You also mentioned that you had them check |
| | 14 | your brakes; is that right? |
| | 15 | A   Yeah. |
| | 16 | Q   Why did you have them check your brakes? |
| | 17 | A   I always have my brakes checked to make sure |
| | 18 | they're not getting low. |
| | 19 | Q   They're not getting what? |
| 12:35 | 20 | A   Low. |
| | 21 | Q   What do you mean by brakes getting low? |
| | 22 | A   You don't want your brakes to run out on you. |
| | 23 | Q   And you remember having a conversation with |
| | 24 | your — with somebody from Massey about checking your |
| | 25 | parking brakes in December 2003? |

Page 80

20  (Pages 77 to 80)

ROBIN GONZALES                                          12/17/08

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | But you asked somebody to check your parking |
| 3 | brakes in December 2003? |
| 4 | A | No, not my parking brakes, my brakes. |
| 5 | Q | Do you remember having a conversation with |
| 6 | somebody at Massey in December 2003 about checking |
| 7 | your brakes? |
| 8 | A | No, I don't remember having a conversation. |
| 9 | Q | Do you remember asking somebody from Massey |

12:36 10  in December 2003 to check your brakes?
11  A  You know, I don't recall anymore.
12  Q  Do you understand that when you take your
13  vehicle into the dealership for repairs, they write
14  down or they input everything that they need to
15  evaluate in your vehicle?
16  MR. SPIRO: Well, assumes facts not in the
17  record.
18  BY MS. YASHAR:
19  Q  Let's look at Exhibit 12 in the middle of
12:37 20  Exhibit 12, do you see that, it says,
21  "Customer states that getting a
22  rattling noise from pass" -- strike
23  that.
24  In the middle of Exhibit 12, it lists a
25  number of things that the customer states.

Page 81

1  Do you see that?
2  A  Where? Oh. No.
3  "Customer states," yeah.
4  Q  Can you read that for me.
5  A  Customer states getting a rattling
6  noise from passenger seat while
7  driving.
8  Found window regulator loose.
9  Okay.
12:38 10  Q  Does it say anything about checking your
11  brakes there?
12  A  No.
13  Q  And you don't remember specifically asking
14  anyone from Massey in December 2003 to check your
15  brakes?
16  A  No, I don't recall anymore.
17  Q  Did you have any indication or anything to
18  give you a reason to think there was something wrong
19  with your brakes in December 2003?
12:38 20  A  No, I just have them checked.
21  Q  You just have them checked regularly?
22  A  Uh-huh.
23  Q  But you don't recall actually asking them to
24  be checked in December 2003, right?
25  A  Well, that's how they found the parking brake

Page 82

1  problem.
2  Q  I'm not asking you what they found or didn't
3  find. I'm asking whether you recall actually having
4  them check anything --
5  A  Yes.
6  Q  -- with respect to your brakes?
7  A  I remember telling them to check my brakes --
8  Q  You remember --
9  A  -- see how much -- how much room -- brake
12:39 10  pads that I had left.
11  Q  You remember telling someone from Massey in
12  December 2003 to check your brakes?
13  A  Yes.
14  Q  Do you remember who you told?
15  A  No -- the service manager, the people when
16  you drive up, the people that help you.
17  Q  And at the top of this sheet it says,
18  "Advisor, Andrew Lopez."
19  Was that the person who helped you,
12:39 20  Mr. Lopez?
21  A  I don't recall.
22  Q  But it was whoever was your advisor when you
23  came to Massey, that you --
24  A  I don't know who -- what an advisor is, so I
25  don't know if it was Andrew Lopez.

Page 83

1  Q  When you rolled your car -- your truck into
2  Massey Chevrolet in December 2003, somebody from
3  Massey Chevrolet assisted you, right?
4  A  Correct.
5  Q  Did more than one person assist you?
6  A  Just one.
7  Q  And that one person is the one who asked you
8  what was wrong with your vehicle, right?
9  A  Correct.
12:40 10  Q  Is that the same person who you spoke to
11  about having your brakes checked?
12  A  Correct.
13  Q  But you don't remember that person's specific
14  name, right?
15  A  Correct.
16  Q  Was it a male?
17  A  I don't recall.
18  Q  You don't recall if it was a male or a
19  female?
12:40 20  A  No.
21  Q  And you don't recall whether you worked with
22  this individual before or not?
23  A  No.
24  Can I talk to my lawyer for a minute.
25  MR. SPIRO: We can take a break, if you will.

Page 84

21 (Pages 81 to 84)

**ROBIN GONZALES**                                    **12/17/08**

| | |
|---|---|
| 1    MS. YASHAR: Just give me one minute. | 1    A   Correct. |
| 2    MR. SPIRO: It's all right. | 2    Q   You received this invoice, Exhibit 12, |
| 3    MS. YASHAR: Let's take a brief break so she | 3   December 13, 2003, when you picked up your car from |
| 4   can consult with her attorney. | 4   Massey Chevrolet, right? |
| 5    VIDEO OPERATOR: We're going off the record | 5    A   Correct. |
| 6   at 12:41. | 6    Q   Did you review the invoice after the work was |
| 7    We are off the record. | 7   done? |
| 8    (Interruption in the proceedings.) | 8    A   No, I didn't. |
| 9    VIDEO OPERATOR: We are back on the record at | 9    Q   You just took the invoice and took it home? |
| 12:45  10   12:45. | 12:48  10    A   Yeah. |
| 11   BY MS. YASHAR: | 11    Q   What did you do when you got home with the |
| 12    Q   Did you have a chance to consult with your | 12   invoice? |
| 13   attorney? | 13    A   I file my invoices. |
| 14    A   Yes. | 14    Q   Do you have a place where you file all of |
| 15    Q   Back to Exhibit 12, the December 2003 | 15   your truck invoices? |
| 16   invoice. | 16    A   Yes. |
| 17    When you got back your truck from Massey | 17    Q   And were all of those invoices produced in |
| 18   Chevrolet, did you have any conversations with anybody | 18   this case, to the best of your knowledge? |
| 19   from Massey Chevrolet about your truck? | 19    A   Yes. |
| 12:46  20    A   I don't recall. | 12:49  20    Q   You gave a copy of all those invoices to your |
| 21    Q   And you don't recall any conversations about | 21   counsel? |
| 22   your brakes? | 22    A   Yes. |
| 23    A   Usually they'll tell me how much brake pads I | 23    Q   And the first time that you looked back at |
| 24   have left and that's -- that would be, you know, the | 24   this invoice was sometime around June or July 2005? |
| 25   conversation. | 25    A   Yes. |
| Page 85 | Page 87 |

| | |
|---|---|
| 1    Q   And do you recall them telling you how much | 1    Q   And you didn't experience any problems with |
| 2   brake pads you had left in December 2003? | 2   the parking brake system until sometime around June or |
| 3    A   No, I don't. | 3   July 2005 when your car was in neutral and you |
| 4    Q   You don't recall anything about your | 4   attempted to park your car; is that correct? |
| 5   brakes -- you don't recall any conversation about | 5    MR. SPIRO: Asked and answered, but -- |
| 6   your brakes? | 6    THE WITNESS: Well, I didn't know it wasn't |
| 7    A   No. | 7   working until then. |
| 8    Q   You don't recall any specific conversation | 8   BY MS. YASHAR: |
| 9   about your brakes before or after your car was worked | 9    Q   Does that mean, yes, you did not experience |
| 12:47  10   on at Massey Chevrolet in December 2003, right? | 12:50  10   any problems with the parking brakes until sometime |
| 11    A   Before? | 11   around June or July of 2005? |
| 12    Q   Right. | 12    A   Yes. |
| 13    A   Before, yes, I asked them to check the | 13    MS. YASHAR: If you'd like, we can take a |
| 14   brakes. | 14   lunch break now. |
| 15    Q   But you don't remember a conversation about | 15    MR. SPIRO: Okay. |
| 16   your brakes after you picked up your car? | 16    VIDEO OPERATOR: We're going off the record |
| 17    A   Not particularly but, like I said, usually | 17   at 12:50. |
| 18   they tell me how much brake pads I have left because I | 18    We are off the record. |
| 19   ask them to check the brakes but I don't recall how | 19    (Lunch recess.) |
| 12:47  20   much they told me was left. | 01:49  20    VIDEO OPERATOR: We are back on the record at |
| 21    Q   And you never had a conversation about your | 21   1:49. |
| 22   parking brake system in December 2003, right? | 22   BY MS. YASHAR: |
| 23    A   Correct. | 23    Q   So before we took a break for lunch, you |
| 24    Q   Not before you dropped off your car or after | 24   were talking about going to Massey in -- sometime in |
| 25   you picked up your car, right? | 25   June and July of 2005 to get your parking brakes |
| Page 86 | Page 88 |

**22  (Pages 85 to 88)**

**ROBIN GONZALES**                                                    12/17/08

| | |
|---|---|
| 1 | repaired and then after that, going to S & J Chevrolet |
| 2 | to see if they were willing to front the cost to get |
| 3 | your parking brakes repaired; is that correct? |
| 4 | A   Actually I went to S & J to get an opinion. |
| 5 | I honestly didn't think they would fix them. |
| 6 | Q   So the two places so far that we've discussed |
| 7 | that you went to try to get your parking brakes |
| 8 | repaired or an opinion regarding getting your parking |
| 9 | brakes repaired was Massey Chevrolet and S & J |
| 01:50 10 | Chevrolet? |
| 11 | A   Correct. |
| 12 | Q   Did you go anywhere else? |
| 13 | A   Not that I recall. |
| 14 | Q   Did you ultimately get your parking brakes |
| 15 | repaired? |
| 16 | A   Yes, I did. |
| 17 | Q   Where did you get them repaired? |
| 18 | A   I don't remember the name of it. |
| 19 | MS. YASHAR:  Handing you what is being marked |
| 01:51 20 | as Defendant's Exhibit Number 15.  This has been |
| 21 | previously Bates-labeled as P3260. |
| 22 | (Defendant's Exhibit 15 marked.) |
| 23 | BY MS. YASHAR: |
| 24 | Q   Do you recognize this document? |
| 25 | A   Yes, I do. |

Page 89

| | |
|---|---|
| 1 | A   Yes. |
| 2 | Q   Did you get an estimate of the cost for |
| 3 | repairing your parking brakes before giving Barsom |
| 4 | Tire And Auto Repair your truck to repair the parking |
| 5 | brakes? |
| 6 | A   No. |
| 7 | Q   You just took your truck to Barsom Tire and |
| 8 | told them to repair the brakes? |
| 9 | A   Yes. |
| 01:53 10 | Q   You didn't shop around and get another |
| 11 | opinion on how much it would cost to get your parking |
| 12 | brakes repaired somewhere else? |
| 13 | A   No. |
| 14 | Q   Why not? |
| 15 | A   Because I didn't. |
| 16 | Q   Do you know how much it would have cost to |
| 17 | get your parking brakes replaced at the Massey |
| 18 | dealership? |
| 19 | A   No. |
| 01:54 20 | Q   Or at the S & J Chevrolet dealership? |
| 21 | A   No. |
| 22 | Q   Do you remember your conversation with anyone |
| 23 | at Barsom Tire prior to giving them your truck? |
| 24 | A   No, I don't recall. |
| 25 | Q   You don't recall having a conversation about |

Page 91

| | |
|---|---|
| 1 | Q   What is it? |
| 2 | A   It's an invoice from Barsom Tire And Auto |
| 3 | Repair. |
| 4 | Q   Did you take your car into Barsom Tire And |
| 5 | Auto Repair? |
| 6 | A   Yes. |
| 7 | Q   This invoice is dated November 23rd, 2005. |
| 8 | Did you take in your car on or around |
| 9 | November 23rd, 2005 to Barsom Tire And Auto Repair? |
| 01:51 10 | A   Yes. |
| 11 | Q   Why did you take your truck to Barsom Tire |
| 12 | And Auto Repair? |
| 13 | A   To get the parking brake fixed. |
| 14 | Q   How did you find this place? |
| 15 | A   I was given the name. |
| 16 | Q   Who gave you the name? |
| 17 | A   I don't recall. |
| 18 | Q   You don't recall who recommended that you go |
| 19 | to Barsom Tire And Auto Repair? |
| 01:52 20 | A   No. |
| 21 | Q   Was it someone in your family? |
| 22 | A   No. |
| 23 | Q   Was it a friend? |
| 24 | A   No. |
| 25 | Q   Was it your counsel? |

Page 90

| | |
|---|---|
| 1 | what was wrong with your parking brakes? |
| 2 | A   I'm sure I had a conversation, but I don't |
| 3 | remember what was said, no. |
| 4 | Q   Do you know what was wrong with your parking |
| 5 | brakes? |
| 6 | A   No, other than it didn't work. |
| 7 | Q   So you didn't know what was wrong with it, |
| 8 | you just knew that it didn't work? |
| 9 | A   Correct. |
| 01:55 10 | Q   Or you thought it didn't work, right? |
| 11 | A   I knew it didn't work. |
| 12 | Q   On the invoice for Barsom Tire, it lists your |
| 13 | rear rotors -- rotors -- I can't talk right now -- on |
| 14 | your invoice for Barsom Tire, it lists that your rear |
| 15 | rotors were replaced as well. |
| 16 | Is that related to your parking brakes? |
| 17 | A   I have no idea. |
| 18 | Q   And what was the cost of getting your parking |
| 19 | brakes repaired at Barsom Tire? |
| 01:56 20 | A   $417. |
| 21 | Q   And that's reflected on this invoice, right? |
| 22 | A   Correct. |
| 23 | MR. SPIRO:  Excuse me, can we stop for one |
| 24 | second. |
| 25 | MS. YASHAR:  Sure. |

Page 92

**23  (Pages 89 to 92)**

ROBIN GONZALES                                           12/17/08

| | |
|---|---|
| 1      We can go off the record so counsel can take | 1    Q    Did you rent a car during the time your truck |
| 2  a call. | 2  was being worked on at Barsom Tire? |
| 3          VIDEO OPERATOR:  We're going off the record | 3    A    Yes. |
| 4  at 3:56 (sic). | 4    Q    Who paid the costs of the rental car? |
| 5          (Interruption in the proceedings.) | 5    A    I did. |
| 6          VIDEO OPERATOR:  We are back on the record at | 6    Q    How much was the cost? |
| 7  3:56 (sic). | 7    A    $28. |
| 8  BY MS. YASHAR: | 8    Q    Were you reimbursed for the cost of the |
| 9    Q    Who paid the cost of repairing your parking | 9  rental car? |
| 01:56  10  brakes at Barsom Tire? | 01:58  10    A    I don't think so. |
| 11    A    I did. | 11    Q    You paid for it on your own? |
| 12    Q    You paid the $417? | 12    A    Yes. |
| 13    A    Yes, I did. | 13    Q    And nobody reimbursed you? |
| 14    Q    Were you reimbursed by anyone for this $417? | 14    A    I don't believe so. |
| 15    A    Yes, I was. | 15    Q    Did you incur any additional costs as a |
| 16    Q    Who reimbursed you? | 16  result of getting the parking brake system replaced? |
| 17    A    I don't recall the -- I don't recall the name | 17 .  A    No. |
| 18  on the -- how I was reimbursed. | 18    Q    Did you take any pictures of your parking |
| 19    Q    I didn't ask you how you were reimbursed.  I | 19  brake system prior to getting them replaced in |
| 01:57  20  asked you who reimbursed you? | 01:59  20  November 2005? |
| 21    A    I don't know. | 21    A    No. |
| 22    Q    Was it your counsel? | 22    Q    Did you take any video of your truck or the |
| 23    A    Yes. | 23  parking brake system prior to getting them replaced in |
| 24    Q    Do you know which one of your attorneys | 24  November 2005? |
| 25  reimbursed you? | 25    A    No. |
| Page  93 | Page  95 |

| | |
|---|---|
| 1    A    No. | 1    Q    Did you have your truck inspected by any |
| 2    Q    But you know it was one of the attorneys that | 2  third party prior to getting them replaced in |
| 3  represent you in this litigation? | 3  November of 2005? |
| 4    A    Yes. | 4    A    I -- other than S & J and -- I mean other |
| 5    Q    Did your counsel agree to reimburse you prior | 5  than Massey Chevrolet? |
| 6  to you giving Barsom Tire your truck to repair the | 6    Q    Other than Massey Chevrolet and S & J |
| 7  parking brake system? | 7  Chevrolet. |
| 8          MR. SPIRO:  That's attorney-client, I'm going | 8    A    No. |
| 9  to have to object to that and I'll instruct her not to | 9    Q    Did you keep your old parking brakes system |
| 10  answer. | 02:00  10  so that it could be inspected as part of this |
| 11          (Instruction not to answer.) | 11  litigation or by anyone later on? |
| 12          MS. YASHAR:  You're instructing your witness | 12    A    No. |
| 13  not to answer. | 13    Q    Have you had your car appraised since |
| 14          MR. SPIRO:  Yes, that's attorney-client. | 14  replacing the parking brake system? |
| 15  BY MS. YASHAR: | 15    A    No. |
| 16    Q    Did you have any agreements on whether you | 16    Q    Did you have your car appraised before |
| 17  would be reimbursed for the cost of repairing your | 17  replacing the parking brake system? |
| 18  parking brake system with your counsel? | 18    A    No. |
| 19          MR. SPIRO:  That's the same thing. | 19    Q    You said that you didn't know what was wrong |
| 01:58  20  Don't answer, please. | 02:00  20  with your parking brake system; is that right? |
| 21          (Instruction not to answer.) | 21          MR. SPIRO:  She did say that.  Asked and _ _ |
| 22          MS. YASHAR:  Are you instructing your witness | 22  answered. |
| 23  not to answer. | 23          THE WITNESS:  Other than it didn't work. |
| 24          MR. SPIRO:  Attorney-client. | 24  BY MS. YASHAR: |
| 25  BY MS. YASHAR: | 25    Q    Do you have an opinion now, as you sit here |
| Page  94 | Page  96 |

24  (Pages  93 to 96)

**ROBIN GONZALES**                                    12/17/08

```
 1    today, on what was wrong with your parking brake
 2    system?
 3        A    Other than it didn't work.
 4        Q    But you don't know why it didn't work?
 5        A    It was defective.
 6        Q    And when did you first hear the term
 7    "defective" or "defect"?
 8        A    I have no idea.  Some years back.
 9        Q    Was it prior to 2005 or after 2005?
02:02 10      A    Probably in that time period.
11        Q    Somewhere around 2005?
12        A    Yes.
13        Q    Was it prior to your first conversation with
14    an attorney or after your first conversation with an
15    attorney?
16        A    Prior.
17        Q    Do you know where you heard that term
18    "defect" or "defective"?
19        A    No.
02:02 20      Q    Was it on television?
21        A    No.
22        Q    Was it by counsel?
23        A    No.
24        Q    Was it in a newspaper?
25        A    No, I don't usually read the newspaper.
                                        Page 97
```

```
 1    Q    Was it by someone you talked to?
 2        A    Could be.
 3        Q    But you don't know who it was that you talked
 4    to?
 5        A    No.  Could have been from the dealership.
 6        Q    Did you ever contact the dealership itself
 7    about the problems with your parking brake system?
 8        A    Yeah, I talked to Massey Chevrolet about my
 9    parking brake system.
02:03 10      Q    Did you ever talk to Anaheim Chevrolet?
11        A    No.
12        Q    Let's go back to 2001 when you were at
13    Anaheim Chevrolet purchasing your Chevy Silverado.
14            Prior to purchasing your truck, did you see a
15    certificate, label or tag on the 2001 Chevy Silverado
16    that you purchased saying, "This vehicle
17            conforms to all applicable U.S.
18            Federal Motor Safety Standards in
19            effect on the date of manufacture
02:04 20            shown above."
21        A    Did I see that on the truck?
22        Q    Did you see that certification, label or tag
23    on the truck itself?
24        A    If I did, I don't remember.
25        Q    Is there anything in that statement that I
                                        Page 98
```

```
 1    just read that you believe to be false, misleading or
 2    deceptive?
 3        MR. SPIRO:  Whoa.  Vague, confusing.
 4        THE WITNESS:  Can you read it again.
 5    BY MS. YASHAR:
 6        Q    "This vehicle conforms to all
 7            applicable U.S. Federal Motor
 8            Safety Standards in effect on the
 9            date of manufacture shown above."
02:05 10      A    Yeah, I would say it's false.
11        Q    What do you think is false?
12        A    It is not safe.
13        Q    And why do you think it's not safe?
14        A    Because the parking brake is defective.
15        Q    And you're saying because you believe it's
16    not safe and because you believe the parking brake is
17    defective, that it must not conform to the U.S.
18    Federal Motor Safety Standards?
19        A    Correct.
02:06 20      Q    Is there reason -- any other reason why you
21    think that the statement that I just read for you is
22    false, deceptive and misleading?
23        A    No.
24        Q    But you don't recall ever seeing that
25    certificate on your truck prior to purchasing it,
                                        Page 99
```

```
 1    right?
 2        A    Right.
 3        MS. YASHAR:  I'm handing you what is being
 4    marked as Defendant's Exhibit 16 and it's been
 5    previously Bates-labeled as P3010 to P3011.
 6        (Defendant's Exhibit 16 marked.)
 7    BY MS. YASHAR:
 8        Q    Do you recognize this document?
 9        A    I don't remember -- I don't remember this,
02:07 10    but I'm sure I've seen it, but it's -- it's been a
11    long time since I bought the truck so I don't remember
12    it actually, so --
13        Q    Can you tell me what this document is.
14        A    "General Motors Pre-Delivery Inspection
15    Procedure for Passenger Cars and Light Duty Trucks."
16        Q    There is a VIN number, vehicle identification
17    number that's listed on the first page of this
18    document.
19            Do you see that?
02:08 20      A    Yes.
21        Q    Is that the VIN for your car?
22        A    I don't know unless I was looking at my
23    truck.
24        Q    I'm going to direct your attention to Exhibit
25    Number 4, Number 1, page 5.
                                        Page 100
```

                                    **25  (Pages  97  to  100)**

ROBIN GONZALES                                              12/17/08

| | |
|---|---|
| 1    Listed here in your responses to defendant's | 1    MR. SPIRO: Really? |
| 2  first set of interrogatories on line 2 is your vehicle | 2    MS. YASHAR: Right. I mean there's a lot of |
| 3  identification number. | 3  numbers there so -- but if you can double-check to |
| 4    Does the vehicle identification number in | 4  make sure that that's amended so that we have the |
| 5  your interrogatory responses match the VIN that is | 5  correct VIN number, I'd appreciate that. |
| 6  listed on Exhibit 16? | 6    MR. SPIRO: You're right -- oh, wait, no. |
| 7    A    It doesn't. | 7    THE WITNESS: "3" and the "C." |
| 8    Q    It's missing a letter? | 8    MR. SPIRO: You're right. This one is |
| 9    A    A number and a letter. | 9  different too. I'm sorry. |
| 02:10 10    Q    You think that the VIN in Exhibit 16 refers | 02:13 10    MS. YASHAR: That's okay. |
| 11  to a different vehicle or do you think that the | 11    Can you provide us with an amended |
| 12  response in your interrogatories is probably not | 12  supplemental interrogatory that provides the correct |
| 13  accurate? | 13  VIN? |
| 14    A    I don't know. | 14    MR. SPIRO: Sure. |
| 15    Q    You produced all of the documents that were | 15    MS. YASHAR: But, Counsel, you stipulate that |
| 16  in your house that related to your truck to your | 16  this predelivery inspection form is with respect to |
| 17  counsel, correct? | 17  Ms. Gonzales's vehicle? |
| 18    A    Correct. | 18    MR. SPIRO: Let me take a look at some other |
| 19    Q    And your counsel produced those documents to | 19  papers to make sure that I'm not making a mistake on |
| 02:11 20  us, right? | 02:14 20  this. |
| 21    A    I believe so. | 21    Somebody tried to correct it and they didn't |
| 22    Q    And this was one of the documents that were | 22  correct it. All right. |
| 23  produced to us. | 23    I'm trying to see if it -- if it matches the |
| 24    A    What document, 16? | 24  sales contract, but the sales contract is hard to |
| 25    Q    Exhibit 16 was one -- one of the documents | 25  read. I hope it has a VIN number on it. |
| Page 101 | Page 103 |
| 1  that was produced to us. | 1    THE WITNESS: Yeah, it does. |
| 2    Would you stipulate that this is the | 2    MR. SPIRO: Can you see it. |
| 3  predelivery inspection form that came with your car? | 3    THE WITNESS: Yeah, it's right here. |
| 4    MR. SPIRO: Well, she can't stipulate to | 4    MR. SPIRO: Is that the sales contract? |
| 5  anything. | 5    THE WITNESS: Yeah, that's the vehicle VIN |
| 6    Are you asking me? | 6  ID. |
| 7    MS. YASHAR: Yes, I'm asking you. | 7    MR. SPIRO: Okay, good. I was looking at |
| 8    MR. SPIRO: Oh. I believe it is. I wouldn't | 8  something else. |
| 9  know but I can't imagine what else it would be. | 9    THE WITNESS: Yeah. |
| 02:11 10    MS. YASHAR: Just so we're -- we're clear -- | 02:15 10    MR. SPIRO: That is from a different time. |
| 11  and this is with me and you -- | 11    THE WITNESS: Oh, that's -- |
| 12    MR. SPIRO: Yeah. | 12    MS. YASHAR: Let's go off the record for -- |
| 13    MS. YASHAR: -- you should make sure that | 13    MR. SPIRO: All right. |
| 14  whichever number is listed in the responses to the | 14    MS. YASHAR: -- a minute. |
| 15  interrogatories are accurate to the extent that there | 15    VIDEO OPERATOR: We're going off the record |
| 16  may be one letter and one number that seems to be | 16  at 3:15 (sic) -- we are off the record. 2:15. |
| 17  missing from what's listed in the interrogatory | 17    (Discussion off the record.) |
| 18  responses. | 18    VIDEO OPERATOR: We are back on the record at |
| 19    MR. SPIRO: Pantea, the interrogatory | 19  2:21. |
| 02:12 20  responses were amended to correct the number, | 02:21 20    MS. YASHAR: Mr. Spiro and I have stipulated |
| 21  supplemented. | 21  that Exhibit 16 is the predelivery inspection |
| 22    MS. YASHAR: You're looking at the | 22  procedure form for Ms. Gonzales's vehicle, we have |
| 23  supplemental responses and the supplemental responses | 23  also stipulated that Mr. Spiro will provide an amended |
| 24  are not consistent with what's been produced to us as | 24  interrogatory response with respect to Ms. Gonzales's |
| 25  well. | 25  VIN since the response in both the original |
| Page 102 | Page 104 |

26 (Pages 101 to 104)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**ROBIN GONZALES**                                    12/17/08

| | |
|---|---|
| 1 interrogatory responses and the supplemental responses | 1   A   Correct. |
| 2 to those interrogatory responses reflects the | 2       MR. SPIRO:  One of the -- I think the answer |
| 3 incorrect VIN for Ms. Gonzales's vehicle. | 3   before the last one, Ms. Gonzales said -- |
| 4       MR. SPIRO:  I should say that I'm not sure | 4       MS. YASHAR:  Counsel, if you have an |
| 5 that the -- all the handwritten markings on this | 5   objection, please state your objection. |
| 6 Exhibit 16 are part of the -- | 6       MR. SPIRO:  I'm going to but I have to tell |
| 7       THE WITNESS:  The original. | 7   you what the question is about -- what the objection |
| 8       MR. SPIRO:  -- the original, right. | 8   is about. |
| 9       But the printed stuff, I'm stipulating that | 9       The objection is about the statement that the |
| 02:22  10 it is part of the original -- is the original. | 02:24  10 vehicle didn't pass the test because of brakes.  I |
| 11       MS. YASHAR:  Okay. | 11   move to strike that as nonresponsive. |
| 12   Q   Ms. Gonzales, do you recall receiving | 12   BY MS. YASHAR: |
| 13 Exhibit 16? | 13   Q   Ms. Gonzales, when you said that the |
| 14   A   No, I don't recall receiving -- I received a | 14   vehicle -- when you said that your truck -- strike |
| 15 lot of papers that day, so this in particular, I don't | 15   that. |
| 16 recall. | 16       Ms. Gonzales, when you said that the |
| 17   Q   But you can see that it was in your | 17   predelivery inspection form with respect to the |
| 18 possession, right, so at some point you did receive | 18   parking brake was false, what did you mean by that? |
| 19 this document? | 19       THE WITNESS:  What was the question? |
| 02:22  20   A   Correct. | 02:26  20       MS. YASHAR:  Ms. Lindsay, can you repeat my |
| 21   Q   You just are not sure when? | 21   question. |
| 22   A   Correct. | 22       (Record read as follows: |
| 23   Q   But you are likely to have received it when | 23       "Q   Ms. Gonzales, when you |
| 24 you purchased your truck in 2001, right? | 24       said that the predelivery |
| 25   A   Right. | 25       inspection form with respect to the |
| Page 105 | Page 107 |
| 1   Q   There's a signature on the second page of | 1       parking brake was false, what did |
| 2 Exhibit 16 by Jorge Perez indicating that the | 2       you mean by that?") |
| 3 preinspection was complete and the vehicle passed the | 3       THE WITNESS:  You asked me if the inspection |
| 4 inspection. | 4   passed. |
| 5       Do you see that signature? | 5       MR. SPIRO:  No, she didn't actually ask that. |
| 6   A   Yes. | 6       THE WITNESS:  Oh, then I misunderstood. |
| 7   Q   Do you allege that this certification is | 7   BY MS. YASHAR: |
| 8 false, misleading or deceptive? | 8   Q   So I'll ask you the question again. |
| 9   A   Yes, it's false. | 9       Is there anything about this preinspection |
| 02:23  10   Q   Which part? | 02:27  10 form that you believe is false? |
| 11   A   The parking brake wasn't working. | 11   A   This isn't the form -- this -- we didn't go |
| 12   Q   So which part of this form specifically is | 12   over the parking brake. |
| 13 false? | 13   Q   Ms. Gonzales, just answer my question. |
| 14   A   Well, it didn't really pass the inspection | 14       Is there anything about the preinspection |
| 15 because the parking brake wasn't working.  When I | 15   form that you believe, the certification that we're |
| 16 asked whoever delivered my truck, obviously I didn't | 16   looking at right now, Exhibit 16, that you believe is |
| 17 have the knowledge of the parking brake when I asked. | 17   false? |
| 18   Q   You don't recall reviewing this truck -- I | 18   A   Okay, I don't remember this form so I can't |
| 19 mean, I'm sorry -- strike that. | 19   answer that question -- I don't remember going over |
| 02:23  20       You don't recall reviewing this form prior to | 02:27  20 this form. |
| 21 purchasing your truck, correct, in 2001? | 21   Q   Okay.  You talked about a crash test that you |
| 22   A   No, I don't recall. | 22   recalled seeing on a news show prior to purchasing |
| 23   Q   And you don't recall reviewing this form | 23   your 2001 Chevy Silverado, right? |
| 24 immediately after purchasing your truck in 2001, | 24   A   Yes. |
| 25 correct? | 25   Q   Did you observe anything in that show that |
| Page 106 | Page 108 |

27 (Pages 105 to 108)

ROBIN GONZALES                                                    12/17/08

| | Page 109 |
|---|---|
| 1 | dealt with the testing of the parking brake system? |
| 2 | A  No. |
| 3 | Q  There was nothing in that show where you saw |
| 4 | the crash test, results of different vehicles, that |
| 5 | discussed the performance of the parking brake system |
| 6 | in your -- in GM's Chevy Silverados, correct? |
| 7 | A  Correct. |
| 8 | Q  Did you rely on the results of that crash |
| 9 | test that you saw on the news show in making your |
| 02:28 10 | decision to purchase your Chevy Silverado? |
| 11 | MR. SPIRO:  Calls for a legal conclusion. |
| 12 | THE WITNESS:  That was one of the things, not |
| 13 | the -- not overall, that wasn't my decision. |
| 14 | BY MS. YASHAR: |
| 15 | Q  What else did you rely on? |
| 16 | A  I already answered that question. |
| 17 | Q  You answered my question of whether -- you |
| 18 | didn't answer that question -- |
| 19 | A  Yes, I did. |
| 02:29 20 | Q  -- so I'm going to ask it again. |
| 21 | Did you rely on anything other than the |
| 22 | results of the crash tests in making your decision to |
| 23 | purchase your Chevy Silverado -- |
| 24 | MR. SPIRO:  Yes, she did. |
| 25 | BY MS. YASHAR: |

| | Page 111 |
|---|---|
| 1 | already answered this question in the middle of her |
| 2 | answer. |
| 3 | BY MS. YASHAR: |
| 4 | Q  So you relied on the crash test results and |
| 5 | the durability and -- |
| 6 | A  The price. |
| 7 | Q  Anything else? |
| 8 | A  That's all I can remember right now. |
| 9 | Q  And when you said "durability," prev- -- your |
| 02:31 10 | previous testimony -- in your previous testimony, you |
| 11 | indicated that in evaluating durability, you relied on |
| 12 | the crash test; is that correct? |
| 13 | MR. SPIRO:  No, it's not.  That misstates the |
| 14 | testimony. |
| 15 | THE WITNESS:  No. |
| 16 | BY MS. YASHAR: |
| 17 | Q  So the three factors that you relied on in |
| 18 | purchasing your 2001 Chevy Silverado was the crash |
| 19 | test results in the TV show, correct? |
| 02:31 20 | A  Yes. |
| 21 | Q  The price, right? |
| 22 | A  Yes. |
| 23 | Q  And the durability of the truck? |
| 24 | A  Yes. |
| 25 | MR. SPIRO:  Misstates the testimony.  She |

| | Page 110 |
|---|---|
| 1 | Q  -- in 2001, what did you rely on? |
| 2 | A  I did answer. |
| 3 | MR. SPIRO:  Hold on.  Hold on. |
| 4 | She did answer it, I believe, it was asked |
| 5 | and answered and also calls for a legal conclusion. |
| 6 | Go ahead. |
| 7 | THE WITNESS:  I relied on -- I relied on the |
| 8 | crash test, on durability. |
| 9 | BY MS. YASHAR: |
| 02:30 10 | Q  Anything else? |
| 11 | A  I've already answered this question.  Look |
| 12 | back in your notes, I already answered the question. |
| 13 | Q  You didn't answer this particular question -- |
| 14 | A  Yes, I did. |
| 15 | Q  -- so I will ask you again. |
| 16 | A  No, I've already answered the question. |
| 17 | Q  You can answer.  I'm asking you the question |
| 18 | again. |
| 19 | MR. SPIRO:  Well, she just answered the |
| 02:30 20 | question again. |
| 21 | MS. YASHAR:  Counsel, I didn't ask her this |
| 22 | specific question so I'm asking her this question. |
| 23 | MR. SPIRO:  No, I mean she's answered the |
| 24 | question -- the question that you asked about |
| 25 | 30 seconds ago, she's answered and then she said I've |

| | Page 112 |
|---|---|
| 1 | said that's all I can remember now.  That's what she |
| 2 | said. |
| 3 | BY MS. YASHAR: |
| 4 | Q  Is there anything else that you can remember? |
| 5 | A  All I can remember now and what I've already |
| 6 | answered prior to that because I've already answered |
| 7 | this question before. |
| 8 | Q  So other than anything that you've answered |
| 9 | during this deposition, there's nothing else that you |
| 02:32 10 | can recall that you relied on in making the decision |
| 11 | to purchase your 2001 Chevy Silverado? |
| 12 | MR. SPIRO:  Calls for a legal conclusion. |
| 13 | THE WITNESS:  Right. |
| 14 | BY MS. YASHAR: |
| 15 | Q  And when you say -- |
| 16 | MR. SPIRO:  I'll also say vague. |
| 17 | BY MS. YASHAR: |
| 18 | Q  When you say durability, how did you |
| 19 | determine durability? |
| 02:32 20 | A  I've already answered that question too. |
| 21 | Q  I believe what you answered in determining |
| 22 | the durability of the vehicle was the crash test |
| 23 | results. |
| 24 | A  No. |
| 25 | MR. SPIRO:  Can we -- |

28 (Pages 109 to 112)

ROBIN GONZALES                                                    12/17/08

| | |
|---|---|
| 1 BY MS. YASHAR: | 1    A    "Like a Rock." |
| 2    Q    What did you do to determine the durability | 2    Q    You remember the statement "Like a Rock"? |
| 3 of the vehicle? | 3    A    Uh-huh. |
| 4         MR. SPIRO:  I -- I would like to go back to | 4    Q    And was that referring to a Chevy Silverado? |
| 5 her previous -- she's -- this is in the first session. | 5    A    Uh-huh -- a Chevy. |
| 6         Would it take a long time to search for the | 6    Q    Do you remember any other statements made in |
| 7 word "durability," the first time she said it -- | 7 any other commercials for the Chevy Silverado? |
| 8         MS. YASHAR:  Counsel, if you have an | 8    A    I remember other ones but I can't quote them. |
| 9 objection, please state your objection. | 9.    Q    What other commercials do you remember? |
| 02:33  10         MR. SPIRO:  My objection is that -- | 02:37  10    A    I just remember commercials. |
| 11         MS. YASHAR:  I am asking -- | 11    Q    You remember in general commercials? |
| 12         MR. SPIRO:  I know. | 12    A    Right. |
| 13         MS. YASHAR:  -- the witness the questions, | 13    Q    But you don't remember the contents of |
| 14 this is my deposition. | 14 that -- of any of these commercials? |
| 15         MR. SPIRO:  No, it's not, it's the court's | 15    A    No. |
| 16 deposition. | 16    Q    You don't remember specifically any of these |
| 17         The -- I'm asking the court reporter if I can | 17 commercials? |
| 18 please have read back what the witness said about | 18    A    No. |
| 19 durability the first time, it would be the first time | 19    Q    And the only statement that you recall from |
| 02:33  20 the word "durability" appears in the transcript. | 02:37  20 any of these commercials is "Like a Rock"? |
| 21         (Record read.) | 21    A    Right. |
| 22 BY MS. YASHAR: | 22    Q    Do you believe anything in the statement |
| 23    Q    So when you said that you relied on the | 23 "Like a Rock" is false, misleading or deceptive? |
| 24 durability of the Chevy Silverado in making the | 24    A    Yes, is -- yes. |
| 25 decision to purchase it, you mentioned earlier that by | 25    Q    What? |
| Page 113 | Page 115 |

| | |
|---|---|
| 1 durability, you meant that it was safe, made well and | 1    A    Well, they're not -- they're not safe -- |
| 2 did well in the crash test; is that right? | 2 or is -- I mean they're not -- they're not -- well, |
| 3    A    Yes. | 3 the parking brake is not safe and so they're not -- |
| 4    Q    And what did you rely on in determining | 4 it's not what they stand up to be, false |
| 5 whether it was safe and made well? | 5 advertisement. |
| 6         MR. SPIRO:  Legal conclusion, vague. | 6    Q    When did you hear that term for the first |
| 7         THE WITNESS:  The crash test showed it was | 7 time, "false advertisement"? |
| 8 safe. | 8    A    No, I'm saying it's false advertisement. |
| 9 BY MS. YASHAR: | 9    Q    And I'm asking you when did you hear for the |
| 02:36  10    Q    Did you rely on anything other than the crash | 02:39  10 very first time the term "false advertisement"? |
| 11 test in determining that the Chevy Silverado was | 11    A    No, I didn't hear it, I just said it. |
| 12 durable? | 12    Q    Why do you believe that the parking brake is |
| 13         MR. SPIRO:  Legal conclusion, vague. | 13 not safe? |
| 14         THE WITNESS:  There was some commercials | 14    A    Because it's -- it's defective. |
| 15 about Chevy. | 15    Q    And do you believe that it's just your car |
| 16 BY MS. YASHAR: | 16 that's defective or -- |
| 17    Q    What commercials? | 17    A    Oh, no. |
| 18    A    Different commercials that are out when they | 18    Q    Why? |
| 19 do commercials about cars, trucks. | 19    A    Why, because it's -- they're defective. |
| 02:36  20    Q    Commercials on television? | 02:39  20    Q    Why do you think that it's not just your car |
| 21    A    Yes. | 21 that has a defective parking brake? |
| 22    Q    Do you recall any commercials on radio? | 22    A    Because it's -- it's the class action, the -- |
| 23    A    No, usually on television. | 23 it's just known that there's -- that they're |
| 24    Q    Was it one in particular commercial that you | 24 defective.  Why would just mine be, I mean that's |
| 25 recall? | 25 silly. |
| Page 114 | Page 116 |

29  (Pages 113 to 116)

ROBIN GONZALES                                              12/17/08

| | |
|---|---|
| 1    Q   How is it just known that since yours -- your | 1    Q   But you said you don't work? |
| 2   parking brake is not working properly, then no one | 2    A   Worked. |
| 3   else's parking brake in their Chevy Silverados are | 3    Q   Where did he work with you? |
| 4   working properly? | 4    A   Fidelity. |
| 5         MR. SPIRO:  Excuse me, what?  Can I hear that | 5    Q   And what do you know about his parking brake |
| 6   again. | 6   system? |
| 7         (Record read as follows: | 7    A   That it also didn't work. |
| 8              "Q  How is it just known that | 8    Q   What car does he own? |
| 9           since yours -- your parking brake | 9    A   I just know that he owns a truck. |
| 10          is not working properly, then no | 02:42  10    Q   Do you know if it's -- what kind of truck it |
| 11          one else's parking brake in their | 11   is? |
| 12          Chevy Silverados are working | 12    A   I'm not sure, it's -- it's a big truck and |
| 13          properly?") | 13   could possibly be a Silverado but I'm not sure. |
| 14         MR. SPIRO:  She said the opposite, Counsel. | 14    Q   Are you confident that it's a GM-owned truck? |
| 15   It misstates her testimony, I think. | 15    A   Yes, it is. |
| 16         BY MS. YASHAR: | 16    Q   But you don't know what make or model it is |
| 17    Q   How is it that you made the conclusion that | 17   of a GM truck? |
| 18   since your parking brake is not working properly, | 18    A   No.  It's either a GMC or a Silverado. |
| 19   everybody who owns a Chevy Silverado has a parking | 19    Q   When's the last time that you talked to |
| 02:40  20   brake that isn't working properly? | 02:42  20   Mr. McDonald? |
| 21         MR. SPIRO:  She didn't say that either. | 21    A   It's probably been about two years. |
| 22         BY MS. YASHAR: | 22    Q   And what did he tell you about his parking |
| 23    Q   You can answer. | 23   brakes? |
| 24         MR. SPIRO:  Misstates her testimony. | 24    A   We just have the same problem, that his just |
| 25         THE WITNESS:  Well, I know one other person | 25   didn't work.  I believe his is a manual truck, though. |
| **Page 117** | **Page 119** |

| | |
|---|---|
| 1   that has a problem with their parking brake. | 1    Q   Do you know whether he got his parking brakes |
| 2         BY MS. YASHAR: | 2   fixed? |
| 3    Q   Who is that other person? | 3    A   I don't know. |
| 4    A   Person I worked with. | 4    Q   Do you know when he first experienced |
| 5    Q   And what's that person's name? | 5   problems with his parking brakes? |
| 6    A   His name is Damian. | 6    A   No. |
| 7    Q   Damian what? | 7    Q   Do you know whether GM repaired his parking |
| 8    A   McDonald. | 8   brakes -- |
| 9         And La Ronda. | 9    A   No. |
| 02:41  10    Q   And you're talking about La Ronda Hunter? | 02:43  10    Q   -- under warranty? |
| 11    A   Yes. | 11        You don't know any details -- |
| 12    Q   And that's another named plaintiff, correct? | 12    A   No. |
| 13    A   Yes. | 13    Q   -- about what happened with his parking |
| 14    Q   And that's who you met yesterday during -- | 14   brakes, correct? |
| 15    A   Yes. | 15    A   No. |
| 16    Q   -- yesterday's deposition? | 16    Q   And you haven't talked to him for the last |
| 17        Did you meet her prior to yesterday's | 17   two years? |
| 18   deposition? | 18    A   Right. |
| 19    A   No. | 19    Q   Did you ever see or hear any advertisements |
| 02:41  20    Q   Did you talk to her prior to yesterday's | 02:43  20   about the parking brake systems? |
| 21   deposition? | 21    A   No. |
| 22    A   No. | 22    Q   Did you ever hear or see any ads that the |
| 23    Q   And Damian McDonald, you said that's someone | 23   parking brakes on GM can last for the life of the |
| 24   you work with? | 24   vehicle? |
| 25    A   Yes.  Worked. | 25    A   No.  I would think that would be common |
| **Page 118** | **Page 120** |

30 (Pages 117 to 120)

ROBIN GONZALES                                                    12/17/08

| | |
|---|---|
| 1  sense. | 1  -30581? |
| 2  Q  Did you ever see or hear any ads that the | 2  (Defendant's Exhibit 18 marked.) |
| 3  parking brakes on the GM truck that you owned would | 3  BY MS. YASHAR: |
| 4  have an expected life span of over 200,000 miles? | 4  Q  Do you recognize this document? |
| 5  A  No. | 5  A  No. |
| 6  Q  There was nothing in any of the | 6  Q  It's a copy of the warranty booklet for your |
| 7  advertisements that you saw or heard that related | 7  2001 truck. |
| 8  to the parking brake system, right? | 8  A  Uh-huh. |
| 9  A  Right. | 9  Q  Do you recall ever receiving a warranty |
| 02:44  10  MR. SPIRO:  Whoa.  Vague, the term "related | 02:49  10  booklet? |
| 11  to" is vague. | 11  A  No, I never got one. |
| 12  BY MS. YASHAR: | 12  Q  Do you recall ever looking at a warranty |
| 13  Q  Did you receive an owners manual at the time | 13  booklet in connection with your 2001 Chevy Silverado? |
| 14  of or before purchasing the truck in 2001? | 14  A  No.  I didn't know they had one. |
| 15  A  Yes. | 15  Q  So it would be fair to say that no one went |
| 16  MS. YASHAR:  I'm handing you what's been | 16  over a warranty booklet with you prior to purchasing |
| 17  marked -- or what's being marked as Defendant's | 17  your vehicle? |
| 18  Exhibit 17 and what has previously been Bates-labeled | 18  A  Correct. |
| 19  as GM_HUNTER-1668 to about -2135. | 19  Q  And you never reviewed any warranty booklet |
| 02:45  20  (Defendant's Exhibit 17 marked.) | 02:49  20  after purchasing your truck in 2001, right? |
| 21  MS. YASHAR:  This is a copy of the owners | 21  A  Correct. |
| 22  manual for the 2001 Chevrolet Silverado. | 22  MS. YASHAR:  I'm handing you what's being |
| 23  Q  Do you recognize this document? | 23  marked as Defendant's Exhibit Number 19. |
| 24  A  Yeah. | 24  (Defendant's Exhibit 19 marked.) |
| 25  Q  Did you receive this prior to purchasing | 25  MS. YASHAR:  This has been previously |
| Page 121 | Page 123 |

| | |
|---|---|
| 1  your -- your truck in 2001? | 1  Bates-labeled as P3274 through P3275, and it's titled |
| 2  A  When I purchased it. | 2  "Warranty Insert California." |
| 3  Q  Did you read the owners manual? | 3  Q  Do you recognize this document? |
| 4  A  No. | 4  A  No. |
| 5  Q  Have you ever read the owners manual? | 5  Q  You don't remember ever having received this |
| 6  A  No.  Only when I need to. | 6  document? |
| 7  Q  Have you ever needed to read the owners | 7  A  No. |
| 8  manual? | 8  Q  You don't ever recall having read this |
| 9  A  I need -- needed to look up certain things. | 9  document before, right? |
| 02:46  10  Q  Did you ever look anything up that had to do | 02:51  10  A  Right. |
| 11  with the parking brake system? | 11  Q  Were you provided with any product brochures |
| 12  A  I don't recall if I did look it up or not. | 12  at Anaheim Chevrolet when you were purchasing your |
| 13  Q  So as you sit here today, you don't recall | 13  2001 Chevy Silverado? |
| 14  ever looking up anything in the owners manual that | 14  A  Product brochures?  I don't recall. |
| 15  relates to the parking brake system; is that correct? | 15  Q  You don't recall receiving any brochures from |
| 16  A  Right. | 16  anyone at GM when you were purchasing your truck? |
| 17  Q  And you never read the owners manual before | 17  A  Regarding what? |
| 18  you purchased your truck in 2001? | 18  Q  Any statements about the parking brakes in |
| 19  A  Before? | 19  your truck? |
| 02:47  20  Q  Right. | 02:52  20  A  I don't think they hand out brochures. |
| 21  A  Oh, no, I wouldn't have it before I purchased | 21  Q  And you don't remember any brochures in |
| 22  it. | 22  general about your truck given to you or provided to |
| 23  MS. YASHAR:  I'm handing you what is being | 23  you at Anaheim Chevrolet? |
| 24  marked as Defendant's Exhibit 18.  This has been | 24  A  No. |
| 25  previously Bates-labeled as GM_HUNTER-30548 through | 25  Q  How would you describe the general |
| Page 122 | Page 124 |

31  (Pages 121 to 124)

ROBIN GONZALES                                          12/17/08

| | |
|---|---|
| 1 performance of your 2001 Chevy Silverado? | 1 so far?") |
| 2 MR. SPIRO: Vague. | 2 MR. SPIRO: Well, she's answered it twice. |
| 3 Go ahead. | 3 She can go ahead and answer it again. |
| 4 THE WITNESS: Meaning the motor? | 4 THE WITNESS: Not safely, but it gets me from |
| 5 BY MS. YASHAR: | 5 point A to point B. |
| 6 Q In general? | 6 BY MS. YASHAR: |
| 7 MR. SPIRO: Vague. | 7 Q Why has it not safely transported you so far? |
| 8 THE WITNESS: Well, other than the parking | 8 A Because it's not safe, it's not a safe truck. |
| 9 brake, it gets me where I'm going. | 9 Q Have you ever been in any collisions or |
| 10 BY MS. YASHAR: | 02:55 10 accidents? |
| 11 Q Has it been reliable? | 11 A No. |
| 12 MR. SPIRO: Vague. | 12 Q Has -- has anyone ever gotten hurt in your |
| 13 THE WITNESS: Yeah. | 13 truck as a result of anything not working properly in |
| 14 BY MS. YASHAR: | 14 it? |
| 15 Q Has it been dependable? | 15 A It doesn't -- it wasn't working properly. |
| 16 MR. SPIRO: Vague. | 16 A Has anyone been injured in your vehicle? |
| 17 THE WITNESS: Dependable as far as? | 17 A Not in my vehicle, no. |
| 18 BY MS. YASHAR: | 18 Q As a result of your vehicle? |
| 19 Q In getting you from place to place? | 19 A No. |
| 02:53 20 A Yes. | 02:55 20 Q Is your only reason for saying that your |
| 21 Q Has it -- has your 2001 truck safely | 21 truck is not safe -- strike that. |
| 22 transported you so far? | 22 Is your only reason for saying that your |
| 23 MR. SPIRO: Vague. | 23 truck has not safely transported you so far because of |
| 24 THE WITNESS: Safely? It's -- well, it's not | 24 the incident where you put your car in neutral on the |
| 25 safe -- it's not safe, but it's -- it's not safe, | 25 driveway and tried to use the brakes and it didn't |
| Page 125 | Page 127 |

| | |
|---|---|
| 1 so -- it gets me from A to B. | 1 work? |
| 2 BY MS. YASHAR: | 2 A No, because the parking brake doesn't work -- |
| 3 Q And my question was has your truck safely | 3 or didn't work. |
| 4 transported you so far? | 4 Q But that's the only reason, correct? |
| 5 MR. SPIRO: She answered. Asked and | 5 A Correct. |
| 6 answered. | 6 Q Do you primarily use your truck on highways |
| 7 Vague. | 7 or residential streets? |
| 8 THE WITNESS: I said it's not safe, but it | 8 A Both. |
| 9 gets me from A to B, so I answered you. | 9 Q Did you have any other work done to repair |
| 02:54 10 MS. YASHAR: It's nonresponsive. | 02:56 10 your parking brakes other than the work that we |
| 11 MR. SPIRO: No, it isn't. | 11 discussed previously at Barsom Tire? |
| 12 MS. YASHAR: I'll ask the question again. | 12 A No. |
| 13 MR. SPIRO: No, she's not answering it again. | 13 Q There have been no other modifications made |
| 14 BY MS. YASHAR: | 14 to your vehicle's parking brakes other than the work |
| 15 Q Has the -- | 15 done by Barsom Tire, correct? |
| 16 MR. SPIRO: I mean you can ask but I'm going | 16 A Correct. |
| 17 to tell her not to answer. | 17 Q Are you aware of the federal safety standards |
| 18 MS. YASHAR: You're instructing your witness | 18 for cars and trucks? |
| 19 not to answer. | 19 MR. SPIRO: Vague. |
| 02:54 20 MR. SPIRO: Well, you haven't asked yet. | 02:57 20 THE WITNESS: Rephrase. |
| 21 MS. YASHAR: Ms. Lindsay, can you please | 21 BY MS. YASHAR: |
| 22 repeat my question. | 22 Q Do you know that there are federal safety |
| 23 (Record read as follows: | 23 standards for cars and trucks? |
| 24 "Q And my question was has | 24 A Yeah. Yes. |
| 25 your truck safely transported you | 25 Q And these federal safety standards are |
| Page 126 | Page 128 |

32 (Pages 125 to 128)

ROBIN GONZALES · · · · · · · · · · · · · · 12/17/08

1  commonly referred to as — as FMVSS, which stands for
2  the Federal Motor Vehicle Safety Standards.
3        Have you ever heard of that?
4    A  No.
5    Q  Then would it be fair to say that you don't
6  have any information that your truck doesn't meet the
7  Federal Motor Vehicle Safety Standards?
8    A  I don't understand the question.
9    Q  You said you've never heard of the FMVSS; is
10  that right?
11    A  Correct.
12    Q  You've never heard of the Federal Motor
13  Vehicle Safety Standards, right?
14    MR. SPIRO:  Well, that misstates her
15  testimony.
16  BY MS. YASHAR:
17    Q  Have you ever heard of the Federal Motor
18  Safety — I'm sorry — have you ever heard of the
19  Federal Motor Vehicle Safety Standards?
20    A  No.
21    Q  When did you first decide to sue General
22  Motors?
23    A  I don't recall when it was.
24    Q  Do you recall what year it was?
25    A  No, I don't.

Page 129

1    MR. SPIRO:  Compound.
2  BY MS. YASHAR:
3    Q  Let's break it up. Let's start with
4  Mr. Spiro.
5        When did you meet Mr. Spiro for the first
6  time?
7    A  Last week.
8    Q  Is that the first time that you spoke to him
9  as well?
03:02  10    A  Thereabout.
11    Q  When did you meet David Arbogast for the
12  first time?
13    A  I don't recall the date.
14    Q  Was it this year?
15    A  No.
16    Q  Was it last year?
17    A  No, it could have been the year before, I
18  don't remember.
19    Q  Was it about three years ago?
03:02  20    A  I don't recall.
21    MS. YASHAR:  Do you want to go ahead and
22  change the tape?
23    VIDEO OPERATOR:  If you want.
24    MS. YASHAR:  Go ahead and change it right
25  now.

Page 131

1    Q  Was it before you got your parking brakes
2  replaced by Barsom Tire or after you got your parking
3  brakes replaced by Barsom Tire?
4    A  It was — I'm not sure. I'm not sure.
5    Q  Ms. Gonzales — Ms. Gonzales, you understand
6  that you're under oath today, right?
7    A  Yes.
8    MR. SPIRO:  Please. That's harassing the
9  witness. She knows she's under oath, you've said
03:00  10  it, and it implies that you think she's lying or
11  something, and she's not.
12  BY MS. YASHAR:
13    Q  Who are your attorneys in this lawsuit?
14    A  Ira, David Arbogast and Mark.
15    Q  Mark Moore?
16    A  I don't know if that's his last name.
17    Q  How did you meet Ira Spiro, David Arbogast
18  and Mark Moore?
19    MR. SPIRO:  Compound.
03:01  20    THE WITNESS:  How did I?
21    MR. SPIRO:  Yeah, and vague too.
22    THE WITNESS:  How did I — I drove down — I
23  drove down to the office.
24  BY MS. YASHAR:
25    Q  When did you meet them for the first time?

Page 130

1    VIDEO OPERATOR:  We are going off the record
2  at 3:02. This concludes Media Number 2.
3        And we are off the record.
4        (Interruption in the proceedings.)
5    VIDEO OPERATOR:  We are back on the record at
6  3:07.
7        This is the beginning of Media Number 3 of
8  the deposition of Robin Gonzales.
9  BY MS. YASHAR:
03:07  10    Q  Ms. Gonzales, you said that you met
11  Mr. Arbogast about three years ago, is that what you
12  said?
13    A  That's — that's fair to say.
14    Q  Did you meet him prior to getting your
15  parking brakes repaired at Barsom Tire or after?
16    A  You know what, I don't — I don't remember.
17    Q  When did you meet Mark Moore?
18    A  Last week.
19    Q  Did you ever talk to him on the telephone or
03:08  20  E-mail or correspond with him prior to last week?
21    A  I talked to him on the telephone probably
22  for — the last month.
23    Q  Did you ever talk to him on the telephone
24  prior to last month?
25    A  No.

Page 132

33 (Pages 129 to 132)

**ROBIN GONZALES**                    12/17/08

| | |
|---|---|
| 1    Q  Are any of the attorneys, Mr. Spiro, | 1    to represent you? |

Page 133

---

1     Q   Are any of the attorneys, Mr. Spiro,
2     Mr. Arbogast or Mr. Moore related to you or anyone in
3     your family?
4     A   No.
5     Q   Do any of them have any relationships with
6     any of your friends or your coworkers?
7     A   No.
8     Q   So prior to last month, the only attorney
9     that you met was David Arbogast; is that correct?
03:09 10     A   Correct.
11     Q   Do you know when you retained him in this
12     lawsuit?
13     MR. SPIRO: Vague, unfortunately, about the
14     word "retained."
15     THE WITNESS: I have no idea.
16     BY MS. YASHAR:
17     Q   Do you know when you sought out counsel in
18     this lawsuit?
19     A   No idea.
03:10 20     Q   Do you know when you decided to sue General
21     Motors?
22     A   No idea.
23     Q   You testified earlier that you had counsel
24     prior to getting your tires repaired at Barsom Tire,
25     right?

Page 133

1     to represent you?
2     A   I have no idea.
3     Q   Did you consider and meet with any other
4     attorneys, other than Mr. Arbogast, any attorneys that
5     worked for his firm with respect to this lawsuit?
6     A   No.
7     Q   He's the only attorney that you spoke to?
8     A   Yes.
9     Q   Mr. Arbogast, right?
03:12 10     A   (No audible response.)
11     Q   Is that a yes?
12     A   Yes.
13     Q   Did you seek out an attorney to represent you
14     with respect to this lawsuit or did someone seek you
15     out to join this lawsuit?
16     A   I sought, I -- how do you say -- sucked --
17     I--
18     MR. SPIRO: Sought.
19     THE WITNESS: -- sought out -- I inquired.
03:12 20     BY MS. YASHAR:
21     Q   How did you inquire?
22     A   I don't recall.
23     Q   And where did you meet Mr. Arbogast for the
24     first time?
25     A   I -- we met at a restaurant.

Page 135

1     A   Right.
2     Q   So would it be fair to say that --
3     A   Well, I had talked to --
4     MR. SPIRO: There's no question yet.
5     BY MS. YASHAR:
6     Q   Go ahead.
7     MR. SPIRO: No, no, no. She can -- she can
8     only answer a question.
9     BY MS. YASHAR:
03:10 10     Q   Who did you talk to prior to getting your
11     tires repaired at Barsom --
12     A   David.
13     Q   -- I'm sorry, who did you talk to before
14     getting your parking brakes repaired at Barsom Tire?
15     A   David.
16     Q   And how did you first meet David?
17     A   I don't remember.
18     Q   You don't remember whether you bumped into
19     him at a party?
03:11 20     A   No, I didn't bump into him at a party.
21     Q   Did you look him up in the newspaper?
22     A   No.
23     Q   Did you look him up in the Yellow Pages?
24     A   No.
25     Q   How did you find Mr. Arbogast as an attorney

Page 134

1     Q   Which restaurant?
2     A   BJ's.
3     Q   And where is BJ's located?
4     A   Cerritos.
5     Q   And you met at BJ's in Cerritos prior to
6     getting your tires -- I'm sorry -- you met
7     Mr. Arbogast at BJ's prior to getting your parking
8     brakes replaced at Barsom Tire?
9     A   I don't recall the date.
03:13 10     Q   But do you recall, even if you don't recall
11     the date, that the period of time was prior to getting
12     your parking brakes --
13     A   That was so long ago, I don't know.
14     Q   Ms. Gonzales, please don't interrupt me, just
15     so the court reporter can write down my questions and
16     you can fully listen to my questions before you
17     answer.
18     You don't recall whether you met with
19     Mr. Arbogast prior to your parking brakes being
03:13 20     repaired at Barsom Tire or afterwards?
21     A   That was so long ago, I don't remember.
22     Q   And was Mr. Arbogast the individual who
23     recommended that you go to Barsom Tire?
24     A   I don't remember that either.
25     Q   But you know it was your counsel that

Page 136

**34 (Pages 133 to 136)**

ROBIN GONZALES                                                    12/17/08

| | |
|---|---|
| 1   recommended that you go to Barsom Tire? | 1     Q   When is the next time that you met |

        1    recommended that you go to Barsom Tire?
        2       A   Correct.
        3       Q   And you know that the only person that you
        4    spoke to prior to last month was Mr. Arbogast; is that
        5    correct?
        6       MR. SPIRO:  No.  Misstates the testimony.
        7       THE WITNESS:  Somebody told me to go to -- as
        8    far as I remember, it -- I was told to go to Barsom.
        9    BY MS. YASHAR:
03:14  10       Q   And prior to last month, is the only attorney
       11    you spoke to Mr. Arbogast?
       12       A   As far as I remember.
       13       Q   Did you have a telephone conversation with
       14    Mr. Arbogast before meeting him at BJ's in Cerritos?
       15       A   Yes.
       16       Q   Was it more than one telephone conversation?
       17       A   I don't recall.
       18       Q   Do you recall the length of the telephone
       19    conversation that you had with Mr. Arbogast prior to
03:15  20    meeting him at BJ's in Cerritos?
       21       A   No.
       22       Q   And you don't recall whether Mr. Arbogast
       23    called you or you called Mr. Arbogast?
       24       A   No, I don't recall.
       25       Q   And you don't recall whether -- strike that.
                                                        Page 137

        1       You don't recall whether Mr. Arbogast
        2    initiated the conversation with you or whether you
        3    initiated the conversation with Mr. Arbogast prior to
        4    meeting at BJ's in Cerritos?
        5       MR. SPIRO:  Vague.  I thought she just
        6    answered that.
        7       THE WITNESS:  I don't recall.
        8    BY MS. YASHAR:
        9       Q   Did you decide to first sue General Motors
03:16  10    after September 2005 when you went to S & J Chevrolet
       11    or prior to that period?
       12       MR. SPIRO:  Vague.
       13       THE WITNESS:  I don't recall.
       14    BY MS. YASHAR:
       15       Q   When's the next time after you met
       16    Mr. Arbogast after your initial meeting at BJ's in
       17    Cerritos in 2005?
       18       A   When is the next -- what was the question.
       19       (Record read as follows:
       20       "Q   When's the next time
       21       after you met Mr. Arbogast after
       22       your initial meeting at BJ's in
       23       Cerritos in 2005?")
       24       THE WITNESS:  When's the next what?
       25    BY MS. YASHAR:
                                                        Page 138

        1       Q   When is the next time that you met
        2    Mr. Arbogast or had any contact with Mr. Arbogast
        3    after you met him at BJ's in Cerritos?
        4       MR. SPIRO:  Vague.
        5       THE WITNESS:  I have no idea.
        6    BY MS. YASHAR:
        7       Q   Do you think it was within a week after that
        8    meeting at BJ's?
        9       MR. SPIRO:  Vague.
03:18  10       THE WITNESS:  I have no idea.
       11    BY MS. YASHAR:
       12       Q   Within a year?
       13       A   I have no idea.
       14       Q   Within two years?
       15       A   I have no idea.
       16       Q   You can't tell me within -- whether it was
       17    within a week or within three years?
       18       A   No.
       19       Q   Did you decide to retain Mr. Arbogast as your
03:18  20    attorney during the meeting at BJ's in Cerritos?
       21       A   I have no idea.
       22       Q   Do you know when you decided to retain
       23    Mr. Arbogast as your attorney in this lawsuit?
       24       A   No, I don't remember when.
       25       Q   You don't remember a season?
                                                        Page 139

        1       A   (No audible response.)
        2       Q   You don't remember the year?
        3       A   (No audible response.)
        4       Q   I'd like to note you have to audibly answer
        5    so that she can write it down?
        6       A   I don't remember.
        7       Q   You don't remember anything about it?
        8       A   No, I don't, I -- it's -- it was so long ago,
        9    I -- I don't remember -- I'm not good at dates, I
03:19  10    don't remember.
       11       Q   And you can't remember whether you retained
       12    counsel prior to getting your tires repaired at
       13    Barsom Tire -- I keep saying tires -- you can't
       14    remember whether you retained Mr. Arbogast as your
       15    counsel prior to getting your parking brakes repaired
       16    at Barsom Tire or after you got your parking brakes
       17    repaired at Barsom Tire?
       18       A   No, not truthfully, I can't remember; I
       19    honestly don't remember a date.
03:19  20       Q   And you don't know a year?
       21       A   I don't know -- definitely don't know a year.
       22       Q   And you don't know a season?
       23       A   A season -- how can you determine a season,
       24    it was 80 degrees two weeks ago, how do you determine
       25    a season out here.
                                                        Page 140

                                          35  (Pages 137 to 140)

ROBIN GONZALES                                    12/17/08

| | |
|---|---|
| 1   Q  So your answer is no? | 1   BY MS. YASHAR: |
| 2   A  No. | 2   Q  Whose idea was it? |
| 3   Q  Did you make any agreements with Mr. Arbogast | 3   MR. SPIRO:  Vague. |
| 4  or your other attorneys in this lawsuit -- | 4   THE WITNESS:  I don't know. |
| 5   MR. SPIRO:  Huh? | 5   BY MS. YASHAR: |
| 6   THE WITNESS:  Agreements to what? | 6   Q  Have you had any previous involvement in |
| 7   MR. SPIRO:  Seems to be calling for | 7  class action lawsuits? |
| 8  attorney-client. | 8   A  No. |
| 9   MS. YASHAR:  I didn't finish my question? | 9   Q  Have you been involved in any other civil |
| 03:20 10   MR. SPIRO:  Oh. | 03:23 10  lawsuits? |
| 11  BY MS. YASHAR: | 11   A  No. |
| 12   Q  Did you make any agreements with your | 12   Q  Are you currently involved in any other |
| 13  attorneys in this lawsuit regarding who would fund | 13  pending lawsuits other than this current litigation? |
| 14  pursuing this lawsuit? | 14   A  No. |
| 15   MR. SPIRO:  You can say yes or no to that. | 15   Q  Do you know what class notice is? |
| 16   THE WITNESS:  Who would fund it?  No. | 16   A  No. |
| 17  BY MS. YASHAR: | 17   Q  Do you have any agreements with your |
| 18   Q  Do you know what a class action is? | 18  attorneys regarding the cost of providing class |
| 19   A  Yes. | 19  notice? |
| 03:21 20   Q  Can you explain it for me. | 03:24 20   MR. SPIRO:  You can say yes or no. |
| 21   A  It's a group of people, we're suing. | 21   THE WITNESS:  No. |
| 22   Q  Can you elaborate on that? | 22  BY MS. YASHAR: |
| 23   MR. SPIRO:  Calls for a narrative. | 23   Q  Do you think that you have an obligation to |
| 24   THE WITNESS:  No. | 24  pay for class notice in the event that a class action |
| 25  BY MS. YASHAR: | 25  is certified in this lawsuit? |
| Page 141 | Page 143 |

| | |
|---|---|
| 1   Q  So your only knowledge of a class action is | 1   MR. SPIRO:  Vague. |
| 2  that it is a group of people suing? | 2   THE WITNESS:  No. |
| 3   A  A group of people. | 3  BY MS. YASHAR: |
| 4   Q  A class action is a group of people? | 4   Q  Are you willing to personally pay the costs |
| 5   MR. SPIRO:  Asked and answered. | 5  of having to give written notice to each potential |
| 6   THE WITNESS:  That's what I said. | 6  member of any certified class in this lawsuit? |
| 7  BY MS. YASHAR: | 7   MR. SPIRO:  Vague. |
| 8   Q  Do you know why this lawsuit was filed as a | 8   THE WITNESS:  No. |
| 9  class action -- well, let's back up. | 9  BY MS. YASHAR: |
| 03:22 10   Do you know -- do you know if this lawsuit | 03:25 10   Q  Do you have an understanding of what it would |
| 11  was filed as a class action? | 11  cost to prosecute this lawsuit as a class action? |
| 12   A  Yes. | 12   MR. SPIRO:  Vague. |
| 13   Q  Do you know why this lawsuit was filed as a | 13   THE WITNESS:  No. |
| 14  class action? | 14  BY MS. YASHAR: |
| 15   MR. SPIRO:  Vague. | 15   Q  Are you aware of any of the additional costs |
| 16   THE WITNESS:  No. | 16  that you may potentially have to pay to pursue this |
| 17  BY MS. YASHAR: | 17  lawsuit? |
| 18   Q  Was it your idea to start -- was it your idea | 18   MR. SPIRO:  Assumes facts not in evidence, |
| 19  to be part of this lawsuit? | 19  that there are any, and it's vague. |
| 03:23 20   MR. SPIRO:  Vague. | 03:25 20   THE WITNESS:  No. |
| 21   THE WITNESS:  Yes. | 21  BY MS. YASHAR: |
| 22  BY MS. YASHAR: | 22   Q  Do you have any agreements with your |
| 23   Q  Was it your idea to start this lawsuit? | 23  attorneys regarding personally paying the costs of |
| 24   A  No. | 24  pursuing this lawsuit? |
| 25   MR. SPIRO:  Vague. Vague. | 25   A  No. |
| Page 142 | Page 144 |

**36  (Pages 141 to 144)**

ROBIN GONZALES                                              12/17/08

| | |
|---|---|
| 1    Q  Are you willing to pay any amount out of your | 1    MR. SPIRO: Yes. |
| 2  pocket in order to prosecute and pursue this lawsuit? | 2  BY MS. YASHAR: |
| 3    MR. SPIRO: Vague. | 3    Q  Do you know whether a class representative |
| 4    THE WITNESS: No. | 4  has the duty to direct the conduct of the lawsuit or |
| 5  BY MS. YASHAR: | 5  the litigation? |
| 6    Q  Do you know what a class representative is? | 6    A  No. |
| 7    A  Yes. | 7    Q  Do you know whether a class representative |
| 8    Q  What is your understanding of what a class | 8  has the duty to meet regularly with counsel for the |
| 9  representative is? | 9  putative class to discuss the lawsuit? |
| 03:26 10    A  Myself. | 03:28 10    MR. SPIRO: That's vague and so is the |
| 11    Q  Can you elaborate on that for me. | 11  previous question so I move to strike the answer to |
| 12    MR. SPIRO: Calls for a narrative. | 12  the previous question. |
| 13    THE WITNESS: I'm representing myself and | 13    THE WITNESS: No. |
| 14  other people that need their brakes fixed or | 14  BY MS. YASHAR: |
| 15  reimbursed for the dangerous parking brake that GM put | 15    Q  Do you know whether a class representative |
| 16  out. | 16  has a duty to meet regularly with counsel to control |
| 17  BY MS. YASHAR: | 17  the direction of the lawsuit? |
| 18    Q  And what other people are you representing | 18    MR. SPIRO: Vague. |
| 19  that, quote, may need their brakes fixed? | 19    THE WITNESS: No. |
| 03:26 20    MR. SPIRO: Vague. | 03:29 20  BY MS. YASHAR: |
| 21    THE WITNESS: What do you mean? | 21    Q  Is it your understanding that the class |
| 22  BY MS. YASHAR: | 22  representative's duty is to represent and protect his |
| 23    Q  I am asking what you mean by the other people | 23  own personal — her own personal interest regardless |
| 24  that you're representing, who do you think that you're | 24  of whether her own personal interest conflicts with |
| 25  representing? | 25  those of the class. |
| Page 145 | Page 147 |
| 1    MR. SPIRO: Vague, asked and answered. | 1    MR. SPIRO: I — may I hear that again. |
| 2    THE WITNESS: People that bought trucks with | 2  BY MS. YASHAR: |
| 3  inoperable parking brakes. | 3    Q  Is it your understanding that the class |
| 4  BY MS. YASHAR: | 4  representative's duty is to represent and protect her |
| 5    Q  You've never been a class representative | 5  personal interest regardless of whether her personal |
| 6  before, right? | 6  interest conflict with those of the class? |
| 7    MR. SPIRO: Asked and answered. | 7    MR. SPIRO: It's very confusing. |
| 8    THE WITNESS: Right. | 8  Go ahead. |
| 9  BY MS. YASHAR: | 9    THE WITNESS: I want to hear it one more |
| 03:27 10    Q  Has anyone explained to you what the duties | 03:30 10  time. |
| 11  of a class representative are? | 11    MS. YASHAR: Ms. Lindsay. |
| 12    MR. SPIRO: You can say yes or no or if you | 12    (Record read as follows: |
| 13  remember. | 13    "Q  Is it your understanding |
| 14    THE WITNESS: Yes. | 14    that the class representative's |
| 15  BY MS. YASHAR: | 15    duty is to represent and protect |
| 16    Q  And who was that? | 16    her personal interest regardless of |
| 17    MR. SPIRO: No. Don't answer that, please. | 17    whether her personal interest |
| 18    (Instruction not to answer.) | 18    conflict with those of the class?") |
| 19  BY MS. YASHAR: | 19    THE WITNESS: No, I'm here to represent |
| 03:28 20    Q  Was it your counsel? | 03:30 20  everybody. |
| 21    MR. SPIRO: Don't answer that, please. | 21  BY MS. YASHAR: |
| 22  Calls for attorney-client. | 22    Q  If GM were to offer you all the damages and |
| 23    (Instruction not to answer.) | 23  relief that you are seeking, would you withdraw — |
| 24    MS. YASHAR: Are you instructing her not to | 24    A  No. |
| 25  answer. | 25    Q  — from this lawsuit? |
| Page 146 | Page 148 |

37 (Pages 145 to 148)

ROBIN GONZALES                          12/17/08

| | |
|---|---|
| 1    A  No. | 1    THE WITNESS:  Defer to who? |

**Page 149**

```
 1      A  No.
 2      Q   Do you think a class representative is
 3  supposed to defer to the judgment of the class's
 4  attorneys regarding the conduct of the lawsuit?
 5      MR. SPIRO:  Vague.
 6      THE WITNESS:  One more time.
 7      (Record read as follows:
 8          "Q  Do you think a class
 9      representative is supposed to defer
10      to the judgment of the class's
11      attorneys regarding the conduct of
12      the lawsuit?")
13      THE WITNESS:  I don't understand the
14  question.
15  BY MS. YASHAR:
16      Q   Do you think that a class representative is
17  supposed to defer to the judgment of the class's
18  attorneys regarding the strategy of the lawsuit?
19      MR. SPIRO:  Vague.
03:32 20      THE WITNESS:  Can you read it again.
21      (Record read as follows:
22          "Q  Do you think that a class
23      representative is supposed to defer
24      to the judgment of the class's
25      attorneys regarding the strategy of
```
**Page 149**

```
 1      THE WITNESS:  Defer to who?
 2  BY MS. YASHAR:
 3      Q   Defer to your attorneys, which would be
 4  Mr. Spiro, Mr. Moore and Mr. Arbogast that you
 5  mentioned to me are your attorneys?
 6      A   You said if my attorneys -- I didn't
 7  understand the question --
 8      Q   Would you --
 9      A   -- I thought you just said if my attorneys.
03:34 10      MS. YASHAR:  Ms. Lindsay, can you please
11  repeat the question.
12      (Record read as follows:
13          "Q  In this case if your
14      attorneys wanted to pursue a
15      particular strategy or course of
16      conduct with which you disagree,
17      would you defer to them?")
18      THE WITNESS:  Would I -- would I ask them
19  about it, is what you're asking?
03:35 20  BY MS. YASHAR:
21      Q   Would you let them pursue the particular
22  strategy or course of conduct with which you disagree?
23      MR. SPIRO:  Same objections.
24      THE WITNESS:  Would I ask them about it, this
25  is what you're asking, correct?
```
**Page 151**

```
 1      the lawsuit?")
 2      THE WITNESS:  I guess I don't understand the
 3  class's attorneys, I don't understand that part.
 4  BY MS. YASHAR:
 5      Q   The class's attorneys, I mean Mr. Spiro
 6  that's sitting next to you, Mr. Arbogast and
 7  Mr. Moore?
 8      A   I can't answer that one.
 9      Q   You don't know?
03:33 10      A   No.
11      Q   In this case if your attorneys wanted to
12  pursue a particular strategy or course of conduct with
13  which you disagree, would you defer to them?
14      MR. SPIRO:  Vague, also incomplete
15  hypothetical.
16      THE WITNESS:  I'm distracted.
17      MR. SPIRO:  Your fingers are causing static.
18      THE WITNESS:  Can you go over it one more
19  time.
20      (Record read as follows:
21          "Q  In this case if your
22      attorneys wanted to pursue a
23      particular strategy or course of
24      conduct with which you disagree,
25      would you defer to them?")
```
**Page 150**

```
 1  BY MS. YASHAR:
 2      Q   No, I'm not asking you that.  Let's -- let me
 3  rephrase the question --
 4      A   Okay.
 5      Q   -- so you can understand it a little bit
 6  better.
 7      If your attorneys wanted to pursue a
 8  particular strategy or course of conduct with which
 9  you didn't agree with, would you -- would you still
03:35 10  allow them to pursue that particular strategy or
11  course of conduct even though you disagreed with them?
12      MR. SPIRO:  Hold on, vague and it's an
13  incomplete hypothetical.
14      THE WITNESS:  Answer?
15      MR. SPIRO:  Don't look -- you can answer
16  that, if you can.
17      I don't have an answer for it myself, so --
18      THE WITNESS:  Yes.
19  BY MS. YASHAR:
03:36 20      Q   Have you given your attorneys complete power
21  to make decisions relating to this lawsuit?
22      MR. SPIRO:  Vague, calls for a legal
23  conclusion.
24      THE WITNESS:  Yes.
25  BY MS. YASHAR:
```
**Page 152**

**38 (Pages 149 to 152)**

ROBIN GONZALES                                              12/17/08

| | |
|---|---|
| 1 | Q   Do you remember when the last time was that |
| 2 | you met with David Arbogast? |
| 3 | A   No. |
| 4 | Q   You don't remember if it was within the last |
| 5 | few months? |
| 6 | A   Oh, I'm sorry, yes, it was last week. |
| 7 | Q   Do you remember the time that you met with |
| 8 | Mr. Arbogast prior to last week? |
| 9 | A   Prior to last week, no. |
| 03:37   10 | Q   Was it within the last few months? |
| 11 | A   No. |
| 12 | Q   Was it within the last year? |
| 13 | A   No. |
| 14 | Q   Was it within the last two years? |
| 15 | A   No. |
| 16 | Q   Was it -- |
| 17 | A   It was before that, but I don't recall. |
| 18 | Q   It was over two years ago, though? |
| 19 | A   Yes. |
| 03:37   20 | Q   What was the name of your ex-husband? |
| 21 | A   Joe Gonzales. |
| 22 | Q   J-o-e, the same spelling as your last name, |
| 23 | correct? |
| 24 | A   Yes. |
| 25 | Q   Do you know where he lives? |

Page 153

| | |
|---|---|
| 1 | Q   What is the class that you're seeking to |
| 2 | represent? |
| 3 | MR. SPIRO:  Vague. |
| 4 | THE WITNESS:  I don't understand the |
| 5 | question. |
| 6 | BY MS. YASHAR: |
| 7 | Q   Who are the people that you are seeking to |
| 8 | represent in this lawsuit? |
| 9 | MR. SPIRO:  Vague. |
| 03:39   10 | THE WITNESS:  Would be people that have |
| 11 | inoperable parking brakes. |
| 12 | BY MS. YASHAR: |
| 13 | Q   Just people who have inoperable parking |
| 14 | brakes? |
| 15 | A   With General Motor trucks. |
| 16 | Q   Prior to yesterday, during Ms. Hunter's |
| 17 | deposition when you were here, did you meet with any |
| 18 | other of the named plaintiffs in this lawsuit? |
| 19 | A   No. |
| 03:40   20 | Q   Did you speak with any of the other named |
| 21 | plaintiffs in this lawsuit? |
| 22 | A   No. |
| 23 | Q   And did you have any contact with any other |
| 24 | named plaintiffs in this lawsuit? |
| 25 | A   No. |

Page 155

| | |
|---|---|
| 1 | A   Yes. |
| 2 | Q   What is his address? |
| 3 | A   9551 Metro Street. |
| 4 | Q   What city is that in? |
| 5 | A   Downey. |
| 6 | Q   And you mentioned your boyfriend.  Is he |
| 7 | still your boyfriend? |
| 8 | A   No. |
| 9 | Q   Do you know where he lives? |
| 03:38   10 | A   In Fullerton. |
| 11 | Q   Do you know the address? |
| 12 | A   No.  I just know it's on Kroeger. |
| 13 | Q   Do you know whether you represent people |
| 14 | nationwide or just people who own trucks in |
| 15 | California? |
| 16 | MR. SPIRO:  Vague.  Assumes facts not in |
| 17 | evidence also. |
| 18 | THE WITNESS:  Nationwide. |
| 19 | BY MS. YASHAR: |
| 03:39   20 | Q   What was the alleged class that you're |
| 21 | seeking to represent? |
| 22 | MR. SPIRO:  Vague. |
| 23 | THE WITNESS:  I don't understand the |
| 24 | question. |
| 25 | BY MS. YASHAR: |

Page 154

| | |
|---|---|
| 1 | Q   So yesterday was your first contact with any |
| 2 | named plaintiff in this lawsuit? |
| 3 | A   Yes. |
| 4 | Q   Do you know personally whether there are |
| 5 | common issues with you and any of the other named |
| 6 | plaintiffs in this lit- -- litigation? |
| 7 | MR. SPIRO:  It calls for a legal conclusion |
| 8 | and it's vague. |
| 9 | THE WITNESS:  I have no idea. |
| 03:41   10 | BY MS. YASHAR: |
| 11 | Q   Do you know personally whether there are |
| 12 | common issues with you and any of the class members |
| 13 | that you seek to represent in this litigation? |
| 14 | MR. SPIRO:  Same objections. |
| 15 | THE WITNESS:  Other than our brakes don't -- |
| 16 | our parking brake didn't work. |
| 17 | BY MS. YASHAR: |
| 18 | Q   But you don't know anybody -- |
| 19 | MR. SPIRO:  Well, argumentative. |
| 03:42   20 | BY MS. YASHAR: |
| 21 | Q   -- personally, right? |
| 22 | A   The plaintiffs? |
| 23 | Q   You don't know any of the class members |
| 24 | personally, right? |
| 25 | MR. SPIRO:  Vague, it also misstates previous |

Page 156

39  (Pages 153 to 156)

ROBIN GONZALES                                    12/17/08

1    testimony.
2        THE WITNESS: I've already mentioned one
3    person that I worked with that I know. Other than
4    that, no.
5    BY MS. YASHAR:
6        Q   Have you left the scope of the class to your
7    attorneys?
8        MR. SPIRO: Vague.
9        THE WITNESS: Yes.
10   BY MS. YASHAR:
11       Q   Do you know what years are included within
12   the scope of the defined class in this lawsuit?
13       MR. SPIRO: Vague.
14       THE WITNESS: I know it starts from 1999 and
15   I'm not sure, it's about five or six years.
16   BY MS. YASHAR:
17       Q   But you're not sure?
18       A   Approximately.
19       Q   And you're nodding your head, that's a no?
03:43 20     A   I said approximately.
21       Q   Approximately?
22       A   Five or six years.
23       Q   But you're not sure, right?
24       A   Right.
25       Q   And do you know what year -- strike that.
                                                Page 157

1        Q   Other than sitting in yesterday's deposition
2    of plaintiff La Ronda Hunter, have you investigated
3    whether others in the purported class have claims
4    similar to yours?
5        MR. SPIRO: Vague. Calls for a legal
6    conclusion.
7        THE WITNESS: No, I don't know.
8        MS. YASHAR: I'm going to hand you what is
03:45 10 being marked as Defendant's Exhibit 20.
11       (Defendant's Exhibit 20 marked.)
12   BY MS. YASHAR:
13       Q   Do you recognize this document?
14       MR. SPIRO: Post-its, Post-its. May I have a
15   few.
16       THE WITNESS: No, I don't recognize the
17   document. I recognize some of the things in the
18   document.
19   BY MS. YASHAR:
03:47 20     Q   Have you ever seen this document?
21       A   No.
22       Q   As you sit here today during this deposition,
23   this is the first time that you're seeing Exhibit 20?
24       A   Yes.
25       Q   Did you contact GM and notify them that you
                                                Page 159

1        Do you know personally whether there are
2    typical issues with you and any of the other named
3    plaintiffs in this litigation?
4        MR. SPIRO: I thought that was -- oh, named
5    plaintiffs -- it's vague, calls for a legal
6    conclusion.
7        THE WITNESS: What was the question?
8        (Record read as follows:
9        "Q   Do you know personally
10       whether there are typical issues
11       with you and any of the other named
12       plaintiffs in this litigation?")
13       THE WITNESS: Other than our brakes are
14   defective.
15   BY MS. YASHAR:
16       Q   Other than the general category of your
17   brakes being defective --
18       A   My parking brake, yes.
19       Q   -- you don't know personally whether there
03:44 20 are other typical issues with you and any of the other
21   named plaintiffs in this litigation?
22       MR. SPIRO: Vague and calls for a legal
23   conclusion.
24       THE WITNESS: Well, that is a typical issue,
25   is the parking brake.
                                                Page 158

1    might join in a lawsuit against them?
2        A   No.
3        Q   Did you contact GM and tell them that you
4    might file a lawsuit against them?
5        A   No.
6        Q   Have you spoken to anyone other than your
7    counsel, Mr. Arbogast, Mr. Spiro and Mr. Moore about
8    this lawsuit?
9        A   Have I spoken to anybody else? Yes.
03:48 10     Q   Who?
11       A   Joe and my mom.
12       Q   And Joe is your ex-husband?
13       A   Yes.
14       Q   Anyone else?
15       A   That's it.
16       Q   What relief are you hoping to get from this
17   lawsuit?
18       MR. SPIRO: Vague. Legal conclusion.
19       THE WITNESS: Meaning?
03:49 20 BY MS. YASHAR:
21       Q   Are you asking for money?
22       A   Just to get my -- just to get the 400 back to
23   pay my lawyers back.
24       Q   Are you looking for anything else?
25       A   No.
                                                Page 160

40  (Pages 157 to 160)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**ROBIN GONZALES**                                              12/17/08

| | |
|---|---|
| 1 Q Are you seeking any other relief other than | 1 about today? |
| 2 money, your $417 back as a result of this lawsuit? | 2 A I don't know. |
| 3 MR. SPIRO: Vague. | 3 Q You don't remember anything about the |
| 4 THE WITNESS: No. | 4 documents that you were shown last week? |
| 5 BY MS. YASHAR: | 5 A No. |
| 6 Q What did you do to prepare for your | 6 Q Do you remember how many documents there |
| 7 deposition today? | 7 were? |
| 8 A Met with my lawyers last week and I came | 8 A No. |
| 9 yesterday, that was it. | 9 Q Do you remember whether they were documents |
| 03:51 10 Q Where did you meet with your lawyers last | 03:53 10 that looked like they were filed with the court or |
| 11 week? | 11 your own documents that looked like invoices? |
| 12 A At the office. | 12 MR. SPIRO: It's compound and vague. |
| 13 Q At your attorneys' office? | 13 Go ahead. |
| 14 A Yes. | 14 THE WITNESS: Yeah, I don't want to guess, |
| 15 Q And is that at 11377 West Olympic Boulevard? | 15 I -- I didn't look at the name of the document. |
| 16 A Yes. | 16 BY MS. YASHAR: |
| 17 Q Which attorneys did you meet with? | 17 Q Do you remember the contents of the document? |
| 18 A Ira, David and Mark. | 18 A No, I just kind of briefly looked over my -- |
| 19 Q How long did you meet with Ira, David and | 19 I -- I don't even know what they were. |
| 03:51 20 Mark? | 03:54 20 Q You don't know what any of the documents were |
| 21 A I believe like an hour, hour and a half. | 21 that you were shown -- |
| 22 Q About an hour, hour and a half? | 22 A No. |
| 23 A Yes. | 23 Q -- by counsel last week? |
| 24 Q Do you remember the date that you met with | 24 A No. |
| 25 them last week? | 25 Q Were they any of the documents that we talked |
| Page 161 | Page 163 |
| 1 A I don't recall the date. | 1 about today? |
| 2 Q So it was sometime last week? | 2 MR. SPIRO: Compound. |
| 3 A Sometime last week. | 3 THE WITNESS: They might have been -- |
| 4 Q Did you meet with your counsel any other time | 4 BY MS. YASHAR: |
| 5 than last week and yesterday -- | 5 Q Which ones? |
| 6 A No. | 6 A -- but I don't know -- I don't know. |
| 7 Q -- when you attended the deposition? | 7 Q Did you provide counsel with any documents |
| 8 Let me just finish the question? | 8 when you met with them last week? |
| 9 A I thought you were done. | 9 A Yes. |
| 03:52 10 Q Sorry. | 03:54 10 Q What documents? |
| 11 Did you meet with your counsel any other time | 11 A What -- I just gave them some paperwork that |
| 12 other than last week? | 12 I -- I had, I don't remember what it was. |
| 13 A No. | 13 Q The paperwork related to your parking brakes? |
| 14 Q You also mentioned that you attended | 14 A No. It was paperwork having to do with my |
| 15 yesterday's deposition, correct? | 15 truck when I bought it. |
| 16 A Yes. | 16 MS. YASHAR: Counsel, were those documents |
| 17 Q And that was of Ms. Hunter, right? | 17 produced -- |
| 18 A Yes. | 18 MR. SPIRO: Yeah. |
| 19 Q When you met with your counsel last week to | 19 MS. YASHAR: -- to us as well. |
| 03:52 20 prepare for the deposition, were you shown any | 03:55 20 MR. SPIRO: Yeah, your colleague |
| 21 documents? | 21 Mr. Kavanaugh asked us if we had other documents. We |
| 22 A Yes. | 22 said we might when we met with Ms. Gonzales and when |
| 23 Q Which documents? | 23 we met with her, there were a few more and we sent |
| 24 A You know, I didn't look at the name of them. | 24 them to -- |
| 25 Q Were you shown the discovery that we talked | 25 MS. YASHAR: That was part of the |
| Page 162 | Page 164 |

**41 (Pages 161 to 164)**

ROBIN GONZALES                                                    12/17/08

| | |
|---|---|
| 1 supplemental production that came through? | 1 attorney-client and asked and answered so I'll |
| 2 MR. SPIRO: Right. | 2 instruct her not to answer. |
| 3 BY MS. YASHAR: | 3 (Instruction not to answer.) |
| 4 Q So other than meeting with your counsel | 4 MS. YASHAR: You're instructing her not to |
| 5 yesterday -- I'm sorry -- strike that. | 5 answer? |
| 6 Other than meeting with your counsel last | 6 MR. SPIRO: Yeah, she already answered your |
| 7 week and attending yesterday's deposition, did you do | 7 question on did she discuss Ms. Hunter's deposition. |
| 8 anything to prepare for your deposition today? | 8 MS. YASHAR: I asked a different question. |
| 9 A No. | 9 MR. SPIRO: Oh, you did, what? |
| 03:56 10 MR. SPIRO: May we take a break? | 04:11 10 MS. YASHAR: I said did you discuss anything |
| 11 MS. YASHAR: Sure. | 11 that Ms. Hunter had testified to during her |
| 12 MR. SPIRO: Thank you. | 12 deposition. |
| 13 VIDEO OPERATOR: We're going off the record | 13 MR. SPIRO: Oh, that's the same thing, isn't |
| 14 at 3:56. | 14 it? |
| 15 (Recess.) | 15 Go ahead and answer. |
| 16 VIDEO OPERATOR: We are back on the record at | 16 THE WITNESS: No. |
| 17 4:09. | 17 BY MS. YASHAR: |
| 18 BY MS. YASHAR: | 18 Q Did you discuss your deposition? |
| 19 Q We were talking about Ms. Hunter's deposition | 19 A No. |
| 04:09 20 yesterday prior to taking our break. | 04:11 20 Q But you did discuss topics related to this |
| 21 You sat through yesterday's deposition of | 21 lawsuit, right? |
| 22 Ms. Hunter, correct? | 22 A No. |
| 23 A Yes. | 23 Q You didn't discuss anything that had any |
| 24 Q You listened to the questions asked of | 24 relation to this lawsuit? |
| 25 Ms. Hunter? | 25 MR. SPIRO: It's a little vague. Vague. |
| **Page 165** | **Page 167** |

| | |
|---|---|
| 1 A Yes. | 1 THE WITNESS: No. |
| 2 Q You were there the entire deposition? | 2 BY MS. YASHAR: |
| 3 A Yes. | 3 Q Did you discuss Ms. Hunter's testimony with |
| 4 Q Did you meet with your attorney or any of | 4 your counsel at any time prior to your own deposition |
| 5 your attorneys after Ms. Hunter's deposition? | 5 that started around 10:00 a.m. this morning? |
| 6 A Yes. | 6 A Would you repeat the question. |
| 7 Q Did you meet with Mr. Spiro? | 7 (Record read as follows: |
| 8 A Yes. | 8 "Q Did you discuss |
| 9 Q Did you meet with any other attorney? | 9 Ms. Hunter's testimony with your |
| 04:09 10 A No. | 10 counsel at any time prior to your |
| 11 Q How long did you meet with Mr. Spiro after | 11 own deposition that started around |
| 12 Ms. Hunter's deposition? | 12 10:00 a.m. this morning?") |
| 13 MR. SPIRO: Vague as to the term "meet." | 13 MR. SPIRO: I see. It's vague, testimony |
| 14 But go ahead. | 14 means what Ms. Hunter said at the deposition. |
| 15 THE WITNESS: We just -- you know, it was | 15 THE WITNESS: No. |
| 16 a -- I don't know, maybe an hour, just an hour. | 16 BY MS. YASHAR: |
| 17 BY MS. YASHAR: | 17 Q Did you discuss anything related to |
| 18 Q Did you discuss Ms. Hunter's testimony? | 18 Ms. Hunter's deposition at any time prior to your own |
| 19 A No. | 19 deposition starting this morning at around 10:00 a.m.? |
| 04:10 20 Q You didn't discuss anything that Ms. Hunter | 04:12 20 A No. |
| 21 testified to during her deposition? | 21 Q And I saw you taking notes during |
| 22 MR. SPIRO: Wait a minute, asked and | 22 Ms. Hunter's deposition yesterday; is that correct? |
| 23 answered. | 23 A Yes. |
| 24 Now -- you know, I let that happen but -- | 24 Q Did you bring those notes with you today? |
| 25 because the answer was no, but now we're getting into | 25 A Yes. |
| **Page 166** | **Page 168** |

**42 (Pages 165 to 168)**

**ROBIN GONZALES**                                          12/17/08

1          MS. YASHAR:  Counsel, I ask that those notes
2      be produced.
3          MR. SPIRO:  They were -- well, first of all,
4      there's no grounds to have them produced, but aside
5      from that, they were notes to me and it's
6      attorney-client.
7      BY MS. YASHAR:
8      Q   Ms. Gonzales, why did you take notes during
9      the deposition?
04:13 10     A   I had questions.
11     Q   So you were writing down questions on a piece
12     of paper?
13     A   Yes.
14     Q   Directed towards your counsel?
15     A   Yes.
16     Q   Did you discuss those questions with your
17     counsel?
18     A   Yes.
19     Q   And those questions were a result of what you
04:13 20     heard during Ms. Hunter's deposition, correct?
21     A   Yes.
22     Q   And did you discuss those questions that you
23     had with your counsel during that one-hour period that
24     you spoke with your counsel after Ms. Hunter's
25     deposition yesterday?

Page 169

1      A   No.
2      Q   When did you speak to your counsel about
3      those questions that you had?
4      A   On breaks.
5      Q   Breaks during Ms. Hunter's deposition
6      yesterday?
7      A   Yes.
8      Q   So during the breaks in between Ms. Hunter's
9      deposition yesterday, you discussed with your counsel
04:15 10     questions that you had as a result of Ms. Hunter's
11     deposition?
12         MR. SPIRO:  She just said that.
13         Asked and answered.
14         THE WITNESS:  Yes.
15     BY MS. YASHAR:
16     Q   Did you discuss any of those questions with
17     your counsel after Ms. Hunter's deposition?
18         MR. SPIRO:  She answered that already.
19         Asked and answered.
04:15 20     THE WITNESS:  No.
21         MS. YASHAR:  And, Counsel, you're objecting
22     to those notes being produced as attorney-client
23     privilege?
24         MR. SPIRO:  And also there's no -- even if
25     they weren't attorney-client privilege, which they

Page 170

1      are, there's no grounds for them to be produced.
2      Q   Did I just say yes at the beginning of that?
3      THE REPORTER:  You didn't say yes at the
4      beginning.
5          MR. SPIRO:  Oh, all right.
6          So the answer's yes.
7          MS. YASHAR:  You're objecting based on
8      attorney-client privilege.
9          MR. SPIRO:  Yes.
04:16 10     MS. YASHAR:  I'm handing you what is being
11     marked as Defendant's Exhibit 21 and what has been
12     previously Bates-labeled as P3337.
13         (Defendant's Exhibit 21 marked.)
14     BY MS. YASHAR:
15     Q   Do you recognize this document?
16     A   Yes.
17     Q   What is it?
18     A   It's an agreement to skip a payment.
19     Q   And why did you request this?
04:17 20     A   My bank offers once a year if you would like
21     to skip a payment and they just add it to the end of
22     your -- the end of your payments if you would like.
23     Q   Why did you want to skip a payment?
24     A   I don't remember why I wanted to.  I probably
25     thought it would be nice to have an extra $343 that

Page 171

1      month.
2      Q   I want to direct you to Exhibit 4 which was
3      your responses to defendant's first set of
4      interrogatories.
5          Actually put that to the side for now.
6          I'm handing you what is being marked as
7      Defendant's Exhibit 22.
8          (Defendant's Exhibit 22 marked.)
9      BY MS. YASHAR:
04:20 10     Q   Do you recognize this document?
11     A   No.
12     Q   Have you ever seen this document before?
13     A   No.
14     Q   You don't recall ever reviewing it?
15     A   No.
16     Q   Are you aware that Exhibit 22 was attached as
17     an exhibit to your responses to defendant's first set
18     of interrogatories?
19     A   Am I aware of what?
20         (Record read as follows:
21         "Q   Are you aware that
22         Exhibit 22 was attached as an
23         exhibit to your responses to
24         defendant's first set of
25         interrogatories?")

Page 172

43 (Pages 169 to 172)

ROBIN GONZALES                                                    12/17/08

| | |
|---|---|
| 1   MS. YASHAR: Let me rephrase that question. | 1   suspended or revoked? |
| 2   Q   Are you aware that Exhibit 22 was attached to | 2   A   No. |
| 3   Robin Gonzales's responses to defendant's first set of | 3   Q   Did you ever buy a brake kit? |
| 4   interrogatories? | 4   A   No. |
| 5   A   It's attached to which one -- | 5   Q   Do you own any GM stock? |
| 6   Q   Robin Gonzales's -- | 6   A   No. |
| 7   A   -- Exhibit Number what. | 7   Q   Have you ever been audited before? |
| 8   Q   Exhibit Number 4. | 8   A   No. |
| 9   A   Well, it's in there, probably just didn't -- | 9   Q   Do you file state and/or federal tax returns? |
| 04:22  10   this just doesn't look familiar. I thought I'd seen | 04:25  10   A   Yes. |
| 11   this before. This. | 11   Q   Even though you have no income? |
| 12   MR. SPIRO: When you say "this," what are you | 12   A   Yes. |
| 13   pointing to? | 13   MR. SPIRO: Argumentative. Also the question |
| 14   THE WITNESS: Oh. This graphic page, but I | 14   is vague. |
| 15   don't know what it is. | 15   BY MS. YASHAR: |
| 16   BY MS. YASHAR: | 16   Q   Are you willing to produce those to GM? |
| 17   Q   And you're referring to page 3 of Exhibit 22? | 17   MR. SPIRO: No -- no, she's not. |
| 18   A   Well, it says page -- yeah, it says page 4 of | 18   THE WITNESS: No. |
| 19   8. | 19   BY MS. YASHAR: |
| 04:22  20   Q   Do you recall having ever received this, | 04:25  20   Q   Have you ever declared bankruptcy? |
| 21   though? Your answer was no? And by "this" I mean | 21   A   No. |
| 22   Exhibit 22. | 22   Q   Have you ever been sued for bad debts or |
| 23   A   Well, I must have received, it's in here, | 23   failure to pay bad debts? |
| 24   like you said, I remember -- I remember seeing the | 24   A   No. |
| 25   graphic chart before. I -- | 25   Q   Have you ever been sued ever? |
| **Page 173** | **Page 175** |
| 1   Q   Do you know whether you received it from | 1   A   No. |
| 2   counsel or whether you received it from another | 2   MS. YASHAR: Can we take a ten-minute break |
| 3   source? | 3   at this time. |
| 4   A   I received it from counsel. | 4   VIDEO OPERATOR: We're going off the record |
| 5   Q   And do you remember the first time that you | 5   at 4:26. |
| 6   received it from -- strike that. | 6   We are off the record. |
| 7   Do you remember the first time that you | 7   (Recess.) |
| 8   received Exhibit 22 from counsel? | 8   VIDEO OPERATOR: We are back on the record at |
| 9   A   I don't remember. | 9   4:36. |
| 04:24  10   Q   What is your source of income? | 10   BY MS. YASHAR: |
| 11   A   I don't have an income. | 11   Q   Can you describe to me what you think this |
| 12   Q   How do you pay your bills? | 12   lawsuit is about? |
| 13   A   I don't have any bills. | 13   A   It's to fix parking brakes for people that |
| 14   Q   How do you pay for food? | 14   have GM cars, trucks that don't work or reimburse the |
| 15   A   I live with my mom, she helps me out. | 15   people that have fixed their parking brakes. |
| 16   Q   Your mom supports you? | 16   MS. YASHAR: I don't have any further |
| 17   A   She helps me out. | 17   questions. |
| 18   Q   Does anyone else help you out financially? | 18   MR. SPIRO: I do. |
| 19   A   No. | 19   EXAMINATION |
| 04:24  20   Q   Your mom is the only one who helps you out | 04:37  20   BY MR. SPIRO: |
| 21   financially? | 21   Q   Is the lawsuit for -- look at the camera, |
| 22   A   Yes. | 22   don't look at me -- is the lawsuit for people who |
| 23   Q   Have you ever been convicted of a crime? | 23   bought certain GM cars and trucks in which the parking |
| 24   A   No. | 24   brakes were defective? |
| 25   Q   Have you ever had your driver's license | 25   A   Yes. |
| **Page 174** | **Page 176** |

44  (Pages 173 to 176)

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855**

ROBIN GONZALES                                              12/17/08

| | |
|---|---|
| 1   Q   Take yourself back to around 200- and | 1   And we are off the record. |
| 2   whenever it was when you bought the Silverado, back to | 2   Thank you very much. |
| 3   the dealership where you bought it, if you -- back | 3   (Discussion off the record.) |
| 4   then, if you knew what you know now about the parking | 4   MS. YASHAR: So we stipulated that the -- |
| 5   brakes on the vehicle, would you have bought it? | 5   MR. SPIRO: The changes, if there are any, |
| 6   A   No. | 6   changes to the transcript, will be E-mailed or faxed |
| 7   Q   During this lawsuit, say sometime weeks or | 7   by my office to GM counsel's office by the 5th of |
| 8   months after today, if I told you that I was going to | 8   January. |
| 9   do something in the lawsuit that you thought were | 9   MS. YASHAR: And by the 5th of January, |
| 04:38 10   really bad for the class, what would you say to me? | 04:46 10   counsel will also have sent us the original of the |
| 11   A   I would have a conversation with you, ask you | 11   transcript. |
| 12   not to do it. | 12   MR. SPIRO: Right, but we're stipulating a |
| 13   Q   If you -- and if I said I'm still going to do | 13   copy -- I mean yes, that's true, and we're stipulating |
| 14   it and you had a chance to tell the judge about it, | 14   that a copy can be used equally with an original. |
| 15   would you do that? | 15   MS. YASHAR: Yes. |
| 16   A   Yes. | 16   // |
| 17   MR. SPIRO: Okay, that's all I have. | 17   // |
| 18   MS. YASHAR: Let me think. | 18 |
| 19   I don't have any further questions. | 19 |
| 04:40 20   MR. SPIRO: Ordinarily I would say let's do | 20 |
| 21   the same stipulation that we had yesterday except I | 21 |
| 22   fouled that up so let's do a different one. | 22 |
| 23   Want me to try again -- sure you want me to | 23 |
| 24   try again? | 24 |
| 25   MS. YASHAR: Go ahead. | 25 |
| Page 177 | Page 179 |

| | |
|---|---|
| 1   MR. SPIRO: Just kidding. | 1 |
| 2   All right. So the original deposition | 2 |
| 3   transcript will be sent to my office and within a | 3 |
| 4   certain period of time after that, which we will | 4 |
| 5   discuss, counsel and I, today, the witness will have | 5 |
| 6   that period of time to sign the deposition -- | 6 |
| 7   deposition transcript and to notify defense counsel in | 7 |
| 8   writing of any changes in it. | 8 |
| 9   If the deposition is not -- if the transcript | 9   I, ROBIN GONZALES, do hereby declare under |
| 04:40 10   is not signed within that time, it can be used or any | 10   penalty of perjury that I have read the foregoing |
| 11   copy can be used as if it were an original. | 11   transcript; that I have made any corrections as appear |
| 12   And the witness can sign the transcript under | 12   noted, in ink, initialed by me; that my testimony as |
| 13   penalty of perjury and it need not be before a notary | 13   contained herein, as corrected, is true and correct. |
| 14   public. | 14 |
| 15   Oh, and -- and when the period of time | 15   EXECUTED this _____ day of _____, |
| 16   expires, my office will return the -- will send the | 16   20____, at _____, _____, |
| 17   original transcript to counsel for GM. | (City)         (State) |
| 18   Now we have to talk about how much time -- | 17 |
| 19   why -- why don't we go off for a second. | 18 |
| 04:41 20   VIDEO OPERATOR: This concludes the -- | 19 |
| 21   MR. SPIRO: We can go off the video, yes. | _____ |
| 22   VIDEO OPERATOR: This concludes the | 20   ROBIN GONZALES |
| 23   deposition of Robin Gonzales. We're going off the | 21 |
| 24   record at 4:41. | 22 |
| 25   This is the end of Media Number 3. | 23 |
| | 24 |
| | 25 |
| Page 178 | Page 180 |

45 (Pages 177 to 180)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                              12/17/08

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth; that
 6   any witnesses in the foregoing proceedings, prior to
 7   testifying, were duly sworn; that a record of the
 8   proceedings was made by me using machine shorthand
 9   which was thereafter transcribed under my direction;
10   that the foregoing transcript is a true record of the
11   testimony given.
12        Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review of
15   the transcript [ ] was [ ] was not requested.
16        I further certify that I am neither
17   financially interested in the action nor a relative or
18   employee of any attorney or party to this action.
19        IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: _____
23
24                    _____
     SHARON LINDSAY-MILNIKEL
25   CSR No. 5335
```

**Page 181**

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                          12/17/08

**A**

ability 9:1
able 9:20 54:14
   55:13
ABS 79:2,21
accidents 36:13
   127:10
accounts 12:1,19
accurate 18:22 19:6
   19:15 20:12 21:16
   21:21,24,25 22:1
   22:25 23:2 25:8
   27:6,10 29:22 30:2
   36:10 101:13
   102:15
action 116:22 141:18
   142:1,4,9,11,14
   143:7,24 144:11
   181:17,18
Adam 47:3 55:20,23
   55:25 56:2,12,18
add 171:21
addition 35:3 40:16
additional 32:14
   95:15 144:15
address 10:13 154:2
   154:11
administered 8:5
ads 120:22 121:2
advertisement
   42:16,17 116:5,7,8
   116:10
advertisements
   120:19 121:7
advertising 13:6
   14:1
advisor 83:18,22,24
affiliated 42:19
affiliates 9:17
affiliations 7:19
agent 76:11,15,23
ago 11:19 17:9 23:24
   36:11,25 110:25
   131:19 132:11
   136:13,21 140:8,24
   153:18
agree 94:5 152:9
agreed 37:9
agreement 4:24
   5:21 171:18
agreements 94:16
   141:3,6,12 143:17
   144:22
ahead 48:11 56:10

110:6 125:3 127:3
   131:21,24 134:6
   148:8 163:13
   166:14 167:15
   177:25
air 32:9 40:25 41:5
al 7:7
allege 106:7
alleged 154:20
allow 152:10
amended 4:16 5:20
   22:22 102:20 103:4
   103:11 104:23
amount 34:2,9 37:14
   145:1
Ams 44:18
Anaheim 33:2,3,5
   37:13 38:22 39:1
   40:16 43:14 45:13
   46:2,10,11,21
   47:22 50:23,25
   51:25 52:10 53:15
   56:18 57:7 98:10
   98:13 124:12,23
Andrew 83:18,25
and/or 175:9
Angeles 1:2,16 2:2
   2:17 3:6,13 7:1,10
   7:13,17 10:3
answer 6:2 8:25 9:4
   9:5 54:14 55:13
   77:13 94:10,11,13
   94:20,21,23 107:2
   108:13,19 109:18
   110:2,4,13,17
   111:2 117:23
   126:17,19 127:3
   134:8 136:17 140:4
   141:1 146:17,18,21
   146:23,25 147:11
   150:8 152:14,15,17
   166:25 167:2,3,5
   167:15 173:21
answered 48:16,15
   65:19 88:5 96:22
   109:16,17 110:5,11
   110:12,16,19,23,25
   111:1 112:6,6,8,20
   112:21 126:5,6,9
   127:2 138:6 142:5
   146:1,7 166:23
   167:1,6 170:13,18
   170:19
answering 62:14
   126:13

answers 17:11,14,16
   17:20 18:9,11,13
   18:16,19,23 19:3
   19:14 20:7,9,10,11
   21:4,6,9,12,16,20
   21:25 23:2 25:8
   30:3
answer's 171:6
anybody 38:22 85:18
   156:18 160:9
anymore 72:9,12
   74:8 81:11 82:16
anyone's 75:9
apparently 26:17
appear 27:22 180:11
appearance 3:9
APPEARANCES 3:1
appearing 7:15
appears 34:5 113:20
applicable 98:17
   99:7
appraised 96:13,16
appreciate 103:5
approximate 57:24
approximately
   12:17 63:3 157:18
   157:20,21
Arbogast 130:14,17
   131:11 132:11
   133:2,9 134:25
   135:4,9,23 136:7
   136:19,22 137:4,11
   137:14,19,22,23
   138:1,3,16,21
   139:2,2,19,23
   140:14 141:3 150:6
   151:4 153:2,8
   160:7
arguing 69:15
argumentative
   23:12 156:19
   175:13
aside 77:6 169:4
asked 48:6,15 54:20
   56:22,23 65:19
   77:12 78:3,16 81:2
   84:7 86:13 88:5
   93:20 96:21 106:16
   106:17 108:3 110:4
   110:24 126:5,20
   142:5 146:1,7
   164:21 165:24
   166:22 167:1,8
   170:13,19
asking 16:18 28:25

29:3 62:11 66:23
   69:4 74:18,22 81:9
   82:13,23 83:2,3
   102:6,7 110:17,22
   113:11,17 116:9
   145:23 151:19,25
   152:2 160:21
assign 31:17
assist 84:5
Assistance 5:18
assisted 84:3
associated 77:14
assume 9:12
assumes 81:16
   144:18 154:16
attached 172:16,22
   173:2,5
attempt 69:18
attempted 59:13,19
   61:3 62:22 63:17
   65:23 66:5 88:4
attempting 62:2
attended 162:7,14
attending 165:7
attention 36:1 41:15
   100:24
attorney 3:5,12,16
   85:4,13 97:14,15
   133:8 134:25 135:7
   135:13 137:10
   139:20,23 166:4,9
   181:18
attorneys 93:24 94:2
   130:13 133:1 135:4
   135:4 141:4,13
   143:18 144:23
   149:4,11,18,25
   150:3,5,11,22
   151:3,5,6,9,14
   152:7,20 157:7
   161:13,17 166:5
attorney-client 94:8
   94:14,24 141:8
   146:22 167:1 169:6
   170:22,25 171:8
audible 135:10 140:1
   140:3
audibly 140:4
audited 175:7
August 5:22 27:1,3
   36:6,6
Auto 5:12 90:2,5,9
   90:12,19 91:4
automatic 59:23,24
   74:21 75:3 78:20

automotive 12:21
   13:3,10,13,19,22
aware 15:1,4,7 20:24
   128:17 144:15
   172:16,19,21 173:2
a.m 2:18 7:2 168:5
   168:12,19

**B**

B 126:1,9 127:5
back 16:14 17:24
   23:5 51:19 59:9
   60:21 67:5,8 69:15
   71:9,12,17 72:14
   73:22 75:19 76:3
   79:2 80:4 85:9,15
   85:17 87:23 88:20
   93:6 97:8 98:12
   104:18 110:12
   113:4,18 132:5
   142:9 160:22,23
   161:2 165:16 176:8
   177:1,2,3
backwards 58:22,23
   58:24 59:2,3,17
bad 175:22,23
   177:10
ballpark 17:5
bank 171:20
bankruptcy 175:20
bargained 36:20
bargaining 36:23
   38:2
BARNESS 3:4
Barsom 5:12 90:2,4
   90:9,11,19 91:3,7
   91:23 92:12,14,19
   93:10 94:6 95:2
   128:11,15 130:2,3
   132:15 133:24
   134:11,14 136:8,20
   136:23 137:1,8
   140:13,16,17
based 171:7
basic 8:17 41:4
Bates-labeled 52:24
   72:25 77:18 79:5
   89:21 100:5 121:18
   122:25 124:1
   171:12
bathroom 60:12
BC 1:8 2:8 7:8
beginning 2:17
   60:23 132:7 171:2
   171:4

ROBIN GONZALES                                              12/17/08

behalf 1:5,5 2:5,5,15
7:11,15,20,22,24
believe 38:7 45:2,4,5
54:22,25 56:16
95:14 99:1,15,16
101:21 102:8
108:10,15,16 110:4
112:21 115:22
116:12,15 119:25
161:21
bell 47:3
best 8:25 9:21 30:2
87:18
better 152:6
big 119:12
bigger 43:9
bills 174:12,13
bit 16:5 43:9,9 47:5
48:8 152:5
BJ's 136:2,3,5,7
137:14,20 138:4,16
138:22 139:3,8,20
blew 74:13
body 39:16 40:21
41:3
booklet 123:6,10,13
123:16,19
born 9:25 10:2
bottom 28:9 53:19
55:1
bought 33:9,10
40:11,14 43:13,25
47:23 48:2,3,5
100:11 146:2
164:15 176:23
177:2,3,5
Boulevard 3:5
161:15
box 34:2
boxes 53:22,24 54:1
54:23
boyfriend 39:23 50:9
50:13 154:6,7
brake 48:7,12 50:1
54:20 57:11,15
58:8,9,12 59:4,6,7
59:16 60:3,8,9,10
61:8 62:3,23 63:17
65:17,23,25 66:1,2
66:5,8 68:14,18
71:19,25 72:23
73:10,21 74:20
76:1,4,6,7,13 77:4
77:8,10 78:4,7,8,14
78:17,21,24 79:1

79:20 82:25 83:9
85:23 86:2,18,22
88:2 90:13 94:7,18
95:16,19,23 96:14
96:17,20 97:1 98:7
98:9 99:14,16
106:11,15,17
107:18 108:1,12
109:1,5 116:3,12
116:21 117:2,3,9
117:11,18,20 118:1
119:5 120:20 121:8
122:11,15 125:9
128:2 145:15
156:16 158:18,25
175:3
brakes 48:9 49:12,15
50:10,20 51:5,8,10
55:24 56:22,23
58:3,7,8,11,15 59:8
59:14,18,22 61:3
63:22 64:2,5,8,15
64:22,25 67:23
68:10 69:4,5,12,24
70:5,12,21 74:15
74:23 75:1 76:9
80:2,10,14,16,21,21
80:22,25 81:3,4,4,7
81:10 82:11,15,19
83:6,7,12 84:11
85:22 86:5,6,9,14
86:16,19 88:10,25
89:3,7,9,14 91:3,5
91:8,12,17 92:1,5
92:16,19 93:10
96:9 107:10 119:23
120:1,5,8,14,23
121:3 124:18
127:25 128:10,14
130:1,3 132:15
134:14 136:8,12,19
140:15,16 145:14
145:19 146:3
155:11,14 156:15
158:13,17 164:13
176:13,15,24 177:5
brand-new 35:10
break 16:7 56:5,8
60:15 61:1 68:19
84:25 85:3 88:14
88:23 131:3 165:10
165:20 176:2
breaks 170:4,5,8
brief 85:3
briefly 163:18

bring 75:7 168:24
brochures 124:11,14
124:15,20,21
brought 48:19 49:24
56:20 57:8 71:24
Bruno 3:19 7:15
Buffalo 3:8
bump 134:20
bumped 134:18
buy 32:17,25 33:6
40:10,13 43:15,20
45:23 175:3
buying 33:25 37:19
44:11 45:19 47:13
57:19,25

_____
C
_____

C 103:7
California 1:1,16 2:1
2:17 3:6,13,21 7:1
7:9,14,17 124:2
154:15 181:2
call 93:2
called 137:23,23
calling 141:7
calls 52:18 109:11
110:5 112:12
141:23 145:12
146:22 152:22
156:7 158:5,22
159:6
camera 176:21
car 30:5,6,9 31:3,8
32:8 33:8,25 34:17
34:18 35:24 44:17
45:6 48:3,5 49:10
58:1,15 59:11,13
59:14,15,19 60:2,5
60:6 61:2,4 62:23
63:12,14,16,19,23
64:1,1,5,9,16,22
65:1,17,18,23,24
66:3,4 67:23 68:11
69:6,24 70:6 75:1
75:12,15 76:18
80:7 84:1 86:9,16
86:24,25 87:3 88:3
88:4 90:4,8 95:1,4
95:9 96:13,16
100:21 102:3
116:15,20 119:8
127:24
cars 5:14 41:25
100:15 114:19
128:18,23 176:14

176:23
case 7:8 15:2,5,8
87:18 150:11,21
151:13 181:14
cash 11:23,24 34:13
35:4
category 158:16
caused 47:12 52:10
causing 150:17
CENTRAL 1:2 2:2
cents 34:7
Cerritos 136:4,5
137:14,20 138:4,17
138:23 139:3,20
certain 40:22,23
122:9 176:23 178:4
certificate 98:15
99:25
certification 98:22
106:7 108:15
certified 2:20 143:25
144:6 181:1
certify 181:3,16
chance 85:12 177:14
change 131:22,24
changes 178:8 179:5
179:6
characteristics 49:5
72:10
charge 66:9
chart 173:25
check 21:21 48:6,10
49:8,8,10 53:14,16
53:22 54:4,9,17
80:10,13,16 81:2
81:10 82:14 83:4,7
83:12 86:13,19
checked 48:11 54:1
54:17,21,23 80:17
82:20,21,24 84:11
checking 53:25
80:24 81:6 82:10
Chev 53:16
Chevrolet 5:9,10
33:2,3 37:13 38:22
39:2 40:16 43:14
45:13 46:2,10,11
46:21 47:22 50:23
51:1,25 52:10
56:18 57:7 65:4,6
66:12 67:9,16,20
67:22 68:8 69:3
70:9,12,15 71:5,9
71:10,13,14,17,23
72:3,8,11,14,22

73:7,21,22 74:4
76:3,8,12,20,22
77:6,12,14,23 78:3
78:6,12 79:12 80:6
80:8 84:2,3 85:18
85:19 86:10 87:4
89:1,9,10 91:20
96:5,6,7 98:8,10,13
121:22 124:12,23
138:10
Chevy 30:11,16,23
39:8,21,24 40:1,4,8
40:8,11,15,18,21
41:3,14,22 42:8,11
42:11 43:2,3,7,13
45:9,13,23 47:13
47:16,22 48:1
51:10 52:7,7,11,14
53:16 61:4 98:13
98:15 108:23 109:6
109:10,23 111:18
112:11 113:24
114:11,15 115:4,5
115:7 117:3,12,19
123:13 124:13
125:1
Chicago 3:17
child 11:6
children 11:2
chose 43:2,6
city 154:4 180:16
civil 143:9
claims 159:4
class 116:22 141:18
142:1,4,9,11,14
143:7,15,18,24,24
144:6,11 145:6,8
146:5,11 147:3,7,9
147:15,21,25 148:3
148:6,14,18 149:2
149:8,16,22 154:20
155:1 156:12,23
157:6,12 159:4
177:10
class's 149:3,10,17
149:24 150:3,5
clean 54:11
clear 62:15 63:7
102:10
close 12:20
CLOUD 3:7
colleague 164:20
college 12:25
collisions 36:13
127:9

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**ROBIN GONZALES**                                    **12/17/08**

color 40:20 44:2,5,7
come 32:8 75:19
  76:3,5
coming 37:8
comment 76:13
comments 55:2,19
  73:19 77:3
commercial 114:24
commercials 114:14
  114:17,18,19,20,22
  115:7,9,10,11,14,17
  115:20
common 120:25
  156:5,12
commonly 129:1
complaint 5:20
complete 49:17
  68:17 71:19 76:1,4
  76:6,7 106:3
  152:20
Completely 5:4 53:4
completion 181:14
compound 130:19
  131:1 163:12 164:2
concentrate 60:12
concludes 60:18
  132:2 178:20,22
conclusion 52:19
  109:11 110:5
  112:12 114:6,13
  117:17 152:23
  156:7 158:6,23
  159:7 160:18
conditioning 32:9
  41:1,6
conditions 62:21
conduct 147:4 149:4
  149:11 150:12,24
  151:16,22 152:8,11
confident 119:14
conflict 148:6,18
conflicts 147:24
conform 99:17
conforms 98:17 99:6
confusing 99:3
  148:7
connection 123:13
connections 79:24
consider 14:7 135:3
consistent 102:24
consult 85:4,12
consumer 14:8
contact 76:11 77:8
  98:6 139:2 155:23
  156:1 159:25 160:3

contained 180:13
contents 115:13
  163:17
Continued 5:1 6:1
contract 4:24 33:23
  33:24 37:14 46:25
  48:22 103:24,24
  104:4
control 147:16
convenient 65:10
conversation 48:9
  48:16 50:8,9,20
  51:2 67:1 70:11
  74:6,7 80:23 81:5,8
  85:25 86:5,8,15,21
  91:22,25 92:2
  97:13,14 137:13,16
  137:19 138:2,3
  177:11
conversations 47:15
  47:18,21 48:4
  71:22 85:18,21
convicted 174:23
copy 19:6 27:10,22
  73:4,6,8 77:22 80:5
  87:20 121:21 123:6
  178:11 179:13,14
Corporate 3:20
Corporation 1:9 2:9
  2:16 3:10 7:21,23
  9:16 16:19
correct 8:23 18:17
  25:9 27:8 28:16
  31:15 42:19,20
  44:22 50:3,23,24
  51:22,23 53:25
  57:2,3 59:7,11 61:5
  61:6,9,10,22,25
  62:16,17,19 64:9
  64:10,23 65:18
  66:20 69:6,25
  70:21 71:1,2,3,19
  71:20 72:15 73:13
  73:16,23 74:23
  75:10,11 76:2,20
  78:1 79:13,14,19
  79:22 80:3 84:4,9
  84:12,15 86:23
  87:1,5 88:4 89:3,11
  92:9,22 99:19
  101:17,18 102:20
  103:5,12,21,22
  105:20,22 106:21
  106:25 107:1 109:6
  109:7 111:12,19

118:12 120:14
122:15 123:18,21
128:4,5,15,16
129:11 133:9,10
137:2,5 151:25
153:23 162:15
165:22 168:22
169:20 180:13
corrected 180:13
corrections 180:11
correspond 132:20
cost 89:2 91:2,11,16
  92:18 93:9 94:17
  95:6,8 143:18
  144:11
costs 95:4,15 144:4
  144:15,23
counsel 7:18 17:14
  17:20 18:1,4 21:7
  25:23 26:2 27:22
  87:21 90:25 93:1
  93:22 94:5,18
  97:22 101:17,19
  103:15,107:4
  110:21 113:8
  117:14 133:17,23
  136:25 140:12,15
  146:20 147:8,16
  160:7 162:4,11,19
  163:23 164:7,16
  165:4,6 168:4,10
  169:1,14,17,23,24
  170:2,9,17,21
  174:2,4,8 178:5,7
  178:17 179:10
counsel's 179:7
County 1:2 2:2 7:9
couple 24:20 40:12
  40:15 57:25
course 150:12,23
  151:15,22 152:8,11
court 1:1 2:1 3:20
  7:9,16 62:15
  113:17 136:15
  163:10
court's 113:15
coworkers 133:6
crash 41:10,16,16,18
  41:21,24 42:7,10
  42:15,18,21 44:9
  108:21 109:4,8,22
  110:8 111:4,12,18
  112:22 114:2,7,10
Credit 5:21
crime 174:23

CSR 1:22 181:25
current 36:3 143:13
currently 10:4,15
  11:15 143:12
customer 55:2,19
  68:18 81:21,25
  82:3,5

_____

**D**

damages 148:22
Damian 118:6,7,23
dangerous 145:15
date 53:7,11 57:16
  61:12 98:19 99:9
  131:13 136:9,11
  140:19 161:24
  162:1 181:19
dated 5:6,7,9,10,12
  69:8 77:25 79:15
  90:7 181:22
dates 12:14 140:9
daughter 11:10,11
  31:13,20 32:4
David 131:7
  131:11 133:9
  134:12,15,16 153:2
  161:18,19
day 32:21 46:5,14,23
  47:7,23 49:19,22
  49:23 58:13 62:22
  62:25 63:1,2,5,7
  75:12 105:15
  180:15
dealer 33:3 43:15
  45:12 66:12
dealers 39:8,21,24
  40:1,4,8,16,17
  43:13,13,16,21
dealership 39:10
  45:23 77:9 81:13
  91:18,20 98:5,6
  177:3
dealerships 44:4
dealt 109:1
debts 175:22,23
December 1:17 2:19
  7:1,5 73:16,20
  76:12,18,19,19
  77:1 80:5,8,25 81:3
  81:6,10 82:14,19
  82:24 83:12 84:2
  85:15 86:2,10,22
  87:3
deceptive 55:16
  56:15 57:5 99:2,22

106:8 115:23
decide 129:21 138:9
  139:19
decided 75:19
  133:20 139:22
decision 109:10,13
  109:22 112:10
  113:25
decisions 152:21
declare 180:9
declared 175:20
defect 97:7,18
defective 97:5,7,18
  99:14,17 116:14,16
  116:19,21,24
  158:14,17 176:24
defendant 2:16 3:10
  7:12 20:22
Defendants 1:11
  2:11
defendant's 4:9,15
  4:17,18,20,22 5:3
  15:17,19 16:20,22
  19:24,25 20:16,17
  20:23 22:16,17,23
  25:12,13,19 26:12
  26:13,15,20 27:14
  27:15,19 33:17,18
  52:21,22 67:12,13
  73:1,2 77:19,20
  79:6,8 89:20,22
  100:4,6 101:1
  121:17,20 122:24
  123:2,23,24 159:10
  159:11 171:11,13
  172:3,7,8,17,24
  173:3
defense 178:7
defer 149:3,9,17,23
  150:13,25 151:1,3
  151:17
Defer/Skip 5:21
defined 157:12
definitely 61:24
  140:21
degree 12:25
degrees 140:24
delivered 106:16
delivery 5:4 53:3,5,7
depend 11:12
dependable 125:15--
  125:17
deposition 1:15 2:15
  7:6,11 8:16,17
  24:10 60:24 112:9

**SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES**
**877.955.3855**

ROBIN GONZALES                                    12/17/08

113:14,16 118:16
118:18,21 132:8
155:17 159:2,22
161:7 162:7,15,20
165:7,8,19,21
166:2,5,12,21
167:7,12,18 168:4
168:11,14,18,19,22
169:9,20,25 170:5
170:9,11,17 178:2
178:6,7,9,23
181:13
**depositions** 14:23
**depth** 16:5
**describe** 59:25
124:25 176:11
**details** 120:11
**determine** 41:12,14
112:19 113:2
140:23,24
**determining** 112:21
114:4,11
**different** 49:22
101:11 103:9
104:10 109:4
114:18 167:8
177:22
**diploma** 12:23
**direct** 36:1 100:24
147:4 172:2
**Directed** 169:14
**direction** 147:17
181:9
**disagree** 150:13,24
151:16,22
**disagreed** 152:11
**discovering** 64:25
**discovery** 14:16,18
21:24 162:25
**discuss** 40:17,19
147:9 166:18,20
167:7,10,18,20,23
168:3,8,17 169:16
169:22 170:16
178:5
**discussed** 64:17
89:6 109:5 128:11
170:9
**discussing** 37:5,6
38:20,24
**discussion** 51:4,7
104:17 179:3
**discussions** 25:22
**distracted** 150:16
**DISTRICT** 1:2 2:2

**divisions** 9:16
**document** 5:4,17
15:10,21,23 16:4
16:17,24 19:4 20:5
20:19 22:19 25:15
25:17 26:16 27:20
28:6 33:20 52:25
67:15 89:24 100:8
100:13,18 101:24
105:19 121:23
123:4 124:3,6,9
159:13,17,18,20
163:15,17 171:15
172:10,12
**documents** 4:19
25:20,23 26:2
101:15,19,22,25
162:21,23 163:4,6
163:9,11,20,25
164:7,10,16,21
**doing** 70:17
**double-check** 103:3
**Downey** 154:5
**draft** 18:6,7 21:6
48:21
**drafting** 14:4
**drive** 3:16 31:3,5,21
31:22,24 32:1
83:16
**driver** 31:1,14
**driver's** 174:25
**drives** 31:12,19,20
**driveway** 62:8,9,16
62:18 64:11,13,19
65:2 69:12,24
127:25
**driving** 31:18 82:7
**dropped** 86:24
**drove** 130:22,23
**duly** 181:7
**durability** 40:21
41:4,8 110:8 111:5
111:9,11,23 112:18
112:19,22 113:2,7
113:19,20,24 114:3
**durable** 41:13,14
114:12
**duties** 146:10
**duty** 5:14,17 100:15
147:4,8,16,22
148:4,15

**E**

**E** 68:19
**earlier** 24:11 113:25

133:23
**easily** 51:14
**East** 3:16
**edit** 27:8
**edits** 18:19 29:24
**educated** 14:7,15
**effect** 98:19 99:8
**either** 36:23 117:21
119:18 136:24
**elaborate** 141:22
145:11
**ELG** 12:7,9,15
**Ellis** 3:11,15 7:12
**else's** 117:3,11
**emergency** 48:12
50:1,20
**employed** 11:15,18
**employee** 181:18
**employers** 12:4
**ended** 51:2 67:5
**engineering** 5:23
13:13
**entire** 166:2
**entitled** 5:4,17 16:17
**equally** 179:14
**estimate** 36:10 91:2
et 7:7
**ethnicity** 49:3
**evaluate** 66:22
81:15
**evaluating** 111:11
**event** 143:24
**everybody** 117:19
148:20
**evidence** 144:18
154:17
**EXAMINATION** 4:2
8:8 176:19
**examined** 8:5
**example** 31:21
**exclamation** 55:5,21
56:4
**Excuse** 56:5 92:23
117:5
**EXECUTED** 180:15
**exhibit** 15:17,19
16:20,22 17:12,21
17:24 18:11 19:3,4
19:22,24,25 20:2
20:12,16,17 21:1
22:16,17 25:12,13
26:12,13 27:14,15
30:3 33:17,18 36:2
38:12,14 52:21,22
53:20 55:19 67:12

67:13 73:1,2 75:25
75:25 77:1,19,20
79:7,8 80:4 81:19
81:20,24 85:15
87:2 89:20,22
100:4,6,24 101:6
101:10,25 104:21
105:6,13 106:2
108:16 121:18,20
122:24 123:2,23,24
159:10,11,23
171:11,13 172:2,7
172:8,16,17,22,23
173:2,7,8,17,22
174:8
**EXHIBITS** 4:8 5:2
**expected** 121:4
**expensive** 43:1,4
**experience** 13:9,12
13:15,18,21,25
14:3 44:20,24 47:6
88:1,9
**experienced** 64:7
70:5 120:4
**expires** 178:16
**explain** 71:22 141:20
**explained** 146:10
**explaining** 70:23
**explode** 56:9
**extent** 102:15
**extra** 171:25
**ex-boyfriend** 50:7
**ex-husband** 31:13
31:19 32:1,3 39:22
62:6 63:10,12
64:18 153:20
160:12
**E-mail** 132:20
**E-mailed** 179:6

**F**

**factors** 111:17
**facts** 81:16 144:18
154:16
**failed** 58:15
**failure** 175:23
**fair** 35:12 44:24
65:11,13 69:11,19
123:15 129:5
132:13 134:2
**false** 55:15 56:14
57:4 99:1,10,11,22
106:8,9,13 107:18
108:1,10,17 115:23
116:4,7,8,10

**familiar** 8:16 173:10
**family** 12:20 90:21
133:3
**far** 40:20 89:6 125:17
125:22 126:4 127:1
127:7,23 137:8,12
**faxed** 179:6
**federal** 98:18 99:7
99:18 128:17,22,25
129:2,7,12,17,19
175:9 181:13
**feel** 51:9,17
**female** 84:19
**Fidelity** 11:21 12:2
119:4
**Fifth** 3:5,8
**Figueroa** 2:17 3:13
7:13
**file** 87:13,14 160:4
175:9
**filed** 142:8,11,13
163:10
**finally** 45:21
**finance** 33:12
**financed** 33:14 34:2
34:9
**financial** 11:12
**financially** 174:18
174:21 181:17
**find** 83:3 90:14
134:25
**finding** 67:6
**fine** 60:14
**fingers** 150:17
**finish** 54:12 56:6
141:9 162:8
**firm** 135:5
**first** 4:15,17,18,20,22
17:3,18 18:23 19:6
20:23 22:5,23 23:3
25:19 26:15,20,23
27:2,19 28:8,9,10
29:7 43:15 46:9,12
57:14,19 58:3,6,10
58:14 60:2 61:7
68:17 71:6 72:13
73:12 75:6 87:23
97:6,13,14 100:17
101:2 113:5,7,19
113:19 116:6,10
120:4 129:21
130:25 131:5,8,12
134:16 135:24
138:9 156:1 159:23
169:3 172:3,17,24

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**ROBIN GONZALES**                                               12/17/08

173:3 174:5,7
**five** 12:5 29:19 35:18
  157:15,22
**fix** 66:9 69:18 74:9
  74:13,15,18,18,22
  75:1 78:21 89:5
  176:13
**fixed** 65:5 74:11
  90:13 120:2 145:14
  145:19 176:15
**fixing** 79:20
**floor** 3:5,8 50:6
  51:15
**FMVSS** 129:1,9
**followed** 55:20
**follows** 8:6 68:6
  107:22 117:7
  126:23 138:19
  148:12 149:7,21
  150:20 151:12
  158:8 168:7 172:20
**food** 174:14
**foot** 51:11
**foregoing** 180:10
  181:4,6,10,12
**form** 4:10,11,13 15:8
  15:13 16:1,17 17:2
  17:18,21,25 18:23
  19:5,7 20:4,8 53:5
  54:21 102:3 103:16
  104:22 106:12,20
  106:23 107:17,25
  108:10,11,15,18,20
**formal** 26:5
**forth** 69:15 181:5
**fouled** 177:22
**found** 69:16 72:19
  74:12 82:8,25 83:2
**four** 12:17 29:17
**Fourth** 5:20
**Foxbury** 10:5
**Frank** 50:14
**free** 66:9
**friend** 90:23
**friends** 133:6
**front** 54:23 89:2
**full** 8:12
**Fullerton** 10:10,11
  154:10
**fully** 136:16
**fund** 141:13,16
**further** 176:16
  177:19 181:12,16

──────── G ────────

**general** 1:6,9 2:6,9
  2:16 3:10 4:11 5:13
  7:8,21,23 9:15
  14:12 16:18,19
  17:2,17 18:14,23
  71:25 72:2 75:5
  77:15 100:14
  115:11 124:22,25
  125:6 129:21
  133:20 138:9
  155:15 158:16
**generally** 76:23
**generated** 69:22
  71:4 73:15 76:25
**gentleman** 48:14,17
  50:9,22,25 53:15
  54:19 55:23
**getting** 65:5 76:7
  80:18,19,21 81:21
  82:5 89:8 92:18
  95:16,19,23 96:2
  125:19 132:14
  133:24 134:10,14
  136:6,7,11 140:12
  140:15 166:25
**give** 9:21 17:5 57:24
  82:18 85:1 144:5
**given** 90:15 124:22
  152:20 181:11
**giving** 71:13 91:3,23
  94:6
**GM** 9:15 17:17,22
  18:2 20:8 21:10
  23:7,14 25:23 26:3
  42:19 44:17,25
  45:3,6 77:8 119:17
  120:7,23 121:3
  124:16 145:15
  148:22 159:25
  160:3 175:5,16
  176:14,23 178:17
  179:7
**GMC** 119:18
**GM's** 19:6 22:5 23:3
  109:6
**GM-owned** 119:14
**GM_HUNTER-1668**
  121:19
**GM_HUNTER-305...**
  122:25
**go** 8:18 17:24 41:23
  43:16 56:9 60:12
  70:2,8 73:18 78:6
  80:4 89:12 90:18
  93:1 98:12 104:12

108:11 110:6 113:4
  125:3 127:3 131:21
  131:24 134:6
  136:23 137:1,7,8
  148:8 150:18
  163:13 166:14
  167:15 177:25
  178:19,21
**going** 8:17,18 16:10
  19:23,24 26:11
  36:1 37:13 39:1
  45:22 48:6,10
  49:10 56:9 60:16
  67:11 75:13 77:6
  79:4 85:5 88:16,24
  89:1 93:3 94:8
  100:24 104:15
  107:6 108:19
  109:20 125:9
  126:16 132:1 159:9
  165:13 176:4 177:8
  177:13 178:23
**Gonzales** 1:4,15 2:4
  2:15 4:3 7:7 8:4,10
  8:14 16:16 28:13
  30:5 60:24 105:12
  107:3,13,16,23
  108:13 130:5,5
  132:8,10 136:14
  153:21 164:22
  169:8 178:23 180:9
  180:19
**Gonzales's** 4:10,13
  4:15,16 15:13 16:1
  17:25 19:5 20:3,22
  22:22 103:17
  104:22,24 105:3
  173:3,6
**good** 7:4 8:10,11
  12:14 41:1,6 44:21
  45:7 55:4,12 56:13
  104:7 140:9
**gotten** 127:12
**Grand** 34:19,20,22
  35:4 37:21 44:14
  44:18,19,20
**graphic** 173:14,25
**Green** 44:8
**greet** 75:6
**grounds** 169:4 171:1
**group** 141:21 142:2
  142:3,4
**guess** 65:12 75:7
  150:2 163:14
**Guzman** 3:15 7:22

7:22

──────── H ────────

**half** 161:21,22
**hand** 19:23 79:4
  124:20 159:9
**handing** 15:12 16:16
  20:15 22:15 25:11
  26:11 27:13 33:16
  52:20 67:11 72:24
  77:17 89:19 100:3
  121:16 122:23
  123:22 171:10
  172:6
**handwritten** 105:5
**happen** 8:18 166:24
**happened** 69:13,19
  120:13
**harassing** 130:8
**hard** 34:5 103:24
**head** 157:19
**hear** 97:6 116:6,9,11
  117:5 120:19,22
  121:2 148:1,9
**heard** 3:7 97:17
  121:7 129:3,9,12
  129:17,18 169:20
**held** 65:18
**help** 46:12 83:16
  174:18
**helped** 46:20 76:12
  83:19
**helping** 48:21 54:6,8
  54:17
**helps** 15:11 174:15
  174:17,20
**high** 12:23
**highways** 128:6
**Hofmann** 50:16
**hold** 61:4 65:24,25
  67:25 68:19 74:12
  110:3,3 152:12
**holding** 66:2
**home** 87:9,11
**honestly** 89:5
  140:19
**hope** 103:25
**hoping** 160:16
**horn** 80:9
**hour** 161:21,21,22,22
  166:16,16
**house** 101:16
**Houston** 3:8
**Huh** 141:5
**Huh-uh** 28:1

**hundred** 35:13,16
**Hunter** 1:4 2:4 7:7
  28:12 118:10 159:3
  162:17 165:22,25
  166:20 167:11
  168:14
**Hunter's** 8:15 28:2,4
  155:16 165:19
  166:5,12,18 167:7
  168:3,9,18,22
  169:20,24 170:5,8
  170:10,17
**hurt** 127:12
**hypothetical** 150:15
  152:13
**H-o-f-f-m-a-n** 50:17
**H-o-f-m-a-n-n**
  50:18

──────── I ────────

**ID** 104:6
**idea** 17:23 18:3
  63:19 92:17 97:8
  133:15,19,22 135:2
  139:5,10,13,15,21
  142:18,18,23 143:2
  156:9
**identification** 30:20
  100:16 101:3,4
**Illinois** 3:17
**imagine** 102:9
**immediately** 106:24
**implies** 130:10
**important** 41:10
**incident** 61:2,21,25
  64:8,17 65:14,22
  66:4 67:22 68:9
  69:5,11,23 127:24
**included** 41:22
  157:11
**including** 41:5
**income** 174:10,11
  175:11
**incomplete** 150:14
  152:13
**incorrect** 105:3
**incur** 95:15
**INDEX** 4:1 5:1 6:1
**indicated** 111:11
**indicating** 27:21
  106:2
**indication** 51:21
  82:17
**individual** 48:21
  56:22,24 57:7

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                    12/17/08

84:22 136:22
industry 12:21 13:3
  13:10
information 5:18
  14:20 21:7 129:6
initial 71:8 138:16,22
initialed 180:12
initially 78:11
initiated 138:2,3
injured 127:16
ink 180:12
inop 73:10,21 76:14
  77:4
inoperable 67:7
  71:25 72:23 146:3
  155:11,13
input 81:14
inquire 135:21
inquired 65:4 135:19
insert 5:19 124:2
inspect 68:19 69:4
  76:9
inspected 67:4
  71:14 96:1,10
inspection 5:14
  68:18 70:17 71:19
  76:1,4,6,8 100:14
  102:3 103:16
  104:21 106:4,14
  107:17,25 108:3
instruct 94:9 167:2
instructing 94:12,22
  126:18 146:24
  167:4
Instruction 6:2
  94:11,21 146:18,23
  167:3
interchangeable
  31:8
interest 147:23,24
  148:5,6,16,17
interested 181:17
interrogatories 4:10
  4:11,13,15,17
  14:22 15:5,8,13
  16:2,18 17:2,18,21
  17:25 18:24 19:5,7
  20:4,8,23 22:6,24
  23:3 101:2,12
  102:15 172:4,18,25
  173:4
interrogatory 36:2
  101:5 102:17,19
  103:12 104:24
  105:1,2

interrupt 136:14
Interruption 16:13
  85:8 93:5 132:4
introduce 7:18
investigated 159:3
investigation 44:10
invoice 5:7,9,10,12
  68:24 69:3,8,20
  71:4,24 73:6,8,15
  73:20 74:4 75:25
  75:25 76:25 77:22
  79:5,11,12 80:5
  85:16 87:2,6,9,12
  87:24 90:2,7 92:12
  92:14,21
invoices 5:6 72:15
  72:17,19,22 87:13
  87:15,17,20 163:11
involved 42:7,10,21
  143:9,12
Involvement 143:6
Ira 3:4 7:24 130:14
  130:17 161:18,19
Irvine 3:21
issue 79:23 158:24
Issues 156:5,12
  158:2,10,20

_____ J _____

J 5:9,10 77:12,14,23
  78:3,6,12 79:12
  89:1,4,9 91:20 96:4
  96:6 138:10
January 179:8,9
JOB 1:23
Joe 153:21 160:11,12
Jorge 106:2
judge 177:14
judgment 149:3,10
  149:17,24
July 32:20,23 33:1
  35:8 39:2 44:12
  45:22 46:5,15,23
  47:6,23 52:1,11,15
  53:8 56:18 69:8,13
  70:4 71:15,15
  73:13,23,25 76:8
  77:7 87:24 88:3,11
  88:25
June 70:4 73:13,22
  73:25 77:7 87:24
  88:2,11,25
J-o-e 153:22

_____ K _____

Kavanaugh 164:21
keep 58:15 96:9
  140:13
Kelly 3:15 7:22
kidding 178:1
kind 119:10 163:18
Kirkland 3:11,15
  7:12
kit 175:3
knew 40:19 44:2
  45:23 92:8,11
  177:4
know 9:4,5,8 10:14
  12:11,13,15 14:16
  14:18 18:15 21:11
  23:25 24:2,3 25:2,3
  25:4,5 26:24 29:2
  30:20 34:5 35:14
  35:23,24 38:9
  39:25 40:3,4 41:20
  43:18 44:17 45:8
  45:17 46:14 48:23
  58:2,21,22 61:14
  61:18,23 62:1,1
  63:8,24 75:5 76:5
  76:25 77:3,16
  78:25 81:11 83:24
  83:25 85:24 88:6
  91:16 92:4,7 93:21
  93:24 94:2 96:19
  97:4,17 98:3
  100:22 101:14
  102:9 113:12
  117:25 119:5,9,10
  119:16 120:1,3,4,7
  120:11 123:14
  128:22 130:16
  132:16 133:11,17
  133:20 136:13,25
  137:3 139:22
  140:19,20,21,21,22
  141:18 142:8,10,10
  142:13 143:4,15
  145:6 147:3,7,15
  150:9 153:25 154:9
  154:11,12,13 156:4
  156:11,18,23 157:3
  157:11,14,25 158:1
  158:9,19 159:8
  162:24 163:2,19,20
  164:6,6 166:15,16
  166:24 173:15
  174:1 177:4

Knowing 45:8
knowledge 30:2
  87:18 106:17 142:1
  117:8
known 116:23 117:1
  117:8
knows 130:9
Kroeger 10:12,14
  154:12

_____ L _____

L 3:15
La 1:4 2:4 28:2,4,12
  118:9,10 159:3
label 98:15,22
labeled 73:1
Law 3:5,12,16
lawsuit 130:13
  133:12,18 135:5,14
  135:15 139:23
  141:4,13,14 142:8
  142:10,13,19,23
  143:25 144:6,11,17
  144:24 145:2 147:4
  147:9,17 148:25
  149:4,12,18 150:1
  152:21 155:8,18,21
  155:24 156:2
  157:12 160:1,4,8
  160:17 161:2
  167:21,24 176:12
  176:21,22 177:7,9
lawsuits 143:7,10,13
lawyer 84:24
lawyers 160:23
  161:8,10
lease 33:8
leasing 13:22
leave 71:7 72:21
  75:12
left 72:20 75:17
  83:10 85:24 86:2
  86:18,20 157:6
legal 3:20 7:16 52:18
  109:11 110:5
  112:12 114:6,13
  152:22 156:7 158:5
  158:22 159:6
  160:18
length 137:18
letter 101:8,9 102:16
let's 17:24 23:5 28:8
  31:9 41:13 59:9
  60:14 62:11 70:2
  73:18 80:4 81:19
  85:3 98:12 104:12

131:3,3 142:9
  152:2 177:20,22
license 174:25
life 120:23 121:4
light 5:14,17 78:7,14
  78:21,24,24 79:1,2
  79:3,21,21 100:15
liked 40:20,21 41:2
Lindsay 19:23 68:4
  107:20 126:21
  148:11 151:10
LINDSAY-MILNI...
  1:21 2:19 181:24
line 6:3 36:3 101:2
list 48:6,10 49:8,9,10
  53:14,16 54:5,9,17
listed 100:17 101:1,6
  102:14,17
listen 136:16
listened 165:24
listening 50:12
lists 81:24 92:12,14
lit 156:6
litigation 94:3 96:11
  143:13 147:5 156:6
  156:13 158:3,12,21
little 16:5 43:8,9
  47:5 48:8 72:19
  152:5 167:25
live 10:9 11:6,8
  174:15
lived 10:6,7
lives 153:25 154:9
located 7:13,16
  136:3
long 10:6,23 11:24
  12:15 36:25 40:10
  59:18 61:16 100:11
  113:6 136:13,21
  140:8 161:19
  166:11
look 28:8 39:6 67:8
  68:1 72:17,18
  78:22 81:19 103:18
  110:11 122:9,10,12
  134:21,23 152:15
  162:24 163:15
  173:10 176:21,22
looked 39:5,7,9,20
  40:13,14 48:24
  67:10 72:14 87:23
  163:10,11,18
looking 19:3 24:8
  38:14 39:12,17
  40:7,10,17,20 41:5

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                    12/17/08

67:5 100:22 102:22
104:7 108:16
122:14 123:12
160:24
**looks** 16:6 38:10
80:9
**loose** 82:8
**Lopez** 83:18,20,25
**Los** 1:2,16 2:2,17 3:6
3:13 7:1,9,13,17
10:3
**lot** 42:25 43:25 103:2
105:15
**low** 80:18,20,21
**LUBEL** 3:7
**luckily** 72:19
**lumbar** 32:9 40:25
41:5
**lunch** 88:14,19,23
**lying** 130:10

**M**

**M** 3:12
**machine** 181:8
**making** 29:24 103:19
109:9,22 112:10
113:24
**male** 84:16,18
**man** 49:1
**management** 11:23
11:24
**manager** 72:1,2 75:5
75:7 83:15
**manual** 5:15 119:25
121:13,22 122:3,5
122:8,14,17
**manufacture** 98:19
99:9
**manufacturer** 45:6
**Manufacturer's**
38:15
**March** 10:1
**mark** 19:24 55:6,21
56:4 130:14,15,18
132:17 161:18,20
**marked** 15:16,19
16:20,22 19:25
20:16,17 22:16,17
25:12,13 26:12,13
27:14,15 33:17,18
52:21,22 67:12,13
73:2 77:19,20 79:6
79:8 89:19,22
100:4,6 121:17,17
121:20 122:24

123:2,23,24 159:10
159:11 171:11,13
172:6,8
**market** 40:13
**marketing** 13:7
**marking** 15:15
**markings** 105:5
**married** 10:15,17,21
10:23
**Massey** 5:6,7 65:4,6
66:3,6,6,11,12 67:9
67:16,20,21 68:8
69:3 70:9,12,15
71:5,9,9,13,13,17
71:22 72:2,8,11,13
72:22 73:6,20,22
74:4 75:12,20 76:3
76:8,12,20,22 77:6
80:5,7,24 81:6,9
82:14 83:11,23
84:2,3 85:17,19
86:10 87:4 88:24
89:9 91:17 96:5,6
98:8
**match** 101:5
**matches** 103:23
**matter** 7:7
**McDonald** 118:8,23
119:20
**mean** 39:10 41:8
50:4 51:14 69:23
80:21 88:9 96:4
103:2 106:19
107:18 108:2
110:23 116:2,24
126:16 145:21,23
150:5 173:21
179:13
**Meaning** 125:4
160:19
**means** 168:14
**meant** 114:1
**mechanic** 72:20,21
**mechanics** 13:16
**Media** 60:18,23
132:2,7 178:25
**meet** 46:9 118:17
129:6 130:17,25
131:5,11 132:14,17
134:16 135:3,23
147:8,16 155:17
161:10,17,19 162:4
162:11 166:4,7,9
166:11,13
**meeting** 137:14,20

138:4,16,22 139:8
139:20 165:4,6
**member** 144:6
**members** 156:12,23
**mentioned** 42:1
43:12 44:14 49:8
54:20 67:23 68:11
80:13 113:25 151:5
154:6 157:2 162:14
**met** 46:17 118:14
132:10 133:9
135:25 136:5,6,18
138:15,21 139:1,3
153:2,7 161:8,24
162:19 164:8,22,23
**Metals** 12:7,9,16
**Metro** 154:3
**middle** 34:1 68:16
81:19,24 111:1
**mileage** 35:7,24
36:11
**miles** 35:13,14,17,21
61:19 121:4
**mine** 27:24 29:2
116:24
**minute** 84:24 85:1
104:14 166:22
**minutes** 16:8 41:20
56:7 60:13
**misleading** 55:15
56:14 57:4 99:1,22
106:8 115:23
**missing** 101:8
102:17
**misstates** 23:11
111:13,25 117:15
117:24 129:14
137:6 156:25
**mistake** 103:19
**misunderstood**
108:6
**model** 119:16
**modifications**
128:13
**mom** 11:9 160:11
174:15,16,20
**money** 160:21 161:2
**month** 24:17 29:11
32:19 65:12,14
70:8 132:22,24
133:8 137:4,10
172:1
**months** 11:19 12:17
17:9 23:23 24:20
24:23 25:1 29:13

29:15,17,19 36:11
40:12 69:20 153:5
153:10 177:8
**Moore** 130:15,18
132:17 133:2 150:7
151:4 160:7
**morning** 7:4 8:10,11
168:5,12,19
**MOSS** 3:4
**motor** 4:24 98:18
99:7,18 125:4
129:2,7,12,17,19
155:15
**Motors** 1:9 2:9,16
3:10 5:13 7:8,21,23
9:16 16:19 17:18
18:14,23 77:15
100:14 129:22
133:21 138:9
**move** 107:11 147:11

**N**

**N** 1:4 2:4 28:13
**name** 7:15 8:12
30:24 46:3 47:1
50:13,15 56:25
72:5,7 75:9 84:14
89:18 90:15,16
93:17 118:5,6
130:16 153:20,22
162:24 163:15
181:20
**named** 4:18 25:20
118:12 155:18,20
155:24 156:2,5
158:2,4,11,21
**names** 40:3
**narrative** 141:23
145:12
**National** 11:21 12:2
**nationwide** 154:14
154:18
**necessary** 75:3
**need** 51:9 60:13
74:20,20 78:19
81:14 122:6,9
145:14,19 178:13
**needed** 63:19 122:7
122:9
**negotiating** 37:2,3
**negotiations** 37:24
**neither** 181:16
**neutral** 59:15,20
60:6 61:2 62:23
63:17,20 64:9,16

64:23 65:1 66:4
67:24 68:12 69:6
69:13,25 70:6 88:3
127:24
**never** 25:19 28:6
36:16,17 86:21
122:17 123:11,19
129:9,12 146:5
**new** 5:4 33:6 35:14
35:18,19,20 53:3,4
**news** 42:14,15 44:10
108:22 109:9
**newspaper** 97:24,25
134:21
**nice** 171:25
**night** 62:22,25
**nodding** 157:19
**noise** 81:22 82:6
**nonresponsive**
107:11 126:10
**normal** 48:15 51:1
**notary** 178:13
**note** 67:6 72:20,21
73:9,19 140:4
**noted** 180:12
**notes** 110:12 168:21
168:24 169:1,5,8
170:22
**notice** 143:15,19,24
144:5
**noticed** 60:2 73:12
73:19 74:10
**notify** 159:25 178:7
**November** 90:7,9
95:20,24 96:3
**number** 7:8 10:14
15:17 16:21 19:24
20:16 22:16 25:12
27:14 30:21 36:2
38:12 60:18,23
73:1 77:19 81:25
89:20 100:16,17,25
100:25 101:3,4,9
102:14,16,20 103:5
103:25 123:23
132:2,7 173:7,8
178:25
**numbers** 103:3

**O**

**oath** 8:5,23 130:6,9
**object** 94:9
**objecting** 170:21
171:7
**objection** 107:5,5,7

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                    12/17/08

107:9 113:9,9,10
objections 151:23
  156:14
obligation 143:23
observe 108:25
obtain 14:20
obviously 42:12
  53:24 106:16
occasion 46:18
occasions 71:21
occurred 61:21,25
  66:4 67:22 68:9
occurring 65:14
odometer 36:3
offer 148:22
offers 171:20
office 130:23 161:12
  161:13 178:3,16
  179:7,7
offices 7:12
oh 26:22,24 29:8
  67:5 82:2 102:8
  103:6 104:11 108:6
  116:17 122:21
  141:10 153:6 158:4
  167:9,13 171:5
  173:14 178:15
okay 8:21 9:6,10,14
  29:5 30:5 54:13
  55:20 56:2 62:13
  68:2 82:9 88:15
  103:10 104:7
  105:11 108:18,21
  152:4 177:17
old 9:23 11:4 72:14
  72:17,18,22 73:8
  96:9
Olympic 3:5 161:15
once 45:16,19
  171:20
ones 115:8 164:5
one-hour 169:23
OPERATOR 7:4 8:1
  16:10,14 60:16,21
  85:5,9 88:16,20
  93:3,6 104:15,18
  131:23 132:1,5
  165:13,16 176:4,8
  178:20,22
opinion 89:4,8 91:11
  96:25
opposed 42:16
opposite 117:14
options 32:8,12,15
order 43:23 145:2

Ordinarily 177:20
ordinary 47:10
original 104:25
  105:7,8,10,10
  178:2,11,17 179:10
  179:14 181:13
outside 63:14
overall 109:13
owned 121:3
owner 5:17 30:18
  68:17
owners 5:15 121:13
  121:21 122:3,5,7
  122:14,17
owns 117:19 119:9

———————
P
pads 83:10 85:23
  86:2,18
page 4:9 5:3,5,8,9,11
  5:12,22 6:3 8:20
  28:8,9,10 34:1 36:2
  68:17 100:17,25
  106:1 173:14,17,18
  173:18
pages 4:10,12,14,15
  4:17,19,21,23,24
  5:6,14,18,19,20,23
  134:23
paid 70:25 79:17
  93:9,12 95:4,11
Pantea 3:12 7:20
  60:11 102:19
paper 169:12
papers 103:19
  105:15
paperwork 49:16
  67:6,8,16 164:11
  164:13,14
park 3:20 59:13,19
  60:1,4 63:23 64:2,5
  64:22 65:17,24
  88:4
parking 51:8,10
  57:11,15 58:8,9,11
  58:12,15,15 59:6
  59:14,16,16,22
  60:3,8,10 61:3,8
  62:3,23 63:17,22
  63:25 64:2,5,8,15
  64:22,25 65:17,23
  65:25 66:1,2,5,8
  67:23 68:10,14
  69:5,12,24 70:5,12
  70:21 72:23 73:10

73:10,21 74:15,20
  74:22 76:13 77:4,8
  77:10 78:4,8,17
  80:1,25 81:2,4
  82:25 86:22 88:2
  88:10,25 89:3,7,8
  89:14 90:13 91:3,4
  91:11,17 92:1,4,16
  92:18 93:9 94:7,18
  95:16,18,23 96:9
  96:14,17,20 97:1
  98:7,9 99:14,16
  106:11,15,17
  107:18 108:1,12
  109:1,5 116:3,12
  116:21 117:2,3,9
  117:11,18,19 118:1
  119:5,22 120:1,5,7
  120:13,20,23 121:3
  121:8 122:11,15
  124:18 125:8 128:2
  128:10,14 130:1,2
  132:15 134:14
  136:7,12,19 140:15
  140:16 145:15
  146:3 155:11,13
  156:16 158:18,25
  164:13 176:13,15
  176:23 177:4
part 96:10 105:6,10
  106:10,12 142:19
  150:3 164:25
participated 13:2,5
particular 39:12
  44:5 62:22 64:17
  105:15 110:13
  114:24 150:12,23
  151:15,21 152:8,10
particularly 86:17
Parties 28:10,12
party 14:20 16:18
  96:2 134:19,20
  181:18
pass 81:22 106:14
  107:10
passed 106:3 108:4
passenger 5:14 82:6
  100:15
pay 36:18 41:15
  66:10,23 69:1,17
  69:18 75:15,22
  143:24 144:4,16
  145:1 160:23
  174:12,14 175:23
payable 12:19

paying 36:22 144:23
payment 5:22 79:20
  171:18,21,23
payments 171:22
penalty 178:13
  180:10
pending 7:8 143:13
people 72:11 75:4,6
  83:15,16 141:21
  142:2,3,4 145:14
  145:18,23 146:2
  154:13,14 155:7,10
  155:13 176:13,15
  176:22
percent 31:22,23,24
percentage 31:17,25
percentages 31:21
Perez 106:2
perform 42:24
performance 109:5
  125:1
period 21:15 97:10
  136:11 138:11
  169:23 178:4,6,15
perjury 178:13
  180:10
person 46:12,25
  48:19,24 54:6,8,8
  54:16 56:20,21
  70:14 83:19 84:5,7
  84:10 117:25 118:3
  118:4 137:3 157:3
personal 147:23,23
  147:24 148:5,5,16
  148:17
personally 144:4,23
  156:4,11,21,24
  158:1,9,19
person's 84:13 118:5
pertains 181:12
picked 86:16,25 87:3
Pico 10:5
pictures 95:18
piece 169:11
place 87:14 90:14
  125:19,19 181:5
places 89:6
plaintiff 4:10,13
  15:12 16:1 17:24
  19:4 20:3 118:12
  156:2 159:3
plaintiffs 1:7 2:7 3:3
  4:19,20,22 7:25
  25:20 28:12 155:18
  155:21,24 156:6,22

158:3,5,12,21
Plaintiff's 26:14
  27:18
please 7:18 8:12
  54:11 67:25 68:4
  94:20 107:5 113:9
  113:18 126:21
  130:8 136:14
  146:17,21 151:10
pocket 70:25 145:2
point 18:17 21:13,16
  21:20 25:6 74:3
  75:19 105:18 127:5
  127:5
pointing 173:13
Pontiac 34:19,22
position 11:22 12:18
  58:16
positive 44:25
possession 105:18
possibly 29:20
  119:13
Post-its 159:14,14
potential 144:5
potentially 144:16
power 152:20
PP3301 72:25
predelivery 102:3
  103:16 104:21
  107:17,24
preinspection 106:3
  108:9,14
prepare 161:6
  162:20 165:8
present 50:19
pressed 48:11 49:25
  59:14
pressure 51:17,18
prev 111:9
previous 46:18
  111:10,10 113:5
  143:6 147:11,12
  156:25
previously 52:23
  72:25 77:18 79:5
  89:21 100:5 121:18
  122:25 123:25
  128:11 171:12
Pre-Delivery 5:13
  100:14
price 36:18,20 37:2,5
  37:6,9,25 38:3 41:1
  41:6 111:6,21
primarily 128:6
principal 31:1,14

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

ROBIN GONZALES                                          12/17/08

printed 105:9
prior 17:16 18:1
  42:11 44:14,24
  45:22 46:14 76:7
  91:23 94:5 95:19
  95:23 96:2 97:9,13
  97:16 98:14 99:25
  106:20 108:22
  112:6 118:17,20
  121:25 123:16
  132:14,20,24 133:8
  133:24 134:10
  136:5,7,11,19
  137:4,10,19 138:3
  138:11 140:12,15
  153:8,9 155:16
  165:20 168:4,10,18
  181:6
privilege 170:23,25
  171:8
probably 97:10
  101:12 119:21
  132:21 171:24
  173:9
problem 70:5 83:1
  118:1 119:24
problems 64:4,7
  66:19 70:20 88:1
  88:10 98:7 120:5
procedure 5:14
  100:15 104:22
proceeded 60:8
proceedings 16:13
  85:8 93:5 132:4
  181:4,6,8,14
produce 26:3 175:16
produced 87:17
  101:15,19,23 102:1
  102:24 164:17
  169:2,4 170:22
  171:1
product 124:11,14
production 4:19,21
  4:23 14:22 15:2
  25:20 26:9,15,21
  27:19 165:1
properly 51:22 117:2
  117:4,10,13,18,20
  127:13,15
prosecute 144:11
  145:2
protect 147:22 148:4
  148:15
provide 17:11,16,20
  20:7,9,25 21:2,7

26:2 58:11,13
  103:11 104:23
  164:7
provided 17:14 20:9
  21:4 124:11,22
provides 103:12
providing 22:4,10
  143:18
public 1:6 2:6 178:14
Pulgarin 1:4 2:4
  28:13
purchase 33:8 39:2
  45:21 48:22 52:11
  52:17 109:10,23
  112:11 113:25
purchased 30:24
  35:8 38:5 43:17
  45:9 46:5,15,23
  47:7 49:13,16,19
  53:11 98:16 105:24
  122:2,18,21
purchasing 42:11
  45:13 52:1,14
  98:13,14 99:25
  106:21,24 108:22
  111:18 121:14,25
  123:16,20 124:12
  124:16
purported 159:4
purposes 32:6
pursue 144:16 145:2
  150:12,22 151:14
  151:21 152:7,10
pursuing 141:14
  144:24
push 51:11
pushing 51:19
put 8:22 34:12,13,25
  35:3,4 59:4,6,13,16
  59:18 60:6,7,9
  63:16 74:8 127:24
  145:15 172:5
putative 147:9
p.m 2:18 7:2
P.S 51:19 56:2
P3010 100:5
P3011 100:5
P3012 52:24
P3260 89:21
P3274 124:1
P3275 124:1
P3317 79:6
P3319 77:18
P3337 171:12

Q
question 9:4,7,8,13
  15:9 17:19 19:1,10
  19:16 22:14 23:4
  28:20 52:18 54:12
  68:3,5 76:16 107:7
  107:19,21 108:8,13
  108:19 109:16,17
  109:18 110:11,12
  110:13,16,17,20,22
  110:22,24,24 111:1
  112:7,20 126:3,12
  126:22,24 129:8
  134:4,8 138:18
  141:9 147:11,12
  149:14 151:7,11
  152:3 154:24 155:5
  158:7 162:8 167:7
  167:8 168:6 173:1
  175:13
questions 17:11
  48:1,4 55:13 56:7
  62:12,14 113:13
  136:15,16 165:24
  169:10,11,16,19,22
  170:3,10,16 176:17
  177:19
quote 115:8 145:19

R
radio 32:9 41:1,6
  114:22
raining 63:5,6
Randolph 3:16
rattle 80:10
rattling 81:22 82:5
read 21:23 29:5 34:5
  68:6 82:4 97:25
  99:1,4,21 103:25
  107:22 113:18,21
  117:7 122:3,5,7,17
  124:8 126:23
  138:19 148:12
  149:7,20,21 150:20
  151:12 158:8 168:7
  172:20 180:10
reading 36:4
realize 57:14
really 103:1 106:14
  177:10
rear 92:13,14
reason 9:20 43:2,6
  59:15 60:7 82:18
  99:20,20 127:20,22
  128:4

rebate 38:8,10,15,17
  38:18,20,24
rebates 38:5
recall 12:6 21:8 22:4
  23:8,9,17,19,22,23
  24:10,13,16,19,22
  24:25 26:17 27:9
  28:7,15,17 29:6,8
  29:21,24 32:10,13
  32:14,16,19,21
  33:14 34:21 35:7
  36:21,22,23,24
  37:1,3,4,6,8,10,11
  37:13 38:16,18,20
  39:25 40:1 42:2,9
  43:18,19,20 44:6
  45:15 46:17 50:11
  50:12,19 55:25
  56:1,17,21,25
  57:16,17,23,23
  58:3,6,10,18 60:7
  61:12,13,18 62:24
  66:7,24,25 67:2
  71:11,12 72:4
  81:11 82:16,23
  83:3,21 84:17,18
  84:21 85:20,21
  86:1,4,5,8,19 89:13
  90:17,18 91:24,25
  93:17,17 99:24
  105:12,14,16
  106:18,20,22,23
  112:10 114:22,25
  115:19 122:12,13
  123:9,12 124:8,14
  124:15 129:23,24
  131:13,20 135:22
  136:9,10,10,18
  137:17,18,22,24,25
  138:1,7,13 153:17
  162:1 172:14
  173:20
recalled 38:19
  108:22
receipts 16:6 67:18
  67:19
receivable 12:1
receive 105:18
  121:13,25
received 38:16 87:2
  105:14,23 124:5
  173:20,23 174:1,2
  174:4,6,8
receiving 105:12,14
  123:9 124:15

recess 60:20 88:19
  165:15 176:7
recognize 16:24
  20:5,19 22:19
  25:15 26:16 27:20
  33:20 52:25 89:24
  100:8 121:23 123:4
  124:3 159:13,16,17
  171:15 172:10
recollection 26:19
recommended
  90:18 136:23 137:1
record 7:5 8:13
  16:10,12,14 60:16
  60:19,21 68:6
  81:17 85:5,7,9
  88:16,18,20 93:1,3
  93:6 104:12,15,16
  104:17,18 107:22
  113:21 117:7
  126:23 132:1,3,5
  138:19 148:12
  149:7,21 150:20
  151:12 158:8
  165:13,16 168:7
  172:20 176:4,6,8
  178:24 179:1,3
  181:7,10
record's 54:11
refer 9:15
referred 129:1
referring 9:15 38:11
  39:21 41:18 49:9
  53:14,17 73:9
  75:24 115:4 173:17
refers 76:1 101:10
reflected 20:11 21:1
  92:21
reflects 105:2
regarding 37:25
  38:3 47:25 48:9
  89:8 124:17 141:13
  143:18 144:23
  149:4,11,18,25
regardless 147:23
  148:5,16
registered 30:18
regular 59:8 60:9
regularly 82:21
  147:8,16
regulator 82:8
reimburse 94:5
  176:14
reimbursed 93:14,16
  93:18,19,20,25

ROBIN GONZALES                                    12/17/08

| | | | | |
|---|---|---|---|---|
| 94:17 95:8,13 | 78:17 90:3,5,9,12 | **reside** 10:4 | 30:14 35:10 37:23 | 78:3,6,11 79:12 |
| 145:15 | 90:19 91:4,4,8 94:6 | **residential** 128:7 | 42:12,17 43:22,25 | 89:1,4,9 91:20 96:4 |
| **relate** 13:3,6 | 128:9 | **resistance** 48:13 | 44:1,3 45:25 46:13 | 96:6 138:10 |
| **related** 14:4 92:16 | **repaired** 89:1,3,8,9 | 50:2,5 51:14 58:11 | 46:16 53:5 57:1 | **safe** 41:9,25 99:12 |
| 101:16 121:7,10 | 89:15,17 91:12 | 58:13 | 64:11,24 69:2,9 | 99:13,16 114:1,5,8 |
| 133:2 164:13 | 92:19 120:7 132:15 | **respect** 83:6 103:16 | 70:2,6,9 74:2 75:20 | 116:1,3,13 125:25 |
| 167:20 168:17 | 133:24 134:11,14 | 104:24 107:17,25 | 78:12,13 79:18,24 | 125:25,25 126:8 |
| **relates** 122:15 | 136:20 140:12,15 | 135:5,14 | 79:25 80:2,14 | 127:8,8,21 |
| **relating** 152:21 | 140:17 | **Responding** 28:10 | 82:24 84:3,8,14 | **safely** 125:21,24 |
| **relation** 167:24 | **repairing** 91:3 93:9 | 28:11 | 85:2 86:10,12,22 | 126:3,25 127:4,7 |
| **relationships** 133:5 | 94:17 | **response** 4:10,13,15 | 86:25 87:4 92:10 | 127:23 |
| **relative** 181:17 | **repairs** 66:23 70:24 | 4:20,22 15:13 16:1 | 92:13,21 96:20 | **safety** 98:18 99:8,18 |
| **reliable** 125:11 | 75:15 77:7 81:13 | 18:22 19:5 20:4,22 | 100:1,2 101:20 | 128:17,22,25 129:2 |
| **relied** 51:25 52:14 | **repeat** 17:19 19:1 | 27:18 36:2 101:12 | 103:2,6,8,22 104:3 | 129:7,13,18,19 |
| 110:7,7 111:4,11 | 68:5 107:20 126:22 | 104:24,25 135:10 | 104:13 105:8,18,24 | **sales** 4:24 13:22 |
| 111:17 112:10 | 151:11 168:6 | 140:1,3 | 105:25 108:16,23 | 103:24,24 104:4 |
| 113:23 | **rephrase** 9:9 19:13 | **responses** 4:17 | 111:8,21 112:13 | **salesperson** 46:1 |
| **relief** 148:23 160:16 | 22:7 52:4,4 76:17 | 17:17,25 18:6 19:6 | 114:2 115:12,21 | 55:5,12 |
| 161:1 | 128:20 152:3 173:1 | 20:25 21:3,23 22:5 | 120:18 121:8,9 | **Sarnoff** 3:20 7:16 |
| **rely** 109:8,15,21 | **replace** 78:4 | 22:11,23,25 23:2,6 | 122:16,20 123:20 | sat 165:21 |
| 110:1 114:4,10 | **replaced** 91:17 | 23:10 26:14,20 | 124:9,10 129:10,13 | **Satisfied** 5:4 53:4 |
| **remember** 17:4,10 | 92:15 95:16,19,23 | 27:5,11 28:16,21 | 130:6 131:24 | **saw** 27:1,2 41:15,21 |
| 18:21 21:12 22:4 | 96:2 130:2,3 136:8 | 28:22,23 29:1,4 | 133:25 134:1 135:9 | 42:7,10,15 44:9 |
| 22:10 25:21,22 | **replacing** 96:14,17 | 36:5 101:1,5 | 146:6,8 156:21,24 | 109:3,9 121:7 |
| 26:5,8 37:19,21,24 | **report** 5:23 68:20 | 102:14,18,20,23,23 | 157:23,24 162:17 | 168:21 |
| 38:2 45:18,20 46:1 | **Reported** 1:21 | 105:1,1,2 172:3,17 | 165:2 167:21 171:5 | **saying** 98:16 99:15 |
| 47:1,8,10,12,15,18 | **reporter** 2:20 62:15 | 172:23 173:3 | 178:2 179:12 | 116:8 127:20,22 |
| 47:21 48:24 49:3,5 | 113:17 136:15 | **restaurant** 135:25 | **ring** 47:3 | 140:13 |
| 58:14 59:10 60:1 | 171:3 181:2 | 136:1 | **Rivera** 10:5 | **says** 28:9,11,12 34:2 |
| 63:2,5,7,16 64:21 | **Reporters** 3:20 7:16 | **result** 69:5 95:16 | **Robin** 1:4,15 2:4,15 | 36:3 38:9 53:7 55:1 |
| 65:10,16,22 67:3 | **reporting** 70:20 | 127:13,18 161:2 | 4:3,10,13,15,16 7:6 | 55:4 68:17 71:25 |
| 70:14,17,20 71:4 | **represent** 94:3 | 169:19 170:10 | 8:4,14 15:13 16:1 | 73:9,21 79:1,23 |
| 72:5,7,10,18 74:7 | 135:1,13 147:22 | **results** 109:4,8,22 | 17:24 19:4 20:3,22 | 81:20 83:17 173:18 |
| 74:25 75:9 76:5 | 148:4,15,19 154:13 | 111:4,19 112:23 | 22:22 28:13 60:24 | 173:18 |
| 80:23 81:5,8,9 | 154:21 155:2,8 | **retain** 139:19,22 | 132:8 173:3,6 | **school** 12:23 |
| 82:13 83:7,8,11,14 | 156:13 | **retained** 133:11,14 | 178:23 180:9,19 | **scope** 157:6,12 |
| 84:13 86:15 89:18 | **representative** | 140:11,14 | **ROBINS** 3:7 | **search** 113:6 |
| 91:22 92:3 98:24 | 145:6,9 146:5,11 | **return** 178:16 | **Rock** 115:1,2,20,23 | **season** 139:25 |
| 100:9,9,11 108:18 | 147:3,7,15 149:2,9 | **returns** 175:9 | **roll** 58:23,24 59:2,3,4 | 140:22,23,23,25 |
| 108:19 111:8 112:1 | 149:16,23 | **review** 16:3 18:1,4 | 59:17,17 60:8 64:1 | **seat** 32:9 82:6 |
| 112:4,5 115:2,6,8,9 | **representative's** | 18:13,16 21:9,15 | **rolled** 58:22 59:11 | **seats** 40:25 41:5 |
| 115:10,11,13,16 | 147:22 148:4,14 | 21:17,18,20,22,22 | 84:1 | **second** 48:20 54:19 |
| 124:5,21 131:18 | **representing** 145:13 | 21:23 23:6,16,18 | **Ronda** 1:4 2:4 28:2,4 | 67:25 92:24 106:1 |
| 132:16 134:17,18 | 145:18,24,25 | 23:20 24:1,4,5,7,12 | 28:12 118:9,10 | 178:19 |
| 136:21,24 137:8,12 | **reputation** 45:2,5 | 27:5 87:6 181:14 | 159:3 | **seconds** 110:25 |
| 139:24,25 140:2,6 | **request** 68:17 | **reviewed** 18:20 | **room** 83:9 | **section** 73:20 77:4 |
| 140:7,9,10,11,14,18 | 171:19 | 23:14 24:3 25:5 | **Rosana** 1:4 2:4 | **security** 4:24 |
| 146:13 153:1,4,7 | **requested** 181:15 | 53:24 123:19 | 28:12 | **see** 15:10 17:3 26:23 |
| 161:24 163:3,6,9 | **requesting** 25:23 | **reviewing** 21:12,14 | **rotors** 92:13,13,15 | 28:11 29:7 34:3 |
| 163:17 164:12 | 32:14 | 21:15 23:9 24:10 | **row** 44:18 | 53:9 55:1,7 68:16 |
| 171:24 173:24,24 | **requests** 4:18,21,22 | 24:13,16,19,22,25 | **rules** 8:17,19 | 68:22 81:20 82:1 |
| 174:5,7,9 | 14:21,22 15:2 | 26:20 29:21 106:18 | **run** 42:18 80:22 | 83:9 89:2 98:14,21 |
| **rent** 95:1 | 25:19 26:5,9,15,21 | 106:20,23 172:14 | | 98:22 100:19 |
| **rental** 13:22 95:4,9 | 27:19 | **revoked** 175:1 | | 103:23 104:2 |
| **repair** 5:12 13:19 | **research** 44:11 | **right** 14:20 24:8,9 | **S** | 105:17 106:5 |
| | | | **S** 5:9,10 77:12,14,23 | |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**ROBIN GONZALES**                                                    12/17/08

120:19,22 121:2
168:13
seeing 26:8 28:15
  29:6 99:24 108:22
  159:23 173:24
seek 135:13,14
  156:13
seeking 148:23
  154:21 155:1,7
  161:1
seen 15:21,23 25:17
  25:19 26:22 28:6
  28:20 29:3 100:10
  159:20 172:12
  173:10
seminars 13:3,6
send 178:16
sense 121:1
sent 164:23 178:3
  179:10
September 77:25
  79:15 138:10
Sere 3:19 7:15
series 56:6
served 15:1,4,7
  17:17,22 18:2,14
  20:8 21:10 22:6
  23:7,13 36:6
service 66:17 75:7,7
  76:11,15,23 83:15
Services 11:21
session 113:5
set 4:10,11,13,15,17
  4:21,22 15:13 16:2
  17:18 18:23 19:6
  20:4,23 22:5,23
  23:3 26:15,20
  27:19 64:2 101:2
  172:3,17,24 173:3
  181:5
SHARON 1:21 2:19
  181:24
sheet 83:17
shop 39:1 91:10
shorthand 2:20
  181:1,8
show 15:10 42:14,15
  44:10 108:22,25
  109:3,9 111:19
showed 74:3,8 114:7
showing 27:22
shown 26:6 98:20
  99:9 162:20,25
  163:4,21
shows 42:1,7 79:17

sic 93:4,7 104:16
side 172:15
sign 178:6,12
signature 27:23,25
  28:3,5,7,18,19,24
  53:19 106:1,5
signed 28:21,22,25
  178:10
signing 37:14
silly 116:25
Silverado 5:15 30:11
  30:16,23 39:19
  40:8,11,18 41:3,14
  41:22 42:8,11,12
  43:3,4,7,8,14 45:10
  45:14,24 47:13,16
  47:23 48:1 51:10
  52:7,11,14 61:4
  98:13,15 108:23
  109:10,23 111:18
  112:11 113:24
  114:11 115:4,7
  117:19 119:13,18
  121:22 123:13
  124:13 125:1 177:2
Silverados 109:6
  117:3,12
similar 159:5
similarly 1:6 2:6
sit 19:15,20 20:12
  22:1 24:9 25:9
  27:11 30:1 96:25
  122:13 159:22
sitting 150:6 159:2
situated 1:6 2:6
six 25:1 157:15,22
skip 171:18,21,23
slanted 62:10,20
sliding 58:18
Slightly 62:10,20
slope 62:7,18,19
  64:13 65:2
somebody 74:4
  76:22 80:24 81:2,6
  81:9 84:2 103:21
  137:7
son 11:10
sorry 30:13 31:5
  50:8 62:13 71:15
  74:17 103:9 106:19
  129:18 134:13
  136:6 153:6 162:10
  165:5
sort 13:23
sought 133:17

135:16,18,19
source 174:3,10
South 2:16 3:13 7:13
Southland 5:21
spacious 43:9
span 121:4
speak 155:20 170:2
special 32:12 43:23
specialist 11:23,24
  12:1
specific 26:19 41:13
  42:4 84:13 86:8
  110:22
specifically 82:13
  106:12 115:16
Speedway 3:8
spelling 153:22
spend 31:18
Spiro 3:4,4 4:6 7:24
  7:24 14:9 15:15,18
  16:9 18:7,25 19:8
  21:2,17 22:8,12
  23:11 25:24 28:2
  30:14 31:7,10
  37:15,18 52:3,16
  52:18 56:5,9 60:4
  60:11 65:19 67:25
  81:16 84:25 85:2
  88:5,15 92:23 94:8
  94:14,19,24 96:21
  99:3 102:4,8,12,19
  103:1,6,8,14,18
  104:2,4,7,10,13,20
  104:23 105:4,8
  107:2,6 108:5
  109:11,24 110:3,19
  110:23 111:13,25
  112:12,16,25 113:4
  113:10,12,15 114:6
  114:13 117:5,14,21
  117:24 121:10
  125:2,7,12,16,23
  126:5,11,13,16,20
  127:2 128:19
  129:14 130:8,17,19
  130:21 131:1,4,5
  133:1,13 134:4,7
  135:18 137:6 138:5
  138:12 139:4,9
  141:5,7,10,15,23
  142:5,15,20,25
  143:3,20 144:1,7
  144:12,18 145:3,12
  145:20 146:1,7,12
  146:17,21 147:1,10

147:18 148:1,7
  149:5,19 150:5,14
  150:17 151:4,23
  152:12,15,22
  154:16,22 155:3,9
  156:7,14,19,25
  157:8,13 158:4,22
  159:6,14 160:7,18
  161:3 163:12 164:2
  164:18,20 165:2,10
  165:12 166:7,11,13
  166:22 167:6,9,13
  167:25 168:13
  169:3 170:12,18,24
  171:5,9 173:12
  175:13,17 176:18
  176:20 177:17,20
  178:1,21 179:5,12
spoke 55:23 70:15
  72:7,11 84:10
  131:8 135:7 137:4
  137:11 169:24
spoken 48:18 160:6
  160:9
stand 116:4
standards 98:18
  99:8,18 128:17,23
  128:25 129:2,7,13
  129:19
stands 129:1
start 131:3 142:18
  142:23
started 168:5,11
starting 168:19
starts 157:14
state 1:1 2:1 7:9,19
  8:12 107:5 113:9
  175:9 180:16 181:2
statement 56:1,12
  98:25 99:21 107:9
  115:2,19,22
statements 51:24
  115:6 124:18
states 68:18 81:21
  81:25 82:3,5
static 150:17
stay 60:13
Steering 32:11
step 73:18,18
stick 59:20
sticker 36:18,22
stipulate 31:7 102:2
  102:4 103:15
stipulated 104:20,23
  179:4

stipulating 105:9
  179:12,13
stipulation 177:21
stock 175:5
stop 59:18 60:9
  92:23
straight 50:6
strategy 149:18,25
  150:12,23 151:15
  151:22 152:8,10
Street 2:17 3:13
  7:13 10:12 154:3
streets 128:7
strike 20:24 23:1
  42:14 52:7 63:25
  73:4 81:22 106:19
  107:11,14 127:21
  137:25 147:11
  157:25 165:5 174:6
stuff 105:9
style 39:16 40:21
  41:3
subscribed 181:20
sucked 135:16
sue 129:21 133:20
  138:9
sued 175:22,25
suing 141:21 142:2
Suite 3:20
Superior 1:1 2:1 7:9
supplemental 4:13
  4:16,20 20:3,7 22:5
  22:10,22 27:18
  102:23,23 103:12
  105:1 165:1
supplemented
  102:21
support 11:13
supports 174:16
supposed 41:9 149:3
  149:9,17,23
sure 8:16,19 16:9
  21:16,23 27:6
  29:21 48:15 61:20
  61:24 62:11 80:17
  92:2,25 100:10
  102:13 103:4,14,19
  105:4,21 119:12,13
  130:4,4 157:15,17
  157:23 165:11
  177:23
suspended 175:1
swear 8:1
sworn 181:7
system 5:5 50:1 53:3

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**ROBIN GONZALES**                                                **12/17/08**

53:5 54:20 61:8
65:17 66:5 77:8
78:4,9,17 86:22
88:2 94:7,18 95:16
95:19,23 96:9,14
96:17,20 97:2 98:7
98:9 109:1,5 119:6
121:8 122:11,15
systems 120:20

T

tag 98:15,22
take 16:7 56:5,8
60:14 65:6 80:7
81:12 84:25 85:3
88:13 90:4,8,11
93:1 95:18,22
103:18 113:6
165:10 169:8 176:2
177:1
taken 2:15 7:11
181:4
talk 49:12 84:24
92:13 98:10 118:20
132:19,23 134:10
134:13 178:18
talked 49:15 61:1
71:25 98:1,3,8
108:21 119:19
120:16 132:21
134:3 162:25
163:25
talking 56:17 75:4
88:24 118:10
165:19
tape 131:22
tax 11:21 175:9
Technologies 3:20
7:16
telephone 132:19,21
132:23 137:13,16
137:18
television 42:1,6
97:20 114:20,23
tell 9:5,11,23 15:25
16:3,4 20:2,21
27:17 33:22 37:1,4
39:4 41:24 47:5
48:8 53:2 66:6,25
67:15 69:1,17 73:5
74:6,14,17 78:16
79:10 85:23 86:18
100:13 107:6
119:22 126:17
139:16 160:3

177:14
telling 83:7,11 86:1
ten 10:24 16:8
ten-minute 176:2
term 97:6,17 116:6
116:10 121:10
166:13
terms 37:8
test 41:10,21,24 42:7
42:10,15,18,22
44:9 107:10 108:21
109:4,9 110:8
111:4,12,19 112:22
114:2,7,11
testified 8:6 133:23
166:21 167:11
testifying 181:7
testimony 9:21
23:12 111:10,10,14
111:25 117:15,24
129:15 137:6 157:1
166:18 168:3,9,13
180:12 181:11
testing 109:1
tests 41:16,17,18
109:22
test-drive 46:4,7
47:8,9
test-drove 47:6
Texas 3:8
Thank 165:12 179:2
Thereabout 131:10
thing 78:18 94:19
167:13
things 40:22,23 41:24
81:25 109:12 122:9
159:17
think 36:19 41:7
44:4 47:13 54:1
61:18,21 68:13,24
82:18 89:5 95:10
99:11,13,21 101:10
101:11 107:2
116:20 117:15
120:25 124:20
130:10 139:7
143:23 145:24
149:2,8,16,22
176:11 177:18
third 96:2
thought 45:7 92:10
138:5 151:9 158:4
162:9 171:25
173:10 177:9
three 24:23 29:15

61:19 71:16,18,21
111:17 131:19
132:11 139:17
time 11:17 17:3
26:23 27:2 29:7
31:18,19,20,22,23
31:24,25 35:8
36:25 41:16 57:14
58:3,6,10,14 59:10
60:1,2 61:7 63:2
64:7 69:16 70:18
71:5,6,8 73:12
87:23 95:1 97:10
100:11 104:10
113:6,7,19,19
116:7,10 119:19
121:13 130:25
131:6,8,12 135:24
136:11 138:15,20
139:1 148:10 149:6
150:19 153:1,7
159:23 162:4,11
168:4,10,18 174:5
174:7 176:3 178:4
178:6,10,15,18
181:5
times 45:12 71:12,16
71:18
Timothy 46:3,7,9,12
46:14,17 47:16,19
52:6,9 54:16 55:4
56:18
Tire 5:12 90:2,4,9,11
90:19 91:4,7,23
92:12,14,19 93:10
94:6 95:2 128:11
128:15 130:2,3
132:15 133:24
134:14 136:8,20,23
137:1 140:13,16,17
tires 32:11 133:24
134:11 136:6
140:12,13
title 164:15 74:8
titled 15:12 124:1
titles 75:6
today 7:4 8:18 9:21
14:23 19:15,20
20:13 22:2 24:7,11
24:12 25:9 27:11
30:1 31:8 35:24
97:1 122:13 130:6
159:22 161:7 163:1
164:1 165:8 168:24
177:8 178:5

told 67:2 74:11,16,25
75:13 83:14 86:20
91:8 137:7,8 177:8
top 53:9 83:17
topics 167:20
total 79:17
Toyota 39:7,9,10,12
39:18,20 42:21
43:3,4,7
trade-in 34:13,14,16
35:1
trading 37:21
training 13:2,6,9,12
13:15,18,21,25
14:3
transcribed 181:9
transcript 113:20
178:3,7,9,12,17
179:6,11 180:11
181:10,13,15
transported 125:22
126:4,25 127:7,23
trial 14:21
tried 58:12 60:1,4
103:21 127:25
truck 5:17 30:12,13
31:6,7,12,18 32:6
32:12,15,17,25
33:6 34:10,12 35:7
36:18,20 37:2,5,7,9
37:17,19,22,25
38:3,6 39:2,13
40:10,13,14,22,24
41:12 43:19,23,25
44:7,11,15 45:9,19
45:22 46:4,15,24
47:6,24 48:19,22
49:11,13,16,20
52:1 56:20 57:8
58:18 59:17 60:8
66:13,16,20,22
74:20 75:2 78:25
79:3 84:1 85:17,19
87:15 90:11 91:4,7
91:23 94:6 95:1,22
96:1 98:14,21,23
99:25 100:11,23
101:16 105:24
106:16,18,21,24
107:14 111:23
119:9,10,12,14,17
119:25 121:3,14
122:1,18 123:7,20
124:16,19,22
125:21 126:3,25

127:8,13,21,23
128:6 129:6 164:15
trucks 5:14 39:5,17
40:7 41:25 100:15
114:19 128:18,23
146:2 154:14
155:15 176:14,23
true 18:22 19:5,15
19:17,18,20 20:12
22:25 27:10 30:1
179:13 180:13
181:10
truthfully 8:25
140:18
try 64:15 89:7 177:23
177:24
trying 64:21 103:23
Tundra 39:14,15,18
42:21 43:3,4,7
Tundras 42:25
TV 41:19,21 111:19
twice 47:13 127:2
two 29:13 40:6 43:13
43:21 44:4,18,22
60:13 69:20 71:16
71:17,21 89:6
119:21 120:17
139:14 140:24
153:14,18
type 13:5
typical 158:2,10,20
158:24

U

Uh-huh 28:14 34:4
68:21 76:21 82:22
115:3,5 123:8
ultimately 89:14
undersigned 181:1
understand 8:22 9:2
9:7,8,12,18 14:24
15:9 19:9,12 22:13
28:19 76:15 81:12
129:8 130:5 149:13
150:2,3 151:7
152:5 154:23 155:4
understanding
144:10 145:8
147:21 148:3,13
understood 9:12
unfortunately
133:13
Union 5:21
use 32:6 60:10 61:3
62:3,22 63:17

**Page 193**

ROBIN GONZALES                                    12/17/08

64:15,22 65:23
66:5 127:25 128:6
**usually** 66:13,15
85:23 86:17 97:25
114:23
**U.S** 98:17 99:7,17

_____

**V**
**vague** 14:9,9 18:7,7
18:25 19:8 21:2,3
21:17 22:8,12
37:15,18 52:3,16
99:3 112:16 114:6
114:13 121:10,11
125:2,7,12,16,23
126:7 128:19
130:21 133:13
138:5,12 139:4,9
142:15,20,25,25
143:3 144:1,7,12
144:19 145:3,20
146:1 147:10,18
149:5,19 150:14
152:12,22 154:16
154:22 155:3,9
156:8,25 157:8,13
158:5,22 159:6
160:18 161:3
163:12 166:13
167:25,25 168:13
175:14
**value** 35:3
**vehicle** 4:24 5:4
30:20 36:14 53:3,4
53:12 57:20 62:2
65:24,25 66:2 67:4
70:18,23 71:14,18
79:21 81:13,15
84:8 98:16 99:6
100:16 101:2,4,11
103:17 104:5,22
105:3 106:3 107:10
107:14 112:22
113:3 120:24
123:17 127:16,17
127:18 129:2,7,13
127:19 177:5
**vehicles** 109:4
**vehicle's** 128:14
**verification** 28:22
29:1
**verified** 36:5
**versus** 7:7 31:18,19
**video** 7:4 8:1 16:10
16:14 60:16,21

85:5,9 88:16,20
93:3,6 95:22
104:15,18 131:23
132:1,5 165:13,16
176:4,8 178:20,21
178:22
**Videographer** 3:18
**VIN** 100:16,21 101:5
101:10 103:5,13,25
104:5,25 105:3
**visit** 39:24 40:2,5
43:21 45:12 66:6
67:21 68:8 69:4
70:8 71:8 72:13
77:22
**visiting** 67:9
**visits** 72:8
**vs** 1:8 2:8

_____

**W**
**wait** 103:6 166:22
**walk** 46:11
**want** 68:1 74:12,14
74:18 80:22 131:21
131:23 148:9
163:14 171:23
172:2 177:23,23
**wanted** 40:22,23,25
44:2,5 45:23
150:11,22 151:14
152:7 171:24
**warranties** 14:4,5
**warranty** 5:17,19
61:14,16,24 66:8
70:24 74:10,19
75:2 78:19 120:10
123:6,9,12,16,19
124:2
**wasn't** 38:19 42:17
42:18 51:21 63:6
66:1,2,7 68:25
66:17 74:19 78:18
78:24 80:9 88:6
106:11,15 109:13
127:15
**Way** 10:5
**weather** 62:21
**Wednesday** 1:17
2:18 7:1
**week** 17:7 23:18,20
23:21 24:14 26:25
29:9 65:8 131:7
132:18,20 139:7,17
153:6,8,9 161:8,11
161:25 162:2,3,5

162:12,19 163:4,23
164:8 165:7
**weeks** 57:25 140:24
177:7
**went** 39:10 40:2,5,15
43:12,16,21 45:18
45:21 48:11 50:5
51:14 53:15 70:8
71:5,9,12,17 72:14
73:21 77:12 78:3
78:11,14 79:21
89:4,7 123:15
138:10
**weren't** 170:25
**West** 3:5 161:15
**We'll** 15:16 31:7
**we're** 7:6,12 8:19
16:10 19:3 60:16
85:5 88:16 93:3
102:10,10 104:15
108:15 141:21
165:13 166:25
176:4 178:23
179:12,13
**we've** 89:6
**wheel** 32:11
**When's** 71:8 119:19
138:15,20,24
**WHEREOF** 181:19
**whichever** 102:14
**Whoa** 99:3 121:10
**willing** 89:2 144:4
145:1 175:16
**window** 82:8
**wire** 79:23
**withdraw** 148:23
**witness** 4:2 8:2
14:10 18:8 19:1,9
21:4,18 22:13
23:13 25:25 37:19
52:4,17 60:6 65:20
68:3,13 88:6 94:12
94:22 96:23 99:4
103:7 104:1,3,5,9
104:11 105:7
107:19 108:3,6
109:12 110:7
111:15 112:13
113:13,18 114:7,14
117:25 125:4,8,13
125:17,24 126:8,18
127:4 128:20 130:9
130:20,22 133:15
135:19 137:7 138:7
138:13,24 139:5,10

141:6,16,24 142:6
142:16,21 143:4,21
144:2,8,13,20
145:4,13,21 146:2
146:8,14 147:13,19
148:9,19 149:6,13
149:20 150:2,16,18
151:1,18,24 152:14
152:18,24 154:18
154:23 155:4,10
156:9,15 157:2,9
157:14 158:7,13,24
159:8,16 160:19
161:4 163:14 164:3
166:15 167:16
168:1,15 170:14,20
173:14 175:18
178:5,12 181:19
**witnesses** 181:6
**woman** 49:1
**word** 18:7 21:17
113:7,20 133:14
**words** 21:3 51:1
**work** 11:20 12:9,21
13:19 57:13,15
58:4,7,9 60:3 61:8
63:22 64:20 69:2
76:23 87:6 92:6,8
92:10,11 96:23
97:3,4 118:24
119:1,3,7,25 128:1
128:2,3,9,10,14
156:16 176:14
**worked** 12:7,15
52:10 58:8 65:1
84:21 86:9 95:2
118:4,25 119:2
135:5 157:3
**working** 51:22 66:1
69:17 80:9 88:7
106:11,15 117:2,4
117:10,12,18,20
127:13,15
**wouldn't** 38:19
63:24 66:9 75:1
102:8 122:21
**write** 54:14 55:9,11
55:18 56:12 81:13
136:15 140:5
**writing** 56:1 169:11
178:8
**written** 14:21 15:2,5
15:8 18:14 20:25
21:9,13,24 23:3,6,9
27:5 28:20,21,23

29:1,4 30:3 55:18
144:5
**wrong** 57:11,12
82:18 84:8 92:1,4,7
96:19 97:1
**wrote** 46:25 77:3

_____

**Y**
**Yashar** 3:12 4:5 7:20
7:20 8:9 14:11
15:16,20 16:7,16
16:23 18:10 19:2
19:11 20:1,15,18
21:5,19 22:9,15,18
23:15 25:11,14
26:1,11,14 27:13
27:16 28:4 30:15
31:9,11 33:16,19
37:16,20 52:5,20
52:23 56:6,11
60:14,25 65:21
67:11,14 68:4,15
72:24 73:7 77:17
77:21 79:4,9 81:18
85:1,3,11 88:8,13
88:22 89:19,23
92:25 93:8 94:12
94:15,22,25 96:24
99:5 100:3,7 102:7
102:10,13,22 103:2
103:10,15 104:12
104:14,20 105:11
107:4,12,20 108:7
109:14,25 110:9,21
111:3,16 112:3,14
112:17 113:1,8,11
113:13,22 114:9,16
117:16,22 118:2
121:12,16,21
122:23 123:3,22,25
125:5,10,14,18
126:2,10,12,14,18
126:21 127:6
128:21 129:16
130:12,24 131:2,21
131:24 132:9
133:16 134:5,9
135:20 137:9 138:8
138:14,25 139:6,11
141:9,11,17,25
142:7,17,22 143:1
143:5,22 144:3,9
144:14,21 145:5,17
145:22 146:4,9,15
146:19,24 147:2,14

ROBIN GONZALES                    12/17/08

147:20 148:2,11,21
149:15 150:4 151:2
151:10,20 152:1,19
152:25 154:19,25
155:6,12 156:10,17
156:20 157:5,10,16
158:15 159:1,9,12
159:19 160:20
161:5 163:16 164:4
164:16,19,25 165:3
165:11,18 166:17
167:4,8,10,17
168:2,16 169:1,7
170:15,21 171:7,10
171:14 172:9 173:1
173:16 175:15,19
176:2,10,16 177:18
177:25 179:4,9,15
**yeah** 11:1 15:6 19:19
26:22 27:4 29:6
31:10 41:23 48:2
48:16 54:1 65:15
66:1 68:23 69:1
75:21 79:3 80:15
82:3 87:10 98:8
99:10 102:12 104:1
104:3,5,9 121:24
125:13 128:24
130:21 163:14
164:18,20 167:6
173:18
**year** 11:25 12:11,13
34:20,21 57:17,19
61:13 129:24
131:14,16,17
139:12 140:2,20,21
153:12 157:25
171:20
**years** 10:24 12:5
61:17,19 97:8
119:21 120:17
131:19 132:11
139:14,17 153:14
153:18 157:11,15
157:22
**Yellow** 134:23
**yesterday** 8:15 24:1
24:4,5 118:14
155:16 156:1 161:9
162:5 165:5,20
168:22 169:25
170:6,9 177:21
**yesterday's** 118:16
118:17,20 159:2
162:15 165:7,21

---

**Z**

**zero** 35:15

---

**$**

**$17,355.51** 34:6
**$28** 95:7
**$343** 171:25
**$4,000** 34:25
**$40** 69:1,18 75:23
**$417** 92:20 93:12,14
161:2
**$5,000** 34:13 35:4
**$78** 79:17

---

**0**

**08** 27:1

---

**1**

**1** 4:10 5:5,8,9,11,12
5:22 15:17,18,19
17:21,24 18:11
19:3,4,22 36:2
60:18 100:25
**1-100** 1:10 2:10
**1:49** 88:21
**10** 5:4 31:22 52:21
52:22 53:20 55:19
**10:00** 168:5,12,19
**10:14** 2:18 7:2,5
**10:26** 16:11
**10:33** 16:15
**100** 5:13 35:21
**101997** 1:23
**11** 5:6 6:4 67:12,13
75:25,25
**11-23-05** 5:12
**11:49** 60:17
**11377** 3:5 161:15
**12** 5:7 73:1,2 77:1
80:4 81:19,20,24
85:15 87:2
**12-13-03** 5:7
**12:01** 60:22
**12:41** 85:6
**12:45** 85:10
**12:50** 88:17
**121** 5:15
**123** 5:17,19
**13** 4:23 5:9 73:16,20
76:19 77:1,19,20
80:5 87:3
**13th** 76:19
**14** 4:21 5:10 79:7,8
**146** 6:5,5
**15** 4:10,17 5:12

---

89:20,22
**159** 5:20
**16** 4:11 5:13 100:4,6
101:6,10,24,25
104:21 105:6,13
106:2 108:16
**167** 6:6
**17** 1:17 2:19 4:10
5:15 7:1 121:18,20
**17th** 7:5
**171** 5:21
**172** 5:23
**176** 4:6
**18** 5:17 6:5 122:24
123:2
**19** 4:13 5:19 123:23
123:24
**19th** 10:1
**1964** 10:5
**1986** 10:20
**1996** 10:25
**1999** 157:14

---

**2**

**2** 4:11,24 5:14,19
16:21,22 17:12
36:3 60:23 101:2
132:2
**2:15** 104:16
**2:21** 104:19
**20** 3:20 4:15 5:20
11:19 159:10,11,23
180:16
**20/20** 41:20
**200** 3:16 177:1
**200,000** 121:4
**2001** 5:15 30:11,16
30:23 32:18,19,23
33:1 35:8 39:2
40:11 44:12 45:9
45:13,22 46:5,15
46:23 47:6 52:1,11
52:15 53:8 56:19
57:20 61:3 98:12
98:15 105:24
106:21,24 108:23
110:1 111:18
112:11 121:14,22
122:1,18 123:7,13
123:20 124:13
125:1,21
**2002** 5:22 10:7,9
**2003** 73:16,20 76:12
76:19 77:1 80:5,8
80:25 81:3,6,10

---

82:14,19,24 83:12
84:2 85:15 86:2,10
86:22 87:3
**20030802** 5:23
**2004** 61:22
**2005** 69:8,13 70:4
71:15 73:13,23,25
76:8 77:7,25 79:15
87:24 88:3,11,25
90:7,9 95:20,24
96:3 97:9,9,11
138:10,17,23
**2008** 1:17 2:19 7:1,5
27:3 36:7 47:23
71:15
**21** 5:21 6:4 171:11
171:13
**213** 3:14
**2135** 121:19
**22** 4:16 5:23 172:7,8
172:16,22 173:2,17
173:22 174:8
**23** 6:5
**23rd** 90:7,9
**235-2468** 3:6
**25** 4:18 11:5
**25th** 27:1,3
**26** 4:20
**27** 4:22 79:15
**27th** 36:6,6
**28th** 69:8
**29** 77:25

---

**3**

**3** 4:13 5:6 6:6 19:24
19:25 20:2,12 36:3
103:7 132:7 173:17
178:25
**3:02** 132:2
**3:07** 132:6
**3:15** 104:16
**3:56** 93:4,7 165:14
**30** 110:25
**30581** 123:1
**310** 3:6
**312** 3:17
**324** 1:8 2:8 7:8
**33** 4:15,24
**34** 5:18
**35** 38:10
**350** 3:20
**3800** 3:8 38:10

---

**4**

**4** 4:15 20:16,17 21:1

---

36:2 100:25 172:2
173:8,18
**4,000** 34:24
**4:09** 165:17
**4:26** 176:5
**4:36** 176:9
**4:41** 178:24
**4:46** 2:18 7:2
**400** 160:22
**46** 9:24
**468** 5:16
**469-7319** 3:17

---

**5**

**5** 4:16,19 22:16,17
32:2,2,2,3,3 36:2
100:25
**5th** 179:7,9
**5,000** 34:25
**50,000** 61:19
**51** 34:7
**52** 5:4
**5335** 1:22 2:20
181:25
**55** 5:20

---

**6**

**6** 4:18 25:12,13
**60** 41:20
**60601** 3:17
**62** 10:1
**622** 1:8 2:8 7:8
**650-1200** 3:9
**67** 5:6
**680-8192** 3:14

---

**7**

**7** 4:20 5:23 26:12,13
**7-28-05** 5:6
**713** 3:9
**73** 5:7
**77** 5:9
**77098** 3:8
**777** 2:16 3:13 7:13
**79** 5:10

---

**8**

**8** 4:5,12,14,22 27:14
27:15 30:3 173:19
**8th** 53:8 56:18
**80** 31:22 140:24
**82** 36:4
**82,130** 36:4
**87** 10:20
**89** 5:12

---

**Page  195**

ROBIN GONZALES                                    12/17/08

| 9 |
|---|
| **9** 4:24 33:17,18 38:12,14 |
| **9-27-05** 5:11 |
| **9-29-05** 5:9 |
| **90** 31:24 |
| **90017** 3:13 |
| **90064** 3:6 |
| **92606** 3:21 |
| **94** 6:4,4 |
| **949** 3:21 |
| **955-3855** 3:21 |
| **9551** 154:3 |
| **9644** 10:5 |