**HEARING DATE AND TIME: February 3, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: January 27, 2011 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :   09-50026 (REG)
       f/k/a General Motors Corp., *et al.*        :
                                                   :
                        Debtors.                   :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 16440 AND 16441 FILED BY MICHAEL A. SCHWARTZ

Upon the Objection dated December 17, 2010, (the "**Objection**") to Proofs of Claim Nos. 16440 and 16441 filed by Michael A. Schwartz (collectively, the "**Saturn Putative Class Claim**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim (Including Claims Under Bankruptcy Code Section 503(b)(9)) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof [ECF No. 4079], seeking entry of an order disallowing and expunging claim nos. 16440 and 16441 on the grounds that adjudication of the Saturn Putative Class Claim fails to comply with Bankruptcy Rules 9014 and 7023, as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the

1

Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Saturn Putative Class Claim is disallowed and expunged in its entirety; and it is further

ORDERED that the Debtors shall have no obligation to establish reserves for claim numbers 16440 and 16441 for purposes of the confirmation of a chapter 11 plan or plans in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge