## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
      f/k/a General Motors Corp., *et al.*   :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
           Debtors.          :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 20, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8125) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                                                    /s/ Chanpreet Kondal
                                                                                                    Chanpreet Kondal

Sworn to before me this 20th day of
December, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No.  02SO6163886
Qualified in Nassau County
Commission Expires Apr. 9, 2011

# EXHIBIT A

### TRANSFEROR

Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Citigroup Global Markets Inc.
c/o Morrison & Foerster LLP
Attn: Charles M. Cole and Christopher S. Campbell
2000 Pennsylvania Avenue, NW, Suite 5500
Washington, DC 20006

### TRANSFEREE

Knighthead Master Fund, L.P.
c/o Knighthead Capital Management, L.L.C.
Attn: Laura L. Torrado, Esq.
623 Fifth Avenue, 29th Floor
New York, NY 10033