IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                           :
                                                 :
MOTORS LIQUIDATION COMPANY, et al.,              :
        f/k/a General Motors Corp., et al.       :        Chapter 11
                                                 :        Case No. 09-50026 (REG)
                                                 :        (Jointly Administered)
                        Debtors.                 :
-----------------------------------------------------------------X
```

AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 20, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8127) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 20th day of
December, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires Apr. 9, 2011

# EXHIBIT A

TRANSFEROR

Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Citigroup Global Markets Inc.
c/o Morrison & Foerster LLP
Attn: Charles M. Cole and Christopher S. Campbell
2000 Pennsylvania Avenue, NW, Suite 5500
Washington, DC 20006

TRANSFEREE

LMA SPC for and on behalf of
MAP 84 Segregated Portfolio
c/o Knighthead Capital Management, L.L.C.
Attn: Laura L. Torrado, Esq.
623 Fifth Avenue, 29th Floor
New York, NY 10033