**NEW HEARING DATE AND TIME: February 3, 2011 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: January 27, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :    Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :    09-50026 (REG)
      f/k/a General Motors Corp., et al.   :
                                      :
                         Debtors.     :    (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF GENOVEVA BERMUDEZ TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE OR, IN THE ALTERNATIVE, TO AMEND INFORMAL PROOF OF CLAIM

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Genoveva Bermudez to File Proof of Claim

After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim (ECF

No. 5747) (the "**Motion**"), which was originally scheduled to occur before the Honorable

Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New

York, New York 10004, on January 6, 2011 at 9:45 a.m. (Eastern Time), has been

adjourned to **February 3, 2011 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The new

objection deadline shall be **January 27, 2011 at 4:00 p.m. (Eastern Time)**.  The

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.


Dated:  New York, New York
       December 20, 2010

                      */s/ David Berz*
                      Harvey R. Miller
                      Stephen Karotkin
                      Joseph H. Smolinsky
                      David R. Berz

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Debtors
                      and Debtors in Possession