> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                :
In re                        :      **Chapter 11 Case No.**
                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,  :      **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.*  :
                                :
                **Debtors.**     :      **(Jointly Administered)**
                                :
------------------------------------------------------------x

### NOTICE OF DEBTORS' 112TH OMNIBUS OBJECTION TO CLAIMS
### (Employee Claims with Insufficient Documentation)

      **PLEASE TAKE NOTICE** that on December 20, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 112th omnibus objection to expunge certain claims (the "**112th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 112th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **February 3, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 112TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 112th Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **January 27, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 112th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 112th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated:  New York, New York
          December 20, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.    :
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
-------------------------------------------------------------x
```

## DEBTORS' 112TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this 112th omnibus objection to certain claims (the

"**112th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No.

4180), and this Court's order approving the procedures relating to the filing of proofs of claim

(the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging

the claims listed on **Exhibit "A"** annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  After review, the Debtors

have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and

Expunged*" (collectively, the "**Claims with Insufficient Documentation**") were filed by former

employees of the Debtors who failed to provide any documentation to assist the Debtors in

ascertaining the validity of their claim.  Pursuant to section 502(b) of the Bankruptcy Code,

Bankruptcy Rule 3007, and the Bar Date Order, the Debtors seek entry of an order disallowing

and expunging from the claims register the Claims with Insufficient Documentation.  Further, the

Debtors reserve all of their rights to object on any other basis to any Claims with Insufficient

Documentation as to which the Court does not grant the relief requested herein.

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered the Bar Date Order, which established November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established April 16, 2010 as the deadline to file proofs of claim).

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors to, among other things, file omnibus objections to no more than

---

[2]      The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]      The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule

3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.       A proof of claim *must* "set forth the facts necessary to support the claim"

for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255

B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28

(Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (B.A.P.

9th Cir. 1995), aff'd , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-

74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.       The Claims with Insufficient Documentation fall far short of the standard

unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order, requires, among

other things, that a proof of claim must "set forth with specificity the legal and factual basis for

the alleged [c]laim [and] include supporting documentation or an explanation as to why such

documentation is not available."  (Bar Date Ord. at 2.)[4]

9.       The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed

and Expunged*" do not include sufficient documentation to ascertain the nature or validity of

these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the

Claims with Insufficient Documentation.

---

[4]        Notices of the Bar Date Order contained express references to this requirement.

## Notice

10.     Notice of this 112th Omnibus Objection to Claims has been provided to

each claimant listed on Exhibit "A" and parties in interest in accordance with the Fourth

Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated August 24, 2010 (ECF No. 6750).

The Debtors submit that such notice is sufficient and no other or further notice need be provided.

11.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.


WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        December 20, 2010


                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABRAMOVITCH, JOHN<br>534 SULLIVANS WAY<br><br>SENECA, SC 29672 | 2282 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AGUILAR, ROBERT J<br>9560 S CEDAR DR<br><br>WEST OLIVE, MI 49460 | 17193 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ALLEN, GERALD K<br>232 LINDAWOOD LN<br><br>WAYZATA, MN 55391 | 7990 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANNA BENNINGTON<br>552 WHISPER LN<br><br>XENIA, OH 45385 | 15608 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARIZONA F NEWSOME<br>92 QUINBY LANE<br><br>DAYTON, OH 45432 | 10779 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$604.27   (U)<br>$604.27   (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BROWN, ELLA<br>PO BOX 4253<br><br>SAGINAW, MI 48606 | 16135 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BUSSINGER, JOAN<br>PO BOX 507<br><br>AU GRES, MI 48703 | 2735 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CALDWELL, THERESA A<br>11962 CATO DR<br><br>FLORISSANT, MO 63033 | 1997 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARTER, JANE P<br>41365 JANET CIR<br><br>CLINTON TOWNSHIP, MI 48038 | 7065 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CASE, CLIFFORD C<br>337 N MAGNOLIA AVE<br><br>LANSING, MI 48912 | 13695 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CATHY STARKS<br>2407 ENGLAND AVE<br><br>DAYTON, OH 45406 | 2398 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHAN, SAU YING<br>8370 FOX BAY DR<br><br>WHITE LAKE, MI 48386 | 28986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,656.00  (U)<br>$1,656.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| CICHON, ROBERT F<br>28478 HOOVER RD APT 2<br><br>WARREN, MI 48093 | 6832 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CIESZLAK, JOANNE M<br>335 STROEBEL DR<br><br>FRANKENMUTH, MI 48734 | 10775 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CURTIN, PATSY T<br>37811 CHANCEY RD<br><br>ZEPHYRHILLS, FL 33541 | 44777 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DAVID A YINGLING<br>1896 MEADOWLARK LN<br><br>NILES, OH 44446 | 7240 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID YINGLING<br>1896 MEADOWLARK LN<br><br>NILES, OH 44446 | 7241 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DERWIN J VANCE<br>429 HARRIET ST<br><br>DAYTON, OH 45408 | 9856 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DONALD BURTON<br>34356 COACHWOOD DR<br><br>STERLING HEIGHTS, MI 48312<br>UNITED STATES OF AMERICA | 65581 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,000.00  (U)<br>$35,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD E WRIGHT<br>6395 JASON LANE<br><br>CENTERVILLE, OH 45459 | 10619 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| DONALD FOWLER<br>3770 EMERALD AVE<br><br>ST JAMES CITY, FL 33956 | 16013 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY BRANCH<br>9976 S M-52<br><br>SAINT CHARLES, MI 48655 | 1813 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY M MCMURRAY<br>2948 ST RT 35 EAST<br><br>W ALEXANDRIA, OH 45381 | 8784 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EUBANKS, BERTHA LEE<br>2201 W CARPENTER RD APT 118B<br><br>FLINT, MI 48505 | 1907 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FISHER, RUTH E<br>1799 WELLESLEY LN<br><br>INDIANAPOLIS, IN 46219 | 4463 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FORSYTHE JR., CLAUDE A<br>108 ELERY TER<br><br>SUMMERVILLE, SC 29485 | 2466 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRED SKIBA<br>PO BOX 283<br><br>SAINT HELEN, MI 48656 | 4487 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRENDO, WINIFRED G<br>3913 GERTRUDE ST<br><br>DEARBORN HTS, MI 48125 | 5797 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GLORIA J SHAVERS<br>1378 BELVEDERE AVE SE<br><br>WARREN, OH 44484 | 5721 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HILL, JOHN A<br>9529 YUCCA BLOSSOM DR<br><br>LAS VEGAS, NV 89134 | 2324 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,950.00  (U)<br>$10,950.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HIPKINS, JOHN E<br>PO BOX 743<br><br>SULPHUR SPRINGS, TX 75483 | 8184 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOBBS, MARJORIE<br>3441 JESSUP RD<br><br>CINCINNATI, OH 45239 | 1809 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOLLOWAY, ROBERT J<br>811 W MAPLE RD<br><br>CLAWSON, MI 48017 | 2035 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES SMOOT<br>1715 BANKER PL<br><br>DAYTON, OH 45408 | 7973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAYRAJ SHETH<br>18412 ADMIRALTY DR<br><br>STRONGSVILLE, OH 44136 | 2041 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JERRY L OVERHOLSER<br>832 CAMP ST<br><br>PIQUA, OH 45356 | 4973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERRY OVERHOLSER<br>832 CAMP ST<br><br>PIQUA, OH 45356 | 4974 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, ANNIE JEAN<br>1719 FULTON RD NW APT 3<br><br>CANTON, OH 44703 | 12191 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JUANITA WITHERSPOON<br>4860 S CROSSINGS<br><br>SAGINAW, MI 48603 | 7979 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KARAS, PAULINE M<br>7913 SCHOONER LN<br><br>STANWOOD, MI 49346 | 2009 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENT, PATRICIA A<br>P.O. BOX 05538<br><br>DETROIT, MI 48205 | 5854 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KING, KENNETH W<br>550 AVON DR<br><br>FAYETTEVILLE, GA 30215 | 2302 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KRASUSKI, JOSEPH E<br>99 SENECA CREEK ROAD<br><br>BUFFALO, NY 14224 | 17276 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEONA CLARK<br>7906 BERCHMAN DR<br><br>HUBER HEIGHTS, OH 45424 | 14310 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MAVIS MILLER<br>5272 GOODRICK RD<br><br>TRAVERSE CITY, MI 49684 | 19071 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCALLISTER, HUGH<br>27025 OAKWOOD CIR APT 118<br><br>OLMSTED FALLS, OH 44138 | 15234 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCCONNON, ESTELLA<br>3570 100TH ST SE<br><br>CALEDONIA, MI 49316 | 2126 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MILLER, MAVIS F<br>5272 GOODRICK RD<br><br>TRAVERSE CITY, MI 49684 | 19070 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOSES, BETTY E<br>1141 NUTGRASS RD<br><br>BUNNLEVEL, NC 28323 | 8924 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NELSON, MARILYN<br>3827 PINECREST RD<br><br>ROCKFORD, IL 61107 | 10655 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NETTLES, ESTHER O<br>7136 MARIGOLD DR<br><br>NORTH TONAWANDA, NY 14120 | 1796 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

112th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NICK EPISCOPO<br>8646 BROOKFIELD AVE<br>BROOKFIELD, IL 60513 | 28016 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$40,000.00  (U)<br><br>$40,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PARIS, KATHY F<br>1112 N GALE RD<br>DAVISON, MI 48423 | 2003 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA A FLETCHER<br>270 E. WILSON STREET<br>STRUTHERS, OH 44471 | 8781 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA R JEFFERSON<br>4718  PRESCOTT<br>DAYTON, OH 45406 | 11491 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAULINE KARAS<br>7913 SCHOONER LN<br>STANWOOD, MI 49346 | 2010 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| POWERS, ANTHONY<br>8445 E 25TH ST<br>C/O WILLIAM F ROBERTS<br>TUCSON, AZ 85710 | 2785 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRICE, HELEN C<br>VILLA BROOK HAVEN<br>APT. D-205<br>1 COUNTRY LANE<br>BROOKVILLE, OH 45309 | 1797 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICHARD C GREEN<br>714 HARWAY AVE<br>CHESAPEAKE, VA 23325 | 1790 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SANDRA TOOMEY<br>3298 DEVAUGHN DR NE<br>MARIETTA, GA 30066 | 2040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCHRADER, PATRICK W<br>32 GAFFNEY RD<br>LOCKPORT, NY 14094 | 1805 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SELDON, THEODORE A<br>45631 BROWNELL ST<br>APT 1<br>UTICA, MI 48317 | 2050 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SENFTLEBEN, REGINA T<br>53200 PINERIDGE DR<br>CHESTERFIELD, MI 48051 | 7143 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHARON L WHITE<br>1447 SWINGER<br>DAYTON, OH 45427 | 17668 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHETH, JAYRAJ V<br>18412 ADMIRALTY DR<br>STRONGSVILLE, OH 44136 | 2042 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHORT, LARRY D<br>5467 HIGHWAY T<br>POPLAR BLUFF, MO 63901 | 7239 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SIMPSON, PHIL A<br>17 FOSTER RD<br><br>BOERNE, TX 78006 | 19467 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$23,783.00  (U)<br><br>$23,783.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| SKIBA, FRED L<br>PO BOX 283<br><br>SAINT HELEN, MI 48656 | 4488 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SMOOT,JAMES E<br>1715 BANKER PL<br><br>DAYTON, OH 45408 | 7972 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SOWINSKI, JUDITH A<br>70 SCARBOROUGH PL<br><br>TOMS RIVER, NJ 08757 | 5578 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SUSAN M BULLOCK<br>41352 NORTHWIND<br><br>CANTON, MI 48188 | 18324 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAEGEL, PATRICIA A<br>5342 N SMALLEY AVE<br><br>KANSAS CITY, MO 64119 | 62102 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| THELMA TATE<br>123 HIDDEN VALLEY PL<br><br>MOUNTAIN HOME, AR 72653 | 5409 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| THEODORE SELDON<br>45631 BROWNELL ST APT 10<br><br>UTICA, MI 48317 | 2049 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| TOOMEY, SANDRA L<br>3298 DEVAUGHN DR NE<br><br>MARIETTA, GA 30066 | 2053 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| TRESSEL, LONDELL C<br>406 RUDDELL DR<br><br>KOKOMO, IN 46901 | 15636 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VANCE,DERWIN JAY<br>429 HARRIET ST<br><br>DAYTON, OH 45408 | 9855 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILLARD WOODRUFF<br>PO BOX 15<br><br>SYRACUSE, NY 13212 | 10541 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WILMA SMOCK<br>1173 N STATEROAD #115<br><br>WABASH, IN 46992 | 2401 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| WITHERSPOON, JUANITA N<br>4860 S CROSSINGS<br><br>SAGINAW, MI 48603 | 7978 | Motors Liquidation Company | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **80** | | **$0.00**  (S) | | |
| | | | **$0.00**  (A) | | |
| | | | **$0.00**  (P) | | |
| | | | **$141,993.27**  (U) | | |
| | | | **$141,993.27**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                        **:**

In re                            **:**           **Chapter 11 Case No.**
                                          **:**

**MOTORS LIQUIDATION COMPANY,** *et al.,*   **:**           **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*     **:**
                                          **:**

                        **Debtors.**       **:**           **(Jointly Administered)**
                                          **:**
--------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 112TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the 112th omnibus objection to expunge certain claims, dated December 20, 2010 (the "**112th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the Claims with Insufficient Documentation on the grounds that such claims fail to provide sufficient documentation to ascertain the validity of the claim, all as more fully described in the 112th Omnibus Objection to Claims; and due and proper notice of the 112th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 112th Omnibus Objection to Claims.

112th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 112th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 112th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the 112th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
          _____, 2011


_____
United States Bankruptcy Judge