NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEYS(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert L. Starr, The Law Office of Robert L. Starr, 23277
Ventrual Blvd., Woodland Hills, CA, 91364-1002 (818)
225-9040

ATTORNEYS FOR: Plaintiff Rodolfo Fidel Mendoza

**FILED**

**2010 APR 13 PM 3: 17**

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo Fidel Mendoza, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff(s),<br><br>v.<br><br>General Motors, LLC,<br><br>Defendant(s) | CASE NUMBER<br><br>**CV10 2683 AHM VBKx**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Rodolfo Fidel Mendoza
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary
interest in the outcome of this case. These representations are made to enable the Court to evaluate possible
disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Rodolfo Fidel Mendoza | Plaintiff |
| General Motors, LLC | Defendant |

4/9/10
Date

Sign

Robert L. Starr
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)