1   Robert L. Starr (State Bar No. 183052)
2   e-mail: starresq@hotmail.com
    THE LAW OFFICE OF ROBERT L. STARR
3   23277 Ventura Boulevard
    Woodland Hills, California, 91364-1002
4   Telephone: (818) 225-9040
5   Facsimile: (310) 225-9042

6   Attorneys for Plaintiff Rodolpho F. Mendoza

7

8              UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

10                                    **CV10 2683 AHM** *VBK*

11   RODOLPHO FIDEL MENDOZA,          Case Number:
     individually, and on behalf of a class of
12   similarly situated individuals,   **DEMAND FOR JURY TRIAL**

13
              Plaintiff,
14

15        v.

16   GENERAL MOTORS, LLC,

17
              Defendant.
18

19

20

21

22

23

24        TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL

25   PARTIES, AND THEIR ATTORNEYS OF RECORD:

26        Plaintiff Rodolfo Fidel Mendoza hereby demands a trial by jury.

27

28

     Case No.:

            **PLAINTIFF'S DEMAND FOR JURY TRIAL**

Dated: April 8, 2010

THE LAW OFFICE OF ROBERT L. STARR

By: _____

Robert L. Starr
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28