1  GREGORY R. OXFORD (S.B. #62333)
       goxford@icclawfirm.com
2  ISAACS CLOUSE CROSE & OXFORD LLP
   21515 Hawthorne Boulevard, Suite 950
3  Torrance, California 90503
   Telephone: (310) 316-1990
4  Facsimile:  (310) 316-1330

5  Attorneys for Defendant
   General Motors LLC

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                          WESTERN DIVISION

13

14  RUDOLFO FIDEL MENDOZA, an         | Case No. CV 10- 2683 AHM (VBK)
    individual, and on behalf of a class of |
15  similarly situated individuals,         | STIPULATION TO EXTEND TIME
                                            | TO RESPOND TO INITIAL
16            Plaintiff,                    | COMPLAINT BY NO MORE THAN
                                            | THIRTY DAYS (L.R. 8.3)
17       vs.                                |
                                            | Complaint Served:     May 1, 2010
18  GENERAL MOTORS LLC,                     | Current Response Date: May 21, 2010
                                            | New Response Date:    June 21, 2010
19            Defendants.                   |

20

21       WHEREAS, defendant General Motors LLC ("GM" or "General Motors")

22  was served with the summons and complaint herein on May 1, 2010 and its

23  response is presently due on May 21, 2010:

24       WHEREAS, counsel for GM has requested an additional thirty (30) days to

25  respond to the complaint pursuant to L.R. 8-3 and counsel for plaintiff has agreed to

26  this request,

27

28

                                    -1-

IT IS HEREBY STIPULATED, by and between plaintiff and GM, by and through their undersigned counsel of record, that GM pursuant to L.R. 8-3 may have until Monday, June 21, 2010 to answer, move or otherwise respond to the complaint herein.

DATED: May 12, 2010

ROBERT L. STARR
THE LAW OFFICE OF ROBERT L. STARR

By: *Robert L. Starr/GO*

Attorneys for Plaintiff
Rudolfo F. Mendoza

DATED: May 12, 2010

GREGORY R. OXFORD
ISAACS CLOUSE CROSE & OXFORD LLP

By: *[signature]*

Attorneys for Defendant
General Motors LLC

-2-