Robert L. Starr (State Bar No. 183052)
e-mail: starresq@hotmail.com
LAW OFFICE OF ROBERT L STARR
23277 Ventura Boulevard
Woodland Hills, CA 91364
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Dara Tabesh (State Bar No. 230434)
e-mail: dtabesh@hotmail.com
201 Spear St. Suite 1100
San Francisco, CA 94105
Telephone: (415) 595-9208
Facsimile: (310) 693-9083

Attorneys for Plaintiff Rodolfo F. Mendoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS, LLC,<br><br>            Defendant. | Case No.: 10-2683 AHM (VBK)<br><br>Judge:      Hon. A. Howard Matz<br>Courtroom: 14<br><br>**NOTICE OFASSOCIATION OF COUNSEL** |

CV 10-2683 AHM (VBK)

**NOTICE OF ASSOCIATION OF COUNSEL**

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE THAT Dara Tabesh, Esq., at 201 Spear St. Ste. 1100, San

3 | Francisco, CA, 94105, hereby associates with The Law Office of Robert L. Starr, 23277

4 | Ventura Boulevard, Woodland Hills, California, 91364-1002, on behalf of Rodolfo Fidel

5 | Mendoza, individually, and on behalf of a class of similarly situated individuals.

6 |     Plaintiff respectfully requests that the service list and the Court's records be changed

7 | to reflect the addition of Dara Tabesh as counsel for Plaintiffs and all Class Members, and that

8 | all future communications regarding this case for Plaintiff be also directed to the attention of

9 | Dara Tabesh at:

> Dara Tabesh
> 201 Spear St. Ste. 1100
> San Francisco, CA 94105
> Telephone: (415) 595-9208
> Facsimile: (310) 693-9083
> DTabesh@hotmail.com

                                   Respectfully submitted,

Dated: June 17, 2010       THE LAW OFFICE OF ROBERT L. STARR

                                   By:  /s/ Robert L. Starr
                                        Robert L. Starr
                                        Attorneys for Plaintiff Rodolfo Fidel Mendoza,
                                        individually, and on behalf of a class of similarly
                                        situated individuals

I hereby agree to the above association.

Dated: June 17, 2010             By:  /s/ Dara Tabesh
                                        Dara Tabesh
                                        Attorney for Plaintiff Rodolfo Fidel Mendoza,
                                        individually, and on behalf of a class of similarly
                                        situated individuals

**NOTICE OF ASSOCIATION OF COUNSEL**