1  Robert L. Starr (State Bar No. 183052)
   e-mail: starresq@hotmail.com
2  THE LAW OFFICE OF ROBERT L. STARR
3  23277 Ventura Boulevard
   Woodland Hills, California, 91364-1002
4  Telephone: (818) 225-9040
   Facsimile: (310) 225-9042
5
6  Attorney for Plaintiff Rodolfo F. Mendoza
7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | RODOLFO FIDEL MENDOZA,              | CASE NO. CV 10-2683 AHM (VBK)
12 | individually, and on behalf of a class of similarly situated individuals, | Hon. A. Howard Matz
13 |                                     |
14 |         Plaintiff,                  | **STIPULATION TO CONTINUE DEADLINE FOR FILING CLASS CERTIFICATION MOTION**
15 |     v.                              |
16 | GENERAL MOTORS, LLC,                |
17 |         Defendant.                  |

1    Plaintiff Rodolfo Fidel Mendoza ("Plaintiff") and General Motors, LLC
2 ("GM"), through their undersigned counsel, hereby stipulate and agree as follows:
3    WHEREAS, Plaintiff served a Class Action Complaint ("complaint") in the
4 matter captioned *Mendoza et al. v. General Motors, LLC* (Case No. CV-10-2683
5 AHM (VBK)) on GM on or about May 1, 2010;
6    WHEREAS, GM's response to the complaint by stipulation of the parties
7 currently is due on or before June 21, 2010;
8    WHEREAS, pursuant to Central District Local Rule 23-3, Plaintiff is required
9 to file his Motion for Class Certification by July 30, 2010, which is ninety (90) days
10 from the service of the complaint;
11    WHEREAS, GM currently anticipates that it will file a motion to dismiss
12 and/or a motion to transfer to the Southern District of New York on or before June
13 21, 2010;
14    WHEREAS, it is highly unlikely that the complaint will be at issue on the
15 date Plaintiff's class certification motion currently is due on July 30, 2010;
16    WHEREAS, the Court has not yet set a Rule 26 scheduling conference in this
17 matter and discovery is not likely to commence under governing Federal Rules and
18 Central District Local Rules until after the parties' mutual exchange of initial
19 disclosures and Rule 16 meeting of counsel;
20    WHEREAS, the Court has not issued an order changing the deadline for a
21 class certification motion under Central District Local Rule 23-3, and additional
22 time is necessary to resolve GM's anticipated challenges to Plaintiff's complaint,
23 and to initiate and complete pre-certification discovery;
24    IT IS HEREBY STIPULATED AND AGREED that the Court may enter an
25 order continuing the July 30, 2010 deadline for Plaintiff to file a Motion for Class
26 Certification, and at the initial case scheduling conference, the Court can set a
27 briefing schedule for class certification as agreed to by the parties or as ordered by
28 the Court.

| | | |
|---|---|---|
| 1 | DATED: June 17, 2010 | GREGORY R. OXFORD |
| 2 | | ISAACS CLOUSE CROSE & OXFORD LLP |
| 3 | | |
| 4 | | By: /s/ |
| | |     Gregory R. Oxford |
| 5 | |     Attorneys for General Motors, LLC |
| 6 | | |
| 7 | DATED: June 17, 2010 | ROBERT L. STARR |
| | | THE LAW OFFICE OF ROBERT L. STARR |
| 8 | | |
| 9 | | By: /s/ |
| 10 | |     Robert L. Starr |
| | |     Attorneys for Plaintiff |

3      CV 10-2683 AHM (VBK)

STIPULATION TO CONTINUE DEADLINE FOR FILING CLASS CERTIFICATION MOTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARTIN EHRLICH, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>    Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE FOR FILING CLASS CERTIFICATION MOTION** |

The Court has reviewed and considered the parties' June 17, 2010 Stipulation To Continue Deadline For Filing Class Certification Motion ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that Plaintiff's July 31, 2010 deadline for filing a motion for class certification pursuant to Central District Local Rule 23-3 is hereby continued. At the initial case scheduling conference, the Court will establish a briefing schedule for class certification as agreed to by the parties, or as otherwise ordered by the Court.

DATED: June    , 2010

_____
Hon. A. Howard Matz
United States District Court Judge

CV 10-2683 AHM (VBK)
ORDER RE DEADLINE FOR FILING CLASS CERTIFICATION MOTION