| | |
|---|---|
| 1 | Robert L. Starr (State Bar No. 183052) |
| | e-mail: starresq@hotmail.com |
| 2 | THE LAW OFFICE OF ROBERT L. STARR |
| 3 | 23277 Ventura Boulevard |
| | Woodland Hills, California, 91364-1002 |
| 4 | Telephone: (818) 225-9040 |
| | Facsimile: (310) 225-9042 |
| 5 | |
| 6 | Attorney for Plaintiff Rodolfo F. Mendoza |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MOTORS, LLC,<br><br>　　　　Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**NOTICE OF ERRATA** |

　　　Please take notice that the [Proposed] Order re: Stipulation to Continue Deadline for Filing Class Certification Motion, filed as an attachment to the above-captioned parties' Stipulation to Continue Deadline for Filing Class Certification Motion (Docket No. 9), was filed with an incorrectly labeled caption. Accompanying the filing of this Notice of Errata is the correct version of the [Proposed] Order Continuing Deadline for Filing Class Certification Motion.

CV 10-2683 AHM (VBK)

NOTICE OF ERRATA

| | | |
|---|---|---|
| 1 | DATED: June 17, 2010 | GREGORY R. OXFORD |
| 2 | | ISAACS CLOUSE CROSE & OXFORD LLP |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Gregory R. Oxford |
| | | Attorneys for General Motors, LLC |
| 6 | | |
| 7 | DATED: June 17, 2010 | ROBERT L. STARR |
| 8 | | THE LAW OFFICE OF ROBERT L. STARR |
| 9 | | |
| 10 | | By: /s/ |
| | | Robert L. Starr |
| 11 | | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE FOR FILING CLASS CERTIFICATION MOTION** |

The Court has reviewed and considered the parties' June 17, 2010 Stipulation To Continue Deadline For Filing Class Certification Motion ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that Plaintiff's July 31, 2010 deadline for filing a motion for class certification pursuant to Central District Local Rule 23-3 is hereby continued. At the initial case scheduling conference, the Court will establish a briefing schedule for class certification as agreed to by the parties, or as otherwise ordered by the Court.

DATED: June    , 2010

---

Hon. A. Howard Matz
United States District Court Judge