| | |
|---|---|
| 1 | Robert L. Starr (State Bar No. 183052) |
| 2 | e-mail: starresq@hotmail.com |
|   | THE LAW OFFICE OF ROBERT L. STARR |
| 3 | 23277 Ventura Boulevard |
|   | Woodland Hills, California, 91364-1002 |
| 4 | Telephone: (818) 225-9040 |
|   | Facsimile: (310) 225-9042 |
| 5 | |
| 6 | Attorney for Plaintiff Rodolfo F. Mendoza |

7

8          UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | | |
|---|---|---|
| 11 | RODOLFO FIDEL MENDOZA, | CASE NO. CV 10-2683 AHM (VBK) |
| 12 | individually, and on behalf of a class of similarly situated individuals, | Hon. A. Howard Matz |
| 13 | Plaintiff, | **NOTICE OF ERRATA** |
| 14 | | |
| 15 | v. | |
| 16 | GENERAL MOTORS, LLC, | |
| 17 | Defendant. | |

18

19    Please take notice that the [Proposed] Order re: Filing of Plaintiff's First

20 Amended Class Action Complaint and Defendant's Response, filed as an attachment to

21 the above-captioned parties' Stipulation Re: Filing of Plaintiff's First Amended Class

22 Action Complaint and Defendant's Response (Docket No. 8), was filed with an

23 incorrectly labeled caption. Accompanying the filing of this Notice of Errata is the

24 correct version of the [Proposed] Order re: Filing of Plaintiff's First Amended Class

25 Action Complaint and Defendant's Response.

26

27

28

CV 10-2683 AHM (VBK)

NOTICE OF ERRATA

| | | |
|---|---|---|
| 1 | DATED: June 17, 2010 | GREGORY R. OXFORD |
| 2 | | ISAACS CLOUSE CROSE & OXFORD LLP |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Gregory R. Oxford |
| | | Attorneys for General Motors, LLC |
| 6 | | |
| 7 | DATED: June 17, 2010 | ROBERT L. STARR |
| | | THE LAW OFFICE OF ROBERT L. STARR |
| 8 | | |
| 9 | | By: /s/ |
| 10 | | Robert L. Starr |
| | | Attorneys for Plaintiff |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**[PROPOSED] ORDER RE: FILING OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE** |

The Court has reviewed and considered the parties' June 17, 2010 Stipulation re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that:

1. Plaintiff will file his First Amended Class Action Complaint by July 16, 2010;
2. GM will file its motion to dismiss or transfer by August 16, 2010;
3. Plaintiff will file his opposition to GM's motion by September 6, 2010;
4. GM will file its reply in support of its motion by September 20, 2010;
5. GM's motion shall be scheduled for hearing on September 27, 2010, at 10 a.m., Courtroom 14, in the Central District of California, Western Division.

It is so ordered.

DATED: June _, 2010

_____
Hon. A. Howard Matz
United States District Court Judge