NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBKx)<br><br>Hon. A. Howard Matz<br><br>**ORDER RE: FILING OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE** |

The Court has reviewed and considered the parties' June 17, 2010 Stipulation re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that:

1. Plaintiff will file his First Amended Class Action Complaint by July 16, 2010 at the Civil Intake Window, located at the United States District Court, 312 N. Spring Street, Los Angeles, California 90012;
2. GM will file its motion to dismiss or transfer by August 16, 2010;
3. Plaintiff will file his opposition to GM's motion by September 7, 2010;

4. GM will file its reply in support of its motion by September 20, 2010;

5. GM's motion shall be scheduled for hearing on September 27, 2010, at 10 a.m., Courtroom 14, in the Central District of California, Western Division.

It is so ordered.

DATED: June 18, 2010

_____
Hon. A. Howard Matz
United States District Court Judge