UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBKx)<br><br>Hon. A. Howard Matz<br><br>**ORDER CONTINUING DEADLINE FOR FILING CLASS CERTIFICATION MOTION** |

1      The Court has reviewed and considered the parties' June 17, 2010 Stipulation
2  To Continue Deadline For Filing Class Certification Motion ("Stipulation").  Based
3  on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that
4  Plaintiff's July 31, 2010 deadline for filing a motion for class certification pursuant
5  to Central District Local Rule 23-3 is hereby continued.  At the initial case
6  scheduling conference, the Court will establish a briefing schedule for class
7  certification as agreed to by the parties, or as otherwise ordered by the Court.

10  DATED: June 18, 2010

                                                      Hon. A. Howard Matz
                                                    United States District Court Judge