Robert L. Starr (State Bar No. 183052)
e-mail: starresq@hotmail.com
THE LAW OFFICE OF ROBERT L. STARR
23277 Ventura Boulevard
Woodland Hills, California, 91364-1002
Telephone: (818) 225-9040
Facsimile: (310) 225-9042

Attorney for Plaintiff Rodolfo F. Mendoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT** |

Plaintiff Rodolfo Fidel Mendoza ("Plaintiff") and General Motors, LLC ("GM"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff served a Class Action Complaint ("complaint") in the matter captioned *Mendoza et al. v. General Motors, LLC* (Case No. CV-10-2683 AHM (VBK)) on GM on or about May 1, 2010;

WHEREAS, the Court entered a June 18, 2010 Order Re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response (Docket No. 12), setting and/or extending the dates for:

1. filing of Plaintiff's First Amended Class Action Complaint, by July 16, 2010;
2. filing of GM's motion to dismiss the complaint, or, in the alternative, transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1412, by August 16, 2010,
3. filing of Plaintiff's Opposition to GM's motion, by September 7, 2010;
4. filing of GM's Reply in support of its motion, by September 20, 2010; and
5. the hearing on GM's motion, for September 27, 2010 , at 10:00 a.m., Courtroom 14, in the Central District of California, Western Division.

WHEREAS, Plaintiff filed his First Amended Class Action Complaint on July 15, 2010;

WHEREAS, GM filed its Motion to Dismiss for Lack of Jurisdiction or, Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court (Docket No. 15) ("Motion to Dismiss or Transfer") on August 13, 2010;

WHEREAS, after reading the papers supporting GM's Motion to Dismiss or Transfer, Plaintiff has become aware of what he believes are certain complex issues relating to the bankruptcy proceedings of Motors Liquidation Company f/k/a

General Motors Corporation ("Old GM") that he believes require extensive analysis of documents filed in Old GM's bankruptcy case, which are thousands of pages long;

WHEREAS, Plaintiff anticipates he will need two more weeks to prepare his Opposition given said extensive analysis;

WHEREAS, the parties have discussed and agreed upon a mutually agreeable modification of the current briefing and hearing schedule regarding GM's Motion to Dismiss or Transfer;

IT IS HEREBY STIPULATED AND AGREED, through their respective counsel of record, that the Court, subject to the convenience of its calendar, may enter an order as follows:

1. Plaintiff will file his Opposition to GM's Motion to Dismiss or Transfer by September 20, 2010;

2. GM will file its Reply in support of its Motion to Dismiss or Transfer by October 4, 2010;

3. GM's Motion to Dismiss or Transfer shall be scheduled for hearing on October 11, 2010, at 10: 00 a.m., Courtroom 14, in the Central District of California, Western Division.

DATED: August 22, 2010        GREGORY R. OXFORD
                              ISAACS CLOUSE CROSE & OXFORD LLP


                              By: /s/
                                  Gregory R. Oxford
                                  Attorneys for General Motors, LLC

DATED: August 22, 2010        ROBERT L. STARR
                              THE LAW OFFICE OF ROBERT L. STARR


                              By: /s/
                                  Robert L. Starr
                                  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT** |

The Court has reviewed and considered the parties' August 22, 2010 Stipulation to Extend Briefing and Hearing Schedule for Defendant's Motion to Dismiss for Lack of Jurisdiction or, Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that:

1. Plaintiff will file his opposition to Defendant's motion by September 20, 2010;
2. Defendant will file its reply in support of its motion by October 4, 2010;
3. Defendant's motion shall be scheduled for hearing on October 11, 2010, at 10: 00 a.m., Courtroom 14, in the Central District of California, Western Division.

DATED: August    , 2010

Hon. A. Howard Matz
United States District Court Judge