NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBKx)<br><br>Hon. A. Howard Matz<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT** |

The Court has reviewed and considered the parties' August 22, 2010 Stipulation to Extend Briefing and Hearing Schedule for Defendant's Motion to Dismiss for Lack of Jurisdiction or, Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that:

1. Plaintiff will file his opposition to Defendant's motion by September 20, 2010;
2. Defendant will file its reply in support of its motion by October 4, 2010;
3. Defendant's motion shall be scheduled for hearing on October 18, 2010, at

1  10: 00 a.m., Courtroom 14, in the Central District of California, Western
2  Division.
3
4  DATED: August 23, 2010
5  _____
   Hon. A. Howard Matz
6  United States District Court Judge