1  ROBERT L. STARR (SBN 183052)
   LAW OFFICE OF ROBERT STARR
2  23277 Ventura Boulevard
   Woodland Hills, CA 91364
3  Telephone: (818) 225-9040
   Facsimile: (818) 225-9042
4  Email: starresq@hotmail.com

5  PAYAM SHAHIAN (SBN 228406)
   STRATEGIC LEGAL PRACTICES, APC
6  1875 Century Park East, Suite 700
   Los Angeles, California 90067
7  Telephone: (310) 277-1040
   Facsimile: (310) 943-3838
8  Email: pshahian@slpattorney.com

9

10 Attorneys for Plaintiff Attorney for Plaintiff Rodolfo F. Mendoza

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Case No.: 10-2683 AHM (VBK)<br><br>Judge:      Hon. A. Howard Matz<br>Courtroom: 14<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |
|---|---|

CV 10-2683 AHM (VBK)

**NOTICE OF ASSOCIATION OF COUNSEL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Strategic Legal Practices, APC at 1875 Century Park East, Ste. 700, Los Angeles, CA, 90067, hereby associates The Law Office of Robert L. Starr, 23277 Ventura Boulevard, Woodland Hills, California, 91364-1002, on behalf of Rodolfo Fidel Mendoza, individually, and on behalf of a class of similarly situated individuals, in the above-captioned action.

Plaintiff respectfully requests that the service list and the Court's records be changed to reflect the addition of Strategic Legal Practices, APC as counsel for Plaintiffs and all Class Members, and that all future communications regarding this case for Plaintiffs be also directed to the attention of Payam Shahian at:

> PAYAM SHAHIAN (SBN 228406)
> STRATEGIC LEGAL PRACTICES, APC
> 1875 Century Park East, Suite 700
> Los Angeles, California 90067
> Telephone: (310) 277-1040
> Facsimile: (310) 943-3838
> Email: pshahian@slpattorney.com

Respectfully submitted,

Dated: September 14, 2010        THE LAW OFFICE OF ROBERT L. STARR

                                 By:  /s/ Robert L. Starr
                                      Robert L. Starr
                                      Attorneys for Plaintiffs

I hereby agree to the above association.

Dated: September 14, 2010        By:  /s/ Payam Shahian
                                      Payam Shahian
                                      Attorneys for Plaintiffs

**NOTICE OF ASSOCIATION OF COUNSEL**