UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RODOLFO FIDEL MENDOZA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. CV 10-2683 AHM (VBK)<br><br>Hon. A. Howard Matz<br><br>**ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT** |

The Court has reviewed and considered the parties' September 15, 2010 Stipulation to Modify Briefing and Hearing Schedule for Defendant's Motion to Dismiss for Lack of Jurisdiction or, Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that:

1. Plaintiff will file his opposition to Defendant's motion by September 27, 2010;
2. Defendant will file its reply in support of its motion by October 4, 2010;
3. Defendant's motion shall remain scheduled for hearing on October 18, 2010,

1      at 10: 00 a.m., Courtroom 14, in the Central District of California, Western

2      Division.

4      DATED: September 16, 2010

_____
Hon. A. Howard Matz
United States District Court Judge