1

Payam Shahian (State Bar No. 228406)
STRATEGIC LEGAL PRACTICES, APC

2

e-mail: pshahian@slpattorney.com

3

1875 Century Park East., Suite 700
Los Angeles, CA 90067

4

Telephone: (310) 277-1040
Facsimile: (310) 943-3838

5

6

Robert L. Starr (State Bar No. 183052)
THE LAW OFFICE OF ROBERT L. STARR

7

e-mail: starresq@hotmail.com
23277 Ventura Boulevard

8

Woodland Hills, California, 91364-1002
Telephone: (818) 225-9040

9

Facsimile: (818) 225-9042

10

Dara Tabesh (State Bar No. 230434)
e-mail: DTabesh@hotmail.com

11

201 Spear St. Ste. 1100
San Francisco, CA 94105

12

Telephone: (415) 595-9208

13

Facsimile: (310) 693-9083

14

Attorneys for Plaintiff Rodolfo F. Mendoza

15

16

17

UNITED STATES DISTRICT COURT

18

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

19

20

RODOLFO FIDEL MENDOZA,
individually, and on behalf of a class of

21

similarly situated individuals,

22

Plaintiff,

23

24

v.

25

GENERAL MOTORS, LLC,

26

Defendant.

27

28

CASE NO. CV 10-2683 AHM (VBK)

Hon. A. Howard Matz

**PLAINTIFF'S OBJECTION TO EXHIBITS B AND C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Hearing Date: October 11, 2010
Time:          10:00 a.m.
Courtroom:   14

**Case No.**:  CV 10-2683 AHM (VBK)

**OBJECTION TO EXHIBITS B AND C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**I.   INTRODUCTION**

In support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction [F.R.Civ.P. 12(b)(1)], or, Alternatively to Transfer to the Southern District of New York for Referral to the Bankruptcy Court [28 U.S.C. § 1412] ("Defendant's Motion"), Defendant General Motors, LLC has requested that the Court take judicial notice of (1) a letter dated April 23, 2010 to Robert L. Starr, Plaintiff's counsel, from Lawrence S. Buonomo, General Motors Company Legal Staff (attached as Exhibit B to its Request for Judicial Notice in Support of Defendant's Motion ["Request for Judicial Notice"]) and (2) a letter dated May 27, 2010 from Robert L. Starr to Lawrence Buonomo (attached as Exhibit B to its Request for Judicial Notice) (collectively, the "Exhibits").

Neither of these two Exhibits contains adjudicative facts that are susceptible of judicial notice pursuant to Rule 201 of the Federal Rules of Evidence

Accordingly, Plaintiff respectfully requests that the Exhibits be disregarded.

**II.   ARGUMENT**

Rule 201(b) of the Federal Rules of Evidence specifies the kinds of facts that may be judicially noticed:

> A judicially noticed fact must be one not subject to reasonable dispute
> in that it is either (1) generally known within the territorial jurisdiction
> of the trial court or (2) capable of accurate and ready determination by
> resort to sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. § 201(b); *and see Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1109 (N.D. Cal. 2003).

As a preliminary matter, purported correspondence between the parties in connection with the litigation are not properly the subject of judicial notice; nowhere has Defendant authenticated either of the two Exhibits.

Case No. CV 10-2683 AHM (VBK)                    Page 1

OBJECTION TO EXHIBITS B AND C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

1    Moreover, even if they had been authenticated, the Exhibits contain not

2    only disputed fact, but address legal issues as well that are not amenable to

3    judicial notice.

4    **III.    CONCLUSION**

5    For the foregoing reasons, Plaintiff respectfully requests that Exhibits B

6    and C to Defendant's Request for Judicial Notice be stricken.

7

8

9    Dated: September 27, 2010                Respectfully submitted,

10                                            **THE LAW OFFICE OF ROBERT L. STARR**

11

12    By:  /s/

13                                            Robert L. Starr
                                             Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OBJECTION TO EXHIBITS B AND C TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE