GREGORY R. OXFORD (S.B. #62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone: (310) 316-1990
Facsimile: (310) 316-1330

Attorneys for Defendant
General Motors LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUDOLFO FIDEL MENDOZA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. CV 10-2683 AHM (VBKx)<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT**<br><br>Hearing Date: October 18, 2010<br>Time: 10:00 a.m.<br>Courtroom 14<br>Honorable A. Howard Matz |

The Court has reviewed and considered the parties' September 29, 2010 Stipulation to Extend Briefing and Hearing Schedule for Defendant's Motion to Dismiss for Lack of Jurisdiction or, Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court ("Stipulation"). Based on the Stipulation and GOOD CAUSE APPEARING, it is hereby ordered that:

1. Defendant will file its reply in support of its motion by October 11, 2010;

2. The hearing on Defendant's motion shall be continued to October 25, 2010, at 10: 00 a.m., Courtroom 14, in the Central District of California, Western Division.

DATED: September 30, 2010

_____
United States District Judge