# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2683-AHM (VBK.x) | Date | October 22, 2010 |
|---|---|---|---|
| Title | Rudolfo Fidel Mendoza v. General Motors, LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION defendant's Motion to Dismiss [15] previously set for 10/25/10. The parties will be notified if a hearing is necessary.

: 

Initials of Preparer    se

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2683-AHM (VBK.x) | Date | October 22, 2010 |
|---|---|---|---|
| Title | Rudolfo Fidel Mendoza v. General Motors, LLC | | |