# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:10–cv–02683–AHM–VBK

Rodolfo Fidel Mendoza v. General Motors, LLC  
Assigned to: Judge A. Howard Matz  
Referred to: Magistrate Judge Victor B. Kenton  
Cause: 28:1331 Fed. Question  

Date Filed: 04/13/2010  
Date Terminated: 12/15/2010  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Rodolfo Fidel Mendoza**  
*individually, and on behalf of a class of similarly situated individuals*

represented by **Dara Tabesh**  
Erotech Law Group PC  
201 Spear Street Suite 1100  
San Francisco, CA 94105  
415–595–9208  
Fax: 310–693–9083  
Email: dara.tabesh@ecotechlaw.com  
*ATTORNEY TO BE NOTICED*

**Payam Shahian**  
Strategic Legal Practices, APC  
1875 Century Park East  
Suite 700  
Los Angeles, CA 90067  
310–277–1040  
Fax: 310–943–3838  
Email: pshahian@slpattorney.com  
*ATTORNEY TO BE NOTICED*

**Robert L Starr**  
The Law Offices of Robert L Starr  
23277 Ventura Boulevard  
Woodland Hills, CA 91364–1002  
818–225–9040  
Fax: 818–225–9042  
Email: starresq@hotmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Motors, LLC**

represented by **Gregory R Oxford**  
Issacs Clouse Crose &Oxford LLP  
21515 Hawthorne Boulevard, Suite 950  
Torrance, CA 90503  
310–316–1990  
Fax: 310–330–1330  
Email: goxford@icclawfirm.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2010 | Ï 1 | COMPLAINT against Defendant General Motors, LLC. Case assigned to Judge A. Howard Matz for all further proceedings. Discovery referred to Magistrate Judge Victor B. Kenton.(Filing fee $ 350: PAID) Jury Demanded., filed by plaintiff Rodolfo Fidel Mendoza.(ghap) (ds). (Entered: 04/14/2010) |
| 04/13/2010 | Ï | 21 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendant General Motors, LLC. (ghap) (Entered: 04/14/2010) |
| 04/13/2010 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Rodolfo Fidel Mendoza. (ghap) (ds). (Entered: 04/14/2010) |
| 04/13/2010 | Ï 4 | DEMAND for Jury Trial filed by plaintiff Rodolfo Fidel Mendoza. (ghap) (ds). (Entered: 04/14/2010) |
| 04/14/2010 | Ï 3 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ: Counsel for plaintiff shall serve this Order on all defendant and/or their counsel along with the summons and complaint, or if that is not practicable as soon as possible thereafter. If this case was assigned to this Court after being removed from State Court, the defendant who removed the case shall serve this Order on all other parties. This case have been assigned to the calendar of Judge A. Howard Matz. (kbr). (Entered: 04/14/2010) |
| 04/28/2010 | Ï 5 | PROOF OF SERVICE Executed by Plaintiff Rodolfo Fidel Mendoza, upon Defendant General Motors, LLC served on 4/27/2010, answer due 5/18/2010. Service of the Summons and Complaint were executed upon Maria Sanchez agent for service of process in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (Rose, Adam) (Entered: 04/28/2010) |
| 05/13/2010 | Ï 6 | FIRST STIPULATION Extending Time to Answer the complaint as to General Motors, LLC answer now due 6/21/2010, filed by Defendant General Motors, LLC.(Oxford, Gregory) (Entered: 05/13/2010) |
| 06/17/2010 | Ï 7 | NOTICE of Association of Counsel associating attorney Dara Tabesh on behalf of Plaintiff Rodolfo Fidel Mendoza. Filed by Plaintiff Rodolfo Fidel Mendoza (Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 8 | First STIPULATION for Extension of Time to File Plaintiff's First Amended Class Action Complaint and Defendant's Response filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 9 | First STIPULATION for Extension of Time to File Class Certification Motion filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order re: Stipulation to Continue Class Certification Filing Date)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 10 | NOTICE filed by Plaintiff Rodolfo Fidel Mendoza. *Notice of Errata* (Attachments: # 1 Proposed Order Continuing Deadline for Filing Class Certification Motion)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 11 | NOTICE filed by Plaintiff Rodolfo Fidel Mendoza. *Notice of Errata* (Attachments: # 1 Proposed Order Proposed Order re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/18/2010 | Ï 12 | |

|  |  |  |
|---|---|---|
|  |  | ORDER FILING OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE by Judge A. Howard Matz. The Court has reviewed and considered the parties 6/17/2010 Stipulation 8 re: Filing of Plaintiffs First Amended Class Action Complaint and Defendant's Response. Based on the Stipulation and GOOD CAUSE APPEARING, that (1) Plaintiff will file his First Amended Class Action Complaint by 7/16/2010 at the Civil Intake Window. (2) GM will file its motion to dismiss or transfer by 8/16/2010; (3) Plaintiff will file his opposition to GM's motion by 9/7/2010. GM will file its reply in support of its motion by 9/20/2010; GMs motion shall be scheduled for hearing on 9/27/2010, at 10:00 AM. Courtroom 14, in the Central District of California, Western Division. (jp) (Entered: 06/18/2010) |
| 06/18/2010 | 13 | ORDER CONTINUING DEADLINE FOR FILING CLASS CERTIFICATION MOTION by Judge A. Howard Matz, re Stipulation for Extension of Time to File 9 . It is hereby ordered that Plaintiff's July 31, 2010 deadline for filing a motion for class certification pursuant to Central District Local Rule 23−3 is hereby continued. (kbr) (Entered: 06/18/2010) |
| 07/15/2010 | 14 | FIRST AMENDED COMPLAINT 1 against Defendants General Motors, LLC filed by Plaintiff Rodolfo Fidel Mendoza. (lom) (jp). (Entered: 07/16/2010) |
| 08/13/2010 | 15 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* filed by Defendant General Motors, LLC. (Oxford, Gregory) (Entered: 08/13/2010) |
| 08/13/2010 | 16 | MEMORANDUM in Support of MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Oxford, Gregory) (Entered: 08/13/2010) |
| 08/13/2010 | 17 | DECLARATION of Gregory R. Oxford In Support of MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit Exhibits 1 through 4)(Oxford, Gregory) (Entered: 08/13/2010) |
| 08/13/2010 | 18 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B through D)(Oxford, Gregory) (Entered: 08/13/2010) |
| 08/16/2010 | 19 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 . The following error(s) was found: Proposed Document was not submitted as a separate attachment. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (se) (Entered: 08/16/2010) |
| 08/22/2010 | 20 | STIPULATION for Extension of Time to File Opposition to Motion to Dismiss or Transfer filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order re Stipulation to Extend Briefing and Hearing Schedule on Motion to Dismiss or Transfer)(Tabesh, Dara) (Entered: 08/22/2010) |
| 08/23/2010 | 21 | ORDER by Judge A. Howard Matz. The Court has reviewed and considered the parties Stipulation to Extend Briefing and Hearing for Motion to Dismiss for Lack of Jurisdiction or Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court 20 and GOOD CAUSE APPEARING, that Plaintiff will file his Opposition to Defendant's Motion by 9/20/2010; Defendant will file its Reply in support of its motion by 10/4/2010; Defendant Motion 15 shall be scheduled for hearing on 10/18/2010 at 10:00 AM. (jp) (Entered: 08/23/2010) |

| | | |
|---|---|---|
| 09/14/2010 | 22 | NOTICE of Association of Counsel associating attorney Payam Shahian on behalf of Plaintiff Rodolfo Fidel Mendoza. Filed by Plaintiff Rodolfo Fidel Mendoza (Shahian, Payam) (Entered: 09/14/2010) |
| 09/15/2010 | 23 | Second STIPULATION for Extension of Time to File Opposition to Motion to Dismiss or Transfer (without changing hearing date) filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order Modifying Briefing Schedule for Motion to Dismiss or Transfer)(Tabesh, Dara) (Entered: 09/15/2010) |
| 09/16/2010 | 24 | ORDER by Judge A. Howard Matz GRANTING Stipulation Modifying Briefing Schedule for Motion to Dismiss 23 . Plaintiff's opposition due 9/27/10; defendant's reply due 10/4/10; Motion remains scheduled for hearing on 10/18/10 at 10:00 am. (se) (Entered: 09/16/2010) |
| 09/27/2010 | 25 | DECLARATION of Dara Tabesh in opposition to MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 (part 1 of 2), # 9 Exhibit 8 (part 2 of 2), # 10 Exhibit 9)(Tabesh, Dara) (Entered: 09/27/2010) |
| 09/27/2010 | 26 | Objections to Defendant's Request for Judicial Notice Exs. B and C Request for Judicial Notice Opposition re: MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Plaintiff Rodolfo Fidel Mendoza. (Tabesh, Dara) (Entered: 09/27/2010) |
| 09/27/2010 | 27 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 *re Opposition* filed by Plaintiff Rodolfo Fidel Mendoza. (Tabesh, Dara) (Entered: 09/27/2010) |
| 09/27/2010 | 28 | MEMORANDUM in Opposition to MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Plaintiff Rodolfo Fidel Mendoza. (Tabesh, Dara) (Entered: 09/27/2010) |
| 09/28/2010 | 29 | NOTICE of Errata re Opposition to Motion to Dismiss or Transfer filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Exhibit MPA in Opposition to Defendant's Motion to Dismiss or Transfer)(Tabesh, Dara) (Entered: 09/28/2010) |
| 09/29/2010 | 30 | STIPULATION for Extension of Time to File Reply filed by Defendant General Motors, LLC. (Attachments: # 1 Proposed Order)(Oxford, Gregory) (Entered: 09/29/2010) |
| 09/30/2010 | 31 | ORDER EXTENDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT by Judge A. Howard Matz, re Stipulation for Extension of Time to File Response/Reply 30 . The hearing on Defendant's motion shall be continued to October 25, 2010, at 10: 00 a.m. (kbr) (Entered: 09/30/2010) |
| 10/08/2010 | 32 | REPLY In Support MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit Exhibit A)(Oxford, Gregory) (Entered: 10/08/2010) |
| 10/22/2010 | 33 | MINUTE IN CHAMBERS by Judge A. Howard Matz: On the Court's own motion, the Court hereby takes OFF–CALENDAR and UNDER SUBMISSION defendant's Motion to Dismiss 15 previously set for 10/25/10. The parties will be notified if a hearing is necessary. (jp) (Entered: 10/22/2010) |

| | | |
|---|---|---|
| 10/25/2010 | 34 | SUPPLEMENT to MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit)(Oxford, Gregory) (Entered: 10/25/2010) |
| 12/15/2010 | 35 | MINUTES (IN CHAMBERS) by Judge A. Howard Matz: This case is before the court on defendant General Motors, Motion to Dismiss plaintiff plaintiff Rodolfo Fidel Mendoza First Amended Complaint for Lack of Subject Matter Jurisdiction under FRCP 12(b)(1) or, in the alternative, to Transfer this case under 28 USC section 1412 to the Southern District of New York for referral to the bankruptcy court, (see attached Minute Order for further information), the Court GRANTS New GM Motion to Transfer this Action to the Southern District of New York for referral to the Bankruptcy Court 15 . No hearing is necessary. FRCP 78; L.R. 7–15. (MD JS–6. Case Terminated.) (Attachments: # 1 CV–22 Transmittal Letter – Civil Case Transfer Out) (jp) (Entered: 12/16/2010) |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:10–cv–02683–AHM–VBK
*Internal Use Only*

| | |
|---|---|
| Rodolfo Fidel Mendoza v. General Motors, LLC | Date Filed: 04/13/2010 |
| Assigned to: Judge A. Howard Matz | Date Terminated: 12/15/2010 |
| Referred to: Magistrate Judge Victor B. Kenton | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Rodolfo Fidel Mendoza**  
*individually, and on behalf of a class of similarly situated individuals*

represented by **Dara Tabesh**  
Erotech Law Group PC  
201 Spear Street Suite 1100  
San Francisco, CA 94105  
415–595–9208  
Fax: 310–693–9083  
Email: dara.tabesh@ecotechlaw.com  
*ATTORNEY TO BE NOTICED*

**Payam Shahian**  
Strategic Legal Practices, APC  
1875 Century Park East  
Suite 700  
Los Angeles, CA 90067  
310–277–1040  
Fax: 310–943–3838  
Email: pshahian@slpattorney.com  
*ATTORNEY TO BE NOTICED*

**Robert L Starr**  
The Law Offices of Robert L Starr  
23277 Ventura Boulevard  
Woodland Hills, CA 91364–1002  
818–225–9040  
Fax: 818–225–9042  
Email: starresq@hotmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Motors, LLC**

represented by **Gregory R Oxford**  
Issacs Clouse Crose &Oxford LLP  
21515 Hawthorne Boulevard, Suite 950  
Torrance, CA 90503  
310–316–1990  
Fax: 310–330–1330

Email: goxford@icclawfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2010 | Ï 1 | COMPLAINT against Defendant General Motors, LLC. Case assigned to Judge A. Howard Matz for all further proceedings. Discovery referred to Magistrate Judge Victor B. Kenton.(Filing fee $ 350: PAID) Jury Demanded., filed by plaintiff Rodolfo Fidel Mendoza.(ghap) (ds). (Entered: 04/14/2010) |
| 04/13/2010 | Ï | 21 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendant General Motors, LLC. (ghap) (Entered: 04/14/2010) |
| 04/13/2010 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Rodolfo Fidel Mendoza. (ghap) (ds). (Entered: 04/14/2010) |
| 04/13/2010 | Ï 4 | DEMAND for Jury Trial filed by plaintiff Rodolfo Fidel Mendoza. (ghap) (ds). (Entered: 04/14/2010) |
| 04/14/2010 | Ï 3 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ: Counsel for plaintiff shall serve this Order on all defendant and/or their counsel along with the summons and complaint, or if that is not practicable as soon as possible thereafter. If this case was assigned to this Court after being removed from State Court, the defendant who removed the case shall serve this Order on all other parties. This case have been assigned to the calendar of Judge A. Howard Matz. (kbr). (Entered: 04/14/2010) |
| 04/28/2010 | Ï 5 | PROOF OF SERVICE Executed by Plaintiff Rodolfo Fidel Mendoza, upon Defendant General Motors, LLC served on 4/27/2010, answer due 5/18/2010. Service of the Summons and Complaint were executed upon Maria Sanchez agent for service of process in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (Rose, Adam) (Entered: 04/28/2010) |
| 05/13/2010 | Ï 6 | FIRST STIPULATION Extending Time to Answer the complaint as to General Motors, LLC answer now due 6/21/2010, filed by Defendant General Motors, LLC.(Oxford, Gregory) (Entered: 05/13/2010) |
| 06/17/2010 | Ï 7 | NOTICE of Association of Counsel associating attorney Dara Tabesh on behalf of Plaintiff Rodolfo Fidel Mendoza. Filed by Plaintiff Rodolfo Fidel Mendoza (Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 8 | First STIPULATION for Extension of Time to File Plaintiff's First Amended Class Action Complaint and Defendant's Response filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 9 | First STIPULATION for Extension of Time to File Class Certification Motion filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order re: Stipulation to Continue Class Certification Filing Date)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 10 | NOTICE filed by Plaintiff Rodolfo Fidel Mendoza. *Notice of Errata* (Attachments: # 1 Proposed Order Continuing Deadline for Filing Class Certification Motion)(Tabesh, Dara) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 11 | NOTICE filed by Plaintiff Rodolfo Fidel Mendoza. *Notice of Errata* (Attachments: # 1 Proposed Order Proposed Order re: Filing of Plaintiff's First Amended Class Action Complaint and Defendant's Response)(Tabesh, Dara) (Entered: 06/17/2010) |

| | | |
|---|---|---|
| 06/18/2010 | 12 | ORDER FILING OF PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT AND DEFENDANT'S RESPONSE by Judge A. Howard Matz. The Court has reviewed and considered the parties 6/17/2010 Stipulation 8 re: Filing of Plaintiffs First Amended Class Action Complaint and Defendant's Response. Based on the Stipulation and GOOD CAUSE APPEARING, that (1) Plaintiff will file his First Amended Class Action Complaint by 7/16/2010 at the Civil Intake Window. (2) GM will file its motion to dismiss or transfer by 8/16/2010; (3) Plaintiff will file his opposition to GM's motion by 9/7/2010. GM will file its reply in support of its motion by 9/20/2010; GMs motion shall be scheduled for hearing on 9/27/2010, at 10:00 AM. Courtroom 14, in the Central District of California, Western Division. (jp) (Entered: 06/18/2010) |
| 06/18/2010 | 13 | ORDER CONTINUING DEADLINE FOR FILING CLASS CERTIFICATION MOTION by Judge A. Howard Matz, re Stipulation for Extension of Time to File 9 . It is hereby ordered that Plaintiff's July 31, 2010 deadline for filing a motion for class certification pursuant to Central District Local Rule 23−3 is hereby continued. (kbr) (Entered: 06/18/2010) |
| 07/15/2010 | 14 | FIRST AMENDED COMPLAINT 1 against Defendants General Motors, LLC filed by Plaintiff Rodolfo Fidel Mendoza. (lom) (jp). (Entered: 07/16/2010) |
| 08/13/2010 | 15 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* filed by Defendant General Motors, LLC. (Oxford, Gregory) (Entered: 08/13/2010) |
| 08/13/2010 | 16 | MEMORANDUM in Support of MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Oxford, Gregory) (Entered: 08/13/2010) |
| 08/13/2010 | 17 | DECLARATION of Gregory R. Oxford In Support of MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit Exhibits 1 through 4)(Oxford, Gregory) (Entered: 08/13/2010) |
| 08/13/2010 | 18 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B through D)(Oxford, Gregory) (Entered: 08/13/2010) |
| 08/16/2010 | 19 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 . The following error(s) was found: Proposed Document was not submitted as a separate attachment. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (se) (Entered: 08/16/2010) |
| 08/22/2010 | 20 | STIPULATION for Extension of Time to File Opposition to Motion to Dismiss or Transfer filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: # 1 Proposed Order re Stipulation to Extend Briefing and Hearing Schedule on Motion to Dismiss or Transfer)(Tabesh, Dara) (Entered: 08/22/2010) |
| 08/23/2010 | 21 | ORDER by Judge A. Howard Matz. The Court has reviewed and considered the parties Stipulation to Extend Briefing and Hearing for Motion to Dismiss for Lack of Jurisdiction or Alternatively, for Transfer to the Southern District of New York for Referral to the Bankruptcy Court 20 and GOOD CAUSE APPEARING, that Plaintiff will file his Opposition to Defendant's Motion by 9/20/2010; Defendant will file its Reply in support of its motion by 10/4/2010; Defendant Motion 15 shall be scheduled for hearing on 10/18/2010 at 10:00 AM. (jp) (Entered: 08/23/2010) |

| | | |
|---|---|---|
| 09/14/2010 | 22 | NOTICE of Association of Counsel associating attorney Payam Shahian on behalf of Plaintiff Rodolfo Fidel Mendoza. Filed by Plaintiff Rodolfo Fidel Mendoza (Shahian, Payam) (Entered: 09/14/2010) |
| 09/15/2010 | 23 | Second STIPULATION for Extension of Time to File Opposition to Motion to Dismiss or Transfer (without changing hearing date) filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: #1 Proposed Order Modifying Briefing Schedule for Motion to Dismiss or Transfer)(Tabesh, Dara) (Entered: 09/15/2010) |
| 09/16/2010 | 24 | ORDER by Judge A. Howard Matz GRANTING Stipulation Modifying Briefing Schedule for Motion to Dismiss 23 . Plaintiff's opposition due 9/27/10; defendant's reply due 10/4/10; Motion remains scheduled for hearing on 10/18/10 at 10:00 am. (se) (Entered: 09/16/2010) |
| 09/27/2010 | 25 | DECLARATION of Dara Tabesh in opposition to MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8 (part 1 of 2), #9 Exhibit 8 (part 2 of 2), #10 Exhibit 9)(Tabesh, Dara) (Entered: 09/27/2010) |
| 09/27/2010 | 26 | Objections to Defendant's Request for Judicial Notice Exs. B and C Request for Judicial Notice Opposition re: MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Plaintiff Rodolfo Fidel Mendoza. (Tabesh, Dara) (Entered: 09/27/2010) |
| 09/27/2010 | 27 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 *re Opposition* filed by Plaintiff Rodolfo Fidel Mendoza. (Tabesh, Dara) (Entered: 09/27/2010) |
| 09/27/2010 | 28 | MEMORANDUM in Opposition to MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Plaintiff Rodolfo Fidel Mendoza. (Tabesh, Dara) (Entered: 09/27/2010) |
| 09/28/2010 | 29 | NOTICE of Errata re Opposition to Motion to Dismiss or Transfer filed by Plaintiff Rodolfo Fidel Mendoza. (Attachments: #1 Exhibit MPA in Opposition to Defendant's Motion to Dismiss or Transfer)(Tabesh, Dara) (Entered: 09/28/2010) |
| 09/29/2010 | 30 | STIPULATION for Extension of Time to File Reply filed by Defendant General Motors, LLC. (Attachments: #1 Proposed Order)(Oxford, Gregory) (Entered: 09/29/2010) |
| 09/30/2010 | 31 | ORDER EXTENDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK FOR REFERRAL TO THE BANKRUPTCY COURT by Judge A. Howard Matz, re Stipulation for Extension of Time to File Response/Reply 30 . The hearing on Defendant's motion shall be continued to October 25, 2010, at 10: 00 a.m. (kbr) (Entered: 09/30/2010) |
| 10/08/2010 | 32 | REPLY In Support MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: #1 Exhibit Exhibit A)(Oxford, Gregory) (Entered: 10/08/2010) |
| 10/22/2010 | 33 | MINUTE IN CHAMBERS by Judge A. Howard Matz: On the Court's own motion, the Court hereby takes OFF–CALENDAR and UNDER SUBMISSION defendant's Motion to Dismiss 15 previously set for 10/25/10. The parties will be notified if a hearing is necessary. (jp) (Entered: 10/22/2010) |

| | | |
|---|---|---|
| 10/25/2010 | 34 | SUPPLEMENT to MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, For Transfer to the Southern District of New York for Referral to the Bankruptcy Court* 15 filed by Defendant General Motors, LLC. (Attachments: # 1 Exhibit)(Oxford, Gregory) (Entered: 10/25/2010) |
| 12/15/2010 | 35 | MINUTES (IN CHAMBERS) by Judge A. Howard Matz: This case is before the court on defendant General Motors, Motion to Dismiss plaintiff plaintiff Rodolfo Fidel Mendoza First Amended Complaint for Lack of Subject Matter Jurisdiction under FRCP 12(b)(1) or, in the alternative, to Transfer this case under 28 USC section 1412 to the Southern District of New York for referral to the bankruptcy court, (see attached Minute Order for further information), the Court GRANTS New GM Motion to Transfer this Action to the Southern District of New York for referral to the Bankruptcy Court 15 . No hearing is necessary. FRCP 78; L.R. 7–15. (MD JS–6. Case Terminated.) (Attachments: # 1 CV–22 Transmittal Letter – Civil Case Transfer Out) (jp) (Entered: 12/16/2010) |