```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

RODOLFO FIDEL MENDOZA,

              Plaintiff,              10 Civ. 9383(PKC)

      -against-

GENERAL MOTORS, LLC,                   ORDER

              Defendant.

-----------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        After concluding that the underlying claims commenced in the United States District Court for the Central District of California, were "related to" a case under title 11, Honorable A. Howard Matz, U.S.D.J., transferred the action to this Court where the bankruptcy proceeding of General Motors, LLC is pending.

        The Standing Order of July 10, 1984, signed by then Acting Chief Judge Robert J. Ward, refers "any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 . . . to the bankruptcy judges for this district." Accordingly, this matter is referred to the United States Bankruptcy Court for the Southern District of New York. The Clerk of this Court is directed to refer the case to the United States Bankruptcy Court for the Southern District of New York and administratively close the matter in this Court.

-2-

SO ORDERED.

                                                    P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
        December 17, 2010