RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Joon P. Hong
Neil S. Binder

*Attorneys for Morgan Stanley & Co. International plc*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> Jointly Administered |

**CERTIFICATE OF SERVICE**

This is certify that on December 17, 2010, I caused to be served true and correct copies of the **Joinder and Reservation of Rights of Morgan Stanley & Co. International plc to Response of Certain Noteholders In Opposition to Official Committee of Unsecured Creditors' First Amended Objection To Claims Filed By Green Hunt Wedlake, Inc. And Noteholders of General Motors Nova Scotia Finance Company And Motion for Other Relief** via electronic mail on all parties receiving notice via the Court's ECF System.

This is to certify that on December 21, 2010, I caused to be served true and correct copies of the **Joinder and Reservation of Rights of Morgan Stanley & Co. International plc to Response of Certain Noteholders In Opposition to Official Committee of Unsecured Creditors' First Amended Objection To Claims Filed By Green Hunt Wedlake, Inc. And**

**Noteholders of General Motors Nova Scotia Finance Company And Motion for Other Relief** by hand on all counsel listed on the annexed Exhibit A.

This is to certify that on December 21, 2010, I caused to be served true and correct copies of the **Joinder and Reservation of Rights of Morgan Stanley & Co. International plc to Response of Certain Noteholders In Opposition to Official Committee of Unsecured Creditors' First Amended Objection To Claims Filed By Green Hunt Wedlake, Inc. And Noteholders of General Motors Nova Scotia Finance Company And Motion for Other Relief** by electronic mail on all parties listed in the annexed Exhibit B.

Dated: New York, New York
       December 21, 2010

                              RICHARDS KIBBE & ORBE LLP

                              /s/ Joon P. Hong
                              Joon. P. Hong
                              Neil S. Binder
                              One World Financial Center
                              New York, New York 10281
                              Telephone: (212) 530-1800
                              Facsimile: (212) 530-1801

# EXHIBIT A

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Brian Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York, New York 10017

# **EXHIBIT B**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Joseph H. Smolinsky, Esq.
         Joseph.Smolinsky@weil.com
         Harvey Miller, Esq.
         Harvey.Miller@weil.com


Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn:   Ted Stenger
         tstenger@alixpartners.com


General Motors, LLC
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn:   Lawrence S. Buonomo, Esq.
         Lawrence.S.Buonomo@gm.com


Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.
         John.Rapisardi@cwt.com


U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W – Room 2312
Washington, DC 20220
Attn:   Joseph Samarias, Esq.
         Joseph.Samarias@do.treas.gov.


Vedder Price, P.C.
1633 Broadway – 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
         mjedelman@vedderprice.com
         Michael L. Schein, Esq.
         mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:  Robert Schmidt, Esq.
rschmidt@kramerlevin.com
Lauren Macsoud, Esq.
lmacksoud@kramerlevin.com
Jennifer Sharret, Esq.
jsharret@kramerlevin.com


Caplin & Drysdale
One Thomas Circle, N.W. – Suite 1100
Washington, DC 20005
Attn:  Trevor W. Swett III, Esq.
tws@capdale.com
Kevin C. Maclay, Esq.
kcm@capdale.com


Caplin & Drysdale
375 Park Avenue – 35th Floor
New York, New York 10152-3500
Attn:  Elihu Inselbuch, Esq.
ei@capdale.com
Rita C. Tobin, Esq.
ret@capdale.com


Stutzman, Bromber, Esserman & Plifka, P.C.
2323 Bryan Street – Suite 2200
Dallas, Texas 75201
Attn:  Sander L. Esserman, Esq.
esserman@sbep-law.com
Robert T. Brousseau, Esq.
brousseau@sbep-law.com


U.S. Attorney's Office, S.D.N.Y
86 Chambers Street – 3rd Floor
New York, New York 1007
Attn:  David S. Jones, Esq.
David.Jones6@usdoj.gov
Natalie Kuehler, Esq.
Natalie.Kuehler@usdoj.gov

-3-

Butzel Long
380 Madison Avenue
New York, New York 10017
Attn:   Barry Seidel, Esq.
        Seidelb@butzel.com
        Katie L. Cooperman, Esq.
        Cooperman@butzel.com


Greenberg Traurig
200 Park Avenue
New York, New York 10166
Attn:   Bruce R. Zirinsky, Esq.
        Zirinskyb@gtlaw.com
        Nancy A. Mitchell, Esq.
        Mitchelln@gtlaw.com
        John H. Bae, Esq.
        Baej@gtlaw.com
        Gary D. Ticoll, Esq.
        Ticollg@gtlaw.com


Akin Gump Strauss Hauer & Fed
One Bryant Park
New York, New York 10036
Attn:   Daniel G. Golden, Esq.
        dgolden@akingump.com
        Philip C. Dublin, Esq.
        pdublin@akingump.com
        Natalie E. Levine, Esq.
        nlevine@akingump.com