**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                    ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.     I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On December 17, 2010, on behalf of Godfrey & Kahn, S.C., counsel for the Fee Examiner, I caused a true and correct copy of the following document to be served by facsimile and first class mail on the party identified on Exhibit A annexed hereto (affected party):

- Order Granting the Second Application of Stuart Maue for Allowance of Interim Compensation and Reimbursement of Expenses for the Analysis of Interim Fee Applications of Selected Case Professionals [Docket No. 8152].

 Dated:  December 21, 2010                    /s/ Radha S. Rai
               Melville, New York                      Radha S. Rai

Sworn to before me this 21st day of December, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011

# EXHIBIT A

STUART MAUE FIRM  
ATTN JAMES P. QUINN  
3840 MCKELVEY ROAD  
ST LOUIS, MO 63044