> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                      :
In re                                 :        **Chapter 11 Case No.**
                                      :
**MOTORS LIQUIDATION COMPANY**, *et al.*, :        **09-50026 (REG)**
      **f/k/a General Motors Corp.**, *et al.*  :
                                      :
                      **Debtors.**    :        **(Jointly Administered)**
                                      :
-----------------------------------------------------------x

## NOTICE OF DEBTORS' 120TH OMNIBUS OBJECTION TO CLAIMS
### (Multi-Debtor Claims)

     **PLEASE TAKE NOTICE** that on December 21, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 120th omnibus objection to expunge certain claims (the "**120th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 120th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **February 3, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 120TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.

PLEASE TAKE FURTHER NOTICE that any responses to the 120th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **January 27, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 120th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 120th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: New York, New York
       December 21, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :      Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :      09-50026 (REG)
        f/k/a General Motors Corp., et al.   :
                                      :
                        Debtors.      :      (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## DEBTORS' 120TH OMNIBUS OBJECTION TO CLAIMS
### (Multi-Debtor Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Preliminary Statement**

1.        In these chapter 11 cases, certain claimants filed multiple proofs of claim

that are each identical in every aspect except for the fact they were filed against more than one of

the Debtors (collectively, the "**Multi-Debtor Claims**").  Undoubtedly, the vast majority of the

Multi-Debtor Claims were filed against multiple Debtors by claimants who were either confused

as to in which case their claim should be filed, or claimants that were acting out of an abundance

of caution.  However, the Multi-Debtor Claims are subject to objection because, among other

reasons, the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as amended

from time to time, the "**Plan**") (ECF No. 8015), expressly provides that, upon confirmation of

the Plan, joint obligations of two or more of the Debtors, and identical claims against multiple

Debtors, are to be merged based on the doctrine of substantive consolidation.  This means that

every claimant in these cases will have but one claim against the consolidated estates of the

Debtors.  A hearing to consider confirmation of the Plan is currently scheduled for March 3,

2011.  In recognition of the fact that claimants will be left with but one claim pursuant to

substantive consolidation only if the Plan is confirmed, the Debtors seek to have the Multi-

Debtor Claims expunged subject to confirmation of the Plan.  This Objection is brought to

expunge all of the Multi-Debtor Claims except for one claim per claimant in order to prevent an

individual claimant from getting multiple recoveries on account of a single claim.

## **Relief Requested**

2.        The Debtors file this 120th omnibus objection to certain claims (the

"**120th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), seeking entry of an order disallowing and expunging, subject to

confirmation of the Plan, the Multi-Debtor Claims listed on **Exhibit "A,"** annexed hereto, under the heading "*Claims to be Disallowed and Expunged.*"[1]

3.      The Debtors have determined that each of the Multi-Debtor Claims is duplicative of and otherwise identical to one or more proofs of claim filed by the same claimant against another Debtor in these chapter 11 cases.  As the Debtors' Plan provides for the substantive consolidation of the Debtors' estates, duplicative claims against two or more of the Debtors by the same claimant will be merged into a single surviving claim against the consolidated estates of the Debtors.  As such, the Debtors request that, subject to the confirmation of the Plan, the Multi-Debtor Claims be expunged and disallowed in their entirety, such that, claimants will only have a single surviving claim against the consolidated Debtors as provided for on Exhibit "A" under the heading "*Surviving Claims*" (the "**Surviving Claims**").

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[1]      Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

[2]      The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

       6.      On September 16, 2009, this Court entered an order establishing

November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial

Debtors' cases, including governmental units (the "**Initial Debtors Bar Date Order**") (ECF No.

4079).  On December 2, 2009, this Court entered an order establishing February 1, 2010 as the

deadline for each person or entity to file a proof of claim in the REALM/ENCORE Debtors'

cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for

which the Court established April 16, 2010 as the deadline) (the "**REALM/ENCORE Bar Date**

**Order**") (ECF No. 4586).  On December 18, 2009, this Court entered an order establishing

February 10, 2010 as the deadline for entities residing adjacent to or in the proximity of certain

material manufacturing properties of the Debtors to file a proof of claim with respect to such

properties (the "**Property Bar Date Order**," ECF No. 4681, and collectively with the Initial

Debtors Bar Date Order, the REALM/ENCORE Bar Date Order, and the Property Bar Date

Order, the "**Bar Date Orders**").

---

[3]      The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and
Environmental Corporate Remediation Company, Inc.

7.      On August 30, 2010, the Debtors filed their Joint Chapter 11 Plan, which

was amended on December 7, 2010.[4]  Section 6.1 of the Plan, entitled "*Substantive*

*Consolidation*," provides in pertinent part that:

> Entry of the Confirmation Order shall constitute the approval, pursuant to
> section 105(a) of the Bankruptcy Code, effective as of the Effective Date, of
> the substantive consolidation of MLC of Harlem, Inc.; MLCS, LLC; MLCS
> Distribution Corporation; Remediation and Liability Management Company,
> Inc.; and Environmental Corporate Remediation Company, Inc., and their
> respective estates, into MLC for voting, confirmation, and distribution
> purposes under the Plan.  Solely for such purposes, on and after the Effective
> Date, (i) all assets and all liabilities of the Debtors shall be deemed merged
> into MLC, (ii) all guaranties of any Debtor of the payment, performance, or
> collection of obligations of another Debtor shall be eliminated and cancelled,
> (iii) any obligation of any Debtor and all guaranties thereof executed by one
> or more of the other Debtors shall be treated as a single obligation, and such
> guaranties shall be deemed a single Claim against the consolidated Debtors,
> (iv) all joint obligations of two or more Debtors and all multiple Claims
> against such entities on account of such joint obligations shall be treated and
> allowed only as a single Claim against the consolidated Debtors, (v) all
> Claims between or among the Debtors shall be cancelled, and (vi) each
> Claim filed in the Chapter 11 Case of any Debtor shall be deemed filed
> against the consolidated Debtors and a single obligation of the consolidated
> Debtors on and after the Effective Date.

## The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section 502(b)(1) of the

Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that

---

[4]         A hearing to consider confirmation of the Plan has been scheduled for March 3, 2011.

"such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

9.      Each of the Multi-Debtor Claims is identical to and duplicative of one or more claims filed by the same claimant against another Debtor in these chapter 11 cases.  Due to the fact that the Plan provides for the substantive consolidation of the Debtors' estates, upon the confirmation of the Plan and the occurrence of the Effective Date (as defined in the Plan), each of the Multi-Debtor Claims will be unenforceable for the reason that, under the Plan, joint liabilities of two or more of the Debtors, and all multiple claims against them, will be allowed only as a single claim against the consolidated Debtors.  As such, claimants holding Multi-Debtor Claims will not be prejudiced if the relief requested herein is granted because such relief is subject to the confirmation of the Plan, the occurrence of which would itself ultimately result in the Multi-Debtor Claims effectively being disallowed and expunged.

## Reservation of Rights

10.     The Debtors reserve the right to later object to any of the Surviving Claims on the basis that its holder failed to timely file a proof of such claim against at least one Debtor with respect to which the Surviving Claim would have been enforceable, by the applicable deadline set forth in the Bar Date Orders.

11.     Additionally, the Debtors reserve the right to object to any of the Multi-Debtor Claims which are not disallowed and expunged in their entirety for any reason.

## Notice

12.     Notice of this 120th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit A and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing

Notice and Case Management Procedures, dated August 24, 2010 (ECF No. 6750).  The Debtors

submit that such notice is sufficient and no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.


WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        December 21, 2010


/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| AUDITOR OF STATE<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225<br><br>Official Claim Date  10/5/2009 | 3113 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | AUDITOR OF STATE<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225<br><br>Official Claim Date  10/5/2009 | 3115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| AUDITOR OF STATE<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225<br><br>Official Claim Date  10/5/2009 | 3114 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | AUDITOR OF STATE<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225<br><br>Official Claim Date  10/5/2009 | 3115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| AUDITOR OF STATE<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225<br><br>Official Claim Date  10/5/2009 | 3116 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | AUDITOR OF STATE<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225<br><br>Official Claim Date  10/5/2009 | 3115 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**120th Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BASF CORPORATION<br><br><br>C/O BRESSLER AMERY & ROSS PC<br>ATTN DAVID P SCHNEIDER ESQ<br>PO BOX 1980<br>MORRISTOWN, NJ 07962<br><br>Official Claim Date   2/1/2010 | 69935 | Environmental Corporate Remediation Company, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,800,000.00   (U)<br>$4,800,000.00   (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | BASF CORPORATION<br><br><br>C/O BRESSLER AMERY & ROSS PC<br>ATTN DAVID P SCHNEIDER ESQ<br>PO BOX 1980<br>MORRISTOWN, NJ 07962<br><br>Official Claim Date   2/1/2010 | 69934 | Remediation And Liability Management Company, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,800,000.00   (U)<br>$4,800,000.00   (T) |
| BORGWARNER INC<br><br><br>C/O WILLIAMS MONTGOMERY & JOHN LTD<br>ATTN THOMAS D LUPO<br>233 S WACKER DRIVE SUITE 6100<br>CHICAGO, IL 60606<br><br>Official Claim Date   2/1/2010 | 69945 | Environmental Corporate Remediation Company, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | BORG WARNER INC<br><br><br>THOMAS D LUPO<br>WILLIAMS MONTGOMERY & JOHN LTD<br>233 SOUTH WACKER DRIVE STE 6100<br>CHICAGO, IL 60606<br><br>Official Claim Date   12/1/2009 | 67827 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>(T) |
| BORGWARNER INC<br><br><br>C/O WILLIAMS MONTGOMERY & JOHN LTD<br>ATTN THOMAS D LUPO<br>233 S WACKER DRIVE SUITE 6100<br>CHICAGO, IL 60606<br><br>Official Claim Date   2/1/2010 | 69946 | Remediation And Liability Management Company, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | BORG WARNER INC<br><br><br>THOMAS D LUPO<br>WILLIAMS MONTGOMERY & JOHN LTD<br>233 SOUTH WACKER DRIVE STE 6100<br>CHICAGO, IL 60606<br><br>Official Claim Date   12/1/2009 | 67827 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

Motors Liquidation Company, et al.

**Exhibit A**

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| CITY OF DAYTON<br><br>C/O SQUIRE SANDERS & DEMPSEY<br>ATTN ELLIOT M SMITH ESQ<br>221 E 4TH STREET SUITE 2900<br><br>CINCINNATI, OH 45202<br><br>Official Claim Date   2/1/2010 | 69947 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | CITY OF DAYTON<br><br>ELLIOT M SMITH, ESQ<br>SQUIRE, SANDERS & DEMPSEY<br>221 E 4TH ST<br>SUITE 2900<br>CINCINNATI, OH 45202<br><br>Official Claim Date   11/27/2009 | 59002 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| CITY OF DAYTON<br><br>C/O SQUIRE SANDERS & DEMPSEY<br>ATTN ELLIOT M SMITH ESQ<br>221 E 4TH STREET SUITE 2900<br><br>CINCINNATI, OH 45202<br><br>Official Claim Date   2/1/2010 | 69948 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | CITY OF DAYTON<br><br>ELLIOT M SMITH, ESQ<br>SQUIRE, SANDERS & DEMPSEY<br>221 E 4TH ST<br>SUITE 2900<br>CINCINNATI, OH 45202<br><br>Official Claim Date   11/27/2009 | 59002 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| COLONIAL PIPELINE COMPANY | 69896 | Remediation And Liability Management Company, Inc. | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | COLONIAL PIPELINE COMPANY | 66208 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) |
| OFFICE OF GENERAL COUNSEL 1185 SANCTUARY PARKWAY ALPHARETTA, GA 30009 | | | | | | GENERAL COUNSEL'S OFFICE 1185 SANCTUARY PARKWAY, SUITE 100 ALPHARETTA, GA 30009 | | | |
| Official Claim Date   2/1/2010 | | | | | | Official Claim Date   11/30/2009 | | | |
| COLONIAL PIPELINE COMPANY | 69929 | Environmental Corporate Remediation Company, Inc. | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | COLONIAL PIPELINE COMPANY | 66208 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) |
| OFFICE OF GENERAL COUNSEL 1185 SANCTUARY PARKWAY ALPHARETTA, GA 30009 | | | | | | GENERAL COUNSEL'S OFFICE 1185 SANCTUARY PARKWAY, SUITE 100 ALPHARETTA, GA 30009 | | | |
| Official Claim Date   2/1/2010 | | | | | | Official Claim Date   11/30/2009 | | | |
| DANA HOLDING CORPORATION | 65897 | MLCS Distribution Corporation | $0.00  (S) $0.00  (A) $0.00  (P) $10,034.72  (U) $10,034.72  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES | 65896 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $10,034.72  (U) $10,034.72  (T) |
| ATTN LISA WURSTER 3939 TECHNOLOGY DRIVE MAUMEE, OH 43537 | | | | | | ATTN LISA WURSTER 3939 TECHNOLOGY DRIVE MAUMEE, OH 43537 | | | |
| Official Claim Date   11/23/2009 | | | | | | Official Claim Date   11/23/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES | 65895 | MLCS, LLC | $0.00  (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES | 65896 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| ATTN LISA WURSTER 3939 TECHNOLOGY DR MAUMEE, OH 43537 | | | $0.00  (P) | | | ATTN LISA WURSTER 3939 TECHNOLOGY DRIVE MAUMEE, OH 43537 | | | $0.00  (P) |
| | | | $10,034.72  (U) | | | | | | $10,034.72  (U) |
| Official Claim Date   11/23/2009 | | | $10,034.72  (T) | | | Official Claim Date   11/23/2009 | | | $10,034.72  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EDGEWATER SITE ADMINISTRATIVE GROUP<br><br>ATTN  PAUL G MCCUSKER<br>C/O MCCUSKER ANSELMI ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NY 07932<br><br>Official Claim Date  11/27/2009 | 58620 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EDGEWATER SITE ADMINISTRATIVE GROUP<br><br>ATTN  PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELM ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 58621 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| EDGEWATER SITE ADMINISTRATIVE GROUP<br><br>ATTN PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/27/2009 | 58622 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EDGEWATER SITE ADMINISTRATIVE GROUP<br><br>ATTN  PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELM ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 58621 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| EDGEWATER SITE ADMINISTRATIVE GROUP<br><br>PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/27/2009 | 58623 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EDGEWATER SITE ADMINISTRATIVE GROUP<br><br>ATTN  PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELM ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 58621 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EDGEWATER SITE ADMINISTRATIVE GROUP | 69943 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EDGEWATER SITE ADMINISTRATIVE GROUP | 58621 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC<br>ATTN PAUL G MCCUSKER ESQ<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | | | | | | ATTN  PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELM ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | | | |
| Official Claim Date   2/1/2010 | | | | | | Official Claim Date   11/27/2009 | | | |
| EDGEWATER SITE ADMINISTRATIVE GROUP | 69944 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EDGEWATER SITE ADMINISTRATIVE GROUP | 58621 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC<br>ATTN PAUL G MCCUSKER ESQ<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | | | | | | ATTN  PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELM ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | | | |
| Official Claim Date   2/1/2010 | | | | | | Official Claim Date   11/27/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EXIDE TECHNOLOGIES<br><br>C/O NATHAN HARWELL<br>13000 DEERFIELD PKWY STE 200<br>MILTON, GA 30004<br><br>Official Claim Date  11/24/2009 | 44830 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXIDE TECHNOLOGIES<br><br>C/O NATHAN HARWELL<br>13000 DEERFIELD PKWY STE 200<br>MILTON, GA 30004<br><br>Official Claim Date  11/24/2009 | 44829 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| EXIDE TECHNOLOGIES<br><br>C/O NATHAN HARWELL<br>13000 DEERFIELD PKWY STE 200<br>MILTON, GA 30004<br><br>Official Claim Date  11/24/2009 | 44831 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXIDE TECHNOLOGIES<br><br>C/O NATHAN HARWELL<br>13000 DEERFIELD PKWY STE 200<br>MILTON, GA 30004<br><br>Official Claim Date  11/24/2009 | 44829 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| EXIDE TECHNOLOGIES<br><br>C/O NATHAN HARWELL<br>13000 DEERFIELD PKWY STE 200<br>MILTON, GA 30004<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/24/2009 | 44832 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXIDE TECHNOLOGIES<br><br>C/O NATHAN HARWELL<br>13000 DEERFIELD PKWY STE 200<br>MILTON, GA 30004<br><br>Official Claim Date  11/24/2009 | 44829 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EXXON MOBIL CORPORATION<br><br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI PC<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date   11/27/2009 | 59634 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION<br><br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN AND CARVELLI PC<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date   11/27/2009 | 59637 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| EXXON MOBIL CORPORATION<br><br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI P C<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date   11/27/2009 | 59635 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION<br><br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN AND CARVELLI PC<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date   11/27/2009 | 59637 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| EXXON MOBIL CORPORATION<br><br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN AND CARVELLI PC<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NY 07932<br><br>Official Claim Date   11/27/2009 | 59636 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION<br><br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN AND CARVELLI PC<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date   11/27/2009 | 59637 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EXXON MOBIL CORPORATION<br><br>C/O PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN AND CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 59854 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION<br><br>ATTN PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 59857 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| EXXON MOBIL CORPORATION<br><br>C/O PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 59855 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION<br><br>ATTN PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 59857 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| EXXON MOBIL CORPORATION<br><br>ATTN PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 59856 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION<br><br>ATTN PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932<br><br>Official Claim Date  11/27/2009 | 59857 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| EXXON MOBIL CORPORATION | 69949 | Environmental Corporate Remediation Company, Inc. | $0.00 (S) $0.00 (A) | | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION | 59857 | Motors Liquidation Company | $0.00 (S) $0.00 (A) |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC ATTN PAUL G MCCUSKER ESQ 210 PARK AVENUE SUITE 301 PO BOX 240 FLORHAM PARK, NJ 07932 | | | $0.00 (P) $4,800,000.00 (U) $4,800,000.00 (T) | | | | ATTN PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN & CARVELLI 210 PARK AVENUE STE 301 PO BOX 240 FLORHAM PARK, NJ 07932 | | | $0.00 (P) $4,800,000.00 (U) $4,800,000.00 (T) |
| Official Claim Date  2/1/2010 | | | | | | | Official Claim Date  11/27/2009 | | | |
| EXXON MOBIL CORPORATION | 69950 | Remediation And Liability Management Company, Inc. | $0.00 (S) $0.00 (A) | | Multi-debtor Duplicate Claim | Pgs. 1-4 | EXXON MOBIL CORPORATION | 59857 | Motors Liquidation Company | $0.00 (S) $0.00 (A) |
| C/O MCCUSKER ANSELMI ROSEN & CARVELLI PC ATTN PAUL G MCCUSKER ESQ 210 PARK AVENUE SUITE 301 PO BOX 240 FLORHAM PARK, NJ 07932 | | | $0.00 (P) $4,800,000.00 (U) $4,800,000.00 (T) | | | | ATTN PAUL G MCCUSKER ESQ MCCUSKER ANSELMI ROSEN & CARVELLI 210 PARK AVENUE STE 301 PO BOX 240 FLORHAM PARK, NJ 07932 | | | $0.00 (P) $4,800,000.00 (U) $4,800,000.00 (T) |
| Official Claim Date  2/1/2010 | | | | | | | Official Claim Date  11/27/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GENERAL DYNAMICS LAND SYSTEMS INC | 69920 | Environmental Corporate Remediation Company, Inc. | $0.00 | (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | GENERAL DYNAMICS LAND SYSTEMS INC | 44294 | Motors Liquidation Company | $0.00 (S) |
| | | | $0.00 | (A) | | | | | | $0.00 (A) |
| C/O MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER | | | $0.00 | (P) | | | MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER | | | $0.00 (P) |
| 1735 MARKET ST SUITE 700 | | | $4,800,000.00 | (U) | | | 1735 MARKET STREET SUITE 700 | | | $4,800,000.00 (U) |
| PHILADELPHIA, PA 19103 | | | $4,800,000.00 | (T) | | | PHILADELPHIA, PA 19103 UNITED STATES OF AMERICA | | | $4,800,000.00 (T) |
| Official Claim Date  1/29/2010 | | | | | | | Official Claim Date  11/24/2009 | | | |
| GENERAL DYNAMICS LAND SYSTEMS INC | 69921 | Remediation And Liability Management Company, Inc. | $0.00 | (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | GENERAL DYNAMICS LAND SYSTEMS INC | 44294 | Motors Liquidation Company | $0.00 (S) |
| | | | $0.00 | (A) | | | | | | $0.00 (A) |
| C/O MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER | | | $0.00 | (P) | | | MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER | | | $0.00 (P) |
| 1735 MARKET ST SUITE 700 | | | $4,800,000.00 | (U) | | | 1735 MARKET STREET SUITE 700 | | | $4,800,000.00 (U) |
| PHILADELPHIA, PA 19103 | | | $4,800,000.00 | (T) | | | PHILADELPHIA, PA 19103 UNITED STATES OF AMERICA | | | $4,800,000.00 (T) |
| Official Claim Date  1/29/2010 | | | | | | | Official Claim Date  11/24/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HADEN SCHWEITZER CORPORATION<br><br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/25/2009 | 51352 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$254,511.34  (U)<br>$254,511.34  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | HADEN SCHWEITZER CORPORATION<br><br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/25/2009 | 51355 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$254,511.34  (U)<br>$254,511.34  (T) |
| HADEN SCHWEITZER CORPORATION<br><br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/25/2009 | 51353 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$254,511.34  (U)<br>$254,511.34  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | HADEN SCHWEITZER CORPORATION<br><br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/25/2009 | 51355 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$254,511.34  (U)<br>$254,511.34  (T) |
| HADEN SCHWEITZER CORPORATION<br><br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/25/2009 | 51354 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$254,511.34  (U)<br>$254,511.34  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | HADEN SCHWEITZER CORPORATION<br><br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103<br><br>Official Claim Date  11/25/2009 | 51355 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$254,511.34  (U)<br>$254,511.34  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HONEYWELL INTERNATIONAL INC.<br><br>ATTN: THOMAS BYRNE<br>CHIEF ENVIRONMENTAL COUNSEL<br>101 COLUMBIA ROAD<br>MORRISTOWN, NJ 07962<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  2/1/2010 | 69981 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,500,000.00  (U)<br>$34,500,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | HONEYWELL INTERNATIONAL INC.<br><br>ATTN THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL<br>101 COLUMBIA ROAD<br>MORRISTOWN, NJ 07962<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/25/2009 | 45832 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,500,000.00  (U)<br>$34,500,000.00  (T) |
| JAMES A CRAMER AS PERSONAL REP OF ESTATE OR JOHN E CRAMER<br><br>ATTN  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER PC<br>205 PARK CENTRAL E  STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date  10/8/2009 | 6335 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | JAMES A CRAMER AS PERSONAL REP OF ESTATE OF JOHN E CRAMER<br><br>ATTN  ROBERT M N PALMER<br>THE LAW OFFICES OF PALMEROLIVER P C<br>205 PARK CENTRAL E  STE 511<br>SPRINGFIELD, MO 65806<br><br>Official Claim Date  10/8/2009 | 6337 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) |
| JOHANN HAY GMBH & CO KG<br><br>C/O KENNETH M LEWIS ESQ<br>TEITELBAUM & BASKIN LLP<br>3 BARKER AVE, 3RD FL<br>WHITE PLAINS, NY 10601<br><br>Official Claim Date  11/25/2009 | 68626 | MLCS, LLC | $268,722.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,617.53  (U)<br>$350,340.35  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | JOHANN HAY GMBH & CO KG<br><br>C/O KENNETH M LEWIS, ESQ<br>TEITELBAUM & BASKIN, LLP<br>3 BARKER AVENUE 3RD FLOOR<br>WHITE PLAINS, NY 10601<br>UNITED STATES OF AMERICA<br><br>Official Claim Date  11/25/2009 | 66661 | Motors Liquidation Company | $268,722.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,916.65  (U)<br>$350,639.47  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JOHN N GRAHAM TRUSTEE<br><br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604<br><br>Official Claim Date  11/19/2009 | 30484 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$218,934.83  (U)<br>$218,934.83  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | JOHN N GRAHAM TRUSTEE<br><br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604<br><br>Official Claim Date  11/19/2009 | 30487 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$218,934.83  (U)<br>$218,934.83  (T) |
| JOHN N GRAHAM TRUSTEE<br><br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604<br><br>Official Claim Date  11/19/2009 | 30486 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$218,934.83  (U)<br>$218,934.83  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | JOHN N GRAHAM TRUSTEE<br><br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604<br><br>Official Claim Date  11/19/2009 | 30487 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$218,934.83  (U)<br>$218,934.83  (T) |
| KATULKA, MICHAEL A<br><br>OLTMAN FLYNN & KUBLER<br>415 GALLERIA PROFESSIONAL BUILDING 915 MIDDLE RIVER DR<br>FORT LAUDERDALE, FL 33304<br><br>Official Claim Date  11/30/2009 | 66247 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | KATULKA, MICHAEL A<br><br>OLTMAN FLYNN & KUBLER<br>415 GALLERIA PROFESSIONAL BUILDING 915 MIDDLE RIVER DRIVE<br>FORT LAUDERDALE, FL 33304<br><br>Official Claim Date  11/30/2009 | 66248 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 15

**120th Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LEO BURNETT DETROIT INC ET AL<br><br>WILDMAN HARROLD ALLEN & DIXON LLP<br>C/O JONATHAN W YOUNG AND MARY E OLSON<br>225 WEST WACKER DRIVE<br><br>CHICAGO, IL 60606<br><br>Official Claim Date   11/30/2009 | 64883 | Remediation And Liability Management Company, Inc. | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>(T) | | Multi-debtor Duplicate Claim | Pgs. 1-4 | LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC,<br><br>PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL<br>WILDMAN HARROLD ALLEN & DIXON LLP<br>C/O JONATHAN W YOUNG AND MARY E OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606<br><br>Official Claim Date   11/30/2009 | 64888 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, <br><br> PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL <br> WILDMAN HARROLD ALLEN & DIXON LLP <br> C/O JOHNATHAN W YOUNG AND MARY E OLSON <br> 225 WEST WACKER DRIVE <br> CHICAGO, IL 60606 <br><br> Official Claim Date  11/30/2009 | 64884 | Environmental Corporate Remediation Company, Inc. | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, <br><br> PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL <br> WILDMAN HARROLD ALLEN & DIXON LLP <br> C/O JONATHAN W YOUNG AND MARY E OLSON <br> 225 WEST WACKER DRIVE <br> CHICAGO, IL 60606 <br><br> Official Claim Date  11/30/2009 | 64888 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> (T) |
| LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, <br><br> PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL <br> WILDMAN HARROLD ALLEN & DIXON LLP <br> C/O JONATHAN W YOUNG AND MARY E OLSON <br> 225 WEST WACKER DRIVE <br> CHICAGO, IL 60606 <br><br> Official Claim Date  11/30/2009 | 64885 | MLC of Harlem, Inc. | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, <br><br> PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL <br> WILDMAN HARROLD ALLEN & DIXON LLP <br> C/O JONATHAN W YOUNG AND MARY E OLSON <br> 225 WEST WACKER DRIVE <br> CHICAGO, IL 60606 <br><br> Official Claim Date  11/30/2009 | 64888 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> (T) |
| LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, <br><br> PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL <br> WILDMAN HARROLD ALLEN & DIXON LLP <br> C/O JONATHAN W YOUNG AND MARY E OLSON <br> 225 WEST WACKER DRIVE <br> CHICAGO, IL 60606 <br><br> Official Claim Date  11/30/2009 | 64886 | MLCS Distribution Corporation | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, <br><br> PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL <br> WILDMAN HARROLD ALLEN & DIXON LLP <br> C/O JONATHAN W YOUNG AND MARY E OLSON <br> 225 WEST WACKER DRIVE <br> CHICAGO, IL 60606 <br><br> Official Claim Date  11/30/2009 | 64888 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $0.00  (U) <br> (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**120th Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, | 64887 | MLCS, LLC | $0.00 | (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | LEO BURNETT DETROIT INC, STARCOM MEDIAVEST GROUP INC, DIGITAS INC, | 64888 | Motors Liquidation Company | $0.00 (S) |
| | | | $0.00 | (A) | | | | | | $0.00 (A) |
| PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL | | | $0.00 | (P) | | | PUBLICIS GROUPE OPERATING DIVISIONS LLC, MARTIN RETAIL GROUP LLC ET AL | | | $0.00 (P) |
| WILDMAN HARROLD ALLEN & DIXON LLP | | | $0.00 | (U) | | | WILDMAN HARROLD ALLEN & DIXON LLP | | | $0.00 (U) |
| C/O JONATHAN W YOUNG AND MARY E OLSON | | | | | | | C/O JONATHAN W YOUNG AND MARY E OLSON | | | |
| 225 WEST WACKER DRIVE | | | | (T) | | | 225 WEST WACKER DRIVE | | | (T) |
| CHICAGO, IL 60606 | | | | | | | CHICAGO, IL 60606 | | | |
| Official Claim Date  11/30/2009 | | | | | | | Official Claim Date  11/30/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NORTHROP GRUMMAN CORPORATION<br><br>C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP<br>333 EARLE OVINGTON BLVD, STE 1010<br>UNIONDALE, NY 11553<br><br>Official Claim Date  11/24/2009 | 65760 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | NORTHROP GRUMMAN CORPORATION<br><br>C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP<br>333 EARLE OVINGTON BLVD SUITE 1010<br>UNIONDALE, NY 11553<br><br>Official Claim Date  11/24/2009 | 65762 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| NORTHROP GRUMMAN CORPORATION<br><br>C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MUNCO, COHN & PURANA LLP<br>333 EARLE OVINGTON BLVD, STE 1010<br>UNIONDALE, NY 11553<br><br>Official Claim Date  11/24/2009 | 65761 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | NORTHROP GRUMMAN CORPORATION<br><br>C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP<br>333 EARLE OVINGTON BLVD SUITE 1010<br>UNIONDALE, NY 11553<br><br>Official Claim Date  11/24/2009 | 65762 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| NORTHROP GRUMMAN CORPORATION<br><br>C/O BRIAN J HUFNAGEL ESQ & AARON GERSCHONOWITZ ESQ<br>FORCHELLI CURTO DEEGAN SCHWARTZ MINEO COHN & TERRANA LLP<br>333 EARLE ORINGTON BLVD SUITE 1010<br>UMONDALE, NY 11553<br><br>Official Claim Date  11/24/2009 | 65805 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | NORTHROP GRUMMAN CORPORATION<br><br>C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP<br>333 EARLE OVINGTON BLVD SUITE 1010<br><br>UNIONDALE, NY 11553<br><br>Official Claim Date  11/24/2009 | 65762 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NORTHROP GRUMMAN CORPORATION | 69882 | Environmental Corporate Remediation Company, Inc. | $0.00 | (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | NORTHROP GRUMMAN CORPORATION | 65762 | Motors Liquidation Company | $0.00 | (S) |
| | | | $0.00 | (A) | | | | | | $0.00 | (A) |
| BRIAN J HUFNAGEL ESQ & AARON GERSHONOWITZ ESQ FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA, LLP | | | $0.00 | (P) | | | C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP | | | $0.00 | (P) |
| 333 EARLE OVINGTON BLVD, STE 1010 | | | $20,000,000.00 | (U) | | | 333 EARLE OVINGTON BLVD SUITE 1010 | | | $20,000,000.00 | (U) |
| UNIONDALE, NY 11553 | | | $20,000,000.00 | (T) | | | UNIONDALE, NY 11553 | | | $20,000,000.00 | (T) |
| Official Claim Date   1/28/2010 | | | | | | | Official Claim Date   11/24/2009 | | | |
| NORTHROP GRUMMAN CORPORATION | 69883 | Remediation And Liability Management Company, Inc. | $0.00 | (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | NORTHROP GRUMMAN CORPORATION | 65762 | Motors Liquidation Company | $0.00 | (S) |
| | | | $0.00 | (A) | | | | | | $0.00 | (A) |
| BRIAN J HUFNAGEL ESQ & AARON GERSHONOWITZ ESQ FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA, LLP | | | $0.00 | (P) | | | C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP | | | $0.00 | (P) |
| 333 EARLE OVINGTON BLVD, STE 1010 | | | $20,000,000.00 | (U) | | | 333 EARLE OVINGTON BLVD SUITE 1010 | | | $20,000,000.00 | (U) |
| UNIONDALE, NY 11553 | | | $20,000,000.00 | (T) | | | UNIONDALE, NY 11553 | | | $20,000,000.00 | (T) |
| Official Claim Date   1/28/2010 | | | | | | | Official Claim Date   11/24/2009 | | | |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | 50825 | Remediation And Liability Management Company, Inc. | $0.00 | (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | 50824 | Motors Liquidation Company | $0.00 | (S) |
| | | | $0.00 | (A) | | | | | | $0.00 | (A) |
| MAUREEN F LEARY ESQ | | | $0.00 | (P) | | | MAUREEN F LEARY ESQ | | | $0.00 | (P) |
| ASSISTANT ATTORNEY GENERAL ENVIRONMENTAL PROTECTION BUREAU | | | $18,847,048.12 | (U) | | | ASSISTANT ATTORNEY GENERAL ENVIRONMENTAL PROTECTION BUREAU | | | $18,847,048.12 | (U) |
| OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224 | | | $18,847,048.12 | (T) | | | OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224 | | | $18,847,048.12 | (T) |
| Official Claim Date   11/25/2009 | | | | | | | Official Claim Date   11/25/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PETROLEUM TANK CLEANERS INC | 69940 | Environmental Corporate Remediation Company, Inc. | $0.00  (S) $0.00  (A) | Multi-debtor Duplicate Claim | Pgs. 1-4 | PETROLEUM TANK CLEANERS, INC | 59071 | Motors Liquidation Company | $0.00  (S) $0.00  (A) |
| C/O BEVERIDGE & DIAMOND PC ATTN MICHAEL MURPHY ESQ 477 MADISON AVENUE 15TH FLOOR NEW YORK, NY 10022 | | | $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) | | | BEVERIDGE & DIAMOND, PC ATT  MICHAEL MURPHY ESQ 477 MADISON AVENUE 15TH FLOOR NEW YORK, NY 10022 UNITED STATES OF AMERICA | | | $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) |
| Official Claim Date  2/1/2010 | | | | | | Official Claim Date  11/27/2009 | | | |
| PETROLEUM TANK CLEANERS INC | 69941 | Remediation And Liability Management Company, Inc. | $0.00  (S) $0.00  (A) | Multi-debtor Duplicate Claim | Pgs. 1-4 | PETROLEUM TANK CLEANERS, INC | 59071 | Motors Liquidation Company | $0.00  (S) $0.00  (A) |
| C/O BEVERIDGE & DIAMOND PC ATTN MICHAEL MURPHY ESQ 477 MADISON AVENUE 15TH FLOOR NEW YORK, NY 10022 | | | $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) | | | BEVERIDGE & DIAMOND, PC ATT  MICHAEL MURPHY ESQ 477 MADISON AVENUE 15TH FLOOR NEW YORK, NY 10022 UNITED STATES OF AMERICA | | | $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) |
| Official Claim Date  2/1/2010 | | | | | | Official Claim Date  11/27/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**120th Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PETROLEUM TANK CLEANERS, INC<br><br>BEVERIDGE & DIAMOND, PC<br>ATT MICHAEL MUPHY, ESQ<br>477 MADISON AVENUE 15TH FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   11/27/2009 | 59072 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | PETROLEUM TANK CLEANERS, INC<br><br>BEVERIDGE & DIAMOND, PC<br>ATT  MICHAEL MURPHY ESQ<br>477 MADISON AVENUE 15TH FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   11/27/2009 | 59071 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| PETROLEUM TANK CLEANERS, INC<br><br>BEVERIDGE & DIAMOND, PC<br>ATT MICHAEL MURPHY, ESQ<br>477 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   11/27/2009 | 59073 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | PETROLEUM TANK CLEANERS, INC<br><br>BEVERIDGE & DIAMOND, PC<br>ATT  MICHAEL MURPHY ESQ<br>477 MADISON AVENUE 15TH FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   11/27/2009 | 59071 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| PETROLEUM TANK CLEANERS, INC<br><br>C/O BEVERIDGE & DIAMOND PC<br>ATTN MICHAEL MURPHY ESQ<br>477 MADISON AVE 15TH FLOOR<br>NEW YORK, NY 10022<br><br>Official Claim Date   11/27/2009 | 59074 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | PETROLEUM TANK CLEANERS, INC<br><br>BEVERIDGE & DIAMOND, PC<br>ATT  MICHAEL MURPHY ESQ<br>477 MADISON AVENUE 15TH FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA<br><br>Official Claim Date   11/27/2009 | 59071 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**120th Omnibus Objection**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| QUANTA RESOURCES CORP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67104 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| QUANTA RESOURCES CORP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67105 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |
| QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67106 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,800,000.00  (U)<br>$4,800,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br><br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67108 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP<br><br>ALLEN G REITER, ESQ<br>JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br><br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67109 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP<br><br>ALLEN G REITER, ESQ<br>JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| QUANTA RESOURCES CORP<br><br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br><br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67110 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP<br><br>ALLEN G REITER, ESQ<br>JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| QUANTA RESOURCES CORPORATION | 69899 | Remediation And Liability Management Company, Inc. | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP | 67107 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 Official Claim Date  1/28/2010 | | | | | | C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 Official Claim Date  11/30/2009 | | | |
| QUANTA RESOURCES CORPORATION | 69900 | Environmental Corporate Remediation Company, Inc. | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP | 67107 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,800,000.00  (U) $4,800,000.00  (T) |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 Official Claim Date  1/28/2010 | | | | | | C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 Official Claim Date  11/30/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**120th Omnibus Objection**

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| QUANTA RESOURCES CORPORATION | 69901 | Environmental Corporate Remediation Company, Inc. | $0.00  (S) $0.00  (A) $0.00  (P) $20,000,000.00  (U) $20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP | 67111 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $20,000,000.00  (U) $20,000,000.00  (T) |
| C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | | | | ALLEN G REITER, ESQ JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | |
| Official Claim Date   1/28/2010 | | | | | | Official Claim Date   11/30/2009 | | | |
| QUANTA RESOURCES CORPORATION | 69902 | Remediation And Liability Management Company, Inc. | $0.00  (S) $0.00  (A) $0.00  (P) $20,000,000.00  (U) $20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA RESOURCES CORP | 67111 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $20,000,000.00  (U) $20,000,000.00  (T) |
| ALLEN G REITER, ESQ, AND JAMES SULLIVAN, ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | | | | ALLEN G REITER, ESQ JAMES M SULLIVAN ESQ ARENT FOX LLP 1675 BROADWAY NEW YORK, NY 10019 | | | |
| Official Claim Date   1/28/2010 | | | | | | Official Claim Date   11/30/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| QUANTA SITE GROUP<br><br>ALLEN G REITER, ESQ<br>JAMES M SULLIVAN, ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67100 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67103 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67101 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67103 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67102 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67103 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| QUANTA SITE GROUP<br><br>C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  1/28/2010 | 69897 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67103 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| QUANTA SITE GROUP<br><br>C/O ALLEN G REITER ESQ & JAMES M SULLIVAN ESQ ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  1/28/2010 | 69898 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | QUANTA SITE GROUP<br><br>ALLEN G REITER & JAMES M SULLIVAN ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019<br><br>Official Claim Date  11/30/2009 | 67103 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000,000.00  (U)<br>$20,000,000.00  (T) |
| ROBERT A GLADSTONE, ON BEHALF OF THE CLAIMANTS ON EXHIBIT "A'<br><br>ROBERT A GLADSTONE,ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br><br>LAWRENCEVILLE, NJ 08648<br><br>Official Claim Date  8/24/2009 | 1226 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,554.50  (U)<br>$10,100,554.50  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | ROBERT A GLADSTONE, ON BEHALF OF THE<br><br>CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648<br><br>Official Claim Date  8/24/2009 | 1225 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,554.50  (U)<br>$10,100,554.50  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ROBERT A GLADSTONE, ON BEHALF OF THE CLAIMANTS ON EXHIBIT "A"<br><br>ROBERT A GLASTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br><br>LAWRENCEVILLE, NJ 08648<br><br>Official Claim Date  8/24/2009 | 1227 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,554.50  (U)<br>$10,100,554.50  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | ROBERT A GLADSTONE, ON BEHALF OF THE<br><br>CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648<br><br>Official Claim Date  8/24/2009 | 1225 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,554.50  (U)<br>$10,100,554.50  (T) |
| ROBERT A GLADSTONE, ON BEHALF OF THE CLAIMANTS ON EXHIBIT "A"<br><br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br><br>LAWRENCEVILLE, NJ 08648<br><br>Official Claim Date  8/24/2009 | 1228 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,554.50  (U)<br>$10,100,554.50  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | ROBERT A GLADSTONE, ON BEHALF OF THE<br><br>CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648<br><br>Official Claim Date  8/24/2009 | 1225 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,554.50  (U)<br>$10,100,554.50  (T) |
| SENTRY INSURANCE A MUTUAL COMPANY<br><br>ATTN  KENNETH J ERLER  ASSOCIATES COUNSEL<br>1800 NORTH POINT DR<br>STEVENS POINT, WI 54481<br><br>Official Claim Date  11/24/2009 | 44304 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | SENTRY SELECT INSURANCE COMPANY<br><br>ATTN  KENNETH J ERLER  ASSOCIATE COUNSEL<br>1800 NORTH POINT DR<br>STEVENS POINT, WI 54481<br><br>Official Claim Date  11/24/2009 | 44306 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SHAWN MARCOTTE | 58974 | MLC of Harlem, Inc. | $0.00  (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | SHAWN MARCOTTE | 58977 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O ROBERT L RATTET, ESQ RATTET, PESTERNAK & GORDON-OLIVER, LLP 550 MAMARONECK AVENUE, STE 510 HARRISON, NY 10528 | | | $0.00  (P) | | | C/O ROBERT L RATTET, ESQ RATTET, PASTERNAK & GORDON-OLIVER, LLP 550 MAMARONECK AVENUE, STE 510 HARRISON, NY 10528 | | | $0.00  (P) |
| | | | $1,000,000.00  (U) | | | | | | $1,000,000.00  (U) |
| | | | $1,000,000.00  (T) | | | | | | $1,000,000.00  (T) |
| Official Claim Date  11/27/2009 | | | | | | Official Claim Date  11/27/2009 | | | |
| SHAWN MARCOTTE | 58975 | MLCS Distribution Corporation | $0.00  (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | SHAWN MARCOTTE | 58977 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O ROBERT L RATTET, ESQ RATTET, PESTERNAK & GORDON-OLIVER, LLP 550 MAMARONECK AVENUE, STE 510 HARRISON, NY 10528 | | | $0.00  (P) | | | C/O ROBERT L RATTET, ESQ RATTET, PASTERNAK & GORDON-OLIVER, LLP 550 MAMARONECK AVENUE, STE 510 HARRISON, NY 10528 | | | $0.00  (P) |
| | | | $1,000,000.00  (U) | | | | | | $1,000,000.00  (U) |
| | | | $1,000,000.00  (T) | | | | | | $1,000,000.00  (T) |
| Official Claim Date  11/27/2009 | | | | | | Official Claim Date  11/27/2009 | | | |
| SHAWN MARCOTTE | 58976 | MLCS, LLC | $0.00  (S) | Multi-debtor Duplicate Claim | Pgs. 1-4 | SHAWN MARCOTTE | 58977 | Motors Liquidation Company | $0.00  (S) |
| | | | $0.00  (A) | | | | | | $0.00  (A) |
| C/O ROBERT L RATTET, ESQ RATTET, PASTERNAK & GODRON-OLIVER, LLP 550 MAMARONECK AVENUE, STE 510 HARRISON, NY 10528 | | | $0.00  (P) | | | C/O ROBERT L RATTET, ESQ RATTET, PASTERNAK & GORDON-OLIVER, LLP 550 MAMARONECK AVENUE, STE 510 HARRISON, NY 10528 | | | $0.00  (P) |
| | | | $1,000,000.00  (U) | | | | | | $1,000,000.00  (U) |
| | | | $1,000,000.00  (T) | | | | | | $1,000,000.00  (T) |
| Official Claim Date  11/27/2009 | | | | | | Official Claim Date  11/27/2009 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STATE OF CONNECTICUT<br><br>UNCLAIMED PROPERTY DIV<br>55 ELM STREET 7TH FLOOR<br>HARTFORD, CT 06106<br><br>Official Claim Date  10/13/2009 | 9192 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | STATE OF CONNECTICUT<br><br>UNCLAIMED PROPERTY DIV<br>55 ELM ST 7TH FL<br>HARTFORD, CT 06106<br><br>Official Claim Date  10/13/2009 | 9194 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| STATE OF CONNECTICUT<br><br>UNCLAIMED PROPERTY DIV<br>55 ELM ST 7TH FL<br>HARTFORD, CT 06106<br><br>Official Claim Date  10/13/2009 | 9193 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | STATE OF CONNECTICUT<br><br>UNCLAIMED PROPERTY DIV<br>55 ELM ST 7TH FL<br>HARTFORD, CT 06106<br><br>Official Claim Date  10/13/2009 | 9194 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| STATES OF CONNECTICUT<br><br>UNCLAIMED PROPERTY DIV<br>55 ELM ST 7TH FL<br>HARTFORD, CT 06106<br><br>Official Claim Date  10/13/2009 | 9195 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | STATE OF CONNECTICUT<br><br>UNCLAIMED PROPERTY DIV<br>55 ELM ST 7TH FL<br>HARTFORD, CT 06106<br><br>Official Claim Date  10/13/2009 | 9194 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| STEPAN COMPANY<br><br>ATTN TIMOTHY W GARVEY ESQ<br>C/O LATSHA DAVIS YOHE & MCKENNA PC<br>350 EAGLEVIEW BLVD STE 100<br>EXTON, PA 19341<br><br>Official Claim Date  9/18/2009 | 1419 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,000.00  (U)<br>$10,100,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | STEPAN COMPANY<br><br>ATTN TIMOTHY W GARVEY ESQ<br>LATSHA DAVIS YOHE & MCKENNA P C<br>350 EAGLEVIEW BLVD SUITE 100<br>EXTON, PA 19341<br><br>Official Claim Date  9/21/2009 | 1458 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,000.00  (U)<br>$10,100,000.00  (T) |
| STEPAN COMPANY<br><br>ATTN TIMOTHY W GARVEY ESQ<br>C/O LATSHA DAVIS YOHE & MCKENNA PC<br>350 EAGLEVIEW BLVD STE 100<br>EXTON, PA 19341<br><br>Official Claim Date  9/18/2009 | 1420 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,000.00  (U)<br>$10,100,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | STEPAN COMPANY<br><br>ATTN TIMOTHY W GARVEY ESQ<br>LATSHA DAVIS YOHE & MCKENNA P C<br>350 EAGLEVIEW BLVD SUITE 100<br>EXTON, PA 19341<br><br>Official Claim Date  9/21/2009 | 1458 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,000.00  (U)<br>$10,100,000.00  (T) |
| STEPAN COMPANY<br><br>ATTN TIMOTHY W GARVEY ESQ<br>LATSHA DAVIS YOHE & MCKENNA P C<br>350 EAGLEVIEW BLVD SUITE 100<br>EXTON, PA 19341<br><br>Official Claim Date  9/21/2009 | 1457 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,000.00  (U)<br>$10,100,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | STEPAN COMPANY<br><br>ATTN TIMOTHY W GARVEY ESQ<br>LATSHA DAVIS YOHE & MCKENNA P C<br>350 EAGLEVIEW BLVD SUITE 100<br>EXTON, PA 19341<br><br>Official Claim Date  9/21/2009 | 1458 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,100,000.00  (U)<br>$10,100,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| THORPE JENNINE<br><br>THORPE, JENNINE<br>SISKIND CROMARTY IVEY & DOWLER LLP<br>680 WATERLOO STREET P. O. BOX 2520<br>LONDON ON N6A 3V8 CANADA<br>,<br>CANADA<br><br>Official Claim Date  11/5/2009 | 20078 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,200,000.00  (U)<br>$1,200,000.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | THORPE JENNINE<br><br>THORPE, JENNINE<br>680 WATERLOO STREET P. O. BOX 2520<br>LONDON ON N6A 3V8 CANADA<br>,<br>CANADA<br><br>Official Claim Date  11/5/2009 | 20079 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,200,000.00  (U)<br>$1,200,000.00  (T) |
| TREASURER OF VIRGINIA<br><br>COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY<br>DIVISION OF UNCLAIMED PROPERTY<br>PO BOX 2478<br>RICHMOND, VA 23218<br><br>Official Claim Date  11/23/2009 | 39081 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | TREASURER OF VIRGINIA<br><br>COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY<br>PO BOX 2478<br>RICHMOND, VA 23218<br><br>Official Claim Date  11/23/2009 | 39083 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| TREASURER OF VIRGINIA<br><br>COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY<br>DIVISION OF UNCLAIMED PROPERTY<br>PO BOX 2478<br>RICHMOND, VA 23218<br><br>Official Claim Date  11/23/2009 | 39082 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | TREASURER OF VIRGINIA<br><br>COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY<br>PO BOX 2478<br>RICHMOND, VA 23218<br><br>Official Claim Date  11/23/2009 | 39083 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TREASURER STATE OF NEW JERSEY<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 214<br>TRENTON, NJ 08646<br><br>Official Claim Date  10/27/2009 | 16844 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | TREASURER STATE OF NEW JERSEY<br><br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 214<br>TRENTON, NJ 08646<br><br>Official Claim Date  10/27/2009 | 16843 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| UNITED STATES OF AMERICA<br><br>O/B/O DEPARTMENT OF THE TREASURY<br>C/O AUSAS NATALIE N KUEHLER/DAVID S JONES<br>US ATTORNEY'S OFFICE SDNY<br>86 CHAMBERS ST 3RD FLOOR<br>NEW YORK, NY 20007<br><br>Official Claim Date  4/16/2010 | 70254 | Remediation And Liability Management Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | UNITED STATES OF AMERICA<br><br>C/O UNITED STATES ATTORNEY'S OFFICE<br>NATALIE N KUEHLER, AUSA<br>86 CHAMBERS STREET, 3RD FLOOR<br><br>NEW YORK, NY 10007<br><br>Official Claim Date  11/30/2009 | 64064 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,024,258,337.00  (U)<br>$2,024,258,337.00  (T) |
| UNITED STATES OF AMERICA<br><br>O/B/O DEPARTMENT OF THE TREASURY<br>C/O AUSAS N N KUEHLER/D S JONES<br>US ATTORNEY'S OFFICE SDNY<br>86 CHAMBERS ST 3RD FLOOR<br>NEW YORK, NY 20007<br><br>Official Claim Date  4/16/2010 | 70255 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | UNITED STATES OF AMERICA<br><br>C/O UNITED STATES ATTORNEY'S OFFICE<br>NATALIE N KUEHLER, AUSA<br>86 CHAMBERS STREET, 3RD FLOOR<br><br>NEW YORK, NY 10007<br><br>Official Claim Date  11/30/2009 | 64064 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,024,258,337.00  (U)<br>$2,024,258,337.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WILLIAM MORRIS AGENCY LLC<br><br>1 WILLIAM MORRIS PL<br><br>BEVERLY HILLS, CA 90212<br><br>Official Claim Date  11/25/2009 | 47999 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | WILLIAM MORRIS AGENCY LLC<br><br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN MR JASON POMERANTZ<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>LOS ANGELES, CA 90067<br><br>Official Claim Date  11/25/2009 | 69242 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| WILLIAM MORRIS AGENCY LLC<br><br>1 WILLIAM MORRIS PL<br><br>BEVERLY HILLS, CA 90212<br><br>Official Claim Date  11/25/2009 | 69240 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | WILLIAM MORRIS AGENCY LLC<br><br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN MR JASON POMERANTZ<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>LOS ANGELES, CA 90067<br><br>Official Claim Date  11/25/2009 | 69242 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |
| WILLIAM MORRIS AGENCY LLC<br><br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN MR JASON POMERANTZ<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>LOS ANGELES, CA 90067<br><br>Official Claim Date  11/25/2009 | 69241 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) | Multi-debtor Duplicate Claim | Pgs. 1-4 | WILLIAM MORRIS AGENCY LLC<br><br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN MR JASON POMERANTZ<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>LOS ANGELES, CA 90067<br><br>Official Claim Date  11/25/2009 | 69242 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>(T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

120th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| **Claims to be Disallowed and Expunged Totals** | **92** | | **$268,722.82**  (S) | | | | | | | |
| | | | **$0.00**  (A) | | | | | | | |
| | | | **$0.00**  (P) | | | | | | | |
| | | | **$600,451,802.27**  (U) | | | | | | | |
| | | | **$600,720,525.09**  (T) | | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 36

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                              :
In re                                         :          Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,         :          09-50026 (REG)
         f/k/a General Motors Corp., *et al.* :
                                              :
                              Debtors.        :          (Jointly Administered)
                                              :
-------------------------------------------------------------x

### ORDER GRANTING DEBTORS' 120TH OMNIBUS OBJECTION TO CLAIMS
#### (Multi-Debtor Claims)

Upon the 120th omnibus objection to expunge certain claims, dated December 21,

2010 (the "**120th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking

entry of an order disallowing and expunging, subject to confirmation of the Plan, the Multi-Debtor

Claims, all as more fully described in the 120th Omnibus Objection to Claims; and due and proper

notice of the 120th Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the relief

sought in the 120th Omnibus Objection to Claims is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]       Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the 120th Omnibus Objection to Claims.

120th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 120th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that, the Debtors may later object to any of the Surviving Claims on the basis that its holder failed to timely file a proof of such claim against at least one Debtor with respect to which the Surviving Claim would have been enforceable, by the applicable deadline set forth in the Bar Date Orders; it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the 120th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
           _____, 2011

_____
United States Bankruptcy Judge