UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                                        :
                                                             :    Chapter 11
MOTORS LIQUIDATION COMPANY, *et al.*,                         :
                                                             :    Case No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al.*    :
                                                             :    (Jointly Administered)
                             Debtors.    :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS    )
                          ) ss.:
COUNTY OF SUFFOLK         )

Brittney S. Carroll being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Wrentham, Massachusetts.

On the 14th day of December, 2010, I caused to be served a true copy of the *Initial Response and Reservation Rights of Certain Noteholders of General Motors Nova Scotia Finance to the Official Committee of Unsecured Creditors First Amended Objection to their Claims, and Joinder to Response of Noteholders Represented by Greenberg Traurig, LLP*, via electronic mail on all parties receiving notice *via* the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email delivery at the last know addressed as indicated on Exhibit A.

Dated: December 22, 2010
     New York, New York

                                            Brittney S. Carroll, Paralegal
                                            Brown Rudnick LLP
                                            One Financial Center
                                            Boston, MA  02111
                                            Tel.:  (617) 856-8552
                                            Fax:  (617) 289-0472

Sworn to before me this
22nd day of December, 2010

*Janet S. Wamsley*

JANET S. WAMSLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

# EXHIBIT A

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Attn: **Stephen Karotkin, Esq.**
stephen.karotkin@weil.com
**Joseph H. Smolinsky, Esq.**
joseph.smolinsky@weil.com
**Harvey Miller, Esq.**
harvey.miller@weil.com

**Motors Liquidation Company**
500 Renaissance Center – Suite 1400
Detroit, MI 48243
Attn: **Ted Stenger**
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI 48265
Attn: **Lawrence S. Buonomo, Esq.**
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281
Attn: **John J. Rapisardi, Esq.**
jjohn.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW – Room 2312
Washington, D.C. 20220
Attn: **Joseph Samarias, Esq.**
jospeh.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway – 47th Floor
New York, NY 10019
Attn: **Michael J. Edelman, Esq.**
mjedelman@vedderprice.com
**Michael L. Schein, Esq.**
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY 10036
Attn: **Thomas Moers Mayer, Esq.**
tmayer@kramerlevin.com
**Robert Schmidt, Esq.**
rschmidt@kramerlevin.com
**Lauren Macksoud, Esq.**
lmacksoud@kramerlevin.com
**Jennifer Sharret, Esq.**
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. – Suite 1100
Washington, DC 20005
Attn: **Trevor W. Swett III, Esq.**
tws@capdale.com
**Kevin C. Maclay, Esq.**
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue – 35th Floor
New York, NY 10152-3500
Attn: **Elihu Inselbuch, Esq.**
ei@capdale.com
**Rita C. Tobin, Esq.**
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C.**
2323 Bryan Street – Suite 2200
Dallas, TX 75201
Attn: **Sander L. Esserman, Esq.**
esserman@sbep-law.com
**Robert T. Brousseau, Esq.**
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street – 3rd Floor
New York, NY 10007
Attn: **David S. Jones, Esq.**
david.jones6@usdoj.gov
**Natalie Kuehler, Esq.**
Natalie.kuehler6@usdoj.gov

**Butzel Long**
380 Madison Avenue
New York, NY 10017
Attn: **Barry Seidel, Esq.**
seidelb@butzel.com
**Eric Fisher, Esq.**
fishere@butzel.com
**Katie L. Cooperman, Esq.**
Cooperman@butzel.com

**Greenberg Trauig**
200 Park Avenue
New York, NY 10166
Attn: **Bruce R. Zirinsky, Esq.**
zirinkyb@gtlaw.com
**Nancy A. Mitchell, Esq.**
mitchelln@gtlaw.com
**John H. Bae, Esq.**
baej@gtlaw.com
**Gary D. Ticoll, Esq.**
ticollg@gtlaw.com

**Atkin Gump Strauss Hauer & Feld**
One Bryant Park
New York, NY 10036
**Daniel G. Golden, Esq.**
dgolden@akingump.com
**Philip C. Dublin, Esq.**
pdublin@askingump.com
**Natalie E. Levine, Esq.**
nlevine@akingump.com

**King & Spaulding LLP**
1185 Avenue of the Americas
New York, New York 10036
**Arthur Steinberg**
**Scott Davidson**
asteinberg@kslaw.com

# 1794768 v1 - CARROLB - 029313/0001