Torys LLP
237 Park Avenue
New York, New York 10017
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | Jointly Administered |
| Debtors. | : | |

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Limited Response and Reservation of Rights of New Flyer of America Inc. to the Debtors' 110th Omnibus Objection to Claims was electronically filed with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, and I caused a copy thereof to be served on the parties listed on the attached Service List at the addresses on the attached Service List.

Dated: December 22, 2010
       New York, New York

                                                  /s/ Darrell Williams

11578980.4
33550-2019

## Service List

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.
Attorneys for the Debtors

The Debtors
c/o Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn: Ted Stenger

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.
Attorneys for the United States Department of the Treasury

The United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
Attorneys for Export Development Canada

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.
Attorneys for the statutory committee of unsecured creditors

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
Attorneys for the official committee of unsecured creditors holding asbestos-related claims

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
Attorneys for the official committee of unsecured creditors holding asbestos-related claims

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.
Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants