WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Tel: 212-558-5500
Fax: 212-344-5461

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :    Chapter 11
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, f/k/a                              :    Case No. 09-50026 (REG)
General Motors Corporation,                                    :
                                                               :    (Jointly Administered)
                                        Debtor,                :
---------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS LISTED ON ATTACHED EXHIBIT A BY WEITZ & LUXENBERG

PLEASE TAKE NOTICE, that on November 10, 2010, Weitz & Luxenberg filed the proof of claims listed on the attached Exhibit A in the bankruptcy case of *In re Motors Liquidation Company, f/k/a General Motors Corporation*, Case No. 09-50026

PLEASE TAKE FURTHER NOTICE that claimants hereby withdraw Proofs of Claims listed on the attached Exhibit A, true copies of which are annexed hereto.

Date: New York, New York
      November 10, 2010

                                                      Weitz & Luxenberg, P.C.

                                                      By: _____
                                                      Lisa Nathanson Busch, Esq.
                                                      Weitz & Luxenberg, P.C.
                                                      700 Broadway
                                                      New York, NY 10003

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
700 BROADWAY
NEW YORK, N.Y. 10003

2010 NOV 10 P 3:08
U.S. BANKRUPTCY COURT
FILED

# EXHIBIT A

| Name | POC Number |
|---|---|
| AGEE, DAVID M. | 59447 |
| ALBANO, JACK | 59144 |
| ALBINO, JOSEPH J. (Dec.) | 59143 |
| ALLEN, GERALD ELMONT (Dec.) | 48625 |
| ALLEN, GERALD ELMONT (Dec.) | 67008 |
| ALMONTASER, SALEH A. | 59142 |
| ANTOLINO, ANTONIO | 59138 |
| BALZANO, JACK | 59133 |
| BARRY, JAMES (Dec.) | 59130 |
| BASS, ROBERT | 59129 |
| BATES SR., LEONARD CHARLES | 60306 |
| BAULDREE, LARRY VOLLEY | 48138 |
| BAULDREE, LARRY VOLLEY | 66185 |
| BEARDEN, HENRY EVERETT (Dec.) | 59442 |
| BERKO, MICHAEL S. (Dec.) | 59125 |
| BERNARD, FREDERICK A. (Dec.) | 59124 |
| BERNSTEIN, SHELDON (Dec.) | 59123 |
| BERTONE, DOMINIC (Dec.) | 59122 |
| BICCUM SR., ORLEY WILLIAM | 59120 |
| BIGLER, GARY J. (Dec.) | 59119 |
| BILGORAY, REUVEN | 59118 |
| BISE SR, HARRY F. | 59116 |
| BORSELLA, JOSEPH | 59111 |
| BOWMAN, FRANCIS J. | 59109 |
| BRADFORD, MICHAEL T. | 59108 |
| BRAMLETTE, MAYLON (Dec.) | 59107 |
| BROOKS, EDWARD W. | 59103 |
| BRUMBELOW, JAMES H. (Dec.) | 59428 |
| BRUNDAGE, LEWIS | 59101 |
| BURSEY, LEE ALLEN (Dec.) | 59427 |
| CAIXEIRO, JOHN (Dec.) | 59096 |
| CAMBONI, JOHN A. (Dec.) | 59093 |
| CAMPBELL, LOUIS (Dec.) | 59092 |
| CAMPBELL, WILLIAM A. | 59091 |
| CARONE, MOLLY (Dec.) | 59359 |
| CARR, JANET A. (Dec.) | 59358 |
| CASSARA, JACOB J. | 59043 |
| CAVA, WILLIAM (Dec.) | 59040 |
| CAWEIN, GLENN W. | 59039 |
| CEGLIO, MARVIN J. | 59038 |
| CERRATO, ANTHONY J. | 59037 |
| CERRONE, CHARLES | 59036 |
| CERUZZI, ALEX | 59035 |
| CERVI, ROMEO | 59034 |
| CERVONI SR., CHARLES L. | |
| CHAPMAN, JAY K. | 59031 |
| CHASE, JOHN | 59239 |
| CHERRY, JAMES R. (Dec.) | 59237 |
| CHIERA, RALPH | 59235 |
| CIPRIANI, DOMINICK V. | 59231 |
| CLABEAUX SR., RONALD G. | 59229 |
| CLEARWATER, EDWARD V. (Dec.) | 59227 |
| COELHO, NICHOLAS (Dec.) | 59226 |
| COHEN, ALBERT J. (Dec.) | 59225 |
| COHEN, MICHAEL D. (Dec.) | 59224 |
| COLANGELO, DANIEL W. (Dec.) | 59223 |
| COLLATT, WALTER EUGENE | 60179 |
| COLON, PETER | 67067 |
| CONSTANTINO, CHARLES J. (Dec.) | 59220 |
| CONWAY, DENNIS | 59219 |
| COOK JR., HENRY J. | 59218 |
| COOMBS, CHESTER (Dec.) | 59217 |
| COPPOLA, FRANK J. (Dec.) | 59215 |
| CORALLO, SALVATORE | 59213 |
| CORRIGAN, DANIEL JAMES | 59211 |
| COTTON JR., LESLIE LEE | 60176 |
| COVERT, ROBERT F. (Dec.) | 59508 |
| COX, ANTHONY D. | 59507 |
| CRAWFORD, ROBERT (Dec.) | 59504 |
| CRAWLEY, JAMES M. (Dec.) | 59503 |

| Name | Number |
|---|---|
| CREWS, GEORGE | 59502 |
| CUCUZZO, JOSEPH T. | 59499 |
| CUNDARI, JOSEPH | 59498 |
| CUOCO, ANGELO (Dec.) | 59497 |
| CURRIER, JOSEPH ROBERT | 59495 |
| CZEREPKOWSKI, LEO J. | 59493 |
| D'ALBIS, VINCENZO | 59492 |
| DANKENBRINK, ANDREW (Dec.) | 59489 |
| DEBELLO, AMERIGO (Dec.) | 59481 |
| DECARVALHO, FRANCISCO | 59480 |
| DECIBUS, EDWARD (Dec.) | 59599 |
| DECRESCENZO, JOSEPH | 59484 |
| DELPERCIO, ANTHONY (Dec.) | 59596 |
| DEMERI, ANGELO (Dec.) | 59591 |
| DEMPSEY, JOHN F. (Dec.) | 59590 |
| DIBIASI, JOHN | 59582 |
| DICALOGERO, JOHN (Dec.) | 59581 |
| DILEO, PETER F. (Dec.) | 59579 |
| DITERLIZZI, DOMINICK | 59577 |
| DOAN, GARY L. | 59474 |
| DONNELLY, WILLIAM J. (Dec.) | 59576 |
| DORRIS, GEORGE W. (Dec.) | 59473 |
| DORRIS, GLORIA JEAN | 60170 |
| DUFFY, FRANK (Dec.) | 60979 |
| DUNCAN, RUTH M. (Dec.) | 60978 |
| DURANTE, JOHN V. (Dec.) | 60090 |
| EICHNER, WILLIAM A. (Dec.) | 60095 |
| EIGENBERG, CECIL (Dec.) | 60112 |
| ELLISON, WILLIAM LEON | 60169 |
| ELSNER, HAROLD F. (Dec.) | 60111 |
| ENDELMANN, GEORGE | 60110 |
| EPPS, ROBERT EARL | 59471 |
| ERMER, FRANCES JACLYN (Dec.) | 48102 |
| ERMER, FRANCES JACLYN (Dec.) | 66527 |
| ERMER, JAMES H. (Dec.) | 48103 |
| ERMER, JAMES H. (Dec.) | 66526 |
| FAIRRIS, SAM T. | 59470 |
| FATIBENE, LEONARDO | 60106 |
| FERER, RONALD M. | 60104 |
| FERRARA, ANTHONY T. | 60103 |
| FERTIK, RICHARD | 60100 |
| FINN, THOMAS | 45373 |
| FITZGERALD, DIANE (Dec.) | 58488 |
| FLYNN, CHARLES | 58335 |
| FLYNN, HUGH | 58336 |
| FOGLER, VICTOR ALAN | 59468 |
| FOLEY, EDWARD W. (Dec.) | 58334 |
| FORD, DONALD (Dec.) | 58332 |
| FORSHAY, SAMUEL (Dec.) | 39308 |
| FOWLER, DOUGLAS RAYMOND (Dec.) | 58486 |
| FRANKLIN, WILLIAM T. | 58485 |
| FREELAND, EDWARD C. (Dec.) | 58483 |
| FREEMAN, HELEN B. | 59467 |
| FREUND, CHARLES GEORGE (Dec.) | 58481 |
| FROST, OLIVER H. (Dec.) | 58480 |
| FURLOUGH, HUSKIN | 59463 |
| FUSCO, ANDREW | 48080 |
| FUSCO, ANDREW | 66471 |
| GALANO, CRESCENZO (Dec.) | 60449 |
| GALLETTO, GABRIEL R. | 58479 |
| GALLIS, ISIDORE (Dec.) | 58478 |
| GAUDIO, TIMOTHY W. | 58475 |
| GINZIG, STANLEY (Dec.) | 58467 |
| GLASER, JEROME (Dec.) | 58464 |
| GOICHMAN, ED | 58462 |
| GOLDSMITH, GERALD | 58461 |
| GONZALEZ, DAVID (Dec.) | 58460 |
| GORDON, DAVID T. | 58459 |
| GRASSI, LUIGI (Dec.) | 58456 |
| GRAVES, TROY C. | 60166 |

| Name | Number |
|---|---|
| GRECO, LUIGI | 58454 |
| GREEN, DORIS LORETTA | 59457 |
| GREENE, BERTRAND F. | 58453 |
| GRGAS, ANTE | 58450 |
| GRGAS, JOSEPH S. (Dec.) | 58451 |
| GROLICH, RUDY E. | 58447 |
| HAHL, HENRY C. (Dec.) | 60446 |
| HARDEN, DALE WINFORD | 59452 |
| HARDIN JR., THOMAS E. | 59451 |
| HARRIGAN, THOMAS F. (Dec.) | 58433 |
| HARRIS, PERRY A. | 58431 |
| HARRIS, SHANNON (Dec.) | 58432 |
| HAUGH, ANTHONY | 58428 |
| HENDERSON, JAMES EARL | 59405 |
| HENDRICK, CLAUDINE (Dec.) | 59174 |
| HERRING, STACEY R. (Dec.) | 59172 |
| HEYD, PETER H. (Dec.) | 59171 |
| HILBORN, JAMES LEE | 67242 |
| HILL, DONALD H. (Dec.) | 59406 |
| HILL, JAMES L. (Dec.) | 59170 |
| HOCKETT, KENNETH E. (Dec.) | 59167 |
| HUDSON, BRUCE A. | |
| HUGHES, JOSEPH J. | 59164 |
| HUMDY, GUY A. | 59418 |
| IOIMO, RICHARD | 59160 |
| JAMES, ROOSEVELT | 59417 |
| JANES, ERICH K. | 59158 |
| JENNINGS, MICHAEL | 59155 |
| JOCKO, HENRY F. (Dec.) | 59154 |
| JOHANSEN, GEORGE L. (Dec.) | 59153 |
| JOHNSON, HANFORD ROBERT (Dec.) | 59059 |
| JOHNSON, MERLE E. (Dec.) | 59150 |
| JOHNSON, NATHANIEL | |
| JONES, JOHNNY PERRY | 59410 |
| JOSEPH, SIDNEY (Dec.) | 59058 |
| KAEHLER, ROBERT K. | 59055 |
| KANE, SAM | 59053 |
| KAYE, WILLIAM (Dec.) | 59051 |
| KAZAKWIC, CHARLES (Dec.) | 59050 |
| KELLEHER, JAMES F. (Dec.) | 48224 |
| KELLEHER, JAMES F. (Dec.) | 66537 |
| KENNEDY, WILLIAM (Dec.) | 59339 |
| KIBURZ, EDWARD C. | 59338 |
| KILCULLEN, CHARLES | 59337 |
| KING JR., FRANK | 48211 |
| KING JR., FRANK | 66548 |
| KLEIS, ROGER C. | 59335 |
| KOESTER, RONALD G. | 59334 |
| KONOPKA, THEODORE | 59333 |
| KREBS, JOSEPH (Dec.) | 59332 |
| LACHAPELLE, ARTHUR | 58786 |
| LAGUARDIA, HUGO (Dec.) | 48289 |
| LAGUARDIA, HUGO (Dec.) | 66960 |
| LANCTOT, GEORGE | 58781 |
| LANGE, LAUTARO G. (Dec.) | 58780 |
| LARE, WALTER E. (Dec.) | 58777 |
| LASHER, AARON JAY (Dec.) | 58776 |
| LASHER, LLOYD T. | 58775 |
| LATELLA SR., FRANK A. | 58773 |
| LAURENT, RAYMOND (Dec.) | 58772 |
| LAYROCK, HAYNES KEITH | 60160 |
| LAZZARA, ANTHONY | 58771 |
| LEAHY, DONALD M. (Dec.) | 58770 |
| LEGRICE, MARIE (Dec.) | 58768 |
| LEONARD, JAMES K. | 58766 |
| LEPPERT, EVERETT C. (Dec.) | 58764 |
| LEWANDOSKI, ROBERT F. (Dec.) | 58763 |
| LISIKATOS SR., GEORGE W. | 58425 |
| LITTLE, JAMES (Dec.) | 58424 |
| LIVINGSTON, RONALD (Dec.) | 58423 |

| Name | POC Number |
|---|---|
| LONGO, JOSEPH (Dec.) | 58418 |
| LORE, JOSEPH | 58416 |
| LOVE, BOBBIE JEAN | 59396 |
| LOVELACE, LINDA FAYE (Dec.) | 59395 |
| LUCIANO, PRIMITIVO | 48274 |
| LUCIANO, PRIMITIVO | 66903 |
| LUSSIER, RONALD F. | 58412 |
| MACDONALD, KENNETH J. | 58410 |
| MADDOX JR., ALFRED | 58406 |
| MARTIN, DONNY CARROLL | 60156 |
| MARTIN, EMMITT JAMES | 59392 |
| MARTIN, WALTER ABLE | 59393 |
| MAY, ROBERT | 58703 |
| MC ALLISTER, JEFFERY J. | 58700 |
| MC COOEY, CHARLES L. (Dec.) | 60115 |
| MC CULLOUGH, JAMES J. | 60113 |
| MCCARTHY, JAMES | 60116 |
| MCCLANE, BOYCE P. | 59391 |
| MCGEE, GEORGE (Dec.) | 58729 |
| MESTRES, PEPE (Dec.) | 58719 |
| MINOR, LAWRENCE | 58711 |
| MONDELLO, ROCCO | 58707 |
| MONGONI, CARMINE | 58759 |
| MULVEY, WILLIAM P. | 58753 |
| MUNOZ, BENJAMIN | 59384 |
| MURTAGH SR., JAMES | 58748 |
| MYERS, PATRICK | 58746 |
| NEILSON, GUNNAR | 58743 |
| NEIST, JAMES F. (Dec.) | 58742 |
| O'CONNOR, DENNIS J. | 59355 |
| OLIVE, GENE W. | 59353 |
| ORLANDO, ANTHONY J. | 59351 |
| OTTEN, REINHARD (Dec.) | 59349 |
| PAIGE, GEORGE W. | 59347 |
| PALMIETTO, ALFONSO | 59345 |
| PAOLERCIO JR., HARRY | 59344 |
| PAPSON, JOHN A. | 59343 |
| PAQUIN, RONALD LEON (Dec.) | 59342 |
| PARKS, WILLIE R. | 59378 |
| PATE, GLENN JUNIOR | 59377 |
| PEDOTO, EUGENE | 58531 |
| PEDOTO, JAMES (Dec.) | 58530 |
| PENCOLA, CHARLES | 58529 |
| PETERS, VOLKERT J. | 58523 |
| PEYTON, BRIAN | 58519 |
| PINCKNEY, JESSE (Dec.) | 58516 |
| PISANO, ALBERT | 58515 |
| PLAUS, DAVID | 58512 |
| PLUMER, GEORGE (Dec.) | 58510 |
| PORCELLA, JOHN Q. (Dec.) | 58508 |
| PORPER, ROBERT B. (Dec.) | 58507 |
| PRZEPIORA, DANIEL A. | 58506 |
| QUAGLIA, MODESTINO (Dec.) | 58503 |
| REIMONDO, JOHN JAMES | 48527 |
| REIMONDO, JOHN JAMES | 66849 |
| REINA, JOHN (Dec.) | 58497 |
| RESINO, SAL (Dec.) | 58495 |
| RETAN, PHILLIP A. (Dec.) | 58493 |
| REYNOLDS, HENRY E. | 58492 |
| RIZZO, FRANK A. (Dec.) | 58849 |
| ROBERTS, FRANCIS (Dec.) | 58847 |
| RODACK, MICHAEL | 58845 |
| ROTELLA, JOHN P. | 58838 |
| ROTHMAN, ALLAN | 58837 |
| ROTHMAN, NEIL E. | 58836 |
| RUSSES, RICHARD | 58832 |
| RUTLEDGE, THOMAS | 58831 |
| RUZZI, LEO A. (Dec.) | 58830 |
| SANTANGELO, JAMES | 58824 |
| SANTOMERO, LUIGI | 58823 |

| Name | Number |
|---|---|
| SCHENK, WALTER | 58820 |
| SCHWAKE, WERNER H. | 58817 |
| SCIORTINO, DAVID | 58816 |
| SCIULLO, DONATO (Dec.) | 58815 |
| SCOTT, CECIL G. (Dec.) | 58814 |
| SERINO, NAZZARO | 58810 |
| SHAW, THOMAS M. | 60373 |
| SIGLE, TERRAL DEAN | 59360 |
| SILVESTRI, DOMENICO | 58803 |
| SIMMONS, FLOYD | 58802 |
| SKALSKI, WALTER J. | 60504 |
| SLINEY, DAVID J. | 58801 |
| SMITH JR., GEORGE J. | 58798 |
| SNIFFEN, RONALD (Dec.) | 58794 |
| SPARKS, EDWARD C. | 58792 |
| STAUDINGER, RICHARD JAMES (Dec.) | 58609 |
| STEVENS, JACOB (Dec.) | 58607 |
| STEWARD, CHARLES | 58606 |
| STEWARD, LEROY | 58605 |
| SWIFT, SHELDON (Dec.) | 58600 |
| TEMPIO, JAMES V. (Dec.) | 48732 |
| TEMPIO, JAMES V. (Dec.) | 66881 |
| TENAGLIA, JOHN J. | 58596 |
| THRAPP, JOSEPH | 58593 |
| TOBIAS, JOSEPH C. | 58592 |
| TOLLI, GIUSEPPE | 58591 |
| TOLOMEO, JACK | 58590 |
| TORNAMBE, IGNACIO | 58589 |
| TRANI, LOUIS V. | 58585 |
| TUFARO, LEONARD | 58583 |
| TULLY, THOMAS | 58581 |
| UCCI, FRED J. | 58579 |
| UOMOLEALE, RICHARD J. | 58578 |
| URBAN, JAMES J. (Dec.) | 58576 |
| VENDOLA, MICHAEL L. (Dec.) | 58571 |
| VESPERMANN, MERVIN (Dec.) | 58568 |
| VINCIGUERRA, GIACOMO | 58566 |
| WARREN, JAMES HERBERT | 48774 |
| WARREN, JAMES HERBERT | 67519 |
| WATKINS, JONATHAN | |
| WATSON, JAMES FRED (Dec.) | 60324 |
| WATTS, HAROLD J. (Dec.) | 58561 |
| WEIHROUCH, AGNES E. (Dec.) | 58559 |
| WHITE, ED | 58553 |
| WHITMORE, CHARLES EDWARD | 60316 |
| WILLIAMS JR., SANFORD P. | 60315 |