RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
E-Mail: NBinder@rkollp.com
Neil S. Binder

*Attorneys for Goldman Sachs & Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In Re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
                                                               :   Jointly Administered
                                                               :
                                           Debtors.            :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that Neil S. Binder of the law firm Richards Kibbe & Orbe LLP hereby appears in the above-captioned case on behalf of Goldman Sachs & Co. ("Goldman Sachs"); and that such party requests that his name be added to the mailing list maintained in the above-captioned case, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case be delivered to and served upon them as Counsel to Goldman Sachs, at the following addresses, respectively:

                  Neil S. Binder
                  Richards Kibbe & Orbe LLP
                  One World Financial Center
                  New York, NY 10281
                  NBinder@rkollp.com
                  Telephone: 212.530.1809
                  Facsimile: 917.344.8809

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notices and papers referenced in the Bankruptcy Rules, Bankruptcy Code and Local Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, demands, hearings, requests, complaints, monthly operating reports, cash-flow reports, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to cases and any proceeding therein, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit waives (1) Goldman Sachs right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (2) Goldman Sachs right to a jury trial; (3) Goldman Sachs right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Goldman Sachs is or may be entitled under agreements, in law or equity, all of which rights, claims actions, defenses, setoffs, and recoupments Goldman Sachs expressly reserves.

Dated: New York, New York
December 22, 2010

RICHARDS KIBBE & ORBE LLP

/s/ Neil S. Binder
Neil S. Binder
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
E-Mail: NBinder@rkollp.com