UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                        :
                                                                :
                               Debtors.                         :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## SECOND SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 3007 ESTABLISHING SUPPLEMENTAL RULES AND AUTHORITY FOR FILING OMNIBUS OBJECTIONS TO CERTAIN FOREIGN DEBT CLAIMS

Upon the Motion, dated December 14, 2010 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 3007, for approval of certain Claim Objection Procedures supplementing this Court's order approving procedures for the filing of omnibus objections to proofs of claim (the "**Procedures Order**") (ECF No. 4180), and supplementing this Court's Supplemental Order Establishing Supplemental Rules and Authority for Filing Omnibus Objections to Certain Debt Claims (the "**Supplemental Procedures Order**") (ECF No. 6238), all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

US_ACTIVE:\43592964\01\72240.0639

set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Procedures Order and the Supplemental Procedures Order are supplemented as provided herein; and it is further

ORDERED that the Debtors are authorized to file Omnibus Claim Objections to no more than 500 proofs of claim at a time with respect to Eurobond Deutsche Debt Claims; and it is further

ORDERED that, except as expressly provided herein and in the Supplemental Procedures Order, the Debtors and other parties in interest shall comply with the requirements for Omnibus Claim Objections set forth in Bankruptcy Rule 3007(e); and it is further

ORDERED that any order sustaining an Omnibus Claim Objection shall be a final order with respect to each Eurobond Deutsche Debt Claim referenced in such Omnibus Claim Objection as if an individual objection had been filed for each proof of claim; and it is further

ORDERED that the Debtors are authorized to serve a personalized Claim Objection Notice, rather than the entire Omnibus Claim Objection, on each claimant whose claim is the subject of the applicable Omnibus Claim Objection and, if known, its respective counsel.  The Claim Objection Notice shall be in a form substantially similar to the notice annexed to the Motion as Exhibit "A" with respect to Eurobond Deutsche Debt Claims, shall be personalized for each claimant, and shall include an explanation of the claim objection process, a description of the basis of the Omnibus Claim Objection, information regarding the response deadline and hearing date, identification of the claim that is the subject of the Omnibus Claim Objection, and information on how the claimant might obtain a complete copy of the Omnibus

Claim Objection.  The transmittal envelope containing the Claim Objection Notice shall include a stamp that reads: "**OFFICIAL COURT DOCUMENT**."  The Debtors reserve the right to serve Omnibus Claim Objections in their entirety in appropriate circumstances as determined in the Debtors' sole discretion; and it is further

ORDERED that the Debtors shall file all Omnibus Claim Objections with this Court to be made publicly available on the docket through PACER and for free on the website of the Debtors' approved notice and claims agent, The Garden City Group Inc., at **http://www.motorsliquidationdocket.com/maincase.php3**.  Service of a Claim Objection Notice shall be limited to the claimant whose claim is the subject of the applicable Omnibus Claim Objection and its counsel, if known; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       ***December 22***, 2010

                                                 ***/s/ Robert E. Gerber***
                                                 United States Bankruptcy Judge