# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL WORKER OF AMERICA, UAW,

        Plaintiff,

v.

GENERAL MOTORS, LLC,

        Defendant.
                                    /

CIVIL ACTION NO. 10-11366

HONORABLE AVERN COHN

## ORDER STAYING PROCEEDINGS

On November 03, 2010 the Court held a status conference with the parties. Proceedings in this matter are STAYED pending a ruling on the jurisdictional issue raised in a similar case pending in the United States Bankruptcy Court, Southern District of New York, Case No. 09-50026 (REG). The parties shall promptly notify the Court when the ruling is entered.

      SO ORDERED.


Dated: November 3, 2010                 s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 3, 2010, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                              Case Manager, (313) 234-5160