# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**GENERAL MOTORS LLC,**<br><br>　　　　　　Defendant. | 2:10-cv-11366-AC-MJH<br><br><br>**Honorable Avern Cohn**<br>**Magistrate Judge Michael Hluchaniuk** |

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on its breach of contract claim in this action.

　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| | /s/ Andrew D. Roth |
| Jeffrey D. Sodko (P65076) | Andrew D. Roth (DC Bar No. 414038) |
| jsodko@uaw.net | aroth@bredhoff.com |
| **UAW, Office of General Counsel** | Ramya Ravindran (DC Bar No. 980728) |
| 8000 East Jefferson Avenue | rravindran@bredhoff.com |
| Detroit, MI 48214 | **Bredhoff & Kaiser, PLLC** |
| (313) 926-5216 | 805 Fifteenth Street, N.W., Suite 1000 |
| | Washington, DC  20005 |
| | (202) 842-2600 |

　　　　　　　　　　　　　　　Counsel for Plaintiff UAW

Dated:  October 19, 2010