# EXHIBIT 9

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America, UAW,

           *Plaintiff,*

v.

General Motors LLC,

           *Defendant.*

Case No. 2:10-cv-11366-AC-MJH
Hon. Avern Cohn

## SUMMONS IN A CIVIL ACTION

To: General Motors LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Julia Penny Clark
    805 Fifteenth Street NW
    Washington, DC
    20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By:  s/ P. Miller
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: April 6, 2010



### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America <br><br> Plaintiff(s) <br><br> v. <br><br> General Motors, LLC <br><br> Defendant | ) ) ) ) ) ) Case No.: 2:10-CV-11366-AC-MJH ) ) ) ) ) ) ) |

### AFFIDAVIT OF SERVICE

I, S. Miller, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summon, Complaint with Attachments and Civil Cover Sheet

SERVE TO: General Motors, LLC c/o The Corporation Company, Registered Agent
SERVICE ADDRESS: 30600 Telegraph Road, Suite 2345, Bingham Farms, Michigan 48025

DATE SERVED: September 17, 2010   TIME SERVED: 10:04 AM

PERSON SERVED: Alicia Deneau, Agent, authorized to accept.

Described herein:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 28    Height: 5'7"    Weight: 200

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

9-17-10
Executed on:

S. Miller
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050