Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :          **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* :
                                          :
                      **Debtors.**         :          **(Jointly Administered)**
                                          :
------------------------------------------------------------x

## NOTICE OF DEBTORS' 121ST OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

        **PLEASE TAKE NOTICE** that on December 22, 2010, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 121st omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**February 3, 2011 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

        **PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION
(THE "CLAIMANTS") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A**

**PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE OBJECTION.**

This Objection does not affect a Claimant's ability to receive distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.  If a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 3, 2011 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **January 27, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

   A.   Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

   B.   Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Lauren Macksoud, Esq.).

A Claimant's response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
December 22, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                     :
In re                                :     Chapter 11 Case No.
                                     :
MOTORS LIQUIDATION COMPANY, et al.,  :     09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                     :
                 Debtors.            :     (Jointly Administered)
                                     :
-------------------------------------------------------------x
```

### <u>DEBTORS' 121st OMNIBUS OBJECTION TO CLAIMS</u>
#### (Duplicate Debt Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## <u>Relief Requested</u>

1.        The Debtors file this 121st omnibus objection to claims (the "**121st**

**Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and

authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures**

**Order**") (ECF No. 6238), seeking entry of an order disallowing and expunging the claims listed

on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A"

and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed*

*and Expunged*" (collectively, the "**Duplicate Debt Claims**") are duplicative of either (1) the

global Proof of Claim No. 65793 ("**Claim 65793**") filed by Wilmington Trust Company

("**WTC**"), in its capacity as successor indenture trustee of the Senior Indenture, dated as of

November 15, 1990 (the "**1990 Indenture**") or (2) the global Proof of Claim No. 65729 ("**Claim**

**65729**") filed by WTC, in its capacity as successor indenture trustee of the Senior Indenture,

dated as of December 7, 1995, as amended (the "**1995 Indenture**").  The amounts asserted by

WTC in Claim 65793 and Claim 65729 have been reconciled and allowed under a stipulation,

approved and entered by the Court on August 9, 2010 (the "**WTC Stipulation**") (ECF No.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

6595),[2] a copy of which is annexed hereto as **Exhibit "B."**  The Debtors, therefore, seek entry of

an order disallowing and expunging from the claims register the Duplicate Debt Claims.

3.        This 121st Omnibus Objection to Claims does not affect the ability of an

Individual Bondholder (as hereinafter defined) to participate in accordance with the WTC

Stipulation.  Further, the Debtors reserve all their rights to object on any other basis to any

Duplicate Debt Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[3] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[4] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

---

[2] After the entry of the WTC Stipulation, WTC, Citibank (as defined below), and the Debtors have agreed to slightly reduce the amounts agreed to in the WTC Stipulation to exclude some original issue discount attributable to certain of the debt instruments.  The total allowed amounts have been revised accordingly and are reflected in the Debtors' Amended Joint Chapter 11 Plan (ECF No. 8015).

[3] The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[4] The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

6.    On September 16, 2009, this Court entered an order (ECF No. 4079) establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established June 1, 2010 as the deadline to file proofs of claim).

7.    Among the tens of thousands of proofs of claim the Debtors received, approximately 18,000 proofs of claim have been filed by claimants seeking the repayment of principal, interest, and fees and expenses that relate to dollar-denominated debt securities issued by the Debtors pursuant to the 1990 Indenture and the 1995 Indenture (each, a "**Debt Claim**," and the holder of such Debt Claim, an "**Individual Bondholder**").  The Debtors believe that all of the Debt Claims filed by Individual Bondholders are duplicative of the claims allowed in favor of WTC for the benefit of all Individual Bondholders in accordance with the WTC Stipulation.

8.    On August 9, 2010, the Court entered the WTC Stipulation signed by the Debtors, WTC, and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture and 1995 Indenture (in such capacity, "**Citibank**"), allowing (i) Claim 65793 in the amount of $1,419,471,545.22 (subject to appropriate reserve and/or reduction in connection with any Court-authorized setoff exercised by Individual Bondholders) and (ii) Claim 65729 in the amount of $21,928,183,895.36 (subject to appropriate reserve and/or reduction in connection with any Court-authorized setoff exercised by Individual Bondholders).[5]  Prior to entry of the

---

[5] As mentioned above, WTC, Citibank, and the Debtors have agreed to slightly reduce the amounts agreed to in the WTC Stipulation to exclude some original issue discount attributable to certain of the debt instruments.  The total

WTC Stipulation, WTC sent out a notice to all affected Individual Bondholders notifying them of the pending approval by the Court of the WTC Stipulation.

9.      On October 6, 2009, this Court entered the Supplemental Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 500 claims at a time with respect to Debt Claims.  The claimants that are listed in Exhibit "A" have filed Debt Claims against the Initial Debtors.

10.     The Debtors now move to expunge the Duplicate Debt Claims filed by each Individual Bondholder as duplicative of either Claim 65793 or Claim 65729.

## The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

12.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally

---

allowed amounts have been revised accordingly and are reflected in the Debtors' Amended Joint Chapter 11 Plan (ECF No. 8015).

disallowed."). The Debtors have reviewed the proofs of claim identified on Exhibit "A" and believe them to be duplicative of Claim 65793 or Claim 65729. Moreover, the Debtors have no way of confirming that any of the Individual Bondholders are, in fact, beneficial holders of a debt instrument on the relevant dates.

13.     To avoid the possibility of multiple recoveries by the Individual Bondholders, the Debtors request that the Court disallow and expunge in their entirety the Duplicate Debt Claims. Individual Bondholders, to the extent they are beneficial bondholders as of the record date under any confirmed plan of liquidation, will receive distributions under such plan from WTC in its capacity as indenture trustee.

### Notice

14.     Notice of the 121st Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and parties in interest in accordance with the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated August 24, 2010 (ECF No. 6750). The Debtors submit that such notice is sufficient and no other or further notice need be provided.

[*The Remainder of This Page Is Intentionally Left Blank*]

15.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       December 22, 2010

                    /s/ Joseph H. Smolinsky
                    Harvey R. Miller
                    Stephen Karotkin
                    Joseph H. Smolinsky

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
| --- |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| A HOFFMAN & B HOFFMAN TTEE<br>THE ARNOLD AND BETTE HOFFMAN<br>FAMILY FOUNDATION DTD 12/30/85<br>415 L'AMBIANCE DR, APT D506<br>LONGBOAT KEY, FL 34228 | 36955 | Motors Liquidation Company | $65,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>BARBARA CLOOTZ PAPE<br>5301 WEST 131ST TERRACE<br>OVERLAND PARK, KS 66209 | 7962 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ADOLF H. LOHNER<br>919 CONESTOGA RD STE 1-200<br>BRYN MAWR, PA 19010 | 15642 | Motors Liquidation Company | $11,760.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALAN GREENSPAN<br>PO BOX  938<br>WILMINGTON, UT 05363 | 3637 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALBERT LEFF &<br>SHIRLEY RESSE JT WROS<br>103 E FAIRWAY OAKS LANE<br>EASLEY, SC 29642 | 8539 | Motors Liquidation Company | $15,920.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALEX & ANNA TAUBENFELD<br>190 KENNEDY CIR<br>ROCHESTER, NY 14609 | 68930 | Motors Liquidation Company | $17,642.88 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALICE DAWIDCZYK TTEE<br>ALICE DAWIDCZYK TRUST<br>U/A/D 10/11/91<br>250 LAKE BLVD UNIT 221<br>BUFFALO GROVE, IL 60089 | 63256 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALLAN A GILBERT TTEE<br>ALLAN A GILBERT TRUST<br>DATED OCT 1 1985<br>1758 PITMAN DRIVE<br>FAYETTEVILLE, AR 72703 | 4129 | Motors Liquidation Company | $5,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AMERICO MARIOTTI<br>3106 E CUMBERLAND RD<br>BLUEFIELD, WV 24701 | 17370 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| ANNE M LARKIN<br>205 SUGARBUSH RD<br><br>DALTON, PA 18414 | 68337 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANNE P ZAWADSKY REV TRUST<br>U/A/D 6 3 99<br>ANNE P ZAWADSKY TTEE<br>2615 STRAWBERRY LN<br>PORT HURON, MI 48060 | 67770 | Motors Liquidation Company | $74,340.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J BALL REV TRUST<br>ANTHONY JOHN BALL TTEE<br>U/A DTD 07/18/2001<br>8185 S WINNEPEG CIRCLE<br>AURORA, CO 80016 | 12676 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ANTHONY J DELTUFO<br>CGM SEP IRA CUSTODIAN<br>334 MT PLEASANT AVE<br>DOVER, NJ 07801 | 13303 | Motors Liquidation Company | $3,800.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| APRIL RIMER, TRUSTEE<br>2004 APRIL JOYCE RIMER<br>REVOCABLE TRUST DTD 2-6-04<br>10373 ALMAYO AVENUE #301<br>LOS ANGELES, CA 90064 | 10098 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARLINE BERNSTEIN REVOCABLE<br>LIVING TRUST UAD 6-10-02<br>ARLINE BERNSTEIN TTEE<br>SOL BERNSTEIN TTEE<br>300 A-1 CROSSEWINDS DRIVE<br>GREENACRES, FL 33413 | 6801 | Motors Liquidation Company | $8,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ARTHUR R OLSON TRUSTEE OF THE ARTHUR R OLSON IRA<br>WELLS FARGO INVESTMENTS AS CUSTODIAN<br>9436 N 106 PL<br>SCOTTSDALE, AZ 85258 | 8719 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AZAM G H ARIFF<br>3848 QUAIL RIDGE ROAD<br><br>LAFAYETTE, CA 94549 | 8677 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J. HYDE (IRA)<br>FCC AS CUSTODIAN<br>7396 LUGANO DRIVE<br>BOYNTON BEACH, FL 33437 | 9150 | Motors Liquidation Company | $13,373.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| BENJAMIN ARKOW<br>248 CHESNUT RIDGE CIRCLE<br>HENDERSON, NV 89012 | 7364 | Motors Liquidation Company | $80,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BENJAMIN C MCCORMICK AND<br>JANET L JONES JT WROS<br>1211 PARKER<br>KALAMAZOO, MI 49008 | 11919 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BEREK LADOWSKI<br>3388 NE 169TH STREET<br>N MIAMI BEACH, FL 33160 | 32898 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BETTY CHADDERTON<br>808 BELLEVUE AVE<br>JACKSON, MI 49202 | 6712 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BILL B BAXTER & INGEBORG M<br>BAXTER TTEES BAXTER LIVING<br>TRUST U/A DTD 03/28/1989<br>11511 E 6TH AVE<br>APACHE JCT, AZ 85120 | 29549 | Motors Liquidation Company | $28,376.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BRAND A JASIK<br>835 N LAGRANGE ROAD<br>LAGRANGE PARK, FL 60526 | 62414 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BRANDON YOONGU LEE<br>TOD: CHANG R YI<br>3125 S CANFIELD AVE APT 107<br>LOS ANGELES, CA 90034 | 62523 | Motors Liquidation Company | $4,114.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CALVIN KATZ (SEP IRA)<br>FCC AS CUSTODIAN<br>9 VICENTE COURT<br>EAST AMHERST, NY 14051 | 38948 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CARL W ROBERTS IRA<br>FCC AS CUSTODIAN<br>29200 S JONES LOOP RD.<br># 538<br>PUNTA GORDA, FL 33950 | 64947 | Motors Liquidation Company | $17,555.20 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CARLYLE E. POOLE AND<br>SANDRA Q. POOLE JTWROS<br>152 JB SWARTZ ROAD<br>WAGENER, SC 29164 | 7244 | Motors Liquidation Company | $20,000.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| CAROL A LOUGHNANE TTEE<br>FBO C. LOUGHNANE REV LIV TRUST<br>U/A/D 12/16/99 AMENDED 8/24/07<br>18620 TOWN HARBOUR ROAD<br>CORNELIUS, NC 28031 | 5615 | Motors Liquidation Company | $2,485.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CAROL BAKER  TRUSTEE<br>U/W LOUISE B ROBERTSON<br>PORTFOLIO ADVISOR<br>2030 WIMBLEDON CT<br>OWENSBORO, KY 42301 | 10366 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CAROL C CROWLEY<br>CGM SEP IRA CUSTODIAN<br>2425 VIA SIENA<br>LA JOLLA, CA 92037 | 9694 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CAROLYN LOBEL (IRA)<br>FCC AS CUSTODIAN<br>11 EAST 86TH STREET<br>APT # 17B<br>NEW YORK, NY 10028 | 16967 | Motors Liquidation Company | $34,269.75 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CARYLE FALCONE AND RICHARD FALCONE<br>20 TRINITY PLACE<br>EAST HANOVER, NJ 07936<br>UNITED STATES OF AMERICA | 61423 | Motors Liquidation Company | $16,993.41 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CATHERINE A AEBISCHER<br>200 WEST MAPLE STREET #G<br>GLENDALE, CA 91204 | 33020 | Motors Liquidation Company | $2,086.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHARLES O KARITU<br>9206 178TH ST CT E<br>PUYALLUP, WA 98375 | 9180 | Motors Liquidation Company | $250,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHARLOTTE VANETT<br>803 DRESHER WAY<br>WAYNE, PA 19087 | 12952 | Motors Liquidation Company | $4,461.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CHUHAK TECSON KIENLEN FEINBERG DEFERRED PROFIT SHARING PLAN<br>FBO JAMES GOTTLIEB UA 6/1/87<br>JAMES B GOTTLIEB<br>528 CLAVEY LANE<br>HIGHLAND PARK, IL 60035 | 10421 | Motors Liquidation Company | $160,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| COBALT INVESTMENTS LLC<br>5050 BAYVIEW DR<br><br>MORRIS, IL 60450 | 19495 | Motors Liquidation Company | $51,305.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSTANCE H AMOS-TRIPP TTEE<br>CONSTANCE H AMOS-TRIPP<br>REV LIV TRUST<br>U/A/D 1-1-99<br>785 YANKEE TRACE DRIVE<br>CENTERVILLE, OH 45458 | 11823 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CONSUELO LODGE 325 F & AM<br>P O BOX 2574<br><br>ESCONDIDO, CA 92033 | 33019 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORTES HNOS & CO, C POR A<br>PO BOX 363626<br><br>SAN JUAN, PR 00936 | 68666 | Motors Liquidation Company | $49,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DANA & LARRY TEMPLETON<br>504 HIGHWAY 224 SOUTH<br><br>SWIFTON, AR 72471 | 67688 | Motors Liquidation Company | $2,825.38 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DARRELL W STEAD &<br>GRACE E STEAD JTRS<br>2856 WOODS RD E<br>PORT ORCHARD, WA 98366 | 36656 | Motors Liquidation Company | $1,211.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID J NELSON<br>BONNIE J NELSON TTEE<br>U/A/D 08/05/96<br>FBO THE NELSON REVOCABLE TRUST<br>7209 SPRING CREEK CIR<br>NIWOT, CO 80503 | 9049 | Motors Liquidation Company | $70,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID M DIKOWSKI IRA<br>FCC AS CUSTODIAN<br>326 OLIVIA CIRCLE<br>EL PASO, TX 79912 | 13934 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DAVID ROSEMAN AND<br>RITA ROSEMAN JTWROS<br>1424 ACADEMY LANE<br>ELKINS PARK, PA 19027 | 5983 | Motors Liquidation Company | $60,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**121st Omnibus Objection**

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| DOMINICK CAMPANALE & VINCENZA CAMPANALE JT WROS 1024 N. FIRST STREET NEW HYDE PARK, NY 11040 | 17116 | Motors Liquidation Company | $9,326.64 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONALD MANNING & BOBBYE DONALD MANNING & BOBBYE MANNING JT WROS 6208 CLEMATIS DR DAYTON, OH 45449 | 10233 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DONNELLY J JOHNSON & JANET S JOHNSON JT TEN 2111 PORTSMOUTH DR RICHARDSON, TX 75082 | 16473 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY VAN LOOY TOD DAVID P VAN LOOY JR DENICE M VAN LOOY 6234 W GOLFRIDGE DR EAST LANSING, MI 48823 | 10519 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DOROTHY VLASTOS CGM IRA CUSTODIAN 17113 SE 76 CREEKSIDE CIR THE VILLAGES, FL 32162 | 29792 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSHAFT MBH C/O SUZUKA INKA 100 SE 2ND ST STE 2610 MIAMI, FL 33131 | 63961 | Motors Liquidation Company | $6,744,058.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EARL D LIVERING AND DOLORES A LIVERING JTWROS 400 NE 61ST TERR OCALA, FL 34470 | 16015 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDGAR G ROGERS & BARBARA B ROGERS 2436 COTEAU RD HOUMA, LA 70364 | 69611 | Motors Liquidation Company | $5,090.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EDITH SARAH MORRISON TTEE EDITH SARAH MORRISON REV LIV TRUST U/A DTD 1/7/00 309 LA SERENA DR WINTER HAVEN, FL 33884 | 69427 | Motors Liquidation Company | $19,792.23 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| ELAINE AKOURIS IRA<br>FCC AS CUSTODIAN<br>10743 ASHTON AVENUE<br>LOS ANGELES, CA 90024 | 32740 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELAINE S. GOLDENTHAL<br>CGM IRA CUSTODIAN<br>17233 N. 60TH PLACE<br>SCOTTSDALE, AZ 85254 | 37639 | Motors Liquidation Company | $1,033.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH & KEITH COOK<br>17811 B LAKE CARLTON DR<br>LUTZ, FL 33558 | 12679 | Motors Liquidation Company | $6,423.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH CANTARGIS TR - CLARENCE CANTARGIS<br>CLARENCE CANTARGIS TTEE<br>U/A DTD 10/23/1998<br>23490 SUNCREST<br>DEARBORN HTS, MI 48127 | 4218 | Motors Liquidation Company | $64,555.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLEN BOTTNER<br>STIFFEL NICOLAUS CUSTODIAN FOR ELLEN BOTTNER<br>251-48 61ST AVENUE<br>LITTLE NECK, NY 11362 | 12966 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELLIOT E ZIMMERMAN TTEE<br>THE ELLIOT ZIMMERMAN TRUST U/A<br>DTD 03/1/2007<br>1569 REEVES ST<br>LOS ANGELES, CA 90035 | 61279 | Motors Liquidation Company | $41,467.08 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST & MAGDA KATZ TTEES<br>2612 WEST ST APT 4D<br>BROOKLYN, NY 11223 | 17507 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE M. BROTH, TTEE<br>EUGENE M. BROTH MD P/S PLAN<br>& TRUST DTD 05/31/1973<br>5250 TWIN OAKS RD.<br>CALABASAS, CA 91302 | 15067 | Motors Liquidation Company | $46,385.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRANK J KANE<br>133 GARDNER DR<br>SHALIMAR, FL 32579 | 7578 | Motors Liquidation Company | $7,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| FRANK ORDWAY TTEE<br>ORDWAY FAMILY REV TRUST U/T/A<br>DTD 11/17/1992<br>317 W APPALACHIAN STREET<br>TUCSON, AZ 85737 | 7005 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FREDERICK A. ZWEMER AND<br>ANNE E. ZWEMER JTWROS<br>2271 TWIN EAGLES DRIVE<br>TRAVERSE CITY, MI 49686 | 28706 | Motors Liquidation Company | $8,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GARY E SANFORD<br>1604 WHISPERINGWOODS DR<br>WILLIAMSTOWN, NJ 08094 | 13994 | Motors Liquidation Company | $26,410.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GARY L STEARNS<br>2385 210TH ST<br>AUDUBON, IA 50025 | 36735 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE AND MARIE KOHRMANN<br>GEORGE A KOHRMANN<br>MARIE A KOHRMANN<br>10 JFK DR<br>BLAUVELT, NY 10913 | 10788 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE B ROSICA TRUSTEE<br>U/A DTD 5/28/03<br>GEORGE B ROSICA REV TRUST<br>PORTFOLIO ADVISOR<br>2289 COMPASS WAY S<br>LELAND, NC 28451 | 10603 | Motors Liquidation Company | $5,569.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE G IRONS &<br>CAROLE E IRONS<br>JT TEN<br>344 BAY AVE<br>TUCKERTON, NJ 08087 | 2019 | Motors Liquidation Company | $56,633.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GEORGE S LINDENMUTH<br>1897 RIDGE LAWN AVE<br>BETHLEHEM, PA 18018 | 67864 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GLEN GUYETT / DORIS GUYETT<br>GLEN GUYETT<br>3333 E CAMPBELL AVE<br>PHOENIX, AZ 85018 | 8414 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| GLORIA R KOVACH & JEFFREY P KOVACH JT WROS 4625 NW 187TH AVE PORTLAND, OR 97229 | 16576 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GUY D'EGIDIO 255 RIVERSIDE DR NORTHFIELD, IL 60093 | 63248 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| H DANE & BEVERLY BARTLETT 2521 MAYFAIR DR OWENSBORO, KY 42301 | 10177 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY DUCCILLI JR 2004 BEACHWOOD RD AMELIA ISLAND, FL 32034 | 4606 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY DUCCILLI JR TTEE HARRY DUCCILLI JR TRUST U/A U/A DTD 06/26/2003 2004 BEACHWOOD RD AMELIA ISLAND, FL 32034 | 4607 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY H CHENEY 803 ARDEN DR ENCINITAS, CA 92024 | 9695 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HARRY M OCHOCKI TOD THOMAS G OCHOCKI 1 W 28TH WAY DURANGO, CO 81301 | 28072 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HEDWIG S BURNS CGM IRA CUSTODIAN PO BOX 831 PELHAM, NH 03076 | 10336 | Motors Liquidation Company | $4,991.15 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HELEN QUAIN & NORMAN QUAIN TTEES THE HELEN QUAIN LIVING TRUST UAD 9/16/05 49 RUGBY ROAD YONKERS, NY 10710 | 6707 | Motors Liquidation Company | $3,300.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HENRIETTA SPANO C/O MITCHELL COHEN 6 WINSLOW PLACE PALM COAST, FL 32164 | 63469 | Motors Liquidation Company | $35,482.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| HERBERT B PIER<br>25 DEERPATH DR<br><br>OLDSMAR, FL 34677 | 33553 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERBERT BERNICK REV TRUST<br>HERBERT BERNICK<br>C/O MILBERN CLOTHING<br>1685 UNIVERSITY AVE<br>ST PAUL, MN 55104 | 22095 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HERMAN FELDER<br>6432 BEACON ST<br><br>PITTSBURGH, PA 15217 | 10539 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HILDE MICHELE SIMENAUER<br>4701 WILLARD AVE.<br>APT. 535<br>CHEVY CHASE, MD 20815 | 61896 | Motors Liquidation Company | $51,280.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| HOBART MEYER JR<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>45 RAVEN GLASS LN<br>BLUFFTON, SC 29909 | 15568 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| IDA DOROTHY<br>8201 6TH AVE APT 140<br><br>TACOMA, WA 98406 | 69582 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| IRA FBO DALE NELSON<br>PERSHING LLC AS CUSTODIAN<br>810 NE VAIL CT<br>ANKENY, IA 50021 | 28338 | Motors Liquidation Company | $4,822.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| IRMGARD L. BENDER TTEE<br>FBO IRMGARD L. BENDER<br>U/A/D 11/13/95<br>4221 SNOWDON ST.<br>CLERMONT, FL 34711 | 33419 | Motors Liquidation Company | $4,400.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| IRVING GOODSTADT TTEE<br>FBO IRVING GOODSTADT<br>U/A/D 10/17/91<br>5507 BANYAN LANE<br>TAMARAC, FL 33319 | 36893 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**121st Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| IRVING GOODSTADT TTEE OF THE<br>ELEANOR B GOODSTADT CREDIT<br>SHELTER TRUST DTD 7/8/02<br>5507 BANYAN LN<br>TAMARAC, FL 33319 | 36890 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ISABELLE BLANEY<br>ISABELLE BLANEY TTEE<br>ISABELLE BLANEY LIVING TRUST U/A 5/19/05<br>734 HALLMARK AVE<br>LAKE PLACID, FL 33852 | 16855 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| J A AND A PIMENTEL TRUSTEES<br>CONTINENTAL HARDWARE PENSION<br>400 DELANEY ST<br>NEWARK, NJ 07105 | 65073 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| J L GRIFFITHS ROLLOVER (IRA)<br>FCC AS CUSTODIAN<br>163-31 86TH STREET<br>HOWARD BEACH, NY 11414 | 12098 | Motors Liquidation Company | $13,970.05 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JACK AND MILDRED BARTELL<br>3153 APPLE BLOSSOM TRAIL<br>SPRING HILL, FL 34606 | 16373 | Motors Liquidation Company | $9,519.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JACQUELINE NIZYBORSKI<br>CGM IRA CUSTODIAN<br>7479 CHARLESWORTH<br>DEARBORN HGTS, MI 48127 | 10389 | Motors Liquidation Company | $1,202.80 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES A WATSON<br>CGM IRA ROLLOVER CUSTODIAN<br>8500 W 72ND<br>OVERLAND PARK, KS 66204 | 7275 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JAMES V. LAUGHLIN &<br>JOANNE M. LAUGHLIN<br>JT TEN<br>7 WEST 108TH COURT<br>KANSAS CITY, MO 64114 | 14686 | Motors Liquidation Company | $16,425.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JANET MARIE GROCHOCINSKI REVOCABLE TRUST<br>VINCENT A GROCHOCINSKI<br>607 S WILLIAM ST<br>MT PROSPECT, IL 60056 | 17081 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

<b>Exhibit A</b>

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| JEFFREY S GODDESS & LINNEA J GODDESS 1417 HAMILTON ST WILMINGTON, DE 19806 | 10572 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY L WESNER 03057 WAESCH RD ST MARYS, OH 45885 | 1803 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JIM PATTERSON & WANDA PATTERSON JT TEN 409 N PARK GUTHRIE, OK 73044 | 28941 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOAN M EICHLER 983 HIGHLAND AVE GALION, OH 44833 | 7383 | Motors Liquidation Company | $6,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOANN I. WHITE 39073 DEVONSHIRE CT. HARRISON TWP, MI 48045 | 28447 | Motors Liquidation Company | $17,700.87 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOANNA W HERRING 3695 JOHNSON DR SNELLVILLE, GA 30039 | 27317 | Motors Liquidation Company | $15,084.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN B BURNS PO BOX 831 PELHAM, NH 03076 | 10335 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN F ECKERLE 6201 TWO SPRINGS LANE LOUISVILLE, KY 40207 | 65250 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN PEPE AND MICHELE PEPE JT TEN 13 BEECH HILL DR NEWARK, DE 19711 | 14110 | Motors Liquidation Company | $24,108.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN SIMPSON 2030 COTTONWOOD CT CEDARWOOD ESTATES MAYSVILLE, KY 41056 | 14135 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| JOHN VLASTOS & DOROTHY VLASTOS<br>TTEES UAD 12/2/92 JOHN VLASTOS<br>& DOROTHY VLASTOS TRUST<br>17113 SE 76 CREEKSIDE CIR<br>THE VILLAGES, FL 32162 | 29791 | Motors<br>Liquidation<br>Company | $30,000.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JOSEPH A BERGNER<br>40 CRESCENT CIR<br>HARLEYSVILLE, PA 19438 | 13671 | Motors<br>Liquidation<br>Company | $2,545.31 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JOSEPH M BAILEY<br>CGM IRA ROLLOVER CUSTODIAN<br>7811 COACH HOUSE LANE<br>RALEIGH, NC 27615 | 8549 | Motors<br>Liquidation<br>Company | $6,250.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JOY HILLEGASS<br>1070 FAIRVIEW AVE<br>MORRIS, IL 60450 | 63208 | Motors<br>Liquidation<br>Company | $10,000.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JOYCE A DESIMONE<br>17443 SE 74TH RAES HALL AVE<br>THE VILLAGES, FL 32162 | 6288 | Motors<br>Liquidation<br>Company | $8,000.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JOYCE A SWITZER<br>615 CAYUGA ST APT 11<br>LEWISTON, NY 14092 | 2153 | Motors<br>Liquidation<br>Company | $25,000.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JOYCE V MANN<br>CGM IRA CUSTODIAN<br>2194 E TERRACE DR<br>HIGHLANDS RANCH, CO 80126 | 28445 | Motors<br>Liquidation<br>Company | $6,250.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JUDY TOTH<br>4456 ESTRONDO DR<br>ENCINO, CA 91436 | 4318 | Motors<br>Liquidation<br>Company | $28,000.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| JUNE PEARLMAN IRA<br>FCC AS CUSTODIAN<br>7018 N LECLAIRE<br>SKOKIE, IL 60077 | 63214 | Motors<br>Liquidation<br>Company | $30,000.00 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |
| KIMBERLY A RIDEN<br>915 S SEMINOLE DR<br>APT 9<br>CHATTANOOGA, TN 37412 | 32928 | Motors<br>Liquidation<br>Company | $4,888.24 | Claim is Duplicative<br>of Debt Claim Filed<br>by Wilmington Trust<br>Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| KRISTEN S ZIMMERMAN<br>180 RIVERSIDE BLVD<br>APT 3V<br>NEW YORK, NY 10069 | 67463 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LEONARD C HARRIS<br>TOD STEFANIE D HARRIS<br>SUBJECT TO STA TOD RULES<br>19425 WARWICK<br>DETROIT, MI 48219 | 65139 | Motors Liquidation Company | $8,727.13 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LINDA BROWN<br>370 OCEAN BLVD<br>GOLDEN BEACH, FL 33160 | 28674 | Motors Liquidation Company | $30,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LIZA N BECKMAN  &<br>NANCY BECKMAN JTWROS<br>22211 MORLEY AVE<br>DEARBORN, MI 48124 | 69312 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LOURDES & THOMAS HAYNEY<br>3025 SADDLEBROOK<br>WACO, TX 76712 | 33336 | Motors Liquidation Company | $10,362.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MADELINE L MARTA<br>2401 PENNSYLVANIA AVE APT 1103<br>WILMINGTON, DE 19806 | 10574 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARCIA BERNICK REV TRST<br>MARCIA BERNICK<br>1077 SIBLEY MEM HWY #401<br>ST PAUL, MN 55118 | 20539 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARILYN M EICHNER<br>13801 E YALE AVE #409<br>AURORA, CO 80014 | 19104 | Motors Liquidation Company | $31,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARIO G MASCIA IRA R/O<br>FCC AS CUSTODIAN<br>4876 SPRINGWOOD DR<br>BROOKLYN, OH 44144 | 16501 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARJORIE HINER TTEE<br>FBO JAMES R. HINER<br>U/A/D 02/20/96<br>395 N. SANDUSKY RD.<br>SANDUSKY, MI 48471 | 28707 | Motors Liquidation Company | $16,238.35 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| MARK R GARABRANT<br>LYNNE A GARABRANT<br>33 CEDAR ST<br>AMITYVILLE, NY 11701 | 68011 | Motors Liquidation Company | $12,422.29<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA ILG  IRA ACCOUNT<br>MARSHA ILG<br>1213 VIA VISALIA<br>SAN CLEMENTE, CA 92672 | 19555 | Motors Liquidation Company | $6,747.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN A PELZER TTEE<br>MARVIN PELZER TRUST U/A<br>DTD 02/14/1991<br>3243 SAN AMADEO APT 1-F<br>LAGUNA WOODS, CA 92637 | 62373 | Motors Liquidation Company | $23,973.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN E HESTON<br>& SHARON M HESTON JTTEN<br>2808 ARCH TREE PLACE<br>FORT WAYNE, IN 46815 | 11768 | Motors Liquidation Company | $19,050.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARVIN L LYONS<br>10406 SUNLIGHT LANE<br>LOUISVILLE, KY 40272 | 61731 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY C THOMAS, SUCCESSOR TTEE<br>MARLAN D THOMAS GST EXEMPT<br>TRUST U/A/D 06/05/90<br>FBO MARLAN D THOMAS<br>226 HILL COURT<br>WINTER HAVEN, FL 33881 | 30188 | Motors Liquidation Company | $41,399.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LYNN AKEY<br>1108 VISTA DEL MONTE<br>BELEN, NM 87002 | 39318 | Motors Liquidation Company | $6,988.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY LYNN AKEY<br>1108 VISTA DEL MONTE PL<br>BELEN, NM 87002 | 62741 | Motors Liquidation Company | $6,988.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARY MATTHEWS IOVINO AND ARTHUR IOVINO<br>846 DUNCAN DR<br>WESTBURY, NY 11590 | 14816 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAURICE E CEROTJOHN<br>14716 HOLLYHOOK DR<br>OKLAHOMA CITY, OK 73142 | 64832 | Motors Liquidation Company | $39,604.45 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 15

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| | | | | |
|---|---|---|---|---|
| MELDON G WILHITE & MELETA K GELLES TEES, U/A/D 8-4-05 MELDON G WILHITE LIVING TRUST 49884 DEER RUN DRIVE SHELBY TOWNSHIP, MI 48315 | 10495 | Motors Liquidation Company | $16,737.55 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELINDA C MCCORMICK AND JANET L JONES JTWROS 1211 PARKER AVENUE KALAMAZOO, MI 49008 | 11918 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MELISSA WILSON TRUST MELISSA WILSON TTEE U/A DTD 05/16/2002 27651 RUBIDOUX MISSION VIEJO, CA 92692 | 9151 | Motors Liquidation Company | $10,200.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| META WORMSER HENRY WORMSER 5420 HAMMERSMITH DR WEST BLOOMFIELD, MI 48322 | 29588 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL C HALL TTEE U/W H. CARLTON MCLENDON U/A DATE 8/22/2001 216 N WESTOVER BLVD ALBANY, GA 31707 | 2080 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL C SAGAR, TTEE SHARON A SAGAR, TTEE SAGAR TRUST DTD 9/6/96 1286 TEMPLE TERRACE LAGUNA BEACH, CA 92651 | 36054 | Motors Liquidation Company | $50,624.38 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHAEL J CONNOLLY 226 FLEMING LANE SCHAUMBURG, IL 60193 UNITED STATES OF AMERICA | 63212 | Motors Liquidation Company | $4,375.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MICHELE PARTNOY TOD BENEFICIARIES ON FILE 6891 RAIN LILY RD APT 202 NAPLES, FL 34109 | 33280 | Motors Liquidation Company | $38,882.82 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR & MRS R MILTON KOFFS 1702 ANDROS ISLE APT B2 COCONUT CREEK, FL 33066 | 6703 | Motors Liquidation Company | $7,920.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| MR ARTHUR L ANDERSON AND<br>MRS AUDREY A ANDERSON JTWROS<br>965 TEMPLE STREET<br>SAN DIEGO, CA 92106 | 36894 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR BEREK LADOWSKI<br>MRS SARA C DE LADOWSKI<br>3388 NE 169TH ST<br>N MIAMI BEACH, FL 33160 | 32897 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR KENNETH D JONES<br>685 BLACK GAP RD<br>FAYETTEVILLE, PA 17222 | 28025 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR LANE B WALTERS AND<br>MRS MARY D WALTERS JTWROS<br>9817 QUEEN CHARLOTTE DRIVE<br>LAS VEGAS, NV 89145 | 62698 | Motors Liquidation Company | $4,140.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR MICHAEL CHAIT<br>2 KINGS MILL RD<br>MONROE TWP, NJ 08831 | 9149 | Motors Liquidation Company | $12,264.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR WILLIAM G EVANS &<br>MRS JEAN S EVANS JTWROS<br>1083 MANILLA LANE<br>PUNTA GORDA, FL 33983 | 28989 | Motors Liquidation Company | $16,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MR. MANFRED H. HANUSCHEK AND<br>MARION S. HANUSCHEK JTWROS<br>11011 MIRADOR LANE<br>FISHERS, IN 46037 | 6084 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS JEANNE W GREEN<br>25401 ANNS CHOICE WAY<br>WARMINSTER, PA 18974 | 13672 | Motors Liquidation Company | $7,687.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MRS MARY D WALTERS<br>CGM IRA ROLLOVER CUSTODIAN<br>9817 QUEEN CHARLOTTE DRIVE<br>LAS VEGAS, NV 89145 | 62697 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS GINA M RAPISARDI<br>CGM IRA ROLLOVER CUSTODIAN<br>5028 NORTH LA SEDONA CIRCLE<br>DELRAY BEACH, FL 33484 | 32896 | Motors Liquidation Company | $6,479.48 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| MS&CO C/F<br>LEATRICE ZAVELL<br>IRA STANDARD DATED 03/23/09<br>100 DUNERIDGE<br>NEW BUFFALO, MI 49117 | 16136 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RUTH PAPELBAUM<br>IRA STD SPOUSAL DTD 12/05/94<br>305 FANSHAW H<br>BOCA RATON, FL 33434 | 29809 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>DELBERT J SCHEID<br>IRA STD/ROLLOVER DTD 07/11/85<br>13 CIFUENTES WAY<br>HOT SPRINGS VILLAGE, AR 71909 | 32908 | Motors Liquidation Company | $98,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>RAY BOB SMITH<br>IRA STANDARD DATED 04/15/09<br>2015 TOWN HILL DR<br>HOUSTON, TX 77062 | 69560 | Motors Liquidation Company | $24,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F ANNA WANDRUSCH (DECD)<br>FBO MONICA J ARNOLDE (BENE)<br>IRA STANDARD DATE 09/17/07<br>244 COTTONWOOD RD<br>BUFFALO GROVE, IL 60089 | 61760 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MURIEL A LIM<br>67190 S ALMAR LN<br>ST CLAIRSVILLE, OH 43950 | 19921 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| NANCY BECKMAN C/F<br>CATHERINE G DRABICKI UTMA MI<br>22211 MORLEY AVE<br>DEARBORN, MI 48124 | 69313 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| NANCY SOBCZAK TOD<br>5716 S NEENAH AV<br>CHICAGO, IL 60638 | 63204 | Motors Liquidation Company | $8,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| NATIONAL FINANCIAL SERVICES<br>FBO JERRY STRICKLAND IRA<br>C/O G A REPPLE & COMPANY<br>101 NORMANDY RD<br>CASSELBERRY, FL 32707 | 50167 | Motors Liquidation Company | $9,431.95 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| NATIONAL FINANCIAL SERVICES FBO GARY S JARED IRA SEP C/O G A REPPLE & CO 101 NORMANDY RD CASSELBERRY, FL 32707 | 50168 | Motors Liquidation Company | $4,130.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| NATIONAL FINANCIAL SERVICES FBO JOHN E ULRICH IRA C/O GA REPPLE AND COMPANY 101 NORMANDY RD CASSELBERRY, FL 32707 | 50166 | Motors Liquidation Company | $7,850.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| NICHOLAS MARTIN CGM IRA ROLLOVER CUSTODIAN 6100 SOUTHWEST BLVD STE 501 FORT WORTH, TX 76109 | 3915 | Motors Liquidation Company | $58,280.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| PANSY PORTERFIELD 1623 CHECOLA DR NAMPA, ID 83686 | 28131 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| PAUL HERALD ATMAJIAN 2363 W MUSCAT FRESNO, CA 93706 | 32967 | Motors Liquidation Company | $64,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| PETER K WEBB, MD , | 38846 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| PLEDGE COLLATERAL FBO WF BANK GARY WISE 7319 N GOLDER ODESSA, TX 79764 | 33518 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RALPH & FLORENCE DURSO 11018 TILBURG ST SPRING HILL, FL 34608 | 2936 | Motors Liquidation Company | $31,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RALPH DURSO  & FLORENCE E DURSO JT WROS TOD REGISTRATION 11018 TILBURG ST SPRING HILL, FL 34608 | 2935 | Motors Liquidation Company | $31,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RANDALL HARTLEY 317 MILLER RD COTTAGEVILLE, WV 25239 | 29231 | Motors Liquidation Company | $10,144.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| RBC WEALTH MANAGEMENT C/F DIXIE PROWSE<br>DIXIE L PROWSE IRA<br>3256 MOLES DR<br>CHARLESTON, WV 25302 | 29214 | Motors Liquidation Company | $8,904.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F CHARLES BURDETTE<br>CHARLES BURDETTE IRA<br>593 WATTS CHAPEL RD<br>KENNA, WV 25248 | 29229 | Motors Liquidation Company | $10,148.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F DIANA DURST<br>DIANA DURST IRA<br>5302 KENSINGTON LANE<br>CHARLESTON, WV 25313 | 29227 | Motors Liquidation Company | $13,750.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F DONALD WALDIE<br>DONALD WALDIE IRA<br>228 FULTON DR<br>PT PLEASANT, WV 25550 | 29223 | Motors Liquidation Company | $15,727.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F ELLA J. KIDD<br>ELLA J KIDD IRA<br>RT 1 BOX 85<br>MILLWOOD, WV 25262 | 29220 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F PHILIP DARBY<br>PHILIP DARBY IRA<br>921 ROOSEVELT BLVD<br>PO BOX 455<br>ELEANOR, WV 25070 | 29222 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F ROSALIE TAYLOR<br>ROSALIE TAYLOR IRA<br>2313 MONROE AVE<br>ST ALBANS, WV 25177 | 29221 | Motors Liquidation Company | $13,818.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT C/F WILLIAM SCHINDLER IRA<br>RR 1 BOX 79<br>RAVENSWOOD, WV 26164 | 29219 | Motors Liquidation Company | $20,182.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RBC WEALTH MGT. C/F KATHRYN BROWN<br>RBC WEALTH MGT C/F KATHRYN BROWN IRA<br>500 LEE STREET EAST, STE 170<br>CHARLESTON, WV 25301 | 29217 | Motors Liquidation Company | $13,828.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RENEE BECKMAN &<br>NANCY BECKMAN JTWROS<br>22211 MORLEY AVE<br>DEARBORN, MI 48124 | 69311 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| REV RICHARD A SCHROEDER<br>829 HONEYCRISP<br><br>ROCHESTER HILLS, MI 48307 | 14958 | Motors Liquidation Company | $11,377.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RHODA BURSTEIN<br>12200 ACADEMY RD NE<br>APT 714<br>ALBUQUERQUE, NM 87111 | 29557 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RICHARD D HARRIS<br>10301 CLINTON RD<br><br>JACKSON, MI 49201 | 3834 | Motors Liquidation Company | $75,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RICHARD E ZAGORSKI<br>CGM IRA CUSTODIAN<br>1200 W. 35TH STREET<br>#268<br>CHICAGO, IL 60609 | 14925 | Motors Liquidation Company | $4,359.56 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RICHARD F KOENIG<br>WBNA CUSTODIAN TRAD IRA<br>230 SKYLINE RD<br>WEST JEFFERSON, NC 28694 | 9707 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RICHARD I CHAPMAN<br>114 BARONY RD<br><br>LE SUEUR, MN 56058 | 31294 | Motors Liquidation Company | $20,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RICHARD KYROUAC &<br>PEARL KYROUAC JT TEN<br>TOD ACCOUNT<br>93 BUNTING LANE<br>NAPERVILLE, IL 60565 | 9559 | Motors Liquidation Company | $5,090.63 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERT D. RIEHL<br>CGM IRA CUSTODIAN<br>2206 ELM CIRCLE<br>SHELBY TWP, MI 48316 | 28448 | Motors Liquidation Company | $17,706.52 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERT F BRANDS<br>2417 BURBANK ST<br><br>JULIET, IL 60435<br>UNITED STATES OF AMERICA | 63213 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 21

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| ROBERT H. MONTS<br>BETTY S. MONTS<br>623 HOOK AVE<br>WEST COLUMBIA, SC 29169<br>UNITED STATES OF AMERICA | 29851 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERT J KIRBY<br>5532 SCARAMUCHE LANE<br>ORLANDO, FL 32821 | 36989 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERT L JOHNSON<br>PO BOX 278<br>GAINSEBORO, TN 38562 | 9290 | Motors Liquidation Company | $30,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERT SEIDELMAN<br>61 ALEX DRIVE<br>WHITE PLAINS, NY 10605 | 15763 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERTA R STEWART<br>MRS ROBERTA STEWART<br>434 S FAIRFIELD RD<br>DEVON, PA 19333 | 18056 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROCHELLE GENDLER<br>CGM IRA CUSTODIAN<br>17818 DEAUVILLE LANE<br>BOCA RATON, FL 33496 | 11777 | Motors Liquidation Company | $91,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSE NARLIAN TTEE F/T ROSE<br>NARLIAN DEC OF TR UA<br>DTD 1-10-95<br>2120 W RUE ST MICHEL<br>FRESNO, CA 93711 | 32893 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSLYND MESSINGER<br>TOD-LLOYD KOHLER & KENNETH<br>KOHLER -SUBJ TO STA TOD RULES<br>7070 ISLEGROVE PLACE<br>BOCA RATON, FL 33433 | 16817 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROSSI LIVING TRUST<br>RICHARD & JULIE ROSSI<br>4969 E CEDER CREEK DR<br>CORNVILLE, AZ 86325 | 16053 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAAD Z KODSI<br>2947 S ATLANTIC AVE APT 703<br>DAYTONA BEACH, FL 32118 | 20975 | Motors Liquidation Company | $260,950.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| SANDRA P KAYE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4029 INVERNESS DR<br>CORONA, CA 92883 | 62530 | Motors Liquidation Company | $1,225.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SAU-LING POON<br>2085 ALA WAI BLVD #8-4<br>HONOLULU, HI 96815 | 33526 | Motors Liquidation Company | $9,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SHEILA L CAMPBELL<br>2139 SOUTH STRATFORD DRIVE<br>OWENSBORO, KY 42301 | 10176 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SHELLY ITZKOWITZ<br>184 24 TUDOR RD<br>JAMAICA ESTATES, NY 11432 | 62252 | Motors Liquidation Company | $2,503.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SMITH TRUST<br>WILLIAM M SMITH<br>BETTY L SMITH<br>195 W REXFORD DR<br>BEVERLY HILLS, FL 34465 | 7433 | Motors Liquidation Company | $12,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SOLOMON GETZ<br>13874  MORGAN DR NE<br>REDMOND, WA 98053 | 69573 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| STEVEN & CAROL MCCORMICK<br>521 BRADFORD DRIVE<br>ROCKVILLE, MD 20850 | 65290 | Motors Liquidation Company | $45,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SUSAN N CURRY<br>941 ST MARKS AVENUE<br>WESTFIELD, NJ 07090 | 61390 | Motors Liquidation Company | $5,047.33 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVAN D KAMENS<br>CGM IRA CUSTODIAN<br>1 ONSET LN<br>STROUGHTON, MA 02072 | 33351 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TERRANCE R OBRIEN<br>7769 DEERFIELD RD<br>LIVERPOOL, NY 13090 | 5734 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

121st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| THE FAPA FOUNDATION CORP<br>133 HORN LN<br><br>LEVITTOWN, NY 11756<br>UNITED STATES OF AMERICA | 61826 | Motors Liquidation Company | $41,250.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THE RABINOWITZ FAMILY, LLC<br>C/O JONATHAN RABINOWITZ<br>17 WOODHILL DR<br>MAPLEWOOD, NJ 07040 | 44867 | Motors Liquidation Company | $10,462.67 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA M. SCHWARZ TTEE<br>FBO THERESA M SCHWARZ<br>U/A/D 08/06/98<br>4297 CHAPEL LANE<br>SWARTZ CREEK, MI 48473 | 10596 | Motors Liquidation Company | $64,977.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THOMAS A ROURKE SEP/IRA<br>C/O E TRADE FINANCIAL<br>PO BOX 1542<br>MERRIFIELD, VA 22116 | 1894 | Motors Liquidation Company | $50,130.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TIMOTHY W HERSEY<br>CGM IRA ROLLOVER CUSTODIAN<br>7676 CAPRICORN DR<br>CITRUS HEIGHTS, CA 95610 | 36794 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VENICE PECORINO<br>1294 WILLIAMS DR<br><br>SHRUB OAK, NY 10588 | 15823 | Motors Liquidation Company | $40,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VERA ARYEH<br>435 EAST 52 ST<br><br>NEW YORK, NY 10022 | 2886 | Motors Liquidation Company | $100,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| VIOLET K. KALMAN TTEE<br>FBO VIOLET K. KALMAN<br>U/A/D 10/31/89<br>19794 WILKINSON LEAS<br>TEQUESTA, FL 33469 | 70039 | Motors Liquidation Company | $302,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WELLS FARGO BANK IRA C/F<br>MARVIN L HATHAWAY<br>383 HILLSIDE AVENUE<br>ROANOKE, IN 46783 | 16185 | Motors Liquidation Company | $75,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILLIAM SCHINDLER<br>RR 1 BOX 79<br><br>RAVENSWOOD, WV 26164 | 29225 | Motors Liquidation Company | $6,254.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

228

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                                                      :          Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*          :          **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*             :
:
                                          **Debtors.**          :          **(Jointly Administered)**
:
-------------------------------------------------------------x

### STIPULATION AND AGREED ORDER
### AMONG THE DEBTORS, WILMINGTON TRUST COMPANY,
### AND CITIBANK, N.A., SOLELY IN ITS CAPACITY AS PAYING AGENT,
### <u>REGARDING PROOFS OF CLAIM NOS. 47871, 47872, 65729, 65793, AND 66723</u>

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

certain of its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "**Debtors**"), Wilmington Trust Company as successor indenture trustee

("**WTC**"), and Citibank, N.A., solely in its capacity as paying agent under the 1990 Indenture

and 1995 Indenture (as defined below) (in such capacity, "**Citibank**"), together with the Debtors

and WTC, the "**Parties**"), by and through their respective undersigned counsel, hereby enter into

this Stipulation and Agreed Order (this "**Stipulation**") and stipulate as follows:

### <u>RECITALS</u>

A.       On June 1, 2009 (the "**Commencement Date**"), certain of the Debtors

commenced with this Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title

11, United States Code (the "**Bankruptcy Code**").

B.       On September 16, 2009, the Court entered an order (the "**Bar Date Order**")

establishing November 30, 2009 at 5:00 p.m. (Eastern Time) (the "**General Bar Date**") as the

deadline for each person or entity (including without limitation, each individual, partnership,

joint venture, corporation, estate, or trust) to file a proof of claim (a "**Proof of Claim**") against

certain of the Debtors, including MLC, to assert any claim (as defined in section 101(5) of the

Bankruptcy Code) that arose prior to the Commencement Date.

C.      As of the Commencement Date, MLC, as issuer, WTC, as successor indenture

trustee, and Citibank, as paying agent, were parties to (i) a Senior Indenture, dated as of

December 7, 1995, as amended (the "**1995 Indenture**," and WTC's capacity under the 1995

Indenture, the "**1995 Trustee**"), and (ii) a Senior Indenture, dated as of November 15, 1990 (the

"**1990 Indenture**," and WTC's capacity under the 1990 Indenture, the "**1990 Trustee**") pursuant

to which MLC issued senior unsecured debt securities.

D.      Prior to the General Bar Date, WTC timely filed the following four Proofs of

Claims against MLC (each, a "**WTC Claim**" and collectively, the "**WTC Claims**"):

| Claim Number | Applicable Indenture | Principal Amount of Claim Plus Fees and Interest Accrued to Petition Date |
|---|---|---|
| 65793 | 1990 Indenture | $1,419,581,281.12 |
| 47871 | 1990 Indenture | $1,419,581,281.12 |
| 65729 | 1995 Indenture | $21,928,297,131.26 |
| 47872 | 1995 Indenture | $21,928,297,131.26 |

E.      Prior to the General Bar Date, Citibank timely filed a proof of claim against MLC

in the amount of $173,063.43 [Proof of Claim No. 66723] (the "**Citibank Claim**").

F.      WTC recognizes that it is not entitled to, and does not seek, a duplicate recovery

on account of the same WTC Claim and has agreed to withdraw two of the WTC Claims, subject

to the agreements set forth in this Stipulation.

## STIPULATION AND ORDER

NOW, THEREFORE, EACH OF THE PARTIES HEREBY STIPULATES AND

AGREES AS FOLLOWS:

1.      WTC Claims numbered 47871 (filed by WTC as 1990 Trustee) and 47872 (filed

by WTC as 1995 Trustee) are deemed withdrawn and WTC Claims numbered 65793 (filed by

WTC as 1990 Trustee) and 65729 (filed by WTC as 1995 Trustee) shall survive.

2.      With respect to principal plus interest due under the 1990 Indenture, WTC, in its

capacity as the 1990 Trustee will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1990 Indenture an allowed general

unsecured, nonpriority claim in the amount of $1,419,471,545.22 (subject to appropriate reserve

and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1990 Debt Claim**") against MLC to be satisfied in accordance

with any chapter 11 plan or plans confirmed in the Debtors' Chapter 11 Cases.

3.      With respect to principal plus interest due under the 1995 Indenture, WTC, in its

capacity as the 1995 Trustee, will receive and is hereby granted, on behalf of itself and the record

and beneficial bondholders of debt securities issued under the 1995 Indenture, an allowed

general unsecured nonpriority claim in the amount of $21,928,183,895.36 (subject to appropriate

reserve and/or reduction in connection with any setoff exercised by beneficial bondholders that is

authorized by this Court) (the "**1995 Debt Claim**," together with the 1990 Debt Claim, the

"**Debt Claims**").

4.      With respect to the prepetition fees and expenses incurred by WTC under the

1990 Indenture, WTC shall receive an allowed claim of $109,735.90 (the "**1990 WTC Fee**

**Claim**"), and with respect to the prepetition fees and expenses incurred by WTC under the 1995

Indenture, WTC shall receive an allowed claim of $113,235.90 (the "**1995 WTC Fee Claim**,"

together with the 1990 WTC Fee Claim, the "**WTC Fee Claims**").

5.      With respect to the prepetition paying agency fees and expenses incurred by

Citibank under the Indentures, the Citibank Claim shall be allowed in the amount of $162,333.71

(the "**Citibank Fees and Expenses Claim**," together with the WTC Fee Claims, the "**Fees and

Expenses Claims**").

6.      To the extent the Fees and Expenses Claims are not paid in full, in cash, pursuant

to a plan of reorganization and/or liquidation of MLC, (a) the amount of such fees and expenses

that remain unpaid shall constitute an allowed general unsecured, nonpriority claim against MLC

held by WTC and/or Citibank, as applicable, to be satisfied in accordance with any chapter 11

plan or plans confirmed in the Debtors' Chapter 11 Cases and (b) WTC and Citibank, pursuant to

section 7.06 of the 1990 Indenture and section 7.06 of the 1995 Indenture, shall retain a charging

lien with respect to its prepetition and post-petition fees and expenses on all assets or money held

or collected by WTC or Citibank on account of the Debt Claims or otherwise.

7.      WTC will issue a notice to the Depository Trust Company and post a notice on its

website (a) notifying beneficial bondholders of the notes issued under the Indentures of the entry

of the order allowing the WTC Claims and (b) notifying such bondholders that any subsequent

claims objection filed by the Debtors seeking to disallow claims filed by bondholders on the

grounds that such claims are duplicative of the Debt Claims being allowed under the stipulation

and order will not impair bondholder's entitlement to share in plan distributions on account of

the Debt Claims in accordance with the terms of the applicable Indenture.

8.      WTC agrees that it will not object to the Debtors' filing of objections to Proofs of

Claims filed by record and beneficial holders of debt securities arising out of or relating to the

1990 Indenture and/or the 1995 Indenture on the grounds that such Proofs of Claim are duplicative of the Debt Claims allowed pursuant to this Stipulation.

9.      WTC waives its right to argue that the entire stated principal amount of $377,377,000 with respect to the Discount Debentures is an allowable claim.

10.     To the extent that the fees and expenses of WTC incurred after the Commencement Date are not satisfied by payment in full in cash in connection with a plan of reorganization and/or liquidation of MLC, WTC reserves the right to argue that all such fees are allowable general unsecured non-priority claims against the estate of MLC.

11.     This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto.

Dated: New York, New York
        August 5, 2010

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*

/s/ Keith R. Martorana
Matthew J. Williams
Keith R. Martorana

GIBSON DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Wilmington Trust Company, as 1990 Trustee and 1995 Truestee*

/s/ Louis A. Curcio
Maria M. Livanos
Louis A. Curcio

SONNENSCHEIN NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6744
Facsimile:  (212) 768-6800

*Attorneys for Citibank, N.A. as Paying
Agent under the 1990 and 1995 Indentures*

So Ordered this **9th** day of **_August_** 2010

        **_s/ Robert E. Gerber_**
        United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*           :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*    :
                                                    :
                        **Debtors.**                :          **(Jointly Administered)**
                                                    :
----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 121st OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the 121st omnibus objection to claims, dated December 22, 2010 (the

"**121st Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's supplemental order establishing supplemental rules and authority for filing

omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") (ECF No.

6238), seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the

grounds that such claims are duplicative of either Claim 65793 or Claim 65729, all as more fully

described in the 121st Omnibus Objection to Claims; and due and proper notice of the 121st

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

121st Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors,

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 121st Omnibus Objection to Claims.

and all parties in interest and that the legal and factual bases set forth in the 121st Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 121st Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Duplicate Debt Claims**") are disallowed and

expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the 121st Omnibus

Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed

on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2011


_____
United States Bankruptcy Judge