**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

    1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.     On December 22, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 119th Omnibus Objection to Claims [Docket No. 8204]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                       /s/ Kimberly Gargan
                                     Kimberly Gargan

Sworn to before me this
23rd day of December 2010

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
:
In re                                             :        Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*        :        **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*         :
:
Debtors.        :        **(Jointly Administered)**
:
--------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 21, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the Debtors' 119th Omnibus Objection to Claims (Duplicate Debt Claims) (the "**Objection**").

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds.  An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance.  The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds.  You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests.  If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection.  A copy of the stipulation allowing the claims of WTC can be viewed at

http://www.motorsliquidationdocket.com/bond.php3.

<u>**YOU WILL NOTICE THAT**</u> the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 3, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on

the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to

your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the

above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a

Response is **January 27, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are

timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a)

filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system

(The User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5

inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format and in hard copy at each of the following addresses on

or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy
> Court, One Bowling Green, Room 621, New York, New York 10004-
> 1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth
> Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.);
> and
>
> C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
> committee of unsecured creditors, 1177 Avenue of the Americas, New
> York, New York 10036 (Attn:  Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption

setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and

the number of the Objection to which the response is directed; (ii) the name of the claimant and

description of the basis for the amount of the claim; (iii) a concise statement setting forth the

reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
           December 21, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

"B" TRUST OF SHARRON LIVING TRUST DTD 12/6/89
JOHN W. SHARRON JR, TRUSTEE OF
"B" TRUST OF SHARRON LIVING TRUST DTD 12/6/89
4731 MAJORCA WAY
OCEANSIDE, CA 92056

"C" TRUST OF SHARRON LIVING TRUST DTD 12/16/89
JOHN W SHARRON, JR TRUSTEE
4731 MAJORCA WAY
OCEANSIDE, CA 92056

A JOHN ZANIN
38 MONASTERY RD
SAVANNAH, GA 31411-1744

A SUSIE SKEEN
917 ROOSEVELT AVE
SALMON, ID 83467-3118

A WILLIAM BOZSNYAK
8 NORTHRIDGE CIRCLE
HUNTINGTON, NY 11743-5366

AARON AND JUNE FEUERSTEIN
140 OLD LYME DR
APT 1
WILLIAMSVILLE, NY 14221

AARON FEUERSTEIN
140 OLD LYME DR APT #1
WILLIAMSVILLE, NY 14221

ALAN C RIEDINGER
CECELIA M RIEDINGER
6 CEDAR PT
COLD SPRING, KY 41076-1742

ALFANSO PIRRO
5290 GOODRICH RD
CLARENCE, NY 14031

ALLAN WALLER
30 HILLCREST ROAD
BOONTON, NJ 07005-9433

AMERIPRISE TRUST CO ACF ALICE R PFAHLERT PROFIT SHAR
ALICE R PFAHLERT
141 WINDWOOD PTE
ST CLAIR SHORES, MI 48080

ANDRE LEFELURE
31932 VEGAS
WARREN, MI 48093

ANDREAS NIEMANN
FUERSTENDAMM 8
13465 BERLIN GERMANY

ANGELINA MATTIOLI
72 WEST LN
STAMFORD, CT 06905-3953

ANN S. MARCUS
4638 WELDIN RD
WILMINGTON, DE 19803

ANNETTE L SAPIENZA (IRA)
FCC AS CUSTODIAN
174 SMALLWOOD DRIVE
SNYDER, NY 14226-4034

ANTHONY MARINO
35548 GRAYFIELD DR
STERLING HTS, MI 48312-4428

ANTOINE F KHOURY
PO BOX 7563
NEWPORT BEACH, CA 92660-7563

ANTOINETTE DE IESO
6 DELLMEAD DR
LIVINGSTON, NJ 07039-5002

ANTON MUTSCHLECHNER
GAENSBICHL NR 8
39030 PERCHA ITALY

ARLENE BOECKMANN
2356 HIGHWAY A
WASHINGTON, MO 63090

ARLENE LEVENTHAL
3 WOODFIELD RD
POMONA, NY 10970

ARNOLD M EHRLINGER TRUSTEE
8110 KING RD
SAGINAW, MI 48601

ARTHUR JACOBSON
45850 RANCHO PALMERAS DR
INDIAN WELLS, CA 92210

ARTHUR PATTERSON
55 LYONS LN
SACRAMENTO, KY 42372

BARBARA A FOSCO
128 S CLINTON ST
PITTSFIELD, IL 62363

BARBARA NULTY
18383 INVERRARY CIR
LEESBURG, VA 20176

BARBARA SHA COX
PO BOX 1572
RICHMOND, IN 47375

BARRY MONTROSE
5497 BRESHLY WAY
WESTERVILLE, OH 43081-8232

BEATRICE KINMAN
1331 OAKMOUNT RD
#146G
SEAL BEACH, CA 90740

BELTINCK FMLY LTD PARTNERSHIP
C/O JAMES BELTINCK
BOX 2148
BIG RIVER, CA 92242-2148

BENNIE G SNIDER IRA
FCC AS CUSTODIAN
408 MIMOSA
DENTON, TX 76201-0803

BETTY NORDENBERG
EDWARD JONES C/F BETTY NORDENBERG IRA
5575 COLLEEN AVE
ROCKFORD, IL 61109-3609

BETTY SUE KAHN
315 CEDAR LANE
SEABROOK, TX 77586

BURKHALTER CHILDREN TRUST
BONNIE HAGLER
12164 LAKEVIEW MANOR DR
NORTHPORT, AL 35475

BYRON BRAHOS
530 MAPLE AVE
WILMETTE, IL 60091

C JAYNE ROONEY
489 HATHERLY RD
SCITVATE, MA 02066-1524

C JAYNE ROONEY (IRA)
FCC AS CUSTODIAN
487 VERANDA WAY C 203
NAPLES, FL 34104-8021

CARMEN MADUENO CORK
72855 DEER GRASS DR
PALM DESERT, CA 92260-5993

CARMINE V TODISCO
100 AUGUSTA DR
N SYRACUSE, NY 13212

CAROL C CLARK
600 HIGHWAY 73
NEWPORT, TN 37821-6023

CAROL L BLAUVELT
601 STARKEY RD LOT 254
LARGO, FL 33771-2836

CAROLE A DIFLORIO
8710 TIERRA LAGO COVE
LAKE WORTH, FL 33467

CAROLINE R CONNER TOD ALAN ARTHER
CONNER & STANLEY WILLIAM CONNER
SUBJECT TO STA RULES
7400 SE OTTY ST
PORTLAND, OR 97222-1896

CAROLYN D ULLRICH
465 RIVER RUN DR
PAGOSA SPRINGS, CO 81147

CARYN TUCKMAN
200 EAST 36TH STREET, BOX 47
NEW YORK, NY 10016-3667

CATHERINE E KAPTUR
9601 DALMATIA DRIVE
CLINTON, MD 20735

CHARLES BURTEL
RUTH BURTEL
2021 N MANNHEIM RD
MELROSE PARK, IL 60160-1003

CHARLES D CRONE
WANDA C CRONE JTWROS
1106 S 12 ST
KINGFISHER, OK 73750-4025

CHARLES JOORY
ATTN A CANNAROZZO
BNP PARIBAS (SUISSE) SA
2 PLACE DE HOLLANDE - PO BOX 1211
11 GENEVA SWITZERLAND

CHARLES JOORY
ATTN A CANNAROZZO
BNP PARIBAS (SUISSE) SA
2 PLACE DE HOLLANDE PO BOX 1211
11 GENEVA SWITZERLAND

CHARLES ROSEN TTEE
3872 JEWELL ST APT 107
SAN DIEGO, CA 92109-6423

CHARLES W SINGER IRA UFTC AS CUSTODIAN
ROLLOVER ACCOUNT U/A DTD 12-23-92
8880 S OCEAN DR APT 510
JENSEN BEACH, FL 34957

CHERYL L FLEAR
109 OLIVE ST
BELVUE, KS 66407-9319

CHRISTOPHER G TORSTRUP
608 CEDAR ST
FREELAND, PA 18224

CHRISTY LAUTZENHEISER
190 STATE ROUTE 43
HARTVILLE, OH 44632

CLARENCE SARGENT
4412 76TH ST
SACRAMENTO, CA 95820-3621

CLIFFORD K & JOANN A HAGNER
9623 OTTERBEIN RD
CINCINNATI, OH 45241

CLISTA B MILLER
3215 E ROCK CREEK VILLA DRIVE
QUINTON, VA 23141-1656

COLVIN FAMILY LIVING TRUST
UAD 02/23/96
RAYMOND W COLVIN & BERNICE COLVIN TTEES
1804 LEISURE WORLD
MESA, AZ 85206-5302

CREIGHTON BEECHING
2701 SACRAMENTO ST APT 1
SAN FRANCISCO, CA 94115

CURRIE C ROBERTS
1305 GARNER LANE
LONGVIEW, TX 75605

DALE H GRATZ
MARY L GRATZ JT TEN
TOD DTD 12/18/2006
18002 HWY 12 NE
ATWATER, MN 56209-9754

DARCY B WILKINSON
10 N BLUEBERRY LANE #171
ROCHESTER, NH 03867-5221

DARRELL E GOLBEK &
LILA H GOLBEK TTEES F/T
GOLBEK FAMIY TRUST DTD 08/21/1991
40494 RD 66
DINUBA, CA 93618-9618

DAVID C BOERM II
13934 MYRTLEA DR
HOUSTON, TX 77079

DAVID F REESE AND MARILYN JANE REESE
4602 S BEECH
PINE BLUFF, AR 71603

DAVID GARTON
876 MILLER ST
LAKEWOOD, CO 80215

DAVID KREGEL &
MARY KREGEL JTWROS
6244 IVANREST SW
BYRON CENTER, MI 49315-9417

DAVID S YOUNG REV LIV TRUST
DAVID S YOUNG TTEE
MARK D YOUNG TTEE
UA DTD 6-19-90
3466 WINDING OAKS DRIVE
LONGBOAT KEY, FL 34228-4140

DAVID W BERG
5850 N FIVE MILE RD APT 260
BOISE, ID 83713-5479

DAWN LEICHNER REV. LIVING TRUST
DAWN LEICHNER
135 GOVERNORS DRIVE
KIAWAH ISLAND, SC 29455

DEAN AND C NADINE ELLERTHORPE JTTN
49 KING RD
LANDING, NJ 07850

DENIS ATWOOD AND KIMBERLEY ATWOOD
DENIS ATWOOD AND
KIMBERLEY ATWOOD JTTEN
8408 VICEROY LN
LAS VEGAS, NV 89117-1222

DERYL W FOSTER
5201 HARBOR TOWN DR
DALLAS, TX 75289

DIAMANTINO AND IRMA PEREIRA
DIAMANTINO PEREIRA
35 FOREST AVE
RIVERSIDE, RI 02915-1763

DIANNE P BUZSDEREWICZ, TTEE
118 GARFIELD AVE
CHELSEA, MA 02150

DONALD E GUEST
3120 LAKE BEACH BLVD
AKRON, OH 44319-1535

DONALD JAMES DROST IRA
M L STERN & CO
ATTN: CLIFF MILLIMAN
2804 GATEWAY OAKS DR
SACRAMENTO, CA 95833

DONALD O DANIEL
4307 CRESTRIDGE DR
MIDLAND, TX 79707-2734

DONNA M CRAVEN
9811 NOTTINGHAM DR
PASCO, WA 99301

DORLEE TAYLOR TTEE
THE TAYLOR LIVING TRUST U/A
DTD 06/21/1989
914 TRENT STREET
CONCORD, CA 94518-3827

DOROTHY CUTLAN
1363 HUBBARD CIRCLE
MANITOWOC, WI 54220

DOUG M MOORE
JEAN A MOORE
16 LUMBERMEN WAY
SAGINAW, MI 48603-8627

DOUG OR ROBIN BLACK
606 W HILLSIDE DR
COLEMAN, TX 76834

DOUGLAS B LEVY
CGM IRA CUSTODIAN
40 EAST 10TH ST #2K
NEW YORK, NY 10003-6232

DR DAVID A BITTAR TTEE
UTD 12/05/2002
FBO DR DAVID A BITTAR
401K
PO BOX 1682
SOLANA BEACH, CA 92075-7682

DR ROBERT F DRESSEL
CGM IRA ROLLOVER CUSTODIAN
7800 W FORESTHILL LN
APT 308
PALOS HEIGHTS, IL 60463-2701

E G VAN ALLEN & R AUGUSTYN TTEE
GEORGE AND ELLEN VAN ALLEN TR DTD 9/9/99
46493 KRAMER DR
SHELBY TWP, MI 48315-5735

EDMUND J CREAMER
8116 CALABAR AVE
PLAYA DEL REY, CA 90293-7812

EDMUND WILLIS CRUFTON
151 GREENLAWN DR
MERIDIANVILLE, AL 35759-2447

EDWARD CHARNIN
5700 ARLINGTON AVE APT 8W
BRONX, NY 10471-1512

EDWARD H MULDOON
700 HOLLINSHEAD SPRING RD
SKILLMAN, NJ 08558

EDWARD H SALTERS
603 FLOWING WELL RD
WAGENER, SC 29164-9741

EDWIN J SIENKIEWICZ JTWROS & MARY J SIENKIEWICZ JTWR
EDWIN J SIENKIEWICZ
9200 W LAYTON APT A100
GREENFIELD, WI 53228

EHRLINGER, ARNOLD M
EHRINGER ARNOLD M IRA
8110 KING RD
SAGINAW, MI 48601-9434

EILEEN ROSE RAYNES
HILLIARD LYONS CUST FOR
EILEEN ROSE RAYNES
410 N DOUGLAS AVE
MARGATE, NJ 08402

ELAINE G LISTON TOD D LISTON
R LISTON, J GROSSE
SUBJECT TO STA RULES
130 ST ANDREWS LANE
AURORA, OH 44202-8553

ELIZABETH DYCHESS
1152 DIBBLE RD
AIKEN, SC 29801-3306

ELMER DUBOSE
701 THOUSAND OAKS DR
MONTGOMERY, AL 36109

ELSIE SCHUMACHER
16 SUNNYMEAD RD
HILLSBOROUGH, NJ 08844-4676

EMILY BROWN AND EVELYN HALICKI
AND ATHANASIOS KOIKAS JT TEN
34281 LAMOYNE
LIVONIA, MI 48154-2621

ERIC BERGER
300 ST JOSEPH PKWY #318
HOUSTON, TX 77002

ERNEST A VAN ZILE
370 N 6100 W
CEDAR CITY, UT 84721

ERNEST J CARRELLAS
373 BOULEVARD
MIDDLETOWN, RI 02842-5480

ERNEST SOMMER
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
425 VILLAGE GRN # 202
LINCOLNSHIRE, IL 60069-3098

ESA FBO JACK H DORF
ATTN JACK H DORF
PERSHING LLC AS CUSTODIAN ESA R/I MICHAEL DORF
6531 E MOUNTAIN SHADOWS PLACE
TUCSON, AZ 85750-0709

EST OF EMANUEL  J IACONO
JENNIE I PAPPAS EXEC
JOHN M IACONO EXEC
60 HOLLY TERRACE
CLIFFSIDE PARK, NJ 07010-2807

EST OF PATRICIA GRONE
ERWIN S GRONE EXEC
6 AGUSTA RD
WHITING, NJ 08759-2238

ESTATE OF JULES CHORNA
C/O DOUGLAS T. CHORNA
4794 VALENCIA DR
DELRAY BEACH, FL 33445

EUGENE T HALBERT, TTEE
EUGENE T HALBERT TRUST
900 SW 31ST ST, BE 313
TOPEKA, KS 66611-2100

EUGENE USSERY
2483 GREENWOOD TERRACE
MACON, GA 31206

EUGENIA W MILLER
REVOC TRUST UAD 05/07/98
EUGENIA W MILLER TTEE
PO BOX 16297
CHESAPEAKE, VA 23328-6297

EVELYN M DAVIS TTEE
DAVIS FAMILY TRUST U/A
DTD 03/28/2003
PO BOX 21998
HOT SPRINGS, AR 71903-1998

EVELYN M HALBERT TRUSTEE
OF THE EVELYN M HALBERT TRUST
900 SW 31ST ST, BE 313
TOPEKA, KS 66611-2600

FJ SCHWEITZER AND PLESINE SCHWEITZER
3541 HIGHWAY 360
BRADLEY, AR 71826

FRANK & TERESA MORRONE
5071 WINTER ROSE WAY
VENICE, FL 34293

FRANK L GREENE
SHERI C GREENE
11592 TERRACINA BLVD
REDLANDS, CA 92373-4853

FRANK R GANCITANO &
NANCY E GANCITANO JT TEN
945 W HERITAGE CT APT 203
MEQUON, WI 53092-6058

FRED AND BARBARA KREGEN
10701 MEACHUM RD
BAKERSFIELD, CA 93312

FREDERICA W KIRSCH
6418 FERN CREST RD
LOUISVILLE, KY 40291-2324

FREDRICK LINDBERG
10526 N. STATE ROAD 267
BROWNSBURG, IN 46112

GEORGE ALLEN ANDERSON
125 MIMOSA LANE
ROCKY MOUNT, VA 24151

GEORGE AND ELLEN VAN ALLEN
SURVIVOR'S TRUST UAD 9/9/99
E G VANALLEN & R AUGUSTYN TTEE
46493 KRAMER DR.
SHELBY TWP, MI 48315-5735

GEORGE CARROLL
PO BOX 8902
AMARILLO, TX 79114

GEORGE HATCH
6316 SAN BONITA AVENUE
CLAYTON, MO 63105-3116

GEORGE L BAUER TTEE
855 16TH RD
SMITHBORO, IL 62284

GERALD GORBERG
CGM IRA CUSTODIAN
479 HILLDALE ROAD
BROOMALL, PA 19008-3105

GERALD V MYERS
320 EAST PALM DRIVE
LAKELAND, FL 33803

GERHARD LOEBNER
D-02977 HOYERSWERDA
RATZENER STRASSE 51 GERMANY

GIUSEPPE CATALDO
14855 SOUTHVIEW DR
SOUTHGATE, MI 48195

GIUSEPPE CATALDO
14855 SOUTHVIEW DR
SOUTHGATE, MI 48195

H JAMES HARTSCHUH
H JAMES HARTSCHUH IRA
615 BUCKEYE DR
ATTICA, OH 44807

HAILEY RANDALL BRYANT
506  RAINSONG ROAD
DALTON, GA 30720

HANNA MARIE & DONALD W MILLER
11655 GLEN VALLEY RD
GLEN ROCK, PA 17327-9115

HAROLD R DOMBROWSKI
9568 FOREST HILLS CIR
SARASOTA, FL 34238

HAROLD W  SCHWANDT TTEE
WILMA SCHWANDT TTEE
14049 W WINDSONG TRL
SURPRISE, AZ

HARRIET GOLDSMITH
763 CHESHAM TURN
SOUTHAMPTON, PA 18966

HARRY R NOELL
1710 PATTERSON MILLS RD
BEDFORD, VA 24523

HARVEY SIEGEL
SPRING MEADOWS
6949 MAIN ST APT 152
TRUMBULL, CT 06611

HARVEY SIEGEL TTEE
HARVEY SIEGEL REVOCABLE TRUST
U/A DTD 10/14/2003
6949 MAIN ST APT 152
TRUMBULL, CT 06611-6310

HARY L GIBBLE
635 EAST WEIDMAN ST
LEBANON, PA 17042

HELEN A BERG
673 SALLY CIRCLE
WADSWORTH, OH 44281-4613

HELEN B MATHIAU TTEE
HELEN B MATHIAU TRUST U/A
DTD 06/01/1992
21 SHARES LANE
SOUTH WINDSOR, CT 06074-3861

HELEN E WALTERS
HAROLD L WALTERS
5304 N SOLLARS DRIVE
MUNICE, IN 47304-6022

HELEN H ADAIR
6255 W NORTHWEST HWY #204
DALLAS, TX 75225

HELEN ROSENZWEIG
1 BAYCLUB DR APT 15X
BAYSIDE, NY 11360

HENRY ARNOLD
4999 OLDE GROVE LN
LA MESA, CA 91941

HILLIARD LYONS CUST FOR
GENEVIEVE J MOYER IRA-ROLL
8274 ALVORD RD
MONTGOMERY, MI 49255-9743

HILLIARD LYONS CUST FOR
JAMES J FRANKS  IRA
1101 BARDELL DR
WILMINGTON, DE 19808-3008

HOWARD A STERNBERG
7635 SOUTHAMPTON TER
#C415
FORT LAUDERDALE, FL 33321

HOWARD B. MANDEL AND
MARLENE MANDEL JTWROS
TOD KEITH MANDEL & ERIC MANDEL
SUBJECT TO STA TOD RULES
197 DANIEL ROAD NORTH
MASSAPEQUA, NY 11758-1922

HUBERT FLATTEN
963 MAPLE ST
TALLMADGE, OH 44278

HUGH A YOUNG AND
MARY A YOUNG JT TEN
4502 BEAVER BROOK CT
ST LOUIS, MO 63128

IDURU SESHADRI
29887 VIA NORTE
TEMECULA, CA 92591

IRA FBO BRENDA S BROWN
TRP TRUST CO CUSTODIAN
36 WAINWRIGHT DR
BLUFFTON, SC 29909-6020

IRA FBO GORDON E. FALES PERSHING LLC CUST
GORDON E FALES
20150 HIGHVIEW AVE APT 314
LAKEVILLE, MN 55044-6873

IRA FBO JUDY DORF
ATTN JUDY DORF
PERSHING LLC AS CUSTODIAN ROTH ACCOUNT
6531 E MOUNTAIN SHADOWS PLACE
TUCSON, AZ 85750-0709

IRA FBO MICHAEL DORF
PERSHING LLC AS CUSTODIAN
ROTH ACCOUNT
6531 E MOUNTAIN SHADOWS PL
TUCSON, AZ 85750-0709

IRA FBO MYRON J JORDAHL
TRP TRUST CO CUSTODIAN
ROLLOVER ACCOUNT
807 W 4TH STREET
NEILLSVILLE, WI 54456-1626

IRA FBO THOMAS J CAMPAGNOLO
VFTC AS CUSTODIAN
146 E CLAREMONT ST
PHOENIX, AZ 85012-1111

IRMA M KEMP
83-75 WOODHAVEN BLVD
APT 4F
WOODHAVEN, NY 11421

IRVING DOMASH TTEE
IRVING & GLORIA DOMASH REV LIV
U/A DTD 04/02/1991
C/O MICHELE DOMASH
7020 18TH AVE SW #D9
SEATTLE, WA 98106

IVAH M DIENER TRUST
IVAH M DIENER TTEE
U/A DTD 12/2/75
1204 WOODMEADOW DR
LANSING, MI 48917-8983

JACK A PRESCOTT & ALICE H PRESCOTT REV LIV TI
JANET K RICKARD SU TRUSTEE
5454 S MERIDIAN RD
HUDSON, MI 49247-8237

JACK B KAHN
315 CEDAR LANE
SEABROOK, TX 77586

JACK B KAHN IRA
315 CEDAR LANE
SEABROOK, TX 77586

JAMES B KINSEY SR
8013 JUNIPER CT
INDIAN TRAIL, NC 28079

JAMES C CLEGG
PO BOX 2237
NAPA, CA 94558-0223

JAMES D. QUADE - IRA
FCC AS CUSTODIAN
5123 51ST LN  W
BRADENTON, FL 34210-4701

JAMES K MEE & ANN KURIHARA MEE
TENANTS BY THE ENTIRETY
3848 MONTEREY DR
HONOLULU, HI 96816-3902

JAMES LANDIS
PO BOX 1594
HELENDALE, CA 92342-1594

JAMES R ALDEN
CGM IRA ROLLOVER CUSTODIAN
77 VISTA CIRCLE DR
SIERRA MADRE, CA 91024-1436

JAMES R GORDON &
ISABELL V GORDON JT TEN
9481 FAIRVIEW PL
HANFORD, CA 93230-9450

JAMES W BYE AND LINDA BY JTWROS
PO BOX 306
ENGLISH, IN 47118-0306

JANET E LENDALL
6 LAUREL STREET
PEABODY, MA 01960

JANICE SCHOMP
53 S MAIN ST
BETHEL, VT 05032

JEAN R BOZSNYAK
8 NORTHRIDGE CIRCLE
HUNTINGTON, NY 11743-5366

JEANINE A. YEAGER TTEE
FBO JEANINE A YEAGER TRUST
U/A/D 05-23-2007
1672 RICHLAND ROAD
SPRING VALLEY, OH 45370-9743

JEFF C JACOBUS
1815 E WESTWOOD DR
MARYVILLE, TN 37803

JEFFREY M PIEHLER TTEE
THE JEFFREY M PIEHLER TR
U/A 5/12/05
2904 W 71ST ST
PRAIRIE VLG, KS 66208-3105

JENNE M CREATURA
24 TUTTLE
CLARENDON HILLS, IL 60514

JERALD W ZIEGLER
PATRICIA M ZIEGLER JT TEN
1030 N STATE ST
APT 49E
CHICAGO, IL 60610-5476

JEROME DATTILO & HELEN DATTILO
12 GRACELAND WAY
JEFFERSONVILLE, IN 47130-5266

JEROME E DORFMAN
68 GOLFVIEW CIRCLE
UMATILLA, FL 32784

JOAN R FLOYD
2504 FERNWOOD DR
LONGVIEW, TX 75605

JOAN T LABANCA
82 OCEAN AVE.
MONMOUTH BEACH, NJ 07750

JOANN GORDON IRA
JOANN GORDON
10774 SANTA ROSA DR
BOCA RATON, FL 33498-6719

JOHANN CONRAD VON WALDTHAUSEN
WALDVILLA
D-36129 GERSFELD/RHOEN GERMANY

JOHN A BLUTHARDT TR
UA 07-16-2001
JOHN A BLUTHARDT LIVING TRUST
576 N BELLFLOWER BLVD UNIT 225
LONG BEACH, CA 90814-4216

JOHN AND ELLEN OSTERMAN
321 MASON AVE
MONROE, OH 45050-1515

JOHN ANTHONY ERTEL
182 COONHUNTERS RD
BATESVILLE, IN 47006

JOHN BUTE
DANIEL A KASPRZYK TEN COM
C/O NATURES HEALTH MAIL ORDER
973 WEST ELLIOT SUITE 2
CHANDLER, AZ 85225-1882

JOHN D STAHLMAN &
ANNA L STAHLMAN JTWROS
HC 71 BOX 155
DUCK, WV 25063-9306

JOHN E & MARCELLA F BRADLEY
7605 LA BARRINGTON BLVD
POWELL, TN 37849

JOHN H MOORADIAN
JOHN H MOORADIAN TTEE
JOHN H MOORADIAN REV TRUST UAD 9/18/92
15025 REGINA AVE
ALLEN PARK, MI 48101

JOHN L BRIGGS
1221 19TH ST
WEST DES MOINES, IA 50265

JOHN L HERMAN
1624 FOLEY ST
LA GRANDE, OR 97850

JOHN M FOX
CGM IRA CUSTODIAN
101 EAST STATE STREET
GLOVERSVILLE, NY 12078-1203

JOHN M FOX, DDS
DBPP
JOHN M FOX TRUSTEE
UAD 12/31/02
101 EAST STATE STREET
GLOVERSVILLE, NY 12078-1203

JOHN MATTIOLI
72 WEST LN
STAMFORD, CT 06905-3953

JOHN NIEBLING
802 N FROST DR
SAGINAW, MI 48638

JOHN O. BURDICK
708 SILVERCREEK DR
HOBART, WI 54155

JOHN PAKRADOUNIAN TTEE
FBO THE PAKRADOUNIAN TRUST
U/A/D 10/13/89
1214 E TUJUNGA AVE
BURBANK, CA 91501-1138

JOHNSON FAMILY TRUST DTD 2-27-84
EVERETT & LES JOHNSON TTEES
876 NIAGARA FALLS DR
REDMOND, OR 97756

JOSEPH A INGRAO
204 WILLIS AVE
MINEOLA, NY 11501

JOSEPH P DUFFEY TRUSTEE AGRON LV TR
ATTN JOSEPH P DUFFEY
DUFFEY LAW OFFICE SC
933 N MAYFAIR RD
MILWAUKEE, WI 53226

JOSEPH P URIE
2409 CHAMBERSBURG AVE
DULUTH, MI 55811

JOYCE A FAULDS TTEE
JOYCE A FAULDS REV LIVING TRUST
32001 CHERRY HILL ROAD
APT 206
WESTLAND, MI 48186-7916

JOYCE F HORN
5261 NW 3RD TER
BOCA RATON, FL 33487

JUDITH A THOMPSON
32 WYNFIELD LANE
NEW WILMINGTON, PA 16142

JUDITH LEVY TOD
SUSAN J. LEVY SUB TO STA
TOD RULES
40 EAST 10TH ST #2K
NEW YORK, NY 10003-6232

KALLIRROI MANETA
MARIOS MANETAS KLEOMENIS MANETAS ALEXANDI
MANETAS
7 ETHN ANTISTASEOS N PEDELI
ATHENS 15236 GREECE

KATHERINE DOWNEY
KATHERINE DOWNEY TTEE
112 S DELPHIA
PARK RIDGE, IL 60068

KATHRYN W BAXLEY
1904 LYTTLETON ST
CAMDEN, SC 29020

KATHY BISH
21 W LAKESHORE DR
CHEROKEE VILLAGE, AR 72529

KAY A NIEZER
201 MAIN AVE SW
CULLMAN, AL 35055-3345

KENNETH A BOULAY AND IRMA M BOULAY
KENNETH A BOULAY
IRMA M BOULAY JT TENANTS
345 E 1ST ST #107
FOND DU LAC, WI 54935

KEVIN B BROBST
& TERRLL L BROBST JTTEN
211 W PLAINS DR
OREANA, IL 62554-9757

KEVIN DALTON
9 ROLLING WOOD DR
TRUMBULL, CT 06611

KOCIENSKI, LOMA J
1156 W ABRIENDO AVE
PUEBLO, CO 81004-1002

KOJODJOJO SUWANDI PIPIN KOJODJOJO
57 CAIRNHILL ROAD
#10-02 ELIZABETH HEIGHTS
229668 SINGAPORE

LAVERN P BREUNIG
603 NICHOLS RD
MONONA, WI 53716

LAWRENCE C BOECK
78 6980 KALUNA APT 114
KAILUA KONA, HI 96740-2822

LAWRENCE J HAYS III & PATRICK G
HAYS TTEES OF THE LAWRENCE J HAYS
TRUST DTD 4-30-90
3573 APPLE MILL COVE
SALT LAKE CTY, UT 84109-3882

LAWRENCE P PADASAK &
CAROL P PADASAK JT TEN
11571 SNYDER RD
SPRINGVILLE, NY 14141-9634

LENUEH C MATTHEWS
LENUEN C MATTHEWS III
208 N MAIN ST
CAPE MAY CH, NJ 08210-2122

LEO G & PEARL A DURAND
380 NEWBERRY LANE
HOWELL, MI 48843

LEONARD AND DORIS SATLER  AS TRUSTEES
1046 E BROADWAY
WOODMERE, NY 11598

LEONARD G SCHWARTZ
1624 HWY 630 W LOT M21
FROSTPROOF, FL 33843

LEROY W BLACK III (IRA)
JMS LLC CUST FBO
1801 MARKET STREET
PHILADELPHIA, PA 19103-1675

LEWIS BARKER
9186 N PLACITA SAN ISIDRO
TUCSON, AZ 85742

LEWIS LYONS
6424 HWY 81
OWENSBORO, KY 42301

LILAS HARVEY
8506 QUEBEC DR
SAN ANTONIO, TX 78239

LINDA S SCHWARTZ
1624 HY 630 W LOT M21
FROSTPROOF, FL 33843

LOLA M MCCONNELL
7021 SEWARD ST
LINCOLN, NE 68507-1959

LORETTA R KAIP LIVING TRUST
LORETTA R KAIP TTEE
U/A DTD 02/10/2006
9315 TURNBERRY LOOP
CRYSTAL RIVER, FL 33429-5439

LORETTO LESCHER CARR TRUST
U/A/D 10/31/1998
15 WILLOW TREE COURT
ELM HURST, IL 60126-5240

LORNA GORBERG  IRA
479 HILLDALE RD
BROOMALL, PA 19008

LOUIS BATTISTA
1690 NOBLE ST
EAST MEADOW, NY 11554

LOUIS GEORGE SMITH
510 SHUEY ST
OSAGE CITY, KS 66523-1615

LOUIS RUGGIO
150 HOLLY DALE ROAD
FAIRFIELD, CT 06824

LOUIS VANDER MALLIE
2070 BAIRD RD
PENFIELD, NY 14526

LUCILE E COCHRAN & DALE E COCHRAN
& MILTON A COCHRAN
206 LAKESHORE DR
STORM LAKE, IA 50588-7658

M CONCEPCION DE LARA
SAN MARTIN DE PORRES 53 4-B
28035 MARID SPAIN

MARCELLA WURMBACH
8510 N PARKVIEW PL
APT 219
SURPRISE, AZ 85374-4285

MARGARET C CATHCART
437 GIVLER DR, APT 118
MARTINSBURG, PA 16662

MARGARETTA STEWART
213 STEWART ROAD
WILLIAMSPORT, PA 17702

MARGIE C MALATZ
C/O RICHARD P BENEDICT & ROSETTA K BENEDICT
GOODPASTURE PURVIS & FRANKELTON PC
1602 WILLIAM ST
FREDERICKSBURG, VA 22401

MARIA DOLORES SANCHEZ
RESIDENCIA MARAGALL
CARRER D'ALGUETA, 12
ANDORRA LA VELLA, PRINCIPAT DI ANDORRA

MARIAN B WOODS
1100 E SPRUCE AVE APT 328
FRESNO, CA 93720-3338

MARIANNE SUBIA
23770 OVERLOOK CIR
BINGHAM FARMS, MI 48025-4643

MARIANNE SUBIA & CATHERINE
MARIANNE SUBIA & CATHERINE SHAVELL TTEES
JOHN W SUBIA REVOCABLE TRSUT
UAD 08/13/1993 AMD 08/30/06
23770 OVERLOOK CIR
BINGHAM FARMS, MI 48025-4643

MARILYN A ASHLEY
DAVID T ASHLEY
17210 ARLINGTON
ALLEN PARK, MI 48101-2825

MARION I MILLER
GARY R MILLER
ROBERT H MILLER
1717 HOMEWOOD BLVD APT 305
DELRAY BEACH, FL 33445-6803

MARJORIE A PENN
TOD J G PENN, M K PARELL
J R PENN, N A SELBY
SUBJECT TO STA TOD RULES
P.O. BOX 95
EDMOND, OK 73083-0095

MARTHA G WEAVER
747 FISH HATCHERY RD
EASTABOGA, AL 36260

MARY BATEMAN
3300 KINGSWAY
HIGHLAND, MI 48356

MARY C PETTIS
C/O CASSANDRA KARAMANOS
1034 CHAPEL FORGE CT
LANCASTER, PA 17601

MARY E & WALTER NACHUM
CO TTEE MARY E NACHUM TR
U/A DTD 10/10/95
10992 WASHINGTONA PLM CT
APT B
BOYNTON BEACH, FL 33437-8229

MARY E & WALTER NACHUM
CO TTEE MARY E NACHUM TR
U/A DTD 10/10/95
10992 WASHINGTONIA PALM CT APT B
BOYNTON BEACH, FL 33437-8229

MARY HICKEY
37 BARRISTER LN
MANALAPAN, NJ 07726

MARY M MCQUEEN REV LIV TR
U/A/D 6-23-00
MARY M MCQUEEN TTEE
1201 W CEDAR AVE APT B7
GLADWIN, MI 48524-1875

MARY M PATTERSON
55 LYONS LN
SACRAMENTO, KY 42372

MARY W WHITFORD
ANNE WHITFORD
999 NW 5TH AVE
DELRAY BEACH, FL 33444-2944

MELVIN GREENBERG IRA
3 AVENUE OF TWO RIVERS SOUTH
RUMSON, NJ 07760

MELVIN S SCHWARZ DDS MSCD INC PS TRUST UA 1
C/O MELVYN SCHWARZ
3400 LOMITA BLVD STE #505
TORRANCE, CA 90505

MERLE & GENEVIEVE PETERSON
MERLE P PETERSON & GENEVIEVE C PETERSON TTEE F/T
MERLE & GENEVIEVE PETERSON LIV TR DTD 7/3/91
2310 DAWSON COVE LANE SO
CLOVIS, CA 93611-5993

MICHAEL & GLORIA BARONE JTWROS
MICHAEL & GLORIA BARONE
572 48TH ST
BROOKLYN, NY 11220

MICHAEL J HOESLEY
1455 N SANDBURG
UNIT 2201B
CHICAGO, IL 60610

MICHAEL MULVIHILL
20 PLAZA STREET EAST
BROOKLYN, NY 11238

MIKE SHOUDEL
0950 CR 60
GARRETT, IN 46738

MILDRED RUBENSTEIN
950 AUGUSTA WAY # 315
HIGHLAND PARK, IL 60035-1844

MILDRED RUBENSTEIN
950 AUGUSTA WAY #315
HIGHLAND PARK, IL 60035-1844

MINNIE JO CORNELL IRA
2020 FAIRFIELD AVE
CLOVIS, NM 88101

MR ARTHUR WILSON
#706
2217 CYPRESS ISLAND DR
POMPANO BEACH, FL 33069-4482

MR CURTIS MCDANIEL
561 N 230 W
HURRICANE, UT 84737

MR HORACIO J ORTIZ
MA DEL PILAR LOBOMARQUEZ ORTIZ
500 BAYVIEW DR.
APT. # 426
SUNNY ISLES BEACH, FL 33160-4780

MRS MARGARET J PEREZ
MR RALPH J PEREZ
713 GRAND VIEW LN
AURORA, OH 44202-8822

MRS VASSILIKI KARYSTINOU
MRS ALEXANDRA KARYSTINOU
MRS SOFIA KARYSTINOU
PO BOX 78523
TZITZIFIES,ATHENS 17602, GREECE

MS & CO C/F
JOHN DE BLOOIS
IRA STD/SEP
307 HUNTERS RIDGE WAY
MAGNOLIA, DE 19962

MS AND CO C/F DAVID M REYNOLDS
IRA STD/ROLLOVER
13020 PACIFIC PROMENADE APT 304
PLAYA VISTA, CA 90094-4018

MS AND CO C/F HENRY OWENS
IRA STD/ROLLOVER DTD 8/14/03
1012 E 172ND ST
SOUTH HOLLAND, IL 60473

MS AND CO C/F TONY Z TORRES
IRA ROLLOVER DATED 8/7/03
731 BISHOP GATE
NEW LENOX, IL 60451

MS INGE HILLHOUSE
220 PRESTWYCK WAY N
STOCKBRIDGE, GA 30281

MS&CO C/F
ISTVAN PADOS
IRA STANDARD/SEP DTD 05/28/03
35 BEAVER HILL ROAD
ELMSFORD, NY 10523-2137

MS&CO C/F
KAREN DEBLOOIS
IRA STD/ROLLOVER-SPOUSAL 08/25/94
307 HUNTERS RIDGE WAY
MAGNOLIA, DE 19962-1581

MS&CO C/F
MARILYN L CLARK
IRA ROLLOVER DATED 01/18/01
250 SPRINGWOOD ROAD
SAGAMORE HLS, OH 44067-1820

MS&CO C/F
SHELLEY HAVEN
IRA STANDARD DATED 11/05/08
337 EAST 9TH STREET APT #6
NEW YORK, NY 10003-7779

MS&CO C/F
STEVEN FREI
IRA ROLLOVER DATED 05/21/03
52 WOODHAVEN DRIVE
NEW CITY, NY 10956-4437

MS&CO C/F
WAYNE MURDOCK
IRA STANDARD DATED 03/29/04
3320 RUIDOSA
DALLAS, TX 75228-2393

MS&CO C/F DONALD J AIBEL ESQ
FBO DONALD J AIBEL PS TRUST
PROFIT SHARING PLAN DTD 03/22/06
PO BOX 878
ALPINE, NJ 07620-0878

MS&CO C/F HAROLD F MCMULLIN SR
MS&CO C/F
HAROLD F MCMULLIN SR
IRA ROLLOVER DATED 07/30/03
532 W 43RD PL
CHICAGO, IL 60609-3505

MS&CO C/F JEROME BECMER
IRA ROLLOVER DATED 08/04/03
10300 S TRUMBULL
CHICAGO, IL 60655-2429

MS&CO C/F ROBERT W KUTSCHKE
IRA ROLLOVER DATED 07/24/03
18423 PINE CONE DR
TINLEY PARK, IL 60477-4892

MURIEL B CLAYTON
15915 ARCHWOOD LANE #1003
DALLAS, TX 75248-3572

NADLER LIVING TRUST
PATRICIA & MARTIN NADLER TTEE
U/A DTD 03/07/1998
208 ALPINE DRIVE
PARAMUS, NJ 07652-1302

NANCY DALTON
9 ROLLINGWOOD DR
TRUMBULL, CT 06611

NATHAN SCHWARTZ TTEE
310 LUDLOW RD
ANNAPOLIS, MD 21401

NATHAN SCHWARTZ TTEE
3400 N OCEAN DR #703
SINGER ISLAND, FL 33404

NICK & NORMA CHRISTODOULOU
C/O NICK CHRISTODOULOU
561 ADAMS STREET
ROCHESTER, PA 15074

NOREEN M FLETCHER &
DENNIS J & KEVIN L FLETCHER
TRUSTEES U/A/D 7/23/01
NOREEN M FLETCHER LIVING TRUST
26643 WILTON COURT
NEW HUDSON, MI 48165-8078

PABLO OSVALDO COPPOLA & MABEL ALICIA VALDER
C/O PABLO O COPPOLA
6286 SEABOURNE DR
HUNTINGTON BEACH, CA 92648

PANSY ANDREWS IRA
512 COUNTY ROAD 563
MIDLAND CITY, AL 36350-3468

PATRICIA FINNEY
1320 PALM LN
BOWIE, MD 20716

PATRICIA Y CROZIER
PATRICIA Y CROZIER TTEE
CROZIER LIVING TRUST
2602 2ND ST
MOLINE, IL 61265

PAUL & SANDRA MANSKE LIVING TRUST
6443 WYDOWN BLVD
ST LOUIS, MO 63105-2214

PAUL K SELF   AND
LA DEAN SELF
JT TEN
143 SPRINGDALE DRIVE
HODGENVILLE, KY 42748-1838

PENCE, JAMES F
4074 JENNIE LN
SWARTZ CREEK, MI 48473-1541

PERSIS THOMAS
145 RAILROAD AVE
ARIMO, ID 83214

PHIL DANDRIDGE
6076 BARRY DR
CYPRESS, CA 90630

PHILIP S & JUDITH B MARCUS
2903 FALLSTAFF RD, UNIT 207
BALTIMORE, MD 21209-3557

PIFER INC
8341 E HOLLY RD
HOLLY, MI 48442

Q-T FOUNDATIONS CO. INC
ATTN: LAWRENCE KUTZIN
385 CHESTNUT STREET
NORWOOD, NJ 07648-2001

RAJEEV MUTREJA
4236 PEPPERMILL LN
DALLAS, TX 75287

RALPH A HENDERSON
3 PLEASANT CREEK COURT
FAIRFIELD, OH 45014

RALPH A HENDERSON & JEAN L HENDERSON,
HUSBAND & WIFE AS JOINT OWNERS OF CLAIM
3 PLEASANT CREEK COURT
FAIRFIELD, OH 45014

RALPH A SMITH
6071 DUNANT ST
SAN DIEGO, CA 92122

RALPH A SMITH
6071 DUNANT ST
SAN DIEGO, CA 92122

RBC WEALTH MANAGEMENT C/F PATRICIA FIELDS IRA
31263 COUNTY ROAD 28
RACINE, OH 45771

REGINA ROSENBLUM
1629 PELICAN COVE RD. BA235
SARASOTA, FL 34231-6752

REID & NANCY NELSON
21 PINEWOOD AVE
EAST GREENBUSH, NY 12061

REID & NANCY NELSON
21 PINTWOOD AVE
EAST GREEN BUSH, NY 12061

RHODA HAMBURGER IRA
C/O RHODA HAMBURGER
2584 DURANZNITOS PL
RAMONA, CA 92065-9845

RICHARD & PHYLLIS J SERIO
8655 OLDE WORTHINGTON RD
WESTERVILLE, OH 43082

RICHARD A GRIMME
659 KEY ROYALE DR
HOLMES BEACH, FL 34217

RICHARD A RASKIN
MPP-PERSHING LLC AS CUSTODIAN
FBO RICHARD A RASKIN TTEE
6349 N 78TH ST UNIT #91
SCOTTSDALE, AZ 85250-4772

RICHARD AND CYNTHIA COHEN
5 BURAND STREET
WEST ROXBURY, MA 02132

RICHARD COOPERMAN
9035 SW 96TH COURT RD
OCALA, FL 34481

RICHARD GIGLIOTTI
8311 BLUE QUAIL COURT
SACRAMENTO, CA 95828

RICHARD J BOULAY AND  LYNN M BOULAY
RICHARD J BOULAY & LYNN M BOULAY JT TENANTS
1813 NORHARDT DR
BROOKFIELD, WI 53045-5076

RICHARD J NODVIK
1014 GREENLAWN DR
PITTSBURGH, PA 15216

RICHARD W PEREDNIA & PATRICIA A DULL
PO BOX 1810
SPOKANE, WA 99210

ROBERT A SHAW DECLARATION TR
ROBERT A SHAW TTEE
U/A DTD 09/19/1972
1008-A PASEO DEL PUEBLO SUR
P.O.BOX 255
TAOS, NM 87571-0255

ROBERT D PATRICK
701 OAK RIDGE DRIVE
BRIGHTON, MI 48116

ROBERT DRUMMOND
#8 SWEETGRASS PLACE
GREAT FALLS, MT 59404

ROBERT E ZIMMERMAN
24 OAKWOOD CT
CINCINATTI, OH 45246

ROBERT F HEALY
TOD GEORGE W. SWEATT
SUBJECT TO STA TOD RULES
9310 WEDGEWOOD DRIVE
TAMARAC, FL 33321-3568

ROBERT G LUEDER
ROBERT G LUEDER IRA
1039 SOUTH 106 PLAZA
OMAHA, NE 68114

ROBERT JUERGENS ROLLOVER IRA
ROBERT JUERGENS
4950 TEALBY COURT
ST LOUIS, MO 63128

ROBERT L & PATRICIA J ERTEL
TRUSTEES ACCOUNTS & IRAS
182 COONHUNTERS RD
BATESVILLE, IN 47006

ROBERT MCGIRR
4505 BROOKSIDE CT
ORWIGSBURG, PA 17961

ROBERT RUSSELL CRUT
C/O LISA HIGGINS TTEE
111 N CHURCH
FAYETTEVILLE, AR 72701

ROBERTA STARK
37A DOLPHIN DR
TREASURE ISLAND, FL 33706

RONALD BRUNS
9054 DORREL RD
BROOKVILLE, IN 47012

RONALD D KIENHOLZ
12951 MACALISTER TRACE
CARMEL, IN 46033

RONALD L AXON
DIANE AXON
14202 S 32ND PL
PHOENIX, AZ 85044-8718

RONALD S BROOKS
SANDRA P BROOKS
335 PLANTATION CIR
FAYETTEVILLE, GA 30214

ROSALBA H HUCKABY
3521 OLYMPIC DR
GREEN COVE SPRINGS, FL 32043

ROSALYN M GAIDOS IRA
FCC AS CUSTODIAN
U/A DTD 04/29/92
970 DUKE ST
LEBANON, PA 17042-7217

RUTH D. SMITH
142 COL THOMAS HEYWARD ROAD
BLUFFTON, SC 29909

RUTH F WEAVER
229 MAPLE DR
NEW HOLLAND, PA 17557

RUTH I COOPER
1801 9TH STREET W
RED BAY, AL 35582

SALISBURY, WILLIAM W
6031 BLOSS CT
SWARTZ CREEK, MI 48473-8877

SALLIE SARGENT TTEE
SALLIE SARGENT REV TRUST
U/A DTD 03/21/05
2840 KEEWADHIN RD APT 122
FORT GRATIOT, MI 48059-3571

SAMUEL R. CURTO
113 N. WATERSEDGE LN
LITTLETON, NC 27580-8150

SAMUEL SCHREIBER
22 BIRDSONG
IRVINE, CA 92604

SANDRA RILEY
C/O SANDRA L RILEY
PO BOX 488
EUSTIS, FL 32727

SANDRA TODD GIANINI
1942 SOUTHCREEK BLVD
PORT ORANGE, FL 32128-7879

SANFORD M MARCUS
4638 WELDIN RD
WILMINGTON, DE 19803

SCOTT J BROWN MASTER PROFIT SHARING PLAN
SCOTT J BROWN
303 SUGAR TOP DR #2321
SUGAR MOUNTAIN, NC 28604-4321

SEP FBO LARRY J SPEARS
PERSHING LLC AS CUSTODIAN
1434 SCENIC RIDGE
HOUSTON, TX 77043-3405

SHANE CHESNEY
43 ROSECREEK LN
RENO, NV 89511

SHELDON SCHUTZMAN
251 BUTTONBALL LANE
GLASTONBURY, CT 06033

SHELDON SCHUTZMAN
251 BUTTONBALL LANE
GLASTONBURY, CT 06033

SHELLY SHENKMAN
301 MAITLAND AVE
TEANECK, NJ 07666-3060

STEINL, LEO G
765 UPPER SCOTSBOROUGH WAY
BLOOMFIELD HILLS, MI 48304-3827

STELLA LYSIK
123 HENRY RD
SOUTHAMPTON, NY 11968-2305

STEPHEN L HUBBARD
5129 RADBROOK PLACE
DALLAS, TX 75220-3945

STIFEL NICOLAUS CUSTODIAN FOR
KENNETH J QUIRK IRA
16 SYLVAN HILLS RD
LINN CREEK, MO 65052-2585

STIFEL NICOLAUS CUSTODIAN FOR
MARY F KLINK IRA
800 SOUTH 15TH STREET APT 7312
SEBRING, OH 44672-2084

SUE L MITHCELL
PO BOX 816
COPPERHILL, TN 37317

SUSAN A BUCKLIN
3622 W VIEWMONT WAY W
SEATTLE, WA 98199

SUSAN E GDOWSKI &
GREGORY P GDOWSKI CO-TTEES
SUSAN E GDOWSKI LIVING TRUST U/A/D 10/06/99
882 INGRAM PLACE
DES PLAINES, IL 60016-5941

SUSAN J HINKLE
600 MOCK ORANGE LANE
CHAGRIN FALLS, OH 44023

SUSAN LEVY
CGM IRA CUSTODIAN
165 WEST 66TH STREET, APT 7B
NEW YORK, NY 10023-6506

SYLVIA MILLER
7327 CREEK VIEW CIRCLE
WEST BLOOMFIELD, MI 48322

SYLVIA WENDORFF &
EDWARD WENDORFF JT TEN
10 DAKOTA CT
SUFFERN, NY 10901-4115

TAI SHENG WANG &
YUEH YING WANG JT TEN
5403 KIRKWOOD PL
HONOLULU, HI 96821-1937

TAMMI M DANILIUK
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4 CANYON ST
WILMINGTON, MA 01887-3181

TESTEC ASIA LTD
PO BOX 16799
DUBAI  UAE

THE COUSENS FAMILY TRUST
C/O ELAINE COUSENS
35937 ROSEMONT DR
PALM DESERT, CA 92211

THELMA H MORRIS
1150 BOWER HILL RD
APT 902-C
PITTSBURGH, PA 15243

THEODORE H LOKKE
2835 OUTLOOK DR
RENO, NV 89509

THERESA P MUSSELMAN
1221 SAUGATUCKET RD
PEACEDALE, RI 02879

THOMAS DOW
13 SIR FRANCIS WYATT PL
NEWPORT NEWS, VA 23606

THOMAS DOWNEY
THOMAS DOWNEY TRUSTEE
112 S DELPHIA AVE
PARK RIDGE, IL 60068

THOMAS E. GILL SR.
8528 WILSTEAD DR.
ST. LOUIS, MO 63123-2254

THOMAS GARTHWAITE
28183 COUNTY HIGHWAY U
CASHTON, WI 54619-8219

THOMAS JOSEPH EMME
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
4250 2ND ST NE
COLUMBIA HEIGHTS, MN 55421-2733

THOMAS M GENTILE EXEC.
FEO ANTHONY GENTILE
52 SHARON COURT
SHELTON, CT 06484-4226

THOMAS TESI &
GERALDINE TESI JT TEN
19 VON BEASTE LANE
CONGERS, NY 10920-2304

TIMOTHY ATMAJIAN
2363 W MUSCAT AVE
FRESNO, CA 93706

TOMMASELLA ROBERTO
TOMMASELLA ROBERTO
VIA N TOMMASEO 46
30027 SAN DONA DI PIAVE (VE) ITALY

UNION UNITED METHODIST CHURCH
ATTEN COLIN G THORNTON
600 HIGHLAND AVE
FALL RIVER, MA 02720

VELMA L MCGARITY TRUSTEE OF
THE VELMA L MCGARITY  TRUST
2617 WEST 15TH
TOPEKA, KS 66604-2612

VIOT CLICK
1890 WEST ST RD 38
NEW CASTLE, IN 47362-9768

VIRGINIA GAGLIARDI
16 BRIARWOOD DRIVE
GLEN COVE, NY 11542

VONCILE R NICHOLS
315 E FIRST ST
(IRA ROLLOVER)
LUVERNE, AL 36049

W A DARLING
PO BOX 926
OPELOUSAS, LA 70571-0926

WALTER & MARY E NACHUM TTEES
THE WALTER NACHUM TRUST
U/A DTD 10/10/1995
10992 WASHINGTONIA PALM COURT
APT # B
BOYNTON BEACH, FL 33437-8229

WALTER & MARY E NACHUM TTEES
THE WALTER NACHUM TRUST
U/A DTD 10/10/1995
10992 WASHINGTONIA PALM COURT APT #B
BOYNTON BEACH, FL 33437-8229

WELLS FARGO BANK IRA C/F
MILTON J DAKOVICH
13789 BAY HILL COURT
DES MOINES, IA 50325-8563

WELLS FARGO BANK ROTH C/F
KEVIN B BROBST
211 W PLAINS DR
OREANA, IL 62554-9757

WELLS FARGO BANK ROTH C/F
TERRLL L BROBST
211 W PLAINS DR
OREANA, IL 62554-9757

WENDELL H BOTKIN & ELEANOR M BOTKIN
929 ROCKMEAD DR APT 3108
KINGWOOD, TX 77339-2264

WERNER W LUCILLER LAARZ TRUSTEES
LAARZ REVOCABLE TRUST
WERNER AND LUCILLE LAARZ
627 SUMMERGREEN DR
FRANKENMUTH, MI 48734

WILLIAM A AMBROSINI (IRA)
FCC AS CUSTODIAN
15 TODA VIS
MONTEREY, CA 93940-4221

WILLIAM A. AMBROSINI IRA
FCC AS CUSTODIAN
15 TODA VISTA
MONTEREY, CA 93940-4221

WILLIAM GOOCH FAMILY TRUST
ROGER INGLEY TRUSTEE
PO BOX 990
LAKE WALES, FL 33859

WILLIAM M VERKUILEN
4615 W 123RD ST APT 108
SAVAGE, MN 55378-1377

WILLIAM MCATEER & ROSEMARY MCATEER
COTTEES WILLIAM J MCATEER &
ROSEMARY F MCATEER TR UAD 1/25/2000
2816 TANGELO WAY
PALM HARBOR, FL 34684-4037

WILLIAM T MORGAN & MELODY
HYDE MORGAN TTEE
MORGAN FAMILY TRUST
U/A DTD 10/13/1998
928 GLORIETTA BLVD
CORONADO, CA 92118

WILLIE REE SCOTT
25 TOWNCRIER COURT
MOBILE, AL 36608

WILTON G. SWENSON  & MARY JO SWENSON
WILTON G SWENSON & MARY JO SWENSON JT WROS
6536 LOKAI AVE.
LAS VEGAS, NV 89130

ZHI HONG LIANG AND
WEI ZHI BIAN JTWROS
120 RIVERSIDE BLVD
APT. 8W
NEW YORK, NY 10069-0501