BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Andrew D. Roth (admitted *pro hac vice)*
Ramya Ravindran (admitted *pro hac vice)*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Deborah M. Buell
James L. Bromley

*Counsel for International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re

MOTORS LIQUIDATION CORPORATION, *et al.,*
      f/k/a General Motors Corp., *et al.,*

                           Debtors.

------------------------------------------------------------ X

Chapter 11

Case No. 09-50026 (REG)

(Joint Administration)

CERTIFICATE OF
SERVICE

        I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

        On the 22nd day of December 2010, the Memorandum of Law Concerning

Jurisdiction Over Motion of General Motors LLC to Enforce the Sale Order; the Declaration of

Daniel Sherrick in Support of The UAW's Memorandum of Law Concerning Jurisdiction Over

Motion of General Motors LLC to Enforce the Sale Order; and the Declaration of Ramya

Ravindran in Support of International Union, United Automobile, Aerospace, and Agricultural

Implement Workers of America's ("UAW") Memorandum of Law Concerning Jurisdiction Over

Motion of General Motors LLC to Enforce the Sale Order with Exhibits 1 through 9 were served

by email and Federal Express upon:

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn:  John Wm. Butler, Jr., Esq., Albert Hogan III, Esq.,
and Ron E. Meisler, Esq.
Email(s):  jack.butler@skadden.com, al.hogan@skadden.com,
ron.meisler@skadden.com

Jones Day
222 East 41st Street
New York, NY 10017
Attn:  Lisa G. Laukitis, Esq.
Email(s):  llaukitis@jonesday.com

Jones Day
901 Lakeside Avenue
Cleveland, OH 44114-1190
Attn:  Heather Lennox, Esq.
Email(s):  hlennox@jonesday.com

Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001
Attn:  Andrew M. Kramer, Esq.
Email(s):  akramer@jonesday.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Harvey R. Miller, Esq., Stephen Karotkin, Esq.
and Joseph H. Smolinsky, Esq.
Email(s):  harvey.miller@weil.com, stephen.karotkin@weil.com,
joseph.smolinsky@weil.com

Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn:  Ted Stenger
Email(s):  TStenger@alixpartners.com

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.
Email(s): lawrence.s.buonomo@gm.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
Email(s): john.rapisardi@cwt.com

The United States Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.
Email(s): joseph.samarias@do.treas.gov

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
Email(s): mjedelman@vedderprice.com, mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
Lauren Macksoud, Esq., and Jennifer Sharret, Esq.
Email(s): tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
lmacksoud@kramerlevin.com, jsharret@kramerlevin.com

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracey Hope Davis, Esq.
Email(s): tracy.davis@usdoj.gov

The U.S. Attorney's Office, S.D.NY.
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.
Email(s): david.jones6@usdoj.gov, natalie.kuehler@usdoj.gov

3

Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
Email(s): ei@capdale.com, rct@capdale.com

Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
Email(s): tws@capdale.com, kcm@capdale.com

Stutzman, Bromberg, Esserman, & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.
Email(s): esserman@sbep-law.com, brousseau@sbep-law.com

Dated:  New York, New York
        December 23, 2010

_____
Richard V. Conza

4