Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                       :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.***,**    :    **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
:
                     **Debtors.**                :    **(Jointly Administered)**
:
------------------------------------------------------------x

ORDER GRANTING (I) APPLICATIONS
FOR ALLOWANCE OF INTERIM COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1,
2010 THROUGH SEPTEMBER 30, 2010 AND (II) THE APPLICATION
OF LFR, INC. FOR ALLOWANCE OF INTERIM COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED FROM FEBRUARY 1, 2010 THROUGH MAY 31, 2010

Upon consideration of (i) the applications seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in connection therewith for the period of June 1, 2010 through September 30, 2010 (the "**Fourth Compensation Period**," and the applications with respect to the Fourth Compensation Period, the "**Fourth Interim Applications**"),[1] pursuant to sections 330 and 331

---

[1] ECF Nos. 7706, 7733, 7747, 7748, 7749, 7751, 7754, 7756, 7758, 7762, 7767, 7769, 7774, 7775, 7776, 7777, 7778, and 7780. The application of Brownfield Partners, LLC for the period of February 1, 2010 through May 31, 2010 (the "**Third Compensation Period**") (ECF No. 6541) was adjourned to January 6, 2011 at 9:45 a.m. The

of title 11, United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), filed by the professionals listed on **Schedule "A"** annexed hereto, (ii) the application of LFR, Inc. (collectively with the professionals listed on Schedule "A," the "**Retained Professionals**"), seeking allowance of interim compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in connection therewith for the Third Compensation Period pursuant to sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 (the "**LFR Third Interim Application**"),[2] listed on **Schedule "B"** annexed hereto, (iii) the individual reports and objections of the appointed fee examiner in these chapter 11 cases (the "**Fee Examiner**") to the Fourth Interim Applications[3] and the LFR Third Interim Application[4] (collectively, the "**Fee Examiner Objections**"), (iv) the responses of the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") with respect to the Fourth Interim Applications[5] ("the "**U.S. Trustee Responses**"); and upon the replies of certain of the Retained Professionals;[6] and notice having been given pursuant to Bankruptcy Rule 2002(a)(6) and (c)(2) and the Fourth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures (ECF No. 6750), and it appearing that no other or further notice need be provided; and a hearing having been held on December 15, 2010 (the "**Hearing**") to

---

applications Kramer Levin Naftalis & Frankel LLP (ECF No. 7804), PricewaterhouseCoopers LLP (ECF No. 8059), and Brownfield Partners, LLC (ECF No. 7779) for the period of June 1, 2010 through September 30, 2010 (the "**Fourth Compensation Period**") were adjourned to January 6, 2011 at 9:45 a.m.

[2] ECF No. 6539.

[3] ECF Nos. 7424, 8025, 8026, 8027, 8029, 8030, 8035, 8036, 8038, 8040, 8041, 8042, 8044, and 8081.

[4] ECF No. 7424.

[5] ECF No. 8060.

[6] ECF Nos. 8070 and 8090.

consider the Fourth Interim Applications; and it appearing that the amounts set forth on Schedule "A," Schedule "B," and Schedule "C"[7] properly incorporate the Court's ruling at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, pursuant to sections 330 and 331 of the Bankruptcy Code, the Fourth Interim Applications of the Retained Professionals are granted as provided in Schedule "A"; and it is further

ORDERED that, pursuant to sections 330 and 331 of the Bankruptcy Code, the Adjourned LFR Third Interim Application is granted as provided in Schedule "B"; and it is further

ORDERED that payment of ten percent (10%) of the fees awarded herein as set forth on Schedule "A" and Schedule "B" shall continue to be held back until further order of the Court (the "**Holdback**"); and it is further

ORDERED that the Debtors are directed and authorized, upon entry of this Order, to pay each Retained Professional promptly by wire transfer or check all the fees and expenses allowed herein less (i) the Holdback and (ii) the amounts previously paid by the Debtors; *provided*, *however*, that any prepetition retainers held by the Retained Professionals shall first be applied to satisfy such payments; and it is further

---

[7] Which Schedule "C" summarizes fees and expenses for the period of June 1, 2009 through September 30, 2009 (the "**First Compensation Period**"), the period October 1, 2009 through January 31, 2010 (the "**Second Compensation Period**"), the Third Compensation Period, and the Fourth Compensation Period.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       ***December 22***, 2010

                                          ***/s/ Robert E. Gerber***
                                          United States Bankruptcy Judge

## SCHEDULE A

**Current (Fourth) Compensation Period:  June 1, 2010 to September 30, 2010**

Case No.:  09-50026 (REG)
Case Name:  In re Motors Liquidation Company, *et al.* (f/k/a General Motors Corp. *et al.*)

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP[1] | 11/15/2010 7762 | $6,903,518.50 | $6,863,634.25 | $686,363.43 | $6,177,270.82 | $132,720.16 | $131,333.45 |
| Caplin & Drysdale, Chartered | 11/15/2010 7777 | 593,511.50 | 584,536.50[2] | 58,453.65 | 526,082.85 | 36,161.57 | 35,531.03 |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | 11/15/2010 7749 | 315,498.50 | 314,028.12 | 31,402.81 | 282,625.31 | 4,271.59 | 4,271.59 |
| Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants | 11/15/2010 7747 | 42,036.75 | 42,036.75 | 4,203.68 | 37,833.07 | 95.75 | 95.75 |
| Analysis Research Planning Corp. | 11/15/2010 7748 | 205,538.50 | 205,538.50 | 20,553.85 | 184,984.65 | 857.22 | 857.22 |
| Bates White LLC | 11/15/2010 7774 | 906,669.25 | 891,568.47 | 89,156.85 | 802,411.62 | 6,426.41 | 6,415.68 |
| Butzel Long, a professional corporation | 11/15/2010 7754 | 433,892.50 | 433,892.50 | 43,389.25 | 390,503.25 | 32,647.29 | 32,488.29 |

---

[1]  In resolving certain disputes with the Fee Examiner, including the Court imposed carevout for amounts related to addressing issues raised by the Fee Examiner, Weil Gotshal and Manges LLP also agreed to reduce its fees for the Third Compensation Period by $48,370.50.

[2]  Of this amount, $37,635.50 remains in dispute.  The retained professional and the Fee Examiner disagree on the appropriate application of the Court's December 15, 2010 ruling.  Unless they are able to resolve the dispute, they will return to the Court for a resolution.

US_ACTIVE:\43591309\03\72240.0639

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Deloitte Tax LLP | 11/15/2010 7780 | 369,592.00 | 357,743.65 | 35,774.37 | 321,969.28 | 55.00 | 55.00 |
| FTI Consulting, Inc. | 11/15/2010 7775 | 2,000,000.00 | 2,000,000.00 | 200,000.00 | 1,800,000.00 | 4,827.53 | 4,827.53 |
| Hamilton Rabinovitz & Associates, Inc. | 11/15/2010 7778 | 28,462.50 | 28,462.50 | 2,846.25 | 25,616.25 | 0.00 | 0.00 |
| Jenner & Block LLP | 11/15/2010 7751 7758 | 14,239.00 | 6,059.60 | 605.96 | 5,453.64 | 721.46 | 721.46 |
| Legal Analysis Systems, Inc. | 11/15/2010 7776 | 166,956.50 | 159,390.50 | 15,939.05 | 143,451.45 | 2,510.26 | 2,510.26 |
| LFR, Inc.[3] | 11/15/2010 7756 | 217,990.50 | 216,583.30 | 21,658.33 | 194,924.97 | 33,226.15 | 18,370.15 |
| Plante & Moran, PLLC | 11/11/2010 7733 | 289,673.05 | 289,673.05 | 28,967.31 | 260,705.74 | 3,871.79 | 3,871.79 |
| The Claro Group, LLC | 11/09/2010 7706 | 46,810.50 | 44,507.13 | 4,450.71 | 40,056.42 | 402.43 | 402.43 |

---

[3]   LFR, Inc. and the Fee Examiner have agreed to carveout $14,856.00 in expenses, which will be resolved at a subsequent time.

US_ACTIVE:\43591309\03\72240.0639

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Togut Segal & Segal LLP | 11/15/2010 7767 7769 | 113,600.00 | 112,795.00 | 11,279.50 | 101,515.50[4] | 581.46 | 581.46 |

Schedule A                                      Date: December __22__, 2010                                      Initials: **_REG_**, USBJ

---

[4] Includes fees of $1,900.00 "carved out" from fees awarded in the November 24, 2010 Order Granting (I) Applications for Allowance of Interim Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred from February 1, *2010* Through May 31, 2010 and (II) the Application of LFR, Inc. for Allowance of Interim Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred from October 1, 2009 Through January 31, 2010 (ECF No. 7910).

US_ACTIVE:\43591309\03\72240.0639

## **SCHEDULE B**

### Third Compensation Period:  February 1, 2010 to May 31, 2010

Case No.:  09-50026 (REG)
Case Name:  In re Motors Liquidation Company, *et al.* (f/k/a General Motors Corp. *et al.*)

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| LFR, Inc.[1] | 08/05/2010 6539 | $1,010,871.20 | $993,243.11 | $99,324.31 | $893,918.80 | $387,715.62 | $232,223.82 |

Schedule B                                  Date:  December *22*, 2010                                  Initials:  *REG*, USBJ

---

[1]  LFR, Inc. and the Fee Examiner have agreed to carveout $11,615.00 in fees and $146,765.17 in expenses, which will be resolved at a subsequent time.

US_ACTIVE:\43591309\03\72240.0639

## **SCHEDULE C**

US_ACTIVE:\43591309\03\72240.0639

**SCHEDULE C**

**Summary: All Compensation Periods**
(Including This Period)

Case No.: 09-50026 (REG)
Case Name: In re Motors Liquidation Company, *et al.* (f/k/a General Motors Corp. *et al.*)

| Applicant | Total Fees Requested | Carve Out for Amounts Related to Compensation for the Fee Review Process | Total Fees Awarded (Including Fees Held Back) | Total Fees Held Back (10%) | Total Fees Payable by Debtors | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | $36,034,505.75 | $48,370.50 | $35,513,226.30 | $3,551,322.64 | $31,961,903.66 | $1,268,142.16 | $1,195,568.52 |
| Kramer Levin Naftalis & Frankel LLP | $6,387,827.50 | $52,386.50 | $6,189,928.13 | $618,992.82 | $5,570,935.31 | $123,743.32 | $120,015.19 |
| Caplin & Drysdale, Chartered | $1,090,701.75 | $0.00 | $1,067,946.21 | $106,794.62 | $961,151.59 | $86,232.20 | $85,507.11 |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | $378,813.00 | $0.00 | $375,538.47 | $37,553.85 | $337,984.62 | $7,984.37 | $7,919.43 |
| Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants | $80,972.75 | $0.00 | $79,979.73 | $7,997.98 | $71,981.75 | $2,146.36 | $2,065.44 |
| Analysis Research Planning Corp. | $221,573.00 | $0.00 | $221,573.00 | $22,157.30 | $199,415.70 | $857.22 | $857.22 |
| Baker & McKenzie LLP | $1,262,789.76 | $0.00 | $1,046,409.68 | $104,640.97 | $941,768.71 | $21,619.20 | $21,785.99 |
| Bates White LLC | $1,105,289.25 | $0.00 | $1,085,282.59 | $108,528.26 | $976,754.33 | $7,202.41 | $7,191.68 |
| Brownfield Partners, LLC | $1,012,070.95 | TBD | $584,493.40 | $58,449.34 | $526,044.06 | $58,706.08 | $24,849.50 |
| Butzel Long, a professional corporation | $1,360,338.25 | $12,479.75 | $1,335,819.81 | $133,581.98 | $1,202,237.83 | $86,893.49 | $85,256.66 |

US_ACTIVE:\43591309\03\72240.0639

| Applicant | Total Fees Requested | Carve Out for Amounts Related to Compensation for the Fee Review Process | Total Fees Awarded (Including Fees Held Back) | Total Fees Held Back (10%) | Total Fees Payable by Debtors | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|---|---|
| Deloitte Tax LLP | $948,945.00 | $0.00 | $936,519.12 | $93,651.92 | $842,867.20 | $190.00 | $175.00 |
| FTI Consulting, Inc. | $10,501,702.25 | $23,177.44 | $10,478,524.81 | $1,047,852.49 | $9,430,672.32 | $109,797.76 | $107,708.97 |
| Hamilton Rabinovitz & Associates, Inc. | $36,432.50 | $0.00 | $36,432.50 | $2,846.25 | $33,586.25 | $0.00 | $0.00 |
| Honigman Miller Schwartz and Cohn LLP | $2,297,160.00 | $0.00 | $2,280,456.92 | $228,045.69 | $2,052,411.23 | $16,799.46 | $16,230.45 |
| Jenner & Block LLP | $5,049,167.75 | $0.00 | $4,970,364.45 | $497,036.45 | $4,473,328.00 | $279,760.37 | $271,007.88 |
| Jones Day | $465,693.65 | $0.00 | $465,693.65 | $46,569.37 | $419,124.28 | $5,591.62 | $5,591.62 |
| Legal Analysis Systems, Inc. | $201,188.50 | $0.00 | $193,622.50 | $19,362.25 | $174,260.25 | $3,479.45 | $3,465.45 |
| LFR, Inc. | $2,897,182.90 | $0.00 | $1,660,080.38 | $166,008.04 | $1,494,072.34 | $647,120.09 | $206,138.94 |
| Plante & Moran, PLLC | $976,274.09 | $0.00 | $974,425.59 | $97,442.56 | $876,983.03 | $14,989.18 | $14,822.08 |
| The Claro Group, LLC | $1,415,699.50 | $0.00 | $1,389,219.55 | $138,921.95 | $1,250,297.60 | $18,315.40 | $17,570.87 |
| Togut Segal & Segal LLP | $642,964.00 | $0.00 | $640,170.00 | $64,017.00 | $576,153.00 | $3,688.89 | $3,688.89 |

Schedule C                                Date:  December __22__, 2010                                Initials:  __REG__, USBJ

US_ACTIVE:\43591309\03\72240.0639