Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:     (415) 543-4800
Facsimile:      (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq.

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:     (212) 668-5927
Facsimile:      (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor Remy International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------- x | : | Chapter 11 |
| In re | : | |
| | : | Case No. 09-50026(REG) |
| MOTORS LIQUIDATION COMPANY, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ------------------------------------- x | | |

**NOTICE OF WITHDRAWAL OF REMY INTERNATIONAL, INC.'S APPLICATION FOR AN ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND DIRECTING (A) THE PRODUCTION OF DOCUMENTS AND (B) THE ORAL EXAMINATION OF INDIVIDUALS DESIGNATED BY THE DEBTORS AND BELIEVED TO HAVE <u>KNOWLEDGE OF THE RELEVANT MATTERS</u>**

TO:     THE HONORABLE ROBERT E. GERBER
         UNITED STATES BANKRUPTCY JUDGE

PLEASE TAKE NOTICE that Remy International, Inc. hereby withdraws its Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing

-2-

and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters [Docket No. 3770]. Such withdrawal is without prejudice to refiling same should Debtors' Amended Joint Chapter 11 Plan not be confirmed.

Dated: December 23, 2010
      San Francisco, CA

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ N. KATHLEEN STRICKLAND
    N. KATHLEEN STRICKLAND, Esq.
    Ropers Majeski Kohn & Bentley
    201 Spear Street, Suite 1000
    San Francisco, CA 94105
    Telephone:(415) 543-4800
    Facsimile: (415) 972-6301
    Email:    kstrickland@rmkb.com

    GEOFFREY W. HEINEMAN, Esq.
    Ropers Majeski Kohn & Bentley
    17 State Street, Suite 2400
    New York, NY 10004
    Telephone:(212) 668-5927
    Facsimile: (212) 668-5929
    Email:    gheineman@rmkb.com

    Attorneys for Creditor
    REMY INTERNATIONAL, INC.