Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:     (415) 543-4800
Facsimile:      (415) 972-6301
Email: kstrickland@rmkb.com
N. Kathleen Strickland, Esq.

Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 10004
Telephone:     (212) 668-5927
Facsimile:      (212) 668-5929
Email: gheineman@rmkb.com
Geoffrey W. Heineman, Esq.

*Attorneys for Creditor, Remy International, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
                                         :     Chapter 11
In re                                    :
                                         :     Case No. 09-50026(REG)
MOTORS LIQUIDATION COMPANY, et al.,      :
                                         :     (Jointly Administered)
            Debtors.                     :
                                         :
                                         :
---------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2010, copies of the Notice of Withdrawal of Remy International, Inc.'s Application for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing (A) the Production of Documents and (B) the Oral Examination of Individuals Designated by the Debtors and Believed to Have Knowledge of the Relevant Matters was caused to be served by U.S. mail upon the entities on the attached service list.

RC1/5508745.1/SC7

Date:  December 23, 2010               Respectfully submitted,


   /S/ Stephan Choo_____
Stephan Choo

## SERVICE LIST

| | |
|---|---|
| Attorney for Debtors<br>Wil, Gotchal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn:   Harvey R. Miller, Esq.<br>         Stephen Karotkin, Esq.<br>         Joseph H. Smolinsky, Esq. | The Debtors,<br>c/o Motors Liquidation Company<br>500 Renaissance Center, Suite 1400<br>Detroit, MI 48243<br>Attn:   Ted Stenger |
| General Motors, LLC<br>400 Renaissance Center<br>Detroit, MI 48265<br>Attn:   Lawrence S. Buonomo, Esq. | Attorneys for the US Department of the Treasury<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn:   John J. Rapisardi, Esq. |
| U.S. Department of Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, DC 20220<br>Attn:   Joseph Samarias, Esq. | Export Development Canada<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn:   Michael J. Edelman, Esq.<br>         Michael L. Schein, Esq. |
| Office of Committee of Unsecured Creditors<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:   Thomas Moers Mayer, Esq.<br>         Robert Schmidt, Esq.<br>         Lauren Macksoun, Esq.<br>         Jennifer Sharret, Esq. | Office of the U.S. Trustee of the SDNY<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn:   Tracy Hope Davis, Esq. |
| U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Attn:   David S. Jones, Esq.<br>         Natalie Kuehler, Esq. | Official Committee of Unsecured Creditors Holding Asbestos-Related Claims<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Attn:   Elihu Inselbuch, Esq.<br>         Rita C. Tobin, Esq.<br><br>One Tomas Circle, N.W., Suite 1100<br>Washington, DC 20005<br>Attn:   Trevor W. Swett III, Esq.<br>         Kevin C. Maclay, Esq. |

| | |
|---|---|
| Stutzman, Bromber, Esserman & Plifka<br>Attoenry for Dean M. Trafelet,<br>Legal Representative for Future Asbestos<br>Personal Injury Claimants<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Attn:   Sander L. Esserman, Esq.<br>          Robert T. Brousseau, Esq. | |