UNITED STATES COURT OF APPEALS
DISTRICT OF NEW YORK
NEW YORK

DANA H. FOX, PRO-SE )
    PLAINTIFF/APPELLANT )
V. )
) LOWER COURT CASE: 09-50026(REG)
NEW YORK SOUTHERN DISTRICT ) CLAIM # 4287
UNITED STATES BANKRUPTCY COURT )
GENERAL MOTORS, INC. ) APPEAL #:
MOTOR LIQUIDATORS, INC. ET AL )
UNITED STATES GOVERNMENT )
    APPELLEES )

RECEIVED DEC 17 2010 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

NOTICE OF APPEAL AND MOTIONS

NOW COMES PLAINTIFF/APPELLANT DANA H. FOX, PRO-SE ASKING RELIEF FROM U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK; IN REGARDS TO THE ALLEGED BANKRUPTCY OF GENERAL MOTORS INC.:

1. GENERAL MOTORS, INC. IS NOT BANKRUPT; THEY (IT) IS BAILED OUT BY THE UNITED STATES GOVERNMENT.

2. IT APPEARS THAT GENERAL MOTORS, INC., THE UNITED STATES GOVERNMENT AND NOW, THE U.S. BANKRUPTCY COURT, MAY BE IN OBVIOUS COLLUSION TO DE-FRAUD DEBTORS, PLAINTIFFS AND SHARE HOLDERS (INVESTORS): MR. FOX PRO-SE PRESENTS THIS ONLY FROM A CAREFUL AND STUDIED, VANTAGE POINT OF FIRST HAND EXPERIENCE

3. THE MOST RECENT U.S. BANKRUPTCY COURT RULING IN AN "OMNIBUS" DECISION SHOWS HOW CONVOLUTED THIS MATTER HAS BECOME [AND CONTRADICTORY TO THE POINT OF BEING MOOT]

    A.) THE BANKRUPTCY COURT CLAIMS TO RETAIN JURISDICTION WHERE-AS MR. FOX, PRO-SE MOTIONS THE APPEALS COURT TO TAKE JURISDICTION AS THIS COURT HAS JURISDICTION IN APPELLANT PROCEDURES AS DEFINED [THERE IS NO SENSIBLE COURSE, OR CAUSE OF ACTION TO DELAY THIS MATTER IN U.S. DISTRICT COURT.]

MR. FOX PRO-SE MOTIONS THE APPEALS COURT TO RECOGNIZE THE RIGHTS OF A PRO-SE LITIGANT; DOES THIS HONORABLE COURT RECOGNIZE THE RIGHTS OF A PRO-SE LITIGANT?; AND GRANT LEEWAY WITH EXTRA TIME TO RESPOND DUE TO MAIL FORWARDING.

MR. FOX, PRO-SE MOTIONS THIS HONORABLE COURT TO ACCEPT THIS HANDWRITTEN SUBMITTAL AND SUBSEQUENT PLEADINGS AS MR. FOX PRO-SE HAS PROMISED NOT TO USE COMPUTERS AND THE INTERNET (WHICH DOES MAKE EVERYTHING MORE DIFFICULT FOR MR. FOX PRO-SE); AS A TRAVELER, MR. FOX PRO-SE CANNOT FIND TYPEWRITERS OR EVEN WORD PROCESSORS ANYMORE, WHICH DOES NOT HELP IN HIS TRAVEL RESPONSIBILITIES.

THIS IS ALSO A MOTION TO HAVE THE RECORD FROM U.S. BANKRUPTCY COURT TRANSFERRED TO U.S. APPEALS COURT N.Y., N.Y. AND MR. FOX PRO-SE ASKS THE U.S. APPEALS COURT TO ORDER THE U.S. BANKRUPTCY COURT NOT TO OBSTRUCT JUSTICE IN THIS MATTER ANYMORE.

· MEMORANDUM PLEADING TO FOLLOW

I CERTIFY THAT A TRUE COPY IS SERVED BY U.S. MAIL ON THIS DATE 12/11/10 TO:
U.S. BANKRUPTCY COURT AND MOTORS LIQUIDATORS:
GARDEN CITY GROUP, INC.

RESPECTFULLY SUBMITTED
[signature] PRO-SE
DANA A. FOX PRO-SE

-2-