ADDRESS OF RECEIVER:                    12/11/10
[illegible] PRO-SE
DANA H. FOX
FT. MYERS, FLA. 33907                   1500A LAFAYETTE RD. #192
                                        PORTSMOUTH, N.H. 03801
                                        MAIL FORWARDING, ANOTHER.

UNITED STATES COURT OF APPEALS
40 FOLEY SQ.
N.Y., N.Y. 10007

ATT: CLERK'S OFFICE

RE: APPEAL FROM U.S. BANKRUPTCY COURT RELATING TO GENERAL MOTORS, INC.
CASE: 09-50026 (REG)
CLAIM: 4287
MOTION: TO WAIVE FILING FEE

[RECEIVED DEC 17 2010 U.S. BANKRUPTCY COURT SDNY]

DEAR YOUR HONORS,

MR. FOX, PRO-SE SUBMITS THIS APPEAL IN THE BEST MANNER HE CAN, AT PRESENT.

THE U.S. BANKRUPTCY COURT IN NEW YORK WAS CREATED AS THERE WASN'T ONE, NOT THAT LONG AGO. MR. FOX WAS THERE, AFTER NUMEROUS REQUESTS, TO SOLVE THIS PROBLEM. AS A VOLUNTEER TO AMERICA AND UNDER VOWS OF POVERTY: [THE TRUSTEES OF THE U.S. OWE MR. FOX SO MUCH MONEY, THEY CAN'T AFFORD TO PAY HIM], THIS ALSO MAKES IT DIFFICULT FOR MR. FOX, PRO-SE TO UPHOLD HIS OATH(S) [3 TIMES TAKEN] TO DEFEND THE CONSTITUTION.

MR. FOX, PRO-SE IS UNWILLINGLY FORCED INTO A BANKRUPTCY CONFRONTATION (AGAIN) WITH GENERAL MOTORS, INC. OVER THE SAME AUTOMOBILE, BEFORE THIS COURT, AGAIN; AND IN CIRCUIT COURT IN FORT MYERS, FLORIDA, MR. FOX PRO-SE WAS ONE HEARING AWAY FROM GENERAL MOTORS, INC. BEING FOUND IN CONTEMPT OF COURT FOR FAILING TO RESPOND TO A COURT ORDERED SUBPOENA.

ALTERNATE DISPUTE RESOLUTION IS GIVEN BY BANKRUPTCY COURT AND THE LOWER COURT RECORD SHOWS MR. FOX, PRO-SE CHOSE THIS YET NO ONE HAS CONTACTED MR. FOX OR SENT HIM, BY MAIL, A PERSON TO CONTACT AT MOTORS LIQUIDATOR(S) [GARDEN CITY GROUP, INC. DUBLIN, OH].

NOW, BANKRUPTCY COURT HAS AN "OMNIBUS DECISION" CANCELLING, YET SAVING, CLAIMS AND A CLAUS, THAT CERTAIN CASES CAN RETURN TO LOWER COURT.

NO RESPONSE TO DATE TO MR. FOX PRO-SE'S ADDITIONAL MOTIONS; OBSTRUCTION OF JUSTICE & COLLUSION.

CC: BANKRUPTCY COURT       12/11/10
& GARDEN CITY GROUP, INC.
(MOTORS LIQUIDATOR)

RESPECTFULLY SUBMITTED
Dana H. Fox, PRO-SE
DANA H. FOX

P.S. INSTEAD OF MAILING THIS ALL BACK, PLEASE INFORM MR. FOX, PRO-SE WHAT THE FILING FEE IS, IF IT CANNOT BE WAIVED → MOTION FOR DUE TO PUBLIC INTEREST