# TUSCALOOSA COUNTY TAX COLLECTOR

124 COURTHOUSE • 714 GREENSBORO AVENUE
TUSCALOOSA, ALABAMA 35401

December 13, 2010

PHONE (205) 349-3870 Ext. 237
FAX (205) 469-6331

PEYTON C. COCHRANE
TAX COLLECTOR

Clerk
U. S. Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

RE: **MOTORS LIQUIDATION COMPANY**
**(f/k/a GENERAL MOTORS CORPORATION)**
**CASE NO: 09-50026 (REG)**

Dear Sir:

Please withdraw my secured claim in the amount of $871.65 that was filed on the above listed case on October 2, 2010.

The 2010 taxes on the above account for claim number 70441 was paid December 13, 2010.

Thank you for your assistance in this matter.

Sincerely,



Peyton C. Cochrane
Tax Collector

PCC:bmm

RECEIVED
DEC 20 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK