**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.*, | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON  )
) ss
COUNTY OF KING          )

I, Danielle Zahaba, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On December 22-23, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties), and by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc., a notice of appearance party whose e-mail address failed, and affected parties):

- Notice of and Debtors' 125th Omnibus Objection to Claims (Duplicate Debt Claims) ("**Debtors' 125th Omnibus Objection**") [Docket No. 8271].

3.      On December 23, 2010, also at the direction of Weil Gotshal, I caused a true and correct

copy of the **Debtors' 125th Omnibus Objection** to be served by hand delivery on the Office of

the United States Trustee, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, New

York, 10004.

Signed in Seattle, Washington this 27th day of       /s/ Danielle Zahaba_____
December, 2010                                         DANIELLE ZAHABA


Sworn to before me in Seattle, Washington this 27th day of December, 2010.


 /s/ Brook Lyn Bower_____
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

3M COMPANY
ATT: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144-1000
email: arbrown@mmm.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
email: david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: NATALIE E. LEVINE
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: nlevine@akingump.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATT: BARBARA LEE CALDWELL
ATTY FOR MARICOPA COUNTY
4742 NORTH 24TH STREET, SUITE 100
PHOENIX, AZ 85016
email: blc@ashrlaw.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR TIMKEN COMPANY
ATT: JAMES M. SULLIVAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
email: sullivan.james@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: dladdin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
email: hwangr@michigan.gov

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
email: leslie.levy@nebraska.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
email: rbernard@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114-3485
email: wgibson@bakerlaw.com

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
ATTN: MAX A. MOSELEY
ATTY FOR SERRA CHEVROLET, INC AND KEYSTONE AUTOMOTIVE, INC
420 2OTH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203
email: mmoseley@bakerdonelson.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
email: rcpottinger@bslbv.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: jonathan.alter@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTEE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: anna.boelitz@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: mrichards@blankrome.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
email: cdarke@bodmanllp.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
email: renee.dailey@bgllp.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: J. KIM & G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: JKim@burkelaw.com ; Gring@Burkelaw.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
email: borgeslawfirm@aol.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
email: schristianson@buchalter.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161-0039
email: Peter.Lee@bnsf.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084
email: paige@bsplaw.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com,
zachary.smith@cwt.com

CAMPBELL, O'BRIEN & MISTELE, P.C.
ATTY FOR GEORGE P. JOHNSON COMPANY (GPJ)
ATTN: ROBERT J. FIGA, ESQ.
100 W. BIG BEAVER ROAD, SUITE 385
TROY, MI 48084
email: rfiga@comlawone.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com; rct@capdale.com;

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mweinczok@casselsbrock.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009
email: ccahill@clarkhill.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110
email: goldberg@cwg11.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
email: sjohnston@cov.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945
email: rmeth@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
email: hryder@daypitney.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036
email: adoshi@daypitney.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-0950
email: rmeth@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
email: juliet.sarkessian@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: mchammer3@dickinsonwright.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184
email: jkots@state.pa.us

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
email: stephanie.wickouski@dbr.com, Kristin.Going@dbr.com,

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
P.O.BOX 2327
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
email: fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: mkogan@ecjlaw.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
email: ppascuzzi@ffwplaw.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MUNCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO & SALVATORE A. BARBATANO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: sbarbatano@foley.com; maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: SALVATORE A. BARBATANO & STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: sbarbatano@foley.com; shilfinger@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
email: vavilaplana@foley.com; mriopelle@foley.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: SALVATORE A. BARBATANO, JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
email: ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN
ATTY FOR CLARCOR, INC.
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN 37219
email: bguy@fbtlaw.com ; mkroplin@fbtlaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265
email: lawrence.s.buonomo@gm.com

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022
email: prachmuth@gerstensavage.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: jberlage@ghsllp.com, bdelfino@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
ATTY FOR BALINTULO PLAINTIFFS
11 BROADWAY, SUITE 615
NEW YORK, NY 10004
email: solson@hausfeldllp.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007
email: judith.elkin@haynesboone.com

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020-1007
email: matthew.russell@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC 29211-1889
email: bshort@hsblawfirm.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com; prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
email: amy.chipperson@hp.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON, MA 02109
email: tcurran@haslaw.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN ROBERT B WEISS ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: rweiss@honigman.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: tomschank@hunterschank.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.org, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
email: jlsaffer@jlsaffer.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: jeff.rich@klgates.com; eric.moser@klgates.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK, NY 10022-3598
email: rsmolev@kayescholer.com;

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: pwh@krwlaw.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com; jmacyda@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN MACKSOUD, JEN SHARRET
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFIELD, MI 48075
email: dmb@kompc.com; psm@kompc.com; mws@kompc.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
email: sheehan@txschoollaw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281-2199
email: kwalsh@lockelord.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
email: dhartheimer@mazzeosong.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: kab@mccarthylebit.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN MICHAEL REED ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: mreed@mvbalaw.com, sveselka@mvbalaw.com, gbragg@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
email: cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: jmayes@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: gardinerk@michigan.gov

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
email: msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG
HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
email: robbins@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D GOTTFRIED, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY 10022
email: bankruptcy@morrisoncohen.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: TED STENGER
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MI 48243
email: TStenger@alixpartners.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
email: CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS
SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
email: Info@AndrewCuomo.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
email: Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RFRANKEL@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON & ROBERT F. LAWRENCE
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
email: rwyron@orrick.com ; rlawrence@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: email@orumroth.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
TORONTO, ONTARIO M5X 1B8
email: tsandler@osler.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: maricco.michael@pbgc.gov

PEPPER HAMILTON LLP
ATTN: LAURA LINN NOGGLE
ATTY FOR SKF USA INC
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK, NY 10018-1405
email: nogglel@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
email: toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & LAURA LINN NOGGLE
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243-1157
email: kayesd@pepperlaw.com; nogglel@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PHILIP MORRIS USA
2335 BELLS RD
RICHMOND, VA 23234-2274
email: joy.e.tanner@altria.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS, TX 75201
email: rpatel@pronskepatel.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY 10036-8299
email: srutsky@proskauer.com; aberkowitz@proskauer.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191
email: Lee_Cooper@raytheon.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT 06510
email: cfelicetta@reidandriege.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
email: rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
email: richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
COUNSEL FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: JHong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
COUNSEL FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: jhong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
COUNSEL FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: NBinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
COUNSEL FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: nbinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: mfriedman@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
email: akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
email: rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
email: judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
875 3RD AVE FL 9
NEW YORK, NY 10022-0123
email: rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, NY 94105
email: kstrickland@rmkb.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005-1101
email: bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
email: achaykin@shinnfuamerica.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
email: avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: DMACK@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032
email: nboehler@cbmlaw.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER D'APICE JO HARTWICK JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com, newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com ;
jgroves@sandw.com ; cbodell@sandw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037-0222
email: dselwocki@swappc.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: marvin.clements@ag.tn.gov

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119
email: lischen@tcwtgn.com

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
ATTY FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
email: djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: BARBARA KEANE
105 MAXESS ROAD
MELVILLE, NY 11747
email: barbara_keane@gardencitygroup.com

THE TEXAS ATTORNEY GENERAL'S OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY 10017
email: abauer@torys.com; tmartin@torys.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150
email: paula.christ@trw.com

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
email: rbrownlee@thompsoncoburn.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL
COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
email: JOSEPH.SAMARIAS@DO.TREAS.GOV

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov;
natalie.kuehler@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182-2707
email: lakatz@venable.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103-0040
email: roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
email: crusemg@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
email: zacharym@atg.wa.gov

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATT: KAREL S. KARPE, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
email: karpek@whiteandwilliams.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: dockterman@wildman.com, young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
ATTY FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: laccarrino@wilentz.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com; mcohn@winston.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY 10166
email: sschwartz@winston.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GEORGE A VENNER SR
612 PARKHAVEN DRIVE
MESQUITE, TX 75149

GEORGE A. WARD (IRA)
FCC AS CUSTODIAN
10550 GATERIDGE ROAD
COCKEYSVILLE, MD 21030-2838

GEORGE CLARK STROTHER
5935 E TEX AL DR
WASILLA, AK 99654-0406

GEORGE G SNODGRASS
1707 6TH ST
OROVILLE, CA 95965-4022

GEORGE K BOU-SLIMAN
4899 RUSTIC OAKS CIR
NAPLES, FL 34105

GEORGE P BANGHART AND
ELAINE J BANGHART TTEES
BANGHART REV LIV TRUST
U/A DATED 06/11/08
3720 E HARDY DRIVE
TUCSON, AZ 85716-1423

GEORGE W CASH
200 ADA DRIVE
TRUMANN, AR 72472

GEORGIOS ZAGKAS
23 DIOS ST
15127 MELISSIA ATHENS  GREECE

GERALD & JEAN LAUGHINGHOUSE
GERALD LAUGHINGHOUSE
104 HERMITAGE MOORING DR
SENECA, SC 29672

GERALD E HERR TRUST
GERALD E HERR TRUSTEE
2504 TRAILS END DRIVE
BENTONVILLE, AR 72712

GERALD F LEWIS
122 PALMER HILL RD #2315
STAMFORD, CT 06902

GERALD J WEIS SR IRA
FCC AS CUSTODIAN
100 CHURCH DRIVE
LA CROSSE, WI 54603-1302

GERALDINE M MOISANT TTEE
MOISANT REV TRUST
U/AID 8-3-99
8384 N SUNNY ROCK RIDGE DR
TUCSON, AZ 85743-1447

GERALDINE MARSOLEK
1805 30TH ST NW APT 209
BEMIDJI, MN 56601

GERALDINE UMBACH TTEE
UMBACH REV TRUST
U/A DTD 4-14-92
42335 WASHINGTON ST #115
PALM DESERT, CA 92211-8031

GERI ZAHN
1546 NE 105 ST
MIAMI SHORES, FL 33138-2116

GERRY LEPKANICH
7 ORCHARD ST
SYOSSET, NY 11791-2728

GILBERT GOLDSTEIN
UNIT 118
115 E KINGS HWY
MAPLE SHADE, NJ 08052

GILBERT GOLDSTEIN
UNIT 118
115 E KINGS HWY
MAPLE SHADE, NJ 08052

GINA GROSSMAN
15034 MARBLE DRIVE
SHERMAN OAKS, CA 91403-4521

GINA STEPHENS CUST FOR
GINNIE JONES
UNDER THE GA UNIF TRSF
TO MINORS ACT
617 KAYLOR RD
LESLIE, GA 31764-2647

GINA STEPHENS CUST FOR
STEPHANIE JONES
UNDER THE GA UNIF TRSF
TO MINORS ACT
617 KAYLOR RD
LESLIE, GA 31764-2647

GISELA POELK
WARMBUECHENSTR. 12A
30159 HANNOVER GERMANY

GLADYS HYATT
1006 WEST FORD
OSCEOLA, AR 72370

GLENDA REEVES
STEPHENS INC C/F
GLENDA REEVES IRA
1349 MEDALLION DR
JONESBORO, AR 72404

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GLORIA RENTOVICH
8660 WARREN BLVD
CENTER LINE, MI 48015

GOLDMAN SACHS ASSET MANAGEMENT
WILLIAMS BUILDING
295 CHIPETA WAY
4TH FLOOR
SALT LAKE CITY, UT 84108

GORDON R SCHWABE SEP IRA
ROBERT W BAIRD TTEE
FBO GORDON R SCHWABE SEP IRA
1515 RIDGEWOOD CIR
DOWNERS GROVE, IL 60516-1781

GOS VERWALTUNGS GMBH
GOS VERWALTUNGS -U. VERMIETUNGS GMBH
ALTRANSTADTER STR 37
04229 LEIPZIG

GRACE HANLON TTEE
HANLON FAMILY TRUST
5307 E 33RD ST
TULSA, OK 74135

GREGG MILLER
309 S VINE
PANA, IL 62557

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

GUIDO DEASCANIS III
310 OLD FOREST RD
WYNNEWOOD, PA 19096

GUY MATTANA TTEE
GUY MATTANA TRUST
UAD 8-6-98
600 SUNSET
ORTONVILLE, MI 48462-8447

HALEY & ALDRICH DESIGN AND CONTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HANAN LIBERMAN
IRA ACCOUNT
105 DEAN LAKE RD
GREER, SC 29630

HANNA S TAUB
1630 EMERSON ST
PHILADELPHIA, PA 19152-2211

HAROLD A FULTON
2833 MARA LOMA
WOOSTER, OH 44691

HAROLD GIDSEG
4461 WHITE CEDAR LN
DELRAY BEACH, FL 33445

HAROLD R WHEELER
22 KELLWOOD DR
KIRKSVILLE, MO 63501

HAROLD SAPP
2112 PURCELL ROAD
PARAGOULD, AR 72450

HAROLD SMITH (IRA)
FCC AS CUSTODIAN
331 OVAL ROAD
MANASQUAN, NJ 08736

HAROLD SMITH REV LIVING TRUST
HAROLD SMITH TTEE
U/A DTD 03/07/2005
331 OVAL ROAD
MANASQUAN, NJ 08736

HARRISON B & JANET BARTLETT III
HARRISON & JANET BARTLETT
405 OLYMPIA RD
PITTSBURGH, PA 15211

HARRISON B BARTLETT JR TTEE
C/O BARTLETT FAMILY TRUST
ATTN: HARRISON B BARTLETT JR & EVELYN K BARTLETT
216 SHELDON AVE
PITTSBURGH, PA 15220

HARRY BARNETT &
DELPHINE BARNETT JTWROS
9074 HADLEY COURT
CHARLESTON, SC 29406-9106

HARRY BASS
6600 CHIPPEWA DR
BALTIMORE, MD 21209

HARRY S WALENCZYK AND
ELIZABETH C WALENCZYK JTWROS
124 BLACK ASH RD
OAKDALE, CT 06370-1604

HARVEY NEWELL
PO BOX 4
EGYPT, AR 72427

HARVEY SCHWARTZBERG MPP
HARVEY SCHWARTZBERG TTEE
U/A DTD 01/01/1994
FBO HARVEY SCHWARTZBERG
7595 BARNSBURY
W BLOOMFIELD, MI 48324-3609

HAZEL KAGEL
2440 HUNTER AVE
APT 9D
BRONX, NY 10475-5662

HAZEL KAGEL - IRA
2440 HUNTER AVE
APT 9D
BRONX, NY 10475-5662

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

HEIKO HALBERSTADT
RERRENRATHER STR 405
50937 COLOGNE GERMANY

HELEN JACOBSON
3 HYDE PARK
BEACHWOOD, OH 44122-7520

HELEN K RADCLIFF
1767 W DALEHAVEN CIR
TUCSON, AZ 85704-0963

HELEN KEELER
3548 YORBALINDA
ROYAL OAK, MI 48073

HELEN VODOPIA
525 RIVERLEIGH AVE
SUITE 219
RIVERHEAD, NY 11901

HELENE J STERBERG-ROGOVY
889 BRIARCLIFF CT
AKRON, OH 44313

HELENE R BROWN
12042 NAPOLI LANE
BOYNTON BEACH, FL 33437

HELENE ROGOVY TOD MARC STERNBERG
LEE STERNBERG & NEAL STERNBERG
SUBJECT TO STA RULES
889 BRIARCLIFF COURT
AKRON, OH 44313-4781

HELGA WILLARD
15 GREENBRIER RD
GREEN BROOK, NJ 08812-2018

HELMUT LIPPKE
QUERSTR. 3
31008 ELZE GERMANY

HENRY A BOISSE
2578 MONKTON ROAD
P.O. BOX 33
MONKTON, VT 05469-0033

HENRY BARTELS TTEE
FBO JOSEPH A & THERESA R
WILLIAMS IRREVOCABLE TRUST U/A/D 08/17/2007
71 HOWARD PARKWAY
NEW ROCHELLE, NY 10801-1808

HENRY KOHN
1613 WISTERIA COURT
TOMS RIVER, NJ 08755

HENRY MICELLE - SEP IRA
P O BOX 367964
BONITA SPRINGS, FL 34136-7964

HERBERT J VALLAT TTEE
HERBERT J VALLAT REV LIV TRUST
DTD 2/12/08
6502 13TH AVENUE DR WEST
BRADENTON, FL 34209-4519

HERMAN & CLARA REED JOINT REVOCABLE TRUST
HERMAN & CLARA REED
13803 LITTLE ELM RD
FARMINGTON, AR 72730

HERTA KOVACS
ALAN KOVACS
GURWIN RESIDENCE
50 HAUPPAUGE RD # B122
COMMACK, NY 11725-4403

HILLIARD LYONS CUST FOR
PATRICIA G WARNE  IRA
47 HILLCREST AVENUE
WASHINGTON, NJ 07882-2349

HM POMEROY
8201 OUTLOOK AVE
OAKLAND, CA 94605

HOLLIE-LU JEAN LP
PO BOX 372155
EL PASO, TX 79937-2155

HOWARD KAPLUS TTEE
HELEN KAPLUS IRREV TRUST U/A
DTD 05/18/2005
543 HARTFORD COURT
SOUTH ORANGE, NJ 07079-2723

HUBERT S WHITLOCK
1000 RIVER OAKS LANE
CHARLOTTE, NC 28226-6838

HUGH GORDON
5700 WILSHIRE BLVD SB165
LOS ANGELES, CA 90036

HURO CORVALAN  MONICA SAN MARTIN & PABLO CORVALAN JT TEN
AURELIO GONZALEZ 3716, DEPTO 802
VITACURA, SANTIAGO, CHILE

HUVIS D. SWINDLE
7458 NARROWS ROAD
PINSON, AL 35126

IDA STONE TTEE
EDWARD & IDA STONE REV TRUST U/A
DTD 02/04/1997
8543 NW 13 COURT
PLANTATION, FL 33322-4519

ILONA CHRIST
BAUMSCHULE 20
D-67742 LAUTERECKEN / GERMANY

INA JANE RIGGS REV LIV TRUST
INA JANE RIGGS TTEE
UAD 03/30/1995
9424 SW 97TH LN UNIT A
OCALA, FL 34481-8660

INEZ W HENDREN
3255 WICKLIFFE RD
BROOKNEAL, VA 24528

INGE E WHALE
CHARLES SCHWAB & CO INC.CUST
ROTH CONTRIBUTORY IRA
136 YOUNG STREET
PORT ORANGE, FL 32127-8641

INGE H MIHM
10416 NELAND ST
RALEIGH, NC 27614

INGEBURG M MARELL
308 HICKORY WOOD CT
LAKE ST LOUIS, MO 63367

INGEBURG M MARELL
816 S HANLEY RD #7B
CLAYTON, MO 63105

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

IRA AND MAXINE E ALTMAN
221 JACKSON AVE
ROCKAWAY, NJ 07866

IRA FBO ANNE P GOLDSMITH
PTC AS CUSTODIAN
210 S. BROOKS ST.
MANNING, SC 29102-3114

IRA FBO AUGUST J CATANESE
PERSHING LLC AS CUSTODIAN
315 LAURELHILL ROAD
ALLISON PARK, PA 15101-3828

IRA FBO CHARLES E UMBARGER
PERSHING LLC AS CUSTODIAN
5644 W SOFT WIND DRIVE
GLENDALE, AZ 85310-3619

IRA FBO FORD W HALL
PERSHING LLC AS CUSTODIAN
102 GARNER COURT
KING, NC 27021-9529

IRA FBO FRANCINE CEASAR
PERSHING LLC AS CUSTODIAN
14 MARLOWE CT
GALLOWAY, NJ 08205-3674

IRA FBO JAMES V JARVIS
PERSHING LLC AS CUSTODIAN
376 BROOKS DRIVE
WILKESBORO, NC 28697-8245

IRA FBO JOHN C LYNCH
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
9628 WEXFORD ROAD
JACKSONVILLE, FL 32257-5751

IRA FBO JOHN J KEANE
PERSHING LLC AS CUSTODIAN
5230 PENNSYLVANIA AVE N
NEW HOPE, MN 55428-4210

IRA FBO LINDSEY M ZEHNER
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
1 STAPLES CT
MARMORA, NJ 08223-1848

IRA FBO MARTIN J LEVINE
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
7125 NW 106 AVE
TAMARAC, FL 33321-2250

IRA FBO MICHAEL R CEASAR
PERSHING LLC AS CUSTODIAN
14 MARLOWE CT
GALLOWAY, NJ 08205

IRA FBO MICHAEL R CEASAR
PERSHING LLC AS CUSTODIAN
14 MARLOWE CT
GALLOWAY, NJ 08205-3674

IRA FBO NANCY C ROBERTSON
PERSHING LLC AS CUSTODIAN
ROTH ACCOUNT
P O BOX 73
PILOT MOUNTAIN, NC 27041-0073

IRA FBO PAMELA J PARKER
PERSHING LLC AS CUSTODIAN
19825 OAKHAVEN DRIVE
SARATOGA, CA 95070-3213

IRA FBO PHILIP L CHASE
PERSHING LLC AS CUSTODIAN
208 RICE RD
VASS, NC 28394-9663

IRA FBO RICHARD FRY
TRP TRUST CO CUSTODIAN
111 TOWER RD NE APT 624
MARIETTA, GA 30060-9401

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
500 MAIN STREET
WOODLAND, CA 95695

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505