UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
  f/k/a General Motors Corp., *et al.*,            :
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF SUFFOLK          )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On December 23, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 121st Omnibus Objection to Claims [Docket No. 8267]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                /s/ Kimberly Gargan
                                                Kimberly Gargan

Sworn to before me this
28th day of December 2010


/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011

# EXHIBIT A

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : 09-50026 (REG)
f/k/a General Motors Corp., *et al.* : 
: 
Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------x

**NOTICE OF OBJECTION TO INDIVIDUAL DEBT CLAIMS**

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Claim is duplicative of a claim allowed for the indenture trustee on behalf of all Individual Bondholders** |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on December 22, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the Debtors' 121st Omnibus Objection to Claims (Duplicate Debt Claims) (the **"Objection"**).

> **You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/bond.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to claims@motorsliquidation.com.**

The reason for the Objection is that your claim is duplicative of two global claims filed on your behalf (and on behalf of all affected bondholders) by Wilmington Trust Company ("**WTC**"), as the indenture trustee for your General Motors Corporation bonds. An indenture trustee is an entity that manages a bond issuance for the benefit of the individual bondholders, and handles all the administrative aspects of the bond issuance. The claims filed by WTC ensure your interests are protected with respect to the interest, principal, and trustee fees under your bonds. You will be entitled to receive a distribution on account of such interests through the global proofs of claim filed by WTC, and the disallowance of your individual claim will not affect such interests. If you have additional claims with respect to your bonds beyond interest, principal, and trustee fees, such claims will be disallowed pursuant to this Objection. A copy of the stipulation allowing the claims of WTC can be viewed at

http://www.motorsliquidationdocket.com/bond.php3.

**<u>YOU WILL NOTICE THAT</u>** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above on the ground that your claim is duplicative of the global claim filed by WTC. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on the claim you filed.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing.**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 3, 2011 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on

the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **January 27, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

      A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

      B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

      C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the

reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
December 22, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

| | | |
|---|---|---|
| A HOFFMAN & B HOFFMAN TTEE<br>THE ARNOLD AND BETTE HOFFMAN<br>FAMILY FOUNDATION DTD 12/30/85<br>415 L'AMBIANCE DR, APT D506<br>LONGBOAT KEY, FL 34228-3908 | AASI CUST OF IRA FBO<br>BARBARA CLOOTZ PAPE<br>5301 WEST 131ST TERRACE<br>OVERLAND PARK, KS 66209-2903 | ADOLF H. LOHNER<br>919 CONESTOGA RD STE 1-200<br>BRYN MAWR, PA 19010-1352 |
| ALAN GREENSPAN<br>PO BOX 938<br>WILMINGTON, UT 05363 | ALBERT LEFF &<br>SHIRLEY RESSE JT WROS<br>103 E FAIRWAY OAKS LANE<br>EASLEY, SC 29642-2439 | ALEX & ANNA TAUBENFELD<br>190 KENNEDY CIR<br>ROCHESTER, NY 14609 |
| ALICE DAWIDCZYK TTEE<br>ALICE DAWIDCZYK TRUST<br>U/A/D 10/11/91<br>250 LAKE BLVD UNIT 221<br>BUFFALO GROVE, IL 60089-4390 | ALLAN A GILBERT TTEE<br>ALLAN A GILBERT TRUST<br>DATED OCT 1 1985<br>1758 PITMAN DRIVE<br>FAYETTEVILLE, AR 72703-2741 | AMERICO MARIOTTI<br>3106 E CUMBERLAND RD<br>BLUEFIELD, WV 24701-4924 |
| ANNE M LARKIN<br>205 SUGARBUSH RD<br>DALTON, PA 18414-9542 | ANNE P ZAWADSKY REV TRUST<br>U/A/D 6 3 99<br>ANNE P ZAWADSKY TTEE<br>2615 STRAWBERRY LN<br>PORT HURON, MI 48060-1724 | ANTHONY J BALL REV TRUST<br>ANTHONY JOHN BALL TTEE<br>U/A DTD 07/18/2001<br>8185 S WINNEPEG CIRCLE<br>AURORA, CO 80016-7159 |
| ANTHONY J DELTUFO<br>CGM SEP IRA CUSTODIAN<br>334 MT PLEASANT AVE<br>DOVER, NJ 07801-1643 | APRIL RIMER, TRUSTEE<br>2004 APRIL JOYCE RIMER<br>REVOCABLE TRUST DTD 2-6-04<br>10373 ALMAYO AVENUE #301<br>LOS ANGELES, CA 90064-2678 | ARLINE BERNSTEIN REVOCABLE<br>LIVING TRUST UAD 6-10-02<br>ARLINE BERNSTEIN TTEE<br>SOL BERNSTEIN TTEE<br>300 A-1 CROSSEWINDS DRIVE<br>GREENACRES, FL 33413 |
| ARTHUR R OLSON TRUSTEE OF THE ARTHUR R OLSON IRA<br>WELLS FARGO INVESTMENTS AS CUSTODIAN<br>9436 N 106 PL<br>SCOTTSDALE, AZ 85258 | AZAM G H ARIFF<br>3848 QUAIL RIDGE ROAD<br>LAFAYETTE, CA 94549-2912 | BARBARA J. HYDE (IRA)<br>FCC AS CUSTODIAN<br>7396 LUGANO DRIVE<br>BOYNTON BEACH, FL 33437-6066 |
| BENJAMIN ARKOW<br>248 CHESNUT RIDGE CIRCLE<br>HENDERSON, NV 89012 | BENJAMIN C MCCORMICK AND<br>JANET L JONES JT WROS<br>1211 PARKER<br>KALAMAZOO, MI 49008-3145 | BEREK LADOWSKI<br>3388 NE 169TH STREET<br>N MIAMI BEACH, FL 33160-3068 |
| BETTY CHADDERTON<br>808 BELLEVUE AVE<br>JACKSON, MI 49202-2904 | BILL B BAXTER & INGEBORG M<br>BAXTER TTEES BAXTER LIVING<br>TRUST U/A DTD 03/28/1989<br>11511 E 6TH AVE<br>APACHE JCT, AZ 85120-9056 | BRAND A JASIK<br>835 N LAGRANGE ROAD<br>LAGRANGE PARK, FL 60526-1502 |
| BRANDON YOONGU LEE<br>TOD: CHANG R YI<br>3125 S CANFIELD AVE APT 107<br>LOS ANGELES, CA 90034 | CALVIN KATZ (SEP IRA)<br>FCC AS CUSTODIAN<br>9 VICENTE COURT<br>EAST AMHERST, NY 14051-1483 | CARL W ROBERTS IRA<br>FCC AS CUSTODIAN<br>29200 S JONES LOOP RD.<br># 538<br>PUNTA GORDA, FL 33950-9343 |
| CARLYLE E. POOLE AND<br>SANDRA Q. POOLE JTWROS<br>152 JB SWARTZ ROAD<br>WAGENER, SC 29164-9798 | CAROL A LOUGHNANE TTEE<br>FBO C. LOUGHNANE REV LIV TRUST<br>U/A/D 12/16/99 AMENDED 8/24/07<br>18620 TOWN HARBOUR ROAD<br>CORNELIUS, NC 28031-7779 | CAROL BAKER TRUSTEE<br>U/W LOUISE B ROBERTSON<br>PORTFOLIO ADVISOR<br>2030 WIMBLEDON CT<br>OWENSBORO, KY 42301-4322 |

| | | |
|---|---|---|
| CAROL C CROWLEY<br>CGM SEP IRA CUSTODIAN<br>2425 VIA SIENA<br>LA JOLLA, CA 92037-3934 | CAROLYN LOBEL (IRA)<br>FCC AS CUSTODIAN<br>11 EAST 86TH STREET<br>APT # 17B<br>NEW YORK, NY 10028-0501 | CARYLE FALCONE AND RICHARD FALCONE<br>20 TRINITY PLACE<br>EAST HANOVER, NJ 07936-3326 |
| CATHERINE A AEBISCHER<br>200 WEST MAPLE STREET #G<br>GLENDALE, CA 91204-2134 | CHARLES O KARITU<br>9206 178TH ST CT E<br>PUYALLUP, WA 98375 | CHARLOTTE VANETT<br>803 DRESHER WAY<br>WAYNE, PA 19087-2061 |
| CHUHAK TECSON KIENLEN FEINBERG DEFERRED PROFIT SH<br>FBO JAMES GOTTLIEB UA 6/1/87<br>JAMES B GOTTLIEB<br>528 CLAVEY LANE<br>HIGHLAND PARK, IL 60035 | COBALT INVESTMENTS LLC<br>5050 BAYVIEW DR<br>MORRIS, IL 60450-9785 | CONSTANCE H AMOS-TRIPP TTEE<br>CONSTANCE H AMOS-TRIPP<br>REV LIV TRUST<br>U/A/D 1-1-99<br>785 YANKEE TRACE DRIVE<br>CENTERVILLE, OH 45458-3999 |
| CONSUELO LODGE 325 F & AM<br>P O BOX 2574<br>ESCONDIDO, CA 92033-2574 | CORTES HNOS & CO, C POR A<br>PO BOX 363626<br>SAN JUAN, PR 00936-3626 | DANA & LARRY TEMPLETON<br>504 HIGHWAY 224 SOUTH<br>SWIFTON, AR 72471 |
| DARRELL W STEAD &<br>GRACE E STEAD JTRS<br>2856 WOODS RD E<br>PORT ORCHARD, WA 98366-7105 | DAVID J NELSON<br>BONNIE J NELSON TTEE<br>U/A/D 08/05/96<br>FBO THE NELSON REVOCABLE TRUST<br>7209 SPRING CREEK CIR<br>NIWOT, CO 80503-7698 | DAVID M DIKOWSKI IRA<br>FCC AS CUSTODIAN<br>326 OLIVIA CIRCLE<br>EL PASO, TX 79912-5248 |
| DAVID ROSEMAN AND<br>RITA ROSEMAN JTWROS<br>1424 ACADEMY LANE<br>ELKINS PARK, PA 19027-2515 | DOMINICK CAMPANALE &<br>VINCENZA CAMPANALE JT WROS<br>1024 N. FIRST STREET<br>NEW HYDE PARK, NY 11040-2839 | DONALD MANNING & BOBBYE<br>DONALD MANNING & BOBBYE MANNING JT WROS<br>6208 CLEMATIS DR<br>DAYTON, OH 45449-3008 |
| DONNELLY J JOHNSON &<br>JANET S JOHNSON JT TEN<br>2111 PORTSMOUTH DR<br>RICHARDSON, TX 75082-4839 | DOROTHY VAN LOOY TOD<br>DAVID P VAN LOOY JR<br>DENICE M VAN LOOY<br>6234 W GOLFRIDGE DR<br>EAST LANSING, MI 48823-9741 | DOROTHY VLASTOS<br>CGM IRA CUSTODIAN<br>17113 SE 76 CREEKSIDE CIR<br>THE VILLAGES, FL 32162-5303 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSHAFT I<br>C/O SUZUKA INKA<br>100 SE 2ND ST STE 2610<br>MIAMI, FL 33131 | EARL D LIVERING AND<br>DOLORES A LIVERING JTWROS<br>400 NE 61ST TERR<br>OCALA, FL 34470-1730 | EDGAR G ROGERS & BARBARA B ROGERS<br>2436 COTEAU RD<br>HOUMA, LA 70364-1215 |
| EDITH SARAH MORRISON<br>TTEE EDITH SARAH<br>MORRISON REV LIV TRUST<br>U/A DTD 1/7/00<br>309 LA SERENA DR<br>WINTER HAVEN, FL 33884-1719 | ELAINE AKOURIS IRA<br>FCC AS CUSTODIAN<br>10743 ASHTON AVENUE<br>LOS ANGELES, CA 90024-5017 | ELAINE S. GOLDENTHAL<br>CGM IRA CUSTODIAN<br>17233 N. 60TH PLACE<br>SCOTTSDALE, AZ 85254-5914 |
| ELIZABETH & KEITH COOK<br>17811 B LAKE CARLTON DR<br>LUTZ, FL 33558-6315 | ELIZABETH CANTARGIS TR - CLARENCE CANTARGIS<br>CLARENCE CANTARGIS TTEE<br>U/A DTD 10/23/1998<br>23490 SUNCREST<br>DEARBORN HTS, MI 48127-2352 | ELLEN BOTTNER<br>STIFFEL NICOLAUS CUSTODIAN FOR ELLEN BOTTNI<br>251-48 61ST AVENUE<br>LITTLE NECK, NY 11362 |

| | | |
|---|---|---|
| ELLIOT E ZIMMERMAN TTEE<br>THE ELLIOT ZIMMERMAN TRUST U/A<br>DTD 03/1/2007<br>1569 REEVES ST<br>LOS ANGELES, CA 90035-2928 | ERNEST & MAGDA KATZ TTEES<br>2612 WEST ST APT 4D<br>BROOKLYN, NY 11223-6439 | EUGENE M. BROTH, TTEE<br>EUGENE M. BROTH MD P/S PLAN<br>& TRUST DTD 05/31/1973<br>5250 TWIN OAKS RD.<br>CALABASAS, CA 91302-2416 |
| FRANK J KANE<br>133 GARDNER DR<br>SHALIMAR, FL 32579 | FRANK ORDWAY TTEE<br>ORDWAY FAMILY REV TRUST U/T/A<br>DTD 11/17/1992<br>317 W APPALACHIAN STREET<br>TUCSON, AZ 85737-9736 | FREDERICK A. ZWEMER AND<br>ANNE E. ZWEMER JTWROS<br>2271 TWIN EAGLES DRIVE<br>TRAVERSE CITY, MI 49686-9307 |
| GARY E SANFORD<br>1604 WHISPERINGWOODS DR<br>WILLIAMSTOWN, NJ 08094-3366 | GARY L STEARNS<br>2385 210TH ST<br>AUDUBON, IA 50025 | GEORGE AND MARIE KOHRMANN<br>GEORGE A KOHRMANN<br>MARIE A KOHRMANN<br>10 JFK DR<br>BLAUVELT, NY 10913 |
| GEORGE B ROSICA TRUSTEE<br>U/A DTD 5/28/03<br>GEORGE B ROSICA REV TRUST<br>PORTFOLIO ADVISOR<br>2289 COMPASS WAY S<br>LELAND, NC 28451 | GEORGE G IRONS &<br>CAROLE E IRONS<br>JT TEN<br>344 BAY AVE<br>TUCKERTON, NJ 08087-2506 | GEORGE S LINDENMUTH<br>1897 RIDGE LAWN AVE<br>BETHLEHEM, PA 18018-1665 |
| GLEN GUYETT / DORIS GUYETT<br>GLEN GUYETT<br>3333 E CAMPBELL AVE<br>PHOENIZ, AZ 85018-3343 | GLORIA R KOVACH &<br>JEFFREY P KOVACH JT WROS<br>4625 NW 187TH AVE<br>PORTLAND, OR 97229-2047 | GUY D'EGIDIO<br>255 RIVERSIDE DR<br>NORTHFIELD, IL 60093-3240 |
| H DANE & BEVERLY BARTLETT<br>2521 MAYFAIR DR<br>OWENSBORO, KY 42301 | HARRY DUCCILLI JR<br>2004 BEACHWOOD RD<br>AMELIA ISLAND, FL 32034-6507 | HARRY DUCCILLI JR TTEE<br>HARRY DUCCILLI JR TRUST U/A<br>U/A DTD 06/26/2003<br>2004 BEACHWOOD RD<br>AMELIA ISLAND, FL 32034-6507 |
| HARRY H CHENEY<br>803 ARDEN DR<br>ENCINITAS, CA 92024-4508 | HARRY M OCHOCKI<br>TOD THOMAS G OCHOCKI<br>1 W 28TH WAY<br>DURANGO, CO 81301-4109 | HEDWIG S BURNS<br>CGM IRA CUSTODIAN<br>PO BOX 831<br>PELHAM, NH 03076-0831 |
| HELEN QUAIN & NORMAN QUAIN<br>TTEES<br>THE HELEN QUAIN LIVING TRUST<br>UAD 9/16/05<br>49 RUGBY ROAD<br>YONKERS, NY 10710-1409 | HENRIETTA SPANO<br>C/O MITCHELL COHEN<br>6 WINSLOW PLACE<br>PALM COAST, FL 32164-7607 | HERBERT B PIER<br>25 DEERPATH DR<br>OLDSMAR, FL 34677-2055 |
| HERBERT BERNICK REV TRUST<br>HERBERT BERNICK<br>C/O MILBERN CLOTHING<br>1685 UNIVERSITY AVE<br>ST PAUL, MN 55104 | HERMAN FELDER<br>6432 BEACON ST<br>PITTSBURGH, PA 15217 | HILDE MICHELE SIMENAUER<br>4701 WILLARD AVE.<br>APT. 535<br>CHEVY CHASE, MD 20815-4615 |
| HOBART MEYER JR<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>45 RAVEN GLASS LN<br>BLUFFTON, SC 29909-7107 | IDA DOROTHY<br>8201 6TH AVE APT 140<br>TACOMA, WA 98406-0423 | IRA FBO DALE NELSON<br>PERSHING LLC AS CUSTODIAN<br>810 NE VAIL CT<br>ANKENY, IA 50021-4539 |

| | | |
|---|---|---|
| IRMGARD L. BENDER TTEE<br>FBO IRMGARD L. BENDER<br>U/A/D 11/13/95<br>4221 SNOWDON ST.<br>CLERMONT, FL 34711-5716 | IRVING GOODSTADT TTEE<br>FBO IRVING GOODSTADT<br>U/A/D 10/17/91<br>5507 BANYAN LANE<br>TAMARAC, FL 33319-3011 | IRVING GOODSTADT TTEE OF THE<br>ELEANOR B GOODSTADT CREDIT<br>SHELTER TRUST DTD 7/8/02<br>5507 BANYAN LN<br>TAMARAC, FL 33319-3011 |
| ISABELLE BLANEY<br>ISABELLE BLANEY TTEE<br>ISABELLE BLANEY LIVING TRUST U/A 5/19/05<br>734 HALLMARK AVE<br>LAKE PLACID, FL 33852-7684 | J A AND A PIMENTEL TRUSTEES<br>CONTINENTAL HARDWARE PENSION<br>400 DELANEY ST<br>NEWARK, NJ 07105 | J L GRIFFITHS ROLLOVER (IRA)<br>FCC AS CUSTODIAN<br>163-31 86TH STREET<br>HOWARD BEACH, NY 11414-3332 |
| JACK AND MILDRED BARTELL<br>3153 APPLE BLOSSOM TRAIL<br>SPRING HILL, FL 34606 | JACQUELINE NIZYBORSKI<br>CGM IRA CUSTODIAN<br>7479 CHARLESWORTH<br>DEARBORN HGTS, MI 48127-1633 | JAMES A WATSON<br>CGM IRA ROLLOVER CUSTODIAN<br>8500 W 72ND<br>OVERLAND PARK, KS 66204-1730 |
| JAMES V. LAUGHLIN &<br>JOANNE M. LAUGHLIN<br>JT TEN<br>7 WEST 108TH COURT<br>KANSAS CITY, MO 64114-4990 | JANET MARIE GROCHOCINSKI REVOCABLE TRUST<br>VINCENT A GROCHOCINSKI<br>607 S WILLIAM ST<br>MT PROSPECT, IL 60056 | JEFFREY S GODDESS &<br>LINNEA J GODDESS<br>1417 HAMILTON ST<br>WILMINGTON, DE 19806 |
| JERRY L WESNER<br>03057 WAESCH RD<br>ST MARYS, OH 45885 | JIM PATTERSON & WANDA PATTERSON JT TEN<br>409 N PARK<br>GUTHRIE, OK 73044 | JOAN M EICHLER<br>983 HIGHLAND AVE<br>GALION, OH 44833 |
| JOANN I. WHITE<br>39073 DEVONSHIRE CT.<br>HARRISON TWP, MI 48045-6021 | JOANNA W HERRING<br>3695 JOHNSON DR<br>SNELLVILLE, GA 30039-6946 | JOHN B BURNS<br>PO BOX 831<br>PELHAM, NH 03076 |
| JOHN F ECKERLE<br>6201 TWO SPRINGS LANE<br>LOUISVILLE, KY 40207-2315 | JOHN PEPE AND<br>MICHELE PEPE<br>JT TEN<br>13 BEECH HILL DR<br>NEWARK, DE 19711-2943 | JOHN SIMPSON<br>2030 COTTONWOOD CT<br>CEDARWOOD ESTATES<br>MAYSVILLE, KY 41056 |
| JOHN VLASTOS & DOROTHY VLASTOS<br>TTEES UAD 12/2/92 JOHN VLASTOS<br>& DOROTHY VLASTOS TRUST<br>17113 SE 76 CREEKSIDE CIR<br>THE VILLAGES, FL 32162-5303 | JOSEPH A BERGNER<br>40 CRESCENT CIR<br>HARLEYSVILLE, PA 19438-1070 | JOSEPH M BAILEY<br>CGM IRA ROLLOVER CUSTODIAN<br>7811 COACH HOUSE LANE<br>RALEIGH, NC 27615-4303 |
| JOY HILLEGASS<br>1070 FAIRVIEW AVE<br>MORRIS, IL 60450-8641 | JOYCE A DESIMONE<br>17443 SE 74TH RAES HALL AVE<br>THE VILLAGES, FL 32162 | JOYCE A SWITZER<br>615 CAYUGA ST APT 11<br>LEWISTON, NY 14092-1638 |
| JOYCE V MANN<br>CGM IRA CUSTODIAN<br>2194 E TERRACE DR<br>HIGHLANDS RANCH, CO 80126-2695 | JUDY TOTH<br>4456 ESTRONDO DR<br>ENCINO, CA 91436 | JUNE PEARLMAN IRA<br>FCC AS CUSTODIAN<br>7018 N LECLAIRE<br>SKOKIE, IL 60077-3447 |

| | | |
|---|---|---|
| KIMBERLY A RIDEN<br>915 S SEMINOLE DR<br>APT 9<br>CHATTANOOGA, TN 37412-1377 | KRISTEN S ZIMMERMAN<br>180 RIVERSIDE BLVD<br>APT 3V<br>NEW YORK, NY 10069-0801 | LEONARD C HARRIS<br>TOD STEFANIE D HARRIS<br>SUBJECT TO STA TOD RULES<br>19425 WARWICK<br>DETROIT, MI 48219-2140 |
| LINDA BROWN<br>370 OCEAN BLVD<br>GOLDEN BEACH, FL 33160 | LIZA N BECKMAN &<br>C/O WUNDERLICH SECURITIES<br>19500 VICTOR PARKWAY, STE 290<br>LIVONIA, MI 48152 | LIZA N BECKMAN &<br>NANCY BECKMAN JTWROS<br>22211 MORLEY AVE<br>DEARBORN, MI 48124-2110 |
| LOURDES & THOMAS HAYNEY<br>3025 SADDLEBROOK<br>WACO, TX 76712-8384 | MADELINE L MARTA<br>2401 PENNSYLVANIA AVE APT 1103<br>WILMINGTON, DE 19806-1417 | MARCIA BERNICK REV TRST<br>MARCIA BERNICK<br>1077 SIBLEY MEM HWY #401<br>ST PAUL, MN 55118 |
| MARILYN M EICHNER<br>13801 E YALE AVE #409<br>AURORA, CO 80014 | MARIO G MASCIA IRA R/O<br>FCC AS CUSTODIAN<br>4876 SPRINGWOOD DR<br>BROOKLYN, OH 44144-3130 | MARJORIE HINER TTEE<br>FBO JAMES R. HINER<br>U/A/D 02/20/96<br>395 N. SANDUSKY RD.<br>SANDUSKY, MI 48471-9156 |
| MARK R GARABRANT<br>LYNNE A GARABRANT<br>33 CEDAR ST<br>AMITYVILLE, NY 11701 | MARSHA ILG IRA ACCOUNT<br>MARSHA ILG<br>1213 VIA VISALIA<br>SAN CLEMENTE, CA 92672 | MARVIN A PELZER TTEE<br>MARVIN PELZER TRUST U/A<br>DTD 02/14/1991<br>3243 SAN AMADEO APT 1-F<br>LAGUNA WOODS, CA 92637-3069 |
| MARVIN E HESTON<br>& SHARON M HESTON JTTEN<br>2808 ARCH TREE PLACE<br>FORT WAYNE, IN 46815-6284 | MARVIN L LYONS<br>10406 SUNLIGHT LANE<br>LOUISVILLE, KY 40272 | MARY C THOMAS, SUCCESSOR TTEE<br>MARLAN D THOMAS GST EXEMPT<br>TRUST U/A/D 06/05/90<br>FBO MARLAN D THOMAS<br>226 HILL COURT<br>WINTER HAVEN, FL 33881-9548 |
| MARY LYNN AKEY<br>1108 VISTA DEL MONTE<br>BELEN, NM 87002 | MARY LYNN AKEY<br>1108 VISTA DEL MONTE PL<br>BELEN, NM 87002 | MARY MATTHEWS IOVINO AND ARTHUR IOVINO<br>846 DUNCAN DR<br>WESTBURY, NY 11590 |
| MAURICE E CEROTJOHN<br>14716 HOLLYHOOK DR<br>OKLAHOMA CITY, OK 73142 | MELDON G WILHITE & MELETA K<br>GELLES TTEES, U/A/D 8-4-05<br>MELDON G WILHITE LIVING TRUST<br>49884 DEER RUN DRIVE<br>SHELBY TOWNSHIP, MI 48315-3336 | MELINDA C MCCORMICK AND<br>JANET L JONES JTWROS<br>1211 PARKER AVENUE<br>KALAMAZOO, MI 49008-3145 |
| MELISSA WILSON TRUST<br>MELISSA WILSON TTEE<br>U/A DTD 05/16/2002<br>27651 RUBIDOUX<br>MISSION VIEJO, CA 92692-3270 | META WORMSER<br>HENRY WORMSER<br>5420 HAMMERSMITH DR<br>WEST BLOOMFIELD, MI 48322-1451 | MICHAEL C HALL TTEE<br>U/W H. CARLTON MCLENDON<br>U/A DATE 8/22/2001<br>216 N WESTOVER BLVD<br>ALBANY, GA 31707-2960 |
| MICHAEL C SAGAR, TTEE<br>SHARON A SAGAR, TTEE<br>SAGAR TRUST DTD 9/6/96<br>1286 TEMPLE TERRACE<br>LAGUNA BEACH, CA 92651-2962 | MICHAEL J CONNOLLY<br>226 FLEMING LANE<br>SCHAUMBURG, IL 60193-2821 | MICHELE PARTNOY<br>TOD BENEFICIARIES ON FILE<br>6891 RAIN LILY RD APT 202<br>NAPLES, FL 34109-6148 |

| | | |
|---|---|---|
| MR & MRS R MILTON KOFFS<br>1702 ANDROS ISLE<br>APT B2<br>COCONUT CREEK, FL 33066 | MR ARTHUR L ANDERSON AND<br>MRS AUDREY A ANDERSON JTWROS<br>965 TEMPLE STREET<br>SAN DIEGO, CA 92106-2832 | MR BEREK LADOWSKI<br>MRS SARA C DE LADOWSKI<br>3388 NE 169TH ST<br>N MIAMI BEACH, FL 33160-3068 |
| MR KENNETH D JONES<br>685 BLACK GAP RD<br>FAYETTEVILLE, PA 17222-9717 | MR LANE B WALTERS AND<br>MRS MARY D WALTERS JTWROS<br>9817 QUEEN CHARLOTTE DRIVE<br>LAS VEGAS, NV 89145-8678 | MR MICHAEL CHAIT<br>2 KINGS MILL RD<br>MONROE TWP, NJ 08831 |
| MR WILLIAM G EVANS &<br>MRS JEAN S EVANS JTWROS<br>1083 MANILLA LANE<br>PUNTA GORDA, FL 33983-5977 | MR. MANFRED H. HANUSCHEK AND<br>MARION S. HANUSCHEK JTWROS<br>11011 MIRADOR LANE<br>FISHERS, IN 46037-7555 | MRS JEANNE W GREEN<br>25401 ANNS CHOICE WAY<br>WARMINSTER, PA 18974-3365 |
| MRS MARY D WALTERS<br>CGM IRA ROLLOVER CUSTODIAN<br>9817 QUEEN CHARLOTTE DRIVE<br>LAS VEGAS, NV 89145-8678 | MS GINA M RAPISARDI<br>CGM IRA ROLLOVER CUSTODIAN<br>5028 NORTH LA SEDONA CIRCLE<br>DELRAY BEACH, FL 33484-8733 | MS&CO C/F<br>DELBERT J SCHEID<br>IRA STD/ROLLOVER DTD 07/11/85<br>13 CIFUENTES WAY<br>HOT SPRINGS VILLAGE, AR 71909-7440 |
| MS&CO C/F<br>LEATRICE ZAVELL<br>IRA STANDARD DATED 03/23/09<br>100 DUNERIDGE<br>NEW BUFFALO, MI 49117-9001 | MS&CO C/F<br>RAY BOB SMITH<br>IRA STANDARD DATED 04/15/09<br>2015 TOWN HILL DR<br>HOUSTON, TX 77062-4739 | MS&CO C/F<br>RUTH PAPELBAUM<br>IRA STD SPOUSAL DTD 12/05/94<br>305 FANSHAW H<br>BOCA RATON, FL 33434-3049 |
| MS&CO C/F ANNA WANDRUSCH (DECD)<br>FBO MONICA J ARNOLDE (BENE)<br>IRA STANDARD DATE 09/17/07<br>244 COTTONWOOD RD<br>BUFFALO GROVE, IL 60089-2053 | MURIEL A LIM<br>67190 S ALMAR LN<br>ST CLAIRSVILLE, OH 43950-9456 | NANCY BECKMAN C/F<br>C/O WUNDERLICH SECURITIES<br>19500 VICTOR PARKWAY STE 290<br>LIVONIA, MI 48152 |
| NANCY BECKMAN C/F<br>CATHERINE G DRABICKI UTMA MI<br>22211 MORLEY AVE<br>DEARBORN, MI 48124-2110 | NANCY SOBCZAK TOD<br>5716 S NEENAH AV<br>CHICAGO, IL 60638-3306 | NATIONAL FINANCIAL SERVICES<br>FBO GARY S JARED IRA SEP<br>C/O G A REPPLE & CO<br>101 NORMANDY RD<br>CASSELBERRY, FL 32707 |
| NATIONAL FINANCIAL SERVICES<br>FBO JERRY STRICKLAND IRA<br>C/O G A REPPLE & COMPANY<br>101 NORMANDY RD<br>CASSELBERRY, FL 32707 | NATIONAL FINANCIAL SERVICES FBO JOHN E ULRICH IRA<br>C/O GA REPPLE AND COMPANY<br>101 NORMANDY RD<br>CASSELBERRY, FL 32707 | NICHOLAS MARTIN<br>CGM IRA ROLLOVER CUSTODIAN<br>6100 SOUTHWEST BLVD STE 501<br>FORT WORTH, TX 76109-3985 |
| PANSY PORTERFIELD<br>1623 CHECOLA DR<br>NAMPA, ID 83686 | PAUL HERALD ATMAJIAN<br>2363 W MUSCAT<br>FRESNO, CA 93706-9748 | PETER K WEBB, MD |
| PLEDGE COLLATERAL FBO WF BANK<br>GARY WISE<br>7319 N GOLDER<br>ODESSA, TX 79764-2518 | RALPH & FLORENCE DURSO<br>11018 TILBURG ST<br>SPRING HILL, FL 34608 | RALPH DURSO &<br>FLORENCE E DURSO JT WROS<br>TOD REGISTRATION<br>11018 TILBURG ST<br>SPRING HILL, FL 34608-2850 |

| | | |
|---|---|---|
| RANDALL HARTLEY<br>317 MILLER RD<br>COTTAGEVILLE, WV 25239 | RBC WEALTH MANAGEMENT C/F DIXIE PROWSE<br>DIXIE L PROWSE IRA<br>3256 MOLES DR<br>CHARLESTON, WV 25302-4520 | RBC WEALTH MGT C/F CHARLES BURDETTE<br>CHARLES BURDETTE IRA<br>593 WATTS CHAPEL RD<br>KENNA, WV 25248 |
| RBC WEALTH MGT C/F DIANA DURST<br>DIANA DURST IRA<br>5302 KENSINGTON LANE<br>CHARLESTON, WV 25313 | RBC WEALTH MGT C/F DONALD WALDIE<br>DONALD WALDIE IRA<br>228 FULTON DR<br>PT PLEASANT, WV 25550 | RBC WEALTH MGT C/F ELLA J. KIDD<br>ELLA J KIDD IRA<br>RT 1 BOX 85<br>MILLWOOD, WV 25262 |
| RBC WEALTH MGT C/F PHILIP DARBY<br>PHILIP DARBY IRA<br>921 ROOSEVELT BLVD<br>PO BOX 455<br>ELEANOR, WV 25070 | RBC WEALTH MGT C/F ROSALIE TAYLOR<br>ROSALIE TAYLOR IRA<br>2313 MONROE AVE<br>ST ALBANS, WV 25177 | RBC WEALTH MGT C/F WILLIAM SCHINDLER IRA<br>RR 1 BOX 79<br>RAVENSWOOD, WV 26164 |
| RBC WEALTH MGT. C/F KATHRYN BROWN<br>RBC WEALTH MGT C/F KATHRYN BROWN IRA<br>500 LEE STREET EAST, STE 170<br>CHARLESTON, WV 25301 | RENEE BECKMAN &<br>C/O WUNDERLICH SECURITIES<br>19500 VICTOR PARKWAY STE 290<br>LIVONIA, MI 48152 | RENEE BECKMAN &<br>NANCY BECKMAN JTWROS<br>22211 MORLEY AVE<br>DEARBORN, MI 48124-2110 |
| REV RICHARD A SCHROEDER<br>829 HONEYCRISP<br>ROCHESTER HILLS, MI 48307 | RHODA BURSTEIN<br>12200 ACADEMY RD NE<br>APT 714<br>ALBUQUERQUE, NM 87111 | RICHARD D HARRIS<br>10301 CLINTON RD<br>JACKSON, MI 49201-7401 |
| RICHARD E ZAGORSKI<br>CGM IRA CUSTODIAN<br>1200 W. 35TH STREET<br>#268<br>CHICAGO, IL 60609-1305 | RICHARD F KOENIG<br>WBNA CUSTODIAN TRAD IRA<br>230 SKYLINE RD<br>WEST JEFFERSON, NC 28694-8235 | RICHARD I CHAPMAN<br>114 BARONY RD<br>LE SUEUR, MN 56058 |
| RICHARD KYROUAC &<br>PEARL KYROUAC JT TEN<br>TOD ACCOUNT<br>93 BUNTING LANE<br>NAPERVILLE, IL 60565-1366 | ROBERT D. RIEHL<br>CGM IRA CUSTODIAN<br>2206 ELM CIRCLE<br>SHELBY TWP, MI 48316-1046 | ROBERT F BRANDS<br>2417 BURBANK ST<br>JULIET, IL 60435-1408 |
| ROBERT H. MONTS<br>BETTY S. MONTS<br>623 HOOK AVE<br>WEST COLUMBIA, SC 29169 | ROBERT J KIRBY<br>5532 SCARAMUCHE LANE<br>ORLANDO, FL 32821 | ROBERT L JOHNSON<br>PO BOX 278<br>GAINSEBORO, TN 38562-0278 |
| ROBERT SEIDELMAN<br>61 ALEX DRIVE<br>WHITE PLAINS, NY 10605-3414 | ROBERTA R STEWART<br>MRS ROBERTA STEWART<br>434 S FAIRFIELD RD<br>DEVON, PA 19333 | ROCHELLE GENDLER<br>CGM IRA CUSTODIAN<br>17818 DEAUVILLE LANE<br>BOCA RATON, FL 33496-2457 |
| ROSE NARLIAN TTEE F/T ROSE<br>NARLIAN DEC OF TR UA<br>DTD 1-10-95<br>2120 W RUE ST MICHEL<br>FRESNO, CA 93711-1260 | ROSLYND MESSINGER<br>TOD-LLOYD KOHLER & KENNETH<br>KOHLER -SUBJ TO STA TOD RULES<br>7070 ISLEGROVE PLACE<br>BOCA RATON, FL 33433-7461 | ROSSI LIVING TRUST<br>RICHARD & JULIE ROSSI<br>4969 E CEDER CREEK DR<br>CORNVILLE, AZ 86325 |

| | | |
|---|---|---|
| SAAD Z KODSI<br>2947 S ATLANTIC AVE APT 703<br>DAYTONA BEACH, FL 32118-6009 | SANDRA P KAYE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4029 INVERNESS DR<br>CORONA, CA 92883-0775 | SAU-LING POON<br>2085 ALA WAI BLVD #8-4<br>HONOLULU, HI 96815-2109 |
| SHEILA L CAMPBELL<br>2139 SOUTH STRATFORD DRIVE<br>OWENSBORO, KY 42301-3429 | SHELLY ITZKOWITZ<br>184 24 TUDOR RD<br>JAMAICA ESTATES, NY 11432 | SMITH TRUST<br>WILLIAM M SMITH<br>BETTY L SMITH<br>195 W REXFORD DR<br>BEVERLY HILLS, FL 34465 |
| SOLOMON GETZ<br>13874 MORGAN DR NE<br>REDMOND, WA 98053-5713 | STEVEN & CAROL MCCORMICK<br>521 BRADFORD DRIVE<br>ROCKVILLE, MD 20850 | SUSAN N CURRY<br>941 ST MARKS AVENUE<br>WESTFIELD, NJ 07090 |
| SYLVAN D KAMENS<br>CGM IRA CUSTODIAN<br>1 ONSET LN<br>STROUGHTON, MA 02072-3700 | TERRANCE R OBRIEN<br>7769 DEERFIELD RD<br>LIVERPOOL, NY 13090-2309 | THE FAPA FOUNDATION CORP<br>133 HORN LN<br>LEVITTOWN, NY 11756-3438 |
| THE RABINOWITZ FAMILY, LLC<br>C/O JONATHAN RABINOWITZ<br>17 WOODHILL DR<br>MAPLEWOOD, NJ 07040-1009 | THERESA M. SCHWARZ TTEE<br>FBO THERESA M SCHWARZ<br>U/A/D 08/06/98<br>4297 CHAPEL LANE<br>SWARTZ CREEK, MI 48473-1703 | THOMAS A ROURKE SEP/IRA<br>C/O E TRADE FINANCIAL<br>PO BOX 1542<br>MERRIFIELD, VA 22116-1542 |
| TIMOTHY W HERSEY<br>CGM IRA ROLLOVER CUSTODIAN<br>7676 CAPRICORN DR<br>CITRUS HEIGHTS, CA 95610-7544 | VENICE PECORINO<br>1294 WILLIAMS DR<br>SHRUB OAK, NY 10588 | VERA ARYEH<br>435 EAST 52 ST<br>NEW YORK, NY 10022 |
| VIOLET K. KALMAN TTEE<br>FBO VIOLET K. KALMAN<br>U/A/D 10/31/89<br>19794 WILKINSON LEAS<br>TEQUESTA, FL 33469-2176 | WELLS FARGO BANK IRA C/F<br>MARVIN L HATHAWAY<br>383 HILLSIDE AVENUE<br>ROANOKE, IN 46783-8815 | WILLIAM SCHINDLER<br>RR 1 BOX 79<br>RAVENSWOOD, WV 26164 |