Stephen M. Gross, Esq.
McDonald Hopkins PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI  48304
Phone:  248.220.1337
Fax:  248.646.5075
E-mail:  sgross@mcdonaldhopkins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re                                                         :    Chapter 11
                                                              :
GENERAL MOTORS CORPORATION, *et al*.,   :    Case No. 09-50026 (REG)
                                                              :
              Debtors.                              :    (Jointly Administered)
-------------------------------------------------------------X

### REQUEST TO BE REMOVED FROM RECEIVING
### ELECTRONIC FILINGS IN A CASE

**PLEASE TAKE NOTICE** that the undersigned attorney, Stephen M. Gross, Esq., of the law firm McDonald Hopkins PLC, hereby requests to be removed from receiving electronic filings in a case as counsel for all creditors represented in the above captioned bankruptcy proceeding.

                                        Respectfully submitted,

                                        MCDONALD HOPKINS PLC

                                        By:  /s/Stephen M. Gross
                                        Stephen M. Gross (P35410)
                                        39533 Woodward Ave., Ste. 318
                                        Bloomfield Hills, MI  48304
                                        Phone:  248.646.5070
                                        Direct Dial:  248-220-1337
                                        Email:  sgross@mcdonaldhopkins.com

December 28, 2010

{2525546:}

{2525546:}