# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Motors Liquidation Company, et al., f/k/a General Motors Corporation., et al.,</u> Case No. <u>09-50026</u>

## NOTICE OF TRANSFER OF STIPULATED CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC OPTIMUM FUND LLC</u><br>Name of Transferee | <u>ROBIN TATE, individually and as personal representative of the wrongful death beneficiaries of JEAN RAY, deceased</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>23295</u><br>Allowed Amount: **<u>USD$500,000.00</u>**<br>Orig. Proof of Claim Amount: <u>USD$30,000,000.00</u><br>Stipulation Effective Date: <u>6/23/2010</u><br>Date Claim Filed: <u>11/12/2009</u><br><br>Phone: <u>662-627-4105</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | ROBIN TATE, individually and as personal representative of the wrongful death beneficiaries of JEAN RAY, deceased<br>C/O Chapman Lewis & Swan<br>Attention: J. Harland Webster<br>PO Box 428<br>Clarksdale, MS 38614-0428 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                         Date: <u>December 28, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New York
       One Bowling Green
       New York, NY 10004-1408
       Attention: Clerk


AND TO:    MOTORS LIQUIDATION COMPANY, ET AL., F/K/A GENERAL MOTORS CORP., ET AL.,    ("Debtor")
           Case No. 09-50026

Claim # 23295


ROBIN TATE, individually and as personal representative of the wrongful death beneficiaries of JEAN RAY, deceased, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC OPTIMUM FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$30,000,000.00 and **Allowed in the amount of USD$500,000.00**. ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28th DAY OF December, 2010.


ASSIGNOR: ROBIN TATE, individually and as
personal representative of the wrongful
death beneficiaries of JEAN RAY, deceased,

_____
(Signature)

Robin Tate
(Print Name)

Ind. & Pers. Rep. of Est. of
Jean Ray, dec'd.
(Title)


ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)