# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
         f/k/a General Motors Corp., et al.         :         Chapter 11
                                                    :         Case No. 09-50026 (REG)
                                                    :         (Jointly Administered)
                        Debtors.                    :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On December 28, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8240) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 28th day of
December, 2010
/s/ Gea Somma_____ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Irene Porter, Deceased, by Angela Richardson
Administrator of the Estate of Irene Porter
c/o Petway Tucker & Barganier LLC
Attn: D. Bruce Petway, Esq.
2001 Park Place North, #510
Birmingham, AL 35203


Stubbs, Sills & Frye PC
Attn: Wesley M. Frye, Esq.
Attorney for Creditors
1724 South Quintard Ave
Anniston, AL 36201


<u>TRANSFEREE</u>

Longacre Opportunity Fund, L.P.
By Longacre Opportunity Management, LLC, its General Partner
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019