**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                        :
In re                                                   :          **Chapter 11 Case No.**
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*               :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*       :
                                                        :
              **Debtors.**          :          **(Jointly Administered)**
                                                        :
----------------------------------------------------------------x

## AMENDED NOTICE OF RESCHEDULING OF HEARING SET FOR JANUARY 6, 2011 AT 9:45 A.M. AND ADJOURNMENT OF ALL MATTERS

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE THAT** – As set forth below, at the request of the Court, all matters set for consideration at the hearing on January 6, 2011 at 9:45 a.m. (the "**Hearing**") in the above-captioned chapter 11 cases have been rescheduled and adjourned as reflected herein.  Accordingly, **the hearing on January 6, 2011 has been cancelled**.

## I.     ADJOURNED MATTERS

    **1.**    Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff (**ECF No. 4529**)

        Responses Filed:

        A.    Debtors' Objection to Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff and Cross-Motion for Immediate Payment (**ECF No. 6067**)

        Replies Filed:

        B.    Deutsche Bank AG's Reply in Further Support of the Motion for Relief from Automatic Stay to effect Setoff and Objection to Debtors' Cross-Motion for Immediate Payment (**ECF No. 6319**)

        Additional Documents:     None to date.

        **Status:**     This matter is adjourned until January 11, 2011 at 2:00 p.m.

2.      Third Interim Fee Application of Brownfield Partners, LLC as
        Environmental Consultants to the Debtors for Allowance of Compensation
        and Reimbursement of Expenses for the Period from February 1, 2010
        through May 31, 2010 (**ECF No. 6541**)

        Responses Filed:

        A.      Fee Examiner's Preliminary Report on the Third Interim Fee
                Application of Brownfield Partners, LLC (**ECF No. 6973**)

        B.      Response of the United States Trustee Regarding Third Interim
                Applications for Compensation and Reimbursement of Expenses
                (**ECF No. 6989**)

        C.      Fee Examiner's Summary and Recommendations - Interim Fee
                Applications Scheduled for Hearing on September 24, 2010 (**ECF
                No. 7009**)

        D.      Fee Examiner's Summary and Recommendations - Interim Fee
                Applications Scheduled for Hearing on October 26, 2010 (**ECF
                No. 7448**)

        E.      Response of the United States Trustee Regarding  Third Interim
                Application for Compensation and Reimbursement of Expenses
                (October 26, 2010 Hearing) (**ECF No. 7449**)

        F.      Fee Examiner's Report and Statement of Limited Objection to
                Third and Fourth Interim Fee Applications of Brownfield Partners,
                LLC (**ECF No. 8037**)

        G.      Fee Examiner's Twelve-Month Report and Summary of Responses
                to Fourth Interim Fee Applications (**ECF No. 8052**)

        Replies Filed:              None to date.

        Additional Documents:       None to date.

        **Status:**        This matter is adjourned until January 11, 2011 at 9:45 a.m.

3.      Fourth Interim Fee Application of Brownfield Partners, LLC as
        Environmental Consultants to the Debtors for Allowance of Compensation
        and Reimbursement of Expenses for the Period from June 1, 2010 through
        September 30, 2010 (**ECF No. 7759**)

Responses Filed:

A.    Fee Examiner's Report and Statement of Limited Objection to
      Third and Fourth Interim Fee Applications of Brownfield Partners,
      LLC (**ECF No. 8037**)

B.    Fee Examiner's Twelve-Month Report and Summary of Responses
      to Fourth Interim Fee Applications (**ECF No. 8052**)

C.    Response of the United States Trustee Regarding Third Interim
      Applications for compensation and Reimbursement of Expenses
      (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status:**      This matter is adjourned until January 11, 2011 at 9:45 a.m.

4.    Fourth Interim Application of Kramer Levin Naftalis & Frankel LLP, as
      Counsel for the Official Committee of Unsecured Creditors, for
      Allowance of Compensation for Professional Services Rendered and for
      Reimbursement of Actual and Necessary Expenses Incurred for the Period
      from June 1, 2010 through September 30, 2010 (**ECF No. 7804**)

Responses Filed:

A.    Fee Examiner's Report and Statement of Limited Objection to the
      Fourth Interim Fee Application of Kramer Levin Naftalis &
      Frankel LLP (**ECF No. 8028**)

B.    Fee Examiner's Twelve-Month Report and Summary of Responses
      to Fourth Interim Fee Applications (**ECF No. 8052**)

C.    Response of the United States Trustee Regarding Third Interim
      Applications for compensation and Reimbursement of Expenses
      (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:          None to date.

Additional Documents:   None to date.

**Status:**      This matter is adjourned until January 11, 2011 at 9:45 a.m.

5.    Amended First and Final Application of PricewaterhouseCoopers LLP for
      Allowance of Compensation for Services Rendered and for
      Reimbursement of Expenses as Special Accountants and Tax Advisors to

the Debtors and Debtors in Possession for the Period from June 1, 2009 through July 9, 2009 (**ECF No. 8059**) (**Amends ECF No. 7779**)

Responses Filed:

A.    Fee Examiner's Report and Statement of Limited Objection to First and Final Fee Application of PricewaterhouseCoopers LLP (**ECF No. 8032**)

B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:                    None to date.

Additional Documents:              None to date.

**Status:**        This matter is adjourned until January 11, 2011 at 9:45 a.m.

6.    Motion of the Roman Catholic Diocese of Pittsburgh and Transfiguration Parish for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code to Allow for Prosecution of the Civil Lawsuit Now Pending in the Court of Common Pleas of Allegheny County, Pennsylvania (**ECF No. 6872**)

Responses Filed:                  None to date.

Replies Filed:                    None to date.

Additional Documents:              Note to date.

**Status:**        This matter is adjourned until January 11, 2011 at 9:45 a.m.

7.    Debtors' Seventeenth Omnibus Objection to Claims (Tax claims Assumed by New GM) (**ECF No. 5908**)

Responses Filed:                  A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                    None to date.

Additional Documents:

A.      Order Granting Debtors' Seventeenth Omnibus Objection to
        Claims (Tax Claims Assumed by General Motors, LLC) (**ECF No. 6184**)

B.      Revised Order signed on 7/6/2010 Granting Debtors' Seventeenth
        Omnibus Objection to Claims (Tax Claims Assumed by General
        Motors, LLC) (**ECF No. 6268**)

C.      Additional Order signed on 8/12/2010 Granting Re: Debtors'
        Seventeenth Omnibus Objection to Claims (**ECF No. 6643**)

**Status:**       This matter is adjourned until February 3, 2011 at 9:45 a.m.

**8.**    Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed
          by New GM) (**ECF No. 5909**)

Responses Filed:              A summary of responses filed and their
                              related status is provided in Exhibit "A"
                              annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.      Order Granting Debtors' Eighteenth Omnibus Objection to Claims
        (Tax Claims Assumed by General Motors, LLC) (**ECF No. 6185**)

**Status:**       This matter is adjourned until February 3, 2011 at 9:45 a.m.

**9.**    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed
          by General Motors, LLC) (**ECF No. 5993**)

Responses Filed:              A summary of responses filed and their
                              related status is provided in Exhibit "A"
                              annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.      Order Granting Debtors' Twenty-Third Omnibus Objection to
        Claims (Claims Assumed by General Motors, LLC) (**ECF No. 6334**)

**Status:**       This matter is adjourned until February 3, 2011 at 9:45 a.m.

10.     Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly
        Classified Claims) (**ECF No. 6250**)

> Responses Filed:                A summary of responses filed and their
>                                 related status is provided in Exhibit "A"
>                                 annexed hereto.
>
> Replies Filed:                  None to date.
>
> Additional Documents:
>
> A.      Order Granting Debtors' Twenty-Seventh Omnibus Objection to
>         Claims (Incorrectly Classified Claims) (**ECF No. 6639**)
>
> **Status:**        This matter is adjourned until February 3, 2011 at 9:45 a.m.

11.     Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly
        Classified Claims) (**ECF No. 6251**)

> Responses Filed:                A summary of responses filed and their
>                                 related status is provided in Exhibit "A"
>                                 annexed hereto.
>
> Replies Filed:                  None to date.
>
> Additional Documents:
>
> A.      Order Granting Debtors' Twenty-Eighth Omnibus Objection to
>         Claims (Incorrectly Classified Claims) (**ECF No. 6628**)
>
> **Status:**        This matter is adjourned until February 3, 2011 at 9:45 a.m.

12.     Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly
        Classified Claims) (**ECF No. 6252**)

> Responses Filed:                A summary of responses filed and their
>                                 related status is provided in Exhibit "A"
>                                 annexed hereto.
>
> Replies Filed:                  None to date.
>
> Additional Documents:
>
> A.      Order Granting Debtors' Twenty-Ninth Omnibus Objection to
>         Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

**Status:**      This matter is adjourned until February 3, 2011 at 9:45 a.m.

13.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6253**)

    Responses Filed:      A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:      None to date.

    Additional Documents:

    A.     Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

    **Status:**      This matter is adjourned until February 3, 2011 at 9:45 a.m.

14.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6255**)

    Responses Filed:      A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:      None to date.

    Additional Documents:

    A.     Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

    **Status:**      This matter is adjourned until February 3, 2011 at 9:45 a.m.

15.     Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

    Responses Filed:      A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:      None to date.

    Additional Documents:

    A.     Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**          This matter is adjourned until February 3, 2011 at 9:45 a.m.

16.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

Responses Filed:              A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.       Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

**Status:**          This matter is adjourned until February 3, 2011 at 9:45 a.m.

17.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

Responses Filed:              A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.       Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

**Status:**          This matter is adjourned until February 3, 2011 at 9:45 a.m.

18.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

Responses Filed:              A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.    Order Granting Debtors' Eighty-Ninth Omnibus Objection to
      Claims and Motion Requesting Enforcement of Bar Date Orders
      (Late-Filed Claims) (**ECF No. 7668**)

**Status:**        This matter is adjourned until February 3, 2011 at 9:45 a.m.

19.    Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting
       Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:              A summary of responses filed and their
                              related status is provided in Exhibit "A"
                              annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.    Order Granting Debtors' Ninetieth Omnibus Objection to Claims
      and Motion Requesting Enforcement of Bar Date Orders (Late-
      Filed Claims) (**ECF No. 7669**)

**Status:**        This matter is adjourned until February 9, 2011 at 9:45 a.m.

20.    Debtors' Ninety-Second Omnibus Objection to Claims and Motion
       Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF
       No. 6999**)

Responses Filed:              A summary of responses filed and their
                              related status is provided in Exhibit "A"
                              annexed hereto.

Replies Filed:                None to date.

Additional Documents:

A.    Order Granting Debtors' Ninety-Second Omnibus Objection to
      Claims and Motion Requesting Enforcement of Bar Date Orders
      (Late-Filed Claims) (**ECF No. 7671**)

**Status:**        This matter is adjourned until February 9, 2011 at 9:45 a.m.

**21.**    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

    Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:        None to date.

    Additional Documents:

    A.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

    **Status:**    This matter is adjourned until February 9, 2011 at 9:45 a.m.

**22.**    Debtors' Ninety-Seventh Omnibus Objection to Claims (Non Liabiltiy GMAC Debt Claims) (**ECF No. 7004**)

    Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:        None to date.

    Additional Documents:

    A.    Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

    **Status:**    This matter is adjourned until February 9, 2011 at 9:45 a.m.

**23.**    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

    Responses Filed:        A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:        None to date.

    Additional Documents:

    A.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**        This matter is adjourned until February 9, 2011 at 9:45 a.m.

24.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

>   Responses Filed:                A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

>   Replies Filed:                None to date.

>   Additional Documents:

>   A.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

>   **Status:**        This matter is adjourned until February 9, 2011 at 9:45 a.m.

25.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

>   Responses Filed:                A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

>   Replies Filed:                None to date.

>   Additional Documents:

>   A.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

>   **Status:**        This matter is adjourned until February 9, 2011 at 9:45 a.m.

26.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

>   Responses Filed:                A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

>   Replies Filed:                None to date.

Additional Documents:

A.  Order Granting Debtors' 102nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7681**)

**Status:**     This matter is adjourned until February 9, 2011 at 9:45 a.m.

27.  Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:           A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:             None to date.

Additional Documents:

A.  Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:**     This matter is adjourned until February 9, 2011 at 9:45 a.m.

28.  Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:           A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:             None to date.

Additional Documents:

A.  Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7687**)

**Status:**     This matter is adjourned until February 9, 2011 at 9:45 a.m.

29.  Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

<u>Responses Filed</u>:                A summary of responses filed and their
                                 related status is provided in Exhibit "A"
                                 annexed hereto.

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:            None to date.

**<u>Status:</u>**        This matter is adjourned until January 11, 2011 at 9:45 a.m.

**30.**    Debtors' Objection to Proof of Claim No. 70464 Filed by Beverly E.
         Smith (**ECF No. 7999**)

<u>Responses Filed</u>:                None to date.

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:            None to date.

**<u>Status:</u>**        This matter is adjourned until January 11, 2011 at 9:45 a.m.

**31.**     Motion to File Proof of Claim After Claims Bar Date or, in the
Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez
(ECF **No. 5747**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is adjourned to February 3, 2011 at 9:45 a.m.


Dated: New York, New York
       December 28, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

## Exhibit A

## Responses to Omnibus Objections to Claims

**Seventeenth Omnibus Objection**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| State of Michigan, Department of Treasury | 6109 | 62066 70125 68606 | adjourned | 2/3/2011 at 9:45 a.m. |
| Ohio Department of Taxation | 6107 | 29386 29383 29384 29385 | adjourned | 2/3/2011 at 9:45 a.m. |

**Eighteenth Omnibus Objection**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CITY & COUNTY OF SAN FRANCISCO | informal | 22144 | adjourned | 2/3/2011 at 9:45 a.m. |

**Twenty-Third Omnibus Objection**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY | informal | 1157 | adjourned | 2/3/2011 at 9:45 a.m. |
| IMPACT GROUP | 6240 | 38928 | adjourned | 2/3/2011 at 9:45 a.m. |
| OCE NORTH AMERICA INC | 6270 | 7524 | adjourned | 2/3/2011 at 9:45 a.m. |

## Twenty-Seventh Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SIMPSON/KULIS, RACHEL | 6447 | 16113 | adjourned | 2/3/2011 at 9:45 a.m.. |
| JOHNSON, LEON | 6446 | 16114 | adjourned | 2/3/2011 at 9:45 a.m. |
| MARVIN ECHOLS | 6445 | 44240 | adjourned | 2/3/2011 at 9:45 a.m. |
| DOYLE CARMACK | 6475 | 45836 | adjourned | 2/3/2011 at 9:45 a.m. |
| DILKS, DEBORAH | 6510 | 22922 | adjourned | 2/3/2011 at 9:45 a.m. |
| MICHAEL T JONES 2ND ACTION | 6513 | 29055 | adjourned | 2/3/2011 at 9:45 a.m. |
| BUCKLEY, JEANINE | 6735 |  | adjourned | 2/3/2011 at 9:45 a.m. |

## Twenty-Eighth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ACUMENT GLOBAL TECHNOLOGIES INC | 6453 | 60693 | adjourned | 2/3/2011 at 9:45 a.m. |

## Twenty-Ninth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| 295 PARK AVENUE CORP. | 6454 | 45107 | adjourned | 2/3/2011 at 9:45 a.m. |

| DEMASSI CADILLAC CO INC | 6454 | 45110 | adjourned | 2/3/2011 at 9:45 a.m. |
| DEMASSI ENTERPRISES | 6454 | 45111 | adjourned | 2/3/2011 at 9:45 a.m. |

### Thirtieth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JOHN L REMSEN PERSONAL REPRESENTATIVE | 6454 | 45109 | adjourned | 2/3/2011 at 9:45 a.m. |
| PAULINE DEMASSI | 6454 | 45112 | adjourned | 2/3/2011 at 9:45 a.m. |

### Thirty-Second Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ROBERT A DEMASSI EXECUTOR | 6454 | 45108 | adjourned | 2/3/2011 at 9:45 a.m. |

### Thirty-Ninth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GARDNER CHEVROLET-OLDSMOBILE-CADILLAC, INC. | 7034 | 23187 | adjourned | 2/3/2011 at 9:45 a.m. |
| SERRA CHEVROLET, INC | 6987 | 69381 | adjourned | 2/3/2011 at 9:45 a.m. |
| WEST COVINA MOTORS, INC. | 7008 | 59084 | adjourned | 2/3/2011 at 9:45 a.m. |

| | | | | |
|---|---|---|---|---|
| CORAL CADILLAC INC | 7035 | 58892 | adjourned | 2/3/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58893 | adjourned | 2/3/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58894 | adjourned | 2/3/2011 at 9:45 a.m. |
| CORAL CADILLAC INC | 7035 | 58895 | adjourned | 2/3/2011 at 9:45 a.m. |

## Eighty-Second Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| WALTER J LAWRENCE | 7022 | 21225 | adjourned | 2/3/2011 at 9:45 a.m. |

## Eighty-Third Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HICKMAN, ROBERT R | informal | 51346 | adjourned | 2/3/2011 at 9:45 a.m. |
| SCHNEIDER, DARLENE M | informal | 36256 | adjourned | 2/3/2011 at 9:45 a.m. |
| SCHNEIDER, DARLENE M | informal | 36257 | adjourned | 2/3/2011 at 9:45 a.m. |
| BELLAIRE, LINDA K | 6972 and 7076 (duplicates) | 62922 | adjourned | 2/3/2011 at 9:45 a.m. |
| TURNER, DAVID E | informal | 47967 | adjourned | 2/3/2011 at 9:45 a.m. |

| | | | | |
|---|---|---|---|---|
| TURNER DAVID E | informal | 47968 | adjourned | 2/3/2011 at 9:45 a.m. |
| PURNELL, CALVIN H | informal | 62124 | adjourned | 2/3/2011 at 9:45 a.m. |
| ALFRED MCMULLEN | 6968 | 30614 | adjourned | 2/3/2011 at 9:45 a.m. |
| JOSEPH COBBLE JR. | 7074 | 64959 | adjourned | 2/3/2011 at 9:45 a.m. |

## Eighty-Ninth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GERALD A KOLB | 7367 | 69719 | adjourned | 2/3/2011 at 9:45 a.m. |
| LUGO AUTO SALES INC | 7458 | 69135 | adjourned | 2/3/2011 at 9:45 a.m. |
| MONTY R & LISA K HENDERSON | informal | 70303 | adjourned | 2/3/2011 at 9:45 a.m. |
| FELIPE ESQUIBEL | 7407 | 70259 | adjourned | 2/3/2011 at 9:45 a.m. |
| JOHN PIERRO | 7563 | 69842 | adjourned | 2/3/2011 at 9:45 a.m. |

## Ninetieth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JONES, PEARLY M | informal | 69398 | adjourned | 2/9/2011 at 9:45 a.m. |
| TOMPACH, FAYE M | informal | 69451 | adjourned | 2/9/2011 at 9:45 a.m. |

## Ninety-Second Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HERR BARRY E | informal | 68130 | adjourned | 2/9/2011 at 9:45 a.m. |

## Ninety-Sixth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CECELIA N BEST TTEE | informal | 68939 | adjourned | 2/9/2011 at 9:45 a.m. |

## Ninety-Seventh Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| M FELBER & F FELBER TTEE | 7301 | 18359 | adjourned | 2/9/2011 at 9:45 a.m. |

## Ninety-Eighth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SHERIF RAFIK KODSY | 7309 | 69683 | adjourned | 2/9/2011 at 9:45 a.m. |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23034 | adjourned | 2/9/2011 at 9:45 a.m. |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23035 | adjourned | 2/9/2011 at 9:45 a.m. |

## One Hundredth Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| STEPHAN THEIS | 7476 | 29823 | adjourned | 2/9/2011 at 9:45 a.m. |
| TIBBS, SARLOWER OLIVIER | informal | 64968 | adjourned | 2/9/2011 at 9:45 a.m. |

## 101st Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| REYES, SHARRON S | informal | 7625 | adjourned | 2/9/2011 at 9:45 a.m. |

## 102nd Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| BELL, SHARON A | 7492 | 68029 | adjourned | 2/9/2011 at 9:45 a.m. |

## 103rd Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ALARIE, LOUIS J | 7490 | 19527 | adjourned | 2/9/2011 at 9:45 a.m. |
| FLOYD JANKOWSKI | 7353 | 10327 | adjourned | 2/9/2011 at 9:45 a.m. |

| FRANK J. CELSNAK | 7324 | 21175 | adjourned | 2/9/2011 at 9:45 a.m. |
| GEORGE LEEDOM | 7401 | 49601 | adjourned | 2/9/2011 at 9:45 a.m. |
| GEORGE LEEDOM | 7401 | 49602 | adjourned | 2/9/2011 at 9:45 a.m. |
| GEORGE W CONRAD | informal | 31467 | adjourned | 2/9/2011 at 9:45 a.m. |

## 107th Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ANN MCHUGH | 7433 | 61832 | adjourned | 2/9/2011 at 9:45 a.m. |
| MCHUGH, ANN F | 7433 | 61833 | adjourned | 2/9/2011 at 9:45 a.m. |
| MCHUGH, ANN F | 7433 | 61835 | adjourned | 2/9/2011 at 9:45 a.m. |

## 110th Omnibus Objection

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| New Flyer of America Inc. | 8232 | 66317 | adjourned | 1/11/2011 at 9:45 a.m. |