# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                        :
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,                         :
       f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                              :    Case No. 09-50026 (REG)
                                                              :    (Jointly Administered)
                Debtors.                           :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                       ) ss
COUNTY OF **SUFFOLK**  )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 29, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8329) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                            /s/ Chanpreet Kondal
                                                           Chanpreet Kondal

Sworn to before me this 29th day of
December, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Robin Tate, individually and as personal representative
of the wrongful death beneficiaries of Jean Ray, deceased
c/o Chapman Lewis & Swan
Attn: J. Harland Webster
PO Box 428
Clarksdale, MS 38614-0428

Robin Tate, individually and as personal representative
of the wrongful death beneficiaries of Jean Ray, deceased
c/o Chapman Lewis & Swan
Attn: Ralph E. Chapman, Attorney for Creditor
PO Box 428
Clarksdale, MS 38614-0428

<u>TRANSFEREE</u>

TRC Optimum LLC
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518