**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | :    **Chapter 11** |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | :    **Case No. 09-50026 (REG)** |
|      **f/k/a General Motors Corp.,** *et al.,* | : |
| | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |

------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                      ) ss:
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

    1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.     On December 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 132nd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 8299]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                          /s/ Kimberly Gargan
                                          Kimberly Gargan

Sworn to before me this
30th day of December 2010

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires: February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
                                      :
In re                                 :          Chapter 11 Case No.
                                      :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :          **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*   :
                                      :
        Debtors.                      :          (Jointly Administered)
                                      :
--------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan** |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the **"Objection"**).

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  As such, the Debtors believe that Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the extent your proof of claim asserts a claim other than for principal plus accrued and unpaid interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on account of that specific claim, although the entitlement to receive distributions through the fiscal and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 3, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **January 27, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.     Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.     Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.     Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

       If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

       If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

       **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
      December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

3C GMBH, KONIGSTEIN
MEISENWEG 8A
61462 KONIGSTEIN GERMANY

A DOPPELHAMMER
GEORG STROBEL STR 54
D 90489 NUERNBERG GERMANY

A DORINGNAUX
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L 1855 LUXEMBOURG  EUROPE BELGIUM

A KLAUS HOFMANN
23/65 MOO 2 THEPKASATTRI RD
T KOH KAEW
BOAT LAGOON
PHUKET 38000 THAILAND

A KLAUS HOFMANN
23/65 MOO 2 THEPKASATTRI RD
T KOH KAEW
BOAT LAGOON
PHUKET 38000 THAILAND

A KLAUS HOFMANN
23/65 MOO 2 THEPKASATTRI RD
T KOH KAEW
BOAT LAGOON
PHUKET 38000 THAILAND

A KLAUS HOFMANN
23/65 MOO 2 THEPKASATTRI RD.
T KOH KAEW
BOAT LAGOON
PHUKET 38000  THAILAND

A L HAGENDOORN
PARKLAAN 8
3262 EW OUD-BEYERLAND NETHERLANDS

AARON GERLACH/LEGAL REPRESENTATIVE RITA GE
C/O RITA GERLACH
E-THALMANN-STR 129
98617 EINHAUSEN GERMANY

ABC-STIFTUNG FUER LATEINAMERIKA
HAUPTSTR 2
TUTZING 82327  GERMANY

ABELLO ADA AMIONE BERNARDINO
VIA TRIESTE 3
12037 SALUZZO CN ITALY

ACHIM KAUTE
ROMERHOFALLEE 53
50226 FRECHEN  GERMANY

ACHIM PFAFF
AM STEINBRUCH 2
GEISELBACH 63826 GERMANY

ACHIM SCHMID
RHEINBACHER STRASSE 12
D 50937 KOELN GERMANY

ACHIM SCHMID
RHEINBACHER STRASSE 12
D 50937 KOELN GERMANY

ACHIM SCHMID
RHEINBACHER STRASSE 12
D-50937 KOELN GERMANY

ACHNER, SIEGRID
FERDINAND-KOBELL-STR 33
85540 HAAR GERMANY

ACQUISTO SALVATORE
RUE DUFONTENY 74
7141 CARNIERES BELGIUM

ACTIS PERINETTO EMMA COLTRO TERESIO
VIA VITTORIO EMANUELE 310
12042 BRA - CN - ITALY

ADAM APFELD
ROTENSTEINER STR 23
66981 MUENCHWEILER A D RODALB, GERMANY

ADAM BURY
RUE DE NALINNES
6001 MARCINELLE BELGIUM

ADAM KAISER
GOLDBERGWEG 8/1
D-71686 REMSECK GERMANY

ADAM KOMAR-SZULCZYNSKI
OS PRZEMYSLAWA 8C, APT 3
61-064 POZNAN, POLAND

ADAM KOMAR-SZULCZYNSKI
OS. PRZEMYSLAWA 8C, APT 3
61-064 POZNAN, POLAND

ADAMO FEDERICO MARIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ADAMO VALENTINA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ADELHEID GUNDLACH
KREUZWEG 21
31582 NIENBURG/WESER AR GERMANY

ADELHEID HARMS
KARL-DIETER-STR.14
LUDWIGSBURG DE 71636 GERMANY

ADELINA MONCHO DUARTE
C/GUILLEM TELL 24 4O2A
08006 BARCELONA SPAIN

ADOLF BOCK
BEIM FISCHHAUS 2
86609 DONAUWOERTH GERMANY

ADOLF BOCK
BEIM FISCHHAUS 2
86609 DONAUWOERTH GERMANY

ADOLF BOSCH
HOFENSTR 2
72351 GEISLINGEN  GERMANY

ADOLF HOFFMANN
OFFERMANNSHEIDER STR 171
51515 KUERTEN GERMANY

ADOLF PRIBIL
BECHTSANWALT
MAG ULRICH SALBURG
1070 WIEN NEUSTIGRASSE 3/6

ADOLF PRIBIL
MAG UHD SAIBUAC
LAW OFFICE
NEWSLIFTGASSA 316
A 1070 WIEN AUSTRIA

ADOLF SCHOERG
KAISERALLEE 38
2100 KORNEUBURG

ADOLF SCHWINN
KRAHENWEG 16
66740 SAARLOUIS GERMANY

ADOLF SCHWINN
KRAHENWEG 16
D66740 SAARLOUIS GERMANY

ADOLF SCHWINN
KRAHENWEG 16
D66740 SAARLOUIS, GERMANY

ADOLF SCHWINN
KRAHENWEG 16
D66740 SAARLOUIS, GERMANY

ADOLF U. INGEBORG ECHTE
EICHHORNSTR. 56/415
78464 KONSTANZ GERMANY

ADOLINE JANSEN
HOMPESCHSH 49
D-52249 ESCHWEILER GERMANY

ADRIAN FRANK
454 ROUTE DE LONGWY
L 1940 LUXEMBOURG EUROPE

ADRIAN HANUSSEK
ANDREAS-SCHECK-STR 25
75417 MUHLACKER, GERMANY

ADRIAN KAI BRUNNHOEFER
LEHMKAUTSTRASSE 3
65931 FRANKFURT GERMANY

ADRIAN POP
GOERDELERSTRASSE 12
WIESBADEN 65197 GERMANY

ADRIAN SCHMIEDER
ZEILSHEIMER STR 43
65719 HOFHEIM GERMANY

ADRIAN SCHMIEDER
ZEILSHEIMER STR. 43
65719 HOFHEIM, GERMANY

ADRIANO DE PAOLI
VIA MILANO 50
47042 CESENATICO  ITALIA

AGNES MATHILDE DEUSSEN
HEISTERWEG 11
GREVENBROICH 41516 GERMANY

AGNES RITA PAULSSEN
AM HAARBERG 68
52080 AACHEN GERMANY

A-I TRUST DTD 8/3/06 US MANAGEMENT & FIDUCIARY INC
C/O ALFONSO ALDRETE
350 10TH AVE, STE 1150
SAN DIEGO, CA 92101

AIELLO DANIELA
PIAZZA ARENELLA 7 (PARCO IVASTI) SCNIS
80128 NAPOL ITALY

AIME REMY
RUE DURLET 44
BE-6180 COURCELLES, BELGIUM

ALAERTS, DIANNE
GRAUMEREWEG 7
3053 HAASRODE, BELGIUM

ALAIMO
UBS (LUXEMBOURG) S A
33A AVENUE J F KENNEDY
L-1855 LUXEMBOURG

ALAIMO, FRANCESCO
CHAUSEE DE WAVRE 52
1050 IXELLES BELGIUM

ALAIN PETIT
RUE THIERNESSE, 38
1070 BRUXELLES BELGIUM

ALAIN SCHIFF-FRANCOIS
AM MUEHLEBACH 1
D-75219 STAUFEN, GERMANY

ALAIN VANDE BROECK
BOULEVARD DEVREUX 12
6000 CHARLEROI  BELGIUM

ALBAN & MARIANNE STAHL
BEETHOVENSTR 6
97520 HEIDENFELD GERMANY

ALBEL TRADING CORP
C/O BANCO PORTUGUES DE NEGOCIOS SA
SETTLEMENT AND CUSTODIAN SECURITIES DEPARTMENT
AV. ANTONIO AUGUSTO AGUIAR 132
1050-020 LISBOA PORTUGAL

ALBERICI ANTONELLO
STRADA DELLA REPUBBLICA 103
43100 PARMA ITALY

ALBERT BACHMANN
NOETTELEINWEG 96
NUERNBERG DE 90469  GERMANY

ALBERT BERGMAIR
WALDSTRAßE 10
85051 INGOLSTADT GERMANY

ALBERT DELALONDE
684 AVENUE MAXENCE VAN DER MEERSCH
62780 CUCQ FRANCE

ALBERT DELALONDE
SHEARMAN & STERLINE LLP
DOUGLAS BARTNER AND SUSAN FENNESSEY
599 LEXINGTON AVE
NEW YORK, NY 10022

ALBERT FRIES
RVB NEMBURG
Z UDI HR HORNIH
SCHRANNEUPLATZ 209
86633 NEUBURG  GERMANY

ALBERT FRIES
RVB NEUBURG
ZHD HR HORNICK
AM SCHRANNENPLATZ 209
86633 NEUBURG GERMANY

ALBERT FRIES
RVB NEUBURG
ZHD HR HORUIBE
SCHRANNENPLATZ 209
86633 NEUBURG

ALBERT FRIES
RVB NEUBURG
ZHD HR HOTNIK
AM SCHRANNENPLATZ 209
86633 NEUBURG GERMANY

ALBERT HULEUX
RUE DE LA HAUTE FOLIE 54
7062 NAAST BELGIUM

ALBERT KUNKEL
HOEFERWEG 33
KARBEN 61184 GERMANY

ALBERT METZLER
SHIRMERSTR 33
D-70378 STUTTGART, GERMANY

ALBERT WEICKMANN
TULLASTRASSE 10
68161 MANNHEIM GERMANY

ALBERT WINKEL
ROISDORFERSTR 4
50969 KOLN GERMANY

ALBERTINE SWERAK
GEORG FREISSLEBEN GASSE 5
1140 WIEN AUSTRIA

ALBERTO NASO
VIA DI CORTICELLA 7
40128 BOLOGNA ITALY

ALBERTO NASO
VIA DI CORTICELLA 7
40128 BOLOGNA ITALY

ALBERTUS DR  GUENTHER
BRAMSCHERSTRASSE 51
D 49088 OSNABRUECK, GERMANY

ALBIN MAAG
HANNAH-HOECH-STR 14
51375 LEVERKUSEN  GERMANY

ALBIN MAAG
HANNAH-HOECH-STR 14
51375 LEVERKUSEN, GERMANY

ALBRECHT  FLOR
PROF BAUER STR 1
97294 UNTERPLEICHFELD  GERMANY

ALBRECHT ALTES
WINDHOF 5
67745 GRUMBACH GERMANY

ALBRECHT FLOR
PROF BAUER STR 1
97294 UNTERPLEICHFELD  GERMANY

ALBRECHT FLOR
YUMEI TAN-FLOR
PROF-BAUER-STR 1
97294 UNTERPLEICHFELD  GERMANY

ALBRECHT SCHOCK
ZIMMERPLATZ 5
74532 ILSHOFEN  GERMANY
_,

ALBRECHT TAPPE
JAHNSTR. 76
72108 ROTTENBURG GERMANY

ALEN GRES
C/O BIW, AG
HAUSBROICHER STR 222
CUSTODIAL ACC 1001245629
47877 WILLICH GERMANY

ALEN GRES
SLOVENSKA 2
10 000 ZAGREB CROATIA

ALEN GRES
SLOVENSKA 2
10000 ZAGREB CROATIA

ALEN GRES
SLOVENSKA 2.
10000 ZAGREB CROATIA

ALESSANDRA  ADRIANA LUISA ROSSI
VIALE GIOSUÈ CARDUCCI 48
55049 VIAREGGIO ITALY

ALESSANDRA PADOVAN
VIA DELLA REPUBBLICA 29
BIELLA ITALY 13900

ALESSANDRI RICCARDO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MANGENTA N 42
20123 MILANO ITALY

ALESSANDRO MORAGHI
VIA VOLTA 36
GAVIRATE (VA) 21026 ITALY

ALEX E KUHN
KUMMRUTISTRASSE 52
CH 8810 HORGEN  SWITZERLAND

ALEX VIOLA
MILANO STREET, 25
38100 TRENTO ITALY

ALEXA FRUEH
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

ALEXA PHILIPP
SPANDAUER STR 2
10178 BERLIN GERMANY

ALEXANDER BECK
EBRANTSHAUSER STR 8
84048 MAINBURG GERMANY

ALEXANDER BIALKOWSKI
ADENAUERRING 11
D 90552 ROTHENBACH GERMANY

ALEXANDER DREWEKE
OESTLICHE RINGSTRASSE 6
85049 INGOLSTADT GERMANY

ALEXANDER GEBAUER
FRANZ BRAUN
CLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 RUENCHEN GERMANY

ALEXANDER GOTZE
GARTENSTR 18
D-45659 RECKLINGHAUSEN GERMANY

ALEXANDER GRAF
MUENSTERSTRASSE 293
52076 AACHEN GERMANY

ALEXANDER HOBINKA
HOCHSTRASSE 9
D57555 MUDERSBACH GERMANY

ALEXANDER KLAPF
SCHOERGELGASSE 68E
A-8010 GRAZ AUSTRIA

ALEXANDER LICHMAN
SPARRHAERMLINGWEG 77 B
70376  STUTTGART GERMANY

ALEXANDER MAXIMINI
IM AVELERTAL 47
TRIER DE 54295  GERMANY

ALEXANDER MENZ
HANS EBERHARD & MARIANNE MENZ
ZUR KORNKAMMER 3
D50933 KOLN GERMANY

ALEXANDER MENZ
STEINRUTSCHWEG 7
D50767 KOLN (PESCH) GERMANY

ALEXANDER PETER
LIX STR 9
74072 HEILBRONN GERMANY

ALEXANDER RAUSCH
ZUNFTSTR 23
HALDENWANG 87490

ALEXANDER SCHMID
NECKARTENZLINGER STR 51
72657 ALTERNRIET GERMANY

ALEXANDER SCHROER
KAPELLENWEG 4-6
69234 DIELHEIM GERMANY

ALEXANDER SELL
SOMMERWEG 25
88048 FRIEDRICHSHAFEN GERMANY

ALEXANDER TAVERNARO
TAGETESWEG 15
60433 FRANKFURT GERMANY

ALEXANDER WESTPHAL
RUBEN-WOLF-STR. 28
D-12524 BERLIN GERMANY

ALEXANDER WESTPHAL
RUBEN-WOLF-STR. 28
D-12524 BERLIN GERMANY

ALEXANDIA WOELL
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

ALEXANDRA JAKOBI
ZUR HOHE 4
35066 FRANKENBERG GERMANY

ALEXANDRA KURSAWE
PARKSTETTENER STRASSE 22
94356 KIRCHROTH GERMANY

ALEXANDRA MARIA BECKER-BURG
IM STEINBORN 13
54329 KONZ-OBEREMMEL / GERMANY

ALEXANDRA MULLER
LICHTENSTEINSTR 34
72124 PLIEZHAUSEN GERMANY

ALEXANDRA OSHEGE
MEPPENER STR 27
48155 MUENSTER GERMANY

ALEXANDRA WOELL
IM VOGELSBERG 14
56368 KATZENELNBOGEN  GERMANY

ALEXANDRA WOELL
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

ALEXANDRA WOELL
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

ALEXANDRA WOELL
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

ALEXANDRA WOELL
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

ALEXANDRE WORONOFF
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

ALFONS OTZIPKA
MITTELSTR 4
D-48691 VREDEN GERMANY

ALFONS REINHARDT
KIRSCHGARTENSTRASSE 43
67146 DEIDESHEIM GERMANY

ALFRED & ELIZABETH SATTLER
BAHNOFSTR 105
63533 MAINHAUSEN GERMANY

ALFRED & GABI MUHLEIS
AM TURNPLATZ 12
D-95158 KIRCHENLAMITZ GERMANY

ALFRED & GABI MUHLEIS
AM TURNPLATZ 12
D-95158 KIRCHENLAMITZ GERMANY

ALFRED FRASSL U. GERDA FRASSL
KARL BEKEHRTY STRASSE 70
1140 WIEN AUSTRIA

ALFRED GARTZ, EVELIN GARTZ
FURTENBACH STR 14
90453 NUERNBERG GERMANY

ALFRED JOECHTL
BECHSTEIN STR 3
D-80804 MUNICH GERMANY

ALFRED KIRCHER
AN DER BETZ 35
36041 FULDA GERMANY

ALFRED KROBATH
MARSCHALLGASSE 11
8020 GRAZ AUSTRIA EUROPE

ALFRED LENZ
MONREALER STR 17
56761 DUNGENHEIM GERMANY

ALFRED LENZ
MONREALER STR 17
56761 DUNGENHELM
GERMANY

ALFRED PLOECHINGER
R6,8
68161 MANNHEIM GERMANY

ALFRED ROSENKRANTZ
FONTRAEGASSE 17
1150 WIEN AUSTRIA

ALIA GIUSEPPINA
VIA UMBERTO N 142
98039 TAORMINA ME  ITALY

ALIAS DESIGN & VERMOGENSVERW GMBH
ABENSBERGER STR 29
84048 MAINBURG  GERMANY

ALICE BEECKAERT
LEIESTRAAT   23
8800 ROESELARE BELGIUM

ALICE EECKHOUT
NOORDSTRAAT  88 B 1
8800  ROESELARE BELGIUM

ALICE POLLMANN
MOLTKESTRASSE 17 B
42799 LEICHLINGEN GERMANY

ALIKI PERRI
C/O LOMBARD ODIER DARIER HENTSCH & CIE
RUE DE LA CORRATERIE 11
CASE POSTALE 5215
1211 GENEVE 11 SWITZERLAND

ALJOSCHA DOMES
RUTSCHBAHN 5
20146 HAMBURG, GERMANY

ALKE EICHLER-STAHLBERG
OBERE REGENSTRASSE 14
93059 REGENSBURG GERMANY

ALLEGRETTI FABIO MARIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ALLIANZ BANK FINANCIAL ADVISORS SPA
C/O ALLIANZ BANK FINANCIAL ADVISORS SPA
PIAZZALE LODI, 3
20137 MILANO ITALY

ALLIANZ BANK FINANCIAL ADVISORS SPA
PIAZZALE LODI 3
20137 MILANO ITALY

ALLIED BANKING CORP (PHILS)
ATTN  MR DANILO N LORENZO SVP
3/F TREASURY DIVISION, ALLIED BANK CENTER
AYALA AVENUE
MAKATI CITY PHILIPPINES 0716

ALLIO PAOLO BARRA RINA
VIA BOSCO MEIRANO 6
12030 SANFRONT CN ITALY

ALLOGGIO TADDEO FRANCO - ARTESI MARIANGELA
ALLOGGIO STEFANO LEANDRO
VIA MONGIOCE 14/40
10098 RIVOLI (TO) ITALY

ALMIRA RUEHLE
ERNST-THAELMANN-STR. 1
15754 HEIDESEE GERMANY

ALNER LUKAS
PZIVAT BANZ AG  C/O MORAUCIE
OPERNGASSE 2
A-1010 WIEN AUSTRIA

ALOIS BREY
KURT-SCHUMACHER-STR. 56
97422 SCHWEINFURT GERMANY

ALOIS MARX
KAPLAN SCHLICKER STR 15
56743 MENDIG GERMANY

ALOIS PRANTER
VIA ADIGE 37
39025 NATURNO BZ ITALY

ALOYSIA LUDWIG
ROMERSTR 10
80801 MUNCHEN GERMANY

ALPHA BANK A E
FINANCIAL MARKETS PLANNING & TRADING DIVISION
40 STADIOU STREET
102 52 ATHENS, GREECE

ALPHA BANK A E
PRIVATE BANKING
5 MERLIN ST
106 71 ATHENS GREECE

ALPHA BANK A E
PRIVATE BANKING
5 MERLIN ST
10671 ATHENS GREECE

ALTE POST AACHEN GMBH
C/O TORSTEN POTT
KAPUZINERGRABEN 19
52062 AACHEN
GERMANY

ALVYDAS JASIUNAS
ZIBUCIU 38 PANEVEZYS
LT-37455 LITHUANIA

AMADE TADAYYON - GILANI
SCHOTTENFELDGASSE 77/28
1070 VIENNA AUSTRIA

AMADIO RICCARDO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

AMAGERBANKEN AMAGERBANKEN
AMAGERBROGADE 25
DK-2300  COPENHAGEN DK DENMARK

AMAGERBANKEN AMAGERBANKEN
AMAGERBROGADE 25
DK-2300 COPENHAGEN DK DENMARK

AMANDA WOLFRUM
TANNENRAIN 8
95131 SCHWARZENBACH/WALD GERMANY

AMBROGIANI EVARISTO, FRANCA, GIORGIA, SERGIO
AMBROGIANI FRANCA
VIA GAGLIANI 4
47813 BELLARIA IGEA MARINA ITALY

AMELIE ALISHA JAKOBI
KOHLERSTR. 2
D-75365 CALW GERMANY

AMELIE WADEWITZ
BERND WADEWITZ
RHODODEDRONWEG 15
80935 MUNICH GERMANY

AMORATI SANDRO - AMORATI MARIA
VIA LOUIS BRAILLE 3
CASALORANDE (RE) ITALY 42013

ANASTASIA HARTMANN
FLURSTR 4
99734 NORDHAUSEN  GERMANY

ANATOLIY TROTSENKO
WALDRANDGASSE 12C/3
KLAGENFURT AUSTRIA A-9020

ANCONA PAOLO
VIA BONCOMPAGNI 6
187 ROMA RM ITALY

ANCONA PAOLO BONTEMPI ROMANA
VIA BONCOMPAGNI 6
187 ROMA RM ITALY

ANDERS SVAERKE
TREKANTEN 3, ST. 4
4200 SLAGELSE DENMARK

ANDOLF PRIBIL
MEG ULICH JALBURG
LAW OFFICE
NEUST STRASSE 3/G
A 1070 WIEN AUSTRIA

ANDOLF PRIBIL
RECHTSANWALT
MADULRICH SALBURG
1070 WIEN NEUSTITTGASSE 3/6

ANDRE BRAUKMANN
SEEHOFSTRASSE 15A
60594 FRANKFURT GERMANY

ANDRÉ BURKART
RIETBRUNNEN 43
PFÄFFIKON 8808 SWITZERLAND

ANDRE HAWKRIDGE
FELDGERICHTSTRASSE 4
60320 FRANKFURT GERMANY

ANDRE KABAKOW
KIESMUELLERSTR. 20
81549 MUNICH GERMANY

ANDRE PATROUILLIE
LEON BOEREBOOMLAAN 39
ZAVENTEM BELGIUM

ANDRE STUER
6 BURGESS DR
TEWANTIN QLD 4565  AUSTRALIA

ANDREA BEIERLEIN
AM HERRENWEIHER 3
91180 HEIDECK GERMANY

ANDREA BOCKS
NIEDERSCHWARZBACH 14
METTMANN 40822 GERMANY

ANDREA DETTMAR
C/O ADELHEID GUNDLACH
KREUZWEG 21
31582 NIENBURG/WESER AR GERMANY

ANDREA ENGEL
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

ANDREA FREUNDLIEB
GRUNEWALDSTR 91
BERLIN 10823, GERMANY

ANDREA GAUSS
GARTENSTRASSE 37
72074 TUEBINGEN GERMANY

ANDREA KIENER-SCHNEIDER
RHANER ZELL 13
D-93488 SCHOENTHAL GERMANY

ANDREA KIENER-SCHNEIDER
RHANER ZELL 13
D-93488 SCHOENTHAL GERMANY

ANDREA KRUEGER
HAVERMANNSTIEG 6
HAMBURG  22177 GERMANY

ANDREA LAMBRECHT
SCHWARZSTRASSE 13-15
5020 SALZBURG AUSTRIA

ANDREA LAWITSCHKA-LENDLE
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART  GERMANY

ANDREA MARCHIO'
VIA DANTE ALIGHIERI 20
22070 LIMIDO COMASCO ITALY

ANDREA NEBEL
SCHUBERTSTR. 6
MAINZ 55130  GERMANY

ANDREA PFUENDER
KARL-THEODOR-STRASSE 31A
80803 MUNCHEN GERMANY

ANDREA SCHREIBER
STETTINER STRASSE 19
D-72250 FREUDENSTADT GERMANY

ANDREA TOMASONI
DONIZETTI STREET 7
38068 ROVERETO ITALY

ANDREAS & BARBARA BERGER
ANDREAS BERGER
PARKWEG 1
D-15374 MUENCHEBERG

ANDREAS & BARBARA BERGER
PARKWEG 1
D15374 MUENCHEBERG GERMANY

ANDREAS & HANNA GUMMERT
HAFERKAMP 11
ALFELD  31061 GERMANY

ANDREAS & HANNA GUMMERT
HAFERKAMP 11
ALFELD 31061 GERMANY

ANDREAS & INGA PLITT
BRUEHLSTRASSE 47
71394 KERNEN GERMANY

ANDREAS BAUMANN
AM KATZENBUCKEL 1B
91541 ROTHENBURG GERMANY

ANDREAS BLACHUT
JUSTINIANSTR 11
D-50679 KOELN GERMANY

ANDREAS BREZOVAC
STEINRITZWEG 20 B
FRG - 65396 WALLUF GERMANY

ANDREAS DEMMEL
KIRCHSTRASSE 12
D-83679 SACHSENKAM GERMANY

ANDREAS DIETZE
FLACHTER STRASSE 43
71287 WEISSACH GERMANY

ANDREAS DOBROSCHKE
HINTERE STR 88 B
90768 FUERTH GERMANY

ANDREAS FISCHER
DEWETSTR 10
80807 MUNCHEN GERMANY

ANDREAS FRANKE
GLEINAER STRASSE 94
D-01139 DRESDEN GERMANY

ANDREAS FURCH
AM GOLTENHOF 16
47608 GELDERN GERMANY

ANDREAS GOETZ
ANGELWEG 24
D 72669 UNTERENSINGEN GERMANY

ANDREAS GRALLERT
KLOBERSTRASSE 20
65439 FLOERSHEIM GERMANY

ANDREAS GRIMM
QUANTENBERG 39
40822 METTMANN GERMANY (DE)

ANDREAS GUTSCH
KATHE-KOLLWITZ 4
LUDINGHAUSEN GERMANY 59348

ANDREAS HAEUSSLER
HEILMANNSTR 25D
81479 MUNICH GERMANY

ANDREAS HAEUSSLER
HEILMANNSTR. 25D
81479 MUNICH GERMANY

ANDREAS HELMER
BERGSTR 40 A
67067 LUDWIGSHAFEN GERMANY

ANDREAS HIRSCHINGER
LINDENSTRAßE 4
D-92442 WACKERSDORF GERMANY

ANDREAS HIRSCHINGER
LINDENSTRAßE 4
D-92442 WACKERSDORF
WACKERSDORF DE D92442

ANDREAS KARG
BÄCKERSTRAßE 12
HALSTENBEK 25469 GERMANY

ANDREAS KIEDERICH
SCHEUREN 53
53937 SCHLEIDEN GERMANY

ANDREAS KLEIN
RHODIUSSTRASSE 15
D-51065 COLOGNE

ANDREAS KRANE
WEINBERGSTR 30 A
D-76547 SINZHEIM GERMANY

ANDREAS KRIECHBAUMER
PYHRA 71
3361 ASCHBACH AUSTRIA

ANDREAS KURSAWE
PARKSTETTENER STRASSE 22
94356 KIRCHROTH GERMANY

ANDREAS LABORIUS
EHLERBERGSTR 16
38162 CREMLINGEN, GERMANY

ANDREAS LABORIUS
EHLERBERGSTR 16
38162 CREMLINGEN, GERMANY

ANDREAS MUHLEIS
AM TURNPLATZ 12
D-95158 KIRCHENLAMITZ GERMANY

ANDREAS MURMANN
10969 BERLIN
FRIEDRICHSTR GERMANY

ANDREAS PHOCAS
HUBERTUSSTRASSE 3
80639 MUNICH GERMANY

ANDREAS REISS
RUENAUE 25
46535 DINSLAKEN GERMANY

ANDREAS ROEMER
NANNY ALBRECHTSTR 9
55469 SIMMERN GERMANY

ANDREAS ROGALL
METZER STR 18F
D-58332 SCHWELM  GERMANY

ANDREAS ULRICH
ALTE VLOTHOER STR 7
D-32105 BAD SALZUFLEN, GERMANY

ANDREAS VAVRA
DIESELGASSE 5A/61
1100 VIENNA, AUSTRIA

ANDREAS VINZENZ
NIDDASTR 59
63329 EGELSBACH GERMANY

ANDREAS VON DER WETH
PRINZENGASSE 20
96253 UNTERSIEMAU  GERMANY

ANDREAS WEBER
RASCHENBERGSTR 22A
5020 SALZBURG AUSTRIA

ANDREAS WEIS
KREUZWEG 23
63688 GEDEIN GERMANY

ANDREAS WEIS
KREUZWEG 23
63688 GEDERN GERMANY

ANDREAS WEIS
KREUZWEG 23
GEDERN-WENINGS 63688 GERMANY

ANDREAS WEIS
KREUZWEG 23
GEDERN-WENINGS 63688 GERMANY

ANDREAS WEISS
HEINRICH-SCHUETTE-STR 23A
51766 ENGELSKIRCHEN GERMANY

ANDREAS, ELISABETH WAIBEL
ANDREAS WAIBEL
ALBERT-EINSTEIN-RING 43
95448 BAYREUTH GERMANY

ANDREOTTI IVAN & MURATORI MAURA
VIA CARTESIO 36
41121 MODENA (MO) ITALY

ANDRES FERNANDEZ AVILES
ATTN  LUIS SANCHEZ
BANCO SABADELL
MIAMI BRANCH
2 SOUTH BISCAYNE BLVD  STE 3301
MIAMI, FL 33131

ANDRONA MAZUR
BRUNNENWEG 2B
54411 HERMESKEIL GERMANY

ANETTE SCHNABELS
AM SPRINGBERG 11
D-49214 BAD ROTHENFELDE GERMANY

ANETTE WIRTZ
LORTZINGSTRASSE 70
50931 COLOGNE GERMANY

ANGEL FERRER - VIDAL LOPEZ
PL MEDITERRANEA 3 ESCA BI 10
VILANOVA I LA GELTRU
08800 BARCELONA SPAIN

ANGELA DRUDE-MOSS
ZUR KOHLSTATT 20
82211 HERRSCHING, GERMANY

ANGELA GRAUPNER
HILLGASSE 12
ALTENBURG 04600 GERMANY

ANGELA STRZELETZ
DIESELSTRASSE 1 A
D-77652 OFFENBURG GERMANY

ANGELIKA FASSNACHT
MELDORFERWEG9
NUERNBERG, DE

ANGELIKA KRAFT
GAESSLERSTRASSE 10
D 75334 STRAUBENHARDT

ANGELIKA LAUSTROEER
BREMER STR 6
D 33613 BIELEFELD GERMANY

ANGELIKA MUECKE
JUTEWEG 5
38159 VECHELDE GERMANY

ANGELIKA SIEGMUND
GEORG-REITERSTR. 8
50827 KOLN FRG

ANGELIKA TAGLEWSKI
ZIEGELEIWEG 18
51149 KOELN GERMANY

ANGELIKA TOBOROWSKI
HEINRICH-CLAES STR 11
LEVERKUSEN GERMANY 51373

ANGELIKA TOBOROWSKI
HEINRICH-CLAES-STR 11
51373 LEVERKUSEN GERMANY

ANGELIKA TOBOROWSKI
HEINRICH-CLAES-STR 11
51373 LEVERKUSEN, GERMANY

ANGELIKA WACKER
GOETTINGER STR. 34
BREMEN 28215 GERMANY

ANGELIKA WACKER
GOEZZINGER SZR 34
BREMEN 28215 GERMANY

ANGELIKA WEBER-PEDROTTI & MASSIMO PEDROTTI
ROEDELHEIMER LANDSTR 174
60489 FRANKFURT GERMANY

ANGELINA MARIA PLUMP
PRINZ-EUGEN-STR. 68/11
1040 VIENNA
AUSTRIA

ANGELO BÖHM, BIRGIT BOEHM
AMSELWEG 12
99988 HEYERODE GERMANY

ANGELO GARGANO
MEMELSTRASSE 12
FULDA 36043  GERMANY

ANIELLO, CARLO, PAOLO RUSSO, M. TERESA P
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA NAPLES 80035 ITALY

ANIELLO, PAOLO, CARLO RUSSO, MARIA TERESA PISCOPO
C/O DALESSANDRO & PARTNERS -SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA
80035 NAPLES ITALY

ANIL SHARMA
135 WILMINGTON GARDENS
BARKING ESSEX
IG11 9TR ENGLAND

ANITA HOLZHAUSEN
REHBERGSTR. 6
81479 MUNCHEN GERMANY

ANITA SOWA-STUER
122 RUE DES POORMIERS
L 2363 LUXEMBOURG

ANJA KRAMER
MITTELSTR 32
35510 BUTZBACH  GERMANY

ANJA SCHIERLE
AM POTH 4
40625 DUSSELDORF, GERMANY

ANJA WIMMEL
316 SUNNY SIDE AVE.
TORONTO ONTARIO CANADA

ANJA-GABRIELE PALM
BERGSTR 40 A
67067 LUDWIGSHAFEN GERMANY

ANKE HARDER
GROSSENDORFER STR 80
25355 BARMSTEDT  GERMANY

ANKE REDLIN
AM ALTEN DREISCH 60 A
D-33605 BIELEFELD GERMANY

ANKE THOM
KOMMERNER STR 27
ZUELPICH DE 53909 GERMANY

ANKE WESTPHAL
RUBEN-WOLF-STR. 28
D-12524 BERLIN GERMANY

ANN KRISTIN LINDEMANN
HERMANN HESSC STR 2
72555 METZINGEN GERMANY

ANNA BENING
BOLONGAROSTR. 136
FRANKFURT 65929 GERMANY

ANNA ELISABETH SCHNEIDER
DR -SCHIER-STR 11
D-66386 ST INGBERT GERMANY

ANNA MARIA ZANNI
VIALE FRATELLI SINTONI 60/A
47042 CESANATICO FC ITALIA

ANNA MATTIOLI
C/O ERSEL SIM S P A
11 PIAZZA SOLFERINO
10121 TORINO ITALY

ANNA MATTIOLI
C/O JOHN E JURELLER JR
KLESTADT & WINDERS LLP
292 MADISON AVENUE 17TH FLOOR
NEW YORK, NY 10017

ANNA MIGLIARDI
C/O ERSEL SIM S P A
11 PIAZZA SOLFERINO
10121 TORINO ITALY

ANNA MIGLIARDI
C/O JOHN E JURELLER JR
KLESTADT & WINTERS LLP
292 MADISON AVENUE 17TH FLOOR
NEW YORK, NY 10017

ANNA NEKHAMKIS
CHEMNITZER STR 7
35039 MARBURG GERMANY

ANNA NEKHAMKIS
CHEMNITZER STR 7
35039 MARBURG
GERMANY

ANNA NOWACZEK
HERRNBERGSTR 83
93138 LAPPERSDORF  GERMANY

ANNA NOWACZEK
HERRNBERGSTR 83
93138 LAPPERSDORF GERMANY

ANNA-ELISABETH LECHNER
OESCHBACHWEG 2
A6373 JOCHBERG AUSTRIA - EUROPE

ANNALIESE KRINNINGER
SICKLINGER WEG 17
94051 HAUZENBERG GERMANY

ANNA-LUISE LESAAR
KART-SIMROCK-STR 3
40699 ERKRATH GERMANY

ANNA-MARIA DREXLER
REICHELSDORFER HAUPTSTR 105
90453 NUERNBERG GERMANY

ANNE AND CARSTEN KORTBEIN
HAUPTSTRASSE 186
85579 NEUBIBERG GERMANY

ANNE KELLENTER
AM MÜHLENGRABEN 3
52249 ESCHWEILER GERMANY

ANNE KORTBEIN
HAUPTSTR 186
85579 NEUBIBERG GERMANY

ANNE LISCHKA
BECHSTEINSTRASSE 2A
D-53881 EUSKIRCHEN GERMANY

ANNE WEYGANDT HUFNAGEL
THIERGARTENSTRASSE 50 A
GERMANY

ANNEGRET HONOLD
C/O PT ASSET MANAGEMENT AG
PF 1341
72544 METZINGEN GERMANY

ANNEGRET HONOLD
EICHENDORFFWEG 4
73776 ALTBACH GERMANY

ANNE-KATRIN BECK
HEINZ MAYER
CARL-VON-OSSIETZKY STRASSE 8
65197 WEISBADEN GERMANY

ANNE-KATRIN GODT
OFFENBACHWEG 18
HAMBURG 22145 GERMANY

ANNELIESE KEMPER
LINDENSTR 48
D-49191 BELM GERMANY

ANNELIESE OR DIETER KOEHLER
ERLENSTR 8
D 63808  HAIBACH GERMANY

ANNELIESE SCHORN
MAHLESTRASSE 81
70 376 STUTTGART GERMANY

ANNEMARIE BOHNERT
NITTELSTRASSE 71
D 67240 BOBENHEIM ROXHEIM  GERMANY

ANNE-MARIE LIBERT
RUE AUGUSTE JAVAUX 61
B-4020 LIEGE BELGIUM

ANNEMARIE WINZER
ROSENWEG 3
40822 METTMANN GERMANY

ANNETTE HILLNER/KNUT HILLNER
SANDFORTER WEG 110 A
SELM 59379 GERMANY

ANNETTE PIANETTI
RUE DE PRESLES 164
B-6200 BOUFFIOULX BELGIUM

ANNETTE POETZL
SCHOENE AUSSICHT 9
65527 NIEDERNHAUSEN GERMANY

ANNETTE POETZL
SCHOENE AUSSICHT 9
65527 NIEDERNHAUSEN GERMANY

ANNETTE POETZL
SCHOENE AUSSICHT 9
65527 NIEDERNHAUSEN, GERMANY

ANNETTE RUDAU
BREHMSTR. 66
HAMM DE 59069 GERMANY

ANNETTE ZIVKOVIC
REVENTLOWSTRASSE 17
22605 HAMBURG GERMANY

ANNICA VAESSEN
GLEINHAUSEL WEG ABC
61420 NEUSS
GERMANY

ANNIE MASSCHELEIN
HEIRWEG 38
8800 ROESELARE BELGIUM

ANNIKA BRIEGLEB
AM STOCKBRUNNEN 21
D-97084 WUERZBURG GERMANY

ANNIKA HOENIG
29577 EQUESTRIAN
#40103
FARMINGTON HILLS, MI 48331

ANSELMI LUISA-CERACCHI DELFINO
VIA PANTANELLE 97
04011 APRILIA (LT) ITALY

ANSGAR NEUENHOFER
FBO MARIA ISABEL NEUENHOFER
S-V-WESTERBURG STR 24
ERFTSTADT GERMANY 50374

ANSGAR NEUENHOFER
FBO NICOLAS NEUENHOFER
S-V-WESTERBURG-STR 24
ERFTSTADT GERMANY 50374

ANSGAR OSTERMANN
CHARLOTTENSTRASSE 78
10117 BERLIN GERMANY

ANTJE FILTER
BODENBACHER WEG 33
60598 FRANKFURT/MAIN, GERMANY

ANTJE KLEY
MARKOLDENDORF
AUGUST-DUKER-STR 29
37586 DASSEL GERMANY

ANTJE MÜLLER
BUCHSBAUMWEG 53A
12357 BERLIN  GERMANY

ANTJE NISSEN
STENZELRING 12
21107 HAMBURG, GERMANY

ANTJE PARSEHL (MRS)
SCHLEHENWEG 1
61352 BAD HOMBURG GERMANY

ANTOINE DE PRAETER
LANGE MUNTE 10
9860 OOSTERZELE BELGIUM

ANTON & MARIANNE WALTER
MITTERFELD 20
86459 GESSERTSHAUSEN GERMANY

ANTON FISCH
FICHTENWEG 9
93090 BACH/DONAU GERMANY

ANTON FISCH
FICHTENWEG 9
93090 BACH/DONAU
GERMANY

ANTONELLA BARTOCCI
TORCHIANI PAOLO
VIA DEL CICLAMINO 19/C
00060 RIANO ROMA ITALY

ANTONELLA BOLOGNESI
VIA PASSAMONTI 38
18022 LUGO RA  ITALY

ANTONIO GIOVANNINI
VIA RISORGIMENTO 45
PIETRASANTA ITALY,

ANTONIO GIOVINE
FLAT F, 6TH FLOOR, BLOCK 8
TUNG CHUNG CRESCENT
2 MEI TUNG STREET
TUNG CHUNG LANTAU HONG KONG CHINA

ANTONIO GRASSO
CALATA CAPODICHINO 243
80141 NAPOLI ITALY

ANTONIO JORGE AUGUSTO RODRIGUES SILVA
PRACETA Nª SENHORA DO MAR, Nº 6
PACO DE ARCOS
2780 OEIRAS PORTUGAL

ANTONIO LEYVA RUISANCHEZ & LAURA ACEVES DE LEYVA
& MARIA MERCEDES LEYVA ACEVES & MARIANA LEYVA
ACEVES
PO BOX 9027
LA JOLLA, CA 92038

ANTONIO PARATORE
SQUARE CLAIR-MATIN 32
CH - 1213 PETIT-LANCY SWITZERLAND

ANTONIO TANGA
VIA DOMIZIANA KM 39400
81030 CASTELVOLTURNO (CE) ITALIA

ANTONIO VICENTE VEGA
NEVIGESERSTRASSE 28
GERMANY

ANTONOWICZ STEPHAN
RUE JULES JAUMET 78
6030 MARCHIENNE AN PONT BELGIUM

ANTONOWICZ STEPHAN
RUE JULES JAUMET 78
6030 MARCHIENNE AU PONT BELGIUM

ANTOON VANDERSCHAEGHE
ROESELARESTEENWEG  104
8830 HOOGLEDE BELGIUM

ARALDO BONDURRI
BSI SA
VM MAGATTI 2
CM 6901 LUGANO  SWITZERLAND

ARCANGELO CARMELA
VIA ANTONINI ZAMBELLI 55
29100 PIACENZA ITALY

ARCELLI FRANCESCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO  ITALY

ARDIZZONG DIEGO MICHELE
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITLAY

ARDUINI ALBERTO
VIA FEDERICI 38
61100 PESARO ITALY

ARGIOLAS FRANCESCO
1529
VIA PONTI PEDRA 66
09098 TERRALBA (OR) ITALY

ARIANE TUECHELMANN
GLEIWITZER STR. 15
65719 HOFHEIM GERMANY

ARIANE WINCKELMANS
RUE DE VIRGINAL 16
1460 ITTRE BELGIUM

ARIBERT PETERS
JOSEFSTR 24
53619 RHEINBREITBACH  GERMANY

ARIE VAN DER PAS
RHEINUFERSTR 17A 40789
MONHEIM AM RHEIN 40789  GERMANY

ARKESS SICAV GLOBAL BOND
41 BOULEVARD ROYAL
2449 LOUXEMBOURG

ARMBRUSTER EBERHARD
TIERGORTENSTR 17
93413 CHOM GERMANY

ARMIN GENZ
MUSHECKE 37
35216 BIEDENKOPF GERMANY

ARMIN GIENDL
HADIKGASSE 116/9
A-1140 VIENNA AUSTRIA

ARMIN THIERICHEN
C/O ARMIN THIERICHEN & GISELA THIERICHEN
HAUPTSTRASSE 11
01561 BAUDA GERMANY

ARMIN UND BEATE HIRT
ARMIN UND BEATE HIRT
MUHLSTETTEN 8
72351 GEISLINGEN GERMANY

ARNE KOEHN
DR. STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

ARNO & BARBEL BERGMANN
ELBRINGHAUSEN 38
42929 WERMELSKIRCHEN GERMANY

ARNO BACH
LEONHARDTSTR 23
29227 CELLE GERMANY

ARNO FERCHOW
AM HIRTENBUCK 12
74564 CRAILSHEIM, GERMANY

ARNO KOENIG
LILIENTHALWEG 22
14712 RATHENOW GERMANY

ARNO PISTOTNIK
KIENBERGERSTRASSE 2 A
WIL 9500 SWITZERLAND

ARNO SCHILLIG
AM BILLERBERG 12
37547 KREIENSEN, GERMANY

ARNOLD TROSBACH
CECILIE-VOGT-WEG 26
REGENSBURG 93055 GERMANY

ARNULF AND MARLIES MATTES
REAUMURSTR 29
53125 BONN GERMANY

ARNULF DR FLEISCHER
BREITE STRASSE 119
41460 NEUSS GERMANY

ARNULFO ELIO  FERRERO MADDALENA
VIA ADUA 6
12042 BRA - CN - ITALY

ARP ARCHITEKTEN PARTNERSCHAFT STUTTGART G
VERMOEGENSVERWALTUNG RECHTSANWALTE KAS
KNACKE, WINTERLIN & PARTNER
WERFMERSHALDE 22
70190 STUTTGART  GERMANY

ARP ARCHITEKTENPARTNERSCHAFT STUTTGARD GBR - VER
C/O RECHTSANWALTE KASPER, KNACKE, WINTTERLIN & PARTNER
WERFMERSHALDE 22
70190 STUTTGART GERMANY

ARTHUR PAGE - MARIA KEUSTERMANS
COM NEYSKENSLAAN 106
3290 DIEST BELGIUM

ARTHUR PICHLER
HAUPTSTRASSE 133
39028 SCHLANDERS ITALY

ARTHUR SCHMIDT
WUESTENROTER STR 11
74074 HEILBRONN GERMANY

ARTHUR SCHULTZ
JAEGERHEIDE 23
29352 ADELHEIDSDORF GERMANY

ARTHUR SCHULTZ
JAEGERHEIDE 23
29352 ADELHEIDSDORF GERMANY

ARTHUR SCHULTZ & BARBARA SCHULTZ
JAEGERHEIDE 23
29352 ADELHEIDSDORF GERMANY

ARTHUR SCHULTZ & BARBARA SCHULTZ
JAEGERHEIDE 23
29352 ADELHEIDSDORF GERMANY

ARTO SARHIKYAN
KEAMMENSTR 34
75447 STERNENFELS - DIEFEUBACH  DEUTSCHLAND

ARTURO VILLA
VIA SAVIO 728
47521 CESENA (FC) ITALY

ARVID KRELL
ALTHEIDERSTR 11
D 12489 BERLIN   GERMANY

ARVID KRELL
ALTHEIDERSTR 11
D 12489 BERLIN GERMANY

ARZEDI GIANCARLO
VIA FIRENZE 7
9170 ORISTANO OR ITALY

ARZENDI GIANCARLO  1591690
VIA FIRENZE 7
9170 ORISTANO OR ITALY

ASER GAMSALIJEW
FLEISCHMANNGASSE 7/2
1040 VIENNA AUSTRIA

ASONI MARIO
24410
P ZZA MAMELI 12
8045 CASELLA N 2 ( LANUSEI) NU ITALY

ASTON BANK S A
VIA MARAINI 11
6900 LUGANO CH

ASTRID KROMER
WIESBADENER STR 6
63801 KLEINOSTHEIM GERMANY

ASTRID MATHES
MITTERHOFERSTR 19
D-80687 MUENCHEN GERMANY

ASTRID PETER
PLATTENWEG 7
6840 GOTZIS  AUSTRIA

ASTRID REYGERS
UNDERERSTR 19
80802 MUNCHEN GERMANY

ASTRID SIEGMUELLER
LANGE HOP STR. 145
30539 HANNOVER GERMANY

ATLANTICLUX LEBENSVERSICHERUNG SA
4A RUE ALBERT BORSCHETTE
L-1246 LUXEMBOURG

ATZENI FLAVIO ADDARI EUFRASIA
V IV NOVEMBRE 17
9090 GONNOSNO OR ITALY

AUASTASIA HARTMANN
FLUSTR 4
99734 NORDHAUSEN GERMANY

AUDENAERT FILIP
CORTEWALLEDREEF 57 12
B-9120 BEVEREN WAAS BELGIUM

AUDENAERT GASTON
MGR STILLEMANSSTRAAT 27
B 9100 SINT NIKLAAS BELGIUM

AUDENAERT HENDRIK
CORTEWALLEDREEF 5712
B 9120 BEVEREN WAAS BELGIUM

AUGUGLIARO PAOLA
VIA PERU 92
41126 MODENA (MO) ITALIA

AUGUSTA KOCH
ST-URBAN-STR 23
D-76532 BADEN-BADEN GERMANY

AUGUSTINUS VAN DE KAR
MARGRIETSTRAAT 12
5256 KV HEUSDEN NETHERLANDS

AUJA GRUBER
WURZACHER STR 14
LEUTKIRCH 88299 GERMANY

AURELIA POENSGEN
SPITALHOFSTRASSE 5B
85051 INGOLSTADT  GERMANY

AUSSERWOGER, MARIANNE
AUBACHSTR 30
A-4532 ROHR AUSTRIA

AVRAAM ANTONIADIS
ANASTASIA ANTONIADOU
KAUKASOU STR. 18
56334 ELEFTERIO-THESSALONIKI GREECE

AVROUM NEKHAMKIS
AM GLARKOPT 18
35039 MARBURG GERMANY

AVROUM NEKHAMKIS
AM GLASKOPF 18
35039 MARBURG  GERMANY

AVROUM NEKHAMKIS
AM GLASKOPF 18
35039 MARBURG DEUTSCHLAND 06421 47401

AVROUM NEKHAMKIS
AM GLASKOPF 18
75039 MARBURG  GERMANY

AVROUM NEKHAMKIS
AM GLASKOPF 18
35039 MARBURG
GERMANY

AXEL AND CLAUDIA BRINK
GLOERFELD 1
D-58553 HALVER GERMANY

AXEL HEISLER
HILLENRING 3
D-21217 SEEVETAL, GERMANY

AXEL KNECHT
HAUPTSTR 44A
67748 ODENBACH GERMANY

AXEL LESAAR
KARL-SIMROCK-STR 3
40699 ERKRATH GERMANY

AXEL MIERENDORFF
THINGSBERG 25
22045 HAMBURG DE GERMANY

AXEL RADECKER
ADOLPH-VON-MENZEL-STRASSE 8
31737 RINTELN GERMANY

AXEL RADEMACHER
GRAF-REINALD-STR. 57

AXEL SARTINGEN
KAEMPCHENSWEG 2
50933 KOELN GERMANY

AXEL VOSS
JOHANNISBURGER STR 5
D-24568 KALTENKIRCHEN GERMANY

AXEL WERSDOERFER
HERDWEG 57
64285 DARMSTADT  GERMANY

AXEL WERSDOERFER
HERDWEG 57
64285 DARMSTADT  GERMANY

AXEL WERSDOERFER
HERDWEG 57
64285 DARMSTADT GERMANY

AXEL WERSDOERFER
HERDWEG 57
64285 DARMSTADT GERMANY

AXEL WERSDOERFER
HERDWEG 57
64285 DARMSTADT
GERMANY

AXEL WERSDOERFER
HERDWEG S7
64285 BARMSTADT GERMANY

AYLINE KATRIN GOTTSCHALK
DOTZHEIMER STR 178
D65197 WIESBADEN GERMANY

AYNUR ANKARA
HOLLÄNDISCHE  REIHE 23
22765  HAMBURG GERMANY

AZZIMONDI WILMA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

B PERPETVINS
C/O NATIXIS PRIVATE BANNING
51 AVENUE JF KENNEDY
L-1856 LUXEMBOURG EUROPE

BACA BERNARDINO AND MELONI BERNARDETTA
C DA CAPO DI VALLE NO 23
64015 NERETO (TE) ITALY

BACKS GISELA
UBS (LUXEMBOURG) SA
33A AVENUE J F KENNEDY
L-1855 LUXEMBOURG

BADEN WURTTEMBERGISCHE BANK STUTTGART (GERMANY)
BRUNHILDE GAMROTH
ESTHERDINGER STR 20 1
D 70771 LEINFELDEN ECHTERDINGEN GERMANY

BADEN-WURTTEMBERGISCHE BANK STUTTGART (G
MRS BRUNHILDE GAMROTH
ECHTERDINGER STR 20-1
D-70771 LEINFELDEN-ECHTERDINGEN GERMANY

BAELDE CHRISTINE
CHAUSSEE ST AMAND 129
B 7500 TOURNAI  BELGIUM

BAERBEL PLANK-SCHMIDT
WILHELM-HOEGNER-WEG 5
93051 REGENSBURG GERMANY

BAERBEL SCHNEIDER
MAINZER-TOR-ANLAGE 35
61169 FRIEDBERG GERMANY

BAILLY ET CIE SPRL
GRAND ROUTE 354
4400 FLEMALLE BELGIUM

BAJO ALFREDO
VIA BIXIO 10
04100 LATINA  ITALY

BALLEGEER JEAN-PAUL
HUBERT MALFAITLAAN 10
9051 GENT BELGIUM

BALLEGEER PAUL
MEISESELAAN 9
1020  BRUSSEL  BELGIUM

BALSAMO ANTONIO & BLUMTHALER ANNA
C/O BALSAMO ANTONIO
VIA TULLIO PASSARELLI 29
I-00128 ROMA ITALY

BALSAMO ANTONIO & BLUMTHALER ANNA
VIA TULLIO PASSARELLI 29
I 00128 ROMA ITALY

BALSAMO STEFANO
VIA LUIGI LILIO 5Q
I-00142 ROMA ITALY

BALSAMO STEFANO
VIA LUIGI LILIO 5Q
I-00142 ROMA ITALY

BALTHASAR REINHARDT
FRAUNHOFERSTRASSE 17
84453 MUEHLDORF AM INN  GERMANY

BALTHASAR WEIMANN
DÓZSA GYÖRGY UTCA 18
H 6525 HERCEGSZÁNTÓ HUNGARY REP

BALZAROTTI ENRICO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

BANC INTERNATIONAL D'ANDORRA
AVINGUDA MERITXELL 96
AD500 ANDORRA LA VELLA ANDORRA

BANC OF AMERICA SECURITIES LLC
ATTN: ANDREW NEWTON
1 BRYANT PARK
NEW YORK, NY 10036

BANC OF AMERICA SECURITIES LLC
MORRISON & FOERSTER LLP
ATTN CHARLES M COLE
20000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON DC,  20006

BANCA AGRICOLA COMMERCIALE DELLA REPUBBLI
ATTN MR STEFANO CATALDO
VIA ODDONE SCARITO 13
47893 BORGO MAGGIORO REPUBBLICA DI SAN MAR

BANCA AGRICOLA POPOLARE DI RAGUSA SOC COOP PA
VIALE EUROPA 65
97100 RAGUSA RG ITALY

BANCA AKROS S P A
ATTN MR LUCA GANDOLFI
VIALE EGINARDO N 29
20149 MILANO ITALY

BANCA ALBERTINI SYZ & C SPA
VIA BORGONUOVO 14
I 20121 MILANO

BANCA ALETTI & C S P A
FRANCESCO DI PIETRO ESQ
WUERSCH & GERING LLP
100 WALL ST, 21ST FLOOR
NEW YORK, NY 10005

BANCA ALPI MARTITIME-CREDITO COOPERATIVO CARRU S.C
ATTENTION MR MARIO NEGRO
VIA STAZIONE 10
12061 CARRU (CUNCO) ITALY

BANCA ANTONVENETA S P A
ATTN MR FRANCESCO SCANNICCHIO
PIAZZETTA F TURALI 2
35131 PADOVA ITALY

BANCA BSI ITALIA S.P.A.
ATTN: MR. FRANCESCO VICECONTE
PIAZZA S ALESSANDRO 4
20123 MILANO ITALY

BANCA CARIGE SPA
ATTN MR LUCA AMELOTTI
VIA CASSA DI RISPARMIO 15
16123  GENOVA ITALY

BANCA CARIM - CASSA DI RISPARMIO DI RIMINI S.P.
ATTN: VINCENZO TORTORICI
PIAZZA FERRARI 15
47921 RUNINI (RN) ITALY

BANCA CATTOLICA S P A
FRANCESCO DI PIETRO ESQ
WUERSCH & GERING LLP
100 WALL STREET 21ST FLOOR
NEW YORK, NY 10005

BANCA COMMERCIALE SAMMARNINESE SPA
ATTN PAOLO DROGHINI/TATIANA LYESKOVA
VIA CINQUE FEBBRAIO 17
47895 DOMAGNANO REP SAN MARINO

BANCA CENTRO EMILIA CREDITO COOPERATIVO
SOCIETA COOPERATIVA
ATTN UGO CASELLI, RESP FINANZA
VIA STATALE 39
44042 CORPORENDO DI CENTO (FE) ITALY

BANCA CENTROPADANA CREDITO COOPERATIVO -
ATTN: DARIO LUCCHINI/CLAUDIO LONGARI
PIAZZA IV NOVEMBRE 11
26862 GUARDAMIGLIO (LO) ITALIA