**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY, *et al.*,** | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp., *et al*.,** | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                      ) ss:
COUNTY OF SUFFOLK      )

I, Kimberly Gargan, being duly sworn, depose and state:

  1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

  2.      On December 29, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims)  [Docket No. 8302]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

<u>/s/ Kimberly Gargan</u>
Kimberly Gargan

Sworn to before me this
30th day of December 2010

<u>/s/ Barbara Kelley Keane</u>
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

----------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim. The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan. The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**"). The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities. A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  As such, the Debtors believe that Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the extent your proof of claim asserts a claim other than for principal plus accrued and unpaid interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on account of that specific claim, although the entitlement to receive distributions through the fiscal and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at [www.nysb.uscourts.gov](www.nysb.uscourts.gov) (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. ([edward.wu@weil.com](edward.wu@weil.com))) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. ([lmacksoud@kramerlevin.com](lmacksoud@kramerlevin.com))).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 3, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **January 27, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

  A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

  B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

  C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

       If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

       If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

       **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
      December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

DIETER HORN
WEG ZUR PLATTE 98
45133 ESSEN GERMANY

DIETER KOLB UND FRAU GISELA
LIEBIGSTR 10
D-50859 KOELN GERMANY

DIETER KREWET
EIFELSTR.25
67824 FEILBINGERT GERMANY

DIETER MOOS
BURGUNDERSTR. 4
D 64668 RIMBACH, GERMANY

DIETER MUELLER
HUBERTUSSTR 11
D 82131 GAUTING GERMANY

DIETER MUELLER
HUBERTUSSTR 11
D-62131 GAUTING GERMANY

DIETER MUELLER
HUBERTUSSTR. 11
82131 GAUTING GERMANY

DIETER MUELLER
HUBERTUSSTR. 11
82131 GAUTING GERMANY

DIETER MUELLER
HUBERTUSSTR. 11
82131 GAUTING GERMANY

DIETER OHRNDORF
AM SÜDHANG 39
D 57548 KIRCHEN GERMANY

DIETER OTTI
DIETER OTTI
KAERNTNER STR 49
8700 LEOBEN AUSTRIA

DIETER REU
NELKENWEG 4
73730  ESSLINGEN GERMANY

DIETER ROPKE
LEHRER STEIN STREET 6
53783 EITORF GERMANY

DIETER ROSCHINSKI
RABENKOPFWEG 3
LANDSHUT GERMANY D 84036

DIETER SCHAFER
TANNERRSBERGSTR 18 A
97318 KITZINGEN  GERMANY

DIETER STEINHOFF
BAHNHOFSTRASSE 5
97337 DETTELBACH BAYERN GERMANY

DIETER U. ISOLDE WEIS
AM HEIN 31
63688 GEDERN GERMANY

DIETER UND ILSE SCHAEFER
HOHENSTRASSE 1A
D-42477 RADEVORMWALD GERMANY

DIETER UND WILMA ORLIK
ZEHNTENSTR 6
45891 GELSENKIRCHEN GERMANY

DIETER WAEDT
FRIEDHOFSTR 19
51588 NUEMBRECHT GERMANY

DIETER WEISS
ARLACHER STR 24
88459 TANNHEIM  GERMANY

DIETER WILBERG
HECHINGERWEG 3
D-71686 REMSECK GERMANY

DIETER WOLFLE
TUERWEG 1-1
D 78239 RIELASINGEN WORBINGEN  GERMANY

DIETER WOLFLE
TURWEG 1-1
D-78239 RIELASINGEN-WORBLINGEN, GERMANY

DIETHER DECHENT
ZUM BIRKENSCHLAG 4
D-90518 ALTDORF GERMANY

DIETMAR POLLMANN
MOLTKESTRASSE 17 B
42799 LEICHLINGEN

DIETMAR SCHAEPER
OBERECKSTRASSE 20
D-79539 LOERRACH GERMANY

DIETMAR ZECHMANN
ROTEBUEHLSTR 156
70197 STUTTGART GERMANY

DIETRICH GREINER EDITH GREINER
BERGSTR 49
73207 PLOCHINGEN GERMANY

DIETRICH JESKE
BAHNHOFSTR 10
D-79194 GUNDELFINGEN

DIETRICH SCHMIDT
HEILBRONNER STR 25
10779 BERLIN GERMANY

DIMITRA KOUROU
8 BIZANIOU STR
FILOTHEI 15237 ATHENS GREECE

DIMITRIOS PERROTIS
71 EATON PLACE
FLAT 4
LONDON SWIX 8 DR
GREAT BRITAIN

DIMOS THEODOSSIDIS
SCHUETZENSTR 8/1
71634 LUDWIGSBURG GERMANY

DINA ZIDULKO
FLENSBURGER STR 27
10557 BERLIN GERMANY

DINO CECCONI
VIA GABBIOLO 1
38100 TRENTO ITALY

DIONYS WIPFLER
KAPELLENPFAD 4
D-69254 MALSCH GERMANY

DIPL ING HORST KUENZEL
KIRCHHORDER STR 101
WOHNSTIFT AUGUSTINUM APT 316
44229 DORTMUND GERMANY

DIPL ING IRMENGARD DORSCH-BECK
EBRANTSHAUSER STR 8
84048 MAINBURG GERMANY

DIPL.-ING. PAULUS H. REIF
BERGSTR. 12
D-76596 FORBACH GERMANY

DIPL-ING SIEGMAR GERHARTZ
MATLIN-WINTERSTELLERGASSE 10
A-6130 SCHWAZ AUSTRIA

DIRK AMMELBURGER
POGNERSTRASSE 3
81379 MUNICH GERMANY

DIRK AND URSULA BUDDE
STENDENER MUHLE 2
D 47647 KERKEN GERMANY

DIRK ECKELT
HEIDLOGE 20
22359 HAMBURG  GERMANY

DIRK LANDOWSKE
OBERE HAUPTSTRASSE 30
89269 VOEHRINGEN GERMANY

DIRK MAES
TOEPFERSTRASSE 38
8045 ZUERICH SWITZERLAND

DIRK NIEDERSTRASSER
BUTENDIEKSWEG 9
27476 CUXHAVEN   GERMANY

DIRK PEETERS
PLATANENLAAN 3
2610 ANTWERP BELGIUM

DIRK PLOTZ
OTTO FINSCH STR 5
38108 BRAUNSCHWEIG GERMANY

DIRK PLOTZ
OTTO-FINSCH-STR 5
38108 BRAUNSCHWEIG, GERMANY

DIRK SCHMOLL
BONINSTR 3-7
24114 KIEL GERMANY

DIRK SCHUHMANN
JASMINWEG 17
68167 MANNHEIM, GERMANY

DIRK STOCKHAUSEN
SYBELSTRASSE 24
D-10629 BERLIN GERMANY

DIRK THYS
ORANJESTRAAT 23A/13
ANTWERPEN 2060 BELGIUM

DIRK WOLTER
CHARLOTTE VAN BOURBONHOF 34
5611 HZ EINDHOVEN NETHERLANDS

DIRK ZIMMERMANN
AN DER MAAR 29
50259 PULHEIM, GERMANY

DKFM MARKOWITSCH LOTHAR
KONRAD DUDENG 54
1130 WIEN  AUSTRIA

DKFM. LIMBERGER HANS
AUERN 12
3144 WALD AUSTRIA

DKFN DR SILVIAN GININGER
KATHREIN & CO
PRIVATGESCHAFTSBANK AG C/O STEFAN JANKE
WIPPLINGER STRASSE 25
A-1010 VIENNA AUSTRIA

DKO LUX OPTIMA (MUTUAL FUND)
DR KOHLHASE VERMOGENSVERWALTUNGSGES MB
OTTOSTR 5
80333 MUNCHEN GERMANY

DL DAN CALIN GRUIA
FORTIS BANQUE (SUISSE)
RENNWEG 57
IBAN CH9808580003719261088 (AUD)
CH - 8021 ZÜRICH  SWITZERLAND

D-MATTHIAS PETER
KANTORIE 129
ESSEN GERMANY 45134

DMITRY KLIMENKO
WILHELM-BUSCH-WEG 1
D-74223 FLEIN GERMANY

DOBROVNIK HARALD
GIMPLACH 19
8793 TROFAIACH AUSTRIA

DOETZER RENATE
LUDWIG - FORSTER - STR. 11
D-84307 EGGENFELDEN GERMANY

DOETZER RENATE
LUDWIG FORSTER STR 11
D-84307 EGGENFELDEN GERMANY

DOETZER, RENATE
LUDNIG - FORSTER - STR. 11
D-84307 EGGENFELDEN GERMANY

DOMINIC RUEHLAND
AUF DER SCHLICHT 1 B
65812 BAD SODEN  GERMANY

DOMINIQUE BONPAIN
HAUPTSTRASSE 4
66539 NEUNKIRCHEN GERMAN

DOMINIQUE SCHILGEN
KESSELSBERGWEG 27
DUESSELDORF 40489 GERMANY

DONALD & MARITTA VOGEL
FRANKFURTER STRASSE 202
D-65779 KELKHEIM GERMANY

DONALD + MARITTA VOGEL
FRANKFURTER STRASSE 202
D-65779 KELKHEIM, GERMANY

DONALD SIEMERS
C/O KLAUS BRANDAU
WITZLEBENSTRASSE 18

DORAN, JOE AND ANETTE
REUTERSGARTEN 6
68623, LAMPERTHEIM, GERMANY

DORIGO PICCOLO RIZ TULLIO & ZAMBELLI DOMELIN
ANELLO NORD STREET 13
39100 BRUNICO (BZ) ITALY

DORIS & HEINZ-OTTO PEGEL
WALDWINKEL 5
31688 NIENSTAEDT GERMANY (DE)

DORIS AND BERNHARD SCHEIERMANN
MEMELSTR. 19
46238 BOTTROP GERMANY

DORIS DAEFLER
JOHANN-SCHNEIDER-STR 21
63808 HAIBACH GERMANY

DORIS SCHLIEMANN
WALDGRABEN 12
21217 SEEVETAL GERMANY

DOROTHEA DAMMERBOER
BINGER STRASSE 1
55116 MAINZ GERMANY

DOROTHEA DRIBURG
BÜLTENWEG 34
BRAUNSCHWEIG GERMANY 38106

DOROTHEA HELLBERG
HASELNU WEG 11
22175 HAMBURG GERMANY

DOROTHEA LOHMANN
LINCKESTR. 11
HAMM 53069  GERMANY

DOROTHEA RUSS
ALFENROSENSTR 29
71364 WINNENDEN GERMANY

DOROTHEE ZIMMERMANN
ROBERT-KOCH-STRASSE 26
D- 99096 ERFURT GERMANY

DORP NICO
AM HEIDEHOF 6
41849  WASSENBERG GERMANY

DORTHEA SCHMITZBERGER
LACKERBAUER STR 3
81241 MUNICH GERMANY

DOUMONT JEAN-MARIE
RUE DE PRESLES
B-6200 BOUFFIOULX BELGIUM

DOUMONT JEAN-MARIE
RUE DE PRESLES 164
B-6200 BOUFFIOULX BELGIUM

DR ALICE STROBL
ERSTE BANK D OSTERR SPARKOSSEN AG
2 HD FR MICHAELA BAYER
KARNTNER STR 45
1010 WIEN GERMANY

DR ANDREA GAITZSCH-LHAFI
BONNER STR 545
D-50968 KOLN GERMANY

DR ANDREAS FORGACH
RA FRANZ BRAUN
CLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 MUENCHEN  GERMANY

DR ANDREUS HESSE
WIESUGRUNDSTR 7A
57482 WENDEU GERMANY

DR ANGELINA POLLAK
C/O DR ROBERTO POLLAK-AICHELBURG
KAERNTNER STR 37/10
1010 VIENNA AUSTRIA

DR ANTJE FINKENNEST - HILBERT
HEIDEWEG 14
25421 PINNEBERG GERMANY

DR ANTON WILLKOMM
KROATEN STRASSE 125 B
D-47623 KEVELAER GERMANY

DR ARMIN TSCHEMAK VON SEYSENEGG
MENZELSTR 59/1
70192 STUTTGAT GERMANY

DR AUGUST HERZOG
BAHNSTRASSE 8
A-8700 LEOBEN AUSTRIA

DR AXEL & BRIGITTE FIESER
BURGWALDSTRABE 29
86911 DIESSEN GERMANY

DR BECKER PETER
DEIDENBERG 159 A
4770 ARNEL BELGIUM

DR BERGER CONSTANTIN & DR BERGER MARIA MIA
AM STADTGARTEN 10
45883 GELSENKIRCHEN  GERMANY

DR BERGER CONSTANTIN & DR BERGER MARIA MIA
AM STADTGARTEN 10
45883 GELSENKIRCHEN GERMANY

DR BERND FRONHOFF AND MECHTHILD HANSMANN
FLORASTRASSE 146
D-50733 KOLN GERMANY

DR BRETIN NICOLAIE & REGINA
KOETTCHEN 4
58332 SCHWELM  GERMANY

DR BURKHARDT AND UTA SIMON
C/O BURKHARDT SIMON
PLATFENFELD 5
85244 ROEHRMOOS GERMANY

DR CARLO KOS
SUPPANSTRASSE 69
A-9040 KLAGENFURT AUSTRIA

DR CARSTEN BENTHIN ANDREA WEILAND-BENTHIN
NAIMSTRASSE 10
66333 VOELKLINGEN GERMANY

DR CHRISTINA NOWACK
LEWITSTRASSE 43
40547 DUSSELDORF GERMANY

DR CLAUS THEBEN & DR KAROLA MECK-THEBEN
COTTBUSER WEG 2
50321 BRUHL GERMANY

DR CLAUS-DIETER PETERSEN
C/O DR KOHLHASE GMBH
OTTOSTRASSE 5
80333 MUNCHEN GERMANY

DR CRISTINA BERGMANN
LUETTWISCH 1
22523 HAMBURG GERMANY

DR DIETER JOHANNES BIRON
KATHREIN & CO
PRIVATGESCHAFTSBANG AG
Z HD HERRN STEFAN JANKE WIPPLINGER STRASSE 25
A 1010 VIENNA AUSTRIA

DR EBERHARD PAAL
KLOSTERBUSCH 36
48167 MUNSTER GERMANY

DR EDUARDO MADSEN
A DUEDER - STR 15
65195 WIESBADEN GERMANY

DR ERIKA REIMOSER
WIESENGASSE 1
7531 KEMETEN AUSTRIA

DR ERNST BITTERHOFF
FERDINANDSTR 46
12621 BERLIN  GERMANY

DR ERWIN ZUGNER
HEINRICH STR 7
A-8010 GRAZ - EUROPE

DR EVA BINDER
MERANGASSE 76
8010 GRAZ AUSTRIA

DR EVA LESUR & GILBERT LESUR
LALROPES STRASSE 86
57392 SCHMALLENBERG GERMANY

DR FRANZ HENRICH
MANDLSTRASSE 13
80802 MUNCHEN GERMANY

DR FRIEDRICH HILGEMANN
POOLWEG 71
49525 LEUGERICH GERMANY

DR FRITHJOF-HANS BERNHARDT
BRUNNENSTRASSE 15
D-34369 HOFGEISMAR, GERMANY

DR GERD HAENEL
BIERSTADTER STR 41
65189 WIESBADER GERMANY

DR GERT FUNFZIG
EULERWEG 2
75175 PFORZHEIM GERMANY

DR GOBINDA PAL
MERANER STR 49
10825 BERLIN GERMANY

DR GOTZE HANS-JURGLEN
GARTENSTR 18
D-45659 RECKLINGHAUSEN GERMANY

DR GUNTER KREBBER
KARL-SCHWERING- PLATZ 5
D-50931 KOELN GERMANY

DR GUNTER PAULICK
SACHSENHAUSENER STR 41
65824 SCHWALBACH, GERMANY

DR HANNS-PETER BERGES
NEUSSER STR 25
D51145 KOELN, GERMANY

DR HANS JURGENU SUSANNE WEHNER
ALSBACHER STR 24
D-64404 BICKENBACH  GERMANY

DR HARALD MESSNER
BUDINSKY GASSE 30/12
1190 WIEN  AUSTRIA

DR HEIDI STOWASSER
ANTONISTR 45
85072 EICHSTAETT  GERMANY

DR HEINZ EVERS
VOGTEISTR 10
51647 GUMMERSBACH GERMANY

DR HEINZ KOPP
WEITFELDGASSE 7
A-8753 FOHNSDORF AUSTRIA EUROPE

DR HERBERT J EXNER
NATELSHEIDEWEG 113 A
D-30900 WEDEMARK GERMANY

DR ILJA BREZOVAC
STEINRITZWEG  20B
65396 WALLUF GERMANY

DR ILJA BREZOVAC
STEINRITZWEG 20B
65396 WALLUF GERMANY

DR ILJA BREZOVAC
STEINRITZWEG 20B
65396 WALLUF GERMANY

DR ING HARALD MAASS
J V EICHENDORFF-GASSE 1
10785 BERLIN, GERMANY

DR ING HERMANN H OPPERMANN
LOWENGASSE 3
61184 KARBEN

DR INGEBORG ZAUNITZER
HEILWIGSTR 121
20249 HAMBURG GERMANY

DR INGEBORG ZAUNITZER
HEILWIGSTR 121
20249 HAMBURG GERMANY

DR IRENE MAYER - VON GOETZ
BRAHMSSTRASSE 32
BERLIN 12203 GERMANY

DR J BOX
VANG 4
4851 VM ULVENHOUT THE NETHERLANDS

DR JAN ENGLAND
KAITZER STRASSE 115
01187 DRESDEN, GERMANY

DR JAN THEY
WILLHODEN 7
22587 HAMBURG GERMANY

DR JOACHIM BUDDRUS OR WALTRAUD BUDDRUS
TRAPPHOFSTR 92
44287 DORTMUND GERMANY

DR JOCHEN KAMPRATH-SCHOLTZ
HERMANN-FOGE-WEG 16
37073 GOTTINGER GERMANY

DR JOCHEN SIEPE, URSULA SIEPE
JOSET-SCHMID-STR 3
83071 STEPHANGKIRCHEN GERMANY

DR JOHANN H JUNG
26 SCHIESSMAUER STRASSE
D 75449 WURMBERG GERMANY

DR JOHST H WEBER
HUNSRUECKSTR 3
D45133 ESSEN
GERMANY

DR JORG TOPFER
HAUPTSTR 22
04519 RACKWITZ / GERMANY

DR JUR DIETER HOLL
HINDENBURGSTR 36
D 40667 MEERBUSCH  GERMANY

DR JURGEN LIPPE AND UTA LIPPE
DOORNETSTRASSE 62
D-63456 HANAU GERMANY

DR JURGEN MORITZ
WITTENKAMP 45
D-21465 REINBEK GERMANY

DR K BRINK
DR KLAUS BRINK
E-LANGGASSER STRASSE 7
D-51373 LEVERKUSEN

DR KAI PEGLOW
STUENPELSTAL 10
35041 MARBURG GERMANY

DR KARIN LINDINGER
CLEMENSSTR 68
D-80796 MUENCHEN GERMANY

DR KARL-HEINZ ZIEROCK
WIESBADENER STR 13
D 12161 BERLIN GERMANY

DR KARL-HEINZ ZIEROCK
WIESBADENER STR 13
D-12161 BERLIN GERMANY

DR KARL-HEINZ ZIEROCK
WIESBADENER STR 13
D-12161 BERLIN
GERMANY

DR KARL-HEINZ ZIEROCK
WIESBADENERSTR 13
D-12161 BERLIN GERMANY

DR KEMAL DEMIR
KAEFELDER WALL 36
50670 KOELN GERMANY

DR KEMAL DEMIR
KREFELDER WALL 36
50670 KOELN GERMANY

DR KEMAL DEMIR
KREFELDER WALL 36
50670 KOELN GERMANY

DR KEMAL DEMIR
KREFFELDER WALL 36
50670 KOELN GERMANY

DR KLAUS-WERNER LINNEWEBER
EUGENIUSSTR 42
D-55411 BINGEN GERMANY

DR MANFRED CLASSEN & DR HANNE CLASSEN
DR MANFRED A D HANNE CLASSEN
WALDSTR 21
D35435 WETTENBERG   GERMANY

DR MANFRED HEYD
HEDELWEG 11
71665 VAIHINGEN GERMANY

DR MANFRED KOEPPLER
MAINZER STR 64
55270 SCHWABENHEIM/SELZ GERMANY

DR MARIA SCHERZ
BERTHA-VON-SUTTNER 32
51373 LEVERKUSEN, GERMANY

DR MARTIN NOWACK
DRUSUSALLEE 71
41460 NEUSS GERMANY

DR MATTHIAS CHRISTANN
SEWMAN STREET 29
GERMANY
D-10319 BERLIN GERMANY

DR MATTHIAS DITTMANN
ADELHEIDSTR 26
06484 QUEDLINBURG  GERMANY

DR MICHAEL OECHSLE
STAUFENECKERSTR 29
D-73084 SALACH GERMANY

DR MICHAEL U. INGRID CRUCIUS
UFERPROMEUADE 41 E
D-14089 BERLIN GERMANY

DR NIKO SCHEPP
SCHUBARTSTR 3
73430 AALEN, GERMANY

DR NIKOLAUS MICHALEK
A-1190
VIENNA HAMEAUSTRASSE 37 AUSTRIA

DR OLIVER KRUGER
NEUE STRASSE 25
WERTHER 33824 GERMANY

DR PAUL SIMON
REGENSBURGER STRASSE 5A
10777 BERLIN GERMANY

DR PETER AND DORRIS WILBERT
NEUENHAUSSTR 35
D-40669 ERKRATH GERMANY

DR PETER JAENECKE
AN DER MAUER 32
D-75334 STRAUBENHARDT  GERMANY

DR PETER POST
VERDEUER STR 157
D-28832 ACHIM GERMANY

DR PETER WEIMAR
HOFAECKERSTR 51
76139 KARLSRUHE
GERMANY

DR RICHARD STARKEL
DR RICHARD STARKEL SCHUL
GASSE 10
4694 OHLSDORF AUSTRIA

DR RICHARD STARKEL
SCHULGASSE 10
A 4694 OHLSDORF AUSTRIA

DR ROSWITHA KLEIN-KOMSGEN
TULPEUSTR 10
66399 MANDELBACHTAL GERMANY

DR ROSWITHIA KLEIN-KOMSGEN
TULPENSTR 10
66399 MANDELBACHTAL GERMANY

DR RUDOLF KRIPPL-REDLICH
SANDGASSE 44
A-1190 WIEN AUSTRIA  EUROPE

DR RUTH CESCHAN
MERENBERGER STR 39
35781 WEILBURG GERMANY

DR SCHNEIDER STEPHAN
81245 MUNCHEN
MARIABRUNNER STR 57 GERMANY

DR STEIN, ANDREAS
HEILIGEN GEIST KAMP 11
D 23568 LUEBECK, GERMANY

DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
BEHINDERTENSTIFTUNG TANNENHOF
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

DR SVEN SCHUELY
KOERNSTR 30
68259 MANNHEIM, GERMANY

DR THOMAS MANGOLD
BRUDERMUENESTR 36
D-81371 MUNICH GERMANY

DR U KARFUNKEL
126 CLOVELLY RD
2193 GREENSIDE JOHANNESBURG SOUTH AFRICA

DR ULRICH ALBL
SONNENBUEHL 27
75249 KIESELBRONN GERMANY

DR ULRICH LOTTER
KOHLSTRASSE 30
D-40883 RATINGEN GERMANY

DR UWE CZEMBOR
MERSCHSTR 38
48599 GRONAU-EPE GERMANY

DR WERNER GOTZE
BRILLER STR. 99
42105 WUPPERTAL GERMANY

DR WOLF BOLL
WEINSTEIGE 27
D-71384 WEINSTADT GERMANY

DR WOLF BOLL
WEINSTEIGE 27
D-71384 WEINSTADT GERMANY

DR WOLF BOLL
WEINSTEIGE 27
D-71384 WEINSTADT GERMANY

DR WOLF ENGELHARDT
WENDELSTEINSTR 12
82049 GROSSHESSELOHE  GERMANY

DR WOLFGANG GLOMB
FRANCOISE GLOMB
WALTHARISTRASSE 10
D-14109  BERLIN  GERMANY

DR WOLFGANG RAU
AND DER SCHINDERLOHE 20 A
86482 AYSTETTEN GERMANY

DR WOLFGANG RIEDEN
BURO DR RIEDEN
POSTFACH 16 52
59856 MESCHEDE GERMANY

DR WOLFGANG RIEDEN
LANLERTSWEG 78
59872 MESCHEDE GERMANY

DR WOLFGANG STROHMAIER
EICHENSTR 24
67459 BOEHL-IGGELHEIM GERMANY

DR WOLFGANG WEBER AND MRS WALTRAUD GADO
JOSEPH-HAYDN-STR. 10
D-73430 AALEN GERMANY

DR WOLFRAM HELL
WENDELSTEINSTR 32 A
82031 GRUNWALD GERMANY

DR WOLFRAM SCHMIDT
GUENTHERSBURGALLEE 71
D-60389 FRANKFURT AM MAIN, GERMANY

DR WURZER HERBERT
DR WILHELM RAABE GASSE 8
8010 GRAZ  AUSTRIA

DR ZELLER, HANS GÜNTHER
DR HG ZELLER
KAPELLENBACHWEG 2C
GRENZACH-WYHLEN GERMANY D-79639

DR. ANNETTE DE BRUIN
BEI DAHM
JUNGMANNSTR. 22
22605 HAMBURG

DR. DIETER ROLLBERG
ROBDORFER STRABE 127
D 64287 DARMSTADT GERMANY

DR. DIETLINDE LESSMANN
HUMBOLDT STR 36
51379 LOREILEUSEN GERMANY

DR. E.H.M. DIJKMAN B.V. DE HEER E.H.M. DIJKMAN
KASTANJELAAN 5
6584 CN  MOLENHOEK NETHERLANDS

DR. EMIL PATRASCU
DISTELWEG 11 B
STADE 21682 GERMANY

DR. GUENTER KITZINGER
DURBUSCH 24
51503 ROESRATH NORDRHEIN-WESTFALEN GERMANY

DR. HANS-DIETER U MONIKA SAIER
REMSCHEIDER STR. 217
42855 REMSCHEID GERMANY

DR. HANS-DIETER U. MONIKA SAIER
BEITEN BURKHARDT
RECHTSANWALTSGESELLSCHAFT MBH
UERDINGER STR 90
40474 DUSSELDORF GERMANY

DR. HARTMUT HOFFMANN UND MARIANNE STELTER-HOFFM/
STADTRANDSTR. 534
13589 BERLIN GERMANY

DR. HELMUT MEINHARDT
LAUBERSTR 21
D-79730 MURG GERMANY

DR. HERBERT KIEFER
FELIX DAHNSTRASSE 38
A-1190 WIEN AUSTRIA

DR. JAN THEY
WILLHODEN 7
22587 HAMBURG GERMANY

DR. KARL EBESTSHUBER
OBERWEG 6
D 82024 TAUTKIRCHEN  GERMANY

DR. KARL EBETSHUBER
OBERWEG 6
D-82024 TAUFKIRCHEN  GERMANY

DR. LOTHAR MILLER
LUGHANSER STR 68
D-51503 ROSRATH  GERMANY

DR. MICHAEL FORCH
KUFSTEINER STR 53
BERLIN 10825 GERMANY

DR. PETER GRUNER
AUGSBURGERSTRASSE 17
50170 KERPEN  GERMANY

DR. PETER KAUNE
ROSENWEG 25
SCHWETZINGEN GERMANY 68723

DR. RENSING KLAUS
SCHUETZENSTR. 15
48143 MUENSTER

DR. RUDOLF AND GABRIELE BENZ
WIDDUM 12
88090 IMMENSTAND  GERMANY

DR. STEFAN AUWAERTER
EMIL-MUENZ-STRASSE 14/2
D-71332 WAIBLINGEN GERMANY

DR. ULRICH LOTTER
KOHLSTRASSE 30
D-40883 RATINGEN GERMANY

DR. WILFRIED SCHMIEDER
ZEILSHEIMER STR. 43
HOFHEIM 65719 GERMANY

DR. WILHELM LESSMANN
HUMBOLDT STR 36
51379 LEVERKUSEN GERMANY

DR.BERND U.CHRISTIANE HAASE
ALBRECHT-THAER-STRASSE 1B
29664  WALSRODE GERMANY

DRRT FBO DR LOTHAR SPETH
100 SE 2ND ST STE 2610
MIAMI, FL 33131

DRRT FBO DR LOTHAR SPETH
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO EDELTRUD SPETH
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO ELISABETH SPETH
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO HAUCK & AUFHAEUSER BANQUIERS LUXEMBOURG
100 SE 2ND STREET, SUITE 2610
MIAMI, FL 33131

DRRT FBO HAUCK & AUFHAEUSER BANQUIERS LUXEMBOURG
100 SE 2ND STREET, SUITE 2610
MIAMI, FL 33131

DRRT FBO INTERNATIONALE KAPITALANLAGEGESEL
C/O SUZUKA INKA
100 SE 2ND ST STE 2610
MIAMI, FL 33131

DRRT FBO SECURITY KAG
100 SE 2ND STREET SUITE 2610
(CENSEO FACULTATIV)
MIAMI, FL 33131

DRRT FBO SECURITY KAG
100 SE 2ND STREET SUITE 2610
CENSEO FACULTATIV II
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN ) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN)
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN)
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
(4908004398)
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRRT FBO SWISS LIFE LIECHTENSTEIN AG
100 SE 2ND STREET SUITE 2610
MIAMI, FL 33131

DRUDA NICOLA-FERRARA PASQUA
VIA MENTANA 28
75013 FERRANDINA (MI) ITALY

DUJKA EVA
MONDWEG 4/2/6
A-1140 VIENNA AUSTRIA

DULWEN INTERNATIONAL SA
53RD STREET URBANIZACION OBARRIO PH
MMG TOWER 16TH FLOOR
PANAMA REPUBLIC OF PANAMA

DUTRIEUX MICHEL
PLACE ALBERT 1ER 24/2
6000 CHARLEROI BELGIUM

E DEBAR
C/O NATIXIS PRIVATE BANNING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG

EARNEST UND ELFRIEDE AIGUER
WATZMANNSTR 21
D-84558 TYRLACHING GERMANY

EAST END SA
CABINET ADV PHILIPPE MORALES
22 AVN DELLA LIBERTE
L-1930 LUXEMBOURG

EAST END SA
CABINET ADV PHILIPPE MORALES
22 AVN DELLA LIBERTE
L-1930 LUXEMBOURG

EAT ELEKTROHANDEL GMBH
HAUS ENDT STR 121
40593 DUSSELDORF GERMANY

EBERHARD & BIRGIT FLADUNG
DR STEINHUBEL & V BUTTLAW RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

EBERHARD BELAU
AM KOLEN BORN 14
24226 HEIKENDORF GERMANY

EBERHARD HARTWIG
AM ERLENBACH 8
D-63263 NEU-ISENBURG GERMANY

EBERHARD HARTWIG
AM ERLENBACH 8
D-63263 NEU-ISENBURG GERMANY

EBERHARD HARTWIG
AM ERLENBACH 8
D-63263 NEU-ISENBURG GERMANY

EBERHARD HARTWIG
AM ERLENBACH 8
D-63263 NEU-ISENBURG GERMANY

EBERHARD KIRSCH
BLUMENWALL 4
31737 RINTELN  GERMANY

EBERHARD KUENZEL
SIEGLINDE KUENZEL
UEBER DER SORGE 10
99425 WEIMAR GERMANY

EBERHARD WEGENER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

EBERHARDT UND ILONA BERG
AM RICHTERS HOLZCHEN 3
99842 RUHLA GERMANY

ECKARD PICHT
RIESSTR 17
53113 BONN, GERMANY

ECKERT, KLAUS DIETER & CHRISTA
KLAUS-DIETER ECKERT, CHRISTA ECKERT
SCHAEFERSTRASSE 32-1
D-71642 LUDWIGSBURG GERMANY

ECKHARD AND ELKE FRIESE
PASTOR SCHRUEDER STR 92
24718 RENDSBURG  GERMANY

ECKHARD FRIESE
PASTOR-SCHROEDER-STRASSE G2
24768 RENDSBURG GERMANY

ECKHARD SAUTER
MR ECKHARD SAUTER
BURGWEG 6
65779 KELKHEIM GERMANY

ECOSYSTEM CORP I
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG

ECOSYSTEM CORP II
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG

EDDA KROENERT-VOGT
AM PARK 91
D-53757 ST. AUGUSTIN  GERMANY

EDDY LEYS
WUYTJESSTRAAT 14B
2223 SCHRIEK
HEIST OP DEN BERG, BELGIUM

EDDY PLASQUY
KEIZER KARELLAAN 14
B-1982 ELEWIJT-ZEMST BELGIUM

EDELGARD STRAUCH
SCHILLWEG 36
42109 WUPPERTAL GERMANY

EDELMANN KARL
MARKT HARTMANNSDORF 77
8311 MARKT HARTMANNSDORF, AUSTRIA

EDELTRAUD DREWEKE
OESTLICHE RINGSTRASSE 6
85049 INGOLSTADT GERMANY

EDGANA STIFTUNG
AEULESTRASSE 74
FL-949 VADUZ LIECHTENSTEIN

EDGAR / IMELDA BRAUN
HINTER EICHBAUM 47
D-55595 WALLHAUSEN GERMANY

EDGAR ANTON
ORDENSMEISTERSTR 60
12099 BERLIN GERMANY

EDGAR B SCHELLER
HEILMANNSTR 13B
81479 MUNCHEN, GERMANY

EDGAR EUTENEUER
AM SPITZSBERG 8A
D-56075 UOBLEIZ GERMANY

EDGAR HILLENBRAND
STAUDENSTRASSE 36
63075 OFFENBACH GERMANY

EDGAR KOENIG
KOBLENZER STR 39
60327 FRANKFURT GERMANY

EDITH KLEIN
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

EDITH MARIE-LUISE CASPARY
SCHLIEMANNWEG 31
FRANKFURT 60435
GERMANY

EDMUND GASSER
OBERRASEN 19
I - 39030 RASEN/ANTHOLZ ITALY

EDMUND GASSER
OBERRASEN 19
I-39030 RASEN/ANTHOLZ ITALY

EDMUND SCHOEPF
WEINSTRASSE 22
39010 NALS ITALY

EDOARDO BELLEZZA
VIA APOSTOLI N 9
89812 PIZZO (VV) ITALIA

EDUARD AND HSU MEYERSIECK
C/O EDUARD AND YUET PING HSU-MEYERSIECK
UMBERGSTRASSE 15
3292 GAMING AUSTRIA

EDUARD HAGENHOFER
AM  WIDAGRABE  7
FL-9490 VADUZ LIECHTENSTEIN

EDUARDO CARDOSO BASTOS
RUA RAUL PROENCA 4
2820478 VALE FETAL
CHARNECA DE CAPARICA
PORTUGAL

EDUARDO GAMBIDI
FORSTHAUSSTRASSE 5
63165 MUEHLHEIM GERMANY

EDWARD GADDIS
FINGERHUTWEG 16
38678 CLAUSTHAL-ZELLERFELD GERMANY

EDWARD MAYNE
VILLA ZANALITA
NO 26 CALLE 5-F, CASIOPEA,
HAZA DEL CONDE,
NUEVA ANDALUCIA, MALAGA 29660 SPAIN

EDWIN SCHULZ
POSTFACH 34 29
37073 GOETTINGEN GERMANY

EDWIZ & HILDEGARD ULLRICH
C/O EUGEN STUTZLE STEUERBERATER
HABERMEHISTR 19
75172 PFORZHEIM GERMANY

EFG BANK AG
BAHNHOFSTRASSE 16
PO BOX 2255
ATTN ISABEL FARAGALLI
8022 ZURICH SWITZERLAND

EGON / GISELA MUEHLBERGER
GEORG FRAUNHOFESTRASSE 14
94113 TIEFENBACH GERMANY

EGON AND GISELA MUEHLBERGER
GEORG FRAUENHOFERSTRASSE 14
94113 TIEFENBACH  GERMANY

EGON MILAS
UHLANDWEG 76
73776 ALTBACH GERMANY

EGON MUEHLBERGER/M K M PAULUS
GEORG FRAUNHOFER STR 14
94113 TIEFENBACH  GERMANY

EGON, NIRMAIER
ROTAECKERSTR. 13
D-69439 ZWINGENBURG  GERMANY

EHEL ALBERT U SABINE TROESCH
TULPENWEG 12
D 54411 HERMESKEIL GERMANY

EHELEUTE GERD UND HANNELORE BEESE
BRUEDER-GRIMM-STRASSE 15
65760 ESCHBORN/TS. GERMANY

EHELEUTE HEINRICH UND EDITH KANTHAK
ALSBACHER STR 39
64342 SEEHEIM-JUGENHEIM GERMANY

EHELEUTE STANKO U OLGA ANTOLIC
BREUBERGSTR 8
64546 MUERFELDEN - WALLDORF  GERMANY

EHRENGARD GRAEFIN VON KEYSERLINGK
OBERFOEHRINGER STR. 167
81925 MUENCHEN GERMANY

EISGRUBER KAROLINE
PAPPELALEE 15D
80995 MUNCHEN GERMANY

EIZO ITAGAKI
DORFSTRASSE 75
ROXFOERDE 39638 GERMANY

ELBERT KOGEL
AVENUE DE CALABRE 16
B1200 BRUSSELS  BELGIUM

ELENA DE BORBON BARUCCI
PASEO DE LA CASTELLANA 166
ESCALERA 2, ENTREPLANTA IZQUIERDA
MADRID 28046 SPAIN

ELENA PANINA
C/O DLA PIPER LLP (US)
ATTN VINCENT J ROLDAN
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020

ELENA PANINA
C/O DLA PIPER WEISS-TESSBACH RECHTSANWALTE GMBH
ATTN DR CHRISTIAN TEMMEL
SCHOTTENRING 14
A-1010 WIEN/VIENNA  AUSTRIA

ELENA PANINA
MEMORLAR 14-88
NAVOI 706800  UZBEKISTAN

ELENA PAOLA ROSSI
VIA BRACCIANO 8
20124 MILANO ITALY

ELENA SCHEWE
AM SCHEIDENSBACH 6
46240 BOTTTROP GERMANY

ELENA VAYSSBAKH
GEORG GUNDOLF-DORF 90
6764 LECH AUSTRIA

ELENA VAYSSBAKH
MR GEORG GUNDOLF
DORF 90
A-6764 LECHA  AUSTIRA

ELENA WEBER
STEFAN WEBER
SUDRING 18
63517 RODENBACH GERMANY

ELEONOR JONES
SEUFIELD WESTLAND GROVE
PORTCHESTER NR FEREHAM HANTS
PO169AA PORTCHESTER GREAT BRITAIN

ELEONORE HARDER
HOEPPNERSTR 50
12101 BERLIN GERMANY

ELFRIEDE KNAPPE
C/O STOCKELMANN
WESTRING 54
67269 GRÜNSTADT GERMANY

ELFRIEDE KREYE
EICHENKAMP 8
D-31249 HOHNHAMELN GERMANY

ELFRIEDE KUCH
FRANZ-KUENSTLER-STR. 21
10969 BERLIN GERMANY

ELFRIEDE LICHDI
SCHWAILERNER STR 19
74080 HEILBRONN GERMANY

ELFRIEDE OR KARL VOGEL
ELSA BRANDSTROEM STR 9
76228 KARLSRUHE GERMANY

ELFRIEDE SCHOLLER
UNTERER MARKT 17
A-8551 WIES, AUSTRIA

ELFRIEDE-WALTRAUD ULRICH
FRANZ-GESSEN-STR. 31
D-52249 ESCHWEILER GERMANY

ELGA DORN
HOFFMANN VON FALLERSLEBEN
STRAßE 43
38304 WOLFENBÜTTEL GERMANY

ELGA KELLNER
EIGEN 69
D 51503 ROSRATH GERMANY

ELIANNE U KARL-ALBRECHT VON KAPHENGST
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

ELIAS A/O LINA CHACCOUR
CREDIT AGRICOLE (SUISSE) SA
4 QUAI GENERAL-GUISAN
1204 GENEVA, SWITZERLAND

ELIAS MEHADDEB SAKKAL
PARDNA 754
PISO 11 APTO A
BUENOS AIRES ARGENTINA

ELIAS SAKKAL
PARANA 754
BUENOS AIRES ARGENTINA

ELISA MATTEI
VIA PADOVA, 44
00161 ROMA ITALY

ELISABETH BAUER
RAMSMEIERSTR 12
85579 UNTERBIBERG GERMANY

ELISABETH BODDEN
SOPHIE-SCHOLL-STRASSE 5
D-52477 ALSDORF, GERMANY

ELISABETH EISENKOPF
KOMPHAUSBADSTR 3/5
52062 AACHEN GERMANY

ELISABETH KERN
SCHILLERSTRAßE 22
D-55257 BUDENHEIM RHEINLAND-PFALZ GERMANY

ELISABETH KRANZ
MELSUNGER STR. 2
60389 FRANKFURT GERMANY

ELISABETH LAEMMLE
DROSSELWEG 15
86381 KRUMBACH GERMANY

ELISABETH LAEMMLE
DROSSELWEG 15
KRUMBACH 86381 GERMANY

ELISABETH MAY
UHLANDSTR 32
38304 WOLFENBUTTEL GERMANY

ELISABETH MAY
UHLANDSTR 32
WOLFENBUTTEL 38304 GERMANY

ELISABETH PETERS
ELSA-BRANDSTROEM-STR 25
55124 MAINZ GERMANY

ELISABETH PROFOS-SULZER
SCHAUFELACKER 28
WOHLEN B BERN 3033 SWITZERLAND

ELISABETH ROESGES
KOENIGSBERGER STR 1
47877 WILLICH GERMANY

ELISABETH SAUTER
89743 BLAUBEUREN
AHORNWEG 6 GERMANY

ELISABETH SCHOENSWETTER
PARACELSUSSTRASSE 14
A - 5110 OBERNDORF AUSTRIA

ELISABETH ZERHUSEN
CITADELLE 28
48653 COESFELD GERMANY

ELKE, HORST SCHNEIDER
SPANDAUER STRASSE 54
13581 BERLIN GERMANY

ELLEN AND WERNER KUHNLE
EICHENSTR. 25
GERMANY

ELLEN MEYER
HELMUT MEYER
IM HOLDFELDT 16
UELZEN DE 29525 GERMANY

ELMAR & BRIGITTE GORISSEN
ELMAR GORISSEN
BERLINER STR 35
53604 BAD HONNEF GERMANY

ELMAR HEUMANN
HERDERSTRASSE 47
53173 BONN GERMANY

ELMAR LOEHNER
FLOTOWSTR. 8
38106 BRAUNSCHWEIG GERMANY

ELMAR RAINALTER
RAUSCHERTORGASSE 15/8
I-39100 BOZEN ITALY

ELNA DOHT
FASCHERWEI 14
25920 RISUM LINDHOLM GERMANY

ELOSYSTEM CORP III
NATIXIS PRIVATE BANKING
51 AVE J F KENNEDY
L1855 LUXEMBOURG

ELSA GUERRA
VIA PASSAMONTI 25
48022 LUGO (RA)
ITALY

ELSBETH KUHLMANN
C/O DR FUELLMICH & ASSOCIATES
SENDERSTR 37
37077 GOTTINGEN GERMANY

ELSGRUBER FRANZISKA
PAPPELALLEE 15D
80995 MUNCHEN GERMANY

ELVERINO DE LULLO
VIA ELIA FACCHINI 29
00125 ROME ITALY

ELVIRA SCHUPP
BERLINER STR. 1
65611 BRECHEN  GERMANY

ELVIRA ZASTRUTZKI
ELVIRA ZASTRUTZKI
KÖTSCHACH 459
9640 KÖTSCHACH-MAUTHEN
AUSTRIA

ELWIRA UND GUNTER RIEDEL
SIMROCKSTR 13
99096 ERFURT GERMANY

EMANUEL DOBLER
WIESENRAIN 4L
6850 DORNBIRN AUSTRIA

EMERING MIKE
16 RUE MARIE ASTRID
L 2129 HOWALD  LUXEMBOURG

EMILE MAZOUIN
8 RUE DES JARDINS
MAMER

EMILIA ZANOTTO
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA NO 7
00192 ROME ITALY

EMILIE SAMRAY
PRE LORINT 15
B 4052 CHAUDFONTAINE BELGIUM

EMILIO PARDO
CHEMIN  D`ARBEILLAT
(HARAS)
64490 ACCOUS FRANCE

EMIN CAKAR
TANZIMAT SOKAK NO 19/2
TR-34728 GOZTEPE-INSTANBUL TURKEY

EMIRA RIZVIC
WILHELM-KUHNERT STR 2A
81543 MUNCHEN, GERMANY

EMMA HEINZ
GAUSBURG 47
83416 SAALDORF-SURHEIM  GERMANY

EMMA SUPRUNOVA MACH
HAUPTSTRASSE 42
HOCHSPEYER 67691  GERMANY

EMMA WEIS
KREUZWEG 23
63688 GEDERN GERMANY

EMMA WEIS
KREUZWEG 23
GEDERN-WENINGS 63688 GERMANY

EMMA ZIMPRICH
MAINSTR 25
36043 FULDA  GERMANY

EMMA ZIMPRICH
MAINSTR 25
36043 FULDA / GERMANY

EMMY SCHMID-DEHNERT
GRUENSTRASSE 1 A
D-79232 MARCH-HUGSTETTEN GERMANY

ENDING OVERSEAS CORPORATION
C/O DRESDNER BANK LUXEMBOURG
RUE DE MARCHÉ D'ANX HARBES
L1728 LUXEMBOURG

ENGELBERT MAUS
ILLER STR 27
90451 NUERNBERG GERMANY

ENGELBERT R MER
OTTO-SCHNEIDER-STR. 18A
MUTTERSCHIED 55467 GERMANY

ENIO PREDIGER
BUCHAUERSTR. 13
MUNICH 81479 GERMANY

ENIO PREDIGER
C/O HSBC SUISSE SA
ATTN MR ALFREDO NUNEZ
GARTENSTR 26
CH-8002 ZURICH, SWITZERLAND

ENRICA COCCO
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA 7
00192 RONA ITALY

ENRICO CASADIO
VIA DON ANDREA BIAVATI 3
40068 SAN LAZZARO DI SAVENA (BO) ITALY

ENRICO CERVATI
C/O D'ALESSANDRO & PARTNERS SGE
VIA ANFITEATRO LATERIZIO NO 290
NAPLES 80035 ITALY

ENRICO COIN
VIA GRAMSCI 7
35020 CORREZZOLA PD ITALY

ENRICO DEGETTO
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA 7
00192 ROMA ITALY

ENRICO MARIA GRIECO
C/O ENRICO MARIA GRIECO
VIA SAN QUITINO 9 BIS
10121 TORINO ITALY

ENRIQUE CLAASEN Y PETERSSON
APP LAS PALMERAS 42
CALLE MALAGA 13
29780 NERJA - SPAIN

ENTREPRISE RENNES SA
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

ERCOLANI ROBERTA
VIA SCAPUZZINA 1
48015 CERVIA (RAVENNA) ITALY

ERGANG, CHRISTINA
RHEINAUSTR 219
53225 BONN GERMANY

ERHARD BOCK
EINSIEDELWEG 6
74821 MOSBACH GERMANY

ERHARD FISCHER
LIVINGSTONE STR 7
MARKTREDWITZ 95615 GERMANY

ERHARD HERRMANN U IRMAGARD
DRESDNER STR 12
35239 STEFFENBERG GERMANY

ERHARD THEIL
MAX BOCK STR 1
60320 FRANKFURT GERMANY

ERHARD THEIL
MAX-BOCK-STR 1
D60320 FRANKFURT/MAIN, GERMANY

ERHARD WAGNER
PANKRATIUSSTR 83
33098 PADERBORN GERMANY

ERIC & BEATRICE BIBAUW - DOR
RUE DES HETRES 101
1630 LINKEBEEK BELGIUM

ERIC BASTINO
STRADA SAN MICHELE 55
12042 BRA - CN ITALY

ERIC BEHRENS
DEHNHARDTSTRASSE 8
FRANKFURT 60433 GERMANY

ERIC KADIKOWSKI
STUBENRAUCHSTR 11
BERLIN 12161 GERMANY

ERIC LEINGANG
ATTN ULNKE AND ULNCH LEINGANG
LANDWEHRSTR 14
67346 SPEYEL GERMANY

ERIC MANFRED REUTER
SIMMERNERSTRASSE 60
56075 KOBLENZ GERMANY

ERIC PECHON
62 RUE JOS PHILIPPART
L-4845 RODANGE LUXEMBOURG

ERIC PLETINCKX
ROUTE DE MONTAUBERT 66
CH 1720 CORMINBOENF (FA) SWITZERLAND

ERIC URBAN
SONNENSTR 17
15370 PETERSHAGEN GERMANY

ERICH AND MARGRET NEFFGEN
HOCHSTR 174
52525 HEINSBERG GERMANY

ERICH BEINENFELD
HOVENGASSE 3/4/12
2100 KORNEUBURG AUSTRIA/EUROPE

ERICH GEIGER
GARTENSTRASSE 22
D-75334 STRAUBENHARDT GERMANY

ERICH HAHN, SIGLINDE HAHN
AN DER ESELSHOEHE 27
97422 SCHWEINFURT GERMANY

ERICH KUHN
RUNZSTRASSE 73
79102 FREIBURG GERMANY

ERICH SCHMIDT
HERRENSTEIGE 5
D-97980 BAD MERGENTHEIM   GERMANY

ERICH TROMETER
MORIKESTR 4
86356 NEUSASS GERMANY

ERICH U. CHRISTINE GEHRINGER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART  GERMANY

ERICH UND MARGARETE NEFFGEN
HOCHSTR. 174
HEINSBERG 52525 GERMANY

ERIK CARLBERG
PO BOX 9027
LA JOLLA, CA 92038

ERIK DENOLF
ROZENSTRAAT 13
8830 HOOGLEDE BELGIUM

ERIK LINDEMANN
HERMANN HESSE STR 2
72555 METZINGEN GERMANY

ERIK LOHSE
DOERNICHTWEG 1B
D-01109 DRESDEN GERMANY

ERIK NITSCHE
TUENGENTALER STRASSE 34
SCHWAEBISCH HALL,  74523

ERIKA CRAMER
IDA DEHMEL RING 42
D-68309 MANNHEIM GERMANY

ERIKA DENNIG
DR.-MARTIN-LUTHER-STR. 18
D-91626 SCHOPFLOCH GERMANY

ERIKA EISENBACH
FRIEDRICHSTRASSE 14
D-42477 RADEVORMWALD GERMANY

ERIKA KAISER
DR AGNES KAISER-REKKAS
CHORHERRSTR 4
D-81667 MUNCHEN GERMANY

ERIKA LEMKE
DECHANT - FEIN - STR 9
51375 LEVERKUSEN GERMANY

ERIKA LEMKE
DECHANT-FEIN-STR 9
51375 LEVERKUSEN, GERMANY

ERIKA LISCH
DOMAGKWEG 12
D-42109 WUPPERTAL GERMANY

ERIKA MATTES
AM WOLFSBERG 28
D - 70597 STUTTGART GERMANY

ERIKA MATTES
AM WOLFSBERG 28
D 70597 STUTTGART GERMANY

ERIKA MATTES
AM WULTSBERG 28
D-70537 STUTTGART  GERMANY

ERIKA SCHULZE
SPECKENREYE 60
HAMBURG 22119 GERMANY

ERNA KOFF
RUDESHEIMER STR 29
65197 WIESBADEN GERMANY

ERNA RAJDA
WILLI-BLEICHER-STRASSE 21
KIRCHHEIM/TECK 73230 GERMANY

ERNESTINE SCHWEIGERT
KNEIPPSTR 5
NUERNBERG DE GERMANY

ERNESTINE SCHWEIGERT
KNEIPPSTR. 5
NUERNBERG DE GERMANY

ERNESTO STEGMAIER
PETER ROTSTRASSE 107
4058 BASEL SWITZERLAND

ERNST & CHARLOTTE REINDL
LILIENWEG 12
71106 MAGSTADT GERMANY

ERNST AND ELFRIEDE AIGNER
C/O ERNST AIGNER
WATZMANNSTR 21
D-84558 TYRLACHING GERMANY

ERNST AND ISABELLA MARTIN
EDITH-STEIN-STR 6
36037 FULDA, GERMANY

ERNST BRAENDLE DR
GUSTAV HEINEMANN STR 25
D 35440 LINDEN GERMANY

ERNST EIDELSBURGER
NIGGLSTR. 23
80999 MUNCHEN  GERMANY

ERNST GEORG OESER
KURZE STRASSE 4
72092 HEININGEN GERMANY

ERNST KAUDERER
DIPL ING ERNST KAUDERER
SCHANZELGASSE 15
A-8010 GRAZ AUSTRIA/EUROPE

ERNST KAUDERER
SCHANZELGASSE 15
8010 GRAZ AUSTRIA

ERNST KNECHT
LANDWIRT
HINTERBERGSTRASSE 9
8340 HINWIL SWITZERLAND

ERNST KUHN
AM DEUTSCHHOF 71
97422 SCHWEINFURT GERMANY

ERNST MEYER
EGERLAENDER WEG 13
61476 KRONBERG IM TAUNUS GERMANY

ERNST O CHARLOTTE REINDL
LILIENWEG 12
D-71106 MAGSTADT  GERMANY

ERNST REBHOLZ
ALLEENSTR 32
72351 GEISLINGEN GERMANY

ERNST SCHINDLER
PULVERTURMSTR 5B
D-30935 MUENCHEN GERMANY

ERNST VENUS
WEIDENGASSE 16/3
A-8380 JENNERSDORF  AUSTRIA

ERNST WEY
AM HACKENBORN 6
56626 ANDERNACH DE DEUTSCHLAND