IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:                                         *

   Motors Liquidation Company        *

      Debtor.                            *        CASE NO. 09-50026

## WITHDRAWAL OF CLAIM ECF # 70349

Comes now Marilyn Wood, Mobile County Revenue Commissioner, and withdraws ECF Claim 70349 previously filed in this case on or about July, 19, 2010, and in support thereof states that the property tax on which said claim was based in the amount of $1,188.05 was paid on or about December 20, 2010.

Dated this the 30th of December, 2010.

        /s/ CHRISTOPHER KERN
CHRISTOPHER KERN
Attorney for Mobile County Revenue Commissioner
P. O. Box 210
Mobile, Alabama 36601
(251) 432-5400

CERTIFICATE OF SERVICE

I do hereby certify that I have on this, the 30th day of December, 2010, served a copy of the foregoing to Counsel for the Debtor, United States Trustee, and all parties who have requested notice, via the Court Electronic Filing System, and on Tim Neis at AlixPartners via electronic mail.

/s/ CHRISTOPHER KERN
Christopher Kern