Peter S. Partee, Sr.

Jason W. Harbour (VSB No. 68220)

Robert A. Rich

HUNTON & WILLIAMS LLP

HUNTON & WILLIAMS LLP

Riverfront Plaza, East Tower

200 Park Avenue, 53rd Floor

951 East Byrd Street

New York, New York 10166-0136

Richmond, Virginia 23219-4074

(212) 309-1000

(804) 788-8200

Counsel for Northrop Grumman Ohio Corporation

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                                                            :
*In re*                                                     :     Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY                                  :     Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORPORATION,   :
*et al.,*                                                   :     Jointly Administered
                                                            :
                                        Debtors.            :
----------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ): SS
COUNTY OF NEW YORK  )

Robert A. Rich being duly sworn, deposes and says:

1.      I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2.      On December 30, 2010, I filed the *Response of Northrop Grumman Ohio Corporation to the Debtors' 110th Omnibus Objection to Claims* [Docket No. 8346] (the "Response"), which sent a notification of such filing to all parties requesting electronic service via the Court's CM/ECF system.

3.      On December 30, 2010, I caused a true and complete copy of the Response to be served on the parties listed on **Exhibit A** annexed hereto by overnight delivery.

4.      On December 30, 2010, I caused a true and complete copy of the Response to be served on the parties listed on **Exhibit B** annexed hereto by electronic mail.

Dated: New York, New York
         December 30, 2010

_____
                                    Robert A. Rich

Sworn to before me on this
30th day of December 2010

_____
         Notary Public

**YESENIA M. CALDWELL**
Notary Public, State of New York
No. 01CA6005557
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 20__

# EXHIBIT A

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.,
STEPHEN KAROTKIN, ESQ. AND
JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153

MOTORS LIQUIDATION COMPANY
ATTN: TEN STENGER
FOR THE DEBTORS
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MICHIGAN 48243

GENERAL MOTORS, LLC
ATTN: LAWRENCE S. BUONOMO, ESQ.
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265

UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW, ROOM 2312
WASHINGTON, D.C. 20220

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN J. RAPISARDI, ESQ.
ATTY FOR THE UNITED STATES DEPARTMENT
OF THE TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281

VEDDER PRICE, P.C.
ATTN: MICHAEL J. EDELMAN, ESQ
AND MICHAEL L. SCHEIN
ATTY FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, ESQ.,
ROBERT SCHMIDT, ESQ., LAUREN MACKSOUD, ESQ.
AND JENNIFER SHARRET, ESQ.
ATTY FOR THE STATUTORY COMMITTEE OF
UNSECURED CREDITORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN: SANDER L. ESSERMAN, ESQ.
AND ROBERT T. BROUSSEAU, ESQ.
ATTY FOR DEAN M. TRAFELET IN HIS CAPACITY AS
THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 2200
DALLAS, TEXAS 75201

THE U.S. ATTORNEY'S OFFICE, S.D.N.Y.
ATTN: DAVID S. JONES, ESQ.
AND NATALIE KUEHLER, ESQ.
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NEW YORK 10007

THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: TRACY HOPE DAVIS, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

CAPLIN & DRYSDALE, CHARTERED
ATTN: ELIHU INSELBUCH, ESQ. AND
RITA C. TOBIN, ESQ.
ATTY FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS HOLDING ASBESTOS-RELATED CLAIMS
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NEW YORK 10152-3500

CAPLIN & DRYSDALE, CHARTERED
ATTN: TREVOR W. SWETT III, ESQ.
AND KEVIN C. MACLAY, ESQ.
ATTY FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS HOLDING ASBESTOS-RELATED CLAIMS
ONE THOMAS CIRCLE, N.W., SUITE 1100
WASHINGTON, D.C. 20005

# EXHIBIT B

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.,
STEPHEN KAROTKIN, ESQ. AND
JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153
email: harvey.miller@weil.com
email: stephen.karotkin@weil.com
email: joseph.smolinsky@weil.com

MOTORS LIQUIDATION COMPANY
ATTN: TEN STENGER
FOR THE DEBTORS
500 RENAISSANCE CENTER, SUITE 1400
DETROIT, MICHIGAN 48243
email: TStenger@alixpartners.com

GENERAL MOTORS, LLC
ATTN: LAWRENCE S. BUONOMO, ESQ.
400 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265
email: lawrence.s.buonomo@gm.com

UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW, ROOM 2312
WASHINGTON, D.C. 20220
email: joseph.samaria@do.treas.gov

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: JOHN J. RAPISARDI, ESQ.
ATTY FOR THE UNITED STATES DEPARTMENT
OF THE TREASURY
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281
email: john.rapisardi@cwt.com

VEDDER PRICE, P.C.
ATTN:  MICHAEL J. EDELMAN, ESQ
AND MICHAEL L. SCHEIN
ATTY FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
email: mjedelman@vedderprice.com
email: mschein@vedderprice.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN:  THOMAS MOERS MAYER, ESQ.,
ROBERT SCHMIDT, ESQ., LAUREN MACKSOUD, ESQ.
AND JENNIFER SHARRET, ESQ.
ATTY FOR THE STATUTORY COMMITTEE OF
UNSECURED CREDITORS
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
email: tmayer@kramerlevin.com
email: rschmidt@kramerlevin.com
email: lmacksoud@kramerlevin.com
email: jsharret@kramerlevin.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
ATTN: SANDER L. ESSERMAN, ESQ.
AND ROBERT T. BROUSSEAU, ESQ.
ATTY FOR DEAN M. TRAFELET IN HIS CAPACITY AS
THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 2200
DALLAS, TEXAS 75201
email: esserman@sbep-law.com
email: brousseau@sbep-law.com

THE U.S. ATTORNEY'S OFFICE, S.D.N.Y.
ATTN: DAVID S. JONES, ESQ.
AND NATALIE KUEHLER, ESQ.
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NEW YORK 10007
email: david.jones6@usdoj.gov
email: natalie.kuehler@usdoj.gov

THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: ANDREA. B. SCHWARTZ
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004
email: andrea.b.schwartz@usdoj.gov

CAPLIN & DRYSDALE, CHARTERED
ATTN:  ELIHU INSELBUCH, ESQ. AND
RITA C. TOBIN, ESQ.
ATTY FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS HOLDING ASBESTOS-RELATED CLAIMS
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NEW YORK 10152-3500
email: ei@capdale.com
email: rct@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN:  TREVOR W. SWETT III, ESQ.
AND KEVIN C. MACLAY, ESQ.
ATTY FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS HOLDING ASBESTOS-RELATED CLAIMS
ONE THOMAS CIRCLE, N.W., SUITE 1100
WASHINGTON, D.C. 20005
email: tws@capdale.com
email: kcm@capdale.com