## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
       f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                                :    Case No. 09-50026 (REG)
                                                                :    (Jointly Administered)
                  Debtors.    :
----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                      ) ss
COUNTY OF **SUFFOLK**   )

I, Chanpreet Kondal, being of full age, states as follows:

    1.   I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.   On December 30, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8339) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                      /s/ Chanpreet Kondal
                                                      Chanpreet Kondal

Sworn to before me this 30th day of
December, 2010
/s/ Gea Somma_____   _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

Jorge Gomez, Pamela Gomez, Kathy Perez
Guardian of Karolina Gomez & Alexandra Gomez
c/o Law Offices of Douglas A. Allison
403 N. Tanchaua
Corpus Christi, TX 78401

Jorge Gomez, Pamela Gomez, Kathy Perez
Guardian of Karolina Gomez & Alexandra Gomez
6638 Rhine Dr.
Corpus Christi, TX 78412

Jorge Gomez, Pamela Gomez, Kathy Perez
Guardian of Karolina Gomez & Alexandra Gomez
811 S. Wilhelma Dr.
Hebbronville, TX 78361

TRANSFEREE

Hain Capital Holdings, LLC
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070