# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                                            :
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,                             :
      f/k/a General Motors Corp., *et al.*         :     Chapter 11
                                                                  :     Case No. 09-50026 (REG)
                                                                  :     (Jointly Administered)
              Debtors.                 :
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**      )
                           ) ss
COUNTY OF **SUFFOLK**      )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On December 30, 2010, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8338) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                        /s/ Chanpreet Kondal
                                                                        Chanpreet Kondal

Sworn to before me this 30th day of
December, 2010
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

### TRANSFEROR

Keith Varnau, individually and as personal
representative of the Estate of Arlene Varnau
c/o Habush, Habush & Rotter, S.C.
Attn: Donald H. Slavik
777 E. Wisconsin Avenue #2300
Milwaukee, WI 53202

### TRANSFEREE

Hain Capital Holdings, Ltd
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070