**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                              :     **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.***,**   :     **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*     :
:
                    **Debtors.**               :     **(Jointly Administered)**
:
---------------------------------------------------------------x

### ENDORSED ORDER

The letter sent by Dave Shostack on December 9th, 2010 entitled "Request to Proceed as a Poor Person" (ECF # 8136) is deemed a motion to waive the filing fee with respect to Mr. Shostack's lift stay motion.  The letter sent by Dave Shostack dated December 28th, 2010 (ECF # 8352) is deemed as a motion to file both letters under seal.  Both these motions are granted.

However, both letters must be sent to the counsel for Motors Liquidation Company, the Unsecured Creditor's Committee, and the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims and they are to treat these letters as any other document that has been filed under seal.

To clarify, Dave Shostack's motion for relief from the automatic stay (ECF # 8161) will not be filed under seal.

Dated: New York, New York              _/s/Robert E. Gerber_____
       January 3, 2011                 United States Bankruptcy Judge