**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                                            ) ss:
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.       I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our business address is 105 Maxess Road, Melville, New York 11747.

2.       On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 137th Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8304]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

<u>/s/ Kimberly Gargan</u>
Kimberly Gargan

Sworn to before me this
3rd day of January 2011

<u>/s/ Barbara Kelley Keane</u>
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM
IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION
COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                 :

In re                 :       Chapter 11 Case No.
                 :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :       **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :
                 :

           **Debtors.**     :       **(Jointly Administered)**
                 :

------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan** |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation

Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors,

as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified

above.  The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim

of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  As such, the Debtors believe that Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the extent your proof of claim asserts a claim other than for principal plus accrued and unpaid interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on account of that specific claim, although the entitlement to receive distributions through the fiscal and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

> A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

> B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

> C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

GERHARD SEIF
NEUENDORFER STR. 113
KOBLENZ 56070 GERMANY

GERHARD SEITTER
VOGELSANGSTR 51
D-75173 PFORZHEIM GERMANY

GERHARD SPERBER
MEERSTR 5
45964 GLADBECK  GERMANY

GERHARD SPERBER
MEERSTR 5
45964 GLADBECK GERMANY

GERHARD SPUTZ
SEDANSTRABE 13
47441 MOERS  GERMANY

GERHARD SZONN
AM KRUSENICK 6A
12555 BERLIN GERMANY

GERHARD U. BRIGITTE ALTHOFF
SKUTARISTR 10
D-12109 BERLIN GERMANY

GERHARD UELPENICH
IM KLOSTERTAL 32
D-53881 EUSKIRCHE-KIRCHHEIM GERMANY

GERHARD VOGT
SCHLUSSELWIESEN 16
D - 70186 STUTTGART GERMANY

GERHARD WALZ
MARQUARDT STR 42
70186 STUTTGART GERMANY

GERHARD WALZ
MARQUARDT STR 42
70186 STUTTGART GERMANY

GERLINDE BASSLER
ERLENWEG 1
77866 RHEINAU-DIERSHEIM, GERMANY

GERLINDE BASSLER
ERLENWEG 1
77866 RHEINAU-OKRSHEIM GERMANY

GERLINDE VON WITTICH
KURTURSTENSTR. 48
D-12249 BERLIN GERMANY

GERMAAN HINNEKINT
ROTSESTRAAT 55
8800 ROESELARE BELGIUM

GERMAAN VANCOILLIE
BRUGSESTEENWEG 537
8800 ROESELARE BELGIUM

GERMANO CORVINI  -  POLUZZI CLAUDIA
VIA MAZZACURATI 41
40013 CASTEL MAGGIORE BOLOGNA

GERNOT PILZ
JAKOBUSWEG 16
D-50859 KOLN GERMANY

GERO OLBERTZ
ROSSDORFER STR. 22
D-60385 FRANKFURT, GERMANY

GEROA PENTSIOAK EPSV
PASEO DE LUGARITZ 27 BAJO
20018 SAN SEBASTIAN, SPAIN

GEROLD BLOEMKE
KAISERSWERTHER STR. 348
47259 BUISBURG GERMANY

GERSTMAYR GUNTER
C/O DRESDNER BANK
MARKTSTR 30
83646 BAD TOLZ GERMANY

GERSTMAYR NORIYO
C/O DRESDNER BANK
MARKSTR 30
83646 BAD TOLZ GERMANY

GERSWITT & CONRAD HOELLIG
MR / MRS HOELLIG
HOCHHEIMER STR 51
99094 ERFURT GERMANY

GERT - RAINER SCHULZE
SPECKENREYE 60
HAMBURG 22119 GERMANY

GERT GENTHNER
MERSTR 9
68199 MANNHEIM GERMANY

GERT MEYER
AM GRÜN 58
35037 MARBURG GERMANY

GERT PLUMER
IM BANS 20
25421 PINNEBERG GERMANY

GERT PLUMER
IM BANS 20
25421 PINNEBERG, GERMANY

GERTRAUD LOESER
AM KAMMERBERG 10
34292 AHNATAL GERMANY

GERTRAUD MAROUSCHEK
HERNDLWALDGASSE 10
1130 WIEN  AUSTRIA

GERTRAUD SCHEIBER
OTTO-WELS-STR 62
D-26133 OLDENBURG GERMANY
.

GERTRAUDE HILLENBRAND
STAUDENSTRASSE 36
63075 OFFENBACH GERMANY

GERTRAUDE NIMS
JOSEF SCHEMMERLGASSE 4
2353 GUNTRAMSDORF AUSTRIA

GERTRUD AND ERICH BEYER
SONIUS WEB 78
45259 ESSEN GERMANY

GERTRUD H. SANDER
IM HINTERLENZEN 10
D-65510 IDSTEIN GERMANY

GERTRUD MICHLICK
ROLANDSTR. 56
D-13156 BERLIN GERMANY

GERTRUD MICHLICK
ROLANDSTR. 56
D-13156 BERLIN GERMANY

GERTRUD SIGWART
VERTR D HERRN RECHTSANWALT
A HOLLFELDER
BRAUHAUSSTR 1
87509 IMMENSTADT, ALLGAU, GERMANY

GERTRUD TROSBACH
XAVER-FUHR-STR 24
93055 REGENSBURG GERMANY

GERTRUDE KINDL
WEINFELDSTRASSE 17
65187 WIESBADEN GERMANY

GERTRUDE SCHINDLER-FUERNKRANZ
UNTERER SCHREIBERWEG 19
1190 VIENNA, AUSTRIA

GHIDONI LINO NICOLA
VIA RIETI 6
41125 MODENA (MO) ITALY

GHISELLINI AIDE
VIALE GOZZADINI 5
40124 BOLOGNA (BO) ITALY

GHISLAINE SMEYERS
VAN DAELSTRAAT 53
ANTWERPEN 2140 BELGIUM

GHITTURI ENRICO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GIACOMO PROPERZJ
VIA ANTONIO KRAMER 13
20129 MILANO MI - ITALY

GIAMPAOLO UGOLINI
VIA SAN MAURO 300
CAP 47522 CESENA FC ITALY

GIAN BRUNO RANGONE
VIA NICOLO' VELA, 25
15076 OVADA ITALY

GIAN GUIDO NEGRO
VIA PETITTI 2 SC B
10126 TORINO ITALY

GIAN LUIGI SAPONARO
CALLE NAYRA 152
35120 ARGUINEGUIN (MOGAN)
LAS PALMAS DE GRAN CANARIA, SPAIN

GIAN VITO RIONDATO
23 VIA DEL PONTE
33080 MURLIS-ZOPPOLA

GIANNI BRUNO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GIANNI CAVICCHIOLI
VIA CATTANI 53
41012 CARPI MO ITALY

GIANNI NANETTI
VIA EMILIA LEVANTE 104/3
BOLOGNA ITALY

GIBERTI CLAUDIO
VIA CIMITERO 11
41049 SASSUOLO (MO) ITALY

GIEN HUA WANG
2 AM WEISCHBAENDCHEN
L-5842 HESPERANGE LUXEMBOURG (EUROPE)

GILBERT DE VOGELAERE
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

GILBERT DERMAUT
A WILLAERTSTRAAT 36 B 7
8800  ROESELARE BELGIUM

GILBERTO RINALDI E CLAUDIA RINALDI
VIA POSTA 26
41037 MIRANDOLA ITALY

GILLOT MICHELINE
ROUTE DE CHARLEROI 10
7134 RESSAIX BELGIUM

GINO FOSCHI
VIA MATTEOTTI 58
48022 LUGO ITALY

GINO PASQUALINI AND TERESINA AVIGNI
C/O D'ALESSANDRO & PARTNERS SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA NAPLES 80035 ITALY

GINO-RITA DERMAUT-LUGGHE
MAATWEG 20
9320 AALST BELGUIM

GINTARAS POPOVAS
RINKTINES 21-50
09202 VILNIUS LITHUANIA

GIORDANO MARCO
VIA ROSSANA 14
12026 PIASCO CN ITALY

GIORGETTI ANDREA CLAUDIO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GIORGIO BORRONI
VIA DEI PLATANI 106/6
ARESE 20020 MI ITALY

GIORGIO GIANARRO
C.SO G. FERRARIS, 2
10121 TORINO ITALY

GIORGIO SANCASSAN
CORSO A PODESTA 5A/12
I-16128 GENOVA GE

GIOVANNI ANDOLFI
VIA G D'ANNUNZIO 1/A
25123 BRESCIA - ITALY

GIOVANNI MATTIOLI C/O IVO MATTIOLI
VIA PERICLE 16
00124 ROMA ITALY

GIOVANNI MAZZINI & NATALINA ALPI
VIA UGO LA MALIA NO3
SOLAROLO (RA) CAP 48027 ITALY

GIOVINI GIORDANO E PAVAROTTI GABRIELLA
VIA CARDUCCI 13
41014 CASTELVETRO DI MODENA (MO) ITALY

GIOVRAI HOVSEIN
VIKTORIASTR 9
44532 LUNEN GERMANY

GISA BEINHAUER
WERNHALDENSTR 105
D-70184 STUTTGART GERMANY

GISBERT RUEBEKOHL
GRIECHENPLATZ 8
81545 MUENCHEN GERMANY

GISBERT TOENNIS
KARL-ARNOLDSTR 98
50374 ERFTSTADT GERMANY

GISBERT TONNIS
KARL-ARNOLDSTR 98
50374 ERFTSTADT GERMANY

GISELA BACHMANN
LEUSCHNERSTR 6
D-38444 WOLFSBURG GERMANY

GISELA FINK
HOF GÜLDENWERTH 25
REMSCHEID GERMANY 42857

GISELA FRITZSCHE
STEINBRUNN 9
94127 NEUBURG INN DEUTSCHLAND

GISELA GOING
SCHLOSSGARTEN 17
22041 HAMBURG GERMANY

GISELA HILMER
HINTER DER MAINTE 7
31039 RHEDEN GERMANY

GISELA LINDENBERGER
LAUTERBERGER WEG 24
22459 HAMBURG GERMANY

GISELA M SCHAEFER
ABT HERWEGEN STR 5
D-50935 KOELN GERMANY

GISELA MAUEL
AM RINKENPFUHL 27-29
50676 KOELN GERMANY

GISELHER MARTEN
RISSENER LANDSTR. 216 A
D 22559   HAMBURG GERMANY

GITA STROOBANTS
M SABBESTRAAT 109/201
B2800 MECHELEN BELGIUM

GIULIA BERNARDELLO
VIA EINAUDI, 4
35020 BRUGINE PD ITALY

GIULIA SOLARINO
VIA LEOPOLDO RUSPOLI 95 -
00149-ROMA  ITALY

GIULIO GRIMALDI
VIA PARCO MARGHERITA 81
80121 NAPOLI ITALY

GIUSEPPE BONFIALI
FARBERSTRASS 6
9000 ST GALLEN SWITZERLAND

GIUSEPPE CARRARO
VIA BUCINTORO 3
30034 - MIRA (VE) - ITALY

GIUSEPPE CARRARO
VIA BUCINTORO, 3
30034 - MIRA (VE) - ITALY

GIUSEPPE DE CAPITANI
VIA SAN BARTOLOMEO 6
23817 MOGGIO LC ITALY

GIUSEPPE D'ELIA
UBS (LUXEMBOURG) S.A.
33A AVENUE JF KENNEDY
L-1855 LUXEMBOURG

GIUSEPPE EMBRICE
MOZARTWEG  16
76646 BRUCHSAL GERMANY

GIUSEPPE ORLANDO ZANFRETTA
C/O INTESASANPAOLO SPA
FIL 00042 VIA S MARIA 3 CASELLA N 9
20081 ABBIATEGRASSO ITALY

GLOECKNER
HOMBERGER RING 2
07646 STADTRODA GERMANY

GNB SUDAMERIS BANK SA
CALLE MANUEL MARIA ICAZA
NO. 19, AREA BANCARIA
PANAMA CITY, PANAMA

GNOCCHI ALBERTO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GODELIEVA FIERENS
NELEMOLENSTRAAT 14
B-7181 DILBEEK BELGIUM

GODFRIED JORIS & CHRISTIANE VAN GIEL
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

GOERGEN FERNAND
185 RTE DEHLERANGE
L-4108 ESCH-SUR-ALZETTE LUXEMBOURG EUROPE

GOETZ BERNARD
60 RUE DES EGLANTIERS
L-1457 LUXEMBOURG

GOETZ OTTO
NEUESTR 3
78083 DAUCHINGEN GERMANY

GOETZ WILL
AM MEILENHOFENER WEG 6
92348 BERG GERMANY

GOETZ WILL
AM MEILENHOFENER WEG 6
92348 BERG GERMANY

GOLLINI GIANCARLO
VIA BARACCA 10
40033 CASALECCHIO DI RENO (BO) ITALY

GORDEN GREGG
WESTERENDSTR 8
38528 ADENBUTTEL GERMANY

GOTHEN LIMITED
SUITE 3, WATER GARDENS 4
GIBRALTAR

GOTTFRIED H. VERSOCK
AN DER VOGELHECK 20
D-65582 DIEZ GERMANY

GOTTFRIED KOELBL
RUPERT-VON-NEUENSTEIN-STRASSE 15
D 87474 BUCHENBERG

GOTTFRIED KOELBL
RUPERT-VON-NEUENSTEIN-STRASSE 15
D 87474 BUCHENBERG GERMANY

GOTTHARD BUSCH
KEMPERWEG 51
48157 MUNSTER GERMANY

GOTTSCHALK DIETER & LYDIA
HOLZSTR 11 B
65197 WIESBADEN  GERMANY

GOTZ JANKE
EICHENWEG 4
36100 PETERSBERG GERMANY

GOTZ SEIDEMSTICHER
DAHLIEMSTR 1
D-47800 KREFELD GERMANY

GOTZ WENDENBURG
FRANZISKANERINNEN STR 16
56182 URBAR GERMANY

GOZZEITTI, BARBARA
C SO V EMANUELE 78
26100 CREMONA ITALY

GOZZI FRANCESCO
VIA SICILIA 3
41050 MONTALE RANGONE (MO)  ITALY

GPC LXIV LLC
C/O SEWARD & KISSEL LLP
ATTN: JOHN R ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

GPC LXIV LLC
C/O SEWARD & KISSEL LLP
ATTN: JOHN R ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

GPC LXIV, LLC
C/O SEWARD & KISSEL LLP
ATTN JOHN R ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

GPC LXIV, LLC
C/O SEWARD & KISSEL LLP
ATTN: JOHN R ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

GRABUSCHNIGG, MONIKA
HANFERAWEG 18
6834 UBERSAXEN  AUSTRIA

GRASSAGLIATA ALFONSO
40 RUE HESTREU
4400 FLEMALLE

GRAZIA ANDREA
VIA CA' DEI LAZZARINI 144
41058 VIGNOLA (MO) ITALY

GRAZIELLA BONINO
STRADA SAN MICHELE 55
12042 BRA - CN ITALY

GRAZIOSI FRANCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GRECO GIUSSEPPE PELLEGRINO ANNAMARIA
VIA SAN BASILIO 7
73010 LEQUILE (LE) ITALY

GREGO GIANCARLO  TODESCO DINA
GREGO GIANCARLO
VIA GENERAL GIARDINO 47/E
36020 SOLAGNA (VI) ITALY

GREGOR KLOPF
SCHWANTHALERSTRASSE 46
5020 SALZBURG AUSTRIA

GREGOR NEES
AM WEIZENBERG 14
35279 NEUSTADT HESSEN GERMANY

GRESTA MARIO CULINARI VANDA
VIA PISSARRO 21
00133 ROMA ITALY

GRETE BELLINGEN
APPENSIEFENER WEG 13
D-51545 WALDBROEL GERMANY

GRIECO BARBARA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GRIECO COSTANTINO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N42
20123 MILANO ITALY

GRIECO SILVIA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GRIGOLATO LILIANA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA U 42
20123 MILANO ITALY

GRIMANDI ALBERTO
VIA DON MINZONI NO 37
S. CAZZARO DI SAVENA
(BOLOGNA) 40068 ITALY

GRIMANDI, ALBERTO
STREET DON MINZONI 37
40068 SAN LAZZARO DI SAVENA (BOLOGNA) ITALY

GRIMM, URSULA
GERHARD-WINKLER-WEG 8
D-70195 STUTTGART GERMANY

GROSSO MARIA IN NOE'
VIA ARNO 38
40139 BOLOGNA ITALY

GRUPPO BANCA LEONARDO SPA
ATTN: ELISABETTA CANTARELLI
VIA BROLETTO 46
20121 MILAN ITALY

GUADAGNOLI MARISA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GUALAZZI CARLO
VIA BERSAGLIERI 25 B
46040 CASALOLDO (MN) ITALY

GUALDI CLAUDIO
VIA ZIRARDINI 26
48100 RAVENNA (RA) ITALY

GUALDI PAOLO
VIA UGO FOSCOLO 46
48124 RAVENNA (RA) ITALY

GUARINO HENRIETTE
106 TRAVERSE VALLON DES AUFFE
MARSEILLE FRANCE

GUARNERI GIOVANNA
VIA ARTIGIANI 2
26028 SESTO ED UNITI (CR) ITALY

GUCKERT, DR HORST
AM MICHELSGRUND 3
D-69469 WEINHEIM GERMANY

GUDRUN BUSCH-THEILIG
ZUM OFFERBACH 14
D-48163 MUENSTER GERMANY

GUENTER & KLARA MARIA SCHULTE
WILMSKAMP 3
41069 MOENCHENGLADBACH GERMANY

GUENTER BRAUN
SOPHIE-SCHOLL-STRASSE 12
52351 DUEREN GERMANY

GUENTER DIEFENBACHER
HERRENWINGERT 32
D-75223 NIEFERN-OESCHELBRONN GERMANY

GUENTER DIETERICH
GARTENSTR 30
D-74417 GSCHWEND, GERMANY

GUENTER DIRR
JOHANN-STRAUSS-STR 32
NEU-ULM DE 89231 GERMANY

GUENTER ELBE
ECKENERSTR. 12
71732 TAMM GERMANY

GUENTER ELBE
ECKENERSTR. 12
TAMM 71732 DEUTSCHLAND
TAMM,  71732

GUENTER FASSNACHT
MELDORFERWEG9
NUERNBERG, DE

GUENTER GEISER
BERGSTRASSE 13
74255 ROIGHEIM  GERMANY

GUENTER GEISER
BERGSTRASSE 13
ROIGHEIM 74255  GERMANY

GUENTER GOETZ
WALDSTEINSTR 9
95032 HOF SAALE GERMANY

GUENTER HARTMANN
AHORNWEG 5 A
AMMERSBEK 22949 GERMANY

GUENTER HORNSCHUCH
ALEXANDERSTRASSE 147
D-70180 STUTTGART GERMANY

GUENTER JANKE
PETERSSTR 12
LEIPZIG DE 04109  GERMANY

GUENTER JANKE
PETERSSTR. 12
04109 LEIPZIG GERMANY

GUENTER KLEEBACH
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

GUENTER KOEBELE
WILHELM-SPINN-WEG 20
48165 MUENSTER GERMANY

GUENTER KOEBELE
WILHELM-SPINN-WEG 20
D48165 MUENSTER GERMANY

GUENTER LAMPRECHT AND ANITA LAMPRECHT
ZEISSBOGEN 43
ESSEN 45133 GERMANY

GUENTER LEITNER
LOIPERSDORF 218
A-8282 LOIPERSDORF AUSTRIA

GUENTER PEITZ
NONNENERLEN 13
RECKLINGHAUSEN DE 45661 GERMANY

GUENTER ROST
SPESSARTSTRASSE 6
D-63457 HANAU GERMANY

GUENTER SCHLESIGER
ALBERT-KOEHLER-STR. 41
09122 CHEMNITZ GERMANY

GUENTER SCHULTHEISS
EIBENWEG 3
89278 NERSINGEN, GERMANY

GUENTER SEITZ
FALKENSTEINSTRABE 8
D-67434 NEUSTADT/WEINSTR
GERMANY

GUENTER TUBIS
JAHNCKEWEG 2C
D 21465 REINBEK GERMANY

GUENTER UND BARBARA DESSART
ZUGSPITZSTRASSE 146
NÜRNBERG, DE

GUENTER VOIT
HAUPTSTR 132
97320 MAINSTOCKHELM GERMANY

GUENTER WEIDINGER
PRECHTLERSTRASSE 62
4020 LINZ AUSTRIA

GUENTER WIEDEMANN
P O BOX 3727
AJMAN UNITED ARAB EMIRATES

GUENTER WOERNER
FALKENSTR 15
71394 KERNEN IM REMSTAL, GERMANY

GUENTER WOERNER
FALKENSTR 15
71394 KERNEN IM REMSTAL, GERMANY

GUENTHER AND HANNELORE RIEMANN
UDERSLEBENER STRASSE 92
ESPERSTEDT 06567 GERMANY

GUENTHER FINK
GERH HAUPTMANN-STR. 9
63225 LANGEN GERMANY

GUENTHER HAINZ
KOHLSTATT 41
39015 SAN LEONARDO IN PASSIRIA ITALY

GUENTHER NEUGSCHWANDTNER
MUEHLGRABENGASSE 46
3910 ZWETTL  AUSTRIA

GUENTHER PHILIPOWSKI
FABRIKSTR 47
04600 ALTENBURG GERMANY

GUENTHER SCHROEDEL
ALICESTRASSE 9
D-68623 LAMPERTHEIM GERMANY

GUENTHER STANG
FORSTSTRASSE 78
85521 RIEMERLING GERMANY

GUENTHER UND ELISABETH DANNINGER
DILLINGERSTRASSE 3
66333 VOELKLINGEN GERMANY

GUERRIERO GIUSEPPE BERRINO DANIELA
STRADA MONTENERO 14/C
12060 POCAPAGLIA -CN- ITALY

GUGGERI GIANCARLA
LA SCALA
STUDIO LEGATE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO  ITALY

GUIDO BUCCELLATO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

GUIDO GRIMALDI
VIA AVEZZANA 20
81055 S MARIA C V (CE) ITALY

GUIDO KOCH
HIMMERICHSTR 5
50937 COLOGNE GERMANY

GUIDO LINTERMANS
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

GUIDO ROMANI
VIA COLOMBO 70
MARINA DI PIEIRASANTA LUCCA 55045 ITALY

GUIDONE PASQUALE
C/O LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA 42
20123 MILANO ITALY

GUNDA MENRAD
GABELSBERGER STR. 67
94315 STRAUBING, GERMANY

GUNTBERT HORN
ZUM SCHAFERHOF 60
49088 OSNAISRUCK GERMANY

GUNTER & CHRISTINE KAISER
MARIA HILF STR 7
50677 KOLN  GERMANY

GÜNTER & EVA-MARIA MAIR
WATZMANNSTR 8
D 86420 DIEDORF  GERMANY

GUNTER BUDDEUS
ALBERT-SCHWEITZER STRASSE 4
D-59609 ANROCHTE GERMANY

GUNTER FOITZIK
TALERWEG 43
07646 LIPPERSDORF GERMANY

GUNTER GABLER
HAMICHER WEG 26
52249 ESCHWEILER DE GERMANY

GUNTER GABLER
HAMICHER WEG 26
ESCHWEILER 52249 GERMANY

GUNTER HANTZSCHE
KUNTZSCHMANNSTRASSE 1
04347 LEIPZIG  GERMANY

GUNTER HÖCKEL
KAFKASTR. 8
81737 MUNCHEN GERMANY

GUNTER HOLSTE
BUNDESSTR 9
21244 BUCHHOLZ GERMANY

GUNTER KAPUCIAN
LINDGRABENGASSE 19/F
A-1230 VIENNA AUSTRIA

GUNTER KIRCHER
MARIKESTR. 6
75233 TIEFENBRONN GERMANY

GUNTER KNACKSTEDT
PASTOR WALZBERG STR 16
D 31655 STADTHAGEN GERMANY

GUNTER KNACKSTEDT
PASTOR WALZBERG STR 6
D 31655 STADTHAGEN  GERMANY

GÜNTER KUNZ
SCHLEIERMACHERSTR. 24 A
AUGSBURG 86165 GERMANY

GUNTER LANFERMANN
HETTINGER STRASSE 22
74722 BUCHEN, GERMANY

GUNTER MEYER
FUCHSBERGSTR 111
27628 WULSBUTTEL 4  GERMANY

GUNTER ODER MONIKA BACHMANN
GUNTER BACHMANN
KONRAD ADENAUER RING 28
95632 WUNSIEDEL GERMANY

GUNTER ODER MONIKA BACHMANN
GUNTER BACHMANN
KONRAD ADENAUER RING 28
95632 WUNSIEDEL GERMANY

GUNTER ODER MONIKA BACHMANN
GUNTER BACKMANN
KONRAD ADENAUER RING 28
95632 WUNSIEDEL GERMANY

GUNTER PRIMM
ST.-AUNEN-STR. 7
D-66606 ST. WENOLEC
GERMANY

GUNTER ZECK
BRINKWIESEN 8
30657 HANNOVER  GERMANY

GUNTHER A KRAUSS
GUTASTR 1
70771 LEINFELDEN-ECHTERDINGEN, GERMANY

GUNTHER AND RILA SCHAD
MAINBLIDE 16
97531 UNTERTHERS GERMANY

GUNTHER AND RITA SCHAD
MAINBLICK 16
UNTERTHERES GERMANY 97531

GUNTHER AND RITA SCHAD
MAINBLICK 16
UNTERTHERES GERMANY 97531

GUNTHER AND RITA SCHAD
MAINBLICK 16
UNTERTHERES GERMANY 97531

GUNTHER GRUND & MARGIT GRUND
C/O GUNTHER GRUND
JULIUS-LEBER-STR 49
90473 NURNBERG GERMANY

GUNTHER KOENIG
OXENBRONNER STRASSE 1
89367 WALDSTETTEN GERMANY

GUNTHER KUSCHKE
FUCHSWEG 20
44577 CASTROP RAUXEL GERMANY

GUNTHER MARLENE
BISMARCKSTRASSE 10
D-32105 BAD SALZUFLEN   GERMANY

GUNTHER PIEKE
LA GALERA BAJA 47
03599 ALTEA SPAIN

GUNTHER SCHULTE
ERPENBECKER STR 5
49525  LENGERICH GERMANY

GUNTHER WERNER
KAPPESGASSE 24
61352 BAD HOMBURG GERMANY

GUNTHER WOLFRAM
AM KIESHUGEL45
07743 JENA GERMANY

GUSTAV SCHWEIGER
GRUBERFELDSTRASSE 8
A 5023 SALZBURG AUSTRIA

GUSTAV SCHWEIGER
GRUBERFELDSTRASSE 8
A 5023 SALZBURG AUSTRIA

GUSTAVO ANON
AV. ANDRES BELLO
TORRE MERCANTIL
SAN BERNARDINO
CARACAS  VENEZUELA

GUY BAUER
10 RUE E SERVAIS
L-4989 SANEM LUXEMBOURG

GUY PRGOMET
ALLEE DE LA PETITE COUTURE 2
6080 GERPINNES BELGIUM

GUY PUTTEMANS
RUELLE DES CROIX 36
B-1390 GREZ- DOICEAU BELGIUM

H&F ROEVENICH GMBH
ERNST-BRUCH-ZEILE 38
BERLIN 13591 GERMANY

H&F ROEVENICH GMBH
IMMOBILIEN UND SOFTWARE SERVICE
ERNST-BRUCH-ZEILE 38
13591 BERLIN GERMANY

HAAGER GEORG
LANGENSTEINACH 1
D-97215 UFFENHEIM GERMANY

HABERLAND, GUDRUN
RINGSTR 58
D65474 BISCHOFSHEIM GERMANY

HAGEN BIESENBACH
HASENCLEVERSTRASSE 9
42651 SOLINGEN GERMANY

HAIRHOLD SOEST B.V. MEVROUW M.E.J. STAAL-VALK
WINTER 54
8251 NV DRONTEN NETHERLANDS

HAJO HAMER
SALZKOPPEL 5
35041 MARBURG GERMANY

HAJO PRIEBE
SCHULENBURGRING 9 B
21031 HAMBURG GERMANY

HAKAN GUZEL
AN DER PFINGTWEIDE 8B
61118 BAD VIGBEL GERMANY

HANDSCHIN CARLA
VIA F LLI ROSSELLI 62
41058 VIGNOLA (MO) ITALY

HANJUN XUE
WILHELMSTR 6
D 70182 STUTTGART GERMANY

HANJUN XUE
WILHELMSTR 6
D-70182
D 70182 STUTTGART GERMANY

HANNA & ROLF DIECKMANN
WERNER DIECKMANN
BUSCHBERGER WEG 3#
22844 NORDERSTEDT GERMANY

HANNA GUMINSKA
KIRCHSTR 16
72649 WOLFSCHLUGEN GERMANY

HANNA GUMINSKA
KIRCHSTR 16
72649 WOLFSCHLUGEN GERMANY

HANNA GUMINSKA
KIRCHSTR 16
72649 WOLFSCHLUGER GERMANY

HANNA GUMINSKA
KIRCHSTR 16
72649 WOLSCHLUGEN  GERMANY

HANNA SCHLUTTER
C/O HANS & KARIN SCHLUTTER
KNAUPSCHER WEG 3 B
21244 BUCHHOLZ, GERMANY

HANNA TOENISSEN
MATTENBURGER STRASSE 30
27624 BAD BEDERKESA GERMANY

HANNA WAIBEL
ANDREAS WAIBEL
ALBERT-EINSTEIN-RING 43
95448 BAYREUTH GERMANY

HANNAH BRINK
GLOERFELD 1
D-58553 HALVER GERMANY

HANNEGRETE RAUSCH
SCHOENE AUSSICHT 6
KOELN DE 51149 GERMANY

HANNELORE BACHSTADTER
KLEINENHAMMERWEG 35
42349 WUPPERTAL GERMANY

HANNELORE DITTRICH
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

HANNELORE ECHTERHOFF
FELDSTR 72A
51381 LEVERRKUSEN GERMANY

HANNELORE GEITEL
AM KLEINEN WANNSEE 13D
14109 BERLIN GERMANY

HANNELORE LEYK HIERHOLD
RUDOLF NUREJEW PROMENADE 9/20/20
A-1220 VIENNA AUSTRIA

HANNELORE MUELLER
SCHOENHOFSTR. 7
60487 FRANKFURT AM MAIN, GERMANY

HANNELORE NOACK
AACHENER STRASSE 699
FRECHEN 50226 GERMANY

HANNELORE U. JÜRGEN SCHEURING
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖFFELSTR 44
70597 STUTTGART GERMANY

HANNES CASH
NASSAUISCITE STR 58
10717 BERLIN GERMANY

HANNES NEUKIRCH
BUEHLWEG 9
39050 DEUTSCHNOFEN - BZ, ITALY

HANNO KLEIN,  EVA FEY
HANNO KLEIN
UNTER DEN BIRKEN 23
65779 KELKHEIM  GERMANY

HANNO KLEIN, EVA FEY
HANNO KLEIN
UNTER DEN BIRKEN 23
65779 KELKHEIM GERMANY

HANNS JOACHIM VON STOCKHAUSEN
QUESTENBERGWEG 38
34346 HANN MUENDEN  GERMANY

HANNS-PETER RANDEL
GERHART-HAUPTMANN-STR 5
40470 DUSSELDORF, GERMANY

HANS & KARIN SCHLUTTER
KNAUPSCHER WEG 3 B
21244 BUCHHOLZ, GERMANY

HANS & WERA KUECK
ULMENSTRASSE 8
52249 ESCHWEILER GERMANY

HANS / URSULA WERNER
HANS-KLAUER-WEG 16
55543 BAD KREUZNACH GERMANY

HANS / URSULA WERNER
HANS-KLAUER-WEG 16
D-55543 BAD KREUZNACH GERMANY

HANS AND IRMGARD HICK
AUF DEM LOHKNIPPEN 13
51491 OVERATH GERMANY

HANS AND MARTHA BERG
HAYDUSTR 29
69198 SCHRIESHEIM GERMANY

HANS BERGER
FRANZ UMTERBERGERSTRABE 1
A 6800 FELDKIRCH  AUSTRIA

HANS BIRWE
AN DER MARIENBURG 52
50127 BERGHEIM GERMANY

HANS- CHRISTIAN MULLER
KOHLENSTRASSE 291
D 45529 HATTINGEN GERMANY

HANS DIETER KREYKENBOHM
PETER - HENLEIN - STRASSE 112
28357 BREMEN GERMANY

HANS ECKART SCHNEIDER
HANS ECKART SCHNEIDER
BUHLGASSLE 7
73525 SCHWABISCH GMUND GERMANY

HANS EGON CARL
RA FRANZ BRAUN
CLLB RECHTSANWALTE, LIEBIGSTR 21
80538 MUENCHEN GERMANY

HANS EGON CARL
RA FRANZ BRAUN
GLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 MUENCHEN GERMANY

HANS FIEKER
LESSINGSTR 56
D 45145 DORMAGEN GERMANY

HANS GELLERT
SCHULENBURGALLEE 130
38448 WOLFSBURG GERMANY

HANS GEORG UND RENATE KUHN
AN DER LOHMUEHLE 4
91220 SCHNAITTACH GERMANY

HANS GERHARD ALTHOFF
SKUTARISTR. 10
BERLIN 12109 GERMANY

HANS HEYLIGERS
FABRIKSTR 22
47798 KREFELD GERMANY

HANS HIRSCHINGER
VERONIKA HIRSCHINGER
LINDENSTRA E 4
D-92442 WACKERSDORF GERMANY

HANS HOFMANN
LEONHARD-HEGWEIN-STR. 4
97348 MARKT EINERSHEIM  GERMANY

HANS HUBERT & INGEBORG SAUER
BEHRINGERSDORF RAINWIESENWEG 21
90571 SCHWAIG B NURNBERG  GERMANY

HANS JOACHIM AND IDA HIMMELMANN
IM SCHWALBENNEST 6
74821 MOSBACH  GERMANY

HANS JOACHIM BROCKMEYER
GUNNEWEG 18
49525 LENGERICH  GERMANY

HANS JOACHIM DIERSCHKE
GEORGE-BAUMANN-STR 16
85567 GRAFING GERMANY

HANS JOACHIM KRUß
BURGERMEISTER SIEBERT STRAßE 7
D-34329 NIESTE GERMANY

HANS JOACHIM LINDSTAEDT
SEVERINSTR 27
41748 VIERSEN GERMANY

HANS JOACHIM MATTHES
KOERTINGSTRASSE 57
12107 BERLIN  GERMANY

HANS JOACHIN BRAUN
HINDENBURGSTR 24
D-55118 MAINZ  GERMANY

HANS JOERG KOENIG
DORFGASSE 912
CH-3805 GOLDSWIL  SWITZERLAND

HANS JUD
HERTFELDERSTRASSE 78
D 73773 ESSLINGEN GERMANY

HANS JUERGEN SANDERS/DORIS SANDERS
DUEDER HOOKER 30
26506 NORDEN
GERMANY

HANS JUERGEN UND MARTINA ROSE
RA FRANZ BRAUN
CLLB RECHTSANWAELTE
LIEBIGSTR 21
80538  MUENCHEN  GERMANY

HANS JURGEN KUNATH & GABRIELE KUNATH
ANTWEILERSTR 22
47259 DUISBURG GERMANY

HANS JURGEN PRIEBE
ILTISSTIEG 23 P
23879 MOELLN GERMANY

HANS KAUFMANN
OBERE LIEBACH 1
D-57290 NEUNKIRCHEN GERMANY

HANS KOCH
BERNUSSTR 4
FRANKFURT 60487
GERMANY

HANS KOERNER
QUIRINBANK W SCHARF
KARLSTR 14
80333 MUENCHEN   GERMANY

HANS KUHLBRODT
BRUECKER STR 5A
14797 KLOSTER LEHNIN OTEMSTAL GERMANY

HANS LANGHEINRICH
DR MARTIN DUERR ESQ
HOHENZOLLERNDAMM 125
14199 BERLIN GERMANY

HANS LAPPE
TANNHAUSERSTR. 9
40549 DUSSELDORF GERMANY

HANS MARTIN U RENATE KNOBLAUCH
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖFFELSTRASSE 44
70597 STUTTGART GERMANY

HANS MARTIN WEBER
OVERBECKSTR.  5
D-28757 BREMEN GERMANY

HANS MELZER
NACHTIGALLENWEG 15
50374 ERFTSTADT GERMANY

HANS PETER EIFERT
NEUE STRASSE 32
61191 ROSBACH  GERMANY

HANS PETER EITEL
KASTANIENWEG 6
72654 NECKARTENZLINGEN GERMANY

HANS PETER GOTZEN
IM END 35
WEGBERG 41844 GERMANY

HANS PETER JAEGER
EISENBACHWEG 53
61273 NEU-ANSPACH, GERMANY

HANS PETER RECHSTEINER
HALDENSTRASSE 2
CH-9230 FLAWIL  SWITZERLAND

HANS POEHLKER
HAUPTSTR 7
32791 LAGE GERMANY

HANS POEHLKER
HAUPTSTR 7
32791 LAGE GERMANY

HANS RICHTER
POSTLACH 181
8011 ZURICH SWITZERLAND

HANS RICHTER
TIMOTHY R CASEY
DRINKER BIDDLE & REATH LLP
191 N WACKER DR SUITE 3700
CHICAGO, IL 60606

HANS SCHLUTTER
KNAUPSCHER WEG 3 B
21244 BUCHHOLZ, GERMANY

HANS SCHMIDT
G A-MOLLER-STR 74
36251 BAD HERSFELD, GERMANY

HANS STRAUSS
INGEBORG STRAUSS
AM SCHNUTENTEICH 20
40822 METTMANN GERMANY

HANS UND MARIANNE HERING
ERNST-BERGEEST-WEG 43
21077 HAMBURG GERMANY

HANS W BAUMGART
LORNSEN STR 68
D-25451 QUICKBORN GERMANY

HANS WAGNER
TRIFELSSTR 1
D-76187 KARLSRUHE GERMANY

HANS WINKLER
HERMANN-LOENS-WEG 30
HEIDELBERG GERMANY D-69118

HANSBERT & JOHANNA HEISTER
LENA-CHRIST-STR. 15
85579 NEUBIBERG GERMANY

HANS-DIETER LERMANN
ZUR OBERMUEHLE 4
WEYARN 83629 GERMANY

HANS-DIETER MAY
UHLANDSTR 32
38304 WOLFENBÜTTEL GERMANY

HANS-DIETER MAY
UHLANDSTR 32
38304 WOLFENBÜTTEL GERMANY

HANS-DIETER SCHRODER
BREITE STR 42
56579 HARDERT GERMANY

HANS-ECKART SENGLER
SPORTZENKOPPEL 14
22359 HAMBURG GERMANY

HANS-GEORG & ELKE STOLL
ALEX -STÖPLER-STR. 18
36341 LAUTERBACH GERMANY

HANS-GEORG BREUNIG
ASTERNWEG 2
GIEBELSTADT 97232 GERMANY

HANS-GEORG ERNST
WINTERBACHER STR. 34
66917 BIEDERSHAUSEN GERMANY

HANSGEORG VOGEL
HAMERLINGWEG 13 B
D 14167 BERLIN  GERMANY

HANS-GUENTHER PAUL
KAPFSTRASSE 49
70771 LEINFELDEN-ECHTERDINGEN GERMANY

HANS-GUNTER GROß
VON-HUMBOLDT-WEG 6
22846 NORDERSTEDT GERMANY

HANS-GUNTER HOLSTE
BUNDESSTR 9
21244 BUCHHOLZ GERMANY

HANS-HERMANN HAFERKAMP
C/O DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖFFELSTRASSE 44
70597 STUTTGART GERMANY

HANS-J UND BRIGITTE ZUCKSCHWERDT
ZUM THIESENHOF 6
56332 DIEBLICH GERMANY

HANS-JOACHIM & RENATE RAUSCH
BERLINER STRASSE 18
63110 RODGAU-JUGESHEIM GERMANY

HANS-JOACHIM BUKOWSKI
MOOSBEERWEG 9C
22175 HAMBURG GERMANY

HANS-JOACHIM DEMMLER
BERGSTRAAT 22
3078 MEERBEEK BELGIUM

HANS-JOACHIM ESDERTS
SEMBRITZKISTR 29 A
BERLIN 12169 GERMANY

HANS-JOACHIM ESDERTS
SEMBRITZKISTR. 29 A
12169 BERLIN GERMANY

HANS-JOACHIM FISCHER
BERLINER STR 1A
D-64546 MOERFELDEN GERMANY

HANS-JOACHIM FISCHER
BERLINER STR 1A
D-64546 MOERFELDEN, GERMANY

HANS-JOACHIM LINDSTAEDT
SEVERINSTR. 27
VIERSEN 41748 GERMANY

HANS-JOACHIM MEYER
BRASCHZEILE 5
D-14109 BERLIN GERMANY

HANS-JOACHIM RAPP
KRAMERWEG 5
D 82291 MAMMENDORF GERMANY

HANS-JOACHIM SCHNEIDER
EIBENWEG 10
D-52080 AACHEN NRW GERMANY

HANS-JOACHIM SCHNEIDER
EIBENWEG 10
D-52080 AACHEN NRW GERMANY

HANS-JOACHIM WILLI UND HANNELORE LINDSTAEDT
SEVERINSTR 27
41749 VIERSEN GERMANY

HANS-JOACHIM WILLI UND HANNELORE LINDSTAEDT
SEVERINSTR 27
41749 VIERSEN GERMANY

HANS-JOACHIM WISSER
KAELBERSTUECKSWEG 37
61350 BAD HOMBURG GERMANY

HANS-JOACHIM WISSER
KAELBERSTUECKSWEG 37
D-61350 BAD HOMBURG GERMANY

HANSJOERG EIFF
ELISABETHSTRASSE 23
D 53177 BONN GERMANY

HANS-JOERG HUNGERLAND
PESTALOZZISTR 2
D-38442 WOLFSBURG GERMANY

HANSJOERG WOHLKOENING
ADOLF SCHEMELSTRASSE 21
A-5020 SALZBURG AUSTRIA

HANS-JOSEF RITZERT
ESCHENSTR 19
D-63505 LANGENSELBOD GERMANY

HANS-JOST & HELGA KRETSCHMANN
HERWEGHSTRASSE 82
15732 SCHULZENDORF, GERMANY

HANS-JUERG STRUB
C/O CORINA GERNHARDT
FORSTHAUS BIRKELKAM
82541 MUENSING GERMANY

HANS-JUERGEN & SIGRID DOELLING
FLIEDERWEG 39
89558 BOEHMENKIRCH GERMANY

HANS-JUERGEN DOSSOW
W - KOHN STR 5
EBERSWALDE 16225 GERMANY

HANS-JUERGEN GRATZ
RONTGENSTRASSE 4
69207 SANDHAUSEN GERMANY

HANS-JUERGEN GRATZ
RÖNTGENSTRASSE 4
69207 SANDHAUSEN GERMANY

HANS-JUERGEN KLATTENHOFF
GLASSTRASSE 20
D 31852 NIENBURG  GERMANY

HANS-JUERGEN KLATTENHOFF
GLASSTRASSE 20
NIENBURG D-31852  GERMANY

HANS-JUERGEN KUNZE
MICHAEL BEER STR. 25A
KEMPTEN 87435 GERMANY

HANS-MARTIN ANTES
AMWASSERTURM 11
66989 HOHEINOD GERMANY

HANS-MARTIN DR. DELHEY
RINGSTR.27
47228 DUISBURG GERMANY

HANS-MARTIN ESSER
5-6-11-303 HIGASHIGOTANDA
SHINAGAWA-KU
TOKYO 141-0022 JAPAN

HANS-PETER FASSBENDER
SPEYERER STRASSE 23 A
D- 67376 HARTHAUSEN

HANS-PETER GRUNAUER ODER DR WILLHELM GRUNAUER
MULLNERGASSE 3/13
1090 WIEN AUSTRIA

HANS-PETER HUBER
SCHORNDORFER STR. 5
73061 EBERSBACH GERMANY

HANS-PETER PETIG
WULLBRINK 9
49536 LIENEN GERMANY

HANS-PETER RICHTER
NEUE STRASSE 14
63755 ALZENAU GERMANY

HANS-PETER SCHNEIDER
ASCHENDORFERSTR 12
30539 HANNOVER GERMANY

HANS-PETER SCHOELL
MIDA HUBER STRASSE 6
7212 FORCHTENSTEIN AUSTRIA

HANS-PETER UND KUNIGUNDE ROSENDAHL
POLMANNSTRSTR. 36
41366 SCHWALMTAL GERMANY

HANS-REINER SCHMIDT
HOFFELDSTRAßE 225
D-70597 STUTTGART GERMANY

HANS-ULI STAEMPFLI
KIRCHGASSE 9
3053 MUENCHENBUCHSEE SWITZERLAND

HANS-ULRICH CASSEBAUM
LESSINGSTRASSE 20
23564 LUEBECK GERMANY

HANS-ULRICH JANETZKI
AM SYNDIKUSHOF 4
28217 BREMEN GERMANY

HANS-ULRICH TREPTOW KARIN TREPTOW
NACHRIJALLENSTR 23A
41466 NEUSS GERMANY

HANS-WERNER U. CHRISTIANA OHMENZETTER
HERZOG-WOLFGANG-STR. 39
55590 MEISENHEIM  GERMANY

HANS-WILLI AND MARIA ARIANS
HELENENSPR 11
NEUNUIRCHEN-SEELSCHEID 53819 GERMANY

HANS-WOLFGANG HARDER
VOGT KOCK WEG 17L
22459 HAMBURG  GERMANY

HARALD FENGEL
GELEITSTRASSE 19
63179 OBERTSHAUSEN GERMANY

HARALD HANNEMANN
AM REEPACKER 15
21409 EMBSEN GERMANY

HARALD HANSEN
WILHELM-LEUSCHNER-STRASSE 28
40789 MONHEIM AM RHEIN GERMANY

HARALD HANSEN
WILHELM-LEUSCHNER-STRASSE 28
MONHEIM AM RHEIN 40789 GERMANY

HARALD JEBE
FLEHER STR 177
40223 DUSSELDORF, GERMANY

HARALD KUENZEL, DR.
HUENEFELDZEILE 12A
12247 BERLIN GERMANY

HARALD LANGGUTH
KEHRWEG 50
HILDBURGHAUSEN D-98646 GERMANY

HARALD LINKE
KURMAINZER WEG 15
37083 GOETTINGEN GERMANY

HARALD LINKE
KURMAINZER WEG 15
37083 GOETTINGEN, GERMANY

HARALD MESSNER
BUDINSKY GASSE 30/12
1190 WIEN  AUSTRIA

HARALD MEYER
STADTWEG 230 B
D-06493 STRASSBERG GERMANY

HARALD MOERTL
FINKENWEG 11 LOHFELDEN
GERMANY

HARALD NOICHL
AN DEN NEUWIESEN 32
67677 ENKENBACH-ALSENBORN GERMANY

HARALD NOICHL
AN DEN NEUWIESEN 32
67677 ENKENBACH-ALSENBORN GERMANY

HARALD OHL AND VERA OHL
IN DEN HEUWIESEN 91
D-45665 RECKLINGHAUSEN GERMANY

HARALD REINEKE
SCHUBERTSTR 10
D-66583 SPIESEN-ELVERSBERG GERMANY

HARALD SACHERS
LEHARWEG 19
82538 GERETSRIED GERMANY

HARALD SCHILLI
C/O UDO BERNSMEIER
ULLSTEIN STR 131
12109 BERLIN  GERMANY

HARALD SCHWEITZER
ZIEGENRUECKER STRASSE 17
07806 NEUSTADT, GERMANY

HARALD VENTER
KAFKASTR 1
50829 KOLN GERMANY

HARALD VENTER
KAFKASTR 1
50829 KOLN GERMANY

HARALD WOLFF
ARGONNENSTRASSE 26
STUTTGART D-70374  GERMANY

HARMUT MUELLER ADA MUELLER ELVIRA KRAMER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

HAROLD AND URSULA BURMEISTER
C/O HAROLD BURMEISTER
HOFWEG 88
22085 HAMBURG GERMANY

HAROLD KOSCHNITZKI
BEETHOVENSTRASSE 10
07629 HERMSDROF/BRD GERMANY

HAROLD LEWIN
AM POLIZEIPRÄSIDIUM 3
45657 RECKLINGHAUSEN GERMANY

HARRI GERBER
WENGERTWEG 18
71116 GARTRINGEN GERMANY

HARRY & INGRID GUTKNECHT
AM  HOLZWEG  7
D-61276 WEILROD GERMANY

HARRY & INGRID GUTKNECHT
AM HOLZWEG 7
D 61276 WEILROD  GERMANY

HARRY FISCHER
KRÖGERSKOPPEL 14
23879 MÖLLN GERMANY

HARRY HAUSCHILD
AM BERG 1
D 36093 KUNZELL  GERMANY

HARTMUT FOERSTER
DOMHOF 5
D-41751 VIERSEN GERMANY

HARTMUT FOERSTER
DOMHOF 5
VIERSEN 41751 GERMANY

HARTMUT HECKELMANN
AHRFELDSTR 50
45136 ESSEN GERMANY

HARTMUT HEIDBREDER
MUNSTERMANNS WEG 20
D 33332 GUTERSLOH GERMANY

HARTMUT JANDA
HERZMOOR 35
D-22417 HAMBURG GERMANY

HARTMUT KLEINN
HANS-B-GRIEN-WEG 5
D-76149 KARLSRUHE GERMANY

HARTMUT LAUER
C/O HARTMUT LAUER & MARIE LUCE LAUER
DARMSTAEDTER STRASSE 132
68647 BIBLIS GERMANY

HARTMUT LESKE
WIESENWEG 5
31039 RHEDEN GERMANY

HARTMUT LOCHNER
STUTTGERHOFWEG 1
50858 KOLN GERMANY

HARTMUT NEUMANN
VIEHBERGWEG 5B
34123 KASSEL GERMANY

HARTMUT NEUMANN
VIEHBERGWEG 5B
34123 KASSEL GERMANY

HARTMUT NICOLAY
UELLENDAHLER STR 204
D-42109 WUPPERTAL GERMANY

HARTMUT UND GERDA GARTZEN
LEIPZIGER STRASSE 11
50858 KOELN GERMANY

HARTWIG SCHAFFER
WALDGRABEN 5A
D21217 SEEVETAL, GERMANY

HAUMONT JEAN PIERRE
20 RUE ABBE CONSTANT RENCHON
6044 ROUX  BELGIUM

HAUMONT JEAN-PIERRE
20 RUE ABBE CONSTANT RENCHON
6044 ROUX BELGIUM

HAUS OLIVER RUOSS
DACHSNALDWEG 178
D 70569 STUTTGART GERMANY

HAUSSER MARIANNE
BAHNHOFSTR 76
77250 FREUDENSTAD GERMANY

HAVANA INVESTIMENTOS IMOBILIÁRIOS, LDA
RUA JOAO PEREIRA ROSA N.º7 - 7ºA
2610-090 AMADORA
PORTUGAL

HAYDEE BUESCHER
P/BAG BR 313 (BROADHURST)
GABORONE/BOTSWANA

HAYOT SEVERINE
56 AVENUE A HUYSMANS
1050 BRUXELLES BELGIUM

HECHT SIMONE
EISLEBENERWEG 17
80993 MUNCHEN GERMANY

HECKELMANN, HARTMUT
AHRFELDSTR 50
45136 ESSEN GERMANY

HECKELMANN, HARTMUT
MR HARTMUT HECKELMANN
AHRFELDSTR 50
45136 ESSEN  GERMANY

HEDIEI ANTONIO AND ALETTA CATERINA
VIA ARNO ITR NI 4
80035 NOLA NA ITALIA

HEHN MARKUS
KASTENAECKERWEG 6
74172 NECKARSULM DAHENFELD GERMANY

HEIDE KLEIN
C/O PT ASSET MANAGEMENT
PT 1341
72541 METZINGEN GERMANY

HEIDE KLEIN
REUDERNER STRASSE 18
72644 OBERBOIHINGEN GERMANY

HEIDECKER LEOPOLD
EYSLERGASSE 53
A 1130 WEIN AUSTRIA

HEIDECKER SIGRUN
EYSLERGASSE 53
A-1130 WIEN AUSTRIA

HEIDEMARIE KRAFT
BRANTENHOLZCHEN 21
51643 GUMMERSBACH GERMANY

HEIDER FRIEDRICH
HAYDNGASSE 22
A 7131 HALBTURN AUSTRIA

HEIDEROSE & JOERGEN KOELLNER
C/O JOERGEN KOELLNER
TALTITZER WEG 22
08527 PLAUEN GERMANY

HEIDI MERSMANN
SETTELER DAMM 50
49525 LENGERICH GERMANY

HEIDI VOLKERT
RHEINTALSTR. 15
55130 MAINZ GERMANY

HEIDRUN HOPP
SPECHTWEG 2B
41379 BRUEGGEN GERMANY

HEIDRUN MELANDRI
ROMERSTR 34
47249 DUISBURG GERMANY

HEIDY & THOMAS MOSIMANN
VERTRETEN DURCH: THOMAS MOSIMANN
LEDERERGASSE 34
4020 LINZ AUSTRIA

HEIKE HENNRICH
BELVEDEIESTRASSE 74
50933 KOELN GERMANY

HEIKE SIMON
MEISTERSINGERSTRASSE 25
95444 BAYREUTH GERMANY

HEIKE WOLFGARTEN
SUEDERENDE 9
21763 NEUENKIRCHEN GERMANY

HEIKO BUERGER
RUDOLF-THAUER-WEG 20
61231 BAD NAUHEIM GERMANY

HEIKO FISCHER
RINGSTRASSE 21
96176 PFARRWEISACH GERMANY

HEIKO ZACHAEUS
CAINSDORFER STRASSE 70
08112 WILKAU-HASSLAU GERMANY

HEINRICH & GUDRUN JAKOBI
ZUR HOHE 4
35066 FRANKENBERG  GERMANY

HEINRICH AND HILDEGARD ASCHHOFF
EHELEUTE
DAIMLERRING 8A
59269 BECKUM GERMANY