**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                              :        **Chapter 11**
                                                   :
**MOTORS LIQUIDATION COMPANY**, *et al.,*          :        **Case No. 09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.,* :
                                                   :
              **Debtors.**                         :        **(Jointly Administered)**
                                                   :

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF SUFFOLK          )

I, Kimberly Gargan, being duly sworn, depose and state:

1.       I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


2.       On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 138th Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8305]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                   /s/ Kimberly Gargan
                                                   Kimberly Gargan

Sworn to before me this
3rd day of January 2011


/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                        :
                      Debtors.          :        (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| Date | Claim # | Debtor | Classification | Amount | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  As such, the Debtors believe that Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the extent your proof of claim asserts a claim other than for principal plus accrued and unpaid interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on account of that specific claim, although the entitlement to receive distributions through the fiscal and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

       If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

       If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

       **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
      December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

HEINRICH AND MARITA MENGEL
REISBERGSTRASSE 10
35119 ROSENTHAL GERMANY

HEINRICH AND URSULA RICHARDT
SCHULGASSE 1
34628 WILLINGSHAUSEN GERMANY

HEINRICH BRAUN
SCHANNENBACHER WEG 10
64625 BENSHEIM GERMANY

HEINRICH GRIMM
QUANTENBERG 39
40822 METTMANN GERMANY (DE)

HEINRICH MORWEISER
ODENWALDSTRA E 32
D-76661 PHILIPPSBURG GERMANY

HEINRICH NEUBERGER
AUSSENLIEGENDE GEBOUDE 7
55270 ENGELSTADT  GERMANY

HEINRICH OBERLACK
PFANNENSTRASSE 15
41516 GREVENBROICH GERMANY

HEINRICH PFIRSCHING
JOHANNES NENNING
DORF 90
6764 LECH AUSTRIA

HEINRICH PFIRSCHING
JOHANNES NENNING
DORF 90
6764 LECH AUSTRIA

HEINRICH SAHRMANN
STOLZINGSTRASSE 116
95445 BAYREUTH GERMANY

HEINRICH SCHÜTZ
SEIFERSTETTERSTRASSE 27
D 86899 LANDSBERG GERMANY

HEINRICH U IRENE TEUSCHEL
FINKENWEG 25
D-69168 WIESLOCH GERMANY

HEINRICH U MARTHA EHRENBRUCH
WOEPSER STEINKUHLE 3
D-27305 BRUCHHAUSEN-VILSEN GERMAN

HEINRICH WEINGART
BENDERSTR. 50
D-40625 DUESSELDORF GERMANY

HEINRICH WEISS
AARGAUISCHE KANTONALBANK
ISFS / ERICH BUSER
BAHNHOFSTRASSE 58
CH-5000 AARAU SWITZERLAND

HEINRICH-JACOBY/ELSA-GINDLER- STIFTUNG
TEPLITZER STRASSE 9
14193 BERLIN  GERMANY

HEINTICH ERICH & ASTRID PFIRSCHING
WERNER  V CREMER
VEREIDIGTER BUCHPRUFER STEUERBERATER
SCHIFFERSTR 29
60584 FRANKFURT AM MAIN GERMANY

HEINZ & EHRENGARD LEENEN
DUNANTSTR 141
47906 KEMPEN GERMANY

HEINZ AND IRMGARD HECKER
ST GEORGENER STR 7
78048 VILLINGEN-SCHWENNINGEN GERMANY

HEINZ BRENDEN
DORFSTR 16
51580 RECHSHOF GERMANY

HEINZ BRENDEN
DORFSTR 16
51580 REICHSHOF GERMANY

HEINZ BRUNS
DR. SCHEIDSTR 3
D-83700 ROTTACH EGERN GERMANY

HEINZ DITZEL
ANTON-BURGER WEG 81
60599 FRANKFURT GERMANY

HEINZ FERBER
HUGO-HAASE-STRASSE 4
90427 NUERNBERG  GERMANY

HEINZ GRIES-SITTUNG
WADENHOF 2
56330 KOBEIN-GONDORF  GERMANY

HEINZ GUTH
BAHNHOFSTR 29
31542 BAD NENNDORF GERMANY

HEINZ HAUK
RUDOLF-VIRCHOW-STRASSE 3
D-67122 ALTRIP GERMANY

HEINZ HEGGLIN
AARGAUISCHE KANTONALBANK
ISFS / ERICH BUSER
BAHNHOFSTRASSE 58
CH-5000 AARAU SWITZERLAND

HEINZ HEINISCH
STHAMERSTR 50
22397 HAMBURG
HAMBURG 22397 GERMANY

HEINZ HIRSCH
HAUPTSTRASSE 78
86482 AYSTETTEN GERMANY

HEINZ HIRSCH
HAUPTSTRASSE 78
86482 AYSTETTEN GERMANY

HEINZ KIRCHHOLTES
MOENKESWEG 27
D-40670 MEERBUSCH GERMANY

HEINZ KIRCHUER
AW HUEHLEU FALDER 12
50735 KOZLN  GERMANY

HEINZ MISSLING
OBERDORFSTRASSE 20
37520 OSTERODE GERMANY

HEINZ NEUHAUS
LOTHRINGER STR. 24
BREMEN 28211 GERMANY

HEINZ PETER RHEINGANS
SANDBERG 29
D-47809 KREFELD GERMANY

HEINZ PICHLER
KARL-LANG-STRASSE 23
65307 BAD SCHWALBACH GERMANY

HEINZ RIEK
OBERBERGISCHE STR 52
42285 WUPPERTAL GERMANY

HEINZ ROESSLER
SEBASTIANSTR 5
D-52066 AACHEN, GERMANY

HEINZ TRAPP
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

HEINZ TSCHAN
JUNKERNGASSE 28
CH-3011 BERN SWITZERLAND

HEINZ UND ELISABETH RECKER
LUKASSTR. 8
41751 VIERSEN GERMANY

HEINZ WALTER
ROMERRING 28
BERG 76768 GERMANY

HEINZ WALTER KEMPER
LAGERSTR.14
D-64297 DARMSTADT GERMANY

HEINZ ZWECKBRONNER
ANNE-FRANK-STR. 43
86156 AUGSBURG GERMANY

HEINZ-DETLEF HOHR
REICHWEINSTRASSE 23
47441 MOERS GERMANY

HEINZ-GUENTER BLECKING
ANGERMUNDER STR. 290
DUISBURG 47269 GERMANY

HEINZ-HERMANN HARTIG
BURGSTRASSE 3
29553 WICHMANNSBURG GERMANY

HEINZ-JUERGEN KIRSCH
WELSCHER HEIDE  4 B
51429 BERGISCH GLADBACH  GERMANY

HEINZ-JUERGEN SCHULZ
HELENENSTR. 20
44793 BOCHUM GERMANY

HELDMAIER ANNA
IM BRAUNKIEL 14
D-73776 ALTBACH GERMANY

HELDMAIER, ANDREAS
SCHARNHAUSER STR 56
D-73760 OSTFILDERN

HELEN DAMBACH
KIRSCHBLUETENWEG 9
BAD HOMBURG  GERMANY

HELEN KRODER
EL PORTON 7 B.6 APT.34
C/DON JOSE DE ORBANEJA  SPAIN

HELEN ROBBINS
CGM IRA CUSTODIAN
340 WEST 28TH STREET
APT 5F
NEW YORK, NY 10001-4732

HELENA LINDEMANN
SOPHIE-CHARLOTTE-STR 21
BERLIN GERMANY 14169

HELENA STROBACH
PERALOHSTRASSE 51
81737 MUNICH  GERMANY

HELENA XIN-RUI LU
OBERER KLINGELBRUNNEN 58
70806 KORNWESTHEIM GERMANY

HELENE BRUNNER
KRONENWEG 20
64720 MICHELSTADT GERMANY

HELENE BUSINESS
NATIXIS PRIVATE BANKING
51 AVE JF KENNEDY
L-1855 LUXEMBURG EUROPE

HELENE GAHN
HERRENLEITE 1
96224 BURGKUNSTADT GERMAN

HELENE MARIA KURZ
MOOSBURGSTRASSE 50 EYRS
I-39023 LAAS BZ ITALY

HELFRIED FAHJE
SIMROCKSTR 90
22589 HAMBURG GERMANY

HELFRIED FAHJE
SIMROCKSTRASSE 90
22589 HAMBURG GERMANY

HELGA  WEHRSPOHN
MARTINSTRASSE 19A
D-40668 MEERBUSCH  GERMANY

HELGA & LOTHAR BALZER
AN DER BETZ 20
36041 FULDA GERMANY

HELGA ANSELMENT
GUETERSTRASSE 38
D-75177 PFORZHEIM GERMANY

HELGA ESCHBACH
C/O DR KLOKE & KOLLEGEN
BAHNSTR 1
MARSBERG DE 34431 GERMANY

HELGA FALKENHAGEN
LIBLARER STRASSE 2
D 50968 KÖLN GERMANY

HELGA FEUERBACH
LETTOW-VORBECK-STR 22
27472 CUXHAVEN GERMANY

HELGA HAUSDORF
STEINHAAGWEG 26A
36381 SCHLUECHTERN GERMANY

HELGA HOFFMANN
MAIN-NECKARBAHN-STR. 106
68535 EDINGEN-NECKARHAUSEN GERMANY

HELGA HOLZBORN
BGM - KAISEN - ALLEE 155
28357 BREMEN, GERMANY

HELGA JUDEX
BGM BOHMER STR 6
96264 ALTENLUNSTADT GERMANY

HELGA KAKUSCHKE
AM LOEKEN 79
RATINGEN 40885 GERMANY

HELGA LUNGEN
TRIERER STR 36-38
D-53115 BONN GERMANY

HELGA MARKWAT
AM BUCHRAIN 5
63322 ROEDERMARK, GERMANY

HELGA NUBER
ZELLER STR 8
D-86368 GERSTHOFEN GERMANY

HELGA PLINKE
SIEMENSSTR 45A
12247 BERLIN GERMANY

HELGA ROMMEL
C/O ELSON D NOWELL ESQ
PRINZREGENTENUFER 3
90425 NUREMBERG GERMANY

HELGA ROMMEL
IN DER GAENSELACHE 1
50259 PULHEIM GERMANY

HELGA SCHMIDT
POTHMANNSWEG 65
46047 OBERHAUSEN, GERMANY

HELGA SIMMET
TRAUNSTRAßE 4
83026 ROSENHEIM GERMANY

HELGA STEGGERS
FRIEDRICHSWALL 39
45276 ESSEN GERMANY

HELGA TRAPP-SCHWEMMER
DR STEINHUBEL & V BUTTLAR RECHTSEANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

HELGA UND LOTHAR BALZER
AN DER BETZ 20
36041 FULDA GERMANY

HELGA UND LOTHAR BALZER
AN DER BETZ 20
36041 FULDA GERMANY

HELGA UND LOTHAR BALZER
AN DER BETZ 20
36041 PULDA GERMANY

HELGA UND MANFRED SEIDLER
FREIHERR-VOM-STEIN-STRASSE 9
63329 EGELSBACH GERMANY

HELGE KARSTENS
BREITE STRASSE 16
18055 ROSTOCK  GERMANY

HELGE-CHRISTIAN SCHMITT
JENNISGASSE 5
DONAUWÖRTH DE 86609

HELGEN ROEVENICH
ERNST-BRUCH-ZEILE 38
BERLIN 13591 GERMANY

HELGEN ROEVENICH
ERNST-BRUCH-ZEILE 38
BERLIN 13591 GERMANY

HELGEN ROEVENICH
UNTERNEHMENSBERATUNG
ERNST BRUCH ZEILE 38
13501 BERLIN GERMANY

HELGEN ROEVENICH
UNTERNEHMENSBERATUNG
ERNST BRUCH ZEILE 38
13591 BERLIN GERMANY

HELKE ZIPF
PICCAVER STRASSE 2
D-69502 HEMSBACH GERMANY

HELKE ZIPF
PILLAUER STRASSE 2
D-69502 HEMSBACH GERMANY

HELLMUT SCHOLTZ
SOONWALDSTR 13
55566 BAD SOBERNHEIM GERMANY

HELMUT AND LOTTE VEITENGRUBER
C/O DR OLAF HENTSCHEL
FRANZ SCHUBERT STR 9
95448 BAYREUTH GERMANY

HELMUT BREIT
BAHNOFSTRASSE 10
544211 HINZERT-POELERT GERMANY

HELMUT BRUNNER
ROENTGENSTR 48
91058 ERLANGEN, GERMANY

HELMUT DUEKER
KOHLENSTR 23
D-45289 ESSEN GERMANY

HELMUT FAHRION
THUNER STREET 5
71679 LUDWIGSBURG GERMANY

HELMUT G PFEIFFENBERGER
SCHLESIENSTR 13
D 89518 HEIDENHEIM GERMANY

HELMUT G PFEIFFENBERGER
SCHLESIENSTRAßE 13
D-89518 HEIDENHEIM GERMANY

HELMUT G PLEFIFFENBERGER
SCHLESIENSTR 13
D 89518 DEIDENHEIM GERMANY

HELMUT G PLEILLENBERGER
SCHLESIENSTRASSE 13
D 89518 HEIDENHEIM GERMANY

HELMUT GANS
AM LINDENWEG 1
D- 63741 ASCHAFFENBURG  GERMANY

HELMUT GANS
AM LINDENWEG 1
D-63741 ASCHAFFENURG GERMANY

HELMUT GIETZEN
MOZARTSTRASSE 22
54516 WITTLICH, GERMANY

HELMUT HERBIG
STEINSTRASSE 38
10119 BERLIN GERMANY

HELMUT MAIER
DROSSELWEG 15
22880 WEDEL GERMANY

HELMUT ORTH
GATHERSKAMP 95 B
41066  MONCHENGLADBACK GERMANY

HELMUT ORTH
GATHERSKAMP 95 B
41066 MOENCHENGLADBACH GERMANY

HELMUT PARR
UNTERE KIRCHGASSE 13
D-63776 MOEMBRIS  GERMANY

HELMUT PROBST
VORDERE DORFSTR BE 16
OT HERMERODE
06343 MANSFELD GERMANY

HELMUT PULLMAN
AN DER VOGELHUELL 3A
ILLSCHWANG 92278  GERMANY

HELMUT RASCH
TRAITHENSTR 2
GERMANY - 83026 ROSENHEIM

HELMUT RUECKERT
C/O FRED MARTIKAN
6518 LAUREL VALLEY ROAD
DALLAS, TX 75248

HELMUT SCHAEFER
C/O RECHTSANWAELTE
DR WEIGEL DOERING TEIPEL
NORDWALL 1
34497 KORBACH GERMANY

HELMUT SCHAEFER
PRANGELWEG 9
35104 LICHTENFELS GERMANY

HELMUT SCHAEFER
PRANGELWEG 9
35104 LICHTENFELS GERMANY

HELMUT SCHAEFER
RECHTSANWAELTE
DR WEIGEL, DOERING, TEIPEL
NORDWALL 1
34497 KORBACH GERMANY

HELMUT SCHEFEZIK
DAHLIENGASSE 32
1210 VIENNA

HELMUT SCHULZ
HOPPENBERG 1
31737 RINTELN  GERMANY

HELMUT SCHWARZER
BIRKENWEG 27
51061 KOELN GERMANY

HELMUT STOECKELMANN
SCHUETZENHOF 21
49716 MEPPEN GERMANY

HELMUT TURGETTO
WIERDENSTRASSE 25
D68623 LAMPERTHEIM  GERMANY

HELMUT U ANNI RITT
REICHSWALDSTRASSE 15
90571 SCHWAIG B NURNBERG GERMANY

HELMUT UND DR FRIEDEL BADER
TATTENBACHSTRASSE 30
86179 AUGSBURG GERMANY

HELMUT WAHLE & ILSE-LORE WAHLE
C/O HELMUT WAHLE
AM FELDBRAND 18
40667 MEERBUSCH GERMANY

HELMUT WAPPLER
HINTER DEN HOEFEN 8
28876 OYTEN GERMANY

HELMUT ZAWADA
AUGSBURGER STR 10
28876 OYTEN GERMANY

HENDRIK HAMANN
GIESCHENHAGEN 9F
23795 BAD SEGEBERG GERMANY

HENDRIK MOLL
HERENFRIDSTRAßE 47
59494 SOEST GERMANY

HENNING ENGMANN
LINNENAECKERWEG 7
D-75395 OSTELSHEIM GERMANY

HENNING MOELLER
WEINBERASWEG 12-14
29456 HITZACKER GERMANY

HENNING RICHARD
BEI OTTO HENNING
LICHSTR 30
51373 LEVERKUSEN GERMANY

HENNING, RICHARD
OTTO VARNHAGEN STR 11
51373 LEVERKUSEN, GERMANY

HENNY STEFFEN
SCHLUCHTWEG 20
32257 BUENDE GERMANY

HENRI KLEIN
C/O SIMON KLEIN
OBERE TERRASSENSTR 7
61348 BAD HOMBURG GERMANY

HENRICH BRANDT VON FACKH
FALCKWEG 17
22605 HAMBURG GERMANY

HENRICUS DE BONT
VALLEI 1
4851 EG ULVENHOUT NETHERLANDS

HENRIETTE LOUISE NAGEL
NEUE PROMENADE 23
15377 BUCKOW GERMANY

HENRIETTE SCHARDT
GOTHAER - STRASSE 15
36093 KUENZELL GERMANY

HENRIK BOEHNE
FRIEDRICH-WILHELM-BRINKMANN-STR 7
32049 HERFORD GERMANY

HENRIK FRANKESER
WILHELMSTRASSE 19
77654 OFFENBURG GERMANY

HENRIKE & RALF POLDUWE
FRIEDR-HOLSCHE-STR 261
D-44328 DORTMUND GERMANY

HENRIKE STARCKE
HELLKAMP 70
D 20255 HAMBURG GERMANY

HENRIKE STARCKE
HELLKAMP 70
D 20255 HAMBURG GERMANY

HENRY C RAU
P.O. BOX 1623
LA PAZ
BOLIVIA

HENRY GEWALD
PANKOWERSTRABE 11
16540 HOHEN NEUENDORF GERMANY

HENRY KATZ REV TRUST
525 S FLAGLER DR 29/C
WEST PALM BEACH, FL 33401

HERBERT AND HELGA PEIFFER
FRAASSTRASSE 23
80638 MUNCHEN  GERMANY

HERBERT BIEBERSTEIN
BRENTANOSTRASSE 22B
63165 MUEHLHEIM GERMANY

HERBERT H NOELLE
30 FR BRACHT STR
RECKLINGHAUSEN
D45657 GERMANY

HERBERT HARSCH
BEETHOVENSTR 57
D 71336 WAIBLINGEN  GERMANY

HERBERT HARSCH & ELSIE HARSCH-LIM
BEETHOVENSTR 57
D 71336 WAIBLINGEN  GERMANY

HERBERT KERKHOFF
EUROPARING 34
68623 LAMPERTHEIM GERMANY

HERBERT LAGGERBAUER
HARTGASSE 9
D- 84453 MÜHLDORF AM INN GERMANY

HERBERT LENZ
WICHENINSTR 4
97199 OCHSENFORT GERMANY

HERBERT MEYER
SANDFELD-OST 14
21755 HECHTHAUSEN  GERMANY

HERBERT PFAFFENBERGER
ALTE SCHMIEDE 20
25488 HOLM GERMANY

HERBERT RAUCH
ANDREAS-SCHRECK-STRABE9
D-88250 WEINGARTEN GERMANY

HERBERT SCHMID
KOLBINGER STR 4
MUEHLHEIM 78570 GERMANY

HERBERT STEHLING
WAECHWEG 3
D 88400 BIBERACH RISS  GERMANY

HERBERT SUERTH & ALEXANDRA SUERTH
LINCKENSSTR 27
48165 MUENSTER GERMANY

HERBERT UND ERNA VOGT
PANORAMASTR 11
72348 ROSENFELD GERMANY

HERBERT ZEIDLER
ALTGASSE 3
98634 OBERWEID GERMANY

HERIBERT BALG
VENLOER STR 179
50823 KOLN GERMANY

HERIBERT FABIANSKI
AUGSBURGERSTR 743
D-70329 STUTTGART GERMANY

HERMAN CLEMENT
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

HERMANN & HELENE DETTMAR
NEUE STR 13
D-34359 REINHARDSHAGEN GERMANY

HERMANN & HELENE DETTMAR
NEUE STR 13
D-34359 REINHARDSHAGEN GERMANY

HERMANN ALBERT
NEUSTAEDTER STR. 188D
07381 POESSNECK GERMANY

HERMANN AND IRMTRAUD HEYL
HANS-BOECKLER-STR. 7 A
64823 GROSS-UMSTADT GERMANY

HERMANN BECK
EBRANTSHAUSER STR 8
MAINBURG 84048 GERMANY

HERMANN BERNHARDT
BERGSTR. 6
75173 PFORZHEIM GERMANY

HERMANN BOSCH
BOCKLINSTRASSE 25
1020 WIEN AUSTRIA

HERMANN ENGEL
MARKGRAFENALLEE 39
74541 VELLBERG GERMANY

HERMANN GATTINGER
RETTENPACHERSTRASSE 6/13
5020 SALZBURG AUSTRIA

HERMANN HANSSEN
GRENZWEG 4
47624 KEVELAER GERMANY

HERMANN HANSSEN
GRENZWEG 4
47624 KEVELAER GERMANY

HERMANN HANSSEN
VENLOER STRASSE 81
KEVELAER DE 47623 GERMANY

HERMANN HEISE
AP373-1250
ESCAZU COSTA RICA

HERMANN SCHMIDT-RAHMER
DUNCKERSTRASSE 87
10437 BERLIN GERMANY

HERMANN TONEBOHN
SCHAUMBURGER WEG 1
31737 RINTELN  GERMANY

HERMANN-JOSEF MALMS
REIMSER STR 3
52074 AACHEN GERMANY

HERMES RAINER
84 RUE DES ROMAINS
L'2443 SENNINGERBERG GERMANY

HERMINE PETERBAUER
LINDACHERSTRASSE 19B
4655 VORCHDORF AUSTRIA

HERO LUEERS
DENNINGER STR 142
81927 MUNICH GERMANY

HERRLINGER REINHOLD AND URSULA
GENGLERSTR. 10
91054 ERLANGEN  GERMANY

HERRN
ANTON HOFMEISTER
ESCHENWEG 13
88339 BAD WALDSEE GERMANY

HERRN DANIEL BECKER
SCHLIEßFACH 1146
76801 LANDAU  GERMANY

HERTA THOTNE FUCHS
ANGERSTRASSE 11A
40878 RATINGEN GERMANY

HERWARTH STUDIER AND CLAUDIA STUDIER
RUTH-SIEDEL-STR 44
17099 GALENBECK GERMANY

HERWARTH U CLAUDIA STUDIER
RUTH-SIEDEL-STRASSE 44
17099 GALENBECK GERMANY

HERWIG EBERL
BERGKAMMSTRA E 45
A 8280 FUERTENFELD  AUSTRIA

HERXIIG BENATZKY
ELISABETHSTR 28
A2380 PERCHTOLDSDORF AUSTRIA

HFR RVA CONSTELLATION MASTER TRUST
520 MADISON AVE 18TH FLOOR
NEW YORK, NY 10022

HIAN HAUW SIE
SOPHIALAAN 20
HILVERSUM 1213XN NETHERLANDS

HICK JOACHIM
SPINNEREIWEG 6
D-87700 MEMMINGEN GERMANY

HIDEKO TAKEMURA
TAWARAMOTOCHO 174-1
SHIKI-GUN
NARA 636-0314 JAPAN

HILDEGARD KETTERING
HVIESDOSLAVOV NAM. 10
81303 BRATISLAVA SLOVAKIA

HILDEGARD KONRAD
JOHANN - KLANZE - STR 53
81369 MÜCHEN GERMANY

HILDEGARD LUTZ
OBERBILSTEIN 11
51789 LINDLAR  GERMANY

HILMAR DEHNER
WURZERSTR 97
53175 BONN GERMANY

HILTRUD REGGE
ADOLF-KOLPING-STR 33
D-31139 HILDESHEIM GERMANY

HILTRUD, JOACHIM REGGE
ADOLF-KOLPING-STR 33
D-31139 HILDESHEIM GERMANY

HINNERK DETMERING
HAUPTSTR 93
31637 RODEWALD GERMANY

HO, PO-SCHUN
EDERSTRASSE 6
5400 HALLEIN AUSTRIA

HO, PO-SCHUN
EDERSTRASSE 6
5400 HALLEIN AUSTRIA

HO, PO-SCHUN
EDERSTRASSE 6
5400 HALLEIN AUSTRIA

HO, PO-SCHUN
EDERSTRASSE 6
5400 HALLEIN AUSTRIA

HOCHAPFEL VERWALTUNG GBR
PFINGOTHRUNNENSTR 64
D-65824 SCHWALBACH GERMANY

HOCHAPFEL VERWALTUNG GBR
PFINGSTBRUNNENSTR 64
D-65824 SCHWALBACH GERMANY

HOFBAUER HERMANN
SCHULSTRASSE 1
8211 HERRSCHING GERMANY

HOFFMANN GABRIELE
IM HALLER 1
54552 UEDERSDORF GERMANY

HOFMANN WILFRIED
ANNE-FRANK-STR 32
D33106 PADERBORN, GERMANY

HOFMANN, GERDA & DIETER
BORN RECHTBANWALBOOZIETAT
SCHILLERSTR 40
66482 ZWEIBRUCKEN, GERMANY

HOGREFE, WERNER & BRIGITTE
HUNENSTRASSE 6
D 51069 KOLN GERMANY

HOLFELDER PETER
BAHNHOFSTR. 7

HOLGER CEBULLA
HUGO-REMMERT-STR 14
38644 GOSLAR GERMANY

HOLGER DAUSEND
MENDENER STRASSE 100
GERMANY

HOLGER HEIN
GRISSETSTR 11
74182 OBERSULM, GERMANY

HOLGER HILDEBRAND
ANDREAS-MARGUTH-STR 3
D-35510 BUTZBACH GERMANY

HOLGER JUNGCLAUS
ASTWEG 43
22523 HAMBURG GERMANY

HOLGER MARTEN
ZIMMERSTRASSE 30
22085 HAMBURG, GERMANY

HOLGER MERKS
BENRATHER SCHLOSSALLEE 58
D-40597 DUESSELDORF GERMANY

HOLGER MICHAELSEN
ADELHEIDSTRASSE 14
65185 WIESBADEN GERMANY

HOLGER STOCK
PARKSTRABE 1
LOHMAR GERMANY 53797

HOLGER TSCHORSCH
BURGSTAEDTER STRASSE 5
LIMBACH OBERFROHNA 09212 GERMANY

HOLGER-JOHANNES BRECKENFELDER
SEILHOF 31
BREISACH 79206 GERMANY

HOLSTE-STIFTUNG OF RWTH AACHEN UNIVERSITY
DEPARTMENT 9.0 -STIFTUNGSVERWALTUNG-
MR. HENNING KATZ
TEMPLERGRABEN 55
52056 AACHEN GERMANY

HOLVOET DANNY
ZOMNELAAM 98
9870 ZULTE BELGUIM

HOLZL JOCHEN
EDUARD ZIEGLER
STR 29A
8522A DACHAU GERMANY

HOLZL JOCHEN
EDUARD ZIEGLER
STR 29A
8522A DACHAU GERMANY

HONORIS CONSULTADORIA E INFORMATICA LDA
R S FRANCISCO XAVIER 94
1400-332 LISBON PORTUGAL

HONORIS CONSULTADORIA E INFORMATICA, LDA
R S FRANCISCO XAVIER 94
LISBON 1400-3 PORTUGAL

HORACIO FIGUEIREDO
RUA DA FAIA N 13
QUINAT DO FREIXO PORTO 4300 PORTUGAL

HORACIO FIGUEIREDO
RUA DA FAIA N 13
QUINTA DO FREIXO
PORTO 4300 PORTUGAL

HORST BAUER
LUENBURGER STR 2
21614 BUXTEHNDE GERMANY

HORST BRAUN
MUSER STR 16
36358 HERBSTEIN   GERMANY

HORST BUKOWSKI
MOOSBERGWEG 1B
22175 HAMBURG GERMANY

HORST DOBBERTIN
HIRSCHBERGSTRASSE 22
38176 WENDEBURG GERMANY

HORST ENGER
FORSTWALDSTRASSE 630
D47804 KREFELD GERMANY

HORST F. & EVAMARIA KAUFHARDT
LIEGNITZER STRASSE 6
D-87437 KEMPTEN   GERMANY

HORST GUCKERT
AM MICHELSGRUND 3
D 69469 WEINHEIM   GERMANY

HORST HANS POPP
GEISENRECH 2
67742 LAUTERECKEN GERMANY

HORST HERTFELDER
C/O GERHARD REHMANN, ATTORNEY AT LAW
KARLSTRASSE 2
74405 GAILDORF GERMANY

HORST HERTFELDER
GERHARD REHMANN - ATTORNEY AT LAW
KARLSTRABE 2
74405 GAILDORF GERMANY

HORST KAISER
BRESLAUER STR 1
65830 KRIFTEL GERMANY

HORST KAISER
SIEGFRIEDSTR. 27
D-32547 BAD OEYNHAUSEN GERMANY

HORST KAROLUS
MALSCHER STR 50
D-69242 MUHLHAUSEN GERMANY

HORST KAROLUS
MALSCHER STRASSE 5O
D-69242 MUHLHAUSEN GERMANY

HORST KOCH
AMSELWEG 4
50354 HURTH GERMANY

HORST KOCH
AMSELWEG 4
50354 HURTH GERMANY

HORST M SCHEFFOLD
PTY PANAMA EXPRESS
PO BOX 527 948
MIAMI, FL 33152-7948

HORST MEYER
CLAUSEWITZSTR 3
CHEMNITZ 09130 GERMANY

HORST MICHAEL PENKERT
KARLSHOFSTR. 91
70599 STUTTGART GERMANY

HORST MOOCK
OELTZSCHNERSTRASSE 59
06217 MERSEBURG  GERMANY

HORST MULLER
ZUM TIEFEN WEGE 1
31535 NEUSTADT, GERMANY

HORST PASSLER
SONNENSTR 108
OBERASBACH GERMANY 90522

HORST PASSLER
SONNENSTR 108
OBERASBACH GERMANY 90522

HORST PESSARA
CHERUSKERSTR 11
10829 BERLIN  GERMANY

HORST POHLMANN
TANNENWEG 5
33098 PADERBORN GERMANY

HORST REICHERT
GARTENSTRASSE 37
61250 USINGEN GERMANY

HORST RUDIGER HARTWEG
QUELLENWEG 15
58099 HAGEN  GERMANY

HORST RUPPEL
HARTENAUERSTRASSE 43
64404 BICKENBACH GERMANY

HORST SCHNITZLER
PONGSER KAMP 17
41239 MÖNCHENGLADBACH GERMANY

HORST SCHNITZLER AND BETTINA SCHNITZLER
PONGSER KAMP 17
41239 MONCHENGLADBACH GERMANY

HORST SEISE
IM NONNENGARTEN 49
BAD DÜRKHEIM 67098 GERMANY

HORST SLIWA
WEIHERWEG 17
A-6410 TELFS AUSTRIA

HORST U. INGRID DANNERT
KASTANIENSTR. 15
15827 BLANKENFELDE DE GERMANY

HORST UND ELLI NICKOLL
SCHLOBSTR 57
67551 WORMS GERMANY

HORST UND RENATE SCHARBERT
AM DOEHREN 3
27330 ASENDORF GERMANY

HORST UND RENATE SEIFFERT
BODDINSTR 6
12053 BERLIN GERMANY

HORST VOGT
AM FISCHERWEG 11
34497 KORBACH GERMANY

HORST WALTER - STUKKATEURMEISTER
HERBSTTAL 14
91230 HAPPURG
GERMANY

HORST WENTE
MOOSBERG ST 53
64285 DARMSTADT GERMANY

HORST WUERTZ
SCHMITTGASSE 2
67280 QUIRNHEIM GERMANY

HORST WUNDERLICH
EBERESCHENWEG 3
24161 ALTENHOLZ GERMANY

HORST ZIRENER
DROSSELWEG 17
61462 KOENIGSTEIN GERMANY

HORST-HANS SCHNEIDER
HANDELSTR 15
D 40593 DUSSELDORF GERMANY

HORST-RUDIGER HARTWEG
QUELLENWEG 15
58099 HAGEN GERMANY

HORST-UWE CHRISTIANSEN
COLLENBURGER STR 42
24960 GLUECKSBURG GERMANY

HOS HOLDING BV
DORPSSTRAAT 177
1566 AG ASSENDELFT THE NETHERLAND

HUBERT LAUSTROEER
BREMER STR. 6
D-33613 BIELEFELD, GERMANY

HUBERT SCHLEDT
IM FAILISCH 7
D-64859 EPPERTSHAUSEN  GERMANY

HUBERT SCHOLZ
LONGENSALZAER STR 37
12249 BERLIN BERMANY

HUBERT STILLER
GEBBERTSTR. 63
ERLANGEN GERMANY 91052

HUBERT TUSCHMANN
KETTELER STR 10 A
90469 NUERNBERG GERMANY

HUBERT UND DORIS KAUSCH
BRUHLSTR 30
72351 GEISLINGEN GERMANY

HUBERT UND TRAUDEL WELZER
WICHERNSTR 9
95176 KONRADSREUTH GERMANY

HUBERT WEIDEMANN
AUF DER RECKE 14
46399 BOCHOLT GERMANY

HUBERT WILL
POSTFACH 1371
61468 KRONBERG   GERMANY

HUGO DOM
DONDERBERG 33 BUS 2
B-1120 BRUSSELS BELGIUM

HUGO SCHULTE
M NCHENER STRASSE 29
GAUTING 82131  GERMANY

HUGUES BRAMS
AVENUE DES BOUVREUILS 6
1340 OTTIGNIES BELGIUM

HUHN, MATTHIAS-CLAUDIAS
AM FRIED RICHSHAIN 1
10407 BERLIN GERMANY

HUI WANG
C/O HERRN STEFAN FITTKAU
105 CECIL STREET 06-01
SINGAPORE 069534, REPUBLIC OF SINGAPORE

HURST, ANDREAS
MARGERITENWEG 6
D-51674 WIEHL GERMANY

HURST, GUDRUN
MARGERITENWEG 6
51674 WIEHL GERMANY

HURST, XENIA
BEETHOVEN STR 7
D-53359 RHEINBACH GERMANY

HUTTENEDER, APOLLONIA
FOMILIENSTR 515
A-4540 BADHALL AUSTRIA

HWA NIO TAN-YAP
8 LAAN VAN VOGELENZANG
1217 HILVERSUM NETHERLANDS

HYPO ALPE-ADRIA-BANK S.P.A
ATTN ERICA GONANO
VIA MARLNONI 55
33100 UDINE ITALY

HYPO TIROL BANK ITALIA SPA
PZZA WALTHER 2
38100 BOLZANO ITALY

HYPOSWISS PRIVATE BANK LTD
HYPOSWISS PRIVAT BANK LTD
SCHUETZENGASSE 4
8021 ZUERICK SWITZERLAND

HYPOSWISS PRIVATE BANK LTD
SCHUETZENGASSE 4
8021 ZUERICH SWITZERLAND

IACHINI GIOVANNI
CASSA DI RISPARMIO DI FERMO SPA
VIA DON ERNESTO RICCI 1
63023 FERMO FM ITALY

IANNI MICHELE
VIA SANT' ANTONIO 68
66041 ATESSA (CH) ITALY

IBBB INGENIEURGESELLSCHAFT MBH
DR - ING UWE LINDNER
KARCHERALLEE 23
01277 DRESDEN GERMANY

IBBB INGENIEURGESELLSCHAFT MBH
DR - ING UWE LINDNER
KARCHERALLEE 23
D-01277 DRESDEN GERMANY

IDA LAENGIN
ECKSTR 2
79341 KENZINGEN GERMANY

IDB (SWISS) BANK LTD
100 RUE DU RHONE
1204 GENEVE SWITZERLAND

IDINA BOLOGNESI
VIA PASSAMONTI, 25
48022 - LUGO (RA) ITALY

IGNACIO CANALS ELIAS
PS SANT JUAN BOSCO N 43 2-2
(08017) BARCELONA - SPAIN

ILIAS DEVLETOGLOU
ETHNIKIS ANTISTASEOS 82
NEA ERYTHREA
14671 ATHENS GREECE

ILIAS DEVLETOGLOU
ETHNIKIS ANTISTASEOS 82
NEA ERYTHREA
ATHENS  14671 GREECE

ILONA ZAKE
PRINZENGASSE 20
96253 UNTERSIEMAU GERMANY

ILONKA KOHANEC
S. KAROLJ 6
21235 TEMERIN SERBIA YUGOSLAVIA

ILSE KLEIN
AUF DER FREIHEIT 18A
50997 KOELN GERMANY

ILSE LUZ
ARLINGERSTRASSE 129
D75179 PFORZHEIM GERMANY

ILSE RAU
AN DER SCHINDERLOHE 20 A
86482 AYSTETTEN GERMANY

ILSE RECKTENWALD
IN DER NAUWSES 12
66646 MARPINGEN
GERMANY

ILSE SCHRICKEL
PFARRER GREINER STR. 12
NEUSTADT BEI COBURG 96465 GERMANY

INA GABRIEL
MARKUSWEG 5
D 94051 HAUZENBERG GERMANY

INA HAUSS
BORNSTR 9
36110 SCHLITZ GERMANY

INA U. PETER RICHTER
FEISNECKBLICK 38
17192 WAREN (HURITZ) GERMANY

INCHES ANTONIO
STRADA VAL SAN MARTINO 76/7
10131 TORINO (TO) ITALY

INDIANA PUBLIC EMPLOYEES RETIREMENT FUND
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

INDIANA PUBLIC EMPLOYEES RETIREMENT FUND
C/O PIMCO
SANDY BENSON VICE PRESIDENT
LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

INDINO ALFREDO
VIA ZARA N 65
74100 TARANTO ITALY

INES BERNARDO
RUDOWER STR. 99
BERLIN GERMANY 12351

ING HUGO WAGNER
MARIAHILFGASSE 25
4020 LINZ AUSTRIA EUROPE

ING INGRID OELMANN
SIEBENBRUNNENGASSE 46/1/21
1050 WIEN  AUSTRIA

ING JOHANNES SCHANDL
GOLBESZEILE 16
7000 EISENSTADT AUSTRIA

ING RUDOLF STRAUHS
SILV FRUECHTL-GASSE 4
WIEN A-1230 AUSTRIA

ING THOMAS AND MAG HELENE MALFENT
EDTWEG 21
4812 PINSDORF  AUSTRIA

ING THOMAS AND MAG-HELENE MALFENT
EDTWEG 21
4812 PINSDORF AUSTRIA

ING. GERHARD SCHEFEZIK
DAHLIENGASSE 32
1210 VIENNA

INGA SCHENKE
HUBERTUSSTR 22
85662 HOHENBRUNN GERMANY

INGE BENZ
MAX-EYTH-STR. 79
WENDLINGEN DE 73240 GERMANY

INGE BUKOWSKI
MOOSBEERWEG 1B
22175 HAMBURG GERMANY

INGE FISCHER
ROBERT-KOCH-STR. 16
D-55599 GAU-BICKELHEIM GERMANY

INGE HARTMANN
KASTANIENWEG 6
72654 NECKARTENZLINGEN GERMANY

INGE OESTMANN
BJOERNSONWEG 48
22587 HAMBURG GERMANY

INGE PARR
UNTERE KIRCHGASSE 13
MOEMBRIS GERMANY D-63776

INGE SCHAIRER
RAINSTR 12
72336 BALINGEN GERMANY

INGE SCHILLINGER
BELCHENSTRASSE 16
D-79639 GRENZACH-WYHLEN GERMANY

INGEBERG BECK
EBRANTSHAUSER STR 8
84048 MAINBURG GERMANY

INGEBORG KAISSER
C/O ROLF-DIETER KAISSER
VENUSBERGWEG 35
53115 BONN GERMANY

INGEBORG RICHTER
AM BRUENK 45
25992 LIST / GERMANY

INGEBORG SCHEFEZIK
C/O INGEBORG SCHEFEZIK
DAHLIENGASSE 32
1210 VIENNA

INGEBORG SCHMERLER
PRINZ KARL ALLEE 9
83684 TEGERNSEE GERMANY

INGEBORG SUTTOR
AM EGART 10
83043 BAD AIBLING GERMANY

INGEBORG ZEUCH-HOEFT
DOROTHEENSTRASSE 57
63303 DREIEICH GERMANY

INGERL CHRISTIAN
TRAUBENSTRASSE 4
D 93326 ABENSBERG GERMANY

INGO KIRCHER
BELCHENSTR 48
76275 ETTLINGEN GERMANY

INGRID & GERHARD GRUTZKE
HOLSTENSTR 13B
24568 KALTENKIRCHEN GERMANY

INGRID & REINHOLD HANCKE
HINDENBURGSTR 9
D-76571 GAGGENAU, GERMANY

INGRID HELWIG
SPECKBACHERWEG 1
D 79111 FREIBURG GERMANY

INGRID HERZELE
FASANENSTRASSE 56
D 40699 ERKRATH GERMANY

INGRID KLEINHANS
KARDIRAE-DOPFNER STR 5
97359 SCHWARZACH GERMANY

INGRID LUDWIG
IM BRUCH  7
31655 STADTHAGEN GERMANY

INGRID MALIK AND KONRAD MALIK
AM FORSTKAMP 23A
30629 HANNOVER GERMANY

INGRID MENCKHOFF
WOLFSKULL 28
41748  VIERSEN DE GERMANY

INGRID MENCKHOFF
WOLFSKULL 28
41748 VIERSEN DE  GERMANY

INGRID MENCKHOFF
WOLFSKULL 28
41748 VIERSEN DE GERMANY

INGRID MENCKHOFF
WOLFSKULL 28
VIERSEN DE 41748 GERMANY

INGRID MOHR
SPULERSTR 12
48268 GREVEN GERMANY

INGRID SMARZYNSKI
DELKENHEIMER STR 3
65719 HOFHEIM GERMANY

INGRID UND KURT E ROHRLE STIFTUNG
C/O GERHARD DOHR
IM BAND 16
56743 MENDIG GERMANY

INGRID WESTHOFF
WIELANDSTRASSE 18
60318 FRANKFURT MAIN  GERMANY

INKA LUEDKE
MEYERSTRASSE 59
D-27472 CUXHAVEN GERMANY

INKEN LUDWIG
DR.-THEODOR-NEUBAUER-STR. 18
D-07546  GERA GERMANY

INSA HEINKE
GUTENBERGSTRASSE 5
40235 DUESSELDORF GERMANY

INTIWEAR S R L
CASSA DI RISPARMIO DI FERMO SPA
VIA DON ERNESTO RICCI 1
63023 FERMO FM ITALY

INVEST BANCA SPA
C/O FRANCESCO DI PIETRO ESQ
WUERSCH & GERING LLP
100 WALL ST, 21ST FL
NEW YORK, NY 10005

IOANNIS MANARAS
60, IROON POLYTECHNIOU STR
73100 CHANIA GREECE

IOANNIS PATTAS
RUE DE NAMUR 138
6200 CHATELET BELGIUM

IRENE ARENDT
OSTLANDSTR 41 C
28790 SCHWANEWEDE GERMANY

IRENE DISCHER
ESCHERSHEIMER LANDSTRASSE 248D
60320 FRANKFURT GERMANY

IRENE HUITEMA
KIWITT 6
27327 MARTFELD GERMANY

IRENE WIDMANN
GRUNEWALDSTR 168
72336 BALINGEN GERMANY

IRIS KALLENBACH
OSTWALDSTR. 5
BRAUNSCHWEIG 38116 GERMANY

IRIS MASUCH
SPORTFELDWEG 7 11
50169 KERPEN GERMANY

IRIS MASUCH
SPORTFELDWEG 7-11
D-50169 KERPEN GERMANY

IRIS MOSER
LIMBURGWEG 10
HOCHDORF 73269 GERMANY

IRMGARD & WOLFGANG GIERSBERG
STR DES AUFBAUS NR 8
99610 SOEMMERDA GERMANY

IRMGARD & WOLFGANG GIERSBERG
STR DES AUFBAUS NR 8
99610 SOEMMERDA GERMANY

IRMGARD AND WALTER RITTERHOFF
MEIENDORFER WEG 53
22145 HAMBURG GERMANY

IRMGARD BARRE
GEORG-RUECKERT-STRASSE 2
WOHNSTIFT AUGUSTINUM
APP. 343
65812 BAD SODEN

IRMGARD HARTERMANN
GRUMBRECHTSTR 64
21075 HAMBURG GERMANY

IRMTRAUT JOBMANN
GOEHLBACHTAL 99
21073 HAMBURG GERMANY

ISABELLA-NORA LAUBSCHER
HAUPTSTR 4
D-76833 WALSHEIM GERMANY

ISCRA WALTER
VIA FANFANI 33
41123 MODENA ITALY

ISEN GERHARDS-GIBERT
SUEDRING 152
MAINZ 55128 GERMANY,

ISKA LUDIGKEIT
NEU-EBERSDORFER-STR 24
27432 EBERSDORF  GERMANY

ISTIFID SPA - SOCIETA FIDUCIARIA E DI REVISIONE
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ISTITUTO BANCARIO SAMMARINESE S P A
FRANCESCO DI PIETRO ESQ
WUERICH & GERING LLP
100 WALL STREET 21ST FLOOR
NEW YORK, NY 10005

ISTITUTO DIOCESANO SOSTENTAMENTO CLERO
VIA XI FEBBRAIO 3
SORA 03039  ITALY

IVAN DORLUSKI
1120 WIEN
MALFATTIGASSE 11/31 AUSTRIA

IVAN DORLIJSKI
MALFATTI GASSE 11131
1120 VIENNA AUSTRIA

IVAN DORLUSKI
MALFATTI GASSE 1131
1120 WIEN AUSTRIA

IVO ANDREAS PIOTROWICZ
DORNROESCHENWEG 17
51515 KUERTEN GERMANY

IVO GEENSEN
VEERHOEKPOLDERWEG 2
4501 NM OOSTBURG NETHERLANDS

IVO MAULL
WIESENAECKERSTR 6
70619 STUTTGART GERMANY

IZABELA KOMAR-SZULCZYNSKA
OS PRZEMYSLAWA 8C, APT 3
61-064 POZNAN, POLAND

IZABELA KOMAR-SZULCZYNSKA
OS. PRZEMYSLAWA 8C, APT 3
61-064 POZNAN, POLAND

J A M TYHUTS
KLINGERBERGSINGEL 221
5925 AH VENLO, NETHERLANDS

J CALDERONE
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L 1855 LUXEMBOURG  BELGIUM

J L RICOUR
NATIXIS PRIVATE BANNING
51 AVENUE JF KENNEDY
L 1855 LUXEMBOURG  GERMANY

J P MORGAN SECURITIES LIMITED
ATTN ANGUS J SCOTT
125 LONDON WALL
EC2Y 5AJ LONDON UNITED KINGDOM

J P MORGAN SECURITIES LIMITED
MCDERMOTT WILL & EMERY LLP
340 MADISON AVENUE
NEW YORK, NY 10173-1922

J. POST BEHEER B.V. DE HEER J. POST
SPIJKERSTRAAT 8
3513 SL UTRECHT NETHERLANDS

JAAP-JAN FIT
BOGORTUIN 175
1019 PE AMSTERDAM NETHERLANDS

JACOBUS DELIJ
JULIANAWEG 71A
1949 AP WIJK AAN ZEE, NETHERLANDS

JACQUES BAYET
ALLEE DES BOULEAUX 45
BE-6280 GERPINNES BELGIUM

JACQUES BOURGEOIS
CHEMIN DES CARMES 74
7090 BRAINE LE COMTE  BELGIUM

JACQUES KROMBACH
3 ENNER LESCHENT
L-7415 BROUCH G D LUXEMBOURG EU

JACQUES KROMBACH
3 ENNER LESCHENT
L-7415 BROUCH LUXEMBOURG

JACQUES VAN DEN WINKEL
GRANDE CHENEVIERE 159
6001 MARCINELLE BELGIUM

JAGER, BRIGITTE CREDIT SUISSE
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

JAGER, BRIGITTE CREDIT SUISSE
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

JAKA TADIC
VUKOVARSKA 18
10312 KLOSTAR-IVANIC CROATIA

JAKE TADIC
MILO TADIC
JAGSTSTR. 43A
70376 STUTTGART GERMANY

JAKOB ALTHAUS
ZUNFTSTR 37
HAAR GERMANY 85540

JAKOB ARNOLDS, HANNELORE ARNOLDS
KREUZHERRENSTR 117
D52355 DUREN  GERMANY

JAKOB ESCHBACH
C/O DR. KLOKE & KOLLEGEN
BAHNSTR. 1
MARSBERG DE 34431, GERMANY

JAKOB KONRAD
HIMBEERUEG 41
89075 ULM FED REP OF GERMANY

JAKOB KONRAD
HIMBEERUEG 41
89075 ULM GERMANY

JAKOB LANGE
KOPERNIKUSSTRASSE 16A
01979 LAUCHHAMMER GERMANY

JAMBA SA
NATIXIS PRIVATE BANKING INTL
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG

JAN BERGHOLD
TENNENLOHER STRASSE 38
ERLANGEN 91058  GERMANY
91058

JAN BERGMANS
SIJSJESSTRAAT 4
B-3620 LANAKEN BELGIUM

JAN DE BAUW
LINDENDRIES 102
1730 ASSE
BELGUIM

JAN DE BECKER
55 AVENUE BOURGYS
B 1410 WATERLOO BELGIUM

JAN DOELITZSCHER
AN DER ALTEN SCHULE 2
D-07768 HUMMELSHAIN  GERMANY

JAN E. FOELLER
KUNIGUNDENSTR. 25
53179 BONN GERMANY

JAN MESCHEDE
EGENHOFENSTR 39C
82152 PLANEGG GERMANY

JAN STREIT
WEUE BAHNHOFSTR 24
10245 BERLIN  GERMANY

JAN ZIMPEL
OTTO-DIX-RING 42
01219 DRESDEN GERMANY

JANA HANDELMANN
SCHLAWER STR. 2
38518 GIFHORN GERMANY

JANINE VANDERLINDEN
RUE DE MONTIGNY 38 BTE 10
BE-6000 CHARLEROI BELGIUM

JANOS KOVACS
WIENER STR 59
D-60599 FRANKFURT GERMANY

JASMIN EBERHARDT
EMSSTR. 3
89231 NEU-ULM GERMANY

JASMINA ZENKIC
C/O EMIRA RIZVIC
WILHELM-KUHNERT STR 2A
81543 MUNCHEN, GERMANY

JASNA WENZEL
GAILBACHER STR 73
63743 ASCHAFFENBURG GERMANY

JAN HIEDEMANN
WESTERNMAUER 62
33098 PADERBORN, GERMANY

JAN SAVRDA
LAMACOVA 840/18
15200 PRAGUE 5 CZECH REPUBLIC

JAN VANDERVELDE
DEXIA BANK
MARKT 60-62
B-1780 WEMMEL BELGIUM

JANA FREYBERGER
HAUPTSTRASSE 17
D 95709 TROESTAU GERMANY

JANIK HOFFMAN
SAUERBRUCHSTRASSE 20
56566 NEUWIED GERMANY

JAN-NIKLAS KESSLER
SCHUMANNSTR. 1
76669 BAD SCHOENBORN GERMANY

JANUSZ WITKOWSKI
RODGAUSTR 24
63128 DIETZENBACH GERMANY

JASMINA SIMON
MEISTERSINGERSTRASSE 25
95444 BAYREUTH GERMANY

JASMINE WILLIAMSON
3500 PALMILLA DR 5026
SAN JOSE, CA 95134

JASTRID LIMITED
C/O GUZOV OFSINK, LLC
ATTN: PATRICK MANASSE
600 MADISON AVE, 14TH FL
NEW YORK, NY 10022

JEAN CEUPPENS
GERAARDSBERGSESTRAAT 42
SCHEPDAAL 1703 BELGIUM

JEAN CLAUDE JOSEPH BRUCKNER
34, RUE PHILIPPE II
L-2340 LUXEMBOURG

JEAN DERAEDT
RUE HAUTEBOIS 27
BE-6230 THIMEON, BELGIUM

JEAN GUIFFANT
ERNST-REUTER-STRASSE 5
LEHRTE 31275 GERMANY

JEAN MARIE CECCALDI
44 RUE GINOUX
F 75015 PARIS  FRANCE

JEAN MAROLDT
68, RUE MICHEL-ANGE
PARIS 75016 FRANCE

JEAN MICHEL DONIN
RUE SAINT MARTIN 71
6120 HAM SUR HEURE BELGIUM

JEAN PAUL NARDECCHIA STAROWICZ MARIANNE LOUISE
63 RUE DE LA GARE
L 4571 OBERKORN  LUXEMBOURG (EUROPE)

JEAN PHILIPPE SCHEIBER
OTTO-WELS-STR.62
D-26133 OLDENBURG GERMANY
., .

JEAN PIERRE ALBERT BONIFAS
20 AVENUE PASTEUR
L-2310 LUXEMBOURG

JEAN PIERRE DAURY
56 RUE DES PAIREES
BELGIUM

JEAN QUOILIN
AVENUE E. CAMBIER, 39 BOX 11
B1160  BRUSSELS BELGIUM

JEAN RIBOUX
RUE DE NOECHAMPS BIESME 32
BE-5640  METTET BELGIUM

JEANETTE STEPPER
KELTERSTRASSE 80
D-75217 BIRKENFELD GERMANY

JEAN-FRANCOIS BUCZKOWSKI
ELBINGER STRASSE 3B
76139 KARLSRUHE GERMANY

JEAN-JACQUES CLOQUETTE
RUE DE LA HAUTE FOLIE 55
7062 NAAST BELGIUM

JEANNETTE WOLFRAM
SCHUBARTWEG 45
73447 OBERKOCHEN GERMANY

JEAN-PIERRE HENGELS
RUE DE LA LASNE, 30
1380 LASNE
BELGIUM

JEAN-PIERRE TERNYNCK
AV DE VILLEFRANCHE, 1 BIS
1330 RIXENSART BELGIUM

JEFFREY CRAMER
RICHARD-WAGNER-STR. 13
D-68519 VIERNHEIM GERMANY

JEFFREY LEHNERT
WALDSTR 8
34286 SPANGENBERG GERMANY

JENNIFER HARSCH
NARRENBERG STR 41
75210 KELTERN GERMANY

JENNIFER KRIEG
SODENER WEG 36
D-36396 STEINAU GERMANY

JENNIFER MARQUART
CLAUSTHALER STR 15
D-28844 WYHE GERMANY