**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss:
COUNTY OF SUFFOLK   )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 139th Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8306]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                                  /s/ Kimberly Gargan
                                                                  Kimberly Gargan

Sworn to before me this
3rd day of January 2011

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

> ### PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan** |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation

Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors,

as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified

above.  The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim

of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

US_ACTIVE:\43594019\02\72240.0639

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  As such, the Debtors believe that Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the extent your proof of claim asserts a claim other than for principal plus accrued and unpaid interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on account of that specific claim, although the entitlement to receive distributions through the fiscal and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.   Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.   Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.   Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
         December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

JENNY HAACK
SCHLIEMANNSTR 25A
10437 BERLIN / GERMANY

JENS & URSULA KIRKERUP
MR JENS KIRKERUP
ALTE LANDSTRASSE 131
D 22339 HAMBURG GERMANY

JENS FISCHER
MARGERITENSTRAßE 8
D-83052 BRUCKMUHL GERMANY

JENS HEIM
BIRKENWEG 14/2
71717 BEILSTEIN GERMANY

JENS SCHARLACH
JENS SCHARLACH (GERMANY)
AN DER HOHLE 3
D-04654 FROHBURG  GERMANY

JENS SCHMIDT
ZUM SIEKBERG 23
38446 WOLFSBURG GERMANY

JENS SCHOEFFEL
HINDENBURGSTR. 53
55118 MAINZ GERMANY

JENS UWE KLIEMANN
SUDHOHE 11
01217 DRESDEN  GERMANY

JENS WEBER
KOENIGSWINTERER STR 583A
D-53227 BONN GERMANY

JENS WEBER
KOENIGSWINTERER STR 583A
D-53227 BONN GERMANY

JENS-UWE WEGGAESSER
BAUMHASELRING 104
14469 POTSDAM, GERMANY

JEREMY DOERR
FOEHRENWEG 10
82223 EICHENAU BAYERN GERMANY

JEROEN LOUTER
JULIANAWEG 71A
1949 AP WIJK AAN ZEE NETHERLAND

JEROME AND SABINE BROWNSTEIN
APARTDO 417
SANTA EULALIA IBIZA 07840

JERZY & MARITA SZAJAK
AUGUSTE - VIKTORIA - STR 20
D-14193 BERLIN GERMANY

JESSICA PFEIFER
AM MUEHLENBACH 56
48308 SENDEN GERMANY

JESSICA ROMBACH
KARLSTR 33
72351 GEISLINGEN GERMANY

JIRI SKODA
ERLENSTR. 2
71238 KIRCHENTELLINSFURT GERMANY

JOACHIM AND STEFHANIE CHARTIEU
SCHLOSSGARTEN 12
34537 BAD WILDUNGEN GERMANY

JOACHIM BERGMANN
ZUR GRUENEN FLUR 4 C
D-35745 HERBORN, GERMANY

JOACHIM CHARTIEU
SCHLOSSGARTEN 12
34537 BAD WILDUNGEN GERMANY

JOACHIM CHARTIEU AND STEFANIE CHARTIEU
SCHLOSSGARTEN 12
34537 BAD WILDUNGEN GERMANY

JOACHIM F ADAMCZUK
AM GEISSBERG 3
86444 AFFING GERMANY

JOACHIM FUNCK
2929 RIGGORY RIDGE ROAD
CHARLOTTESVILLE, VA 22911

JOACHIM FUNCK
LAUSITZER WEG 5
D-23617 STOCKELSDORF GERMANY

JOACHIM GARTZ
DUELKENERSTR 103
41747 VIERSEN GERMANY

JOACHIM GARTZ
SEIDLHOFSTRASSE 18
85540 HAAR, GERMANY

JOACHIM HANS-JOERG ZINK
IM HOLDERBETT 10
73773 AICHWALD GERMANY

JOACHIM HAUPT
IN DER AUE 16
50374 ERFTSTADT GERMANY

JOACHIM HILTRUD REGGE
ADOLF-KOLPING-STR 33
D-31139 HILDESHEIM GERMANY

JOACHIM HINCKE
ELLERHOLZWEG 2
21107 HAMBURG GERMANY

JOACHIM KARGOL
HEINRICH-KÖNIG-STR 88A
44795 BOCHUM GERMANY

JOACHIM KIEDROWSKI
LEYDENALLEE 62
12167 BERLIN GERMANY

JOACHIM KREIL
COLMARER STRASSE 8
65203 WIESBADEN GERMANY

JOACHIM KUTSCHKE
RILKEWEG 26
35039 MARBURG GERMANY

JOACHIM LENTE
LEICHHARDTSTR. 9
14195 BERLIN GERMANY

JOACHIM MIETZ
MUENSTERSTRN 241
40470 DUESSELDORF GERMANY

JOACHIM O AMBERG
MOZARTSTRASSE 28
71093 NEUWEIER GERMANY

JOACHIM O AMBERG
MOZARTSTRASSE 28
71093 NEUWEILER GERMANY

JOACHIM OHLHOFF
TEUTOBURGER STRASSE 33
49082 OSNABRÜCK GERMANY

JOACHIM OPPERMANN
AM FUCHSBAU NR 8
14532 KLEIN MACHNOW  GERMANY

JOACHIM OPPERMANN
POSTFACH 501132
22711 HAMBURG GERMANY

JOACHIM RAIF
BRENTANOSTRASSE 26
63165 MUEHLHEIM GERMANY

JOACHIM SCHOENKNECHT
KARL-GRUNERT-STRASSE 54
28277 BREMEN GERMANY

JOACHIM SELL
SOMMERWEG 25
88048 FRIEDRICHSHAFER GERMANY

JOACHIM TALLE
BODDINGHEIDEWOG 37
D 48167 MUNSTER GERMANY

JOACHIM VOLTMER
GEIBECHSTR 1
D30123 HANNOVER GERMANY

JOACHIM VON WALLENBERG
ZINZENDORFSTR. 6
RATINGEN,  40882

JOACHIM-ULRICH JAEGER
HOCHSTR. 19
13357 BERLIN GERMANY

JOAN MIRET VOISIN & ANA MARIA BAUSILI JUNYENT
JOAN MIRET VOISIN
CARRETERA DE MOJA 94  4-1A
08720 VILAFRANCA  SPAIN

JOAN NOGUE TRABAL
AVDA MERIDIANA 27
3RD FLOOR
08018 BARCELONA SPAIN

JOANN BODECHTEL
BERGSTR 1
91616 NEUSITZ GERMANY

JOANNA NOWACK
POSTWEG 9
41564 KAARST GERMANY

JOAO TIAGO BELCHIOR FIGUEIRINHAS
AVENIDA BARBOSA DU BOCAGE NO 86
4 I DIREIBO
1050 032 LISBOA
PORTUGAL

JOCASIA SA
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

JOCASIA SA
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

JOCHEN & CLAUDIA SCHMIDT
C/O DRES SCHACHT & KOLLEGEN
SCHILLERSTR 9
91710 GUNZENHAUSEN GERMANY

JOCHEN + CLAUDIA SCHMIDT
C/O DRES SCHACHT & KOLLEGEN
SCHILLERSTR 9
91710 GUNZENHAUSEN GERMANY

JOCHEN DR SPERBER
C/O JOCHEN, DR SPERBER & ANKE SCHRODER
MUHLENWEG 34
29456 HITZACKER GERMANY

JOCHEN FIETZE
NAUTER STRASSE 115
70327 STUTTGART  GERMANY

JOCHEN KESSLER
RALF KESSLER
SCHUMANNSTR 1
76669 BAD SCHOENBORN GERMANY

JOCHEN KESSLER
SCHUMANNSTR 1
7669 BAD SCHOENBORN  GERMANY

JOCHEN KOCH
KONIGSWEG 64A
14163 BERLIN GERMANY

JOCHEN MOSER
LIMBURGWEG  10
73269 HOCHDERF GERMANY

JOCHEN SCHMIDT
C/O DRES SCHACHT & KOLLEGEN
SCHILLERSTRASSE 9
91710 GUNZENHAUSEN GERMANY

JOCHEN SCHMIDT
C/O DRES SCHACHT & KOLLEGEN
SCHILLERSTRASSE 9
91710 GUNZENHAUSEN GERMANY

JOCHEN SCHULTZE
R MIN JOSE RG
ALCKMIN 1981 CASA 8
04737-002 SAO PAULO BRAZIL

JOCHEN SCHULZE
ZAUNKOENIGSTR 45
D-39110 MAGDEBURG GERMANY

JOCHEN SCHULZE
ZAUNKOENIGSTR 45
D-39110 MAGDEBURG, GERMANY

JOCHEN WIMMER
KRAUTGASSE 14
5400 HALLEIN AUSTRIA

JOERG BRAUN
HINTER EICHBAUM 47
55595 WALLHAUSEN GERMANY

JOERG FILTER
BODENBACHER WEG 33
60598 FRANKFURT/MAIN, GERMANY

JOERG H WERNER
BERKERSHEIMER BAHNSTRASSE 29A
60435 FRANKFURT / MAIN GERMANY

JOERG H. WERNER
BERKERSHEIMER BAHNSTRASSE 29A
60435 FRANKFURT / MAIN GERMANY

JOERG HEITZMANN
DR STEINHUBEL & V BUTTLAR RECHTSENWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

JOERG KARGOL
HEINRICH-KOENIG-STR 88
44795 BOCHUM
GERMANY

JOERG LAUER
AM HAGEN 21
66117 SAARBRUECKEN GERMANY

JOERG LIEBING
PO BOX 866
FONTAINEBLEAU 2032 SOUTH AFRICA

JOERG NEUMANN
GUENTHERBURGALLEE 91
60389 FRANKFURT GERMANY

JOERG SCHIF
AM STIFTSBERG 15A
87730 BAD GROENENBACH GERMANY

JOERG SROCKE
HAUPTSTR 36
99752 KEHMSTEDT GERMANY

JOERG SROCKE
HAUPTSTR 36
99752 KEHMSTEDT GERMANY

JOERG SROCKE
HAUPTSTR 36
KEHMPTSTEDT 99752 GERMANY

JOERG SROCKE
HAUPTSTR 36
KEHMSTEDT 99752

JOERG SROCKE
HAUPTSTR 36
KEHMSTEDT 99752  GERMANY

JOERG SROCKE
HAUPTSTR 36
KEHMSTEDT-99752 GERMANY

JOERG STEINHAUSER
MOSELSTR. 11
12159 BERLIN GERMANY

JOERG TRAMPLER
JOERG TRAMPLER
2226 PLACID WAY
ANN ARBOR, MI 48105

JOERG VOGEL
DEUTLMOOSER STR. 5
85465 LANGENPREISING GERMANY

JOERG WASMUND
BERLINER STR 66 A
14169 BERLIN GERMANY

JOERI VAN ROMPUY
KEULESTRAAT 78
3390 TIELT-WINGE BELGIUM

JOHANN & ELISABETH WEIDERBAUER
MATZLING 172
A 8962 GROEBMING AUSTRIA

JOHANN AMANN
ROTWANDSTR. 27
FELDKIRCHEN-WESTERHAM 83620 GERMANY

JOHANN AND KATHARINA HAHN
KOHLERFELD 31
42657 SOLINGEN GERMANY

JOHANN BRENNER
ANNINGERSTRASS 30
A 2513 MOLLERSDORF AUSTRIA

JOHANN FILLER
MAERZSTRASSE 10912
A 1150 VIENNA  AUSTRIA

JOHANN GAUNERSDORFER
BRUENNER STR 59/33
1210 VIENNA  AUSTRIA

JOHANN GEORG BREINLINGER
HOHENTWIELSTRAßE 16
D-78250 TENGEN GERMANY

JOHANN GERAUER
RAINOLING 1
4782 ST FEORIAN AUSTRIA

JOHANN HEINDL DR.
BERGSTRASSE 20
82152 KRAILLING GERMANY

JOHANN HEINZ
GAUSBURG 47
83416 SAALDORF-SURHEIM  GERMANY

JOHANN HOLZSCHUH
HEGELWEG 3
58540 MEINERZHAGEN GERMANY

JOHANN KAMMERER
VOGELTENN 5
A-3943 SCHREMS AUSTRIA

JOHANN LEBLER & MATHILDE LEBLER
ASCHENBACH-TAL 6
A-8071 HAUSMANNSTATTEN AUSTRIA

JOHANN PICHLMAIER
BLUETENSTR 29
85368 MOOSBURG GERMANY

JOHANN RAINALTER
HALMERGASSE 2/B
I-39020 SCHLUDERNS BZ ITALY

JOHANN SCHANDL
NEURIEDGASSE 2
7000 EISENSTADT AUSTRIA

JOHANN UND HEIDRUN SCHIROWSKI
SCHILFUFER 29
38228 SALZGITTER GERMANY

JOHANN UND MATHILDE LEBLER
ASCHENBACH TAL 6
A-8071 HAUSMANNSTATTEN AUSTRIA

JOHANN WARNHOLTZ
UP DEN SCHANZ 65 A
HAMBURG 22609 GERMANY

JOHANN WEISS
ROETLENSRASSE 5
D 70794 FILDERSTADT GERMANY

JOHANN WEISS
ROETLENSRASSE 5
D 70794 FILDERSTADT GERMANY

JOHANN WENDTNER
HOLBEINSTRASSE 28
D-70806 KORNWESTHEIM GERMANY

JOHANN WERNER
LOEWENGASSE 10
67152 RUPPERTSBERG GERMANY

JOHANN WESTERMAYER
JAEGERLUSTSTRASSE 8
84375 KIRCHDORF GERMANY

JOHANNA ANNI SCHIENAGEL
JOHANNES BRAHMS STR 3
D-82223 EICHENAU GERMANY

JOHANNA DELHEY
GRUELSIEPENSTR. 25
44287 DORTMUND GERMANY

JOHANNA DELHEY
GRUELSIEPENSTR. 25
44287 DORTMUND GERMANY

JOHANNA HELMICH
KIMMENAUER WEG 21
REMSCHEID 42897  GERMANY

JOHANNA POLZ
GAWANSTR 51
13465 BERLIN GERMANY

JOHANNA VON ROOS
IN DEN PAPPELN 9A
44532 LUENEN  GERMANY

JOHANNES ANDRES
BURGBLICK 15
56729 VIRNEBURG GERMANY

JOHANNES AUER
HALLERSTRASSE 623
8911 ADMONT

JOHANNES BECK
EBRANTSHAUSSER STR 8
84048 MAINBURG  GERMANY

JOHANNES BERNARDUS WILLEMS
BATZENSTEG 45
D-47669 WACHTENDONK GERMANY

JOHANNES BIRNSTENGEL
WAAKHAUSERSTR 8
28719 BREMEN GERMANY

JOHANNES BRANDL
WALDSTR 28
D82398 IFFELDORF GERMANY

JOHANNES E SCHEBESTA
HOUELBACHSTR 4
CH 6010 KRIENS  SWITZERLAND

JOHANNES FUERTJES
MOERSER STR 49
47198 DUISBURG, GERMANY

JOHANNES GUNTHER
BISMARCKSTR 10
32105 BAD SALZUFLEN GERMANY

JOHANNES KRUSE
STADTPARKINSEL 22
41515 GREVENBROICH GERMANY

JOHANNES MATTAR
DR JOHANNES MATTAR
VON LASSBERGSTR 37
88709 MEERSBURG

JOHANNES MATTAR
VON LASSBERGSTRASSE 37
MEERSBURG GERMANY 88709

JOHANNES MUELLER
LEOPOLD-KELL-STR. 15
06667 WEISSENFELS GERMANY

JOHANNES RUCHHOLTZ
STROHBERG 4
24306 PLON GERMANY

JOHANNES RUCHHOLTZ
STROHBERG 4
24306 PLÖN GERMANY

JOHANNES SCHAD
MAINBLICK 16
COMDIRECT DEP 102/2698439/00
UNTERTHERES GERMANY 97531

JOHANNES SCHUETZ
IN DER WERRE 16
D 70619 STUTTGART GERMANY

JOHANN-FRIEDRICH RAMM
OBERFELDSTR 28E
3067 BOLL  SWITZERLAND

JOHANN-FRIEDRICH RAMM
OBERFELDSTR 28E
3067 BOLL SWITZERLAND

JOHN ARMAND MARC SOWA
112 RUE PRINCIPALE
L-8834 FOLSCHETTE LUXEMBUORG

JONAS HINKELMANN
MAUKESTR 2
D-81545 MUNCHEN GERMANY

JONAS LANGE
KOPERNIKUSSTRASSE 16A
01979 LAUCHHAMMER GERMANY

JONATHAN LESSMANN
HUMBOLDT STR 36
51379 LEVERKUSEN GERMANY

JONATHAN TOMKIN
140 MOUNT MERRION AVENUE
BLACKROCK, CO DUBLIN, IRELAND

JORG LINKE AND KARIN LINKE
AM ZOLLKRUG 15
30851 LANGENHAGEN, GERMANY

JORG LINKE AND KARIN LINKE
AM ZOLLKRUG 15
30851 LANGENHAGEN GERMANY

JÖRG SABATH
BEERENWINKEL 8
HAMBURG 22359 GERMANY

JORG SIEWERT
KLEISTSTRASSE 15
D-75038 OBERDERDINGEN GERMANY

JORG TIEDEMANN
BIRKENWEG 3
37242 BAD SOODEN-ALLENDORF GERMANY

JORG WERUEX, SCHMIDT
RABLSTRASSE 72/633
D-81669 MUNCHEN GERMANY

JORG WEXEL
MARIA-TERWIEL-STR 13
51377 LVERKUSEN GERMANY

JORN DRECHSLER (UNDER AGE)
UWE AND ANGELA DRECHSLER (PARENTS)
REICHENBERGER STR 10
01129 DRESDEN GERMANY

JORN DRECHSLER (UNDER AGE)
UWE AND ANGELA DRECHSLER (PARENTS)
REICHENBERGER STR 10
01129 DRESDEN GERMANY

JOSE AQUILO FORTEZA
ANDA ASTURIAS NUMBER 2
07100 SOLLER ESPANA

JOSEE MARIE VAN EXEL-VATER
IN DER MAHR 3
D-52152 SIMMERATH, GERMANY

JOSEF & EMILIE ROESSLER
STAUFENSTR 19
61449 STEINBACH GERMANY

JOSEF & IRMGARD GOTTFRIED
AM KLINKENBERGER HOF12
53721 SIEGBURG GERMANY

JOSEF & IRMGARD GOTTFRIED
AM KLINKENBERGER HOF12
53721 SIEGBURG GERMANY

JOSEF AND MARIA NEUGSCHWANDTNER
MUEHLGRABENGASSE 46
3910 ZWETTL AUSTRIA

JOSEF AND MARIA SCHNEIDER
MUEHLBIERLWEG 2
D-93488 SCHONTHAL GERMANY

JOSEF AND MARIA SCHNEIDER
MUEHLBIERLWEG 2
D-93488 SCHONTHAL GERMANY

JOSEF DERZAVICH GURVICH
BOSQUE DE TAMARINDOS 45-3
BOSQUE DE LAS LOMAS
05120 CP CUAJIMALPA DF  MEXICO

JOSEF DERZAVICH GURVICH
MDM POLANCO
APARTADO POSTAL 178
LAGO MERU 18
COL GRANATA CP 11521,MEXICO

JOSEF DR MISPAGEL
IM WIEHAGEN 13
HEMER 58675 GERMANY

JOSEF GRUPP
SUDETENSTR 24
DONZDORF DE 73072 GERMANY

JOSEF HEILMEIER
GARTENSTRASSE 37
TUEBINGEN 72074
GERMANY

JOSEF HELLER
DACHSWEG 9
89555 STEINHEIM GERMANY

JOSEF NOWIK
AM ALTEN SPORTPLATZ 13
47877 WILLICH  GERMANY

JOSEF NUBER
ZELLER STR 8
D-86368 GERSTHOFEN GERMANY

JOSEF PAYER
GRAF-RAPOTO-STR 1
83308 TROSTBERG GERMANY

JOSEF PROFITTLICH
HEIDBERGSTR 13
51491 OVERATH GERMANY

JOSEF SCHNEIDER
RHANER ZELL 13
D-93488 SCHOENTHAL GERMANY

JOSEF SCHNEIDER
RHANER ZELL 13
D-93488 SCHOENTHAL GERMANY

JOSEF SINGER
NECKARSTRASSE 68/1
73728 ESSLINGEN GERMANY

JOSEF THOMAS PUNTIGAM
WEISSKIRCHNER STRASSE 20
4614 MARCHTRENK AUSTRIA

JOSEF UND INES MAURITZ
OFTERSHEIMER STRASSE 38
68766 HOCKENHEIM  GERMANY

JOSEF UND WALBURGA WILD
LEIDLING
SINNINGER STR 7
86666 BURGHEIM GERMANY

JOSEF WEIS
LONGNUI 88/S
39010 TISENS ITALY

JOSEFA VIDAL MORALES
C/O INDEPENDENCIA, 39
30820 ALCANTARILLA MURCIA SPAIN

JOSEFINE GABLER
HAMICHER WEG 26
52249 ESCHWEILER DE GERMANY

JOSEFINE GABLER
HAMICHER WEG 26
ESCHWEILER 52249 GERMANY

JOSEP VIVES OBIOL (ID 37851441-L) ANA JEREZ LEON (ID 37187134-K)
PCL COMTE DE GUELL N 14 BAJOS
(08028) BARCELONA- SPAIN

JOSEPH MISCORIA
ACACIALAAN NR. 2
3630 MAASMECHELEN BELGIUM

JOSEPH VERLINDEN MONSIEUR
A CLEYNHENSLAAN 101
B-3140 KEERBERGEN BELGIUM

JOSEPH VOGT
AM PARK 91
D-53757 ST. AUGUSTIN  GERMANY

JOSEPHA LERMANN
C/O HD LERMANN
ZUR OBERMUEHLE 4
WEYARN 83629 GERMANY

JOSEPHA LERMANN
FRIEDRICH HOFMANNSTR 2
RIEMERLING 85521 GERMANY

JOSIANE GILLES
52 RUE DE BOMEREE
6032 MONT SUR MARCHIENNE

JOST P VATER
IN DER MAHR 3
D-52152 SIMMERATH, GERMANY

JOST SEEFELDER
CARL HERZ UFER 27
10961 BERLIN   GERMANY

JOST STEINHAUSEN
KIRCHFELD-STR. 91
40215 DUSSELDORF, GERMANY

JOYET ALFRED
SOUS-MOUT 17
1032 ROMANEL SWITZERLAND

JP MORGAN SECURITIES LIMITED
125 LONDON WALL
ATTN: ANGUS J SCOTT
LONDON EC2Y 5AJ, UNITED KINGDOM

JUAN BALAGUER RAFOLS
PASSEIG SANT JOAN 138 4 2
08037 BARCELONA SPAIN

JUDIT HALMI
NIEDERERLENBACHER
WEG 55
6118 BAD VIBEL GERMANY

JUDITH SCHIROWSKI
H.-H.-MEIER-ALLEE 5
28213 BREMEN GERMANY

JUERG PAUL UND MONICA BERLI
IM SIHLHOF 38
ADLISWIL 8134 SWITZERLAND

JUERG SCHAUB
ROUTE D'HERMANCE 116
CH-1245 COLLONGE-BELLERIVE SWITZERLAND

JUERGEN + KAROLINE DIESELHORST
AUSSIGER WENDE 29
D-30559 HANNOVER GERMANY

JUERGEN ADLER
HUBERTUSALLEE 9
14193 BERLIN GERMANY

JUERGEN ALTIG
WETTE 3
D-75038 OBERDERDINGEN GERMANY

JUERGEN ALTIG
WETTE 3
D-75038 OBERDERDINJEN GERMANY

JUERGEN AND KAROLINE DIESELHORST
AUSSIGER WENDE 29
D-30559 HANNOVER GERMANY

JUERGEN BACH
ZUR VIEHWEIDE 14
D-64846 GROSS-ZIMMERN, GERMANY

JUERGEN BODENSTAB
NONNENSTR. 21/219
04229 LEIPZIG GERMANY

JUERGEN BRUECKNER
RATHAUSSTRASSE 13
STEINFELD 97854 GERMANY

JUERGEN FILTER
BODENBACHER WEG 33
60598 FRANKFURT/MAIN, GERMANY

JUERGEN GOCKEL
LISTSEEWEG 7
81379 MUENCHEN GERMANY

JUERGEN GOCKEL
LISTSEEWEG 7
D-81379 MUENCHEN/MUNICH, GERMANY

JUERGEN GODDINGER
PFAELZER GRABEN 10
D-46145 OBERHAUSEN GERMANY

JUERGEN HOFMANN
THEODOR-HEUSS-RING 15
49565 BRAMSCHE, GERMANY

JUERGEN HOOGE
THEODOR-FONTANE-STR 4
73240 WENDLINGEN GERMANY

JUERGEN HOOGE
THEODOR-FONTANE-STR 4
73240 WENDLINGEN GERMANY

JUERGEN HORNIK
MAX PESCHEL STRASSE 7
86633 NEUBURG/DONAU GERMANY

JUERGEN HORNIK
MAX PESCHEL STRASSE 7
86633 NEUBURG/JONAU GERMANY

JUERGEN KNOOP
SCHULSTR 23
D - 60594 FRANKFURT AM MAIN GERMANY

JUERGEN KOCH
STRASSE DES FRIEDENS 16
D-07338 KAULSDORF GERMANY

JUERGEN KOEHLER
AM OSTERGRABEN 6
55128 MAINZ, GERMANY

JUERGEN KRAMER
NECKARSTR. 75
70806 KORNWESTHEIM GERMANY

JUERGEN KRANEN
ACHENBACHSTR 134
40237 DUESSELDORF GERMANY

JUERGEN LEICH
EICHENDORFFSTR 15
65439 FLOERSHEIM GERMANY

JUERGEN MAENNL
AM OBERRIED 9
82431  KOCHEL GERMANY

JUERGEN MICHALLEK
RUTSCHBAHN 5
20146 HAMBURG GERMANY

JUERGEN NEFF
BOEHEIMBSTRASSE 18
86633 NEUBURG AN DER DONAU GERMANY

JUERGEN NORDMANN
FLAßMOOR 3
22549 HAMBURG GERMANY

JUERGEN NORDMANN
FLASSMOOR 3
HAMBURG 22549 GERMANY

JUERGEN PESCHKE
AM GAENSBRUNNEN 3
73776 ALTBACH
ALTBACH
GERMANY

JUERGEN POCZKA
GINSTERWEG 5
57462 OLPE GERMANY

JUERGEN SCHMALHOLZ
ARTHUR MAX MILLER STR 3
87719 MINDELHEIM  GERMANY

JUERGEN SCHMID
RINGELHAUSER ALLEE 6
D-88471 LAUPHEIM GERMANY

JUERGEN SCHNEIDER
OBERE BERGERHEIDE 4
D-42113 WUPPERTAL GERMANY

JUERGEN SPERLING
NEIDENSTEINER HOEHE 12
D-74937 SPECHBACH GERMANY

JUERGEN STEINHAUSEN
ANTON-BRUCHNER-STR 8
D-85591 VATERSTETTEN F R G GERMANY

JUERGEN UND HEIDEMARIE BURKHARDT
RINGSTRASSE 40
D-22145 HAMBURG GERMANY

JULIA GEBAUER
TELEMANNSTR 11
38304 WOLFENBUTTEL GERMANY

JULIA HOFMANN
ERNST-KIRCHNER-STR 81
D-73760 OSTFILDERN GERMANY

JULIA MAYER
BAHNSTRASSE 74
63225 LANGEN GERMANY

JULIA RINGWALD
TALSTRASSE 34
79275 ELZACH GERMANY

JULIA SCHMIDT
SUESSBACHWEG, 16
NEUNKIRCHEN DE GERMANY 66540

JULIA SIEK
DREIEICHSTR 28
DIETZENBACH GERMANY 63128

JULIA UFER
HEIDESTRASSE 91 C
58239 SCHWERTE GERMANY

JULIA WEICH
WILHELM-LEUSCHNER-STR 4
55268 NEIDER-OLM GERMANY

JULIA ZIMMER
MUEHLENSTR. 45
PERL 66706 GERMANY

JULIAN EBERHARDT
EMSSTR. 3
89231 NEU-ULM GERMANY

JULIAN HESS
CHARLOTTENWEG 15
KELKHEIM 65779 GERMANY
65779

JULIAN ROMAN ROBLES
IBIZA, 19
4° PUERTA 3
28009 MADRID SPAIN

JULIAN SCHAD
MAINBLICK 16
97531 THERES GERMANY

JULIAN SCHAD
NIEDER-RAMSTADT ST 179 A 14
64285 DARMSTADT GERMANY

JULIAN SCHAD
NIEDER-RAMSTADT ST 179A 14
64285 DARMSTADT GERMANY

JULIANE ECKER
ESCHER STRASSE 37
50733 KOLN GERMANY

JULIANE STUDIER
RUTH-SIEDEL-STR. 44
D-17099 GALENBECK GERMANY

JULIUS ARMIN PLONER
DORF 52
39010 ST PANKRAZ  (BZ)  ITALY

JULIUS FUERFANG
SONNENSTR 22
D 80331 MUNCHEN GERMANY

JULIUS NICOLAY
UELLENDAHLER STR 204
D-42109 WUPPERTAL GERMANY

JUNGEN ALLAGAIER
ULLENST 6
77716 HOFSTETTEN  GERMANY

JUOZAPAS MACEVICIUS
STIRNU 35-18
VILNIUS LITHUANIA

JURGEN & MONIKA SIEDLACZEK
MARIEN BURGSTR 21
D 56727 MAYEN GERMNAY

JURGEN BARTELS
JONNENSTRASSE 28
31246 LAHSTEDT GERMANY

JURGEN EILERS
BUCKHORN 40
D-22359 HAMBURG GERMANY

JÜRGEN GLUTH
TURMSTR. 43
D-36124 EICHENZELL GERMANY

JURGEN HOCHHOLZER
AM STEINBERG 8
91244 REICHENSCHWAND GERMANY

JÜRGEN HOFMANN
ERNST-KIRCHNER-STR. 81
D-73760 OSTFILDERN

JURGEN KARBACH
ELSA BRANDOTROMSTR 34
65203 WUSBADEN GERMANY

JURGEN KLOHA
HANS - MEMLING - STR 11
D-91438 BAD WINDSHEIM GERMANY

JURGEN MARSTALLER
HAUS ENDT STR 121
40593 DUSSELDORF GERMANY

JURGEN MARTSCHIN
OTTO HAHN STR. 26
D-51429 BERGISCH GLADBACH GERMANY

JURGEN MODI
KYREINSTR 18
81371 MUENCHEN GERMANY

JURGEN MUNK
SCHILMEN GRABEN 24
70839 GERLINGEN

JURGEN O GABRIELE PAKULLA
GOSERWEG 27
88400 BIBERACH  GERMANY

JÜRGEN REIM
RHEINBLICK 15
53424 REMAGEN GERMANY

JURGEN ROSSLER
ROBERT-SCHUMAN-STR 50
D-69207 SANDHAUSEN

JURGEN SCHMID
RINGELHAUSER ALLEE 6
D-88471 LAUPHEIM  GERMANY

JURGEN SCHMID
RINGELHAUSER ALLEE 6
D-88471 LAUPHEIM, GERMANY

JURGEN WOLFRAM
FINKENWEG 30
89552 KONIGSBRONN

JURRIAAN MEIJER
GREITH 63
TAUPLITZ AUSTRIA

JUSTINE SOPHIE ACKER
CHRISTIANE ACKER
AM WELLENBERG 10
42119 WUPPERTAL GERMANY

JUSTUS NICOLAY
UELLENDAHLER STR 204
D-42109 WUPPERTAL GERMANY

JUTTA & BERND NEUROTH
MOORWEG 4
90592 SCHWARZENBRUCK GERMANY

JUTTA ABRAHAM
HERRMANN-PIEPER-STR 41
13403 BERLIN GERMANY

JUTTA AND BERND ENGEMANN
TANNENBERGSTR 8
32547 BAD OEYNHAUSEN GERMANY

JUTTA GRAFIN HARRACH
RUDIGERSTR 79
53179 BONN GERMANY

JUTTA HUGENBUSCH-ECKERLE
KLINGENBACHSTR 36
65207 WIESBADEN GERMANY

JUTTA KOPPERS & MANFRED KOPPERS
HOLTENER STR. 257
47167 DUISBURG  GERMANY

JUTTA KRAMER
CARL-SCHURZ-STR 61
75180 PFORZHEIM, GERMANY

JUTTA LEWELLING
WESTSTR 43
57392 SCHMALLENBERG

K. WAGNER PRIVATSTIFTUNG
C/O ROTTER RECHTSANWAELTE
LUISE-ULLRICH-STRASSE 2
82031 GRUENWALD GERMANY

KAESTNER, GERRIT
STEINKREUZREDDER 1
D-23627 GROSS GROENAU GERMANY

KAESTNER, ZUERGEN
STEINKREUZREDDER 1
D-23627 GROSS GROENAU GERMANY

KAETE SCHWERDTFEGER
TARPENBEKSTR 72
20251 HAMBURG, GERMANY

KAETHE DAESCHLER
MICHELBUCH 5
73105 BIRENBACH DE GERMANY

KAETHE KURTH
C/O ULRICH KURTH
ERNSDORFER STRASSE 21
PRIEN GERMANY 83209

KAHN JEAN-JACQUES
M KAHN JEAN-JACQUES
243 VAL DES BONS MALADES
L-2121 LUXEMBOURG

KAI + KARIN VON THIENEN
REIHERSTIEG 202G
21244 BUCHHOLZ, GERMANY

KAI BERNARD
AM STADTWALD 3
45894 GELSENKIRCHEN GERMANY

KAI DITTBERNER
KYLLBURGER STRASSE 14
D-50937 KOELN GERMANY

KAI FAHLBUSCH
PFARRER KNEIPP STRASSE 2-4
56727 MAYEN GERMANY

KAI FAHLBUSCH
PFARRER-KNEIPP-STR 2-4
56727 MAYEN GERMANY

KAI FENNER
SCHULSTRASZE 8
NEUENTAL 34599 GERMANY

KAI PHILIPP STREIT
CLASINGSTR 11
20255 HAMBURG  GERMANY

KAI SCHRICKEL
EDELWEISSSTR. 8
POING 85586 GERMANY

KAIKURAH HOLDINGS LLC
7302 YELLOWSTONE ROAD
CHEYENNE, WY 92009

KANG LU
OBERER KLINGELBRUNNEN 58
70806 KORNWESTHEIM GERMANY

KAPFERER CAMILLA
UNTERSEESTR 27
CH-8280 KREUZLINGEN / SWITZERLAND

KAPFERER KONRAD
UNTERSEESTR 27
CH-8280 KREUZLINGEN / SWITZERLAND

KARIN FRUEHLING
BLOHERFELDER STRASSE 28
26129 OLDENBURG GERMANY

KARIN G HENTSCHEL
LUDWIG-HEINRICH-STRASSE 52
50765 COLOGNE GERMANY

KARIN G HEUTSCHEL
LUDWIG-HEINRICH-STRASSE 52
50765 COLOGNE GERMANY

KARIN GODAT
KARIN GODAT U ROLF GODAT
J - R - BECHER-STR 10
D-07745 JENA GERMANY

KARIN HARTUNG
GRUNEBERGSTRASSE 75
22763 HAMBURG GERMANY

KARIN HERMANKI
LEOPOLD - WITTEK - STRASSE 13
3464 HAUSLEITEN AUSTRIA - EUROPE

KARIN KRONENBERG
AN DER EGGE 30
58093 HAGEN GERMANY

KARIN LUEDKE
MEYERSTRASSE 59
D-27472 CUXHAVEN GERMANY

KARIN MOLL
HERENFRIDSTRASSE 47
59494 SOEST GERMANY

KARIN MUTZENBACHER
HEMMINGSTEDTER WEG 131
HAMBURG 22609 GERMANY

KARIN NUSSBAUM
AM HASENBERG 24
65719 HOFHEIM GERMANY

KARIN NUSSBAUM
AM HASENBERG 24
65719 HOFHEIM GERMANY

KARIN SCHOEPF
SILBERSTRASSE 12
I-39026 PRAD AM STILFSERJOCH BZ ITALY

KARIN SZNURA
DR -OTTO-RINDT- STR 31
SENFTENBERG DE 01968 GERMANY

KARIN SZNURA
DR.-OTTO-RINDT-STR. 31
SENFTENBERG 01968 GERMANY

KARIN WEBER
FORDERREUTHER STR 11
87527 SONTHOFEN GERMANY

KARIN WEBER
FORDERREUTHERSTR 11
D-87527 SONTHOFEN, GERMANY

KARIN WEBER
RAIFFEISENBANK
OBERALLGXU-SUD EG
POSTFACH 1551
D-87519 SONTHOFEN  GERMANY

KARIN WOLFF
ARGONNENSTRASSE 26
GERMANY

KARINA LUTTER
MARTIN-ERNST-STR 43
93049 REGENSBURG GERMANY

KARL - HEINZ POHL
HINGBERGSTRASSE 103 A
45468 MUELHEIM AN DER RUHR GERMANY

KARL AMON
ULLMANNSTR 5120
A-1150 WIEN AUSTRIA

KARL AUGUSTIN-RUTSCHMANN
REBBERGSTRASSE 26
8240 THAYNGEN SWITZERLAND

KARL FRIEDRICH HAHN
KRÄHENHÜBELSTR. 29
55743 IDAR-OBERSTEIN, GERMANY

KARL FRIEDRICH MAUSBACH
AM HUSHOLZ 6
KOELN 50968 GERMANY

KARL GERMESHAUSEN
SCHLOSSTEICHSTR 12
34131 KASSEL GERMANY

KARL HAAKE
LINDEN KAMP 2
31199 DICKHOLZEN GERMANY

KARL HEINZ LIPS
MUEHLBACHWEG 19
BERGHEIM AUSTRIA 5101

KARL HEINZE WILLEMSEN
C/O SRI RETNO WULAN
JI JAKSA NARANATA NO 2
BALE ENDAH 40258 KAB BANDUNG INDONESIA

KARL HERBERT STENGER
KRAFTSTR. 22
OFFENBACH 63065 GERMANY

KARL HOERMANN
POINTENSTR 25
94264 LANGDORF GERMANY

KARL HOLLAENDER
ALTOSTR 37
82319 STARNBERG GERMANY

KARL HOLLAENDER
ALTOSTR 37
D-82319 STARNEBERG GERMANY

KARL HOLLAENDER
ALTOSTR. 37
D-82319 STARNBERG GERMANY

KARL HOLLAENDER
KARL HOLLAENDER
ALTOSTR 37
D-82319 STARNBERG GERMANY

KARL HOLLAENDER
ZAHNARZT
ALTOSTRASSE 37
62319 STERNBERG-LUETSTETTEN

KARL HROMEK
ECKPERGASSE 42/4/6
1180 VIENNA AUSTRIA

KARL KOCH
RAHLSTEDTER BAHNHOFSTRASSE 67
HAMBURG 22143 GERMANY

KARL KRAKOW
GREESGRABEN 15
53359 RHEINBACH GERMANY

KARL PRAMBERGER
WARTBERGSTR 2
4551 RIED/ TRAUNKREIS AUSTRIA

KARL RICHARD
JOSEF-SITZMANN-STR 21
92345 DIETFURT GERMANY

KARL SCHMID
KRONMUEHLE 3
90584 ALLERSBERG, GERMANY

KARL SINGER
EGELMEER 73
45731 WALTROP GERMANY

KARL UND ERIKA KIFFE
FLIEDERSTRASSE 31
D-32457 PORTA WESTFALICA GERMANY

KARL WALTER LINK
EICHENDORFFSTRASSE 7
D-69509 MOERLENBACH GERMANY

KARL HOLLAENDER
ZAHNARZT
ALTOSTRASSE 37
82319 STARNBERG-LEUTSTETTEN

KARL KENDLBACHER
LEOPOLD KAUPP STRASSE 22
A-2114 GROSSRUSSBACH AUSTRIA

KARL KRAKOW
GREESGRABEN 15
53359 RHEINBACH GERMANY

KARL PFROMMER
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

KARL RICHARD
JOSEF-SITZMANN-STR 21
92345 DIETFURT DE GERMANY

KARL SAUER
TAUNUSSTRASSE 74
D-65779 KELKHEIM GERMANY

KARL SCHURLE
LENANSTRASSE 1
74613  OHRINGEN  GERMANY

KARL TREIBER
MENDELSSOHNSTR 1
D-77654 OFFENBURG GERMANY

KARL W WUTTKE
NAUMBURGER STRABE 7
67663 KAISERLAUTEN GERMANY

KARLA CHRISS
FINKENBERG 68
23558 LUEBECK GERMANY

KARLA CHRISS
FINKENBERG 68
23558 LUEBECK, GERMANY

KARL-ALBRECHT VON KAPHENGST
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

KARL-AUGUST VON STACKELBERG
ATTORNEY AT LAW
KLAUS-PETER SCHRADE
ALEMANNENSTRABE 43
78224 SINGEN GERMANY

KARL-GERT KELLER
UNTERDAHLER HANG 17
42349 WUPPERTAL, GERMANY

KARL-HEINZ BALDAUF
ROSENSTR 21
66125 SAARBRUCKEN GERMANY

KARL-HEINZ BALDAUF
ROSENSTRASSE 21
66125 SAARBRUCKEN GERMANY

KARL-HEINZ BECKEMEIER
WILHELM-ROENTGEN-STR. 1
63150 HEUSENSTAMM GERMANY

KARL-HEINZ BOHN
AM WALDECK 10
63872 HEIMBUCHENTHAL GERMANY

KARLHEINZ EICHELMANN
ANDECHSER STR. 3
81369 MUNICH, GERMANY

KARL-HEINZ FORSTER
STEINBRUCHSTR 13
91080 SPARDORF GERMANY

KARL-HEINZ FORSTER
STEINBRUCHSTR 13
91080 SPARDORF GERMANY

KARLHEINZ FROEBA
PLUMSERJOCHSTRASSE 11
81825 MUENCHEN GERMANY

KARL-HEINZ HAMPE
BOERIE 52
30966 HEMMINGEN GERMANY

KARL-HEINZ KERNSTOCK
WARTHESTRASSE 16
81929 MUNICH GERMANY

KARL-HEINZ KOCH
ZUM SPITZENBERG 14
33014 BAD DRIBURG GERMANY

KARL-HEINZ KOLKHORST
MULFINGERSTR. 15
84453 MUEHLDORF GERMANY

KARL-HEINZ KRAMER
MARIENSTR. 1
53498 BAD BREISIG

KARLHEINZ KREUZER
C/O KLAUS-PETER KREUZER
OLEANDERWEG 18
90768 FUERTH GERMANY

KARLHEINZ KREUZER
C/O KLAUS-PETER KREUZER
OLEANDERWEG 18
FUERTH 90768 GERMANY

KARLHEINZ PETRAUSCHKE
DIEDRICH-DANNEMANN-STR 144
26203 SUDMOSLESFEHN GERMANY

KARLHEINZ UND SUSANNE SIEGLER
IM FURTSAND 5
97340 SEGNITZ GERMANY

KARL-HEINZ VAUTH
MUENCHINGER STR 11
D-71696 MOEGLINGEN GERMANY

KARL-HEINZ WALLE
HACHENBERGSTRAßE 7
ERNDTEBRÜCK GERMANY 57339

KARLHEINZ WERMERS
ANF DER BURG 36
D-58638 ISERLOHN GERMANY

KARL-MICHAEL HENNEKING
VIKTORIASTRASSE 29
53173 BONN GERMANY

KAROLINE ROMASCAN
ZENKERSTRASSE 27
91052 ERLANGEN GERMANY

KARSTEN GORBIG
BERTOLT-BRECHT-WEG 46
28279 BREMEN GERMANY

KARSTEN KLAUS
LAVATERSTRASSE 49
8002 ZURICH SWITZERLAND

KARSTEN MARQUARDT
VOR DEM QUEENBRUCH 22
38122 BRAUNSCHWEIG GERMANY
DE

KARSTEN SCHOLZ
ALBRECHT-ACHILLES-STR 52
10709 BERLIN GERMANY

KARSTEN SCHOLZ
ALBRECHT-ACHILLES-STR 52
10709 BERLIN GERMANY

KASIM MELIH HAMUTCU
BOSTONRING 1
71686 REMSECK GERMANY

KASPAR TUCHEL
INGRID TUCHEL
LENDERSBERGSTR 78
D-53721 SIEGBURG GERMANY

KASTEN RECKNAGEL
KOBLENZERSTRASSE 7
57610 ALMERSBACH WW, GERMANY

KATALIN MULLER
SUDLICHE HAUPTSTRASSE 34
D-86517 WEHRINGEN   GERMANY

KATALJN KOVACS
HUETTENHEIM 13
97348 WILLANZHEIM GERMANY

KATELIJN LIEVENS
EIKEBOOMLAAN 23
3360 KORBEEK LO BELGIUM

KATHARINA BIALKOWSKI
ADENAUERRING 11
90552 ROETHENBACH GERMANY

KATHARINA BODE
BURGSTRASSE 34
51371 LEVERKUSEN GERMANY

KATHARINA FREY
BIRKENWEG 9
54260 LENGNAU/SWITZERLAND

KATHARINA GOTZE
GARTENSTR 18
D-45659 RECKLINGHAUSEN GERMANY

KATHARINA HEINZ
GAUSBURG 47
83416 SAALDORF-SURHEIM  GERMANY

KATHARINA JAENECKE
AN DER MAUER 32
D-75334 STRAUBENHARDT  GERMANY

KATHARINA LAUBE
OTTENSENER WEG 55
BUXTEHUDE GERMANY 21614

KATHARINA LESKE
WIESENWEG 5
31039 RHEDEN GERMANY

KATHARINA MAUS
ILLERSTR 27
90451 NURNBERG GERMANY

KATHARINA RUEHLAND
AUF DER SCHLICHT 1 B
65812 BAD SODEN GERMANY

KATHARINA SCHAIDER
BREMER STRASSE 49
45481 MILHEIM AN DER RUHR  GERMANY

KATHARINA WASSILEW
PRENZLAUER  ALLEE 218
10405 BERLIN GERMANY

KATHARINA WEBER
VON PASTOR-STR 39
52066 AACHEN NRW GERMANY

KATHRIN EIERMANN
AMEISENBERGSTR 68
70188 STUTTGART GERMANY

KATHRIN KILIAN
MOSELSTRASSE 1
D 53757 SANKT AUGUSTIN GERMANY

KATHRIN MAERZ
STETAN & SANDRA MAERZ
PAUL-LOEBE-STRASSE 18A
90427 NUREMBERG GERMANY

KATHRIN SAUER
WINKELRIEDSTRASSE 9
13407 BERLIN GERMANY

KATJA GUNKEL
AM KUHTEICH 48
47495 RHEINBERG, GERMANY

KATJA GUNKEL
AM KUHTEICH 48
47495 RHEINBERG, GERMANY

KATJA GUNKEL
AM VUHTEICH 48
47495 KHEINBERG GERMANY

KATJA KELLER
LINDENHOF SIEDLUNG 2
BIRKENWERDER 16547 GERMANY

KATJA STUECKER
LANDGRABENSTRASSE 62
61118 BAD VILBEL GERMANY

KATRIN STAAB
HAUPTSTRASSE 157
63872 HEIMBUCHENTHAL  GERMANY

KATRIN THOMANN NEE TILSNER
HEINRICH-HEINE-STRASSE 52
28211 BREMEN GERMANY

KAUP, JAN
PALAISSTR. 6
D-32756 DETMOLD GERMANY

KAWAN ALFRED
79 RUE DES ROMAINS
L-2443 SENNINGERBERG LUXEMBOURG

KAY ADAMI AND SANDRA ADAMI
DORFSTRASSE 10
D-07751 SULZA GERMANY

KAYA KIM TIARKS
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

KAYA SAYAR
RA FRANZ BRAUN
GLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 MUENCHEN GERMANY

KAYA SAYAR & SIORID SAYAR
RA FRANZ BRAUN
CLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 RUENCHEN GERMANY

KAZUO TAKEMURA
TAWARAMOTOCHO 174-1
SHIKI-GUN
NARA 636-0314 JAPAN

KEE WAH LIMITED
C/O PETER LAM & CO
1807 THE GATEWAY TOWER II,
TST, KOWLOON,
HONG KONG SAR CHINA PEOPLE'S REP
SAR

KEES KAPPETIJN
KAPPETIJN TELECOM MANAGEMENT BV
POSTBUS   29
4760AA ZEVENBERGEN NETHERLANDS

KELLNER, CHRISTIAN
VON BERCICHINGENSTRASSE 9
D-97980 BAD MERGENTHEIM

KENO STUEBER
REMBRANDTSTRASSE 6
D - 56566 NEUWIED GERMANY

KERRIN ZADECK CLENARD
785 TUCUER ROAD SUITE G
PMB 268
TEHACHAPI, CA 93561

KERSTEN UHLIG
ZUM EHRANGER WALD 7
D-54293 TRIER  GERMANY

KERSTIN KILIAN
MOSELSTRASSE 1
D 53757 SANKT AUGUSTIN GERMANY

KERSTIN MUELLER
LINDENRING 20
60431 FRANKFURT AM MAIN GERMANY

KERSTIN ODER ANDREAS HANDELMANN
SCHLAWER STR. 2
38518 GIFHORN GERMANY

KERSTIN ODER ANDREAS HANDELMANN
SCHLAWER STR. 2
38518 GIFHORN GERMANY

KERSTIN ROHDE-VOGT
AM OBEREN TOR 1
34513 WALDECK GERMANY

KERSTIN SCHUSTER
RUDOLPH-ULRICH-STR 2
41751 VIERSEN GERMANY

KERSTIN VAHLKAMP
ELLERSTREET 35
49088 OSNABRUECK GERMANY

KERSTIN WAGNER-SCHN
EICHHOLZSTR   4
44289 DORTMUND
GERMANY

KESTUTIS SUMACHERIS
A BARANAUSKO STR 9
04007 VILNIUS LITHUANIA

KEVIN KISCHEL
LUEDERSER WEG 19
30982 PATTENSEN  GERMANY

KIESLER PETER AND BIRGIT
LISCHKESTRASSE 23
WUPPERTAL 51491 GERMANY

KIESWERK LOWEN GMBH
BOCKUMER STR 279
40481 DUSSELDORF GERMANY

KILGUS CHRISTIAN
WILH HAUFF W4
72280 DORNSTETTEN GERMANY

KILIAN ZUCK
LITTMANNSTR 21B
81477 MUNCHEN GERMANY

KIM SCHIFFNER
BREMSSTRASSE 13
50969 COLOGNE GERMANY

KINDEREN SMOLDERS
GRIJPENWEGSTRAAT  290
)
B 3300 KUMTICH  TIENEN BELGIUM

K-INGO SCHMIDT, HEROLD-SCHMIDT
AM GUNTERBACH 25
88074 MECKENBEUREN GERMANY

KIRA CONEN
DE RIDDER STR 12
61476 KRONBERG GERMANY

KLAAS HEDKE
HOFBROOK 28
24119 KRONSHAGEN GERMANY

KLAUS & BEATE DÖELL
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

KLAUS & INGRID GRUENEWALD
SCHOPENHAUERSTR 5
42719 SOLINGEN  GERMANY

KLAUS & MARGRET DIERßEN
FLEESTEDTER STR 4 A
21079 HAMBURG GERMANY

KLAUS AND WALTRAUD TRARES
SCHOENBRUNNERSTR: 23 B
69434 HIRSCHHORN/ GERMANY

KLAUS BECK
IM BRUEHL 12
55566 SOBERNHEIM  GERMANY

KLAUS BECK
IM BRUHL 12
55566 BAD SOBERNHEIM GERMANY

KLAUS DIETER DORR
WILLY BRANDT RING 29
D38350 HELMSTEDT GERMANY

KLAUS DIETER DORR
WILLY BRANDT RING 29
D-38350 HELMSTEDT GERMANY

KLAUS DIETER DORR
WILLY BRANDT RING 29
D-38350 HELSTEDT
GERMANY

KLAUS DIETER EMIG
SCHANZENWEG 23
D 65232 TAUNUSSTEIN GERMANY

KLAUS DIETER STOLZE
SCHMIEDESTR 1A
31319 SEHNDE GERMANY

KLAUS DOMNICK
SCHWAEBISCH-HALL-STR 59
D-28816 STUHR GERMANY

KLAUS DUELL
JOHANN - BAPTIST KESTLER STR 11
97199 OCHSENFURT GERMANY

KLAUS DUISBERG
2 RUE DE LA FONTAINE
CH 1094 PAUDEX  SWITZERLAND

KLAUS DUISBERG
2 RUE DE LA FONTAINE
CH 1094 PAUDEX SWITZERLAND

KLAUS EDELMANN
KREUZSTRA 3E72
D 97493 BERGRHEINFELD GERMANY

KLAUS ENGLERT
WEIHERWEG 14
D 7214 HIRRLINGEN  GERMANY

KLAUS GEORG OSTLER
KLAUS OSTLER
WEIDACH 368 G
A-6105 LEUTASCH AUSTRIA

KLAUS GERMEROTH AND WIFE ANNA GERMEROTH
KLAUS GERMEROTH
WICHMANNSTR 12
07973 GREIZ GERMANY

KLAUS GOLLMER
JUPITERSTR. 8
23562 LUEBECK GERMANY

KLAUS HARTMANN
PLIEVIERPARK 12
D-81737 MUNICH GERMANY

KLAUS HEITMANN
ANHALTER STRASSE 14
53175 BONN GERMANY

KLAUS HEYER
BOOENSTRASSE 6
53773 HENNEF GERMANY

KLAUS HOFFMANN
IM WALDWINKEL 6
D-33615 BIELEFELD GERMANY

KLAUS ILSEMANN
TULPENWEG 4
48480 LUENNE GERMANY

KLAUS INGIGNOLI
SCHLOSSSTR 15
42285 WUPPERTAL GERMANY

KLAUS JONITZ
IM TRAUBENACKER 11
76703 KRAICHTAL GERMANY