**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF SUFFOLK | ) |

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 140th Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8307]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this
3rd day of January 2011

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :         Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :         **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*    :
                                                            :
                    Debtors.                      :         **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the **"Objection"**).

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual

Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing

agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and

paying agent.  This method of distribution will reduce administrative burdens in these cases and

ensure that the proper claimants receive their distributions.  As such, the Debtors believe that

Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is

granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution

accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not

confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in

the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that

your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and

unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the

extent your proof of claim asserts a claim other than for principal plus accrued and unpaid

interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

>        **YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court

expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim**

**that the Bankruptcy Court expunges and disallows will be treated as if it had not been**

**filed, and you will not be entitled to any distribution from the Debtors' estates on account**

**of that specific claim, although the entitlement to receive distributions through the fiscal**

**and paying agent will not be affected.**

>        If you disagree with the Objection's treatment of your claim, you may call the

Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your

concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at

the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with

the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov

(the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand

side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior

written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges

LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward

Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for

the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New

York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then**

**you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the

Objection is scheduled to be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern

District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One

Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern**

**Time**).  If you file a Response to the Objection, you should plan to appear at the Hearing either

in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on

the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to

your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

    A.      Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

   If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

   If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

   **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
  December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

KLAUS KIEDERICH
SCHEUREN 53
53937 SCHLEIDEN GERMANY

KLAUS KINZEL
ZUECKWOLFSTR. 17
74078 HEILBRONN GERMANY

KLAUS KOCH
AM RING 33
49545 TECKLANBURG GERMANY

KLAUS KUGLMEIER
HOPFENGUT 28
TETTNANG 88069
GERMANY

KLAUS LAMPERT
ANNOSTR. 6
41462 NEUSS
GERMANY
NEUSS,

KLAUS LICHTWARK
BIEBRICHER ALLEE 53 A
65187 WIESBADEN GERMANY

KLAUS LUDWIG CONRAD & KLAUDIA CONRAD
BERLINER STRASSE 1
D-71679 ASPERG GERMANY

KLAUS METZMACHER
GARTENSTR 15
51597 MORSBACH  GERMANY

KLAUS PAVEL
KLOSTER OESEDER-WEG 58
49176 HILTER, GERMANY

KLAUS RODENBACH
SOHLSTRAEUCHEN 35
38442  WOLFSBURG GERMANY

KLAUS ROSCHER
SILBERPAPPELSTR. 16
80935 MUNICH GERMANY

KLAUS RUDOLF REMPE
BAUSTR 29
DE 47179 DUISBURG GERMANY

KLAUS SCHALLER
AURACHWEG 8
D 91056 ERLANGEN GERMANY

KLAUS SIMON
INZENHOFER STR 9
LAUTERHOFEN 92283, GERMANY

KLAUS SORNEK
SCHNITTERSTR. 12
D-86179 AUSBURG GERMANY

KLAUS SPILLER
DANZIGERSTR 25
53804 MUCH  GERMANY

KLAUS STREIBEL
SONNENBLICK 13
EIMEN GERMANY 37632

KLAUS UND BARBARA BOTTGER
KUCKELBERGWEG 5A
51069 KOLN GERMANY

KLAUS USADEL
AUGUSTE VIKTORIA ALLEE 80
13403 BERLIN  GERMANY

KLAUS WAGNER
EICHENDORFFSTR. 14
ZUZENHAUSEN 74939 GERMANY

KLAUS WALTER
SIEGEBREDE 28
59387 ASCHEBERG-HERBERN GERMANY

KLAUS WALTHER
ACKERMANNSTR 2
REICHENBACH 08468 GERMANY

KLAUS WIEMANN  WALTRAUT WIEMANN
GARNSTR 54
47918 TONISVORST GERMANY

KLAUS WIEMANN/WALTRAUT WIEMANN
GARNSTR. 54
17918 TONISVORST GERMAN

KLAUS WIEMANN/WALTRAUT WIEMANN
GARNSTR. 54
47918 TONISVORST GERMAN

KLAUS WILBERT
AM SCHWALBENBERG 70
D40627 DUESSELDORF GERMANY

KLAUS WOERNER
KLOSTERMUEHLE 2
72074 TUEBINGEN GERMANY

KLAUS-DIETER BORSTEL
AM SUB 11A
REINBEK 21465
GERMANY

KLAUS-DIETER DORR
WILLY BRANDT RING 29
D-38350 HELMSTEDT
GERMANY

KLAUS-DIETER GOERRES
IM PARADIES 30
47839 KREFELD GERMANY

KLAUS-DIETER GUDER
SUDETENSTR 21
D-36129  GETSFELD GERMANY

KLAUS-DIETER HOTGRAEFE
FELDSTR 20
D-49214 BAD ROTHENFELDE GERMANY

KLAUS-DIETER LANGE
MELLENDORFER STR 21
D 30900 WEDEMARK GERMANY

KLAUS-DIETER LEHMANN
WILHELMSTRASSE 108
13593 BERLIN, GERMANY

KLAUS-DIETER MOLIS
LINDENALLEE 8
D-65428 RUSSELSHEIM, GERMANY

KLAUS-DIETER UND ANNA KAETHE URSULA KUERBITZ
LINDENSTR. 17
50765 KOELN GERMANY

KLAUS-MICHAEL MENZ
ZEUGHAUSSTRASSE 28-38
50667 KOELN  GERMANY

KLAUS-PETER DREESSEN & MONIKA DREESSEN
AN DER WEIDE 13
SYKE 28857  GERMANY
DE 28857

KLAUS-PETER GRAP
AUGSBURGER STR. 29
10789 BERLIN, GERMANY

KLOTILDE HERBST
LUISE-REHLING-STR. 29
51109 COLOGNE GERMANY

KNUT ENGELHARDT
SUDETENSTR. 15
82031 GRUENWALD GERMANY

KNUT RINGER
SCHRIEDWEG 5
72631 AICHTAL-AICH GERMANY

KOBER MAXIMILIAN
GARTENSTR 8
D 73773 AICHWALD GERMANY

KOCH JOHANN
ZOBING AN DER RAAB 38
8322 STUDENZEN AUSTRIA

KOCH REINHARD GEORG
SONNENMATTE 30
77709 WOLFACH, GERMANY

KOCH REINHARD GEORG
SONNENMATTE 30
WOFACH DE 77709 GERMANY

KOENIG HANS JOERG
H-J KOENIG
DORFGASSE 912
CH 3805 GOLDSWIL SWITZERLAND

KOERNER KATE
TAYLORSTR 9C
14195 BERLIN GERMANY

KOFLER MARKUS
HAUPTSTR. 20
39020 MARLING BZ ITALY

KOMBA-GEWERKSCHAFT NRW
C/O ULRICH SILBERBACH
NORBERTSTR 3
50670 KOLN GERMANY

KONRAD AND CHRISTA SPERBER
ALTENTHANNER WEG 5
D - 90559 BURGTHANN GERMANY

KONRAD OSKAR
FRANZ JOSEF STRAßE 13/1
A-8700 LEOBEN  AUSTRIA

KONSTANTIN BARTH
C/O SONJA BARTH
STREITERSTR. 32
85049 INGOLSTADT GERMANY

KONSTANTIN BARTH
RICHARD BARTH
KLIMPENBERGER STRASSE 18
85055 INGOLSTADT GERMANY

KONSTANTINOS ATHANASIADIS
42 MICHALAKOPOULOU ST
11528 ATHENS GREECE

KONSTANTINOS SKORDAKIS
DIRADON 27
GR 145 G4 KIFISIA GREECE

KONSTANTINOS SKORDAKIS
DIRADON 27
GR 14564 KIFISIA GREECE

KONSTANTINOS SKORDAKIS OR ANNA MAVROLEON
DIRADON 27
GR 145 64 KIFISIA GREECE

KONSTANTINOS TSELIOS
23 MYSTAKIDOU STR
GR-55132 THESSALONIKI GREECE

KOPF PETER
KOPF PETER
23 E STRASSE 23
KEMATEN/YBBS 3331 AUSTRIA

KOPRIVA OTHMAR & GISELA
EBRARD STR 124
D 91054 ERLANGEN  GERMANY

KORB CHRISTIAN
HOLLSTR. 13
66885 ALTENGLAN GERMANY

KORB RAINER
HOLLSTR 13
ALTENGLAN 66885 GERMANY

KORNACKI, ANDREAS
CANTADOR STR 16
40211 DUESSELDORF GERMANY

KORYNTA ANTON
KASSINSTEIG 1 A
A-9500 VILLACH AUSTRIA

KRETTNER, WOLFGANG
WOLFGANG KRETTNER
HAYDNSTRASSE 5
92224 AMBERG GERMANY

KRISTA VRAMBOUT
SINT KATELIJNEVEST 61 B22
ANTWERP 2000 BELGIUM

KRISTIN GOLDSCHMITZ
LANGGARTEN 34
69124 HEIDELBERG GERMANY

KRISTIN NEUMANN
HEUBNERSTRASSE 9
FREIBERG 09599

KRISTINA LINNEA EDER
BRUDERHOF STR 24
60388 FRANKFURT  GERMANY

KRISTINA ROTTMANN
ZWENGENBERGERSTR 37
D-42781 HAAN GERMANY

KRISTOF DOM
BELGIELAAN 58B
B-2200 HERENTALS BELGIUM

KROL CAPTIAL
KOLLEBERGLAAN 10
3930 ACHEL BELGIUM

KRUCZKOWSKI WIESLAW
POMMERNSTRAßE67
34260KAUFUNGEN GERMANY

KRUMMEN ELSBETH GAUTSCHI MARCEL
VIA LOC SAS ARGOJOLAS SN
8020 GALTELLI ITALY

KUENIG DIETMAR
ENZIANWEG NR 1
39031 BRUNICO ITALY

KUENZEL
EBERHARD KUENZEL
SIEGLINDE KUENZEL
UEBER DER SORGE 10
99425 WEIMAR  GERMANY

KUIT SCHEPP
AM DIEEBERG 13
57234 WIENSDORF GERMANY

KUO, MING-CHIOU
EDERSTRASSE 6
5400 HALLEIN AUSTRIA

KURT AND HANNELORE BANGE
FRIEDHOFSWEG 26
58769 NACHRODT GERMANY

KURT BLAESER
HOLZHAUSER STR 13
D 37154 NORTHEIM GERMANY

KURT BOGENSCHNEIDER
LINDENHOF SIEDLUNG 2
16547 BIRKENWERDER GERMANY

KURT DITSCHLER
AM KEBSGRABEN 5
37154 NORTHEIM GERMANY

KURT GIETZEL
AN DER DINGSTAETTE  22
BREMEN GERMANY 28259

KURT GILLNER
HOLLAENDEREY 7B
24119 KRONSHAGEN  GERMANY

KURT HAGEMEISTER
UNTER DEM KLORENRECH 2
53347 ALFTER GERMANY

KURT JAKOBY
ALBSTRASSE 26
73240 WENDLINGEN GERMANY

KURT JAKOBY
PT ASSET MANAGEMENT
PF  1341
72544 METZINGEN

KURT KLITSCH
VIA CANTONALE 43B
CH 6930 BEDANO SWITZERLAND

KURT LAUSUS
WALDHORNWEG 2
D53773 HENNEF GERMANY

KURT LIEBHARD
SCHORNDORFER STR 83/1
D 71332 WAIBLINGEN GERMANY

KURT LIEBHARD
SCHORNDORFER STR 83/1
D 71332 WAIBLINGEN GERMANY

KURT MARSCHKE
HOGENBROOK 29
21149 HAMBURG GERMANY

KURT PFAFFENBERGER
LINDENSTR. 13
28876 OYTEN

KURT PÖTSCHKE
GEBERSBERGSTR.3
BAD REICHENHALL 83435 GERMANY

KURT PÖTSCHKE
GEBERSBERGSTR.3
(= KURT POETSCHKE)
BAD REICHENHALL 83435GERMANY

KURT SCHNEIDER
ROBERT STOLZ STRASSE 23
53332 BORNHEIM DE GERMANY

KURT SCHNEIDER
ROUTE DE LA RIA 25
1666 GRANDVILLARD SWITZERLAND

KURT SKODA
ROEMERSTRASSE 64
41569 ROMMERSKIRCHEN GERMANY

KURT UND KARIN GERSTER
DRESDNERSTR. 14
D-72172 SULZ AM NECKAR

KURT UND PETRA BERGER
BUERGERMEISTER-HARTMANN-STRASSE 3
D-64832 BABENHAUSEN GERMANY

KURT WOLFGANG KRACKHARDT
LAUF 21
D 91325 ADELSDORF GERMANY

KURTANDFRIEDERIKE PEINKE
AACHENER STRASSE 9B
01129 DRESDEN  GERMANY

KURTFRITZ ROCHAU & CHRISTEL ROCHAU
RELENBERGSTR 54
70174 STUTTGART GERMANY

L KRIESEL
BAHNSTR 26
D-65779 KEEKHEIM GERMANY

LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA 42
20123 MILANO ITALY

LAFORGIA NICOLA
VIA T SICILIANI 48
70015 NOCI (BA)  ITALY

LAFORGIA NICOLA
VIA T SICILIANI 48
CAP 70015 NOCI (BA)  ITALY

LAIETANA VIDA, CIA DE SEGUROS DE LA CAJA
AVDA MERIDIANA 27
3RD FLOOR
08018 BARCELONA SPAIN

LAIMON WEIDER
HAINER WEG 28
63303 DREIEICH GERMANY

LAMACCHIA MONICA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

LAMACCHIA MONICA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA U 42
20123 MILANO ITALY

LAMBERT KREKELBERG
HARTWEG 54
52525 WALDFEUCHT GERMANY

LAMBERT LAURENT
216 RUE SIVRY
6740 ETALLE BELGIUM

LAMI RAFFAELLA
VIA MONTEVERDI 55
FORLI ITALY 47122

LANDELLO NATALINA
VIA GIAN CARLO SISMONDI 67
20133 MILANO ITALY

LARA BITTER
STEFANSTR 100
58285 GEVELSBERG GERMANY

LARA ROTINI
HEERSTRASSE 15A
55288 PARTENHEIM GERMANY

LARA STEIN
KOHLSTR. 61
BEXBACH 66450 GERMANY

LARRY SOUSA
P.O. BOX 722234
NORMAN, OK 73070

LARS CHRISTOFFERSEN
KOLEDHUSVEJ 2
5853 OERBAEK DENMARK

LARS DRECHSLER (UNDER AGE)
UWE AND ANGELA DRECHSLER (PARENTS)
REICHENBERGER STR 10
01129 DRESDEN GERMANY

LARS DRECHSLER (UNDER AGE)
UWE AND ANGELA DRECHSLER (PARENTS)
REICHENBERGER STR 10
01129 DRESDEN GERMANY

LARS ENGELHARDT
BIELSTEINWEG 2
37081 GOTTINGEN  GERMANY

LARS HOEFT
DOROTHEENSTRASSE 57
63303 DREIECH GERMANY

LARS KINDL
MAJORANWEG 16
65191 WIESBADEN GERMANY

LARS MAXIMILIAN EMUNDS
EUCHENER STR.81
52146 WUERSELEN GERMANY

LARS SIMPELKAMP
HOEHENSTRASSE 3
D36399 FREIENSTEINAU GERMANY

LASHEN MOHAHED AND MOHSEN SOMAYA
MAHMOUD LASHEEN
22 NEHRO STREET HELIOPOLIS
11341 CAIRO EGYPT

LASZLO KOECSKI
KOLOZSVAR-STRASSE 1/A
HU-7623 PÉCS  HUNGARY

LAURA JACOB
OLIVER AND ESTHER MAIFARTH-JACOB
ZUM HAINSGRABEN 12
34327 KORLE GERMANY

LAURA KALLENBACH
OSTWALDSTR. 5
38116 BRAUNSCHWEIG GERMANY

LAURA MIßLINGER
LEOPOLDSTRAßE 10810
80802 MÜNCHEN
GERMANY

LAURA MISSLINGER
LEOPOLDSTRASSE 108
GERMANY

LAURA PEISSIG
BERGSTRASSE 12
D-37281 WANFRIED GERMANY

LAURA URBAN
SONNENSTR 17
15370 PETERSHAGEN GERMANY

LAURA VOIT
HAUPTSTR 132
97320 MAINSTOCKHELM GERMANY

LAURA WEIS
KREUZWEG 23
63688 GEDERN GERMANY

LAURA WEIS
KREUZWEG 23
GEDERN-WENINGS 63688 GERMANY

LAURENT HILS
SUEDSTR 36
33729 DELBRUECK GERMANY

LAURENT STAEHELIN
EYMATTWEG 8
3454 SUMISWALD SWITZERLAND

LAURETI PIETRO
VIA TRIESTE, 85
PESCARA PE 65122 ITALY

LEA DEUBLER
KORNWEG 1
92353 POSTBAUER HENG GERMANY

LEBENSHILFE FUR BEHINDERTE ZOLLERNALB E V
THANHEIMER STRASSE 46
72406 BISINGEN  GERMANY

LEBENSHILFE REHIN LAHN EV
IM VOGELSBERG 14
56368 KATZENELNBOGEN  GERMANY

LEBENSHILFE RHEIN-LAHN E V
BURKHARD WOLL, IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

LEBENSHILFE RHEIN-LAHN E V
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

LEBENSHILFE RHEIN-LAHN E V
IM VOGELSBERG 14
56368 KATZENELNBOGEN GERMANY

LEBENSHILFE RHEIN-LAHN E V
IM VOGELSBERG 14
KATZENELNBOGEN GERMANY 56368

LEBENSHILFE RHEIN-LAHN E.V
IM VOGELSBERG 14
56368 KATZENLNBOGEN GERMANY

LEBENSHILFE RHEIN-LAHN EV
IM VOGELSBERG 14
56368 KATZENELNBOGEN

LECCHI LUIGI ANGELO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

LEETSCH NORBERT WR
WOEHLERSTR 1
D 06237 LUNA GERMANY

LEIDI NAZZARENA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

LENA HEITZER
ERNST-REUTER-STR. 26
33104 PADERBORN GERMANY

LENA RETTELBUSCH
GOETHESTRASSE 17
09648 MITTWEIDA GERMANY

LENOIR BRIGITTE
RUE D ENFER 44
1457 TOURINNES ST LANBERT BELGIUM

LEO AND HENRIETTE REUSS
GERHART-HAUPTMANN-STR. 2
63225 LANGEN GERMANY

LEO FRANKEN
AUF DER HALS 198
D - 52068 AACHEN GERMANY

LEON BIALEK
RUE LES MONTS 91
5660 PETIGNY (COUVIN) BELGIUM

LÉON EHMANN
3, RUE NICOLAS MAJERUS
L-2177  LUXEMBOURG

LEON HEYKEN
GOETHESTR 18
89165 DIETENHEIM GERMANY

LEON VANKERKEM
RUE DOURLET 50/02/D
BE-6000 CHARLEROI BELGIUM

LEONARD RZESZUTKO
6047 W VICTORIA DR
OAK FOREST, IL 60452

LEONARD RZESZUTKO
6047 W VICTORIA DRIVE
OAK FOREST, IL 60452

LEONARDO BELLEZZA & RITA MARCHETTI
C/O AUU PIETRO PAOLO MENNEA
VIA SILLA 7
00192 ROMA  ITALY

LEONHARD N LISELOTTE PITZL
THERESIENSTR 7
MAINBURG 84048 GERMANY

LEONIE BOTHE
RETHWISCH 4
D 25497 PRISDORF GERMANY

LEONIE BOTHE
RETHWISCH 4
D-25497 PRISDORF GERMANY

LEOPOLD AIGNER
BACHWEG 10
4643 PETTENBACH AUSTRIA

LEOPOLDINE HOPFER
MAG ALFRED ORTIG
LOYS AUFFANGERWEG 9
5280 BRAUNAU  AUSTRIA

LEOPOLDO ESTEBAN ACRO
UGARTECHE 3270 FLOOR NR 9 DPTO 001
1425 BUENOS AIRES ARGENTINA

LES CAPRIPRES CORP I
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L-1855 LUXEMBURG

LES CARRIERES CORP II
NASIXOS PRIVATE BANNING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

LEVENTE/ MONIKA ROTH-POLGAR
NORMANNENSTR.40
90461 NUERBERG GERMANY

LIANE U. FRIEDRICH GREESE
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖFFELSTRASSE 44
70597 STUTTGART GERMANY

LIBAN DAUD AFRAH
BUNGALOWSIEDLUNG III 3
GEHREN 19089 GERMANY

LIBORIO DI SALVO
40 VIA VILLAFRANCA
90141 PALERMO ITALY

LIBORIO LO IACONO & ANTONINO LO IACONO
C/O AVV: PIETRO PAOLO MENNEA
VIA SILLA-7
00192 ROME ITALY

LIDONNICI FRANCESCO - CASSANO ROSA
VIA CURIEL 35 F/TORRE
88814 MELISSA (KR) ITALY

LIDWINA WEIMANN
WAMBACHSTRASSE 199
56077 KOBLENZ DE DEUTSCHLAND

LIESELOTTE BRAUN
MUSERSTR 16
36358 HERBSTEIN  GERMANY

LIESELOTTE EICHNER
SCHOENSTR. 18
MUNICH 81543 GERMANY

LIESICKE, JOERG UND LN
MALSCHWEG 22 A
D 13595 BERLIN GERMANY

LIEVEN DE WILLEMACKER
KERENSTRAAT 2
9870 ZULTE BELGIUM

LIKANG TECHNIC GMBH HANDEL & BERATUNG
OBERER KLINGELBRUNNEN 58
70806 KORNWESTHEIM GERMANY

LILIAN BROEHAN
EICHENWAND 39A
40627 DÜSSELDORF GERMANY

LILIANE IVON PLOUCHART
29 RUE ANATOLE FRANCE
F 94300 VINCENNES  FRANCE

LILIANE TRAP
AVENUE DE CHEREMONT 92  BTE 11
1300 WAVRE BELGIUM

LIMBERGER HANS FREDERICK
LIMBERGER HANS
AUERN 12
3144 WALD AUSTRIA,

LINA DEL VISCOVO
PIAZZA DELL UNITA 14
40128 BOLOGNA ITALY

LINA JAKOBI
LIEDWEG 8
36320 KIRTORF GERMANY

LINDA DEL VISCOVO
PIAZZA DELL UNITA 14
40128 BOLOGNA ITALY

LINDA ENGEL
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

LINDA VOBMERBAUMER
AM WEINGARTEN 29
49545 TECKLENBURG GERMANY

LINDA VON ZABIENSKI
R6,7
68161 MANNHEIM GERMANY

LINO PITTINO & FRANCESCA PITTINO
LANGASSLI 1
CH-3604 THUN SWITZERLAND

LISA HATJE
KNOSPENWEG 2 A
HAMBURG 22589 GERMANY

LISA PARDOCCHI
VIA CERAGIOLI 10/A
CAMAIORE 55041 ITALY

LISA SCHIPFER
ALPENVEILCHENSTR. 2
82031 GRUENWALD GERMANY

LISA SCHIPFER
ALPENVEILCLIENSTR 2
82031 GRUENWALD GERMANY

LISA SCHMIDT
SUESSBACHWEG, 16
NEUNKIRCHEN DE GERMANY 66540

LISA STEIN
KOHLSTR. 61
BEXBACK 66450 GERMANY

LISA STIERHOF
WEGFELD 10
91459 MARKT ERLBACH GERMANY

LISELOTLE STREIT
C/O ULRICH STREIT
24159 KIEL GERMANY

LISELOTTE RUTENKROEGER
AM HALLENBAD 32
D-49152 BAD ESSEN GERMANY

LIXANDROIU ANCA CRISTINA
VIA RAVARINO CARPI 203
41030 SORBARA (MO) ITALIA

LIZZIE KROGSGAARD WESTERGAARD
C/O TOMMY PAULSEN ADVOKAT (H)
VIEMOSEVEJ 62
2610 RODOVRE DENMARK

LO BUGLIO CONO
VIA ROVINA 71
85046 MARATEA (PZ) ITALY

LOBASCIO DOMENICO - BERGAMINI MARIANGELA
VIA FUSANA 8
63037 SANTA MARIA DEL PIANO (PR)  ITALY

LOBINA ROMUALDO
37791623
VIA MANDROLISAI 18
9121 CAGLIARI CA  ITALY

LODI ANDREA
VIALE GIUSEPPE VERDI 40
41121 MODENA ITALY

LOETERS
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

LOI GIULIA CHILLOTTI DANIELE
50501485
C SO VITTORIO EMANUELE II 33
8040 ULASSAI NU  ITALY

LOLA PIER PAOLO FARA TERESA LOLA BARBARA LOLA GAVINO
423726
VIA BONORVA 9
07100 SASSARI ITALY

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C P26592
AIRPORT CENTER, 2 ROUTE DE TREVES
L2633 SENNINGERBERG LUXEMBOURG

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V00628
AIRPORT CENTER, 2 ROUTE DE TREVES
L2633 SENNINGERBERG LUXEMBOURG

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V00755
AIRPORT CENTER, 2 ROUTE DE TREVE
L2633 SENNINGERBERG LUXEMBOURG, EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V01082
AIRPORT CENTER, 2 ROUTE DE TREVE
L2633 SENNINGERBERG  LUXEMBOURG EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V01254
AIRPORT CENTER, 2 ROUTE DE TREVES
L2636 SENNINGERBERG LUXEMBOURG, EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V01304
AIRPORT CENTER, 2 ROUTE DE TREVE
L2633 SENNINGERBERG LUXEMBOURG EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V01318
AIRPORT CENTER, 2 ROUTE DE TREVES
L2633 SENNINGERBERG LUXEMBOURG, EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY - A/C V01616
AIRPORT CENTER, 2 ROUTE DE TREVES
L2633 SENNINGERBERG LUXEMBOURG EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY A/C V00628
AIRPORT CENTER 2 ROUTE DE TREVES
L-2633 SENNINGEBERG LUXEMBOURG EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN PAUL CASEY A/C V01304
AIRPORT CENTER 2 ROUTE DE TREVES
L2633 SENNINGERBERG LUXEMBOURG EUROPE

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN: PAUL CASEY A/C V00755
AIRPORT CENTER, 2 ROUTE DE TREVE
L2633 SENNINGERBERG LUXEMBOURG

LOMBARD INTERNATIONAL ASSURANCE SA
ATTN: PAUL CASEY-A/C V01318
AIRPORT CENTER, 2 ROUTE DE TREVES
L-2633 SENNINBERG LUXEMBOURG

LOMBARDI PAOLO EUGENIO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

LONETTI PIETRO, BECCIA MARIO GABRIELLA
VIA DELLA PACE 10
46027 SAN BENEDETTO PO (MANTOVA) ITALIA

LORE EICHNER
KREUZHOFSTR. 39
MUNICH 81476 GERMANY

LORE GABBERT
JUISTSTRASSE 21
26919 BRAKE GERMANY

LOREDANA FARAON
VIA CAMPEGNA 135
NAPOLI  ITALY

LORENZ DIETER
MOLLSTR 36/11 02
10405 BERLIN GERMANY

LORENZ DIETER
MOLLSTR: 36/11 02
10405 BERLIN GERMANY

LORENZ PRONNET JR
OBERPUTTING 1A
83083 RIEDERING GERMANY

LORENZ WAIBEL
ANDREAS WAIBEL
ALBERT-EINSTEIN-RING 43
95448 BAYREUTH GERMANY

LORENZINI LORIS
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

LORENZO DE LEO
VIA DI CORTICELLA 216/7
40128 BOLOGNA (BO) ITALY

LORETTA SABBATINI
VIA REMBRANDT N 9
20147 MILANO ITALY

LORHAR LAEMMLE
DROSSELWEG 15
KRUMBACH 86381 GERMANY

LOTHAR & MARIA SCHULZ
DUNCKERSTRASSE 39
D-10439 BERLIN GERMANY

LOTHAR LAEMMLE
DROSSELWEG 15
86381 KRUMBACH GERMANY

LOTHAR LAEMMLE
DROSSELWEG 15
KRUMBACH 86381 GERMANY

LOTHAR LAEMMLE
DROSSELWEG 15
KRUMBACH 86381 GERMANY

LOTHAR OR WINIFRIDE DIETRICH
GROSSE DOLLENSTR 9 A
D-76530 BADEN-BADEN GERMANY

LOTHAR OTTLE
STEIERMAERKISCHE BANK UND SPARKASSEN AG
SPARKASSENPLATZ 4
A 8011 GRAZ AUSTRIA EUROPE

LOTHAR SCHULZ
DUNCKERSTR. 39
D-10439 BERLIN GERMANY
BERLIN, DE 10439

LOTHAR SCHULZ
PRENZLAUER ALLEE 210
D-10405 BERLIN  GERMANY

LOTTE VEITENGRUBER
C/O DR OLAF HENTSCHEL
FRANZ SCHUBERT STR 9
95448 BAYREUTH GERMANY

LOUISE ERZ
C/O DR RUDOLF BENZ
WIDDUM 12
88090 IMMENSTAAD GERMANY

LOVANA PODGORNIK
AMEISENBERS STR 53A
70188 STUTTGART GERMANY

LUC VAN AUTRYVE
SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

LUCA MANUCCI
VIA CABELLA 22 D
16100 GENOVA ITALY

LUCA MANUCCI
VIA CABELLA 22 D
GENOVA ITALY

LUCA RINALDI
VIA REDIPUGLIA N 8
41015 NONANTOLA MO ITALY

LUCAS BÄRTHLEIN
HABICHTWEG 7
90513 ZIRNDORF GERMANY

LUCCHINI JOSE
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO  ITALY

LUCE WEITZ
RUE ST CYR 42
CA-GATINEAU QUEBEC J9A1G8 CANADA

LUCIA FORRO
JM RALSBACH 10
57234 WILNSDORF GERMANY

LUCIA FORRO
JM RALSBACH 10
57234 WILNSDORF GERMANY

LUCIA HEINRICHS
DITHUARSCHER STR 2
25761 BUSUM GERMANY

LUCIA POGGIAGLIOLMI
VIA PAPA GIOVANNI XXIII
21-59100 PRATO ITALY

LUCIANA MALAVASI
RSI 5A
VIA MAGATTI 2
CH 6901 LUCANO (SWITZERLAND)

LUCIANA NAVARI  ENRICO NAVARI  MILENA LUISA NAVARI
VIA DELLE CIOCCHE 1245
55047 SERAVEZZA ITALY

LUCIE EMMA MARIE EINERT
VIARE FRIEDRICH HUTH STR 5
D 67136 FUSSGOENHEIM GERMANY

LUCIEN HUYLEBROECK
ZWALUWENLAAN 11
1780 WEMMEL BELGIUM

LUCIO COMICI
VIA LEOPOLDO RUSPOLI 95
00749 ROMA ITALY

LUDESCHER OSWALD
MOSLESTRABE 7
A 6844 ALTACH AUSTRIA

LUDGER SCHEWE
AM SCHEIDGENSBACH 6
46240 BOTTROP GERMANY

LUDWIG & MARIA ALTMANN
ABBACH STR - 18
80992 MÜNCHEN GERMANY

LUDWIG BOHLER
BERGGASSE 8
A 1090 VIENNA AUSTRIA

LUDWIG DANTER
REBENWEG 15
A-4072 ALKOVEN AUSTRIA

LUDWIG HOFFMAN
AHORNSTR 4B
82194 GROBENZELL GERMANY

LUDWIG KIRCHMEIER
FRANKENWALDSTR 2
63454 HANAU  GERMANY

LUDWIG REHM
C/O LUDWIG REHM
ROTKREUZPLATZ 8
90518 ALTDORF GERMANY

LUDWIG ROTTENAICHER
LUDWIG ROTTENAICHER
FRAUENBUEHLSTR 18
84543 WINHOERING GERMANY

LUDWIG WOLFGANG U REGINE
ROSA LUTEMBURG STR 29
09648 MITTWEIDA GERMANY

LUDWIGA D'ORVILLE ARMBRUSTER
HAIMHANSER STR 213
80802 MUNCHEN GERMANY

LUGEBORG GLADBACH
ZIEGELEIWEG 2
51149 KOLN GERMANY

LUIGI BERGOZZA
VIA PASCOLI 2
36034 MACO (VI) - ITALY

LUIGI BERGOZZA
VIA PASCOLI 2
36034 MALO (VI) ITALY

LUIGI PARISI
VIA PEPPINO DE FILIPPO 75
VILLARICCA NAPOLI ITALY,  80010

LUIGI ROSSI
NIEHLER STRASSE 220
50733 KOELN GERMANY

LUIS BORNIGER
AM SONNENBERG 19
D-55546 HACKENHEIM GERMANY

LUISE SPERL
AM SOMMERFELD 9
81375  MUNCHEN GERMANY

LUIZ CLEMENCEAU AZEVEDO MARQUES
RUA DA CONCEIÇÃO 170 LOJA 4
RIO DE JANEIRO - R.J BRASIL CEP-23900-435

LUKAS HORNIK
MAX LESCHEL STRASSE 7
86622 NEUBURH DONAN GERMANY

LUKAS KIENING
C/O STEFAN KIENING
AN DER OSTERLEITE 13
83646 BAD TOLZ  GERMANY

LUKAS KIENING
STEHAN KIENING
AN DER OSTERLEITE 13
83646 BAD TOLZ GERMANY

LUKAS LANGER
RA FRANZ BRAUN
GUß RECHTSANWAELTE
LIEBIGSTR 21
80538 MUENCHEN GERMANY

LUTGEIT UBE KATTIN
LUTGERT VIKTOR
BUSCHRANDWEG 36
09600 NIEDERSCHONA GERMANY

LUTGERT UWE & KATTIA
BUSCHRANDWEG 36
09600 NIEDERSCHONA GERMANY

LUTZ HARTWIG
SCHOENER BRICK 4
22587 HAMBURG GERMANY

LUTZ HOPPE
AM BADETEICH 8
D-29664 WALSRODE GERMANY

LUTZ KARL-HEINZ HERMANNS
LUTZ HERMANNS
CHARLOTTENSTR 6
52070 AACHEN GERMANY

LUTZ LANGENHAHN
ERKWEG 8
81927 MUENCHEN GERMANY

LUTZ NIEMANN
WILMERSDORFER STR. 27
10585 BERLIN GERMANY

LUTZ RICHTER
DR BREITSCHEIDSTRASSE 13
38889 BLANKENBURG GERMANY

LUTZ ULBRICHT
DOEHMENKAMP 7
41169 MOENCHENGLADBACH GERMANY

LUTZ WAGNER  CHRISTA GRAWERT-WAGNER
DR LUTZ WAGNER
SUERTHER STR 8
D50996 KOELN GERMANY

LUTZ WEBER
THEODOR STORMSTR 8
STUHR 28816, GERMANY

LUTZ WESTPHAL
FALSTAFF WEG 21 A
13593 BERLIN  GERMANY

LYSANN RENZING
MAX-PLANCK-STRASSE 16
59069 HAMM DE  GERMANY
DE 59069

LYXOR/ANDROMEDA GLOBAL CREDIT FUND
520 MADISON AVE 18TH FL
NEW YORK, NY 10022

M & MB PRIVATSTIFTUNG
RAIFFEISENBANK KORNEUBURG REG. GEN.M.B.H.
2.H. CHRISTINE KARLIK
STOCKERAUER STRABE 94
2100 KORNEUBURG AUSTRIA

M JOZEF HENDRICKX
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MAAIKE ASORGE
VENLOERSTRA E 195
D-50823 COLOGNE GERMANY

MACHCON MACHINES & CONSULTING LIMITED
C/O PETER LAM & CO
1807 THE GATEWAY TOWER II,
TST, KOWLOON,
HONG KONG SAR CHINA PEOPLE'S REP
SAR

MACHETTI DANILO MORA MARIA SILVANA
VIA FANTAGUZZI 6
14100 ASTI AT ITALLY

MADJID ALASTI
MADJID ALASTI, KAROLINA ALASTI
SCHLOSSBERG 23
D-45479 MUELHEIM AN DER RUHR GERMANY

MADUREIRA GROSJEAN ALEXA
AACHENER STRASSE 34
B-4780 SANKT VITH BELGIUM

MAEHRLE JUDITH
C/O HANS SEITZ
OHRENBACH 70
D-91620 OHRENBACH, GERMANY

MAERSCHEL, MAERSCHEL & HOLTDORF & WEITERE GBR
C/O CHRISTIAN MAERSCHEL
ITZENBUETTELER FELDHOF NO 7
21266 JESTEBURG  GERMANY

MAG DR DIETMAR GRAFFIUS UND AUGUSTINE GRAFFIUS
SCWARZENBERG PROMENADE 35 A
5026 SALZBURG  AUSTRIA  EUROPE

MAG GERHARD MASSENBAUER
TURMBURGGASSE 7/6
A- 1060 VIENNA  AUSTRIA

MAG HELMUT MAYER
WLASSAKSTRABE 70/1
A-1130 WIEN AUSTRIA

MAG HOFER BARBARA
SCHILLERSTRASSE 26
8330  FELDBACH GERMANY

MAG IURIS AUDREA ELLER
MITISGASSE 8/4/118
1140 WIEN  AUSTRIA

MAG ULRIKE HOLLERGSCHWANDTNER
GORGENGASSE 23D 13 15
A 1190 WIEN  AUSTRIA

MAGDA SCHINDELE
BRAUNSRIED 3
92545 NIEDERMURACH GERMANY

MAGDA WEIGL
HOCHSTR 9
64853 OTZEBERG GERMANY

MAGDALENA FISCHER
WOELLSTEINER STR. 14
55599 GAU-BICKELHEIM GERMANY

MAGDALENA SZELIGA
BAARKAMP 3
D 22529 HAMBURG  GERMANY

MAGDALENE SINGER
EGELMEER 73
D-45731 WALTROP GERMANY

MAGGIONI ROBERTO RENATO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO  ITALY

MAGNONI MARCO
LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO ITALY

MAGRO FRANCESCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MAHA AZHARI
KUHGRABEN 22
D-22589 HAMBURG GERMANY

MAHMOUD LASHEEN
22 NEHRO STREET HELIOPOLIS
11341 CAIRO EGYPT

MAIELLO ANTONIO
VIALE DEL PROGRESSO 4/B
80040 CERCOLA NAPOLI ITALY

MAIER CHRISTINA
LANGHEINRICHSTRASSE 6
94051 HAUZENBERG GERMANY

MAIER, ELISABETH
C/O KRAWATTEN-HOFF
MAXBURGSTR 4
80333 MUNCHEN GERMANY

MAIK HFNDRIK HOLME
ERDFAELLENSTR. 46
D-31812 BAD PYRMONT
GERMANY

MAIKE ALBRECH
WESTERWALDSTRASSE 38
50997 KOLN GERMANY

MAIKE GUMMERT
WALTER GROPIUS RING 2
31061 ALFELD GERMANY

MAINOLFI ANIELLO
VIA APPIA 17
83017-ROTONDI (AV) ITALY

MAINOLFI MARINO RUSSO MARGHERITA
VIA APPIA 17
ROTONOI (AV) 83017 ITALY

MAIR WILFRED , BACHMANN MATHILDE
C/O SUDTIROLER SPARKASSE AG - PRIVAT KUNDEN
BERATUNG GRABEN 21
I-30931 BRUNECK (BZ) ITALY

MALVICINO GIUSEPPE GRIMALDI IOLANDA
VIA LUIGI DE CRECCHIO 36
66034 LANCIANO (CH) ITALY

MANERA BARBARA
C/O LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA 42
20123 MILANO ITALY

MANFRED & DORIS KUENZEL
OT TANNEBERG
TANNEBERGER HAUPTSTR. 14A
D-09648 MITTWEIDA GERMANY

MANFRED AHLE AND BRIGITTE AHLE
AM BUSCHFELDE 8
51688 WIPPERFUERTH, GERMANY

MANFRED AND ANNELIESE BLUM
WIESENSTR 45
76661 PHILIPPSBURG GERMANY

MANFRED AND GISELA KUEHN
FRITZENBERG 10
04539 GROITZSCH GERMANY

MANFRED BAUER UND WALTRAUD BAUER
RUSSBACHGASSE 15
2212 GROBENGERSDORF AUSTRIA

MANFRED BECKER
NIKOLAUS-LENAU-STR. 30
D-85757 KARLSFELD GERMANY

MANFRED BODENMUELLER
EICHENDORFFSTRASSE 13
D-63512 HAINBURG  GERMANY

MANFRED BODENMUELLER
EICKENDORFFSTRASSE 13
D-63512 HAINBURG GERMANY

MANFRED BRAUKMANN
BUECHENHOEFE 3A
63329 EGELSBACH GERMANY

MANFRED BRAUN
ELSLAAKE DORF 2
14715 SEEBLICK GERMANY

MANFRED BUSCHBACHER
GARTENSTR 56 A
76133 KARLSRUHE GERMANY

MANFRED BUSCHBACHER
GARTENSTR 56 A
76133 KARLSRUHE GERMANY

MANFRED DIEHLE
LINDENRING 31
HENNIGSDORF 16761 GERMANY

MANFRED DR   HAASE
BRUEDER-GRIMM-STRA E 14
LANGEN 63225 GERMANY

MANFRED DRESSEL
ROETESTR 25
72221 HAITERBACH GERMANY

MANFRED ENGER
NACHTIGALLENWEG 20
D 47804 KREFELD GERMANY

MANFRED FEULNER
BIRKENALLEE 138A
BEBENREUTH GERMANY D-91088

MANFRED FEULNER
BIRKENALLEE 138A
D 91088 BUBENREUTH  GERMANY

MANFRED HEINRICH
GROSSWILFERSDORF 100
A-8263 GROSSWILFERSDORF AUSTRIA

MANFRED HOLLENBERG
BETTIKUMER FELDSTR. 5
41470 NEUSS, DE

MANFRED KALLENBACH
OSTWALDSTR. 5
38116 BRAUNSCHWEIG GERMANY

MANFRED KEIM
LESSINGSTR 31
55494 RHEINBOELLEN GERMANY

MANFRED KOCH
BIRKENWEG 51
D 24211 PREETZ  GERMANY

MANFRED KREISSL
AU DER EISENGRUBE 42
D 91788 PAPPENHEIM  GERMANY

MANFRED KRINNER
REGENSBURGER STR 25E
94315 STRAUBING GERMANY

MANFRED LAUER
DAMMSTRASSE 15
NUERTINGEN 72622 GERMANY

MANFRED MARQUETANT
C/O PT ASSET MANAGEMENT AG
PF 1341
72544 METZINGEN

MANFRED MARQUETANT
HOEHENWEG 11
72631 AICHTAL GERMANY

MANFRED METZGER
STEUBENSTR 50
63225 LANGEN GERMANY

MANFRED MIERS
LEYKESTRASSE 7
BERLIN 12053 GERMANY

MANFRED MIKORSKI
WADERSLOHER STR 12 B
59302 OELDE GERMANY

MANFRED PETERS
DUHMBLICK 10
D-37191 KATLENBURG LINDAU GERMANY

MANFRED RODDE
73642 WELZHEIM
SPERBERWEG 1 GERMANY

MANFRED SEITZ
5270 RIVER BEND DR
LIBERTYVILLE, IL 60048

MANFRED SIEK
DREIEICHSTR 28
DIETZENBACH GERMANY 63128

MANFRED U  MARION V MICHALKOWSKI
UFERALLEE  18
29549 BAD BEVENSEN GERMANY

MANFRED UND ANNELIESE BLUM
WIESENSTR 45
76661 PHILIPPSBURG GERMANY

MANFRED UND ANNELIESE BLUM
WIESENSTR 45
76661 PHILIPPSBURG GERMANY

MANFRED V.MICHALKOWSKI
UFERALLEE  18
29549 BAD BEVENSEN GERMANY

MANFRED WAGNER
BLOCK 94 B BEDOK NORTH AVENUE 4
#11-1381
SINGAPORE 461094 SINGAPORE

MANFRED WAHL
TALSTRASSE 19
D-67294 OBERWIESEN GERMANY

MANFRED WEBER
CHIMANIGASSE 20
A 2100 KORNEUBURG AUSTRIA/EUROPE

MANFRED WEBER
MAURINUSSTR 58
51381 LEVERKUSEN GERMANY

MANFRED WEINERT
BAHNHOFSTR 29
49610 QUAKENBRUECK GERMANY

MANFRED WILLAMOWSKI
AM BOCKLERBAUM 7
D 45307 ESSEN  GERMANY

MANFRED WILLAMOWSKI
AM BOCKLERBAUM 7
D 45307 ESSEN GERMANY

MANFRED WILLIAMOWSKI
KANARIENBERG 22
D45279 ESSEN GERMANY

MANFRED WINKLER
ALTE BOHLE 63
50321 BRUEHL  GERMANY

MANFRED ZADECK
IM LOBSCHEN RECHT 32
25348 GLOCKSTADT  GERMANY

MANFRED/GERTRAUDE BIEDERMANN
DR MANFRED BIEDERMANN
SCHWERINER STR 26
NEUSTADT-ELEWE
19306 GERMANY

MANTOVABANCA 1896 CREDITO COOPERATIVO SOCIETA COOPERATIV
ATTN ANDREA BENDONI
VIALE DELLA VITTONA 1
46041 ASOLA (MN) ITALY

MANTRED MIKSCH
MUHLWEG 4
D-92539 SCHONSEE GERMANY

MANU SYSTEMS AG
MARCO REICHEL
BRUNNSTR. 25
93053 REGENSBURG GERMANY

MANUEL MARTINEZ RAMIREZ
C/ INDEPENDENCIA, 39
30820 - ALCANTARILLA (MURCIA) SPAIN

MANUEL RODRIGUEZ ARMESTO
1216 SKYLARK DR
WESTON, FL 33327

MANUEL SCHULER
ALTER POSTWEG 11
86343 KOENIGSBRUNN GERMANY

MANUELA RUDOLPH
MUENCHENER STR 15
D 10779 BERLIN GERMANY

MAOIANNE PAUL
PAUL-KLEE STR 12
76227 KAULSOUHE GERMANY

MAPELLI GIUSEPPE
LA SCALA - STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MARC CHRISTOPH STRAUCH
ANDREWS STRAUCH
IM JOHANNISTAL 18
42119 WUPPERTAL GERMANY

MARC DAMBACH
KIRSCHBLUETENWEG 9
BAD HOMBURG  GERMANY

MARC DE PAUW
SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

MARC DRECHSLER (UNDER AGE)
UWE AND ANGELA DRECHSLER (PARENTS)
REICHENBERGER STR 10
01129 DRESDEN GERMANY

MARC DRECHSLER (UNDER AGE)
UWE AND ANGELA DRECHSLER (PARENTS)
REICHENBERGER STR 10
01129 DRESDEN GERMANY

MARC DRESSLER
NICKOLAUSSTR 13
65343 ELTVILLE GERMANY

MARC DRESSLER
NIKOLAUSSTR 13
65343 ELTVILLE GERMANY

MARC DRESSLER
NIKOLAUSSTR 13
65343 ELTVILLE GERMANY

MARC DRESSLER
NIKOLAUSSTR. 13
65343 ELTVILLE GERMANY

MARC ESPRIT
SIMON DE PAEPESTRAAT 14
OUDENAARDE B-9700  BELGIUM

MARC GEORG GEISER
AM HOCHGERICHT 15
67705 TRIPPSTADT GERAMNY

MARC HOLEKAMP
GROSSER BOECKEL 18
D-31188 HOLLE GERMANY

MARC KERNCHEN
FLORAWEG 7
97072 WUERZBURG GERMANY

MARC SCHULTE
HUSER FELD 39
58313 HERDECKE GERMANY

MARC VANDERSMISSEN
C/O: SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

MARCEL ENGEL
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART  GERMANY

MARCEL VAN DEN BRANDEN
28 AVENUE CHARLOTTE
WATERLOO 1410 BELGIUM

MARCHI MARCO
VIA BOLLITORA INT NO 79
41012 CARPI (MO)  ITALY

MARCHIO SILLA
VIA CASTELMARALDO 75
41121 MODENA ITALY

MARCIONI CARLO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MARCO BEHME
MARIENWERDERALLEE 28
29225 CELLE GERMANY

MARCO BELLON
DAVID NEIER ESQ
WINSTON & STRAWN LLP
200 PARK AVE
NEW YORK, NY 10166

MARCO BELLON
VIA BASSA 1 N. 168
35011 CAMPODARSEGO PD ITALY

MARCO DEUBLER
KORNWEG 1
92353 POSTBAUER HENG GERMANY

MARCO LABORIUS
EHLERBERGSTR 16
38162 CREMLINGEN, GERMANY

MARCO SALANDIN
VIA PEROSA 56
10139 TORINO ITALY

MARCO SALANDIN
VIA PEROSA, 56
10139 TORINO  ITALY

MARCO TONI
VIA 4 NOVEMBRE, 19
00043 CIAMPINO (RM) - ITALY

MARCUS DICKOW
SIEMENSSTRASSES
84478 WALDKRAIBURG GERMANY

MARCUS KREFT
DORFSTR 2 GUTSHAUS
23923 TESCHOW GERMANY

MARCUS LUEPPENS
HEERSTRASSE 15A
55288 PARTENHEIM GERMANY

MARCUS MIKORSKI
WADERSLOHER STR. 12 B
GERMANY

MARCUS WOLF
RUPERTISTR 74
22609 HAMBURG  GERMANY

MAREN LUEDKE
MEYERSTRASSE 59
D-27472 CUXHAVEN GERMANY

MAREN VON MICHALKOWSKI
VOR DEM BARDOWICKER TORE 17
21339 LUENEBURG GERMANY

MAREN WEHR DE GRAUWE
HAUPTSTR 50
52372 KREUZAU GERMANY

MAREN WEHRHEIM
IM GRUND 2
75181 PFORZHEIM GERMANY

MAREN WOLTERS
TAUBENWEG 8
52223 STOLBERG GERMANY

MARENA S.R.L.
Z.H. HERRN M. BURMEISTER
C/O HERRN PETER STEEPE
LINDENWEG 13
22395 HAMBURG

MARGA SCHMITZ
C/O HERRU GELTINGER
BERGER STR 47
42657 SOLINGEN GERMANY

MARGA STOLZGEN / ERBEN
INGRID REISCHL GEB STOLZGEN
IM KEMPEL 11
D-56077 KOBLENZ, GERMANY

MARGA TRATNER AND ARNULF TRATNER
KORNBLUMENRING 101
12357 BERLIN, GERMANY

MARGARETA LUETZKENDORF
SEBASTIAN RIEGER STR 19
86899 LANDSBERG  GERMANY

MARGARETE & WALTER SMIATEK
AM SONNENSCHEIN 4
54636 WOLSFELD / GERMANY

MARGARETE CHRIST
MARTHA-MARIA-STR  2
95488 ECKERSDORF GERMANY

MARGARETE STOUT
PFEILGASSE 20116
A-1080 VIENNA AUSTRIA EUROPE

MARGARETE TRITSCHLER
EULENWEG 28
79110 FREIBURG GERMANY

MARGARETH KOPFSGUTER
SEISERLEITE 36
NEUSTIFT
39040 VAHRN ITALY

MARGARETHE U. HORST LINDEMUTH
STUTTGARTER STR 48
71554 WEISSACH GERMANY

MARGARETHE WEBER
REUTLINGER STR 110
70597 STUTTGART GERMANY

MARGIT SONNENSCHEIN
ANNAKIRCHSTR. 140
MOENCHENGLADBACH, 47063 GERMANY

MARGIT U GERHARD REIN
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART  GERMANY

MARGIT U. GERHARD REIN
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

MARGITA AND HANS-GUENTHER PAUL
KAPFSTRASSE 49
70771 LEINFELDEN-ECHTERDINGEN

MARGITA AND HANS-GUENTHER PAUL
KAPFSTRASSE 49
70771 LEINFELDEN-ECHTERDINGEN GERMANY

MARGITTA & ARND MATTHEES
C/O ARND MATTHEES
MEISSNER STR 26
01612 NUNCHRITZ GERMANY

MARGRET BEUTH
BRAHMSSTRASSE 2
50935  KÖLN GERMANY

MARGRET FISCHER
C/O ROTTER RECHTSANWAELTE
LUISE-ULLRICH-STRASSE 2
82031 GRUENWALD  GERMANY

MARGRET HIDDING
GROSSE HEIDE 57
31737 RINTELN GERMANY

MARGRET SZTOJANOVICS
JOSEF RAPS STR 5
80805 MUNCHEN GERMANY

MARGRET WINKELMANN
WOLTERSBURGER MOCHLENWEG 6
UELZEN 29525 GERMANY

MARGRET WINKELMANN
WOLTERSBURGER MUEHLENWEG 6
29525 UELZEN GERMANY

MARGRIT WEBER
WIESENGRUND 19
31228 PEINE GERMANY

MARGUERITE DANDOIS
10AV MOLIERE BOITE 6
1300 WAVRE BELGIUM

MARIA AND KARL REINER
ENGELSDORFER STR 55
04316 LEIPZIG GERMANY

MARIA AND WERNER CREMER
C/O WERNER V CREMER
SCHIFFERSTR 29
60594 FRANKFURT/MAIN GERMANY

MARIA AND WERNER CREMER
C/O WERNER V CREMER
VEREIDIGTER BUCHPRUFER
STEUERBERATER SCHIFFERSTRASSE 29
60594 FRANKFURT/MAIN GERMANY

MARIA AND WERNER CREMER
VEREIDIGTER BUCHPRUFER
STEUERBERATER
SCHIFFERSTR 29
60594 FRANKFURT/MAIN GERMANY

MARIA AND WERNER CREMER
VEREIDIGTER BUCHPRUFER & STEUERBERATER
SCHIFFERSTR 29
60594 FRANKFURT/MAIN GERMANY

MARIA ANGELA QUARTI
VIA ANSELMO BUCCI 11
FANO PU 61032 ITALIA

MARIA CARREN MOLINA NAVAS
C/ ARAPILES 8  60-D
28015 MADRID SPAIN

MARIA CHIARA SEVERI
VIA FRABAZZA 10
40127 BOLOGNA ITALY

MARIA DELIE
BEVERSESTEENWEG  132
8800 ROESELARE BELGIUM

MARIA E. KIRMSER
C/O ROLF LÖFFLER
AN DEN WEIDEN 1
60433 FRANKFURT/M DE GERMANY

MARIA ELISABETH FOERSTER ROMSWINCKEL
POSTFACH 59
A-7471 RECHNITZ AUSTRIA

MARIA GOLDBRUNNER
ROHRBACHER STR. 10
84326 RIMBACH GERMANY

MARIA KOHL
MUEHLENSTRASSE 18
87534 OBERSTAUFEN GERMANY

MARIA LAMBERTS
LIVERPOOLSTR 33
MULHEIM A DRUHR GERMANY 45470

MARIA MEIER
ARMENHOEFESTR 48
D 77871 RENCHEN-ULM GERMANY

MARIA MIRABELLI
CORSO CENTO CANNONI 41
15121 ALESSANDRIA  ITALY

MARIA MOSCA
VIA POSTA 26
41037 MIRANDOLA (MODENA)  ITALY

MARIA NEUMEYER
EBERNBURGSTR 16
81375 MUENCHEN GERMANY