**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                        ) ss:
COUNTY OF SUFFOLK     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 141st Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8308]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this
3rd day of January 2011


/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

> **PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.**, *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### [Claimant Name]

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | **Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan** |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the **"Objection"**).

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual

Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing

agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and

paying agent.  This method of distribution will reduce administrative burdens in these cases and

ensure that the proper claimants receive their distributions.  As such, the Debtors believe that

Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is

granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution

accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not

confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in

the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that

your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and

unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the

extent your proof of claim asserts a claim other than for principal plus accrued and unpaid

interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court

expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim**

**that the Bankruptcy Court expunges and disallows will be treated as if it had not been**

**filed, and you will not be entitled to any distribution from the Debtors' estates on account**

**of that specific claim, although the entitlement to receive distributions through the fiscal**

**and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the

Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your

concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

  A.  Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

  B.  Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

  C.  Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

  Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
          December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

MARIA PUIGVERT I AGUSTI
AVDA MERIDIANA 27
3RD FLOOR
08018 BARCELONA SPAIN

MARIA ROSA GUERRA
VIA POIANO 1/B
40026 IMOLA (BO) ITALY

MARIA SCHUSTER
WACKERSBERGER STR 66
81371 MÜNCHEN GERMANY

MARIA STEINHUBER
C/O ROTTER RECHTSANWAELTE
LUISE-ULLRICH-STRASSE 2
82031 GRUENWALD  GERMANY

MARIA TERESA GARCIA TERUEL
IM KAISEMER 34
70191 STUTTGART GERMANY

MARIA VANMAECKELBERGHE
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

MARIA VICTORIA MORENO DORADO
C/ LOS PINOS 1
13005 CIUDAD REAL SPAIN

MARIA-ELISABETH WEIRICH
HAUPTSTR 35 A
54329 KONZ GERMANY

MARIA-LUISE HIRSCH
HAUPTSTRASSE 78
86482 AYSTETTEN GERMANY

MARIA-LUISE SERGI
GOETHESTR. 5
ENKENBACH-ALSENBORN GERMANY 67677

MARIAN BRAUN
BRUNO-BAUM-RING 12
14715 RATHENOW GERMANY

MARIANI ANGELO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MARIANNE & HARALD LAUMER
UEHLFELDER WEG 5
D-91085 WEISENDORF GERMANY

MARIANNE EICHHORN
SPICKLNDORFER WEG 7
06188 LANDSBERG OT GUETZ GERMANY

MARIANNE ERTEL
AN DER NORDBAHN 24
BORGSDORF 16556 GERMANY

MARIANNE FLECHSIG
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

MARIANNE HEIDE
ROSTWEG 13A
21149 HAMBURG  GERMANY

MARIANNE HEIDE
ROSTWEG 13A
21149 HAMBURG GERMANY

MARIANNE HEYDEN
SCHINKELWEG 3
D25836 VOLLERWIEK GERMANY

MARIANNE HOLLINGER
SUDETENSTR 22
86650 WEMDING GERMANY

MARIANNE LINDEN
ASCHENBRODELWEG 20
51067 KOLN GERMANY

MARIANNE SCHENKEL
TAKUSTR 58
50825 KOLN  GERMANY

MARIANNE SCHMUTZLER
THOMASEWEG 4
65207 WIESBADEN GERMANY

MARIANNE TROMPETER
OFTERDINGENSTRASSE 61
D 45279 ESSEN GERMANY

MARIANO BAZZAN
ATTN DAVID HEIER ESQ
WINSTON & STRAWN LLP
206 PARK AVENUE
NEW YORK, NY 10066

MARIANO BAZZAN
VIA SEGHE 41
36043 CAMISANO VICENTINO VI ITALY

MARIA-THERESIA EMRICH
BUSCHUNGSTRASSE 48
D-65205 WIESBADEN GERMANY

MARIE HAYEN
KRONENBERG 75
52074 AACHEN GERMANY

MARIE HAYEN
KRONENBERG 75
D-52074 AACHEN GERMANY

MARIE VANDERCAPPEL
RUE DOURLET 50/02/G
BE-6000 CHARLEROI BELGIUM

MARIE-ANNE LABBE
RUE DES PAIREES 56
BELGIQUE

MARIELIES URANITSCH
WIPPLINGERSTR 319
1010 VIENNA AUSTRIA

MARIETTA HAMMERSCHMIED
JOHANNISBURGER STR 5
D-24568 KALTENKIRCHEN GERMANY

MARIETTI GIAN PIETRO
DOMAINE LE CASTELLET
15 AVE GALTIER
06230 VILLEFRANCE SUR MER, FRANCE

MARINA BREUNIG
Z HD EHELEUTE BREUNIG
ASTERNWEG 2
GIEBELSTADT 97232  GERMANY

MARINA WEICHHARDT-HILGERS
KUCKUCKSWEG 10
BERGISCH GLADBACH 51427 GERMANY

MARINA WOLFLE
TURWEG 1-1
78839 RIELASINGEN-WORBLINGEN  GERMANY

MARINELLI LUCIANA, RINALDI GASTONE
VIA GIOVANNI PASCOLI 47
41014 CASTELVETRO DI MODENA (MO) ITALY

MARINO RICCIUTELLI E GIULIANA GAZZELLA
VIA DANTE  104
FABRIANO ANCONA ITALY 600044

MARIO BARBETTI
VIA BALDASSARRE PERUZZI
N. 4
53049 TORRITA DI SIENA

MARIO BO
C/O M BO MARIO
9 AVENUE DES PAPALINS
98000 MONACO

MARIO BUCCOLINI
CONTRADA RANCIA 25
62029 TOLENTINO MACERATA ITALY

MARIO CARIBONI
KAOLSPLATZ 12
71638 LUDWIGSBURG GERMANY

MARIO CASADEI
VIA SECCHIAMO 18
47923 RIMIMI (ITALY)

MARIO FREIGANG
ROSENORTER STEIG 5
13503 BERLIN GERMANY

MARIO GOHM
BAHNWEG 4
FL-9486 SCHAANWALD LIECHTENSTEIN

MARIO HERRMANN
MARGIT SCHRAMM STR 12
80639 MUNICH GERMANY

MARIO HERRMANN
MARGIT SCHRAMM STR 12
80639 MUNICH GERMANY

MARIO HERRMANN
MARGIT-SCHRAMM-STR 12
80639 MUNICH GERMANY

MARIO LOTZE
HOLTHAUSER HOEFE 30
45470 MUELHEIM AN DER RUHR, GERMANY

MARION BECKER
DROSTE-HUELSHOFF-STRASSE 10
HAMBURG 22609 GERMANY

MARION BREITHAUPT-ENDRES
DORA-HEIGENMOOSER-STR. 1
82140 OLCHING GERMANY

MARION DELLIEHAUSEN
RAMPENWEG 1
31860 EMMERTHAL  GERMANY

MARION LICHTWARK
WIESENSTR 25
55437 OCKENHEIM, GERMANY

MARION OTTILIE HOFMANN
UNTERM ASPALTER 32
5106 VELTHEIM SWITZERLAND

MARION SCHNURA
ASCHERRING 1
21035 HAMBURG
GERMANY

MARION V MICHALKOWSKI
UFERALLEE  18
29549 BAD BEVENSEN GERMANY

MARIUS FISCHER
HEILBRONNER STR 19
74172 NECKARSULM GERMANY

MARIUS JESPER DOHRMANN
DR. JORG DOHRMANN
FRIEDHOFSWEG 2
27333 BUCKEN GERMANY

MARK HOENIG
29577 EQUESTRIAN
#40103
FARMINGTON HILLS, MI 48331

MARK-EDWARD GREY
KNIEBISSTRASSE 9
76307 KARLSBAD, GERMANY

MARKO HEER
LINDELSTR 29
71720 OBERSTENFELD GERMANY

MARKOWITSCH INGRID
VONRAD DUDENGASSE 54
M30 WIEN  AUSTRIA

MARKUS & SILKE SCHUETTE
KIWITTSTRASSE 34D
49080 OSNABRUCK GERMANY

MARKUS AVER
MITTERSTRASSE 27
84539 AMPFING GERMANY

MARKUS GEGINAT
RUE HERRENFELD 20
L-8415 STEINFORT LUXEMBOURG

MARKUS HEHN
KASTENAECKERWEG 6
74172 NECKARSULM-DAHENFELD GERMANY

MARKUS KOFLER
HAUPTSTR 20
39020 MARLING BZ ITALY

MARKUS KOFLER
HAUPTSTRASSE 20
I-39020 MARLING (ITALY)

MARKUS MEUWLY
TAVERNASTRASSE 29
1712 TAFERS SWITZERLAND

MARKUS MUELLER
WALDLUSTSTRASSE 38
85540 HAAR GERMANY

MARKUS NIGGEMANN
NEUE SCHOENHAUSER STR. 1
10178 BERLIN GERMANY

MARKUS REISSMEIER
ROTLINSTRASSE 7
60316 FRANKFURT GERMANY

MARKUS RUEBEKOHL
GRIECHENPLATZ 8
81545 MUENCHEN GERMANY

MARKUS SCHINDLER
DR STEINHUBEL @ V BUTTLAR RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

MARKUS WESSLING
KOETTLING 12
48301 NOTTULN GERMANY

MARKUS ZECK
BRINKWIESEN 8
30657 HANNOVER  GERMANY

MARLEN CH. HARBARTH
KARTÄUSERSTR. 138
FREIBURG DE 79102 GERMANY

MARLENE AL ARBAJI
MARLENE AL ARBAJI C/O MR GEORGE KHAWAM
KURT TICHYGASSE 5/2/12
1100 VIENNA AUSTRIA

MARLENE CARLOTTA BOHMIG
MICHAEL AND MAREN BOHMIG
DU PONT STR 22
D-61352 BAD HOMBURG GERMANY

MARLENE STEFKE
RAIFFEISENSTR 8
GOLLHOFFEN 97258 GERMANY

MARLIES BUMMER
Z.H. PETER BOK
H.V. HOHERLOKE STR. 7
D37980 BAD MERGENTHEIM, GERMANY

MARLIS HUERTER
NEUSTR 10-16
D-56727 MAYEN GERMANY

MARLISE BIENTZ-HAJEK
1, RUE DU HÉRON
F-57570 CATTENOM FRANCE EUROPE

MARON BRIGITTE
AUFELDSTRASSE 12A/15
3071 BÖHEIMKIRCHEN  AUSTRIA

MARRI DANILO
VIA ALDO MORO, 21
42013 CASALGRANDE (RE) ITALY

MARRONE SIPONTA MARIA LUISA
C/O UFF POSTALE DI TRINITAPOLI
CASELLA POSTALE 91
71049 TRINITAPOLI ITALY

MARTHA BENZ
C/O DR RUDOLF BENZ
IM WIDDUN 12
88090 IMMENSTAAD
GERMANY

MARTHA MENNINGHAUS
GUTENBERGSTR 2C
D 32756 DETMOLD, GERMANY

MARTHA STRUBE
REINHARD STRUBE
ZUM EBERSBERG 35
31832 SPRINGE  GERMANY

MARTHA VOGLER
JOSEF DABSCHSTRASSE 10/1/27
A-2102 BISAMBERG AUSTRIA

MARTHA VOGLER
JOSEF DABSCHSTRASSE 10/1/27
A-2102 BISAMBERG AUSTRIA

MARTIN & ANDREA RINGWALD
TALSTRASSE 34
79215 ELZACH GERMANY

MARTIN & LESLEY SKOTTKE
AM H HNERPFAD 11
61191 ROSBACH GERMANY

MARTIN AND CHRISTA GOERNER
BARBARA DUFFNER
BIEBERGR STR 123
D 63179 OBERTHAUSEN GERMANY

MARTIN AND CHRISTA GOERNER
TOLSTOISTR 47
D 90475 NUREMBERG GERMANY

MARTIN AND MARGRET ENGELS
MUEHLENWEG 41B
46519 ALPEN GERMANY

MARTIN BREITENBUECHER
21 FERNCROFT AVENUE
NW37PG LONDON GREAT BRITAIN

MARTIN DANIEL WOLLOSCHECK
BAHNHOFSTR 38
53505 ALTENAHR GERMANY

MARTIN DELHEY
RINGSTR 27
47228 DUISBURG GERMANY

MARTIN DIERICH
SCHLESISCHE STR. 15
GERMANY

MARTIN ECKARDT-DUFFHAUSS
MARTIN ECKARDT
SCHARNHORSTSTRASSE 183
28211 BREMEN  GERMANY

MARTIN EICHELMANN
HUMPISSTR. 5
88094 OBERTEURINGEN, GERMANY

MARTIN FINK
SALINENSTRASSE 81
67098 BAD DURKHEIM GERMANY

MARTIN FINK
SALINEUSTRASSE 81
67098 BAD DÜRKHEIM, GERMANY

MARTIN GENDERS
EICHEN 60
53940 HELLENTHAL GERMANY

MARTIN GRIESE
MATHILDSTR 13
53359 RHEINBACH GERMANY

MARTIN HOLME
ERDFAELLENSTR 46
D-31812 BAD PYRMONT GERMANY

MARTIN HOLME
ERDFAELLENSTR 46
D-31812 BAD PYRMONT, GERMANY

MARTIN KLINK
DANZIGERSTR 2A
63454 HANAU GERMANY

MARTIN KOTTHOFF
SCHEEWEG 2
57392 SCHMALLENBERG GERMANY

MARTIN KOTTHOFF
SCHEEWEG 2
57392 SCHMALLENBERG GERMANY

MARTIN LEITNER
KONIGSBERGER STR 18
D-82319 STARNBERG GERMANY

MARTIN LEITNER
KONIGSBERGER STR 18
D-82319 STARNBERG GERMANY

MARTIN LIEPERT
KARWENDELSTRASSE 38
81369 MUENCHEN GERMANY

MARTIN MEYER
ECKERKAMP 121
22391 HAMBURG GERMANY

MARTIN MOELLMANN
GRUNIGERSTR 17
33102 PADERBORN GERMANY

MARTIN SCHAEFER
AM EICHWALD 1
36043 FULDA

MARTIN SCHMID
N1763 SHADYBROOK LN
GREENVILLE, WI 54942

MARTIN SCHMIDL
REISINGER  STR. 19
80337 MUNICH GERMANY

MARTIN SOCHE
LEIMA
3814 GSTEIGWILER SWITZERLAND

MARTIN SOCHE
LEIMA
GSTEIGWILER 3814 SWITZERLAND

MARTIN SOCHE
LEIMA
3814 GSTEIGWILER
SWITZERLAND

MARTIN STRASHEIM
MITTELSTR 32
35510 BUTZBACH  GERMANY

MARTIN TIGGES
MARIENSTRABE 1
31061 ALFELD GERMANY

MARTIN TIGGES
MARIENSTRASSE 1
31061 ALFELD GERMANY

MARTIN WIESMEIER
ORTEREISTR 3
84453 MUEULDORF GERMANY

MARTIN ZOJER
MAGDALENEUSTRABE 6/13
1060 VIENNA AUSTRIA

MARTIN, JEAN-POL
RUE DE LA STATION 20
7350 HEMSIES BELGIUM

MARTINA CESAR
RUE DES TRIEUX 71
6060 CHARLEROI  BELGIUM

MARTINA DICKOPP
AUF DEN DREIEN 30
50354 HUERTH GERMANY

MARTINA ESCHBACH-WENSING
C/O DR  KLOKE & KOLLEGEN
BAHNSTR 1
MARSBERG DE 34431 GERMANY

MARTINA PILOTH
WISBYER STRAßE 37
13189 BERLIN GERMANY

MARTINA SCHULZE
HAYDNSTR 20
70195 STUTTGART GERMANY

MARTINA STUEBER
REMBRANDTSTRASSE 6
D - 56566 NEUWIED GERMANY

MARTINA ULLRICH
HEILIGENSTADTERSTRASSE 11/3/2/11
VIENNA AUSTRIA

MARTINATO PAOLO VITTORIO MARTINATO
ALESSANDRO
V LE CORTINA D AMPEZZO 135
135 ROMA, RM, ITALY

MARTINEZ WOLFGANG
OBERTHOEHLAU NR 34
95615 MARKTREDWITZ GERMANY

MARTINEZ WOLFGANG UND CHRISTINE
OBERTHOLAU NO 34
95615 MARKTREDWITZ  GERMANY

MARX FERDINANDE
200 ROUTE DE TREVES
L 2630 LUXEMBOURG

MARY MEDINA BANKEN
GERHARD-KOPPELMANNSTR 10
48465 SCHUETTORF GERMANY

MASSAIA FRANCESCO
VIA MAGENTA 35
BRA-CN-ITALY 12042

MASSIMO ACETI
VIA DELLA PEDICA 282
00046 GROTTAFERRATA (RM) - ITALY

MASSIMO BOFFA
VIA ALDO MANUZIO, 17
20124 MILANO ITALY

MASSIMO CHIODI
VIA BOGGIA 10
6900 PARADISO SWITZERLAND

MASSIMO DEANGELI
P. ZZA M.L. KING 1
28100 NOVARA ITALY

MASSIMO INNOCENTI
VIA LONGA 7
ANZOLA DELL'EMILIA (BO) ITALY

MASSIMO MAGNANI
VIA GARAMPA, 5988
47521 CESENA (FC)  ITALY

MASSIMO ROSSI
VIA NETTUNO 4
47839 RICCIONE (RN)  ITALY

MASSIMO TOMASETTI
ELISABETTA CIORRA
VIA RENATO CESARINI, 85
00142 ROME - ITALY

MASSIMO TURSINI
VIA CATONE 27
20158 MILANO ITALY

MASSION RICHARD
DIERENER STR 11
D-31303 BURGDORF GERMANY

MASSIRONI GIUSEPPE
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MATERIA MASSIMO
VIA CORRADO ALVARO LOTTO SAMA
CROTONE KR 88900  ITALY

MATHIAS ABBE
WALDSTRASSE 5
91336 HEROLDSBACH GERMANY

MATHILDA BROSSMANN
NEUMARKTER STR 83
90478 NUERNBERG GERMANY

MATTA FRANCESCO MELIS MARIA ASSUNTA
1769510
VIA DIEGO GREGORIO CADELLO 16/18
9121 CAGLIARI CA ITALY

MATTEONI PAOLO & STEINER ANNE MARIE
C/O MATTEONI PAOLO
VIALE BRUNO BUOZZI 8
47838 RICCIONI (RN) ITALY

MATTES HOLDERIED
KARLSTR 91
72351 GEISLINGEN  GERMANY

MATTHEW WILCOX ARNDT
11 RUE FRANTZ SEIMETZ
L-2531 LUXEMBOURG/LUXEMBOURG

MATTHIAS & JOHANNA LIESEN
AUF DEM HAEHNCHEN 6
D 53894 MECHERNICH  GERMANY

MATTHIAS BONK
BRUNOWSTRASSE 47
13507 BERLIN GERMANY

MATTHIAS EIERMANN
AMEISENBERGSTR 68
70188 STUTTGART GERMANY

MATTHIAS FLORIAN UELPENICH
IM KLOSTERTAL 22
D-53881 EUSKIRCHEN GERMANY

MATTHIAS HAUSDORF
HUBBERGWEG 8
69469 WEINHEIM GERMANY

MATTHIAS KLEIN
AUF SCHNOES 13
54457 WINCHERINGEN  GERMANY

MATTHIAS KORDT
KOENIGSBACHER STR 25
76327 PFINZTAL GERMANY

MATTHIAS STIHL
FLIEDERSTR 5
73244 GOTTHADINGEN GERMANY

MATTIOLI MARINO MATTIOLI SEVERINO
VIALE SASSARI U 28
41049 SASSUOLO (MODENA) ITALY

MAURI MARCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MATTHIAS BLUEMEL
HIMPFELSHOFSTR. 14
NURNBERG 90429 GERMANY

MATTHIAS DREYER
AN DER KATHOL KIRCHE 7
15366 HOPPEGARTEN GERMANY

MATTHIAS FENGLER
WESTENDPLATZ 42
60325 FRANKFURT GERMANY

MATTHIAS GROH
SCHNEEBERGER STR 45
D-08107 KIRCHBERG GERMANY

MATTHIAS HERRMANN
AUF DEM STEIN 17
D 53501 GRAFSCHAFT GERMANY

MATTHIAS KOOP
SCHUBERTSTR. 19
78054 VILLINGEN-SCHWENNINGEN GERMANY

MATTHIAS SCHUETTE
HELLWEG 10
49811 LINGEN GERMANY

MATTHIAS VOLKERT
FRITZ-BOCKIUS-STR 6
55122 MAINZ  GERMANY

MAUGGER LIMITED
KATTEN MUCHIN ROSENMAN LLP
ATTN NOAH S HELLER ESQ
575 MADISON AVENUE
NEW YORK, NY 10022-2585

MAURICE DOYEN
RUE A. LYNEN 23 BTE 1
1210 BRUSSELS  BELGIUM

MAURICE SAADE
C/O BANQUE DE L'EUROPE MERIDIONALE - BEMO
16 BOULEVARD ROYAL
L-2449 LUXWMBOURG

MAURIZIO TIRABASSI
VIA GIUSEPPE ROCCA U8
41012 CAPRI MO ITALY

MAURIZIO VARINI
DAVID NEIER ESQ
WINSTON & STRAWN LLP
200 PARK AVE
NEW YORK, NY 10166

MAURIZIO VARINI
VIA MARCONI 25
35010 VILLA DEL CONTE PD ITALY

MAURIZIO ZANTA
VIA LIBERTA  1
VALDENGO 13855 - ITALY

MAURO CUNIBERTI
5, VIA LEOPARDI
MONDOVI ITALY 12084

MAURO INNOCENTI
VIA LONGA 7
ANZOLA DELL'EMILIA (BO) ITALY

MAURO INVERNIZZI
VIA LAZZARETTO 15
23814 CREMENO LC  ITALY

MAURO INVERNIZZI
VIA LAZZARETTO 15
23814 CREMENO LC ITALY

MAX BEIDER
ALEXANDER MIKHALEV
MADELEGABELSTR 79
81825 MUNCHEN GERMANY

MAX FARK
WILHELM-HEY-STR. 19
D-81243 MUENCHEN  GERMANY

MAX KAYSER
20 AN WANGERT
L-6830 BERBOURG LUXEMBOURG

MAX SCHNEIDER
GERSDORFSTR. 66
12105 BERLIN GERMANY

MAX STRAUSS
BERGANGER 7
87600 KAUFBEUREN, GERMANY

MAXENA DANILO FULVIO
VIA BUONARROTI N RI
15011 ACQUI TERME (AL) ITALY

MAXIMILIAN MERTENS
GEREONSWALL 13
50668 COLOGNE GERMANY

MAXIMILIAN MUETHERIG
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

MAYERHAUSEN WOLFGANG FELIX
FLORIAN-WENGENMAYR-STR. 20
D-86609 DONAUWOERTH GERMANY

MAYRO CHART LTD
C/O BSI SA
VIA MAGATTI 2
6301 LUGANO SWITZERLAND

MAYRO CHART LTD
C/O BSI SA
VIA MAGATTI 2
CH-6501 LUGANO SWITZERLAND

MAZZOCCATO VITTORIA
LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO  ITALY

MEANI GRAZIELLA
VIA GIOVANNI XXIII 16
44029 PORTO GARIBALDI (FE) ITALY

MECAFIN CORP
C/O ETUDE METZGER & VERNET
20 RUE DU CONSEIL GENERAL  ATTN EMMANUEL VERNET
PO BOX 5310
CH-1211 GENEVA 11 SWITZERLAND

MECHEC MANFRED
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

MECHEL MANFRED
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

MECHTHILD KUPPERT
UNTER DER HOHEN FUHR 13
D-57319 BAD BERLEBURG GERMANY

MEDRI ENRICO
VIALE ROMAGNA 33
48016 MILANO MARITTIMA (RA) ITALY

MEGAX MERCANTILE SA
PO BOX 451905
MIAMI, FL 33245-1905

MEGUMI PIEKENBROCK
C/O THOMAS PIEKENBROCK
FELDSTR 54
40479 DUSSELDORF GERMANY

MEHMET SELCUK KARABEYOGLU
MAHIR IZ CAD NO 128
ALTUNIZADE ISTANBUL  TURKEY

MEIK STRUCKMEYER
BUCHENWEG 1
31860 EMMERTHAL GERMANY

MEIKE TROJAHN
AM HEGEWINKEL 109
14169 BERLIN GERMANY

MEINOLF HENGESBACH
EMIL-SCHOLAND-STR. 4
59872 MESCHEDE GERMANY

MELANIE GRUNDLES
PULUERDINGEN 12/1
71665 VAIHINGEN/ENZ GERMANY

MELIDRBANCA PRIVATE SPA
REF MR ALESSANDRO ENEGHES
VIA BORROMEI S
20123 MILANO ITALY

MELIORBANCA PRIVATE SPA
REF MR ALESSANDRO ENEGRIES
VIA BORROMEI 5
20123 MILANO ITALY

MELLANO GIOVANNI MELLANO GIUSEPPE
FRAZ TORRAZZA 5 A
12037 SALUZZO CN ITALY

MENARINI CESARE
VIA DELL' INDEPENDENZA 41
40012 CALDERARA DI RENO (BO)

MENARINI CESARE
VIA INDIPENDENZA 41
40121 BOLOGNA (BO) ITALY

MENARINI CHIARA
VIA ALAMANDINI, 1/2
40136 BOLOGNA ITALY

MENARINI MIRETTA
VIA CASTELDEBOLE 27/4
40132 BOLOGNA ITALY

MENDONE GIULIO
VIA IV OROLOGI 29/D
80056 ERROLANO (NA) ITALY

MENINI GIANFRANCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MERCIER MONIQUE HELENE JULIETT
VIA NAZIONALE 30
8040 USSASSAI OG  ITALY

MERRILL LYNCH BANK SUISSE SA
AS AGENT FOR ITS CUSTOMERS
ROUTE DE FLORISSANT 13
3070 CASE POSTALE GENEVA SWITZERLAND

MERRILL LYNCH INTERNATIONAL
BANK OF AMERICA MERRILL LYNCH
ATTN MONICA LAM
2 KING EDWARD STREET
ECIA 1HQ LONDON ENGLAND GREAT BRITAIN

MERRILL LYNCH INTERNATIONAL
MONISON & FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW STE 6000
WASHINGTON, DC 20006

MERTEN BARNERT
RUE ROBERT WILLAME 3
1160 BRUSSELS BELGIUM

MET INVESTORS SERIES TRUST PIMCO TOTAL RETURN PORTFOLIO
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

MET INVESTORS SERIES TRUST PIMCO TOTAL RETURN PORTFOLIO
C/O PIMCO
SANDY BENSON VICE PRESIDENT
LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

METTRAUX PIERRE-ALAIN
PRAIRIE 19
1720 CORMIN BOEUF SWITZERLAND

METTRAUX, PIERRE-ALAIN
PRAIRIE 19
1720 CORMINBOEUF SWITZERLAND

MEULEMAN JOANNA
ST MAARTENSBILK 12/4
8000 BRUGGE BELGIUM

MICALLEF, CLAUDINE
RESIDENCE ALEXANDRA PARK
596 AVENUE PIERRE SAUVAIGO
06700 ST LAUREN DU VAR FRANCE

MICHA WIMMEL
RASEANGER 11
ROSDORF DE 37124 GERMANY

MICHAEL & DANIELA WEISS
HINTER DEM SEE 15
75015 BRETTEN GERMANY

MICHAEL AHA
AVENUE DE L'AULNE 93
B-1180 BRUSSELS BELGIUM

MICHAEL AND ANGELIKA KLEIN
ALSENSTR 23
D-58097 HAGEN GERMANY

MICHAEL BIALKOWSKI
ADENAUERRING 11
D-90552 ROETHENBACH  GERMANY

MICHAEL BUNTE & DORIS BUNTE
C/O MICHAEL BUNTE
TORNEIWEG 10
23568 LUEBECK  GERMANY

MICHAEL BUNTE AND DORIS BUNTE
TORNEIWEG 10
23568 LUEBECK GERMANY,

MICHAEL EISENHARDT
GLOTTERTALER STR 7A
12559 BERLIN GERMANY

MICHAEL FRANKE
SCHWARZSTRASSE 13-15
5020 SALZBURG AUSTRIA

MICHAEL HAHN
ALBERT-FELTERT-STR 17
FRANKFURT ODER 15234 GERMANY

MICHAEL HAMMER
PAUL-DUDEN-STR. 74
65830 KRIFTEL  GERMANY

MICHAEL HIEBER
UNTERM BERGSCHLOSSLE 32
73529 SCHWABISCH GMUND GERMANY

MICHAEL HOFFMANN
KIRCHSTR. 12
58579 SCHALKSMUEHLE GERMANY

MICHAEL HOHLSCHEN
WEIDEWEG 1
D-34246 VELLMAR GERMANY

MICHAEL JAHNE AND DIANA JAHNE
AM PFORTENER BAHNHOF 40
GERA DE 07546 GERMANY

MICHAEL KAUPP
C/O MARKUS KAUPP
BRUNNENBERGSTR 46
72260 DORNSTETTEN  GERMANY

MICHAEL KESSLER
BUCHARAINWEG 9
63069 OFFENBACH/MAIN GERMANY

MICHAEL KISCHNER
LORENA - DEIHL - STRAPE 16
55131 MAINZ
DEUTSCHLAND

MICHAEL KROL
LIESEINDSESTRAAT 28
5482 2H SCHIJNDEL NETHERLANDS

MICHAEL KUFFLER
HALSBERGSTR. 1
67098 BAD DUERKHEIM GERMANY

MICHAEL LAHMANN
FREIERTWEG 30
12305 BERLIN GERMANY

MICHAEL LAMPRECHT
BRUCKNER STR 45
40670 MEERBUSCH GERMANY

MICHAEL LAMPRECHT
BRUCKNER STR. 45
40670 MEERBUSCH GERMANY

MICHAEL LEHNER
PAUL-KLEE-STRASSE 27
85053 INGOLSTADT, GERMANY

MICHAEL LEINERT
BEETHOVENSTR 47
D-69121 HEIDELBERG GERMANY

MICHAEL LINDEMANN
SOPHIE-CHARLOTTE-STR. 21
BERLIN GERMANY 14169

MICHAEL LINK
50 BOTTENHORNERWEG
60489 FRANKFURT GERMANY

MICHAEL LUNZ
ADAM- ALLENDORF- WEG 7
MAINZ 55122 GERMANY

MICHAEL MAUS
ILLERSTR 27
90451 NURNBERG GERMANY

MICHAEL MEIER
ARMENHOEFESTR 48A
77871 RENCHEN ULM GERMANY

MICHAEL MEIXNER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

MICHAEL MERKLE
BRUDERHOF STR 24
60388 FRANKFURT  GERMANY

MICHAEL PELZ
DIESELSTR. 4C
D-63225 LANGEN GERMANY

MICHAEL PIBER
GABRIELENSTR. 15
80636  MUENCHEN GERMANY

MICHAEL PINKUS
HANS-BOECKLER-STR 24
40476 DUSSELDORF GERMANY

MICHAEL PRAPPACHER
WEICHSELHECKEN 39
97332 VOLRACH GERMANY

MICHAEL PUCHER
KOHLSTATTSTR. 2
86420 DIEDORF GERMANY

MICHAEL RANDERATH
KLEINE SCHMIEH 23
61440 OBERURSEL GERMANY

MICHAEL REY
ANGERMUNDER STR. 225F
D-47269 DUISBURG GERMANY

MICHAEL ROHLEDER
DROSSELWEG 10
D-65779 KELKHEIM/TS GERMANY

MICHAEL ROSNITSCHEK
AZALEENSTR. 34
80935 MÜNCHEN GERMANY

MICHAEL RUNGE
HAUPTSTRASSE 58
25482 APPEN  GERMANY

MICHAEL SCHIRMER
GOETHESTR 4
D53913 SWISTTAL GERMANY

MICHAEL SCHULTZ
C/O EHELEUTE SCHULTZ
JAEGERHEIDE 23
29352  ADELHEIDSDORF  GERMANY

MICHAEL SCHULTZ
C/O EHELEUTE SCHULTZ
JAEGERHEIDE 23
29352 ADELHEIDSDORF GERMANY

MICHAEL SCHULZE
HAYDNSTR 20
70195 STUTTGART GERMANY

MICHAEL SCHULZE
HAYDNSTR 20
70195 STUTTGART GERMANY

MICHAEL SEIDLER
ZUR ALTEN SCHMIEDE 5
50354 HUERTH GERMANY

MICHAEL SPITZBART
ST. VEITGASSE 37/19
A-1130 WIEN AUSTRIA

MICHAEL STOCK & URSULA A GRETSCHMANN-STOCK
STEINWEG 1
D-41564 KAARST GERMANY

MICHAEL STRIEGLER
HEINTGESWEG 27
41239 MOENCHENGLADBACH GERMANY

MICHAEL WAEDT
FRIEDHOFSTR 19
51588 NUEMBRECHT GERMANY

MICHAEL WEIS
AM HAIN 13
63688 GEDERN GERMANY

MICHAEL WENZEL
GAILBACHER STR 73
63743 ASCHAFFENBURG GERMANY

MICHAEL WOLF
AUF DER BLEICHE 32
59964 MEDEBACH GERMANY

MICHAEL WOLF
AUF DER BLEICHE 32
59964 MEDEBACH GERMANY

MICHAELA AND STEFANIE CREMER
WERNER V CREMER
VEREIDIGTER BUCHPRUFER, STEUERBERATER
SCHIFFERSTR 29
60594 FRANKFURT AM MAIN GERMANY

MICHAELA PINGGERA
DORF 158
I-39029 STILFS BZ ITALY

MICHAELA REISCHL
PERLHOFGASSE 22
A-2372 GIESZHUBL AUSTRIA

MICHAEL-FRANZ KRAUSE
OERESUNDSVEJ 12
DK-3100 HORNBAEK DENMARK

MICHEL ADRIAENSSENS
VAN DAELSTRAAT 53
2140 ANTWERPEN BELGIUM EUROPE

MICHEL BARIGAND
VITAL FRANCOISSE 113 3/1
6001 MARCINELLE BELGIUM

MICHEL CUYPERS
2/19 RUE DE TOMBEEK
1331 ROSIERES BELGIUM

MICHEL DE SCHEERDER
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

MICHEL MERCKX
SPRL MEGENCE
RUE CAMILLE DURAY 71
7190 ECAUSSINNES BELGIUM

MICHELA ALESSANDRI
VIA CABELLA 22 D
GENOVA ITALY

MICHELE SCHWARZER
BIRKENWEG 27
51061 KOELN GERMANY

MICHELE ZOTTA
VIA ROMAGNA 136
34134 TRIESTE ITALY

MICHELINE DESCHREIDER
3 AVENUE JOSSE SMETS
1160 BRUSSELS BELGUIM

MICHELLE COBAUX
RUE ARTHUR POUPLIER 42
7190 ECAUSSINNES BELGIUM

MICHELLE DENISE STRAUCH
ANDREWS STRAUCH
IM JOHANNISTAL 18
42119 WUPPERTAL GERMANY

MICHELLE MARX
BRESLAUER STR 9
52388 NORVENICH GERMANY

MICHELLE SCHMITT
BLUMENSTR. 5
DURMERSHEIM 76448  GERMANY

MICROSOFT GLOBAL FINANCE LTD
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

MICROSOFT GLOBAL FINANCE LTD
C/O PIMCO
SANDY BENSON
VICE PRESIDENT LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

MIDDLE EAST SHIPPING
AGENCIES OVERSEAS LTD
MILTIADOU 19
16675 GLYFADA ATHENS  GREECE

MIGUEL ALTUNA
PASCO DUQUE DE BAENA, 40-201ZQ
20009 SAN SEBASTIAN SPAIN

MIGUEL ANGEL LESTERO
FRANCISCO JOSE MARTIN CRANIZO 14
POZVEW DE ALARCON
28224 MADRID SPAIN

MIGUEL ANGEL VELA GIL
ARDA TENOR F BETA 38 5° A
50.007 ZARAGOZA SPAIN

MIGUEL FERNANDEZ BLANCO
CALDERDALESTR. 3
LUEDENSCHEID 58515 GERMANY

MIGUEL FERNANDEZ BLANCO
CALDERDELE STR 3
58515 LUEDENSCHEID
02351 42302

MIGUEL KRUX
HEINESTRASSE 23
D 50931 UOLN GERMANY

MIGUEL SANTIN
25 RUE SACCO ET VANZETTI
F 94800 VILLEJUIF FRANCE

MIGUEL-SAMUEL KLABER-LEISSNER
STOLPSTR 3
D-51643 GUMMERSBACH GERMANY

MIGUEZ BRINGUE AYALA
PZA MERCADOAL 14
25520 POUT DE SUERT LLEIDA ESPANA

MIKE MILUTZKI
BERLINER LAUDSTR. 265
21465 WENDORF GERMANY

MILANESIO ANDREA
FRAZIONE BERRI 10
12064 LA MORRA -CN- ITALY

MILKA MICHAJLOV
BEHRINGWEG 5
RINTELN 31737 GERMANY

MILOS AND VLASTA KOKRDA
165A ROUTE DU GRAND-LANCY
1213 ONEX-GENEVE-SUISSE SWITZERLAND

MINERVA TRUST COMPANY LIMITED AS TRUSTEE OF
THE JUDITH ANN PLUNKET 1981 SETTLEMENT
PO BOX 218 43/45 LA MOTTE STREET
ST HELIER
JE4 8SD JERSEY CHANNEL ISLANDS GREAT BRITAIN

MINETTI ALBERTO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MINGARINI MARTA
VIA CASTELMERLO, 50
40100 BOLOGNA, ITALY

MING-CHIOU KUO
EDERSTRASSE 6
5400 HALLEIN AUSTRIA

MINOTTO LINO
DAVID NEIER ESQ
WINSTON & STRAWN LLP
200 PARK AVE
NEW YORK, NY 10166

MINOTTO LINO
VIA S CROCE 18
35011 CAMPODARSEGO PD ITALY

MION DANTE
RUE DE LA GERENNE 2B9
6000 CHARLEROI BELGIUM

MIRABAUD & CLE BANQUIERS PRIVES
29 BOULEVARD GEORGES-FAVON
CH - 1204 GENEVE SWITZERLAND

MIRABAUD & CLE BANQULERS PRIVES
29 BOULEVARD GEORGES - FAVON
CH-1204 GENEVE SWITZERLAND

MIRABAUD & CLE BANQULERS PRIVES
29 BOULEVARD GEORGES-FAVON
CH - 1204 GENEVE SWITZERLAND

MIRCO CERCATO
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA NO 7
00192 ROME ITALY

MIRIAM LITTERSCHEID
ASCHENBROEDELWEG 17
D-51067 KOLN GERMANY

MIRIAM LITTERSCHEID
ASCHENBROEDELWEG 17
D-51067 KOLN, GERMANY

MIRJA HOPPE
ROSENSTR 19H
25365 SPARRIESHOOP GERMANY

MISSIROLI GIAMPIERO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA U. 42
20123 MILANO ITALY

MITSKI PIEKENBROCK
THOMAS PIEKENBROCK
FELDSTR 54
40479 DUSSELDORF GERMANY

MOHAMAD ABDOLLAHZADEH
SEEBLICK 29
9560 FELDKIRCHEN AUSTRIA

MOHAMMED ABU-SHEIKHA
RINGSTR.51
85540 HAAR GERMANY

MOI MOI SCHMIDT ODER VOLKER SCHMIDT
FRAU MOI MOI SCHMIDT ODER
HERRN VOLKER SCHMIDT
SETHEWEG 19 "L"
D-14089 BERLIN  GERMANY

MOLGORA MARINA
50262602
MOLGORA MARINA
VIA GIAN GIACOMO PORRO 4
197 ROMA RM ITALY

MOLLO ANGELA PAUTASSO LORENZO
VIA VALLE 91
SANFRE 12040 ITALY

MOLTENI TIZIANA RITA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MONETA GIOVANNA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MONFRONI FARA MARIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MONICA BELLINVIA
VIA MONTE AMIATA 3
20149 MILANO ITALY

MONICA FREGNI
VIA PICELLI 19
41043 FORMIGINE (MO) ITALY

MONICA LINKE
SPREESTR 5
03096 BURG-SPREEWALD  GERMANY

MONIKA & ALFRED CLASSEN
SAAMBERG 17
45481 MULHEIM GERMANY

MONIKA CONRAD BILLROTH
BURGSRASSE 19/2/7
A 3400 KLOSTERNEUBURG AUSTRIA

MONIKA DOHR
IM BAND 16
MENDIG 56743 GERMANY

MONIKA EICHMANN
WIESELHOF 15
D 29525 VELZAN  GERMANY

MONIKA FLAMM
WEIMARER STR 15
WIESBADEN GERMANY D 65191

MONIKA FORCH
JOHANNISTHALER CHAUSSEE 213
12351 BERLIN GERMANY

MONIKA FRANK GEB KNIPPS
FASANENWEG 8
74538 ROSENGARTEN  GERMANY

MONIKA FREUDENTHALER
LICHTENAUERWEG 17
21075 HAMBURG GERMANY

MONIKA KOSCHNITZKI
BEETHOVENSTRASSE 10
07629 HERMSDORF/BRD GERMANY

MONIKA SCHILLO-ADOLPH
UNTERER FRIEDHOFSWEG 20
66538 NEUNKIRCHEN GERMANY

MONIKA SCHINDLER
GRUENINGER STR. 66
70599 STUTTGART GERMANY

MONIKA SCHUSTER
WACKERSBERGER STR 70
81371 MÜNCHEN GERMANY

MONIQUE MONSIEUR
A CLEYNHENSLAAN 101
B-3140 KEERSBERGEN BELGIUM

MONIQUE POTVIN
HERENBERGSTRAAT 11
3220 HOLSBEEK BELGIUM

MONIQUE POTVIN
HERENBERGSTRAAT 11
3220 HOLSBEEK BELGIUM

MONIQUE STRAJUSAK CAGNANA
7 RUE CAMILLE GUILLAUME
F 91270 VIGNEUX SUR SEINE FRANCE

MONTAGNOLI, ANDREA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MONTALTI  VALERIO
VIA SAN GIORGIO 2150
47522 SAN GIORGIO DI CESENA (FC) ITALY

MONTANARI IVANO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MONTANI ANDREA
VIA MECENATE 107
20138 MILANO ITALY

MONTSERRAT GIBERT-ALASA
SUEDRING 152
55128 MAINZ GERMANY

MORENA DESIDERIO
MORENA GIUSEPPE GIACOMO
VIA SANTUARIO PALLARETO 3
15015 CARTOSIO - AL - ITALY

MORETTI ROBERTO
VIA DI TRIOZZI 41
50018 SCANDICCI (FI) ITALY

MORGAN STANLEY & CO. INTERNATIONAL PLC
25 CABOT SQUARE, CANARY WHARF
ATTN: BRIAN CRIPPS
LONDON E144QA GREAT  BRITAIN

MORGAN STANLEY & CO. INTERNATIONAL PLC
ATTN BRIAN CRIPPS
25 CABOT SQUARE
CANARY WHARF
E144QA LONDON ENGLAND GREAT BRITAIN

MORGAN STANLEY & CO. INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ATTN JOON P HONG ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

MORITZ AM ENDE
50, AVENUE DU BOIS
L 1250 LUXEMBOURG

MORITZ THUNIQ
DR. HORST MORGENROTH
AM HARTHEBERG 20
DE 01737 KURORT HARTHA, GERMANY

MORO ANTONELLA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MOROSI MIRELLA
VIA MISURINA 11
48015 CERVIA (RAVENNA) ITALY

MORSOLETTO EMANUELE
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

MORVAL SIM S.P.A.
VIA CRIMEA 6
10133 TORINO ITALY

MOTTA DANIELE LONGONI ANNITA
VIA TOFANE 8
23807 MERATE LC ITALY

MR & MRS MICHAEL HEYLEMANS -
MERRILL LYNCH SA RL
ATTN: ELLEN VAN ERP
4, RUE ALBERT BORSCHETTE
L-1246 LUXEMBOURG

MR & MRS. VINCENT PACAUD
HOUSE 18 LAS PINADAS
33 SHOUSON HILL ROAD HONG KONG

MR ALEXANDER HEIN
GRISSET STR 11
74182 OBERSULM GERMANY

MR ALFRED SCHELLENS
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR ANDRE STROOBANT & MRS DANIELLE DE CLERCQ
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR BART DE KESEL
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES, BELGIUM

MR BERNARD VANHOVE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MORVAL SIM S.P.A
VIA CRIMEA 6
10133 TORINO ITALY

MOSSO GIACOMO GAMBA BARBARA MOSSO DANIELE
VIA CASTELLO N. 3
10020 MORIONDO TORINESE (TO) ITALY

MPS BANCA PERSONALE S P A
ATTN MR EUGENIO ANGUILLA
STRADA PROV LE LECCE SURBO- ZONA INDUSTRIALE
73100 LECCE ITALY

MR & MRS STEFFEN & MARTINA ALT
TAUBENTALSTR 3
73525 SCHWAEBISCH GMUEND GERMANY

MR ALBERTO BERINI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZO NO 290
80035 NOLA, NAPLES  ITALY

MR ALFRED HEIN
GRISSETSTR 11
74182 OBERSULM GERMANY

MR ANDRE AND ANETTE GERHARDT
HORMERSDORFER STR 1A
08297 ZWONITZ   GERMANY

MR BAO THO NGUYEN
DEUTSCHE BANK SA/NV
AVENUE MAMIX 13-15
1000
BRUXELLES,

MR BE TRAGTER
DEUGENWEERD 17
7271 XR BORCULO THE NETHERLANDS

MR BERTWIN SEITZ
BISCHOF VON LINGG STR 4
89407 DILLINGEN GERMANY

MR BERTWIN SEITZ
BISCHOF VON LINGG STR 4
89407 DILLINGEN GERMANY

MR CHRISTIAN WENCET
COOMELIUSSTR. 16
12247 BERLIN GERMANY

MR CLAUDE LEMPEREUR & MRS DOMINIQUE TRIGNAU
C/O DEUTSCHE BANK SA/NV
AVENUE MAMIX 13-15
100 BRUXELLES BELGIUM

MR DE NEVE MARNIX
JEAN DE BETHUNELAAN 21
9800 ST MARTENS LEERNE  BEGIUM

MR DOMINIQUE GORLLER
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

MR DR GOTTFRIED BEHRENS
GARTENSTR 49
18114 ROSTOCK, GERMANY

MR DR THOMAS GLITZA
FRIEDRICHSHAINSTRASSE 2
22149 HAMBURG GERMANY

MR ECKHARD MADAUS
AM MITTELPFAD 13
ERFTSTADT GERMANY D-50374

MR EFSTRATIOS VEROS
P.O BOX 70, POST OFFICE
KALAMOS ATTIKIS 19017
KALAMOS ATTIKIS GREECE

MR EMILIO COLOMBO
C/O D'ALESSANDRO & PARTNERS SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MR ERWIN DE WEVER
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR EVANGELOS STERGIOPOULOS
M STERGIOPOULOU
PO BOX 70095
16674 GLYFADA ATHENS GREECE

MR FAHAD SATTAR DERO
SWEET HOMES 25-26
1ST FLOOR, DUBAI SHOPPING CENTER
OPPOSITE DEIRA CITY CENTER - NEXT TO NOVOTEL
DUBAI-UAE

MR FRANCIS DUEZ
C/O DEUTSCHE BANK SA/NV
AVENUE MAMIX 13 15
1000 BRUXELLES BELGIUM

MR FRANCIS DUEZ
DEUTSCHE BANK SA NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR FRANCOIS DEGUENT
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR FRANS GELDOF & MRS PAULA VERDRU
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR FRANZ ROJIK
HAUPTSTRASSE 106
65760 ESHBORN GERMANY

MR GEORG BUERGER
AM ATZELBERG 8
60389 FRANKFURT AM MAIN  GERMANY

MR GERHARD LUITHLEN
ROTEICHENRING 27
MANNHEIM D-68167 GERMANY

MR GERY VAN DEN BOSCH
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR GHISLAIN NISEN & MRS ANNE DEFEVRIMONT
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR GILBERT DE BECKER & MRS CLAUDE ONDERET
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000
BRUXELLES,

MR GIOVANNI MARAGLIANO
LOMBARD ODIER DARIER HENTSCH & CIE
11 RUE DE LA CORRATERIE
CH-1204 GENEVA  SWITZERLAND

MR GIOVANNI MARAGLIANO
LOMBARD ODIER DARIER HENTSCH & CIE
RUE DE LA CORRATERIE 11
1204 GENEVA SWITZERLAND

MR GIUSEPPE DALE
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MR GIUSEPPE DALE
C/O D'ALESSANDRO AND PARTNERS - SAE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MR GUIDO VANDEN CAMP & MRS HERMINE WALSCHOTS
C/O DEUTSCHE BANK SA/NV
AVENUE MARNAX 13-15
1000 BURXELLES
BELGIUM

MR HANNS - R OESER
SCHNEPFENWEG 5
D-30900 WEDEMARK GERMANY

MR HEE WAN LEE
PIET MODRIAN STR 64
51375 LEVERKUSEN GERMANY

MR HERBERT SCHMITZ & MRS. HANNELORE KELSCH-SCHMITZ
HASENFELD 21
52066 AACHEN GERMANY

MR HERMANN ABESSER
BERGWINKEL 271
A 5084 GROSSGMAIN AUSTRIA

MR HORST KARCHER
GEWERBESTR 42
75217 BÜRLENZFELD GERMANY

MR HUBERT ESTIENNE
C/O DEUTSCHE BANK SA/NC
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR IOANNIS PANOU
MRS ANGELIKI PANOU
MR VASILEIOS PANOU
43 28TH OCTOMBRIOU STR.
N. PSYCHIKO,15451 GREECE

MR IVAN VERSCHUEREN & MRS FREIDA VAN COTTHEM
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BEGIUM

MR JEAN BOUCHE & MRS GISELE WARNOTTE
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES, BELGIUM

MR JEAN FRANCOIS LAMBERT
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

MR JOCHEN BADERSCHNEIDER
JOCHEN BADERSCHNEIDER
VEICHTEDERPOINTWEG 33
D 84036 LANDSHUT  GERMANY

MR JOCHEN BADERSCHNEIDER
VEICHTEDERPOINTWEG 33
84036 LANDSHUT, GERMANY

MR JOZEF DE HERTOGH
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

MR KOENRAAD WAUTERS
C/O DEUTSCHE BANK SA NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR LEON BROUIR & MRS DANIELLE SCARCEZ
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR LEON VERELSI & MRS GERMANIA RENS
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR LUC VAN AUTRYVE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR LUDOVIC THOONEN
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR MARUICE PROCUREUR
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BURXELLES BELGIUM

MR MAURICE PROCUREUR
DEUTSCHE BANK SA NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR MAURICE STROHE
WIETHASESTR 58
KOLN GERMANY D-50933

MR MICHAEL KLEPPER & MRS SUZANNE VANDERPERRE
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR MICHEL JAUMOTTE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR MIGUEL PEREZ SOMALO
C/ ALCALA Nº 104 3C
28009 MADRID SPAIN

MR OTTO BECK
KUHSTEIGGASSE 26
D-72581 DETTINGEN GERMANY

MR PATRICK LEMMENS
DEUTSCHE BANK SA NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR PATRICK LEMMENS
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MR PATRICK LEMMENS & MRS KATHLEEN ROMBOUT
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR PATRICK LEMMES
C/O DEUTSCHE BANK SA NV
AVENUE MARNIX 13-15
1000 BRUXEILES BELGIUM

MR PAUL BALLEGEER
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR PAUL DE SCHUTTER & MRS HILDA PATTEET
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR PAUL SCHOETERS & MRS FRANCOISE GERARD
C/O DEUTSCHE BANK SA/NV
AVENUE MAMIX 13 15
1000 BRUXELLES BELGIUM

MR PAUL SCHOETERS & MRS FRANCOISE GERARD
DEUTSCHE BANK SA NV
AVENUE MARNIX
1000 BRUXELLES BELGIUM

MR PAUL ULBRICH
LILIENCRONSTR 16
D-12167 BERLIN GERMANY

MR PETER WESSEL
C/O BANKHAUS DONNER MR LEDERER
DALLINDAMM 27
20095 HAMBURG GERMANY

MR PHILIPPE ANDRE & MRS ADRIENNE GIVRON
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR PIERRE FORAIN
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR PIERRE FORAIN
DEUTSCHE BANK SA NV
AVENUE MARNIX 13 15
1000 BRUXELLES

MR RALF BRAEVER
NEVE STRASSE 11
63589 LINSENGERICHT GERMANY

MR RALF ENGELS LINDEMANN
BREND AMOURSTR 80
40545 DUSSELDORF GERMANY

MR REINHARD GIESE
HAUS-HEYDEN-STR 252
D-52134 HERZOGENRATH GERMANY

MR ROBERT TILKIN
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR RONNY DE RIDDER
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR RUDOLF LOOS
WIDMAIERSTR. 165 A
D 70567 STUTTGART GERMANY

MR SAVERIO RIZZUTI
BANCA FINNAT EURAMERICA SPA
PIAZZA DEL GESU 49
00187 ROMA ITALY

MR STEFAN HEFFELS
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MR STEPHAN OR MRS SUSANNE SCHOLL
HAELDENSTR 28A
75236 KAEMPFELBACK / GERMANY

MR STEPHAN WALDER
ROEMERWEG 7/4
A-2345 BRUNN A. GEB AUSTRIA

MR TOMMASO D'AVINO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY

MR WILBUR CHIEN
4TH FL NO 4 LANE 20
PAO AN ST
HSINTIEN
231 TAIPEI TAIWAN

MR YVES PASLEAU
DEUTSCHE BANK SA/NV
AVENUE MAMIX 13 15
1000 BRUXELLES BELGIUM

MR. ALBERTO BERINI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA NAPLES 80035 ITALY

MR. CLAUDIO GARELLA
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA (NAPLES) 80035 ITALY

MR. CLAUDIO GARELLA
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO.290
80035 NOLA NAPLES ITALY

MR. DIETER FAHLE, MRS. ROSI FAHLE
C/O DR. KLOKE U. KOLL.
BAHNSTR. 1
34431 MARSBERG GERMANY

MR. EMILIO COLOMBO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA, 80035 NAPLES  ITALY