**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF SUFFOLK | ) |

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 142nd Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8309]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this
3rd day of January 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
                                      :
In re                                 :        Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                    Debtors.          :        (Jointly Administered)
                                      :
--------------------------------------------------------------x
```

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual

Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing

agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and

paying agent.  This method of distribution will reduce administrative burdens in these cases and

ensure that the proper claimants receive their distributions.  As such, the Debtors believe that

Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is

granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution

accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not

confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in

the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that

your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and

unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the

extent your proof of claim asserts a claim other than for principal plus accrued and unpaid

interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court

expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim**

**that the Bankruptcy Court expunges and disallows will be treated as if it had not been**

**filed, and you will not be entitled to any distribution from the Debtors' estates on account**

**of that specific claim, although the entitlement to receive distributions through the fiscal**

**and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the

Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your

concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

> A.  Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.  Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and
>
> C.  Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

        If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

        If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

        **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
       December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

MR. GERMAIN DERUYTTER
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM,

MR. GINO IACOBELLI
C/O D'ALESSANDRO AND PARTNERS SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MR. JEAN PAUL BALLEGEER & MRS RITA DEWAELE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

MR. PAOLO MODESTINI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY
80035

MRS AGNES GEORGE
DEUTSCHE BANK SA/NV
AVENUE MARMIX 13-15
1000 BRUXELLES BELGIUM

MRS ARTEMIS STYLIANOU & DIMITRIOS STYLIANOU
14 DIMOKRATIAS STREET
15452 ATHENS PALIO PSYCHIKO GREECE

MRS ATHINA N. LYMPEROPOULOU
MR IOANNIS LYMPEROPOULOS
MR ST LYMPEROPOULOS
20 PLOUTARHOU STR
ATHENS 10676  GREECE

MRS BEATE ITTIG
MINDERHEIDEWEG 1
D-32425 MINDEN GERMANY

MRS BERNHILD STROHE
WIETHASESTR 58
KOLN (COLOGNE) GERMANY D-50933

MRS BRIGITTE GRUENTER
FELDSTR 11
DUREN 52355 GERMANY

MR. GINO IACOBELLI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY
80035

MR. IVAN HONORE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES  BELGIUM

MR. PAOLO GIUSEPPE GARELLA
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA (NAPLES) 80035 ITALY

MR. TOMMASO D'AVINO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA
80035 NAPLES ITALY

MRS AGNES GEORGE
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000
BRUXELLES,

MRS ASTRID SOLTAU
1 LUENKENBERG
22609 HAMBURG GERMANY

MRS BARBARA BURRER
TIEFENBRONNER STR 22
75175 PFORZHEIM GERMANY

MRS BERNADETTE HENNIN
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES  BELGIUM

MRS BRIGITTE GRUENTER
FELDSTR 11
DUREN 52355 GERMANY

MRS BRIGITTE WOUTERS
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MRS CAROLINE COUVREUR
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BURXELLES BELGIUM

MRS CLAIRE SOLYOM
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000
BRUXELLES,

MRS COLETTE ANTOINE
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES, BELGIUM

MRS ELENA PANINA
MEMORLAR 14-88
NAVOI 706800
UZBEKISTAN

MRS EVELINE DAGMAR LUNDERSTADT
LANDSHUTER STR 32
D-12309 BERLIN GERMANY

MRS GISELA ROTH
UAISERALLEE 15A
FRG-76133 KARLSCUHE GERMANY

MRS GOTTSCHALK, AYLINE KATRIN
DOTZHEIMER STR 178
D65197 WIESBADEN, GERMANY

MRS H VAN ECK
OUDE LUNTERSEWEG 34
6718 W P EDE NETHERLANDS

MRS HAN DE KESEL
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES, BELGIUM

MRS INGRID ANTHOON
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MRS JOSEFINA LOPEZ FLORES
APARTADO 6048
28080 MADRID, SPAIN

MRS JULIE DE JONG
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES, BELGIUM

MRS KATHARINA BILOWITZKI
PARKSTRASSE 79
22605 HAMBURG  GERMANY

MRS KERSTIN GRUENTER
FELDSTR 11
DUREN 52355 GERMANY

MRS LINA WAHLIG
BRUCKNERSTR 11 E
D 76744 WORTH / RHEIN GERMANY

MRS LINA WAHLIG
BRUCKNERSTR 11E
D 76744 WORTH/RHEIN GERMANY

MRS LINA WAHLIG
BRUCKNERSTR 11E
D 76744 WORTH/RHEIN GERMANY

MRS LUCIE DE KONINCK
C/O DEUTSCHE BANK SA/NV
AVENUE MARIX 13 15
1000 BRUXELLES BELGIUM

MRS LYDIA SCHMAUDER
BERGER STR 310
60385 FRANKFURT GERMANY

MRS MARIANNE FRANK
WIESENTAL ST 75
70771 LEINFALDEN-ECHTERDINGEN GERMANY

MRS MARLENE GOLLNISCH
AM GIBBELSBERG 14
50933 KOLN GERMANY

MRS MARLENE GOLLNISCH
REMMEN FLECKEN BERGMANN
RECHTSANWALTE STEURBERATER
CARLSPLATZ 24
40213 DUSSELDORF GERMANY

MRS MARTHA ENGEL
SCHNEPFENWEG 5
D-30900 WEDEMARK GERMANY

MRS MELANIE GRUENTER
FELDSTR 11
DUREN 52355 GERMANY

MRS MONIKA GONIN FRISCHKNECHT
VORACKERRAIN N.4
3073 GUMLIGEN AUSTRIA

MRS MONIQUE MALVAUX
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000
BRUXELLES,

MRS MONIQUE VAN DEN NOOTGATE
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MRS REGINA TOSCAN
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES BELGIUM

MRS SANORI SANDRA
VIA FRESCOBALDI 15
36060 ROMANO DEZZELINO VICENZA ITALY

MRS SIMONE DE ROY
C/O DEUTSCHE BANK SA/NV
AVENUE MARNIX 13 15
1000 BRUXELLES BELGIUM

MRS URSULA STEINAU
DR BOETTCHER-STR 15
D-81245 MUNCHEN GERMANY

MS ELENA COLOMBO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA
80035 NAPLES ITALY

MS ELENA COLOMBO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA
NAPLES 80035  ITALY

MS EMANUELA COLOMBO
C/O D'ALESSANDRO & PARTNERS SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MS FEDERICA DALE
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA
80035 NAPLES ITALY

MS GIUSEPPE DALE'
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA
80035 NAPLES ITALY

MS MARIA DOLORES CASTILLO GARCIA
C/ PASEO N 56
CIEZA MURCIA 30 530 SPAIN

MS MARIA DOLORES CASTILLO GARCIA
C/ PASEO N 56 2
CIEZA MURCIA 30 530 SPAIN

MS MARIA GRAZIA SEREGNI
C/O D ALESSANDRO & PARTNERS SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA
NAPLES 80035  ITALY

MS MARIA GRAZIA SEREGNI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA
80035 NAPLES ITALY

MS PAOLA MARTINO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
NOLA NAPLES 80035 ITALY

MS PAOLA MARTINO
D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MS. BRUNA STELLA
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES ITALY

MS. EMANUELA COLOMBO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY

MS. ESTER TONONI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA NAPLES 80035 ITALY
80035

MS. FEDERICA DALE'
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA, NAPLES ITALY

MS. GIUSEPPE DALE'
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
NOLA
80035 NAPLES ITALY

MS. MARIA GRAZIA SALVIONI
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY

MUCCIO GIANFRANCO SAVERIO
STRADA ANULARE TORRE F. S. FELICE
SEGRATE 20090 (MI) ITALY

MUELLER CHRISTINE
MIDDELFELD 24
D- 48157 MUENSTER, GERMANY

MUELLER HABERSTOCK WARNER & H MUELLER HABERSTOCK W & HIL
TIZIAN WEG 3
D 55127 MAINZ  GERMANY

MUELLER HERBERT
SCHUBERTSTRASSE 5
LINDEN 35440 GERMANY

MULLER KARL PHILIPP
LEBERENSTR 27
CH-8472 SEUZACH
SWITZERLAND

MUNSCH ALFRED JOSEPH
C/O NATIXIS PRIVATE BANKING INTERNATIONAL
51 AVENUE J F KENNEDY
L 1855 LUXEMBOURG

MUNSIL HOLDINGS LTD
KATTEN MUCHIN ROSENMAN LLP
ATTN: NOAH HELLER
575 MADISON AVE
NEW YORK, NY 10022-2585

MURTAS RENZO E LASIO RITA
VICO III SACCO E VANZETTI 2
09030 SAMASSI VS ITALY

MUTUA GENERAL DE SEGUROS
AVENIDA DIAGONAL, 542
08029 BARCELONA, SPAIN

MUTUA GENERAL DE SEGUROS
AVENIDA DIAGONAL, 543
08029 BARCELONA, SPAIN

MUTUA GENERAL DE SEGUROS
AVENIDA DIAGONAL, 543
08029 BARCELONA, SPAIN

MUTUALIDAD DEL PREVISION SOCIAL DEL PERSONAL DE ADUANAS
ATTN: DOMINGO RINON
AVDA FILIPINAS, 50
PHILLIPINES

MY-LINH TONG
HANS BOECKLER STR 14
40476 DUSSELDORF  GERMANY

MYRIAM GASPAR
RUE SAINT MARTIN 71
BE-6120  HAM SUR HEURE BELGIUM

N G DE JAGER BELEGGINGSMAATSCHAPPIJ BV
N G DE JAGER
63 BERGWEG NOORD
BERGSCHENHOEK NETHERLANDS

N.G. DE JAGER BELEGGINGSMAATSCHAPPIJ B.V
N.G. DE JAGER
63 BERGWEG NOORD
BERGSCHENHOEK NETHERLANDS

NABIL ANTOUN
14B HERLEUVAUX
5530 DURNAL BELGIUM

NADA JAROUDI
RAIMUNDSTR 70  1 STOCK
FRANKFURT AM MAIN 60431   GERMANY

NADINE KIRCHNER
SCHOENBORNSTR 43
65439 FLOERSHEIM GERMANY

NADJA HERZER
GARTENSTRASSE 4
98693 ILMENAU GERMANY

NADJA SCHMIDT
SEESTRASSE 28
63688 GEDERN GERMANY

NADJA SCHMIDT
SEESTRASSE 2B
63688 GEDERN
GERMANY

NAGINA FINANCE LTD
LOMBARD ODIER DARIER HENTSCH & CIE
ATTN CHRISTIAN WIDMER
RUE DE LA CORRATERIE 11
1204 GENEVA-SWITZERLAND

NAOMI LIVNE C/O JOEL LEVI ADVOCATE
33 JABOTINSKI ST
RAMAT-GAN ISRAEL

NAPOLITANO FRANCESCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

NASHRULLAH MACKWANI
1 RUE DES ROBINIERS
SAVIGNY-LE-TEMPLE F-77176 FRANCE

NATALE SALEMI-FUSCO
KOPPIGENSTR 42
3427 UTZENSTORF  SWITZERLAND

NATALIE ARNOLD
CRACHTSTRASSE 45
44225 DORTMUND GERMANY

NATHALIE HERRMANN
HAUPTSTR: 10
55758 SCMIDTHACHENBACH GERMANY

NECKENIG FRANZ JOSEF
WEGENERSTRASSE 12-13
10713 BERLIN GERMANY

NEGRI LUCA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

NELE MAIERMDJ C/O JOERGMAIER/BIRGIT MAIER
AN DER WAAGE 10A
SANDE 26452 GERMANY

NERI ENRICO
VIA VERDETA 29
41030 BOMPORTO (MO) ITALY

NERI GABRIELE& GOLDONI ANTONELLA
VIA GIUSEPPE DI VITTORIO 10
41030 BOMPORTO (MO)  ITALY

NERI RINO
VIA VERDETA 29
41030 SORBARA (MO)  ITALY

NESSI ADELAIDE, INGRAO GIUSEPPE
VIA RISORGIMENTO 25
12030 MANTA CN ITALY

NESTOR PERSOON
RUE RESTAUMONT 49
7190 ECAUSSINNES BELGIUM

NEUENS ARTHUR & EVERS VALERIE
19 RUE DE JUNGLINSTER
L-6160 BOURGLINSTER LUXEMBOURG

NEW SERVICE SRL
DAVID NEIER ESQ
WINSTON & STRAWN LLP
200 PARK AVE
NEW YORK, NY 10166

NEW SERVICE SRL
VIA DECIME ZI
35019 TOMBOLO PD ITALY

NICHOLAS DRUDE
GEORGENSTRASE 26
D-80799 MUNICH GERMANY

NICK ALEXANDER JORZIK
IM HOELTERFELD 29
58285 GEVELBERG GERMANY

NICK MARQUARDT
VOR DEM QUEENBRUCH 22
38122 BRAUNSCHWEIG GERMANY

NICK VAN EYNDT
MOLENSTRAAT 54/A
2290 VORSELAAR BELGIUM

NICO GENTNER
DORFWIESEN 13
72270 BAIERSBRONN GERMANY

NICOLA DEL GAUDIO
9 RUE AMBROISE PARE
PARIS 75010 FRANCE

NICOLA LIVIO SCARAFIA MARIA
VIA MANERO 74
12030 CARDE CN ITALY

NICOLA LIVIO SCARAFIA MARIA
VIA MANERO 74
12030 CARDE CN ITALY

NICOLA SCHNITZLER
PONGSER KAMP 17
41239 MÖNCHENGLADBACH GERMANY

NICOLA SOLFRINI
VIA GRAZIA DELEDDA 11
47025 MERCATO SARACENO FC ITALY

NICOLA STOCK
STEINWEG 1
D-41564 KAARST GERMANY

NICOLE GRUBE
BLUMENSTR 3
86500 KUTZENHAUSEN GERMANY

NICOLE KRAUSE
FLEESTEALFER STR 4A
HAMBURG 21079 GERMANY

NICOLE NEITZEL
EISWEG 12
HALLE  33790  GERMANY

NICOLE RAMSCH GUNTHER CHRISTIAN RAMSCH
DORFSTRASSE 85
D 25436 GROSS NORDENDE  GERMANY

NICOLE RAMSCH-GUNTHER, CHRISTIAN RAMSCH
DORFSTRASSE 85
D-25436 GROSS NORDENDE GERMANY

NICOLE RETTELBUSCH
BIRKENWEG 9
09648 MITTWEIDA GERMANY

NIEDINGER FRITZ U KRISTINA
14 DOUGLAS RD
3610 COWIES HILL SOUTH AFRICA

NIEDINGER FRITZ U KRISTINA
14 DOUGLAS ROAD
3610 COWIES HILL
SOUTH AFRICA

NIELS HUNSCHE
HOLSTEINANGER 44
ESSEN 45259 GERMANY

NIELS SCHROETER
KRONBERGER STR 5
D-65812 BAD SODEN AM TAUNUS, GERMANY

NIELS VOGEL
C/O ANDREAS VOGEL
JAGDWEG 1
D-91336 HEROLDSBACH GERMANY

NIKLAS BLOEDORN
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

NIKO PIMA
AM STADTWALD 3
45894 GELSENKIRCHEN GERMANY

NIKOLAS TSIOULLIS
GUERTLERSTR 8A
MAINZ 55128 GERMANY

NIKOLAS TSIOULLIS
GUERTLERSTR. 8A
MAINZ 55128

NIKOLAUS ANTONIUS HEPPNER
IN DEN BENDEN 2
53894 MECHERNICH GERMANY

NIKOLAUS ANTONIUS HEPPNER
IN DEN BENDEN 2
53894 MERCHERNICH GERMANY

NIKOLAUS ARTONIUS HEPPNER
INDEN BENDEN 2
53894 MECHERNICH GERMANY

NILS BURGGRAF
WALESSIEFEN 8
53902 BAD MUENSTEREIFEL GERMANY

NILS LENHOFF
HAINALLEE 13
44139 DORTMUND GERMANY

NILS SCHUSTER
BIRKBUSCHSTR 25
BERLIN 12167 GERMANY

NOEL MARCEL
RUE LA SEUWE 24
6061 MONTLIGMES SPAMBRE BELGIUM

NORA PANKOKE
BAUSTRASSE 10
46446 EMMERICH AM RHEIN GERMANY

NORBERT AND MAGDALENA PROSKE
STORCHENWEG 6
90522 OBERASBACH GERMANY

NORBERT BECK
REGERSTR 3
74906 BAD RAPPENAU GERMANY

NORBERT BIEN
NIKOLAUS-EHLEN-STRASSE 33
45475 MUELHEIM AN DER RUHR GERMANY

NORBERT CLEVER
WEIDENWEG 20
41515 GREVENBROICH  GERMANY

NORBERT DENNERSMANN
AM MERGELSBERG 53
40699 ERKRATH GERMANY

NORBERT DERNER
SIEBENBURGENSTR 27
D 74081 HEILBRONN  GERMANY

NORBERT FABER-MONETA JACQUELINE
19 RUE ERNEST BERES
L 1232 HOWALD  LUXEMBOURG (EUROPE)

NORBERT FREISLEBEN
HAUPTSTRASSE 31C
85716 UNTERSCHLEISSHEIM, GERMANY

NORBERT HOLL
ZOLLTURMSTRASSE 7
51143 KOLN GERMANY

NORBERT KINTSCHER
HAGEBUTTENWEG 15
D63225 LANGEN GERMANY

NORBERT KUNKEL
OBERPETTERWEILER WEG 24
KARBEN 61184 GERMANY

NORBERT LOCK
NEUGASSE 4
D 65719 HOFHEIM  GERMANY

NORBERT LOSCHMIDT
LETTENWEG 12
91710 GUNZENHAUSEN  GERMANY

NORBERT MARTIN
RA FRANZ BRAUN
CLLB RECHTSANWALTE
LIEBIGSTRABE 21
D 80538 MUENCHEN  GERMANY

NORBERT PACKBIER
CARLO-MENSE-STR 34
53117 BONN GERMANY

NORBERT PAUL
PAUL-KLEE-STR 12
76227 KARLSRUHE GERMANY

NORBERT ROTHER
LUTTHAMP 64
22547 HAMBURG GERMANY

NORBERT SCHMIDT
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

NORBERT SCHMIDT
FLIEDERSTRASSE 31
82110 GERMERING GERMANY

NORBERT VANDENBOOM
SCHARHOERNSTR 21
D-22880 WEDEL GERMANY

NORBERT WARNECKE
PARADIESWEG 26
27239 TWISTRINGEN, GERMANY

NORD EUROPE PRIVATE BANK
4A RUE HENAI SCHNADT
2530 LUXEMBOURG

NORMAN B THOT
ANGERSTRASSE 11A
40878 RATINGEN GERMANY

NORSTONE GROUP LIMITED
VANDERPOOL PLAZA, 2ND FLOOR
WICKHAMS CAY 1
ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS

NUTTIN DUFRESNE CHRISTINE
502 RUE PARADIS
13008 MARSEILLE
FRANCE

NUTTIN DUFRESNE CHRISTINE
502 RUE PARADIS
13008 MARSEILLE
FRANCE

O. ALPAY ANKARA
C/O MET . E.DEPT
MIDDLE EAST TECH. UNIV.
ANKARA 06531 TURKEY

OBERBANK BRAUNAU AUSTRIA
WILLFRIED & ANITA OSSWALD
THILLSTR 22
74336 BRACKENHEIM GERMANY

OCF SUBSID 1
520 MADISON AVE 18TH FLOOR
NEW YORK, NY 10022

OFI SUBSID 3
520 MADISON AVENUE 18TH FLOOR
NEW YORK, NY 10022

OGLINA MICHELE
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

OLAF KEXEL
EN DE SIEP 62
47802 KREFELD, GERMANY

OLAV RECKER & ANGELA RECKER
ROSENTHALERSTRASSE 45
41849 WASSENBERG GERMANY

OLAWSKY NORBERT, OLAWSKY BRIGITTE
BACHSTR.22
12623 BERLIN GERMANY

OLEG BRODSKI
AM EICHELKAMP 105
40723 HILDEN GERMANY

OLIVER ALTIG
GARTENWEG 7
76707 HAMBRÜCKEN GERMANY

OLIVER ARNOLD
KARL-THEODOR-STRASSE 85
MUENCHEN 80796 GERMANY

OLIVER JASCHOB
WORMERSDORFER STR. 9
MECKENHEIM 53340  GERMANY

OLIVER LAMPERT
ANNOSTR 6
41462 NEUSS GERMANY

OLIVER MATTISSECK
BEETHOVENSTRASSE 20A
12307 BERLIN GERMANY

OLIVER MOELLER
AUF DEM MUEHLENBUNGERT 53
D-53347 ALFTER GERMANY

OLIVER MUELLER
VIRGINIASTRASSE 10
66482 ZWEIBRUCKEN GERMANY

OLIVER WEISS
BERGHOELZLEWEG 12
78357 MUEHLINGEN GERMANY

OLIVIER GILBERT
RUE DU WAINAGE 81
6220 FLEURUS BELGIUM

OLIVIO BUSCARINI & CARLA BARTOLI
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA NO 7
00192 ROME ITALY

OLTRAMARI PAOLA
LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO ITALY

OMAS HOLDINGS LTD
UBS (LUXEMBOURG) S A
33A AVENUE J F KENNEDY
L-1855 LUXEMBOURG

ONNIS ILARIA ONNIS DAVIDE
5042646
PIAZZA SAN GIOVANNI 6
8029 SINISCOLA ITALY

ONOFRI AGOSTINO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ONOFRI FRANCESCA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

OPERTI VALERIO & MERLO LUCIANA
P CARDUCCI 10
12042 BRA, CN, ITALY

ORAZIO NASTASI
STRADA ORTANA 21
01100 VITERBO ITALY

ORNAGHI UMBERTO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ORTELLI FRANCO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ORTELLI MARIA STELLA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ORTELLI PAOLO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ORTRUD & FELIX KLAMMER
ALEXANDERSFELD 42 A
D 26127 OLDENBURG  W GERMANY

ORTRUD & FELIX KLAMMER
ALEXANDERSFELD 42A
26127 OLDENBURG / GERMANY

OSKAR GRUBER
WURZACHER STR 14
88299 LEUTKIRCH GERMANY

OSKAR KORATH
LEOBERSDORFERSTR 7
2552 HIRTENBERG AUSTRIA

OSKAR LTD
60 MARKET SQUARE
PO BOX 364
BELIZE CITY  BELIZE

OSKAR LTD
60 MARKET SQUARE
PO BOX 364
BELIZE CITY BELIZE

OSKAR ZOLLER
FORSTSTR 70 A
13467 BERLIN GERMANY

OSKAR-GOTTFRIED HOFFMANN
HOHERODSKOPFSTR 8
60435 FRANKFURT/MAIN GERMANY

OSKAR-GOTTFRIED HOFFMANN
HOHERODSKOPFSTR 8
60435 FRANKFURT/MAIN GERMANY

OSTERTAG WILHELM
AN DEN WEIDEN 5
60433 FRANKFURT/M GERMANY

OSTES SIMONE
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

OSTES SIMONE
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

OTA PEKLO
ZAHRADNICKOVA 1220/20C
15000 PRAHA 5, CZECH REBPULIC

OTFRIED KINZEL
SCHLEHENSTRASSE 1
MOERS GERMANY 47445

OTMAN ZIEGER
TAUKA 117/1
A-8384 MINIHOF-LIEBAU AUSTRIA

OTMAR SPALT
PESTALOZZISTR 76
D-66578 SCHIFFWEILER GERMANY

OTMAR SPALT
PESTALOZZISTRASSE 76
D 66578 SCHIFFWEILER DE  GERMANY

OTT ROSEMARIE
OTT ROSEMARIE
GORLITZER STR 49
10997 BERLIN GERMANY

OTT, WERNER
165 KOEPENICKER STR
12355 BERLIN GERMANY

OTTMAR & GERTRUD BRENNER
C/O JULIA B KLEIN ESQ
225 W 14TH STREET
19801 WILMINTON DE GERMANY

OTTMAR PREUSSINGER
OTTMAR PREUSSINGER & HELGA PREUSSINGER
SCHLOSSSTR. 20
NUERNBERG 90478 GERMANY

OTTO AND CHRISTEL ROHDE
FRANK-OTTO ROHDE
AM ROTHBUSCH 16
34497 KORBACH-LELBACH GERMANY

OTTO LANGELS
RAMPENWEG 1
31860 EMMERTHAL GERMANY

OTTO NATHEN
GNOBEMZELLERSTR 29
D 82178 PUCHHEIM GERMANY

OTTO UND HELGA FURTH
RA FRANZ BRAUN
GLLS RECHTSANWAELTE
LIEBIGSTR. 21
80538 MUENCHEN GERMANY

OTTORINO ZAMPARINI E PELLEGRINI ROLANDA
VIA MARTIRI DELLA LIBERTA' 81
FABRIANO 60044 (ANCONA) ITALY

P KRAFCZYK
PETER KRAFCZYK
HINDEMITHWEG 3
50829 KOLN, GERMANY

PACIFIC SELECT MANAGED BOND
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

PACIFIC SELECT MANAGED BOND
C/O PIMCO
SANDY BENSON VICE PRESIDENT LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PACIFICI VINCENZO D'ANTONIO ROSA
VIA VINCENZO TIZZANI 94
151 ROMA RM ITALY

PACIFICI VINCENZO D'ANTONIO ROSA
VIA VINCENZO TIZZANI 94
151 ROMA RM ITALY

PAEME JEAN MARIE
MEENSESTEENWEG 365
8800 ROESELARE BELGIUM

PAGANI LUIGI
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PAGANI MARTINA
LA SCALA STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO ITALY

PAGLIA BENITO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PAGLIA LIBERATA
38250835
VIA BONCOMPAGNI 6 CAS POS
187 ROMA RM ITALY

PAGLIA MAURO
38161402
VIA COLLE PUPAZZO 45
3025 MONTE S GIOVANNI CAMPANO FR ITALY

PAGLIA MONIA
38250362
V DI ACQUA BULLICANTE 57
177 ROMA RM ITALY

PAGLIA RINALDINA
38250834
V DI ACQUA BULLICANTE 57
177 ROMA RM ITALY

PAGLIARO GIUSEPPA
VIALE G B BOLDRINI 114
44100 FERRARA ITALY

PAGLIARO GIUSEPPA
VIALE G.B. BOLDRINI 114
44100 FERRARA FE ITALY

PALELLA GIUSEPPE
VIA MODUGNO 28
70128 PALESE-BARI (BA) ITALY

PANAROTTO LINO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PANATO ALBERTO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILONO ITALY

PANATO LUIGINO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PANDOLFI PAOLO
VIA DIAN CARLO SISMONDI 67
20133 MILANO  ITALY

PAOLA DALESSANDRO/GIOVANNI FANTASIA
VIA DONATO IAIA 18
70014 CONVERSANO (BA) ITALY

PAOLA FILIE
RUE DE LA MARLIERE 28 B 7
7190 ECAUSSINNES BELGIUM

PAOLA UGOLINI
VIA SAN MAURO 300
CAP 47522 CESENA FC ITALY

PAOLA UGOLINI
VIA SAN MAURO 300
CAP 47522 CESENA FC ITALY

PAOLO BORRA
VIA A. DEPRETIS 28
VOGHERA (PV) 24058 ITALY

PAOLO CHICCA - PARDINI MARIA TERESA
VIA DELLO ZILLORO 277
55040 CORSANICO - MASSAROSA ITALY

PAOLO MODESTINI
PIAZZA DEL COMBATTENTE
11 GROSSETO ITALY

PAOLO MORSOLETTO
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA NO 7
00192 ROME ITALY

PAOLO MORSOLETTO
C/O AVV. PIETRO PAOLO MENNEA
VIA SILLA NO 7
00192 ROME ITALY

PAOLO NAVACCHIA
VIA SACILE 3
48100 RAVENNA ITALY

PAOLO ROCCHI
C/O BANCA CRV CAS16
VIA CLAUDIA 3621
41056 SAVIGNANO S/P (MO) ITALY

PAOLO TERENZI
VIA PER SORIA NO 32
61121 PESARO (PU) ITALY

PAOLO TERENZI
VIA: PER SORIA NO 32
61121 PESARO (PU) ITALY

PAOLOCCI PAOLO
VIA CIMABUE, 15
48015 CERVIA (RAVENNA) ITALY

PAPILLI CARLO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PAPILLI CARLO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PARASCHOS FRANGOUDAKIS
FRIEDBERGER LANDSTRASSE 179
60389 FRANKFURT GERMANY

PARCHES LEYLON, S.L.
C/ JAUME CANCER, 34
08022 - BARCELONA SPAIN

PARENTI LUIGI
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PARENTI LUIGI
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PARISI PAOLO AND PRINZI GIOVANNA
VIA DI MONTE PELLEGRINO 11
00060 SACROFANO RM ITALY

PARISSE JEAN ELIE
RUE CORELLE 7
B-6724 RULLES BELGIUM

PARKER GROUP LTD
LOMBARD ODIER DARIER HENTSCH & CIE
ATTN CHRISTIAN WIDMER
RUE DE 10 CORRATERIE 11
1204 GENEVA SWITZERLAND

PARROTTA ANTONIO
VIA T CLAUDIO N 18-38023 CLES
TRENTO  ITALY

PASCAL SCHWINN
KRAHENWEG 16
D66740 SAARLOUIS, GERMANY

PASCAL VAN DEN BOSSCHE
KLEEMPUTTENSTRAAT 3
1770 LIEDEKERKE  BELGIUM

PASCAL VAN DEN BOSSCHE
KLEEMPUTTENSTRAAT 3
1770 LIEDEKERKE BELGIUM

PASCALE VAN HECKE BERGIERS
KRUISSTRAAT 2
B 3090 OVERIJSE  BELGIUM

PASCALINE COBAUX
RUE DES DEPORTES 27 B
7070 MIGNAULT BELGIUM

PASQUALE ACCARDO & CONCETTA PELLEGRINO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO 290
80035 NOLA NAPLES (ITALY)

PASQUALE ACCARDO AND CONCETTA PELLEGRINO
C/O DIALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZO NO 290
80035 NOLA NAPLES ITALY

PASQUALE ACCARDO, CONCETTA PELLEGRINO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY
80035

PASQUALE ACCARDO, CONCETTA PELLEGRINO
C/O D'ALESSANDRO & PARTNERS - SGE
VIA ANFITEATRO LATERIZIO NO. 290
80035 NOLA NAPLES ITALY
80035

PASQUALE MASTRICCI
BSI 5A
VIA MAGATTI 2
CH 6901 LUGANO (SWITZERLAND)

PASQUALI GIORGIO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PASQUALINA BERNARDO
RUDOWER STR. 99
BERLIN 12351 GERMANY

PASQUINI RATENA SIGNORASTRI PIERGIOVANNI
VIA GREGORI 01
43043 BORGO VAL DI TARO PR ITALY

PATAGONIA CAPITAL SA
GUALTIERO GIRIBALDI
39 AVENUE DES PAPALINS
MC 98000 MONACO PRINCIPALITY

PATCASA, SA.
VENTURE FINANZIAS SV., SA.
CL/DR FLEMING 21 ESC B BAJOS
08017 BARCELONA SPAIN

PATELLI GIANLUCA
VIA BELLOMOMBRA 9
40136 BOLOGNA   ITALY

PATRICIA EISENBEISS
C/O KATHLEEN DE MARTINI
335 E 51 ST APT 4C
NEW YORK, NY 10022

PATRICIA EISENBEISS
CHATEAU PERIGORD I
6, LACETS SAINT-LEON
9800 MONTE CARLO MONACO

PATRICK ARNET
OBERWANNERN
CH-6142 GETTNAU SWITZERLAND

PATRICK DE RYCK
POPULIERENLAAN 56
9470 DENDERLEEUW - BELGIUM

PATRICK DHAESE
JEAN FOBELAAN 8
B-9031 GENT BELGIUM

PATRICK GEORG
50 RUE DE STERPENICH
KLEINBETTINGEN 8379 LUXEMBOURG

PATRICK HUNZIKER
DORFSTRASSE 41
5054 KIRCHLEERAU SWITZERLAND

PATRICK JULIAN DAMM
WILHELM KALLE STRASSE 2
65203 WIESBADEN GERMANY

PATRICK MENTEN
PFARRER-EGEN-WEG 18
72169 HORB-MUEHLEN GERMANY

PATRICK PUHANI
FR-PIETZSCH-STR 12
D-67159 FRIEDELSHEIM GERMANY

PATRICK SCHMIDT
HUMMELSBERG 3
36151 BURGHAUN, GERMANY

PATRICK UND SYBILLE ARNET
OBERWANNERN
GETTNAU 6142  SWITZERLAND

PATRICK VOGEL
MARKT 21
KREISSPARKASSE MITTWEIDA
D-09306 ROCHLITZ GERMANY

PATRICK WANK
MENDELSSOHNSTR. 11
59075 HAMM GERMANY

PAUL & MARIANNE MICHAELIS
C/O PAUL MICHAELIS & MARIA MARIANNE MICHAELIS
EIFELSTR 12
50677 KOLN GERMANY

PAUL BIBAUW
RUE BASSE 6
1640 RHODE-ST-GENESE BELGIUM

PAUL FREIHOFER
STAMITZWEG 10
D-46282 DORSTEN GERMANY

PAUL HERMANNS
E-LUDWIG-KIRCHNER-STR. 56
51375 LEVERKUSEN GERMANY

PAUL HERMANNS
ERNST-LUDWIG-KIRCHNER-STR 56
51375 LEVERKUSEN - GERMANY

PAUL JOKIEL
BITZIWEG 9
CH-9466 MONTLINGEN

PAUL LENNARTZ
BESSENBACHER WEG 76C
D-63739 ASCHAFFENBURG GERMANY

PAUL MICHAEL KAUFMANN
IN DEN BURGGÄRTEN 20
72622 NÜRTINGEN GERMANY

PAUL MÜLLER
SCHAALSTR 3
72351 GEISLINGEN  GERMANY

PAUL NIESSEN
ELSUMER WEG 23
41849 WASSENBERG GERMANY

PAUL REINHOLD
AM STADTRANDE 6
31515 WUNSTORF GERMANY

PAUL SCHLUNEK
OBERE BERGSTR 30
90607 RUECKERSDORF GERMANY

PAUL SCHMEICHEL
NONNENSTROMBERGSTR. 21
D-53757 SANKT AUGUSTIN, GERMANY

PAUL SCHNEIDER
NIBELUNGENSTR. 8
14109 BERLIN

PAUL SMANS & EMA VAN DEN ELSKEN
DEUTSCHE BANK SA/NV
AVENUE MARNIX 13-15
1000 BRUXELLES  BELGIUM

PAUL STIERHOF
WEGFELD 10
91459 MARKT ERLBACH GERMANY

PAUL STOCKER
PROELLHOFSTRASSE 52
5411 OBERALM AUSTRIA

PAUL TEICHMANN
MAUERKIRCHERSTRASSE 177
D-81925 MÜNCHEN  GERMANY

PAUL TEICHMANN
MAUERKIRCHSTR 177
81925 MUNCHEN GERMANY

PAUL U HELLA SCHWARZ
OSCAR-WILDE STR 5
50858 KOLN GERMANY

PAUL VINZENZ
NIDDASTR. 59
63329 EGELSBACH GERMANY

PAULA BOHMIG
MICHAEL AND MAREN BOHMIG
DU PONT STR 22
D-61352 BAD HOMBURG GERMANY

PAULETTE FRANSSEN
RUE DU FAUBOURG 31
BE-6110 MONTIGNY LE TILLEUL, BELGIUM

PAUL-HEINZ ZEBROWSKI
TRIFTSTRASSE 1
33378 RHEDA-WIEDENBRUECK, GERMANY

PAUL-HEINZ ZEBROWSKI
TRIFTSTRASSE 1
RHEDA-WIEDENBRUECK 33378 GERMANY

PAVIOTTI LORENZA
ALESSANDRO SCARLATTI STREET 1A
37131 VERONA ITALY

PAZZAGLINI ANTONIO
VIA PIANVENTENA 1400
47842 S GIOVANNI IN M (RN) ITALY

PEDRO PELZ & ANKE PELZ
SCHAUINSLANDWEG 9
JESTETTEN DEUTSCHLAND
79798

PEDRO RODENAS
CALLE BAHIA DE CADIZ 11, 1ºA
MADRID ESPAÑA SPAIN

PEIZHONG WEI
ZHIQIANG NANYUAN TALOU 2  12-8
XIAO XI TIAN,HAI DIAN DIST
100082 BEIJING CHINA

PELLICCIA BRUNO
C/O BNI
VIA LEPETIT 8/10
MILANO 20124  ITALY

PELLICCIA MAURO
C/O BNI
VIA LEPETIT 8/10
MILANO 20124  ITALY

PELUFFO GIOVANNI MONTALDO CATERINA
V MADRID 16
09131 CAGLIARI CA ITALY

PENNERSTORFER SABINE
BIRKENWEG 1
3550 LANGEN LOIS AUSTRIA

PEPIN-LAUX THERESE
38 RUE DU KIEM
L-8030 STRASSEN, LUXEMBOURG

PERCIVALDI VALENTINO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PERCIVALO, VALENTINO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PERDICARO CARMELO
VIA TOSCANA 10/A
41057 SPILAMBERTO (MO) ITALY

PERDICARO KATIA
VIA GIUSEPPE MARTUCCI 12
40136 BOLOGNA ITALY

PEREGO ENRICO CARLO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PERIARI VITTORIO
VIA PIETRO GIARDINI 78
41124 MODENA (MO) ITALY

PERRY PARTNERS INTERNATIONAL INC
C/O MORRISON FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW SUITE 6000
WASHINGTON, DC 20006

PERRY PARTNERS INTERNATIONAL INC
PERRY CORP
ATTN  MICHAEL NEUS GENERAL COUNSEL
767 FIFTH AVENUE 19TH FLOOR
NEW YORK, NY 10153

PERRY PARTNERS LP
C/O MORRISON & FOSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW SUITE 6000
WASHINGTON, DC 20006

PERRY PARTNERS LP
PERRY CORP
ATTN  MICHAEL NEUS GENERAL COUNSEL
767 FIFTH AVENUE 19TH FLOOR
NEW YORK, NY 10153

PERTUSINI ARMANDO
VIA ROZZO NO 5
22025 LEZZENO COMO ITALY

PESCH STIFTUNG
UNIVERSITAT ZU KOLN
DEZERNAT  6
ALBERTUS MAGNUS PLATZ 6
D 50931 KOLN  GERMANY

PETAR HEYKEN
GOETHESTR 18
89165 DEITENHEIM GERMANY

PETER AND GUNILLA REMY
NIKOLAUSSTRASSE 9
65343 ELTVILLE GERMANY

PETER AND GUNILLA REMY
NIKOLAUSSTRASSE 9
65343 ELTVILLE GERMANY

PETER AND SYBILLE DAHM
BADEGASSE 16
36199 ROTENBURG GERMANY

PETER ANDRÄ
SCHAAFENSTRAße 10
KÖLN 50676 GERMANY

PETER BACHMANN
ERLENRAIN 2
6020 EMMENBRUCKE  SWITZERLAND

PETER BAESLER
BLARERPLATZ 4
ESSLINGEN DE 73723 GERMANY

PETER BERKHOUT
DOROTHEASTR. 32
D-10318 BERLIN GERMANY

PETER BINNEMANS
KARDINAAL CARDIJNLAAN 35/4
2640 MORTSEL

PETER BRUMM
TUCHOLSKYSTRASSE 30
FRANKFURT AM MAIN 60598 GERMANY
60598

PETER BURGGRAF
ODINSTR 11
53902 BAD MUENSTEREIFEL GERMANY

PETER CHUDOBA
PETER CHUDOBA & MARGIT CHUDOBA
WEIHERWIESEN 5
90559 BURGTHANN GERMANY

PETER DAISS
GRAVENSTEINER STR. 10
74626 BRETZFELD GERMANY

PETER DITZEL
RECHTSANWALTE DR HERZOG BREJSCHKA SCHWAGERL
DR BOHNENBERGER DR GRUN DR R HERZOG
DOMSTR 1
97070 WURZBURG GERMANY

PETER DROSTE
KATERINIWEG 52
63477 MAINTAL GERMANY

PETER EIGENDORF
RINGSTRASSE 52
D - 56564 NEUWIED GERMANY

PETER ERBSLOEH
MASTWEG 155
42349 WUPPERTAL  GERMANY

PETER FICKLER
SUDETEN STR 1
D 68519 VIERNHEIM GERMANY

PETER FRIESE
GLOERFELD 1
D-58553 HALVER GERMANY

PETER FRITZ
HEINGARTENWEG 22
76185 KARLSRUHE GERMANY

PETER GASSER
WEHRSTRASSE 4
8570 WEINFELDEN SWITZERLAND

PETER GRAF
ALTE HEERSTR 3
46459 REES  GERMANY

PETER HILLE
OTTWEILER STR. 8C
HANNOVER  30559 GERMANY

PETER HUBERT & ANNE-MARIE SCHOEFFEL
ERNST-LUDWIG-STRASSE 12
D - 55257 BUDENHEIM GERMANY

PETER JACOBY
CORONEL DIAZ 2089
1425 BUENOS AIRES ARGENTINA

PETER JOERSS
KRUMMSTICKEN 6
22043 HAMBURG GERMANY

PETER KASPER
12480 WOLF RUN
GLEN ELLEN, CA 95442

PETER KLEIN
RIETERSTRASSE 30
8002 ZURICH, SWITZERLAND

PETER KNOBLING
WIESENWEG 5
D-61476 KRONBERG GERMANY

PETER KNORPP
LEIERWIESEN 24
70180 STUTTGART GERMANY

PETER KOLB
VON-DER-TANN-STRABE 38
86159 AUGSBURG GERMANY

PETER KOVACS
LUDWIG - FEUERBACH - STR 30
D-90489 NUREMBERG GERMANY

PETER KOVACS
LUDWIG - FEUERBACH - STR 30
GERMANY
D-90489 NUREMBERG GERMANY

PETER KREBS
OFFENBACHSTR. 8
53173 BONN GERMANY

PETER KROHA
CHAMISSOSTR 3
DUESSELDORF D-40237 GERMANY

PETER LANDGRAF
SCHIRNBORNWEG 8
61476 KRONBERG, GERMANY

PETER LANDGRAF
SCHIRNBORNWEG 8
61476 KRONBERG
GERMANY

PETER LANIECKI
MAX-STROMEYER-STR 11
78467 KONSTANZ GERMANY

PETER LENZ
WARTWEG 12
97199 OCHSENFURT GERMANY

PETER LUDWIGS
BUSSARDWEG 24
50389 WESSELING GERMANY

PETER MAJOR
FUHLROTTSTR. 14
40699 ERKRATH GERMANY

PETER MARAS
GOETHESTRASSE 03
15848 BEESKOW GERMANY

PETER MESCHEDE
EGENHOFENSTR 39C
82152 PLANEGG GERMANY

PETER MOOS VON SEILLER
SEISERLEITE 7
39040 VAHRN BOZEN ITALY

PETER MOOS VON SEILLER
SEISERLEITE 7
39040 VAHRN BOZEN ITALY

PETER NEUMANN
ROITH 29
A-4820 BAD ISCHL AUSTRIA

PETER NEUMANN
THIERSCHSTRASSE 19
MUENCHEN 80538 GERMANY

PETER NIEDT
NEUE REIHE 14
38448 WOLFSBURG GERMANY

PETER ODER MARLIES NASS
LEHMWEG 68
GIFHORN 38519 GERMANY

PETER OFFERMANNS
DELLSTRA E 15
52072 AACHEN GERMANY

PETER PEYTCHEV & MARIE-MICHELE VAN LINDT
WIENER WEG  10
KOELN 50858 GERMANY

PETER PEYTCHEV AND MARIE-MICHELE VAN LINDT
WIENER WEG 10
KOELN 50858  GERMANY

PETER PICHLER
OLIVENWEG 12
4481 ASTEN  AUSTRIA

PETER PILLAT
WARTBURGSTR 25
01309 DRESDEN GERMANY

PETER PUCHERT
KUESSELSTR 5
14473 POTSDAM GERMANY

PETER REINHARD
EICHWASENRING 23
72654 NECKARTENZLINGEN GERMANY

PETER SCHALLES
Z.H. PETER BOK
H.U. HOHENLOHL STR. 7
D97980 BAD MENGENTHEIM, GERMANY

PETER SCHLUTTER
C/O HANS & KARIN SCHLUTTER
KNAUPSCHER WEG 3 B
21244 BUCHHOLZ, GERMANY

PETER SCHMIDT
AM ROTT 8 GRABOW
D-29439 LUCHOW GERMANY

PETER SCHMIDT
AM ROTT 8 GRABOW
D-29439 LUCHOW GERMANY

PETER SCHNEIDER
SOLITUDESTR. 235
70499 STUTTGART, GERMANY

PETER SCHRECKLINGER
DR. JAKOB-WITTEMANN STR. 3
65527 NIEDERNHAUSEN GERMANY

PETER SCHUCHMANN
ERFURTER STR 11A
64372 OBER-RAMTADT GERMANY

PETER SCHULZE
CANISIUSWEG 33
A6020 INNSBRUCK AUSTRIA EUROPE

PETER SCHWEDT
AUENSTR 13
72351 GEISLINGEN GERMANY

PETER SPANN
HOHE STEIGE 9
71229 LEONBERG GERMANY

PETER SPOHR
SODERBLOMSTRASSE 25
HAMBURG 1 GERMANY 22045

PETER STOCKHARDT
PARKSTRASSE 15
D 65189 WIESBADEN GERMANY

PETER STOLLE
FLACHSROESTSTR 78E
90475 NURNBERG GERMANY

PETER TIEDEMANN
LA XENNA 42
URB. LA GALERA DE LAS PALMERAS BUZON 86
E-03590 ALTEA-ALICANTE SPAIN

PETER U MARIANNE FLECHSIG
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART  GERMANY

PETER UND ALEXANDRA KOCH
GUELLSTR 8
80336 MUENCHEN GERMANY

PETER UND HELEN JAKOBY
47 ANDREW AVENUE, REXFORD
KNYSNA 6571  SOUTH AFRICA

PETER UND HELEN JAKOBY
PT ASSET MANAGEMENT AG
PF 1341
72544 METZINGEN

PETER UND KAREN FRANZ
POMMERNSTRAßE 38
D-64297 DARMSTADT GERMANY

PETER UND PETRA LAURENT
PAIKSTR 32
BAD BIEISIG GERMANY 53498

PETER UND SONJA KRAWAT
BERLINERSTRASSE 2
35239 STEFFENBERG GERMANY

PETER VAN AUTRYVE
SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

PETER VIEHOFF
AM BONNESHOF 30
D-40474 DUESSELDORF GERMANY

PETER WALTER
DACHSSTR 23
47800 KREFELD GERMANY

PETER WANDERER
AM KIRCHBERG 4
07646  LIPPERSDORF GERMANY

PETER WANNER
APARTADO 70512
CARACAS 1071 A VENEZUELA

PETER WEISSMUELLER
WEISSENSTEINSTR 8
81249 MUENCHEN  GERMANY

PETER WILDIERS
BERLAARBAAN 304
OLV WAVER 2861 BELGIUM

PETER.W.A.M.C. LAARAKKER
WESTKANAALDIJK  4
WEURT 6551AA NETHERLANDS

PETER-FRIEDRICH UND RUTH BODE
EINTRACHTSTRASSE 20
LEVERKUSEN 51375 GERMANY

PETRA BORGSTAEDT
AN DER ALTEBURGER MUHLE 4
50568 KOELN  GERMANY

PETRA KRUCHEN
DORFER FELDWEG 30
KORSCHENBROICH 41352 GERMANY

PETRA LEPPELT
AN DER LEILE 1
96215 LICHTENFELS  GERMANY

PETRA SCHMIDT
C STMARKSTR 9
83378 RHEDA GERMANY

PETRA SCHMIDT
OSTMARKSTR 9
33378 RHEDA-WIEDENBRUCK GERMANY

PEZZOLA GABRIELLA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PFENNINGER MICHAEL
NEUGUT
CH-8932 METTMENSTETTEN SWITZERLAND

PH DELFORGE
C/O NATIXIS PRIVATE BANNING
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

PHILIP & ASTRID MUELLER-GERBES
MAINZER STR 26
D-10715 BERLIN GERMANY

PHILIP HALEEN
POESELDORFER WEG 16A
20148 HAMBURG GERMANY

PHILIP JOISTEN
STEINKLEESTRASSE 20A
FRANKFURT GERMANY 60435

PHILIP TOENNIES
LIEBIGSTR 55
35392 GIESSEN GERMANY

PHILIP VAN LIERDE
C/O SG PRIVATE BANKING
ATTN ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

PHILIPP BIEBERSTEIN
GRUNDWEG 2B
97816 LOHR GERMANY

PHILIPP DAMBACH
KIRSCHBLUETENWEG 9
BAD HOMBURG  GERMANY

PHILIPP ECKEL
STRASSBURGER RING 43
D-97084 WURZBURG  GERMANY

PHILIPP EISENBARTH
ZUM SALVUSBRUNNEN 16
KUTZENHAUSEN 86500 GERMANY

PHILIPP HAUG
LINDENBUCH 1/1
72290 LOSSBURG, GERMANY

PHILIPP HEITZER
ERNST-REUTER-STR. 26
33104 PADERBORN GERMANY

PHILIPP TROJAHN
AM HEGEWINKEL 109
14169 BERLIN GERMANY

PHILIPPE PERRENOUD
SCHULERSTRASSE 3A
D 75180 PFORZHEIM GERMANY

PHILIPPE RENCUREL
64 RUE EDOUARD HENNOT
F 77420 CHAMPS SUR MARNE  FRANCE

PHIL-LUIS JUNGBLUT
AM WIESENGRUND 6
49565 BRAMSCHE GERMANY

PIA ANDREA DITZER
FELDWEG 57
27474 CUXHAVEN GERMANY

PIANTONI DANIELE
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PIANTONI VITTORIO
LA SCALA
STUDIO LEGATE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO  ITALY

PICCA ANTONIO ISIDORO
23155
VIA ADOLFO CONSOLINI 25
9170 ORISTANO OR ITALY

PICCIONI MATTEO
VIA GROTTA 25 MISANO MONTE
47843 MISANO ADRIATICO (RN) ITALY

PICCIONI SILVANO
VIALE ABRUZZI 10
47838 RICCIONE (RN) ITALY

PICHLER ANDREAS
GRAFENDORF 70
9634 GUNDERSHEIM  AUSTRIA

PICHLER GERHARD
PICHELER GERHARD DIPL ING (FH)
L H JUNGNICKELSTRABE 2/2/19
9500 VILLACH  AUSTIA

PICHLER ULRICH
GRAFENDORF 70
9634 GUNDERSHEIM  AUSTRIA

PIER PAOLO PONCHIA
CORSO  22 MARZO 33
20129 MILANO ITALY

PIERLUIGI BRUGIOLO
VIA IV NOVEMBRE 2
35020 BRUGINE PD  ITALY

PIERLUIGI GRASSI & DONATELLA LIBRANTI JT
V. DI VIGNA MURATA N 1
00143 ROME ITALY

PIERPAOLO MAZZA
FUERSTENBERGERSTR. 163
60322 FRANKFURT/MAIN GERMANY

PIERRE PAROW
FRIEDENSEICHE 8
18374 ZINGST GERMANY

PIERRE THEILLOUT
BY RENE THEILLOUT
ROSENSTRASSE 11
KIRCHEN GERMANY 57548

PIERRE THEILLOUT
BY RENÉ THEILLOUT
ROSENSTRASSE 11
57548 KIRCHEN DE GERMANY

PIERRE VAN HAVERE
HOUTENKRUISSTRAAT 27
OOST-ULAANDEREN
9150 KRUIBEKE BELGIUM

PIERRE WINS
RUE ALBERT DE CUYCK L6
B-4000 LIEGE BELGIUM

PIERRE WISELER WIESE JOSEE
9 BLD JOSEPH II
L 1840 LUXEMBOURG  (EUROPE)

PIETER GEEURICKX
NELEMOLENSTRAAT 14
DILBEEK 1700 BELGIUM

PIETRO BERTAGNA BARBARA BERTAGNA
VIA CAPRIGLIA 152
55045 PIETRASANTA ITALY

PIFFERI WILLIAM  BERTONI ORIELLA
VIALE MONTEVERDI NO 4
41049 SASSUOLO (MODENA)  ITALY

PIMCO TOTAL RETURN FUND
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 MONROE ST
CHICAGO, IL 60603

PIMCO TOTAL RETURN FUND
C/O PIMCO
SANDY BENSON, VICE PRESIDENT, LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

PIONEER INVESTMENTS TOTAL RETURN FUND
C/O LOWENSTEIN SANDLER PC
ATTN  S JASON TEELE ESQ
65 LIVINGSTON AVE
ROSELAND, NJ 07068

PIRAS AMELIA SERRA GIOVANNI
2200180
VIA GARIBALDI 22
8040 OSINI (OG)  ITALY

PIREDDU RAFFAELE PERGOLESI MARIA
C/O LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA 42
20123 MILANO ITALY

PISELLI PATRIZIA
RASPA ALESSIO
VIA OLIVELLO 44
06089 TORGIANO PERUGIA  ITALY

PITT JURGEN VAESSEN
ILLINGHAUSER WEG 14 C
41470 NEUSS, GERMANY

PITT JURGEN VAESSEN
ILLINGHAUSER WEG 146
41470 NEUSS GERMANY

PITZER INGRID
KULTURHEIMSTR 20
80939 MUNICH GERMANY