**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss:
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 143rd Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8310]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this
3rd day of January 2011

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
     f/k/a General Motors Corp., et al.  :
                                    :
                 Debtors.           :        (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

US_ACTIVE:\43594019\02\72240.0639

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  As such, the Debtors believe that Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the extent your proof of claim asserts a claim other than for principal plus accrued and unpaid interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed, and you will not be entitled to any distribution from the Debtors' estates on account of that specific claim, although the entitlement to receive distributions through the fiscal and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

**<u>PLEASE TAKE FURTHER NOTICE THAT</u>** a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on or before the deadline for response:

> A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and
>
> C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above, then the Debtors have the right to object on other grounds to your claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if you fail to file a timely Response or appear at the Hearing.**

Dated: New York, New York
          December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

H. REINHOLD SCHARZER
C/O BRUNS & HENKEL
FRIEDENSTRASSE 6-8
50259 PULHEIM-DANSWEILER GERMANY

PL MANAGED BOND FUND
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

PODDA MARIA PODDA VIRGILIO
50224325
V PLEBISCITO 24
8040 ULASSAI OG ITALY

POLZINETTI ANDREA
VIA LUIGI DE CRECCHIO 9/1
66034 LANCIANO (CH) ITALY

PORCU VINCENZO
258063
VIA SETTEMBRINI 21
08020 GAVOI (NU) ITALY

POULINE INVEST LTD
VANTERPOOL PLAZA PO BOX 873
WICKHAMS CAY I ROAD TOWN
TORTOLA BRITISH VIRGIN ISLANDS

PREVIDI MILVA
VIA MANFREDO FANTI NO 4
41012 CARPI (MO) ITALY

PROF DR GISELA SOHEELE
PROF DR JÜRGEN SCHEELE
STÜTTGERHOFWEG 40
50858 KÖLN GERMANY

PROF DR JAN MIKRUT
VIALE LEONARDO DA VINCI N 83 INT 19
C A P 00145 ROMA ITALY

PROMIND SORI S R L
VIA ANDREA SANSOVINO 243/40
10151 TORINO (TO) ITALY

PJ DECLERCQ ZUBLI & ERAMJOIE
HOGE HAAR 53
B2970 SCHILDE BELGIUM

PL MANAGED BOND FUND
C/O PIMCO
SANDY BENSON VICE PRESIDENT LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

POLIZZI DI SORRENTINO MASSIMO
72476931
VIA VERONA 9
161 ROMA RM ITALY

POPPE PAUL
SCHRAM LUCIENNE
EKSTERSTR 6
B 8450 BREDENE BELGIUM

PORZIO NICOLA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

PREMAAT (PREVISION MUTUA APAREJADORES Y ARQUITECTO TECNIC
ANA HERNANDO
PASEO DE LA CASTELLANA 51
28046 MADRID SPAIN

PRIVATBANK IHAG ZURICH AG
BLEICHERWEG 18
POSTFACH
8022 ZURICH SWITZERLAND

PROF DR HELMURT REIHLEN & DR ERIKA REIHLEN
WUEFFSTR 12
D-12165 BERLIN GERMANY

PROF. DR PETER BURG
SCHOPPINGENWEG 49
48149 MUNSTER GERMANY

PROVYN NATHALIE
TEN BOSSE 107
9800 DEINZE BELGIUM

PUDDU SIMONA
VIA DELLA QUADRIGA 6
00040 ARDEA RM ITALY

R GOESSENS
C/O NATIXIS PRIVATE BANKING
51 AVENUE J F KENNEDY
L 1855 LUXEMBOURG  EUROPE

R MAQUAIRE
NATIXIS PRIVATE BANKING INT'L
51 AVENUE JF KENNEDY
L-1855 LUXEMBOURG

R ZANETTE
NATIXIS PRIVATE BANKING
51 AVENUE JF KENNEDY
L 1855 LUXEMBOURG

R. PATZENHAUER AND S. PATZENHAUER
C/O FAM PATZENHAUER
ROSTOCKER STRASSE 16
39124 MAGDEBURG GERMANY

RABAGLINO MARIA ROSA
LA SCALA
STUDIO LEGALE E TRIBUTANO
CROSO MAGENTA N 42
20123 MILANO  ITALY

RACHEL ANNA BRAUN
HINTER EICHBAUM 47
D-55595 WALLHAUSEN GERMANY

RAEF UND MONIKA PRAPPACHER
WEICHSELHECKEN 39
97332 VOLKACH GERMANY

RAFAEL INDERMUEHLE
CHUTZENSTRASSE 46
3007 BERN SWITZERLAND

RAFAEL PETER OHO
SCHWANENGASSE 1
55252 MAINZ-KASTEL GERMANY

RAGGIO STEFANO
VIA A. MASARATI 22
29012 CAORSO PC ITALY

RAIFFEISENBANK BASEL
ST JAKOBSTRASSE 7
4052 BASEL SWITZERLAND

RAIK HERING
OISTERWIJKER STR 24
63303 DREIEICH GERMANY

RAIMUND KAMPE
VON NEUENAHR STR. 22
50181 BEDBURG GERMANY

RAIMUND KOSCHYK
PARISER STR. 52
10719 BERLIN GERMANY

RAINER & ANNA WADEWITZ
KURGARFENWEG 7
72250 FREUDEUSTADT GERMANY

RAINER AND ELISABETH MICHELS
LAERCHENWEG 34
D-74747 RAVENSTEIN GERMANY

RAINER AND HELGA ELSNER
AM HIRSCHSPRUNG 11
34508 WILLINGEN GERMANY

RAINER D. LEMCKE
GEIBELSTRASSE 12
29664 WALSRODE GERMANY

RAINER DUCHMANN
OSKAR-VON-MILLER-STRASSE 20
60314 FRANKFURT AM MAIN GERMANY

RAINER GOEHRING
FREILIGRATHSTRASSE 13
GERMANY

RAINER HAAS
ZUM FUERSTENBERG 39
D-59755 ARNSBERG GERMANY

RAINER HOLST
AM SEEDEICH 1
HILLGROVEN 25764 GERMANY

RAINER JUNKER
BLUMENWEG 29
D-63128 DIETZENBACH GERMANY

RAINER MICHELS
LAERCHENWEG 34
D-74747 RAVENSTEIN GERMANY

RAINER OR EDITH HOESS
INNERBERG 43
A-6133 WEERBERG / EUROPE - AUSTRIA

RAINER PUFHAL AND KARIN PUFAHL
MONTGOLFIER ALLEE 17
60486 FRANKFURT
GERMANY

RAINER RATZESBERGER
MUELBERGERSTRASSE 91
ESSLINGEN 73728 GERMANY

RAINER WEINGARTNER
MEINECKE-STRASSE 46
40474 DUSSELDORF GERMANY

RAINER WEINGARTNER
MEINECKE-STRASSE 46
40474 DUSSELDORF
GERMANY

RAINER WINKELHAKE
HEILIGENSTADTER WEG 13
D-37213 WITZENHAUSEN GERMANY

RAINER WINKELHAKE
HEILIGENSTÄDTERWEG 13
037213 WITZENHAUSEN  GERMANY

RALF ARNO
KLAUS WIEMANN WALTRAUT WIEMANN
GARNSTR 54
47918 TONISVORST GERMANY

RALF BIENEN
XANTENERSTR. 24
47665 SONSBECK GERMANY

RALF CONEN
DE RIDDER STR 12
61476 KRONBERG, GERMANY

RALF CONEN
DE RIDDER STR 12
61476 KRONBERG, GERMANY

RALF DIERAUF
AM BAUMFELD 28
96231 BAD STAFFELSTEIN GERMANY

RALF ESCHBACH
C/O DR. KLOKE & KOLLEGEN
BAHNSTR 1
MARSBERG DE 34431 GERMANY

RALF HEINE
HERMANN-LOENS-STRASSE 27
D 27753 DELMENHORST GERMANY

RALF HEINE
HERMANN-LONS-STRASSE 27
D-27753 DELMENHORST GERMANY

RALF J SIEVERS
STEINPILZWEG 17
STUTTGART GERMANY

RALF MAUL
DORNFELDERWEG 1 A
93059 REGENSBURG GERMANY

RALF REICHE
VALERYSTR 94
D 85716 UNTERSCHLEISSHEIM GERMANY

RALF ROBERT CONEN
DE RIDDER STR 12
61476 KRONBERG GERMANY

RALF SIEVER
BRESLAUER STR 9A
52388 NORVENICH GERMANY

RALF THUMMET
C/O HARALD THUMMET
AMSELWEG 15
90562 HEROLDSBERG GERMANY

RALPH KOLBE
ZENKERSTRASSE 24A
91052 ERLANGEN  GERMANY

RALPH LEWIN
AAM POLIZEIPRESIDIUM 3
RECKLINGHAUSEN  GERMANY

RALPH LUETZKENDORF
SEBASTIAN RIEGER STR 19
86899 LANDSBERG  GERMANY

RALPH-DETLEF SCHUBERT
AM FRIEDENSBERG 10
19055 SCHWERIN GERMANY

RAMON CERCOS
ATTN JULIAN ESCRIBANO
BANCO SABADELL - MIAMI BRANCH
2 SOUTH BISCAYNE BLVD STE 3301
MIAMI, FL 33131

RAMON SAGRISTA PACAREU
AVDA MERIDIANA 27
3RD FLOOR
08018 BARCELONA SPAIN

RANKO MELJNIKOV
ONSTMETTINGER WEG 21
70567 STUTTGART GERMANY

RANKO MELJNIKOV
ONSTMETTINGER WEG 21
DE-70567 STUTTGART GERMANY

RASPA ALESSIO
VIA OLIVELLO, 44
06089 TORGIANO PERUGIA ITALY

RATION ORTI GINER & TRINIDAD GRIMAU ESCOFET
RATION ORTI GINER
G/CREIXELL 73
08720 VILAFRANCO DEL PENEDES BARCELONA SPAIN

RAU GERHARD
KRAICHGAUST 4
D-76297 STUTENSEE GERMANY

RAU LYDIA
TECKST 16
D 89518 HEIDENHEIM GERMANY

RAVINDER BANSAL
KRONTALSTRASSE 66A
D-12305 BERLIN GERMANY

RAYLAND HOLDING S A
ALICE ROSAS MENDES FRANCO
MMG BLDG  2ND FL
MARBELLA, CITY OF PANAMA REPUBLIC OF PANAMA

RAYMOND FRITSCH
HEISTERBACHSTR 12
BERLIN GERMANY 12559

RAYMOND HUGO
BEMO LUXEMBOURG
16 BOULEVARD ROYAL
L 2449 LUXEMBOURG

RAYMONDE COLLARD
22 RUE DE TETOUAN
10000 RABAT MOROCCO

RBS COUTTS BANK LTD
ATTN: ERICH VOGEL/ OCAEL
STAUFFACHERSTRASSE 1
CH 8022 ZURICH SWITZERLAND

REBEKKA RAU
AN DER SCHINDERLOHE 20 A
86482 AYSTETTEN GERMANY

RECH HOLGAR
AM DEIBACH 15
IGEL GERMANY 54298

REDEMAGNI FRANCESCO
LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO  ITALY

REDEVCO RWP (AUSTRIA) BETA
RA FRANZ BRAUN
GLLB RECHTSANWAELTE
LIEBIGSTRASSE 21
80538 MUENCHEN  GERMANY

REGINA FRAUNHOLZ-ZECHMANN
LANGHEINRICHSTR 6
D-94051 HAUZENBERG GERMANY

REGINA JAKOBY-RAJDA
WILLI-BLEICHER-STRASSE 21
73230 KIRCHHEIM/TECK GERMANY

REGINA KRAMER
PESTALOZZIWEG 2D
39164 WANZLEBEN GERMANY

REGINA LANGE
KOPERNIKUSSTRASSE 16A
01979 LAUCHHAMMER GERMANY

REGINA LEMKE WOLF
RUPERTISTRASSE 74
22609 HAMBURG  GERMANY

REGINE BEUTLER
FRIEDRICH-SCHMIDT-STRASSE 22
D-50935 KOELN  GERMANY

REIMAR KIECHLE
ERLENWEG 21
D-97076 WUERZBURG GERMANY

REINALD LERCH
ADOLF-SCHWEER-STRASSE 7
31655 STADTHAGEN GERMANY

REINALD WEBER
AM SANDE 6
D-21516 MUESSEN GERMANY

REINER & DORIS MULLER
FLIEDERWEG 68
50859 KOLN GERMANY

REINER HOLSTE
BUNDESSTR 9
21244 BUCHOLZ GERMANY

REINER P DECKER
WINTERER STR 26
79104 FREIBURG GERMANY

REINER SCHOTTEN
VENLOER STRASSE 115
41569 ROMMERSKIRCHEN GERMANY

REINHARD & INGE GRUNDEI
TEICHACKERSTRASSE 9
D 73547 LORCH GERMANY

REINHARD BIECHL
INNRAIN 103
A-6020 INNSBRUCK  AUSTRIA

REINHARD GILLE
PESLMUELLER STR 9 A
81243 MUENCHEN GERMANY

REINHARD HANKE
WIESENSTRASSE 19
06679 WAEHLITZ  GERMANY

REINHARD HOLEKAMP
GROSSER BOECKEL 18
D-31188 HOLLE GERMANY

REINHARD KINDL
MAJORANWEG 16
65191 WIESBADEN GERMANY

REINHARD LECHTAPE-GRUTER
12 MEDBURN RD
8005 CAMPS BAY SOUTH AFRICA

REINHARD MARKNER
BLACHFELD 20A
14532 KLEINMACHNOW  GERMANY

REINHARD MICKE
SCHWERINER STRAßE 8
D 34212 MELSUNGEN GERMANY

REINER THALHEIM
THALHEIM REINER
ELSTRAER STR 9
0-01920 STEINA GERMANY

REINHARD AECHTNER
MUEHLBACH 6
95100 SELB GERMANY

REINHARD GEUDER
TAUBENSTR 94
D-25421 PINNEBERG GERMANY

REINHARD GOLDSCHMITZ
921 SW 24TH ST
CAPE CORAL, FL 33991

REINHARD HERZER
GARTENSTRASSE 4
98693 ILMENAU GERMANY

REINHARD KEGEL
OSTPREUSSENWEG 3
25479  ELLERAU

REINHARD KREIDL
SUDETEN WEG 16
D-35614 ASSLAR GERMANY

REINHARD LEMKE
KLUSER WEG 10
57439 ATTENDORN, GERMANY

REINHARD MICKE
SCHWERINER STRA 3E8
D 34212 MELSUNGEN GERMANY

REINHARD SOCHA
REINICKENDORFER STR. 6
45699 HERTEN, GERMANY

REINHARD U INGE GRUNDEI
TEICHECKERSTR 9
D73547 LORCH GERMANY

REINHILDE ALICE DR  SCHWEDE
MUSASHI UNIVERSITY
TOYOTAMA KAMI 1-26-1
NERIMA KU
176-8534 TOKYO, JAPAN

REINHILDE ALICE DR. SCHWEDE
MUSASHI UNIVERSITY
TOYOTAMA KAMI 1-26-1
NERIMA KU
176-8534 TOKYO  JAPAN

REINHOLD HENDLER
AM BURGRAIN 3
36137 GROSSENLUEDER GERMANY

REINHOLD POENSGEN
SPITALHOFSTRASSE 5B
85051 INGOLSTADT  GERMANY

REINHOLD SCHWARZER
ALFTERSTR 33
50389 WESSELING GERMANY

REINHOLD UND URSULA KAMBURG
PAPPELALLEE 101
45663 RECKLINGHAUSEN GERMANY

REITANO ENRICO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA U 42
20123 MILANO ITALY

REITZ NICO
13 RUE DU VILLAGE
L-9748 ESELBORN LUXEMBOURG

REL PHIL AG
C/O FRAU ULRIKE FRITSCH
BISMARCKSTR. 6
86159 AUGSBURG GERMANY

REMEDIOS VILLALBA SOTO
PLZ. SAN CRISTOBAL
ED. SEXIMAR 614
18690 ALMUNECAR SPAIN

REMMER FRANZ
WITTGENBUSCH 48
45277 ESSEN GERMANY

RENATE AMANN-MOSLER
ROTWANDSTR 27
FELDKIRCHEN-WESTERHAM 83620, GERMANY

RENATE ANGELIKA MECHTHILD DRECHSEL
C/O WOLF PETER RUSTLEBEN
HAUS 3
29496 WADDEWEITZ GERMANY

RENATE DOETZER
LUDWIG FORSTER STR 11
84307 EGGENFELDEN GERMANY

RENATE DR. DELHEY
RINGSTR.27
47228 DUISBURG GERMANY

RENATE GOLDSCHMIDT
SEESTR. SA
DE - 76297 STUTENSEE GERMANY

RENATE LEHMANN-PREIBSCH
SCHOEPPENSTEDTER STRASSE 5
38170 WINNIGSTEDT GERMANY

RENATE LEMKE
AM GOLDBARG 14
21217 SEEVETAL GERMANY

RENATE PETERTOENJES
FICHTENWEG 3
LIENEN DE 49536 GERMANY

RENATE QUEDRAU-LARGE
KARLSBACHER LUES 2
DE-35039 MARSURG GERMANY

RENATE WILDE
REHFAEHRTE 7
WILDAU GERMANY

RENATE ZELLMER
TRIBERGER STR. 3
D-71034 BOEBLINGEN GERMANY

RENATE-ANGELIKA MECHTHILD DRECHSEL
C/O WOLF-PETER RUSTLEBEN
HAUS 3
29496 WADDEWEITZ GERMANY

RENATO MONARI
VIA ROMA 28
41021 FADANO - MO
41021 FADANO - MO ITALY

RENATO MONARI, GIULIANO MONARI
VIA ROMA 28
41021 FANANO MO
ITALY

RENE DOBLER
KOENIGSBERGER RING 15
68799 REILINGEN, GERMANY

RENE PETRUS
FRIEDRICH-EBERT-STRASSE 68
68723 SCHWETZINREN  GERMANY

RENE TSCHENTSCHER
STEINSTR. 8
D - 12169 BERLIN  GERMANY

RENEE LAHEY-GEYSSENS
KAREL SCHURMANSSTRAAT 1
3010 KESSEL-LO BELGUIM

RENNENKAMPF VON MARGARITA
LIMBERGER HANS
AUERN 12
3144 WALD AUSTRIA

RENNER JOHANN
ALEXANDERSTRASSE 46
D-68519 VIERNHEIM  GERMANY

RENZACCI ZENO
ALEX BUGMANN
SULZBERGSTR 14C
CH 5430 WETTINGEN  SWITZERLAND

RENZACCI ZENO
ALEX BUGMANN
SULZBERGSTR 14C
CH 5430 WETTINGEN SWITZERLAND

RESCH, CHRISTINA
ADLWANGER STRASSE 21
4542 NUßBACH AUSTRIA

RESTELLI LUCIANO ENRICO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

REVERBERI EMILIO
VIA DE AMICIS 11
42027 MONTECCHIO EMILIA (RE) ITALY

REVIFIT SA
VIA CANTU 8
6901 LUGANO, SWITZERLAND

REYMOND FINKE
SONNENBURGER WEG 15
16259 BAD FREIENWALDE, GERMANY

RICARDO DE LA FUENTE
PG RAOS S/N- MARINO DE LA FUENTE
SANTANDER 39011 SPAIN

RICCARDO BONASSO
VIA PANAMA 92
00198 ROMA ITALY

RICCHIUTI FRANCESCO
VIA CAVALLOTTI 7
74100 TARANTO ITALY

RICCHIUTI FRANCESCO
VIA CAVALLOTTI N 7
74100 TARANTO ITALY

RICCI FRANCESCO
VIA NAZIONALE, 23
MOZZAGROGNA  CH,  66030

RICCIARDO SALVATORE
LA SCALA STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RICHARD & URSULA SCHREIBER
RICHARD SCHREIBER
TREBURER STR 1
65474 BISCHOFSHEIM GERMANY

RICHARD DEGEN
JOHANNES KAPPER STR 9
67240 BOBENHEIM ROXHEIM GERMANY

RICHARD FRIEDRICH
NEUE STRASSE 34
D-97299 ZELL AM MAIN GERMANY

RICHARD GRUNSTAUDL
KILLINGER STR 20
D 74182 OBERSULM GERMANY

RICHARD MALM
THURINGER STR 10
34212 MELSUNGEN GERMANY

RICHARD REUTER
FELDSTRASSE 4
52146 WUERSELEN GERMANY

RICHARD RUPPENTHAL
ROSENSTRASSE 2
97535 WASSERLOSEN GERMANY

RICHARD UND EDELTRUD LEHLE
AUFKIRCHENER STR. 14
81477 MUNCHEN GERMANY

RICHIARDI RENATA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RIES WERNER UND WALTRAUD
AUSTRABE 18
61440 OBERURSEL (TS) GERMANY

RIGATO GRAZIANO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N  42
20123 MILANO ITALY

RIGHETTI VANDA
VIA LUIGI PLUCI, 37/1
41123 MODENA (MO) ITALIA

RIPA PAOLO
VIALE GALILEO GALILEI 5
47838 RICCIONE (RN) ITALY

RIPA PAOLO
VIALE GALILEO GALILEI 5
47838 RICCIONE (RN) ITALY

RITA ESSINGER
WORBLINGER STR 16
78224 SINGEN GERMANY

RITA FLEIG-CASTEAS
BURGSTALLSTRASSE 34
70199 STUTTGART GERMANY

RITA FOGLIATTO
VIA FIESSO 6-7
40055 CASTENASO ITALY

RITA PFEIFER
AM MUEHLENBACH 56
48308 SENDEN GERMANY

RITA PFEIFER
AM MUEHLENBACH 56
48308 SENDEN GERMANY

RITA SCHWEITZER
AM MUHLENBORN 9
66822 LEBACH GERMANY

RITSCHER, SIEGFRIED AND MARTINA
SCHILLERSTR. 24
55257 BUDENHEIM
GERMANY

RITTER MANUEL
MANUEL RITTER
TEICHWEG 17
8854 GALGENEN SWITZERLAND

RIVA ANTONIO PAOLO
LA SCALA - STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RIVETTO ZELIA
VIA CALVETTI 4
10060 PISCINA TO  ITALY

RIVETTO ZELIA
VIA CALVETTI 4
10060 PISCINA TO ITALY

RIZZO LORIS
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ROBERT FINK
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

ROBERT FISCHER
TITTARDSFELD 3
52072 AACHEN GERMANY

ROBERT GROESSEL
TILSITER STR 10
31226 PEINE GERMANY

ROBERT HEIDRICH
WALD STR 4
09326 GERINGSWALDE GERMANY

ROBERT HERRMANN
BUTTERMARKT 38
D-50667 KOLN GERMANY

ROBERT KARSCH
MITTELRING 13
34125 KASSEL GERMANY

ROBERT LANGE
ARENSGASSE 15
52078 AACHEN  GERMANY

ROBERT LEHLE
AUFKIRCHENER STR 14
81477 MUNCHEN GERMANY

ROBERT ROGER
109 AVENUE PAUL PONCELET
B-6870 SAINT-HUBERT BELGIQUE

ROBERT ROMER
HARTHAUSERSTR 27 A
MUNICH 81545 GERMANY

ROBERT ROPPELT
PESTALOZZISTRASSE 6
96129 STRULLENDORF GERMANY

ROBERT ROSENBOOM
HUGO MOLENAARSTRAAT  11A
3022 NM ROTTERDAM NETHERLANDS

ROBERT ULMANN
BERGSTR. 23
08352 RASCHAU GERMANY

ROBERT WAHL
BERGSTRASSE 6
61118 BAD VILBEL  GERMANY

ROBERTA GANDUS
RUE ALPHONSE HEUREUX 1 BTE 3
BE-6032  MONT SUR MARCHIENNE BELGIUM

ROBERTO DE POOL MARTINEZ/MARIA A ALCANTARA
URB VILLA GRANADA LA ALHAMBRA II
AVENIDA CUBA CASA NRO 13
PUERTO ORDAZ ESTADO BOLIVAR VENEZUELA

ROBERTO DELL'ARCIPRETE
GIANFRANCA DONATELLI
VIA FENEZIANI 18
67100 LAQUILA (AQ) ITALY

ROBERTO POLLAK-AICHELBURG
KAERNTNER STR 37/10
1010 VIENNA AUSTRIA

ROBERTO POLLAK-AICHELBURG
KAERNTNER STR 37/10
1010 VIENNA AUSTRIA

ROCCA INVESTMENTS LLC
R ANDRADE CORVO 50 2º DTO
1050-009 LISBON PORTUGAL

ROCCO STAROPOLI
WINKELWEG 3
8254 BASADINGEN TG, SWITZERLAND

ROEDEL ULRICH DR
ROEDEL ULRICH DR
ZIEGELHUETTENWEG 23
60598 FRANKFURT GERMANY

ROGAR HUMMER
SCHUSTERGASSE 36
D-92694 ETZENRICHT GERMANY

ROGER GEHRIG
BOESINGENFELDSTRASSE 34
3178 BOESINGEN SWITZERLAND

ROGER HERSCHLER
OTTO-KIND-STRASSE 4
51709 MARIENHEIDE GERMANY

ROGER HUNZIKER
DORFSTRASSE 15
6331 HUENENBERG SWITZERLAND

ROGER KINDT
BAERTSDREEF 5
8800 ROESELARE BELGIUM

ROGER OSTERHAUS
NORDSTR. 5
D-59457 WERL GERMANY

ROGER VERRELST
GROTESTEENWEG 33 B41
2600 BERCHEM ANTWERPEN BELGIUM EUROPE

ROLAND BECK
HIRSCHWEG 2
84048 MAINBURG GERMANY

ROLAND BRANDMAIR
PFIRISCHWEG 16
86169 AUGSBURG GERMANY

ROLAND FLEIBNER
ELILANDSTRABE 9
83671 BENEDIKTBEUERN  GERMANY

ROLAND HEBERT
MURTZANZR RING 26
D 12681 BERLIN GERMANY

ROLAND HEBERT
MURTZANZR RING 26
D 12681 BERLIN

ROLAND J ETIENNE
DUERFSTROOSS, 12 L-9651 ESCHWEILER/WILTZ
6-D LUXEMBOURG EUROPE

ROLAND KUESGENS
GEROLFINGERSTR. 93
85049 LUGDSTADT GERMANY

ROLAND MUELLNER
C/O UNICREDIT BANK AUSTRIA AG
HETZENDORFER STRASSE 73A
1120 WIEN AUSTRIA

ROLAND MUELLNER
PAMINAGASSE 23
A-1230 VIENNA AUSTRIA

ROLAND MULLNER
C/O UNICREDIT BANK AUSTRIA AG
0770 HETZENDORFER STRASSE
HETZENER STRASSE 75A
1120 WIEN AUSTRIA

ROLAND MULLNER
PAMINAGASSE 23
11230 VIENNA AUSTRIA

ROLAND SCHMITT-BARGENDA
KLINGENBERG 11
96117 MEMMELSDORF GERMANY

ROLAND SMIATEK
AM SONNENSCHEIN 4
GERMANY

ROLAND VANLOO
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

ROLAND WALDSCHMIDT
AMSELWEG 4
65929 FRANKFURT GERMANY

ROLF AND MONIKA NIENS
ARNIKAWEG 29
38678 CLAUSTHAL - ZELLERFELD GERMANY

ROLF BARNER
HUBERTUSANLAGE 14
D-63150 HEUSENSTAMM GERMANY

ROLF BAUMANN
BALLINGSHAUSER STRASSE 9
97711 MASSBACH GERMANY

ROLF BAUMANN
BALLINGSHAUSER STRASSE 9
97711 MASSBACH, GERMANY

ROLF BLUM
LANGER PLATZ 9
D-91074 HERZOGENAURACH GERMANY

ROLF BOEHME
BOCHUMER STR 33
ESSEN 45276 GERMANY

ROLF BOEHME
JURGEN GRASSER
GRASER-RECHTSANWALTE SCHEIDTMANNTOR 2
KAISER OTTO PLATZ/ECKE BRINKERPLATZ
45276 ESSEN GERMANY

ROLF DORIS ROST
ESCHWEILER STR 16 B
50933 KOLN GERMANY

ROLF GUIDO MARIA CARL
RA FRANZ BRAUN
GLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 MUENCHEN GERMANY

ROLF HAMBURGER
SAALBURGRING 22I
63486 BRUCHKOBEL  GERMANY

ROLF HERMANN HEINLE
OTTENTAL 22
D 73655 PLUEDERHAUSEN GERMANY

ROLF KUNZ / MARIANNE THOMAS
FUENTE PINO 25
38715 PUNTALLANA/LA GALGA SPAIN

ROLF KUUZ / MARIANNE THOMA
FUENTE PINO 25/ LA GALGA
38715 PUNTALANA/ S CRUZ SPAIN

ROLF LAVEN
AM HAGELKREUZ 12
52355 DUEREN DEUTSCHLAND GERMANY

ROLF MALMEDE
AM BURGFELD 113
50374 ERFTSTADT GERMANY

ROLF OR MONICA DAZERT
UNTERER KUEMMELBERG 7
56567 NEUWIED  GERMANY

ROLF OR MONICA DAZERT
UNTERER KÜMMELBERG 7
56567 NEUWIED  GERMANY

ROLF PONNDORF
RINGOFENSTRASSE 2
D 35745 HERBORN  GERMANY

ROLF R DICKERTMANN
ROONSTR 39
D-33615 BIELEFELD, GERMANY

ROLF SCHOENEKERL
JULIUS BRECHT STR. 11 VIII
DE   22609 HAMBURG  GERMANY

ROLF SCHOENEKERL
JULIUS BRRCHT STR 11 VIII
DE 22609 HAMBURG GERMANY

ROLF SCHWARZENBELL
BOGENSTR. 31 B
D-70569 STUTTGART GERMANY

ROLF STEUERNAGEL
BRUECKENSTR. 72A
65719 HOFHEIM GERMANY

ROLF UND DORIS RECKORT
SALVATIERRA 18
38787 GARAFIA TF SPAIN

ROLF UND JOHANNA KIMMERLE
SEESTRASSE 2
D-72141 WALDDORFHAESLACH GERMANY

ROLF VON RHEINBABEN
HAUPSTR 2
TUTZING 82327 GERMANY

ROLF WEIDEMANN
STOLPSTR 3
D-51643 GUMMERSBACH GERMANY

ROLF WENZ
SPENERSTR 24
60320 FRANKFURT GERMANY

ROLF ZERNACK
DUERENSTR.17
53173 BONN  GERMANY

ROMAGNA EST BANCA DI CREDITO COOPERATIVO
SOCIETA COOPERATIVA
CORSO PERTICAN 25/27 47039 SAVIGNANO SUL RUBICONE
ATTN ILLIANA ASTOLFI FC ITALIA

ROMAIN MICHEL
RUE J RAUSCENT 69A
B-1300 LIMAL BELGIUM

ROMAN RAU
AN DER SCHINDERLOHE 20 A
86482 AYSTETTEN GERMANY

ROMAN SEIFERT
BERGAGGERSTR.22
LOHMAR D-53797 GERMANY

ROMANI LUIGI
VIA CESARE PASCARELLA 10
06073 CORCIANO (PERUGIA) ITALY

ROMANI LUIGI
VIA CESARE PASCARELLA 10
06073 CORCIANO (PERUGIA) ITALY

ROMANI ROSANNA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ROMANI ROSANNA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ROMANO BOLOGNESI
VIA PASSAMONTI 25
48022 LUGO (RA) ITALY

ROMEDENNE, ALIX
106 RUE TERNE MOREAU
5060 SAMBREVILLE BELGIUM

RONALD ZOTT
WEITLSTR 66/3126
80935 MUNCHEN  GERMANY

RONCAGLIA ELIO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RONCAGLIA MASSIMO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ROSA BORNIGER
AM SONNENBERG 19
D-55546 HACKENHEIM

ROSA MARIA RICKELS
ECHTERSTR 19
81479 MUENCHEN GERMANY

ROSALINDE SCHARRER
HUBERT SCHARRER
SONNENLEITE 6
96158 FRENSDORF GERMANY

ROSALINDE SCHARRER
HUBERT SCHARRER
SONNENLEITE 6
96158 FRENSDORF GERMANY

ROSALINDE SCHARRER
HUBERT SCHARRER
SONNENLEITE 6
96158 FRENSDORF GERMANY

ROSANNA-ELISABETH KRAUSE
GROENNEHYVEVEJ  23, 2TH
3000 HELSINGOER DENMARK

ROSARIO AGATI
V. LE S. PANAGIA 136/M
96100 SIRACUSA SR ITALY

ROSEMARIE & DIETER SAUER
LOSSOWER STRASSE 109
15236 FRANKFURT (ODER) GERMANY

ROSEMARIE BUCK
POSTFACH 1269
76802 LANDAU  GERMANY

ROSEMARIE DACHS
IM SCHONBLICK 58
D-72076 TUBINGEN GERMANY

ROSEMARIE YAZDANI
SPERLINGWEG 8
70794 STUTTGART GERMANY

ROSI MARCELLA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ROSINA KOPF
THOURET ALLER 2
D74638 LUDWIGSBURG, GERMANY

ROSINI TIZIANO
VIA LUNGA 30
41014 CASTELVETRO DE MODENA (MO)

ROSMARIE SCHNEIDER-BECKER
ECKWEG 10
2504 BIEL/BIENNE SWITZERLAND

ROSMARIE SCHOLZ
LANGENSALZAER STR 37
12249 BERLIN GERMANY

ROSO ANGELA ANNA  CASTIGLIA GIUSEPPE  GHIAZZA RITA
REGIONE ISOLE 47
15010 PONTI - AL - ITALY

ROSSANO SERGIO SANDRI LIVIA
VIA MONTALDO ROERO 96
12040 VEZZA D'ALBA, CN, ITALY

ROSSARO EMANUELA E CRISTINO LUCA
ROSSARO EMANUELA
VIA MALFATTI 101 / B
55100 LUCCA ITALY

ROSSELLA PIERBATTISTI
VIA MALTA 17
47838 RICCIONE (RN)  ITALY

ROSSI ROBERTO
VIA ORAZIO, 1
48015 CERVIA (RAVENNA) ITALY

ROSSI ROBERTO
VIA ORAZIO, 1
48015 CERVIA (RAVENNA) ITALY

ROSSI ROBERTO - MOROSI MIRELLA
VIA ORAZIO 1
48015 CERVIA (RAVENNA) ITALY

ROSSI VICTOR
MONSIEUR VICTOR ROSSI
RUE FOTINO 20 SECTEUR 1
BUCAREST, ROUMANIE

ROSTONI FILIPPO
LA SCALA STUDIO LEGALE E TRIBUIARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ROTH-POLGAR ANJA (CHILD)
FAMILY ROTH-POLGAR
NORMANNENSTR.40
90461 NUERNBERG GERMANY

ROUSSEL YVES
IMM LE TRANSATLANTIQUE
152 BD CLEMENCEAU
76600 LE HAVRE FRANCE

ROUSSEL YVES
IMM. LE TRANSATLANTIQUE
152 BD CLEMENCEAU
76600 LE HAVRE

ROVEDA GRAZIANO
LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO  ITALY

ROVELLI EZIO MARIO
C/O LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA 42
20123 MILANO ITALY

ROVERE ALFONSO FORMIGLIA GIOVANNA
VIA CERETTO 20
12024 COSTIGLIOLE SALUZZO CN   ITALY

ROYAL BANK OF CANADA EUROPE LIMITED
71 QUEEN VICTORIA STREET
LONDON EC4V 4DE  ENGLAND

RUDI MICHIELS
ST SEBASTIAANSSTRAAT 26
1600 SINT PIETERS LEEUW BELGIUM

RUDOLF & MARIANNE FISCHLI
C/O AARGAUSCHE KANTONALBANK
ISFS / ERICH BUSER
BAHNHOFSTRASSE 58
CH-5000 AARAU  SWITZERLAND

RUDOLF ADLHOCH
KREITSTR.  11
86926 GREIFENBERG GERMANY

RUDOLF BANASIK
AM GECKSBACH 70
D-46286 DORSTEN GERMANY

RUDOLF BAUERLE
LEHARWEG 6
88284 WOLPERTSWENDE  GERMANY

RUDOLF BISCHOFF
ROBERT-STOLZ-STRAβE 9
40470 DUESSELDORF GERMANY

RUDOLF BOHNERT
GEROLSHEIMER STR 59
67240 HESSHEIM GERMANY

RUDOLF BORNEMANN
HAUPTSTRASSE 61
DULMEN D-48249 GERMANY

RUDOLF CERNY
EMMENRIED 1A
87487 WIGGENSBACH GERMANY

RUDOLF FREISLEBEN
HOHENZOLLERNSTRASSE 7
89134 BLAUSTEIN, GERMANY

RUDOLF FUCHS
KIRNER STR. 25
55606 HOCHSTETTEN-DHAUN  GERMANY

RUDOLF GOBEL
STADTWALDGURTEL 48
D 50931 KOLN GERMANY

RUDOLF GROVEJAHN
WIEDHAGEN 24
31246 LAHSTEDT GERMANY

RUDOLF HAHN
BRINCKMANSTR 18
23936 GREVESMUHLEN GERMANY

RUDOLF HEIß
GARTENALLEE 16
83329 WAGING GERMANY

RUDOLF JUNGWIRTH
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖFFELSTRASSE 44
70597 STUTTGART GERMANY

RUDOLF KRAMER
ODENWALDWEG 13
D 42349 WUPPERTAL GERMANY

RUDOLF LUBEK
TRAKEHNERSTR 43
33104 PADERBORN, GERMANY

RUDOLF MARCOZZI
KLENZESTR 11
80469 MUNCHEN GERMANY

RUDOLF PEINER
HERRN
HEINBUCKENWEG 12
53894 MECHERNICH  GERMANY

RUDOLF REDLER
IMMENHOF 30
21217 SEEVETAL GERMANY

RUDOLF SCHAUB
RUCHACKERWEG 8
CH-8405 WINTERTHUR SWITZERLAND

RUDOLF SCHLAEGER
PARKSTR. 1
BAYREUTH

RUDOLPH & ROSE VONDRLIK
FL TRAUFENBERGER STR 22
A-3002 AUSTRIA

RUDOLPH UND ROSA VONDRLIK
TRAUTENBERGER STR 22
A-3002 PURKERSDORF AUSTRIA

RUECKER GERHARD
NEBELHORNWEG 18
IMMENSTADT STEIN 87509 GERMANY

RUEDIGER HAGEN
MARTIN-LUTHER-STR.  11 A
D-45549 SPROCKHOEVEL  GERMANY

RUEDIGER ZURA
ROGGENKAMP 47
49393 LOHNE GERMANY

RUGGIERI LORETTA
VIA AUGUSTO GENGA, N 12
61121  PESARO (PU) ITALY

RUNAWAY PENSIOEN B V DE HEER F L M VAN CLEEF
POSTBUS 35
2360 AA  WARMOND NETHERLANDS

RUNHILD REGLIND REINHARD-PROBST
BURGSTALLSTR 43
70199 STUTTGART GERMANY

RUOFF, MICHAEL
AVENUE V. GILSOUL 110
1200 BRUSSELLS BELGIUM

RUPERT NESSELHAUF
SCHEFFELSTR 22
22301 HAMBURG GERMANY

RUPERT NESSELHAUF
SCHEFFELSTR. 22
22301 HAMBURG GERMANY

RUPP, CLAUDIA
C/O BRIGITTE SYKORA
SPEYERER STRASSE 16
D-68519 VIERHHEIM  GERMANY

RUSSO PAOLO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MEGENTA N 42
30123 MILANO ITALY

RUSSO VITTORIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RUTH AND HELMUT BLUME
KARLSTRASSE 2
44532 LUENEN GERMANY

RUTH DANABOWSKI
KÖFLACHER STR. 11
D-89537 GIENGEN/BRENZ GERMANY

RUTH HAWKRIDGE
HOGENBERGSTRASSE 142
48153 MUENSTER GERMANY

RUTH MICHAELSEN
ADELHEIDSTRASSE 14
65185 WIESBADEN GERMANY

RUTH ROVENICH
FRANKENSTR 31
MOENCHENGLADBACH 41238 GERMANY

RUTH SCHEYER
BERGSTR 23
08352 RASCHAU GERMANY

RUTH SEITTER
VOGELSANGSTR 51
D-75173 PFORZHEIM GERMANY

RUTIGLIANO FRANCO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RUTIGLIANO FRANCO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

RUTJES HANS-OTTO
JOACHIMSTR 9
D-44789 BOCHUM GERMANY

RUTJES, ANNELIESE
JOACHIMSTR 7
D 44789 BOCHUM  GERMANY

RUTTO PIERO
VIA GIOVANNI BOCCACCIO N 13
14100 ASTI (AT) ITALY

RWP REVISIONS UND WIRTSCHAFTSPRUEFUNGS A
BERGSTRASSE 10
FL - 9490 VADUZ LIECHTENSTEIN

S DERAEDT
NATIXIS PRIVATE BANKING
51 AVENUE J F KENNEDY
L 1855 LUXEMBOURG

SABIBOB BEHEER B.V. DE HEER DRS. K.D.J.N LEGET
POSTBUS 613
5340 AP OSS  NETHERLANDS

SABINE GOTTSCHALK
DOTZHEIMER STR. 178
WIESBADEN D 65197 GERMANY

SABINE GUENTHER
C/O AMALIENSTRASSE 11
46446 EMMERICH GERMANY

SABINE HUETTEMANN
AN BECKER 40
SPROCKHOEVEL 45549  GERMANY

SABINE KARLOFF-LERCH
ADOLF-SCHWEER-STRASSE 7
31655 STADTHAGEN GERMANY

SABINE MACKPRANG
INNOCENTIA STR. 35
20144 HAMBURG GERMANY

SABINE MARTICKE-PRIEN
JOSEF-NEUBERGER-STR 30
40625 DÜSSELDORF GERMANY

SABINE RIEDELL
MOORKAMPSWEG 21
25462 RELLINGEN GERMANY

SABINE SCHUST
MARIENHOEHER WEG 9
BERLIN DE 12105 GERMANY

SABINE VOIT
HAUPTSTR 132
97320 MAINSTOCKHELM GERMANY

SABRINA GOBBO
VIA PORTO 16/A
35028 PIOVE DI SACCO PD  ITALY

SABRINA STOCK
STEINWEG 1
D-41564 KAARST GERMANY

SACRE, CHANTAL
RUE ALFRED LEROY 55
B 6001 MARCINELLE BELGIUM

SADEK MOHAMMED FAHMY
VIA BONCOMPAGNI 6
187 ROMA RM  ITALY

SAIELLI ERIO
VIALE EUROPA 34
41020 RIOLUNATO (MO) ITALY

SALA CORRADO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SALA FRANCA AMALIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SALA FRANCA AMALIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SALIM KAYNARCA
HEIMBAU STR 43/44 143
DORTMUND GERMANY

SALIS QUINTILIO
37681427
VIA MARCONI 46
8040 ULASSAI OG ITALY

SALLY SCHULZ DOB 2001/02/20
SONNENBUEHL 3
73342 BAD DITZENBACH  GERMANY

SALVATORE SCALA
VIA ANDRONE N 5
CATANIA 95124 ITALY

SALVATORE SCALA
VIA ANDRONE N 5
CATANTA 95124 ITALY

SALVATORE SCALA
VIA ANDRONE N.5
CATANIA 95174 ITALY

SAMBERGER ANDREAS
DORFSTR. 19
SEBOLDSDORF
84137 VILSBIBURG GERMANY

SAMIRA HENTSCHEL
SCHWARZENBACHSTR. 3 A
LINDLAR DE 51789 GERMANY

SAMMARCO PIETRO SCARDINA CATERINA
VIA PAPA GIOVANNI 50
90011 BAGHERIA (PALMERO) ITALY

SAMNEL LENZ (GIB. 22.12.03)
ALFRED LENZ
MONREALER STR 17
56761 DUNGENHEIM  GERMANY

SAMOS INVESTMENTS CORPORATION
C/O TECKTON SA
DEGLI ALBRICI 4
CH 6830 CHIASSO SWITZERLAND

SAMUEL (12.22.03) (Z H ALFRED LENZ)
ALFRED LENZ
MONREALER STR 17
56761 DUNGENHEIM GERMANY

SAMUEL EBNER
SUHLBURGERSTR 83
74547 UNTERMUNKHEIM GERMANY

SAMUEL KOHLER
THOMAS SEGER
HECHTGANG 11
D 78464 KONSTANZ  GERMANY

SAMUEL WINKEL
OB DER STEIGE 14
73779 DEIZISAU GERMANY

SANDER DANIEL
STARENWEG 15
85356 FREISING  GERMANY

SANDERS DORIS
SUEDER HOOKER 30
26506 NORDEN  GERMANY

SANDRA BORNIGER
AM SONNENBERG 19
D-55546 HACKENHEIM GERMANY

SANDRA HETTERICH
AUGSFELDER WEG 3
97475 ZEIL GERMANY

SANDRA KALLENBACH
OSTWALDSTR. 5
38116 BRAUNSCHWEIG GERMANY

SANDRA MEIER
ARMENHOEFESTRASSE 48A
D-77871 RENCHEN-ULM GERMANY

SANDRA RATZINGER
DROSSELSTR 8
86514 USTERSBACH GERMANY

SANDRA RATZINGER
DROSSELSTR 8
86514 USTERSBACH GERMANY

SANDRA SCHMIDT
OEHMDWIESE 9
D 88630 PFUTLENDORF  GERMANY

SANDRO CAU
VIA PORRETTANA 20-3
CASALECCHIO DI RENO (BO) ITALY

SANDRO FLORIN
LERCHWEG 13 A
8835 FEUSISBERG SWITZERLAND

SANFELICE 1893 BANCA POPOLARE SOC COOP PA
PIAZZA G MATTEOTTI 23
41038 SAN FELICE SUL PANARO MO ITALY

SANGALLI GIANCARLO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SANNA STEFANO
38170040
VIA FIGOLI 82
9170 ORISTANO OR ITALY

SARA GALIS
QUINTA DAS PARREIRAS
RUA DOS OCEANOS 14-3G
8500 823 PORTIMAO PORTUGAL

SARA GALIS
QUINTA DAS PARREIRAS
RUA DOS OCEANOS, 14  - 3º G
8500 823 PORTIMªO PORTUGAL

SARAH HOEFLER
AN DER KREUZMUEHLE 48
LANDAU, DE 76829

SARAH LANGE
KOPERNIKUSSTRASSE 16A
01979 LAUCHHAMMER GERMANY

SARAH LUCIA KRANZ
HABICHTWEG 17
65719 HOFHEIM GERMANY

SARL ALBERT DELALONDE
BOULEVARD DU VALIGOT
62630 ETAPLES FRANCE

SARL ALBERT DELALONDE
C/O DOUGLAS P BARTNER & SUSAN A FENNESSEY
SHEARMAN & STERLING LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

SARTOR RENATO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO

SASCHA BREZOVAC
STEINRITZWEG 20B
FRG - 65396 WALLUF, GERMANY

SASCHA CONEN
IN DER RINGBACH 17 B
54434 KENN GERMANY

SASCHA LESAAR
KARL-SIMROCK-STR 3
40699 ERKRATH GERMANY

SASKIA MEILER
TANNENRAIN 8
95131 SCHWARZENBACH/WALD GERMANY

SASSE WOLFGANG
IM WINDWINKEL 1
53773 HENNEF GERMANY

SAUIGNI EDOARDO
VIA ISACCO NEWTON 25
41100 MODENA ITALY

SAURUGG HELMUT
MAILANDERWEG 5
8330 FELDBACH  AUSTRIA

SAURUGG MARIA
MAILANDERWEG 5
8330 FELDBACH AUSTRIA

SAVANNET - LIM
21 RUE J-P SAUVAGE
L-2514 LUXEMBOURG

SAVINO ANTONIO/SAVINO CARLA IDA
RIONE CAROSENO 183
83030 GRECI AV ITALY

SBARDOLINI DARIO
VIA C BONARDI TR 2, 7
25049 ISEO (BS) ITALY

SCA SCHUCKER GMBH AND CO KG
GEWERBESTRASSE 52
75015 BRETTEN GERMANY,

SCANDOLA, CRISTIANA & ALESSANDRO
LA SCALA - STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SCARPA LUIGI E STELLA ALBA
VIA EREMO 33
COMACCHIO 44022 FE ITALY

SCARPA LUIGI E STELLA ALBA
VIA EREMO 33
CORACCHIO FE 44022 ITALY

SCHAAL YOSEF
DORFSTRASSE 29
D 54649 OBERPIERSCHEID  GERMANY

SCHABUS GUNTER O ANGELA
BRUDERHOF 12 A
A 6833 KLAUS
AUSTRIA

SCHAMMO LYDIA
50 RUE SCHAUWENBURG
L 8092 BETRANGE LUXEMBOURG

SCHENKER, DIETER & HEIDI
DR-A-SCHWEIBER-STR 48
03222 LUBBENAU GERMANY

SCHMID HANS MARTIN
SCHMID-COLMJON HANS MARTIN W
199 RUE DES POMMIERS
L-2343 LUXEMBOURG

SCHNEIDER ALFRED
EICHTLENSTRASSE 30
CH-8712 STAEFA SWITZERLAND

SCHNEIDER BERND
ZUR BAUERNWIESE 20
63688 GEDERN GERMANY

SCHNEIDER RAINER
STUEBEHEIDE 20
22337 HAMBURG GERMANY

SCHNEIDER WALDEMAR
FORSTWEG 27
63303 DREIEICH GERMANY

SCHOEFFLER, MARC
EHRENBERGER STRASSE 26A
D-42389 WUPPERTAL GERMANY

SCHOENER GEORG
HILDEGARD STR 33
82131 GAUTING, GERMANY

SCHOENER GEORG & URSULA
HILDEGARDSTR 33
GERMANY - 82131 GUATING

SCHONFELD PETER
WINSSTR 7
10405 BERLIN GERMANY

SCHOUTEN UNIVERSAL B.V. DE HEER J. SCHOUTEN
PRINSES BEATRIXPLANTSOEN 6 E
3055 PT ROTTERDAM, NETHERLANDS

SCHRECKLINGER INDUSTRIEBEDARF
DR. JAKOB-WITTEMANN STR. 3
65527 NIEDERNHAUSEN GERMANY

SCHREINER RUDOLF
IN DER KEHRT 30
54574 BIRRESBORN GERMANY

SCHUETTELER ANNETTE
ROBERT STOLZ STRASSF 23
BORNHEIM DE 53332 GERMANY

SCHUPPERT HEINZ
HEINZ SCHUPPERT
HOFGARTENSTR 28
74081 HEILBRONN GERMANY

SCHUSTER GERHARD WALTER PHD
GUSTERERGASSE 41
A 1140 WIEN (VIENNA) AUSTRIA

SCHUSTER GERHARD WALTER PHD
GUSTERERGASSE 41
A-1140 WIEN (VIENNA) AUSTRIA

SCHWAKE PAUL
HILDEBOLDPLATZ 23
D 50672 KOLN GERMANY

SCHWEDES GERALD AND MARLISE
OBERE STR 5
76698 UBSTADT-WEIHER GERMANY

SCHWEDES, GERALD & MARLIESE
OBERE STR. 5
76698 UBSTADT-WEIHER GERMANY

SCHWOERER MATTHIAS
WEILERTALSTR 57/1
79410 BADENWELLER GERMANY
07632-6283

SCIOSCIA SANTORO ANTONIO
LA SCALA
STUDIO LEGALE E INBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SCIOSCIA SANTORO CHIARA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SCIPIONE SERGIO
VIA ANFITEATRO 39
04023 FORMIA (LT), ITALY

SEARIDERS TRADING INC
LOMBARD ODIER DARIER HENTSCH & CIE
ATTN CHRISTIAN WIDMER
RUE DE 10 CORRARERIE 11
1204 GENEVA SWITZERLAND

SEB ESTONIA
A. UPISHA
14-LIT 1 JURMALA
VALENTINS BOIKO
LV-2012 LATVIA

SEB ESTONIA
C/O VALENTINS BOIKO
A UPISHA
14-LIT 1 JURMALA
LV-2012 LATVIA

SEBASTIAN AUSSERBAUER
BY VOSS
ESKILSTUNASTR 9
91054 ERLANGEN GERMANY

SEBASTIAN HAUPT
IM HIPPEL 26
GAU-ALGESHEIM 55435 GERMANY

SEBASTIAN WOLF
BRUDERHOFSTRASSE 46
81371 MUENCHEN

SEBASTIANI PIO
VIA DELLE LUCARIE 91
138 ROMA RM ITALY

SEELIG KNUT
MUGGELSEEDAMM 260
12587 BERLIN GERMANY

SEELING HEIKO
MUGGELSEEDAMM 245
12587 BERLIN GERMANY

SEGNA PAOLA
VECCHI RICCARDO
VIA TIBURTINA 86
00185 ROMA ITALY

SEITEL MAGDALENA
AM BÜCHENSTOCK 23
82205 GILCHIWG  GERMANY

SEITZ HANS
OHRENBACH 70
D-91620 OHRENBACH, GERMANY

SELLA BANK AG
PO BOX
TALSTRASSE 70
8022 ZURICH SWITZERLAND

SENONER KUNO
COL DA LECH, 31
39048 SELVA VAL GARDENA ITALY

SEPULVEDA RUTH
C/O HSBC PRIVATE BANK
17 AVE D'OSTENDE
MC 98000 MONACO

SERAMID STIFTUNG
GISHAN FRITZ SCHAEREN
FUCHSCOOCH 14
6317 OBERWIL B ZUG SWITZERLAND

SERGIO COLLU
VIA CONTI 17
47042 CESENATICO  ITALIA

SERGIO LAZZARINI & ELIANA BUSOLIN
C/O AVV PIETRO PAOLO MENNEA
VIA SILLA 7
00192 ROME - ITALY

SERGIO SEVERI
PIAZZA DELL UNITA 14
40128 BOLOGNA ITALY

SERGIO SEVERI
PIAZZA DELL 'UNITA' 14
40128 BOLOGNA ITALY

SERVIOIO VINCENZO LUIGI
VIA EMILIO SCAGLIONE 53
80131 NAPOLI ITALY

SEVERI CLAUDIO
VIA CAMILLO GUIDELLI, 2316
41126 MODENA, ITALY

SEVERI FILIPPO
VIA CAMILLO GUIDELLI 2312
41126 MODENA  ITALY

SEVERI GIULIETTA
VIA ANACARSI NARDI 18
41121 MODENA  (MO)  ITALY