**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) ss:
COUNTY OF SUFFOLK       )

I, Kimberly Gargan, being duly sworn, depose and state:

1.        I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.        On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 144th Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8311]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                                    /s/ Kimberly Gargan
                                                                    Kimberly Gargan

Sworn to before me this
3rd day of January 2011


/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :       09-50026 (REG)
        f/k/a General Motors Corp., et al.   :
                                        :
                        Debtors.        :       (Jointly Administered)
                                        :
------------------------------------------------------------x
```

**NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS**

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification** | **Amount** | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
| | | | | | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above.  The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual

Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing

agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and

paying agent.  This method of distribution will reduce administrative burdens in these cases and

ensure that the proper claimants receive their distributions.  As such, the Debtors believe that

Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is

granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution

accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not

confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in

the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that

your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and

unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the

extent your proof of claim asserts a claim other than for principal plus accrued and unpaid

interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court

expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim**

**that the Bankruptcy Court expunges and disallows will be treated as if it had not been**

**filed, and you will not be entitled to any distribution from the Debtors' estates on account**

**of that specific claim, although the entitlement to receive distributions through the fiscal**

**and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the

Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your

concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at

the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with

the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov

(the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand

side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior

written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges

LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward

Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for

the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New

York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then**

**you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the

Objection is scheduled to be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern

District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One

Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern**

**Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either

in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on

the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to

your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

4

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

        If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

        If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

        **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
      December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

ANDREA FERRAROM
c/o RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

ANDREA FERRAROM
c/o THE ROYAL BANK OF SCOTLAND PLC
ATTN: MATTHEW ROSENCRANS
600 WASHINGTON BLVD.
STAMFORD, CT 06901

SFG FONDS
C/O TILL SCHWALM
LINSEBUEHLSTR 25A
CH 9000 ST GALLEN  SWITZERLAND

SFONDRINI GIUSEPPE
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SHAFIK GADDIS
ARMBRUSTSTR. 11
20257 HAMBURG GERMANY

SHANGHAI COMMERCIAL BANK LTD
12 QUEEN'S ROAD CENTRAL
ATTN MR MATTHEW LAW
HONG KONG

SHARON ELBE
FRANL-L-HOWLEY-WEG 30
14167 BERLIN GERMANY

SHEFTTONRISE INVESTMENTS SA
FAUSTO BRITO E ABREU
SHEFTTONRISE INVESTEMENT SA
RUA DA SAUDADE 3 2ND FL
2750-482 CASCAIS  PORTUGAL

SHINING LO ENTREPRISES,  SA
MMG TOWER, 16TH FLOOR, 53RD E ST, MARBELLA
PANAMA CITY, PANAMA

SIANNINI BOUATELLA
LA SCALA - STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SIBYLLA BECK
CHEMIN DU DARU 7
PLAN-LES-OUATES 1228 SWITZERLAND

SIBYLLE ORTENBURGER
RINGSTRASSE 7
D 61276 WEILROD GERMANY

SIDOTI - PASQUALE
VIALE EUROPA 181
90036 MISILMERI (PA) ITALY

SIEGFRIED AND URSULA SEMET
BURGSTR 26
ABSTATT 74232 GERMANY

SIEGFRIED BASTIAN
BOCKWISCHERWEG 20
25569 KREMPERHEIDE
GERMANY

SIEGFRIED KROGER
KOSTERSTR 6
14165 BERLIN GERMANY

SIEGFRIED LAMPLMAYR
FREILING 3
3073 STÖSSING AUSTRIA

SIEGFRIED MOTSCH
OSTRING 52
65824 SCHWALBACH GERMANY

SIEGFRIED PETROSCHKA
DR. - SEITZ - STR. 20
D - 82418 MURNAU GERMANY

SIEGFRIED SCHWEIZER
MONCHSGRUNDSTR 23
D-74193 SCHWAIGERN GERMANY

SIEGFRIED WEICH
WILHELM-LEUSCHNER-STR 4
55268 NIEDER-OLM GERMANY

SIEGLINDE BEIERLEIN
AM HERRENWEIHER 3
91180 HEIDECK GERMANY

SIEGMAR HARBARTH
SCHILLERSTR. 49
MUELLHEIM DE 79379 GERMANY

SIEGMAR HARBARTH
SIEGMAR HARBARTH AND HERDELINDE RED
SCHILLERSTR 49
MUELLHEIM DE 79379 GERMANY

SIEGTRUD HIEBL-PERL
BAHNHOFSTRASSE 23
55234 KETTENHEIM GERMANY

SIEVERS CONSULTING FRANCE
RALF J SIEVERS
STEINPILZWEG 17
STUTTGART GERMANY

SIGISMUND NICKISCH
AM SCHLACHTENSEE 74A
14129  BERLIN GERMANY

SIGLINDE KERNCHEN
BESTLENSTRASSE 5
97252 FRICKENHAUSEN GERMANY

SIGMUND DR RITTER
UNTEPLIMPUROER STP 42
SCHWAEBISCH HALL 74523  GERMANY

SIGMUND DR RITTER
UNTERLIMPURGER STRASSE 42
SCHWAEBISCH HALL 74523 GERMANY

SIGMUND DR. RITTER
UNTERLIMPURGER STRASSE 42
SCHWÄBISCH HALL 74523 GERMANY

SIGRID EISSLER
SON SEVERA MALLORCA
07550 COSTA DE LOA PINOS, SPAIN

SIGRID FLECKENSTEIN
HANS JOLLE STR 24 D
55130 MAINZ GERMANY

SIGRID HAGEMEISTER
UNTER DEM KLORENRECH 2
53347 ALFTER GERMANY

SIGRID JUNGHANS
MAGDELSTIEG 121B
07745 JENA GERMANY

SIGRID KOHLMANN
NÜRNBERGER STRASSE 83
91052 ERLANGEN GERMANY

SIGRID LIEBIG
LEHER HEERSTR 111B
BREMEN GERMANY

SIGRID LIEBIG
LEHER HEERSTR. 111 B
BREMEN GERMANY

SIGRID SCHILLI
BUCHERSTR 41
31785 HAMELN GERMANY

SIGRID WIMMER-SCHEICHL
LANDSTRASSE 44
4050 TRAUN AUSTRIA

SIGRUD HAINMUELLER
C/O PT ASSET MANAGEMENT AG
PF 1341
72544 METZINGEN

SIGRUD HAINMUELLER
LERCHENWEG 3
73061 EBERSBACH-ROSSWAELDEM  GERMANY

SIGRUN BAUER
06712 ZEITZ
ROBMARKT 11 GERMANY

SIKORSKY YAFFA, NILLY
99 ROUTE DE VILLETTE
1226 THONEX SWITZERLAND

SILKE HOHENSPEIN
17 SEAVIEW CRESCENT
BLACK ROCK
VICTORIA 3193 AUSTRALIA

SILKE KHIARI
FRIEDRICHSHALLER STR 42A
14199 BERLIN  GERMANY

SILKE ZADECK
IM LOBSCHEN RECHT 32
25348 GLOCKSTADT  GERMANY

SILVANO CAPUTO
VIA PRINCIPALE 6
6914 CARONA SWITZERLAND

SILVERGATE GROUP LIMITED
VANDERPOOL PLAZA, 2ND FLOOR
WICKHAMS CAY 1
ROAD TOWN TOTOLA BRITISH VIRGIN ISLANDS

SILVI GAETANO E ANDROVANDI ANNAMARIA
VIA UMBERTO TERRACINI, 29
43100 PARMA (ITALY)

SILVIA BAUER
GERSTHOFERSTRASSE 160/1/7
A-1180 VIENNA AUSTRIA

SILVIA BECKER
RATHELBECKSTR 296
40627 DUSSELDORF GERMANY

SILVIA BERNHARDT
STEINHUBEL 15
66424 HOMBURG, GERMANY

SILVIA CONEN
IN DER RINGEBACH 17 B
54434 KENN GERMANY

SILVIA ELISABETTA ALFONSINA
VIA G: DA PROCIDA, 14
80070 MONTE DI PROCIDA NA, ITALY

SILVIA GRUNDNER-SEITEL
HINTERASCHAU 15
6365 KIRCHBERG  AUSTRIA

SILVIA REISSNER-JENNE
LERCHENSTR 19 E
KOENIGSBRUNN 86343 GERMANY

SILVIA SUPERBI
VIA SCARSELLINO 6
41034 FINALE EMILIA, MO, ITALY

SILVIA SUPERBI
VIA SCARSELLINO 6
41034 FINALE EMILIA, MO, ITALY

SILVIA WELLENKAMP
HUFENKAMP 10
D24232 SCHOENKIRCHEN GERMANY

SILVIO HAHNEL
SCHILLER PROMENADE 29
12049 BERLIN GERMANY

SIMON BALLING
LODENSTRASSE 8A
VEITSHOECHHEIM 97209 GERMANY

SIMON BRANDL
WALDSTR 28
D 82393 IFFELDORF GERMANY

SIMON HENKE
ALBERS-SCHOENBERG-STIEG 2
22307 HAMBURG, GERMANY

SIMON HENKE
ALBERS-SCHOENBERG-STIEG 2
22307 HAMBURG, GERMANY

SIMON KLOCKNER
DORFER ESCH 12
49509 RECKE GERMANY

SIMON KROEGER
KARLSKRONAWEG 13
21682 STADE GERMANY

SIMONE CERATO
VIA CHIESA N 5
ATTN MR SIMONE CERATO
VESTENANOVA (VERONA) ITALY

SIMONE FISCHER
GRUENER WEG 14
26605 AURICH GERMANY

SIMONE GRABSTEIN
VIA MERAVIGLI 18
20123 MILANO ITALY

SIMONE MARGUERITTE
10 RUE CHARLES DU PORT
F 92270 BOIS COLOMBES  FRANCE

SIMONE PARDINI
VIA COLLETTO SANTUCCI  10
55041 CAMAIORE  ITALY

SIMONE RAUCH
CHRISTIAN-GREINER-STRASSE 16
I-39020 SCHLUDERNS BZ ITALY

SIMONE REGGE
ADOLF-KOLPING-STR 33
D 31139 HILDESHEIN GERMANY

SIMONINI ROSANNA
VIA ENRICO TOTI, N 45
41125 MODENA ITALY

SIOCHINO ORAZIO STOCHINO NELLA
CASELLA POSTALE N 32
8045 LANUSEI ITALY

SLAUKO FURST VON SAYN-WITTGENSTEIN
KIEFERNWEG 26
82319 STARNBERG GERMANY

SLAUKO FURST VON SAYN-WITTGENSTEIN
KIEFERNWEG 26
82319 STARNBERG GERMANY

SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH
1 RAFFLES QUAY #35-01 NORTH TOWER
048583 SINGAPORE

SOFIE LIBSCHER
FELIX STR 20
D 90439 NUERNBERG GERMANY

SOMMER MARIO & URSULA
FELDSTRASSE 14
14979 GROSSBEEREN GERMANY

SOMMER URSULA & MARIO
FELDSTRASSE 14
14979 GROSSBEEREN GERMANY

SONJA ALLMANN
HUTZWIESE 6
64385 REINCHELSHEIM GERMANY

SONJA BARTH
STREITERSTR. 32
85049 INGOLSTADT GERMANY

SONJA BLATTNER
MOTZSTRASSE 65
10777 BERLIN GERMANY

SONJA NAGEL
NEUE PROMENADE 23
15377 BUCKOW GERMANY

SONJA PFLUGER
KATZENSTEINSTRASSE 1-3
BADEN-BADEN GERMANY 76530

SONJA ROY
AN DER ZEILHECKE 10 B
63303 DREIEICH   GERMANY

SONJA SCHMALHOLZ
BRIXENER STR 5
87719 MINDELHEIM  GERMANY

SONNENALLEE GBR
C/O DR KOHLHASE GMBH
OLLOSHASSE 5
80333 MUNCHEN GERMANY

SOPHIA LABORIUS
EHLERBERGSTR 16
38162 CREMLINGEN, GERMANY

SOPHIA STROBACH
PERALOHSTRASSE 51
81737  MUNICH GERMANY

SOPHIA WIESINGER
FISCHERSTIEEGE P18
A-1010 WIEN AUSTRIA

SOPHIE UITZ
EICH 48
5310 ST LORENZ AUSTRIA

SOPHIE WESTPHAL
RUBEN-WOLF-STR. 28
D-12524 BERLIN GERMANY

SOPRANZI MIRIAM
CASSA DI RISPARMIO DI FERMO SPA
VIA DON ERNESTO RICCI 1
63023 FERMO FM ITALY

SORACE MARESCA MARCO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SOTIRIOS TYMPAS
MEROPI TYMPA
MAKPI STR 27
GR 42100 TRIKALA, GREECE

SPAREKASSEN FAABORG A/S
PLESNER
AMERIKA PLADS 37
0 COPENHAGEN DENMARK

SPAZIANO CARMINE - DI RUSSO GIOVANNA
VIA SAN GIULIO, 44
FORMIA (LT) - 04023 - ITALY

SPAZZALI CARLO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

SPECK, ANDREAS
HERMSDORF 14
09661 ROSSAU GERMANY

SQUARCIA LUCIANO LATINI MARINA
CASSA DI RISPARMIO DI FERMO SPA
VIA DON ERNESTO RICCI 1
63023 FERMO FM ITALY

ST BENOIT PRIVATE MANAGEMENT SA
38 AVENUE DE LA FAIENCERIE
L-1510 LUXEMBOURG

ST GALLER KANTONALBANK
ST LEONHARDSTRASSE 25
POSTFACH
CH-9001 ST GALLEN SWITZERLAND

STABLE ASSET LTD.
EDIFICIO TORRE DEL SOL APARTAMENTO 1302
CALLES 30 Y 24
PUNTA DEL ESTE

STAMPINI GIANCARLO, STAMPINI GIANLUIGI, STAMPINI GIANNA
C/O STAMPINI GIANCARLO
VIA JACCHIA 10
40033 CASALECCHIO DI RENO BO ITALY

STANGONI ARNALDO STANGONI LAURA
1733790
VIA MICHLE ABOZZI 31
7100 SASSARI (SS)  ITALY

STEFAN BLACHA
ALTSTAD STRASSE 8
CH-6045 MEGGEN SWITZERLAND

STEFAN BLACHA
ALTSTADTSTRASSE 8
CH 6045 MEGGEN SWITZERLAND

SPAZZALI CARLO
LA SCALA
STUDIO LEGALIA E TRIBUTARIO
CORSO MAGENIO N 42
20123 MILANO  ITALY

SPERA GAETANO
VIA 4 CASELLI MARCONIA (MT)
75015 PISTICCI ITALY

SR ROCKVIEW MASTER MA LTD
C/O ROCKVIEW MANAGEMENT LTD
METRO CENTER ONE STATION PLACE
STAMFORD, CT 06902

ST GALLER KANTONALBANK
ST LEONHARDSTRASSE 25
POSTFACH
CH-9001 ST GALLEN SWITZERLAND

STABLE ASSET LTD
EDIFICIO TORRE DEL SOL APARTAMENTO 1302
CALLES 30 Y 24
PUNTA DEL ESTE, URUGUAY

STAMPINI GIANCARLO
TUGNOLI ANTONIA
VIA SACCHIA 10
40033 CASALECCHIO DI RENO  ITALY

STANDAERT - BALCAEN
SEND NOTICES TO: SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

STANISLAO PASQUARIELLO
VIA PASQUALE CUGIA 43
09129  CAGLIARI  SARDINIA, ITALY

STEFAN BLACHA
ALTSTAD STRASSE 8
CH-6045 MEGGEN SWITZERLAND

STEFAN BROTHAN
QUELLWIESSTRASSE 28
55120 MAINZ GERMANY

STEFAN CONRADI
OSTSTR.8
04317 LEIPZIG GERMANY

STEFAN FITTKAU
105 CECIL STREET 06-01
SINGAPORE 069534, REPUBLIC OF SINGAPORE

STEFAN GOERIS
AM POTH 4
40625 DUSSELDORF - GERMANY

STEFAN GUENTHER
REISNEISTR 10/12
A-1030 VIENNA AUSTRIA

STEFAN HAAS
MOEHNESTR 122
D-59755 ARNSBERG GERMANY

STEFAN HEITHECKER
AM ZIEGELHAEUSCHEN 3
HAAN GERMANY 42781

STEFAN HOCHHOLZER
AM STEINBERG 8
91244 REICHENSCHWAND GERMANY

STEFAN HOFFMANN
OFFERMANNSHEIDER STR. 173
51515 KUERTEN GERMANY

STEFAN HOLDGREWE
HELLERWEG 71
32052 HERFORD GERMANY

STEFAN JOCHUM
JUGENDSTR  5
22527  HAMBURG GERMANY

STEFAN KNUST
MATTHIAS - GRÜNEWALD - STR 56
65428 RÜSSELSHEIM GERMANY

STEFAN KUHN
8 ADAMS HOUSE
RUSTAT AVENUE
CAMBRIDGE CB1 3RE, UK

STEFAN MILLER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖEFFELSTRASSE 44
70597 STUTTGART GERMANY

STEFAN PAUL
KAPFSTRASSE 49
70771 LEINFELDEN-ECHTERDINGEN GERMANY

STEFAN REIMOSER
ALMRAUSCHSTRASSE 14
82031 GRUENWALD GERMANY

STEFAN SCHILGEN
HAIERBAEUMCHEN 55
MOENCHENGLADBACH 41169 GERMANY

STEFAN SCHNEIDER
RADENSDORFER HAUPTSTRASSE 24
15907 LUEBBEN OT RADENSDORF, GERMANY

STEFAN SCHULZE
HAYDNSTR 20
70195 STUTTGART GERMANY

STEFAN SCHULZE
HAYDNSTR 20
70195 STUTTGART GERMANY

STEFAN SCHWARTZ
NEUNKIRCHNERSTRASSE 52
2620 BREITENAU AM STEINFELD AUSTRIA

STEFAN SOMMER
THOMAS NAST STR 34
LANDAU 76829 GERMANY

STEFAN STRUYF
C/O SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

STEFAN THEINER
GLURNSER STRASSE 13
I-39020 SCHLUDERNS BZ ITALY

STEFAN VOLKLE
ZOLLERNSTR 26
72348 ROSENFELD GERMANY

STEFAN WEILAND
MAINSTRASSE 38
66333 VÖLKLINGEN GERMANY

STEFAN WEIMERSHAUS
MULTKESTRASSE 76
50674 KOELN, GERMANY

STEFAN WERBEN
ORFFSTR 13
91207 LAUF GERMANY

STEFAN WERBEN
ORFFSTR 13
91207 LAUF GERMANY

STEFAN WERBEN
ORFFSTR. 13
91207 LAUF GERMANY

STEFANIE FLIEGER
LUDWIG - FEUERBACH - STR 30
D-90489 NURCMBERG GERMANY

STEFANIE HAUSNER
12 KROPSBURGRING
D 67125 DANNSTADT 2 GERMANY

STEFANIE LAXY
FURTWAENGLERSTR. 45
BAYREUTH DEUTSCHLAND 95445

STEFANIE SCHIPFER-HUBER
ZUGSPITZSTR 10
82031 GRUENWALD GERMANY

STEFANIE SCHIPFER-HUBER
ZUGSPITZSTR. 10
GRUENWALD 82031 GERMANY

STEFANIE STIERHOF
WEGFELD 10
91459 MARKT ERLBACH GERMANY

STEFANO BERNARDO
RUDOWER STR. 99
BERLIN 12351 GERMANY

STEFANO MANARA
VIA LUNG'ADIGE G LEOPARDI 99
38100 TRENTO TN  ITALY

STEFANO PICCINI MACORINI
VIA COSTALUNGA 43
34100 TRIESTE ITALY

STEFFEN BARTENSCHLAG
FRITZ-ERLER-STR. 21
HANAU/GERMANY

STEFFEN BERTHOLD
KURFUERSTENSTRASSE 82
12105 BERLIN GERMANY

STEFFEN LEMSER
DIESELSTR 3
91154 ROTH GERMANY

STEFFEN LOEBNER
ENZHALDE 19
D-75180 PFORZHEIM GERMANY

STEFFEN THOMAS RABOFSKY
MASURENWEG 15
53119 BONN GERMANY

STEFFEN WOLF
HILDASTR 5 A
75223 NIEFERN-OESCHELBRONN GERMANY

STEGAN, ADRIAN
JIM WINKEL 7A
30974 WENNIGSEN - GERMANY

STEGEN JURGEN
IM WINKEL 1A
30974 WENNIGSEN
GERMANY

STEGEN, SABRINA
IM WINKEL 1 A
30974 WENNIGSEN GERMANY

STEINBERG EDUARD
NEUE STR 7
D-22851 NORDERSTEDT GERMANY

STELLA NATASCHA SCHNEIDER
AM ALBERTSBERG 13
D-75031 EPPINGEN
EPPINGEN DE 75031
GERMANY

STELLA REDLIN
AM ALTEN DREISCH 60 A
D-33605 BIELEFELD GERMANY

STELLA REDLIN
AM ALTEN DREISCH 60A
D-33605 BIELEFELD GERMANY

STEPHAN & REGINE JAEGER
AUF DEM KAPPUS 12
D 41542 DORMAGEN  GERMANY

STEPHAN & RENATE KOEMM
FASANENWEG 7
82110 GERMERING  GERMANY

STEPHAN ANDERS
FRANZ-VON-DEFREGGER-STRASSE 22
D 83607 HOLZKIRCHEN GERMANY

STEPHAN BÖS
KALTBACHTAL 21
56377 NASSAU GERMANY

STEPHAN BRACKMANN
TAXISSTR. 10
D-86153 AUGSBURG GERMANY

STEPHAN DAHM
SIERICHSTRASSE 102
22299 HAMBURG GERMANY

STEPHAN DRUSKATH
WINGERTSTR 25
60316 FRANKFURT GERMANY

STEPHAN EDER
C/O HARALD EDER
KAMMERMAYRSTR. 20
4400 STEYR  AUSTRIA,

STEPHAN FREITAG
MORELLENWEG 1 A
HAMBURG 22043 GERMANY

STEPHAN GEISSLER
GAUSSSTR 39
FRANKFURT AM MAIN DE 60316
GERMANY

STEPHAN GREGOR
BEETHOVENSTRA E 96
58097 HAGEN GERMANY

STEPHAN HAHN
KIMMELSBACH 45
97494 BUNDORF UFR, GERMANY

STEPHAN KAPFERER
C/O KONRAD KAPFERER
UNTERSEESTR 27
CH-8280 KREUZLINGEN / SWITZERLAND

STEPHAN KASPAR
WITTMANNSTR 38
64285 DARMSTADT GERMANY

STEPHAN KASPAR
WITTMANNSTRASSE 38
64285 DARMSTADT GERMANY

STEPHAN KRAMER
SEXTROSTR 17
D-30169 HANNOVER GERMANY

STEPHAN PUST
ARNOLD-SCHLUETER-WEG 11
33100 PADERBORN GERMANY

STEPHAN SCHERER
SCHMUTTERSTR. 3
86420 DIEDORF GERMANY

STEPHAN U. CLAUDIA KRUPOP
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LÖFFELSTRASSE 44
70597 STUTTGART GERMANY

STEPHAN ZINKE
STOBURGES STR 9A
D-09306 ROCHLITZ
ROCHLITZ DE 09306 GERMANY

STEPHANIE KATH
AN DEN SCHULWIESEN 37
63263 NEU-ISENBURG GERMANY

STEVE HOFFMANN
RUE DES FRERES PROVOST 2
F-22300 LANNION FRANCE

STEVEN KEYZER
KOPSTRAAT 372
2900 SCHOTEN BELGIUM

STIFTUNG ACCION HUMANA
ALEXANDER VELENTIN-DALLMER
HERBERT-WEICHMANN-STR 86
22085 HAMBURG GERMANY

STIFTUNG DER FAMILIE AULENBACHER
C/O GERHARD DOHR
IM BAND 16
56743 MENDIG  GERMANY

STIFTUNG JUGENDHANDBALL IM TSV BUCHHOLZ 08"
C/O KAI VON THIENEN
REIHERSTEIG 202G
21244 BUCHHOLZ GERMANY

STOCCHINO MARIA
VIA NAZIONZALE
8040 CARDEDU NU ITALY

STOCHINO ADELINA
38299922
STOCHINO ADELINA
BANCO DI SARDEGNA CASELLA 32
8045 LANUSEI OG  ITALY

STONE LION PORTFOLIO L.P
CLAUDIA BORG
STONE LION CAPITAL PARTNERS LP.
461 5TH AVENUE 14TH FLOOR
NEW YORK, NY 10017

STONE LION PORTFOLIO LP
CLAUDIA BORG
461 5TH AVENUE 14TH FLOOR
NEW YORK, NY 10017

STORSBERG KLAUS UND INGRID
MOHLENSTRASSE 5
D-51371 LEVERKUSEN GERMANY

STUCH BERNHARD
WINZERSTR 62
53129 BONN  GERMANY

STURNY, BERNARD & MARYSE
BELLEVUE 13
1073 SAVIGNY SWITZERLAND

SUEDFLEIGER FINANCE INC
POSTFACH 328
FL 9490 VADUZ, LIECHTENSTEIN

SUEDFLIEGER FINANCE INC
POSTFACH 328
FL 9490 VADUZ  LIECHTENSTEIN

SUNDRUP KARL
BUENKAMP 27
D- 48157 MUENSTER, GERMANY

SUPHATRA SAE-PHUA
ROEMERSTRASSE 24
D 55129 MAINZ GERMANY

SUSANNA BIAGGIONI
VIA VALERIANI 64
BOLOGNA  ITALY

SUSANNA KIENING
AN DER OSTERLEITE 13
83646 BAD TOLZ GERMANY

SUSANNA KIENING
AN DER OSTERLEITE 13
83646 BAD TOLZ GERMANY

SUSANNE & MANFRED HARWARDT
HIRTENSTALLER WEG 11
BUESUM DE 25761 GERMANY

SUSANNE BARTH
STREITERSTR. 32
85049 INGOLSTADT GERMANY

SUSANNE DONHAUSER
ISIDOR TRAUZLSTR 4
A-2500 BADEN  AUSTRIA

SUSANNE EIERMANN
AMEISENBERGSTR 68
70188 STUTTGART GERMANY

SUSANNE KLINGLER-WERNER
BERKERSHEIMER BAHNSTRASSE 29A
60435 FRANKFURT AM MAIN GERMANY

SUSANNE KLINGLER-WERNER
BERKERSHEIMER BAHNSTRASSE 29A
60435 FRANKFURT/MAIN GERMANY

SUSANNE RAUSCH
AM JUDENSAND 39
55122 MAINZ GERMANY

SUSANNE RUMPLER
LILIENSTRASSE 2
85244 ROEHRMOOS

SUSANNE SCHALL
HOFAECKERALLEE 13 C
85774 UNTERFOEHRING GERMANY

SUSANNE WENZEL
GRABEN-STRASSE 9
D-65183 WIESBADEN GERMANY

SVEA ZDUNEK
AM ROTDORN 4
D-30657 HANNOVER GERMANY

SVEN FERSCHKE
AM FISCHTEICH 11
31228 PEINE GERMANY

SVEN LUX
KOBENS 19
28876 OYTEN GERMANY

SVEN OD. SANDRA MEILER
JOHANN-THOMAS-MUNZERT-STR. 6
95119 NAILA
95119 NAILA GERMANY

SVENJA KLUGE
ARENSGASSE 15
52078 AACHEN  GERMANY

SWANTJE SIMON
MEISTERSINGERSTRASSE 25
95444 BAYREUTH GERMANY

SWANTJE TOENNIES
RAPPSTRASSE 18
20146 HAMBURG

SWISS LIFE 120550 O16 DEP
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

SWISS LIFE 120550 O16 DEP
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

SWISS LIFE DEP 120500-014
AGEVIS GMBH
ALTENHOF 1
53804 MUCH  GERMANY

SWISS LIFE DEP 1205500-001
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

SWISS LIFE DEP 1205500-001
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

SWISS LIFE DEP 1205500-004
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

SWISS LIFE DEP 1205500-004
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

SWISS LIFE DEP 1205500-010
AGEVIS - GMBH
POSTFACH 1150
53798 MUCH GERMANY

SWISS LIFE DEP 1205500-010
AGEVIS GMBH
ALTENHOF 1
53804 MUCH GERMANY

SWISS LIFE LIECHTENSTEIN AG
C/O PT ASSET MANAGEMENT AG
PF 1341-72544 METZINGEN

SWISS LIFE LIECHTENSTEIN AG
IN DER SPECKI 3
9494 SCHAAN LIECHTENSTEIN

SWISS LIFE LIECHTENSTEIN AG
IN DER SPECKI 3
SCHAAN 9494 - LIECHTENSTEIN

SWISS LIFE LIECHTENSTEIN AG
IN DER SPECKI 3
SCHAAN 9494 LIECHTENSTEIN

SWISS LIFE LIECHTENSTEIN AG
PT ASSET MANAGEMENT AG
PF 1341
72544 METZINGEN LIECHTENSTEIN

SYLVIA HAGENHOFER-CARNEIRO
KORNACKERSTR. 18A
85293 REICHERSHAUSEN GERMANY

SYLWIA-GABRIELA HERRMANN
PARKSEE 26 D
D-22689 SCHENEFELD GERMANY

T GRABENSTEIN & A SILLER GRABENSTEIN
BLAUENSTR 21
79541 LOERRACH GERMANY

TACHE CLEMENT
VIA FRUA 8
20146 MILANO ITALY

TAGLIAZUCCHI LAURO, TEGGI MARIA CLARA
VIA ARTURO TOSCANINI 18
41043 FORMIGINE (MODENA) ITALY

TALLONI ANGELA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

TANGA ENZO
VIA DOMIZIANA KM 39,400
81030 CASTEL VOLTURNO (CE) ITALY

TANGA GIUSEPPINA
VIA DOMIZIANA KM 39,400
81030 CASTELVOLTURNO (CE) ITALY

TANJA FLORIN MARAS
GOETHESTRABE 03
15848 BEESKOW GERMANY

TANJA LIESELOTTE BLANA
LAGERHAUSSTR 9 A
87666 PFORZEN GERMANY

TANJA VENTER
KAFKASTR 1
50829 KOELN GERMANY

TANJA VENTER
KAFKASTR 1
50829 KOLN GERMANY

TANJANA REHBECK
AM STADTBAD 15
DANNENBERG (ELBE) 29451 GERMANY

TANNO TIARKS
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

TARTAROTTI GIANCARLO
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

TASSINARI DORA
VIA CERVESE 1518
47521 CESENA (FC) ITALIA

TAUCH ANDREAS
WALTERSTRASSE 27
D 47441 MOERS  GERMANY

TAWFIK FATHY & ANNELIESE
HERMANN BOCKER STR 9
85221 DACHAU GERMANY

TECK CHEONG LIEW
NO 7 JALAN PEACE ,
PENDING 93450
KUCHING,  SARAWAK MALAYSIA

TELLE, WERNFRIED
TENNENBACHER STR 33
FREIBURG 79106 GERMANY

TENCALLA MARIA ROBERTA
VIA BORGOGNA 7
20121 MILAN ITALY

TEOFILO TENREIRO DA CRUZ
RUA PERO DE ALENQUER, Nº8
1400-294 LISBOA PORTUGAL

THALHEIM, REGINA
ELSTRAER STR 9
D-01920 STEINA, GERMANY

THALHEIM, REGINA
ELSTRAEV STR 9
D-01920 STEINA, GERMANY

THE EURO CARIBE INVESTMENT TRUST
ALEXANDER VELENTIN-DALLMER
HERBERT-WEIHMANN-STR 86
22085 HAMBURG GERMANY

THE TAMARIND FUND
TISSOR CAPITAL MANAGEMENT SA
VIA CANTONALE GALLERIA 2
6928 MANNO SWITZERLAND

THEA KATZ REV TRUST
525 S FLAGLER DR 29/C
WEST PALM BEACH, FL 33401

THEO AGNER-THUERIG
SACKMATT 21
6242 WAUWIL  SWITZERLAND

THEO AGNER-THUERIG
SACKMATT 21
6242 WAUWIL SWITZERLAND

THEO AGNER-THUERIG
SACKMATT 21
6242 WAUWIL SWITZERLAND

THEO BIEBERSTEIN
STADTMÜHLGASSE 7
97816 LOHR GERMANY

THEO WALTER  MARGIT WALTER
SCHURZSTR 18
63743 ASCHAFFENBURG GERMANY

THEODOR HERBORT
STEUERBERATER
KALEFELDSTRAßE 44
33397 RIETBERG GERMANY

THEODOR VAN STIGT
ERWIN - ROMMEL - STR 4
D-40470 DUESSELDORF GERMANY

THERESA HEINZ
GAUSBURG 47
83416 SAALDORF-SURHEIM GERMANY

THERESA KOCH
GUELLSTR 8
80336 MUENCHEN GERMANY

THERESA MAILAENDER
WILDTAUBENWEG 1A
81375 MUENCHEN GERMANY

THERESA MERZ
BULZINGERSTR 39
78604 RIETHEIM-WEILHEIM GERMANY

THERESE HOF
SCHATGARTEN STR 14
63579 FREIGERICHT FR GERMANY

THERESE HOTTENROTT
PESTALOZZI-STR 34
50171 KERPEN GERMANY

THERESE LAMBRON
RUE MARECHAL GALLIENI 296
LE RUBAN BLEU
83600 FREJUS FRANCE

THIBAUT DE GREEF
BALLINGSLAAN, 11
1090  BRUSSEL BELGIUM

THILO & GISELA LAUMER
OSTRING 30
91126 SCHWABACH  GERMANY

THIMO ALTIG
LOBENSTEINER WEG 6
BRACKENHEIM 74336, GERMANY

THOMAS AND PETRA LANG
FRITZ-SCHAEFFER STR.40
83104 TUNTENHAUSEN, GERMANY

THOMAS ANDREAS GORNER
HINTER DEN EICHEN 3
D-21272 DOHLE GERMANY

THOMAS BAUER UND SUJATA GUPTE
KIEFERNSTRASSE 34
55218 INGELHEIM  GERMANY

THOMAS BOSCHEINEN
C/O ROTTER RECHTSANWAELTE
LUISE-ULLRICH-STRASSE 2
82031 GRUENWALD  GERMANY

THOMAS BRUECKNER
ZWINGLISTRASSE 12
10555 BERLIN GERMANY

THOMAS DAMM
SÜLZESTR. 27
D-39179 BARLEBEN GERMANY

THOMAS DREXLER
WALDBRUNN 11
94160 RINGELAI GERMANY

THOMAS ECKERT
LUDWIG-SCHUNK-STR 15
35452 HEUCHELHEIM  GERMANY

THOMAS FILBRY
LEHNLEITENWEG 12
97074 WURZBURG GERMANY

THOMAS GAITZSCH
KLEMENS HOFBAUER STR 69
D-53117 BONN GERMANY

THOMAS GAITZSCH
KLEMENS HOFBAUER STR 69
D-53117 BONN GERMANY

THOMAS GERKE
AM SCHWALBENBERG 55
DUESSELDORF 40627  GERMANY

THOMAS GRUTZEMACHER
THERESA-GIEHSE-ALLEE 58
81739 MUNCHEN GERMANY

THOMAS GRUTZEMACHER
THERESE GIEHSE ALLEE 58
81739 MUNCHEN GERMANY

THOMAS GUMMERT
BERNHARD-NOCHT-STR 105
20359 HAMBURG  GERMANY

THOMAS HAENNI
IM MURI 1
3800 UNTERSEEN SWITZERLAND

THOMAS HAGELSTEIN
MARIENSTR 28
D-52399 MERZENICH-GOLZHEIM, GERMANY

THOMAS HARTLEB
KLEINWALBURERSTRASSE 13
D 96484 MEEDER GERMANY

THOMAS HEINE
COLLEGE RING 3
28759 BREMEN GERMANY

THOMAS HEITMANN
GRAF-OTTO-HARTMANN-ST. 13
SCHLITZ 36110 GERMANY

THOMAS HEYLIGERS
FABRIKSTR 22
47798 KREFELD GERMANY

THOMAS HOLLIGER
MEISENWEG 4
4564 OBERGERLAFINGEN  SWITZERLAND

THOMAS KAPP
BAHNHOFSTR. 12
HOCHDORF-ASSENHEIM DE 67126 GERMANY

THOMAS KAPP
BAHNHOFSTRA 12
67126 HOCHDORF-ASSENHEIM GERMANY

THOMAS KUEHN
FRITZENBERG 10
04539 GROITZSCH GERMANY

THOMAS LAUTERBACH
L THOMA STR 2
83620 VAGIN  GERMANY

THOMAS LUECKGE
OBERBRUCHER STR 26
52525 HEINSBERG GERMANY

THOMAS NEDER
ARNIMSTRASSE 6
MUNICH GERMANY 81369

THOMAS PANGELS
ROSENSTRASSE 2A
41812 ERKELENZ GERMANY

THOMAS PINGGERA
MOOSBURGSTRASSE 50 EYRS
I-39023 LAAS ITALY

THOMAS RAMMING
HIRSCHGARTENWEG 10
STEIN D-90547 GERMANY

THOMAS RAUBART
IN DER HELLE 19
33378 RHEDA-WIEDENBRUECK GERMANY

THOMAS REINKE
SKLADANOWSKY STR 22
13156 BERLIN  GERMANY

THOMAS RIEKEL
LA FORGE DE MANSES
TEILHET 09500 FRANCE

THOMAS RIEKEL
LA FORGE DE MANSES
TEILHET 09500 FRANCE

THOMAS S KAMMRER
REDERSCHEIDER WEG 7
53604 BAD HONNEF  GERMANY

THOMAS SCHAFER
LILIENRING 6
97353 WIESENTHE CL GERMANY

THOMAS SCHEIBER
OTTO-WELS-STR.62
D-26133 OLDENBURG GERMANY
·, ·

THOMAS SCHUBERT
AN DEN SCHULWIESEN 37
63263 NEU-ISENBURG GERMANY

THOMAS SEDEMUND
TWIETE 17
22964 STEINBURG GERMANY

THOMAS STAPPER
FLIEDERWEG 4
D-41751 VIERSEN GERMANY

THOMAS STAPPER
FLIEDERWEG 7
D-41751 VIERSEN GERMANY

THOMAS STRETZ
AM BRUNNENFELD 22
86356 NEUSAESS GERMANY

THOMAS WALTHER
ESMARCHSTRASSE 25
BERLIN 10407 GERMANY

THOMAS WILLEN
AM ROTEN BERG 6
47589 UEDEM GERMANY

THOMAS ZEHRTISCH
STETTINER STR 10
90425 NURNBERG GERMANY

THOMAS-PAUL SCHUMANN
REIMERSHOLMGATAN  23
SE-11740 STOCKHOLM SWEDEN

THON GEORG
GRAF V GALENSTRASSE 72
65197 WIESBADEN  GERMANY

THON, GEORG
LIESELOTTE THON
KLARENTHALER STR 43
65197 WIESBADEN GERMANY
Germa

THORBEN MENRAD
GABELSBERGER STR. 67
94315 STRAUBING, GERMANY

THORSTEN BEKKER
UHLANDSTR 10A
49078 OSNABRUCK
GERMANY

THORSTEN BEY
GAMBRINUSSTRAßE 30
64319 PFUNGSTADT GERMANY

THORSTEN BEY
GAMBRINUSSTRASSE 30
64319 PFUNGSTADT GERMANY

THORSTEN BEY
GAMBRINUSSTRASSE 30
64319 PFUNGSTADT GERMANY

THORSTEN CHRISTIAN
GOEDDESTR 36
51067 KOELN GERMANY

THORSTEN D. WIGGENHAGEN
STOCKGASSE 17A
96155 BUTTENHEIM GERMANY

THORSTEN LEICH
SCHOENBORNSTR 43
65439 FLOERSHEIM GERMANY

THORSTEN POHL
ALBERT-SCHWEITZER-RING 61
69226 NUSSLOCH GERMANY

THORSTEN SCHNITKER
FRIEDHOFSTRASSE 39
35633 LAHNAU GERMANY

THORSTEN SCHULZE
WOLSTEINKAMP 43
22607 HAMBURG GERMANY

THYE MIZAR FUND
TISSOR CAPITAL MANAGEMENT SA
VIA CANTONALE GALLERIA 2
6928 MANNO SWITZERLAND

TILL BACHLER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

TILMANN HERBOLSHEIMER
HERMANN HESSE WEG 7
75015 BRETTEN, GERMANY

TIM BROSSMANN
SCHUBERTSTR 3
91126 SCHWABACH GERMANY

TIM WENZEL
GAILBACHER STR 73
63743 ASCHAFFENBURG GERMANY

TIMO BUDDEUS
ALBERT-SCHWEITZER STRASSE 4
D-59609 ANROCHTE GERMANY

TIMO HOLLAENDER
LOCHSTRASSE 14
SCHAFFHAUSEN 8200 SWITZERLAND

TIMO LEINGANG
ATTN ULNKE UND ULRICH LEINGANG
LANDWEHRSTR 14
67346 SPEYER GERMANY

TIMO LEONHARD SATTLER
KINZIGSTR 1
D 77709 WOLFACH  GERMANY

TIMO TIARKS
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

TIMO ZURA
ROGGENKAMP 47
49393 LOHNE

TINA MUELLER
SOPHIENSTR 8
40597 DUESSELDORF GERMANY

TINCANI FRANCO
VIA PIO DONATI 39/1
CASTELNUOVO RANGONE (MO) 41051 ITALY

TINCANI FRANCO
VIA PIO DONATI 39/1
CASTELNVOVO RANGONE (MO) 41051 ITALY

TINNER BEAT
STREHLGASSE 18
8547 GACHNANG SWITZERLAND

TOBIAS DETTMAR
C/O ADELHEID GUNDLACH
KREUZWEG 21
31582  NIENBURG/WESER AR GERMANY

TOBIAS EISSLER
BAHNHOFSTR 57/1
72138 KIRCHENTELLINSFURT GERMANY

TOBIAS ENGSTLER
GOHLIEB-DAIMLE-STR 3
D-78048 VILLNIGEN-SCHWERMINGER  GERMANY

TOBIAS HEER
LINDELSTR 29
71720 OBERSTENFELD GERMANY

TOBIAS HENRICH
IM WEDEN 1
BARGFELD-STEGEN 23863 GERMANY

TOBIAS HOLEKAMP
GROSSER BOECKEL 18
D-31188 HOLLE GERMANY

TOBIAS KIEDERICH
SCHEUREN 53
53937 SCHLEIDEN  GERMANY

TOBIAS KUNZE
DORNBLUETHSTR 11B
D-01277 DRESDEN GERMANY

TOBIAS LAXY
FURTWAENGLERSTR. 45
BAYREUTH DEUTSCHLAND 95445

TOBIAS LORENZ
GLOGAUER WEG 28
SCHWIEBERDINGEN 71701 GERMANY

TOBIAS SCHEWE
AM SCHEIDGENSBACH 6
46240 BOTTROP GERMANY

TOBIAS STUMBER
AM HEUWEG 4 1
71277 RUTESHEIM  GERMANY

TOCCO SANDRO
9386543
VIA CAPUT ACQUAS 28
9013 CARBONIA (CI) ITALY

TOMAS KISSLINGER
MELLER BERG 39
49324 MELLE
GERMANY

TOMIAZZO PAOLO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

TOMOKI PIEKENBROCK
THOMAS PIEKENBROCK
FELDSTR 54
40479 DUSSELDORF GERMANY

TONI & UTE WELTER
BLOCKSBERGSTR 84
D-66955 PIRMASENS, GERMANY

TONOLLI MARIA
VIA EDOARDO MARAGLIANO 20
00151 ROMA, ITALY

TOPPINO PIERO TOPPINO FABIO
FRAZIONE MADONNA LORETO 17
12043 CANALE -CN- ITALY

TORBEN EDELHOFF
PLUTOSTR 12
D 23562 LUEBECK  GERMANY

TORCHIANI PAOLO
VIA DEL CICLAMINO 19/C
00060 RIANO ROMA ITALY

TORDJMAN
164 LA ROQUE TRAOUCADE
13122 VENTABREN FRANCE

TORSTEN BERWALD
GRIEGSTR. 9
18435 STRALSUND GERMANY

TORSTEN FINKE
ELSAESSER STR 38
46045 OBERHAUSEN GERMANY

TORSTEN GIESSELBACH
ILTISWEG 4/1
71083 HERRENBERG GERMANY

TORSTEN HOOGE
GARTENSTRASSE 2/1
72644 OBERBOIHINGEN GERMANY

TORSTEN KUSTER
FRANKENBERGER STR 19
35114 LOHLBACH  GERMANY

TORSTEN POTT
AUGUSTASTRASSE 7
52070 AACHEN GERMANY

TORSTEN TEWES
BAHNHOFSGANG 8
25746 HEIDE  GERMANY

TOSORATTO EZIO
VIA PIETRO BERNARDINI 22
00136 ROMA ITALY

TOTH JOSEPH
104 AVENUE DE MONTE CARLO
1190 BRUXELLES BELGIUM

TRACEY GIBBS
SG HAMBROS BANK & TRUST (GUERNSEY) LTD
PO BOX 6, HAMBRO HOUSE,
ST JULIENS AVE, ST PETER PORT,
GUERNSEY, CHANNEL ISLANDS, GREAT BRITAIN

TRANSAMERICA PIMCO TOTAL RETURN
C/O CHAPMAN & CUTLER LLP
ATTN JAMES E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

TRANSAMERICA PIMCO TOTAL RETURN
C/O PIMCO
SANDY BENSON VICE PRESIDENT LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

TRANSAMERICA PIMCO TOTAL RETURN VP
C/O CHAPMAN & CUTLER LLP
ATTN JAME E SPIOTTO
111 W MONROE ST
CHICAGO, IL 60603

TRANSAMERICA PIMCO TOTAL RETURN VP
C/O PIMCO
SANDY BENSON VICE PRESIDENT LEGAL & COMPLIANCE
840 NEWPORT CENTER DRIVE
NEWPORT BEACH, CA 92660

TRANSLINK PROJECTS LIMITED B.V.I.
TRANSLINK PROJECTS LIMITED
P.O. BOX 21855
1733 HELDERKRUIN GAUTENG SOUTH AFRICA

TRANSSHOPINVEST NV
HOOGSTRAAT 139
1000 BRUSSEL BELGIUM
N/A

TRAUTWEIN WINFRIED
KARLSTRASSE 84
SAARBRUECKEN DE GERMANY 66127

TRAVAGLI IVETTA
VIA GIACORO MATTEOTTI 76
44029 PORTO GARIBALDI FE ITALY

TRAXLER FRIEDRICH
SKRAUPSTRASSE 24/29/23
A 1210 VIENNA AUSTRIA

TRAXLER FRIEDRICH
SKRAUPSTRASSE 24/29/23
A 1210 VIENNA AUSTRIA

TRINELLI GIOVANNI & SCALABRINI GIUSEPPINA
VIA PALAZZINA 181
41048 PRIGNANO SULLA SECCHIA (MO) ITALY

TROLLMANN, KONRAD & ROSEMARIE
WUERMSTR 18
71157 HILDIZHAUSEN  GERMANY

TROONINVEST BV/NV
HOOGSTRAAT 139
1000 BRUSSEL BELGIUM
N/A,  N/A

TRUCCO PAOLO
VIA ROMA 25
12034 PAESANA CN ITALY

TRUDE VOSSEN
GERTA VOSSEN
UFER STR 54
ESCHWEILER 52249 GERMANY

TSCHOP CHRISTIANE
TSCHOP CHRISTIANE
ESLARNGASSE 11/28
1030 VIENNA AUSTRIA

TUCCI ADRIANA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

TURATI MARIA LUISA IRENE
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

TUREK KARL
KLOSTERNEUBURGERSTRASSE 118-122/13/1
1200 WIEN AUSTRIA

TURGUT & SABIN MUTLU
NACHTIGALL STR 3
58452 WITTEN, GERMANY

UBIALI ANTONIA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

UBIALI ENRICO MARIA
C/O LA SCALA
STUDIO LEGALE E TRIBUTANO
CORO MAGENTA N 42
20123 MILANO ITALY

UBIALI ENRICO MARIA
LA SCALA
STUDIO LEGALE E TRIBUTANO
CORSO MAGENTA N 42
20123 MILANO ITALY

UBS AG ZURICH
SECURITIES SERVICES OQ9C 05GC
PO BOX
CH 8098 ZURICH  SWITZERLAND

UBS AG ZURICH SWITZERLAND
SECURITIES SERVICES OQ9C 05GC
PO BOX
CH 8098 ZURICH  SWITZERLAND

UDO DR. ZIMMERMANN
ST GALLENER STR 10
D-87439 KEMPTEN GERMANY

UDO KULBARSCH
SPORTWEG 37
29525 UELZEN GERMANY

UDO LINGEMANN
AM HEILHOLZ 45
83075 BAD FEILNBACH GERMANY

UDO SCHMIDT
HELLERGARTEN 6
57290 NEUNKIRCHEN GERMANY

UDO WASMANN
SCHEIDEWEG 196
OLDENBURG 26127 GERMANY

UDO WERNER
SUEDEKUMZEILE 7 D
13591 BERLIN GERMANY

UESTUEN ANKARA
DR USTUN ANKARA
GROTHWISCH 48
22457 HAMBURG GERMANY

UGF BANCA S.P.A.
PIAZZA DELLA COSTITUZIONE, 2
40128 BOLOGNA ITALY

ULAS, MANFRED
HOLZMAARSIR 3
54558 GILLENFELD GERMANY

ULAS, UTE
ROSENBERG STR 12
54550 DAUN  GERMANY

ULF ARNDT
JAHNSTR 61
071032 BOEBLINQEN, GERMANY

ULF ARNDT
JAHNSTR 61
D 71032
BOEBLINGEN GERMANY

ULF ARNDT
JAHNSTR G1
D 71032 BOEBLINGEN GERMANY

ULF ARNDT
ULF ARNDT
JAHNSTR G1
D 71032 BOEBLINGEN  GERMANY

ULF GOERTZ
OTTO-FRICKE-STR. 95
6118 BAD VILBEL GERMANY

ULF GRABNER
EICHENALLEE 14A
16548 GLIENICKE GERMANY

ULF HILLESHEIM
KOLNER STRABE 200
51702 BERGNEUSTQADT GERMANY

ULF HILLESHEIM
KOLNER STRASSE 200
51702 BERGNEUSTQADT GERMANY

ULF MALLEK
NEULUSSHEIMER STR. 40
01465  LANGEBRUECK GERMANY

ULF NICKL
MENDELSTR 2
39011 LANA ITALY

ULF REINHARDT
AM BECKERBRUCH 38
06846 DESSAU-ROSSLAU GERMANY

ULIRCH SEIPP
AUF DER SCHIEFERKAUT 1
WALDSOLMS GERMANY 35647

ULNKE AND ULRICH LEINGANG
LANDWEHRSTR 14
67436 SPEYER GERMANY

ULRICH & BARBARA SCHOENLEITER
BURG KASTENHOLZ
53881 EUSKIRCHEN  GERMANY

ULRICH ARNOLD
ROEDERBERG 13
HALLE 06114 GERMANY

ULRICH ARNOLD
ROEDERBERG 13
HALLE 06114 GERMANY

ULRICH BAUKNECHT
ZUGAECKERSTR 24
72622 NUERTINGEN GERMANY
GERMANY,

ULRICH BROICH
KUFSTEINER STR. 24A
D-85521 RIEMERLING GERMANY

ULRICH BROICH
KUFSTEINER STR. 24A
D-85521 RIEMERLING GERMANY

ULRICH DEHN
WILHELMSTRASSE 17
74072 HEILBRONN GERMANY

ULRICH DITSCHLER
AM KEBSGRABEN 5
37154 NORTHEIM GERMANY

ULRICH DR. KAPS
SONNENSTR. 9
63856 BESSENBACH GERMANY

ULRICH EHLERS
DR. STEINHUBEL & V BUTTLER RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

ULRICH EHRHARDT
SCHILDERGASSE 6
59590 GESEKE GERMANY

ULRICH EIMER
GROTTENSTR 9
44789 BOCHUM GERMANY

ULRICH EISTERT
FINKENSTR 11
70794 DEUTSCHLAND GERMANY

ULRICH FRICKE
AM BIESINGER BERG 82
66440 BLIESKASTEL GERMANY

ULRICH GUNDRUM
MIGUEL ANGEL VASQUEZ
FUENTE DE MOLINOS 54-PISO 8
COLONIA TECAMACHALCO
MEXICO DF 53950 MEXICO

ULRICH HARTIG
SCHOENBLICKWEG 35
89134 BLAUSTEIN GERMANY

ULRICH HENSELMEYER
HERTLEINSTRASSE 69
ERLANGEN, GERMANY, 91052

ULRICH HOFMANN
ROTHERSTRASSE 21
91183 ABENBERG GERMANY

ULRICH KÖSTNER
RICHARD-STRAUSS-STRASSE 34
91315 HÖCHSTADT GERMANY

ULRICH LANGER
RA FRANZ BRAUN
GLLB RECHTSANWAELTE
LIEBIGSTR 21
80538 MUENCHEN GERMANY

ULRICH OPPELT
PUCKHOLM 15A
22457 HAMBURG GERMANY

ULRICH PUTZ
TIETZENWEG 91A
D-12203 BERLIN GERMANY

ULRICH RUMPLER
LILIENSTRASSE 2
85244 ROEHRMOOS GERMANY

ULRICH SEIPP
AUF DER SCHIEFERKAUT 1
35647 WALDSOLMS GERMANY

ULRICH SEIPP
AUF DER SCHIEFRKAUT 1
35647 WALDSOLMS GERMANY

ULRICH STREIT
SEEHUNDWEG 28
24159 KIEL GERMANY

ULRICH ZIEBART
HAFENMARKT 5
73728
ESSLINGEN

ULRIK AND ANJA LIEBHARD
WIESENSTR. 46
D 71394 KERNEN GERMANY

ULRIK AND ANJA LIEBHARD
WIESENSTR. 46
D 71394 KERNEN GERMANY

ULRIKE DEGEBRODT
TOLZER STR 4-6
14199 BERLIN GERMANY

ULRIKE DEGEBRODT
TOLZER STR 4-6
14199 BERLIN GERMANY

ULRIKE HAEUSERER
ULRICH - HOFMAIER - STR 27
D-86159 AUGSBURG GERMANY

ULRIKE STAHLFELD
HOFSTRASSE 2
75417 MUEHLACKER GERMANY

ULRIKE STOCK
WILHELM-HOEGNER STR 8
92245 KUEMMERSBRUCK GERMANY

ULRIKE U. WALTER REBERNIG
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

ULRIKE-ALICE FRENZEN
RATHAUSSTR 43
76689 KARLSDORF-NEUTHARD GERMANY

UNICREDIT BANCA S.P.A
ATTENTION MR FABIO BALLONA
VIA ZAMBONI 20
40126 BOLOGNA ITALY

UNICREDIT CORPORATE BANKING SPA
ATTN: MR MASSIMO BORTOLUSSI
VIA GARIBALDI 1
37121 VERONA ITALY,

UNICREDIT LUXEMBOURG SA
4 RUO ALPHONSE WEICKER
ATTN MR GIOVANNI DE MICHELE
2099 LUXEMBOURG

UNICREDIT PRIVATE BANKING S P A
ATTN MR ALBERTO FAVOLE
VIA ARSENALE 21
10121 TORINO ITALY

UNION INVESTMENT
C/O STURMAN LLC
ATTN: STEFTEN MOERITZ
275 7TH AVE, 2ND FL
NEW YORK, NY 10001

UNION PETTENBACH
MARKTSTRASSE 6
4643 PETTENBACH AUSTRIA

UNIONE DI BANCHE ITALIANE S C P A
ATTENTION MR LUCA BONZANINI
AREA AFFARI LEGALI E CONTENZIOSO
PIAZZA V VENETO NO 8
24121 BERGAMO  ITALY

UNIVERSAL-INVESTMENT GMBH FOR THE FUND JOHANNES
FUHR UNIVERSAL RENTEN GLOBAL
ERLENSTRASSE 2
60325 FRANKFURT AM MAIN GERMANY

UNIVERSAL-INVESTMENT GMBH FOR THE FUND UNIVERSAL HP III SEG
UNIVERSAL INVESTMENT GMBH
ERLENSTRASSE 2
60325 FRANKFURT AM MAIN GERMANY