**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                   :        **Chapter 11**
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*               :        **Case No. 09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.,*       :
                                                        :
                        **Debtors.**                    :        **(Jointly Administered)**
                                                        :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF SUFFOLK       )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


2.      On December 30, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors in the above-captioned case and pursuant to the **Notice of Debtors' 145th Omnibus Objection to Claims  (Eurobond Deutsche Debt Claims)  [Docket No. 8312]**, I caused to be served a customized **Notice of Objection to Individual Debt Claims**, a copy of which is annexed hereto as Exhibit "A", upon each of the parties set forth in Exhibit "B" annexed hereto (affected parties) by depositing same in a sealed, postage paid envelope at a United States Post Office for delivery by the United States Postal Service via First Class Mail.

                                                /s/ Kimberly Gargan
                                                Kimberly Gargan

Sworn to before me this
3rd day of January 2011


/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

## OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |
|---|---|
| In re | : |
|  | : Chapter 11 Case No. |
|  | : |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |

------------------------------------------------------------x

**NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS**

**[Claimant Name]**

| Claim Information | | | | | Basis For Objection |
|---|---|---|---|---|---|
| Date | Claim # | Debtor | Classification | Amount | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
|  |  |  |  |  |  |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **[insert ordinal]** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3.  Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim.  The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan.  The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**").  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.  A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual

Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing

agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and

paying agent.  This method of distribution will reduce administrative burdens in these cases and

ensure that the proper claimants receive their distributions.  As such, the Debtors believe that

Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is

granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution

accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not

confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in

the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that

your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and

unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement.  To the

extent your proof of claim asserts a claim other than for principal plus accrued and unpaid

interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court

expunge and disallow your claim listed above, subject to confirmation of the Plan.  **Any claim**

**that the Bankruptcy Court expunges and disallows will be treated as if it had not been**

**filed, and you will not be entitled to any distribution from the Debtors' estates on account**

**of that specific claim, although the entitlement to receive distributions through the fiscal**

**and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the

Debtors to try and resolve your concerns at **1-800-414-9607**.  If you are unable to resolve your

concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If you do not oppose the disallowance and expungement of your claim, then you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**.  If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim.  If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date.  If the Debtors do not continue the

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the deadline for response:

  A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

  B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

  C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

       If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date.  You will receive a separate notice of any such objections.

       If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

       **PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
     December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT B

UNIVERSITAT ZU KÖLN
WG KAMPUS
DEZERNAT 6
ALBERTUS-MAGNUS-PLATZ 6
D-50931 KÖLN   GERMANY

URGNANI STEFANO MASSIMO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

URSEL KOCH
WIEHELM DORNHAUS STRABE 11
D-45481 MULHERUR AN DES RUHR GERMANY

URSULA BINDER
WIMSHEIMERSTR. 7
D-71297 MONSHEIM / GERMANY

URSULA GRIMM
GERHARD-WINKLER-WEG 8
D 70195 STUTTGART GERMANY

URSULA HAFERKAMP
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART GERMANY

URSULA HANDSCHUH
BLUMENSTRASE 14
JUECHEN 41363 GERMANY

URSULA LAUBE
MARCUS LAUBE
339 B SEA ST
HYANNIS, MA 02601

URSULA LOTZE
BEETHOVENSTR 8
HEIDENAU 01809 GERMANY

URSULA MAZUR
HOFBROOK 57A
24119 KRONSHAGEN GERMANY

URANITSCH THERESA
SIMON DENKG 1-3150
1090 LSIEN AUSTRIA

URSEL BERENDT
LANGGARTENWEG 25
CH-4123 ALLSCHWIL SWITZERLAND

URSULA BINDER
WIMSHEIMERSTR. 7
D-71297 MONSHEIM / GERMANY

URSULA EMIG
SCHANZENWEG 23
D 65232 TAUNUSSTEIN GERMANY

URSULA GROSSMANN
RAMBOUXSTR 219
50737 KOELN   GERMANY

URSULA HAGEMEIER
AM HAIN 26
63654 BUEDINGEN GERMANY

URSULA KIEDERICH
SCHEUREN 53
53937 SCHLEIDEN GERMANY

URSULA LAUBE
REHAGENER STR 22-24
12305 BERLIN GERMANY

URSULA LUBOWSKI
HEEMSKERCKSTRAAT 21
THE HAGUE NETHERLANDS

URSULA PUNT
BURGEIS
I-39024 MALS BZ ITALY

URSULA SCHMIDTKE
OHMSTR 20
80802 MUNICH GERMANY

URSULA USKO
FUTTERSTRASSE 7
99084 ERFURT  GERMANY

URSULA WOLLER
DUESSELDORFER SH 165
51063 KOLN GERMANY

URSULA ZIEGLMAIER
HOPFENSTR 13
84091 ATTENHOFEN GERMANY

USAI MARIO USAI MASSIMINA
VIA SANIA MARIA
8040 ULASSAI OG ITALY

USI US INDUSTRIES BETEILIGUNGEN GIUBTT
C/O HANS JOACHIM MULH
NEIPPERGER STR 16
74193 SCHWAIGERN GERMANY

UTA + GUENTER WESSEL
HERMANN-EHLERS-STRASSE 58-60
63456 HANAU GERMANY

UTA REGLITZKI
HAUPTSTR 55
24882 SCHAALBY GERMANY

UTA RETTELBUSCH
BIRKENWEG  9
09648 MITTWEIDA GERMANY

UTE GADDIS
FINGERHUTWEG 16
38678 CLAUSTHAL-ZELLERFELD GERMANY

UTE KILIAN & DOGAN SAVCI
RAIFFEISENSTR 18
D-82346 ANDECHS  GERMANY

UTE KIRCHRATH
ISOLANISTR 13
51067 KOLN GERMANY

UTE PIEPER-SECKELMANN
11, RUE DES PRUNELLES
L-5371 SCHUTTRANGE LUXEMBOURG

UTE SUESS
HEUBNERSTRASSE 9
09599 FREIBERG GERMANY

UTE VOGEL
HAUS BROEL
D-59514 WELVER-BORGELN GERMANY

UTE VOGEL
HAUS BROEL
D-59514 WELVER-BORGELN GERMANY

UWE BERG
WOLLGRASWEG 11
22844 NORDERSTEDT GERMANY

UWE BISCHOFF
BADENER STRASSE 7
D-76593 GERNSBACH GERMANY

UWE HERMANN ZEISSNER
JOHANN-KLOTZ-STR 19
D-60528 FRANKFURT GERMANY

UWE NAGEL
NEUE PROMENADE 23
15377 BUCKOW GERMANY

UWE PFISTERER
SCHORLEMERALLEE 6
D-14195 BERLIN GERMANY

UWE RIEDEL
ALLENSTEINER STR 15
28816 STUHR GERMANY

UWE SCHEFFER
IM PAPENDIEK 62
32051 HERFORD GERMANY

UWE TAUBERT
R4-30 HUNG GIA 5
DISTRICT 7
SAIGON VIET NAM

UWE TRAMBO
QUERSTR 63
99610 WENIGENSOEMMERN GERMANY

UWE WITSCH
KREUZSTR.21
40210 DUESSELDORF GERMANY

V CALDERONE
NATIXIS PRIVATE BANKING
51 AVENUE J F KENNEDY
L 1855 LUXEMBOURG

VACCARI CAMILLA
V VERDI 35
41030 BOMPORTO MO ITALY

VACCARI, CAMILLA
VIA VERDI 35
41030 BOMPORTO, MO, ITALY

VACHI GREGORIO E CAMPINI LAURA
VIALE PASSARDI 113
44017 SCORTICHINO (FE)

VAGO ANTONIO & CARON GRAZIELLA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VAIA TYMPA
MAKRI 27
42100 TRIKALA, GREECE

VALENTIN GEVERS
OSTERMOORWEG 58
25474 BOENNINGSTEDT

VALENTIN HEINE
C/O SYLKE & THOMAS HEINE
COLLEGE RING 3
28759 BREMEN GERMANY

VALENTIN LOUIS HEINE (MINOR)
C/O THOMAS HEINE
COLLEGE RING 3
28759 BREMEN GERMANY

VALENTINO COIN
VIA ROMA 48
35020 CANDIANA PD ITALY

VALENTINO NUNZIO VALENTINO
50236867
VALENTINO NUNZIO VALENTINO INCORONATA
VIA FLAMINIA VECCHIA 703/A
191 ROMA (RM) ITALY

VALENTINS BOIKO
AV AMERICA 10 PORTALS NOUS
07181 MALLORCA BALEARES SPAIN

VALESKA VESPERMANN
ROBERTSTR 8
30161 HANNOVER  GERMANY

VALESKA VESPERMANN
ROBERTSTR. 8
30161 HANNOVER GERMANY

VALORIA DUCCIO
37723311
VIA DI SAN MARTINO AI MONTI 8
184 ROMA RM  ITALY

VAN DE MAELE, CHRISTEL
D'UITSEWEG
9320 EREVIBDEGEM BELGIUM

VAN HAVERBEKE DIRK
SERGEANT DE BRUYNESTR 51
8370 BLANKENBERGE BELGIUM

VAN LOO HEDWIGE
DONKERSTRAAT 72
9870 ZULTE BELGIUM

VANDELLI DANIELE
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VANDENBUSSCHE TODTS
FLORALAAN 10
2640 MORTSEL, BELGIUM

VANDERMEULE MADELEINE
CHAUSSEE DE FLEURUS 47 /0011
B-6040 CHARLEROI, BELGIUM

VANNESTE, JAAK
MANSTEEN 21
1745 OPWIJK BELGIUM

VANUCCI LILIANA, VANUCCI NEVIO, VANUCCI STEFANO
C/O VANUCCI STEFANO
VIA ADIGRAT 17
47838 RICCIONE (RN) ITALY

VECCHI RICCARDO
VIA TIBURTINA 86
00185 ROMA ITALY

VAN BLADEL HILARIUS
ED. VANLANGENHOVESTRAAT 13/7
8670 KOKSIJDE  BELGIUM

VAN HAUERBOKE DIRK
SERGEANT DE BAUYNE STR 51
8370 BLANKENBERGE  BELGIUM

VAN LIERDE JEANNINE
DEIFFELT 1X
6672 BEHO-GOUVY BELGIUM

VAN POUCKE JOHAN
OUDENAARDSEHEERWEG 192B
9810 NAZARETH BELGIUM

VANDELLI DANIELE
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VANDERBECQ - MOONS
MICHEL VANDERBECQ & MYRIAM MOONS
RUE FRERE DEMARET 30
B-1430 QUENAST BELGIUM

VANDERZEYPEN, GABRIELLE
14 AVENUE ASTRID
6032 MONT SUR MARCHIENNE, BELGIUM

VANNINI FRANCO VANNINI MARCO
VANNINI FRANCO VANNINI MARCO VERDECCHIA ERMELINDA
VIA U FOSCOLO 96
62012 CIVITANOVA MARCHE (MC) ITALY

VASILEIOS PANOU, STYLIANI GKOUMA
30A ESPERIDON
HALANDRI ATHENS 152-32 GREECE

VECHI ROBERTO
VIA EMILIO ZAGO 6
00139 ROMA ITALY

VENETO BANCA HOLDINGS SCPA
C/O LEONARDO NAVE, ESQ
VENETO BANCA HOLDING SCPA HEADQUARTERS
PIAZZA G B DALL'ARMI N1
31044 MONTEBELLUNA (TREVISO, ITALY)

VENTURELLI ANDREOLI ROBERTO GELMO
VIA EMILIA EST M* 893
41122 MODINA (MO) ITALY

VERA GRUBER
WURZACHER STR 14
88299 LEUTKIRCH GERMANY

VERA MAURER
ASTENWEG 3
83131 NUSSDORF, GERMANY

VERA NIKALJEVIC
AM STADTWALD 3
45894 GELSENKIRCHEN GERMANY

VERA NIKALJEVIC
AM STADTWALD 3
45894 GELSENKIRCHEN GERMANY

VERENA WILSKE
ROETHENBACHERSTRASSE 11
90592 SCHWARZENBRUCK GERMANY

VERONIKA BEHRENDT
ECKSTR 17
GERMANY

VERZELEM ROBERT
NACHTEGAAL STRAAT 77
9800 DEINZE BELGIUM

VERZENI MARCO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VESNA PRVULOVIC
C/O REINHARD KREIDL
SUDETEN WEG 16
D-35614 ASSLAR GERMANY

VEZZALI ANNA MARIA
VIA BRESCIA 51
41125 MODENA  MO MACAO

VICTOR BAUWENS
RUE DU PRE SABOT 2
7190 ECAUSSINNES
7190 ECAUSINNES BELGIUM

VICTOR SCHMIT
5 RUE PRINCIPAL
L 6925 FLAXWEILER LUXEMBOURG EUROPE

VICTOR SCHMIT
5 RUE PRINCIPALE
L 6925 FLAXWEILER LUXEMBOURG  EUROPE

VICTORIA GRUBER-BREND-AMOUR
WOLFGANG-KRAEMER-STR. 3
82131 GAUTING GERMANY

VICTORIA RUEHLAND
AUF DER SCHLICHT 1 B
65812 BAD SODEN GERMANY

VIDO DOLORES
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VIKTOR GILLHOFER
STREIMLINGWEG 7
A-4040 LINZ AUSTRIA

VIKTOR PRIES
STEINWEG 28
64678 LINDENFELS GERMANY

VINCENT MEISE
FELDKAMP 12
33699 BIELEFELD GERMANY

VINCENZO AMADDEO
DR. STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOELFELSTRASSE 44
70597 STUTTGART GERMANY

VINCENZO PATERNO
THOMAS BONEHILL 37
6030 MARCHIENNE AU PONT BELGIUM

VINCIANE CROONENBERGHS
LOMBARD ODIER DARIER HENTSCH & CIE
11 RUE DE LA CORRATIRIE
CASE POSTALE
1211 GENEVE 11 SWITZERLAND

VIRDIS ANTONIO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VISION ALLIANCE LLC
23, PORTLAND HOUSE
GLADIS  ROAD
GIBRALTAR

VISION ALLIANCE LLC
23, PORTLAND HOUSE
GLADIS ROAD
GIBRALTAR

VISONA ALFIO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

VITTORIA ROMITO
VIA ANTONIO DENINO 20
67039 SULMONA (AQ) ITALY

VITTORIA RONITO
VIA ANTONIO DENINO 20
67039 SULMONA (AQ) ITALY

VITTORIO CROCI
VIA CASESI, 570/B
CORSANICO
MASSAROSA LU ITALY

VITTORIO GHELLI
RS SA
V14 MAGATTI
CM 6901 LUGANO SWITZERLAND

VITTORIO GHELLI
RS SA
V14 MAGATTI
CM 6901 LUGANO SWITZERLAND

VOI FONDO MUTUAL EN DOLARES
C/O MERRILL LYNCH
450 E LAS OLAS BLVD
STE 1080
FORT LAUDERDALE, FL 33301

VOLKER BLASIUS
IN DEM HAGEN 3
D-53604 BAD HONNEF GERMANY

VOLKER GEVERS
OSTERMOORWEG 58
25474 BOENNINGSTEDT GERMANY

VOLKER HAGEN
LESSINGWEG 20
D 95447 BAYREUTH  GERMANY

VOLKER HAGEN
LESSINGWEG 20
D 95447 BAYREUTH  GERMANY

VOLKER HAGEN
LESSINGWEG 20
D-95447 BAYREUTH

VOLKER HOLZAPFEL
DRESDNERSTR 21
35418 BUSECK
GERMANY

VOLKER JODELEIT
TANNENSTR 46
63128 DIETZENBACH, GERMANY

VOLKER KLEMPERT
CHRISTIAN-SEEBADE-STR 17
D-28279 BREMEN GERMANY

VOLKER KLIX
BISHARCKSTR. 24
D-30989 GEHRDEN GERMANY

VOLKER SAUER
TAUNUSSTRASSE 74
D-65779 KELKHEIM GERMANY

VOLKER STAWITZKY
TORREON DEL CARMEN NORTE
CALLE DE LA PRIMAVERA 1469
HUECHURABA SANTIAGO DE CHILE   REP OF CHILE

VOLKER STAWITZKY
TORREON DEL CARMEN NORTE
CALLE DE LA PRIMAVERA 1469
HUECHURABA, SANTIAGO DE CHILE

VOLKER STAWITZKY
TORREON DEL CARMEN NORTE
CALLE DE LA PRIMAVERA 1469
HUECHURABA
SANTIAGO DE CHILE

VOLKER TEWES
IVENFLETHER WEG 10
25376 BORSFLETH GERMANY

VOLKER WEICHERT
BEEKEFELDSWEG 24A
D31515 WUNSTORF, GERMANY

VOLKER WROBEL
CASPAR-VON-SALDERN-WEG 1
D-24582 BORDESHOLM, GERMANY

VOLKER ZIEGLER
OEMKENSTR 66
GELSENKIRCHEN 45892 GERMANY

VOLKER ZIEGLER
OMKENSTR 66
45892 GELSENKIRCHEN GERMANY

VOLKERT SCHNOE DEWIND
WALLISER STR 59A
D28325 BREMEN GERMANY

VOLKES VON HELLESMANN
REELBANWALTE UNCHEV & COLL.
WALLGUTSTE 7
78462 KOUSTANZ GERMANY

VOLKHARD SEYFFERTH
AN DEN KLOSTERGAERTEN 25
12277 BERLIN GERMANY

VOLKMAR WINDMEISSER
GERAER STR 3
07570 WEIDA GERMANY

VOLKSBANK BIGGE-LENNE EG
OSTSTR 19-23
57392 SCHMALLENBERG GERMANY

VOLKSBANK KUFSTEIN REG GEN M B H
ATT MR THOMAS ENGL
UNTERER STADTPLATZ 21
6330 KUFSTEIN AUSTRIA

VOLLMERS-DUENNEBACKE CHRISTOPH
AUF DER LAKE 2B
57392 SCHMALLENBERG GERMANY

VOLLMERS-DUNNEBACKE CHRISTOPH
AUF DER LAKE 2B
57392 SCHMALLENBERG GERMANY

VOLLMERS-DUNNEBACKE, CHRISTOPH
AUT DER LAKE 2B
57392 SCHMALLENBERG GERMANY

VOLLMERS-DÜNNEBACKE, CHRISTOPH
AUF DER LAKE 2 B
57392 SCHMALLENBERG GERMANY

VOLPI ANDREA
VIA AVANZINI 17
41126 MODENA ITALY

VON DEN HOFF ANNE JOHANNA
FLEMINGSTRAAT 23
NL 6442 AX BRUNSSUM  NETHERLANDS

VON DEN HOFF ANNE JOHANNA
FLEMINGSTRAAT 23
NL-6442 AX BRUNSSUM NETHERLANDS

VONTOBEL EUROPE SA MILAN BRANCH
VIA GALILEI 5
20124 MILANO ITALY

VP BANK (LUXEMBOURG) S A
26 AVENUE DE LA LIBERTE
L-1930 LUXEMBOURG

VP BANK (LUXEMBOURG) SA
26 AVENUE DE LA LIBERTE
L - 1930 LUXEMBOURG

VR IMMOSERVICE GMBH
MR KARL WERNER SPEIDEL
BAHNHOFSTR 9
72810 GOMARINGEN GERMANY

W & R FENNEMANN
WOLFGANG AND RITTA FENNEMANN
SCHLINKENWEG 16
KARBEN D-61184 GERMANY

W AND R FENNEMANN
WOLFGANG AND RITIA FENNEMANN
SCHLINKENWEG 16
D-61184 KARBEN GERMANY

WACHEUFELD WILFRIED
AM ROSENGARTEN 23
34466 WOLFHAGEN  GERMANY

WADLE DANIEL
2 RUE D AMSTERDAM
L 1126 LUXEMBOURG   LUXEMBOURG

WADLE ERIC
10 RUE SIDNEY THOMAS
L 4407 BELVAUX  LUXEMBOURG

WADLE ROBERT
10 RUE SIDNEY THOMAS
L 4407 BELVAUX  LUXEMBOURG

WAGNER LIEGENSCHAFTSVERWALTUNG GMBH
C/O ROTTER RECHTSANWAELTE
LUISE-ULLRICH-STRASSE 2
82031 GRUENWALD GERMANY

WALFRAUD STEIN
ERICHSTR 11
45661 REDLINGHAUSEN GERMANY

WALL STREET INVEST
HEINZ-ARNO KUPPERS
STETTINER STR 12
D-41751 VIERSEN GERMANY

WALTER & HELGA SCHMID
DISTELWEG 2
D-71254 DITZINGEN

WALTER & ILSE GUENTHER
AMALIENSTRASSE 11
46446 EMMERICH GERMANY

WALTER AND LEONIE DIELKUS
SCHIPPERSHEIDI 14
45475 MULHEIM AN DER RUHR GERMANY

WALTER BURKART & INGRID BURKART
AM BOOTSHAFEN 12
63477 MAINTAL GERMANY

WALTER DE VECCHI / BASONI GRAZIELLA
VIA DON LUIGI STURZO, 32
BRESSO MILANO 20091 ITALY

WALTER DEHNER
KNIEBISSTRASSE 11
76275 ETTLINGEN  GERMANY

WALTER FISCHER
WIENBERGSTR 101
69469 WEINHEIM GERMANY

WALTER GOEBEL
AM WALD 16
56348 DAHLHEIM GERMANY

WALTER HÄRING
DR.-SEITZ-STR 22
82418 MURNAU GERMANY

WALTER LARDI
VIA MONTE DI SOTO 121
4102 FADADO (MO) ITALY

WALTER LUEDKE
MEYERSTR 59
D-27422 CUXHAVEN GERMANY

WALTER MULLER
WALDSTRASSE 6
56206 HILGERT GERMANY

WALTER OSWALD
ZAUNAECKERSTR 48
71083 HERRENBERG GERMANY

WALTER PHILLIP
STOLZER STR 32
31600 UCHTE GERMANY

WALTER PLAPP
HOLDERWEG  7
71126 GAEUFELDEN GERMANY

WALTER PLAPP
HOLDERWEG 7
71126 GAEUFELDEN GERMANY

WALTER ROMBKE
OTTIS-KANNING-STR 8
D 06120 HALLE /S. GERMANY

WALTER RUEF
HOEFNERSTRASSE
A-9400 WOLFSBERG AUSTRIA

WALTER RYSSY
L BECKER WEG 33
47829 KREFELD GERMANY

WALTER SACHSENMEIER
ABERLSTR 48
81371 MUCHEN GERMANY

WALTER SCHIFFER
EUPENER STRASSE 16
4731 EYMATTEN BELGIUM

WALTER SCHMIDT
KLEIN-EICHENER STR 21
35325 MUECKE  GERMANY

WALTER SCHMITT
AM ROEMERWEG 19
D-41470 NEUSS, GERMANY

WALTER SCHMITT
AM ROENERWEG 19
D-41470 NEUSS GERMANY

WALTER STORP
HOCHSTR 42
44866 BACHUM GERMANY

WALTER STRATMANN
GLASERHUETTENHEIDE 38
D 46244 BOTTROP  GERMANY

WALTER TITZE
VARNHAGEN STR 11
BERLIN DE 10439 GERMANY

WALTER TITZE
VARNHAGENSTR 11
10439 BERLIN GERMANY

WALTER TITZE
VARNHAGENSTR. 11
10439 BERLIN DE GERMANY

WALTER TITZE
VARNHAGENSTR.11
10439 BERLIN DE GERMANY

WALTER UND MARGOT BUHL
RICHARD-WAGNER-STR 13
97318 KITZINGEN GERMANY

WALTER UND WALTRAND HITTINGER
KIDLERSTR. 33
81371 MUNCHEN GERMANY

WALTER WILZ
STEFAN-GEORGE-RING 43
81929 MUNCHEN / MUNICH GERMANY

WALTER ZENNER
LAMMERSBACH 16
MUENSTER 48157  GERMANY

WALTRAND KRAUS
JULIUS LEBER STR 94
90473 NURNBERG  GERMANY

WALTRAUD & WOLFGANG WIESE
WOLFGANG WIESE
BRUNNENSTR 57
58332 SCHWELM GERMANY

WALTRAUD AZHARI
KUHGRABEN 22
22589 HAMBURG GERMANY

WALTRAUD KREEB
IN DEN MUEHLAECKERN 14
74196 NEUENSTADT GERMANY

WALTRAUD MEICHSSNER
ALBERT-SCHWEITZER-STRASSE 9
D-76870 KANDEL GERMANY

WALTRAUD MEICHSSNER
ALBERT-SCHWEITZER-STRASSE 9
KANDEL GERMANY D-76870

WALTRAUT + CLAUS MARCUS
AM FREUDENBERG 7
69231 RAUENBERG GERMANY

WALTRAUT HAUSCHILDT
AHORNSTR 12
D 40667 MEERBUSCH  GERMANY

WANNES MAES
GUIDO GEZELLESTRAAT 54
VILVOORDE 1800  BELGIUM

WARNER LAUBE
MARCUS LAUBE
339 B SEA ST
HYANNIS, MA 02601

WATELET, MICHEL
RUE DE LA VICTOIRE 93
6536 THUILLIES BELGIUM

WEBANK S P A
ATTN MS LUCIA CAGNAZZO
VIA MASSAUA 4
20146 MILANO ITALY

WEBANK S P A
ATTN MS LUCIA CAGNAZZO
VIA MASSAUA 4
20146 MILANO ITALY

WEBER JEAN-PAUL
15 RUE DE SARREGUEMINES
F 57460 BEHREN LES FORBACH FRANCE

WEBER PETER
HENGERSBERGER STR 128
94469 DEGGENDORFT  GERMANY

WEBER RISKCONSULT GMBH
MAUKESTR 2
D-81545 MUNCHEN GERMANY

WEBER WOLFGANG
IMMENBACHSTRASSE 16
CH-4125 RIEHEN SWITZERLAND

WEINMANN BABETTE
ULSENHEIM 78
D-91478 MARKT NORDHEIM, GERMANY

WEISHEIT KLAUS
SCHNEEBERGSTR 9
D-95482 GAFREES GERMANY

WEISS GIOVANNA
VIA ROSMINI 85/11
39100 BOLZANO ITALY

WEITZ WOLFGANG & HANNELORE
MOOSBICHLWEG 10
82237 WOERTHSEE GERMANY

WEITZ WOLFGANG & HANNELORE
MOOSBICHLWEG 10
82237 WORTHSEE GERMANY

WEN PIN HU
IN DER BLACHA 4
6830 RANKWEIL AUSTRIA

WENDL JOHANNA
WENDLWEG 1A
93470 LOHBERG, GERMANY

WENDL STEFAN
WENDLWEG 1A
93470 LOHBERG
GERMANY

WENER DENTINGER
KAPELLENSTRASSE 12
ALLING 82239 GERMANY

WERA SCHMIDT
OEHMDWIESE 9
D-88630 PFULLENDORF GERMANY

WERDIGIER EDITH
HOUMUEHLGASSE 4
1040 WIEN AUSTRIA

WERNER & GERDA BOGER
WHITTUMSTRASSE 16
D-75181 PFORZHEIM GERMANY

WERNER BAUMANN
AM TIEFENBACH 4
91605 GALLMERSGARTEN GERMANY

WERNER BLACHA
MARSSTRASS 8
D-63762 GROSSOSTHEIM GERMANY

WERNER BRUEGGERHOFF
AUF DEM EIGEN 7
45219 ESSEN GERMANY

WERNER BURG
POETENWEG 65
D-33619 BIELEFELD GERMANY

WERNER DIEFENBACH
BAHNHOFSTR 24
61476 KRONBERG GERMANY

WERNER DOERFLEIN
KAISERSTRASSE 189
D-42477 RADEVORMWALD GERMANY

WERNER EICHNER
KREUZHOFSTR. 39
MUNICH 81476 GERMANY

WERNER ELBE
OBERE ZEILSTR 29
74343 SACHSENHEIM GERMANY

WERNER ENGEL
HEIDESTR 12
D-63674 ALTENSTADT, GERMANY

WERNER GNEITING
C ORFILA 8
E-28010 MADRID SPAIN

WERNER HEIN
IM SCHOENBLICK 58
D-72076 TUEBINGEN, GERMANY

WERNER HEIN
IM SCHONBLICK 58
D-72076 TUBINGEN GERMANY

WERNER HELMKE
ANDER KIRCHE 8
37574 EINBECK GERMANY

WERNER HOINKIS
DIPL ING WERNER HOINKIS
EICHGRABENSTRASSE 27
63628 BAD SODEN-SALMUNSTER

WERNER HOINKIS
EICHGRABENSTRASS E 27
63628 BAD SODEN-SALMUENSTER GERMANY

WERNER HUEBEL
TUCHLOSKYSTR. 108
90471 NUERNBERG  GERMANY

WERNER JUERGENS
NORDHORNER STRASSE 18
D-30539 HANNOVER GERMANY

WERNER KALCHERT
RIEDSTR. 29
D-73105 DUERNAU GERMANY

WERNER KLEMEYER
UPPER BORG 184
D 28357 BREMEN  GERMANY

WERNER KNUST
ST ALBAN STRASSE 24
65428 RUSSELSHEIM
GERMANY

WERNER LAUBE
REHAGENER STR. 22-24
12305 BERLIN GERMANY

WERNER LICHTWARK
BIEBRICHER ALLEE 53 A
65187 WIESBADEN GERMANY

WERNER MAGERS
EILVESER HAUPTSTR 50
31535 NEUSTADT A RBGE  GERMANY

WERNER MARQUART
CLAUSTHALER STR 15
D-28844 WEYHE GERMANY

WERNER MOSER
MUENCHERLBACH 61
91560 HEILSBRONN GERMANY

WERNER MOSER
MUENCHERLBACH 61
91560 HEILSBRONN GERMANY

WERNER MOSER
MUNCHERLBACH 61
91560 HEILSBRONN GERMANY

WERNER MUELLER
SCHLIEPERSTRASSSE 74
13507 BERLIN, GERMANY

WERNER MUELLER-HABERSTOCK & H
MUELLER-HABERSTOCK WERNER & HILTRUD
TIZIANWEG 3
D-55127 MAINZ GERMANY

WERNER OEGE
BONIFATIUSSTR 1 A
44892 BOCHUM GERMANY

WERNER REITZ
ERLENWEG 2
65451 KELSTERBACH GERMANY

WERNER REITZ
ERLENWEG 2
KELSTERBACH 65451 GERMANY

WERNER SCHILLER
RICHARD-STRAUB-STR 4
85057 INGOLSTADT GERMANY

WERNER SCHMIDT
HERBARTSTR 6
38642 GOSLAR, GERMANY

WERNER SCHMIDT
LINDENSTRASSE 13
DITTELBRUNN DE 97456 GERMANY

WERNER SCHMIDT
LINDENSTRASSE 13
DITTELBRUNN DE 97456 GERMANY

WERNER SUTTOR
RASLINSKA CESTA 39 A
22215 ZATON CROATIA

WERNER TANGERMANN
WALDSTR.15
21465 REINBEK GERMANY

WERNER UND ELLEN SCHMID
PANORAMASTR 11
72348 ROSENFELD GERMANY

WERNER WALLBAUM
SEETORSTRASSE 16B
31737 RINTELN  GERMANY

WERNER WALLDORF
ROCKENFELDER STRASSE 57
D-56567 NEUWIED  GERMANY

WERNER WEBER
DORFSTR 9
87719 MINDELHEIM  GERMANY

WERNER WOLLNY
LANDSBERGER ALLEE 86
10249 BERLIN
Berlin, DE

WESSEL VAN DER SCHEER
FLAT 6A BLOCK 1 GRAND GARDEN
61 SOUTH BAY ROAD
HONG KONG CHINA

WIDMAIER, ERNST
BRAHMSWEG 6
D72108 ROTTENBURG GERMANY

WIDMANN FRANZ
LANGE ZEILE 12
85435 ERDING GERMANY

WIEFLER HERBERT
ST MARGARETHEN/RAAB 89
8321 ST MARGARETHEN AO RAAB GERMANY

WIENER KREDITBURGSCHAFTSGESELLSCHAFT MBH
UNGARGASSE 64 66 TOP 501
A-1030 VIENNA AUSTRIA

WILBERTZ INGRID
LANDWEHRFELD 4
D 40764 LANGENFELD

WILFRID KELLER
BADESTRASSE 5
20148 HAMBURG GERMANY

WILFRIED HARTMANN
GRUBENWEG 12
35235 MUCKE  GERMANY

WILFRIED HOFFMEISTER
DR STEINHUBEL & V BUTTLAR RECHTSANWALTE
LOEFFELSTRASSE 44
70597 STUTTGART  GERMANY

WILFRIED SCHADOW
1M NEUROTT 17
69181 LEIMEN GERMANY

WILFRIED SCHMIDT
LEINEFELDER STR 14
38442 WOLFSBURG GERMANY

WILFRIED SPORLEDER
HARZBLICK 37
D 38122 BRAUNSCHWEIG  GERMANY

WILFRIED SPORLEDER
HARZBLICK 37
D-38122 BRAUNSCHWEIG GERMANY

WILFRIED VAN DEN BOSSCHE
LOSWEG 26
9300 AALST BELGIUM

WILFRIED ZELLERHOFF
HOMBERGSTR 35 B
SPROCKHOVEL 45549 GERMANY

WILHELM DIETER & IRENE MARIA BACHMANN
KLEINE SCHWANENGASSE 4
68259 MANNHEIM  GERMANY

WILHELM FAKLER
HERRN
WILHEM FAKLER
NIEDERHOFEN 51
D-88299 LEUTKIRCH IM ALLGAU GERMANY

WILHELM MALLIN
FRIEDRICH-NAUMANN-WEG 4
75180 PLOVZHEIM GERMANY

WILHELM MENGER
AM DORFGRABEN 1
48480 SCHAPEN GERMANY

WILHELM MULLER
DIPL ING WILHELM MULLER
LUDWIGSTRASSE 81
40229 DUSSELDORF GERMANY

WILHELM TRINKEL
BODOWEG  2
70327  STUTTGART GERMANY

WILHELM VOGT
WILHELM VOGT
LINDENSTR 53
72348 ROSENFELD GERMANY

WILHELM ZUEFLE
BOEHMERWALDSTR. 2
FREILASSING GERMANY D-83395

WILHLEM HEINRICH
SCHWALBENSTR 3
86420 DIEDORF GERMANY

WILLI KOMUTH
BERT BRECHT STR 3A
D 52146 WURSELEN GERMANY

WILLI SCHAUS
BAHNHOFSTRA E 53
65552 LIMBURG ESCHHOFEN GERMANY

WILHELM LESSMANN
C/O JARA BÜLLER
HUMBOLDT STR 36
51379 LEVERKUSEN GERMANY

WILHELM MEINKE
IM SANDFORST 14
40883 RATINGEN GERMANY

WILHELM MEYERHENKE
LIPPER HELLWEG 4G
D-33604 BIELEFELD GERMANY

WILHELM SCHERER
BEIM PFARRACKER 32
85716 UNTERSCHLEISSHEIM GERMANY

WILHELM VOGT
LINDENSTR 53
72348  ROSENFELD GERMANY

WILHELM VON RUEDEN
C/O AM FREIBAD 8
33649 BIELEFELD GERMANY

WILHELMINE LITZENRATH
BERGSTEG 50A
D47608 GELDERN GERMANY

WILJA DR SEPASGOSARIAN
OBERSTEGLE 1
78464 KONSTANZ GERMANY

WILLI KOMUTH
BERT-BRECHT-STR 3A
D 52146 WURSELEN GERMANY

WILLIAM MANFREDINI
VIA CARLO CATELLANI, 22
41012 CARPI (MO) ITALY

WILLY DE KOCKER
SEND NOTICES TO: SG PRIVATE BANKING
CUSTODY / ANN GELAUDE
KORTRIJKSESTEENWEG 302
B - 9000 GENT BELGIUM

WILLY HAHN
NEROTAL 1 D
65193 WIESBADEN GERMANY

WILLY VON SCHWARTZENBERG
KREUZSTRASSE 15
B 4711 WALHORN BELGIUM

WILMA BONGARTZ
VOGTEISTR 5
47608 GELDERN GERMANY

WILMA ORLIK
ZEHNTENSTR 6
45891 GELSENKIRCHEN GERMANY

WILMET PIERRE
CHAUSSEE DE DINANT 102
5170 PROFONDEVILLE

WILTRUD ZIMMERMANN
DR UDO ZIMMERMANN
ST GALLENER STR 10
D-87439 KEMPTEN GERMANY

WINAND JUERGENS
VEILOHENWEG 11
D 82362 WEILHEIM GERMANY

WINDBEACON LTD
PORTMAN HOUSE
HUE STREET
ST HEUER
JERSEY JE4 5RP CHANNEL ISLANDS GREAT BRITAIN

WINDISCHGARTSTNER VERSICHERUNG
HAUPTSTR 24
A-4580 WINDISCHAGARSTEN AUSTRIA

WINFRIED ADOLF
SCHWAIGHAUSER WEG 9
KEMPTEN 87435 GERMANY

WINFRIED KOEPPL
SUDHAUSWEG 10
83539 PFAFFING-FORSTING GERMANY

WINFRIED KOEPPL
SUDHAUSWEG 10
D 83539 FORSTING / PFAFFING GERMANY

WINFRIED LOEHNERT
JAEGERSTR 12
72213 ALTENSTEIG, GERMANY

WINFRIED SPRUNKEN
STEMMERING 29
D45259 ESSEN GERMANY

WINFRIED WALDNER
SCHWEPPERMANNSTRASSE 83A
90425 NUERNBERG
GERMANY

WINFRIED WOLFRAM
BERNHARD POETHER STR 6
45968 GLADBECK GERMANY

WINTER GABRIELE
STEUBENSTR 111
D 63225 LANGEN

WODE, CHRISTL
KIESELBRONNER STR. 132/1
75417 MUHLACKER - GERMANY

WODE, MATTHIAS
KIESELBRONNER STR. 132/1
75417 MUHLACKER - GERMANY

WOLF ANSORGE
IM DICH 10
D-50389 WESSELING GERMANY

WOLF B VON BERNUTH
KRONBERGER STR 24
61462 KONIGSTEIN IM TAUNUS, GERMANY

WOLF DR. HADEBALL
RECLAMSTRASSE 43
04315 LEIPZIG GERMANY

WOLF E WESTER
SCHULSTR 29
D21635 YORK GERMANY

WOLF-DIETER WOLLERT
ZINSWEILERWEG 18
14163 BERLIN GERMANY

WOLFDIETRICH VIELAU
KELTENSTR 19
53424 REMAGEN GERMANY

WOLFGANG & BETTINA SPRINGER
HESSELNBERG 49
42285 WUPPERTUL GERMANY

WOLFGANG & HANNELORE BAUMGARTNER
STRAETTLINGERWEG 5
3626 HUENIBACH SWITZERLAND

WOLFGANG & MARGARETE LANGE
AM HUELLEPFUHL 14
BERLIN DE 13589 GERMANY

WOLFGANG AND ANNETTE FRUEHBRODT
THIELALLEE 6A
14195 BERLIN GERMANY

WOLFGANG AND INGE DEY
THEODOR-HEUSS-SR 44
71735 EBERDINGEN GERMANY

WOLFGANG BAUMBACH
C/O DR FUELLMICH & ASSOCIATES
SENDERSTR 37
37077 GOTTINGEN GERMANY

WOLFGANG BENKERT
RUDOLF-ZIERSCH-STR.7
D-42287 WUPPERTAL GERMANY

WOLFGANG BLASCHKE
PARKSTRASSE 32
65812 BADSODEN  GERMANY

WOLFGANG BLASCHKE
WESTLB INTERNATIONAL SA
ATTN MR SEBASTIAN GRAS
POSTFACH 420
L-2014 LUXEMBOURG

WOLFGANG BOEG
HAUPTSTR 74
91474 LANGENFELD GERMANY

WOLFGANG BRAUN
EICHENSTR. 27
91099 POXDORF GERMANY

WOLFGANG BRAUN
STUBAIER STR 18
81739 MUNCHEN GERMANY

WOLFGANG BREMEN
FLORIAN-GEYER-STRASSE 7
47259 DUISBURG GERMANY

WOLFGANG BRUNS
WOLFRAMSTRASSE 3
BERLIN DE 12105 GERMANY

WOLFGANG CANZ
LEDANWEG 43
01445 RADEBEUL GERMANY

WOLFGANG DAUM
BAUMGARTENSTR. 13
D-75223 NIEFERN-OSCHELBRONN GERMANY

WOLFGANG ENDE
AM WIDFELD 28
D-33813 OERLINGHAUSEN GERMANY

WOLFGANG ENGELS
MOZARTSTR 1
74360 ILSFELD GERMANY

WOLFGANG FÖRSTER
WALDSTRASSE 3
D-09600 NIEDERSCHÖNA GERMANY

WOLFGANG FROEHLICH
ANNE-FRANK-STR 22
60433 FRANKFURT GERMANY

WOLFGANG GILDMER
LERCHENWEG 11
D 26603 AURICH GERMANY

WOLFGANG H SANDER
IM HINTERLENZEN 10
65510 IDSTEIN GERMANY

WOLFGANG HIRTH
STEINSTR 56
D-57072 SIPYPU GERMANY

WOLFGANG HOBINKA
HOCHSTRASSE 9
D57555 MUDERSBACH GERMANY

WOLFGANG KERN
2H HILDE KERN
KLEINBETTLINGER STR 45
72661 GRAFENBERG GERMANY

WOLFGANG KOLPIN
AM KIRCHHOLZ 56
60529 FRANKFURT  GERMANY

WOLFGANG LAUKE
AACHENER STR 20
10713 BERLIN GERMANY

WOLFGANG MAHR
NOEPPS 37
HAMBURG 22043  GERMANY

WOLFGANG MAHR
NÖPPS 37
HAMBURG 22043  GERMANY

WOLFGANG MAHR
NÖPPS 37
HAMBURG 22043 GERMANY

WOLFGANG MARTIN
SCHRODERSWEG 35
D-22453 HAMBURG GERMANY

WOLFGANG MAUTE
WILHELMINENSTR 70
67065 LUDWIGSHAFEN   GERMANY

WOLFGANG MAUTE
WILHELMINENSTR 70
67065 LUDWIGSHAFEN GERMANY

WOLFGANG MAUTE
WILHELMINENSTR 70
67065 LUDWIGSHAFEN GERMANY

WOLFGANG MEINL
STARLEITEN 3
82538 GERETSRIED GERMANY

WOLFGANG MESCHEDE MD
EGENHOFEN STR 39C
52152 PLANEGG GERMANY

WOLFGANG MESCHEDE MD
EGENHOFENSTR 39C
82152 PLANEGG GERMANY

WOLFGANG MICHEL
KLOTHILDENSTR 18
81827 MUNICH GERMANY

WOLFGANG MIELKE
EILERTSTR 23
14165 BERLIN GERMANY

WOLFGANG O MONIKA KALIS
HEIDESTR 23
D-73733 ESSLINGEN GERMANY

WOLFGANG ODER MARGARETE BERSCH
HERDERSTR 21
61350 BAD HOMBURG, GERMANY

WOLFGANG PAYER
HELENENSTRASSE 1
A 5340 ST GILGEN SALZBURG AUSTRIA

WOLFGANG PAYER
HELENENSTRASSE 1
A 5340 ST. GILGEN SALZBURG, AUSTRIA

WOLFGANG PFLUG
SCHARTENBURGSTR. 8
34379 CALDEN
GERMANY

WOLFGANG RENZ AND GERHARD GOETZFRIED
EVANGELIKREUZ 26
87727 BABENHAUSEN, GERMANY

WOLFGANG RENZ AND GERHARD GOETZFRIED
EVANGELIKREUZ 26
87727 BABENHAUSEN, GERMANY

WOLFGANG SASSE
IM WINDWINKEL 1
53773 HENNEF GERMANY

WOLFGANG SCHMIDT
BONHÖFFERRING 64
48599 GRONAU GERMANY

WOLFGANG SCHMIDT
SEESTRASSE 28
63688 GEDERN GERMANY

WOLFGANG SCHMIDT
SEESTRASSE 28
63688 GEDERN GERMANY

WOLFGANG SCHMITZ
KREUZSTRASSE 92
53474 BAD NEUENAHR  GERMANY

WOLFGANG SCHNEIDER
KARTHAEUSERSTRASSE 11
53129 BONN GERMANY

WOLFGANG STAEBLER
DR WOLFGANG STAEBLER
LUN STR 50
83022 ROSENHEIN GERMANY

WOLFGANG STEIN
ZUM PARK 15
EINBECK 37574 GERMANY

WOLFGANG STOEPEL
PROF-ROEMER-SIEDLUNG 29
D 39398 HADMERSLEBEN GERMANY

WOLFGANG STRAUSS
GARTENWEG 3
66879 STEINWENDEN GERMANY

WOLFGANG STUECKER
LANDGRABENSTRASSE 62
61118 BAD VILBEL GERMANY

WOLFGANG SUETTERLIN
BETBERGERSTR. 16
D-79426 BUGGINGEN GERMANY

WOLFGANG UND ANITA BRUKER
RIEMERSTR 9
71263 WEIL DER STADT GERMANY

WOLFGANG UND ANITA BRUKER
RIEMERSTR 9
71263 WEIL DER STADT GERMANY

WOLFGANG UND ANITA BRUKER
RIEMERSTR.9
71263 WEIL DER STADT GERMANY

WOLFGANG UND HEIDELORE ZSCHUNKE
AM LERCHENBUEHL 3 A
91245 SIMMELSDORF GERMANY

WOLFGANG UND MARTINA SCHARNOWELL
ROHRMATTENSTR. 22
NUERNBERG DE GERMANY

WOLFGANG VATER
BRESLAUER STR 11
D-35321 LAUBACH GERMANY

WOLFGANG VON ARPS-AUBERT
GRILLPARZERSTRASSE 15
12163 BERLIN

WOLFGANG WAGNER
IM HEDESIDSFELD 53
D-51379 LEVERKUSEN GERMANY

WOLFGANG WALCZYNSKI
GOETHESTR 31
D 10625 BERLIN GERMANY

WOLFGANG WEBER
C/O WERNER V CREMER
SCHIFFERSTR 29
60594 FRANKFURT/MAIN  GERMANY

WOLFGANG WEBER
C/O WERNER V CREMER
VEREIDIGTER BUCHPRUFER & STEUERBERATER
SCHIFFERSTR 29
60594 FRANKFURT/MAIN GERMANY

WOLFGANG WENGERMEIER
33 KENILWORTH SQUARE
DUBLIN 6 IRELAND

WOLFGANG WIDMANN
IM FUCHSRAIN 39
70186 STUTTGART GERMANY

WOLF-PETER RUSTLEBEN
HAUS 3
29496 WADDEWEITZ GERMANY

WOLFRAM PARSEHL (MR)
SCHLEHENWEG 1
61352 BAD HOMBURG GERMANY

WORM WALTRAUD
WEBEREISTRASSE 9
5280 BRAUNAU AUSTRIA

WPS VERMÖGENSVERWALTUNG GMBH
C/O ROTTER RECHTSANWAELTE
LUISE-ULLRICH-STRASSE 2
82031 GRUENWALD GERMANY

WUBERT GRUENZWEIG
PAPIERERSTR 14
84034 LANDSHUT GERMANY

WULF HERRMANN
MONIKA HERRMANN
21740 SOUTHERN HILLS DRIVE 201
ESTERO, FL 33928

WURST INGRID
RIEDLINGER STR. 17
64283 DARMSTADT GERMANY

Y TRENTON
NATIXIS PRIVATE BANKING
51 JF KENNEDY AVENUE
L 1855 LUXEMBOURG  BELGIUM

YAN ZHAO
C/O LBLUX S.A.
11 KUNDENABT
P.O.B 602
L 2016 LUXEMBOURG

YANNICK FUCHS
BLOETTER WEG 172C
MUELHEIM AN DER RUHR 45478 GERMANY

YILDIZ BADE
MONTESSORISTR 4
14612 FALKENSEE  GERMANY

YILDIZ BADE HORST BADE
MONTESSORISTR. 4
14612 FALKENSEE GERMANY

YOKO TAKEMURA
TAWARAMOTOCHO 174-1
SHIKI-GUN
NARA 636-0314 JAPAN

YORCK VON REUTER
ESCHENWEG 12
D-53177 BONN GERMANY

YUHTO PIEKENBROCK
THOMAS PIEKENBROCK
FELDSTR 54
40479 DUSSELDORF GERMANY

YVES MARQUARDT
VOR DEM QUEENBRUCH 22
38122 BRAUNSCHWEIG GERMANY

YVONNE KIENLE
GASSLE 2
71711 STEINHEIM GERMANY

ZAGNI ACHILLE
VIALE CAMBONINO 6
26100 CREMONA - ITALY

ZAGNI MONIA
VIALE KRASNODAR 126
44100 FERRARA ITALY

ZAGO IRENEO & MANIN FLAVIA
VIA ARMSTRONG 11
20037 PADERNO DUGNANO (MILANO)  ITALY

ZAHRI SARAH AKMAN
RHEINSTRASSE 14
D-12159 BERLIN GERMANY

ZAMPIERI NICOLA
VIA SANT ANDREA 10
32026 MEL BELLUNO ITALY

ZAMPIERI VITTORIA
C/O LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY

ZAMPUNIERIS, VASSILIOS
52 RUE DE BOMEREE
6032 MONT-SUR-MARCHIENNE FRANCE

ZANARDI MARCELLO
VIA POLEDRELLI 18
44100 FERRARA ITALY

ZANINI GIANDOMENICO
LA SCALA
STUDIO LEGULE E TRIBUTARIO
CORSO MAGENTA U 42
20123 MILANO ITALY

ZASNI MONIA
VIALE KRASNODAR 126
44100 FERRARA ITALY

ZDENEK MUZIKAR
LIBELLENWEG 7
CH-8600 DUEBENDORF SWITZERLAND

ZDFNEK MUZIKAR
LIBELLENWEG 7
CH 8600 DUEBENDORF SWITZERLAND

ZECHMANN BERND
MARKUSWEG 5
D 94051 HAUZENBERG GERMANY

ZECHMANN BERND
MARKUSWEG 5
D94051 HAUZENBERG GERMANY

ZHONGJIAN LI
OBERER KLINGELBRUNNEN 58
70806 KORNWESTHEIM GERMANY

ZIEGLER GERALD
ZIEGLER GERALD
GEORG-LEDEBOUR-STR 20
D-90473 NUERNBERG GERMANY

ZIEGLER MICHAEL
GEORG LEDEBOUR STR 20
D 90473 NUERNBERG  GERMANY

ZINI NORBERTO
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA U 42
20123 MILANO ITLAY

ZIZZA GIUSEPPE
VIA SAN FRANCESCO 6 PAL 8
88900 CROTONE (KR) ITALY

ZIZZA GIUSEPPE
VIA SAN FRANCESCO 6 PAL-8
88900 CROTONE (KR) ITALY

ZOEPHEL REINHARD & MARIE
VON BERLICHINGENSTR 26
D97980 BAD MERGENTHEIM GERMANY

ZOEY STAHLFELD
HOFSTRASSE 2
75417 MUEHLACKER, GERMANY

ZORAIDE HOETGER
SCHLUETERSTR 29
40699 ERKRATH GERMANY

ZUBLI ARCHITECTEN BVBA
HOGE HAAR 53
B2970 SCHILDE BELGIUM

ZYWEK MALGORZATA HELENA
LA SCALA
STUDIO LEGALE E TRIBUTARIO
CORSO MAGENTA N 42
20123 MILANO ITALY