| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 41. Exxon Mobil Corp.<br><br>5959 Las Colinas Boulevard<br>Irving, TX 75039<br>United States | Attn: James P. Hennessy<br><br>Phone: (703) 846-7340<br>Fax: (703) 846-6903<br><br>3225 Gallows Road<br>Fairfax, VA 22037<br>United States | Trade Debt | | $6,248,959 |
| 42. Hitachi Ltd.<br><br>955 Warwick Road<br>P.O. Box 510<br>Harrodsburg, KY 40330<br>United States | Attn: Yasuhiko Honda<br><br>Phone: (81 34) 564-5549<br>Fax: (81 34) 564-3415<br><br>Akihabara Daibiru Building 18-13, Soto-Kanda, 1-Chome Chiyoda-Ku, Tokyo, 101-8608<br>Japan | Trade Debt | | $6,168,651 |
| 43. Mando Corp.<br><br>4201 Northpark Drive<br>Opelika, AL 36801<br>United States | Attn: Zung Su Byun<br><br>Phone: (82 31) 680-6114<br>Fax: (82 31) 681-6921<br><br>343-1, Manho-Ri ,Poseung-Myon, Pyongtaek Kyonggi, South Korea, Korea | Trade Debt | | $5,459,945 |
| 44. General Physics Corp.<br><br>1500 W. Big Beaver Rd.<br>Troy, MI 48084<br>United States | Attn: Sharon Esposito Mayer<br><br>Phone: (410) 379-3600<br>Fax: (410) 540-5302<br><br>6095 Marshalee Drive, St. 300<br>Elkridge, MD 21075<br>United States | Trade Debt | | $5,208,070 |
| 45. Sun Capital Partners, Inc.<br><br>5200 Town Center Circle, Suite 600<br>Boca Raton, FL 33486<br>United States | Attn: Mr. Kevin<br><br>Phone: (561) 948-7514<br>Fax: (561) 394-0540<br><br>5200 Town Center Circle, Suite 600 Boca Raton, FL 33486<br>United States | Trade Debt | | $4,747,353 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 46. Jones Lang Lasalle, Inc.<br><br>200 East Randolph Drive<br>Chicago, IL 60601<br>United States | Attn: Colin Dyer<br><br>Phone: (312) 228-2004<br>Fax: (312) 601-1000<br><br>200 East Randolph Drive<br>Chicago, IL 60601<br>United States | Trade Debt | | $4,651,141 |
| 47. McCann Erickson<br><br>238 11 Avenue, SE<br>Calgary, Alberta T2G OX8<br>Canada | Attn: Gary Lee<br><br>Phone: (646) 865 2606<br>Fax: (646) 865 8694<br><br>622 3rd Avenue<br>New York, NY 10017<br>United States | Trade Debt | | $4,603,457 |
| 48. Flex-N-Gate Corp.<br><br>1306 East University Ave.<br>Urbana, IL 61802<br>United States | Attn: Shahid Khan<br><br>Phone: (217) 278-2618<br>Fax: (217) 278-2318<br><br>1306 East University<br>Urbana, IL 61802<br>United States | Trade Debt | | $4,490,775 |
| 49. Bridgestone Corp.<br><br>535 Marriott Drive<br>Nashville, TN 37214<br>United States | Attn: Shoshi Arakawa<br><br>Phone: (81 33) 567 0111<br>Fax: (81 33) 567 9816<br><br>10-1 Kyobashi 1-chome Chuo-ku, Tokyo, Japan 104<br>Japan | Trade Debt | | $4,422,763 |
| 50. Cap Gemini America Inc<br><br>623 Fifth Avenue, 33rd Floor<br>New York, NY 10022<br>United States | Attn: Thierry Delaporte<br><br>Phone: (212) 314-8327<br>Fax: (212) 314-8018<br><br>623 Fifth Avenue, 33rd Floor<br>New York, NY 10022<br>United States | $4,415,936 Trade Debt | | $4,415,936 |

**DECLARATION UNDER PENALTY OF PERJURY:**

    I, the undersigned authorized officer of the corporation named as Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding the 50 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief.

Dated: June 1, 2009

                                       /s/ Frederick A. Henderson
                                       Signature

                                       NAME: Frederick A. Henderson

                                       TITLE: President and Chief Executive Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                             :    Chapter 11 Case No.
                                                  :
GENERAL MOTORS CORPORATION,                       :    09-_____ (___)
                                                  :
               Debtor.                            :
                                                  :
------------------------------------------------------------x

## EXHIBIT "A" TO VOLUNTARY PETITION

1. The debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, and the SEC file number is 1-143.

2. The following financial data is the latest available information and refers to the debtor's condition on March 31, 2009.

   a. Total assets on a consolidated basis:_____$82,290,000.000_____

   b. Total debts on a consolidated basis (including debts listed in 2.c., below):_____
      $172,810,000,000

   c. Debt securities held by more than 500 holders.                                  Approximate number of holders.

   | secured | unsecured | subordinated | | |
   |---|---|---|---|---|
   | ☐ | ☒ | ☐ | $21,694,000,000[1] | Greater than 500 |
   | secured | unsecured | subordinated | | |
   | ☐ | ☒ | ☐ | $3,221,000,000[2] | Greater than 500 |
   | secured | unsecured | subordinated | | |
   | ☐ | ☒ | ☐ | $1,388,000,000[3] | Greater than 500 |

   d. Number of shares of preferred stock:_____6,000,000 shares authorized; no shares issued and outstanding._____

---

[1] Issued pursuant to Senior Indenture, dated as of December 7, 1995.

[2] Issued pursuant to Senior Indenture, dated as of July 3, 2003.

[3] Issued pursuant to Senior Indenture, dated as of November 15, 1990.

e. Number of shares of common stock: 2,000,000,000 shares authorized, 800,937,541 shares issued, and 610,505,273 shares outstanding, all as of March 31, 2009.

3. Brief description of debtor's business: The debtor, together with its affiliates, is engaged in the manufacturing, marketing, and distribution of cars and trucks worldwide.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: State Street Bank and Trust Company (17.0%)

### APPROVAL OF BANKRUPTCY FILING, 363 SALE AND RELATED MATTERS

**WHEREAS**, at this meeting and at prior meetings, the Board of Directors (the "Board") of General Motors Corporation (the "Corporation") has extensively reviewed the alternatives available to the Corporation and its direct and indirect subsidiaries Saturn, LLC, Saturn Distribution Corporation and Chevrolet-Saturn of Harlem, Inc. (the "Filing Subsidiaries") and has determined that the commencement of a Chapter 11 case in the United States by each of the Corporation and the Filing Subsidiaries presents the only opportunity for preserving and maximizing the value of the enterprise for the benefit of the Corporation's stakeholders and other interested parties;

### COMMENCEMENT OF BANKRUPTCY CASES

**RESOLVED**, that the Corporation and each of the Filing Subsidiaries be, and it hereby is, authorized and directed to file a petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED**, that each of the Proper Officers (it being understood that, for the purposes of these resolutions, the "Proper Officers" shall include, without limitation, the President and Chief Executive Officer, any vice president of the Corporation (including executive or group vice presidents), the Controller and Chief Accounting Officer, the Secretary, any Assistant Secretary, the Treasurer, any Assistant Treasurer and any other officer of the Corporation determined by the Legal Staff of the Corporation to be an appropriate officer with respect to the action taken) is hereby authorized and directed, in the name and on behalf of the Corporation, to execute, verify, and file all petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time as such Proper Officer shall determine;

**RESOLVED**, that in connection with the commencement of the Chapter 11 case by the Corporation, each Proper Officer is hereby authorized, in the name and on behalf of, the Corporation, to negotiate, execute, and deliver such notes, security and other agreements, and instruments as such Proper Officer considers appropriate to enable the Corporation to utilize cash collateral on the terms and conditions such Proper Officer or Proper Officers executing the same may consider necessary, proper, or desirable, and to consummate the transactions contemplated by such notes, security and other agreements and instruments on behalf of the Corporation, subject to Bankruptcy Court approval;

**RESOLVED**, that each Proper Officer is hereby authorized and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, negotiate, and perform, any and all petitions, schedules, lists, motions, certifications, agreements, instruments, affidavits, applications, including without limitation, applications for approvals or rulings of governmental or regulatory authorities, or other documents and to take such other actions, as in the judgment of such Proper Officer shall be or become necessary, proper, or desirable in connection with the Corporation's Chapter 11 case;

**RESOLVED**, that the Board sees no objection to each of the Filing Subsidiaries taking any and all action, including authorizing a filing in the Bankruptcy Court, and to executing and delivering all documents, agreements, motions and pleadings as are

necessary, proper, or desirable to enable such Filing Subsidiary to carry out the filing in Bankruptcy Court contemplated hereby;

**RESOLVED**, that the Board sees no objection to a filing by GMCL, if determined to be appropriate by the Board of Directors of GMCL, for protection from its creditors under the Companies' Creditors Arrangement Act (the "CCAA") or to any actions taken by GMCL as are necessary, proper, or desirable to enable GMCL to carry out such filing;

### EXECUTION OF MASTER SALE AND PURCHASE AGREEMENT

**RESOLVED**, that the Board finds that the sale of substantially all of the assets of the Corporation to Auto Acquisition Corp., a new entity formed by the United States Department of the Treasury, in accordance with the Purchase Agreement (as defined below), is expedient and in the best interests of the Corporation;

**RESOLVED**, that the form, terms and provisions of the proposed Master Sale and Purchase Agreement (the "Purchase Agreement") by and among the Corporation, the Filing Subsidiaries and Vehicle Acquisition Holdings LLC., in substantially the form reviewed by the Board, are hereby approved, and the sale of substantially all of the assets of the Corporation set forth in the Purchase Agreement on the terms set forth in the Purchase Agreement be, and hereby is, authorized and approved;

**RESOLVED**, that each of the Proper Officers, or any of them, is hereby authorized and directed to execute and deliver the Purchase Agreement, with such changes therein or revisions thereto as the Proper Officer or Officers executing and delivering the same may in his or their sole and absolute discretion approve consistent with these Resolutions and with the advice of the Corporation's Legal Staff, and to cause the Corporation to carry out the terms and provisions thereof;

**RESOLVED**, that each of the Proper Officers, or any of them, is hereby authorized and directed to approve, execute and deliver from time to time such amendments, changes or modifications to the Purchase Agreement as any such Proper Officer shall, consistent with these Resolutions and with the advice of the Corporation's Legal Staff, deem necessary, proper or advisable;

**RESOLVED**, that if the Corporation determines no later than the due date (including any extensions) of the Corporation's tax return for the taxable year in which the sale contemplated by the Purchase Agreement is closed that an Agreed G Transaction (as defined in the Purchase Agreement) has occurred, (i) the Purchase Agreement will be deemed to constitute a "plan" of the Corporation for purposes of Sections 368 and 354 of the Internal Revenue Code of 1986, as amended (the "Tax Code"), and (ii) the Corporation shall treat the transactions contemplated in the Purchase Agreement, in combination with the subsequent liquidation of the Corporation and the Filing Subsidiaries (as defined in the Purchase Agreement), as a tax-free reorganization pursuant to Section 368(a)(1)(G) of the Tax Code (with any actual or deemed distribution by the Corporation qualifying solely under Sections 354 and 356 of the Tax Code but not under Section 355 of the Tax Code);

### EXECUTION OF LOAN FACILITIES – U.S. AND CANADA

**RESOLVED**, that in connection with the commencement of the Chapter 11 case by the Corporation, each of the Proper Officers, or any of them, is hereby authorized to

negotiate, execute, deliver and cause the Corporation to perform its obligations under (i) a secured superpriority debtor–in–possession credit agreement (the "Credit Agreement"), among the Corporation, a debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, as borrower, certain subsidiaries of the Corporation listed therein, as guarantors, the United States Department of the Treasury, as lender, and Export Development Canada, as lender, substantially in the form and on the terms and conditions presented to the Board; (ii) one or more notes ("Notes") providing for loans under the Credit Agreement in an aggregate principal amount not to exceed $65 billion plus the principal amount of any Additional Notes (as defined in the Credit Agreement), in each case together with interest thereon at the rate specified in the Credit Agreement and (iii) the other agreements contemplated by the Credit Agreement, including pledge agreements, security agreements, mortgages, financing statements and any other similar documents in connection with granting a security interest in or a pledge of the Corporation's assets as collateral to secure the Obligations (as defined in the Credit Agreement) and any other agreements or documents (the documents described in this clause (iii) collectively described herein as the "Other Financing Documents"), as any Proper Officer determines is necessary, proper, or desirable to consummate the transactions contemplated by the Credit Agreement and the Other Financing Documents, in each case consistent with these Resolutions and the advice of the Corporation's Legal Staff, as evidenced by the execution thereof by the Proper Officer;

**RESOLVED**, that each of the Proper Officers, or any of them, is hereby authorized to grant a security interest in and pledge assets as collateral under the Guaranty and Security Agreement, the Equity Pledge Agreement and each Other Financing Document to which the Corporation is party;

**RESOLVED**, that the Board sees no objection to the issuance by all or any of the direct or indirect subsidiaries of the Corporation of guarantees of the Obligations and the granting of a security interest in or the pledge of any assets by such subsidiaries as collateral to secure the Obligations by entering into the Guaranty and Security Agreement and the Equity Pledge Agreement, in each case substantially in the form reviewed by the Board, together with the Other Financing Documents to which such subsidiary is party;

**RESOLVED**, that the Board sees no objection (a) to the execution and delivery by GMCL of an amended and restated loan agreement with Export Development Canada ("EDC") as lender (the "Canadian Credit Agreement") amending the loan agreement between GMCL and EDC, among other parties, dated as of April 29, 2009 (the "April EDC Credit Agreement") or (b) to the provision of secured guarantees of certain obligations of GMCL under the Canadian Credit Agreement to be given by 1908 Holdings Limited, Parkwood Holdings Limited, and GM Overseas Funding LLC, each of which is a direct or indirect subsidiary of GMCL;

RESOLVED, that the Corporation's guarantee of certain obligations of GMCL under the Canadian Credit Agreement secured by the pledge of some or all of its ownership interest in GMCL is approved on terms to be approved by the CFO, which may include the Corporation's participation in the Canadian Credit Agreement as a borrower, consistent with the advice of the Corporation's Legal Staff;

RESOLVED, that the Corporation's guarantee of GMCL's obligations under the April EDC Credit Agreement as approved at the meeting of the Board on April 24, 2009 will continue to be valid, binding and enforceable until the effectiveness of the Canadian Credit Agreement, and in connection with the foregoing, the Proper Officers, or any Proper Officer, is authorized to execute and deliver a Confirmation and Acknowledgment (the "Acknowledgment") stating that the April EDC Credit Agreement may be modified or supplemented by EDC and GMCL without the Corporation's participation;

RESOLVED, that the Proper Officers, or any Proper Officer, is hereby authorized to execute and deliver the guaranty and any other agreements or documents to which the Corporation is a party or to take any other actions that he determines are necessary, appropriate or advisable to consummate the transactions contemplated by the Canadian Credit Agreement;

### GENERAL AUTHORIZATION AND RATIFICATION

RESOLVED, that each Proper Officer is authorized and directed, consistent with these Resolutions and with the advice of the Corporation's Legal Staff: (i) to negotiate, execute, deliver, certify, file and/or record, and perform, any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such Proper Officer deems appropriate or advisable, or to cause the negotiation, execution, and delivery thereof, as the case may be, in such form and substance as such Proper Officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Proper Officer may approve, (ii) to negotiate, execute, deliver, certify, file. and/or record, and perform any agreements, documents, certificates, consents, filings, and applications relating to the Resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such Proper Officer deems appropriate or advisable in connection therewith, and (iii) to do such other things as may be required, or as may in such Proper Officer's judgment be necessary, proper, or desirable, to carry out the intent and effectuate the purposes of the Resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and

RESOLVED, that all actions taken by the Proper Officers, or any of them, prior to the date of the foregoing Resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, approved in all respects as the act and deed of the Corporation.

* * * * *

# EXHIBIT D

Motors Liquidation Company
Case Number: 09-50026
Exhibit F-6
Product Liability Litigation

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| WIDNER, PATRICK | STATE FARM<br>P.O. BOX 221 | DUPONT,WA,98327 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIED, DAVID | CHILDRESS & ZDEB<br>515 NORTH STATE STREET - SUITE 2200 | CHICAGO,IL,60610 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIED, SHERRY | CHILDRESS & ZDEB<br>515 NORTH STATE STREET - SUITE 2200 | CHICAGO,IL,60610 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIED, WILLIAM | CHILDRESS & ZDEB<br>515 NORTH STATE STREET - SUITE 2200 | CHICAGO,IL,60610 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIED, WILLIAM | LEWIS & ROBERTS<br>400 SOUTH TRYON STREET - SUITE 1500 | CHARLOTTE,NC,28285 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIENS, TARA | 1031 RAINBOW CT | BUHLER,KS,67522-8076 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIER, JEANNETTE | 610 MAPLE PARK DR | MENDOTA HEIGHTS,MN,55118-1839 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIERZBICKI, CONNIE | PO BOX 250 | TWENTYNINE PALMS,CA,92277 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIESJAHN, JUDD | STANLEY MARTIN LAW OFFICE OF<br>137 BAY STREET #2 | SANTA MONICA,CA,90405 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIESJAHN, RACHEL | STANLEY MARTIN LAW OFFICE OF<br>137 BAY STREET #2 | SANTA MONICA,CA,90405 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIGER, MELISSA | 410 MOREN ROAD | LONDON,KY,40741-2703 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIGGINTON, OPIE M | AIG<br>6675 COPORATE CENTER PKWY STE 320 | JACKSONVILLE,FL,32247 | ✓ | ✓ | ✓ | UNDETERMINED |
| WIGGINTON, RACHEL | JEANSONNE & REMONDET<br>200 WEST CONGRESS STREET SUITE 1100 | LAFAYETTE,LA,70509 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILCOX, CHANCE WAYNE | ROBERT AMMONS<br>3700 MONTROSE BLVD | HOUSTON,TX,77006 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILCOX, CHRISTINE | P.O. BOX 225 | PINE GROVE,WV,26419-0225 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILDERNESS, TERRY | PO BOX 290 | LILBURN,MO,63862 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILDS, JOHN | 5631 AHONI ST | DIAMONHEAD,MS,395253354 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILHELM, EARL | GUNTER, LEE<br>58 NORTH CHICAGO STREET SUITE 303 | JOLIET,IL,60432 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILHITE, JEFFREY | 1141 HARTSWELL DR. | EVANSVILLE,IN,47725 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILK, DANIEL | 12800 S MARQUETTE AVE | CHICAGO,IL,60633 1746 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILKERSON, GINA | STATE FARM INSURANCE<br>PO BOX 3649 | TULSA,OK,74101 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILKERSON, KAREN | PO BOX 318 | DE LEON,TX,76444-0485 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILKINS, BARBARA | STATE FARM<br>2500 MEMORIAL BLVD. PO BOX 20707 | MURFREESBORO,TN,371310001 | ✓ | ✓ | ✓ | UNDETERMINED |
| WILL, CHARLES | 6522 SUNHIGH | PORT RICHIE,FL,34655 | ✓ | ✓ | ✓ | UNDETERMINED |

# EXHIBIT E

09-50026-mg    Doc 8371-3    Filed 01/03/11    Entered 01/03/11 19:50:35    Exhibit
Pg 12 of 15

Motors Liquidation Company
Case Number: 09-50026
Exhibit F-6
Product Liability Litigation

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| SANCHEZ, JUAN JOSE HUMBERTO | SICO WHITE & BRAUGH LLP 225 SOUTH LAKE AVENUE SUITE 300 | PASADENA,CA,91101 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANCHEZ, SANDRA | 4066 HIGH STREET | ECORSE,MI,48229 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANCHEZ, SANDRA | SICO WHITE & BRAUGH LLP 225 SOUTH LAKE AVENUE SUITE 300 | PASADENA,CA,91101 | ✓ | ✓ | ✓ | UNDETERMINED |
| SAND, ANNALISA | STANLEY MARTIN LAW OFFICE OF 137 BAY STREET #2 | SANTA MONICA,CA,90405 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDELL, DIANNE | 104 N CHERRY AVE | POLO,IL,610641402 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, GENEEKA | 1442 SOUTH CENTRAL AVE | CICERO,IL,60804 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, LARRY | 4202 SOUTH MAPLE DRIVE | SAND SPRING,OK,74063 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, MARY | 721 BRASSFIELD RD | PONOTOC,MS,38863 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, TZENA | 1216 GINSBERG DRIVE | DAYTONA BEACH,FLORIDA,32114 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, WANDA | 610 CLAY STREET | MARION,AL,36756 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, WAYNE | 377 FM 2149 E | NEW BOSTON,TX,755707206 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, ELIZABETH PADILLA | LANGDON AND EMISON THE EAGLE BUILDING, PO BOX 220, 911 MAIN STREET | LEXINGTON,MO,64067 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, JENNIFER | PO BOX 755 | CUBA,NM,87013-0755 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, JOSE | 5357 JACKSON AVE | HANFORD,CA,93230-9359 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, VALARIE | WATTS LAW FIRM 111 CONGRESS AVENUE SUITE 1000 | AUSTIN,TX,78701 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDWEISS, LANA | BARTIMUS FRICKLETON ROBERTSON & OBETZ 11150 OVERBROOK ROAD - SUITE 200 | LEAWOOD,KS,66211 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANFORD, TIM | 6410 QUINCY DR | VERONA,PA,151472531 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANSONETTI, DANIELLE | 85 ADMIRAL DEWEY AVENUE | PITTSBURGH,PA,15205 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANSPREE, PATRICIA | 1770 CALDWELL LN | FOLEY,AL,36535 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTAGATA, MICHAEL | 337 COWESETT AVE | WEST WARWICK,RI,02893-2245 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, FRANK | DEARIE & ASSOCIATES JOHN C 515 MADISON AVENUE - SUITE 1118 | NEW YORK,NY,10022 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, FRANK | DURST LAW FIRM PC 319 BROADWAY | NEW YORK,NY,10007 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, MARY | DURST LAW FIRM PC 319 BROADWAY | NEW YORK,NY,10007 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, SHAWN | 482 ELLIS STREET | NEW BRITAIN,CT,06051 | ✓ | ✓ | ✓ | UNDETERMINED |
| SARG, TYLER | LAMARCA & LANDRY PC 1820 NW 118TH STREET SUITE 200 | DES MOINES,IA,50325 | ✓ | ✓ | ✓ | UNDETERMINED |

# EXHIBIT F

**HEARING DATE AND TIME: October 21, 2010 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: October 14, 2010 at 4:00 p.m. (Eastern Time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,                 :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                      :
                              Debtors.                :    (Jointly Administered)
                                                      :
------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' PROPOSED DISCLOSURE STATEMENT WITH RESPECT TO DEBTORS' JOINT CHAPTER 11 PLAN

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |