**HEARING DATE AND TIME: To Be Determined**

Billy Ray Kidwell, *Pro Se*
5064 Silver Bell Drive
Port Charlotte, Florida 33948
Telephone (941) 627-0433

*On Behalf of himself Pro Se*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re                                                  :     **Chapter 11**
                                                       :
MOTORS LIQUIDATION COMPANY, *et al*, :     **Case No. 09-50026 (REG)**
         f/k/a General Motors Corp., *et al*, :
                                                       :
         Debtors                                       :
                                                       :
-------------------------------------------------------x

## <u>MOTION TO SUBMIT TWO AFFIDAVITS IN SUPPORT OF MOVANT'S MOTION FOR SANCTIONS AGAINST THE LAW FIRM OF KING & SPALDING LLP, AND ATTORNEYS ARTHUR STEINBERG, AND SCOTT DAVIDSON FOR THE INTENTIONAL VIOLATION OF RULE 9011(B)(1), RULE 9011 (B)(2), RULE 9011(B)(3) AND RULE 9011(B)(4)</u>

The *Pro Se Movant*, Billy Ray Kidwell, intended to attached two Affidavits, given under

oath, to this Court, proving that the Law Firm of King & Spalding LLP, and its Attorneys Arthur

Steinberg, and Scott Davidson, intentionally lied to this Court, as to the actual material facts, as

part of an ongoing Fraud on the Courts by the former General Motors Corporation, a fraud that

has been continued by the present General Motors LLC.

The *Pro Se Movant*, Billy Ray Kidwell, is a severely disabled 100% Service-Connected

Disabled Vietnam Veteran, *who along with his family*, has been terrorized, for years, by the

Governance of General Motors, and it's hired, dishonest Attorneys, in an ongoing scheme to

1

commit a Fraud on every Court, General Motors' Attorneys expand this litigation to, in an effort to make sure the truth never sees the light of day.

The illegal conduct of General Motors Attorneys has caused irreparable harm to Movant's disabilities, and is suspect as the cause in at least one Stress-Caused Heart Attack the severely disabled Movant has suffered.

Attorneys for General Motors have **intentionally** caused so much undue stress, and deliberate harm, to the severely disabled *Pro Se Litigant,* that he is bed-bound most of the time, and suffers sporadic heart pains, as a direct result of the constant intentional *ongoing* violation of this Court's ORDER, for new vehicle warranty, and State Lemon Law Claims, to be an "**ASSUMED**" liability for the new General Motors LLC.

The recent "*Objection*" motion filed by General Motors LLC, by means of the law firm of King & Spalding, LLC, and its Attorneys, Arthur Steinberg, and Scott Davidson, is so full of intentional lies, and fraudulent statements, that it caused such massive undue stress, for the severely disabled *Pro Se Litigant,* that it resulted in causing Movant substantial heart pain, rendering Movant too ill to complete his Motion for Sanctions, and requiring Movant to file his response without attaching the two Affidavits, attached to this motion.


THEREFORE, Movant prays that this Court will be understanding to the Movant's dire disabilities, realizing that the problems with Movant's health rendering him unable to complete his previously filed Motion for Sanctions, was intentionally caused by Attorneys for General Motors LLC as part of a scheme to Commit a Fraud on this Court.

Respectfully Submitted,

December 9, 2010

Billy Ray Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948    941 627-0433

## CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was served on All Parties on this the 9th day of December 2010 by mailing a true and correct copy of same in the U.S. Mail addressed to them.

Billy Ray Kidwell

**HEARING DATE AND TIME: To Be Determined**

Billy Ray Kidwell, *Pro Se*
5064 Silver Bell Drive
Port Charlotte, Florida 33948
Telephone (941) 627-0433

*On Behalf of himself Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
                                 :

In re                           :   **Chapter 11**
                                   :

MOTORS LIQUIDATION COMPANY, *et al,* :   **Case No. 09-50026 (REG)**
       f/k/a General Motors Corp., *et al,* :
                                 :

       Debtors                 :
                                 :
_____:

## AFFIDAVIT OF BILLY RAY KIDWELL

I, Billy Ray Kidwell, hereby state the following, under oath, knowing that any false

statement shall subject me to the penalties for perjury.

1.   I am an eyewitness, and have personal knowledge of the facts, and statements, made

     in this Affidavit.

2.   I have carefully read the Objection by General Motors LLC to my *Pro Se Motion* to

     Show Cause Why General Motors LLC, and its Corporate Governance Should Not

     Be Held in Contempt, and while single words, and short phrases, or parts of sentences

     in the General Motors Objection may be true, those words, short phrases, and parts of

     sentences are intentionally, and skillfully, put together to create a Work of Fiction,

1

clearly intended by General Motors LLC, and its Attorneys, the Law Firm of King &
Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, to commit an
intentional ***Fraud on the Bankruptcy Court***, deceiving the Bankruptcy Court as to
the actual material facts.

3.  *First*, it should be noted that the Law Firm of King & Spalding LLP, and Attorneys
    Arthur Steinberg, and Scott Davidson, have not been truthful with this Court, and
    made this Court aware, that the law firm of King & Spalding, and Attorneys
    Steinberg, and Davidson, have no personal knowledge of most of the statements that
    they make in the GM Objection Motion they submitted to this Court, and either made
    up their version of the facts to intentionally deceive this Court, or obtained their
    information from unreliable third parties, as hearsay.

4.  *Next*, it should be noted that the Law Firm of King & Spalding LLP, and Attorneys
    Arthur Steinberg, and Scott Davidson, have not been truthful with this Court, and
    have intentionally lied to this Court about the evidence they have in their possession,
    such as the Written Decision of the Lemon Law Decision of Billy Kidwell, that found
    Kidwell's truck a complete Lemon, and only denied Kidwell relief because of a
    fraudulent letter, from a Fake GM Executive.

5.  The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott
    Davidson, intentionally do not tell this Court that the Florida State Lemon Law
    Judgment ORDER specifically states that Kidwell met ALL of the requirements for
    Lemon Law Relief except for the one letter from GM Executive, Carolyn Westberg,
    in Detroit whom we now know was never a GM Executive, and never in Detroit, and

2

was actually a SITEL Corporation Employee paid to lie, and deceive GM Customers in an elaborate scheme where GM Consumers were given a fake GM Detroit address, to make them believe she was a real GM Executive in Detroit, and the letters sent to Carolyn Westberg in Detroit were secretly forwarded back to the SITEL Corporation in Tampa Florida where Carolyn Westberg really was all along.

6. I state, under OATH, that the former General Motors Corporation intentionally used fraud to violate Florida's Lemon Laws, and that their fraud with fake GM Executive, Carolyn Westberg (who was really a SITEL Corporation Employee) is the sole reason I did not obtain Florida Lemon Law Relief.

7. I state, **under OATH**, that the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, know from the actual copy of the written Florida State Lemon Law Decision, in the Case of Billy Kidwell, that King & Spalding has several copies of, that they intentionally lied to this Court about the actual material facts, and presented a completely fraudulent picture of the victim, Billy Ray Kidwell, to deceive this Court.

8. I state, under Oath, that the Law Firm of King & Spalding has in their possession a minimum of three (3) fake, letters fraudulently claiming that Carolyn Westberg was a GM Executive, and that those three fake letters all directly contradict themselves, and were created by General Motors so that no matter what the Movant said at his Lemon Law Hearing General Motors would have a fake letter to contradict the truth.

3

9. I directly state, under Oath, and pursuant to the penalties for perjury, that from my own personal knowledge General Motors has been extremely dishonest in my Lemon Law Case, extremely dishonest in my Florida State Lemon Law Lawsuit, extremely dishonest in my pending Federal Lawsuit, and extremely dishonest in the Objections Motion they filed in this Court.

10. I directly state, under Oath, and pursuant to the penalties for perjury, that from my own personal knowledge Attorneys for General Motors have been extremely dishonest in my Lemon Law Case, extremely dishonest in my Florida State Lemon Law Lawsuit, extremely dishonest in my pending Federal Lawsuit, and extremely dishonest in the Objections Motion they filed in this Court.

11. I state, **under OATH**, that the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, are fully aware that Billy Kidwell was legally entitled to State Lemon Law Relief, and would've received Florida Lemon Law Relief, if their client, General Motors, had been honest in Florida's Lemon Law Process, and had not committed an illegal FRAUD on Florida's Lemon Law Process, like GM did, with a FAKE GM Executive, a FAKE GM Letter from the FAKE Executive, using a FAKE Detroit address.

12. I state, **under OATH**, from my own personal knowledge of the facts, that the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, have no respect for this Court, or the Cannons of Ethics for Attorneys, and have knowingly, and intentionally, lied to this Court, in the Objections Motion that they

4

filed, and that they intentionally told those lies to this Court, *for mere money*, for a

paycheck from General Motors, and that they lack ethics, and are not fit to be

attorneys.

13. I state, **under OATH**, that the Law Firm of King & Spalding LLP, and Attorneys

Arthur Steinberg, and Scott Davidson, intentionally lied to this Court by fraudulently

claiming that the Movant-Victim has *"had his day in Court, and then some"*.

14. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott

Davidson, are fully aware that the Movant-Victim never had his day in Florida's

Lemon Law Process because of the intentional fraud by their client, counterfeiting a

fake GM letter, using a fake GM Detroit address, for a fake GM Employee that was

actually a SITEL Corporation Employee in Tampa Florida.

15. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott

Davidson, are fully aware that they have lied to this Court, and that the Movant-

Victim did not have his day in State Court appealing the Lemon Law Action because

General Motors LLC intentionally violated this Court's Sales ORDER, and fraudulent

told the State Court that there were no *"Assumed"* Liabilities, and that General Motors

was protected from New Vehicle Warranty Claims, and State Lemon Law Actions by

the Bankruptcy.

16. Florida Lemon Law, Chapter 681, entitles the victim to file suit for any fraud by a

Manufacturer in a Florida State Lemon Law Case.

5

17. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, know beyond any doubt that the Victim-Movant never received his day in State Court, and that GM Attorneys used lies about this Court's GM Sales ORDER to deceive the State Court and keep the Movant-Victim from having just one day in Court on the merits.

18. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, know beyond any doubt that the Victim-Movant never received his day in Federal Court, and that the Law Firm of King & Spalding LLP itself made sure that the Movant-Victim <u>would not get one day</u> in Court, on the merits, by King & Spalding violating this Court's ORDER making State Lemon Law Actions an Assumed Liability, by means of King & Spalding telling the Federal Court that there are no assumed liabilities, and fraudulently claiming that the GM Sales ORDER protects the new General Motors LLC from ALL State Lemon Law Claims.

19. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson now come to this Court, with their mouth full of lies, willing to say anything for money, as they intentionally lie to this Court and say Movant has had his day in Court, *and then some*, **while they personally know Movant has never had a single day in Court on the merits because of dishonesty by General Motors, and shenanigans by GM's dishonest Attorneys.**

20. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson continue to lie and fraudulently claim that Movant seeks to forum shop.

6

21. I, Billy Ray Kidwell, state, <u>UNDER OATH</u>, that I have never tried to "*Forum Shop*" and that all I wanted is one, **just one**, honest hearing in Florida's Quasi-Judicial Lemon Law Process, without fake GM Executives, a counterfeit letter, or shenanigans.

22. I, Billy Ray Kidwell, state, <u>UNDER OATH</u>, that it is General Motors that expanded litigation to Florida's State Courts, with its fraud in the State Lemon Law System.

23. I, Billy Ray Kidwell, state, <u>UNDER OATH</u>, that it was Attorneys for General Motors that expanded the case to Federal Court.

24. I, Billy Ray Kidwell, state, <u>UNDER OATH</u>, that the Law Firm of King & Spalding brought up the Bankruptcy Court, and lied about the GM Sales ORDER to expand litigation to this Court.

25. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson are intentionally, and knowingly lying when they state the Movant is "*Forum Shopping*" when they know beyond any doubt that they have expended the litigation with their intentional dishonesty, and shenanigans.

26. After committing an intentional Fraud on Florida's Lemon Law Process in Billy Kidwell's case General Motors was given a last opportunity on April 5, 2005 to repair Movant's Vehicle as a result of the Fake Carolyn Westberg letter fraudulently claiming that she was a GM Executive in Detroit.

7

27. *Now*, after a time period of five years, General Motors has STILL made no attempt to repair Movant's non-running truck.

28. For approximately two years AFTER the Florida Lemon Law Hearing the Movant's Truck was still under the Chevy New Vehicle Warranty, and unable to start, or run, and not safe to drive if it could be started, and yet as RETALIATION for using Florida's Lemon Law System General Motors absolutely refused to honor their Warranty.

29. For nearly six years General Motors has terrorized the Movant, and his family, with large dishonest law firms filing motion, after motion, after motion, with the goal of making a complete farce of the Lemon Law System, and the Courts, and to do anything, no matter how dishonest, or illegal, to keep the truth out of the Court with lies, and the concealment of evidence, as they are doing in this Court.

30. Movant estimates that General Motors has spent, *at the very least*, far in excess of a million dollars on multiple law firms, and legal fees, and costs, in a scheme to make a farce of the Courts, and to use dishonest Attorneys abusing the legal system to STEAL $24,000, or so, from Movant.

31. I state that GM Attorneys have profited greatly off of their ongoing dishonesty in this case.

32. GM Attorneys used lies about this Court's GM Sales ORDER to deceive the State Court and keep the Movant-Victim from having just one day in Court on the merits, and violated this Court's Sales ORDER, fraudulently telling Florida's Courts that

8

there are no "*Assumed*" liabilities, and have demonstrated a willingness to commit

just about any act, no matter how illegal, or morally wrong, to assure that the Movant-

Victim never has a single day in Court on anything other than technicalities.

33. I state that all the facts in my recent Motion for Sanctions against the Law Firm of

King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, are true,

and correct, to the best of my knowledge, and beliefs.

Respectfully Submitted,



Billy Ray Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948    941 627-0433

December 9, 2010

STATE OF FLORIDA
COUNTY OF CHARLOTTE
This instrument was acknowledged before me this
9th day of Dec 2010 by Billy Ray Kidwell
who is personally known to me or who has produced
as proper identification.

11-2-13



MARIE A. MOORE
Notary Public, State of Florida
Commission# DD925792
My comm. expires Nov. 2, 2013

9

**HEARING DATE AND TIME: To Be Determined**

Billy Ray Kidwell, *Pro Se*
5064 Silver Bell Drive
Port Charlotte, Florida 33948
Telephone (941) 627-0433

*On Behalf of himself Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                            :

In re                       :    **Chapter 11**
                            :

MOTORS LIQUIDATION COMPANY, *et al*, :    **Case No. 09-50026 (REG)**
     f/k/a General Motors Corp., *et al*, :
                            :

    Debtors                :
                            :

                            :

## <u>AFFIDAVIT OF TANA KIDWELL</u>

I, Tana Kidwell, hereby state the following, under oath, knowing that any false statement

shall subject me to the penalties for perjury.

1. I am an eyewitness, and have personal knowledge of the facts, and statements, made

in this Affidavit.

2. I have carefully read the Objection by General Motors LLC to Billy Kidwell's *Pro Se*

*Motion* to Show Cause Why General Motors LLC, and its Corporate Governance

Should Not Be Held in Contempt, and while single words, and short phrases, or parts

of sentences in the General Motors Objection may be true, those words, short phrases,

and parts of sentences are intentionally, and skillfully, put together to create a Work

1

of Fiction, clearly intended by General Motors LLC, and its Attorneys, the Law Firm

of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, to

commit an intentional ***Fraud on the Bankruptcy Court***, deceiving the Bankruptcy

Court as to the actual material facts.

3. *First*, it should be noted that the Law Firm of King & Spalding LLP, and Attorneys

Arthur Steinberg, and Scott Davidson, have not been truthful with this Court, and

made this Court aware, that the law firm of King & Spalding, and Attorneys

Steinberg, and Davidson, have no personal knowledge of most of the statements that

they make in the GM Objection Motion they submitted to this Court, and either made

up their version of the facts to intentionally deceive this Court, or obtained their

information from unreliable third parties, as hearsay.

4. *Next*, it should be noted that the Law Firm of King & Spalding LLP, and Attorneys

Arthur Steinberg, and Scott Davidson, have not been truthful with this Court, and

have intentionally lied to this Court about the evidence they have in their possession,

such as the Written Decision of the Lemon Law Decision of Billy Kidwell, that found

Kidwell's truck a complete Lemon, and only denied Billy Kidwell relief because of a

fraudulent letter, from a Fake GM Executive.

5. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott

Davidson, intentionally do not tell this Court that the Florida State Lemon Law

Judgment ORDER specifically states that Billy Kidwell met ALL of the requirements

for Lemon Law Relief except for the one letter from GM Executive, Carolyn

Westberg, in Detroit whom we now know was never a GM Executive, and never in

2

Detroit, and was actually a SITEL Corporation Employee paid to lie, and deceive GM

Customers in an elaborate scheme where GM Consumers were given a fake GM

Detroit address, to make them believe she was a real GM Executive in Detroit, and

the letters sent to Carolyn Westberg in Detroit were secretly forwarded back to the

SITEL Corporation in Tampa Florida where Carolyn Westberg really was all along.

6.  I, Tana Kidwell, state under OATH, that the former General Motors Corporation

intentionally used fraud to violate Florida's Lemon Laws, and that their fraud with

fake GM Executive, Carolyn Westberg (who was really a SITEL Corporation

Employee) is the sole reason my husband, Billy Kidwell, did not obtain Florida

Lemon Law Relief.

7.  I, Tana Kidwell, state **under OATH**, that the Law Firm of King & Spalding LLP, and

Attorneys Arthur Steinberg, and Scott Davidson, know from the actual copy of the

written Florida State Lemon Law Decision, in the Case of Billy Kidwell, that King &

Spalding has several copies of, that they intentionally lied to this Court about the

actual material facts, and presented a completely fraudulent picture of the victim,

Billy Ray Kidwell, to deceive this Court.

8.  I, Tana Kidwell, state under Oath, that the Law Firm of King & Spalding has in their

possession a minimum of three (3) fake, letters fraudulently claiming that Carolyn

Westberg was a GM Executive, and that those three fake letters all directly contradict

themselves, and were created by General Motors so that no matter what my husband

said at his Lemon Law Hearing General Motors would have a fake letter to contradict

the truth.

9. I, Tana Kidwell, directly state, under Oath, and pursuant to the penalties for perjury, that from my own personal knowledge General Motors has been extremely dishonest in my husband's Lemon Law Case, extremely dishonest in his Florida State Lemon Law Lawsuit, extremely dishonest in his pending Federal Lawsuit, and extremely dishonest in the Objections Motion they filed in this Court.

10. I, Tana Kidwell, directly state, under Oath, and pursuant to the penalties for perjury, that from my own personal knowledge, Attorneys for General Motors have been extremely dishonest in my husband's Lemon Law Case, extremely dishonest in my husband's Florida State Lemon Law Lawsuit, extremely dishonest in his pending Federal Lawsuit, and extremely dishonest in the Objections Motion they filed in this Court.

11. I, Tana Kidwell, state, **under OATH**, that the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, are fully aware that Billy Kidwell was legally entitled to State Lemon Law Relief, <u>and would've received Florida Lemon Law Relief,</u> if their client, General Motors, had been honest in Florida's Lemon Law Process, and had not committed an illegal FRAUD on Florida's Lemon Law Process, like GM did, with a FAKE GM Executive, a FAKE GM Letter from the FAKE Executive, using a FAKE Detroit address.

12. I, Tana Kidwell, state **under OATH**, from my own personal knowledge of the facts, that the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, have no respect for this Court, or the Cannons of Ethics for

4

Attorneys, and have knowingly, and intentionally, lied to this Court, in the Objections

Motion that they filed, and that they intentionally told those lies to this Court, *for*

*mere money,* for a paycheck from General Motors, and that they lack ethics, and are

not fit to be attorneys.

13. I, Tana Kidwell, state, **under OATH**, that the Law Firm of King & Spalding LLP,

and Attorneys Arthur Steinberg, and Scott Davidson, intentionally lied to this Court

by fraudulently claiming that my husband has *"had his day in Court, and then some"*.

14. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott

Davidson, are fully aware that my husband never had his day in Florida's Lemon Law

Process because of the intentional fraud by their client, General Motors,

counterfeiting a fake GM letter, using a fake GM Detroit address, for a fake GM

Employee that was actually a SITEL Corporation Employee in Tampa Florida.

15. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott

Davidson, are fully aware that they have lied to this Court, and that my husband did

not have his day in State Court appealing the Lemon Law Action because General

Motors LLC intentionally violated this Court's Sales ORDER, and fraudulent told the

State Court that there were no *"Assumed"* Liabilities, and that General Motors was

protected from New Vehicle Warranty Claims, and State Lemon Law Actions by the

Bankruptcy.

16. Florida Lemon Law, Chapter 681, entitles the victim to file suit for any fraud by a

Manufacturer in a Florida State Lemon Law Case.

17. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, know beyond any doubt that my husband, Billy Kidwell, never received his day in State Court, and that GM Attorneys used lies about this Court's GM Sales ORDER to deceive the State Court and keep my husband from having just one day in Court on the merits.

18. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson, know beyond any doubt that my husband never received his day in Federal Court, and that the Law Firm of King & Spalding LLP itself made sure that my husband <u>would not get one day</u> in Court, on the merits, because of King & Spalding violating this Court's ORDER making State Lemon Law Actions an Assumed Liability, by means of King & Spalding telling the Federal Court that there are no assumed liabilities, and fraudulently claiming that the GM Sales ORDER protects the new General Motors LLC from ALL State Lemon Law Claims.

19. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson now come to this Court, with their mouth full of lies, willing to say anything for money, as they intentionally lie to this Court and say my husband has had his day in Court, *and then some*, **while they personally know Movant has never had a single day in Court on the merits because of dishonesty by General Motors, and shenanigans by GM's dishonest Attorneys.**

20. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson continue to lie and fraudulently claim that my husband seeks to forum shop.

6

21. I, Tana Kidwell, state, <u>UNDER OATH</u>, from my own personal knowledge, that my husband has never tried to *"Forum Shop"* and that all he wanted is one, **just one**, honest hearing in Florida's Quasi-Judicial Lemon Law Process, without fake GM Executives, a counterfeit letter, or shenanigans.

22. I, Tana Kidwell, state, <u>UNDER OATH</u>, that it is General Motors that expanded litigation to Florida's State Courts, with its fraud in the State Lemon Law System.

23. I, Tana Kidwell, state, <u>UNDER OATH</u>, that it was Attorneys for General Motors that expanded the case to Federal Court.

24. I, Tana Kidwell, state, <u>UNDER OATH</u>, that the Law Firm of King & Spalding brought up the Bankruptcy Court, and lied about the GM Sales ORDER to expand litigation to this Court.

25. The Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson are intentionally, and knowingly lying when they state my husband is *"Forum Shopping"* when they know beyond any doubt that they have expended the litigation with their intentional dishonesty, and shenanigans.

26. After committing an intentional Fraud on Florida's Lemon Law Process in Billy Kidwell's case General Motors was given a last opportunity on April 5, 2005 to repair Movant's Vehicle as a result of the Fake Carolyn Westberg letter fraudulently claiming that she was a GM Executive in Detroit.

7

27. *Now*, after a time period of five years, General Motors has STILL made no attempt to repair my husband's non-running truck, nor made any attempt to remove the GM Junk from our driveway.

28. For approximately two years AFTER the Florida Lemon Law Hearing my husband's Truck was still under the Chevy New Vehicle Warranty, and unable to start, or run, and not safe to drive if it could be started, and yet as RETALIATION for using Florida's Lemon Law System General Motors absolutely refused to honor their Warranty, or make any attempt to repair the junk vehicle, or remove it from where it was blocking our driveway.

29. For nearly six years General Motors has terrorized my husband, and our family, with large dishonest law firms filing motion, after motion, after motion, with the goal of making a complete farce of the Lemon Law System, and the Courts, and to do anything, no matter how dishonest, or illegal, to keep the truth out of the Court with lies, and the concealment of evidence, as they are doing in this Court.

30. General Motors is using dishonest Attorneys, abusing the legal system, to STEAL $24,000, or so, from our family.

31. I state that GM Attorneys have profited greatly off of their ongoing dishonesty in my husband's case.

32. GM Attorneys used lies about this Court's GM Sales ORDER to deceive the State Court and keep my husband from having just one day in Court on the merits, and violated this Court's Sales ORDER, fraudulently telling Florida's Courts that there

8

are no *"Assumed"* liabilities, and have demonstrated a willingness to commit just

about any act, no matter how illegal, or morally wrong, to assure my husband never

has a single day in Court, on anything other than technicalities.

Respectfully Submitted,

*Tana Kidwell*                                    December 9, 2010

Tana Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948    941 627-0433

STATE OF FLORIDA
COUNTY OF CHARLOTTE
This instrument was acknowledged before me this
9th day of Dec 2010 by Tana Kidwell
who is personally known to me or who has produced
FL DL                                    as proper identification.
_____    11-2-13
Signature of Notary        My Commission

MARIE A. MOORE
Notary Public, State of Florida
Commission# DD925792
My comm. expires Nov. 2, 2013

9