# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | PRATT, HOMER<br>PARKER MCCAY PA<br>7001 LINCOLN DRIVE WEST THREE GREENTREE CENTRE<br>MARLTON, NJ 08053 |
| Claim Number (if known): | 37089 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  11/3/2010

Print Name:  Oren Klein, Esq.

Title (if applicable):  counsel to claimant, Homer Pratt

RECEIVED

DEC 20 2010

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1