UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al., f/k/a GENERAL MOTORS
CORP., et al.

                         Debtor

Case No.: 09-50026

Chapter 11

-----------------------------------------------------------x

JUDD WIESJAHN and ANNALISA SAND

                         Plaintiff

v.

GENERAL MOTORS CORPORATION, et al.

                         Defendant

Adversary Proceeding No.: M95923

[RECEIVED stamp: DEC 28 2010, U.S. DISTRICT COURT, SD DIST OF NEW YORK]

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Candace Lee, request admission, *pro hac vice*, before the Honorable Judge Gerber, to represent Judd Wiesjahn and Annalisa Sand, Plaintiffs in the above-referenced ☑ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 12/22/2010

Santa Monica, California

The Law Office of Martin Stanley
*Mailing Address:*

Candace Lee
137 Bay Street #2
Santa Monica, CA 90405
*E-mail address:* candace.hoeft@gmail.c
*Telephone number:* (310) 399-2555

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al. f/k/a GENERAL MOTORS CORP.,
et al.

          Debtor

Case No.: 09-50026

Chapter 11

------------------------------------------------------------x

JUDD WIESJAHN and ANNALISA SAND

          Plaintiff

v.

GENERAL MOTORS CORP., et al.

          Defendant

Adversary Proceeding No.: MS95923

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of _Candace Lee_____, to be admitted, *pro hac vice*, to represent _Judd Wiesjahn and Annalisa Sant_____, (the "Client**s**) _Plaintiffs_____ in the above referenced ☑ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _California_____ and, if applicable, the bar of the U.S. District Court for the _Central____ District of _California_____, it is hereby

**ORDERED**, that _Candace Lee_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE