<u>Registered Mail – Return Receipt Requested.</u>

United States Bankruptcy Court, Southern District of New York
Judge Robert E. Gerber
Chambers
One Bowling Green
New York, NY 10004

In re: Motors Liquidation Company - Case No. 09-50026 (REG).

Your Honor,

In my capacity as unsecured creditor ( Proofs of Claim nr.38895 and 38896 ), referred to below for your convenience:

Creditor Summary

Claims Information -> Claim Register -> **Creditor Summary**

| | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 2 | $0.00 | $0.00 | $0.00 | $317,728.07 | $317,728.07 |
| Current Status | 2 | $0.00 | $0.00 | $0.00 | $317,728.07 | $317,728.07 |

## Filed Claim Lists

| Claim# | Creditor | Filed Date | Filed Amount | Current Total | Debtor | Image |
|---|---|---|---|---|---|---|
| 38895 | CAROLI ANNA | 11/23/2009 | $272,352.84 | $272,352.84 | Motors Liquidation Company | |
| 38896 | CAROLI ANNA | 11/23/2009 | $45,375.23 | $45,375.23 | Motors Liquidation Company | |

I hereby advise that any payment which may be allocated and be payable in favor of the undersigned shall be addressed as follows:

Ms. Anna Caroli
c/o Banca Apulia SpA
Via Giuseppe Fanelli 94-100
74015 MARTINA FRANCA
Taranto (Italy),

since in the meantime Banca Apulia SpA became successor in title and interest to Banca Popolare Valle d'Itria e Magna Grecia, pursuant to Deed of Sale of a Going Concern executed on October 28, 2010 before Notary Mr. Paolo Petrera of Bari, Italy.

Regards,

Ms. Anna Caroli

*[signature]*