FROM -

Mr. & Mrs. David P Miller
P.O. Box 258
271 Leaver St.
Vernon, MI  48476

UNITED STATES B. J.
ROOM 621
UNITED STATES B, COURT
NEW YORK NEW YORK
10004  2-3-2011
9:45

Dear, Sir,

HONORABLE ROBERT E. GERBER - JUDGE

Sir, AS BEN FRANKLEN said A MAN THAT REPRESENTS HIS OR HER SELF IN A COURT OF LAW HAS A FOOL FOR A CLIENT, Sir, I AM THAT FOOL - I WORKED FOR GENERAL MOTOR'S FOR YEARS - FOR RETIREMENT AND BENIFIT'S, SOME TIMES giving up PAY Raises, FOR BENIFITS, Now. Sir I come NOT TO Beg - But TO SEEK Justes - I ASK FOR REINSTATMENT OF FULL BENIFITS - FUTHER, MORE UNDER THE CONSTUTION is iT NOT SO, ALL MEN - RITCH MAN - POORMAN - BEGGER MAN - THIEF HAVE THE SAME RIGHTS UNDER THE LAW,

P, S, AS JUST A LAYMON WITH LITTLE KNOLAGE - IS THERE NO HOPE FOR THE widow SON. - iF you HAVE A 598 UAW. HISTORY Book, IN THE BACK I WAS TRUSTEE, MY PICTURE IS THERE,

(signed)
David Paul Miller

| 113th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA E JONES<br>917 HOCH AVE<br><br>ADRIAN, MI 49221 | 32851 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$255.39  (U)<br>$255.39  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID PAUL MILLER<br>271 LEAVER STREET BOX 258<br><br>VERNON, MI 48476 | 2030 | Motors Liquidation Company<br><br>*REINSTATE .*<br>*FULL BENIFITS*<br>*BLUE X BLUE SHIELD*<br><br>Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HITE, SHIRLEY<br>7434 TANGELO AVE<br><br>FONTANA, CA 92336 | 10164 | Motors Liquidation Company<br><br><br><br><br>Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNNIE T WILSON<br>514 CREIGHTON AVE<br><br>DAYTON, OH 45410 | 16912 | Motors Liquidation Company<br><br><br><br><br>Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAYTON, ANN L<br>38 ALLERTON CT<br><br>YOUNGSTOWN, OH 44505 | 21000 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$284,000,000.00  (U)<br>$284,000,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1