Phillip Bohl, Esq.
Jeffrey Peterson, Esq.
Gray Plant Mooty Mooty & Bennett, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone:  612.632.3019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

GENERAL MOTORS CORP., et al.,

Debtors.

Chapter 11
Case No. 09-50026
(Jointly Administered)

### REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. requests tha the following attorney and email address be removed from ECF notification, and requests that he no longer receive electronic filings in this case:

Phillip Bohl:   phillip.bohl@gpmlaw.com

Dated:   January 5, 2011
             Minneapolis, Minnesota

GRAY, PLANT, MOOTY
   MOOTY & BENNETT, P.A.

 /s/  Phillip Bohl
Phillip Bohl
        MN Bar No. 139191
Jeffrey A. Peterson
        MN Bar No. 387556
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Phone:  612.632.3019
Fax:  612.632.4019
Email:  Phillip.bohl@gpmlaw.com

ATTORNEYS FOR WILLETTE
ACQUISITION CORP., A/K/A ALLIED
DIGITAL TECHNOLOGIES AND ALLIED
VAUGHN

GP:2907870 v1