Robert J. Figa, Esq.
CAMPBELL, O'BRIEN & MISTELE, P.C.
100 W. Big Beaver Rd, Ste. 385
Troy, MI 48084
(248) 743-9800
RFiga@comlawone.com

Counsel for George P. Johnson Company

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 09-50026-reg |
| | Chapter 11 |
| GENERAL MOTORS CORP., et. al. | |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

### REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST

CAMPBELL, O'BRIEN & MISTELE, P.C. and ROBERT J. FIGA, request the following attorney and e-mail address be removed from ECF notification, and request that he (they) no longer receive electronic filings in this case:

Robert J. Figa:    RFiga@comlawone.com

CAMPBELL, O'BRIEN & MISTELE, P.C.

BY:   /s/ Robert J. Figa
Robert J. Figa (Michigan Id. No. P47159)
100 W. Big Beaver Rd, Ste. 385
Troy, MI 48084
(248) 743-9800

Dated: January 5, 2011    RFiga@comlawone.com

Attorneys for George P. Johnson Company