*Motion granted.*
*S/REG*
*USBJ*
*1/6/11*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.,　　　Chapter 11 Case No.
　　f/k/a General Motors Corp., et al.　　　　　　09-50026 (REG)
　　　　　　Debtors.　　　　　　　　　　　　　(Jointly Administered)

**Motion for Relief of Stay Request for Claimant, Tracy Woody, Request for Waiver of $150 filing fee of said Motion**

The interested party and prospective claimant, Tracy Woody, request that this Honorable Court Presided by Judge Robert Gerber waive the $150 filing fee for the Motion of Relief of Stay et. al. heard by the Court on December 2, 2010 due to the following reasons:

1. I am the mother of 4 young children and have been facing financial burden and legal litigation regarding bankruptcy expenses and loss of a working vehicle due to defect issues regarding General Motors and predatory lending practices of other parties. I can bearly provide for the needs of my children and I'm having to care for my ailing elderly parents who are both under doctor's care and who both have been hospitalized on 2 occasions in which I have to continue to care for their needs as well.

I pray that this Honorable Court grant the waiver of the $150 filing fee for the Motion for Relief of Stay et. al. due to my extenuating financial hardship that I'm experiencing at the present time.

This 1st day of January, 2011.

_____
Tracy Woody
4908 Vallery Place
Raleigh, NC 27604
(919) 349-3418

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing Motion and Objection by depositing a copy of the same in the United States Mail, postage paid or by UPS, in an envelope addressed as noted below:

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 of the US Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

This 4th day of January, 2011.

_____
Tracy Woody, Pro Se