**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :    Case No. 09-50026 (REG)
                                                         :
    Debtors                                            :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION, *Pro Hac Vice*

ORDERED, that Candace Lee Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: *January 6, 2011*

    *S/ Robert E. Gerber*
    UNITED STATES BANKRUPTCY JUDGE