**PRESENTMENT DATE AND TIME: December 21, 2010 at 12:00 noon (Eastern Time)**
**OBJECTION DEADLINE: December 21, 2010 at 11:30 a.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                            :  Chapter 11 Case No.
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :  09-50026 (REG)
       f/k/a General Motors Corp., *et al.*      :
                                                 :
                     Debtors.                    :  (Jointly Administered)
                                                 :
----------------------------------------------------------------x

**ORDER DENYING MOTION OF TRACY WOODY FOR RELIEF FROM STAY**
**AND GRANTING SUPPLEMENTAL RELIEF**

Upon the motion, dated October 14, 2010 (the "**Motion**") of Tracy Woody ("**Movant**") for Relief of Stay and Objection to Debtor's Proposed Disclosure Statement with Respect to Debtor's Joint Chapter 11 Plan (ECF No. 7454), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their opposition to the Motion (ECF No. 7736) (the "**Opposition**"); and the Court having held a hearing to consider the requested relief on December 2, 2010 (the "**Hearing**"); and based upon the Motion, the Opposition, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED; and it is further

ORDERED that Movant shall have thirty (30) days from the date of this Order to file a proof of claim in these chapter 11 cases, to the extent no proof of claim was previously timely filed, without prejudice to any other party's rights to be heard as to the allowance of that claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
***January 6, 2011***

*/s/ Robert E. Gerber*
United States Bankruptcy Judge