UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| Motors Liquidation Company, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026(REG) |
| Debtors. | Jointly Administered |

ENDORSED ORDER REGARDING DANA FOX'S
MOTION TO WAIVE APPEAL FILING FEE

The Court deems the letter received from Dana Fox on December 17, 2010 (ECF #8292) to be a motion to waive appeal filing fee. Fox's appeal is ECF #8291. The motion is denied for failure to indicate the order that the litigant is appealing and for failure to provide financial information so that the Court can determine whether the litigant has the ability to pay the filing fee.

Dated: New York, New York            *s/Robert E. Gerber*
       January *6*, 2011              United States Bankruptcy Judge