# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | THE CHARLOTTE OBSERVER<br>C/O THE MCCLATCHY CO<br>ATTN STEPHEN BURNS<br>2100 Q STREET<br>SACRAMENTO |
| Claim Number (if known): | 21146 |
| Date Claim Filed: | 11/09/2009 |
| Total Amount of Claim Filed: | $12,835.97 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:   January 6, 2011                 /s/ Paul J. Pascuzzi
                                         Paul J. Pascuzzi
                                         Felderstein Fitzgerald Willoughby & Pascuzzi LLP
                                         400 Capitol Mall, Suite 1450
                                         Sacramento, CA   95814
                                         916-329-7400
                                         ppascuzzi@ffwplaw.com
                                         Attorneys for The Charlotte Observer

---

US_ACTIVE:¥43219392¥02¥72240.0639

## PROOF OF SERVICE

I, Lori N. McCleerey, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434.   On January 6, 2011, I served the within documents:

**WITHDRAWAL OF CLAIM**

 by transmitting via electronic mail the above listed document(s) without error to the email address(es) set forth below on this date before 5:00 p.m.   A copy of the transmittal/confirmation sheet is attached.

rlosier@alixpartners.com

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2011, at Sacramento, California.

*/s/ Lori N. McCleerey*_____
Lori N. McCleerey

# Lori N. McCleerey

| | |
|---|---|
| **From:** | Lori N. McCleerey |
| **Sent:** | Thursday, January 06, 2011 10:23 AM |
| **To:** | rlosier@alixpartners.com |
| **Cc:** | Paul Pascuzzi |
| **Subject:** | General Motors Bankruptcy - Withdrawal of Claim of Charlotte Observer |
| **Attachments:** | Charlotte Observer Withdrawal of Claim.pdf |

Good morning, Mr. Losier. Pursuant to Mr. Pascuzzi's instructions, I attach the completed Withdrawal of Claim of The Charlotte Observer, which I will be filing electronically with the bankruptcy court today.





400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CALIFORNIA
95814-4434
tel 916.329.7400 EXT 226
fax 916-329-7435
email lnmccleerey@ffwplaw.com
web www.ffwplaw.com

Notice to recipient: This email is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this email in error, any review, use, dissemination, distribution, or copying of this email or any of the attachments is strictly prohibited. Please notify us immediately of the error by return email and please delete this message from your system. Thank you in advance for your cooperation.