**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

December 29, 2010

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Motors Liquidation Company, etc., Debtors // To: Tenneco Motor Operations Company, Inc.

Case No. 09-50026

Dear Sir/Madam:

We are herewith returning the Notice(s) which we received regarding the above captioned matter.

Tenneco Motor Operations Company, Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517812790

FedEx Tracking# 794273724412

cc: United States Bankruptcy Court - Southern District
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408


FILED JAN - 4 2011 U.S. BANKRUPTCY COURT, SDNY