IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                                            :
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,                             :
       f/k/a General Motors Corp., *et al.*     :     Chapter 11
                                                                  :     Case No. 09-50026 (REG)
                                                                  :     (Jointly Administered)
           Debtors.                                 :
------------------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 7, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8398) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                  /s/ Chanpreet Kondal
                                                                  Chanpreet Kondal

Sworn to before me this 7th day of
January, 2011
/s/ Gea Somma_____ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Mazie Roberts, Individually and as Special Administrator
of The Estate of John Roberts, Sr., Deceased
c/o Langdon & Emison
Attn: J. Kent Emison
911 Main Street
Lexington, MO 64067-1342

Mazie Roberts, Individually and as Special Administrator of
The Estate of John Roberts, Sr., Deceased
c/o Langdon & Emison
Attn: J. Kent Emison
P.O. Box 220
Lexington, MO 64067-0220

<u>TRANSFEREE</u>

Longacre Institutional Opportunity Fund, L.P.
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019