# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Motors Liquidation Company, et al., f/k/a General Motors Corporation., et al.</u>, Case No. <u>09-50026</u>

## NOTICE OF TRANSFER OF STIPULATED CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC OPTIMUM FUND LLC</u><br>Name of Transferee | <u>SALAZAR JUSTINO C AND SALAZAR CAROLINA</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | Court Claim # (if known): <u>51034</u><br>Allowed Amount: **<u>USD$1,100,000.00</u>**<br>Orig. Proof of Claim Amount: <u>USD$5,000,000.00</u><br>Stipulation Effective Date: <u>8/27/2010</u><br>Date Claim Filed:   <u>11/25/2009</u><br><br>Phone: <u>580-252-0736</u><br>Last four digits of Acct.#   <u>N/A</u> |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#:   <u>N/A</u> | Name and Current Address of Transferor:<br><br>SALAZAR JUSTINO C AND SALAZAR CAROLINA<br>C/O Steven R. Booker P.C.<br>824 Sheppard Road<br>Burkburnett, TX 76354 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                                                        Date: <u>January 7, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO: MOTORS LIQUIDATION COMPANY, ET AL., F/K/A GENERAL MOTORS CORP., ET AL., ("Debtor")
Case No. 09-50026

Claim # 51034

**SALAZAR JUSTINO C AND SALAZAR CAROLINA**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC OPTIMUM FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$5,000,000.00 and **Allowed in the amount of USD$1,100,000.00**. ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th DAY OF January, 2011.

| ASSIGNOR: SALAZAR JUSTINO C AND SALAZAR CAROLINA | ASSIGNEE: TRC OPTIMUM FUND LLC |
|---|---|
| _Carolina Salazar_ (Signature) | _[signature]_ (Signature) |
| Carolina Salazar (Print Name) | Terrel Ross (Print Name) |
| Wife, Administrator of the Estate of Justin C. Salazar (Title) | Managing Member (Title) |

| | | | | |
|---|---|---|---|---|
| 10 | 8/10/2010 | VARNAU, ARLENE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $75,000. | 65 |
| 11 | 8/10/2010 | FLETCHER, BROOKE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,250,000. | 1767 |
| 12 | 8/17/2010 | SALAZAR, JUSTINO C. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,100,000. | 51034 |
| 13 | 8/18/2010 | ALSTON, KAIYA L. JR. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $50,000. | 28376* 28377 28379 28380 28381 |
| 14 | 8/26/2010 | ACME ROCKFORD GROUP TRUST ACCOUNT | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $155,080. | 14363 |
| 15 | 8/26/2010 | LASKIN FINAL REMEDIATION TRUST FUND | Environmental - Superfund | Claimant to receive an allowed general unsecured claim in the amount of $187,712. | 45621 |
| 16 | 9/1/2010 | OWENS, BARBARA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000. | 88 |
| 17 | 9/1/2010 | FREIDEL, MICHAEL J. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $3,750,000. | 193 |
| 18 | 9/2/2010 | ARREOLA QUINTANA LUIS FERNANDO | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,600,000. | 16030* 16042 16043 16044 16045 46175 |
| 19 | 9/2/2010 | CAMPOS, NHILZE L. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $5,000 for claim 9481, $525,000 for claim 9483, and $5,000 for claim 9484. | 9481 9483 9484 |
| 20 | 9/7/2010 | BARRY, SPENCER | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $200,000. | 64658* 64659 |