**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                  :        **Chapter 11**
                                                                       :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                              :        **Case No. 09-50026 (REG)**
         **f/k/a General Motors Corp.**, *et al.*,                    :
                                                                       :
                        **Debtors.**                                   :        **(Jointly Administered)**
                                                                       :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF SUFFOLK        )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On January 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Dana H Fox, 1500 A Lafayette RD #192, Portsmouth, NH 03807 :

- Endorsed Order Regarding Dana Fox's Motion to Waive Appeal Filing Fee [Docket No. 8392].

Dated:  January 6, 2011                          /s/ Alison Moodie_____
          Melville, New York                     Alison Moodie

Sworn to before me this 7th day of January, 2011

/s/ Jodi Pujols____ _____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011