**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                          :    **Chapter 11 Case No.**
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    **09-50026 (REG)**
     f/k/a General Motors Corp., *et al.*   :
                                                                 :
                    **Debtors.**            :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 11, 2011 AT 9:45 A.M. AND 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**9:45 A.M.**

**I.    CONTESTED MATTERS**

  **1.**   Third Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2010 through May 31, 2010 (**ECF No. 6541**)

  Responses Filed:

  A.   Fee Examiner's Preliminary Report on the Third Interim Fee Application of Brownfield Partners, LLC (**ECF No. 6973**)

  B.   Response of the United States Trustee Regarding Third Interim Applications for Compensation and Reimbursement of Expenses (**ECF No. 6989**)

  C.   Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on September 24, 2010 (**ECF No. 7009**)

    D.    Fee Examiner's Summary and Recommendations - Interim Fee Applications Scheduled for Hearing on October 26, 2010 (**ECF No. 7448**)

    E.    Response of the United States Trustee Regarding Third Interim Application for Compensation and Reimbursement of Expenses (October 26, 2010 Hearing) (**ECF No. 7449**)

    F.    Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of Brownfield Partners, LLC (**ECF No. 8037**)

    G.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

**2.**    Fourth Interim Fee Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7759**)

Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to Third and Fourth Interim Fee Applications of Brownfield Partners, LLC (**ECF No. 8037**)

    B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

    **3.**    Amended First and Final Application of PricewaterhouseCoopers LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Accountants and Tax Advisors to the Debtors and Debtors in Possession for the Period from June 1, 2009 through July 9, 2009 (**ECF No. 8059**) (**Amends ECF No. 7779**)

    Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to First and Final Fee Application of PricewaterhouseCoopers LLP (**ECF No. 8032**)

    B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward.

    **4.**    Debtors' Objection to Proof of Claim No. 70464 Filed by Beverly E. Smith (**ECF No. 7999**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    Although no response was filed in connection with this matter, for the purpose of this agenda only, this matter is listed as contested. This matter is going forward.

**II.**    **UNCONTESTED MATTERS**

    **1.**    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) **(ECF No. 8000)**

    Responses Filed:

    A.    Limited Response and Reservation of Rights of New Flyer of America Inc. ("**New Flyer**") to the Debtors' 110th Omnibus Objection to Claims (**ECF No. 8232**)

    B.    Response of Northrop Grumman Ohio Corporation ("**Northrop**") to the Debtors' 110th Omnibus Objection to Claims (**ECF No. 8346**)

    C.    Cummins Inc.'s ("**Cummins**") Response to Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8393**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except with respect to (i) the claimants Detroit Diesel Corporation and Granite State Insurance Company et al. (c/o Chartis US), which have been adjourned to February 9, 2011, and (ii) the responses filed by New Flyer, Northrop, and Cummins, which, if unresolved, will be adjourned to February 9, 2011.

2.    Fee Examiner's Motion to Amend the Stipulation and Order with Respect to Appointment of a Fee Examiner for the Fifth and Subsequent Interim Fee Periods (**ECF No. 8355**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward. A revised order will be submitted.

3.    Fourth Interim Application of Kramer Levin Naftalis & Frankel LLP, as Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from June 1, 2010 through September 30, 2010 (**ECF No. 7804**)

Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to the Fourth Interim Fee Application of Kramer Levin Naftalis & Frankel LLP (**ECF No. 8028**)

    B.    Fee Examiner's Twelve-Month Report and Summary of Responses to Fourth Interim Fee Applications (**ECF No. 8052**)

    C.    Response of the United States Trustee Regarding Third Interim Applications for compensation and Reimbursement of Expenses (December 15, 2010 Hearing) (**ECF No. 8060**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    The parties have reached a resolution. This matter is going forward as an uncontested matter.

## 2:00 P.M.

### III. CONTESTED MATTER

**1.**    Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff (**ECF No. 4529**)

Responses Filed:

    A.    Debtors' Objection to Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff and Cross-Motion for Immediate Payment (**ECF No. 6067**)

Replies Filed:

    B.    Deutsche Bank AG's Reply in Further Support of the Motion for Relief from Automatic Stay to effect Setoff and Objection to Debtors' Cross-Motion for Immediate Payment (**ECF No. 6319**)

    C.    Debtors' Reply Memorandum (I) In Opposition to Deutsche Bank AG's Motion for Relief from Automatic Stay to Effect Setoff and (II) In further Support of Debtors' Cross-Motion for Immediate Payment (**ECF No. 8326**)

<u>Additional Documents</u>:    None to date.

**Status:**    This matter is going forward.

Dated: New York, New York
       January 7, 2011

<u>/s/ Joseph H. Smolinsky</u>
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession