# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                          :
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :
    f/k/a General Motors Corp., *et al.*      :       Chapter 11
                                                :       Case No. 09-50026 (REG)
                                                :       (Jointly Administered)
               Debtors.          :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**       )
                            ) ss
COUNTY OF **SUFFOLK**       )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 7, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8409) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                /s/ Chanpreet Kondal
                                                Chanpreet Kondal

Sworn to before me this 7th day of
January, 2011
/s/ Gea Somma_____ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Discover Mediaworks Inc
5236 Highway 70 West
Eagle River, WI 54521

Discover Mediaworks Inc
c/o Gina M. Ozelie, Attorney
10140 North Washington Road
Mequon, WI 53092

<u>TRANSFEREE</u>

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601