# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Motors Liquidation Company, et al., f/k/a General Motors Corporation., et al.,</u> Case No. <u>09-50026</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC OPTIMUM FUND LLC</u><br>Name of Transferee | <u>MILES PRESS INC, THE</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>N/A</u><br>Amount of Claim:  USD<u>$12,280.00</u><br>Date Claim Filed: <u>N/A</u> |
| TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518 | Phone: <u>(317) 870-6115</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | MILES PRESS INC, THE<br>4923 W. 78th Street<br>Indianapolis, IN  46268 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                    Date: <u>January 10, 2011</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Clerk

AND TO:    MOTORS LIQUIDATION COMPANY, ET AL., F/K/A GENERAL MOTORS CORP., ET AL., ("Debtor")
Case No. 09-50026

Claim # N/A

**MILES PRESS INC, THE** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC OPTIMUM FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$12,280.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___6___ DAY OF ___JANUARY___, 2011.

| ASSIGNOR: MILES PRESS INC, THE | ASSIGNEE: TRC OPTIMUM FUND LLC |
|---|---|
| _____ (Signature) | _____ (Signature) |
| LYNNE CHURCHILL (Print Name) | Terrel Ross (Print Name) |
| PRESIDENT (Title) | Managing Member (Title) |

Motors Liquidation Company
Case Number: 09-50026
Exhibit F-1
Trade Payables



| Creditor Name | Invoice Date | Address | City, State & Zip | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| MICHIGAN MINORITY BUSINESS DEVELOPMENT COUNCIL | VARIOUS | 3011 W GRAND BLVD STE 230 | DETROIT, MI 48202 | ☑ | ☐ | ☐ | $4,220 |
| MICHIGAN STEEL PROCESSING INC | VARIOUS | 36211 SOUTH HURON RD | NEW BOSTON, MI 48164 | ☑ | ☐ | ☐ | $98,249 |
| MICKEY'S TEXTILES INC | VARIOUS | PO BOX 2980 | GREENVILLE, SC 29602 | ☑ | ☐ | ☐ | $356 |
| MIDWEST DEDICATED SERVICES INC | VARIOUS | 14921 GREEN BRIAR DR | SMITHVILLE, MO 64089 | ☑ | ☐ | ☐ | $6,289 |
| MIDWEST SCRAP MANAGEMENT INC | 5/12/2009 | P O BOX 4950 | KANSAS CITY, MO 64125 | ☑ | ☐ | ☐ | $67 |
| MIKO SRL  JEANNETTE LANGLOIS | 5/29/2009 | 17515 WEST NINE MILE ROAD  12TH FLOOR | SOUTHFIELD, MI 48075 | ☑ | ☐ | ☐ | $750 |
| MILES PRESS INC, THE | VARIOUS | P O BOX 6069 DEPT 98 | INDIANAPOLIS, IN 46206-6069 | ☐ | ☐ | ☐ | $12,280 |
| MILLENNIUM INSTITUTE | 3/31/2009 | 2200 WILSON BLVD STE 650 | ARLINGTON, VA 22201 | ☑ | ☐ | ☐ | $31,112 |
| MILLER EMILY | 1/7/2003 | 30958 STONE RIDGE DR 13307 | WIXOM, MI 48393 | ☑ | ☐ | ☐ | $211 |
| MILLER JERI M | 2/27/2009 | 1908 CARVEL CT | LANSING, MI 48910 | ☑ | ☐ | ☐ | $1,717 |
| MILLIKEN & CO | VARIOUS | PO BOX 843234 | DALLAS, TX 75284 | ☑ | ☐ | ☐ | $5,521 |
| MIMIC STUDIOS | 5/26/2009 | 207 W LOS ANGELES AVE #133 | MOORPARK, CA 93021 | ☑ | ☐ | ☐ | $1,800 |
| MINKS CHRISTOPHER H  C\O CHASAN LEYNER ET AL | 11/17/1998 | 300 HARMON MEADOW BLVD | SECAUCUS, NJ 07094 | ☑ | ☐ | ☐ | $400 |
| MITCHELLS | VARIOUS | PO BOX 2756 | NEW YORK, NY 101162756 | ☑ | ☐ | ☐ | $1,807 |
| MJ FITNESS REPAIR | 9/24/2008 | 15 W 730 72ND ST | BURR RIDGE, IL 60527 | ☑ | ☐ | ☐ | $261 |
| MOBIL MAINTENANCE INC  EAST SIDE TRUCK WASH | 5/4/2009 | 25803 SHERWOOD | WARREN, MI 48091 | ☑ | ☐ | ☐ | $82 |
| MOBILE X LLC | VARIOUS | 1961 THUNDERBIRD | TROY, MI 48084 | ☑ | ☐ | ☐ | $41,068 |
| MOCO THERMAL INDUSTRIES INC | 7/31/2001 | ONE OVEN PLACE | ROMULUS, MI 48174-0336 | ☑ | ☐ | ☐ | $1,228 |
| MONDELLO SCAFFOLDING & SHORING CO | 4/9/2009 | 587 SLIGO RD | BOSSIER CITY, LA 71112 | ☑ | ☐ | ☐ | $700 |
| MONTELL NV | VARIOUS | PO BOX 70549 | CHICAGO, IL 60673 | ☑ | ☐ | ☐ | $5,146 |
| MONTGOMERY CNTY SAN ENG DEP OH | VARIOUS | 1850 SPAULDING ROAD  PO BOX 817601 | DAYTON, OH 45481-7601 | ☐ | ☐ | ☐ | $22,050 |

Motors Liquidation Company
Case Number: 09-50026
Exhibit F-1
Trade Payables

| Creditor Name | Invoice Date | Address | City, State & Zip | C | U | D | Total Claim |
|---|---|---|---|---|---|---|---|
| MONTGOMERY CNTY WATER SERVICES | 5/11/2009 | 1850 SPAULDING ROAD | KETTERING, OH 45432 | ☐ | ☐ | ☐ | $1,070 |
| MOORE MARTHA | 1/9/2002 | 3611 LAKESIDE CT | PORT HURON, MI 48060 | ☑ | ☐ | ☐ | $37 |
| MORGAN STANLEY LEVERAGED EQUITY | VARIOUS | BOX 73229 | CHICAGO, IL 60673 | ☑ | ☐ | ☐ | $25,199 |
| MOST COOPERATION  C/O MS HOLLY HAASE-KRUGER | 2/2/2009 | BANNWALDALLEE 48  76185 KARLSRUHE GERMANY | | ☑ | ☐ | ☐ | $21,231 |
| MOTION CONTROL COMPONENTS INC | VARIOUS | PO BOX 470813 | BROADVIEW HEIGHTS, OH 44147 | ☑ | ☐ | ☐ | $161 |
| MOTOR CITY INTERMODAL DISRIBUTION | VARIOUS | PO BOX 673167 | DETROIT, MI 48267-3167 | ☑ | ☐ | ☐ | $59,591 |
| MOTOR DIMENSIONS INC | 5/31/2009 | 133 E HALTERN AVE | GLENDORA, CA 91740 | ☑ | ☐ | ☐ | $3,200 |
| MOTT COMMUNITY COLLEGE | VARIOUS | 1401 EAST COURT STREET ATTN CASHIERS OFFICE | FLINT, MI 48503-0236 | ☑ | ☐ | ☐ | $3,169 |
| MOUND RD $2.00 CAR WASH INC, THE | VARIOUS | 31205 MOUND ROAD | WARREN, MI 48092 | ☑ | ☐ | ☐ | $1,524 |
| MOUNT WASHINGTON HOTEL | 2/28/2009 | ROUTE 302 ATTN JENNIFER CHARRON | BRETTON WOODS, NH 03575 | ☑ | ☐ | ☐ | $25,000 |
| MOVE ONE SZALLITMANYOZASI KORLATOLT | VARIOUS | BLDG # G09 DUBAI AIRPORT FREE ZONE PO BOX 293505 DUBAI UNITED ARAB EMIRATES | | ☑ | ☐ | ☐ | $27,933 |
| MPI/HOV SERVICES LLC #771260 | 5/18/2009 | 4260 SOLUTIONS CENTER | CHICAGO, IL 60677-4002 | ☑ | ☐ | ☐ | $844 |
| MRA INDUSTRIES | 5/6/2009 | PO BOX 673696 | DETROIT, MI 48267-3696 | ☑ | ☐ | ☐ | $4,004 |
| MT BROTHERS LLC | VARIOUS | 1441 ALLEN DRIVE | TROY, MI 48083 | ☑ | ☐ | ☐ | $183,735 |
| M-TECH ASSOCIATES | VARIOUS | 25480 TELEGRAPH RD STE 100 | SOUTHFIELD, MI 48034 | ☑ | ☐ | ☐ | $30,205 |
| MTS TECHNOLOGIES INC | 5/5/2009 | 2800 SHIRLINGTON RD STE 1000 | ARLINGTON, VA 22206 | ☐ | ☐ | ☐ | $6,138 |
| MULLINS HATTEN JR  DBA HM CONTROLS LLC | 5/4/2009 | 1075 N PROSPECT | YPSILANTI, MI 48198 | ☑ | ☐ | ☐ | $9,939 |
| MULTIFACET INC | 5/14/2009 | 1815 GARDEN AVENUE | CHERRY HILL, NJ 08003 | ☑ | ☐ | ☐ | $1,214 |
| MUSGRAVE MACHINE & TOOL INC | VARIOUS | PO BOX 890084 | CHARLOTTE, NC 28289-0084 | ☑ | ☐ | ☐ | $5,107 |
| MXENERGY | VARIOUS | PO BOX 659583 | SAN ANTONIO, TX 78265-9583 | ☐ | ☐ | ☐ | $887 |
| NAPOLEON WASH-N-FILL INC | 6/8/2008 | PO BOX 408 | DEFIANCE, OH 43512 | ☑ | ☐ | ☐ | $175 |