## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                         :
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :
          f/k/a General Motors Corp., et al.   :            Chapter 11
                                               :            Case No. 09-50026 (REG)
                                               :            (Jointly Administered)
                    Debtors.                   :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On January 10, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8458) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 10th day of
January, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Justino C. Salazar and Carolina Salazar
c/o Steven R. Booker P.C.
824 Sheppard Road
Burkburnett, TX 76354-2725

<u>TRANSFEREE</u>

TRC Optimum Fund LLC
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518