# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
: 
In re:                                                       : Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        : Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,                        :
                                                             : (Jointly Administered)
                            Debtors.                         :
                                                             :
                                                             :
------------------------------------------------------------- x

**ORDER GRANTING MOTION OF GREEN HUNT WEDLAKE, INC.,
TRUSTEE OF GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY,
PURSUANT TO BANKRUPTCY RULE 3018(a) FOR TEMPORARY
ALLOWANCE OF ITS CLAIM SOLELY FOR PURPOSES OF
<u>VOTING ON DEBTORS' PROPOSED PLAN OF REORGANIZATION</u>**

Upon consideration of the motion of the Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, Pursuant to Bankruptcy Rule 3018(a) for Temporary Allowance of its Claims Solely for Purposes of Voting on the Debtors Proposed Plan of Reorganization (the "**Motion**");  and the Court having reviewed the Motion; and the Court finding that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B), (c) notice of the Motion is appropriate under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establishes just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore:

NOW, IT IS HEREBY ORDERED THAT:

    1.    The relief requested in the Motion is GRANTED to the extent set forth herein.

    2.    Pursuant to Federal Rule of Bankruptcy Procedure Rule 3018(a), proof of claim No. 66319 filed by Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance

1

2

Company (the "**Nova Scotia Trustee**"), is temporarily allowed solely for purposes of voting on the Plan (as defined in the Motion) in the amount of $1,607,647,592.49.

   3.  The Debtors are authorized and directed to take all step necessary to effectuate the relief granted in this order including providing the Nova Scotia Trustee with the appropriate ballot, voting instructions and any other solicitation materials in accordance with the solicitation procedures.

   4.  This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this order.

   5.  This order is effective immediately upon entry.

DATED: _____, 2011

_____
The Honorable Robert E. Gerber
United States Bankruptcy Judge