# EXHIBIT F

**From:** Meises, Michele [michele.meises@weil.com]
**Sent:** Wednesday, December 22, 2010 4:41 PM
**To:** Ticoll, Gary D. (Shld-NY-Bky)
**Subject:** Re: GM

Yes; the Nova Scotia Guarantee Claims

**From**: ticollg@gtlaw.com [mailto:ticollg@gtlaw.com]
**Sent**: Wednesday, December 22, 2010 04:35 PM
**To**: Meises, Michele
**Subject**: RE: GM

Michele, we are trying to understand your intention in the DS Order regarding the Nova Scotia Noteholders vote on the plan.  The way we read it, the NHs are entitled to vote the Guarantee claims.  Please confirm that you agree or advise otherwise.  Thanks, Gary

Gary D. Ticoll
Shareholder
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 1.212.801.2203 | Fax 1.212.309.9503
ticollg@gtlaw.com | www.gtlaw.com



---

**From:** Meises, Michele [mailto:michele.meises@weil.com]
**Sent:** Wednesday, December 22, 2010 4:32 PM
**To:** Ticoll, Gary D. (Shld-NY-Bky)
**Subject:** Re: GM

Gary, I am in Lancaster today and on vacation after that. I can call you later tonight if you'd like or you can just let me know what you need by replying to this.

**From**: ticollg@gtlaw.com [mailto:ticollg@gtlaw.com]
**Sent**: Wednesday, December 22, 2010 04:30 PM
**To**: Meises, Michele
**Subject**: GM

Michele,  could you please call me when you have a chance at 914-523-3936 regarding GM?  Thanks, Gary

Gary D. Ticoll
Shareholder
Greenberg Traurig, LLP | MetLife Building | 200 Park Avenue | New York, NY 10166
Tel 1.212.801.2203 | Fax 1.212.309.9503
ticollg@gtlaw.com | www.gtlaw.com



Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.