Hearing Date and Time: February 3, 2011 at 9:45 a.m.
Objection Deadline: January 27, 2011 at 4:00 p.m.

GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
   mitchelln@gtlaw.com
   baej@gtlaw.com
   ticollg@gtlaw.com

*Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,     :
                                        :
                                        :
                                        :
Debtors.                                :    (Jointly Administered)
                                        :
---------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF CERTAIN NOTEHOLDERS PURSUANT TO RULE 3018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR TEMPORARY ALLOWANCE OF THE NOVA SCOTIA GUARANTY CLAIMS FOR THE PURPOSE OF VOTING TO ACCEPT OR REJECT THE PLAN**

PLEASE TAKE NOTICE that upon the Motion of Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC (collectively, the "**Moving Parties**"), each on behalf of their managed entities, Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary

Allowance of the Nova Scotia Guaranty Claims for the Purpose of Voting to Accept or Reject the Plan, dated January 10, 2011 (the "**Motion**"),[1] the Moving Parties shall move this Court for an order temporarily allowing the Nova Scotia Guarantee Claims in the amount of $1,072,557,531.72 solely for purposes of voting on the Debtors' Amended Joint Chapter 11 Plan.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, with a hard copy to chambers, conform to the Federal Rules of Bankruptcy Procedures and the Local Rules of the Bankruptcy Court and be filed with the Court and served in accordance with the *Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures* in these cases [Docket No. 8360] so as to be actually received not later than January 27, 2011 at 4:00 p.m.

[Remainder of page intentionally left blank.]

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Motion, the relief requested in the Motion may be granted without a hearing.

Dated: New York, New York
January 10, 2011

                    GREENBERG TRAURIG, LLP

                    By: */s/ John H. Bae*
                        Bruce R. Zirinsky, Esq.
                        Nancy A. Mitchell, Esq.
                        John H. Bae, Esq.
                        Gary D. Ticoll, Esq.
                        200 Park Avenue
                        New York, New York 10166
                        Telephone: (212) 801-9200
                        Facsimile: (212) 801-6400
                        Email:    zirinskyb@gtlaw.com
                                      mitchelln@gtlaw.com
                                      baej@gtlaw.com
                                      ticollg@gtlaw.com

                    Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC