# EXHIBIT D

EXHIBIT A

2009

Hfx No. 318069
Hfx No. 318077
Hfx No. 318078

## SUPREME COURT OF NOVA SCOTIA

## IN BANKRUPTCY AND INSOLVENCY



## IN THE MATTER OF THE BANKRUPTCY OF GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

## BANKRUPTCY ORDER

Sgd.
GRPM, J. BEFORE THE HONOURABLE JUSTICE GERALD R.P. MOIR IN CHAMBERS:

ON THE APPLICATIONS of Aurelius Investment, LLC, Drawbridge DSO Securities LLC, Drawbridge OSO Securities LLC, FCOF UB Securities LLC, Appaloosa Investment Limited Partnership I, Palomino Fund Ltd., Thoroughbred Master Ltd., and Thoroughbred Fund LP (collectively the "Applicants"), each a creditor of General Motors Nova Scotia Finance Company, of the City of Halifax, in the Province of Nova Scotia, filed on October 8, 2009,

UPON READING the Applications for Bankruptcy Order of the Applicants, the Affidavits of Truth of Statements in Application sworn by Dan Gropper, Constantine M. Dakolias, and James E. Bolin, the Affidavit of Nathan Cheifetz, the Consent of Green Hunt Wedlake Inc., and the Consent of General Motors Nova Scotia Finance Company, and upon hearing counsel for the Applicants, and it appearing to the Court that the following acts of bankruptcy have been committed within the six months next preceding the filing of this Application:

(a) General Motors Nova Scotia Finance Company has ceased to meet its liabilities generally as they become due.

1. THE COURT ORDERS that the time for giving notice of the applications brought by the Applicants be and is hereby abridged so that each such application is properly returnable today.

*00396/0196/1072344v5

2.	**THIS COURT FURTHER ORDERS** that each of the applications brought by the Applicants be and is hereby consolidated into one application pursuant to Section 43(4) of the *Bankruptcy and Insolvency Act*.

3.	**THIS COURT FURTHER ORDERS** that General Motors Nova Scotia Finance Company, carrying on business at Purdy's Wharf Tower II, 1300-1969 Upper Water Street, in the City of Halifax, in the Province of Nova Scotia, be adjudged bankrupt by virtue of a Bankruptcy Order hereby made on this date.

4.	**THIS COURT FURTHER ORDERS** that Green Hunt Wedlake Inc. of 7001 Mumford Road, Suite 315, Tower 1, Halifax, Nova Scotia, B3L 4N9, be appointed as Trustee of the estate of the bankrupt.

5.	**THIS COURT FURTHER ORDERS** that the costs of the Applicant be paid out of the estate of the bankrupt on taxation of the estate.

6.	**THIS COURT FURTHER ORDERS** that the Trustee give security in cash or by bond without delay in accordance with Section 16(1) of the *Bankruptcy and Insolvency Act*.

DATED at Halifax, this 9th day of October, 2009.

*[signed] Sally LeRue*

Sally LeRue
Deputy Registrar

IN THE SUPREME COURT
COUNTY OF HALIFAX, N.S.

I hereby certify that the foregoing is a true copy of the original order on file herein.
Dated the 9 day of October A.D., 20 09

*[signed] Sally LeRue*
DEPUTY REGISTRAR