## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
     f/k/a General Motors Corp., *et al.*     :     Chapter 11
                                                    :     Case No. 09-50026 (REG)
                                                    :     (Jointly Administered)
          Debtors.                      :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 11, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8518) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                    /s/ Chanpreet Kondal
                                                                    Chanpreet Kondal

Sworn to before me this 11th day of
January, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

The Miles Press, Inc.
4923 W. 78th Street
Indianapolis, IN 46268-4170

The Miles Press, Inc.
Attn: Corporate Officer/Authorized Agent
P.O. Box 6069, Department 98
Indianapolis, IN 46206-6069

<u>TRANSFEREE</u>

TRC Optimum Fund LLC
Attn: Terrel Ross
336 Atlantic Avenue, Suite 302
East Rockaway, NY 11518