*Entry of this proposed judgment and order DENIED*

*S/Reg   USBJ*
*1/10/11*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
In re                               :   Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :   09-50026 (REG)
f/k/a General Motors Corp., et al.  :
                                    :
        Debtors.                    :   (Jointly Administered)
                                    :
------------------------------------x

*for failure to establish prima facie entitlement to requested relief.*

JUDGMENT AND ORDER GRANTING ENTRY OF CLAIM HOLDER
LAFONZA EARL WASHINGTON'S STATUTORY PROVIDED
UNDELAYED PAYMENT THAT IS TO BE INCORPORATED INTO
THE DEBTORS' FINAL DISCLOSURE STATEMENT AND
CONFIRMED PLAN - EX PARTE - BY LAW WITH DEPOSIT
AND DISTRIBUTION IMMEDIATELY AUTHORIZED BY FED.R.
BANKR.P. RULES 1001, 3020 (a) AND (d) AND 3021

To the debtor, its creditors, and other parties in interest:

A disclosure statement and a plan under Chapter 11 of the

Bankruptcy Code having been filed by Motors Liquidation Company

(f/k/a General Motors Corporation) and its affiliated debtors

on August 31, 2010,

IT IS ORDERED that Judgment and Order for undelayed

payment of $1,623,107,920.00 is granted:

1.  Based on the lack of trial court jurisdiction existing

or being consented to as required by law herein and this ex parte

request is prohibited from being heard by the Court.

2.  Both the 120 days and 180 days limitations have not been

complied with by the debtors' et al., and the Court did NOT enter an

Order after hearing that impaired the above-named Holder's claims

as required authorizing the nonapplication of the necessity to

accept this claim by a fixed date and payment is PAST DUE since
June 19, 2009.

3.  Debtors' et al., postpetition disclosure and solicita-
tion is prohibited and is outlawed from holding up this claims
payment pursuant to 11 U.S.C. § 1125 (a) and (b).

4.  The Fed.R.Bankr.P. Rule 3020 requires the consideration
to have been deposited into a special account established for the
exclusive purpose of making this distribution.

5.  This Judgment and Order supersedes any stay of confirma-
tion or plan rejection against this Holder's claims in compliance
with 11 U.S.C. § 502 (a), Fed.R.Bankr.P. 1001, 3001 (a) and (f),
3003 (c) (4) and 3021.


Dated: _____


                         BY THE COURT



                         _____
                         United States Bankruptcy Judge