UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On January 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Dr. Terrie Sizemore, P.O. Box 23, Sullivan, Ohio 44880 (affected party):

- Memorandum Endorsed Order Signed on January 10, 2011 regarding Motion for Request of Stay Filed by Dr. Terrie Sizemore [Docket No. 8524].

Dated: January 11, 2011            /s/ Kathy-Ann Awkward
       Melville, New York          Kathy-Ann Awkward

Sworn to before me this 11th day of January, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2011