UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On January 11, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Lafonza Earl Washington, 7010 Cranwood Drive, Flint, Michigan 48505 (affected party):

- Endorsed Order Signed on January 10, 2011 Denying Entry of This Proposed "Judgment and Order Granting Entry of Claim Holder Lafonza Earl Washington's Statutory Provided Undelayed Payment that is to be Incorporated Into the Debtors' Final Disclosure Statement and Confirmed Plan – Ex Parte – by Law with Deposit and Distribution Immediately Authorized by Fed. R. Bankr. P. Rules 1001, 3020(a) and (d) and 3021" for Failure to Establish Prima Facie Entitlement to Requested Relief [Docket No. 8541].

Dated: January 12, 2011
       Melville, New York

/s/ Kathy-Ann Awkward
Kathy-Ann Awkward

Sworn to before me this 13th day of January, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County