**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | x |  |
|  | : | **Chapter 11 Case No.** |
| **In re** | : |  |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| f/ka General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | x |  |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Margaret M. Anderson, a member in good standing of the bar in the States of Illinois and Texas (inactive status) and the bar of the U.S. District Court for the Northern District of Illinois, request admission to practice, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent Universal Underwriters Insurance Company, and its affiliates, creditors in the above chapter 11 cases.

Mailing address:  Margaret M. Anderson, Fox, Hefter, Swibel, Levin & Carroll, LLP, 200 West Madison Street, Suite 3000, Chicago, Illinois  60606.

E-mail address:  panderson@fhsclc.com    Telephone number:  312-224-1200.

The filing fee of $25.00 has been submitted with this Motion.

Dated:  January 13, 2011
Chicago, Illinois

/s/ *Margaret M. Anderson*

Margaret M. Anderson
Ryan T. Schultz
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois  60606
(312) 224-1200

Counsel for Universal Underwriters
Insurance Company, and its affiliates