**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------ x | : |
| **In re** | : **Chapter 11 Case No.** |
|  | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : **09-50026 (REG)** |
| f/ka **General Motors Corp.,** *et al.* | : |
|  | : |
| Debtors. | : **(Jointly Administered)** |
| ------------------------------------ x |  |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

ORDERED, that Margaret M. Anderson, us admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2011
New York, New York

_____
**UNITED STATES BANKRUPTCY JUDGE**