**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
                                                       :

In re                             :     Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY,    :     Case No. 09-50026 (REG)
                          *et al.*,    :
                                                       :     (Jointly Administered)
                     Debtors.    :
                                                       :
------------------------------------------------------ x

**WITHDRAWAL OF OBJECTION OF FIAT S.P.A. AND CERTAIN OF ITS
SUBSIDIARIES TO PROPOSED CURE AMOUNTS IN CONNECTION WITH
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

        Fiat S.p.A. and its subsidiaries, by and through their undersigned counsel, hereby withdraw their Cure Objection [Docket No. 1037, filed June 12, 2009] to the Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto, dated June 5, 2009.

Dated: January 13, 2011

                                                  Respectfully submitted,

                                                  /s/ William L. Farris
                                                  William L. Farris
                                                  SULLIVAN & CROMWELL LLP
                                                  125 Broad Street
                                                  New York, New York 10004
                                                  Telephone: (212) 558-4000

                                                  ATTORNEYS FOR FIAT S.p.A.