| | | |
|---|---|---|
| BARNUM, GILBERT L<br>1104 LANSING AVE<br>DURHAM, NC 27713-1261 | CHALTRAW, FRANCES M<br>12985 SHERIDAN RD LOT 3<br>BURT, MI 48417-9764 | CHALTRAW, FRANCES M<br>LAW OFFICE OF JAMES HESSION<br>202 N SAGINAW ST<br>ST CHARLES, MI 48655 |
| FORD MOTOR COMPANY<br>C/O JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE SUITE 2500<br>DETROIT, MI 48226 | KUTZ, KENNETH G<br>1105 N MAIN ST<br>SAINT CHARLES, MI 48655-1003 | LUPPKE DAVID (506121)<br>170 MONMOUTH STREET<br>RED BANK, NJ 07701-1164 |
| OLIVARES, WILLIE<br>11671 COUNTY ROAD 461<br>TYLER, TX 75706-4821 | REMY INTERNATIONAL, INC<br>N. KATHLEEN STRICKLAND, ESQ.<br>ROPERS MAJESKI KOHN BENTLEY<br>201 SPEAR ST STE 1000<br>SAN FRANCISCO, CA 94111 | SELLECK, DELBERT D<br>720 W 4TH ST<br>PINCONNING, MI 48650-7020 |