| | | |
|---|---|---|
| ANDERSON N CALHOUN JR<br>340 EISENHOWER DRIVE - BLDG 300<br>SUITE B<br>P O BOX 13823<br>SAVANNAH, GA 31406 | ANGELOS PETER<br>201 SOUTH CLEVELAND AVE<br>HAGERSTOWN, MD 21740 | ANGELOS PETER G<br>210 W PENNSLYVANIA AVE<br>STE 300<br>TOWNSON, MD 21204-4546 |
| ANGELOS PETER G LAW OFFICE<br>1300 N MARKET ST STE 212<br>WILMINGTON, DE 19801-1813 | ANGELOS PETER G LAW OFFICES<br>4061 POWDER MILL RD STE 315<br>BELTSVILLE, MD 20705-3149 | ANGELOS PETER G LAW OFFICES<br>60 WEST BROAD ST<br>BETHLEHEM, PA 18018 |
| ANGELOS PETER G LAW OFFICES OF<br>100 N CHARLES STREET<br>ONE CHARLES CENTER 22ND FLOOR<br>BALTIMORE, MD 21202 | ANGELOS PETER G LAW OFFICES OF<br>125 CREEKMONT CT<br>NEWARK, DE 19702-3772 | ANGELOS PETER G LAW OFFICES OF<br>2643 KINGSTON PIKE, STE 101<br>KNOXVILLE, TN 37919 |
| ANTOGNOLI DAVID L<br>2227 S STATE ROUTE 157<br>EDWARDSVILLE, IL 62025-3646 | ASHCRAFT & GEREL<br>10 E BALTIMORE ST STE 1212<br>BALTIMORE, MD 21202-1624 | BARON & BUDD<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4283 |
| BELLUCK & FOX LLP<br>546 5TH AVENUE<br>FL 4<br>NEW YORK, NY 10036-5000 | BELLUCK & FOX LLP<br>63 PERRY ST APT 15<br>NEW YORK, NY 10014-3241 | BEVAN & ASSOCIATES LPA IN C<br>244 E HINES HILL RD<br>HUDSON, OH 44236-1116 |
| BEVAN & ASSOCIATES LPA INC<br>6555 DEAN MEMORIAL PARKWAY<br>BOSTON HEIGHTS, OH 44236 | BILBREY & HYLIA<br>8724 PIN OAK RD<br>EDWARDSVILLE, IL 62025-6822 | BRAYTON PURCELL<br>222 RUSH LANDING ROAD<br>ATTN: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, M/<br>B. LEE, ESQS<br>NOVATO, CA 94948-6169 |
| BRENT COON & ASSOCIATES<br>24 GREENWAY PLZ STE 725<br>HOUSTON, TX 77046-2446 | BROOKMAN ROSENBERG BROWN & SANDLER<br>17TH FLR, ONE PENN SQUARE WEST, 30 SOUTH 15TH<br>STREET<br>PHILADELPHIA, PA 19102 | BROWN LAWRENCE H<br>17TH FLOOR, ONE PENN SQUARE WEST<br>PHILADELPHIA, PA 19102 |
| BROWN TERRELL HOGAN ELLIS MCCLAMMA & YEGELWEL P.A<br>804 BLACKSTONE BLDG, 233 EAST BAY STREET<br>JACKSONVILLE, FL 32202 | CASCINO VAUGHAN LAW OFFICES LTD<br>CASCINO MICHAEL P<br>220 SOUTH ASHLAND AVENUE<br>CHICAGO, IL 60607 | CLAPPER & PATTI<br>2330 MARINSHIP WAY STE 140<br>SAUSALITO, CA 94965-2847 |
| COADY LAW FIRM<br>205 PORTLAND ST<br>BOSTON, MA 02114 | COONEY & CONWAY<br>120 NORTH LASALLE STREET, 30TH FLOOR<br>CHICAGO, IL 60602 | DAVID C THOMPSON PC<br>DAVID C THOMPSON ESQ<br>321 KITTSON AVE<br>GRAND FORKS, ND 58201 |
| DELUCA & NEMEROFF LLP<br>21021 SPRINGBROOK PLAZA DRIVE SUITE 150<br>SPRING, TX 77379 | EARLY & STRAUSS<br>360 LEXINGTON AVE FL 22<br>NEW YORK, NY 10017-6528 | EARLY LUDWICK & SWEENEY L.L.C.<br>ONE CENTURY TOWER, 11TH FLOOR<br>265 CHURCH STREET<br>NEW HAVEN, CT 06510 |

| | | |
|---|---|---|
| EARLY LUDWICK SWEENEY & STRAUSS<br>360 LEXINGTON AVE FL 20<br>NEW YORK, NY 10017-6530 | EDWARD O MOODY PA<br>801 WEST 4TH ST<br>LITTLE ROCK, AR 72201 | EMBRY AND NEUSSNER<br>118 POQUONNOCK RD<br>PO BOX 1409<br>GROTON, CT 06340-4408 |
| FELDMAN, FRANDEN, WOODARD & FARRIS<br>ATTN: JEREMY K WARD, MICHAEL HUGHES<br>2 WEST 2ND ST, STE 900<br>TULSA, OK 74103 | FERRARO & ASSOCIATES<br>4000 PONCE DE LEON BLVD STE 700<br>CORAL GABLES, FL 33146-1434 | FOSTER & SEAR, LLP<br>817 GREENVIEW DRIVE<br>GRAND PRAIRIE, TX 75050 |
| FRENCH & MUDD<br>ONE METROPOLITAN SQUARE 211 NORTH BROADWAY #2940<br>SAINT LOUIS, MO 63102 | G PATTERSON KEAHEY, P C<br>ONE INDEPENDENCE PLAZA, SUTIE 612<br>BIRMINGHAM, AL 35209 | GEORGE & SIPES<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204-2503 |
| GEORGE LINDA<br>STE 1700<br>151 NORTH DELAWARE STREET<br>INDIANAPOLIS, IN 46204-2503 | GLASSER AND GLASSER<br>CROWN CENTER<br>580 EAST MAIN STREET, SUITE 600<br>NORFOLK, VA 23510 | GLASSER RICHARD S<br>600 DOMINION TOWER, 999 WATERSIDE DRIVE<br>NORFOLK, VA 23510 |
| GOLDBERG PERSKY JENNINGS & WHITE P.C.<br>1030 FIFTH AVENUE, 3RD FLOOR<br>PITTSBURGH, PA 15219 | GOLDBERG PERSKY JENNINGS & WHITE PC<br>4800 FASHION SQUARE BLVD STE 260<br>SAGINAW, MI 48604-2602 | GOLDENBERG HELLER ANTOGNOLI & ROWLAND P C<br>2227 S STATE ROUTE 157<br>EDWARDSVILLE, IL 62025 |
| GOODMAN, MEAGHER & ENOCH LLP<br>ATTN: JOHN AMATO IV<br>111 N CHARLES STREET<br>7TH FLOOR<br>BALTIMORE, MD 21201-3892 | GORI JULIAN & ASSOCIATES P C<br>156 N MAIN ST<br>EDWARSVILLE, IL 62025 | GREITZER AND LOCKS<br>747 3RD AVE RM 3700<br>NEW YORK, NY 10017-2812 |
| HAROWITZ & TIGERMAN<br>160 SANSOME STREET - 12TH FLOOR<br>SAN FRANCISCO, CA 94104 | HEARD ROBINS CLOUD & BLACK<br>ATTN: IAN CLOUD<br>9 GREENWAY PLAZA, SUITE 2300<br>HOUSTON, TX 77002-4711 | HESSION JAMES<br>200 S SAGINAW ST<br>SAINT CHARLES, MI 48655-1400 |
| HISSEY KIENTZ HERRON PLLC<br>9442 CAPITAL OF TX HWY NORTH SUITE 420<br>AUSTIN, TX 78759 | HOPKINS GOLDENBERG<br>2227 S STATE ROUTE 157<br>EDWARDSVILLE, IL 62025-3646 | HUMPHREYS JAMES F<br>BANK ONE PLAZA STE 1113, 707 VIRGINIA ST E<br>CHARLESTON, WV 25301 |
| JACOBS & CRUMPLAR P.A.<br>PO BOX 1271<br>2 EAST 7TH ST<br>WILMINGTON, DE 19899-1271 | JAMES F HUMPHREYS & ASSOCIATES<br>ATTN C KIBLINGER<br>UNITED CENTER, SUITE 800<br>500 VIRGINIA STREET<br>CHARLESTON, WV 25301 | JOHN ARTHUR EAVES LAW FIRM<br>ON BEHALF OF ATTACHED ASBESTOS PLAINTIFFS<br>101 NORTH STATE STREET<br>JACKSON, MS 39201 |
| JOYCE MICHAEL P<br>201 DEVONSHIRE ST<br>STE 407<br>BOSTON, MA 02110-1416 | KEEFEBARTELS<br>170 MONMOUTH ST<br>RED BANK, NJ 07701-1164 | KELLER FISHBACK LLP<br>18425 BURBANK BOULEVARD<br>STE 610<br>TARZANA, CA 91356-6918 |

| | | |
|---|---|---|
| KELLEY & FERRARO LLP<br>1300 EAST NINTH STREET, 1901 BOND COURT BUILDING<br>CLEVELAND, OH 44114 | KLINE & SPECTER<br>1525 LOCUST ST FL 19<br>PHILADELPHIA, PA 19102-3719 | LANDRY & SWARR<br>1010 COMMON ST STE 2050<br>NEW ORLEANS, LA 70112-2459 |
| LANIER LAW FIRM PLLC<br>126 EAST 56TH STREET 6TH FLOOR<br>NEW YORK, NY 10022 | LAW OFFICE OF JAMES HESSION<br>202 N SAGINAW ST<br>ST CHARLES, MI 48655 | LAW OFFICE OF PETER G ANGELOS<br>210 W PENNSYLVANIA AVE<br>STE 300<br>TOWSON, MD 21204 |
| LAW OFFICE OF PETER G ANGELOS<br>405 N KING STREET<br>SUITE 700<br>WILMINGTON, DE 19801 | LAW OFFICES OF MICHAEL B. SERLING<br>280 N OLD WOODWARD AVE STE 406<br>BIRMINGHAM, MI 48009-5394 | LAW OFFICES OF MICHAEL R BILBREY PC<br>8724 PIN OAK ROAD<br>EDWARDSVILLE, IL 62025 |
| LEVIN SIMES & KAISER<br>160 SANSOME STREET - 12TH FLOOR<br>SAN FRANCISCO, CA 94104 | LEVIN SIMES KAISER AND GORNICK LLP<br>44 MONTGOMERY ST 36TH FL<br>SAN FRANCISO, CA 94104 | LEVY PHILLIPS & KONIGSBERG LLP<br>800 3RD AVE - 13TH PL<br>NEW YORK, NY 10022 |
| LIPSITZ & PONTERIO<br>135 DELAWARE AVE, SUITE 506<br>BUFFALO, NY 14202 | LIPSITZ & PONTERIO LLC<br>135 DELAWARE AVE, FIFTH FLOOR<br>BUFFALO, NY 14202 | LOCKS LAW FIRM<br>THE CURTIS CENTER - SUITE 720 EAST<br>601 WALNUT STREET<br>PHILADELPHIA, PA 19106 |
| MASTERS & TAYLOR<br>181 SUMMERS ST<br>CHARLESTON, WV 25301-2134 | MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL<br>500 COURT SQ<br>CHARLOTTESVILLE, VA 22902-5170 | MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, P.<br>PO BOX 298<br>CHARLOTTESVILLE, VA 22902-0298 |
| MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>PO BOX 1792<br>MT PLEASANT, SC 29464 | NIX PATTERSON & ROACH<br>205 LINDA DR<br>DAINGERFIELD, TX 75638-2107 | OBRIEN LAW FIRM<br>815 GEYER AVE<br>SAINT LOUIS, MO 63104-4047 |
| OBRIEN LAW FIRM<br>906 OLIVE STREET - SUITE 1150<br>SAINT LOUIS, MO 63101 | PATTEN WORNOM & WATKINS<br>12350 JEFFERSON AVE STE 360<br>NEWPORT NEWS, VA 23602-6956 | PAUL HANLEY & HARLEY<br>1608 4TH ST STE 300<br>BERKELEY, CA 94710-1749 |
| PAUL REICH & MYERS P.C.<br>1608 WALNUT ST STE 500<br>PHILADELPHIA, PA 19103-5446 | PROVOST UMPHREY LAW FIRM LLP<br>490 PARK STREET<br>BEAUMONT, TX 77701 | RHOADES JOSEPH J LAW OFFICES OF<br>1225 NORTH KING STREET SUITE 1200<br>WILMINGTON, DE 19801 |
| RICHARDSON, PATRICK, WESTBROOK & BRICKMAN LLC<br>1730 JACKSON ST<br>P.O. BOX 1368<br>BARNWELL, SC 29812 | SAVILLE EVOLA & FLINT LLC<br>322 EAST BROADWAY P O BOX 602<br>ALTON, IL 62002 | SAVINS, D'AMICO & KANE<br>707 GRANT ST STE 3626<br>PITTSBURGH, PA 15219-1911 |

| | | |
|---|---|---|
| SEEGER WEISS LLP<br>ONE WILLIAM STREET 10TH FLOOR<br>NEW YORK, NY 10004 | SHEIN BENJAMIN PETER<br>121 S BROAD ST<br>PHILADELPHIA, PA 19107-4518 | SHEIN LAW CENTER<br>121 S BROAD ST<br>PHILADELPHIA, PA 19107-4518 |
| SIEBEN POLK P A<br>1640 S FRONTAGE ROAD, SUITE 200<br>HASTINGS, MN 55033 | SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC<br>ATTN: ROBERT W. PHILLIPS<br>707 BERKSHIRE BLVD.<br>PO BOX 521<br>EAST ALTON, IL 62024 | SIMON & LUKE LLP<br>2929 ALLEN PARKWAY<br>42ND FLOOR<br>HOUSTON, TX 77019 |
| SIMON EDDINS & GREENSTONE<br>3232 MCKINNEY AVE STE 610<br>DALLAS, TX 75204-8583 | SZAFERMAN LAKIND BLUMSTEIN WATER BLADER LEHMANN &<br>101 GROVERS MILL RD STE 104<br>LAWRENCEVILLE, NJ 08648-4706 | THE BASSETT FIRM<br>600 COMMERCIAL CT STE C<br>SAVANNAH, GA 31406-3671 |
| THE LANIER LAW FIRM, P.C.<br>W. MARK LANIER<br>6810 F.M. 1960 WEST<br>HOUSTON, TX 77069 | THE LIPMAN LAW FIRM<br>5915 PONCE DE LEON BLVD<br>SUITE 44<br>CORAL GABLES, FL 33146 | THE MADEKSHO LAW FIRM<br>8866 GULF FREEWAY<br>SUITE 440<br>HOUSTON, TX 77017 |
| THE SHEPARD LAW FIRM PC<br>10 HIGH ST<br>BOSTON, MA 02110 | THE SUTTER LAW FIRM P LLC<br>1598 KANAWHA BLVD E<br>CHARLESTON, WV 25311 | THORNTON EARLY & NAUMES<br>100 SHOCKOE SLIP 4TH FLOOR<br>RICHMOND, VA 23219 |
| THORNTON EARLY & NAUMES<br>100 SUMMER ST LBBY 3<br>BOSTON, MA 02110-2104 | WATERS & KRAUS<br>200 OCEANGATE STE 520<br>LONG BEACH, CA 90802-4362 | WATERS & KRAUS<br>315 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 |
| WATERS & KRAUS<br>3219 MCKINNEY AVE - STE 3000<br>DALLAS, TX 75204 | WEITZ & LUXENBERG PC<br>700 BROADWAY<br>NEW YORK CITY, NY 10003 | WILENTZ GOLDMAN & SPITZER PA<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900 BOX 10<br>ATTN: DONNA KRAUSS<br>WOODBRIDGE, NJ 07095 |
| WILLIAMS KHERKHER HART & BOUNDAS LLP<br>8441 GULF FREEWAY<br>STE 600<br>HOUSTON, TX 77007 | WISE & JULIAN<br>156 N MAIN ST<br>STOP 1<br>EDWARDSVILLE, IL 62025-1972 | WOOD, JAMES<br>BAGGETT MCCALL & BURGESS<br>P O DRAWER 7820<br>3006 COUNTRY CLUB ROAD<br>LAKE CHARLES, LA 70606-7820 |