| | | |
|---|---|---|
| ABN AMRO CLEARING<br>ATTN DAVE KOT<br>175 W JACKSON BLVD<br>STE 400<br>CHICAGO, IL 60605 | BANK OF AMERICA/GWIM TR OPERATIONS<br>CORP. ACTIONS DEPT.<br>1201 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75202 | BANK OF NEW YORK MELLON<br>ATTN BETH STIFFLER<br>525 WILLIAM PENN PLACE<br>3RD FLOOR<br>PITTSBURGH, PA 15259 |
| BANK OF NEW YORK MELLON<br>US PROXY DEPT; MARIA SASINOSKI<br>SUITE 1530300<br>525 WILLIAM PENN PLACE<br>PITTSBURGH, PA 15259 | CAJA DE VELORES<br>ATTN EZEQUIEL WILSON<br>AVE 25 DE MAYO 362<br>C1002ABH<br>BUENOS AIRES, | CAVALI<br>PASAJE ACUNA 191<br>LIMA 1 |
| CDS CLEARING<br>ATTN: LORETTA VERELLI<br>BUREAU 210<br>600 DE MAISONNEUVE BLVD WEST<br>MONTREAL QC H3A 3J2, | CLEARSTREAM BANKING AG<br>GRUPPE DEUTSCHE BÖRSE AG<br>ATTN: JOCHEN RABE<br>D-65760<br>MERGENTHALERALLEE 61, | CREST INTERNATIONAL<br>33 CANNON STREET<br>EC4M 5SB<br>LONDON, |
| EWT, LLC<br>ATTN: TODD ZUCCARINO<br>1540 2ND STREET<br>3RD FLOOR<br>SANTA MONICA, CA 90401 | FIDELITY CLEARING CANADA<br>ATTN: STEVE ADAMS - SUITE 2910<br>401 BAY STREET<br>ON M5H 2Y4<br>TORONTO, | FOLIO INVESTMENTS<br>JAMES WILDESEN<br>8180 GREENSBORO DR, 8TH FL<br>MCLEAN, VA 22102 |
| GLENMEDE TRUST CO<br>DARLENE WARREN<br>ONE LIBERTY PLACE SUITE 1200<br>1650 MARKET STREET<br>PHILADELPHIA, PA 19103 | INTERACTIVE BROKERS, LLC<br>KARIN MCCARTHY<br>8 GREENWICH OFFICE PARK, 2ND FL<br>GREENWICH, CT 06831 | JP MORGAN CHASE<br>ATTN JACOB BACK<br>14201 DALLAS PKWY 1 JIP<br>DALLAS, TX 75254 |
| JP MORGAN CHASE<br>ATTN SOUTH CLEVELAND AVE<br>BLDG 350<br>340 SOUTH CLEVELAND AVE<br>WESTERVILLE, OH 43081 | JP MORGAN CHASE CLEARING CORP<br>BRODERICK WALKER<br>3 CHASE METROTECH CENTER<br>PROXY DEPT/NY1-H034<br>BROOKLYN, NY 11245 | KEYBANK NA<br>CORPORATE ACTIONS<br>4900 TIEDEMAN RD<br>CLEVELAND, OH 44109 |
| MAPLE SECURITIES<br>JEFF CARR<br>79 WELLINGTON ST WEST<br>TORONTO, M5K1K7, | MERRIMACK VALLEY INVESTMENT<br>DAN SULLIVAN<br>109 MERRIMACK ST<br>HAVERHILL, MA 01830 | MF GLOBAL INC<br>JAMES ARENALLA<br>717 5TH AVE<br>NEW YORK, NN 10022 |
| MONTE TITOLI SPA<br>MAURO CASTELLAZZI<br>VIA MANTEGNA 6-20154<br>MILANO, | MORGAN STANLEY & CO, INC.<br>JONATHAN GOLDMAN<br>1300 THAMES ST, 7TH FL<br>BALTIMORE, MD 21231 | NORTHERN TRUST CO<br>PATRICK KRULL<br>CAPITAL STRUCTURES, C1N<br>CHICAGO, IL 60607 |
| OPTIONSXPRESS<br>SCOTT JOHNSON<br>311 W MONROE ST<br>CHICAGO, IL 60606 | PNC BANK<br>JANET CLEARY<br>MAIL STOP F6F266022<br>8800 TINICUM BLVD<br>PHILADELPHIA, PA 19153 | RELIANCE TRUST CO<br>REORG MAIL GROUP, STE 400<br>100 ABERNATHY RD, 500 NORTH PARK<br>ATLANTA, GA 30328 |
| ROYAL BANK OF CANADA<br>DONALD GARCIA<br>277 FRONT ST WEST<br>TORONTO,  M52X4 | STATE STREET BANK<br>ATTN: CORP ACTIONS - ROBERT RAY<br>BLDG JAB5E<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA 02171 | STATE STREET BANK - TRUST CUSTODY<br>1200 CROWN COLONY DRIVE<br>QUINCY, MA 02189 |

| | | |
|---|---|---|
| SUNTRUST BANK<br>RICK TROWBRIDGE<br>303 PEACHTREE ST<br>MC3141, 14TH FL<br>ATLANTA, GA 30303 | SWENEY CARTWRIGHT<br>CAROLYN WILLIAMS<br>17 SOUTH HIGH ST, STE 300<br>COLUMBUS, OH 43215 | TEXAS TREASURY SAFEKEEPING<br>JANIE DOMINGUEZ<br>SETTLEMENTS & CUSTODY SERVICES<br>208 E 10TH ST, 4TH FL<br>AUSTIN, TX 78701 |
| TRADITION ASIEL SECURITIES, INC.<br>JIM JACOBY<br>75 PARK PLACE, 4TH FLOOR<br>NEW YORK, NY 10007 | UNION BANK<br>ATTN: MICHELLE PETERS<br>6811 SOUTH 27TH STREET<br>LINCOLN, NE 68512 | WILMINGTON TRUST CO<br>ATTN: ANN DONALDSON - LEGAL DEPT<br>1100 NORTH MARKET ST<br>WILMINGTON, DE 19890 |
| WILSON-DAVIS<br>BILL WALKER<br>236 SOUTH MAIN ST<br>SALT LAKE CITY, UT 84101 | | |