| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL<br>INJURY TORT CLAIMANTS;<br>MARK BUTTITA<br>ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR<br>SWETT, III, ESQS<br>1 THOMAS CIRCLE<br>WASHINGTON, DC 20005 | CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL<br>INJURY TORT CLAIMANTS;<br>MARK BUTTITA<br>ATT: ELIHU INSELBUCH & RITA TOBIN<br>375 PARK AVENUE, 35TH FLOOR<br>NEW YORK, NY 10152-3500 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>290 BROADWAY<br>NEW YORK, NY 10007 | INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTY FOR THE OFFICIAL UNSECURED CREDITORS<br>COMMITTEE<br>ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN<br>MACKSOUD, JEN SHARRET<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | OFFICE OF THE UNITED STATES TRUSTEE<br>TRACY HOPE DAVIS<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004 |
| PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,<br>RALPH L LANDY, MICHAEL A. MARICCO, ESQS.<br>1200 K STREET NW<br>WASHINGTON, DC 20005-4026 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL<br>100 F STREET, ND<br>WASHINGTON, DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MARK SCHONFELD, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY 10281 | STUTZMAN BROMBERG ESSERMAN & PLIFKA PC<br>COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS<br>LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS<br>PERSONAL INJURY CLAIMANTS<br>ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER<br>D'APICE, JO HARTWICK<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 |
| U.S. TREASURY<br>ATTN:  JOSEPH SAMARIAS, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC 20220 | UNITED STATES DEPT. OF JUSTICE<br>ATTN: ANTI-TRUST DIVISION<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 | |