| 110th Omnibus Objection - A | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors. | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AVIS<br>C/O PARLEE MCLAWS LLP<br>ATTN: SHAWN M JOHANSON<br>10180-101 ST, 1500 MANULIFE PL<br>EDMONTON, ALBERTA T5J 4K1, CANADA<br>,<br>CANADA | 36706 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,500,000.00  (U)<br>$4,500,000.00  (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant owned a vehicle manufactured by the Debtors which was ultimately obtained by a third party and later involved in an accident for which an action has been brought against the Claimant.

| BRUNSON AUTOMOBILE SALES INC<br>ROBERT W ACHURCH III ESQ ATTORNEY FOR BRUNSON AUTOMOBILE SALES INC<br>HOWELL GIBSON AND HUGHES PA<br>PO BOX 40<br>BEAUFORT, SC 29901 | 60955 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was ultimately obtained by a third party and later involved in an accident for which an action has been brought against the Claimant.

| BUDGET RENT A CAR SYSTEM LLC<br>CAMERON HODGES COLEMAN LAPOINT WRIGHT<br>15 W CHURCH ST STE 301<br>ORLANDO, FL 32801 | 62336 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is in the business of renting automobiles and rented a vehicle manufactured by the Debtors which was involved in an accident for which an action has been brought against the Claimant.

| CUESTA INVESTMENTS INC<br>PEEL GARCIA & STAMPER LLP<br>3585 W BEECHWOOD AVE STE 101<br>FRESNO, CA 93711 | 36933 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was sold to a third party and later involved in an accident for which an action has been brought against the Claimant.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**110th Omnibus Objection - A**     **Exhibit A**     Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ERIN DEAN<br>AS ATTORNEY FOR D&R AUTO SALES<br>611 BAY STREET<br>BEAUFORT, SC 29901<br>UNITED STATES OF AMERICA | 64428 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was ultimately obtained by a third party and later involved in an accident for which an action has been brought against the Claimant. | | | | | |
| ERIN DEAN<br>AS ATTORNEY FOR ANDY'S AUTO SALES<br>611 BAY STREET<br>BEAUFORT, SC 29901<br>UNITED STATES OF AMERICA | 64429 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was ultimately obtained by a third party and later involved in an accident for which an action has been brought against the Claimant. | | | | | |
| GOSWICK CHEVROLET, INC<br>C/O HENSLEE SCHWARTZ LLP<br>ATTN ANDRES R GONZALEZ & MICHAEL M GAVITO<br>112 E PECAN ST STE 540<br>SAN ANTONIO, TX 78205<br>UNITED STATES OF AMERICA | 26966 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was ultimately obtained by a third party and later involved in an accident for which an action has been brought against the Claimant. | | | | | |
| HARLEYSVILLE MUTUAL INSURANCE CO<br>MANSUR A KHAN<br>MIDATLANTIC CLAIMS SERVICE CENTER<br>112 WEST PARK DRIVE<br>MT LAUREL, NJ 08054 | 32721 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **110th Omnibus Objection - A** | | | | | **Motors Liquidation Company, et al.** |
| The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding.  In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors. | | | | | **Case No. 09-50026 (REG),  Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAJOR CHEVROLET INC<br>C/O BIVONA & COHEN PC<br>WALL STREET PLAZA<br>88 PINE ST 17TH FLOOR<br>NEW YORK, NY 10005 | 45288 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was involved in an accident for which an action has been brought against the Claimant. | | | | | |
| NEW ENGLAND DETROIT DIESEL - ALLISON INC<br>C/O SULLIVAN & COLLINS LLC<br>ATTN: CHRISTOPHER J SULLIVAN ESQ<br>500 WEST CUMMINGS PARK, SUITE 4000<br>WOBURN, MA 01801 | 70440 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a distributor of engines that sold components manufactured by the Debtors and has been sued by third parties who claim to have suffered injury by inhaling diesel fumes from engines purchased from the Claimant. | | | | | |
| NORFOLK SOUTHERN RAILWAY COMPANY<br>ANDREW C CORKERY ESQ<br>BOYLE BRASHER LLC<br>5000 WEST MAIN STREET<br>PO BOX 23560<br>BELLEVILLE, IL 62223 | 46183 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking indemnification in a third party personal injury suit. Claimant is a railway company that may own or have caused damage to a certain railway track located on land alleged to have been owned by the Debtors. An individual was injured while walking through the railway track and brought suit against both the Debtors and the Claimant. | | | | | |
| SENTRY INSURANCE A MUTUAL COMPNAY<br>ATTN  KENNETH J ERLER  ASSOCIATE COUNSEL<br>1800 NORTH POINT DR<br>STEVENS POINT, WI 54481 | 44307 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**110th Omnibus Objection - A**      **Exhibit A**     **Motors Liquidation Company, et al.**

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SENTRY SELECT INSURANCE COMPANY<br>ATTN KENNETH J ERLER ASSOCIATE COUNSEL<br>1800 NORTH POINT DR<br>STEVENS POINT, WI 54481 | 44306 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured.

| TAKATA CORPORATION<br>DON A. SCHIEMANN ESQ.<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326 | 65808 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity for a third party personal injury suit relating to an automobile accident involving a vehicle manufactured by the Debtors in which the Claimant is named as a defendant.

| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | 59309 | MLCS Distribution Corporation | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured.

| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | 59310 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$15,000.00 (P)<br>$0.00 (U)<br>$15,000.00 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured.

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 110th Omnibus Objection - A | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors. | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | 59311 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$15,000.00  (P)<br>$0.00  (U)<br>$15,000.00  (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |
| THE TRAVELERS INDEMNITY COMPANY AND AFFILIATES<br>MICHAEL P POMPEO<br>DRINKER BIDDLE & REATH LLP<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | 59312 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$15,000.00  (P)<br>$0.00  (U)<br>$15,000.00  (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |
| TK HOLDINGS INC<br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326 | 46189 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit relating to an automobile accident involving a vehicle manufactured by the Debtors in which the Claimant is named as a defendant. | | | | | |
| TK HOLDINGS INC<br>DON A SCHIEMANN ESQ<br>TK HOLDINGS INC<br>2500 TAKATA DRIVE<br>AUBURN HILLS, MI 48326 | 65810 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit relating to an automobile accident involving a vehicle manufactured by the Debtors in which the Claimant is named as a defendant. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**110th Omnibus Objection - A**  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY & ITS AFFILIATES (SEE ATTACHED) C/O MARGARET M ANDERSON ET AL 200 W MADISON STREET SUITE 3000 CHICAGO, IL 60606 | 63741 | MLCS, LLC | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was involved in an accident for which an action has been brought against the Claimant. | | | | | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY & ITS AFFILIATES (SEE ATTACHED) C/O MARGARET M ANDERSON FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP 200 W MADISON STREET SUITE 3000 CHICAGO, IL 60606 | 63743 | MLCS Distribution Corporation | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was involved in an accident for which an action has been brought against the Claimant. | | | | | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY & ITS AFFILIATES (SEE ATTACHED) C/O MARGARET M ANDERSON ET AL 200 W MADISON STREET SUITE 3000 CHICAGO, IL 60606 | 63742 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was involved in an accident for which an action has been brought against the Claimant. | | | | | |
| USAA GREG W GIBEAUT ESQ GIBEAUT MAHAN BRISCOE 6701 CENTER DR W STE 611 LOS ANGELES, CA 90045 | 59961 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,300,000.00 (U) $2,300,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is an insurance carrier for an individual who rented a car manufactured by the Debtors which was involved in an accident for which an action was brought against the individual. Claimant settled and made payment on behalf of the individual. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**110th Omnibus Objection - A**     **Exhibit A**     **Motors Liquidation Company, et al.**

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WARNER KIA INC<br>KESNER, KESNER & BRAMBLE<br>PO BOX 2587<br>CHARLESTON, WV 25329 | 1156 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a Dealership that sold a vehicle manufactured by the Debtors which was involved in an accident for which an action has been brought against the Claimant.

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 25 | | $0.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $60,000.00 (P) | | |
| | | | $13,800,000.00 (U) | | |
| | | | $13,860,000.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**110th Omnibus Objection - A**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

*OBJECTION ADJOURNED to 2/9/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CUMMINS INC E TAL<br>C/O JILL MURCH ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK STREET SUITE 2800<br>CHICAGO, IL 60654 | 64626 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a manufacturer of engines and has been sued by third parties who claim to have suffered injury after inhaling diesel fumes from engines manufactured by the Claimant. | | | | | |
| DETROIT DIESEL CORPORATION<br>C/O MICHAEL T CONWAY ESQ<br>LECLAIR RYAN A PROF CORP<br>830 THIRD AVENUE FIFTH FLOOR<br>NEW YORK, NY 10022 | 66305 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,102,000.00 (U)<br>$209,102,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a manufacturer of engines and has been sued by third parties who claim to have suffered injury after inhaling diesel fumes from engines manufactured by the Claimant, and also sued by persons who claim to have suffered injury through asbestos exposure. Claimant alleges all such liability are covered under an agreement by the Debtors to indemnify Claimant. | | | | | |
| EXPEDITION HELICOPTERS INC<br>C/O PATERSON MACDOUGALL LLP<br>ONE QUEEN STREET EAST SUITE 900 BOX 100<br>TORONTO ON M5C 2W5 CANADA<br>ATTN TIMOTHY TREMBLEY<br>,<br>CANADA | 64775 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant operated a helicopter with an engine designed by the Debtors which was involved in an accident for which an action has been brought against the Claimant. | | | | | |
| GRANITE STATE INSURANCE COMPANY ET AL<br>C/O CHARTIS US<br>ATTN: MICHELLE A LEVITT, AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | 59682 | MLC of Harlem, Inc. | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**110th Omnibus Objection - A**      **Exhibit A**      Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

*OBJECTION ADJOURNED to 2/9/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRANITE STATE INSURANCE COMPANY ET AL<br>C/O CHARTIS US<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>175 WATER STREET 18TH FLOOR<br>NEW YORK, NY 10038 | 59697 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |
| GRANITE STATE INSURANCE COMPANY, ET AL<br>CHARTIS US<br>MICHELLE A LEVITT, AUTHORIZED REPRESENTATIVE<br>175 WATER STREET 18TH FLOOR<br>NEW YORK, NY 10038<br>UNITED STATES OF AMERICA | 59680 | MLCS Distribution Corporation | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |
| GRANITE STATE INSURANCE COMPANY, ET AL<br>CHARTIS US<br>MICHELLE A LEVITT, AUTHORIZED REPRESENTATIVE<br>175 WATER STREET 18TH FLOOR<br>NEW YORK, NY 10038<br>UNITED STATES OF AMERICA | 59681 | MLCS, LLC | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity for a third party personal injury suit and/or for perspective suits that may occur in the future. Claimant is an Insurance Company that, among other things, insured automobile dealerships that sold a vehicle manufactured by the Debtors that was later involved in an accident for which an action has been brought against the insured. | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**110th Omnibus Objection - A**  **Exhibit A**  Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

*OBJECTION ADJOURNED to 2/9/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NEW FLYER OF AMERICA INC<br>711 KERNAGHAN AVE<br>ATTN COLIN PEWARCHUK, ESQ<br>WINNIPEG, MANITOBA  CANADA R2C 3T4<br>,<br>CANADA | 66317 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is a manufacturer of buses that allegedly utilized components manufactured by the Debtors and has been sued by third parties who claim to have suffered injury by inhaling diesel fumes from engines purchased from the Claimant. | | | | | |
| NORTHROP GRUMMAN OHIO CORPORATION<br>ATTN KENNETH M REISS ESQ<br>M/S C-4S1<br>7555 COLSHIRE DRIVE<br>MCLEAN, VA 22102 | 64699 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| Note: Claimant is seeking contribution/indemnity from a third party personal injury suit. Claimant is or was a manufacturer of diesel engines and has been sued by third parties who claim to have suffered injury by inhaling diesel fumes from engines manufactured from the Claimant. | | | | | |
| **OBJECTION ADJOURNED** | 9 | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$210,102,000.00  (U)<br>$210,102,000.00  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.