**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :    Case No. 09-50026 (REG)
                                               :
        Debtors                                :    (Jointly Administered)
-----------------------------------------------------------------x
```

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Margaret M. Anderson Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *January 14, 2011*

   *S/ Robert E. Gerber*
   UNITED STATES BANKRUPTCY JUDGE