UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
In re                                                              :    Chapter 11
                                                                   :    Case No. 09-50026 (REG)
MOTORS LIQUIDATION CORPORATION, *et al.*,                          :    (Joint Administration)
    f/k/a General Motors Corp., *et al.*,                          :
                                                                   :    CERTIFICATE OF
                    Debtors.                                       :    <u>SERVICE</u>
                                                                   :
------------------------------------------------------------------ X

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 14th day of January 2011, UAW's the Notice of Filing of Second Stipulation and Agreed Order Regarding Scheduling Issues Related to Motion of General Motors LLC (F/K/A General Motors Company) to Enforce Sale Order with Exhibit A is being served by Federal Express upon:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive
> Chicago, IL  60606
> Attn:   John Wm. Butler, Jr., Esq.
>         Albert Hogan III, Esq.
>         Ron E. Meisler, Esq.
>
> Jones Day
> 222 East 41st Street
> New York, NY  10017
> Attn:   Lisa G. Laukitis, Esq.
>
> Jones Day
> 901 Lakeside Avenue
> Cleveland, OH  44114
> Attn:   Heather Lennox, Esq.
>
> Jones Day
> 51 Louisiana Avenue NW
> Washington, DC  20001
> Attn:   Andrew Kramer, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Stephen Karotkin, Esq.
        Joseph H. Smolinsky, Esq.

Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn:   Ted Stenger

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn:   Lawrence S. Buonomo, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn:   John J. Rapisardi, Esq.

The United States Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn:   Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:   Michael J. Edelman, Esq.
        Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:   Thomas Moers Mayer, Esq.
        Robert Schmidt, Esq.
        Lauren Macksoud, Esq.
        Jennifer Sharret, Esq.

The Office of the United States Trustee for
        the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Tracey Hope Davis, Esq.

        The U.S. Attorney's Office, S.D.N.Y.
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Attn:   David S. Jones, Esq.
               Natalie Kuehler, Esq.

        Caplin & Drysdale
        375 Park Avenue, 35th Floor
        New York, NY 10152-3500
        Attn:   Elihu Inselbuch, Esq.
               Rita C. Tobin, Esq.

        Caplin & Drysdale
        One Thomas Circle, N.W., Suite 1100
        Washington, D.C. 20005
        Attn:   Trevor W. Swett III, Esq.
               Kevin C. Maclay, Esq.

        Stutzman, Bromberg, Esserman, & Plifka
        2323 Bryan Street, Suite 2200
        Dallas, Texas 75201
        Attn:   Sander L. Esserman, Esq.
               Robert T. Brousseau, Esq.

Dated:  New York, New York
         January 14, 2011

                                                             Brendan Cyr