SIDLEY AUSTIN LLP
Courtney A. Rosen
One South Dearborn
Chicago, Illinois 60603
Telephone:  (312) 853-7669
Facsimile:  (312) 853-7036

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- X
In re:                                              :   Chapter 11
                                                    :
General Motors Corporation, *et al.*,               :   Case No. 09-50026 (REG)
                                                    :
                                      Debtors.      :   (Jointly Administered)
---------------------------------------------------- X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

     I, Courtney A. Rosen, a member in good standing of the bar of the State of New York, the State of Illinois and the bar of the United States District Courts for the Northern District of Illinois, Northern District of Illinois- Trial Bar, District of Colorado and Eastern District of Wisconsin request admission ***pro hac vice*** before the Honorable Robert E. Gerber to represent Wells Fargo Bank Northwest, N.A. ("Wells Fargo"), as Agent for the TPC Lenders[1] in the above-referenced case.

Mailing address:  Sidley Austin LLP
                         One South Dearborn
                         Chicago, Illinois 60603

     E-mail address:  crosen@sidley.com; telephone number:  (312) 853-7000.

The filing fee of $25.00 has been submitted with this motion for ***pro hac vice*** admission.

Dated: January 14, 2011
       New York, New York

                                               */s/ Courtney A. Rosen*
                                              Courtney A. Rosen

---

[1] The TPC Lenders presently consist of Norddeutsche Landesbank Girozentrale (New York Branch), as Administrator, and Deutsche Bank, AG, New York Branch, HSBC Bank USA, ABN AMRO Bank N.V., Royal Bank of Canada, Bank of America, N.A., Citicorp USA, Inc., Merrill Lynch Bank USA, Morgan Stanley Bank, as purchasers.