**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
In re:                                          :    Chapter 11
                                                :
General Motors Corporation, *et al.*,           :    Case No. 09-50026 (REG)
                                                :
                                      Debtors.  :    (Jointly Administered)
------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Courtney A. Rosen, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:    January ___, 2011
         New York, New York

  _____
  HON. ROBERT E. GERBER
  UNITED STATES BANKRUPTCY JUDGE

NY1 7503310v.1