**HEARING DATE AND TIME: February 9, 2011 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: February 2, 2011 at 4:00 p.m. (Eastern Time)**

Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (*pro hac vice* pending)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- X
In re:                                              :   Chapter 11
                                                    :
GENERAL MOTORS CORP., *et al.*,                     :   Case No. 09-50026 (REG)
                                                    :
                            Debtors.                :   (Jointly Administered)
---------------------------------------------------- X

### NOTICE OF HEARING ON MOTION OF THE TPC LENDERS FOR AN ENTRY OF AN ORDER (I) INITIATING VALUATION PROCEEDINGS IN ACCORDANCE WITH THE SALE ORDER, AND (II) ESTABLISHING A SCHEDULE WITH RESPECT TO THE VALUATION PROCEEDINGS

PLEASE TAKE NOTICE that, upon the annexed Motion of Wells Fargo Bank Northwest, N.A., as Agent to the TPC Lenders, for entry of an Order (I) Initiating Valuation Proceedings in Accordance With the Sale Order, and (II) Establishing a Schedule With Respect to the Valuation Proceedings, dated January 14, 2011 (the "Motion"), a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States

NY1 7502132v.1

Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February 9, 2011 at 9:45 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion must be made in writing, with a hard copy to chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and be filed with the Court and served in accordance with the Fifth Amended Order Pursuant To 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures in these cases [Docket No. 8360] so as to be actually received not later than **February 2, 2011 at 4:00 p.m. (prevailing Eastern Time)**.  Only those objections or responses that have been timely filed and served may be considered by the Court at the hearing.

[Remainder of page intentionally left blank.]

2

NY1 7502132v.1

PLEASE TAKE FURTHER NOTICE that, if no responses are timely filed and served with respect to the Motion, the relief requested in the Motion may be granted without a hearing.

Dated: New York, New York
       January 14, 2011

>   /s/ *Steven M. Bierman*
>   SIDLEY AUSTIN LLP
>   Steven M. Bierman
>   Nicholas K. Lagemann
>   787 Seventh Avenue
>   New York, New York 10019
>   Telephone: (212) 839-5300
>   Facsimile: (212) 839-5599
>   Email:   sbierman@sidley.com
>            nlagemann@sidley.com
>
>   -    and    -
>
>   SIDLEY AUSTIN LLP
>   Kenneth P. Kansa (admitted *pro hac vice*)
>   Courtney A. Rosen (*pro hac vice* pending)
>   One South Dearborn
>   Chicago, Illinois 60603
>   Telephone: (312) 853-7000
>   Facsimile: (312) 853-7036
>   Email:   kkansa@sidley.com
>            crosen@sidley.com
>
>   *Counsel for Wells Fargo Bank Northwest, N.A., as Agent to the TPC Lenders*