**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
In re:                                                  :   Chapter 11
                                                        :
General Motors Corporation, *et al.*,                   :   Case No. 09-50026 (REG)
                                                        :
                                       Debtors.         :   (Jointly Administered)
------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

**ORDERED**, that Courtney A. Rosen, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:   January **18**, 2011
         New York, New York

                                        *s/ Robert E. Gerber*
                                        HON. ROBERT E. GERBER
                                        UNITED STATES BANKRUPTCY JUDGE

NY1 7503310v.1