UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                :
                                                             :    (Jointly Administered)
              Debtors.                               :
                                                             :
-------------------------------------------------------------x

## SECOND STIPULATION AND AGREED ORDER REGARDING SCHEDULING ISSUES RELATED TO MOTION OF GENERAL MOTORS LLC (F/K/A GENERAL MOTORS COMPANY) TO ENFORCE SALE ORDER

General Motors LLC ("**New GM**") and the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (the "**UAW**" and, together with New GM, the "**Parties**"), by and through their respective undersigned attorneys, enter into this Stipulation and Agreed Order and state:

WHEREAS, on October 22, 2010, New GM filed its Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (Docket No. 7527, the "**Motion**");

WHEREAS, on October 29, 2010, this Court entered the Memorandum and Order re UAW-New GM Dispute (Docket No. 7607) affirming that the Court would decide "whether [it has] exclusive jurisdiction over the underlying controversy and, if so, whether [the Court] should exercise it" (collectively, the "**Jurisdictional Issue**");

WHEREAS, on November 9, 2010, this Court entered the Stipulation and Agreed Order Regarding Scheduling Issues Related to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (Docket No. 7704, the "**Stipulation**"), which

memorialized a briefing schedule agreed upon by the Parties with respect to the Jurisdictional Issue;

WHEREAS, the Parties have met and conferred and wish to amend the briefing schedule set forth in the Stipulation in certain respects, as set forth herein;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties, through their undersigned counsel, that:

1. The UAW shall have until February 28, 2011 to file any reply brief on the Jurisdictional Issue. Such reply brief shall be limited to the issues raised by the UAW and New GM in their opening briefs.

2. New GM shall have until March 21, 2011 to file any sur-reply brief on the Jurisdictional Issue. Such sur-reply brief shall be limited to the issues raised by the UAW in its opening brief and in its reply.

3. Except as expressly modified hereby, the Stipulation remains in full force and effect.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

IT IS SO ORDERED.

Dated: **_January 18, 2011_**
      New York, New York

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE

/s/Deborah M. Buell
Deborah M. Buell
James L. Bromley
CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: dbuell@cgsh.com
       jbromley@cgsh.com

/s/Heather Lennox
Heather Lennox (admitted *pro hac vice*)
Robert S. Walker (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:   hlennox@jonesday.com
        rswalker@jonesday.com

*Attorneys for General Motors LLC*

Andrew D. Roth (admitted *pro hac vice*)
Ramya Ravindran (admitted *pro hac vice*)
BREDHOFF & KAISER P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888

*Attorneys for the UAW*