DRINKER BIDDLE & REATH LLP
David B. Aaronson (DA-8387)
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone:   (215) 988-2700
Facsimile:    (215) 988-2757
          *- and -*
140 Broadway, 39th Floor
New York, New York 10005
Telephone:   (212) 248-3140
Facsimile:    (212) 248-3141

*Attorneys for Dealer Accessories, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENERAL MOTORS CORPORATION, *et al.,*<br><br>   Debtors. | Chapter 11<br><br>Case No. 09-50026<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF CURE OBJECTION OF DEALER ACCESSORIES, LLC TO NOTICE OF (I) DEBTORS' INTENT TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS, UNEXPIRED LEASES OF PERSONAL PROPERTY, AND UNEXPIRED LEASES OF NONRESIDENTIAL <u>REAL PROPERTY AND (II) CURE COSTS RELATED THERETO</u>**

PLEASE TAKE NOTICE that Dealer Accessories, LLC ("Dealer Accessories"), by and through its undersigned counsel, hereby withdraws its Cure Objection of Dealer Accessories, LLC to Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases Of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Costs Related Thereto (the "Limited Objection") filed on June 25, 2010 at docket number 6126.

Dated: January 18, 2011                    DRINKER BIDDLE & REATH LLP

By: /s/ David B. Aaronson
 David B. Aaronson (DA8387)
 One Logan Sq., Suite 2000
 Philadelphia, Pennsylvania 19103
 Telephone: (215) 988-2700
 Facsimile: (215) 988-2757

*- and –*

 140 Broadway  39th Floor
 New York, New York 10005
 Telephone: (212) 248-3140
 Facsimile: (212) 248-3141

*Attorneys for Dealer Accessories LLC*