**FOLEY & LARDNER LLP**
Salvatore A. Barbatano (*admitted pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Michigan Production Machining, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE OF SALVATORE A. BARBATANO AS COUNSEL FOR MICHIGAN PRODUCTION MACHINING, INC.

PLEASE TAKE NOTICE that Salvatore A. Barbatano of the law firm of Foley & Lardner LLP as counsel for Michigan Production Machining, Inc. hereby withdraws his appearance in the above-captioned matter.

This notice is in respect to Salvatore A. Barbatano only and is not intended to affect service independently requested by Michigan Production Machining, Inc. or counsel therefore or their continued listing in the mailing matrix and service list for this case.

Dated: January 18, 2011            FOLEY & LARDNER LLP

/s/ Salvatore A. Barbatano
Salvatore A. Barbatano *(admitted pro hac vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Michigan Production Machining, Inc.*

DETR_1536187.1