**FOLEY & LARDNER LLP**
Salvatore A. Barbatano (*admitted pro hac vice*)
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Android Industries-Delta Township, LLC,*
*Android Industries-Shreveport LLC, and*
*Android Industries LLC*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors | : | Jointly Administered |
| | : | |

-------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE OF SALVATORE A. BARBATANO AS COUNSEL FOR ANDROID INDUSTRIES-DELTA TOWNSHIP, LLC, ANDROID INDUSTRIES-SHREVEPORT LLC, AND ANDROID INDUSTRIES LLC

PLEASE TAKE NOTICE that Salvatore A. Barbatano of the law firm of Foley & Lardner LLP as counsel for Android Industries-Delta Township, LLC, Android Industries-Shreveport LLC, and Android Industries LLC hereby withdraws his appearance in the above-captioned matter.

This notice is in respect to Salvatore A. Barbatano only and is not intended to affect service independently requested by Android Industries-Delta Township, LLC, Android Industries-Shreveport LLC, and Android Industries LLC or counsel therefore or their continued listing in the mailing matrix and service list for this case.

Dated: January 18, 2011

FOLEY & LARDNER LLP

/s/ Salvatore A. Barbatano
Salvatore A. Barbatano *(admitted pro hac vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Android Industries-Delta Township, LLC, Android Industries-Shreveport LLC, and Android Industries LLC*