UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*    :   09-50026 (REG)
                                                               :
    Debtors.                                :   (Jointly Administered)
                                                               :
----------------------------------------------------------------x

## AFFIDAVIT OF PUBLICATION

STATE OF NEW YORK  )
                                ) ss
COUNTY OF SUFFOLK )

I, Debra Wolther, being duly sworn, depose and state:

    1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims, noticing and solicitation agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 13, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting To Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date** in the following publications:

Publication Name

*The Wall Street Journal* (Global Edition—North America, Europe, and Asia)
*The New York Times* (National)
*USA Today* (National)
*The Globe and Mail* (National)
*The National Post*

2

3. I state under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

s/ Debra Wolther

Sworn to before me this
18th day of January, 2011

/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires: August 8, 2014

**THE WALL STREET JOURNAL.** EE,MW,SW,WE

# LEGAL NOTICES

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: ) Chapter 11
PALM HARBOR HOMES, INC., et al.,[1] ) Case No. 10-13850 (CSS)
  Debtors. ) Jointly Administered

**NOTICE OF BID PROCEDURES**[2]

**PLEASE TAKE NOTICE** that on November 29, 2010, Palm Harbor Homes, Inc., a Florida corporation, and its related debtors (collectively, the "Debtors") filed a motion (the "Bid Procedures and Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on January 6, 2011, the Bankruptcy Court entered an order [Docket No. 187] (the "Bid Procedures Order") approving Bid Procedures (the "Bid Procedures"), which set key dates, times and procedures related to the sale of substantially all the Debtors' assets (the "Transferred Assets"). **All interested bidders should carefully read the Bid Procedures.** To the extent that there are any inconsistencies between the Bid Procedures and the summary description of the terms and conditions contained in this Notice, the terms of the Bid Procedures shall control.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have been and will continue to market the Transferred Assets in advance of the Auction. To be eligible to participate in the Auction, each Bid and each Bidder must be determined by the Debtors to comply with the conditions set forth in the Bid Procedures. The deadline to submit a Qualified Bid is **February 24, 2011 at 5:00 p.m.** (prevailing Eastern Time) (the "Bid Deadline"). To be considered, any Bid must comply with the requirements set forth in the Bid Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bid Procedures Order, an auction (the "Auction") may be conducted at the offices of Debtors' counsel, Polsinelli Shughart PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 on **March 1, 2011 at 10:00 a.m.** (prevailing Eastern Time) or such later time on such day or other place as the Debtors shall notify all Bidders who have submitted Qualified Bids, or at another location as may be timely disclosed by the Debtors to all Qualified Bidders.

**PLEASE TAKE FURTHER NOTICE** that, by January 17, 2011, the Debtors shall send a notice to each Contract Counterparty to an executory contract or unexpired lease setting forth the Debtors' calculation of the cure amount, if any, that would be owing to such counterparty if the Debtors decided to assume or assume and assign such executory contract or unexpired lease, and alerting such nondebtor party that their contract may be assumed and assigned to the Successful Bidder (the "Cure and Possible Assumption and Assignment Notice"). Any Contract Counterparty that objects to the cure amount set forth in the Cure and Possible Assumption and Assignment Notice or the possible assignment of their executory contract or unexpired lease to the Successful Bidder must file an objection (a "Cure or Assignment Objection") on or before 4:00 p.m. (prevailing Eastern Time) on February 7, 2011, which Cure or Assignment Objection must be served on (i) counsel for the Debtors, Locke Lord Bissell & Liddell, LLP, 111 S. Wacker Drive, Chicago, IL 60606, Attn: David W. Wirt and Aaron C. Smith, and Polsinelli Shughart PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Attn Christopher A. Ward, (ii) counsel for the Stalking Horse Purchaser, Snell & Wilmer L.L.P., One Arizona Center, Phoenix, AZ 85004, Attn: Christopher H. Bayley and Donald F. Ennis, and Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, DE 19801, Attn: William P. Bowden, (iii) counsel for the Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, so that it is actually received no later than 4:00 p.m. (prevailing Eastern Time) on February 7, 2011. If a Contract Counterparty does not timely file and serve a Cure or Assignment Objection, that party will be forever barred from objecting to (a) the Debtors' proposed cure amount, or (b) the assignment of that party's executory contract or unexpired lease to the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to confirm the results of the Auction and approve the transactions contemplated in the Bid Procedures and the Bidding Procedures and Sale Motion to the Successful Bidder at the Auction (the "Sale Hearing") before the Honorable Christopher S. Sontchi on **March 4, 2011 at 10:00 a.m.** (prevailing Eastern Time), or at such time thereafter as counsel may be heard. The Sale Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than such adjournment announced in open court or a notice of adjournment filed with the Bankruptcy Court and served on the Notice Parties and the entities who have filed objections to the Bid Procedures and Sale Motion, without further notice to other parties in interest. **Objections to the sale of the Transferred Assets to the Successful Bidder or the Backup Bidder must be filed and served so that they are actually received by the Debtors no later than 4:00 p.m. (prevailing Eastern Time) on March 3, 2011.**

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the full terms and conditions of the Bid Procedures and the Bid Procedures Order, which shall control in the event of any conflict with this Notice. The Debtors encourage parties in interest to review such documents in their entirety. A copy of the Bid Procedures and the Bid Procedures Order may be obtained (i) by contacting the Debtors' noticing, and claims agent, BMC Group, Inc., (a) at its website at www.bmcgroup.com/palmharborhomes, (b) by writing to BMC Group, Inc. at BMC Group Inc., Attn: Palm Harbor Homes, Inc., P.O. Box 3020, Chanhassen, MN 55317-3020 , or (c) by calling (888) 909-0100, or (ii) for a fee via PACER at http://www.deb.uscourts.gov.

| LOCKE LORD BISSELL & LIDDELL LLP, David W. Wirt, Aaron C. Smith, Courtney E. Barr, 111 S. Wacker Drive, Chicago, Illinois 60606-4410, Telephone: (312) 443-0700, Fax: (312) 443-0336, COUNSEL FOR THE DEBTORS | POLSINELLI SHUGHART PC, Christopher A. Ward, Justin K. Edelson, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Telephone: (302) 252-0920, Fax: (302) 252-0921, COUNSEL FOR THE DEBTORS |
|---|---|

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc., a Florida corporation (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bid Procedures or the Bid Procedures Order, as applicable.

## PUBLIC NOTICES

**DEPARTMENT OF JUSTICE- BUREAU OF ALCOHOL, TOBACCO, FIR...**

**SEIZED PROPERTY NOTICES continued**

Remington Arms Company, Inc. 700 Rifle, 270CAL, sn:E6742834;$500.00; 08-ATF-026030;Aguirre Y Cia England Rifle, 762CAL, sn:14886;$100.00; 08-ATF-026031;Remington Arms Company, Inc. 740 Rifle, 30-06CAL sn:11973;$400.00; 08-ATF-026032; Remington Arms Company, Inc. 700 Rifle, 25-06CAL sn:G6389434;$500.00; 08-ATF-026033;Savage 110 Rifle, 270CAL, sn:F142349;$275.00; 08-ATF-026034; Marlin Firearms Co. C3030 Rifle, 30-30CAL sn:16041699;$325.00; 08-ATF-026037;Savage SB-712 Rifle, 30-30CAL No sn;$250.00; 08-ATF-026038; New England Firearms SB2 Rifle, 30-30CAL sn:NB292615;$250.00; 08-ATF-026045; H&R 929 Sidekick Revolver, 22CAL sn:Y419;$150.00; 08-ATF-026046;Sundance Ind. Inc. BOA Pistol, 25CAL, sn:029729;$100.00; 08-ATF-026047;Ruger P95DC Pistol, 9CAL, sn:313-33036;$200.00; 08-ATF-026048; Standard Arms Co. Unk. Pistol, 380CAL, sn:02580; $100.00; 08-ATF-026049;Phoenix Arms Co. HP25 Pistol, 25CAL, sn:4289912;$60.00; 08-ATF-026050; Winchester Centennial 1966 Rifle, 30-30CAL sn:33169; $700.00; 08-ATF-026051; Winchester Centennial 1966 Rifle, 30-30CAL sn:74160;$700.00; 08-ATF-026052; Browning Mark III Pistol, 9CAL, sn:245NV62954; $275.00; 08-ATF-026054; Verney Carron USA Inc. Snake Charmer Other Weapon sn:68448;$75.00; 08-ATF-026055; Ruger Single Six Revolver, 22CAL sn:26001531; $250.00; 08-ATF-026066;Marlin Firearms Co. 783 Rifle, 22CAL, sn:72434583;$80.00; 08-ATF-026071; Winchester 37A Shotgun, 16CAL, sn:C480942; $125.00; 08-ATF-026074;Remington Arms Company 550-1 Rifle, 22CAL, No Sn;$150.00; 08-ATF-026078; Marlin Firearms Co. 917V Rifle, 17CAL, sn:96672298; $135.00; 08-ATF-026079;Savage Arms Inc. (CD) Mark II Rifle, 17CAL, sn:0459020;$140.00; 08-ATF-026086;Siminov SKS Rifle, 762CAL, sn:F170457; $180.00; 08-ATF-026097;Browning Auto 5 Light Shotgun, 12CAL, sn:A31158;$525.00; 08-ATF-026099;Browning Auto 5 Standard Shotgun, 12CAL, sn:C16058;$325.00; 08-ATF-026100;New England Firearms Pardiner Shotgun, 12CAL, sn:NU216681; $55.00; 08-ATF-026101;Remington Arms Company, Inc. 511 Rifle, 22CAL, No Sn; $85.00.

**MAINE** 762065-10-0053; 08/20/2010; 18 USC 924(d); South Berwick, ME; 10-ATF-017347;S&W Unk. Revolver CAL:22 SN:669713;$200.00; 10-ATF-017348; Taurus International 85 Revolver CAL:38 SN:FF45669; $100.00; 10-ATF-017349; 62 Rds ASST Ammo CAL:38; $6.20; 10-ATF-017352;631 Rds ASST Ammo CAL:22; $63.10; **762065-11-0025**; 10/18/2010; 18 USC 924(d); Oxford, ME; 11-ATF-003850;Ruger SR9 Pistol CAL:9 SN:330-44411;$400.00; 11-ATF-003851;31 Rds Other Ammo CAL:9; $3.10.

**MICHIGAN** 774040-11-0043; 12/09/2010;18 USC 924(d);Flint, MI; 11-ATF-003648;1 Rds Winchester-Western Ammo CAL:45;$0.10; 11-ATF-003649;75 Rds ASST Ammo CAL:ZZ;$7.50; 11-ATF-003650;15 Rds Winchester-Western Ammo CAL:45;$1.50; 11-ATF-003651;19 Rds Sellier & Bellot Ammo CAL:45; $1.90; 11-ATF-003652; 9 Rds Federal Ammo CAL:45; $0.90; 11-ATF-003653; 24 Rds Winchester-Western Ammo CAL:30;$2.40; 11-ATF-003654;22 Rds ASST Ammo CAL:**;$2.20; 11-ATF-003656;23 Rds Winchester-Western Ammo CAL:30;$2.30; 11-ATF-003657;Arsenal Inc. SARPK7 Rifle CAL:762 SN:OBLIT;$50.00; 11-ATF-003658;30 Rds ASST Ammo CAL:762;$3.00; 11-ATF-003659;Universal Firearms Corp. 30 Rifle CAL:30 SN:307886; $50.00; 11-ATF-003660;30 Rds Winchester-Western Ammo CAL:30;$3.00; **774045-11-0008**; 09/18/2010;18 USC 924(d); Battle Creek, MI; 10-ATF-017571;Norinco (North China Industries) SKS Rifle CAL:762 SN:11605867;$150.00; 10-ATF-017572; 17 Rds Wolf Ammo CAL:762;$1.70; **774045-11-0028**; 12/02/2010;18 USC 924(d);Grand Rapids, MI; 11-ATF-003717;2 Rds Winchester-Western Ammo CAL:20; $0.20;

**MISSOURI** 779015-11-0033; 11/19/2010;18 USC 924(d); Kansas City, MO; 11-ATF-003044;Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:C955810M; $100.00; 11-ATF-003045;21 Rds ASST Ammo CAL:**; $2.10;

**MISSISSIPPI** 777065-11-0016; 10/22/2010;18 USC 924(d);Okolona, MS; 11-ATF-003637;Sig Sauer P229 Pistol CAL:40 SN:AF-13773;$350.00;

**MONTANA** 788051-11-0015; 11/08/2010;18 USC 924(d);Basin, MT; 11-ATF-003051;Ruger P345 Pistol CAL:45 SN:664-05938;$500.00; 11-ATF-003053; Ruger P345 Pistol CAL:45 SN:X462558;$140.00; 11-ATF-003055;Hipoint Pistol Model C, 9 Cal, SN:829256; $110.00; 11-ATF-003057;Hipoint C9 Pistol CAL:9 SN:P1205161;$110.00; 11-ATF-003058;1 454 Rds ASST Ammo CAL:**; $145.40;

**NORTH CAROLINA** 763040-11-0020; 12/09/2010; 18 USC 924(d);Fayetteville, NC; 11-ATF-003697; Poland PM-63 Pistol CAL:9 SN:MS8525;$50.00; 11-ATF-003698; F.N. (FN Herstal) Five-Seven Pistol CAL:57 SN:386214607;$50.00; 11-ATF-003699; Springfield Armory, Geneseo, IL XD-45 Pistol CAL:45 SN:US699618; $500.00; 11-ATF-003700;F.N. (FN Herstal) Five-Seven Pistol CAL:57 SN:386214517; $1,000.00; 11-ATF-003701;Hipoint JHP Pistol CAL:45 SN:X435804;$1,000.00; 11-ATF-003713; DPMS Inc. (Defense Procurement MFG. Services) A15 Rifle CAL:223 SN:F051525K;$150.00; 11-ATF-003715;111 Rds ASST Ammo; $11.10; **763040-11-0021**; 11/30/2010; 18 USC 924(d);Robbins, NC; 11-ATF-003718; Savage 110 Rifle CAL:30-06 SN:G090290; $275.00; 11-ATF-003719;1 Rd Winchester-Western Ammo CAL:30-06;$0.10; 11-ATF-003720;10 Rds Winchester-Western Ammo CAL:30-06; $1.00;

**NEW YORK** 765040-08-0027; 12/14/2010; 18 USC 924(d);Brooklyn, NY; 11-ATF-003909;1 Rds Remington Ammo CAL:32/380;$0.10; 11-ATF-003910; 5 Rds ASST Ammo CAL:380;$0.50; **765070-11-0020**; 11/30/2010;18 USC 924(d);Buffalo, NY; 11-ATF-003638;Keltec, CNC Industries Inc., Sub-2000 Rifle CAL:9 SN:E7377; $200.00; 11-ATF-003640;27 Rds CBC-Brazilian Cartridge Company Ammo CAL:9; $2.70; **765080-11-0023**; 11/01/2010;18 USC 924(d);Rochester, NY; 11-ATF-003449;42 Rds Remington Ammo CAL:25;$4.20; **OHIO** 773025-11-0019; 11/27/2010;18 USC 924(d); Cleveland, OH; 11-ATF-003614;Intratec AB10 Pistol CAL:9 SN:A023599;$180.00; 11-ATF-003616; 17 Rds ASST Ammo CAL:9; $1.70; **773010-10-0016**; 12/09/2010; 18 USC 924(d);South Point, OH; 11-ATF-003620; Savage Westpoint Rifle CAL:22 SN:D262898; $50.00; 11-ATF-003621;Unk. Mfg. Unk. Derringer CAL:38 SN:18946;$25.00; 11-ATF-003622; Norinco (North China Industries) SKS Rifle CAL:762 SN:9080498; $100.00; 11-ATF-003624;Enfield NO4MKI Rifle CAL:303 SN:Z25588;$400.00; 11-ATF-003626; Lakefield Arms Ltd. 64 Rifle CAL:22 SN:L101874; $45.00; 11-ATF-003627;Winchester 370 Shotgun CAL:12 SN:C353305;$75.00; 11-ATF-003629;Savage 94 Shotgun CAL:12 SN:C521411; $100.00; 11-ATF-003631; Iver Johnson Unk. Unk. CAL:12 NO SN; $25.00; **773040-11-0026**; 11/26/2010; 18 USC 924(d); Columbus, OH; 11-ATF-003357;SWD M 11/9 Pistol CAL:9 SN:89-0032478; $250.00; 11-ATF-003362;15 Rds ASST Ammo CAL:9; $1.50; **OKLAHOMA** 781066-11-0007; 10/25/2010;18 USC 924(d);Gibson, OK; 11-ATF-000938;Yugoslavia 59/66 Rifle CAL:762 SN:K423752;$150.00; 11-ATF-000940; Hipoint CF380 Pistol CAL:380 SN:P829798;$100.00; 11-ATF-000941;58 Rds ASST Ammo CAL:*; $5.80; **781066-11-0008**; 10/26/2010;26 USC Section 5861;

Hulbert, OK; 11-ATF-001173;Davis Industries D32 Derringer CAL:32 SN:564109;$50.00; 11-ATF-001174; Hipoint CF380 Pistol CAL:380 SN:P8031706; $160.00; 11-ATF-001175;Akkar Silah TIC. LTD. Field Hunter Shotgun CAL:20 SN:8604716;$150.00; 11-ATF-001176; S&W 422 Pistol CAL:22 SN:UBA0830;$150.00; 11-ATF-001177; Savage 47 B Rifle CAL:22 No Sn;$50.00; 11-ATF-001178; Tanfoglio Giuseppe Titan Pistol CAL:25 SN:D829959;$50.00; 11-ATF-001179;41 Rds ASST Ammo CAL:*; $4.10; 11-ATF-003054; Winchester 70 Rifle CAL:300 SN:G2425629;$350.00; 11-ATF-003056; 7 Rds ASST Ammo CAL:*; $0.70;

**OREGON** 787035-10-0068; 01/17/2010;18 USC 924(d); Tigard, OR; 10-ATF-014590; Hatsan Arms Co (Silah Makina Kalip SAN. TIC. LTD.) Escort Magnum Shotgun CAL:12 SN:140126, $350.00; Mossberg 500A Shotgun CAL:12 SN:T346524, $300.00; Black Beretta, Pietro SPA 1200 Shotgun CAL:12 SN:T02982E, $300.00; 10-ATF-014591;Colt AR15 Shotgun CAL:556 SN:LE042085;$1,500.00; 10-ATF-014592; Black Century Arms International AK47 Pistol CAL:762 SN:AKMP01882, $200.00; Black S&W SW9F Pistol CAL:9 SN:PAE8920, $350.00; Black Phoenix Arms Co. HP22 Pistol CAL:22 SN:4093815, $150.00; Black Colt Govt. Pocketlight Pistol CAL:380 SN:GP15442, $350.00; Black Haskell (MFGR) JHP Pistol CAL:45 SN:X4117345, $100.00; Black Walther P1 Pistol CAL:9 SN:385541, $300.00; Black S&W SW9C Pistol CAL:9 SN:PAL3727, $350.00; Black Colt LT. Weight Commander Pistol CAL:45 SN:FL01437E, $650.00; Chrome Springfield Armory, Geneseo, IL 1911-A1 Pistol CAL:45 SN:NM200286, $600.00; 10-ATF-014593; Century Arms International AK47 Rifle CAL:762 SN:AB-1125-80;$250.00; 10-ATF-014599;Remington Arms Company, Inc. 770 Rifle CAL:30-06 SN:71451595; $300.00; 10-ATF-014600;Taurus Revolver CAL:22 SN:SK91116;$250.00; **787035-11-0013**; 11/03/2010; 18 USC 924(d);Portland, OR; 11-ATF-001310;S&W 5906 Pistol CAL:9 SN:EKZ3508;$400.00; 11-ATF-001311; 9 Rds ASST Ammo CAL:9, No Sn;$0.90;

**PUERTO RICO** 764045-11-0011; 12/08/2010;18 USC 924(d);Dorado, PR; 11-ATF-003373;S&W 6906 Pistol CAL:9 SN:TCZ3217;$275.00; 11-ATF-003374; 12 Rds ASST Ammo CAL:9;$1.20; 11-ATF-003514; Glock GMBH 27 Pistol CAL:40 SN:FME152;$600.00; 11-ATF-003517;Glock GMBH 19 Pistol CAL:9 SN:CZD256US; $600.00; 11-ATF-003518;17 Rds Unk. Ammo CAL:9; $1.70; 11-ATF-003521;30 Rds Unk. Ammo CAL:9; $3.00; 11-ATF-003522;16 Rds Unk. Ammo CAL:40; $1.60; **764080-11-0048**; 12/03/2010;18 USC 924(d); Manati, PR; 11-ATF-003618; S&W 60 Revolver CAL:38 SN:R109445; $250.00; 11-ATF-003619;4 Rds ASST Ammo CAL:38; $0.40;

**RHODE ISLAND** 762070-11-0023; 11/27/2010; 18 USC 924(d);Providence, RI; 11-ATF-003307; Browning Unk. Pistol CAL:22 SN:16906069;$50.00; 11-ATF-003308; 1 Rd Remington Ammo CAL:22;$0.10;

**SOUTH CAROLINA** 763010-11-0019; 10/24/2010;18 USC 924(d);Myrtle Beach, SC; 11-ATF-003694;Hipoint CF380 Pistol CAL:380 SN:P732357;$50.00; 11-ATF-003695; 7 Rds Winchester-Western Ammo CAL:380;$0.70;

**TENNESSEE** 776050-11-0026; 12/10/2010;18 USC 924(d);Antioch, TN; 11-ATF-003689;Taurus PT140 Millennium Pro Pistol CAL:40 SN:SX121215; $300.00; **776050-11-0027**; 12/10/2010;18 USC 924(d); Clarksville, TN; 11-ATF-003690;Ruger P95 Pistol CAL:9 SN:315-33326;$300.00; **776050-11-0028**; 12/11/2010;18 USC 924(d);Clarksville, TN; 11-ATF-003691;Springfield Armory, Geneseo, IL Unk. Pistol CAL:357 SN:US334872;$400.00; **776050-11-0029**; 12/11/2010;18 USC 924(d);Clarksville, TN; 11-ATF-

The property listed above is NOT for sale. The Bureau of Alcohol, Tobacco, Firearms & Explosives DOES NOT have information concerning the sale of property. VIOLATION COD
**75**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; **18-44**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER
**11**.....PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 49 USC CHAPTER 11

## BANKRUPTCIES

12                                                    THE WALL STREET JOURNAL.

# OPINION

# How Big Government Killed Britain

By Warwick Lightfoot

The question of how to revitalize Britain's economically moribund regions has bedevilled successive governments for at least three decades. The fact is, all the taxpayer money that has been poured into Wales, Scotland, Northern Ireland and the north of England in the name of reviving the local economies there is doing active harm to the emergence of a private-sector, post-industrial economy.

Britain, the first nation in the world to industrialize, was hit hard by de-industrialization in the 1970s and 1980s. Its origins and causes were complex, but the extraordinary power of trade unions in the workplace was a key factor. This power made the labor market the Achilles' heel of the British economy for most of the 20th century. An additional factor was the very high ratio of public expenditure to GDP, which was in turn driven up by state subsidies to failing industries and the large losses incurred by nationalized industries.

Thirty years later, the trade unions have been reformed, the private sector exhibits genuine flexibility in pay bargaining and the U.K.'s formerly nationalized industries have been privatized. And yet for all this, the surprising thing is that the U.K. economy has not performed better than it has. This is partly explained by the fact that the ratio of public expenditure never fell much below 40% of national income. For protracted periods the performance of the economy appeared to be flattered by what turned out to be unsustainable bubbles in property and financial asset markets accommodated by monetary conditions that were too loose.

In the areas of the country where de-industrialization hit hardest, there was little sustained recovery in terms of private-sector activity. Instead the public sector expanded as a result of increased health, local authority and regeneration expenditure and increased spending on social-security transfer payments to households of working age. This created the conditions for de-marketization, which followed de-industrialization and made sustainable economic regeneration all but impossible in the Midlands and the North. Businesses and startups that want to do business in Britain's de-industrialized hinterland must compete on world markets to sell their products and services. But they are forced to compete for labor with a state sector that overpays relative to the wages that the private sector can bear.

While trade-union power and an identifiable trade-union wage mark-up have largely been eliminated in the private sector, it remains entrenched in the public sector. Public-sector pay is set through national pay bargaining arrangements and the pay premium in the public sector has risen over the past 10 years. Today, average public-sector pay in the U.K. is more than 12% higher than in the private sector, and the true premium is significantly higher when one takes account of generous public-sector pension arrangements.

This pay premium is sometimes explained by the fact that the public sector employs a higher proportion of higher-skilled employees such as teachers, scientists, nurses and doctors. But even when pay is disaggregated by earnings levels, the public-sector pay premium at the bottom end of the earning distribution is more than 20%. And outside the Southeast of England, the public-sector pay premium can


Barbara Kelley

be 30% or higher relative to local wages in the private sector.

This premium, combined with welfare benefits whose rates are set nationally, emasculates local labor markets. The replacement ratio of welfare payments to average earnings in the U.K. is about 56%, slightly down from the 60% level in the 1970s. But in many local labor markets, social security benefits represent a much higher ratio of realistic private-sector earnings.

Social security benefits set a floor on wages—few people will work for less than they can receive on the dole. But at the same time, high public-sector pay drives the reservation wage—the wage at which an individual would be willing to accept a job—even higher. The result is that many households become permanently detached from the labor market and a large proportion of people who do work in these regions enjoy pay from the public sector that has no relationship to a market-determined wage.

In this way, for all pr[actical] purposes, many commun[ities,] whole regions—such as [the] East and North West of [England] and Wales—are "de-mar[ketized."] The private-sector cann[ot grow] because price signals ca[nnot oper]ate properly in the labor [market,] which is probably the m[ost impor]tant market in any econ[omy. In]creased local public expe[nditure,] far from having positive [economic] effects, is at best irrelev[ant or,] worse, a further aggrava[ting fac]tor.

Regional policy initia[tives such] as community regenerat[ion and] the creation of regional [develop]ment agencies, have had [little or] no impact. In fact the pr[oductivity] gap between Britain's be[st- and] worst-performing region[s has if] anything widened slight[ly in the] past 15 years.

This feature of de-ma[rketized] communities and region[s is not] unique to Britain. The w[…]

# Iran Jails Another Lawye[r]

By Shirin Ebadi

This week Iran's judicial au[thorities…] fense of Iran's most legally vulnerable citizens: juvenile offenders facing the death penalty… Nasrin that they had no intention of detaining her, so she was free to go home. "I'm not going any… rest following the electi[on…] Nasrin made known, Ra[…] confessed only after Ira[…]

# Taliban attacks end Kabul's relative

BY MARIA ABI-HABIB

KABUL—A spate of insurgent attacks in the past month, including Wednesday's bombing that killed at least two people, have shattered the relative calm that Afghanistan's capital had seen since the summer.

Early last year, the Taliban and the affiliated Haqqani network launched spectacular attacks on government buildings, hotels and guest houses inhabited by foreigners in Kabul.

Since then, however, the U.S.-led coalition and Afghan forces had been cracking down on Kabul-based insurgent cells. No serious attack occurred in the city for months—until the latest spate started in late December.

Coalition officials stress that Kabul is still secure, and that insurgent activity in the capital remains minor when compared with rural areas in much of the country, and in cities such as Kandahar or Ghazni.

In recent months, the Afghan government has forced international organizations, embassies and Western contractors to tear down many of the concrete blast walls that had mushroomed across the city, saying the fortifications disrupted civilian traffic and are unnecessary because Kabul has become safe.

That is a perception that the Taliban is determined to challenge. "We are paying more attention to Kabul," Zabiullah Mujahid, a spokesman for the Taliban, said Wednesday. "Kabul is most important for us as it's the heart of the government and foreign troops. We can easily hit our targets in Kabul."

The recent pickup in Taliban activity in the capital started soon after Haji Lala, a former bodyguard of the Taliban leader Mullah Mohammed Omar, was appointed as the insurgent group's shadow governor for Kabul late last year, Western officials say. The Taliban spokesman, Mr. Mujahid, said another insurgent commander oversees Kabul.

Haji Lala could have more leeway in getting various insurgent groups to cooperate in attacks within Kabul, a coalition intelligence official explained. "They can say, Hey, he's Mullah Omar's bodyguard, he's his boy…and you need to start listening to him," the intelligence official said.

The Taliban have also changed their tactics in Kabul, moving away from attacks on coalition forces and foreigners, and hitting "softer" Afghan security and government targets instead, the official said.

Kabul is the only part of the country where Afghan forces have taken over security responsibilities from the coalition. The Taliban's stepped-up attacks here underscore the fragile nature of the coalition's plans to start handing over other areas to Afghan troops. Afghan forces are supposed to assume control of the entire country by the end of 2014, allowing the bulk of the U.S.-led coalition troops to return home.

The latest Taliban attack in Kabul, on Wednesday, killed at least two and wounded about 30 when a suicide bomber detonated his explosives next to a minibus transporting employees of the National Directorate of Security, Afghanistan's intelligence agency.

"I saw dozens of bodies on the ground after the explosion and ev-

# LEGAL NOTICES

## BANKRUPTCY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO:    ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation GMC Truck Division NAO Fleet Operations GM Corporation GM Corporation-GM Auction Department National Car Rental National Car Sales Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC Saturn Corporation Saturn Motor Car Corporation GM Saturn Corporation Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc. NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

**1.    Approval of Disclosure Statement**. By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**2.    Confirmation Hearing**. A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court;

(d)  state with particularity the basis and nature of any objection to confirmation of the Plan;

(e)  be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;

(f)  be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:

(i)    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

(ii)   the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);

(iii)  General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);

(iv)  Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);

(v)   the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);

(vi)  Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

(vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);

(ix)  the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

(x)   Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and

(xi)  Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

**7.    Parties Who Will Not Be Treated as Creditors**. Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving

Get N

Legal Notices.

Call (852) 2831-2...

## STOCKS & BONDS

# After a Successful Bond Sale by Portugal, a Higher F

By Reuters

Shares on Wall Street finished solidly higher on Wednesday after European debt fears eased. The broad advance was led by banks and commodity-related shares.

Investors expect further flows into equities on speculation the economy will strengthen.

Banks were led by JPMorgan Chase, which rose 2.5 percent to $44.71 after its chief executive said the bank could increase its dividend once the Federal Reserve gave its approval. JPMorgan is expected to report its quarterly results on Friday.

The Dow Jones industrial average was up 83.56 points, or 0.72 percent, at 11,755.44. The Standard & Poor's 500-stock index was up 11.48 points, or 0.90 percent, at 1,285.96. The Nasdaq was up 20.50 points, or 0.75 percent, at 2,737.33.

The S.& P. is almost 9 percent higher since the start of December, in part on bets that earnings would be strong. While early results have suggested that optimism was justified, some analysts say it may be hard for equities to rise much further given recent gains.

Eric Marshall, director of research at Hodges Capital Management in Dallas said that money leaving the bond market was "slowly coming back into equities. This is really about the first time in three years we've seen outflows out of bond funds."

A healthy bond auction in Portugal drove investors into riskier assets. Portugal sold bonds valued at 1.25 billion euros ($1.62 billion) to strong demand. Lisbon's borrowing costs fell on the 10-year issue, but rose in the five-year. Investors were hopeful euro zone finance ministers would beef up the European Union's rescue fund.

"Europe has kept people from becoming more bullish than they would be otherwise, and the demand in the auction sets a positive tone going forward," said E. William Stone, chief investment strategist at PNC Wealth Management in Philadelphia.

Jason Pride, director of investment strategy at Glenmede In-

### The Dow Minute by Minute

Position of the Dow Jones industrial average at 1-minute intervals yesterday.



Previous close 11,671.88

Source: Bloomberg                                                                                              THE NEW YORK TIMES

vestment and Wealth Management in Philadelphia, said the auction showed stability in Europe. "There have been fears of contagion that could ripple into equity markets" he said.

Also lifting banks on Wednesday were positive comments from Wells Fargo, which raised the bank sector to an overweight rating, citing a decline in credit costs and positive loan growth.

Agricultural stocks rallied after a government report said American stockpiles of corn and soybeans would be drawn down to surprisingly low levels, lifting food prices and agricultural

shares.
The se
rose 3.3 p
ucts Inter
cent. The
pany Dee
percent.

Shares
diversifie
16.5 perc
company
its busine
traded c
holders w
the three

Investo
bon's bon

Traders
debt-lade
nance the
able cost
the Europ
tional Mo
cial aid in
land and

The FT
36.69 poin
the DAX
127.21 poin

The CA
83.15 point

The Tr

# Fed Survey Notes Signs Of Improving Economy

WASHINGTON (AP) — The United States economy ended last year on an encouraging note, with all parts of the country showing improvements, according to the latest Federal Reserve survey.

Factories produced more, shoppers spent more and companies hired more, all of which pointed to a stronger economy in 2011, the Fed reported in its survey of nationwide economic conditions, which was released on Wednesday.

Still, risks loom. Declining home prices and millions of foreclosures are depressing housing markets around the country, the survey said.

Companies are also paying more for materials, including oil, food products, steel, textiles and chemicals the survey noted

tame. The Fed will monitor inflation as it reviews its $600 billion Treasury bond-buying program, which is intended to bolster the economy by lowering interest rates, encouraging spending and lifting stock prices.

The Fed chairman, Ben S. Bernanke, has been optimistic that the economy will strengthen this year, but warned last week that it would take up to five years for unemployment, now at 9.4 percent, to drop to a historically normal level of around 6 percent.

The bond-buying program will come under scrutiny at the Fed's first meeting of 2011, on Jan. 25 and 26. Four regional Fed presidents become voting members of the its policy-making group at that meeting. Two of them — Richard W. Fisher, president of the Federal Reserve Bank of Dal

## Most Regions Experience Modest Growth

A roundup of regional economic conditions in the Federal Reserve's 12 districts released by the Fed on Wednesday. Based on information collected on or befor



**MINNEAPOLIS**
The economy continued its moderate recovery, with increases in consumer spending, tourism, services, manufacturing, energy, mining and agriculture.


Includes Alaska and Hawaii

**SAN FRANCISCO**
Holiday retail sales were up sharply compared with a year earlier, and demand continued to expand for consumer and business services. Manufacturing activity grew.



**CHICAGO**
Consumer and business spending continued to increase at a steady pace. Manufacturing production also increased, while private construction remained weak.



**CLEVELAN**
Economic
expanded
modest p
manufact
reporting
improvem
demand.
and auto
upbeat.



**PHILADELPHIA**
Manufacturers reported an increase in shipments and new orders. Retailers and auto dealers reported sales increases. Banks said demand for personal loans



**RICHMOND, VA.**
Economic activity improved, with manufacturers and retailers reporting solid gains. Tourism benefited from an early start to the ski season. Banking reported



**ATLANTA**
Holiday sales were described as generally positive and above expectations. Tourism companies noted increases for both business and leisure travel.

**ST. LOUIS**
Manufact
activity ha
to increas
services s
improved.
Early rep
retailers i
holiday sa

# World

## Mexico drug killings peak amid offensive

A total of 34,612 people died in drug-related killings in Mexico in the four years since Mexican President Felipe Calderón declared an offensive against drug cartels, officials said Wednesday.

The killings reached their highest level in 2010, jumping by almost 60% to 15,273 deaths from 9,616 the previous year. The rate of killings grew in the first half of 2010 but then stabilized and began to decline in the last quarter of the year, federal security spokesman Alejandro Poire said.

Calderón said Wednesday that 2010 "has been a year of extreme violence."



By Vanderlei Almeida, AFP/Getty Images

## Deadly mudslides in Brazil

**Digging through debris:** Crews search for victims after heavy rains caused mudslides in Teresopolis, about 40 miles north of Rio de Janeiro. The sea of red mud has killed at least 239 people in 24 hours in Brazil. Some survivors clung to trees to escape.

### Violence escalates over Ivory Coast vote

Ivory Coast security forces loyal to the sitting president who is refusing to cede power descended on an opposition stronghold and opened fire on protesters for the second time in as many days.

The head of the army, Philippe Mangou, read a declaration on state television warning that attacks by opposition supporters on their men amounted to "acts of war" and that this has given them the right to retaliate.

Mangou remains loyal to incumbent Laurent Gbagbo, who has not stepped down despite having lost the recent election. Residents in Abobo had voted in large numbers for opposition leader Alassane Ouattara, who was internationally recognized as the winner of the Nov. 28 election. On Tuesday, four civilians were killed during a raid in Abobo.

### Biden visits Iraq for transition talks

Vice President Biden arrived in Iraq for talks with the new government's leaders about the future of American troops in the country as they prepare to leave at year's end. Biden's unannounced trip marks the first visit by a top U.S. official since Iraq approved a new Cabinet last month.

*The Associated Press*

## Faith-based aid bolste

### More than $300M, army of volunteers help in recovery

By Cathy Lynn Grossman
USA TODAY

More than $300 million dollars and thousands of volunteers — all powered by religious faith — have poured in to earthquake-shattered Haiti to help rebuild the country and restore its spirit.

Church by church, parish by parish, hundreds of thousands of Americans have donated funds or traded vacations for mission trips. Although international governmental aid is the mainstay of Haiti relief, faith-based groups offer significant muscle in funds and volunteers.

Among the leaders, Catholic Relief Services has raised $192 million, including $80 million raised in a special U.S. parish collection. About 80% of Haitians are Catholic.

The agency doubled its Haiti-based staff from 300 workers before the quake to 600 now. It expanded its focus from agriculture and HIV/AIDS work to emergency food and shelters, reconstruction employment for 



By David Albers,

**Near mass grave:** Missionary workers and staff from St. ticipate in a outdoor candlelight Mass on Tuesday in Tita

10,000 Haitians and fighting the cholera epidemic, spokesman Tom Price says. And $33 million will be set aside to rebuild Catholic churches, schools and seminaries.

Nearly 500 U.S. parishes and Catholic institutions have partnerships in Haiti, sending aid and volunteers.

Samaritan's Purse, an evangelical Christian global relief agency, "raised

more for Haiti project we've million — most donations," says ham, founder of

About $30 m spent. Initially, S centrated on th Port-au-Prince. cargo and mach

## Hezbollah fells Lebanese gover

The Associated Press

BEIRUT — Lebanon's government collapsed Wednesday after Hezbollah and its allies resigned from the Cabinet in a dispute over upcoming indictments in the 2005 assassination of former prime minister Rafik Hariri.

A United Nations-backed tribunal investigating the truck bombing that killed Hariri and 22 others is to publish its findings soon and could accuse members of Hezbollah, a U.S.-designated terrorist group, of being involved in the murder.

Hezbollah is demanding the Lebanese government announce it will not abide by the findings of the tribunal, which it called a puppet run by the U.S. and Israel.

"This Cabinet has become a burden on the Lebanese, unable to do its work," Jibran Bassil, who resigned his post as energy minister, said at a news conference. He was flanked by the other Hezbollah-allied ministers who are stepping down. Bassil said the ministers decided to resign after Hariri's son Saad "succumbed to foreign and American pressures."

Hezbollah's pullout means the end of a Western-backed bloc led by Saad Hariri and increases the threat of violence.

In 2008, armed members of Hezbollah took over sections of Beirut in fighting after the government refused to 



USA TODAY

give veto power over decisions to the group, a minority faction in the parliament. Dozens of people were killed in the street fighting.

Hezbollah, a Shiite Muslim organization, is supported by

# BUSINESS CLASSIFIED

TO PLACE AN AD CALL: 1-866-999-9ADS (9237) »   EMAIL: ADVERTISING@GLOBEANDMAIL.COM

## COMMERCIAL REAL ESTATE

### SIGNATURE RESORTS PORTFOLIO





The Province of Nova Scotia wishes to determine the viability of divesting ownership of the three Nova Scotia Signature Resorts, individually or as a group, by seeking expressions of interest from the private sector. We encourage you to view the web site for more information.

**www.gov.ns.ca/tenders/60141155**

Curtis Gallagher, Sales Representative     Bob Book
416.359.2567                                902.424.7577
curtis.gallagher@ca.cushwake.com            bookbe@gov.ns.ca

   

### RESIDENTIAL INFILL OPPORTUNITY / EDUCATIONAL FACILITY
### 69 MAITLAND ST., BRAMPTON

- 5.09 acre site
- Well located at Dixie / Williams Parkway near Hwy. 410, 407
- 25,747 square foot, 12 room existing school
- Asking Price $6,000,000
- Offers due Feb. 10, 2011 by 2 pm

Ashley Martis*      416.359.2668
Megan Sauro**      416.359.2391



\* Broker
\*\* Sales Rep.    Cushman & Wakefield Ltd., Brokerage

### COMMERCIAL REAL ESTATE



Prime



85 acres

— Approximately 85 Gross Acres
— Exposure to both highway 404 and Lesli
— Surrounding area under development
— Rare Opportunity to purchase major larg demand/high growth area

**Peter Schmidt\***, B.A.A., SIOR    **Matt Muller\***
Senior Vice President               Vice President
peter.schmidt@dtzbarnicke.com       matt.muller@dtzbarnicke.co

**Tel: 416 449 1710**

---

## For Sale or Lease

**400 Carlingview Drive, Toronto**
– 26,754 sq ft freestanding office building
– **155 parking spaces (6/1,000 sq ft)**
– Located minutes from Pearson
– Excellent access to highways and TTC
– Available immediately

**Patrick Power†**
patrick@power-org.com
**Tel: 416 988 1592**



**Remi Nickel\***
remi.nickel@dtzbarnicke.com
**Tel: 905 848 1215**



  

†Broker of Record   * Sales Representative  -  DTZ Barnicke Limited, Real Estate Brokerage

## SARNIA PLAZA

**51,867 sf @ 8.7 CAP**
**$3,100,000.00**

*For further details, please contact:*

**Kenn Poore, Broker**
**519-332-0135**



DTZ Barnicke London Windsor Sarnia Ltd.,
Real Estate Brokerage
Independently Owned and Operated

---

## TENDERS

### Hydro One Networks In
### Request for Tende

Hydro One Networks Inc. invites qua submit a tender for Janitorial Service, Area, Ontario, Canada, all in accordan Request for Tender (RFT).

To qualify to submit a tender, a repres company must attend a mandatory bri tour") verified by an authorized Hydro representative. **Such meetings are be**

- **Wednesday January 26, 2011** at **1:** for **Geraldton S.C.**
- **Thursday January 27, 2011** at **1:00** for **Marathon S.C.**
- **Tuesday, February 1, 2011** beginn for **Dryden Pole Yard Mech Gara**
- **Wednesday, February 2, 2011** at **9** for **Kenora O.C.**
- **Thursday, February 3, 2011** at **8:3** for **Fort Frances S.C.**

To request a copy of the RFT, please **requestinformation@hydroone.com** line "**RFT 1000143044 – Janitorial Se Northwestern Area**". Provide your co mailing address, contact name, telepho mail address, and the RFT will be e-m

---

## LEGALS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re                                   Chapter 11 Case No.
**MOTORS LIQUIDATION COMPANY,** *et al.*,   **09-50026 (REG)**
f/k/a General Motors Corp., *et al.*    **(Jointly Administered)**
Debtors.

NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT;
(II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON
CONFIRMATION OF THE PLAN AND PROCEDURES FOR
OBJECTING TO CONFIRMATION OF THE PLAN; (IV)
PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN;
AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE

TO:   ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation GMC Truck Division NAO Fleet Operations GM Corporation GM Corporation-GM Auction Department National Car Rental National Car Sales Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC Saturn Corporation Saturn Motor Car Corporation GM Saturn Corporation Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution** | 09-50028 | 38-2755764 | Saturn Distribution Corporation |

the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
(i)  Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
(ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
(iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
(iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
(v)  the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
(vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
(vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
(viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
(ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie

## ENERGY

### Iceland's energy ownership might be up for vote, leader says

**Iceland's Prime Minister, Johanna Sigurdardottir,** signalled she may put energy ownership to a referendum after singer-songwriter Bjork Gudmundsdottir, right, started a petition to block the sale of a local unit to a foreign buyer. "I applaud the great support, the call for the national ownership of natural resources, which can be seen in the demand made by tens of thousands of Icelanders that a referendum take place on ownership of Iceland's energy

## MINING

### From penny stock to $17.25

**MINER**
*Continued from Page FP1*

Consolidated Thompson was then a penny stock on the TSX Venture Exchange with a market cap of $2-million and some untouched land in Eastern Quebec. The management team eventually raised the required US$1-billion to build the Bloom Lake mine. That included a US$240-million financing with Chinese steelmaker Wuhan Iron & Steel Corp. shortly after the financial crisis.

As Bloom Lake inched closer to production last year, Consolidated Thompson quietly engaged in talks with Cliffs about a merger. The public news from the company was a lot uglier: In November, Mr. Quesnel was forced to resign after a Quebec court convicted him of insider trading.

Mr. Tobin, a career politician, was suddenly thrust into the role of mining CEO as the deal with Cliffs came together. He had a crisis of his own to deal with, as his son was charged in connection with a fatal vehicle accident in December.

But when it came to being CEO and negotiating the merger, he said it was not that much of a stretch. "I'm a career negotiator. I was premier of Newfoundland and Labrador when we concluded Hibernia, when we did White Rose, and when we did the Terra Nova [oil and gas projects]," he said.

Most analysts have hailed

ing it was a fair price and a rival bid is unlikely.

The company most likely to mount one, analysts said, is Rio Tinto Ltd. Since Rio has iron ore operations in the Labrador Trough, it could also generate synergies from Bloom Lake. But Rio is busy with a multibillion-dollar expansion of its Pilbara iron ore operations in Australia, and most experts think it will stick to that. Consolidated Thompson also ran a process and did not find a better deal.

Dennis da Silva, a resource fund manager at Middlefield Capital, suggested a counter-bid 15% to 20% higher is possible, saying Bloom Lake could generate massive free cash flow if production is doubled to 16 million tonnes a year in the next few years. "I like the deal in principle in that it's in play now, but I think there's still some room to manoeuvre on the price," he said.

Mr. Tobin agreed there is plenty of upside in Bloom Lake, but is confident the board negotiated a good deal. He said Consolidated Thompson was a $9 stock a few months ago. Now it is being taken out for $17.25 a share, creating a huge financial windfall for most everyone involved.

"I've enjoyed it thoroughly," he said of his time in the mining business. "Nothing ever replaces the joy and fun of political life, but much to my surprise, business comes a close second."

*Financial Post*

**CONSOLIDATED THOMPSON**
Ticker **CLM/TSX**
Close **$17.34, up $3.96**
Total volume **74,885,802**



Baffinland's Mary River project in Nunavut carries a development pri

### Baffinland shares jun on possible higher b