UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On January 14, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 8609].

Dated: January 19, 2011                    /s/ Alison Moodie_____
       Melville, New York                  Alison Moodie

Sworn to before me this 19th day of January, 2011

/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011

# EXHIBIT A

| | |
|---|---|
| CUMMINS INC E TAL<br>C/O JILL MURCH ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK STREET SUITE 2800<br>CHICAGO, IL 60654 | CUMMINS INC E TAL<br>KATHERINE R CATANESE, ATTORNEY FOR CUMMINS INC, ET AL<br>FOLEY & LARDNER LLP<br>500 WOODWARD AVE, SUITE 2700<br>DETROIT, MI 48226 |
| DETROIT DIESEL CORPORATION<br>C/O MICHAEL T CONWAY ESQ<br>LECLAIR RYAN A PROF CORP<br>830 THIRD AVENUE FIFTH FLOOR<br>NEW YORK, NY 10022 | EXPEDITION HELICOPTERS INC<br>C/O PATERSON MACDOUGALL LLP<br>ATTN TIMOTHY TREMBLEY<br>ONE QUEEN STREET EAST SUITE 900 BOX 100<br>TORONTO ON M5C 2W5 CANADA |
| GRANITE STATE INSURANCE COMPANY ET AL<br>C/O CHARTIS US<br>ATTN: MICHELLE A LEVITT, AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | NEW FLYER OF AMERICA INC<br>711 KERNAGHAN AVE<br>ATTN COLIN PEWARCHUK, ESQ<br>WINNIPEG, MANITOBA CANADA R2C 3T4 |
| NEW FLYER OF AMERICA INC<br>TORYS LLP<br>237 PARK AVENUE<br>ATTN CHRISTOPHER C APARELLI<br>NEW YORK, NY 10017-1 | NORTHROP GRUMMAN OHIO CORPORATION<br>ATTN KENNETH M REISS ESQ<br>M/S C-4S1<br>7555 COLSHIRE DRIVE<br>MCLEAN, VA 22102 |
| NORTHROP GRUMMAN OHIO CORPORATION<br>HUNTON & WILLIAMS LLP<br>ATTN D ALAN RUDLIN ESQ<br>951 E BYRD ST<br>RICHMOND, VA 23219 | |