**MCELROY, DEUTSCH, MULVANEY**
   **& CARPENTER LLP**
Kristin B. Mayhew (9794)
30 Jelliff Lane
Southport, CT  06890-1436
Tel    (203) 319-4022
Fax   (203) 259-0251
*Admission Pro Hac Vice*
**Attorneys for Illinois Tool Works Inc.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.* | |
|    f/k/a General Motors Corp, *et al.*, | Case No.09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |
| | January 19, 2011 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned hereby withdraws her appearance in the above-captioned bankruptcy proceeding, on behalf of **ILLINOIS TOOL WORKS, INC.,** (and its affiliates, if any, represented by the undersigned "ITW"), creditor and party-in-interest therein.

PLEASE TAKE FURTHER NOTICE, that the undersigned performed servces and filed papers for ITW and hereby withdraws her request (whether formal or informal) that all notices and papers served or required to be served in this proceeding – including ECF notices from the U.S. Bankruptcy Court – be given to and served on the following:

Kristin B. Mayhew  
McElroy, Deutsch, Mulvaney & Carpenter, LLP  
30 Jelliff Lane  
Southport, CT  06890-1436  
Tel.:   (203) 319-4022  
Fax:   (203) 259-0251  
Email: kmayhew@mdmc-law.com

　　　　　　　　/s/ Kristin B. Mayhew　　　　　　  
Kristin B. Mayhew (9794)  
McElroy, Deutsch, Mulvaney & Carpenter, LLP  
30 Jelliff Lane  
Southport, CT  06890-1436  
Tel.:   (203) 319-4022  
Fax:   (203) 259-0251  
Email: kmayhew@mdmc-law.com

KBM/32073/60/1006520v1  
01/19/11-HRT/DJP

2

## CERTIFICATE OF SERVICE

Copies of the foregoing were served by operation of the Court's electronic notification system (CM/ECF) on January 19, 2011.

                                                      /s/ Kristin B. Mayhew
                                                      Kristin B. Mayhew