December 30, 2010

12 Canterbury Rd.
Hamden, CT 06514

Dear Sirs:

I am acting on claim number 1476485 regarding General Motors Liquidation Company. I have suffered two strokes and am unable to attend the United States Bankruptcy hearing court Southern District of New York.

If the court finds that my petition is valid, please send me my proceeds.

Thank you,

Yours truly,
Art Staples