JOHN W. RALSTON JR.
5706 GLADES PIKE, SC5132
P.O. BOX 631
SOMERSET, PA. 15501-0631

1/2/2011

ATTORNEYS FOR WILMINGTON TRUST COMPANY:

DEAR SIRS,

RE: MOTORS LIQUIDATION COMPANY, et al.,

I AM A BONDHOLDER! I HAVE NEVER RECEIVED ANY NOTICE, OR PAPER WORK FOR, OR ON THE CHAPER 11 PLAN (RCF NO. 8015)! I HAVE GOTTEN A WRONG AMOUNT FIGURE ON THE (DUPLICATE DEBT CLAIMS)

I ONLY AM LISTED FOR $20,000. AND IT SHOULD BE $25,000.! COPY PROOF ENCLOSED. I NEED ANY, AND ALL PAPERWORK ON THE BONDS, AND TRUSTS?

I AM REQUESTING ANYTHING: INDENTURE TRUSTEES.

(P) 8.250% SENIOR DEBENTURES DUE JULY 15, 2023. I HOLD $25,000. EQUITY INTERESTS IN MLC SUBSIDIARIES HELD BY THE DEBTORS. WHAT DOES THAT MEAN TO MY ISSUES?

OWNER/TRUSTEE
John W. Ralston Jr.

CAN I GET A COPY OF THE SOLICITATION OF ACCEPTANCE PLAN??

**E✱TRADE FINANCIAL**
Trading · Investing · Banking

**E✱TRADE Complete™**
Investment Account

John W. Ralston Jr. Trust

Account Number: 5566-6178    Statement Period: November 1, 2010 - November 30, 2010    Account Type: TRUST

### PREFERRED STOCKS

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| CAPSTEAD MORTGAGE CORP $1.26 CUM CONV PFD SER B | CMO-PRB | Margin | 200 | 14.0900 | 2,818.00 | 3.83 | 252.00 | 8.94% |
| **TOTAL PREFERRED STOCKS** | | | | | **$2,818.00** | **3.83%** | **$252.00** | **8.94%** |

### MUTUAL FUNDS (5.97% of Holdings)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| DUFF & PHELPS UTILITY & CORPORATE BOND TRUST INC | DUC | Margin | 200 | 12.0300 | 2,406.00 | 3.27 | 163.00 | |
| ING GLOBAL EQUITY DIVIDEND AND PREMIUM OPPORTUNITY FUND | IGD | Margin | 100 | 11.4600 | 1,146.00 | 1.56 | 120.00 | |
| NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND | JPC | Margin | 100 | 8.4700 | 847.00 | 1.15 | 63.00 | |
| **TOTAL MUTUAL FUNDS** | | | | | **$4,399.00** | **5.97%** | **$356.00** | |

### FIXED INCOME (10.54% of Holdings)

### CORPORATE BONDS (10.53% of Holdings)

| DESCRIPTION | ACCT TYPE | BOND RATING (S&P/Moody) | QUANTITY | PRICE | TOTAL MKT VALUE | ACCRUED INTEREST | PORTFOLIO (%) | EST. ANNUAL INCOME | EST. ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CORP SENIOR DEB DATED DATE 07/03/03 BOOK ENTRY ONLY IN DEFAULT DUE 07/15/2023 8.250% CUSIP: 370442BV4 | Margin | | 25,000 | 31.0000 | 7,750.00 | 0.00 | 10.53 | | |
| **TOTAL CORPORATE BONDS** | | | | | **$7,750.00** | **$0.00** | **10.53%** | | |