**GCG**
People. Power. Performance.

*[Handwritten at top: Dec 30/10 wrote to Garden City Group ATTN Motors Liquidation Co Claims P.O. Box 9386 Dublin Ohio 43017-4286]*

*[Handwritten left margin: Rec'd Reply Jan 6 2011]*

January 05, 2011

*[Stamp: RECEIVED JAN 10 2011 U.S. BANKRUPTCY COURT, SDNY]*

Vera V MC Master
10275 Ben Hur Ave
Whittier CA 90605

In Re: **Motors Liquidation Company - 09-50026(REG)**

Dear Ms. MC Master:

We are in receipt of your correspondence. Please be advised that The Garden City Group, Inc. (GCG) is the claims and noticing agent in the Motors Liquidation Company f/k/a General Motors Corp. proceedings. In that capacity, we are unable to answer your specific questions.

You may obtain additional information regarding your questions by accessing the website www.motorsliquidationdocket.com . Please feel free to contact us if you have any further questions are concerns.

Sincerely,

/s/Alison Moodie
Alison Moodie
Project Supervisor
Bankruptcy Operations

*[Handwritten note at bottom: 1/8/2011 — To whom it may concern, Want to sell them. I own 50 shares of G.M. stock. As a widow Senior I'm not computer savvy. Impossible to keep up with changes. Who do I contact & when? Please advise. Thank you for your effort. Sincerely, Vera M Master]*