# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HOWARD COUNTY, MARYLAND<br>C/O HOWARD COUNTY OFFICE OF LAW<br>ATTN: MARGARET ANN NOLAN/CAMELA J SANDMANN ESQ<br>3430 COURTHOUSE DRIVE<br>ELLICOT CITY, MARYLAND 21043 |
| Claim Number (if known): | 70485 |
| Date Claim Filed: | 11/1/2010 |
| Total Amount of Claim Filed: | $1,143.75 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____1/3/11_____

Print Name: __Camela J. Sandmann__

Title (if applicable): __Asst. County Solicitor__

US_ACTIVE:¥43219392¥02¥72240.0639