# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | X  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR   72225-1906 |
| Claim Number (if known): | 3113 |
| Date Claim Filed: | 10/5/2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1-5-11

Print Name: ROB SCOTT

Title (if applicable): UCP MANAGER

US_ACTIVE:¥43219392¥02¥72240.0639