# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>X MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management<br>Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company,<br>Inc., Case No. 09-50030 |
| Creditor Name and Address: | AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR    72225-1906 |
| Claim Number (if known): | 3114 |
| Date Claim Filed: | 10/5/2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _1 - 5 - 11_____

Print Name: _ROB SCOTT_____

Title (if applicable): _UCP MANAGER_

----------------------------------------------------------------------------------------------------