**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                    :        **Chapter 11**
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                :        **Case No. 09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.,*          :
                                                         :
            **Debtors.**                                 :        **(Jointly Administered)**
                                                         :
-------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF SUFFOLK        )

I, Radha S. Rai, being duly sworn, depose and state:

1.      I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing

agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.

Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On January 19, 2011, on behalf of Godfrey & Kahn, S.C., counsel for the Fee Examiner, I

caused a true and correct copy of the following document to be served by first class mail on the

parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting the Third and Fourth Applications of Brownfield
  Partners, LLC for Allowance of Interim Compensation for Professional
  Services Rendered and Reimbursement of Expenses Incurred from
  February 1, 2010 through September 30, 2010 [Docket No. 8726].

Dated:  January 20, 2011                          /s/ Radha S. Rai
        Melville, New York                        Radha S. Rai

Sworn to before me this 20th day of January, 2011

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011

# EXHIBIT A

BROWNFIELD PARTNERS, LLC
475 17TH STREET
SUITE 950
DENVER, CO 80202

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102