# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>ATTN: PAM DIZIKES<br>707 N ROBINSON AVE<br>OKLAHOMA CITY, OK    73102-6010 |
| Claim Number (if known): | 48331 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | Unliquidated |

[RECEIVED JAN 13 2011 U.S. BANKRUPTCY COURT, SDNY]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1·05·2011

_Pamela Brown Dizikes_

Print Name: Pamela Brown Dizikes

Title (if applicable): Attorney, Office of General Counsel

US_ACTIVE:¥43219392¥02¥72240.0639