# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X    Motors Liquidation Company, Case No. 09-50026 <br><br> ☐    MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐    MLCS, LLC, Case No. 09-50027 <br><br> ☐    MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐    Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐    Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | STILLWATER MINING COMPANY <br> JAMES BINANDO/JOHN STARK <br> PO BOX 1330 <br> 536 EAST PIKE AVENUE <br> COLUMBUS, MT 59019 <br><br> C/O <br> MARY JO HESTON <br> LANE POWELL PC <br> 1420 FIFTH AVENUE, SUITE 4100 <br> SEATTLE, WA 98101-2338 <br> DIRECT: 206.223.7015 <br> CELL: 253.370.6924 <br> *COUNSEL TO STILLWATER MINING COMPANY* |
| Claim Number (if known): | 33211 |
| Date Claim Filed: | 11/17/2009 |
| Total Amount of Claim Filed: | $62,824,920.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/10/11

Print Name: MARY JO HESTON

Title (if applicable): Attorney for Stillwater Mining Company

US_ACTIVE:¥43603571¥01¥US.BFR