# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Romain Buick, Inc.<br>c/o Paul J. Wallace<br>Jones • Wallace, LLC<br>420 Main St., Suite 1600<br>Evansville, IN   47708 |
| Claim Number (if known): | 37197 and 37198 |
| Date Claim Filed: | November 23, 2009 |
| Total Amount of Claim Filed: | Unknown |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1-13-10

Print Name: Paul J. Wallace
Title (if applicable): Attorney

US_ACTIVE:\43219392\02\72240.0639