Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (*pro hac vice* pending)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| GENERAL MOTORS CORP., *et al.*, | : Case No. 09-50026 (REG) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------ X

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) s.s.: |
| COUNTY OF NEW YORK | ) |

1. Eddie Feldstein, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed as a project manager by the firm of Williams Lea.

2. I caused to be served on January 14, 2011 a true and correct copy of the (i) **Notice of Hearing on Motion of the TPC Lenders for an Entry of an Order (I) Initiating**

**Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; (ii) **Motion of the TPC Lenders for an (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; and (iii) **proposed Order Granting Motion of Wells Fargo Bank Northwest, N.A., as Agent for an Entry of an Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; by regular mail upon the parties listed on the service list attached hereto as Exhibit "A" (GM Master Service List).

_____
EDDIE FELDSTEIN

NYSDL

Sworn to before me this
20 day of January, 2011

_____
Notary Public

```
PLINIO A. DIAZ
Notary Public, State of New York
No. 01DI6043481
Qualified in Queens County
Commission Expires June 19, 201
```

NY1 7516849v.1

2