Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (*pro hac vice* pending)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               )    s.s.:
COUNTY OF NEW YORK             )

  1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

  2. I caused to be served on January 14, 2011 a true and correct copy of the (i)

**Notice of Hearing on Motion of the TPC Lenders for an Entry of an Order (I) Initiating**

**Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; (ii) **Motion of the TPC Lenders for an Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; and (iii) **proposed Order Granting Motion of Wells Fargo Bank Northwest, N.A., as Agent for an Entry of an Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; by Federal Express for overnight delivery upon (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq.; and (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York 10004, Attn: Tracy Hope Davis, Esq.

.

                                             /s/ Eileen A. McDonnell
                                             EILEEN A. MCDONNELL

Sworn to before me this
20th day of January, 2011

/s/ Melanie Nelson
    Notary Public
Notary Public, State of New York
No. 01NE6214750
Qualified in New York County
Commission Expires 12/21/13

NY1 7545211v.1