**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey, 07054-2891
Telephone:    (973) 966-6300
Facsimile:    (973) 966-1015

- and -

7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
SCOTT A. ZUBER, ESQ. (SZ-9728)
HERBERT K. RYDER, ESQ. (HR-5137)

*Attorneys for SPCP Group, L.L.C.,*
*as Agent for Silver Point Capital Fund, L.P.*
*and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** f/k/a General Motors Corp., *et al.*, | **Case No. :  09-50026 (REG)** |
| Debtors. | **(Jointly Administered)** |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

     A CLAIM HAS BEEN FILED IN THIS CASE by David Szymanak (the "Transferor"), against Motors Liquidation Company, f/k/a General Motors Corp. (the "Debtor"), in the amount of $10,000,000.00 (designated as Claim No. 59192), which claim was settled in the amount of $2,800,000.00, pursuant to a certain stipulation and settlement resolving claims, entered into by and between the Transferor and the Debtor on or about October 7, 2010 (as settled, the "Claim"). Assignee (named below) hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by reference.

83451218.1

| **Name of Assignee:** | **Name of Transferors:** |
|---|---|
| SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | David Szymanak |

**Names and Addresses where notices to Assignee should be sent:**

Adam J. DePanfilis
Silver Point Capital, LP
660 Steamboat Road
Greenwich, CT 06830

With a copy to:

Day Pitney LLP
7 Times Square
New York, New York  10036
Attn:   Ronald S. Beacher, Esq.
Telephone     (212) 297-5812

**Name and Address where Assignee payments should be sent:**

SPCP Group, L.L.C.
Two Greenwich Plaza
Greenwich, Connecticut 06830
Attn:   Brian A. Jarmain
Telephone:     (203) 542-4032

**Name and Address where notices to Transferors should be sent:**

Lisa L. Poirer
8102 Firenze Lane
Clay, NY  13041

With a copy to:

Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP
113 East 37th Street
New York, NY  10016
Attn:  Terrence E. McCartney, Esq.
Telephone:  (212) 684-1880

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001 (e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Claim as an unconditional transfer; and (ii) the Assignee is the valid owner of the Claim.

Dated: Parsippany, New Jersey  
       January 20, 2011

**DAY PITNEY LLP**

By:     /s/ Scott A. Zuber  
      Scott A. Zuber (SZ-9728)  
One Jefferson Road  
Parsippany, New Jersey, 07054-2891  
Telephone:   (973) 966-6300  
Facsimile:   (973) 966-1015

*Attorneys for SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.*