# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                                          :

MOTORS LIQUIDATION COMPANY, *et al.*,    :
         f/k/a General Motors Corp., *et al.*     :             Chapter 11
                                                     :             Case No. 09-50026 (REG)
                                                     :             (Jointly Administered)
                        Debtors.                       :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                                 ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 21, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8778) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                                 /s/ Chanpreet Kondal
                                                                                 Chanpreet Kondal

Sworn to before me this 21st day of
January, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

Thomas Lamphiear and Dolores Lamphiear
c/o Murphy & Prachthauser, S.C.
Attn: Thadd L. Llaurado, Esq.
1 Plaza East, Suite 1200
330 East Kilbourn Avenue
Milwaukee, WI 53202

TRANSFEREE

SPCP Group, L.L.C., as agent for Silver Point Capital Fund,
L.P. and Silver Pont Capital Offshore Fund, Ltd.
c/o Silver Point Capital, LP
Attn: Adam J. DePanfilis
660 Steamboat Road
Greenwich, CT 06830

SPCP Group, L.L.C., as agent for Silver Point Capital Fund,
L.P. and Silver Pont Capital Offshore Fund, Ltd.
c/o Day Pitney LLP
Attn: Ronald S. Beacher, Esq.
7 Times Square
New York, NY 10036