## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                       :
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :
       f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                             :    Case No. 09-50026 (REG)
                                                             :    (Jointly Administered)
              Debtors.              :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**  )
                       ) ss
COUNTY OF **SUFFOLK**  )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 21, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8779) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                 /s/ Chanpreet Kondal
                                                                 Chanpreet Kondal

Sworn to before me this 21st day of
January, 2011
/s/ Gea Somma_____ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

### TRANSFEROR

David Szymanak
c/o Lisa L. Poirer
8102 Firenze Lane
Clay, NY 13041

David Szymanak
c/o Rheingold, Valet, Rheingold, Shkolnik &
McCartney, LLP
Attn: Terrence E. McCartney, Esq.
113 East 37th Street
New York, NY 10016

### TRANSFEREE

SPCP Group, L.L.C., as agent for Silver Point Capital Fund,
L.P. and Silver Pont Capital Offshore Fund, Ltd.
c/o Silver Point Capital, LP
Attn: Adam J. DePanfilis
660 Steamboat Road
Greenwich, CT 06830

SPCP Group, L.L.C., as agent for Silver Point Capital Fund,
L.P. and Silver Pont Capital Offshore Fund, Ltd.
c/o Day Pitney LLP
Attn: Ronald S. Beacher, Esq.
7 Times Square
New York, NY 10036