# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
        Debtors.         :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**       )
                         ) ss
COUNTY OF **SUFFOLK**       )

I, Chanpreet Kondal, being of full age, states as follows:

    1. I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2. On January 21, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8782) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                     /s/ Chanpreet Kondal
                                                                     Chanpreet Kondal

Sworn to before me this 21st day of
January, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

LeAnne E. Clark
c/o LeBarron N. Boone
P.O. Box 4160
Montgomery, AL 36103

TRANSFEREE

Longacre Institutional Opportunity Fund, L.P.
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019