Daniel G. Bruce, Esq.
Baxter Bruce & Sullivan P.C.
P. O. Box 32819
Juneau, Alaska   99803
(907) 789-3166 - phone
(907) 789-1913 - fax
Of Attorneys for Trustee Larry D. Compton

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) |
| --- | --- |
|  | ) |
| MOTORS LIQUIDATION COMPANY, | ) |
| et al., f/k/a General Motors Corp., et al. | ) |
|  | ) |
| Debtor. | ) Chapter 11 |
|  | ) Case No. 09-50026 (REG) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of January, 2011, a true and correct copy of the cover page of the Notice of Electronic Filing for <u>OPPOSITION TO MOTION TO DISALLOW PROOF OF CLAIM FILED BY LARRY D. COMPTON, TRUSTEE FOR THE ESTATE OF CAPITAL CHEVROLET</u>, filed on January 20, 2011, at DE 8777 was served on the following:

| | |
| --- | --- |
| Weil, Gotshal & Manges, LLP<br>attorneys for the Debtors<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:  Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq. | by ECF and email at:<br>Stephen.karotkin@weil.com<br>Theodore.tsekerides@weil.com<br>shai.waisman@weil.com<br>Harvey.miller@weil.com<br>garrett.fail@weil.com<br>joseph.smolinsky@weil.com<br>Michele.meises@weil.com<br>sarah.roberts@weil.com<br>Pablo.falabella@weil.com<br>lacey.laken@weil.com |
| Vedder Price, P.C.<br>attorneys for Export Development Canada<br>1633 Broadway, 47th Floor | by ECF and email at:<br>mjedelman@vedderprice.com<br>ecfnydocket@vedderprice.com |

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

In re Motors Liquidation, 09-50026 (REG)
Certificate of Service                                                                                     Page 1 of 3

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

| | |
|---|---|
| New York, NY  10019<br>Attn:  Michael J. Edelman, Esq.<br>Michael L. Schein, Esq. | |
| Kramer Levin Naftalis & Frankel LLP<br>attorneys for the statutory committee of unsecured creditors<br>1177 Avenue of the Americas<br>New York, NY  10036<br>Attn:  Thomas Moers Mayer, Esq.<br>Robert Schmidt, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq. | by ECF and email at:<br>lmacksoud@kramerlevin.com<br>rchaikin@kramerlevin.com<br>jfriedman@kramerlevin.com<br>rschmidt@kramerlevin.com |
| US Attorney's Office, SDNY<br>86 Chambers Street, Third Floor<br>New York, NY  10007<br>Attn:  David S. Jones, Esq.<br>Natalie Kuehler, Esq. | by ECF and email at:<br>Natalie.kuehler@usdoj.gov<br>david.jones6@usdoj.gov<br>john.donovan2@usdoj.gov |
| Caplin & Drysdale, Charter<br>Attorneys for the official committee of unsecured creditors holding asbestos-related claims<br>375 Park Avenue, 35th Floor<br>New York, NY  10152-3500<br>Attn:  Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq. | by ECF and email at:<br>ei@capdale.com<br>rct@capdale.com |

The undersigned further hereby certifies that on this 21st day of January, 2011, a true and correct copy of the <u>OPPOSITION TO MOTION TO DISALLOW PROOF OF CLAIM FILED BY LARRY D. COMPTON, TRUSTEE FOR THE ESTATE OF CAPITAL CHEVROLET and AFFIDAVIT OF LARRY D. COMPTON</u>, filed on January 20, 2011, at DE 8777 was served on the following:

| | |
|---|---|
| Motors Liquidation Company- Debtors<br>401 South Old Woodward Avenue, Suite 370<br>Birmingham, MI  48009<br>Attn:  Ted Stenger | by email at:<br>tstenger@alixpartners.com |
| General Motors, LLC<br>400 Renaissance Center<br>Detroit, MI  48265<br>Attn:  Lawrence S. Buonomo, Esq. | Lawrence.s.buonomo@gm.com |
| Cadwalader, Wickersham & Taft LLP<br>Attorneys for the US Dept of Treasury | by fax at:<br>(212) 504-6666 |

In re Motors Liquidation, 09-50026 (REG)
Certificate of Service                                                                                              Page 2 of 3

| | | |
|---|---|---|
| 1 | One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi, Esq. | |
| 2 | US Dept of Treasury<br>1500 Pennsylvania Ave NW, Rm 2312<br>Washington, DC 20220<br>Attn: Joseph Samarias, Esq. | by fax at:<br>(202) 622-6415 |
| 3 | Office of the US Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis, Esq. | by fax at:<br>(212) 668-2255 |
| 4 | Caplin & Drysdale, Charter<br>Attorneys for the official committee of<br>unsecured creditors holding asbestos-<br>related claims<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005<br>Attn: Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq. | by fax at:<br>(202) 429-3301 |
| 5 | Stutzman, Bromberg, Esserman &<br>Plifka, APC<br>attorneys for Dean M. Trafelet in his<br>capacity as the legal representative for<br>future asbestos personal injury<br>claimants<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Attn: Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq. | by fax at:<br>(214) 969-4999 |

DATED this 21st day of January, 2011.

BAXTER BRUCE & SULLIVAN P.C.


By____/s/ Daniel G. Bruce_____
   Daniel G. Bruce, ABA 8306022
   Attorney for Trustee Larry D. Compton

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

In re Motors Liquidation, 09-50026 (REG)
Certificate of Service                                                                          Page 3 of 3