**NEW HEARING DATE AND TIME: April 26, 2011 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: April 19, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                        :
                      Debtors.          :      (Jointly Administered)
                                        :
----------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF GENOVEVA BERMUDEZ TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE OR, IN THE ALTERNATIVE, TO AMEND INFORMAL PROOF OF CLAIM

PLEASE TAKE NOTICE THAT

The hearing on the Motion of Genoveva Bermudez to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim (ECF No. 5747) (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on February 3, 2011 at 9:45 a.m. (Eastern Time), has been adjourned to **April 26, 2011 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **April 19, 2011 at 4:00 p.m. (Eastern Time)**. The Hearing

may be further adjourned from time to time without further notice other than an

announcement at the Hearing.


Dated:  New York, New York
       January 24, 2011

                                       */s/ David R. Berz*
                                       Harvey R. Miller
                                       Stephen Karotkin
                                       Joseph H. Smolinsky
                                         David R. Berz

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                     Attorneys for Debtors
                                     and Debtors in Possession