# Charles Theodora

7 Lilac Lane                               Ocean Twp. NJ 07712
                                      973-390-4400

---

January 13, 2011

United States Bankruptcy Court for the Southern District of N. Y.
One Bowling Green
New York, New York 10004

       Attn: Honorable Robert E. Gerber, United States Bankruptcy Judge, Room 621

    I am writing in reference to a letter I received on or about December 22, 2010 from Weil, Gotshal & Manges LLP, 767 Fifth Avenue, N. Y., N. Y. 10153 which is representing Motors Liquidation Co., et al., f/k/a/ General Motors Corp., et al Debtors.

    I object that the Debtor General Motors Corp. wanting to disallow and expunge my General Motors Bonds Claim #29494 for $50,000.00. (copy enclosed)

    I have made numerous phone calls to the Debtors to try and resolve the Claimant's concerns at 1-800-414-9607 with no return to my calls to date. I emailed Motor Liquidation Co. on Jan. 6, 2011(copy enclosed) and was told to follow the certain procedures as detailed in the objections emailed to me on Jan. 11, 2011. Then, on Jan. 13, 2011 I was notified by email that I must respond in writing by the deadline. The response must be filed with the bankruptcy court electronically or actually received at the court and attorneys offices.

    I was never informed that since I filed a claim as an individual in duplication to the bond claim filed by the indentured trustee (Wilmington Trust) for the bond issuance.

    This entire matter is very confusing to myself and believe I was misled as to the proper procedure to try to reclaim the $50,000.00 that I lost due to General Motors filing Chapter 11. This $50,000.00 is my savings toward my retirement. I need this money to be able to stay and live in my home, eat and medically live a healthy life past my present age of 66 years old. I MUST object to having this claim disallowed and/or expunged.

As stated in the letter I received, I must appear in Court on February 3, 2011 and if that is not possible I must be on "Telephone Appearance Provider." I will be on a cruise starting Jan. 31, 2011 and returning on Feb. 4, 2011. This is a Christmas gift from my children. Enclosed is proof that this is where I will be on Feb. 3, 2011.

Thank you for your time on this matter,

Very Truly,

Charles P. Theodora

Cc: 3
Cc to:  Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Lauren Macksoud, Esq.

123rd Omnibus Objection                                    Exhibit A                                    Motors Liquidation Company, et al.
                                                                                                        Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pages |
|---|---|---|---|---|---|
| CHARLES GLUNT<br>1604 HOPEWELL RD<br>FOUNTAIN CITY, IN 47341 | 18069 | Motors Liquidation Company | $3,000.00 | Duplicate Debt Claim | Pgs. 1-5 |
| CHARLES T HALL AND DORIS S HALL<br>DORIS S HALL JTWROS<br>855 N PARK ROAD P201<br>WYOMISSING, PA 19610 | 5319 | Motors Liquidation Company | $15,000.00 | Duplicate Debt Claim | Pgs. 1-5 |
| CHARLES THEODORA<br>7 LILAC LANE<br>OCEAN, NJ 00771<br>UNITED STATES OF AMERICA | 29494 | Motors Liquidation Company | $50,000.00 | Duplicate Debt Claim | Pgs. 1-5 |
| CHARLES W MAXWELL<br>ELIZABETH H MAXWELL<br>878 JERI LN<br>BOULDER CITY, NV 89005 | 14962 | Motors Liquidation Company | $115,827.59 | Duplicate Debt Claim | Pgs. 1-5 |
| CHRISTIAN OEST<br>WURSTER STR 201<br>27580 BREMERHAVEN GERMANY<br>GERMANY | 17277 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Duplicate Debt Claim | Pgs. 1-5 |
| CHRISTINE LUPIENT<br>3712 DE ETTA AVE<br>BAKERSFIELD, CA 93313<br>UNITED STATES OF AMERICA | 67728 | Motors Liquidation Company | $5,133.60 | Duplicate Debt Claim | Pgs. 1-5 |
| CLARK A KAUFFMAN AND<br>LOIS M KAUFFMAN JT TEN<br>306 FREEMAN AVENUE<br>AUDUBON, IA 50025 | 8201 | Motors Liquidation Company | $5,000.00 | Duplicate Debt Claim | Pgs. 1-5 |
| CLAUDE & BETTY FIELDER<br>2305 SEA ISLAND DR<br>JONESBORO, AR 72404 | 67710 | Motors Liquidation Company | $20,628.13 | Duplicate Debt Claim | Pgs. 1-5 |
| CLAUDE E YOUNG AND BERTA YOUNG TRUSTEES<br>THE YOUNG FAMILY TRUST<br>U/A/D 08/29/1995<br>3420 ROCKSPRING RD<br>HYDESVILLE, CA 95547 | 10092 | Motors Liquidation Company | $15,000.00 | Duplicate Debt Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

*Called - 1/12/11*   *Jan. 12*

| | |
|---|---|
| Subj: | **Re: Bondholder Info** |
| Date: | 1/11/2011 2:29:29 P.M. Eastern Standard Time |
| From: | claims@motorsliquidation.com |
| To: | Ctheo@aol.com |

Dear Mr. Theodora,

Thanks for your message.

You received an objection to your claim. Your claim was a duplicate claim to the claim filed by either the trustee or fiscal agent, depending upon the bond that you held.

You will be entitled to receive a distribution on account of bond holding through the claim filed by the trustee or fiscal agent. If you do not respond to the objection, your claim will be expunged from the record as though it had not been filed. If you want to respond to the objection, you must follow certain procedures, as detailed in the objection.

For additional information on the bonds, please see the website for Motors Liquidation Company ? www.motorsliquidation.com . Under the FAQ link, you will find the Investor FAQs with additional information for bondholders.

Feel free to contact us with further questions via email or at 1-800-414-9607. ←

*E-mail From motor Liquidation Co.*

Regards,

Motors Liquidation Company

Quoting Ctheo@aol.com:  *1-6-11*

> I have received notice from you this week and I am in need of some info.
> I am a $50,000 bondholder and I am listed as one in this notice. Under
> "Exhibit A it states "Claims to be Disallowed and Expunged" and
> that is where
> my name (Charles Theodora) is located for $50,000.
> What does that mean? Am I disallowed my money? I am 66 years old and that
> was my retirement money.
> Please return with some direction.
> Thank you,
> Charles Theodora
> 973-390-4400
>

*My e-mail to Motor Liquidation Co*

*Do Not dissolve or expunge my Claim -*
*Put me in a group -*
*- E-Mail -*

Tuesday, January 11, 2011 AOL: Ctheo

*Room 8064*

Subj: **Travelocity -- Cruise Confirmation**
Date: 11/8/2010 4:00:33 P.M. Eastern Standard Time
From: vacations@travelocity.com
To: CTHEO@AOL.COM

**travelocity**

home | flights | hotels | flight + hotel | cars/rail |
vacations | cruises | last minute deals

**Travelocity -- Cruise Confirmation**

*Gift from my Children*

Dear Mr Charles Theodora,

Thank you for making your travel plans with Travelocity. We have successfully confirmed your cruise reservation. A record of your transaction follows:

We suggest that you read this document thoroughly as it contains important information specific to your cruise. Also, save this *document for reference should you need to contact us regarding your travel* plans. Certain rules and fees may apply for changes and cancellations.

Booking Summary

**Travelocity Trip ID Number:** 602742344381 ( use this number to access your account )
**Cruise Line Reservation Number:** 6400986
**Travel Protection Confirmation Number:** TBI602742344381201010001150007
**Date of Purchase:** Oct 01, 2010
**Passenger Name(s):**                    **Special Service Requested**
  Mr Charles Theodora                     Other
  Ms Ruth Theodora                        None
**Total Number of Passengers:** 2

Please verify the legal name(s) of the passenger(s) traveling as cruise tickets are NOT TRANSFERABLE and charges for name changes may apply after documents have been issued.

Trip Details

**Cruise Information:**
- Cruise Line: Royal Caribbean Int'l
- Ship: Monarch of the Seas
- Itinerary: 4-Night Bahamas Cruise
- Stateroom: I - Oceanview Stateroom - 8002
- Departs from: Port Canaveral, Florida
- Departure Date: Jan 31, 2011

**Special Requests:**
Dining Preference: 05:45 PM
Table Size: Medium, seats 6

Travel Protection

Enjoy the comfort of knowing that if any of the following common travel problems occur - like lost luggage, weather delays, or unexpected illness - you're covered. For Description of Coverage or Travel Guard claim information, call 1-877-828-6732 or 1-715-295-5452

Promotional Information
Double occupancy staterooms will receive $25 onboard credit. Triple and quad occupancy staterooms

Monday, November 08, 2010 AOL: Ctheo