Jochen Baderschneider
Veichtederpointweg 33
84036 Landshut
Germany
9 Jan 2011


Chambers of the Honorable
Robert E. Gerber
United States Bankruptcy Court
One Bowling Green Room 621
New York
New York 10004-1408
USA


Dear Mr Gerber
Your Honour


I am filing a response according to the Dec 23, 2010 Official
Court Document's instructions I received on Jan 5, 2011.
Hearing Date: February 9, 2011
Response Deadline: February 2, 2011

(i) name of the Bankruptcy Court, names of debtors, case number,
number of objection to which the response is directed

United States Bancruptcy Court
Southern District of New York

In re
Motors Liquidation Company, et al.,
f/k/a General Motors Corp., et al.
Debtors

Chapter 11 Case No 09-50026 (REG)
(Jointly Adnministered)

Debtors' 141st Omnibus Objection to Proofs of Claim
of Holders of Eurobond Deutsche Debt Claims

(ii) name of claimant and description of the basis for the amount
of the claim

Mr Jochen Baderschneider
Veichtederpointweg 33
84036 Landshut
Germany

8,37500% General Motors Corp. EO-Notes 2003(33)
identification no 894 451
due 5 July 2033
anual interest due 5 July
bought 15 June 2005
worth 4000 Euro
(see enclosed copy of .comdirect invoice)

(iii) concise statement of reasons why the claim should not be
      disallowed and expunged

The Debtors believe that my right to a distrubution is already
provided for pursuant to the Debtors' Amended Joint Chapter 11
Plan, dated Dec 7, 2010, as my claim arises solely from the notes
issued under the Fiscal and Paying Agency Agreement, dated as of
July 3, 2003, and the Eurobond Deutsche Debt Claims.
They say that all Eurobondholders will receive their distrubutions
from Euroclear Bank or another clearing agency <u>after surrendering
their securities to Deutsche Bank</u>, in its capacity as the fiscal
and paying agent.

As I have never surrendered my General Motors EO Notes to Deutsche
Bank, but solely stated my claim with General Motors at the
Bankruptcy Court, I do not trust that my claim will eventually be
honoured.

Deutsche Bank cannot possibly know about my claim, i.e. the amount
General Motors borrowed from me, unless they got notified by the
Debtors.

I would therefore ask the Court to make sure that General Motors
let Deutsche Bank know about the exact amount of my claim and I
receive confirmation as proof, <u>before</u> I surrender my EO-Notes to
Deutsche Bank. I trust that this request is not undue and can be
granted.

(iv) name, address, telephone number of the person that can be
contacted
Jochen & Gabi Baderschneider
Veichtederpointweg 33
84036 Landshut
Tel 0049 871 42855
email jbaderschneider@hotmail.com


I am most willing to co-operate in any way and I hope that you can
understand that my trust in the integrity of banks and General
Motors is not as high as my trust in the integrity of the American
legal system. I must, however, state that I cannot possibly appear
for the Hearing, nor is my electronic litteracy as highly
developed as the Court's instructions seem to presume.

Please let me know of any further action that I need to take.
Thank you for your trouble.
Yours faithfully

*[signature: Jochen Baderschneider]*

*enclosure*

## .comdirect

25449 Quickborn

Telefon    : 01803-33 63 66

Ihren Auftrag haben wir gemäß unseren Sonderbedingungen für Wertpapiergeschäfte wie nachstehend ausgeführt.
Die Wertpapiere haben wir der Abrechnung entsprechend gebucht.
Wir bitten Sie, diese Abrechnung auf ihre Richtigkeit und Vollständigkeit zu überprüfen und etwaige Einwendungen unverzüglich zu erheben.

11829    010

Jochen Baderschneider

**Depotnummer:** 2908523   00

Veichtederpointweg 33

84036 Landshut

## ABRECHNUNG VOM 15.06.2005

Wertpapierkauf
Geschäftsnummer    : 41 000676
                     005703470005-003    Rechnungsnummer : 045931155756DC02
Geschäftstag       : 15.06.2005           Börsenplatz     : FRANKFURT

                                                                    WPKNR/ISIN
**Wertpapier-Bezeichnung**                                              894451
  8,37500% General Motors Corp.                                    XS0171943649
       EO-Notes 2003(33)
Zinstermin    : 5. JULI
Fälligkeit    : GESAMTFAELLIG
                am 05.07.2033
                Zum Kurs von 100,00000

**Nennwert**              Zum Kurs von
EUR   4.000              87%
                         Kurswert                 : EUR        3.480,00
                                                                164,75
  8,3750%  05.07.04 - 31.12.04    180 Tage Zinsen : EUR         156,03
  8,3750%  01.01.05 - 19.06.05    170 Tage Zinsen : EUR           2,00
                         Fremde Spesen            : EUR           3,00
                         Maklercourtage           : EUR          13,60
                         Provision                : EUR           2,50
                         Börsenplatzabhäng. Entgelt : EUR

**Verrechnung über Konto**    Valuta              Zu Ihren Lasten
  2908523 00  EUR          20.06.2005           EUR         3.821,88

Verwahrungs-Art: WERTPAPIERRECHNUNG GLOBALURKUNDE CEDEL (UEBER AKV)

### comdirect bank AG

Diese Abrechnung wird von der Bank nicht unterschrieben
Die Leistung ist gemäß §4 Nr.8 UStG umsatzsteuerfrei. USt-Id-Nr.: DE 812 279 461

*31.12.05 im Depot*