Hearing Date and Time: February 3, 2011 at 9:45 a.m. EST

William D. Scott
71 Bittersweet Drive
Brewster, MA 02631

508 896 9313
A65jaguar@msn.com

Retired salaried employee of General Motors
with unsecured claim for health and life insurance benefits
Claim No. 62599. Page 17, Exhibit A, Debtor's 116th Omnibus Objection to Claims

*COURT CLERK COPY*

RECEIVED JAN 1 8 2011 U.S. BANKRUPTCY COURT SDNY

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :     **Chapter 11 Case No.**
                                                      :
**MOTORS LIQUIDATION COMPANY, et al.,**              :     **09-50026**
f/k/a General Motors Corp., et al.                   :
                                                      :
Debtors.                                              :
------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 116TH OMNIBUS OBJECTION TO CLAIMS**, dated January 12, 2011.

I do object to this attempt by Motors Liquidation Co. and General Motors to avoid paying the benefits of health insurance and life insurance in retirement, as expected and earned through 38 years of loyal service. Their request to deny all these claims is unjust and inequitable.

Based on a life expectancy chart, my wife and I will have loss in the amount of $134,992 in Health Care coverage, an expense that we now have to provide on our own if we want to maintain the same level of benefits.   (attachment A)

Additionally, we lost the benefit of insurance coverage in the amount of $822,140 when Motors Liquidation reduced the insurance level to $10,000.   (attachment B)

Combined, these two losses; Health Care Benefit and Life Insurance, amount to $957,132 based on life expectancy charts from retirement to end of life.

In addition, ERP, Executive Retirement Pension amount has been reduced based on life expectancy charts to the combined loss to my spouse and me of $383,055.   (attachment C)

In total our combined loss under Motors Liquidation Co, plan would amount to $1,340,198.

This plan has laid an undue burden on the faithful and loyal salaried employee who provided years of service to General Motors. I respectfully ask the Court to order a reasonable amount as a settlement, as determined by the Court, of my claims and others to be honored by Motors Liquidation Co. and General Motors.

Dated: Brewster, MA
       Jan 12, 2011

*William D. Scott*
William D. Scott

William D. Scott                                                                                                    **Attachment A**
71 Bittersweet Drive
Brewster, MA 02631
November 13, 2009


The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

I am a retired General Motors salaried executive employee who has lost the following amount in promised health care coverage for myself (Retiree) and spouse due to the General Motors bankruptcy and am looking for any redress for my losses that is possible. Please see calculations below.

**Health Care Loss Calculations for:**

**Retiree - William D Scott**   (310 42 0156)
**Spouse – Mary E Scott**

**Health Care Benefit Losses**

Estimated health care benefits lost from 65 until full life expectancy

| | |
|---|---|
| Annual post – 65 benefit loss beginning 2010 | $1,900 |
| Number of years between 65 and full life expectancy | X 14.63 |
| Amount of loss after age 65 | $27,797 |
| Total life time loss for William D Scott - Retiree | $27,797 |

Spouse

| | |
|---|---|
| Annual post -65 benefit loss beginning 2010 | $5,500 |
| Number of years between 65 and full life expectancy | X 19.49 |
| Amount of loss after age 65 | $107,195 |
| Total life time loss for Mary E Scott - Spouse | $107,195 |

Combined Retiree and Spouse Estimated Total Loss

| | |
|---|---|
| William D Scott – Retiree | $27,797 |
| Mary E Scott - Spouse | + $107,195 |
| Total Combined Life Time Loss | $134,992 |


William D Scott

William D. Scott                                                                **Attachment B**
71 Bittersweet Drive
Brewster, MA 02631
November 13, 2009


The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

I am a retired General Motors salaried executive employee who has lost the following amount in promised insurance coverage due to the General Motors bankruptcy and am looking for any redress for my losses that is possible. Please find enclosed statements that will verify the following:

Total loss in promised Insurance: $822,140.00

Document #1: Letter sent November 6, 2009 to GM Benefits and Service Center requesting **written** verification of the amount of basic life insurance ($228,000.00) and executive supplemental coverage ($604,140.00) for William D. Scott prior to GM bankruptcy. (These figures were provided over phone; will forward written verification when received)

Document #2: 2001 Benefit statement from General Motors declaring basic ($400,000.00) and supplemental life insurance ($605,000.00) amounts. (Retirement year)

Document #3: Confirmation of basic life coverage as of 8/1/2009 ($10,000.00)

The amount lost was calculated in the following way:

Prior to Bankruptcy:
Basic Life:            $228,000.00
Supplemental:          $604,140.00
Total:                 $832,140.00                          $832,140.00

Post Bankruptcy:       $10,000                              - $10,000.00


Total insurance loss for retiree:                           $822,140.00

William D Scott

William D. Scott **Attachment C**
71 Bittersweet Drive
Brewster, MA 02631
November 13, 2009


The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

I am a retired General Motors salaried executive employee who has lost the following amount in promised executive salary (ERP) due to the General Motors bankruptcy and am looking for any redress for my losses that is possible. Please find enclosed statements that will verify the following:

Total loss in promised ERP income: $383,055.00

1. Document #1: Calculation of ERP for William D. Scott as provided by GM
   Document #2: Letter from GM Benefits and Services Center showing reduction in surviving spouse benefits
   Document #3: Social Security Period Life Table showing life expectancies
   Documents #4: General Motors paystubs for William D. Scott

The amount lost was calculated in the following way:

| | | |
|---|---|---|
| Loss per year for William D. Scott: | $22,316.00 | |
| Age: 1/01/2009: 67 years | | |
| Life expectancy (S.S. chart) 15.32 years | | |
| Total income loss for retiree: | $341,881.12 | $341,881.12 |
| | | |
| Loss per year, surviving spouse, Mary E. Scott: | $19,421.64 | |
| Age 1/01/2009 one day shy of 64 Years (1/02/1945) | | |
| Life Expectancy beyond retiree, (S.S. chart) 2.12 years | | |
| Total loss for surviving spouse: | $41,173.88 | $41,173.88 |
| | | |
| Total loss for retiree, William D. Scott and surviving spouse, Mary E. Scott | | Total  $383,055.00 |

William D Scott