TO THE HONORABLE ROBERT E. GERBER

UNITED STATES BANKRUPTCY COURT

RESPONSE TO THE 115TH OMNIBUS OBJECTION TO CLAIMS

CHAPTER 11 CASE NO. 09 - 50026 (REG.)


I AM NOT AN ATTORNEY AND AM SELF-REPRESENTED.  PLEASE PUT MY

OBJECTION ON THE DOCKET.


JOSEPH C. SINGER

CLAIM NO. 29996

JOSEPH C. SINGER

CREDITOR RETIRED SALARY EMPLOYEE OF GENERAL MOTORS

SELF REPRESENTED

2166 SANDLEWOOD DR.

SHELBY TWP., MICHIGAN  48316

248-650-8648


NOTICE OF DEBTORS 115 OMNIBUS OBJECTION TO CLAIMS

CLAIMS OF FORMER SALARIED EMPLOYEE

MOTORS LIQUIDATION COMPANY

GENERAL MOTORS CORPORATION

      DEBTORS

CHAPTER 11 CASE NO. 09-50026 (REG)

CLAIM NO. 29996

JOSEPH C. SINGER

2166 SANDLEWOOD DR.

SHELBY TWP., MICHIGAN  483416

248-650-8648

GENERAL MOTORS CORPORATION

CLAIM  #29996

CHAPTER 11 CASE NO. 09-50026 (REG)


NOTICE OF DEBTORS 115 OMNIBUS OBJECTION TO CLAIMS
*(WELFARE BENEFITS CLAIMS OF RETIRED AND FORMER SALARIED AND EXECUTIVE EMPLOYEES)*


I OBJECT AND DISAGREE THAT THE DEBTORS ARE NOT RESPONSIBLE FOR MY BENEFITS THAT WERE AGREED TO BY GENERAL MOTORS AT THE TIME OF MY RETIREMENT.  I RETIRED AFTER 40 YEARS OF SERVICE IN 1991 AND HAVE BEEN RETIRED FOR 20 YEARS.  MY WIFE AND I HAVE DEPENDED ON THESE EARNED BENEFITS DURING OUR RETIREMENT.

AT THE TIME OF MY RETIREMENT I ATTENDED SEVERAL RETIREMENT CLASSES PRESENTED BY GENERAL MOTORS COVERING BENEFITS AND SAVINGS.  THERE WAS NO MENTION OF SECURED, UNSECURED OR VESTED BENEFITS.  (SEE COPY OF AUTHORIZATION OF MONTHLY BENEFITS AND COPY OF SUPPLEMENTAL SERP BENEFITS.)  AFTER 40 YEARS OF SERVICE AND 20 YEARS OF RETIREMENT THESE BENEFITS

SHOULD BECOME ASSUMED LIABILITY ON THE PART OF DEBTOR.

WHEN I SIGNED MY RETIREMENT PAPERS, THERE WAS NO TIME LIMIT OF COVERAGE OR MENTION OF THE CORPORATION RESERVING THE RIGHT TO AMEND. I BELIEVE THAT MY BENEFITS SHOULD HAVE BEEN GIVEN THE SAME CONSIDERATION AS THE UAW HOURLY EMPLOYEES. BECAUSE THE SALARIED BENEFITS WERE NOT VESTED, THE DEBTORS WANT TO BE RELIEVED OF THEIR OBLIGATIONS.

MY CLASS 3 (GENERAL UNSECURED CLAIMS) SHOULD BE ALLOWED TO GO FORWARD UNDER THE JOINT CHAPTER 11 "PLAN" OF MOTORS LIQUIDATION COMPANY.

PLEASE NOTE THAT MY RETIREMENT PAPERS WERE APPROVED BY A GENERAL MOTORS AUTHORIZED DELEGATE.

AFTER A 60 YEAR RELATIONSHIP WITH GENERAL MOTORS THEY DROPPED AND REDUCED MY BENEFITS AT THE TIME OF BANKRUPTCY WITHOUT ANY PROVISIONS TO COMPENSATE. THEY BASE THIS ON THE MASTER PURCHASE AGREEMENT AND A 25 YEAR OLD EMPLOYEE BENEFIT HANDBOOK (RESERVE RIGHT TO AMEND).

JUDGE GERBER, I HOPE THAT YOU WILL SEE THIS DIFFERENTLY AND RULE IN MY FAVOR. SINCE I AM APPROACHING 80 YEARS OF AGE, THE ONLY HOPE I HAVE IS YOUR FAIRNESS IN THIS MATTER. THANK YOU FOR YOUR CONSIDERATION.

JOSEPH C. SINGER

jcbvsinger@sbcglobal.net