DR. WEIGEL · DÖRING · TEIPEL
RECHTSANWÄLTE · NOTAR · FACHANWÄLTE

DR. DIETER WEIGEL
1970 - 2008

KARL-WILHELM DÖRING
RECHTSANWALT
FACHANWALT FÜR FAMILIENRECHT
FACHANWALT FÜR STRAFRECHT

STEFAN TEIPEL
RECHTSANWALT UND NOTAR
FACHANWALT FÜR ERBRECHT
FACHANWALT FÜR VERWALTUNGSRECHT

HILKE BOHNACKER
RECHTSANWÄLTIN

OLIVER BOHNACKER
RECHTSANWALT
FACHANWALT FÜR ARBEITSRECHT

MATTHIAS MÜLLER
RECHTSANWALT
FACHANWALT FÜR MIET- UND WOHNUNGSEIGENTUMSRECHT

SIMONE WITTKOPP
RECHTSANWÄLTIN

WEIGEL · DÖRING · TEIPEL · POSTFACH 1745 · 34487 KORBACH

Chambers of the Honorable Rober E. Gerber
**United States Bankruptcy Court**
One Bowling Green
Room 621
**New York, NY 10004-1408**
**USA**

Korbach, 20. Januar 2011

BITTE ANGEBEN:
**1827/09WI06 /Wi** D18/133
ANSPRECHPARTNER:
Sachbearbeiter: **RAin Wittkopp**
Sekretariat: **Frau Reichenstein**
Durchwahl: **97 54-12**
kanzlei@ra-weigel.de

NORDWALL 1
34497 KORBACH
TELEFON (056 31) 97 54-0
TELEFAX (056 31) 6 39 31
kanzlei@ra-weigel.de
www.ra-weigel.de

**UNITET STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp. et al.**

- Debtors-

Chapter 11 Case No. 09-50026 (REG),

Deptors' 138th Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims,

**Claimant: Helmut Schaefer,**
**Claim numbers: 68552 and 68553**

we would like to clarify that both claim numbers concern the same claim.

Simone Wittkopp
Attorney at law

KONTEN: SPARKASSE WALDECK-FRANKENBERG (BLZ 523 500 05) 00 014 571   COMMERZBANK KORBACH