# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                           :
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :
    f/k/a General Motors Corp., *et al.*    :     Chapter 11
                                                 :     Case No. 09-50026 (REG)
                                                 :     (Jointly Administered)
               Debtors.    :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                      ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 24, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8783) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                          /s/ Chanpreet Kondal
                                                        Chanpreet Kondal

Sworn to before me this 24th day of
January, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

Perry Partners International, Inc
c/o Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Perry Partners International, Inc
c/o Morrison & Foerster LLP
Attn: Charles M. Cole & Christopher S. Campbell
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006

TRANSFEREE

KIVU Investment Fund Limited
c/o CQS (UK) LLP
Attn: Product Control
33 Grosvenor Place, 5th Floor
London, SW1X7HY