## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                        :
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :
        f/k/a General Motors Corp., et al.    :           Chapter 11
                                              :           Case No. 09-50026 (REG)
                                              :           (Jointly Administered)
                    Debtors.                  :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 24, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8784) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 24th day of
January, 2011
/s/ Gea Somma_____ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

## <u>TRANSFEROR</u>

Perry Partners International, Inc
c/o Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Perry Partners International, Inc
c/o Morrison & Foerster LLP
Attn: Charles M. Cole & Christopher S. Campbell
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006

## <u>TRANSFEREE</u>

CQS Directional Opportunities Master Fund Limited
c/o CQS (UK) LLP
Attn: Product Control
33 Grosvenor Place, 5th Floor
London, SW1X7HY