# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | ILLINOIS TOOL WORKS INC <br> 21555 S HARLEM AVE <br> PO BOX 1330 <br> 536 EAST PIKE AVENUE <br> FRANKFORT, IL  60423 |
| Claim Number (if known): | 47931 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $31,200.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Jan 14, 2011

Print Name: Robert E. Kopec

Title (if applicable): Division Controller