JOHANN CONRAD VON WALDTHAUSEN

36129 Gersfeld/Rhön  1/19/2011
Waldvilla
Telefon (0 66 54) 3 13
Telefax (0 66 54) 78 88

U S A

Chambers of the Honorable
Judge Mr. Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621

NEW YORK, N.Y. 1004-1408

Re:    MOTORS LIQUIDATION Company -    CASE NO. 09-50026 (REG)
       CLAIM  33284

Dear Mr. Gerber,

after having left the hospital in Munich only 2 days ago I tried the 800-number mentioned but had only an answering machine. This is now the reason I am writing this letter to notify you, your honour, that I have to object the contents of the High Courts last curriculum and decision not to allow my claim since it is considered to be duplicative being filed by myself and Wilmington Trust.

Wilmington Trust had contacted me some time ago and registered my claim which however only comprises of

$ 100.000 7.125 DL-Notes GM Liquidation Co. due 2013
and accrued interest.

I regret that the Court has registered above mentioned claim twice.

I am convinced you will consider my objection and thank you to do so. At the same time I apologize for my rather poor English which has been so much better when I lived in Florida for 20 years but 10 years ago.

If there is anything I can do concerning this matter please let me know. I hope to have done what had to be done.

Truly yours,

[signature]