Lalah Johnson-Green

January 18, 2011

Dear General Motors and
    Bankruptcy Court,

Page 1 of 4

I submitted my signed document for $164,000; however, a total amount of $164,000 will not support my current lifestyle in the upcoming years of my life.

Currently, I use my pension to help support my aging parents and my handicapped sister. My pension allows me to care for them financially and physically

Lelah Johnson-Green
2010

Page 2 of 4

and not have to seek outside employment.

My pension also pays the housenote on the house that my son, my nephew and I currently live in. My nephew is in high school, my son works part-time and his paycheck also helps pay the housenote (as well as buy groceries).

You stated in your documents that I should discuss this

Letah Johnson-Green
, 2010

Page 3 of 4

bankruptcy document with an attorney; however, I cannot afford an attorney. My monthly pension is just enough to pay my bills. I am also living off my SS-PP savings now. If I live modestly and don't acquire new debt, I will be able to sustain my current lifestyle. If I lose my pension, not only will I suffer great financial hardship, but my family members will also be devastated.

Lelah Johnson-Green
, 2010

Page 4 of 4

So GM and Bankruptcy Court, when determining my financial worth, please consider my 35 years of service with GM, as well as my need to sustain my life and the lives of those who depend on me.

Respectfully Yours,

Lelah Johnson-Green