Chapter 11 Case No.
09-50026 (REG)

1-20-2011

Honorable Robert E Gerber

To Whom It May Concern,

Our names are John and Diane Bryan from 8232 Apollo Rd. N.E Kensington, OH. 44427. Phone number 330-223-1044 We purchased 1,372 shares of General Motors Stock. We invested our hard earn money in General Motors. Now we help the company out of their problem with our tax money, they tell us our shares have devaluated. We think at least the company should replace our stocks with the new stocks that is being traded on the New York Stock Exchange. We would appreciate any help you can give us to saving our shares in General Motors.

Sincerly Yours,
John and Diane Bryan
Stock Holders of General Motors