Sirs

I am a small stockholder in General Motors. When I bought my shares (400) I did not know that G.M. looked upon me as a debtor.

I was under the impression that I was a shareholder. I bought GM as an Investment. The company would not fail.

Now they think that what they did is OK. They used my money that I invested along with the money they borrowed from us as taxpayers too get back on top and now think that is OK too sell us small stockholders down the river.

I think the company should be held accountable for the stock they sold in good faith.

Sincerely,

Gary R Reeder
RR# Box 243C
ST ELMO  IL  62458

P.S. Writing off 400 shares may not seem like a lot but when you are sixty six and on a fixed income it is.