**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | |
| **Debtors.** | **(Jointly Administered)** |

-------------------------------------------------------------

RESPONSE OF JAMES E. LOCKHART TO NOTICE OF DEBTORS'
126TH OMNIBUS OBJECTION TO CLAIMS
(Duplicate Debt Claims)

  James E. Lockhart, whose address is 705 Lake Road, Dyersburg, Tennessee 38024, submits the following response to the Notice of Debtors' 126th Omnibus Objection to Claims regarding duplicate debt claims:

  James E. Lockhart submitted his proof of claim in the amount of $30,000.00, which was filed under claim no. 14416, on October 22, 2009. A copy of the proof of claim is being submitted with this response. The basis for the claim is ownership by James E. Lockhart of a General Motors Bond in the amount of $30,000.00, the bond issued being further described as follows: General Motors Corp Senior Note CPN 7.125% Due 7-15-13, CUSIP 370442-BS-3, Security Number 6330-891, Proof of Claim No. 14416.

  James E. Lockhart only has one claim, and that claim is evidenced by the information being provided by this response and by the proof of claim filed by him on October 22, 2009. This one original claim should be allowed and not expunged. There should be no other duplicate claim and, therefore, any other duplicate claim should be disallowed and expunged.

  A copy of this response is being sent to the following:

A. Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B. Weil, Gorshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.)

    C.  Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksound, Esq.)

_____
James E. Lockhart
705 Lake Road,
Dyersburg, Tennessee 38024
731-285-4774

Executed before me, the undersigned Notary Public, by James E. Lockhart on this the \_\_\_\_ day of January 2011.

_____

My Commission Expires: _____