> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
    f/k/a General Motors Corp., et al. :
                                    :
                Debtors.            :        (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 146TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 146th omnibus objection to disallow certain claims[1] (the "**146th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 146th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 146th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 146TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 146th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 146th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 146th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*        :
                                                    :
                                    **Debtors.**    :        **(Jointly Administered)**
                                                    :
-------------------------------------------------------------x

### DEBTORS' 146TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**<u>Relief Requested</u>**

1.        Prior to commencing these chapter 11 cases, the Debtors had issued hundreds of millions of shares of common equity that were held by a wide range of investors.  In these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed by holders of equity interests who erroneously believed that filing a proof of claim was necessary to preserve an entitlement to a potential distribution on account of their equity interests or erroneously believed that they could assert a claim for the purchase price of their equity interests. The Claims for Equity Interests are, however, objectionable because only a creditor may file a proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity Interests should be disallowed as claims and reclassified as equity interests, which will preserve for the holders of such claims any entitlement to a distribution solely on account of the ownership of equity interests.

2.        The Debtors file this 146th omnibus objection (the "**146th Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.       On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.       A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

　　　　7.　　　　Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection

to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale

behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code

differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16).

Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors"

while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10),

101(17). While creditors were entitled to file proofs of claim to preserve their rights to

distributions on account of their claims, equity security holders were not entitled to file proofs of

claim to preserve their rights, if any, based solely on their ownership of equity interests. The

filing of a proof of claim by an equity security holder for that purpose was neither necessary nor

sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA*

*Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an

allowed proof of claim requires something more than mere equity ownership"). While equity

security holders in these chapter 11 cases were entitled, to the extent they held "claims" against

the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights

arising solely from the ownership of equity interests, each of the Claims for Equity Interests

assert only equity interests. As such, the Claims for Equity Interests should be disallowed and

reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity

interests will preserve any entitlement the holders of Claims for Equity Interests have to a

distribution, if any, solely on account of the ownership of equity interests.

## Reservation of Rights

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

## Notice

9.      Notice of this 146th Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

146th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| A.B. NELSON<br>0435 W 025 N<br><br>LAGRANGE, IN 46761 | 17773 | Motors Liquidation Company | $54,600.00 | Equity Interest Claim | Pgs. 1-5 |
| A.F. KNOLL<br>HEER STR 131<br>14055 BERLIN GERMANY<br>,<br>GERMANY | 27206 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>NICKOLAS BACHES<br>5145 CLEARWATER DRIVE<br>STONE MOUNTAIN, GA 30087 | 12976 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>MANUELA USER<br>5452 CLARIDGE LN<br>WEST BLOOMFIELD, MI 48322 | 65520 | Motors Liquidation Company | $4,900.00 | Equity Interest Claim | Pgs. 1-5 |
| ABILIO MANUEL MARTINS MACHADO<br>BRACHVOGELWEG 5<br>21629 NEU WULMSTORF GERMANY<br>,<br>GERMANY | 63914 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| ADA MIRANDA<br>74 SYLVAN LAKE BLVD<br><br>BAYVILLE, NJ 08721 | 30678 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ADAM KAZARIAN JR &<br>ISABELLE MARIE KAZARIAN<br>JT WROS<br>44097 GINKGO DR<br>STERLING HEIGHTS, MI 48314 | 4339 | Motors Liquidation Company | $35,890.00 | Equity Interest Claim | Pgs. 1-5 |
| ADAMS, IRENE T<br>503 MEADOWLAND DR<br><br>HUBBARD, OH 44425 | 43346 | Motors Liquidation Company | $10,420.62 | Equity Interest Claim | Pgs. 1-5 |
| ADAMS, RICHARD G<br>1405 LAUREL MEADOWS DR<br><br>BARTOW, FL 33830 | 26877 | Motors Liquidation Company | $29,562.83 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| ADY, JEWEL<br>2602 EVE ANN DR<br><br>PORT JEFFERSON STATION, NY 11776 | 4159 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AGNER C WALLER<br>345 RIDGELAKE SCENIC DR<br><br>MONTGOMERY, TX 77316 | 9806 | Motors Liquidation Company | $477.75 | Equity Interest Claim | Pgs. 1-5 |
| AIELLO, BRUCE L<br>83 ISLAND ESTATES PARKWAY<br><br>PALM COAST, FL 32137 | 14437 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AKERLEY, DANIEL C<br>8729 CENTER RD<br><br>TRAVERSE CITY, MI 49686 | 61851 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| AL EICHER<br>2494 LOCH CREEK WAY<br><br>BLOOMFIELD, MI 48304 | 29523 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALAN GREENLEAF<br>9929 PRIMM SPRINGS RD<br><br>WILLIAMSPORT, TN 38487 | 10830 | Motors Liquidation Company | $34,632.89 | Equity Interest Claim | Pgs. 1-5 |
| ALBANO, ROBERTA<br>4105 ABELIA CT<br><br>ARLINGTON, TX 76017 | 15708 | Motors Liquidation Company | $1,014.50 | Equity Interest Claim | Pgs. 1-5 |
| ALBERT DEBONO &<br>CHERYL DEBONO JT TEN<br>25130 SANDPIPER GREENS CT<br>UNIT 201<br>BONITA SPGS, FL 34134 | 28310 | Motors Liquidation Company | $1,061.28 | Equity Interest Claim | Pgs. 1-5 |
| ALBERTS, GARY D<br>6537 VENTURA DR<br><br>PITTSBURGH, PA 15236 | 7471 | Motors Liquidation Company | $190,474.28 | Equity Interest Claim | Pgs. 1-5 |
| ALBRECHT FLOR<br>PROF-BAUER-STR 1<br>97294 UNTERPLEICHFELD GERMANY<br>,<br>GERMANY | 31427 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| ALEXANDER ATANASSOW<br>ADLERHORST 16<br>45478 MUELHEM  GERMANY<br>,<br>GERMANY | 45078 | Motors Liquidation Company | $4,373.73 | Equity Interest Claim | Pgs. 1-5 |
| ALEXANDER DIETZ<br>SCHNEIDERSTR 4<br>65931 FRANKFURT GERMANY<br>,<br>GERMANY | 64152 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALEXANDER FUCHSLE<br>IM SONNENWINKEL 4<br>89150 LAICHINGEN GERMANY<br>,<br>GERMANY | 30956 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ALEXANDER, DONALD L<br>5115 S 50 W<br>ANDERSON, IN 46013 | 1856 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALFRED & THERESA D'ARCO<br>PO BOX 307 APT 7A-1<br>SCARBOROUGH, NY 10510 | 3462 | Motors Liquidation Company | $5,836.03 | Equity Interest Claim | Pgs. 1-5 |
| ALFRED ESCOBAR JR<br>1507 PARKWAY DR<br>ALVIN, TX 77511 | 4332 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALI UZUN & RAIFE UZUN<br>TALSTR 3A<br>42859 REMSCHEID GERMANY<br>,<br>GERMANY | 30805 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ALVARADO, LILIA P<br>1813 E WEBSTER RD<br>FLINT, MI 48505 | 2853 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANA LAUBE<br>OTTENSENER WEG 55<br>BUXTEHUDE GERMANY 21614<br>,<br>GERMANY | 23283 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| ANDERSON, WILLIE<br>14673 ABINGTON AVE<br><br>DETROIT, MI 48227 | 3357 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANDREA HEIN<br>SENNEGARTEN 26<br>38667 BAD HARZBURG GERMANY<br>,<br>GERMANY | 61191 | Motors Liquidation Company | $465.00 | Equity Interest Claim | Pgs. 1-5 |
| ANDREA HERZOG<br>ANNASTR 38<br>D-45130 ESSEN GERMANY<br>,<br>GERMANY | 44472 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ANDREAS LISKE<br>HOHENZOLLERNSTRASSE 16<br>73540 HEUBACH GERMANY<br>,<br>GERMANY | 28849 | Motors Liquidation Company | $623.43 | Equity Interest Claim | Pgs. 1-5 |
| ANDRES FONTAO<br>136 FRANKLIN AVENUE<br><br>WYCKOFF, NJ 07481 | 65075 | Motors Liquidation Company | $893.53 | Equity Interest Claim | Pgs. 1-5 |
| ANNA, NORMAN F<br>4461 STACK BLVD APT E223<br><br>MELBOURNE, FL 32901 | 13116 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANNABELLE SHURIN<br>11903 PARLIAMENT ST APT 522<br><br>SAN ANTONIO, TX 78216 | 4277 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANNE MOORE<br>6102 AUGUSTA DR APT 202<br><br>FORT MYERS, FL 33907 | 8214 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ARLENE W MONK TTEE UA DTD<br>FOSTER MONK MARITAL TRUST<br>6035 SEA RANCH DR APT 312<br>HUDSON, FL 34667 | 62639 | Motors Liquidation Company | $7,075.66 | Equity Interest Claim | Pgs. 1-5 |
| ARTHUR GOLDSTEIN AND ROBERTA GOLDSTEIN JT/WROS<br>46 JANE DRIVE<br><br>ENGLEWOOD CLIFFS, NJ 07632 | 651 | Motors Liquidation Company | $1,068.80 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| ARTHUR J CAHILL<br>9 WIDE HORIZONS DR<br><br>COLTS NECK, NJ 07722 | 3078 | Motors Liquidation Company | $22,425.25 | Equity Interest Claim | Pgs. 1-5 |
| ASHER, MARY ELLEN<br>511 CAYUGA CT<br><br>BOULDER CITY, NV 89005 | 8462 | Motors Liquidation Company | $200,022.00 | Equity Interest Claim | Pgs. 1-5 |
| AVINASH GUPTA<br>POORNIMA GUPTA JTWROS<br>C/O LIL DIGRISTINA<br>RBC WEALTH MANAGEMENT<br>650 FROM RD, STE 151<br>PARAMUS, NJ 07652 | 67642 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AXTHAMMER MANFRED<br>HOHENZOLLERN 26<br>83022 ROSENHEIM GERMANY<br>,<br>GERMANY | 28881 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| BAGINSKI, IRENE W<br>8825 ARNOLD<br><br>REDFORD, MI 48239 | 46090 | Motors Liquidation Company | $126,570.73 | Equity Interest Claim | Pgs. 1-5 |
| BAILEY, CHARLES A<br>18299 KANDT DR<br><br>MACOMB, MI 48044 | 2693 | Motors Liquidation Company | $106,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BAK, GENEVIEVE M<br>52 ANDRES PL<br><br>BUFFALO, NY 14225 | 46100 | Motors Liquidation Company | $41,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BALDWIN STANLEY E<br>18576 PURLINGBROOK ST<br><br>LIVONIA, MI 48152 | 38882 | Motors Liquidation Company | $3,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BALLARD, MICHAEL A<br>967 E 225TH ST<br><br>BRONX, NY 10466 | 63662 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BALSAMICO, CHARLES A<br>213 WICKER HILL RD<br><br>BURLESON, TX 76028 | 4637 | Motors Liquidation Company | $8,841.26 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| BARBARA HOFFMAN TTEE<br>BARBARA L. HOFFMAN DECL OF TRUST<br>U/A DTD 05/16/2003<br>604 PIERPORT LANE<br>ROMEOVILLE, IL 60446 | 2483 | Motors Liquidation Company | $18,750.00 | Equity Interest Claim | Pgs. 1-5 |
| BARBARA JEAN DARLING<br>2235 MALLARD DRIVE<br>REESE, MI 48757 | 45267 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BARLOW, DONALD M<br>2400 WHISTLE STOP LN<br>HOLLY, MI 48442 | 11218 | Motors Liquidation Company | $110,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BARTH, HENRY A<br>769 JUSTO LN<br>SEVEN HILLS, OH 44131 | 11062 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BATES, MICHAEL D<br>21945 N NUNNELEY RD<br>CLINTON TWP, MI 48036 | 4231 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BATTE, BONNIE W<br>1314 QUINCY DR<br>BOSSIER CITY, LA 71111 | 17229 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BAUGHEY, JACK C<br>2655 ELMWOOD DR<br>ADRIAN, MI 49221 | 27027 | Motors Liquidation Company | $7,364.00 | Equity Interest Claim | Pgs. 1-5 |
| BAUM, JUDITH M<br>2280 GOLDEN POND<br>FENTON, MI 48430 | 7538 | Motors Liquidation Company | $23,081.66 | Equity Interest Claim | Pgs. 1-5 |
| BEAIRD, MARGARET F<br>101 WILLIAMS CT<br>MOBILE, AL 36606 | 61038 | Motors Liquidation Company | $27,800.00 | Equity Interest Claim | Pgs. 1-5 |
| BEANY, RICHARD T<br>3855 EDINBURGH DR<br>YOUNGSTOWN, OH 44511 | 18223 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| BEASLEY, CLAUDETTA<br>1507 COUNTRYSIDE PL<br><br>CHAMPAIGN, IL 61821 | 16956 | Motors Liquidation Company | $251.88 | Equity Interest Claim | Pgs. 1-5 |
| BEBEE, SHIRLEY<br>459 LAWRENCE ST<br><br>PORTLAND, MI 48875 | 28074 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BEEKER, ROLF<br>VAUTIERSTR. 89<br>D-40235 DISSOLDORF GERMANY<br>,<br>GERMANY | 36169 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BEHREND, ELEANOR M<br>BEHREND ELEANOR M TTEE<br>129 CHIPPENHAM LN<br>CHESTERFIELD, MO 63005 | 61584 | Motors Liquidation Company | $19,537.00 | Equity Interest Claim | Pgs. 1-5 |
| BELL, EARLA<br>801 MEADOWSTREET<br>1568 SKEETCLUB RD # 25<br>HIGH POINT, NC 27265 | 8277 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BENTHIN, RONALD G<br>11759 AYERS RD<br><br>MARCELLUS, MI 49067 | 2611 | Motors Liquidation Company | $2,074.62 | Equity Interest Claim | Pgs. 1-5 |
| BERK, CHARLES M<br>2601 W WILLOWLAKE DR APT 34<br><br>PEORIA, IL 61614 | 20600 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BETTY K ROGERS<br>26311 HENDON RD<br><br>BEACHWOOD, OH 44122 | 22566 | Motors Liquidation Company | $22,779.88 | Equity Interest Claim | Pgs. 1-5 |
| BETTY RUTH LEWIS<br>2604 S SIESTA DR<br><br>TEMPE, AZ 85282 | 15251 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BEVERLY JOHNSON<br>P.O. BOX 7454<br><br>NEWCOMB, NM 87455<br>UNITED STATES OF AMERICA | 70332 | Motors Liquidation Company | $5,400.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| BEVERLY LOOK<br>4302 WESTERN RD LOT 36<br><br>FLINT, MI 48506 | 4312 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BEVERLY R SANDRACO<br>10966 N GRAND LAKE HWY<br><br>POSEN, MI 49776 | 68434 | Motors Liquidation Company | $5,592.27 | Equity Interest Claim | Pgs. 1-5 |
| BIENIEK, MONICA A<br>BIENIEK, CHRISTINA C<br>12892 SPARLING AVE<br>DETROIT, MI 48212 | 49547 | Motors Liquidation Company | $2,124.00 | Equity Interest Claim | Pgs. 1-5 |
| BILLY L WILSON<br>23958 180TH AVE<br><br>CENTERVILLE, IA 52544 | 44109 | Motors Liquidation Company | $84,400.00 | Equity Interest Claim | Pgs. 1-5 |
| BILLY TOWNSEND<br>307 INDIAN CREEK ROAD<br><br>BROWNSVILLE, KY 42210<br>UNITED STATES OF AMERICA | 22235 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| BIRCHFIELD, LYLE K<br>303 NE 3RD AVE<br><br>WILLISTON, FL 32696 | 10119 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BIRGIT AND UDO HINRICHS<br>VENNSTR 190<br>D-40627 DUSSELDORF GERMANY<br>,<br>GERMANY | 28415 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| BLACK, DAVID W<br>55725 RESORT RD<br><br>THREE RIVERS, MI 49093 | 44157 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BLANCHE GORDON<br>7873 WHISPERING PALMS DR<br>APT 101<br>BOYNTON BEACH, FL 33437 | 11376 | Motors Liquidation Company | $4,552.00 | Equity Interest Claim | Pgs. 1-5 |
| BLEVINS, JAMES L<br>26730 CASH CT<br><br>LEESBURG, FL 34748 | 8016 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| BLIZZARD, EUNICE V<br>64245 TIPPERARY DR<br><br>WASHINGTON TWP, MI 48095 | 2104 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BORCHERS, JOHN B<br>392 NW STRATFORD LN<br><br>PORT ST LUCIE, FL 34983 | 33557 | Motors Liquidation Company | $77,270.30 | Equity Interest Claim | Pgs. 1-5 |
| BOWDLE, BETTY MARSHA<br>453 HIGHWAY 29 S<br><br>DELIGHT, AR 71940 | 45593 | Motors Liquidation Company | $28,251.00 | Equity Interest Claim | Pgs. 1-5 |
| BOWE, GERALD L<br>106 SUMMIT PL<br><br>LANSDALE, PA 19446 | 6141 | Motors Liquidation Company | $2,520.00 | Equity Interest Claim | Pgs. 1-5 |
| BOWHAY, BRUCE E<br>7032 40TH ST<br><br>BERWYN, IL 60402 | 44339 | Motors Liquidation Company | $1,875.00 | Equity Interest Claim | Pgs. 1-5 |
| BOWLES LUCILE E<br>C/O PATRICIA FIGUEROA (TRUSTEE)<br>20650 CALLE BELLA<br>YORBA LINDA, CA 92887 | 65126 | Motors Liquidation Company | $709.29 | Equity Interest Claim | Pgs. 1-5 |
| BOYER, ROY B<br>4132 ROCK HILL LOOP<br><br>APOPKA, FL 32712 | 8750 | Motors Liquidation Company | $56,018.10 | Equity Interest Claim | Pgs. 1-5 |
| BRADLEY GOFFENA<br>818 ASHOKAN RD<br><br>ENGLEWOOD, OH 45322 | 10622 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRENNEMAN, MARIAN A<br>3832 W BEECHWOOD AVE<br><br>FRESNO, CA 93711 | 65401 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRENT STONE<br>2154 HAINES RD<br><br>LAPEER, MI 48446 | 5063 | Motors Liquidation Company | $30,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

Exhibit A

| | CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|---|
| BRICKHOUSE, BENITA<br>9151 SPRINGFIELD RD UNIT 1101<br><br>POLAND, OH 44514 | 64529 | Motors Liquidation Company | $19,631.25 | Equity Interest Claim | Pgs. 1-5 |
| BRIGGS, LEON A<br>12353 LAKE RD<br><br>MONTROSE, MI 48457 | 4632 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRINK, JERRY L<br>42111 BRIARCLIFF CT<br><br>CANTON, MI 48187 | 13685 | Motors Liquidation Company | $7,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BRISBOY, THAD L<br>6448 S SHERMAN RD<br><br>BLANCHARD, MI 49310 | 17119 | Motors Liquidation Company | $9,168.54 | Equity Interest Claim | Pgs. 1-5 |
| BRONIKOWSKI, GERALD<br>155 HAZELWOOD DR<br><br>PRUDENVILLE, MI 48651 | 5375 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BROWN, PATSY K<br>2299 CAMP HARDTNER RD<br><br>POLLOCK, LA 71467 | 20930 | Motors Liquidation Company | $6,637.72<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRUCE DE BRUHL<br>1960 L GABRIELS CREEK RD<br><br>MARS HILL, NC 28754 | 65402 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BRUCE GRATHWOHL<br>106 E MAPLE ST<br><br>ALEXANDRIA, VA 22301<br>UNITED STATES OF AMERICA | 37214 | Motors Liquidation Company | $6,690.00 | Equity Interest Claim | Pgs. 1-5 |
| BRUCE PIERSON<br>2101 STONESTHROW DR<br><br>LAPEER, MI 48446 | 11259 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| BRYA, TERRANCE L<br>2323 YALLUP RD<br><br>SAINT JOHNS, MI 48879 | 26572 | Motors Liquidation Company | $2,274.26 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

146th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| BUELL E. DAVIS AND AUDREY H. DAVIS<br>251 JOHN ROAD<br><br>CHEHALIS, WA 98532 | 793 | Motors Liquidation Company | $2,510.00 | Equity Interest Claim | Pgs. 1-5 |
| BURCH, EDDIE<br>PO BOX 35323<br><br>DETROIT, MI 48235 | 12076 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :        **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.* :
                                        :
                      **Debtors.**      :        **(Jointly Administered)**
                                        :
-----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' 146TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

Upon the 146th omnibus objection, dated January 25, 2011 (the "**146th Omnibus Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity interests, all as more fully described in the 146th Omnibus Objection to Claims; and due and proper notice of the 146th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 146th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 146th Omnibus Objection to Claims.

146th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 146th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 146th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge