HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
                                              :
                        **Debtors.**          :        **(Jointly Administered)**
                                              :
-------------------------------------------------------------x

## NOTICE OF DEBTORS' 147TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 147th omnibus objection to disallow certain claims[1] (the "**147th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 147th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 147th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> ### PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 147TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.

**PLEASE TAKE FURTHER NOTICE** that any responses to the 147th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern**

**Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 147th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 147th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
-----------------------------------------------------------x
```

## <u>DEBTORS' 147TH OMNIBUS OBJECTION TO CLAIMS</u>
### (Claims for Equity Interests)

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## <u>Relief Requested</u>

1.       Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.       The Debtors file this 147th omnibus objection (the "**147th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

**Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.      On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

**The Relief Requested Should Be Approved by the Court**

6.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

   7.  Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

**Reservation of Rights**

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

**Notice**

9.      Notice of this 147th Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

147th Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED |
| --- |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| BURKS JR, RAYMOND<br>800 S 12TH ST<br>MONROE, LA 71202 | 68180 | Motors Liquidation Company | $1,605.95 | Equity Interest Claim | Pgs. 1-5 |
| BURKS, KATHERINE L<br>800 S 12TH ST<br>MONROE, LA 71202 | 68181 | Motors Liquidation Company | $2,585.00 | Equity Interest Claim | Pgs. 1-5 |
| BYRNES, PATRICIA L<br>473 THALIA AVE<br>ROCHESTER HILLS, MI 48307 | 10354 | Motors Liquidation Company | $1,037.10 | Equity Interest Claim | Pgs. 1-5 |
| C GLIELMI & JV GLIELMI CO TTEE<br>CARMINE GLIELMI TRUST<br>560 LYNN ST<br>HARRINGTON PARK, NJ 07640 | 65056 | Motors Liquidation Company | $6,786.00 | Equity Interest Claim | Pgs. 1-5 |
| C.W. EARP<br>5112 DANA DRIVE<br>FORT WORTH, TX 76117 | 28915 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CADENBACH, ROBERT C<br>1216 POMONA CT<br>FENTON, MI 48430 | 4994 | Motors Liquidation Company | $11,400.00 | Equity Interest Claim | Pgs. 1-5 |
| CANDI S CUTRELL BENEFICIARY IRA<br>642 SOUTH BEACH ST<br>ORMOND BEACH, FL 32174 | 6072 | Motors Liquidation Company | $10,073.00 | Equity Interest Claim | Pgs. 1-5 |
| CAPLES, EMMA L<br>229 BRIARWOOD LN<br>ROGERSVILLE, MO 65742 | 19831 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CARL USER<br>CGM IRA CUSTODIAN<br>4975 COUNTRYSIDE DRIVE<br>WEST BLOOMFIELD, MI 48323 | 46127 | Motors Liquidation Company | $3,877.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| CARL USER TTEE<br>FBO CARL USER<br>U/A/D 06/10/02<br>4975 COUNTRYSIDE DRIVE<br>WEST BLOOMFIELD, MI 48323 | 46126 | Motors Liquidation Company | $3,846.00 | Equity Interest Claim | Pgs. 1-5 |
| CARLEY EASTERWOOD<br>39714 MAYVILLE ST<br>PLYMOUTH, MI 48170 | 10658 | Motors Liquidation Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CAROL WRIGHT<br>414  TERRELL  DR<br>BAKERSVILLE, NC 28705 | 68233 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CARSTEN KUNZ<br>GIERER STR 89<br>D-41470 NEUSS GERMANY<br>,<br>GERMANY | 22815 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CARVER JILL D IRA<br>1033 S COOPER ST<br>KOKOMO, IN 46902 | 65233 | Motors Liquidation Company | $35.20 | Equity Interest Claim | Pgs. 1-5 |
| CATHERINE ALLESON<br>932 SO 245TH PLACE<br>DES MOINES, WA 98198 | 45282 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CATHERINE C GRAHAM<br>WBNA CUSTODIAN ROTH IRA<br>2563 RIVER KNOLL DR<br>LILBURN, GA 30047 | 4100 | Motors Liquidation Company | $4,476.69<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CATHERINE ELLWOOD-RITCHIE<br>5546 BEECHER RD SW<br>GRANVILLE, OH 43023 | 69673 | Motors Liquidation Company | $460.00 | Equity Interest Claim | Pgs. 1-5 |
| CAVALIER, PAIGE G<br>6117 AVERILL WAY APT D<br>DALLAS, TX 75225 | 3452 | Motors Liquidation Company | $302.00 | Equity Interest Claim | Pgs. 1-5 |
| CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 30007 | Motors Liquidation Company | $625.66 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| | | | | |
|---|---|---|---|---|
| CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 30009 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| CEDE & CO<br>ATTN  GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 43966 | Motors Liquidation Company | $2,527.75 | Equity Interest Claim  Pgs. 1-5 |
| CEDE & CO DONNA J KENNEY<br>CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041<br>UNITED STATES OF AMERICA | 63308 | Motors Liquidation Company | $282.00 | Equity Interest Claim  Pgs. 1-5 |
| CENCARIK, JOHN A<br>1116 BARONE DR<br>WEIRTON, WV 26062 | 16642 | Motors Liquidation Company | $62,111.33 | Equity Interest Claim  Pgs. 1-5 |
| CESIA MILLER<br>6567 COLGATE AVE<br>LOS ANGELES, CA 90048 | 6830 | Motors Liquidation Company | $372,616.00 | Equity Interest Claim  Pgs. 1-5 |
| CGMIRA FBO HOVANESS MARONIAN<br>14 RIDGEWAY ESTATES<br>ROCHESTER, NY 14626 | 68444 | Motors Liquidation Company | $1,378.00 | Equity Interest Claim  Pgs. 1-5 |
| CHADWICK, RICHARD J<br>PO BOX 448<br>OAK HARBOR, OH 43449 | 30979 | Motors Liquidation Company | $5,152.00 | Equity Interest Claim  Pgs. 1-5 |
| CHANEY, BENNIE M<br>1825 MILL POND DR<br>OXFORD, MI 48371 | 15648 | Motors Liquidation Company | $72,000.00 | Equity Interest Claim  Pgs. 1-5 |
| CHANG, JOSE A<br>5479 DUSKYWING DR<br>ROCKLEDGE, FL 32955 | 19543 | Motors Liquidation Company | $101,396.71 | Equity Interest Claim  Pgs. 1-5 |
| CHARLES A DENNY<br>1486 DENNY RD<br>WILMINGTON, OH 45177 | 30011 | Motors Liquidation Company | $70,598.00 | Equity Interest Claim  Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| CHARLES BAILEY<br>18299 KANDT DR<br><br>MACOMB, MI 48044 | 2692 | Motors Liquidation Company | $106,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES BENNINGHOFF<br>P.O. BOX 2806<br><br>RANCHO CUCAMONGA, CA 91729 | 69089 | Motors Liquidation Company | $15,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES E BRIGGS IRA<br>FCC AS CUSTODIAN<br>105 COBB BLUFF<br>MURPHY, NC 28906 | 21238 | Motors Liquidation Company | $15,961.25 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES PRICE<br>1685 HILLBRIDGE RD<br><br>OWENSBORO, KY 42303<br>UNITED STATES OF AMERICA | 19827 | Motors Liquidation Company | $3,075.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES R DYER<br>7677 SALEM ROAD<br><br>LEWISBURG, OH 45338 | 10332 | Motors Liquidation Company | $24,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES W ROSSNER<br>4524 N TURNBULL DR<br><br>METAIRIE, LA 70002 | 19890 | Motors Liquidation Company | $1,271.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLOTTE & GERALD BUCHANAN<br>LIV TRUST U/A/D 4 2 92 -- CHARLOTTE BUCHANAN &<br>GERALD BUCHANAN TTEES<br>6034 PECK AVE<br>WARREN, MI 48092 | 4338 | Motors Liquidation Company | $7,480.10 | Equity Interest Claim | Pgs. 1-5 |
| CHARLOTTE SCHULTZ<br>16531 FOREST VIEW DR<br><br>CLINTON TWP, MI 48036 | 9812 | Motors Liquidation Company | $14,854.00 | Equity Interest Claim | Pgs. 1-5 |
| CHAVES JR, ANTHONY J<br>31 ELM ST<br><br>WESTBOROUGH, MA 01581 | 44254 | Motors Liquidation Company | $44,446.97 | Equity Interest Claim | Pgs. 1-5 |
| CHEEK, DOROTHEA E<br>25015 MEADOWBROOK RD<br><br>NOVI, MI 48375 | 43370 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| CHERYL CRAHEN<br>BRANTNER, MERTYCE C (DECD)<br>7060 MORNING DOVE LANE<br>OLMSTED FALLS, OH 44138 | 3612 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CHRIS SCARVELLIS<br>1740 MERIDEN RD APT<br><br>WTBY, CT 06705 | 3182 | Motors Liquidation Company | $144.25 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTEL WIECHERN<br>AUF DEM HEIDLANDE 9<br>D-22969 WITZHAVE GERMANY<br>,<br>GERMANY | 28684 | Motors Liquidation Company | $510.00 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTINE BRANDT<br>KOCHERSTRASSE 12<br>71642 LUDWIGSBURG GERMANY<br>,<br>GERMANY | 60986 | Motors Liquidation Company | $3,698.50 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH EHRENBERG<br>WEITZACKER 6<br>97705 BURKARDROTH GERMAY<br>,<br>GERMANY | 21375 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH ERPENBECK<br>KAMPCHENSWEG 90<br>50933 KOLN  GERMANY<br>,<br>GERMANY | 50080 | Motors Liquidation Company | $1,332.10 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH MATZ<br>LERCHENSTR 70<br>70176 STUTTGART GERMANY<br>,<br>GERMANY | 29431 | Motors Liquidation Company | $5,879.11 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH ROS<br>QUIRINSTRASSE 56<br>D-40545 DUSSELDORF  GERMANY<br>,<br>GERMANY | 61339 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CHRISTY, MAXINE H<br>4900 SHARON RD<br><br>CHARLOTTE, NC 28210 | 65061 | Motors Liquidation Company | $35,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| CHRYSLER SALARIED EES' SAVINGS<br>DAVID J DEVORE<br>5374 BRIGHAM RD<br>GOODRICH, MI 48438 | 69512 | Motors Liquidation Company | $24,910.26 | Equity Interest Claim | Pgs. 1-5 |
| CHUDABALA, SUNANDHA<br>9134 NOBLE AVE<br>NORTH HILLS, CA 91343 | 7349 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CIGICH, LEONARD<br>108 TWELVE OAKS DR<br>MC CORMICK, SC 29835 | 3826 | Motors Liquidation Company | $72,540.00 | Equity Interest Claim | Pgs. 1-5 |
| CLARENCE FORESTER<br>3040 CARDINAL LAKE DR<br>DULUTH, GA 30096 | 15893 | Motors Liquidation Company | $9,600.00 | Equity Interest Claim | Pgs. 1-5 |
| CLAROS, JORGE N<br>10708 SE 177TH ST<br>NORMAN, OK 73026 | 28791 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CLAUDE LEACH<br>2868 GOLDFINCH ST<br>ROCHESTER HILLS, MI 48309 | 14301 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CLAUDETTE ELLISON<br>459 FOX HILLS DR N<br>BLOOMFIELD HILLS, MI 48304 | 32852 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CLIFFORD NICHOLS<br>1565 HWY 34<br>FAIRFIELD, IA 52556 | 8137 | Motors Liquidation Company | $5,354.00 | Equity Interest Claim | Pgs. 1-5 |
| CLIFFORD PLEMON<br>901 MOORE ST LOT 32<br>BARABOO, WI 53913 | 6331 | Motors Liquidation Company | $3,094.23 | Equity Interest Claim | Pgs. 1-5 |
| CLINDINNING, ROBERT A<br>6035 SEA RANCH DR UNIT 703<br>HUDSON, FL 34667 | 62642 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| CLOWNEY, WILLIAM H<br>164 BERESFORD ST<br><br>HIGHLAND PARK, MI 48203 | 3025 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COLEMAN, LAWTON R<br>19296 WAYAH RD<br><br>TOPTON, NC 28781 | 19757 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COLLINS, BENJAMIN O<br>3500 SQUAWFIELD RD RTE 3<br><br>HILLSDALE, MI 49242 | 19552 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COMDIRCTBANK AG<br>BASTERT, KLAUS<br>LIGUSTERWEG 13<br>D-44869 BOCHUM GERMANY<br>,<br>GERMANY | 21373 | Motors Liquidation Company | $1,215.00 | Equity Interest Claim | Pgs. 1-5 |
| CONNIE KELLER KEPLINGER<br>2915 TREMONT CIR NW<br><br>CANTON, OH 44708 | 16060 | Motors Liquidation Company | $2,619.00 | Equity Interest Claim | Pgs. 1-5 |
| CONRAD WILHELM<br>1108 ORIOLE CIR<br><br>FILLMORE, CA 93015 | 30239 | Motors Liquidation Company | $1,027.52<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CORINNE CICHON TOD SCOTT W CICHON<br>SUBJECT TO STA RULES<br>669 N HALIFAX DR<br>ORMOND BEACH, FL 32176 | 68786 | Motors Liquidation Company | $3,110.96 | Equity Interest Claim | Pgs. 1-5 |
| CORNELIA VETTER<br>BARLAUCHWEG 8<br>99092 ERFURT  GERMANY<br>,<br>GERMANY | 31324 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CORNETT, MARGARET J<br>6136 CHICAGO RD<br><br>WARREN, MI 48092 | 5691 | Motors Liquidation Company | $15,733.31 | Equity Interest Claim | Pgs. 1-5 |
| CORNFORD, DEAN A<br>2930 N BRITT RD<br><br>JANESVILLE, WI 53548 | 3880 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| COUNSELLER, NORMA L<br>3215 W MOUNT HOPE AVE APT 307<br>LANSING, MI 48911 | 14836 | Motors Liquidation Company | $30,000.00 | Equity Interest Claim | Pgs. 1-5 |
| COWAN, KRISTEN<br>9380 STINCHFIELD WOODS RD<br>PINCKNEY, MI 48169 | 33293 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CROSS, DAVID D<br>7141 W PLEASANT VALLEY RD<br>BLANCHARD, MI 49310 | 2052 | Motors Liquidation Company | $71,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CURTIS GILLEYLEN<br>1118 BARRINGTON DR<br>FLINT, MI 48503 | 17568 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CURTIS, HARRY H<br>780 IRON BRIDGE RD<br>CICERO, IN 46034 | 16571 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CYRIL J GANTER II<br>1994 HIGHLAND AVE<br>READING, PA 19606 | 23289 | Motors Liquidation Company | $24,810.00 | Equity Interest Claim | Pgs. 1-5 |
| DAGLEF SEECK<br>GENERAL MOTORS CIS<br>10 UL TESTOVSKAYA ENTRANCE 2 FLOOR 9<br>123317 MOSCOW RUSSIA<br>,<br>RUSSIAN FEDERATION | 29938 | Motors Liquidation Company | $23,438.90 | Equity Interest Claim | Pgs. 1-5 |
| DALE SPIRNAK<br>207 MAPLEDALE DR<br>MUNHALL, PA 15120 | 63648 | Motors Liquidation Company | $1,648,995.40 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL ALLAN SEIGEL TR<br>UA 04-19-1994 SEIGEL<br>CHARITABLE REMAINDER UNITRUST<br>11764 CRESCENDA ST<br>LOS ANGELES, CA 90049 | 6504 | Motors Liquidation Company | $61,911.00 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL BONIKOWSKI<br>2011 S OGEMAW TRL<br>WEST BRANCH, MI 48661 | 12818 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| DANIEL DANHAUER<br>117 BALDWIN ST<br><br>BELTON, MO 64012 | 3832 | Motors Liquidation Company | $117,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL J MARTIN<br>413 WOODHOLLOW TRAIL<br><br>EDMOND, OK 73012 | 21279 | Motors Liquidation Company | $1,092.32 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL R FALZINE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>3140 NORTHWOOD LN<br>WESTLAKE, OH 44145 | 50192 | Motors Liquidation Company | $19,921.00 | Equity Interest Claim | Pgs. 1-5 |
| DARLING, KENNETH<br>707 TAWAS LN<br><br>PRUDENVILLE, MI 48651 | 2559 | Motors Liquidation Company | $552.00 | Equity Interest Claim | Pgs. 1-5 |
| DARRELL TAYLOR<br>5420 HWY 896<br><br>PARKERS LAKE, KY 42634 | 11152 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID A DROWNE<br>45 WILLIAMS ST<br><br>REHOBOTH, MA 02769<br>UNITED STATES OF AMERICA | 37140 | Motors Liquidation Company | $791.84 | Equity Interest Claim | Pgs. 1-5 |
| DAVID FINK<br>14518 EDDY LAKE RD<br><br>FENTON, MI 48430 | 62003 | Motors Liquidation Company | $172,077.64 | Equity Interest Claim | Pgs. 1-5 |
| DAVID G RICKETT<br>1914 RIDGEWOOD DR<br><br>COLUMBIA, MS 39429 | 65731 | Motors Liquidation Company | $460.95 | Equity Interest Claim | Pgs. 1-5 |
| DAVID J BROWN  & DIANE BROWN<br>5372 DANIEL<br><br>BRIGHTON, MI 48114 | 28300 | Motors Liquidation Company | $17,864.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID KNOX<br>31 DEWALT RD<br><br>NEWARK, DE 19711 | 12515 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| DAVID MEHALL<br>3408 WHEATLAND LN<br><br>PLANO, TX 75025 | 45091 | Motors Liquidation Company | $457.87 | Equity Interest Claim | Pgs. 1-5 |
| DAVID R BROWN<br>288 N KING ST<br><br>XENIA, OH 45385 | 1900 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DAVID RADKE<br>1067 GULICK RD<br><br>HASLETT, MI 48840<br>UNITED STATES OF AMERICA | 63113 | Motors Liquidation Company | $504,671.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID SHAMOON<br>24 HOLLAND PARK ROAD<br>W14<br>LONDON<br>, | 23327 | Motors Liquidation Company | $48,627.50 | Equity Interest Claim | Pgs. 1-5 |
| DCG & T<br>FBO BERNARD HARTMAN/IRA<br>BERNARD HARTMAN<br>26910 GRAND CENTRAL PKWY<br>APT 29K<br>FLORAL PARK, NY 11005 | 16569 | Motors Liquidation Company | $1,485.00 | Equity Interest Claim | Pgs. 1-5 |
| DCG & T<br>FBO SYDELLE HARTMAN/IRA<br>SYDELLE HARTMAN<br>26910 GRAND CENTRAL PKWY<br>APT 29K<br>FLORAL PARK, NY 11005 | 16570 | Motors Liquidation Company | $270.00 | Equity Interest Claim | Pgs. 1-5 |
| DE BUSSEY, LAWRENCE L<br>7093 BALTIC DR SW<br><br>BYRON CENTER, MI 49315 | 63072 | Motors Liquidation Company | $11,590.88<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DE SELLEMS, RONALD<br>3935 AYRSHIRE DR<br><br>YOUNGSTOWN, OH 44511 | 2081 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DEJESUS, LUJARDIN L<br>PO BOX 31<br><br>RINCON, PR 00677 | 18342 | Motors Liquidation Company | $18,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the
proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims
filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

147th Omnibus Objection

**Exhibit A**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | | |
| DELAWARE CHARTER GTY TRUST TR<br>MARVIN S GOLDSMITH TR<br>MARKETING THAT WORKS INC<br>PROFIT SHARING PL<br>1000 LAKE SHORE PLZ PAT 24C<br>CHICAGO, IL 60611 | 11730 | Motors Liquidation Company | $9,838.19 | Equity Interest Claim | Pgs. 1-5 |
| DEMETRIOS SOTIROPOULOS<br>SHARE - HOLDER<br>28-05 44TH STREET<br>ASTORIA, NY 11103 | 70463 | Motors Liquidation Company | $2,120.00 | Equity Interest Claim | Pgs. 1-5 |

99

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                  :
In re                                                             :          Chapter 11 Case No.
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,                             :          09-50026 (REG)
         f/k/a General Motors Corp., *et al.*                     :
                                                                  :
                                    Debtors.                      :          (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 147TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

Upon the 147th omnibus objection, dated January 25, 2011 (the "**147th Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 147th Omnibus Objection to Claims; and due and

proper notice of the 147th Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 147th Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 147th Omnibus Objection to Claims.

147th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 147th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 147th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge