> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                        :        Chapter 11 Case No.
                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,        :        09-50026 (REG)
        f/k/a General Motors Corp., *et al.* :
                                             :
                Debtors.                     :        (Jointly Administered)
                                             :
---------------------------------------------------------------x

## NOTICE OF DEBTORS' 148TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 148th omnibus objection to disallow certain claims[1] (the "**148th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 148th

---
[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 148th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

        **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 148TH
OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR
CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT
"A" ANNEXED THERETO.**

        **PLEASE TAKE FURTHER NOTICE** that any responses to the 148th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 148th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 148th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :          **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*   :
                                                    :
                        **Debtors.**                :          **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

<u>**DEBTORS' 148TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Relief Requested**

1.          Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.          The Debtors file this 148th omnibus objection (the "**148th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.        A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7.        Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

**Reservation of Rights**

8.       The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

**Notice**

9.       Notice of this 148th Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.       No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        January 25, 2011

<div style="margin-left:40%">

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

</div>

148th Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED | |
|---|---|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DENNIS FREDERICK<br>133 HAWTHORNE PLACE<br>ITHACA, NY 14850 | 2859 | Motors Liquidation Company | $129.24 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS, ROBERT D<br>4760 LEE HILL RD<br>MAYVILLE, MI 48744 | 3865 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DENYS LINKE<br>SANDGASSE 10 A<br>LANDAU GERMANY 76829<br>,<br>GERMANY | 21928 | Motors Liquidation Company | $281.20 | Equity Interest Claim | Pgs. 1-5 |
| DETHERAGE JAMES<br>7484 JOAN DR<br>WEST CHESTER, OH 45069 | 29467 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DI DONATO, ANTHONY J<br>7520 SCARLET CT<br>FORT WAYNE, IN 46815 | 8517 | Motors Liquidation Company | $40,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DINO CICCONE<br>8561 CAMSHIRE CT<br>JACKSONVILLE, FL 32244 | 11417 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| DINO LEVENTIS & MARIE LEVENTIS JOINT TTEE<br>DECLARATION OF TRUST DINO LEVE<br>U/A DTD 11/04/1993<br>2070 PALMER LN<br>GREEN OAKS, IL 60048 | 9737 | Motors Liquidation Company | $15,965.65 | Equity Interest Claim | Pgs. 1-5 |
| DIRK RAUPBACH<br>DIRK RAUPBACH<br>ALTE POTSDAMER LANDSTRABE 53B<br>14532 STAHNSDORF GERMANY<br>,<br>GERMANY | 37730 | Motors Liquidation Company | $24,750.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| DOMENIC R INGLISA SR<br>TTE DOMENIC R INGLISA SR<br>TRUST U/A DTD 2-14-96<br>FOREST GREEN COURT<br>1 DEER RUN PKWY<br>ELKTON, MD 21921 | 11336 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DOMENICA DITTMEIER<br>32 SHELLEY AVE<br>VALHALLA, NY 10595<br>UNITED STATES OF AMERICA | 70494 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DOMENICA GLIELMI<br>560 LYNN ST<br>HARRINGTON PARK, NJ 07640 | 65057 | Motors Liquidation Company | $6,865.25 | Equity Interest Claim | Pgs. 1-5 |
| DOMINICK MONTENERI<br>96 OLDE HARBOUR TRAIL<br>ROCHESTER, NY 14612 | 1958 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DONALD J KEEGAN &<br>ANTOINETTE M KEEGAN JTWROS<br>624 HIXSON AVE<br>SYRACUSE, NY 13206 | 4750 | Motors Liquidation Company | $3,303.00 | Equity Interest Claim | Pgs. 1-5 |
| DONALD W HUTTEN<br>11031 WELLSLEY CT<br>ST LOUIS, MO 63146 | 28065 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| DONNA CUDD<br>1500 TOPANGA LN UNIT 101<br>LINCOLN, CA 96648 | 64075 | Motors Liquidation Company | $15,176.00 | Equity Interest Claim | Pgs. 1-5 |
| DONNA TOCARCHICK<br>9605 DEER TRL<br>HASLETT, MI 48840 | 68341 | Motors Liquidation Company | $9,670.63 | Equity Interest Claim | Pgs. 1-5 |
| DORIS WILKES<br>94 N GLENWOOD AVE<br>PONTIAC, MI 48342 | 9200 | Motors Liquidation Company | $211.30 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| DOROTHY BROWN<br>RANDAL BROWN<br>31 LENSMITH DR<br>AURORA ONTARIO L4G 6S1 CANADA<br>,<br>CANADA | 7733 | Motors Liquidation Company | $36.00 | Equity Interest Claim | Pgs. 1-5 |
| DOROTHY F BURK<br>105 YORKSHIRE DR<br>BLAWNOX, PA 15238 | 3882 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DOUGHERTY JR, DONALD P<br>13608 WINESAP CIR<br>THURMONT, MD 21788 | 63338 | Motors Liquidation Company | $3,725.00 | Equity Interest Claim | Pgs. 1-5 |
| DOUGHERTY, BRIAN R<br>13835 CLYDE RD<br>HOLLY, MI 48442 | 69775 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DOWNS, VIRA J<br>LOT 645<br>2100 KINGS HIGHWAY<br>PUNTA GORDA, FL 33980 | 63328 | Motors Liquidation Company | $58.50 | Equity Interest Claim | Pgs. 1-5 |
| DR ANDREAS MEILINGER<br>OBSTWEG 13<br>71083 HERREMBERG GERMANY<br>,<br>GERMANY | 26886 | Motors Liquidation Company | $2,474.34 | Equity Interest Claim | Pgs. 1-5 |
| DR KONRAD EHLERS<br>HAUNHORSTBERG 61<br>D-49078 OSNABRUCK GERMANY<br>,<br>GERMANY | 61131 | Motors Liquidation Company | $4,149.02<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DR LOTTE MIETZNER<br>SAKROWER LANDSTR 137<br>14089 BERLIN GERMANY<br>,<br>GERMANY | 30807 | Motors Liquidation Company | $2,650.00 | Equity Interest Claim | Pgs. 1-5 |
| DR LUTZ MARC RUWISCH<br>FORSTWEB 8<br>64295 DARMSTADT GERMANY<br>,<br>GERMANY | 28788 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| DR NORBERT POETSCHKE<br>MESSDORFER STRASSE 306<br>53123  BONN GERMANY<br>,<br>GERMANY | 27159 | Motors Liquidation Company | $85.84 | Equity Interest Claim | Pgs. 1-5 |
| DR ROBERT EBERLEIN<br>RUA VITORIA M6  APTO 132<br>CEP 09030 520 SANTO ANDRE SP BRAZIL<br>,<br>BRAZIL | 31228 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DR ROLF JANSEN<br>BUCHENSTRAße 14<br>22299 HAMBURG GERMANY<br>,<br>GERMANY | 27137 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DR STEFAN HAUK<br>FICHTENWEG 14<br>D-57271 HILCHENBACH GERMANY<br>,<br>GERMANY | 64022 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DR U ISENSEE<br>FRIEDRICHSTRASSE 17<br>40217 DUSSELDORF GERMANY<br>,<br>GERMANY | 65429 | Motors Liquidation Company | $8,633.34 | Equity Interest Claim | Pgs. 1-5 |
| DR U ISENSEE<br>FRIEDRICHSTRASSE 17<br>D-40217 DUSSELDORF GERMANY<br>,<br>GERMANY | 69428 | Motors Liquidation Company | $8,633.34 | Equity Interest Claim | Pgs. 1-5 |
| DR. HARALD AND BEATE SCHOTENROEHR<br>SACHSENSTR 40<br>D-40883 RATINGEN GERMANY<br>,<br>GERMANY | 30362 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DR. RAINIER FRISCHE<br>SCHÜTTENHELMWEG 60<br>60529 FRANKFURT  GERMANY<br>,<br>GERMANY | 28639 | Motors Liquidation Company | $2,250.00 | Equity Interest Claim | Pgs. 1-5 |
| DRINNAN, DAVID<br>7818 HAMPTON DR<br><br>MORRISVILLE, PA 19067 | 1982 | Motors Liquidation Company | $47,375.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG -4904003272 100 SE 2ND STREET SUITE 2610 MIAMI, FL 33131 | 63798 | Motors Liquidation Company | $180.89 | Equity Interest Claim | Pgs. 1-5 |
| DUDLEY M STEWART JR & CARROLL P STEWART TIC/TENCOM 1421 NAPOLEON AVE NEW ORLEANS, LA 70115 | 20977 | Motors Liquidation Company | $23,397.52 | Equity Interest Claim | Pgs. 1-5 |
| DUSENBERY, ROBERT F 212 ANTEBELLUM CT RIVERDALE, GA 30274 | 3480 | Motors Liquidation Company | $1,941.17 | Equity Interest Claim | Pgs. 1-5 |
| DUSZYNSKI, PAUL W 1702 CAMELLIA DR ARLINGTON, TX 76013 | 32915 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DYMOND, JAMES R 20705 BONZ BEACH HWY ONAWAY, MI 49765 | 16930 | Motors Liquidation Company | $6,620.00 | Equity Interest Claim | Pgs. 1-5 |
| DYRCK, DAVID A 4359 SUNSET CT LOCKPORT, NY 14094 | 1719 | Motors Liquidation Company | $854.40 | Equity Interest Claim | Pgs. 1-5 |
| EARL REDD 16005 TEMPLAR CIR SOUTHFIELD, MI 48075 | 65682 | Motors Liquidation Company | $65,514.55 | Equity Interest Claim | Pgs. 1-5 |
| EARLS, JAMES E 358 OGDEN AVE JERSEY CITY, NJ 07307 | 14199 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EASTERWOOD, CARLEY R 39714 MAYVILLE ST PLYMOUTH, MI 48170 | 10659 | Motors Liquidation Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ECKHARD JAEGER GROSSE LEINING 2-4 D 45141 ESSEN  GERMANY , GERMANY | 44377 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| ECKLES, WILLIAM L<br>1230 EAST 29TH STREET<br><br>ANDERSON, IN 46016 | 10651 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDGAR GOHNER<br>DIETWEG 46<br>72108 ROTTENBURG GERMANY<br>,<br>GERMANY | 32837 | Motors Liquidation Company | $549.33 | Equity Interest Claim | Pgs. 1-5 |
| EDUARDO CAFARO<br>MARISCAL SUCRE 755 9 PISO<br>DPTO E<br>BUENOS AIRES 1428 ARGENTINA<br>,<br>ARGENTINA | 46212 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDWARD LEWIS<br>41356 ROBIN ST<br><br>MATTAWAN, MI 49071 | 13069 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDWIN SOWDERS<br>PO BOX 81<br><br>AVOCA, IN 47420 | 49600 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EKKEHARD GROSSMANN<br>LICHTERFELDER RINGNON<br>12279 BERLIN GERMANY<br>,<br>GERMANY | 64047 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| EKREM BAKA<br>AN DER UNTERGEIS 3<br>36251 BAD HERSFELD GERMANY<br>,<br>GERMANY | 69591 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELAINE CHOJED<br>1704 MEGARGEE ST<br><br>PHILADELPHIA, PA 19152<br>UNITED STATES OF AMERICA | 27006 | Motors Liquidation Company | $3,568.00 | Equity Interest Claim | Pgs. 1-5 |
| ELEANOR DUEMIG<br>2615  N.  CHARLOTTE  ST.<br><br>POTTSTOWN, PA 19464<br>UNITED STATES OF AMERICA | 70429 | Motors Liquidation Company | $2,495.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| ELEANOR DUEMIG<br>2615 N CHARLOTTE ST<br><br>POTTSTOWN, PA 19464 | 70430 | Motors Liquidation Company | $4,990.00 | Equity Interest Claim | Pgs. 1-5 |
| ELIEZER BIELORY TTEE<br>ELIEZER BIELORY REV TRUST DTD<br>U/A 5/3/07<br>18051 BISCAYNE BLVD<br>PH-5 N-1<br>AVENTURA, FL 33160 | 15870 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ELLEN KELLENTER<br>AM MUHLENGRABEN 3<br>D-52249 ESCHWEILER GERMANY<br>,<br>GERMANY | 24279 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELLIN TAYLOR BLACK<br>4056 REDONDO DR.<br><br>EL DORADO HILLS, CA 95762 | 63976 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELLIN TAYLOR BLACK<br>4056 REDONDO DR<br><br>EL DORADO HLS, CA 95762<br>UNITED STATES OF AMERICA | 63977 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELLIS, ALEXANDER<br>5100 ROCKWOOD DR<br><br>GRAND BLANC, MI 48439 | 8610 | Motors Liquidation Company | $42,571.11 | Equity Interest Claim | Pgs. 1-5 |
| ELSE HINKLE<br>23701 HARVEST DR<br><br>NOVI, MI 48375 | 2309 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EMILY GATES<br>7126 LAS VENTANAS DR<br><br>AUSTIN, TX 78731 | 69725 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EMRICK, JERRY T<br>10118 CHEDWORTH DR<br><br>CENTERVILLE, OH 45458 | 1802 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ERIC P. SMEBY<br>121 S. CRAWFORD STREET<br><br>MILLERSBURG, OH 44654 | 7555 | Motors Liquidation Company | $74.99<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| ERICH ROSCH & RUTH ROSCH<br>IM ROBIGER 19<br>RUSSELSHEIM 65428 GERMANY<br>,<br>GERMANY | 28587 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ERNEST & MARIE REID<br>58 KENWOOD AVENUE<br>M6C2S2 TORONTO ONTARIO CANADA<br>,<br>CANADA | 45772 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ERNEST A VAN ZILE<br>370 N 6100 W<br>CEDAR CITY, UT 84721 | 16254 | Motors Liquidation Company | $3,752.00 | Equity Interest Claim | Pgs. 1-5 |
| ERVIN GUYER<br>130 FISHING TRAIL<br>STAMFORD, CT 06903 | 14288 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ESTATE OF NICHOLAS J MILAZZO<br>C/O GERALDINE MILAZZO EXECUTRIX<br>173 ENGLEWOOD DRIVE<br>ORANGE, CT 06477 | 63881 | Motors Liquidation Company | $57.00 | Equity Interest Claim | Pgs. 1-5 |
| EUGENE L PETRINI<br>14802 N BOLIVAR<br>SUN CITY, AZ 85351 | 11027 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EUGENE ZABER<br>275 MADIE AVE<br>SPOTSWOOD, NJ 08884 | 16486 | Motors Liquidation Company | $40.50 | Equity Interest Claim | Pgs. 1-5 |
| EVELYN M HAGEMEYER<br>7115 KOBOLD LN<br>DURHAM, NC 27707 | 12553 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EVELYN SCHOLTZ<br>29 MARGO ST<br>CROMWELL, CT 06416 | 7243 | Motors Liquidation Company | $24,837.23 | Equity Interest Claim | Pgs. 1-5 |
| FARID TOKH<br>208 HALBERTON DR<br>FRANKLIN, TN 37069 | 2556 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| FARLEY, MARY L<br>2366 HIDDEN TRAIL DR<br><br>STERLING HEIGHTS, MI 48314 | 11285 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FATIMA FAKIR<br>PO BOX 27881<br><br>DETROIT, MI 48227 | 62203 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FAUGHNAN, BARBARA & THOMAS JT TEN<br>FAUGHNAN, THOMAS J<br>1 ROYAL PALM WAY APT 1-206<br>BOCA RATON, FL 33432 | 15140 | Motors Liquidation Company | $1,485.53 | Equity Interest Claim | Pgs. 1-5 |
| FBO PATRICIA JARUSINSKI<br>102 GREENOCK COURT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376<br>UNITED STATES OF AMERICA | 68303 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FECHTER, BONNIE I<br>1607 ASTORIA DR<br><br>FAIRFIELD, CA 94534 | 17584 | Motors Liquidation Company | $12,900.00 | Equity Interest Claim | Pgs. 1-5 |
| FEIGHT, JOHN R<br>2739 EXCALIBER WAY<br><br>ANDERSON, IN 46011 | 15590 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FITZGERALD, ELVA E<br>95 LAMONT DR<br><br>EGGERTSVILLE, NY 14226 | 70016 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FLORENCE MONTENERI<br>96 OLDE HARBOUR TRL<br><br>ROCHESTER, NY 14612 | 1959 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FORD, ANDREW J<br>5347 BRISTOL PARKE DR<br><br>CLARKSTON, MI 48348 | 26652 | Motors Liquidation Company | $23,864.00 | Equity Interest Claim | Pgs. 1-5 |
| FOSTER JR, ALBERT R<br>8236 LOCKWOOD LN<br><br>INDIANAPOLIS, IN 46217 | 28764 | Motors Liquidation Company | $1,512.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

148th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| FOSTER, GERTRUDE E<br>6110 SMITHS CREEK RD<br>KIMBALL, MI 48074 | 68355 | Motors Liquidation Company | $4,820.00 | Equity Interest Claim | Pgs. 1-5 |
| FRANCES BRIDGES<br>21910 N. DUSTY TRAIL BLVD<br>SUN CITY WEST, AZ 85375 | 4085 | Motors Liquidation Company | $13,936.36 | Equity Interest Claim | Pgs. 1-5 |
| FRANK HALSTED<br>1020 E MAPLE RAPIDS RD<br>SAINT JOHNS, MI 48879 | 4924 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FRANK HAROLD<br>4047 W ORCHARD HILL DR<br>BLOOMFIELD, MI 48304 | 22796 | Motors Liquidation Company | $21,328.65 | Equity Interest Claim | Pgs. 1-5 |
| FRANK KIRSCH<br>HAUPTSTRASSE 25<br>69181 LEIMEN GERMANY<br>,<br>GERMANY | 46083 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| FRANK S BOLE<br>3325 DRUID LANE<br>LOS ALAMITOS, CA 90720 | 44167 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| FRED C ARTO<br>CGM IRA ROLLOVER CUSTODIAN<br>PO BOX 290887<br>KERRVILLE, TX 78029 | 4181 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FRED S & MARY J BARRICK<br>239 WEST PALMA<br>GREEN VALLEY, AZ 85614 | 70427 | Motors Liquidation Company | $624.00 | Equity Interest Claim | Pgs. 1-5 |
| FREDA L NADER<br>PO BOX 25<br>FAIRGROVE, MI 48733 | 7736 | Motors Liquidation Company | $316.35 | Equity Interest Claim | Pgs. 1-5 |
| FREDERICK J ROSSI<br>51 MAPLE CT<br>W HALEDON, NJ 07508 | 64386 | Motors Liquidation Company | $8,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| FREY, DALE E<br>18536 ROSELAND BLVD<br><br>LATHRUP VILLAGE, MI 48076 | 3717 | Motors Liquidation Company | $35,366.43 | Equity Interest Claim | Pgs. 1-5 |
| FREY, SHARON A<br>18536 ROSELAND BLVD<br><br>LATHRUP VILLAGE, MI 48076 | 3714 | Motors Liquidation Company | $16,870.51 | Equity Interest Claim | Pgs. 1-5 |
| FRIEDRICHS, ROSEMARIE<br>AM WEIHER 18<br>D 97892 KREUZWERTHEIM GERMANY<br>,<br>GERMANY | 62021 | Motors Liquidation Company | $6,136.00 | Equity Interest Claim | Pgs. 1-5 |
| GAIL HOUSTON<br>4935 N PERRY DR<br><br>BEVERLY HILLS, FL 34465 | 4321 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GALLUS, BARBARA E<br>30224 BARBARY CT<br><br>WARREN, MI 48093 | 20016 | Motors Liquidation Company | $63,511.29 | Equity Interest Claim | Pgs. 1-5 |

99

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* :
                                            :
                            **Debtors.**    :        **(Jointly Administered)**
                                            :
----------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' 148TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

Upon the 148th omnibus objection, dated January 25, 2011 (the "**148th Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 148th Omnibus Objection to Claims; and due and

proper notice of the 148th Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 148th Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 148th Omnibus Objection to Claims.

148th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 148th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 148th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge