HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## NOTICE OF DEBTORS' 149TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 149th omnibus objection to disallow certain claims[1] (the "**149th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 149th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 149th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> ## PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 149TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.

**PLEASE TAKE FURTHER NOTICE** that any responses to the 149th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 149th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 149th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : |  |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

---------------------------------------------------------------x

## DEBTORS' 149TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Relief Requested**

1.        Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.        The Debtors file this 149th omnibus objection (the "**149th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.     On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.     On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]    The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]    The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

   7.  Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection

to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale

behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code

differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16).

Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors"

while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10),

101(17). While creditors were entitled to file proofs of claim to preserve their rights to

distributions on account of their claims, equity security holders were not entitled to file proofs of

claim to preserve their rights, if any, based solely on their ownership of equity interests. The

filing of a proof of claim by an equity security holder for that purpose was neither necessary nor

sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA*

*Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an

allowed proof of claim requires something more than mere equity ownership"). While equity

security holders in these chapter 11 cases were entitled, to the extent they held "claims" against

the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights

arising solely from the ownership of equity interests, each of the Claims for Equity Interests

assert only equity interests. As such, the Claims for Equity Interests should be disallowed and

reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity

interests will preserve any entitlement the holders of Claims for Equity Interests have to a

distribution, if any, solely on account of the ownership of equity interests.

**Reservation of Rights**

8.        The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

**Notice**

9.        Notice of this 149th Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.        No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

| CLAIMS TO BE DISALLOWED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GALVAN, EDWARD H<br>2530 STEVES AVE<br>SAN ANTONIO, TX 78210 | 4424 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| GANG XIE<br>SCHLESIENSTR. 5<br>53119 BONN GERMANY<br>,<br>GERMANY | 65510 | Motors Liquidation Company | $457.56 | Equity Interest Claim | Pgs. 1-5 |
| GARGANO, VINCENT F<br>3 BARBERRY LN<br>CENTER MORICHES, NY 11934 | 14353 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GARRETT, ROBERT G<br>PO BOX 272<br>ALGONAC, MI 48001 | 1710 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GARY ALBERTS<br>6537 VENTURA DR<br>PITTSBURGH, PA 15236 | 7530 | Motors Liquidation Company | $190,474.28 | Equity Interest Claim | Pgs. 1-5 |
| GARY M WILES<br>10515 OAKFIELD DRIVE<br>KEITHVILLE, LA 71047 | 68413 | Motors Liquidation Company | $33,314.20 | Equity Interest Claim | Pgs. 1-5 |
| GELAKOSKY, MARY C<br>19393 GOLFVIEW DR<br>BIG RAPIDS, MI 49307 | 45268 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GENOVA, ANDREW<br>13318 N MUNDY AVE<br>BITELY, MI 49309 | 21884 | Motors Liquidation Company | $241,588.88 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE A GEORGAS<br>4011 KENYON AVE<br>LORAIN, OH 44053 | 8798 | Motors Liquidation Company | $26,124.95 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

149th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED

| | | | | |
|---|---|---|---|---|
| GEORGE DOLAN<br>20805 N 10TH AVE<br>PHOENIX, AZ 85027 | 3247 | Motors Liquidation Company | $20,606.00 | Equity Interest Claim  Pgs. 1-5 |
| GEORGE DOLAN<br>20805 N 10TH AVE<br>PHOENIX, AZ 85027 | 33233 | Motors Liquidation Company | $20,606.00 | Equity Interest Claim  Pgs. 1-5 |
| GEORGE DOUGLAS<br>398 LOTT SMITH RD NE<br>BROOKHAVEN, MS 39601 | 4790 | Motors Liquidation Company | $98,577.30 | Equity Interest Claim  Pgs. 1-5 |
| GEORGE GREEN<br>1223 SPARTAN ST<br>ARCATA, CA 95521 | 18796 | Motors Liquidation Company | $500.00 | Equity Interest Claim  Pgs. 1-5 |
| GEORGE H WOLF<br>PO BOX 308<br>STEWARTSTOWN, PA 17363 | 7680 | Motors Liquidation Company | $11,460.00 | Equity Interest Claim  Pgs. 1-5 |
| GEORGE K THEOPHANOUS<br>851 SQUIRREL HILL DR<br>BOARDMAN, OH 44512 | 64597 | Motors Liquidation Company | $275,143.58 | Equity Interest Claim  Pgs. 1-5 |
| GEORGE MORATO<br>1945 S OCEAN DR APT 1705<br>HALLANDALE, FL 33009<br>UNITED STATES OF AMERICA | 17280 | Motors Liquidation Company | $5,110,000.00 | Equity Interest Claim  Pgs. 1-5 |
| GEORGEANNE GOULD MOSS<br>44 WINFIELD RD<br>PRINCETON, NJ 08540 | 28213 | Motors Liquidation Company | $8,048.22 | Equity Interest Claim  Pgs. 1-5 |
| GEORGIA E MALAK<br>304 HILLCREST LN<br>BRENHAM, TX 77833 | 45285 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| GERALD L CORPENING<br>826 HOUSTON LN<br>LIBERTY, MO 64068 | 3711 | Motors Liquidation Company | $575.98 | Equity Interest Claim  Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

149th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| GERALD MCGRAIN<br>1287 KENDRA LN<br><br>HOWELL, MI 48843 | 69617 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GERDA IDEN<br>GAEDECHENSWEG 5<br>20249 HAMBURG GERMANY<br>,<br>GERMANY | 63892 | Motors Liquidation Company | $11,125.29 | Equity Interest Claim | Pgs. 1-5 |
| GERHARD LOHMANN<br>BIRKENWINKEL 11<br>D26209 HATTEN GERMANY<br>,<br>GERMANY | 44460 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GERTRUD AND HARRY STOTZER<br>GROßE BLEICHE 44<br>WHE 519<br>55116 MAINZ GERMANY<br>,<br>GERMANY | 38153 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GERTRUDE FOSTER<br>6110 SMITHS CREEK RD<br><br>KIMBALL, MI 48074 | 68354 | Motors Liquidation Company | $4,820.00 | Equity Interest Claim | Pgs. 1-5 |
| GILBERT JR, CHARLES<br>2052 EVERGREEN DR<br><br>AUSTELL, GA 30106 | 12296 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GILBERTSON, KATHRYN K<br>218 E WASHINGTON ST<br><br>MONTICELLO, IA 52310 | 3338 | Motors Liquidation Company | $35.18 | Equity Interest Claim | Pgs. 1-5 |
| GILL, SIDNEY<br>1241 S BEATRICE ST<br><br>DETROIT, MI 48217 | 6537 | Motors Liquidation Company | $167.35 | Equity Interest Claim | Pgs. 1-5 |
| GILLEYLEN, CURTIS E<br>1118 BARRINGTON DR<br><br>FLINT, MI 48503 | 14664 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| GISELA & FRIEDRICH FRANK<br>FLURWEG 6<br>D-95659 ARZBERG GERMANY<br>,<br>GERMANY | 68760 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GIUSEPPE TUNDO<br>13246 YVONNE DR<br>WARREN, MI 48088 | 68911 | Motors Liquidation Company | $29,891.00 | Equity Interest Claim | Pgs. 1-5 |
| GLEN ROY BALKO<br>GLEN & MARTY BALKO<br>7720 EL PADRE LANE<br>DALLAS, TX 76248 | 9176 | Motors Liquidation Company | $6,750.40 | Equity Interest Claim | Pgs. 1-5 |
| GLENITH OSBORNE<br>26290 VAN HORN RD<br>FLAT ROCK, MI 48134 | 44259 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GLENN BRANCH<br>5401 TIMBER CREEK LANE<br>N LITTLE ROCK, AR 72116 | 5302 | Motors Liquidation Company | $2,285.76 | Equity Interest Claim | Pgs. 1-5 |
| GOETZ G WILL<br>AM MEILENHOFEN WEG 6<br>92348 BERG GERMANY<br>,<br>GERMANY | 46081 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| GRAY, HELEN J<br>8946 EDGEWATER DR<br>STANWOOD, MI 49346 | 22463 | Motors Liquidation Company | $1,457.95 | Equity Interest Claim | Pgs. 1-5 |
| GRAY, RALPH C<br>10242 S PRAIRIE AVE<br>CHICAGO, IL 60628 | 8813 | Motors Liquidation Company | $200.00 | Equity Interest Claim | Pgs. 1-5 |
| GRAY, ROBERT C<br>8946 EDGEWATER DR<br>STANWOOD, MI 49346 | 22464 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GRAYS, LEO<br>3248 W 29TH ST<br>INDIANAPOLIS, IN 46222 | 8786 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| GREGORY MACHAK<br>305 HARTZELL AVE<br><br>NILES, OH 44446 | 30005 | Motors Liquidation Company | $16,532.55 | Equity Interest Claim | Pgs. 1-5 |
| GROSSMAN NEIL<br>9253 N HILLTOP CT<br><br>FRESNO, CA 93720 | 29595 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GUGLIELMETTI, JUDITH K<br>32719 STRICKER DR<br><br>WARREN, MI 48088 | 18757 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GUNTHER KUSCHE<br>KAMPWEG 19A<br>30823 GARBSEN, GERMANY<br>,<br>GERMANY | 23085 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GUNTHER SEIDEL<br>FRIEDRICH-MENGES-G 29<br>D-47809 KREFELD GERMANY<br>,<br>GERMANY | 60708 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HAGENE, CLARENCE R<br>2633 GORDA BELLA AVE<br><br>ST AUGUSTINE, FL 32086 | 33276 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HAKI GOK<br>WALDSTR 245<br>63071 OFFENBACH GERMANY<br>,<br>GERMANY | 67889 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HAMM SUSAN D<br>10627 THORPE AVE<br><br>SAINT LOUIS, MO 63114 | 64251 | Motors Liquidation Company | $200,133.20 | Equity Interest Claim | Pgs. 1-5 |
| HANKINS, MARY R<br>DR MARGARET A KENNARD<br>33336 JEFFERSON AVENUE<br>ST CLR SHORES, MI 48082 | 16308 | Motors Liquidation Company | $669.50 | Equity Interest Claim | Pgs. 1-5 |
| HANS NEU<br>MAIENBOSS 20<br>24576 BAD BRAMSTEDT GERMANY<br><br>GERMANY | 63905 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| HANS-JOACHIM PAUL<br>FRIEDRICH-SCHAEFER-STR 4<br>38304 WOLFENBUETTEL GERMANY<br>,<br>GERMANY | 28631 | Motors Liquidation Company | $5,998.92 | Equity Interest Claim | Pgs. 1-5 |
| HANS-PETER HERTER<br>LICHTENSTEINSTR 14<br>72531 HOHENSTEIN GERMANY<br>,<br>GERMANY | 62650 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HARCOURT, STEVEN<br>55159 RIFLE CT<br>MACOMB, MI 48042 | 68165 | Motors Liquidation Company | $23,394.42 | Equity Interest Claim | Pgs. 1-5 |
| HARDY, MAXINE<br>MARC HARDY<br>651 E 97TH ST<br>CLEVELAND, OH 44108 | 16982 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HARIDAS M SHAH<br>12 COLASURDO CT<br>EDISON, NJ 08820 | 20037 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HARLEY HILDEBRAND<br>1217 MARBLE ST<br>WENATCHEE, WA 98801<br>UNITED STATES OF AMERICA | 4676 | Motors Liquidation Company | $15,545.27 | Equity Interest Claim | Pgs. 1-5 |
| HAROLD HOLZBACH<br>1592 NILES CORTLAND RD NE<br>WARREN, OH 44484 | 22104 | Motors Liquidation Company | $9,056.56 | Equity Interest Claim | Pgs. 1-5 |
| HARRIS DARRIN A<br>17300 SANTA ROSA DR<br>DETROIT, MI 48221 | 44851 | Motors Liquidation Company | $62,230.00 | Equity Interest Claim | Pgs. 1-5 |
| HARRISON-ANTHONY, CARMELLA<br>PO BOX 110<br>DAYTON, OH 45405 | 17764 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HARTMUT HEPP<br>HAUPSTR 87<br>42799 LEICHLINGEN GERMANY<br>,<br>GERMANY | 68410 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| HARTMUT LUDWIG<br>YORCKSTRASSE 38<br>08523 PLAUEN GERMANY<br>,<br>GERMANY | 68944 | Motors Liquidation Company | $200.00 | Equity Interest Claim | Pgs. 1-5 |
| HARTNAGEL, ROBERT W<br>7605 CARTA VALLEY DR<br>DALLAS, TX 75248 | 23422 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HARVEY STEINBERG<br>4224 FRUITVALE AVE<br>OAKLAND, CA 94602 | 9385 | Motors Liquidation Company | $9,975.00 | Equity Interest Claim | Pgs. 1-5 |
| HATTEN, GWENDOLYN<br>PO BOX 19134<br>SHREVEPORT, LA 71149 | 22799 | Motors Liquidation Company | $3,344.26 | Equity Interest Claim | Pgs. 1-5 |
| HATTIE ELLISON<br>32 WORCESTER PL<br>BUFFALO, NY 14215 | 62222 | Motors Liquidation Company | $70.00 | Equity Interest Claim | Pgs. 1-5 |
| HAUBENSTRICKER RALPH J<br>9520 JUNCTION RD<br>FRANKENMUTH, MI 48734 | 8089 | Motors Liquidation Company | $13,962.00 | Equity Interest Claim | Pgs. 1-5 |
| HEATH, ADELE H<br>9 WALSH WAY<br>MORRIS PLAINS, NJ 07950 | 31516 | Motors Liquidation Company | $591.00 | Equity Interest Claim | Pgs. 1-5 |
| HECTOR DEL VALLE<br>& LEONA DEL VALLE JTWROS<br>36 CIRCLE DR<br>GLEN COVE, NY 11542 | 4120 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HEDLUND, FRANCES H<br>41191 CARDINAL FLOWER DRIVE<br>MURRIETA, CA 92562 | 45597 | Motors Liquidation Company | $32,990.83 | Equity Interest Claim | Pgs. 1-5 |
| HEFFORD, MARY R<br>8238 KALTZ<br>CENTER LINE, MI 48015 | 65272 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

149th Omnibus Objection

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| HEINZ GIESERS<br>LOBICHENSTR 11<br>07422 BAD BLANKENBURG  GERMANY<br>,<br>GERMANY | 68577 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HEJL JR, JOSEPH A<br>48398 NEWCASTLE CT<br>SHELBY TOWNSHIP, MI 48315 | 62988 | Motors Liquidation Company | $2,512.69 | Equity Interest Claim | Pgs. 1-5 |
| HELEN & KURT SALM<br>11 WESTVIEW DRIVE APT A<br>BLOOMFIELD, CT 06002 | 11507 | Motors Liquidation Company | $14,001.00 | Equity Interest Claim | Pgs. 1-5 |
| HELEN A. WOLNIAK<br>20014 EVERETT LANE<br>MOKENA, IL 60448 | 12805 | Motors Liquidation Company | $557.56 | Equity Interest Claim | Pgs. 1-5 |
| HELEN M GETTY<br>HELEN M GETTY<br>139 WESTVIEW DR<br>ELIZABETHTOWN, PA 17022 | 45782 | Motors Liquidation Company | $3,600.86 | Equity Interest Claim | Pgs. 1-5 |
| HELEN SHORNA DALEY TRUST<br>323 S 28TH ST<br>LA CROSSE, WI 54601 | 4278 | Motors Liquidation Company | $19,777.81 | Equity Interest Claim | Pgs. 1-5 |
| HELMUT LITZENBERG<br>ST JOHANN 6 - APP 185<br>D-91056 ERLANGEN GERMANY<br>,<br>GERMANY | 29638 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HELMUT REISS<br>THOMAESTR 6<br>65193 WIESBADEN GERMANY<br>,<br>GERMANY | 68763 | Motors Liquidation Company | $6,525.00 | Equity Interest Claim | Pgs. 1-5 |
| HENEGAN, JOHN A<br>421 TORRY AVE<br>BRONX, NY 10473 | 28971 | Motors Liquidation Company | $2,565.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HENRY L BEAUDRY<br>37 PARKY DR<br>ENFIELD, CT 06082 | 14837 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

149th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| HERBERT KLEINPASS<br>WESERSTR 46<br>47137 DUISBURG  GERMANY<br>,<br>GERMANY | 65047 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HERBERT VESTI<br>WILHELM JOST RING 6<br>1231 BAD NAUHEIM GERMANY<br>,<br>GERMANY | 64168 | Motors Liquidation Company | $587.85 | Equity Interest Claim | Pgs. 1-5 |
| HINKLE, JAMES C<br>23701 HARVEST DR<br>NOVI, MI 48375 | 2200 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HOOVER, JAMES A<br>441 OLIVER DR<br>ELIZABETH, PA 15037 | 10189 | Motors Liquidation Company | $5,300.00 | Equity Interest Claim | Pgs. 1-5 |
| HORST WEILER<br>RHEINGRAFENSTR 41<br>D-55286 WORRSTADT GERMANY<br>,<br>GERMANY | 30203 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HOUSTON, GAIL K<br>4935 N PERRY DR<br>BEVERLY HILLS, FL 34465 | 4322 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HOWARD L REY<br>1725 N VIA MIRALESTE<br>#2112<br>PALM SPRINGS, CA 92262 | 45770 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HUGHES, HENRY J<br>34021 SEQUOIA ST<br>WESTLAND, MI 48185 | 12324 | Motors Liquidation Company | $15,450.00 | Equity Interest Claim | Pgs. 1-5 |
| HUMPHREY, DANIEL<br>3718 GLOUCESTER ST<br>FLINT, MI 48503 | 10771 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HYLAND, OREN L<br>530 AUSTIN DR<br>CHARLOTTE, NC 28213 | 18848 | Motors Liquidation Company | $14,234.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| ILA NELSON<br>403 FOURTH AVENUE<br>BRADLEY BEACH, NJ 07720 | 70237 | Motors Liquidation Company | $18,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ILENE RISNER<br>6118 MILLBROOK DR<br>DAYTON, OH 45459 | 9788 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ILONA KUTGER<br>SCHWALBENSTR 1D<br>63454 HANAU  GERMANY<br>,<br>GERMANY | 31484 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| INGO GOLDAMMER<br>LUTZOWSTR 28<br>40476 DUSSELDORF GERMANY<br>,<br>GERMANY | 64881 | Motors Liquidation Company | $867.63 | Equity Interest Claim | Pgs. 1-5 |
| IRMGARD J HERMANN<br>13 COURTER RD<br>FRANKLIN LKS, NJ 07417 | 45170 | Motors Liquidation Company | $21,290.54 | Equity Interest Claim | Pgs. 1-5 |
| J N WHEATLEY & K R WHEATLEY &<br>S WILSON & M WHEELER JT TEN<br>130 OSCAR GRAY ROAD<br>HOT SPRINGS, AR 71913 | 12153 | Motors Liquidation Company | $2,409.60 | Equity Interest Claim | Pgs. 1-5 |
| JACK D ENRIGHT &<br>PATRICIA A ENRIGHT TTEE<br>J & P ENRIGHT REV LIV<br>TRUST DTD 11-13-2008<br>881 WILLIAM DR<br>LIVERMORE, CA 94550 | 69406 | Motors Liquidation Company | $2,325.00 | Equity Interest Claim | Pgs. 1-5 |
| JACKETT, HELEN M<br>6147 GAITWAY DR<br>GRAND BLANC, MI 48439 | 28976 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACKETT, RONALD P<br>6147 GAITWAY DR<br>GRAND BLANC, MI 48439 | 28975 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACKSON, WILLIAM L<br>901 S HANCOCK AVE<br>SEDALIA, MO 65301 | 6358 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| JACOB GOLD<br>1069 58TH ST<br><br>BROOKLYN, NY 11219 | 68888 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAIME L SARTE<br>NORMA SARTE<br>425 S HUDSON AVE APT 7<br>PASADENA, CA 91101 | 45276 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                           :
In re                                      :          Chapter 11 Case No.
                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,      :          09-50026 (REG)
        f/k/a General Motors Corp., *et al.*   :
                                           :
                          Debtors.         :          (Jointly Administered)
                                           :
---------------------------------------------------------------x


**ORDER GRANTING DEBTORS' 149TH OMNIBUS OBJECTION TO CLAIMS**
**(Claims for Equity Interests)**

          Upon the 149th omnibus objection, dated January 25, 2011 (the "**149th Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 149th Omnibus Objection to Claims; and due and

proper notice of the 149th Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 149th Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 149th Omnibus Objection to Claims.

149th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 149th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 149th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge