HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 150TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 150th omnibus objection to disallow certain claims[1] (the "**150th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 150th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 150th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> ### PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 150TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.

**PLEASE TAKE FURTHER NOTICE** that any responses to the 150th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 150th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 150th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: New York, New York
      January 25, 2011

          /s/ Joseph H. Smolinsky
          Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                 :
**In re**                                        :        **Chapter 11 Case No.**
                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.,*        :        **09-50026 (REG)**
          **f/k/a General Motors Corp.,** *et al.*  :
                                                 :
                              **Debtors.**       :        **(Jointly Administered)**
                                                 :
---------------------------------------------------------------x

<u>**DEBTORS' 150TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**Relief Requested**

1.        Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.        The Debtors file this 150th omnibus objection (the "**150th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.        A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7.    Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

**Reservation of Rights**

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

**Notice**

9.      Notice of this 150th Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
      January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

150th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED |
| --- |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| JAMES & SANDRA SCOTT<br>311 YELLOW ROSE TRAIL<br><br>GEORGETOWN, TX 78633 | 29575 | Motors Liquidation Company | $9,940.80 | Equity Interest Claim | Pgs. 1-5 |
| JAMES BEACH<br>7202 W DESERAMA DR<br><br>TUCSON, AZ 85743 | 28325 | Motors Liquidation Company | $2,416.35 | Equity Interest Claim | Pgs. 1-5 |
| JAMES BORDERS<br>3964 N STATE ROAD 9<br><br>ANDERSON, IN 46012 | 3127 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAMES DYMOND<br>20705 BONZ BEACH HWY<br><br>ONAWAY, MI 49765 | 16929 | Motors Liquidation Company | $5,330.67 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E & DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 946 | Motors Liquidation Company | $27,808.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E & VIGDIS L SELL<br>JAMES E SELL<br>609 AVENIDA TORTOGA<br>GREEN VALLEY, AZ 85614 | 12554 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E AND DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 590 | Motors Liquidation Company | $27,808.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E AND DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 17013 | Motors Liquidation Company | $6,106.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E AND DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 17014 | Motors Liquidation Company | $20,254.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| JAMES M MCCOWN & EMOGENE H MCCOWN TTEES U/A/D 08/03/06 MCCOWN FAMILY TRUST 6214 POPLAR GROVE DR PORT ORANGE, FL 32127 | 2346 | Motors Liquidation Company | $4,208.75 | Equity Interest Claim | Pgs. 1-5 |
| JAMES M NICHOLS JAMES M NICHOLS 1621 COBBLER DR LUTZ, FL 33549 | 45799 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAMES N O'CONNELL AMY L O'CONNELL JTWROS 8 BRYANT PLACE FREDONIA, NY 14063 | 33031 | Motors Liquidation Company | $42,421.75 | Equity Interest Claim | Pgs. 1-5 |
| JAMES R KLEINSASSER 819 KANSAS AVE NE HURON, SD 57350 | 68999 | Motors Liquidation Company | $13,825.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES, PAUL R 8616 RIDGEWAY CT RAYTOWN, MO 64138 | 4960 | Motors Liquidation Company | $176,160.00 | Equity Interest Claim | Pgs. 1-5 |
| JAN CHRISTIAN SCHLUETER MARSCHBLICK 5 25866 MILDSTEDT GERMANY , GERMANY | 68499 | Motors Liquidation Company | $14,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JANCA, EDWARD J 1824 HAMPTON PL BILLINGS, MT 59102 | 12617 | Motors Liquidation Company | $2,770.71 | Equity Interest Claim | Pgs. 1-5 |
| JANET D WHITESIDE 1200 ALEXA DR WINTER PARK, FL 32789 | 70391 | Motors Liquidation Company | $5,046.25 | Equity Interest Claim | Pgs. 1-5 |
| JAROSLAW WITTEK JOSEFSTR 64 51143 KOELN GERMANY , GERMANY | 30201 | Motors Liquidation Company | Unliquidated Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| JASON HARPER<br>4518 EVERGREEN DRIVE<br><br>VADNAIS HEIGHTS, MN 55127<br>UNITED STATES OF AMERICA | 65251 | Motors Liquidation Company | $276.51 | Equity Interest Claim | Pgs. 1-5 |
| JASPER VALENTINO<br>GUTENBERGSTR 22<br>65232 TAUNUSSTEIN  GERMANY<br>,<br>GERMANY | 68078 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAY M BROKER &<br>MARY SPRATT BROKER JT TEN<br>17 PRESIDIO RD<br>MONTGOMERY, TX 77356 | 3907 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAYME L POPEJOY<br>9958 S 575 E<br><br>SANDY, UT 84070 | 2777 | Motors Liquidation Company | $121.11 | Equity Interest Claim | Pgs. 1-5 |
| JEAN-GUY BOLDUC<br>177 6E AVENUE<br>G5X 1Y5 BEAUCEVILLE QC CANADA<br>,<br>CANADA | 36534 | Motors Liquidation Company | $23,717.40 | Equity Interest Claim | Pgs. 1-5 |
| JEFFREY JANCA<br>1824 HAMPTON PLACE<br><br>BILLINGS, MT 59102 | 12595 | Motors Liquidation Company | $2,823.86 | Equity Interest Claim | Pgs. 1-5 |
| JENNA BURKEY<br>19823 N 129TH DR<br><br>SUN CITY WEST, AZ 85375 | 45778 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JERINE E DOCKERY<br>1550 41ST ST<br><br>COLUMBUS, GA 31904 | 30792 | Motors Liquidation Company | $1,841.21 | Equity Interest Claim | Pgs. 1-5 |
| JERRY L SHIELDS<br>3448 TURTLE SHELL DR<br><br>DAYTON, OH 45414 | 20029 | Motors Liquidation Company | $4,244.42 | Equity Interest Claim | Pgs. 1-5 |
| JOACHIM LENTE<br>LEICHHARDTSTR. 9<br>14195 BERLIN GERMANY<br>,<br>GERMANY | 19735 | Motors Liquidation Company | $83,040.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| JOAN S GANTER<br>C/O CYRIL J GANTER II<br>1994 HIGHLAND AVE<br>READING, PA 19606 | 22687 | Motors Liquidation Company | $5,770.00 | Equity Interest Claim | Pgs. 1-5 |
| JOCHEN ARNDT<br>DIPLOM-KAUFMANN<br>HEINRICH-STRATER-STR 32<br>44229 DORTMUND GERMANY<br>,<br>GERMANY | 26897 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| JOEL SIMON<br>5060 AV PONSARD<br>MONTREAL QC H3W 2A7 CANADA<br>,<br>CANADA | 64119 | Motors Liquidation Company | $8,489.90 | Equity Interest Claim | Pgs. 1-5 |
| JOERG HUMKE<br>GOLFPARKALLEE 7A<br>24576 BAD BRAUSTEDT GERMANY<br>,<br>GERMANY | 27979 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| JOERG SROCKE<br>HAUPTSTRABE 36<br>99752 KEHMSTEDT GERMANY<br>,<br>GERMANY | 63873 | Motors Liquidation Company | $57,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOH. C. VON WALTHAUSEN<br>JOHANN CONRAD VON WALDTHAUSEN<br>ROMMERSER STR 30<br>D-36129 GERSFELD/RHOEN GERMANY<br>,<br>GERMANY | 30197 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| JOHN ARTHUR<br>6721 OAKFIELD DR<br>DAYTON, OH 45415 | 17336 | Motors Liquidation Company | $28,538.76 | Equity Interest Claim | Pgs. 1-5 |
| JOHN B NELLIS<br>240 N COLLIER BLVD D-1<br>MARCO ISLAND, FL 34145 | 9004 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHN BASSIGNANI<br>76 JORDAN RD<br>FRANKLIN, MA 02038 | 25279 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED

| | | | | |
|---|---|---|---|---|
| JOHN BORSCH<br>8745 COOLEY BEACH DR<br><br>WHITE LAKE, MI 48386 | 20782 | Motors<br>Liquidation<br>Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOHN CENCARIK<br>1116 BARONE DR<br><br>WEIRTON, WV 26062 | 19783 | Motors<br>Liquidation<br>Company | $62,295.41 | Equity Interest Claim | Pgs. 1-5 |
| JOHN F AMES<br>PO BOX 36<br><br>BOWLING GREEN, VA 22427 | 29251 | Motors<br>Liquidation<br>Company | $4,889.45 | Equity Interest Claim | Pgs. 1-5 |
| JOHN F MORISSETTE SR AND<br>JENNIFER J MORISSETTE, JTWROS<br>819 MILL CREEK ROAD<br>OTEGO, NY 13825 | 14303 | Motors<br>Liquidation<br>Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHN SHALLCROSS SR<br>PO BOX 1089<br><br>SMITHFIELD, NC 27577 | 68381 | Motors<br>Liquidation<br>Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHNSON, LENNART B<br>1018 COLRAIN ST SW<br><br>GRAND RAPIDS, MI 49509 | 3765 | Motors<br>Liquidation<br>Company | $60,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JONES, DANA M<br>92 WATERBURY PKWY<br><br>CORTLANDT MNR, NY 10567 | 22230 | Motors<br>Liquidation<br>Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JORGE N CLAROS<br>10708 SE 177TH ST<br><br>NORMAN, OK 73026 | 28792 | Motors<br>Liquidation<br>Company | $12,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSE RODRIQUEZ<br>P. O. BOX 21342<br><br>TALLAHASSE, FL 32316<br>UNITED STATES OF AMERICA | 18018 | Motors<br>Liquidation<br>Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEF GASS<br>2655 JARVIS CIRCLE<br><br>PALM HARBOR, FL 34683 | 27092 | Motors<br>Liquidation<br>Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| JOSEPH A MAC ALPIN<br>365 BROMPTON RD<br><br>WILLIAMSVILLE, NY 14221 | 29819 | Motors Liquidation Company | $4,278.20 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH A RANDI TTEE<br>C/O JILL B KREMER<br>MERRILL LYNCH<br>1325 FRANKLIN AVE<br>GARDEN CITY, NY 11530<br>UNITED STATES OF AMERICA | 69678 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH BROWN JR<br>8157 HARTWELL ST<br><br>DETROIT, MI 48228 | 30527 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH J RATTO TTEE DECEDENTS TR<br>6233 BUENAVENTURA AVE<br><br>OAKLAND, CA 94605 | 8447 | Motors Liquidation Company | $8,150.25 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH M COONELLY JR<br>THE COONELLY LIVING TRUSTOF 4/27/95<br>516 ANDREW RD<br>SPRINGFIELD, PA 19064 | 15511 | Motors Liquidation Company | $601.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH MAC ALPIN<br>365 BROMPTON RD<br><br>WILLIAMSVILLE, NY 14221 | 29820 | Motors Liquidation Company | $2,554.10 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH TARSKY<br>4316 GORMAN AVE<br><br>ENGLEWOOD, OH 45322 | 12517 | Motors Liquidation Company | $518.84 | Equity Interest Claim | Pgs. 1-5 |
| JOYCE MCCAIN<br>4238 HASTINGS DR<br><br>GRAND BLANC, MI 48439 | 27881 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JULIUS C CLARK<br>1326 CEDARWOOD DR APT#115<br><br>CRESTHILL, IL 60403 | 22114 | Motors Liquidation Company | $15,000.00 | Equity Interest Claim | Pgs. 1-5 |
| K LOHNBERG / C HEINRICH LIVING TRUST<br>C/O KLAUS LOHNBERG<br>7525 N DESERT TREE DR<br>TUCSON, AZ 85704 | 1202 | Motors Liquidation Company | $22,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| KACHMARIK, PAUL<br>8901 ASPEN CIR<br><br>PARMA, OH 44129 | 33570 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KAPUSHINSKI, WILLIAM S<br>13251 MONTEGO DR<br><br>STERLING HTS, MI 48312 | 32901 | Motors Liquidation Company | $40,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KARIN GROSSMANN<br>LICHTERFELDER RING 101<br>12279 BERLIN GERMANY<br>,<br>GERMANY | 64613 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KARLA HEREKAR<br>3133 BIRCH WAY<br><br>NORTHPORT, AL 35475 | 6205 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KAROL M BRUNGER<br>1053 YARMOUTH ST<br><br>PORT CHARLOTTE, FL 33952 | 67460 | Motors Liquidation Company | $26,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T COLE TTEE<br>KATHERINE T COLE REVOCABLE TRUST U/A 12/17/98<br>39 OLIVE AVE<br>REHOBOTH BEACH, DE 19971 | 70449 | Motors Liquidation Company | $7,350.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T. COLE TTEE<br>KATHERINE T. COLE, REVOCABLE TRUST<br>U/A 12/17/98<br>39 OLIVE AVE.<br>REHOBOTH BEACH, DE 19971 | 70439 | Motors Liquidation Company | $7,350.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHLEEN SCHUSTER<br>56 ARNER RD<br><br>CHESTER, WV 26034 | 15624 | Motors Liquidation Company | $496.00 | Equity Interest Claim | Pgs. 1-5 |
| KAY-UWE MOOSHEIMER<br>HIRSAUER STR 25<br>SINDELFINGEN 71063 GERMANY<br>,<br>GERMANY | 27031 | Motors Liquidation Company | $9,647.00 | Equity Interest Claim | Pgs. 1-5 |
| KAY-UWE MOOSHEIMER<br>HIRSAUER STR. 25<br>71063 SINDELFINGEN GERMANY<br>,<br>GERMANY | 28249 | Motors Liquidation Company | $7,739.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

# Exhibit A

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| KAZIM TOKUR<br>HAUPT STR 40<br>69221 DOSSENHEIM GERMANY<br>,<br>GERMANY | 37131 | Motors Liquidation Company | $5,098.00 | Equity Interest Claim | Pgs. 1-5 |
| KEITH, PHILLIP W<br>10777 WILKES RD<br>BROCKWAY, MI 48097 | 9102 | Motors Liquidation Company | $163.50 | Equity Interest Claim | Pgs. 1-5 |
| KELLEY, CONSTANCE A<br>656 HARRIS HILL RD<br>LANCASTER, NY 14086 | 65564 | Motors Liquidation Company | $1,557.00 | Equity Interest Claim | Pgs. 1-5 |
| KENNEDY, CHRISTINE C<br>50 CRYSTAL ST<br>NORTH ARLINGTON, NJ 07031 | 38345 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KENNETH LISTER<br>6130 FLANDERS RD<br>SYLVANIA, OH 43560 | 65144 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KEROUAC, DOROTHY J<br>812 CYPRESS DR<br>DAVISON, MI 48423 | 15522 | Motors Liquidation Company | $44.16 | Equity Interest Claim | Pgs. 1-5 |
| KICOVICH, DIXIE H<br>5985 HEARN RD<br>ELLENWOOD, GA 30294 | 65329 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KIMBERLY A DUNDA<br>21727 NE 79TH ST<br>REDMOND, WA 98053 | 22201 | Motors Liquidation Company | $1,186.32 | Equity Interest Claim | Pgs. 1-5 |
| KIMBROUGH, VIVIAN<br>18173 SAINT AUBIN ST<br>DETROIT, MI 48234 | 8273 | Motors Liquidation Company | $575.97 | Equity Interest Claim | Pgs. 1-5 |
| KIRSTEN A VADEN<br>4110 CREST ROAD<br>PEBBLE BEACH, CA 93953 | 17274 | Motors Liquidation Company | $50.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| KNOX, DAVID F<br>31 DEWALT RD<br><br>NEWARK, DE 19711 | 12514 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KOCTUR, ANDREW F<br>3609 ASTER DR<br><br>SARASOTA, FL 34233 | 69783 | Motors Liquidation Company | $2,538.44 | Equity Interest Claim | Pgs. 1-5 |
| KONRAD SPICKER<br>10205 E SPRING CREEK RD<br><br>SUN LAKES, AZ 85248 | 4954 | Motors Liquidation Company | $4,153.00 | Equity Interest Claim | Pgs. 1-5 |
| KOPP, HEINZ J<br>3115 HEDGE DR<br><br>STERLING HTS, MI 48310 | 1786 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KOSSICK, JOHN<br>14 E SHAKESPEARE DR<br><br>MIDDLETOWN, DE 19709 | 4220 | Motors Liquidation Company | $2,581.00 | Equity Interest Claim | Pgs. 1-5 |
| KOTSOGIANNIS, KIRIAKI<br>6681 S SENECA WAY<br><br>GILBERT, AZ 85298 | 36539 | Motors Liquidation Company | $2,437.22 | Equity Interest Claim | Pgs. 1-5 |
| KOZEL, STEPHEN R<br>8346 GALLANT FOX TRL<br><br>FLUSHING, MI 48433 | 4946 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KREBER, DOUGLAS J<br>1179 W OLD PHILADELPHIA RD<br><br>NORTH EAST, MD 21901 | 23364 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KREZL KAREL<br>ALTE FRANKFURTER STR 98D<br>61118 BAD VILBEL  GERMANY<br>,<br>GERMANY | 44120 | Motors Liquidation Company | $1,320.60 | Equity Interest Claim | Pgs. 1-5 |
| KUEHN, EUGENE P<br>4214 CORONADO PKWY<br><br>CAPE CORAL, FL 33904 | 6582 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

150th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| KUMAR, MATTHEW J<br>4687 WHITTUM RD<br><br>EATON RAPIDS, MI 48827 | 6710 | Motors Liquidation Company | $8,468.42 | Equity Interest Claim | Pgs. 1-5 |
| L JOSEPH WITTENAUER<br>4429 BASCULE BRIDGE DR #919<br><br>DAYTON, OH 45440 | 36936 | Motors Liquidation Company | $5,516.91 | Equity Interest Claim | Pgs. 1-5 |
| LA DUKE, CHARLOTTE<br>3079 LAKESHORE DR<br><br>GLADWIN, MI 48624 | 5158 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LA MOREAUX, ROBERT D<br>4637 CLYDESDALE RD<br><br>LANSING, MI 48906 | 32974 | Motors Liquidation Company | $37,300.00 | Equity Interest Claim | Pgs. 1-5 |
| LA PLANTE, ANTOINETTE GLORIA<br>14095 ALGER AVE<br><br>WARREN, MI 48088 | 70459 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LA RUE ROBERTSON TRUST<br>LA RUE ROBERTSON TTEE<br>U/A DTD 07/14/1992<br>BY LA RUE ROBERTSON TRUST<br>208 SW 11TH ST<br>LINDSAY, OK 73052<br>UNITED STATES OF AMERICA | 62662 | Motors Liquidation Company | $3,366.00 | Equity Interest Claim | Pgs. 1-5 |
| LA VOIE, HENRY A<br>1125 HIGHWAY A1A APT 605<br><br>SATELLITE BEACH, FL 32937 | 9541 | Motors Liquidation Company | $21,517.00 | Equity Interest Claim | Pgs. 1-5 |
| LAMIA, JEAN E<br>JEAN E LAMIA TRUST DTD 4-16-2002<br>655 2ND ST SE<br>NAPLES, FL 34117 | 44669 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LAMPMAN, ROGER W<br>140 LOOKOUT POINT ROAD<br><br>COMFORT, TX 78013 | 9562 | Motors Liquidation Company | $3,171.93 | Equity Interest Claim | Pgs. 1-5 |
| LAND, PEGGY J<br>1020 N BERKLEY RD<br><br>KOKOMO, IN 46901 | 44158 | Motors Liquidation Company | $256.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| LANG, VICTORIA A<br>2700 DASHWOOD DR<br><br>TROY, MI 48083 | 7283 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LANNY MILLER<br>900 DAMON ST<br><br>AKRON, OH 44310 | 62068 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LARRY ONEAL<br>2902 LUCERN CT<br><br>ARLINGTON, TX 76012 | 8510 | Motors Liquidation Company | $6,169.00 | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                            :        Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,        :        **09-50026 (REG)**
    **f/k/a General Motors Corp.**, *et al.*     :
:
            Debtors.                             :        **(Jointly Administered)**
:
------------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' 150TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

Upon the 150th omnibus objection, dated January 25, 2011 (the "**150th Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 150th Omnibus Objection to Claims; and due and

proper notice of the 150th Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 150th Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 150th Omnibus Objection to Claims.

150th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 150th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 150th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge