HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                     Debtors.           :        (Jointly Administered)
                                        :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 151ST OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 151st omnibus objection to disallow certain claims[1] (the "**151st**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 151st

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 151st Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.


    **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 151ST OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

    **PLEASE TAKE FURTHER NOTICE** that any responses to the 151st Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 151st Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 151st Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: New York, New York
January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## DEBTORS' 151ST OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Relief Requested**

1.      Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.      The Debtors file this 151st omnibus objection (the "**151st Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.      On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

      7.    Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

## Reservation of Rights

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

## Notice

9.      Notice of this 151st Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 25, 2011

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

151st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED |
| --- |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| BIRKS, LUCRETIA M<br>7399 GRONOW<br><br>CENTER LINE, MI 48015 | 2659 | Motors Liquidation Company | $955.80 | Equity Interest Claim | Pgs. 1-5 |
| LARRY RODGERS<br>54523 WHITE SPRUCE LANE<br>SHELBY TWP., MI 48315<br>UNITED STATES OF AMERICA | 27350 | Motors Liquidation Company | $35,335.00 | Equity Interest Claim | Pgs. 1-5 |
| LARRY ROSS<br>8800 JOSHUA CT<br><br>BALTIMORE, MD 21208 | 2178 | Motors Liquidation Company | $367.82 | Equity Interest Claim | Pgs. 1-5 |
| LARSON, GORDON T<br>718 BEACH DR<br><br>WILLARD, OH 44890 | 6607 | Motors Liquidation Company | $1,577.00 | Equity Interest Claim | Pgs. 1-5 |
| LATOUR, ALTHEA Z<br>1616 DAVID DR<br><br>METAIRIE, LA 70003 | 8126 | Motors Liquidation Company | $101,573.00 | Equity Interest Claim | Pgs. 1-5 |
| LATSON, ROBERT<br>282 WORCESTER PL<br><br>DETROIT, MI 48203 | 8803 | Motors Liquidation Company | $35,269.73 | Equity Interest Claim | Pgs. 1-5 |
| LAVERTY, GARY J<br>533 MILLER AVE<br><br>JANESVILLE, WI 53548 | 3707 | Motors Liquidation Company | $4,525.70 | Equity Interest Claim | Pgs. 1-5 |
| LEE F. MCCULLOCH<br>2614 JARVIS ST. SW<br><br>DECATUR, AL 35603 | 16482 | Motors Liquidation Company | $13,103.46 | Equity Interest Claim | Pgs. 1-5 |
| LEICHTER, NANCY J<br>31 HEDGE WOOD LN<br><br>PITTSFORD, NY 14534 | 45101 | Motors Liquidation Company | $27,998.40 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| LEIF C CROPP<br>LERCHENFELDSTR 20<br>80538 MUENCHEN GERMANY<br>,<br>GERMANY | 25259 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| LENA CIELUKOWSKI<br>45 HARBOR CIR<br>COCOA BEACH, FL 32931 | 8955 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LENCIONI, MARY<br>3847 OAK PARK AVE<br>BERWYN, IL 60402 | 19569 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| LENVILLE V MASH<br>U/A DTD 03/21/1989  BY LENVILLE V MASH LVG TRUST<br>2280 SYPHER RD<br>AKRON, OH 44306 | 48401 | Motors Liquidation Company | $3,081.00 | Equity Interest Claim | Pgs. 1-5 |
| LEON MYSIEWICZ<br>15433 SUNSET ST<br>LIVONIA, MI 48154 | 3821 | Motors Liquidation Company | $5,600.00 | Equity Interest Claim | Pgs. 1-5 |
| LESLIE G ROTHWELL & DOROTHY<br>DOROTHY J ROTHWELL JT WROS<br>804 51ST STREET<br>VIENNA, WV 26105 | 5206 | Motors Liquidation Company | $1,575.00 | Equity Interest Claim | Pgs. 1-5 |
| LESLIE L LAVECCHIA<br>21 KOLBERT DRIVE<br>SCARSDALE, NY 10583 | 23064 | Motors Liquidation Company | $44,101.00 | Equity Interest Claim | Pgs. 1-5 |
| LESTER KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29277 | Motors Liquidation Company | $43,123.50 | Equity Interest Claim | Pgs. 1-5 |
| LEVENSON FAMILY TRUST<br>ALBERT A & ANNABELLE LEVENSON<br>TTEE DTD 04/11/96<br>402 HILLCREST DRIVE<br>MOUNT VERNON, OH 43050 | 69460 | Motors Liquidation Company | $12,593.00 | Equity Interest Claim | Pgs. 1-5 |
| LEWANDOWSKI JR, FRANK L<br>20700 NORTHOME ST<br>SOUTHFIELD, MI 48076 | 30523 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED

| Name/Address | Claim # | Debtor | Claim Amount | Type | Pages |
|---|---|---|---|---|---|
| LEWANDOWSKI, SOPHIE T<br>3714 EDINBOROUGH DR<br>ROCHESTER HILLS, MI 48306 | 22846 | Motors Liquidation Company | $34,147.13 | Equity Interest Claim | Pgs. 1-5 |
| LEWIS, PATRICIA<br>3918 N IRVINGTON AVE<br>INDIANAPOLIS, IN 46226 | 16084 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LIESEL FRENGER<br>GUT HECKHAUSEN<br>41516 GREVENBROICH GERMANY<br>,<br>GERMANY | 28525 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LILLIAN E HEETER<br>C/O CAROL FOX<br>1915 DELMAR DR<br>SPRINGFIELD, OH 45503 | 64811 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LINDA & CLAIRE SPERANZA<br>C/O LINDA MARIE SPERANZA & CLAIRE SPERANZA<br>25-47 81ST STREET<br>EAST ELMHURST, NY 11370 | 64379 | Motors Liquidation Company | $7,949.32 | Equity Interest Claim | Pgs. 1-5 |
| LINDA GOLDBERG<br>205 PARK AVE APT 2<br>HOBOKEN, NJ 07030 | 68416 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| LINDA JACKS<br>3301 S GOLDFIELD RD #2096<br>APACHE JCT, AZ 85119 | 16657 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LINDA R HILL<br>PO BOX 4227<br>TRUCKEE, CA 96160 | 16217 | Motors Liquidation Company | $8,325.00 | Equity Interest Claim | Pgs. 1-5 |
| LINDELL L. ESTES<br>205 MOODY STREET<br>MASON, TX 76856 | 13755 | Motors Liquidation Company | $15,845.00 | Equity Interest Claim | Pgs. 1-5 |
| LINDSTROM, LAUREL E<br>4103 STORMY DR<br>KANSASVILLE, WI 53139 | 13724 | Motors Liquidation Company | $8,186.24 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| LISA P WAHL<br>SEP IRA DCG & T TTEE<br>2334 ROOSEVELT AVE<br>BERKELEY, CA 94703 | 15414 | Motors Liquidation Company | $757.65 | Equity Interest Claim | Pgs. 1-5 |
| LISTER, KENNETH K<br>6130 FLANDERS RD<br>SYLVANIA, OH 43560 | 65145 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LIZ & BARNEY JOE ROSSO<br>PO BOX 434<br>HARTSHORNE, OK 74547 | 70478 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| LLOYD G AUSTIN<br>34553 S COVES DR<br>AFTON, OK 74331 | 2895 | Motors Liquidation Company | $411.03 | Equity Interest Claim | Pgs. 1-5 |
| LLOYD, DONALD R<br>3119 CLARENCE AVE<br>BERWYN, IL 60402 | 20843 | Motors Liquidation Company | $45,556.00 | Equity Interest Claim | Pgs. 1-5 |
| LOCKLEAR, ZEB<br>24 MAPLE HILL RD<br>SALINEVILLE, OH 43945 | 2485 | Motors Liquidation Company | $3,180.03 | Equity Interest Claim | Pgs. 1-5 |
| LOOK, BEVERLY J<br>4302 WESTERN RD LOT 36<br>FLINT, MI 48506 | 4313 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LORRAINE BOORE<br>34080 FAIRFAX DR<br>LIVONIA, MI 48152 | 26574 | Motors Liquidation Company | $21,023.00 | Equity Interest Claim | Pgs. 1-5 |
| LOUIS DUEMIG<br>2615 N. CHARLOTTE ST.<br>POTTSTOWN, PA 19464<br>UNITED STATES OF AMERICA | 70431 | Motors Liquidation Company | $4,990.00 | Equity Interest Claim | Pgs. 1-5 |
| LOUIS DUEMIG<br>2615 N CHARLOTTE ST<br>POTTSTOWN, PA 19464 | 70432 | Motors Liquidation Company | $3,260.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| LOWDER, JOHN L<br>1687 N KENNARD RD<br><br>NEW CASTLE, IN 47362 | 1784 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| LOWLER, DONALD R<br>6414 SUNNYSIDE DR<br><br>DECKERVILLE, MI 48427 | 7829 | Motors Liquidation Company | $25,322.48 | Equity Interest Claim | Pgs. 1-5 |
| LUCIUS ANTHONY<br>PO BOX 413<br><br>MERIDEN, CT 06450 | 67855 | Motors Liquidation Company | $3,273.57 | Equity Interest Claim | Pgs. 1-5 |
| LUDWIG HOFFMANN<br>BORNGASSE 65<br>55126 MAINZ GERMANY<br>,<br>GERMANY | 36661 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| LYBROOK, DANIEL H<br>8933 LOG RUN DR N<br><br>INDIANAPOLIS, IN 46234 | 62534 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LYLE BIRCHFIELD<br>303 NE 3RD AVE<br><br>WILLISTON, FL 32696 | 10118 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LYNN E KNEPP &<br>ROSE Y KNEPP JT TEN<br>2141 CAREY WAY<br>HUMMELSTOWN, PA 17036 | 16061 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| M LEVY & C B LEVY CO-TTEE<br>CAROL B LEVY REVOCABLE TRUST U/A<br>DTD 05/12/1999<br>6710 PELICAN BAY BLVD APT 435<br>NAPLES, FL 34108 | 7589 | Motors Liquidation Company | $19,923.79 | Equity Interest Claim | Pgs. 1-5 |
| M LOUISE KYLE & ROBERT C KYLE JTWROS<br>1213 PAOLI PIKE<br><br>WEST CHESTER, PA 19380 | 45283 | Motors Liquidation Company | $2,595.00 | Equity Interest Claim | Pgs. 1-5 |
| MAC ALPIN, JOSEPH AURTHER<br>365 BROMPTON RD<br><br>WILLIAMSVILLE, NY 14221 | 29821 | Motors Liquidation Company | $5,756.50 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| MACK SCOTT<br>1319 W 107TH ST<br><br>LOS ANGELES, CA 90044 | 6598 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MADELIN WOODBRIDGE &<br>CATHERINE A J WOODBRIDGE<br>JT TEN<br>6142 CARRIAGE HOUSE WAY<br>RENO, NV 89519 | 67776 | Motors Liquidation Company | $8,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MADELINE BERMAN TTEE<br>REWOCABEL TRUST 1941<br>6888 LISMORE AVE<br>BOYTON BEACH, FL 33437 | 15369 | Motors Liquidation Company | $35,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MALCOLM MILLER<br>1 NORTH 1025 EAST<br><br>LAFAYETTE, IN 47905 | 45606 | Motors Liquidation Company | $40,977.64 | Equity Interest Claim | Pgs. 1-5 |
| MALINDA CORNELIUS<br>6430 LIBERTY VALLEY DR<br><br>KATY, TX 77449 | 36149 | Motors Liquidation Company | $4,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MALINDA CORNELIUS<br>6430 LIBERTY VALLEY DR<br><br>KATY, TX 77449 | 36150 | Motors Liquidation Company | $4,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MANFRED EHRMANN<br>DANZIGER STRABE 10<br>D-53909 ZULPICH GERMANY<br>,<br>GERMANY | 21371 | Motors Liquidation Company | $370.00 | Equity Interest Claim | Pgs. 1-5 |
| MANFRED JEBE<br>LEINPFAD 72<br>D-22299 HAMBURG GERMANY<br>,<br>GERMANY | 61096 | Motors Liquidation Company | $17,902.28 | Equity Interest Claim | Pgs. 1-5 |
| MANFRED KAMMERER<br>WELFENSTR 18<br>D-86836 UNTERMEITINGEN<br>,<br>GERMANY | 28716 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| MARCO HEROIN<br>SONNEN STR 1<br>97618 WULFERSHAUSEN GERMANY<br>,<br>GERMANY | 21374 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MARGARET GRATHWOHL<br>106 E. Maple St.<br>Alexandria, VA 22301<br>UNITED STATES OF AMERICA | 37217 | Motors Liquidation Company | $182,930.00 | Equity Interest Claim | Pgs. 1-5 |
| MARGARETE KOWARZIK<br>STRUNDENER STRASSE 86 A<br>D-51069  KOLN GERMANY<br>,<br>GERMANY | 27207 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MARGOT KARALIUS<br>1631 STRATFORD AVENUE<br>WESTCHESTER, IL 60154 | 36550 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARIA MAYER<br>6100 FAIRVIEW ROAD<br>AUSTINTOWN, OH 44515<br>UNITED STATES OF AMERICA | 64598 | Motors Liquidation Company | $124,671.82 | Equity Interest Claim | Pgs. 1-5 |
| MARIA S BELL<br>PO BOX 4<br>LAYTON, NJ 07851 | 38842 | Motors Liquidation Company | $12.45 | Equity Interest Claim | Pgs. 1-5 |
| MARIE LEVENTIS & DINO LEVENTIS JOINT TTEE<br>DECLARATION OF TRUST MARIE V.<br>U/A DTD 11/04/1993<br>2070 PALMER LN<br>GREEN OAKS, IL 60048 | 9738 | Motors Liquidation Company | $15,965.65 | Equity Interest Claim | Pgs. 1-5 |
| MARIETTA CALABRESE GLORIA<br>CALABRESE EMANUEL CALABRESE &<br>MICHAEL CALABRESE JWROS<br>1746 WEST 2ND STREET<br>BROOKLYN, NY 11223 | 21159 | Motors Liquidation Company | $2,712.50 | Equity Interest Claim | Pgs. 1-5 |
| MARILYN N DUBINSKI<br>SEPARATE PROPERTY<br>608 W EL PRADO DR<br>SAN ANTONIO, TX 78212 | 11726 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| MARIO J MANZO (IRA)<br>FCC AS CUSTODIAN<br>393 HADLEIGH LN<br>N BRUNSWICK, NJ 08902 | 2501 | Motors Liquidation Company | $44,530.99 | Equity Interest Claim | Pgs. 1-5 |
| MARJORIE E MORGAN<br>312 ARDON LANE<br>CINCINNATI, OH 45215 | 8818 | Motors Liquidation Company | $12,049.00 | Equity Interest Claim | Pgs. 1-5 |
| MARK G VIVIRITO<br>1813 GREYSTONE HEIGHT DR<br>VALRICO, FL 33594 | 63411 | Motors Liquidation Company | $500.73 | Equity Interest Claim | Pgs. 1-5 |
| MARK GIROWSKI<br>1027 INCA TRL<br>LAKE ORION, MI 48362 | 62142 | Motors Liquidation Company | $23,638.00 | Equity Interest Claim | Pgs. 1-5 |
| MARK HASSON<br>417 BUTE RD.<br>UNIONTOWN, PA 15401<br>UNITED STATES OF AMERICA | 60788 | Motors Liquidation Company | $129,197.04 | Equity Interest Claim | Pgs. 1-5 |
| MARK WAGLE<br>NO 11 S. HAMPTON<br>WICHITA, KS 67207 | 766 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| MARKUS LEHMANN<br>KARL-HAENEL-STR 35<br>80999 MUNICH GERMANY<br>,<br>GERMANY | 28485 | Motors Liquidation Company | $10,361.70 | Equity Interest Claim | Pgs. 1-5 |
| MARTIN IMMKE<br>ZILLESTR. 99C<br>10585 BERLIN GERMANY<br>,<br>GERMANY | 32757 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MARTIN KOHN<br>OLOF PALME STR 7<br>D-60439 FRANKFURT GERMANY<br>,<br>GERMANY | 30195 | Motors Liquidation Company | $1,700.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARTIN WAGMAN<br>6040 BLUEGRASS DR<br>BOYNTON BEACH, FL 33437 | 4892 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

151st Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| MARY ANN PACILLI<br>34 FERNCLIFF ROAD<br><br>BLOOMFIELD, NJ 07003 | 12865 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARY ANN RINGKAMP<br>2330 W FALMOUTH AV<br><br>ANAHEIM, CA 92801 | 64490 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARY KOPICKI<br>15991 PHEASANT RIDGE CT<br><br>MACOMB, MI 48044 | 14150 | Motors Liquidation Company | $4,222.96 | Equity Interest Claim | Pgs. 1-5 |
| MARY MUELLER<br>511 CAYUGA CT<br><br>BOULDER CITY, NV 89005 | 8463 | Motors Liquidation Company | $200,022.00 | Equity Interest Claim | Pgs. 1-5 |
| MARY RAIA<br>2826 COUNTRY CLUB BLVD<br><br>SUGARLAND, TX 77478 | 5596 | Motors Liquidation Company | $13,200.00 | Equity Interest Claim | Pgs. 1-5 |
| MASON, RONALD D<br>64 ELF TRL<br><br>BASSETT, VA 24055 | 19753 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MATHIAS WILL<br>NUSSAECKER STR 36<br>74096 BAD RAPPENAU GERMANY<br>,<br>GERMANY | 63067 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MATTHEWS, JOHN H<br>232 S CHESTNUT<br><br>REED CITY, MI 49677 | 1707 | Motors Liquidation Company | $544.00 | Equity Interest Claim | Pgs. 1-5 |
| MATTOS, DIEGO<br>CONDOMINIO LA MANCHA 208<br><br>CAROLINA, PR 00979 | 62901 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MAURER, RONALD E<br>771 WREN RD<br><br>FRANKENMUTH, MI 48734 | 10578 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| MC ELWEE, RICKY L<br>4818 CLEVELAND AVE<br><br>KANSAS CITY, KS 66104 | 36937 | Motors Liquidation Company | $10,895.14 | Equity Interest Claim | Pgs. 1-5 |
| MC FATRIDGE, CHARLES R<br>2501 W IRVINGTON PL<br><br>TUCSON, AZ 85746 | 2396 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MC&CO C/F<br>MARY ANN RINGKAMP<br>IRA STANDARD DATED 09/03/93<br>2330 WEST FALMOUTH AVE<br>ANAHEIM, CA 92801 | 64491 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCCAIN, JOYCE E<br>4238 HASTINGS DR<br><br>GRAND BLANC, MI 48439 | 28001 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCCUMBER, PAUL L<br>2226 W GLENMOOR LN<br><br>JANESVILLE, WI 53545 | 3719 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCDONALD, PEGGY W<br>2240 MEADOWLARK LN E<br><br>REYNOLDSBURG, OH 43068 | 9888 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCINNIS, PATRICK K<br>3112 DEARBORN AVE<br><br>FLINT, MI 48507 | 65343 | Motors Liquidation Company | $14,792.64 | Equity Interest Claim | Pgs. 1-5 |
| MCKINLEY, MELVIN L<br>1109 TRYON CIR<br><br>SPRING HILL, FL 34606 | 26863 | Motors Liquidation Company | $945.26 | Equity Interest Claim | Pgs. 1-5 |
| MCKINNEY, FREDERICK L<br>3619 BAYVIEW DR<br><br>DANVILLE, IL 61832 | 69342 | Motors Liquidation Company | $4,629.00 | Equity Interest Claim | Pgs. 1-5 |
| MCMILLAN, ANNA M<br>15 SWEET WILLIAM WAY<br><br>LANGHORNE, PA 19047 | 65371 | Motors Liquidation Company | $104,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

151st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| MCVEY, CAROLYN M<br>642 W SOPER RD<br><br>BAD AXE, MI 48413 | 32979 | Motors Liquidation Company | $2,187.00 | Equity Interest Claim | Pgs. 1-5 |
| MEHLE, ANTHONY A<br>989 VILLA PL<br><br>GIRARD, OH 44420 | 19953 | Motors Liquidation Company | $21,777.50<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MEILNER, EDWARD<br>135 MAPLE LN<br><br>NEW LENOX, IL 60451 | 13105 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                           :

In re                        :        **Chapter 11 Case No.**
                           :

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :       **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.*  :
                           :

               **Debtors.**      :        **(Jointly Administered)**
                           :
------------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' 151ST OMNIBUS OBJECTION TO CLAIMS</u>
### (Claims for Equity Interests)

Upon the 151st omnibus objection, dated January 25, 2011 (the "**151st Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 151st Omnibus Objection to Claims; and due and

proper notice of the 151st Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 151st Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 151st Omnibus Objection to Claims.

151st Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 151st Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 151st Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge