HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al.,  :     09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                  Debtors.          :      (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 152ND OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 152nd omnibus objection to disallow certain claims[1] (the "**152nd**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 152nd

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 152 Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.


        **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 152ND
OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR
CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT
"A" ANNEXED THERETO.**

        **PLEASE TAKE FURTHER NOTICE** that any responses to the 152nd

Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the

Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system,

and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable

document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with

the customary practices of the Bankruptcy Court and General Order M-399, to the extent

applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal &

Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn:

Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the

Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370,

Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400

Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv)

Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the

Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi,

Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room

2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys

for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019

(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis &

Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the

Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt,

Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86

Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and

Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of

unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York,

New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas

Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C.

Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation,

attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos

personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L.

Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22,**

**2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 152nd Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 152nd Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al.,  :      09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                    :
                    Debtors.        :      (Jointly Administered)
                                    :
------------------------------------------------------------x
```

<u>**DEBTORS' 152ND OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Relief Requested**

1.        Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.        The Debtors file this 152nd omnibus objection (the "**152nd Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.        A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7.      Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

**Reservation of Rights**

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

**Notice**

9.      Notice of this 152nd Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 25, 2011

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**Exhibit A**

| CLAIMS TO BE DISALLOWED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEATRICE STRAUSS FREED<br>5 LIVE OAK<br>IRVINE, CA 92604 | 2497 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MEINHARD LIEBING<br>BREDENBERGSWEG 30<br>21149 HAMBURG GERMANY<br>,<br>GERMANY | 26933 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MELVIN MCKINLEY<br>1109 TRYON CIR<br>SPRING HILL, FL 34606 | 26862 | Motors Liquidation Company | $945.26 | Equity Interest Claim | Pgs. 1-5 |
| MGR JAKUB RADZIEJEWSKI<br>4833 N HARLEM 2ND FL<br>CHICAGO, IL 60656 | 1200 | Motors Liquidation Company | $6,200.00 | Equity Interest Claim | Pgs. 1-5 |
| MGR JAKUB RADZIEJEWSKI<br>4833 N HARLEM 2ND FL<br>CHICAGO, IL 60656 | 3352 | Motors Liquidation Company | $18,038.49 | Equity Interest Claim | Pgs. 1-5 |
| MGR JAKUB RADZIEJEWSKI<br>4833 N HARLEM 2ND FL<br>CHICAGO, IL 60656 | 14937 | Motors Liquidation Company | $6,012.83 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL BERNABO<br>21350 BEACONSFIELD ST #6<br>ST CLR SHORES, MI 48080 | 18591 | Motors Liquidation Company | $800.00 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL BRENNAN<br>222 RONNI DRIVE<br>EAST MEADOW, NY 11554<br>UNITED STATES OF AMERICA | 63336 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL C WASSOUF<br>2228 LADUE LN<br>FORT WAYNE, IN 46804 | 31238 | Motors Liquidation Company | $4,280.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

152nd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| MICHAEL HEIN<br>SENNEGARTEN 26<br>BAD HARZBURG 38667 GERMANY<br>,<br>GERMANY | 61190 | Motors Liquidation Company | $465.00 | Equity Interest Claim | Pgs. 1-5 |
| MICKEY KIZER<br>710 DEERWOOD DR<br>DEFIANCE, OH 43512 | 4614 | Motors Liquidation Company | $42,412.17 | Equity Interest Claim | Pgs. 1-5 |
| MIGUEL GUZMAN<br>1843 CAPESIDE CIRCLE<br>WELLINGTON, FL 33414 | 11179 | Motors Liquidation Company | $200.00 | Equity Interest Claim | Pgs. 1-5 |
| MIKE SHAMBO<br>MICHAEL SHAMBO<br>203 SILVER LAKE RD<br>AU SABLE FORKS, NY 12912 | 14834 | Motors Liquidation Company | $12,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MILLER, BENNIE R<br>405 CENTER PARK DR<br>SPRINGHILL, LA 71075 | 7205 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MILLER, BETTY J<br>2822 ALVARADO DR NE<br>ALBUQUERQUE, NM 87110 | 60484 | Motors Liquidation Company | $13,087.40 | Equity Interest Claim | Pgs. 1-5 |
| MILLER, ELLEN M<br>416 GOLDENROD DR<br>HOUGHTON LAKE, MI 48629 | 29010 | Motors Liquidation Company | $552.00 | Equity Interest Claim | Pgs. 1-5 |
| MILLER, HOWARD E<br>6306 CARNATION RD<br>DAYTON, OH 45449 | 18259 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MIRAGLIA, WILLIAM G<br>48 GREAT WOODS RD<br>SAUGUS, MA 01906 | 3849 | Motors Liquidation Company | $23,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MITCH HUBELBANK<br>55 GLORIA DR<br>ALLENDALE, NJ 07401 | 17188 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| MITCHELL, HOWARD A<br>25585 LYNCASTLE ST<br><br>FARMINGTON HILLS, MI 48336 | 3774 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MITCHELL, ROSA M<br>7062 ARCADIA DR<br><br>MOUNT MORRIS, MI 48458 | 33302 | Motors Liquidation Company | $85,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MOHAMAD K TADAYON<br>P O BOX 1913<br><br>HUNTINGTN BCH, CA 92647 | 65261 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MOLLY E KLINE<br>7084 CLEMENTS<br><br>W BLOOMFIELD, MI 48322 | 12482 | Motors Liquidation Company | $7,800.00 | Equity Interest Claim | Pgs. 1-5 |
| MONIA BALDINI<br>VIA TONIOLO 15 BIS<br>54033 CARRARA ITALY<br>,<br>ITALY | 64178 | Motors Liquidation Company | $34,890.00 | Equity Interest Claim | Pgs. 1-5 |
| MORRIS & SYLVIA WEINSTEIN<br>REV TR UAD 06/22/05<br>MORRIS WEINSTEIN &<br>SYLVIA WEINSTEIN TTEES<br>9701 W OAKLAND PARK BLVD APT 425<br>FT LAUDERDALE, FL 33351 | 3940 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MOYE, JAMES W<br>2245 E BANTA RD<br><br>INDIANAPOLIS, IN 46227 | 6797 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MR AND MRS WILLIAM H MACDADE JR<br>14122 SHANNONDELL DR<br><br>AUDUBON, PA 19403 | 10079 | Motors Liquidation Company | $19,035.25 | Equity Interest Claim | Pgs. 1-5 |
| MR HENRICH MEYER-BORSTEL<br>HECKENROSENWEG 7<br>38518 GIFHORN GERMANY<br>,<br>GERMANY | 33454 | Motors Liquidation Company | $715.40 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

152nd Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| MR HUBERTUS VON BACHMAYR<br>45 RUE JEAN MERMOZ<br>78620 L'ETANGLAVILLE FRANCE<br>,<br>FRANCE | 65449 | Motors Liquidation Company | $625.00 | Equity Interest Claim | Pgs. 1-5 |
| MR NACI KARAKAS<br>OST PRELISSENDAMM 54 A<br>12207 BERLIN GERMANY<br>,<br>GERMANY | 61210 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MR PATRIC TRENKLE<br>MUHLWEG 38<br>76799 SCHEIBENHARDT GERMANY<br>,<br>GERMANY | 30217 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MR PRESTON D EATON<br>931 FULWELL DR<br>ONTARIO, OH 44906 | 69739 | Motors Liquidation Company | $45,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MR ROBERT MCTEAGUE<br>4527 ST ANDREWS DRIVE<br>BOYNTON BEACH, FL 33436 | 68997 | Motors Liquidation Company | $5,337.46 | Equity Interest Claim | Pgs. 1-5 |
| MR WULF SEIDEL<br>IM HUBHOF 2<br>FREIBURG 79112 GERMANY<br>,<br>GERMANY | 26655 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>ARTHUR S KENT<br>IRA ROLLOVER DATED 04/13/95<br>172 AMBER DRIVE<br>FRANKLIN, NC 28734 | 7977 | Motors Liquidation Company | $19,983.00 | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA DRASNER<br>IRA SEP DATED 08/07/07<br>156 GULFSTREAM DRIVE<br>TEQUESTA, FL 33469 | 8382 | Motors Liquidation Company | $4,992.58 | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>WALLACE CICHON<br>IRA ROLLOVER DATED 11/21/08<br>669 N HALIFAX DR<br>ORMOND BEACH, FL 32176 | 68785 | Motors Liquidation Company | $3,110.96 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

152nd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| MUSICK, CARL<br>3012 E KENDALL LN<br><br>MUNCIE, IN 47303 | 45968 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MUSSELL, JOHN A<br>3221 STONY POINT RD<br><br>GRAND ISLAND, NY 14072 | 2598 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MYRON SANFORD<br>656 W PITLER<br><br>CITRUS SPRINGS, FL 34434<br>UNITED STATES OF AMERICA | 62384 | Motors Liquidation Company | $81,148.85 | Equity Interest Claim | Pgs. 1-5 |
| N C BRILL, TTEE, ROBERT PEASE TRUST<br>P O BOX 527<br><br>WEST PLAINS, MO 65775 | 28457 | Motors Liquidation Company | $5,428.00 | Equity Interest Claim | Pgs. 1-5 |
| NAIM, ELIE P<br>28815 BANNOCKBURN ST<br><br>FARMINGTON HILLS, MI 48334 | 6434 | Motors Liquidation Company | $2,652.00 | Equity Interest Claim | Pgs. 1-5 |
| NANCY HAACK<br>PASEWALKER STRASSE 29<br>13127 BERLIN GERMANY<br>,<br>GERMANY | 65232 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| NANCY KEMMET<br>6201 RAINIER RD<br><br>PLANO, TX 75023 | 15582 | Motors Liquidation Company | $800.00 | Equity Interest Claim | Pgs. 1-5 |
| NANCY PIASIO<br>MARK PIASIO<br>PO BOX 142<br>LOCUST VALLEY, NY 11560<br>UNITED STATES OF AMERICA | 67578 | Motors Liquidation Company | $22,100.00 | Equity Interest Claim | Pgs. 1-5 |
| NELLY BAUER-ROLLANDIN & FRANK OUW<br>ROMERSTR 3A<br>76870 KANDEL, GERMANY<br>,<br>GERMANY | 64784 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| NELSON, MADELYN R<br>1360 N PLACITA PARASOL<br><br>GREEN VALLEY, AZ 85614 | 7009 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| NESTORAK, IRENE D, ESTATE OF<br>1703 GREGORY STREET<br>YPSILANTI, MI 48197 | 10955 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NICHOLAS J PERSICH MD<br>219 ARIS AVE<br>METAIRIE, LA 70005 | 1198 | Motors Liquidation Company | $5,733.65 | Equity Interest Claim | Pgs. 1-5 |
| NICHOLAS J PERSICH MD<br>219 ARIS AVE<br>METAIRIE, LA 70005 | 7231 | Motors Liquidation Company | $5,596.05 | Equity Interest Claim | Pgs. 1-5 |
| NICHOLS, RICHARD G<br>2022 W WALNUT ST<br>MARION, IN 46952 | 13220 | Motors Liquidation Company | $31,000.00 | Equity Interest Claim | Pgs. 1-5 |
| NICK G. MAVRAGANIS &<br>Y PAPANTI MAVRAGANIS<br>10634 S 83RD AVE<br>PALOS HILLS, IL 60465 | 70454 | Motors Liquidation Company | $14,141.20 | Equity Interest Claim | Pgs. 1-5 |
| NICKCHEN, ROY P<br>648 OBERLIN DR<br>CLEARWATER, FL 33765 | 44778 | Motors Liquidation Company | $20,218.84 | Equity Interest Claim | Pgs. 1-5 |
| NIKOLSKY, OLGA A<br>1118 E ROWLAND ST<br>FLINT, MI 48507 | 62147 | Motors Liquidation Company | $83.25 | Equity Interest Claim | Pgs. 1-5 |
| NOBBE BONNIE TTEE  NOBBE JAMES TTEE<br>JAMES AND NOBBE TRUST DTD 02/10/07<br>NOBBE BONNIE<br>217 THOMAS LN<br>WATERLOO, IL 62298 | 11737 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NORBERT TRENKLE<br>MUHLWEG 38<br>D76779 SCHEIBENHARDT GERMANY<br>,<br>GERMANY | 26591 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| NORBERT VOSS<br>ALTER TEICHWEG 187<br>22049 HAMBURG GERMANY<br>,<br>GERMANY | 23082 | Motors Liquidation Company | $327.20 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| NORBERT WERNER BINKE<br>FREUDENTAL 18<br>D-25746 HEIDE GERMANY<br>,<br>GERMANY | 48354 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| NORMA ANN WYNKOOP<br>REVOCABLE TRUST UAD 01/16/03<br>THOMAS E WYNKOOP JR TTEE<br>507 DUNKIRK RD<br>BALTIMORE, MD 21212 | 29233 | Motors Liquidation Company | $19,110.16 | Equity Interest Claim | Pgs. 1-5 |
| NORMAN B. THOT<br>ANGERSTRASSE 11A<br>40878 RATINGEN GERMANY<br>,<br>GERMANY | 15192 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| NOTENBAUM, RUSSELL J<br>5276 SNYDER DRIVE SOUTHWEST<br>WYOMING, MI 49418 | 8185 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| OBERSTADT, WILLIAM B<br>10143 W BOLIVAR DR<br>SUN CITY, AZ 85351 | 4981 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| OBOYLE, TIM L<br>5302 KYSER RD<br>LOWELL, MI 49331 | 4672 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| OBRIEN, ELLEN M<br>19302 SPANISH NEEDLE DR<br>HOUSTON, TX 77084 | 28247 | Motors Liquidation Company | $12,735.85 | Equity Interest Claim | Pgs. 1-5 |
| OKAN ALTAY<br>DITZINGER STR. 21<br>70839 GERLINGEN GERMANY<br>,<br>GERMANY | 44079 | Motors Liquidation Company | $1,941.52 | Equity Interest Claim | Pgs. 1-5 |
| OLIVER A & LAVETA P BLACKBURN<br>1834 JEFFERSON DR<br>MOUNT VERNON, IN 47620 | 8989 | Motors Liquidation Company | $4,200.00 | Equity Interest Claim | Pgs. 1-5 |
| OLSON, DONALD D<br>401 W OAKBROOK DR<br>APT 149<br>ANN ARBOR, MI 48103 | 28771 | Motors Liquidation Company | $3,042.36 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

152nd Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| OSBORNE, GLENITH R<br>26290 VAN HORN RD<br><br>FLAT ROCK, MI 48134 | 44260 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| O'SHIELDS, GARY H<br>4956 GLENN DR<br><br>NEW PORT RICHEY, FL 34652 | 68240 | Motors Liquidation Company | $57,914.59 | Equity Interest Claim | Pgs. 1-5 |
| OTTO LOGH<br>HASBACHSTR 7<br>D 55743 IDAR OBERSTEIN GERMANY<br>,<br>GERMANY | 61569 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| PAFFEL, NANCY<br>1634 KEELER AVE<br><br>BELOIT, WI 53511 | 33556 | Motors Liquidation Company | $1,044.86 | Equity Interest Claim | Pgs. 1-5 |
| PALMIERI, JAMES E<br>1131 W CENTER ST EXT<br><br>SOUTHINGTON, CT 06489 | 26965 | Motors Liquidation Company | $4,516.18 | Equity Interest Claim | Pgs. 1-5 |
| PAOLINELLI, VITTORIO<br>3937 FOREST AVE<br><br>BROOKFIELD, IL 60513 | 67666 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| PARNABY, LOLITA M<br>2444 PRATT ST APT 233<br><br>LONGMONT, CO 80501 | 20900 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA A SCHMIDT<br>2271 PALO DURO BLVD<br><br>NORTH FORT MYERS, FL 33917 | 6488 | Motors Liquidation Company | $21,366.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA ALEXANDER<br>7 CABOT LN<br><br>GLOUCESTER, MA 01930 | 62104 | Motors Liquidation Company | $1,472.08 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA ATKINSON<br>251 HARRY SAUNER RD APT 132<br><br>HILLSBORO, OH 45133 | 1812 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

152nd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| PATRICIA JARUSINSKI<br>102 GREENOCK COURT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376<br>UNITED STATES OF AMERICA | 68298 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA SECEN<br>49517 KEYCOVE ST<br>CHESTERFIELD, MI 48047 | 30927 | Motors Liquidation Company | $70,121.37 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIO BOYLE<br>1508 BAY RD<br>APT 965<br>MIAMI BEACH, FL 33139 | 31273 | Motors Liquidation Company | $1,114.59 | Equity Interest Claim | Pgs. 1-5 |
| PAUL A GARGANO<br>15 MILE COMMON RD<br>EASTON, CT 06612 | 10558 | Motors Liquidation Company | $15,204.00 | Equity Interest Claim | Pgs. 1-5 |
| PAUL J SANDACZ AND MARY T SANDACZ<br>JT TEN<br>2920 EVENING DEW DR<br>WOODSTROCK, MD 21163 | 21239 | Motors Liquidation Company | $10,355.00 | Equity Interest Claim | Pgs. 1-5 |
| PAUL KOVACS JR<br>1652 HARTLEY AVE<br>AURAUR<br>HENDERSON, NV 89052 | 13998 | Motors Liquidation Company | $4,500.00 | Equity Interest Claim | Pgs. 1-5 |
| PAUL STEINBERG, SEP IRA<br>38 SE 16TH AVENUE<br>OCALA, FL 34471 | 4552 | Motors Liquidation Company | $1,008.50 | Equity Interest Claim | Pgs. 1-5 |
| PAULINO AND SONIA MARQUES<br>1109 HARDING ROAD<br>ELIZABETH, NJ 07208 | 65074 | Motors Liquidation Company | $17,760.25 | Equity Interest Claim | Pgs. 1-5 |
| PEARSON, MELVIN<br>PO BOX 207<br>STERLING HTS, MI 48311 | 68274 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PEEK, THOMAS G<br>PO BOX 806268<br>SAINT CLAIR SHORES, MI 48080 | 18216 | Motors Liquidation Company | $28,850.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

152nd Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| PEGGY M ROMAN<br>26215 POWER RD<br>FARMINGTN HLS, MI 48334 | 44888 | Motors Liquidation Company | $2,209.87 | Equity Interest Claim | Pgs. 1-5 |
| PEREZ JR PEDRO<br>13079 BRYCE ROAD<br>EMMETT, MI 48022 | 60753 | Motors Liquidation Company | $13,090.99 | Equity Interest Claim | Pgs. 1-5 |
| PEREZ, SANTIAGO<br>PO BOX 147<br>PHOENIX, AZ 85001 | 32924 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PETER F BERTOLLINI &<br>GLORIA BERTOLLINI JT WROS<br>21113 YALE ST<br>ST CLR SHORES, MI 48081 | 4337 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| PETER GASDE<br>MEYERSWEG 15<br>D-28857 SYKE GERMANY<br>,<br>GERMANY | 26701 | Motors Liquidation Company | $362.47 | Equity Interest Claim | Pgs. 1-5 |
| PETER MARASCO<br>3214 SW MAISH AVE<br>DES MOINES, IA 50321 | 2702 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| PETHERBRIDGE, RICHARD L<br>10411 TAMRYN BLVD<br>HOLLY, MI 48442 | 10770 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PETLEWSKI, PAUL J<br>14272 ARCOLA ST<br>LIVONIA, MI 48154 | 64109 | Motors Liquidation Company | $2,004.75 | Equity Interest Claim | Pgs. 1-5 |
| PHILIP SCAFETTA<br>626 10TH COURT<br>VERO BEACH, FL 32962 | 2504 | Motors Liquidation Company | $3,895.00 | Equity Interest Claim | Pgs. 1-5 |
| PIERCE, JOHN L<br>2485 ALTON RD<br>DELTONA, FL 32738 | 5134 | Motors Liquidation Company | $1,866.98 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| PIERSON, BRUCE D<br>2101 STONESTHROW DR<br><br>LAPEER, MI 48446 | 11260 | Motors Liquidation Company | $2,500.05 | Equity Interest Claim | Pgs. 1-5 |
| PIFER INC<br>8341 E HOLLY RD<br><br>HOLLY, MI 48442 | 11758 | Motors Liquidation Company | $47,536.00 | Equity Interest Claim | Pgs. 1-5 |
| PITSINGER, JAMES A<br>1865 HAMBLETONIAN CT<br><br>MIAMISBURG, OH 45342 | 6492 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :        09-50026 (REG)
      f/k/a General Motors Corp., *et al.*          :
                                                    :
                           Debtors.                 :        (Jointly Administered)
                                                    :
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 152ND OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

Upon the 152nd omnibus objection, dated January 25, 2011 (the "**152nd Omnibus Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity interests, all as more fully described in the 152nd Omnibus Objection to Claims; and due and proper notice of the 152nd Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 152nd Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 152nd Omnibus Objection to Claims.

152nd Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 152nd Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 152nd Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
            _____, 2011

_____
United States Bankruptcy Judge

2