HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                    :
In re                               :     Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al.,  :     09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                        Debtors.    :     (Jointly Administered)
                                    :
---------------------------------------------------------------x
```

**NOTICE OF DEBTORS' 153RD OMNIBUS OBJECTION TO CLAIMS**
(Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 153rd omnibus objection to disallow certain claims[1] (the "**153rd**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 153rd

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 153rd Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 153RD OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 153rd Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 153rd Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 153rd Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  New York, New York
        January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                    :
**In re**                              :    **Chapter 11 Case No.**
                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :    **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :
                                    :
               **Debtors.**            :    **(Jointly Administered)**
                                    :
---------------------------------------------------------------x

## DEBTORS' 153RD OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

US_ACTIVE:\43612017\01\72240.0639

### Relief Requested

1.        Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.        The Debtors file this 153rd omnibus objection (the "**153rd Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.        A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn
Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

       7.      Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection

to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale

behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code

differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16).

Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors"

while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10),

101(17). While creditors were entitled to file proofs of claim to preserve their rights to

distributions on account of their claims, equity security holders were not entitled to file proofs of

claim to preserve their rights, if any, based solely on their ownership of equity interests. The

filing of a proof of claim by an equity security holder for that purpose was neither necessary nor

sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA*

*Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an

allowed proof of claim requires something more than mere equity ownership"). While equity

security holders in these chapter 11 cases were entitled, to the extent they held "claims" against

the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights

arising solely from the ownership of equity interests, each of the Claims for Equity Interests

assert only equity interests. As such, the Claims for Equity Interests should be disallowed and

reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity

interests will preserve any entitlement the holders of Claims for Equity Interests have to a

distribution, if any, solely on account of the ownership of equity interests.

## Reservation of Rights

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

## Notice

9.      Notice of this 153rd Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
         January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

153rd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PLOUFFE, DANIEL C<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236 | 45171 | Motors Liquidation Company | $162,320.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PLYMALE, BENJAMIN W<br>4015 SW 185TH AVE<br>ALOHA, OR 97007 | 44710 | Motors Liquidation Company | $13,350.00 | Equity Interest Claim | Pgs. 1-5 |
| POWERS, RUTH M<br>1136 SAXON COURT<br>THE VILLAGES, FL 32162 | 69063 | Motors Liquidation Company | $1,418.92 | Equity Interest Claim | Pgs. 1-5 |
| PRATER, ROSALIE<br>1455 RAY RD<br>FENTON, MI 48430 | 62696 | Motors Liquidation Company | $707.16 | Equity Interest Claim | Pgs. 1-5 |
| PRATHER, KERRY R<br>6810 ACTON ROAD<br>INDIANAPOLIS, IN 46259 | 65673 | Motors Liquidation Company | $36,397.24 | Equity Interest Claim | Pgs. 1-5 |
| PRECZEWSKI, JAMES J<br>PO BOX 952<br>PRUDENVILLE, MI 48651 | 12817 | Motors Liquidation Company | $646.00 | Equity Interest Claim | Pgs. 1-5 |
| PRIER OTTO<br>WEIDSTRASSE NR 5<br>55120 MAINZ GERMANY<br>,<br>GERMANY | 64054 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| PRITZ JR, CHARLES<br>7715 ANDERSON AVE NE<br>WARREN, OH 44484 | 8022 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PULLICIN, RICHARD J<br>PO BOX 126<br>METAMORA, MI 48455 | 28154 | Motors Liquidation Company | $1,290.53 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| PURCELL, PHYLLIS<br>10390 AUDIE BROOK DR<br>SPRING HILL, FL 34608 | 2512 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RADTKE CARL O<br>1365 ABERCROMBIE WAY<br>THE VILLAGES, FL 32162 | 65627 | Motors Liquidation Company | $13,599.00 | Equity Interest Claim | Pgs. 1-5 |
| RAGUSA, MARY H<br>32 INDEPENDENCE ST<br>TARRYTOWN, NY 10591 | 62895 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RAMPELT CIPRIAN JON<br>WALTER-SCOTT-STR 4<br>80687 MUNCHEN GERMANY<br>,<br>GERMANY | 28517 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RATUSZNIK, SHARON F<br>17627 DOLORES ST<br>LIVONIA, MI 48152 | 68424 | Motors Liquidation Company | $201.60 | Equity Interest Claim | Pgs. 1-5 |
| RAY NAQUIN<br>1500 S ELM ST<br>HAMMOND, LA 70403<br>UNITED STATES OF AMERICA | 22766 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RAY, DORIS J<br>4946 W 24TH ST<br>SPEEDWAY, IN 46224 | 65680 | Motors Liquidation Company | $6,688.50 | Equity Interest Claim | Pgs. 1-5 |
| RAYMOND J HAARMAN<br>RAYMOND J HAARMAN<br>9033 WINTON ROAD<br>CINCINNATI, OH 45231 | 45796 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| REDD, EARL L<br>16005 TEMPLAR CIR<br>SOUTHFIELD, MI 48075 | 65683 | Motors Liquidation Company | $65,514.55 | Equity Interest Claim | Pgs. 1-5 |
| REDMOND, ELIZABETH<br>1238 PARADISE WAY<br>VENICE, FL 34285 | 2584 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED

| Name/Address | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| REED, LINDA D<br>6417 E CALLE DEL NORTE<br><br>ANAHEIM, CA 92807 | 69760 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| REESE, WILLIE L<br>C/O OLIVETTE REESE<br>1730 YARDLEY CIR<br>DAYTON, OH 45459 | 1936 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| REGINA BERTRAM<br>ZIEGELEIWEG 39<br>D-40591 DÜSSELDORF GERMANY<br>,<br>GERMANY | 61106 | Motors Liquidation Company | $17,876.86 | Equity Interest Claim | Pgs. 1-5 |
| REINBOLD, JAMES H<br>641 W SCHLEIER ST APT D2<br><br>FRANKENMUTH, MI 48734 | 15505 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| REMATE DOERR<br>ALTIGWEG 30<br>D-79650 SCHOPFHEIM GERMANY<br>,<br>GERMANY | 61870 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RENATE MCGOWAN<br>AM FLEITGRABEN 30<br>29336 NIENHAGEN GERMANY<br>,<br>GERMANY | 30958 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| REYNOLDS, LUCY JEAN<br>PO BOX 924<br><br>MUNFORDVILLE, KY 42765 | 2990 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICH, WILLIAM C<br>506 E GENEVA DR<br><br>DEWITT, MI 48820 | 51103 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARD A SOMMESE<br>415 HILLSIDE AVE<br><br>NUTLEY, NJ 07110 | 68287 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARD BEANY<br>3855 EDINBURGH DR<br><br>YOUNGSTOWN, OH 44511 | 18222 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| RICHARD BINDAS<br>720 S SCHENLEY AVE<br><br>YOUNGSTOWN, OH 44509 | 2570 | Motors Liquidation Company | $3,205.74 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD GRAHAM<br>WBNA CUSTODIAN ROTH IRA<br>2563 SW RIVER KNOLL DR<br>LILBURN, GA 30047 | 4101 | Motors Liquidation Company | $4,476.69 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD HORNBERGER<br>JEAN HORNBERGER<br>DENNIS M HORNBERGER<br>PO BOX 251<br>BROWNSTOWN, PA 17508 | 12319 | Motors Liquidation Company | $7,560.00 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD HUGHES<br>4716 MAC DR<br><br>ANDERSON, IN 46013 | 1854 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARD L COBB<br>1145 HALLMARK DR<br><br>SHREVEPORT, LA 71118 | 70476 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARD OWENS<br>980 WILMINGTON AVE APT 923<br><br>DAYTON, OH 45420 | 1801 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARDSON, CLAYTON E<br>11450 W PLEASANT VALLEY RD<br><br>BLANCHARD, MI 49310 | 19030 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARDSON, ZELMA L<br>3032 MARVIN DR<br><br>ADRIAN, MI 49221 | 4847 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHTER, RICHARD J &<br>R J RICHTER<br>19858 FALLEN LEAF DR<br>PIONEER, CA 95666 | 45070 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICKEY HUBBLE<br>6683 N 200 E<br><br>ALEXANDRIA, IN 46001 | 62240 | Motors Liquidation Company | $89,982.56 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| RINALDO DOSUALDO<br>IM WINKEL 27<br>D-49191 BELM GERMANY<br>,<br>GERMANY | 68362 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RITA M ORECCHIO<br>CAROL A BIRGFELD AND<br>WILLIAM M ORECCHIO AS POA<br>149 W END AVE<br>SOMERVILLE, NJ 08876 | 69515 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RIZZI, RAMON R<br>42156 BRIANNA DR<br>CLINTON TOWNSHIP, MI 48038 | 2062 | Motors Liquidation Company | $10,200.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT BRYDSON<br>1360 Beaver Way<br>La Verne, CA 91750<br>UNITED STATES OF AMERICA | 44668 | Motors Liquidation Company | $90,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT C GERHARD &<br>JANE D GERHARD<br>JT TEN<br>331 WINDING WAY<br>GLENSIDE, PA 19038 | 29508 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT D COLE JR<br>7 SAGAMORE DR<br>ANDOVER, MA 01810 | 16997 | Motors Liquidation Company | $32,055.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT DENNIS<br>4760 LEE HILL RD<br>MAYVILLE, MI 48744 | 3866 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT E LAGROUE<br>1951 CREIGHTON RD<br>PENSACOLA, FL 32504 | 20235 | Motors Liquidation Company | $142.92 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT H MILLSAPS<br>114 WEST LEGACY DR<br>BRANDON, MS 39042 | 735 | Motors Liquidation Company | $389,619.05 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT J ROYER<br>662 TREASURE CIRCLE<br>WEBSTER, NY 14580 | 3554 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| ROBERT L EATON & ELSIE B EATON JT TEN<br>519 HEMLOCK DRIVE<br><br>WOODSTOCK, GA 30188 | 45260 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT L ROHR AND JOAN T ROHN JT TEN<br>3215 OAKMONT AVE<br><br>KETTERING, OH 45429 | 16858 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT M. BELL, TRUST<br>1001 CITY AVE<br>EE 920<br>WYNNEWOOD, PA 19096<br>UNITED STATES OF AMERICA | 20149 | Motors Liquidation Company | $14,769.79 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT MILLSAPS<br>114 WEST LEGACY DRIVE<br><br>BRANDON, MS 39042 | 69628 | Motors Liquidation Company | $389,619.05 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT ROYER<br>662 TREASURE CIR<br><br>WEBSTER, NY 14580 | 3553 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT VAN TONGERLOO<br>64245 TIPPERARY DR<br><br>WASHINGTON, MI 48095 | 5745 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT WATZLAWICK<br>AM GAISSBERG 3<br>85309 POERNBACH GERMANY<br>,<br>GERMANY | 23301 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ROBINSON, RUBY L<br>2615 N WATERFORD DR<br><br>FLORISSANT, MO 63033 | 3558 | Motors Liquidation Company | $1,783.53<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RODDEY, JAMES A<br>1828 RUSSELL AVE<br><br>CHARLOTTE, NC 28216 | 7386 | Motors Liquidation Company | $36.55 | Equity Interest Claim | Pgs. 1-5 |
| ROGER & BARBARA GETTS<br>620 SOUTH KEYSER AVE<br><br>TAYLOR, PA 18517 | 7529 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED** | | | | | |
| ROGER LAMPMAN<br>140 LOOKOUT POINT ROAD<br><br>COMFORT, TX 78013 | 9561 | Motors Liquidation Company | $375.00 | Equity Interest Claim | Pgs. 1-5 |
| ROGER WENDLING<br>WALDWEG 12<br>97490 POPPENHAUSEN GERMANY<br>,<br>GERMANY | 62025 | Motors Liquidation Company | $1,460.00 | Equity Interest Claim | Pgs. 1-5 |
| ROGERS JR, RALPH<br>501 W LINCOLN WAY<br><br>LISBON, OH 44432 | 15541 | Motors Liquidation Company | $1,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ROHR, ROBERT L<br>3215 OAKMONT AVE<br><br>KETTERING, OH 45429 | 16857 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROLAND SCHMIDT<br>AM KAVALLERIESAND 371<br>64295 DARMSTADT, GERMANY<br>,<br>GERMANY | 24264 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RONALD A BRANDT<br>732 VOLTERRA BLVD<br><br>KISSIMMEE, FL 34759 | 15814 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RONALD A SCHMIDT<br>2271 PALO DURO BLVD<br><br>NORTH FORT MYERS, FL 33917<br>UNITED STATES OF AMERICA | 6489 | Motors Liquidation Company | $7,313.50 | Equity Interest Claim | Pgs. 1-5 |
| RONALD C TANCIAR<br>220 RIDGE RUN CROSSING<br><br>ATHENS, GA 30605 | 49590 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RONALD CARVER IRA<br>1033 S COOPER ST<br><br>KOKOMO, IN 46902 | 65234 | Motors Liquidation Company | $39.04 | Equity Interest Claim | Pgs. 1-5 |
| RONALD D TATE<br>20 GREEN HILLS CT<br><br>GREENTOWN, IN 46936 | 10287 | Motors Liquidation Company | $23.38 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| ROSEMARY J. MILCHUCK AND CHARLENE H. MINOR JTWROS<br>29843 NORMA DR<br>WARREN, MI 48093 | 28449 | Motors Liquidation Company | $4,533.26 | Equity Interest Claim | Pgs. 1-5 |
| ROSEMARY M SCHACHT<br>1316 STONEWOOD CIRCLE<br>WEST BEND, WI 53095 | 12878 | Motors Liquidation Company | $19,564.47 | Equity Interest Claim | Pgs. 1-5 |
| ROSWITHA KLEMM<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>505 ROTH CT<br>SAINT PETERS, MO 63304 | 44641 | Motors Liquidation Company | $5,745.00 | Equity Interest Claim | Pgs. 1-5 |
| ROTHE, GARY L<br>818 SNOWMASS DR<br>ROCHESTER HLS, MI 48309 | 2036 | Motors Liquidation Company | $16,900.00 | Equity Interest Claim | Pgs. 1-5 |
| ROUNKE, MARY LOUISE<br>35950 LARCHWOOD ST<br>CLINTON TOWNSHIP, MI 48035 | 9651 | Motors Liquidation Company | $429.81 | Equity Interest Claim | Pgs. 1-5 |
| ROY BOYER<br>4132 ROCK HILL LOOP<br>APOPKA, FL 32712 | 8751 | Motors Liquidation Company | $3,611.28 | Equity Interest Claim | Pgs. 1-5 |
| ROY SMOTHERMAN<br>2150 SEYMOUR LAKE RD<br>ORTONVILLE, MI 48462 | 3775 | Motors Liquidation Company | $94,397.70 | Equity Interest Claim | Pgs. 1-5 |
| RUDOLF DITTRICH<br>DIESTELWEG 30<br>28816 STUHR GERMANY<br>,<br>GERMANY | 30953 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RUMMEL, GEORGE C<br>30 SHARON DR<br>RICHBORO, PA 18954 | 5725 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RUTH KELLER & RONALD KELLER TTEES<br>KELLER REV LIV TRUST<br>12729 CHANDELLE CT NE<br>ALBUQUERQUE, NM 87112 | 30734 | Motors Liquidation Company | $22,650.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

153rd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| RUTH MEYER<br>3000 OCEAN PARKWAY APT 16S<br>BROOKLYN, NY 11235 | 68969 | Motors Liquidation Company | $3,300.00 | Equity Interest Claim | Pgs. 1-5 |
| RUTH S KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29290 | Motors Liquidation Company | $33,541.50 | Equity Interest Claim | Pgs. 1-5 |
| RUTH WEBB<br>3530 COTTAGE MEADOW WAY<br>LAUGHLIN, NV 89029 | 27304 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RUTTER, RHODA L<br>1105 JACKSON ST<br>LINDSAY, OK 73052 | 26515 | Motors Liquidation Company | $12,349.40 | Equity Interest Claim | Pgs. 1-5 |
| RYSTED, BETTY J<br>4608 NW 32ND PL<br>OKLAHOMA CITY, OK 73122 | 12852 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SAFF, ROBERT E<br>2621 COUNTRYSIDE DR<br>LEBANON, IN 46052 | 68288 | Motors Liquidation Company | $1,243.46 | Equity Interest Claim | Pgs. 1-5 |
| SAHINKAYA SIDKI<br>KÄTHE-DORSCH-RING 20<br>12353 BERLIN GERMANY<br>,<br>GERMANY | 28697 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SALVATERRA, MARYLOU<br>5285 NW HWY 225A<br>OCALA, FL 34482 | 7751 | Motors Liquidation Company | $12,633.03 | Equity Interest Claim | Pgs. 1-5 |
| SANDIFER, YOLONDA J<br>234 BROOKVIEW PL<br>WOODSTOCK, GA 30188 | 28055 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SANDIFER, YOLONDA JOINER<br>234 BROOKVIEW PL<br>WOODSTOCK, GA 30188 | 28056 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|---|
| SANDRA A RICCA<br>604 NORTH SCOTT<br><br>SANTA MARIA, CA 93454 | 23360 | Motors Liquidation Company | $25,120.92 | Equity Interest Claim | Pgs. 1-5 |
| SANDRA M HENSON<br>1351 AARONS RUN CIRCLE<br><br>SALEM, VA 24153 | 63100 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SARA BAITY<br>APT 112<br>60 HENDRIX ROAD<br>W HENRIETTA, NY 14586 | 31527 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SCHMITT, GERARD F<br>200 ALPINE DR<br><br>ROCHESTER, NY 14618 | 19578 | Motors Liquidation Company | $388.50 | Equity Interest Claim | Pgs. 1-5 |
| SCHONDIENST, ALOIS<br>FAULENBACH STR 5<br>D 78573 WURMLINGEN  GERMANY<br>,<br>GERMANY | 62255 | Motors Liquidation Company | $1,133.00 | Equity Interest Claim | Pgs. 1-5 |
| SCHONWIESE HELMUT<br>AM NIBELUNGENBAD 106<br>XANTEN 46509 GERMANY<br>,<br>GERMANY | 27033 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SCHREITER, STEPHEN F<br>104 BROOKDALE DR<br><br>S MILWAUKEE, WI 53172 | 65064 | Motors Liquidation Company | $2,800.00 | Equity Interest Claim | Pgs. 1-5 |
| SCOTT A RAPPOPORT FBO<br>SIENE RAPPOPORT ED SUNGO ACCT<br>CHARLES SCHWAB 1ST CO CUST<br>8861 CAMINITO SUENO<br>LA JOLLA, CA 92037 | 67848 | Motors Liquidation Company | $683.95 | Equity Interest Claim | Pgs. 1-5 |
| SCOTT BARR<br>8059 MCCANN ST<br><br>SWARTZ CREEK, MI 48473 | 46116 | Motors Liquidation Company | $60,225.38 | Equity Interest Claim | Pgs. 1-5 |
| SEAGRAVE-SMITH, GENEVIEVE<br>1740 IRONWOOD PL<br><br>TEMPLETON, CA 93465 | 5116 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

153rd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| SEARS, DAVID V<br>460 BROAD LEAF CT<br><br>CHAPEL HILL, NC 27517 | 28962 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                        :
In re                                   :          **Chapter 11 Case No.**
                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*   :
                                        :
                **Debtors.**            :          **(Jointly Administered)**
                                        :
-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 153RD OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

Upon the 153rd omnibus objection, dated January 25, 2011 (the "**153rd Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 153rd Omnibus Objection to Claims; and due and

proper notice of the 153rd Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 153rd Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 153rd Omnibus Objection to Claims.

153rd Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 153rd Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 153rd Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
       _____, 2011

      _____
      United States Bankruptcy Judge