---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :      09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                   Debtors.             :      (Jointly Administered)
                                        :
---------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 154TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

     **PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 154th omnibus objection to disallow certain claims[1] (the "**154th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 154th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 154th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.


**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 154TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 154th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 154th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 154th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: New York, New York
      January 25, 2011

                        /s/ Joseph H. Smolinsky
                        Harvey R. Miller
                        Stephen Karotkin
                        Joseph H. Smolinsky

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :    09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
-----------------------------------------------------------------x
```

<u>**DEBTORS' 154TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**<u>Relief Requested</u>**

1.          Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.          The Debtors file this 154th omnibus objection (the "**154th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.      On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

       7.      Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

**Reservation of Rights**

8.      The Debtors reserve the right to object to any of the Claims for Equity
Interests that are not disallowed in their entirety for any reason and to object on any basis to any
of the Claims for Equity Interests that are reclassified as equity interests.

**Notice**

9.      Notice of this 154th Omnibus Objection to Claims has been provided in
accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.
1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011
(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice
need be provided.

10.      No previous request for the relief sought herein has been made by the
Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 25, 2011

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

154th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SEBASTIAN BARTH<br>HIMMERNSTR 30A<br>78343 GAIENHOFEN GERMANY<br>,<br>GERMANY | 68645 | Motors Liquidation Company | $192.53 | Equity Interest Claim | Pgs. 1-5 |
| SECEN DONALD<br>49517 KEYCOVE ST<br>CHESTERFIELD, MI 48047 | 31422 | Motors Liquidation Company | $394,839.41 | Equity Interest Claim | Pgs. 1-5 |
| SELLERS, KENNETH F<br>29202 GRIX RD<br>NEW BOSTON, MI 48164 | 11692 | Motors Liquidation Company | $1,843.67 | Equity Interest Claim | Pgs. 1-5 |
| SHAREN ROESER<br>469 FRANCONIAN DR E<br>FRANKENMUTH, MI 48734 | 8082 | Motors Liquidation Company | $1,794.00 | Equity Interest Claim | Pgs. 1-5 |
| SHARI KENDRICK<br>553 PHANTOM RIDER TRAIL<br>SPRING BRANCH, TX 78070<br>UNITED STATES OF AMERICA | 68523 | Motors Liquidation Company | $9,863.13 | Equity Interest Claim | Pgs. 1-5 |
| SHARON FREY<br>18536 ROSELAND BLVD<br>LATHRUP VILLAGE, MI 48076 | 18254 | Motors Liquidation Company | $175,353.92 | Equity Interest Claim | Pgs. 1-5 |
| SHEILA BELL, TRUST<br>1001 CITY AVE<br>EE 920<br>WYNNEWOOD, PA 19096<br>UNITED STATES OF AMERICA | 20150 | Motors Liquidation Company | $9,366.13 | Equity Interest Claim | Pgs. 1-5 |
| SHEILA CHUSTEK AND<br>MELANIE CHUSTEK AND<br>DAVID CHUSTEK AND<br>MICHAEL CHUSTEK JTWROS<br>75-07 182ND ST<br>FLUSHING, NY 11366 | 7323 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| SHELVY, THOMAS E<br>2180 HICKORY LEAF DR<br><br>ROCHESTER HLS, MI 48309 | 4178 | Motors Liquidation Company | $116,751.22 | Equity Interest Claim | Pgs. 1-5 |
| SHEU, JIN-LONG<br>10F 52 SECTION 5<br>CHENG KUNG RD<br>NEI HU DISTRICT<br>TAIPEI TAIWAN<br>,<br><br>TAIWAN | 64943 | Motors Liquidation Company | $315,081.69 | Equity Interest Claim | Pgs. 1-5 |
| SHIRLEY DOST<br>4555 POND RUN<br><br>CANTON, MI 48188 | 19487 | Motors Liquidation Company | $13,764.35 | Equity Interest Claim | Pgs. 1-5 |
| SHIRLEY H KEATING<br>2251 S FORT APACHE APT 2126<br><br>LAS VEGAS, NV 89117<br>UNITED STATES OF AMERICA | 43412 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SHIRLEY KRAUSE<br>6464 BYRON HOLLEY RD<br><br>BYRON, NY 14422 | 6631 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SHUN-PING CHEN<br>AUF DER OHE 15<br>BARMSTEDT GERMANY D-25355<br>,<br><br>GERMANY | 27148 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SHUTTER, RODGER W<br>131 OAK MARR DR<br><br>HOUGHTON LAKE, MI 48629 | 2060 | Motors Liquidation Company | $241,732.72 | Equity Interest Claim | Pgs. 1-5 |
| SIEW NONG LIM<br>7267 CANTON STREET RD<br><br>BALDWINSVILLE, NY 13027 | 13325 | Motors Liquidation Company | $80.75 | Equity Interest Claim | Pgs. 1-5 |
| SILAS OWSLEY JR<br>90 STATE ST<br><br>SPRINGBORO, OH 45066 | 1781 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SILVESTRI, LEO<br>16723 FIELDSTONE RDG<br><br>MACOMB, MI 48042 | 61708 | Motors Liquidation Company | $1,715.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| SKRIDULIS, JOHN C<br>1370 LARKMOOR BLVD<br><br>BERKLEY, MI 48072 | 65517 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SMART, MOLLY A<br>215 CLARITY CT<br><br>GREER, SC 29650 | 64247 | Motors Liquidation Company | $4,448.84 | Equity Interest Claim | Pgs. 1-5 |
| SMITH, HAROLD WALTER<br>206 E NORTH ST<br><br>SAINT CHARLES, MI 48655 | 61449 | Motors Liquidation Company | $15,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SMITH, MARCELLA M<br>6307 OUTLOOK DR<br><br>MISSION, KS 66202 | 20778 | Motors Liquidation Company | $1,029.00 | Equity Interest Claim | Pgs. 1-5 |
| SMOTHERMAN, ROY L<br>2150 SEYMOUR LAKE RD<br><br>ORTONVILLE, MI 48462 | 4516 | Motors Liquidation Company | $59,732.05 | Equity Interest Claim | Pgs. 1-5 |
| SOCIETE EUROPEENNE DE BANQUE SA<br>19/21 BOULEVARD DU PRINCE HENRI<br>L-1724 LUXEMBOURG<br>,<br>LUXEMBOURG | 60741 | Motors Liquidation Company | $11,745.00 | Equity Interest Claim | Pgs. 1-5 |
| SOENNICHSEN<br>CHRISTIAN<br>KANTSTRASSE 62<br>D 14612 FALKENSEE GERMANY<br>,<br>GERMANY | 44371 | Motors Liquidation Company | $380.00 | Equity Interest Claim | Pgs. 1-5 |
| SOLANDINE, DIXIE H<br>1845 BARTH AVE<br><br>INDIANAPOLIS, IN 46203 | 64023 | Motors Liquidation Company | $7,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SOLLY, GILBERT J<br>12877 ALLEGHANY RD<br><br>IRVING, NY 14081 | 2012 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SOPHIA SEYKA<br>3433 COOLEY DR<br><br>LANSING, MI 48911 | 14826 | Motors Liquidation Company | $825.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| SOPHIE QUINN CUSTODIAN<br>MIMI QUINN UTMA/IL<br>221 DODGE<br>DEKALB, IL 60115 | 29568 | Motors Liquidation Company | $85.00 | Equity Interest Claim | Pgs. 1-5 |
| SPINA, IGNASIO P<br>59 ADAMS ST<br>EDISON, NJ 08820 | 21059 | Motors Liquidation Company | $175,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STAATS, BERTHA<br>1919 BEACON ST<br>WASHINGTON COURT HOUSE, OH 43160 | 14696 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STAELGRAEVE, GEORGE A<br>108 HOUGHTON VIEW DR<br>PRUDENVILLE, MI 48651 | 68522 | Motors Liquidation Company | $5,502.55 | Equity Interest Claim | Pgs. 1-5 |
| STALL, PAUL E<br>436 SPRINGSIDE DR<br>DAYTON, OH 45440 | 18446 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STANLEY MOZDZEN<br>PO BOX 1162<br>INTERLACHEN, FL 32148 | 9257 | Motors Liquidation Company | $5,695.00 | Equity Interest Claim | Pgs. 1-5 |
| STELLA, EMILLE<br>8889 SE 132ND LOOP<br>SUMMERFIELD, FL 34491 | 4551 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN E SCHEELE<br>9013 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322 | 70105 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN R STEINFELDT<br>17515 MAGNOLIA BLVD<br>ENCINO, CA 91316 | 69749 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STEVEN E PHILLIPS<br>IRA DCG & T TTEE<br>3141 PHILLIPS ROAD<br>MARATHON, NY 13803 | 22500 | Motors Liquidation Company | $469.65 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| STEVEN J SIAR<br>207 S MORGAN AVE<br>WHEATON, IL 60187 | 68271 | Motors Liquidation Company | $1,488.00 | Equity Interest Claim | Pgs. 1-5 |
| STOLPIN, ROGER M<br>3136 QUICK RD<br>HOLLY, MI 48442 | 61371 | Motors Liquidation Company | $1,080.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STONE, BRENT M<br>2154 HAINES RD<br>LAPEER, MI 48446 | 5064 | Motors Liquidation Company | $30,000.00 | Equity Interest Claim | Pgs. 1-5 |
| STRUL USER AND MANUELA USER<br>JT TEN<br>5452 CLAIRDIGE LANE<br>W BLOOMFIELD, MI 48322 | 65410 | Motors Liquidation Company | $9,500.00 | Equity Interest Claim | Pgs. 1-5 |
| SUHY, JUDITH L<br>2353 HAYSON AVE<br>PITTSBURGH, PA 15220 | 1946 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SULHDOST LISA<br>OTTO-BRAUNSTR 19<br>40595 DUSSELDORF GERMANY<br>,<br>GERMANY | 61220 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SULLIVAN, VICTOR J<br>10757 N COUNTY ROAD 400 E<br>PITTSBORO, IN 46167 | 1889 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SUMMERHILL, ELIZABETH F<br>675 CLUBLAND CIR SE<br>CONYERS, GA 30094 | 32802 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SUPPER, REINHARD<br>AM HORSTENSTEIN 24B<br>12277 BERLIN  GERMANY<br>,<br>GERMANY | 26742 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SUSAN G. JOSEPH, PHD<br>2499 PEACHTREE ROAD<br>APT. 701<br>ATLANTA, GA 30305 | 23463 | Motors Liquidation Company | $7,476.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| SUSAN KAYE BULAR<br>C/O SUSAN BULAR<br>2288 MATTIE LU DRIVE<br>AUBURN HILLS, MI 48326 | 436 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TAIFOOK SECURITIES COMPANY LTD<br>A/C CLIENTS<br>NEW WORLD TOWER I 25TH FLOOR<br>16-18 QUEEN'S ROAD<br>CENTRAL HONG KONG, HONG KONG<br>,<br>HONG KONG, CHINA | 22206 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TANN MEKSAVANH<br>2310 MAGNOLIA WAY<br>NATIONAL CITY, CA 91950 | 1117 | Motors Liquidation Company | $2,701.95 | Equity Interest Claim | Pgs. 1-5 |
| TECKLA F MACKAUER<br>215 SUNSET LANE<br>HOWELL, NJ 07731 | 2543 | Motors Liquidation Company | $209.26 | Equity Interest Claim | Pgs. 1-5 |
| TEMAYA THOMPKINS<br>300 BONNIE LN<br>FAYETTEVILLE, GA 30215 | 32912 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TERI L POKUSA<br>3819 SCHOOLWAY AVE<br>NEW SMYRNA, FL 32169 | 2550 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THAD BRISBOY<br>6448 S SHERMAN RD<br>BLANCHARD, MI 49310 | 17118 | Motors Liquidation Company | $9,168.54 | Equity Interest Claim | Pgs. 1-5 |
| THAMARUKUDY YOYAKEY<br>6526 CANMOOR DR<br>TROY, MI 48098 | 44362 | Motors Liquidation Company | $32,871.85 | Equity Interest Claim | Pgs. 1-5 |
| THE ESTATE OF ANNE B TRAIN<br>CAROLYN TRAIN EXECUTOR<br>FOR THE ESTATE OF ANNE TRAIN<br>2460 HARRINGTON DRIVE<br>DECATUR, GA 30033 | 19867 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| CLAIMS TO BE DISALLOWED | | | | | |
| THE HUTTEN LIV TRUST<br>UAD 11/15/93<br>DONALD W HUTTEN &<br>CONSTANCE J HUTTEN TTEES<br>11031 WELLSLEY CT<br>SAINT LOUIS, MO 63146 | 28066 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| THEOR POSPIECH<br>4944 BOXWOOD CIR<br>BOYTON BEACH, FL 33436 | 70050 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| THERESA O NELSON<br>104-2 STRAWBERRY LANE<br>DOTHAN, AL 36305 | 68936 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THIEM, GERTRUDE E<br>2973 CLAYBURN RD<br>SAGINAW, MI 48603 | 17516 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THOMAS D JOHNSON<br>37 CREEKRIDGE RD<br>GREENVILLE, SC 29607 | 1259 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THOMAS H SCHOLTEN<br>2072 MARQUESAS AVE<br>TEGA CAY, SC 29708 | 30920 | Motors Liquidation Company | $1,487.00 | Equity Interest Claim | Pgs. 1-5 |
| THOMAS J CALLARD<br>12427 CENTER RD<br>FENTON, MI 48430 | 4876 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THOMAS NORDHUES<br>PUETRICHSTRASSE 12<br>D-82131 GAUTING GERMANY<br>,<br>GERMANY | 30263 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| THOMAS PUETZ<br>GELLEPER STR 4<br>40668 MEERBUSCH GERMANY<br>,<br>GERMANY | 64046 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| THOMAS SHELVY<br>2180 HICKORY LEAF DR<br>ROCHESTER HLS, MI 48309 | 4594 | Motors Liquidation Company | $116,751.22 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| THOMPKINS, TEMAYA M<br>300 BONNIE LN<br><br>FAYETTEVILLE, GA 30215 | 32911 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THORMEYER, GISELA<br>4323 MOFFETT RD<br><br>PORT CHARLOTTE, FL 33948 | 15054 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THORSTEN JUNG<br>SEESTRASSE 4<br>56459 POTTUM GERMANY<br>,<br>GERMANY | 46611 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| TOLBERT, MARSHALL<br>16752 FIELDSTONE RDG<br><br>MACOMB, MI 48042 | 30235 | Motors Liquidation Company | $38,871.14 | Equity Interest Claim | Pgs. 1-5 |
| TORSTEN SPINNLER/BRITTA SPINNLER<br>ASTHEIMER STR 12<br>65468 TREBUR GERMANY<br>,<br>GERMANY | 28021 | Motors Liquidation Company | $24,157.00 | Equity Interest Claim | Pgs. 1-5 |
| TUNDO, GIUSEPPE R<br>13246 YVONNE DR<br><br>WARREN, MI 48088 | 68910 | Motors Liquidation Company | $29,891.00 | Equity Interest Claim | Pgs. 1-5 |
| ULRICH ROEDER<br>THURNEYSSENSTR 24<br>80687 MUNICH GERMANY<br>,<br>GERMANY | 28484 | Motors Liquidation Company | $4,736.74 | Equity Interest Claim | Pgs. 1-5 |
| ULRIKE IMHOF<br>CARL - BARTHEL - WEG 4<br>60598 FRANKFURT GERMANY<br>,<br>GERMANY | 60698 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| UTE FAULSTICH<br>AM BENTENSKAMP 38<br>44143 DORTMUND GERMANY<br>,<br>GERMANY | 64798 | Motors Liquidation Company | $497.37 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| VAHE BABAYANS<br>4615 WILLENS AVE<br><br>WOODLAND HILLS, CA 91364<br>UNITED STATES OF AMERICA | 1199 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VAHE BABAYANS<br>4615 WILLENS AVE<br><br>WOODLAND HILLS, CA 91364 | 14728 | Motors Liquidation Company | $11,687.00 | Equity Interest Claim | Pgs. 1-5 |
| VAN DER REYDEN, JOHN C<br>6G VICTORIA PARK<br>SCOTLAND UNITED KINGDOM KA72TR<br>,<br>GREAT BRITAIN | 63589 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VAN N MCWHIRTER JR<br>DONNA J MCWHIRTER<br>10523 PENFIELD AVE<br>CHATSWORTH, CA 91311 | 22273 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| VANDERBUR, DALE<br>19 NORTHWAY CT<br><br>ANDERSON, IN 46011 | 64098 | Motors Liquidation Company | $13,511.29 | Equity Interest Claim | Pgs. 1-5 |
| VARIOUS MENZEL<br>5125 PALM SPRINGS BLVD<br>#12105<br>TAMPA, FL 33647<br>UNITED STATES OF AMERICA | 18062 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VERMA, MONICA H<br>7083 DAVENTRY WOODS DR<br><br>WEST BLOOMFIELD, MI 48322 | 6045 | Motors Liquidation Company | $403,098.00 | Equity Interest Claim | Pgs. 1-5 |
| VICTORIA M JOHNSON<br>21071 FLAMING ARROW TRL<br><br>CROSBY, TX 77532 | 9770 | Motors Liquidation Company | $5,680.00 | Equity Interest Claim | Pgs. 1-5 |
| VINCENT PAUL BAIL<br>825 PANI STREET<br><br>ALAMEDA, CA 94501 | 59300 | Motors Liquidation Company | $82,827.35 | Equity Interest Claim | Pgs. 1-5 |
| VINETA D BOMIS<br>980 COATBRIDGE ST<br><br>LAS VEGAS, NV 89145<br>UNITED STATES OF AMERICA | 13920 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| VIRA DOWNS<br>LOT 645<br>2100 KINGS HIGHWAY<br>PUNTA GORDA, FL 33980 | 64911 | Motors Liquidation Company | $56.25 | Equity Interest Claim | Pgs. 1-5 |
| VITO BORGIA TRUST<br>FRANCINE BILLECI ALONGI TTEE<br>14859 TIMBERWOOD<br>WASHINGTON TWP, MI 48094 | 65138 | Motors Liquidation Company | $76,518.75 | Equity Interest Claim | Pgs. 1-5 |
| VLOSICH, JOHN W<br>1876 MEADOWLARK LN<br>NILES, OH 44446 | 10450 | Motors Liquidation Company | $74,861.40 | Equity Interest Claim | Pgs. 1-5 |
| WALICZEK, MADELINE M<br>8930 BARBERRY LN<br>HICKORY HILLS, IL 60457 | 68073 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WALKER, KENNETH W<br>144 GROVE ST<br>LEXINGTON, MA 02420 | 61117 | Motors Liquidation Company | $276.08 | Equity Interest Claim | Pgs. 1-5 |
| WALLACE, BRENDA A<br>5454 FINANCIAL PLZ APT 17A<br>SHREVEPORT, LA 71129 | 12318 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WALLY SKORA<br>15505 HORTON RD<br>KENOSHA, WI 53142 | 1221 | Motors Liquidation Company | $1,949.10 | Equity Interest Claim | Pgs. 1-5 |
| WALTER H HENSON & GEORGENA R HENSON JTWROS<br>1115 LYNNWOOD DRIVE<br>JACKSON, MS 39206 | 63664 | Motors Liquidation Company | $4,004.00 | Equity Interest Claim | Pgs. 1-5 |
| WALTER HANS<br>KONRADSHOEHE 2<br>WUPPERTAL GERMANY 42289<br>,<br>GERMANY | 27081 | Motors Liquidation Company | $29,444.03 | Equity Interest Claim | Pgs. 1-5 |
| WARD GLASSER<br>4785 MACKINAW RD<br>SAGINAW, MI 48603 | 61994 | Motors Liquidation Company | $5,366.01 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection

## Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| WARNER, THOMAS FRANCIS<br>460 FLAT ROCK RD<br><br>WOODBURN, KY 42170 | 21934 | Motors Liquidation Company | $101,254.07 | Equity Interest Claim | Pgs. 1-5 |
| WARREN KENDRICK<br>553 PHANTOM RIDER TRAIL<br><br>SPRING BRANCH, TX 78070<br>UNITED STATES OF AMERICA | 68524 | Motors Liquidation Company | $15,963.23 | Equity Interest Claim | Pgs. 1-5 |
| WARREN, STEVEN C<br>923 S LASSETTER CIR<br><br>VILLA RICA, GA 30180 | 46232 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WATERS, CARROL R<br>6082 TRINETTE AVE<br><br>GARDEN GROVE, CA 92845 | 33413 | Motors Liquidation Company | $198,422.88 | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                :

In re                :         Chapter 11 Case No.
                :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :    **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*  :
                :

         **Debtors.**     :    **(Jointly Administered)**
                :
-----------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' 154TH OMNIBUS OBJECTION TO CLAIMS</u>
### (Claims for Equity Interests)

Upon the 154th omnibus objection, dated January 25, 2011 (the "**154th Omnibus Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity interests, all as more fully described in the 154th Omnibus Objection to Claims; and due and proper notice of the 154th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 154th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 154th Omnibus Objection to Claims.

154th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 154th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 154th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge