> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                    :
                    Debtors.        :        (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 155TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

**PLEASE TAKE NOTICE** that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 155th omnibus objection to disallow certain claims[1] (the "**155th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 155th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 155th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 155TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

   **PLEASE TAKE FURTHER NOTICE** that any responses to the 155th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 155th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 155th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: New York, New York
      January 25, 2011

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                               :

**In re**                                   :         **Chapter 11 Case No.**
                               :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*     :

                               :
                     **Debtors.**    :        **(Jointly Administered)**
                               :
------------------------------------------------------------x

## DEBTORS' 155TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

      Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## **Relief Requested**

1.      Prior to commencing these chapter 11 cases, the Debtors had issued

hundreds of millions of shares of common equity that were held by a wide range of investors.  In

these chapter 11 cases, approximately 1,000 proofs of claim were filed against the Debtors that

assert nothing more than the mere ownership of equity interests in the Debtors (the "**Claims for**

**Equity Interests**").  The vast majority of the Claims for Equity Interests apparently were filed

by holders of equity interests who erroneously believed that filing a proof of claim was necessary

to preserve an entitlement to a potential distribution on account of their equity interests or

erroneously believed that they could assert a claim for the purchase price of their equity interests.

The Claims for Equity Interests are, however, objectionable because only a creditor may file a

proof of claim, and an equity interest holder is not a creditor.  Accordingly, the Claims for Equity

Interests should be disallowed as claims and reclassified as equity interests, which will preserve

for the holders of such claims any entitlement to a distribution solely on account of the

ownership of equity interests.

2.      The Debtors file this 155th omnibus objection (the "**155th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Equity Interests

listed on **Exhibit "A"** annexed hereto, under the heading "*Claims to be Disallowed,*"[1] and

reclassifying those Claims for Equity Interests as equity interests.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the

Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On October 6, 2010, this Court entered an order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections

to claims on several grounds that are in addition to those grounds permitted under Bankruptcy

Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

6.        A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn
Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7.     Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims." Fed. R. Bankr. P. 3007(d)(7). The rationale behind allowing a debtor to object to such claims is obvious. The Bankruptcy Code differentiates between a "claim" and an "equity security." *See* 11 U.S.C. §§ 101(5), 101(16). Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Equity Interests assert only equity interests. As such, the Claims for Equity Interests should be disallowed and reclassified as equity interests. The reclassification of the Claims for Equity Interests to equity interests will preserve any entitlement the holders of Claims for Equity Interests have to a distribution, if any, solely on account of the ownership of equity interests.

## Reservation of Rights

8.      The Debtors reserve the right to object to any of the Claims for Equity

Interests that are not disallowed in their entirety for any reason and to object on any basis to any

of the Claims for Equity Interests that are reclassified as equity interests.

## Notice

9.      Notice of this 155th Omnibus Objection to Claims has been provided in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

10.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
      January 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

155th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALGOET, SUSAN L<br>268 BERMUDA BEACH DR<br><br>FORT PIERCE, FL 34949 | 21318 | Motors Liquidation Company | $17,345.51 | Equity Interest Claim | Pgs. 1-5 |
| ANDERSON, HUGO J<br>533 LINCOLN RD<br><br>OTSEGO, MI 49078 | 6285 | Motors Liquidation Company | $4,911.46 | Equity Interest Claim | Pgs. 1-5 |
| BALIK, EMILY M<br>614 E 31ST ST<br><br>LA GRANGE PARK, IL 60526 | 5871 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BROOKEY, THOMAS W<br>APT 124<br>2505 KEYSTONE CLUB DRIVE<br>DAYTON, OH 45439 | 48366 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CIMB-GK SECURITIES PTE. LTD<br>A/C CLIENT - TRUST<br>-SINGLE AGENCY ACCOUNT-<br>50 RAFFLES PLACE #19-00<br>SINGAPORE LAND TOWER ,SINGAPORE 048623<br>,<br>SINGAPORE | 17763 | Motors Liquidation Company | $485,392.50 | Equity Interest Claim | Pgs. 1-5 |
| CLARENCE & KATHRYN SINGMASTER TTEE<br>C W SINGMASTER TR U/A<br>DTD 01/24/2008<br>10880 SW DAVIES RD APT 3007<br>BEAVERTON, OR 97008 | 8392 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COCHRAN JR, DELBERT E<br>637 SUMMER WINDS LN<br><br>SAINT PETERS, MO 63376 | 10514 | Motors Liquidation Company | $3,953.00 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL PLOUFFE<br>70 FONTANA LN<br><br>GROSSE POINTE SHORES, MI 48236 | 45172 | Motors Liquidation Company | $62,792.00 | Equity Interest Claim | Pgs. 1-5 |
| DELBERT COCHRAN JR<br>637 SUMMER WINDS LN<br><br>SAINT PETERS, MO 63376 | 10515 | Motors Liquidation Company | $3,953.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| DENNIS MILLER & RONDA MILLER JT WROS 1449 S SHORE CT BARRINGTON, IL 60010 | 17831 | Motors Liquidation Company | $15,005.25 | Equity Interest Claim | Pgs. 1-5 |
| DOMENICA S DITTMEIER 32 SHELLEY AVE VALHALLA, NY 10595 | 70498 | Motors Liquidation Company | $20,000.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DONNA LEE CETTEI, ESQ. 501 GRAISBURY AVE HADDONFIELD, NJ 08033 | 23671 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EDWARD PRIMOFF PO BOX 1400 LOXAHATCHEE, FL 33470 | 70271 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDWARDS JAMES 19515 NORTHROP ST DETROIT, MI 48219 | 16962 | Motors Liquidation Company | $44,685.90 | Equity Interest Claim | Pgs. 1-5 |
| EKLADYOUS, ISIS G 4226 TYLER RD SHELBY TWP, MI 48316 | 65259 | Motors Liquidation Company | $500,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EUGENE MARISCHLER 1303 SOPER COURT NAPERVILLE, IL 60563 | 44670 | Motors Liquidation Company | $19,343.32 | Equity Interest Claim | Pgs. 1-5 |
| FARR, ROY T DOLORIS FARR 3066 GOLD DUST ST NE BELMONT, MI 49306 | 15223 | Motors Liquidation Company | $33,306.00 | Equity Interest Claim | Pgs. 1-5 |
| FELIX REYES 12210 KENDALL CT SILVER SPRING, MD 20902 | 29580 | Motors Liquidation Company | $1,830.00 | Equity Interest Claim | Pgs. 1-5 |
| FRANK MUSTER KATTENSTR 7 34119 KASSEL  GERMANY , GERMANY | 44611 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

155th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| FREITAG WILLIAM<br>29671 ROBERT ST<br>WICKLIFFE, OH 44092 | 26671 | Motors Liquidation Company | $7,565.75 | Equity Interest Claim | Pgs. 1-5 |
| FRIEDA MORRIS<br>2057 GUILDFORD D<br>CENTURY VILLAGE<br>BOCA RATON, FL 33434 | 4089 | Motors Liquidation Company | $5,344.00 | Equity Interest Claim | Pgs. 1-5 |
| GREEN, SHIRLEY<br>PO BOX 214256<br>AUBURN HILLS, MI 48321 | 4526 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GRIMME, STEPHEN J<br>9168 N 500 W<br>HUNTINGTON, IN 46750 | 33426 | Motors Liquidation Company | $18,789.98 | Equity Interest Claim | Pgs. 1-5 |
| HELEN & GERALD TSUPROS<br>17166 ALSEA HWY<br>ALSEA, OR 97324 | 15143 | Motors Liquidation Company | $103,683.00 | Equity Interest Claim | Pgs. 1-5 |
| HOPE LEWIS<br>50 EDGEWOOD DRIVE<br>ORANGEBURG, NY 10962 | 70523 | Motors Liquidation Company | $3,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JIMMY D MARTIN & SUSAN S MARTIN JTWROS<br>420 PEAR ORCHARD RD<br>HINESVILLE, GA 31313 | 9683 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHNSON, GERALDINE<br>PO BOX 87<br>NEW YORK, NY 10037 | 69849 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JORDAN, LARRY W<br>37826 SKEET DR<br>TECUMSEH, OK 74873 | 8434 | Motors Liquidation Company | $21,882.60 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH OUIMET<br>3906 GALAXY DR<br>JANESVILLE, WI 53546 | 2283 | Motors Liquidation Company | $13,700.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

155th Omnibus Objection

Exhibit A

### CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| KATHRYN B SINGMASTER TTEE<br>KATHRYN B SINGMASTER TRUST U/A<br>DTD 01/24/2008<br>10880 SW DAVIES RD APT 3007<br>BEAVERTON, OR 97008 | 8391 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KURT SALM IRA<br>11 WESTVIEW DR APT A<br>BLOOMFIELD, CT 06002 | 11506 | Motors Liquidation Company | $8,754.63 | Equity Interest Claim | Pgs. 1-5 |
| L. KENT KRETZLER<br>279 BARCELONA STREET<br>PUNTA GORDA, FL 33983<br>UNITED STATES OF AMERICA | 70521 | Motors Liquidation Company | $121,800.00 | Equity Interest Claim | Pgs. 1-5 |
| MCAHREN, DAVID O<br>1021 LORRAINE CT<br>SHELBYVILLE, IN 46176 | 20811 | Motors Liquidation Company | $129,905.00 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL ROBERTSON<br>3646 N WILLOWBROOK DR<br>MARION, IN 46952 | 20118 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL SCHOCH<br>912 FOREST AVE<br>CPE GIRARDEAU, MO 63701 | 8020 | Motors Liquidation Company | $340.00 | Equity Interest Claim | Pgs. 1-5 |
| MOHAMMED REZAUL HUSSAIN<br>4318 WALNUT STREET<br>APT 2-R<br>PHILADELPHIA, PA 19104 | 7678 | Motors Liquidation Company | $4,833.66<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>BEULAH WOLFF<br>IRA STANDARD DATED 02/16/83<br>120 EAST 34TH ST APT 12F<br>NEW YORK, NY 10016 | 65632 | Motors Liquidation Company | $15,710.00 | Equity Interest Claim | Pgs. 1-5 |
| MURIL SIMS TRUST<br>MURIL SIMS<br>3221 N VALLEYVIEW DR<br>BLOOMINGTON, IN 47404 | 11992 | Motors Liquidation Company | $20,208.00 | Equity Interest Claim | Pgs. 1-5 |
| NEILSON, DOREEN<br>4997 TONAWANDA CREEK RD<br>NORTH TONAWANDA, NY 14120 | 45179 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| NICHOLAS PERSICH<br>219 ARIS AVENUE<br><br>METAIRIE, LA 70005<br>UNITED STATES OF AMERICA | 70525 | Motors Liquidation Company | $9.99 | Equity Interest Claim | Pgs. 1-5 |
| O BRIEN, ELEANOR C<br>304-1561 STOCKTON CRES<br>VICTORIA BC CANADA V8P-3B9<br>,<br>CANADA | 33427 | Motors Liquidation Company | $1,090.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA S CARDINALE<br>MARY ANNE PERKS TTEE<br>U/W/O ROBERT MAC CALLUM<br>TRUST B 11/23/1990<br>4 WOODSTOCK COURT<br>NEW HARTFORD, NY 13413 | 6191 | Motors Liquidation Company | $7,440.00 | Equity Interest Claim | Pgs. 1-5 |
| POLING, DOROTHY<br>814 E 29TH ST<br><br>MARION, IN 46953 | 10290 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RALPH CHESNEY<br>4644 BIG HORN DR N<br><br>NESBIT, MS 38651 | 44686 | Motors Liquidation Company | $11,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RENE MOREAU<br>32847 LAKE MEAD DR<br><br>FREMONT, CA 94555 | 19990 | Motors Liquidation Company | $704,444.97 | Equity Interest Claim | Pgs. 1-5 |
| RENEE HIRSCH<br>3370 S 133RD ST<br><br>OMAHA, NE 68144 | 27665 | Motors Liquidation Company | $6,356.00 | Equity Interest Claim | Pgs. 1-5 |
| RYCHEL, GERALD E<br>2926 REPPUHN DR<br><br>SAGINAW, MI 48603 | 33440 | Motors Liquidation Company | $2,904.00 | Equity Interest Claim | Pgs. 1-5 |
| SAMIR SHALABY<br>2576 BRIGGS RD<br><br>CENTERVILLE, OH 45459 | 60779 | Motors Liquidation Company | $516,972.40 | Equity Interest Claim | Pgs. 1-5 |
| SANDRA J CONFORTI<br>854 MARSHALL DR<br><br>CARLISLE, PA 17013 | 68603 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | | |
|---|---|---|---|---|---|
| SEYKA, SOPHIA J<br>3433 COOLEY DR<br>LANSING, MI 48911 | 14827 | Motors Liquidation Company | $825.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN J PETERSON<br>8223 CHAPELLE COURT<br>LAS VEGAS, NV 89131 | 11171 | Motors Liquidation Company | $8,351.50 | Equity Interest Claim | Pgs. 1-5 |
| STUART BECKMAN<br>3220 PAR STREET NORTH<br>FARGO, ND 58102<br>UNITED STATES OF AMERICA | 70517 | Motors Liquidation Company | $3,286.50 | Equity Interest Claim | Pgs. 1-5 |
| SUTLIFF, DALLAS E<br>22000 W WICKIE RD<br>BANNISTER, MI 48807 | 45066 | Motors Liquidation Company | $200,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SYLVIA L. ZOSLOW TTEE<br>SYLVIA L ZOSLOW REVOC<br>TRUST UAD 11/10/05<br>128 AUSTRALIAN AVE<br>PALM BEACH, FL 33480 | 31725 | Motors Liquidation Company | $1,496.76 | Equity Interest Claim | Pgs. 1-5 |
| THOMAS F GOCKEL  EXECUTOR<br>ESTATE OF JEAN PARKER<br>77 SAFRAN AVE<br>EDISON, NJ 08837 | 5173 | Motors Liquidation Company | $38,220.31 | Equity Interest Claim | Pgs. 1-5 |
| TIM M MAYS<br>PO BOX 155<br>PAMPLICO, SC 29583 | 8664 | Motors Liquidation Company | $1,084.02 | Equity Interest Claim | Pgs. 1-5 |
| TIMOTHY SHAFER<br>1012 SOUTH CEDAR STREET<br>OWOSSO, MI 48867<br>UNITED STATES OF AMERICA | 70529 | Remediation And Liability Management Company, Inc. | $170,000.00 | Equity Interest Claim | Pgs. 1-5 |
| VERA, JASON<br>907 TAYLOR ST NE<br>WASHINGTON, DC 20017 | 4453 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VICTORIAN SQUARE ENTERPRISES<br>3560 DOYLE ROAD<br>BALDWINSVILLE, NY 13027 | 2620 | Motors Liquidation Company | $13,213.82 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| VIRGINIA MARISCHLER<br>1303 SOPER COURT<br>NAPERVILLE, IL 60563 | 44671 | Motors Liquidation Company | $19,343.32 | Equity Interest Claim | Pgs. 1-5 |
| WATSON, SHIRLEY<br>1105 W BRANDON AVE<br>MARION, IN 46952 | 10289 | Motors Liquidation Company | $6,854.70 | Equity Interest Claim | Pgs. 1-5 |
| WEAVER, EDWIN E<br>12825 ABRA DR<br>SAN DIEGO, CA 92128 | 2755 | Motors Liquidation Company | $316,392.00 | Equity Interest Claim | Pgs. 1-5 |
| WEAVER, LOIS E<br>316 MAE CT<br>ROMEO, MI 48065 | 7182 | Motors Liquidation Company | $1,204.08 | Equity Interest Claim | Pgs. 1-5 |
| WEBB, RUTH C<br>3530 COTTAGE MEADOW WAY<br>LAUGHLIN, NV 89029 | 27305 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WELLDAY JR, EDWARD J<br>2465 S WASHINGTON AVE APT 101A<br>TITUSVILLE, FL 32780 | 21680 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WEST JR, CECIL<br>6410 OLD ORCHARD DR # B28<br>PLANO, TX 75023 | 16046 | Motors Liquidation Company | $1,424.66 | Equity Interest Claim | Pgs. 1-5 |
| WETTER, KENNETH O<br>18514 HOLLIE DR<br>MACOMB, MI 48044 | 15371 | Motors Liquidation Company | $21,454.06 | Equity Interest Claim | Pgs. 1-5 |
| WHITE, GORDON J<br>115 TIGER DR<br>WENTZVILLE, MO 63385 | 9957 | Motors Liquidation Company | $4,972.60 | Equity Interest Claim | Pgs. 1-5 |
| WIDDOWSON, RICHARD E<br>110 DEETER DR<br>CLAYTON, OH 45315 | 29518 | Motors Liquidation Company | $6,528.40 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| WIER, RICHARD C<br>47501 LIBERTY DR<br>SHELBY TWP, MI 48315 | 21587 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WIERER, JOSEPH J<br>2815 WESTMORELAND ST<br>NEW LENOX, IL 60451 | 45970 | Motors Liquidation Company | $1,685.59 | Equity Interest Claim | Pgs. 1-5 |
| WILBERT W SCHEER<br>3830 BOEUF LUTHERAN RD<br>NEW HAVEN, MO 63068 | 3588 | Motors Liquidation Company | $5,049.95 | Equity Interest Claim | Pgs. 1-5 |
| WILLI HEINZ WERNER CORDES<br>KLEINER WEG 3<br>534711 BAD NEUENAHR-AHRWEILER GERMANY<br>,<br>GERMANY | 21354 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM A JONES<br>1651 MACKINTOSH BLVD<br>NOKOMIS, FL 34275 | 22784 | Motors Liquidation Company | $33,710.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM BEEKMAN<br>101 GRAND PLAZA DR<br>APT N1<br>ORANGE CITY, FL 32763 | 11780 | Motors Liquidation Company | $26,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM BEEKMAN<br>101 GRAND PLAZA DR<br>APT N1<br>ORANGE CITY, FL 32763 | 11781 | Motors Liquidation Company | $26,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM CARPENTER<br>PO BOX 37262<br>SHREVEPORT, LA 71133 | 63151 | Motors Liquidation Company | $205,739.66<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM J BRAYMEN<br>50043 240TH STREET<br>COUNCIL BLUFFS, IA 51503<br>UNITED STATES OF AMERICA | 63090 | Motors Liquidation Company | $10,500.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM JONES<br>633 PURDUE AVE<br>YOUNGSTOWN, OH 44515 | 1749 | Motors Liquidation Company | $891.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM R MORGAN<br>312 ARDON LN<br><br>CINCINNATI, OH 45215 | 8815 | Motors Liquidation Company | $3,696.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM RICE<br>1199 W LEMONT CT<br><br>CANTON, MI 48187 | 69294 | Motors Liquidation Company | $34.50 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAMS, FED A<br>2669 FM 2625 W<br><br>MARSHALL, TX 75672 | 3340 | Motors Liquidation Company | $2,350.20 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAMS, ODESSA<br>8005 S STEWART AVE<br><br>CHICAGO, IL 60620 | 8852 | Motors Liquidation Company | $1,510.15 | Equity Interest Claim | Pgs. 1-5 |
| WILLIS, EARL R<br>4154 PAISLEY<br><br>STERLING HEIGHTS, MI 48314 | 23009 | Motors Liquidation Company | $20,640.00 | Equity Interest Claim | Pgs. 1-5 |
| WILSON, ELIZABETH<br>1449 W GARFIELD BLVD<br><br>CHICAGO, IL 60636 | 17527 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WOLF E WESTER<br>SCHULSTR 29<br>D-21635 YORK GERMANY<br>,<br>GERMANY | 21953 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| WOLFGANG MOLSKI<br>101 BEAUMIN DR<br><br>NEWARK, DE 19702 | 30878 | Motors Liquidation Company | $8,417.53 | Equity Interest Claim | Pgs. 1-5 |
| WOLFGANG STEURER<br>SCHLOSSSTRASS 13<br>D-88453 EROLZHEIM GERMANY<br>,<br>GERMANY | 30204 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| WOOGE, NORMAN L<br>3790 PAWNEE RD<br><br>OTTAWA, KS 66067 | 69720 | Motors Liquidation Company | $28,321.84 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

155th Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED

| | | | | |
|---|---|---|---|---|
| YACKELL, PAUL A<br>14517 E DESERT PLUME CT<br><br>VAIL, AZ 85641 | 26491 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| YEE, SHANG-TAE<br>6809 DILLON AVE<br><br>MC LEAN, VA 22101 | 61945 | Motors Liquidation Company | $19,877.04 | Equity Interest Claim | Pgs. 1-5 |
| YOOSEFI AL<br>3144 CANTELON CRESCENT<br>MISSISSAUGA ON L5N 3J8 CANADA<br>,<br>CANADA | 33507 | Motors Liquidation Company | $4,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ZAHN, DONNA M<br>1410 DAYTON DR<br><br>JANESVILLE, WI 53546 | 7139 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZAMBO, GERALD M<br>18504 MARTIN PL<br><br>TRENTON, MI 48183 | 23609 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZAMBO, LILLIAN J<br>18504 MARTIN PL<br><br>WOODHAVEN, MI 48183 | 23608 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZAROUR, FEYROUZ H<br>11329 E SAVANNAH AVE<br><br>MESA, AZ 85212 | 20170 | Motors Liquidation Company | $78,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ZEB ROPER<br>11572 LINCOLNSHIRE DRIVE<br><br>CINCINNATI, OH 45240<br>UNITED STATES OF AMERICA | 70520 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZELMA RICHARDSON<br>3032 MARVIN DR<br><br>ADRIAN, MI 49221 | 4846 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZIMMERMAN EDWARD<br>18 MARIAN DR<br><br>TONAWANDA, NY 14150 | 4020 | Motors Liquidation Company | $810.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

155th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED | | | | |
|---|---|---|---|---|
| ZUKOWSKY, ROBERT J<br>5 JUNE ST<br><br>AUBURN, MA 01501 | 30012 | Motors<br>Liquidation<br>Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                      :
In re                                                 :          Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,                 :          09-50026 (REG)
      f/k/a General Motors Corp., *et al.*              :
                                                      :
                Debtors.                 :          (Jointly Administered)
                                                      :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 155TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

Upon the 155th omnibus objection, dated January 25, 2011 (the "**155th Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing

the Claims for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the 155th Omnibus Objection to Claims; and due and

proper notice of the 155th Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the 155th Omnibus Objection to Claims is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 155th Omnibus Objection to Claims.

155th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 155th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 155th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Equity Interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge