NEDELMAN LEGAL GROUP, PLLC
By: Michael A. Nedelman
28580 Orchard Lake Road, Suite 140
Farmington Hills, Michigan 48334
Phone: (248) 855-8888
Facsimile: (248) 538-4556
mnedelman@nglegal.com

Counsel for Crown Enterprises, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* |  | : |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      This is to certify that on January 25, 2011, I caused a copy of the **Response to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders** and this **Certificate of Service**, to be served via FedEx overnight delivery upon the following:

Lawrence S. Buonomo, Esq.
General Motors, LIC
400 Renaissance Center
Detroit, MI 48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
1 World Financial Center
US Dept of the Treasury
New York, NY 10281

Joseph Samarias, Esq.
The US Dept of Treasurey
1500 Pennsylvania Ave NE, Room 2312
Washington DC 20220

Michael J. Edelman, Esq.
Vedder Price, PC
1633 Broadway, Floor 47
New York, NY 10019

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis, Esq.
Office US Trustee Southern District
33 Whitehall St, Floor 21
New York, NY 10004

David S. Jones
US Attorney Office, SDNY
86 Chambers St, Floor 3
New York, NY 10007

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

164212926.004

1

| | |
|---|---|
| Trevor W. Swett III, Esq. | Sander L. Esserman, Esq. |
| Caplin & Drysdale | Stutzman, Bromberg, Esserman |
| 1 Thomas Cir NW, Suite 1100 NW | 2323 Bryan St, Ste 2200 |
| Washington DC 20005 | Dallas, TX 75201 |

I declare that the above statements are true to the best of my knowledge, information and belief.

/s/ Michelle K. Watler
Michelle K. Watler
Nedelman Legal Group PLLC