| From: (586) 939-7000<br>Verenda Henderson<br>Central Transport<br>12225 Stephens Road<br><br>Warren, MI 48089 | Origin ID: UIZA |  FedEx Express<br><br>E<br><br>J11101012220225 | Ship Date: 24JAN11<br>ActWgt: 1.0 LB<br>CAD: 7333523/INET3130 |
|---|---|---|---|

Delivery Address Bar Code



SHIP TO: (313) 665-7390    BILL SENDER
**Lawrence S. Buonomo, Esq.**
**General Motors, LlC**
**400 Renaissance Center**

**Detroit, MI 48265**

Ref #
Invoice #
PO #
Dept #



TRK# 7943 4953 4997
0201

TUE - 25 JAN  A1
STANDARD OVERNIGHT

48265
MI-US

**66 DTWA**

DTW

50DG1/DE77/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                                              1/24/2011

From: (586) 939-7000
Verenda Henderson
Central Transport
12225 Stephens Road

Warren, MI 48089

Origin ID: UIZA



J111101012220225

SHIP TO: (215) 504-5585        BILL SENDER
**John J. Rapisardi, Esq.**
Cadwalader, Wickersham & Taft LLP
1 WORLD FINANCIAL CTR
UNITED STATES DEPT. OF THE TREASURY
NEW YORK, NY 10281

Ship Date: 24JAN11
ActWgt: 1.0 LB
CAD: 7333523/INET3130

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK# 7966 8646 0129
0201

TUE - 25 JAN  A1
STANDARD OVERNIGHT

10281
NY-US
EWR



EA FIDA

50DG1/DE77/7EFB



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| From: (586) 939-7000<br>Verenda Henderson<br>Central Transport<br>12225 Stephens Road<br>Warren, MI 48089 | Origin ID: UIZA |   | Ship Date: 24JAN11<br>ActWgt: 1.0 LB<br>CAD: 7333523/INET3130 |

J11101012220225

SHIP TO: (202) 622-2000    BILL SENDER
Joseph Samarias, Esq.
The United States Dept. of Treasury
1500 PENNSYLVANIA AVE NW RM 2312

WASHINGTON, DC 20220

Delivery Address Bar Code



Ref #
Invoice #
PO #
Dept #

TRK# 7943 5008 5748
0201

TUE - 25 JAN  A2
STANDARD OVERNIGHT



20220
DC-US
DCA

50DG1/DE77/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: (586) 939-7000  
Verenda Henderson  
Central Transport  
12225 Stephens Road  

Warren, MI 48089  

Origin ID: UIZA

**FedEx Express**

E

J11101012220225

SHIP TO: (212) 407-6970    BILL SENDER  
**Michael J. Edelman, Esq.**  
**Vedder Price, P.C.**  
**1633 BROADWAY FL 47**

**NEW YORK, NY 10019**

Ship Date: 24JAN11  
ActWgt: 1.0 LB  
CAD: 7333523/INET3130  

Delivery Address Bar Code

Ref #  
Invoice #  
PO #  
Dept #

TRK# 7966 8687 0348  
0201

TUE - 25 JAN  A1  
STANDARD OVERNIGHT

10019  
NY-US  
EWR



# EB QNYA

50DG1/DE77/7EFB

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                            1/24/2011

From: (586) 939-7000
Verenda Henderson
Central Transport
12225 Stephens Road
Warren, MI 48089

Origin ID: UIZA

**FedEx Express**

J11101012220225

Ship Date: 24JAN11
ActWgt: 1.0 LB
CAD: 7333523/INET3130

Delivery Address Bar Code

SHIP TO: (212) 715-9169   BILL SENDER
**Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS**

**NEW YORK, NY 10036**

TRK# 7966 8690 2667
0201

TUE - 25 JAN A1
STANDARD OVERNIGHT

**EB NYCA**

10036
NY-US
EWR



50DG1/DE77/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                    1/24/2011

From: (586) 939-7000
Verenda Henderson
Central Transport
12225 Stephens Road

Warren, MI 48089

Origin ID: UIZA



J11101012220225

SHIP TO: (212) 510-0500        BILL SENDER
**Tracy Hope Davis, Esq.**
**Office US Trustee Sourhtern Dist.**
**33 WHITEHALL ST FL 21**

NEW YORK, NY 10004

Ship Date: 24JAN11
ActWgt: 1.0 LB
CAD: 7333523/INET3130

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK# 7943 5021 5368
0201

TUE - 25 JAN   A1
STANDARD OVERNIGHT

**EA SXYA**

10004
NY-US
EWR

50DG1/DE77/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                                    1/24/2011

From: (586) 939-7000
Verenda Henderson
Central Transport
12225 Stephens Road

Warren, MI 48089

Origin ID: UIZA

**FedEx Express**

J11101012220225

SHIP TO: (212) 637-2800         BILL SENDER
**David S. Jones**
**U.S. Attorney Office, S.D.N.Y.**
**86 CHAMBERS ST FL 3**

**NEW YORK, NY 10007**

Ship Date: 24JAN11
ActWgt: 1.0 LB
CAD: 7333523/INET3130

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #



TRK# 7966 8699 5105
0201

TUE - 25 JAN A1
STANDARD OVERNIGHT

10007
NY-US

**EA FIDA**

EWR

50DG1/DE77/7EFB

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                1/24/2011

From: (586) 939-7000
Verenda Henderson
Central Transport
12225 Stephens Road

Warren, MI 48089

Origin ID: UIZA



J11101012220225

SHIP TO: (212) 319-7125        BILL SENDER
**Elihu Inselbuch, Esq.**
**Caplin & Drysdale, Chartered**
**375 Park Avenue**
**35th Floor**
**New York, NY 10152**

Ship Date: 24JAN11
ActWgt: 1.0 LB
CAD: 7333523/INET3130

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TRK# 7966 8703 1047
0201

TUE - 25 JAN A1
STANDARD OVERNIGHT



10152
NY-US
EWR

50DG1/DE77/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html        1/24/2011

From: (586) 939-7000
Verenda Henderson
Central Transport
12225 Stephens Road

Warren, MI 48089

Origin ID: UIZA



J111010012220225

SHIP TO: (202) 862-5000   BILL SENDER
Trevor W. Swett III, Esq.
Caplin & Drysdale
1 THOMAS CIR NW STE 1100
N.W.
WASHINGTON, DC 20005

Ship Date: 24JAN11
ActWgt: 1.0 LB
CAD: 7333523/INET3130

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

TUE - 25 JAN  A1
STANDARD OVERNIGHT

TRK#  7943 5031 9697
0201



20005
DC-US
DCA

50DG1/DE77/7EFB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                                   1/24/2011

| | |
|---|---|
| From: (586) 939-7000<br>Verenda Henderson<br>Central Transport<br>12225 Stephens Road<br>Warren, MI 48089<br><br>Origin ID: UIZA<br><br>FedEx Express<br>E<br>J11101012220225<br><br>SHIP TO: (214) 969-4900      BILL SENDER<br>Sander L. Esserman, Esq.<br>Stutzman, Bromberg, Esserman<br>2323 BRYAN ST STE 2200<br><br>DALLAS, TX 75201<br><br> | Ship Date: 24JAN11<br>ActWgt: 1.0 LB<br>CAD: 7333523/INET3130<br><br>Delivery Address Bar Code<br><br><br>Ref #<br>Invoice #<br>PO #<br>Dept #<br><br>TRK# 7943 5036 2252<br>0201<br><br>TUE - 25 JAN A1<br>STANDARD OVERNIGHT<br><br>XH RBDA<br><br>75201<br>TX-US<br>DFW<br><br>50DG1/DE77/EFB |

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                1/24/2011