ARNSTEIN & LEHR LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
Telephone: (312) 876-7100
Facsimile:  (312) 876-0288

David A. Golin
Email:  dagolin@arnstein.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a General Motors Corp., *et al.,* Debtors. | Case No. 09-50026 (REG) Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David A. Golin, certify that I am a member in good standing of the bar in the State of Illinois and am admitted to practice before the U.S. District Court for the Northern District of Illinois, and request admission, *pro hac vice,* before the Honorable Robert E. Gerber, to represent Sentry Insurance a Mutual Company and Sentry Select Insurance Company, creditors in the above-captioned jointly administered cases.

My mailing address is Arnstein & Lehr LLP, 120 South Riverside Plaza, Suite 1200, Chicago, Illinois 60606.  My email address is dagolin@arnstein.com.  My telephone number is (312) 876-7100.

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Dated: January 26, 2011                     */s/ David A. Golin*
                                                             David A. Golin