UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, *et al.,* ) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David A. Golin to be admitted, *pro hac vice*, in the above-captioned jointly administered cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and is admitted to practice before the U.S. District Court for the Northern District of Illinois, it is hereby

ORDERED, that David A. Golin is admitted to practice *pro hac vice*, in the above-captioned jointly administered cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January    , 2011
New York, New York

United States Bankruptcy Judge