## CERTIFICATE OF SERVICE

     I, David A. Golin, an attorney, hereby certify that on January 26, 2011, the **Response of Sentry Insurance A Mutual Company and Sentry Select Insurance Company to Debtors' 120th Omnibus Objection to Claims** was filed *electronically* through the Court's ECF Filing System and served via overnight delivery to the entities and individuals listed on the attached Service List.

                                                /s/ David A. Golin

9414278.3

## SERVICE LIST

| Attorneys for the Debtors | The Debtors |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn:  Harvey R. Miller<br>Attn:  Stephen Karotkin<br>Attn:  Joseph H. Smolinsky | Motors Liquidation Company<br>500 Renaissance Center<br>Suite 1400<br>Detroit, MI 48253<br>Attn:  Ted Stenger |
| **Attorneys for the Statutory Committee of Unsecured Creditors** | **Attorneys for the United States Department of the Treasury** |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn:  Thomas Moers Mayer<br>Attn:  Robert Schmidt<br>Attn:  Lauren Macksoud<br>Attn:  Jennifer Sharret | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn:  John J. Rapisardi |
| **Attorneys for the Official Committee of Unsecured Creditors holding Asbestos-related Claims** | **Attorneys for the Official Committee of Unsecured Creditors holding Asbestos-related Claims** |
| Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-3500<br>Attn:  Elihu Inselbuch<br>Attn:  Rita C. Tobin | Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005<br>Attn:  Trevor W. Swett III<br>Attn:  Kevin C. Maclay |
| **Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants** | **Attorneys for Export Development Canada** |
| Stutzman, Bromberg, Esserman & Plitka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201<br>Attn:  Sander L. Esserman<br>Attn:  Robert T. Brousseau | Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn:  Michael J. Edelman<br>Attn:  Michael L. Schein |

| | |
|---|---|
| United States Department of the Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington D.C. 20220<br>Attn:  Joseph Samarias | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn:  Tracy Hope Davis |
| General Motors, LLC<br>400 Renaissance Center<br>Detroit, MI 48265<br>Attn:  Lawrence S. Buonomo | United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street<br>Third Floor<br>New York, NY 10007<br>Attn:  David S. Jones<br>Attn:  Natalie Kuehler |

9414807.1