HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                        Debtors.    :        (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 158TH OMNIBUS OBJECTION TO CLAIMS
### (Eurobond Deutsche Debt Claims)

PLEASE TAKE NOTICE that on January 26, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 158th omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**March 1, 2011 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES LISTED ON EXHIBIT "A" ANNEXED TO THE OBJECTION**
**(THE "**CLAIMANTS**") (AND THEIR COUNSEL, IF KNOWN) WILL RECEIVE A**

PERSONALIZED NOTICE OF THE OBJECTION, RATHER THAN THE ENTIRE
OBJECTION.

     **PLEASE TAKE FURTHER NOTICE THAT** This Objection does not affect a
Claimant's ability to receive distributions as a beneficial bondholder under the Debtors'
Amended Joint Chapter 11 Plan.  If a Claimant disagrees with the Objection's treatment of the
Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns
at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors
before **February 22, 2011 at 4:00 p.m. (Eastern Time)**, then the Claimant **must** file and serve a
written response (a "**Response**") to the Objection in accordance with the procedures set forth in
this Notice, and the Claimant **must** appear at the Hearing, all as more fully described below.

     **PLEASE TAKE FURTHER NOTICE THAT** a Claimant may participate in the
Hearing telephonically provided that the Claimant complies with the Court's instructions, which
can be found on the Bankruptcy Court's official website at www.nysb.uscourts.gov, by clicking
on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."
A Claimant also may provide prior written notice of the Claimant's telephonic appearance by
mail or e-mail to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue,
New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer
Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors,
1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq.
(lmacksoud@kramerlevin.com)).

     **PLEASE TAKE FURTHER NOTICE THAT if a Claimant does not oppose
the disallowance and expungement of the Claimant's claim, then the Claimant does not
need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **March 1, 2011 at 9:45 a.m. (Eastern Time)**.  If a Claimant files a Response to the Objection, the Claimant should plan to appear at the Hearing either in person or telephonically.  The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to the Claimant's claim.  If the Debtors do continue the Hearing with respect to the Claimant's claim, then the Hearing will be held at a later date.  If the Debtors do not continue the Hearing with respect to the Claimant's claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format **and** in hard copy at each of the following addresses on or before the Response Deadline:

     A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

     B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.      Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory
committee of unsecured creditors, 1177 Avenue of the Americas, New
York, New York 10036 (Attn:  Lauren Macksoud, Esq.).

**PLEASE TAKE FURTHER NOTICE THAT** a Claimant's Response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number, and the number of the Objection to which the Response is directed; (ii) the name of the Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to the Claimant's Response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person that can be contacted in connection with the Objection.

**PLEASE TAKE FURTHER NOTICE THAT** if a Claimant has any questions about this Notice or the Objection, the Claimant may call the Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
        January 26, 2011

                                          /s/ Joseph H. Smolinsky
                                          Harvey R. Miller
                                          Stephen Karotkin
                                          Joseph H. Smolinsky

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Debtors
                                          and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
**In re**                                    :        **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*    :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.* :
                                            :
                        **Debtors.**         :        **(Jointly Administered)**
                                            :
---------------------------------------------------------------x

## DEBTORS' 158TH OMNIBUS OBJECTION TO CLAIMS
### (Eurobond Deutsche Debt Claims)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS THAT ARE THE SUBJECT OF THIS OBJECTION SHOULD LOCATE THEIR NAMES AND
CLAIMS ON EITHER THE EXHIBIT ATTACHED TO THIS OBJECTION OR ON THEIR PERSONALIZED
NOTICE.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**Preliminary Statement**

1.       Approximately 6,600 claims have been filed against the Debtors based on foreign notes and bonds issued by the Debtors under that certain Fiscal and Paying Agency Agreement, dated July 3, 2003, between MLC, Deutsche Bank AG London ("**Deutsche Bank**"), and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes and bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"), under which Deutsche Bank serves as the fiscal and paying agent.  There is no indenture trustee for the Eurobond Deutsche Debt Claims.  On October 13, 2009, Deutsche Bank notified holders of the Eurobond Deutsche Debt Claims (each, an "**Individual Eurobondholder**") that it did not intend to file a proof of claim on their behalf, and, to date, Deutsche Bank has not done so.

2.       Only a small portion of the Individual Eurobondholders filed proofs of claim.  Nevertheless, the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010  (as may be amended, modified, or supplemented from time to time, the "**Plan**"), provides that a claim based on the Fiscal and Paying Agency Agreement for the benefit of all Individual Eurobondholders will be allowed in the amount of $3,770,634,476, which is equal to outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the, "**Commencement Date**").[1]  The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities.

---

[1]  Furthermore, disallowing and expunging the Eurobond Deutsche Debt Claims will avoid a duplication of voting ballots with respect to the Plan, as Deutsche Bank is already sending individual ballots to the Individual Eurobondholders, and such votes will be reflected in a master ballot submitted by Deutsche Bank.

3.      A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.  The Debtors anticipate that, after the Plan has been confirmed in these cases, on the effective date of the Plan (the "**Effective Date**"), all Individual Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and paying agent.  This method of distribution will reduce administrative burdens in these cases and ensure that the proper claimants receive their distributions.  Accordingly, because the Plan provides an efficient means to allow the claims of, and make distributions to, the Individual Eurobondholders, and the amounts asserted by Individual Eurobondholders will be overridden and superseded as set forth in the Plan, the individual Eurobond Deutsche Debt Claims should be disallowed.  However, based on the recognition that Individual Eurobondholders will be entitled to such treatment only upon the Effective Date, the relief requested herein is expressly subject to the occurrence of the Effective Date.

## Relief Requested

4.      The Debtors submit this 158th omnibus objection to certain claims (the "**158th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order establishing supplemental rules for filing omnibus objections to certain foreign debt claims (ECF No. 8260) (the "**Supplemental Procedures Order**"), seeking entry of an order disallowing and expunging, subject to the occurrence of the Effective Date, the Eurobond Deutsche Debt Claims listed on **Exhibit** "**A**," annexed hereto, under the heading "*Claims to be Disallowed and Expunged.*"[2]

---

[2]    Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,

## Jurisdiction

5.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

6.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[3] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[4] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

7.        Deutsche Bank is scheduled in the Debtors' schedules of assets and

liabilities to have a claim on behalf of all Individual Eurobondholders in an amount that accounts

for all principal plus accrued and unpaid interest as of the Commencement Date, and such claim

was not scheduled as either contingent or disputed.

---

www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

[3]   The Initial Debtors are Motors Liquidation Company (f/k/a General Motors Corporation), MLCS, LLC (f/k/a
Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc.
(f/k/a Chevrolet-Saturn of Harlem, Inc.).

[4]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

8.      On August 30, 2010, the Debtors filed their Joint Chapter 11 Plan, which

was amended on December 7, 2010.  A hearing to consider confirmation of the Plan has been

scheduled for March 3, 2011.

9.      Section 1.74 of Article I of the Plan, entitled "*Definitions*," provides that:

> **Eurobond Claim** means a Claim against any of the Debtors arising
> under or in connection with any of the respective notes, bonds, or
> debentures issued under (i) that certain Fiscal and Paying Agency
> Agreement, dated as of July 3, 2003, among General Motors
> Corporation, Deutsche Bank AG London, and Banque Générale du
> Luxembourg S.A. and (ii) that certain Bond Purchase and Paying
> Agency Agreement, dated May 28, 1986, between General Motors
> Corporation and Credit Suisse, excluding the fees and expenses of the
> Fiscal and Paying Agents thereunder, which reasonable fees and
> expenses shall be paid pursuant to Section 2.5 hereof.

10.     Section 4.3(f) of Article IV of the Plan, entitled "*Treatment of Claims and
Equity Interests*," provides in pertinent part that:

> The Eurobond Claims under (i) that certain Fiscal and Paying Agency
> Agreement, dated as of July 3, 2003, among General Motors
> Corporation, Deutsche Bank AG London, and Banque Générale du
> Luxembourg S.A. shall be Allowed in the amount of $3,770,634,476
> and (ii) that certain Bond Purchase and Paying Agency Agreement,
> dated May 28, 1986, between General Motors Corporation and Credit
> Suisse, shall be Allowed in the amount of $15,745,690 (together, the
> "**Fixed Allowed Eurobond Claims**"). The Fixed Allowed Eurobond
> Claims shall override and supersede any individual Claims filed by
> Registered Holders or beneficial owners of debt securities with respect
> to the Eurobond Claims.

## The Relief Requested Should Be Approved by the Court

11.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See
In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,
No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Section 502(b)(1) of the

Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that

"such claim is unenforceable against the debtor and property of the debtor, under any agreement

or applicable law." 11 U.S.C. § 502(b)(1).

        12.    Each of the Eurobond Deutsche Debt Claims is duplicative of and already

reflected in the claim scheduled for Deutsche Bank and, moreover, the Plan itself provides that a

claim based on the Fiscal and Paying Agency Agreement shall be allowed in the amount of

$3,770,634,476, which accounts for all outstanding principal and all accrued and unpaid interest.

        13.    Moreover, upon the occurrence of the Effective Date, each of the

Eurobond Deutsche Debt Claims will be unenforceable because the allowed amount set forth in

the Plan will override and supersede any individual claims filed by registered holders or

beneficial owners of debt securities with respect to the Eurobond Deutsche Debt Claims. As

such, Individual Eurobondholders will not be prejudiced if the relief requested herein is granted

because, upon the occurrence of the Effective Date, Individual Eurobondholders will receive a

distribution accounting for outstanding principal and accrued and unpaid interest, and even if the

Plan is not confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief

requested herein is expressly subject to the occurrence of the Effective Date. This Objection is

largely brought to ensure that none of the Eurobond Deutsche Debt Claims assert amounts other

than a claim for interest and principal.

## **Reservation of Rights**

        14.    The Debtors reserve the right to object to any of the Eurobond Deutsche

Debt Claims that are not disallowed and expunged in their entirety for any reason, including, but

not limited to, the non-occurrence of the Effective Date.

6

## Notice

15.     Notice of this 158th Omnibus Objection to Claims has been provided to (i) each claimant listed on Exhibit "A" by virtue of the individualized notice transmitted in accordance with the Supplemental Procedures Order and (ii) parties in interest in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360). The Debtors submit that such notice is sufficient and no other or further notice need be provided.

16.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 26, 2011

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

158th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALBERTO VALERO AND MARIA Z. VALERO JTWROS UL. WALICOW 20 M 1304 WARSAW POLAND , POLAND (REP) | 32972 | Motors Liquidation Company | $23,285.57 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ALICIA HOSSMANN KRAMERSTR 10 84166 ADLKOFEN  GERMANY , GERMANY | 62486 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ANDREAS LABORIUS EHLERBERGSTR 16 38162 CREMLINGEN, GERMANY , GERMANY | 1069 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ANDRZEJ BAZANSKI PAUL-KELLER STR 39 53604 BAD HONNEF GERMANY , GERMANY | 63233 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AVROUM NEKHAMKIS AM GLASKOPF 18 35039 MARBURG  GERMANY , GERMANY | 39287 | Motors Liquidation Company | $80,570.84 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AXEL SPILKER STIFTERSTR 4 D 32791 LAGE GERMANY , GERMANY | 32791 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| BERNARDI ANNA MARIA VIA A CABRAL N 5 47841 CATTOLICA RN ITALY , ITALY | 61616 | Motors Liquidation Company | $75,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| BRUNAUD ANDRE MARCELLE 9 APPEES DES BESSES 36200 LE MENOUX FRANCE , FRANCE | 65570 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| CAERALLI HASSAM DAIA<br>RUA PEDRO MONJARDINO, Nº 8 - 1 D<br>LISBOA<br>1600 - LISBOA PORTUGAL<br>,<br>PORTUGAL | 60549 | Motors Liquidation Company | $275,827.69 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| CHARLES GLICKMAN TTEE<br>CHARLES GLICKMAN<br>U/A DTD 07/28/1992<br>5461 N EAST RIVER RD APT 602<br>CHICAGO, IL 60656 | 1880 | Motors Liquidation Company | $100,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| CLAUDIA DEFFNER<br>LERCHENWEG 1<br>89537 GIENGEN AN DER BRENZ GERMANY<br>,<br>GERMANY | 68506 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| CLAUDIA HEINDEL<br>RUMFORDSTRASSE 40<br>80469 MUENCHEN GERMANY<br>,<br>GERMANY | 32868 | Motors Liquidation Company | $0.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DENIS RUIZ DE ARCAUTE<br>AV. DES AMANDIERS 5<br>1080 BRUSSEL BELGIUM<br>,<br>BELGIUM | 43863 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DENISE SPILKER<br>STIFTER STR 4<br>D 32791 LAGE GERMANY<br>,<br>GERMANY | 32792 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DIMITRIS PAPADOPOULOS<br>KASTRITSIOU 5<br>54623 THESSALONIKI GREECE<br>,<br>GREECE | 68262 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DONALD THOMAS CLEMETSON<br>3420 CLARIDGE DR<br>DANVILLE, CA 94526 | 6653 | Motors Liquidation Company | $50,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| EIGENTUEMERGEMEINSCHAFT<br>POESSENBACHER STR 7<br>81479 MUNICH GERMANY<br>,<br>GERMANY | 33023 | Motors Liquidation Company | $10,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| ELISABETH DE MARSOVSZKY-AICHELBURG<br>C/O DR ROBERTO POLLAK-AICHELBURG<br>KAERNTNER STR 37/10<br>1010 VIENNA AUSTRIA<br>,<br>AUSTRIA | 62037 | Motors Liquidation Company | $71,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ENZA LEHMKUHL<br>GUDEHUS-WEG 6<br>WIETZE DE 29323 GERMANY<br>,<br>GERMANY | 43953 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ETIENNE MOORTHAMER<br>BRIGADE PIRONSTRAAT  9<br>9140 TEMSE BELGIUM<br>,<br>BELGIUM | 70513 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| FRIEDHELM SCHNEIDER<br>PETER ROOS-ST. 10<br>D-40547 DUSELDORF GERMANY<br>,<br>GERMANY | 62042 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| FRILA & WALRAUD MULLER<br>WINKEL 4<br>38855 WERRIGERODE GERMANY<br>,<br>GERMANY | 38134 | Motors Liquidation Company | $0.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| GIORGIO PICCOLI AND MARTA LOCATELLI<br>CORSO LODI 119<br>20139 MILAN, ITALY<br>,<br>ITALY | 14370 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| GUSTAV WIELAND<br>SCHILLERSTR 37<br>74076 HELBRONN GERMANY<br>,<br>GERMANY | 26898 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HANNEGRETE RAUSCH<br>SCHOENE AUSSICHT NO 6<br>D-51149 KOELN<br>,<br>GERMANY | 988 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

158th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| HANS-JUERGEN POELK<br>WARMBUECHENSTR. 12A<br>30159 HANNOVER GERMANY<br>,<br>GERMANY | 29704 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HARTWIG KOEHLER<br>ALTE JERISAUER STR 12<br>08371 GLAUCHAU<br>GERMANY<br>,<br>GERMANY | 62487 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HERR UND FRAU KARL O ANNELIESE JENKNER<br>MAX-BECKMANN-STR 21<br>89520 HEIDENHEIM GERMANY<br>,<br>GERMANY | 25394 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| IGUACIO DIAZ MORENO<br>C/ JUAN DE LA CIERVA 58<br>28989 ARROYOMOLINOS SPAIN<br>,<br>SPAIN | 69439 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| INNERKOFLER ADOLF & PAN ANTONIETTA<br>INNERKOFLER ADOLF<br>VIA BARLETTA 8/15<br>39100 BOLZANO ITALY<br>,<br>ITALY | 1234 | Motors Liquidation Company | $400,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JBH BRUNAUD JACQUES<br>DOMAINE LE TERTRE<br>CIRON 36300 LE BLANC FRANCE<br>,<br>FRANCE | 65589 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JOACHIM GRODON<br>BADSTR. 26<br>73734 ESSLINGEN GERMANY<br>,<br>GERMANY | 19478 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JOACHIM WOLF<br>STRAẞBURGERSTR 57<br>10405 BERLIN GERMANY<br>,<br>GERMANY | 17419 | Motors Liquidation Company | $53,625.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

158th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| JOHANNES VOGT U FRAU MARIANNE C/O JOHANEES VOGT GRUNER WEG 14 D-53567 ASBACH GERMANY , GERMANY | 38341 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JULIA PETER C/O MICHAEL PETER OHMSTR 12 D-53859 NIEDERKASSEL GERMANY , GERMANY | 68368 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| KERSCHBAUMER ERWIN PENEGASTR. 20-B 39052 KALTERN BZ ITALY , ITALY | 1281 | Motors Liquidation Company | $237,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MANFRED B HMLER KIRCHSTR 15 71287 WEISSACH GERMANY , GERMANY | 44593 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MARTIN LOUTER JULIANAWEG 71A 1949 AP WIJK AAN ZEE NETHERLANDS , NETHERLANDS | 65398 | Motors Liquidation Company | $202,803.08 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MATHILDE SCHEIDHACKER BERNER STR 85 81476 MUENCHEN  GERMANY , GERMANY | 65313 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MATILDE HEINDEL DORFSTRASSE 11 14552 WILDENBRUCH  GERMANY , GERMANY | 32867 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MATTHIAS INNERKOFLER VIA BARLETTA 8 IT-39100 BOLZANO (ITALY) , ITALY | 1212 | Motors Liquidation Company | Unliquidated  Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| MR FRANZ ROJIK<br>HAUPTSTRASSE 106<br>D-65760 ESCHBORN, GERMANY<br>,<br>GERMANY | 65408 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MUELLER HARRY<br>LITZLFELDNER STR 89<br>A-6382 KIRCHDORF TIROL AUSTRIA<br>,<br>AUSTRIA | 63903 | Motors Liquidation Company | $76,206.82 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS<br>NATIXIS LIFE<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBERG<br>,<br>LUXEMBOURG | 65546 | Motors Liquidation Company | $26,881.20 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS LIFE/NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>,<br>LUXEMBOURG | 65547 | Motors Liquidation Company | $59,736.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS LIFE/NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>,<br>LUXEMBOURG | 65548 | Motors Liquidation Company | $119,472.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS LIFE/NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>,<br>LUXEMBOURG | 65549 | Motors Liquidation Company | $990,553.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NU PHUNG<br>KIESWEG 7<br>GEORGSMARIENHUETTE 49124 GERMANY<br>,<br>GERMANY | 16668 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| OSTERTAG-HOPPE MARLIES<br>HINTER DEN HOEFEN 9A<br>21272 EGESTORF GERMANY<br>,<br>GERMANY | 27142 | Motors Liquidation Company | $49,770.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

158th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| R J G VERREIGDT<br>KURKHOUT 52<br>2719JX ZOETERMEER THE NETHERLANDS<br>,<br>NETHERLANDS | 68136 | Motors Liquidation Company | $25,791.69 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| RENATE KUMMER<br>BADISH 10<br>73776 ALTBACH GERMANY<br>,<br>GERMANY | 32838 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ROSWITHA DINGAS<br>WAHRINGERSTRASSE 15/21<br>A-1090 VIENNA AUSTRIA/EUROPE<br>,<br>AUSTRIA | 69169 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SABINE BAUMGARTNER<br>UNTERSTALL<br>ATTENFELDER STR. 18<br>BERGHEIM 86673 GERMANY<br>,<br>GERMANY | 26753 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SBLENDORIO GIORGIO-CUCCOVILLO ANNA<br>VIA NAPOLI 8/2 70127<br>BARI - S.SPIRITO (BARI) - ITALY<br>,<br>ITALY | 1544 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SHIRLEY BERNSTEIN-MASON<br>7737 LA MIRADA DR<br>BOCA RATON, FL 33433 | 2914 | Motors Liquidation Company | $18,000.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEFAN SCHILCHER<br>STEINBACHERSTRASSE 79<br>7551 STEGERSBACH AUSTRIA<br>,<br>AUSTRIA | 60909 | Motors Liquidation Company | $85,200.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEPHAN FITTKAU<br>105 CECIL STREET #06-01<br>SINGAPORE 069534<br>,<br>SINGAPORE | 17222 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEPHANIE SPILKER<br>STIFTER STR 4<br>D 32791 LAGE GERMANY<br>,<br>GERMANY | 32793 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

158th Omnibus Objection

Motors Liquidation Company, et al.

Exhibit A

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| STEVE MUELLER<br>ROSENFELDER RING 52<br>10315 BERLIN  GERMANY<br>,<br>GERMANY | 36950 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| TASCILLO LAURETTA<br>VIA PALMIERI N 128<br>SAN GIOVANNI E PAOLO<br>C.A.P.81013 CAIAZZO (CASERTA) ITALY<br>,<br>ITALY | 68605 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| THOMAS DIETZ<br>KLEINE STR.13<br>LAUDENBACH 69514 GERMANY<br>,<br>GERMANY | 18008 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| TIM RETTELBUSCH<br>BIRKENWEG  9<br>09648 MITTWEIDA GERMANY<br>,<br>GERMANY | 28897 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| U C A AG<br>JUERGEN STEVER<br>STEFAN-GEORGE-RING 29<br>D-81929 MUENCHEN  GERMANY<br>,<br>GERMANY | 20791 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| UWE HEINDEL<br>WESTPREUßENSTRAßE 3<br>37603 HOLZMINDEN  GERMANY<br>,<br>GERMANY | 32866 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| VALERIE SAX<br>C/O HOEF-RUEDIGES SAX<br>BOISSEREESTR 3<br>50674 KOLN, GERMANY<br>,<br>GERMANY | 1045 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| VENICA MARISA<br>VIA I MAGGIO 4<br>BUTTRIO(UD) 33042 ITALY<br>,<br>ITALY | 27114 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| WALDERUAS LAMP<br>OBERNDORF - STR 19<br>35410 HUNGUE GERMANY<br>,<br>GERMANY | 65375 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| YILMAZ-TOPCUOGLU, MUFIT<br>GOSSEL BLASCHKE WUNDER RECHTSANWALTEN<br>LANGSTRASSE 104<br>CH-8004 ZURICH SWITZERLAND<br>,<br>SWITZERLAND | 62656 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

68

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                            :
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                    :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*        :
                                                            :
                **Debtors.**        :        **(Jointly Administered)**
                                                            :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 158TH OMNIBUS OBJECTION TO CLAIMS
### (Eurobond Deutsche Debt Claims)

        Upon the 158th omnibus objection to expunge certain claims, dated January 26,

2011 (the "**158th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order establishing supplemental rules for filing omnibus objections to certain foreign debt

claims (ECF No. 8260) (the "**Supplemental Procedures Order**"), seeking entry of an order

disallowing and expunging, subject to the occurrence of the Effective Date, the Eurobond

Deutsche Debt Claims, all as more fully described in the 158th Omnibus Objection to Claims; and

due and proper notice of the 158th Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the 158th Omnibus Objection to Claims is in the best interests

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 158th Omnibus Objection to Claims.

of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the 158th Omnibus Objection to Claims establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 158th Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" are disallowed and expunged from the claims registry subject to the

occurrence of the Effective Date; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved

with respect to, any claim listed on Exhibit "A" annexed to the 158th Omnibus Objection to

Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
            _____, 2011


_____
United States Bankruptcy Judge