> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :        Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :        09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                    :
                  Debtors.          :        (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

### NOTICE OF DEBTORS' 160TH OMNIBUS OBJECTION TO CLAIMS
#### (Claims Assumed by General Motors LLC)

  **PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 160th omnibus objection to expunge certain claims (the "**160th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 160th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 160TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 160th Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 160th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 160th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
January 26, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                              :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

## DEBTORS' 160TH OMNIBUS OBJECTION TO CLAIMS
### (Claims Assumed by General Motors LLC)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

<u>**Relief Requested**</u>

1.       The Debtors file this 160th omnibus objection to expunge certain claims

(the "**160th Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing

of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures**

**Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the claims listed

on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A"

hereto and have determined that the proofs of claim listed under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Assumed Claims**") are claims relating to certain

executory contracts that have been assumed by General Motors LLC ("**New GM**") pursuant to

the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the

"**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors

Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc.,

and New GM.  As described further below, because the Assumed Claims have been assumed by

New GM pursuant to the Master Purchase Agreement, they are not liabilities of MLC or the

other Debtors and therefore should be disallowed and expunged.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

### Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On September 16, 2009, this Court entered an order (ECF No. 4079)

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person

or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental

units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established

June 1, 2010 as the deadline to file proofs of claim).

---

[2]    The Initial Debtors are MLC (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS
Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn
of Harlem, Inc.).

[3]    The Realm/Encore Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

6. Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## **The Master Purchase Agreement**

7. Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*) of the Master Purchase Agreement provides:

> On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

8. Section 2.2(a) of the Master Purchase Agreement (*Purchased and Excluded Assets*) provides in pertinent part:

> (a) The "Purchased Assets" shall consist of the right, title and interest that Sellers possess and have the right to legally transfer in and to all of the properties, assets, rights, titles and interests of every kind and nature, owned, leased, used or held for use by Sellers (including indirect and other forms of beneficial ownership), whether tangible or intangible, real, personal or mixed, and wherever located and by whomever possessed, assets, rights, titles and interests:
>
> (x) . . . all Contracts, other than the Excluded Contracts (collectively, the "Purchased Contracts"), including, for the avoidance of doubt . . . (B) any Executory Contract designated as an Assumable Executory Contract as of the applicable Assumption Effective Date.

9. Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

(a)      The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:

(ii)      all Liabilities under each Purchased Contract;

(iv)      all Cure Amounts under each Assumable Executory Contract that becomes a Purchased Contract;

10.      The term "Liabilities" is defined in the recitals to the Master Purchase Agreement as follows:

"Liabilities" means any and all liabilities and obligations of every kind and description whatsoever, whether such liabilities or obligations are known or unknown, disclosed or undisclosed, matured or unmatured, accrued, fixed, absolute, contingent, determined or undeterminable, on or off-balance sheet or otherwise, or due or to become due, including Indebtedness and those arising under any Law, Claim, Order, Contract or otherwise.

11.      Pursuant to the Master Purchase Agreement, New GM has assumed all liabilities and obligations relating to purchased contracts or assumed executory contracts, which include the Assumed Claims.  The Debtors therefore seek entry of an order disallowing and expunging from the claims register the Assumed Claims.

## The Relief Requested Should Be Approved by the Court

12.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.      Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Assumed Claims are not the responsibility of MLC or the

Debtors, having been assumed by New GM as described herein. Further, paragraph 26 of the

Order approving the Master Purchase Agreement (ECF No. 2968) provides:

> Except as provided in the [Master Purchase Agreement] or this
> Order, after the Closing, the Debtors and their estates shall have no
> further liabilities or obligations with respect to any Assumed
> Liabilities other than certain Cure Amounts as provided in the
> [Master Purchase Agreement], and all holders of such claims are
> forever barred and estopped from asserting such claims against the
> Debtors, their successors or assigns, and their estates.

14.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge the Assumed Claims in their entirety.

## Notice

15.     Notice of this 160th Omnibus Objection to Claims has been provided to

each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended

Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing

Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).

16.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
January 26, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ACE TEX ENTERPRISES INC<br>7601 CENTRAL ST<br><br>DETROIT, MI 48210 | 22852 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$208.00<br>$208.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ACTION FREIGHT SERVICES LLC<br>PO BOX 1079<br><br>BRIGHTON, MI 48116 | 61831 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$773,809.59<br>$773,809.59 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADCOLE CORP<br>669 FOREST ST<br>PO BOX 39<br>MARLBOROUGH, MA 01752 | 14346 | MLCS, LLC | $0.00<br>$0.00<br>$0.00<br>$6,144.15<br>$6,144.15 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br><br>AURORA, CO 80012 | 1400 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$38,025.43<br>$38,025.43 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AEROSTAR CASTINGS & MOLDS<br>DBA MICHIGAN METAL TECHNOLOGIES<br>50320 E RUSSELL SCHMIDT BLVD<br>CHESTERFIELD, MI 48051 | 1317 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$33,384.15<br>$33,384.15 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AIRLINE HYDRAULICS CORP<br>3557 PROGRESS DR<br>EXPRESSWAY 95 BUSINESS CENTER<br>BENSALEM, PA 19020 | 2203 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,214.59<br>$2,214.59 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALL STATE FASTENER CORP<br>15460 E 12 MILE RD<br>PO BOX 426<br>ROSEVILLE, MI 48066 | 11809 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$73,570.14  (U)<br>$73,570.14  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5537 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,790.37  (U)<br>$3,790.37  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5538 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,923.21  (U)<br>$10,923.21  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5539 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,274.76  (U)<br>$1,274.76  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5540 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$157.05  (U)<br>$157.05  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5534 | Motors Liquidation Company | $0.00 $0.00 $0.00 $4,326.21 $4,326.21 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE /T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 60906 | Motors Liquidation Company | $0.00 $0.00 $0.00 $295.22 $295.22 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5535 | Motors Liquidation Company | $0.00 $0.00 $0.00 $3,478.80 $3,478.80 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5542 | Motors Liquidation Company | $0.00 $0.00 $0.00 $431.59 $431.59 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5543 | Motors Liquidation Company | $0.00 $0.00 $0.00 $12,725.58 $12,725.58 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5545 | Motors Liquidation Company | $0.00 | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $88.75 | | | |
| | | | $88.75 | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5536 | Motors Liquidation Company | $0.00 | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $902.18 | | | |
| | | | $902.18 | | | |
| ANALYSIS & ALIGNMENT SERVICES<br>1398 NORTH CT<br>BRIGHTON, MI 48114 | 5987 | Motors Liquidation Company | $0.00 | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $6,749.24 | | | |
| | | | $6,749.24 | | | |
| ANDERSONS INC, THE<br>480 W DUSSEL DR<br>PO BOX 119<br>MAUMEE, OH 43537 | 9240 | Motors Liquidation Company | $2,921.35 | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $2,921.35 | | | |
| ANIXTER INC<br>ATTN  CREDIT DEPT<br>2301 PATRIOT BLVD<br>GLENVIEW, IN 60026 | 14262 | Motors Liquidation Company | $0.00 | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $2,128.72 | | | |
| | | | $2,128.72 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| APPLIED INDUSTRIAL TECHNOLOGIES - DBB INC<br>APPLIED INDUSTRIAL TECNOLOGIES<br>ATTN  BETH ARVAI<br>1 APPLIED PLZ<br>CLEVELAND, OH 44115 | 50652 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$73.76<br>$73.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLIED INDUSTRIAL TECHNOLOGIES - INDIANA LLC<br>APPLIED INDUSTRIAL TECHNOLOGIE<br>ATTN BETH ARVAI<br>1 APPLIED PLZ<br>EAST 36TH ST & EUCLID AVENUE<br>CLEVELAND, OH 44115 | 50651 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$372.84<br>$372.84 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLIED INDUSTRIAL TECHNOLOGIES INC<br>ATTN  BETH ARVAI<br>1 APPLIED PLZ<br>CLEVELAND, OH 44115 | 50650 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$4,930.44<br>$4,930.44 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLIED INDUSTRIAL TECHNOLOGIES INC<br>BETH ARVAI<br>ONE APPLIED PLAZA<br>EAST 36TH ST & EUCLID AVE<br>CLEVELAND, OH 44115 | 50653 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,108.69<br>$18,108.69 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATMOS ENERGY/MID-STATES DIVISIONS<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265 | 909 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,911.04<br>$17,911.04 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ATMOS ENERGY/MID-STATES DIVISIONS, A DIVISION OF ATMOS ENERGY CORP<br>ATTN BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>PO BOX 650205<br>DALLAS, TX 75265 | 910 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70.92 (U)<br>$70.92 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BODYCOTE THERMAL PROCESSING INC<br>12700 PARK CENTRAL DR #700<br>DALLAS, TX 75251 | 1120 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,058.51 (U)<br>$13,058.51 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BONTAZ CENTRE SAS<br>ZI DES VALIGNONS BP 12<br>MARNAZ F-74460 FRANCE<br>,<br>FRANCE | 38874 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$128,630.48 (U)<br>$128,630.48 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOWLES FLUIDICS<br>ATTN: CHARLES E KNAPP<br>C/O BOWLES FLUIDICS<br>6625 DOBBIN RD 1<br>COLUMBIA, MD 21045 | 36193 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,400.00 (U)<br>$2,400.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUREAU VERITAS HOLDINGS INC & ITS SUBSIDIARIES<br>ATTN HEATHER BUSH GENERAL COUNSEL<br>BUREAU VERITAS NORTH AMERICA<br>11860 W STATE RD 84 STE 1<br>FORT LAUDERDALE, FL 33325 | 1299 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,644.50 (U)<br>$4,644.50 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BUTLER CNTY DEPT OF ENVIRON<br>130 HIGH STREET<br><br>HAMILTON, OH 45011 | 2985 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,126.93<br>$1,126.93 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUTLER CNTY DEPT OF ENVIRON<br>130 HIGH STREET<br><br>HAMILTON, OH 45011 | 2986 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$720.87<br>$720.87 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CANADIAN NATIONAL RAILWAY COMPANY<br>C/O MARTIN CYR<br>935 DE LA GAUCHETIERE STREET WEST<br>H3B 2M9 MONTREAL CANADA<br>,<br>CANADA | 60070 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$296,105.68<br>$296,105.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CANON BUSINESS SOLUTIONS EAST<br>1250 VALLEY BROOK AVE<br><br>LYNDHURST, NJ 07071 | 7649 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$295.36<br>$295.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CASSELMAN, DON & SON LTD<br>70 COLVILLE RD<br>TORONTO ON M6M 2Y4 CANADA<br>,<br>CANADA | 22834 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,350.69<br>$1,350.69 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where they replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CATALYTIC COMBUSTION CORPORATION ATTN AL SUSEDIK 709 21ST AVE BLOOMER, WI 54724 | 837 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $30,240.00 | (U) | | |
| | | | $30,240.00 | (T) | | |
| CBS OUTDOOR FKA VIACOM OUTDOOR CBS OUTDOOR 185 HIGHWAY 46 FAIRFIELD, NJ 07004 | 33245 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $98,639.51 | (U) | | |
| | | | $98,639.51 | (T) | | |
| CBS RADIO INC. C/O CBS LAW DEPT ATTN HELEN D'ATONA 51 WEST 52ND STREET NEW YORK, NY 10019 | 67346 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $72,545.29 | (U) | | |
| | | | $72,545.29 | (T) | | |
| CITADEL BROADCASTING ATTN: MOLLY BURT 50 JAMES E CASEY DR BUFFALO, NY 14206 | 338 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,689.00 | (U) | | |
| | | | $3,689.00 | (T) | | |
| CROWE FOUNDRY LIMITED PO BOX 25010 CAMBRIDGE CANADA ON N3C 4B1 CANADA , CANADA | 15952 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $53,541.77 | (U) | | |
| | | | $53,541.77 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CRYSTAL WATER COMPANY<br>3288 ALPENA ST<br><br>BURTON, MI 48529 | 14187 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$15,202.50<br>$15,202.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DETROIT TEST/WARREN<br>27485 GEORGE MERRELLI DR<br><br>WARREN, MI 48092 | 11836 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,973.73<br>$16,973.73 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DLA PIPER LLP (US)<br>C/O RICHARD M KREMEN<br>THE MARBURY BUILDING<br>6225 SMITH AVE<br>BALTIMORE, MD 21209 | 22640 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$127,649.51<br>$127,649.51 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOMESTIC UNIFIORM LINEN SUPPLY CO INC<br>ATTN M COLTON<br>30555 NORTHWESTERN HIGHWAY SUITE 300<br>ATTN M COLTON<br>FARMINGTON HILLS, MI 48334 | 715 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,476.10<br>$13,476.10 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNELLEY, RR & SONS CO<br>26899 NORTHWESTERN HWY STE 111<br><br>SOUTHFIELD, MI 48033 | 48415 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,103.80<br>$25,103.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DUNCAN EQUIPMENT COMPANY DBA DUNCAN INDUSTRIAL SOLUTIONS<br>DUNCAN INDUSTRIAL SOLUTIONS<br>3450 S MACARTHUR BLVD<br>OKLAHOMA CITY, OK 73179 | 937 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,974.49 (U)<br>$24,974.49 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EAGLE PICHER CORPORATION<br>WOLVERINE ADVANCED MATERIALS LLC<br>5850 MERCURY DRIVE<br>ATTN: COLLEEN HITCHENS<br>DEARBORN, MI 48126 | 19799 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250.02 (U)<br>$250.02 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EQ THE ENVIRONMENTAL QUALITY C0<br>36255 MICHIGAN AVE<br>WAYNE, MI 48184 | 60399 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,199.98 (U)<br>$60,199.98 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EXEL NORTH AMERCIA, INC.<br>45001 FIVE MILE RD<br>PLYMOUTH, MI 48170 | 46 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$113,009.15 (U)<br>$113,009.15 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EXEL NORTH AMERICA INC<br>45001 FIVE MILE RD<br>PLYMOUTH, MI 48170 | 2461 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$86,876.45 (U)<br>$86,876.45 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FINDLAY INDUSTRIES ESPANA SL CARRETERA DE CAPELLADES A MARTORELL KM 17,3, 08783 MASQUEFA, BARCELONA, SPAIN , SPAIN | 63537 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $120,953.88  (U) $120,953.88  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FIRESTONE INDUSTRIAL PRODUCTS 250 W 96TH STREET INDIANAPOLIS, IN 46260 | 16237 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $49,382.35  (U) $49,382.35  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREELEY CONTAINMENT & REWORK INC. 200 BASELINE ROAD EAST BOWMANVILLE L1C 1A2 , CANADA | 12137 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $1,127.77  (U) $1,127.77  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOLLEY PERFORMANCE PRODUCTS 1801 RUSSELLVILLE RD BOWLING GREEN, KY 42101 | 3688 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $6,581.44  (U) $6,581.44  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOOSIER SPLINE/KOKOM PO BOX 538 1401 TOUBY PIKE KOKOMO, IN 46903 | 4942 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $5,520.00  (U) $5,520.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KC TRANSPORTATION INC<br>888 WILL CARLETON RD<br><br>CARLETON, MI 48117 | 17149 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,679.77  (U)<br>$18,679.77  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KONECRANES INC<br>ATTN: KAREN MOORE<br>4401 GATEWAY BLVD<br>SPRINGFIELD, OH 45502 | 31225 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,004.50  (U)<br>$65,004.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KPMG LLP<br>58 CLARENDON RD DEPT 791<br>WD17 1DE WATFORD<br>UNITED KINGDOM GREAT BRITAIN<br>,<br>GREAT BRITAIN | 12916 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$97,170.00  (U)<br>$97,170.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LUCIUS MICHAEL<br>SOLES LAW OFFICES OF ROBERT E LPA<br>6545 MARKET AVE N<br>N CANTON, OH 44721 | 29873 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$42,787.50  (U)<br>$42,787.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAXZONE VEHICLE LIGHTING INC<br>15889 SLOVER UNIT A<br>FONTANA, CA 92337 | 18361 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,878.10  (U)<br>$14,878.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL DEMAGGIO<br>5575 AMAZON AVE<br><br>JACKSONVILLE, FL 32254 | 70348 | Motors Liquidation Company | $1,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,000,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MODCOMP INC<br>C/O RAUL GASTESI JR ESQ<br>GASTESI & ASSOCIATES P A<br>8105 NW 155TH STREET<br>MIAMI LAKES, FL 33016 | 1087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$75,415.00  (U)<br>$75,415.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOTT COMMUNITY COLLEGE<br>1401 E COURT ST<br>ATTN CASHIERS OFFICE<br>FLINT, MI 48503 | 60760 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$37,459.00  (U)<br>$37,459.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEYR DE MEXICO SA DE CV<br>PHILIPPE VAYSSETTES<br>AUTOPISTA MEXICO PUEBLA KA 117<br>PARQUE IND FINSA 2 NAVE INDUSTRIAL 23 A<br>72710 CUAUTLANCINGO CP  MEXICO<br>,<br>MEXICO | 31181 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$120,723.44  (U)<br>$120,723.44  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NIDEC MOTORS & ACTUATORS<br>C/O DAVID M EISENBERG, ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN<br>400 GALLERIA OFFICENTRE, STE 444<br>SOUTHFIELD, MI 48034 | 1233 | Motors Liquidation Company | $0.00  (S)<br>$100,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$100,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NITTO DENKO AUTOMOTIVE MISSOURI INC<br>C/O FRANK W DICASTRI<br>FOLEY & LARDNER LLP<br>777 E WISCONSON AVENUE<br>MILWAUKEE, WI 53202 | 50632 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $56,350.00 | (U) | | |
| | | | $56,350.00 | (T) | | |
| O'NEILL METAL FORMING INC<br>1098 RIG ST<br><br>COMMERCE TOWNSHIP, MI 48390 | 9606 | Motors Liquidation Company | $152,360.40 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $152,360.40 | (T) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| OTIS ELEVATOR COMPANY<br>OTIS ELEVATOR COMPANY, ET AL<br>ATTN:  TREASURY SERVICES - T WIAFE 3RD FLOOR<br>1 FARM SPRINGS<br>FARMINGTON, CT 06032 | 608 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $120,962.63 | (U) | | |
| | | | $120,962.63 | (T) | | |
| PACE GLOBAL ENERGY SERVICES LLC<br>4401 FAIR LAKES COURT<br><br>FAIRFAX, VA 22033 | 64852 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $42,235.42 | (U) | | |
| | | | $42,235.42 | (T) | | |
| PANASONIC ELECTRIC WORKS CORP OF AMERICA<br>629 CENTRAL AVE<br><br>NEW PROVIDENCE, NJ 07974 | 48 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $226,075.89 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $112,833.77 | (U) | | |
| | | | $338,909.66 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PAUL W MARINO GAGES INC<br>ATTN ROBERT M SOSIN ESQ<br>30100 TELEGRAPH RD STE 360<br>FRANKLIN, MI 48025 | 1367 | Motors Liquidation Company | $404,004.31<br>$0.00<br>$0.00<br>$0.00<br>$404,004.31 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEAK TECHNOLOGIES INC<br>10330 OLD COLUMBIA RD, SUITE 200<br>COLUMBIA, MD 21046 | 912 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$48,183.77<br>$48,183.77 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PECO<br>PECO ENERGY COMPANY<br>ATTN MICHAEL P MURPHY S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | 901 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$71,789.01<br>$71,789.01 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PIOLAX INC<br>139 ETOWAH INDUSTRIAL COURT<br>CANTON, GA 30114 | 61964 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$455.19<br>$455.19 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PITNEY BOWES SOFTWARE INC<br>PITNEY BOWES INC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 67340 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,113.84<br>$6,113.84 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RAMCO INDUSTRIES INC<br>2006 TOBSAL CT<br><br>WARREN, MI 48091<br>UNITED STATES OF AMERICA | 50656 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $16,276.96 | (U) | | |
| | | | $16,276.96 | (T) | | |
| SAVVIS INC<br>1 SAVVIS PARKWAY<br><br>TOWN & COUNTRY, MO 63017 | 659 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $17,512.80 | (U) | | |
| | | | $17,512.80 | (T) | | |
| SCOTT DAVID I<br>DBA DAVID SCOTT CONSULTING LLC<br>862 SAINT ANDREWS WAY<br>FRANKFORT, IL 60423 | 21811 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $839,751.39 | (U) | | |
| | | | $839,751.39 | (T) | | |
| SENSOR-NITE INDUSTRIAL<br>JOSEPH R GRIFFIN<br>EPIQ SENSOR-NITE USA<br>14165 FENTON ROAD, SUITE 204C<br>FENTON, MI 48430 | 13000 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $77,041.74 | (U) | | |
| | | | $77,041.74 | (T) | | |
| SHIGA INTERNATIONAL PATENT OFFICE<br>MASATAKE SHIGA PRESIDENT<br>GRAN TOKYO SOUTH TOWER<br>1-9-2 MARUNOUCHI<br>CHIYODA KU TOKYO JAPAN 100-6620<br>,<br>JAPAN | 1153 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $4,198.39 | (U) | | |
| | | | $4,198.39 | (T) | | |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SPH CRANE & HOIST INC<br>DBA MORRIS MATERIAL HANDLING<br>ATTN: KAREN MOORE<br>4401 GATEWAY BLVD<br>SPRINGFIELD, OH 45502 | 31226 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,859.00<br>$8,859.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANDARD MOTOR PRODUCTS<br>ATTN: VICE PRESIDENT GENERAL COUNSEL<br>37-18 NORTHERN BLVD<br>LONG ISLAND CITY, NY 11101 | 13072 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$63,849.29<br>$63,849.29 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUNDRAM INTERNATIONAL INC<br>801 W BIG BEAVER ROAD<br>5TH FL<br>TROY, MI 48084 | 65677 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$135,493.03<br>$135,493.03 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUPERB FABRICATING LLC<br>1280 HOLDEN AVE STE 113<br>MILFORD, MI 48381 | 7031 | Motors Liquidation Company | $52,596.40<br>$0.00<br>$0.00<br>$0.00<br>$52,596.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates. | | | | | | |
| TENNANT CO<br>701 LILAC DR N<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 15134 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$11,828.05<br>$11,828.05 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THE BUFFALO NEWS C/O GETMAN & BIRYLA, LLP 800 RAND BUILDING 14 LAFAYETTE SQUARE BUFFALO, NY 14203 | 628 | Motors Liquidation Company | $0.00 $0.00 $0.00 $285,070.94 $285,070.94 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE GLEASON WORKS ATTN: EDWARD J. PELTA, ESQ. 1000 UNIVERSITY AVE ROCHESTER, NY 14607 | 44308 | Motors Liquidation Company | $0.00 $0.00 $0.00 $50,550.50 $50,550.50 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TITAN X ENGINE COOLING INC C/O PHILLIPS LYTLE LLP ATTN ANGELA Z MILLER ESQ 3400 HSBC CENTER BUFFALO, NY 14203 | 60583 | Motors Liquidation Company | $0.00 $0.00 $0.00 $338,577.00 $338,577.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TITANX ENGINE COOLING INC C/O PHILLIPS LYTLE LLP ATTN ANGELA Z MILLER ESQ 3400 HSBC CENTER BUFFALO, NY 14203 | 64846 | Motors Liquidation Company | $0.00 $0.00 $0.00 $129,625.00 $129,625.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note: This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TRAN TECH INC 888 WILL CARLETON RD CARLETON, MI 48117 | 29042 | Motors Liquidation Company | $0.00 $0.00 $0.00 $35,179.00 $35,179.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRICO PRODUCTS CORPORATION ATTN RICK ONISKO 3255 W HAMILIN ROAD ROCHESTER HILLS, MI 48309 | 59853 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $46,810.82  (U)  $46,810.82  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TROY DESIGN & MANUFACTURING CO & ITS SUBSIDIARIES AND AFFILIATES JOSE J BARTOLOMEI MILLER CANFIELD ATTY AND AGENTS FOR TROY DESIGN & MANUFACTURING CO 101 N MAIN ST 7TH FL ANN ARBOR, MI 48104 | 60593 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $65,980.00  (U)  $65,980.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURVO INTERNATIONAL CO LTD NO 59,  JING 2 RD, TAICHUNG HARBOR EXPORT PROCESSING ZONE, WUCI TOWNSHIP, TAICHUNG COUNTY 435, TAIWAN, ZIPCODE: 435 , TAIWAN | 19000 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $75,634.40  (U)  $75,634.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UNISOURCE WORLDWIDE INC 9 CRYSTAL POND RD SOUTHBOROUGH, MA 01772 | 12469 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $129,934.99  (U)  $129,934.99  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VALENITE INC 17-02 NEVINS RD FAIR LAWN, NJ 07410 | 1825 | Motors Liquidation Company | $0.00  (S)  $0.00  (A)  $0.00  (P)  $21,396.49  (U)  $21,396.49  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| VIBRACOUSTIC POLSKA SP Z O O BODMAN LLP C/O COLIN T DARKE ESQ 1901 ST ANTOINE STREET FORD FIELD 6TH FL DETROIT, MI 48226 | 64698 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $168,678.73 | (U) | | |
| | | | $168,678.73 | (T) | | |
| WACKENHUT CORP, THE ATTN: TONY CAPPELLO 4200 WACKENHUT DR STE 100 WEST PALM BEACH, FL 33410 | 3448 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $204.83 | (U) | | |
| | | | $204.83 | (T) | | |
| WAYMAN FIRE PROTECTION INC 403 MECO DR WILMINGTON, DE 19804 | 1766 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $88,878.00 | (U) | | |
| | | | $88,878.00 | (T) | | |
| WILLIAM MORRIS AGENCY LLC C/O PACHULSKI STANG ZIEHL & JONES LLP ATTN MR JASON POMERANTZ 10100 SANTA MONICA BLVD, 11TH FLOOR LOS ANGELES, CA 90067 | 69242 | Motors Liquidation Company | | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | | |
| | 100 | | $1,611,882.46 | (S) | | |
| | | | $326,075.89 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,932,737.47 | (U) | | |
| | | | $7,870,695.82 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                           :
In re                                      :        Chapter 11 Case No.
                                           :
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*   :
                                           :
                        **Debtors.**       :        **(Jointly Administered)**
                                           :
-----------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' 160TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims Assumed by General Motors LLC)**

Upon the 160th omnibus objection to expunge certain claims, dated January 26,

2011 (the "**160th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry

of an order disallowing and expunging the Assumed Claims on the ground that each Assumed

Claim is for an obligation for which the Debtors have no liability, all as more fully described in

the 160th Omnibus Objection to Claims; and due and proper notice of the 160th Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the 160th

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 160th Omnibus Objection to Claims.

all parties in interest and that the legal and factual bases set forth in the 160th Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 160th Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the 160th Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

disallowed or expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2011


_____
United States Bankruptcy Judge