HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
In re                                       :       Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :       09-50026 (REG)
         f/k/a General Motors Corp., et al. :
                                            :
                          Debtors.          :       (Jointly Administered)
                                            :
-------------------------------------------------------------x
```

<u>**NOTICE OF DEBTORS' 161ST OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims Assumed by General Motors LLC)**

   **PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 161st omnibus objection to expunge certain claims (the "**161st**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 161st

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

       **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 161ST OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

       **PLEASE TAKE FURTHER NOTICE** that any responses to the 161st Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 161st Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 161st Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 26, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
In re :     **Chapter 11 Case No.**
: 
**MOTORS LIQUIDATION COMPANY,** *et al.,* :     **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* : 
: 
    **Debtors.** :     **(Jointly Administered)**
: 
-------------------------------------------------------------x

## DEBTORS' 161ST OMNIBUS OBJECTION TO CLAIMS
### (Claims Assumed by General Motors LLC)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.        The Debtors file this 161st omnibus objection to expunge certain claims
(the "**161st Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States
Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure
(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of
omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")
(ECF No. 4180), seeking entry of an order disallowing and expunging the claims listed on
**Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A"
hereto and have determined that the proofs of claim listed under the heading "*Claims to be
Disallowed and Expunged*" (collectively, the "**Assumed Claims**") are claims relating to certain
executory contracts that have been assumed by General Motors LLC ("**New GM**") pursuant to
the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the
"**Master Purchase Agreement**"), dated as of June 26, 2009, by and among General Motors
Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc.,
and New GM.  As described further below, because the Assumed Claims have been assumed by
New GM pursuant to the Master Purchase Agreement, they are not liabilities of MLC or the
other Debtors and therefore should be disallowed and expunged.

---

[1]    Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.        On September 16, 2009, this Court entered an order (ECF No. 4079)

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person

or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental

units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established

June 1, 2010 as the deadline to file proofs of claim).

---

[2]   The Initial Debtors are MLC (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS
Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn
of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Initial Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Master Purchase Agreement**

7.      Article II (*Purchase and Sale*), Section 2.1 (*Purchase and Sale of Assets; Assumption of Liabilities*), of the Master Purchase Agreement provides:

> On the terms and subject to the conditions set forth in this Agreement, other than as set forth in Section 6.30, Section 6.34 and Section 6.35, at the Closing, Purchaser shall (a) purchase, accept and acquire from Sellers, and Sellers shall sell, transfer, assign, convey and deliver to Purchaser, free and clear of all Encumbrances (other than Permitted Encumbrances), Claims and other interests, the Purchased Assets and (b) assume and thereafter pay or perform as and when due, or otherwise discharge, all of the Assumed Liabilities.

8.      Section 2.2(a) of the Master Purchase Agreement (*Purchased and Excluded Assets*) provides in pertinent part:

> (a)     The "Purchased Assets" shall consist of the right, title and interest that Sellers possess and have the right to legally transfer in and to all of the properties, assets, rights, titles and interests of every kind and nature, owned, leased, used or held for use by Sellers (including indirect and other forms of beneficial ownership), whether tangible or intangible, real, personal or mixed, and wherever located and by whomever possessed, assets, rights, titles and interests:

> (x)     . . . all Contracts, other than the Excluded Contracts (collectively, the "Purchased Contracts"), including, for the avoidance of doubt . . . (B) any Executory Contract designated as an Assumable Executory Contract as of the applicable Assumption Effective Date.

9.      Section 2.3(a) of the Master Purchase Agreement (*Assumed and Retained Liabilities*) provides in pertinent part:

(a)  The "Assumed Liabilities" shall consist only of the following Liabilities of Sellers:

(ii)  all Liabilities under each Purchased Contract;

(iv)  all Cure Amounts under each Assumable Executory Contract that becomes a Purchased Contract;

10.  The term "Liabilities" is defined in the recitals to the Master Purchase Agreement as follows:

"Liabilities" means any and all liabilities and obligations of every kind and description whatsoever, whether such liabilities or obligations are known or unknown, disclosed or undisclosed, matured or unmatured, accrued, fixed, absolute, contingent, determined or undeterminable, on or off-balance sheet or otherwise, or due or to become due, including Indebtedness and those arising under any Law, Claim, Order, Contract or otherwise.

11.  Pursuant to the Master Purchase Agreement, New GM has assumed all liabilities and obligations relating to purchased contracts or assumed executory contracts, which include the Assumed Claims.  The Debtors therefore seek entry of an order disallowing and expunging from the claims register the Assumed Claims.

## The Relief Requested Should Be Approved by the Court

12.  A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), *aff'd*, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).  The

Debtors have compared their books and records with the proofs of claim identified on Exhibit

"A" and have determined that the Assumed Claims are not the responsibility of MLC or the

Debtors, having been assumed by New GM as described herein.  Further, paragraph 26 of the

Order approving the Master Purchase Agreement (ECF No. 2968) provides:

> Except as provided in the [Master Purchase Agreement] or this
> Order, after the Closing, the Debtors and their estates shall have no
> further liabilities or obligations with respect to any Assumed
> Liabilities other than certain Cure Amounts as provided in the
> [Master Purchase Agreement], and all holders of such claims are
> forever barred and estopped from asserting such claims against the
> Debtors, their successors or assigns, and their estates.

14.     To avoid the possibility of multiple recoveries by the same creditor, the

Debtors request that the Court disallow and expunge the Assumed Claims in their entirety.

### Notice

15.     Notice of this 161st Omnibus Objection to Claims has been provided to

each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended

Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing

Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).

16.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 26, 2011

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

161st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| #NAME?<br>ATTN: ERIC ANDERSON<br>149 COMMONWEALTH DRIVE<br>MENLO PARK, CA 94025<br>UNITED STATES OF AMERICA | 20076 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$74,144.24<br>$74,144.24 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AB AUTOMOTIVE ELECTRONICS LIMITED<br>ATTN DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 NORTH TRYON STREET STE 1900<br>CHARLOTTE, NC 28246 | 58660 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$820,383.31<br>$820,383.31 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADAC PLASTICS INC D/B/A ADAC AUTOMOTIVE<br>5920 TAHOE DR SE<br>GRAND RAPIDS, MI 49546 | 60717 | MLCS, LLC | $0.00<br>$1,374.28<br>$0.00<br>$874.69<br>$2,248.97 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADAC PLASTICS INC D/B/A ADAC AUTOMOTIVE<br>C/O ADAC PLASTICS INC<br>5920 TAHOE DR SE<br>GRAND RAPIDS, MI 49546 | 60718 | Motors Liquidation Company | $0.00<br>$578.03<br>$0.00<br>$28,567.60<br>$29,145.63 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADVANCED ENGINEERING SOLUTIONS INC<br>SARAH B CARTER<br>2700 KETTERING TOWER<br>DAYTON, OH 45423 | 28372 | Motors Liquidation Company | $63,275.00<br>$0.00<br>$0.00<br>$0.00<br>$63,275.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ADVANCED TECHNOLOGY SERVICES INC<br>8201 N UNIVERSITY ST<br><br>PEORIA, IL 61615 | 33477 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$77,626.94<br>$77,626.94 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AFT<br>C/O DAVID A LERNER ESQ<br>PLUNKETT COONEY<br>38505 WOODWARD AVE SUITE 2000<br>BLOOMFIELD HILLS, MI 48304 | 44886 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$174,758.16<br>$174,758.16 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AGGREKO LLC<br>PO BOX 10004<br>NEW IBERIA, LA 70562 | 16743 | MLCS, LLC | $0.00<br>$0.00<br>$0.00<br>$12,128.64<br>$12,128.64 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AGGREKO LLC<br>NEAL HARGRAVE<br>PO BOX 10004<br>NEW IBERIA, LA 70562 | 16744 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,236.68<br>$24,236.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLSTATE POWER VAC INC<br>2527 MARKET ST<br><br>ASTON, PA 19014 | 9252 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,586.50<br>$30,586.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5544 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $67,680.51 | (U) | | |
| | | | $67,680.51 | (T) | | |
| ANTHONY GOMEZ<br>CINDY OR ANTHONY GOMEZ<br>101 N DOWLING RD STE A<br>COLLEGE STATION, TX 77845 | 61547 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,656.75 | (U) | | |
| | | | $5,656.75 | (T) | | |
| | | | Unliquidated | | | |
| ARC HOLDING LTD FKA FOX SPORTS NET MIDWEST<br>10201 W PICO BLVD BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60257 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $243,474.00 | (U) | | |
| | | | $243,474.00 | (T) | | |
| ARC HOLDING LTD FKA FOX SPORTS NET SOUTHWEST<br>10201 W PICO BLVD BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60256 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $303,917.00 | (U) | | |
| | | | $303,917.00 | (T) | | |
| ASSET ENGINEERING CORPORATION ASSIGNEE OF VANNATTER GROUP INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, CANADA<br>,<br>CANADA | 17210 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,230,909.40 | (U) | | |
| | | | $1,230,909.40 | (T) | | |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ASSET ENGINEERING CORPORATION ASSIGNEE OF VANNATTER GROUP INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, CANADA<br>,<br>CANADA | 17211 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $19,362.24 | (U) | | |
| | | | $19,362.24 | (T) | | |
| AZ AUTOMOTIVE CORP<br>ATTN: SHERYL MCGOWAN<br>24331 SHERWOOD AVE<br>CENTER LINE, MI 48015<br>UNITED STATES OF AMERICA | 51347 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $94,768.57 | (U) | | |
| | | | $94,768.57 | (T) | | |
| B & B AIR INC<br>7311 E 43RD ST<br>INDIANAPOLIS, IN 46226 | 672 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $4,661.95 | (U) | | |
| | | | $4,661.95 | (T) | | |
| BARFIELD LATRELL<br>PO BOX 1824<br>SANFORD, FL 32772 | 11525 | Motors Liquidation Company | $19,000.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $19,000.00 | (T) | | |
| BAYLIS, DAVID M<br>180 BRISCOE BLVD<br>WATERFORD, MI 48327 | 15805 | Motors Liquidation Company | | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BYRD INVESTIGATIONS INC<br>PO BOX 202241<br><br>ARLINGTON, TX 76006 | 20908 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$101.20  (P)<br>$0.00  (U)<br>$101.20  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| C R D ENTERPRISES INC<br>549 CAPITAL DR<br><br>LAKE ZURICH, IL 60047 | 10853 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,752.40  (U)<br>$13,752.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARRIER CORP<br>ATTN: JOYCE KUPPEL<br>PO BOX 4808, BLDG TR-5<br>SYRACUSE, NY 13221 | 29626 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$83,745.94  (U)<br>$83,745.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CASCO PRODUCTS CORPORATION<br>DIONNE BEST, AR MANAGER<br>FINANCE DEPARTMENT<br>855 MAIN STREET 10TH FLOOR<br>BRIDGEPORT, CT 06604<br>UNITED STATES OF AMERICA | 51340 | Motors Liquidation Company | $0.00  (S)<br>$4,110.47  (A)<br>$0.00  (P)<br>$115,399.07  (U)<br>$119,509.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHINA PATENT AGENT HK LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI CHINA<br>,<br>CHINA (PEOPLE'S REP) | 17629 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$45,806.50  (U)<br>$45,806.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CINCINNATI SUB ZERO PRODUCTS INC<br>12011 MOSTELLER RD<br><br>CINCINNATI, OH 45241 | 48355 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $40,656.00 | (U) | | |
| | | | $40,656.00 | (T) | | |
| COLBERT MANUFACTURING COMPANY INC<br>C/O DAVID ZAGER, ATTORNEY<br>1125 BALBADE DR<br>NASHVILLE, TN 37215 | 244 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $197,558.00 | (U) | | |
| | | | $197,558.00 | (T) | | |
| CONTITIECH MGW GMBH<br>A FRANZISKA HEUER<br>D-34346 HANN MUNDEN<br>POSTFACH 1420<br>D 34334 HANN MUNDEN GERMANY<br>,<br>GERMANY | 17711 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $31,287.06 | (U) | | |
| | | | $31,287.06 | (T) | | |
| | | | Unliquidated | | | |
| CORECON INC<br>775 DUVICK AVE<br><br>SANDWICH, IL 60548 | 6458 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $6,817.40 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $6,817.40 | (T) | | |
| CROWN EQUIPMENT CORPORATION<br>ATTN RODNEY J HINDERS<br>102 S WASHINGTON ST<br>NEW BREMEN, OH 45869 | 43891 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $26,091.69 | (U) | | |
| | | | $26,091.69 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DALE U DAFLER<br>804 REDWOOD DR<br><br>EATON, OH 45320 | 23468 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$15,100.00  (U)<br><br>$15,100.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID BAYLIS<br>180 BRISCOE BLVD<br><br>WATERFORD, MI 48327 | 15806 | Motors Liquidation Company | <br><br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEACON INDUSTRIAL SUPPLY CO IN<br>7 E COMMONS BLVD<br><br>NEW CASTLE, DE 19720 | 60047 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$13,529.82  (U)<br><br>$13,529.82  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DELTEK, INC<br>13880 DULLES CORNER LANE<br><br>HERNDON, VA 20171 | 243 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$72,800.00  (U)<br><br>$72,800.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMOCRAT & CHRONICLE<br>CREDIT MANAGER<br>55 EXCHANGE BLVD<br>ROCHESTER, NY 14614 | 5140 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$8,314.68  (U)<br><br>$8,314.68  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DETROIT BOILER CO<br>2931 BEAUFAIT ST<br><br>DETROIT, MI 48207 | 13372 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $91,857.81 | (U) | | |
| | | | $91,857.81 | (T) | | |
| DONALDSON COMPNAY, INC.<br>1400 W 94TH ST<br><br>BLOOMINGTON, MN 55431 | 19973 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $34,504.00 | (U) | | |
| | | | $34,504.00 | (T) | | |
| ENDECA TECHNOLOGIES INC<br>ENDECA TECHNOLOGIES INC<br>101 MAIN STREET SUITE 1400<br>CAMBRIDGE, MA 02142 | 45785 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $119,888.75 | (U) | | |
| | | | $119,888.75 | (T) | | |
| FAST TEK GROUP LLC<br>9850 E 30TH ST<br><br>INDIANAPOLIS, IN 46229 | 21249 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $70,000.00 | (U) | | |
| | | | $70,000.00 | (T) | | |
| | | | Unliquidated | | | |
| FIRST STATE ORTHOPAEDICSPA<br>4745 OGLETOWN STANTON RD SUITE<br>SUITE 135<br>NEWARK, DE 19713 | 58882 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $136,401.00 | (U) | | |
| | | | $136,401.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FOX SPORTS NET ARIZONA LLC<br>10201 W PICO BLVD<br>BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 59849 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$170,705.00<br>$170,705.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET DETROIT LLC<br>10201 W PICO BLVD #103 ROOM 3147<br>LOS ANGELES, CA 90035 | 60258 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$109,627.00<br>$109,627.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET FLORIDA INC<br>10201 W PICO BLVD<br>BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60254 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$35,466.00<br>$35,466.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET NORTH LLC<br>10201 W PICO BLVD BLDG 103 # 3147<br>LOS ANGELES, CA 90035 | 59848 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,898.00<br>$13,898.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET OHIO LLC<br>10201 W PICO BLVD<br>BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 59847 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$345,389.00<br>$345,389.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection                    **Exhibit A**                    **Motors Liquidation Company, et al.**
                                                                           **Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FOX SPORTS NET WEST 2 LLC 10201 W PICO BLVD BLDG 103 #3147 LOS ANGELES, CA 90035 UNITED STATES OF AMERICA | 59846 | Motors Liquidation Company | $0.00 $0.00 $0.00 $18,190.00 $18,190.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET WEST, LLC 10201 W. PICO BLVD BLDG 103 #3147 LOS ANGELES, CA 90035 | 60148 | Motors Liquidation Company | $0.00 $0.00 $0.00 $107,143.00 $107,143.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARCIA & VILLARREAL LLP 4401 N MCCOLL RD MCALLEN, TX 78504 | 36220 | Motors Liquidation Company | $0.00 $0.00 $0.00 $661,095.10 $661,095.10 Unliquidated | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GE BETZ INC 4636 SOMERTON RD TREVOSE, PA 19053 | 18330 | Motors Liquidation Company | $0.00 $0.00 $0.00 $6,156.80 $6,156.80 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY ATTN MICHAEL B BACH ESQ 25 WHITNEY DR STE 106 MILFORD, OH 45150 | 833 | Motors Liquidation Company | $0.00 $0.00 $0.00 $6,659.39 $6,659.39 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GE CONSUMER & INDUSTRIAL, F/K/A GE SECURITY<br>MICHAEL B BACH, ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150 | 767 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $6,100.80 | (U) | | |
| | | | $6,100.80 | (T) | | |
| GE CONSUMER & INDUSTRIAL, F/K/A GE SECURITY<br>ATTN MICHAEL B BACH, ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150 | 768 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $14,326.05 | (U) | | |
| | | | $14,326.05 | (T) | | |
| GLOBAL CROSSING CONFERENCING<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 790407<br>SAINT LOUIS, MO 63179 | 9238 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $22,300.91 | (U) | | |
| | | | $22,300.91 | (T) | | |
| GOLDSMITH BARBARA J<br>DBA BARBARA J GOLDSMITH & CO<br>PO BOX 9024<br>PROVIDENCE, RI 02940 | 30267 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $25,000.00 | (U) | | |
| | | | $25,000.00 | (T) | | |
| GRANT THORNTON LLP<br>ATTN BRENNA FREUDENTHAL<br>175 W JACKSON BLVD 20TH FLOOR<br>CHICAGO, IL 60604 | 1387 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,059,416.00 | (U) | | |
| | | | $1,059,416.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GUIZHOU GUIHANG AUTOMOTIVE COMPONENTS CO LTD HUAYANG ELECTRICS COMPANY 2 PANJIANG S RD XIAOHE GUIYANG CHINA , CHINA (PEOPLE'S REP) | 17921 | Motors Liquidation Company | $18,695.81 $0.00 $18,695.81 $0.00 $37,391.62 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| H&P TECHNOLOGIES 21251 RYAN RD WARREN, MI 48091 | 3716 | Motors Liquidation Company | $0.00 $0.00 $0.00 $958.50 $958.50 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HADEN SCHWEITZER CORPORATION C/O MICHAEL G MENKOWITZ ESQUIRE FOX ROTHSCHILD LLP 2000 MARKET STREET 10TH FLOOR PHILADELPHIA, PA 19103 | 51355 | Motors Liquidation Company | $0.00 $0.00 $0.00 $254,511.34 $254,511.34 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HCL AMERICA INC C/O DLA PIPER LLP (US) ATTN VINCENT J ROLDAN 1251 AVE OF THE AMERICAS NEW YORK, NY 10020 | 67246 | Motors Liquidation Company | $0.00 $0.00 $0.00 $63,971.85 $63,971.85 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDUSTRIAL POWER SYSTEMS INC 1650 INDIAN WOOD CIR MAUMEE, OH 43537 | 44876 | Motors Liquidation Company | $0.00 $0.00 $0.00 $104,844.00 $104,844.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| INSTATUNE HUSKY<br>5520 CALGARY TRAIL NW<br>EDMONTON AB T6H 4K1 CANADA<br>,<br>CANADA | 16101 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$102.14  (U)<br>$102.14  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSPEH CORRIGAN ESQ<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | 65344 | Motors Liquidation Company | $133,965.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$133,965.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES, ELLIOTT<br>2109 TURNBERRY LN<br>CORONA, CA 92881 | 6166 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,595.00  (U)<br>$10,595.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERSON WELLS INTERNATIONAL<br>100 MANPOWER PLACE<br>MILWAUKEE, WI 53212 | 59774 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$275,587.41  (U)<br>$275,587.41  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | 66748 | Motors Liquidation Company | $268,722.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,916.65  (U)<br>$350,639.47  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not secured by property of the Debtors' estates. Accordingly, this claim
should be reclassified as a general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and they replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605<br>UNITED STATES OF AMERICA | 66749 | MLCS, LLC | $268,722.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,617.53  (U)<br>$350,340.35  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not secured by property of the Debtors' estates. Accordingly, this claim
should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHANN HAY GMBH AND CO KG<br>ATTN KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | 65899 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,227.58  (U)<br>$13,227.58  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHANN HAY GMBH AND CO KG<br>ATTN KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | 65900 | Motors Liquidation Company | $0.00  (S)<br>$140,704.90  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$140,704.90  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not entitled to administrative expense treatment under the Bankruptcy
Code.  Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH LIPPUCCI<br>6386 STRATFORD DR<br>PARMA HTS, OH 44130 | 45195 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$576.46  (U)<br>$576.46  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENT H LANDSBERG CO<br>C/O AMCOR SUNCLIPSE NORTH AMERICA<br>6600 VALLEY VIEW STREET<br>BUENA PARK, CA 90620 | 6977 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$51,647.97  (U)<br>$51,647.97  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) =
unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. Where the claim amount is zero,
unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KIRCHHOFF AUTOMOTIVE DEUTSCHLAND GM<br>AM ECKENBACH 10-14<br>57439 ATTENDORN NW GERMANY<br>,<br>GERMANY | 64986 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $14,948.70 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $18,304.04 | (U) | | |
| | | | $33,252.74 | (T) | | |
| KUKA ROBOTS IBERICA S A<br>C/O BRYAN CERMAK<br>KUKA GROUP LEGAL DEPT<br>22500 KEY DRIVE<br>CLINTON TOWNSHIP, MI 48036 | 46617 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $101,790.97 | (U) | | |
| | | | $101,790.97 | (T) | | |
| | | | Unliquidated | | | |
| LAPEER METAL STAMPING COMPANIES, INC.<br>930 S. SAGINAW<br>LAPEER, MI 48446<br>UNITED STATES OF AMERICA | 51349 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $128,700.00 | (U) | | |
| | | | $128,700.00 | (T) | | |
| MACTEC ENGINEERING & CONSULTIN<br>MACTEC ENGINEERING AND CONSULTING INC<br>1105 LAKEWOOD PARKWAY<br>SUITE 300<br>ALPHARETTA, GA 30009 | 6871 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $89,175.93 | (U) | | |
| | | | $89,175.93 | (T) | | |
| MAXZONE AUTO PARTS CORP<br>15889 SLOVER UNIT A<br>FONTANA, CA 92337 | 18362 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $214,172.37 | (U) | | |
| | | | $214,172.37 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MERIDIAN LIGHTWEIGHT TECHNOLOGIES INC<br>ATTN: ALAN J MILLER<br>25 MCNAB AVE<br>STRATHROY ONTARIO N7G 4H6 CANADA<br>,<br>CANADA | 69193 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $4,995.76 | (U) | | |
| | | | $4,995.76 | (T) | | |
| | | | Unliquidated | | | |
| METHODE ELECTRONICS MALTA, LTD<br>C/O TIMOTHY S MCFADDEN<br>111 S WACKER DR<br>CHICAGO, IL 60606 | 22215 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,333.67 | (U) | | |
| | | | $21,333.67 | (T) | | |
| MOODY'S INVESTORS SERVICE<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN CHRISTOPHER R BELMONTE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 30108 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $744,075.35 | (U) | | |
| | | | $744,075.35 | (T) | | |
| MOTOR CITY ELECTRIC TECHNOLOGIES INC<br>(AS SUBCONTRACTOR TO EXTREME ENGINEERING)<br>MOTOR CITY ELECTRIC<br>9440 GRINNELL<br>DETROIT, MI 48213 | 11088 | Motors Liquidation Company | $60,000.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $60,000.00 | (T) | | |
| MOTOR CITY ELECTRIC TECHNOLOGIES INC<br>(AS SUBCONTRACTOR TO EXTREME ENGINEERING)<br>MOTOR CITY ELECTRIC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>944 GRINNELL<br>DETROIT, MI 48213 | 11089 | Motors Liquidation Company | $20,000.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $20,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NUSPIRE CORPORATION<br>3155 DALLAVO CT<br><br>COMMERCE TWP, MI 48390 | 543 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $16,247.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $16,247.00 | (T) | | |

Note:  This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| OFFICEMAX<br>ATTN:  CREDIT<br>263 SHUMAN BLVD<br>NAPERVILLE, IL 60563 | 808 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $11,405.27 | (U) | | |
| | | | $11,405.27 | (T) | | |
| OHMART/VEGA CORPORATION<br>ATTN  NATALIE R SCHMIDT<br>4241 ALLENDORF DRIVE<br>CINCINNATI, OH 45209<br>UNITED STATES OF AMERICA | 68656 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $506.68 | (U) | | |
| | | | $506.68 | (T) | | |
| R & O TOOL SERVICE INC<br>ROBERT MCPHERSON<br>7708 OLYMPIC PARKWAY<br>SYLVANIA, OH 43560<br>UNITED STATES OF AMERICA | 63841 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $50,600.73 | (U) | | |
| | | | $50,600.73 | (T) | | |
| RALCO INDUSTRIES INC<br>2720 AUBURN CT<br><br>AUBURN HILLS, MI 48326 | 61839 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $616,841.87 | (U) | | |
| | | | $616,841.87 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RICH DAVIS ENTERPRISES INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>4831 WYOMING ST<br>DEARBORN, MI 48126 | 16530 | Motors Liquidation Company | $0.00<br>$1,600.00<br>$0.00<br>$5,450.00<br>$7,050.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| S&Z SHEETMETAL INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>5237 COMMERCE RD<br>FLINT, MI 48507 | 15081 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$53,120.00<br>$53,120.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SEALED AIR CORP<br>PO BOX 464<br>DUNCAN, SC 29334 | 14121 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$43,352.97<br>$43,352.97 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SECURITY PLASTICS DIVISION/NMC LLC<br>14427 NW 60TH AVE<br>MIAMI LAKES, FL 33014 | 11747 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,571.26<br>$9,571.26 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPEEDWAY SUPERAMERICA LLC<br>SUBSIDIARY OF MARATHON PETROLEUM COMPANY LLC<br>PO BOX 1590<br>SPRINGFIELD, OH 45501 | 1078 | Unknown | $0.00<br>$0.00<br>$0.00<br>$309.76<br>$309.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

161st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SQUARE D COMPANY<br>MICHAEL A WISNIEWSKI<br>1415 S ROSELLE RD<br>PALATINE, IL 60067 | 33277 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$84,861.37<br>$84,861.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45408 | 556 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,836.74<br>$21,836.74 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUNDRAM FASTENERS LIMITED<br>801 W BIG BEAVER ROAD<br>5TH FL<br>TROY, MI 48084 | 65678 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,310.41<br>$20,310.41 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUNSHINE NETWORK INC<br>10201 W PICO BLVD, BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60255 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$95,264.00<br>$95,264.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS H. WEBB<br>4155 KISSIMMEE PARK RD<br>SAINT CLOUD, FL 34772 | 3960 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THOMSON REUTERS (TTA-RESEARCH & GUIDANCE)<br>C/O SARAH E DOERR ESQ<br>MOSS & BARNETT PA<br>4900 WELLS FARGO CENTER<br>90 SOUTH SEVENTH ST<br>MINNEAPOLIS, MN 55402 | 59067 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$19,359.35<br>$19,359.35 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRENTON WATER WORKS<br>CITY OF TRENTON<br>ACCOUNTS & CONTROL<br>319 EAST STATE ST ROOM 113<br>TRENTON, NJ 08608 | 69706 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$72.21<br>$72.21 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIND RIVER SYSTEMS INC<br>500 WIND RIVER WAY<br>ALAMEDA, CA 94501 | 38911 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,742.52<br>$24,742.52 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | 98 | | $852,381.45<br>$170,133.78<br>$35,044.01<br>$10,251,612.61<br>$11,309,171.85 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                    :
In re                                               :          Chapter 11 Case No.
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :          **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*          :
                                                    :
          **Debtors.**                      :          **(Jointly Administered)**
                                                    :
-------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 161ST OMNIBUS OBJECTION TO CLAIMS
### (Claims Assumed by General Motors LLC)

Upon the 161st omnibus objection to expunge certain claims, dated January 26,

2011 (the "**161st Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry

of an order disallowing and expunging the Assumed Claims on the ground that each Assumed

Claim is for an obligation for which the Debtors have no liability, all as more fully described in

the 161st Omnibus Objection to Claims; and due and proper notice of the 161st Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the 161st

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 161st Omnibus Objection to Claims.

all parties in interest and that the legal and factual bases set forth in the 161st Omnibus Objection

to Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 161st Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** annexed hereto under the heading "*Claims to be Disallowed and

Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to, any claim listed on Exhibit "A" annexed to the 161st Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

disallowed or expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge