HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                            :

In re                      :          **Chapter 11 Case No.**
                            :

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :      **09-50026 (REG)**
     **f/k/a General Motors Corp.**, *et al.*  :
                            :

                **Debtors.**    :      **(Jointly Administered)**
                            :

------------------------------------------------------------x

## NOTICE OF DEBTORS' 163RD OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

     **PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 163rd omnibus objection to expunge certain claims (the "**163rd**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 163rd

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 163RD OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 163rd Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 163rd Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 163rd Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      January 26, 2011

            /s/ Joseph H. Smolinsky
            Harvey R. Miller
            Stephen Karotkin
            Joseph H. Smolinsky

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                      :
In re                                 :       Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :       09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                      :
                        Debtors.      :       (Jointly Administered)
                                      :
-------------------------------------------------------------x
```

## DEBTORS' 163RD OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.        The Debtors file this 163rd omnibus objection to certain claims (the

"**163rd Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No.

4180), and this Court's order approving the procedures relating to the filing of proofs of claim

(the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging

the claims listed on **Exhibit "A"** annexed hereto.[1]

2.        The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  After careful review, the

Debtors have determined that the proofs of claim listed under the heading "*Claims to be*

*Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail

to provide sufficient documentation to ascertain the validity of such claims.  Pursuant to section

502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Bar Date Order, the Debtors

seek entry of an order disallowing and expunging from the claims register the Claims with

Insufficient Documentation.  Further, the Debtors reserve all of their rights to object on any other

basis to any Claims with Insufficient Documentation as to which the Court does not grant the

relief requested herein.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered an order (ECF No. 4079)

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person

or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental

units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established

April 16, 2010 as the deadline to file proofs of claim).

---

[2]   The Initial Debtors are MLC (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS
Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn
of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.      A proof of claim *must* "set forth the facts necessary to support the claim" for it to receive the prima facie validity accorded under the Bankruptcy Rules. *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995), *aff'd* , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.      The Claims with Insufficient Documentation fall far short of the standard unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order requires, among other things, that a proof of claim must "set forth with specificity the legal and factual basis for the alleged [c]laim [and] include supporting documentation or an explanation as to why such documentation is not available."  (Bar Date Ord. at 2.)[4]

9.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of

---

[4]   Notices of the Bar Date Order contained express references to this requirement.

these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

### Notice

10.     Notice of this 163rd Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

11.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  New York, New York
        January 26, 2011

                        /s/ Joseph H. Smolinsky
                        Harvey R. Miller
                        Stephen Karotkin
                        Joseph H. Smolinsky

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

163rd Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALBERT D VAN BELLEGHEM<br>1312 WOODMERE RD<br><br>SANTA MARIA, CA 93455 | 38303 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$70,915.00   (U)<br><br>$70,915.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| ANDERSON, IAN F<br>1008 RIDGEWOOD DR<br><br>PLAINFIELD, IN 46168 | 1807 | Motors Liquidation Company | $194.10   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$0.00   (U)<br><br>$194.10   (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARMSTEAD JOHNNIE<br>623 MICHAEL AVE<br><br>LIMA, OH 45804 | 29735 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$8,000.00   (U)<br><br>$8,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| BARTON, OTTO A<br>8852 CURRIER RD<br><br>PLAIN CITY, OH 43064 | 5723 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BLUE, ANGELA R<br>26335 LATHRUP BLVD<br><br>LATHRUP VILLAGE, MI 48076 | 2495 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOWDEN, ELINOR T<br>EDWARD T BOWDEN<br>1034 VICTORY DR<br>YARDLEY, PA 19067 | 10183 | Motors Liquidation Company | <br><br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BREWINGTON, MYGRA M<br>5700 S WATSON RD<br><br>ARLINGTON, TX 76018 | 3450 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| BRUMFIELD, CAROLYN F<br>16707 MURRAY HILL ST<br><br>DETROIT, MI 48235 | 65310 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $93,677.00 | (U) | | |
| | | | $93,677.00 | (T) | | |
| BURRESS, DAVID L<br>1614 PRIMROSE CT<br><br>KOKOMO, IN 46901 | 2013 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| CAIN, MICHAEL F<br>524 WYNDHAM HALL LN<br><br>FARRAGUT, TN 37934 | 2704 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $5,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $5,000.00 | (T) | | |
| CARLETON MATZELLE<br>5345 IROQUOIS COURT<br><br>CLARKSTON, MI 48348<br>UNITED STATES OF AMERICA | 28106 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $401,245.00 | (U) | | |
| | | | $401,245.00 | (T) | | |
| CAROL WOMACK<br>11394 CREGO RD<br><br>AKRON, NY 14001 | 14315 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARRICO, TIMOTHY L<br>365 CLOUD MIST DR<br><br>CAPRON, IL 61012 | 22207 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$53,373.00   (U)<br>$53,373.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLENE GREGORICH TOD ROBERT S GREGORICH JR, HELENE G HAWKINS SUBJ TO STA RULES<br>169 HALSTON COVE<br>BYRAM, MS 39272 | 4970 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLENE S GREGORICH<br>169 HALSTON CV<br><br>JACKSON, MS 39272 | 4971 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHASE BANK<br>FOR DEPOSIT TO THE ACCOUNT OF<br>260 JOHN R RD<br>F MIRZA<br>TROY, MI 48083 | 3980 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARENCE PIMENTEL<br>41438 PELHAM COURT<br><br>FREMONT, CA 94539 | 65386 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$22,570.00   (U)<br>$22,570.00   (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CLAUDIA L BANCROFT<br>6645  PHILLIPS RICE NE<br><br>CORTLAND, OH 44410 | 16583 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$750,000.00<br>$750,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| CONNOLLY-SMITH, SUSAN<br>827 WINDEMERE DR<br><br>BRIGHTON, MI 48114 | 61829 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$153,769.00<br>$153,769.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| DANIEL SOBECKI<br>44290 SATURN DRIVE<br><br>STERLING HEIGHTS, MI 48314 | 27879 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$300,000.00<br>$300,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| DANIELS, JOHN H<br>3066 LAKEVIEW RD<br><br>SHREVEPORT, LA 71107 | 62505 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$250,000.00<br>$250,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| DOMAS, LAWRENCE<br>206 CHARLESTON LN<br><br>MC CORMICK, SC 29835 | 65302 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$121,809.00<br>$121,809.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| DONAL J STEWARD<br>37 BEAR CREEK DR<br><br>WENTZVILLE, MO 63385 | 32914 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$66,220.00<br>$66,220.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD KAUFMAN<br>2105 CRIDER ROAD<br><br>MANSFIELD, OH 44903 | 62927 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$188,397.00  (U)<br>$188,397.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD M PFANNES<br>1032 EDDIE DR<br><br>AUBURN, MI 48611 | 44165 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$53,865.00  (U)<br>$53,865.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD W. WINTER<br>6690 WELLSDALE CT<br><br>WASHINGTON, MI 40984 | 61744 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$149,985.00  (U)<br>$149,985.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY TAM & SHERRY ARYANPUR<br>DOROTHY M. TAM & SHERRY J ARYANPUR JT TEN<br>1510 HYLAND DR<br>STORM LAKE, IA 50588 | 18994 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY TEDFORD<br>3434 SOCKWELL BLVD<br><br>GREENVILLE, TX 75401 | 6270 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EBEH, JOHNNIE M<br>113 ELM LN<br><br>TAMPA, FL 33610 | 12507 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$4,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARDS, CALVIN<br>808 CORK ST<br><br>GREENSBORO, AL 36744 | 4367 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EDWIN RINGLE<br>4060 HILLCREST DR<br><br>WARREN, MI 48092 | 2031 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$55,000.00  (P)<br>$0.00  (U)<br>$55,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| EGGE GILBERT<br>834 SHAWNEE AVE<br><br>LAFAYETTE, IN 47905 | 23398 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$141,651.00  (U)<br>$141,651.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| FIELDS, THELMA J<br>4275 TAYLOR RD APT K4<br><br>CHESAPEAKE, VA 23321 | 7051 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRANCIS BARONE<br>4680 BAER RD<br><br>RANSOMVILLE, NY 14131 | 3905 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FREDA PETERSON<br>13013 N PANORAMA DR<br><br>FOUNTAIN HILLS, AZ 85268 | 17916 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$37,500.00  (U)<br>$37,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GANATRA, JAYANT K<br>6546 BRIDGEWATER DR<br><br>WEST BLOOMFIELD, MI 48322 | 23481 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$415,969.00<br>$415,969.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GARCIA, EVELYN & GEORGE<br>2816 LOS ALAMOS TRL<br><br>FORT WORTH, TX 76131 | 5316 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$750,000.00<br>$750,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GERALD BERCHOK<br>401 COWAN DRIVE<br><br>ELIZABETH, PA 15037 | 65265 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$202,110.00<br>$202,110.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GIPSON, DELORA<br>544 S 22ND ST<br><br>SAGINAW, MI 48601 | 1704 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| GOBLE, DELLA M<br>3341 E HOUGHTON LAKE DR<br><br>HOUGHTON LAKE, MI 48629 | 49661 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$76,652.00<br>$76,652.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GOBLE, MARION E<br>3341 E HOUGHTON LAKE DR<br><br>HOUGHTON LAKE, MI 48629 | 49662 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$119,355.75<br>$119,355.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GROLEAU, HELEN<br>17770 VALADE ST<br><br>RIVERVIEW, MI 48193 | 2493 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$618.00   (P)<br><br>$0.00   (U)<br><br>$618.00   (T)<br><br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HANCE, JOSEPH W<br>35478 MONTECRISTO DR<br><br>STERLING HEIGHTS, MI 48310 | 49653 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$436,655.00  (U)<br><br>$436,655.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HARRIET ISHMAEL<br>7606 MOUNT WHITNEY ST<br><br>HUBER HEIGHTS, OH 45424 | 2433 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$1,200.00  (U)<br><br>$1,200.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HEITMEYER, JO A<br>3550 W WALTON BLVD<br><br>WATERFORD, MI 48329 | 50114 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$81,530.00  (U)<br><br>$81,530.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| HILL, LLOYD C<br>7083 S GRAPE WAY<br><br>CENTENNIAL, CO 80122 | 7061 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOWARD E CHANA<br>2668 SLOW FLIGHT DR<br><br>PORT ORANGE, FL 32128 | 44676 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$101,043.00  (U)<br><br>$101,043.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| IRA FBO MARIAN S MORELLI PERSHING LLC AS CUSTODIAN 286 BETH LANE UNIT 5 WATERBURY, CT 06705 | 28045 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $7,067.84 | (U) | | |
| | | | $7,067.84 | (T) | | |
| ISHMAEL, HARRIET M. 7606 MOUNT WHITNEY ST HUBER HEIGHTS, OH 45424 | 2432 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,200.00 | (U) | | |
| | | | $1,200.00 | (T) | | |
| JACK L THOMAS 2705 LINCOYA CIR SE DECATUR, AL 35603 | 2064 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $1,000,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |
| JACK W WENDELL AND FREDA PETERSON 13013 N PANORAMA DR #117 FOUNTAIN HILLS, AZ 85268 | 17917 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $37,500.00 | (U) | | |
| | | | $37,500.00 | (T) | | |
| JOHN HALE 14200 ROYAL HARBOUR CT UNIT 405 FT MYERS, FL 33908 | 33021 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $28,000.00 | (U) | | |
| | | | $28,000.00 | (T) | | |
| JOSEPH P RYKACZEWSKI 242 ABERDEEN AVE DAYTON, OH 45419 | 61768 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,015,000.00 | (U) | | |
| | | | $1,015,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KENNETH LEE KIRKPATRICK AND GAIL LENORE KIRKPATRICK<br>4867 HOMESTEAD DRIVE<br><br>STERLING HEIGHTS, MI 48314 | 61842 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$137,838.00  (U)<br>$137,838.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| KURK, ROBERT E<br>1816 CAMERON ST<br><br>LAS VEGAS, NV 89102 | 32963 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$89,000.00  (U)<br>$89,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| KYLE L EYRICH<br>4 SLOWDRIFT TURN<br><br>PALM COAST, FL 32164 | 28011 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$360,000.00  (U)<br>$360,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| LEACH, TONIA L<br>1808 GLOUCESTER PL<br><br>CLINTON, MS 39056 | 10088 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LELTON MARTIN<br>1878 COUNTY ROAD 284<br><br>COURTLAND, AL 35618 | 320 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$8,000.00  (P)<br>$0.00  (U)<br>$8,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| LEROY REIBLING<br>55220 PARKVIEW DRIVE<br><br>SHELBY TWP, MI 48316 | 61753 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$45,087.00  (U)<br>$45,087.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LOUIS VANDER MALLIE<br><br>,<br>UNITED STATES OF AMERICA | 12046 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| LURA A STEWARD<br>37 BEAR CREEK DR<br><br>WENTZVILLE, MO 63385 | 32913 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$98,615.00<br>$98,615.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| M LOFTON<br>13749 AYDELL LN<br><br>WALKER, LA 70785 | 23479 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$263,283.00<br>$263,283.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| MAHAN, LORELEI C<br>1 E SCHILLER ST APT 9D<br><br>CHICAGO, IL 60610 | 65267 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$59,872.00<br>$59,872.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| MARY GANNON<br>67 PENELOPE CT<br><br>ROSEVILLE, CA 95678 | 65393 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$109,730.00<br>$109,730.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| MC CUNE, PATRICIA A<br>4480 CLAGUE RD<br><br>NORTH OLMSTED, OH 44070 | 6272 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCFARLAND, DAN W<br>9211 BAYBERRY BND APT 104<br><br>FORT MYERS, FL 33908 | 20622 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$116,530.00  (U)<br>$116,530.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| MICHAEL WARD<br>3415 PARALLEL RD<br><br>MORAINE, OH 45439 | 2008 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,500.00  (P)<br>$0.00  (U)<br>$3,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| MONTES, NANCY<br>20 PROSPECT ST<br><br>BLOOMFIELD, NJ 07003 | 9086 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| O CONNOR, DANIEL T<br>162 ROYAL DR<br><br>BRICK, NJ 08723 | 10650 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAGE, DONALD C<br>2045 PLATTIN RD<br><br>FESTUS, MO 63028 | 44650 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$87,000.00  (U)<br>$87,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PAUL BOOKER<br>7307 GRAYDON DR<br><br>NORTH TONAWANDA, NY 14120 | 5977 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PETTY, BOBBY W<br>158 EXETER DR<br><br>CROSSVILLE, TN 38558 | 4375 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000.00  (U)<br>$8,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PHILIP ALBENZE<br>3270 LORI LANE<br><br>NEW PORT RICHEY, FL 34655<br>UNITED STATES OF AMERICA | 21646 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,797.00  (U)<br>$27,797.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PITTS, LEROY<br>12814 SIGNET AVE<br><br>CLEVELAND, OH 44120 | 5962 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PLAMONDON, JOAN E<br>13097 VILLAGE CT<br><br>CLIO, MI 48420 | 2690 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRESTON, JOSEPH E<br>1637 LONGBOW LN<br><br>W CARROLLTON, OH 45449 | 1884 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RALPH S ARNOLD<br>351 STROEBEL DR<br><br>FRANKENMUTH, MI 48734 | 32905 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$213,000.00  (U)<br>$213,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RICHARD SUTLIFF<br>124 PLEASANT MANOR DR<br><br>WATERFORD, MI 48327 | 28043 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $97,120.00 | (U) | | |
| | | | $97,120.00 | (T) | | |
| RINGLE, EDWIN A<br>4060 HILLCREST DR<br><br>WARREN, MI 48092 | 2032 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $55,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $55,000.00 | (T) | | |
| ROBERT KURK<br>1816 CAMERON ST<br><br>LAS VEGAS, NV 89102 | 33057 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $89,000.00 | (U) | | |
| | | | $89,000.00 | (T) | | |
| RODGERS TINA M<br>320 N MAIN ST STE 100<br><br>ANN ARBOR, MI 48104 | 23634 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $100,000.00 | (U) | | |
| | | | $100,000.00 | (T) | | |
| RONALD D CRANG<br>7251 W LAKE RD<br><br>MONTROSE, MI 48457 | 28850 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $96,137.00 | (U) | | |
| | | | $96,137.00 | (T) | | |
| RUSS, MARIE Q<br>170 PHEASANT RUN RD SOUTHEAST<br><br>WARREN, OH 44484 | 2460 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SCHMEHL, WILLIAM F<br>1071 BEMBRIDGE DR<br>ROCHESTER HILLS, MI 48307 | 65311 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$45,000.00<br>$45,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| SEALS, EUGENE<br>5025 LANGLEWOOD DR<br>W BLOOMFIELD, MI 48322 | 19717 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$109,200.00<br>$109,200.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| SIMON, MANFRED K<br>PO BOX 95<br>HARSENS ISLAND, MI 48028 | 32978 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$189,761.00<br>$189,761.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| SMITH, JACKSON B<br>100 E MAIN ST<br>UNIT 429<br>WAUKESHA, WI 53186 | 21071 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,500,000.00<br>$1,500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| STICKNEY, KATHLEEN E<br>1618 JONES BLVD<br>MURFREESBORO, TN 37129 | 13915 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| TAYLOR, GERALD A<br>3541 SAWMILL RD<br>GLENNIE, MI 48737 | 6282 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THOMAS, DOUGLAS A<br>1212 PLEASANTVIEW DR<br><br>FLUSHING, MI 48433 | 4651 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| UMAKANT & MRADULA DAVE<br>4810 HOMEPLACE DRIVE<br><br>APEX, NC 27539<br>UNITED STATES OF AMERICA | 70518 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,090.00<br>$1,090.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| VINCENT MICHAEL NEUKAM<br>3303 GRENTON AVENUE<br><br>BALTIMORE, MD 21214 | 827 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$91,000.00<br>$91,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| WALTER, JOHN I<br>125 PINEVIEW DR<br><br>LAPEER, MI 48446 | 32891 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,500.00<br>$16,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| WASSENAAR, MARLYE A<br>3034 MEADOW ST<br><br>LYNN HAVEN, FL 32444 | 44976 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$63,443.00<br>$63,443.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| WILCZAK, JEROLDINE E<br>PO BOX 134<br><br>BRAIDWOOD, IL 60408 | 3818 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WILLIAM J BOSKEY<br>37844 BAYWOOD DR<br><br>FARMINGTON HILLS, MI 48335 | 61319 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $279,012.47 | (U) | | |
| | | | $279,012.47 | (T) | | |
| WILLIS, PAMELA K<br>1402 CADILLAC DR E<br><br>KOKOMO, IN 46902 | 5731 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| YEE, TIMOTHY<br>4180 CARBARY CT<br><br>ROCHESTER, MI 48306 | 61707 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $189,000.00 | (U) | | |
| | | | $189,000.00 | (T) | | |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **98** | | **$194.10** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$1,127,118.00** | (P) | | |
| | | | **$10,622,274.06** | (U) | | |
| | | | **$11,749,586.16** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                      :
In re                                                 :          Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,                 :          09-50026 (REG)
         f/k/a General Motors Corp., *et al.*         :
                                                      :
                               Debtors.               :          (Jointly Administered)
                                                      :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 163RD OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the 163rd omnibus objection to expunge certain claims, dated January 26,

2011 (the "**163rd Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in

these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), and this Court's order

approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF

No. 4079), seeking entry of an order disallowing and expunging the Claims with Insufficient

Documentation on the ground that such claims fail to provide sufficient documentation to

ascertain the validity of the claims, all as more fully described in the 163rd Omnibus Objection to

Claims; and due and proper notice of the 163rd Omnibus Objection to Claims having been

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 163rd Omnibus Objection to Claims.

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the 163rd Omnibus Objection to Claims is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the 163rd Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 163rd Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved

with respect to, any claim listed on Exhibit "A" annexed to the 163rd Omnibus Objection to

Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2011

                                      _____
                                      United States Bankruptcy Judge