**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF DEBTORS' 164TH OMNIBUS OBJECTION TO CLAIMS**
**(Claims with Insufficient Documentation)**

**PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their 164th omnibus objection to expunge certain claims (the "**164th Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 164th Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 164TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 164th Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 164th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 164th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
January 26, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| **Debtors.** | : | **(Jointly Administered)** |

**DEBTORS' 164TH OMNIBUS OBJECTION TO CLAIMS**
**(Claims with Insufficient Documentation)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ANNEXED TO THIS OBJECTION.**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

## Relief Requested

1. The Debtors file this 164th omnibus objection to certain claims (the "**164th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed hereto.[1]

2. The Debtors have examined the proofs of claim identified on Exhibit "A" and have made every effort to ascertain the validity of such claims. After careful review, the Debtors have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail to provide sufficient documentation to ascertain the validity of such claims. Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Bar Date Order, the Debtors seek entry of an order disallowing and expunging from the claims register the Claims with Insufficient Documentation. Further, the Debtors reserve all of their rights to object on any other basis to any Claims with Insufficient Documentation as to which the Court does not grant the relief requested herein.

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab. Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4. On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026 (REG). On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009. On October 15, 2009, the REALM/ENCORE Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5. On September 16, 2009, this Court entered an order (ECF No. 4079) establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim in the Initial Debtors' cases, including governmental units. On December 2, 2009, this Court entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established April 16, 2010 as the deadline to file proofs of claim).

---

[2] The Initial Debtors are MLC (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

6. Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Relief Requested Should Be Approved by the Court**

7. A proof of claim *must* "set forth the facts necessary to support the claim" for it to receive the prima facie validity accorded under the Bankruptcy Rules. *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995), *aff'd* , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992). Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

8. The Claims with Insufficient Documentation fall far short of the standard unambiguously required in the Bar Date Order. Indeed, the Bar Date Order requires, among other things, that a proof of claim must "set forth with specificity the legal and factual basis for the alleged [c]laim [and] include supporting documentation or an explanation as to why such documentation is not available." (Bar Date Ord. at 2.)[4]

9. The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of

[4] Notices of the Bar Date Order contained express references to this requirement.

these claims. Thus, the Debtors request that the Court disallow and expunge in their entirety the Claims with Insufficient Documentation.

**Notice**

10. Notice of this 164th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360). The Debtors submit that such notice is sufficient and no other or further notice need be provided.

11. No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
January 26, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| A WARD<br>11800 BROOKPARK RD TRLR C25<br>CLEVELAND, OH 44130 | 69919 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AISOLA, LARRY M JR<br>RE KATRINA D COPPER<br>530 E JUDGE PEREZ DR<br>STE B<br>CHALMETTE, LA 70043<br>UNITED STATES OF AMERICA | 22058 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| AISOLA, LARRY M JR<br>RE KALEB COPPER<br>530 E JUDGE PEREZ DR<br>STE B<br>CHALMETTE, LA 70043<br>UNITED STATES OF AMERICA | 22059 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ALEC GIVENS<br>FOLSOM STATE PRISON-MIN-814L<br>P.O. BOX 715071<br>REPRESA, CA 95671 | 9782 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ALEXANDER, ALECE D<br>APT 332<br>2201 WEST 93RD STREET<br>CLEVELAND, OH 44102 | 2734 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$42,000.00 (P)<br>$0.00 (U)<br>$42,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDREW HERMANN<br>1639 MACKWOOD RD<br>ROCHESTER HILLS, MI 48307 | 33538 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANN CRENSHAW<br>6710 CRANWOOD DR<br>FLINT, MI 48505 | 3898 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARTIS, GEORGE D<br>1529 N INDEPENDENCE AVE<br>OKLAHOMA CITY, OK 73107 | 12851 | Motors Liquidation Company | $980,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BARNES, EDDIE L<br>1620 STATE ROAD<br>178 WEST<br>MYRTLE, MS 38650 | 9158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BARRETT, DAVID T<br>5530 N STARK RD<br>HOPE, MI 48628 | 6278 | Motors Liquidation Company | $70,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$70,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNADINE TOLIVER<br>1187 E KURTZ AVE<br>FLINT, MI 48505 | 69970 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BEVERLY LORANGER<br>12224 N CHERRY HILLS DR W<br>SUN CITY, AZ 85351 | 8280 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,521.00 (P)<br>$0.00 (U)<br>$1,521.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BIGGS, EUGENE<br>2574 CONSEAR RD<br>LAMBERTVILLE, MI 48144 | 11495 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$90,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BOUCHARD, GARY S<br>8004 N FLANDRENA RD<br>HURLEY, WI 54534 | 5005 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$75,000.00 (P)<br>$0.00 (U)<br>$75,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CABAN CEREZO LUIS<br>P.O. BOX 1734 VICTORIA STATION<br>AGUADILLA, PR 00605 | 8394 | Motors Liquidation Company | $2,300.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,300.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CAMPBELL, SOLOMON I<br>2501 S HIBISCUS RD<br>ALBANY, GA 31705 | 27047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARLI A WOJCIAK<br>1039 HENN HYDE RD NE<br>WARREN, OH 44484 | 20127 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$0.00 (U)<br>$10,950.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHAPMAN, PATRICIA<br>1153 OUTRIGGER CIR<br>BRENTWOOD, CA 94513 | 15821 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,207.13 (U)<br>$1,207.13 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHRISTINE THOMAS<br>19612 RYAN RD<br>DETROIT, MI 48234<br>UNITED STATES OF AMERICA | 70443 | Motors Liquidation Company | $30,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CLOUGH, BRIAN<br>1117 REEDSPORT PL<br>DESOTO, TX 75115 | 7067 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CRUMBSY, BERNICE O<br>985 WINDBURN DRIVE<br>EAST POINT, GA 30344 | 10503 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$0.00 (U)<br>$8,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| D ANNUNZIO, NICOLA F<br>14702 BRAMBLEWOOD DR<br>HOUSTON, TX 77079 | 3847 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$34,799.93 (P)<br>$0.00 (U)<br>$34,799.93 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIELS MOTORS, INC.<br>ELIZABETH WINSTON<br>670 AUTOMOTIVE DR<br>COLORADO SPRINGS, CO 80905 | 50160 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DARDEN-MCCLUNG, DONNA M<br>19093 GARY LN<br>LIVONIA, MI 48152 | 2934 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$78,000.00 (P)<br>$0.00 (U)<br>$78,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD R HUFF<br>3738 WILMORE ST<br>TROTWOOD, OH 45416 | 10246 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,833.00 (P)<br>$0.00 (U)<br>$3,833.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD WRIGHT<br>6395 JASON LN<br>CENTERVILLE, OH 45459 | 10620 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ELJAH DAY<br>12 NEWTON ST.<br>BUFFALO, NY 14212<br>UNITED STATES OF AMERICA | 64282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,000,000.00 (U)<br>$46,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ELLA M LEWIS<br>1397 E DOWNEY AVE<br>FLINT, MI 48505 | 69923 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FERNANDO IBARRA AND BERTHA IBARRA<br>MARDIROSSIAN & ASSOCIATES INC<br>6311 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 | 974 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FIROSZ, ARLENE R<br>PO BOX 717<br>BELLAIRE, MI 49615 | 9546 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GIVENS, ALEC LEE<br>FOLSOM STATE PRISON-MIN-814L<br>PO BOX 715071<br>REPRESA, CA 95671 | 9780 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GONZALEZ, MOLESSIA<br>2725 SLOAN RD<br>BIRCH RUN, MI 48415 | 10439 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,277.05 (P)<br>$0.00 (U)<br>$1,277.05 (T) | Insufficient Documentation | Pgs. 1-5 |
| GREEN, RICHARD<br>PO BOX 120058<br>ANTIMONY, UT 84712 | 10251 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$14,000.00 (P)<br>$0.00 (U)<br>$14,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GULLEY, ERVIN C<br>598 COVENTRY WAY<br>NOBLESVILLE, IN 46062 | 7970 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,451.00 (P)<br>$0.00 (U)<br>$11,451.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HECK, LINDA<br>GRAHAM HARRY C III<br>534 E BOSTON ST<br>COVINGTON, LA 70433 | 6403 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOLDER, WILLIAM<br>223 REIDVILLE RD<br>WILLIAMSTON, SC 29697 | 18074 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| INSALACO, MARY E<br>191 LIMA RD<br>GENESEO, NY 14454 | 3825 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$324,692.00 (P)<br>$0.00 (U)<br>$324,692.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JACKSON, MIRTHA<br>4137 QUEENS DR<br>OKLAHOMA CITY, OK 73160 | 6584 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JANAIRE L CROOM<br>715 HARLEM STREET<br>YOUNGSTOWN, OH 44510 | 13931 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JONES, WILLIAM F<br>7211 SANTA CATALINA CIR<br>BUENA PARK, CA 90620 | 5312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,200.00 (P)<br>$0.00 (U)<br>$7,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSE & JENNIFER ALONSO HOWARD C KORNBERG<br>C/O HOWARD C KORNBERG<br>ATTORNEY AT LAW<br>10880 WILSHIRE BLVD SUITE 1840<br>LOS ANGELES, CA 90024 | 59902 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOY WIGGINS<br>PO BOX 407<br>BREWTON, AL 36427 | 70451 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,430.00 (U)<br>$2,430.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JULIE MARIE FAUCHER<br>AVIS BUDGET GROUP<br>3 CENTURY DR<br>PARSIPPANY, NJ 07054 | 9335 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KINZIG, ROBERT J<br>3775 SHADY RUN RD<br>MELBOURNE, FL 32934 | 13301 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| KNOX, PERRY C<br>4303 FAIRFAX DR E<br>BRADENTON, FL 34203 | 10256 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,294.80 (P)<br>$0.00 (U)<br>$11,294.80 (T) | Insufficient Documentation | Pgs. 1-5 |
| LAYNE, KATHERINE P<br>11507 EDGETON DR<br>WARREN, MI 48093 | 18215 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$18,634.00 (P)<br>$0.00 (U)<br>$18,634.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAYNE, ROBERT W<br>11507 EDGETON DR<br>WARREN, MI 48093 | 18214 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$31,404.00 (P)<br>$0.00 (U)<br>$31,404.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LIBERTY MUTUAL INSURANCE COMPANY ON ITS ON BEHALF & AS AGENTS FOR<br>AFFILIATES<br>C/O WILLIAM F CUPELO<br>175 BERKELY ST<br>BOSTON, MA 02117 | 19500 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOGINS FAMILY TRUST<br>HELEN M LOGINS, TRUSTEE<br>,<br>UNITED STATES OF AMERICA | 6169 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LUCEAL ANDERSON<br>1318 CHARLES AVE<br>FLINT, MI 48505 | 69969 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARIA VERNELLY<br>612 W 184TH ST APT 31<br>NEW YORK, NY 10033 | 5735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MAUST, NANCY<br>9317 PARK HEIGHTS AVE<br>CLEVELAND, OH 44125 | 45560 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MEHTA, RAM K, PRESIDENT MES CORP, TROY MI<br>612 LONGFELLOW DR<br>TROY, MI 48085 | 5066 | Motors Liquidation Company | $450,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$450,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MELODY RICHARDS<br>MELODY & ROB RICHARDS<br>13210 45TH AVE N<br>PLYMOUTH, MN 55442 | 63123 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MIKE SHOUDEL<br>0950 CR 60<br>GARRETT, IN 46738 | 2279 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,700.00 (U)<br>$4,700.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MITCHELL CORPORATION OF OWOSSO INC<br>PO BOX 1592<br>108 N CHIPMAN STREET<br>OWOSSO, MI 48867 | 62973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MORENO, ADA<br>403 S 1ST ST<br>CONTINENTAL, OH 45831 | 19109 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$200,000.00 (P)<br>$0.00 (U)<br>$200,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR FRED B MCANDREW<br>1240 E COLDWATER RD<br>FLINT, MI 48505 | 69804 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$510,000.00 (U)<br>$510,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR LAWRANCE D TURNER<br>2135 HUBBARD ST APT 26<br>DETROIT, MI 48209 | 69762 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MR LEO F MARTIN<br>1820 ROCKLEDGE LN<br>BLOOMFIELD, MI 48304 | 70012 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR MIKE TROWBRIDGE<br>370 F ST<br>BEDFORD, IN 47421 | 69840 | Motors Liquidation Company | $0.00 (S)<br>$200,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$200,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR PABLO CORTEZ<br>3293 GOLDNER ST<br>DETROIT, MI 48210 | 70027 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,895.00 (U)<br>$4,895.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR ROY D LOVE<br>(DECEASED 8/2004)<br>2045 CLARKDALE ST<br>DETROIT, MI 48209 | 69698 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS AUDREY MAGEE<br>563 LANCASTER LN<br>PONTIAC, MI 48342 | 70000 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MS BEVERLY J TROWBRIDGE<br>929 I ST<br>BEDFORD, IN 47421 | 69841 | Motors Liquidation Company | $0.00 (S)<br>$150,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$150,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MS LODISKA R BARNES<br>295 W HOPKINS AVE<br>PONTIAC, MI 48340 | 70034 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,500.00 (U)<br>$3,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MS PATRICIA J WILLIAMS<br>10528 COLES LN<br>FREDERICKSBURG, VA 22408 | 70013 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MS TITA A COWART<br>927 DEWEY ST<br>PONTIAC, MI 48340 | 69729 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MYRTLE GIVENS<br>4452 SAHARA PL<br>FORT WORTH, TX 76115 | 14829 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NICHOLAS, STEPHEN F<br>4813 DEVONHURST WAY<br>POWDER SPRINGS, GA 30127 | 18987 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,240.00 (P)<br>$0.00 (U)<br>$30,240.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| OLAH QASEM AND JIHAD QASEM, AS PARENTS AND NATURAL GUARDIANS OF MINOR, MOHAMMED QASEM<br>GUNN LAW GROUP P A<br>400 N ASHLEY DR<br>STE 2050<br>TAMPA, FL 33602 | 461 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAPINEAU, CHERYL Y<br>1110 38TH AVE APT 315<br>MENOMINEE, MI 49858 | 11063 | Motors Liquidation Company | $26.85 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$26.85 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PEARSON, BERNICE<br>1800 GRAND AVE APT 43<br>WEST DES MOINES, IA 50265 | 14959 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PHILPOT, TROY D<br>MANN COWAN & POTTER PC<br>2000B SOUTHBRIDGE PKWY STE 601<br>BIRMINGHAM, AL 35209 | 11492 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PORTER, NORAH<br>20268 AVON AVE<br>DETROIT, MI 48219 | 13684 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRITCHARD, SUSAN<br>C/O CHRISTENSEN LAW<br>ATTN: THOMAS CHRISTENSEN, ESQ.<br>1000 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89107 | 65407 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RIVAL, LLC<br>ATTENTION: MR. WILLIAM DANIELS<br>670 AUTOMOTIVE DR<br>COLORADO SPRINGS, CO 80905 | 50161 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,500,000.00 (U)<br>$3,500,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SCHAFFER, SUSAN<br>45706 HANFORD RD<br>CANTON, MI 48187 | 5728 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$77,220.00 (P)<br>$0.00 (U)<br>$77,220.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCHALER, BERNARD A<br>10488 SE 179TH PL<br>SUMMERFIELD, FL 34491 | 13053 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$60,000.00 (P)<br>$0.00 (U)<br>$60,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SLEZAK, HELEN B<br>4223 6 MILE RD<br>SOUTH LYON, MI 48178 | 15587 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$65,691.80 (P)<br>$0.00 (U)<br>$65,691.80 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY AND SUMMIT RIDGE CONDOMINIUM<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST SUITE 1200<br>COLUMBUS, OH 43215 | 64818 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$435,317.10 (U)<br>$435,317.10 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS JR, KENNETH R<br>2215 SANDGATE CIR<br>COLLEGE PARK, GA 30349 | 15250 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$900,000.00 (P)<br>$0.00 (U)<br>$900,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| THOMPSON, KIRKLAND E<br>17326 BELAND<br>DETROIT, MI 48234 | 16969 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000.00 (P)<br>$0.00 (U)<br>$1,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| TOMMY CASS<br>16802 ANCHOR PARK<br>FRIENDSWOOD, TX 77546 | 19115 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,500.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| TURNER, WILLIE J<br>344 W IROQUOIS RD<br>PONTIAC, MI 48341 | 2902 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,200.00 (P)<br>$0.00 (U)<br>$1,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| VERNELLY, MARIA E<br>612 W 184TH ST APT 31<br>NEW YORK, NY 10033 | 5736 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

***CLAIMS TO BE DISALLOWED AND EXPUNGED***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALLER, LEONARD<br>5840 N 48TH LN<br>GLENDALE, AZ 58301 | 12030 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$27,000.00 (P)<br>$0.00 (U)<br>$27,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WEAMER, JAN D<br>170 PRIMROSE LN<br>HEDGESVILLE, WV 25427 | 10091 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$19,000.00 (P)<br>$0.00 (U)<br>$19,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WEEMS, JONATHAN<br>1251 HIGHWAY 53 N<br>GURDON, AR 71743 | 6162 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WHITE, ARTHUR L<br>1517 COSTELLO DR<br>ANDERSON, IN 46011 | 16152 | Motors Liquidation Company | $800.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,000.00 (U)<br>$12,800.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIE L SMITH<br>264 GLESSNER AVE<br>MANSFIELD, OH 44903 | 6606 | Motors Liquidation Company | $48,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WOODS, LOIS D<br>116 GOLDSMITH AVE<br>NEWARK, NJ 07112 | 13305 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100.00 (P)<br>$100.00 (U)<br>$200.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YOUNG, WAYLAND V<br>540 PRIVATE ROAD 907<br>STEPHENVILLE, TX 76401 | 5318 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

| | | | |
|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **93** | **$1,586,126.85** | (S) |
| | | **$350,000.00** | (A) |
| | | **$3,194,008.58** | (P) |
| | | **$93,760,749.23** | (U) |
| | | **$98,890,884.66** | (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| **Debtors.** | : | **(Jointly Administered)** |

**ORDER GRANTING DEBTORS' 164TH OMNIBUS OBJECTION TO CLAIMS**
**(Claims with Insufficient Documentation)**

Upon the 164th omnibus objection to expunge certain claims, dated January 26, 2011 (the "**164th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging the Claims with Insufficient Documentation on the ground that such claims fail to provide sufficient documentation to ascertain the validity of the claims, all as more fully described in the 164th Omnibus Objection to Claims; and due and proper notice of the 164th Omnibus Objection to Claims having been

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 164th Omnibus Objection to Claims.

provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 164th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 164th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 164th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit "A" annexed to the 164th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_________, 2011

_______________________________
United States Bankruptcy Judge