> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :    09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                    :
                 Debtors.           :    (Jointly Administered)
                                    :
---------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 165TH OMNIBUS OBJECTION TO CLAIMS AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS
### (Late-Filed Claims)

**PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 165th omnibus objection to expunge certain claims (the "**165th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 165th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 165TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 165th Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 165th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 165th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated:  New York, New York
        January 26, 2011

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                :
In re                                           :          **Chapter 11 Case No.**
                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,       :          **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.* :
                                                :
                            **Debtors.**        :          **(Jointly Administered)**
                                                :
-----------------------------------------------------------------x

### DEBTORS' 165TH OMNIBUS OBJECTION TO CLAIMS
### AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS
(Late-Filed Claims)

---

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**<u>Relief Requested</u>**

1.      The Debtors file this 165th omnibus objection to certain claims and

motion requesting enforcement of the Bar Date Orders (as defined below) (the "**165th Omnibus**

**Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed against the Initial Debtors (as defined below) (the

"**Procedures Order**") (ECF No. 4180), this Court's order deeming the Procedures Order

applicable to the REALM/ENCORE Debtors (as defined below) (the "**REALM/ENCORE**

**Order**") (ECF No. 4841), this Court's order approving the procedures relating to the filing of

proofs of claim against the Initial Debtors (the "**Initial Debtors Bar Date Order**") (ECF No.

4079), this Court's order approving the procedures relating to the filing of proofs of claim

against the REALM/ENCORE Debtors (the "**REALM/ENCORE Bar Date Order**") (ECF No.

4586), and this Court's supplemental order to the Initial Debtors Bar Date Order approving the

procedures relating to the filing of proofs of claim with respect to certain properties of the

Debtors (ECF No. 4681) (the "**Property Bar Date Order,**" and collectively with the Initial

Debtors Bar Date Order and the REALM/ENCORE Bar Date Order, the "**Bar Date Orders**")

seeking entry of an order disallowing and expunging the claims listed on **Exhibit "A"** annexed

hereto.[1]

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

2.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "**Late-Filed Claims**") were received after the Bar Date (as defined below) from claimants who, despite not having received actual notice of the Bar Date Orders, received adequate and sufficient notice of the Bar Date Orders by publication (collectively, the "**Unknown Creditors**").  As the Late-Filed Claims fail to comply with the Bar Date Orders, the Debtors request that, consistent with the express terms of the Bar Date Orders, the Late-Filed Claims be disallowed and expunged in their entirety.  Furthermore, the Debtors reserve all of their rights to object on any other basis to any Late-Filed Claims as to which the Court does not grant the relief requested herein.

**Jurisdiction**

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4.      On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

---

[2]   The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]   The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.      On September 16, 2009, this Court entered the Initial Debtors Bar Date

Order establishing November 30, 2009 as the deadline for each person or entity to file a proof of

claim in the Initial Debtors' cases, including governmental units (the "**Initial Debtors Bar**

**Date**").  On December 2, 2009, this Court entered the REALM/ENCORE Bar Date Order

establishing February 1, 2010 (the "**REALM/ENCORE Bar Date**") as the deadline for each

person or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except

governmental units, as defined in section 101(27) of the Bankruptcy Code, for which the Court

established April 16, 2010, the "**REALM/ENCORE Governmental Bar Date**").  On December

18, 2009, this Court entered the Property Bar Date Order establishing February 10, 2010 as the

deadline for entities residing adjacent to or in the proximity of certain material manufacturing

properties of the Debtors (the "**Properties**") to file a proof of claim with respect to the Properties

(the "**Property Bar Date**," and collectively with the Initial Debtors Bar Date, the

REALM/ENCORE Bar Date, and the REALM/ENCORE Governmental Bar Date, the "**Bar**

**Dates**").

6.      Each of the Bar Date Orders specifically provides that, in order to be

timely-filed, proofs of claim must be "**actually received**" by the Debtors' claims agent or the

Court, on or before the applicable Bar Date.  (Initial Debtors Bar Date Order at 3 (emphasis in

original); REALM/ENCORE Bar Date Order at 3 (emphasis in original); Property Bar Date

Order at 2 (emphasis in original).)  The Bar Date Orders also expressly provide that any holder

of a claim against the Debtors who is required, but fails, to file a proof of such claim on or before

the applicable Bar Date shall forever be barred, estopped, and enjoined from asserting such claim

09-50026-mg    Doc 8847    Filed 01/26/11    Entered 01/26/11 20:21:05    Main Document
Pg 9 of 67

against any of the Debtors and their respective estates.  (Initial Debtors Bar Date Order at 5;

REALM/ENCORE Bar Date Order at 5; Property Bar Date Order at 4.)

       7.     In addition to requiring the Debtors to provide actual notice of the Bar

Date to all parties known to have claims against the Debtors, each of the Bar Date Orders

authorized the Debtors to provide notice of the Bar Date by publication, which, as provided for

in the Bar Date Orders, "shall be deemed good, adequate and sufficient publication notice of [the

Bar Date] and the procedures for filing Proofs of Claim in these cases[.]"  (Initial Debtors Bar

Date Order at 7; REALM/ENCORE Bar Date Order at 7; Property Bar Date Order at 5.)  The

Debtors timely published notice of the Bar Dates in each of the newspapers specified in the Bar

Date Orders.[4]  (*See* Affidavits of Publication, ECF Nos. 3522, 4290, 4724 and 4877.)

       8.     After the applicable Bar Date, the Late-Filed Claims were periodically

received from the Unknown Creditors who did not receive actual notice of the Bar Date Orders

because they were unknown to the Debtors as having potential claims and, furthermore, the

Debtors could not have known of the potential claims of the Unknown Creditors, and/or their

identity, through an inspection of their books and records or other reasonable investigation.

## The Relief Requested Should Be Approved by the Court

       9.     Section 502(b)(9) of the Bankruptcy Code provides that, upon the

objection of a party in interest, a claim shall be disallowed to the extent that "proof of such claim

---

[4]   The Initial Debtors Bar Date Order authorized the Debtors to provide notice by publication in the *Financial Times*, *The Wall Street Journal* (Global Edition—North America, Europe, and Asia), *The New York Times* (National), *USA Today* (Monday through Thursday, National), *Detroit Free Press/Detroit News*, *Le Journal de Montreal* (French), *Montreal Gazette* (English), *The Globe and Mail* (National), and *The National Post*.  The REALM/ENCORE Bar Date Order authorized the Debtors to provide notice by publication in *USA Today* (National Edition) *The New York Times* (National Edition), *Detroit Free Pres*, *Bay City Times*, *Commercial News*, *Flint Journal*, *Saginaw News*, *The Chronicle-Telegram*, *Observer & Eccentric*, *The Toledo Blade*, *Kansas City Business Journal*, *Syracuse New Times*, *Dayton Daily News*, *Ypsilanti Courier*, *Tonawanda News*, and *The News-Herald*.  The Property Bar Date Order authorized the Debtors to provide notice by publication in *Flint Journal*, *The Oakland Press*, *Free Lance Star*, *Observer & Eccentric*, *Parma Sun Post*, *Ypsilanti Courier*, *Dayton Daily News*, *Delaware Business Ledger*, *Saginaw News*, *Shreveport Times*, *The Grand Rapids Press*, *The Indianapolis Star*, *Mansfield News Journal*, and *Pittsburgh Post Gazette*.

is not timely filed." 11 U.S.C. § 502(b)(9). Pursuant to Bankruptcy Rule 3003(c)(3), a proof of

claim is not timely filed unless it is done so "prior to a bar date established by order of a

bankruptcy court." *In re XO Commc'n, Inc.*, 301 B.R. 782, 791 (Bankr. S.D.N.Y. 2003); Fed. R.

Bankr. P. 3003(c)(3).[5] Such a bar date is meant to "function as a statute of limitations and

effectively [disallows] late claims in order to provide the Debtor and its creditors with finality to

the claims process and permits the Debtor to make swift distributions under the Plan." *XO*

*Commc'n,* 301 B.R. at 797.

10.     One of the very few occasions when a late-filed claim will not be

disallowed is where a claimant can establish that notice afforded to the claimant of a bar date

order failed to comply with constitutional principles of due process. Such principles, however,

do not require that a claimant receive actual notice in all instances. Rather, the standard

applicable in bankruptcy and nonbankruptcy proceedings alike is whether there was notice

"reasonably calculated, under all the circumstances, to apprise interested parties of the pendency

of the action." *Id.* at 792 (quoting *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306,

314 (1950)). In applying that standard, the Supreme Court has stated:

> This Court has not hesitated to approve of resort to publication as a
> customary substitute in another class of cases where it is not
> reasonably possible or practicable to give more adequate warning.
> Thus, it has been recognized that, in the case of persons missing or
> unknown, employment of an indirect, and even a probably futile,
> means of notification is all that the situation permits, and creates
> no constitutional bar to a final decree foreclosing their rights.

*Mullane*, 339 U.S. at 317 (citations omitted). As applied to bar date orders in the bankruptcy

context, the Supreme Court's interpretation regarding the sufficiency of notice compels the result

that, while actual notice of a bar date must be provided to "a creditor 'known' to a debtor," *XO*

---

[5]   Moreover, Bankruptcy Rule 3007(d)(4) provides that an omnibus objection may be made with respect to claims
that were "not timely filed[.]" Fed. R. Bankr. P. 3007(d)(4).

*Commc'n,* 301 B.R. at 792, "[f]or obvious reasons debtors need not provide actual notice to unknown creditors . . . [who are] entitled to no more than constructive notice (i.e., notice by publication) of the bar date." *In re Drexel Burnham Lambert Group Inc.*, 151 B.R. 674, 681 (Bankr. S.D.N.Y. 1993) (parenthetical in original).

11.     In differentiating between a "known" creditor and an "unknown" creditor, the guiding principle is that the latter is one whose identity and/or claim is not "reasonably ascertainable" or is merely conceivable, conjectural or speculative." *XO Commc'n,* 301 B.R. at 793 (citation omitted).  In turn, a creditor's identity or claim is not "reasonably ascertainable" if it cannot be uncovered by a debtor through "reasonably diligent efforts." *Id.* (citing *Mennonite Bd. of Missions v. Adams*, 462 U.S. 791, 798 n.4 (1983)).  However, a debtor need not engage in extended searches where the effectiveness of such a search is outweighed by its practical difficulties or high cost. *Mullane*, 339 U.S. at 317 (notice not required to those who could be discovered upon investigation but do not, in "due course of business[,] come to knowledge").  Rather, the requisite search "focuses on the debtor's own books and records.  Efforts beyond a careful examination of these documents are generally not required."  *XO Commc'n,* 301 B.R. at 793 (quoting *Chemetron Corp. v. Jones*, 72 F.3d 341, 347 (3d Cir. 1995)).

12.     A review of the Late-Filed Claims reveals that each of the Unknown Creditors was "unknown" to the Debtors.  Whether based on the Debtors' books and records or otherwise, the Debtors did not know of the identity of the Unknown Creditors and/or that such Unknown Creditors had a potential claim.  As such, with respect to the Unknown Creditors, actual notice was neither required nor practicable, and notice by publication was sufficient.

13.     A subsequent question may arise as to whether there were extraordinary circumstances sufficient to constitute  "excusable neglect" to justify extending the time for the

Late-Filed Claims to be filed. *XO Commc'n, Inc.*, 301 B.R. at 791. However, pursuant to

Bankruptcy Rule 9006(b)(1), such relief can only be granted "on motion" by the Unknown

Creditors. Fed. R. Bankr. P. 9006(b)(1). Moreover, the burden would then be "on the claimants

to prove that he or she did not timely file the proofs of claim because of excusable neglect." *XO

Commc'n.*, 301 B.R. at 795; *Drexel*, 151 B.R. at 680 (when a party moves for an extension after

the bar date, "that party must show" excusable neglect).

       14.     None of the Unknown Creditors have moved for an extension under

Bankruptcy Rule 9006(b)(1). Even if they did, it is unlikely that any of the Unknown Creditors

could make a showing that rises to the level of "excusable neglect." As set forth by the United

States Supreme Court in *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, whether excusable neglect

exists in any particular case hinges on five factors: (1) the degree of prejudice to the debtors; (2)

the length of the delay and its potential impact on judicial proceedings; (3) the reason for the

delay, including whether it was within the reasonable control of the claimant; (4) whether the

claimant acted in good faith; and (5) if a claimant had counsel, whether a claimant should be

penalized for their counsel's mistake or neglect. 507 U.S. 380, 385-87 (1993). In other words,

simple inadvertence is not sufficient grounds. In applying *Pioneer*, the Second Circuit has

adopted what can be characterized as a hard line test for determining whether a party's neglect is

excusable. *In re Enron Corp.*, 419 F.3d 115, 122-23 (2d Cir. 2005). The Second Circuit

cautions that rarely will the equities favor a claimant who fails to follow a clear court rule. *Id.* at

123.

       15.     Here, certain of the *Pioneer* factors weigh heavily against a finding of

excusable neglect. As to the first factor (degree of prejudice to a debtor), it must be noted that

the Debtors have already filed, and even amended, their joint chapter 11 plan (the "**Plan**") and

the hearing to consider confirmation of the Plan is scheduled for March 3, 2011.  It would be severely prejudicial to other claimants and these judicial proceedings to now have to reserve distributions while the standards of excusable neglect and the allowance of the Late-Filed Claims are adjudicated.  As to the second factor under *Pioneer* (the length of delay), a court may consider not only when a claim was filed in relation to a bar date, but also how long a claimant waited after the bar date to finally request an extension for its late-filed claim under Bankruptcy Rule 9006(b).  *In re Kmart Corp.*, 381 F.3d 709, 714 (7th Cir. 2004).  Here, considering that none of the Unknown Creditors have requested an extension, the delay attributable to each of them at this point ranges from 11 to 13 months.[6]

16.    Ultimately, "[b]ar dates are 'critically important to the administration of a successful chapter 11 case.'"  *In re Lehman Bros. Holdings, Inc.*, No. 08-13555, 2010 WL 2000326, at *2 (Bankr. S.D.N.Y. May 20, 2010) (quoting *In re Musicland Holding Corp.*, 356 B.R. 603, 607 (Bankr. S.D.N.Y. 2006)).  A bar date enables debtors to determine with reasonable promptness, efficiency, and finality what claims will be made against their estates so that distributions to holders of allowed claims can be made as soon as possible.  *See In re Keene Corp.*, 188 B.R. 903, 907 (Bankr. S.D.N.Y. 1995).  Because the Late-Filed Claims fail to comply with the Bar Date Orders and are thus untimely, the Debtors request that the Court enforce its prior Bar Date Orders and disallow and expunge in their entirety the Late-Filed Claims listed on Exhibit "A."

## Notice

17.    Notice of this 165th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended

---

[6]   The Bar Dates range from November 30, 2009 (Initial Debtors Bar Date) to February 10, 2010 (Property Bar Date).

Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing

Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).  The Debtors

submit that such notice is sufficient and no other or further notice need be provided.

18.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 26, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ANGEL L JUARBE-DORTA<br>PO BOX 141118<br><br>ARECIBO, PR 00614<br>PUERTO RICO | 70249 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $12,500.00 | (U) | | |
| | | | $12,500.00 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 4/13/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ANTONIA D BECKER<br>60922 WEBB HTS RD<br><br>SHADYSIDE, OH 43947 | 68220 | Motors Liquidation Company | $2,345.25 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $2,345.25 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/30/2009 |
| Official Claim Date: | 12/2/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARMANDO PEREZ<br>2108 BALBOA AVE<br>MERCED, CA 95348 | 68030 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000.00  (U)<br>$40,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/30/2009 |
| Official Claim Date: | 12/2/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ASHLEY MARIE BURNS<br>PO BOX 105495<br>JEFFERSON CITY, MO 65110 | 70101 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,520.00  (U)<br>$3,520.00  (T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/8/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BETTY DALTON<br>1707 RADFORD RD<br><br>CHRISTIANSBURG, VA 24073 | 70180 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,500,000.00<br>$2,500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/30/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BETTY DALTON<br>1707 RADFORD RD<br><br>CHRISTIANSBURG, VA 24073 | 70206 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,500,000.00<br>$2,500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/31/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRAD SMITH & ANNE B SMITH<br>13724 HIGH RIDGE AVENUE<br>BATON ROUGE, LA 70817 | 69847 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $875,000.00 | (U) | | |
| | | | $875,000.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/25/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRANDON J. DAVIS<br>337 WOOD BRIDGE GLEN<br>RICHMOND HEIGHTS, OH 44143 | 70339 | Motors Liquidation Company | $8,060.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,000.00 | (U) | | |
| | | | $13,060.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 7/3/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRENDA MONTGOMERY<br>43 N. ARDMORE ST.<br><br>PONTIAC, MI 48342 | 69927 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $844.08 | (U) | | |
| | | | $844.08 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/30/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRIDGET VANDERVEER<br>C/O CHANCE & MCCANN LLC<br>201 W COMMERCE ST<br>BRIDGETON, NJ 08302 | 70277 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,000,000.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    5/7/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CARL D RAFOTH<br>100 E FEDERAL ST #300<br><br>YOUNGSTOWN, OH 44503 | 70261 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,464.67 | (U) | | |
| | | | $1,464.67 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    4/24/2010

| CAROLYN MICHELLE SHADE<br>23 S MAIN ST<br><br>GERMANTOWN, OH 45327 | 69782 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,010.00 | (U) | | |
| | | | $3,010.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/15/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CENTRAL INSURANCE CO<br>PO BOX 572545<br><br>TARZANA, CA 25457<br>UNITED STATES OF AMERICA | 69627 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$721.20  (U)<br>$721.20  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/18/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHAD NEEDHAM<br>907 CHESTNUT ST<br><br>HICO, TX 76457 | 70124 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,790.28  (U)<br>$5,790.28  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/15/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLENE L WILLIAMS JWS<br>4999 ORINDA WAY<br><br>FAIRFIELD, CA 94534 | 69973 | Motors Liquidation Company | $25,000.00  (S)<br>$0.00  (A)<br>$10,000.00  (P)<br>$10,000.00  (U)<br>$45,000.00  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/2/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHERYL HEFFERN<br>5522 PLYMOUTH HOUSE<br><br>MEADVILLE, PA 16335 | 70169 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,148.58  (U)<br>$20,148.58  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/27/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CITY OF WINTER PARK<br>ATTN KERI MARTIN<br>RISK MANAGEMENT<br>401 PARK AVENUE SOUTH<br>WINTER PARK, FL 32789<br>UNITED STATES OF AMERICA | 70330 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,000.00<br>$8,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 6/21/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CLAUDE SMITH<br>PO BOX # 19693<br>LOS ANGELES, CA 90019 | 69797 | Motors Liquidation Company | $5,000.00<br>$0.00<br>$5,000.00<br>$0.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/19/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CODY HARRIS<br>C/O LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVE<br>NASHVILLE, TN 37203 | 70133 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$50,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/16/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CODY HARRIS<br>C/O LAW OFFICE OF DONALD D ZUCCARELLO<br>3209 WEST END AVENUE<br>NASHVILLE, TN 37203 | 70139 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$50,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/15/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COUNTRY MUTUAL INSURANCE SUBROGATION - CAROL KOOS PO BOX 2100 BLOOMINGTON, IL 61701 | 68800 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $5,069.53  (U) $5,069.53  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    12/1/2009

Official Claim Date:    12/4/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID R HOWARD 2504 NEEDA ST FLATWOODS, KY 41139 | 69319 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $5,750.00  (U) $5,750.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    12/8/2009

Official Claim Date:    12/10/2009

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID RANDALL DAVIDSON<br>1178 RUBEN DRIVE<br><br>MACON, GA 31206 | 70068 | Motors Liquidation Company | $10,566.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10,566.82  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    2/26/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DEANNA M LESSER<br>1 KIMBALL COURT<br>APT 410<br>WOBURN, MA 01801 | 70337 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    6/26/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DON ALEXANDER JENKINS<br>222 JENKINS DR<br>FORT MILL, SC 29707 | 70040 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/16/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDNA LAVERGNE<br>1114 PINE ST<br>BASILE, LA 70515 | 69854 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/25/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| EMC INSURANCE CO<br>ATTN: HEATHER COLVIN, CLM #481257<br>PO BOX 712<br>DES MOINES, IA 50306 | 69748 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $64,571.20 | (U) | | |
| | | | $64,571.20 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/11/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ERNST ULSCHMID<br>AM PROBSTBUSCH 3<br>41515 GREVENBROICH GERMANY<br>,<br>GERMANY | 69064 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $182.60 | (U) | | |
| | | | $182.60 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/7/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANK J GOLATKA<br>1510 RAUCH RD<br><br>ERIE, MI 48133 | 70070 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,000.00  (U)<br>$12,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/27/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANK URBA<br>120 N MAIN ST<br><br>ROYALTON, IL 62983 | 70073 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,288.10  (U)<br>$3,288.10  (T) | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/1/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRYE, WESLEY<br>C/O STUBBS, SILLS & FREY PC<br>1724 S QUNTARD AVE<br>ANNISTON, AL 36202<br>UNITED STATES OF AMERICA | 67973 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500,000.00   (U)<br>$1,500,000.00   (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/30/2009 |
| Official Claim Date: | 12/1/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HANS MELCHIOR ESSER<br>STITSSTR 212<br>50171 KERPEN GERMANY<br>,<br>GERMANY | 69310 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/10/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HAROLD MOSCHETZ<br>17322 W CLEVELAND AVE<br><br>NEW BERLIN, WI 53146<br>UNITED STATES OF AMERICA | 70345 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$997.12  (U)<br>$997.12  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 7/14/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HIM LEE<br>GPO BOX 755<br>HONG KONG CHINA<br>,<br>HONG KONG, CHINA | 69257 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$89,950.00  (U)<br>$89,950.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/25/2009 |
| Official Claim Date: | 12/9/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HUMBERT ANDROSIGLIO<br>C/O DELUCA & NEMEROFF LLP<br>21021 SPRINGBROOK PLAZA DR STE 150<br>SPRING, TX 77379 | 70335 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 6/25/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70241 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$350,000.00   (U)<br>$350,000.00   (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 4/21/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70273 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$350,000.00   (U)<br>$350,000.00   (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 5/3/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 19

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES HOLLINGER<br>76 PECAN COURT<br><br>DOUGLAS, GA 31533<br>UNITED STATES OF AMERICA | 70455 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 10/8/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JENNIFER DENNY<br>1855 LONG HOLLOW RD<br><br>LAFOLLETTE, TN 37766 | 69723 | Motors Liquidation Company | $6,664.86  (S)<br>$0.00  (A)<br>$6,664.86  (P)<br>$0.00  (U)<br>$13,329.72  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/7/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOAN WALDROP<br>169 CEDARVIEW LANE<br><br>WATERVLIET, NY 12189 | 70028 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$859.23  (U)<br><br>$859.23  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/11/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN BROSNAN<br>6600 ASHBURY DRIVE<br>ST LOUIS, MO 63123 | 70065 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,010.54 | (U) | | |
| | | | $1,010.54 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/25/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN BROSNAN<br>6600 ASHBURY DRIVE<br>ST LOUIS, MO 63123 | 70066 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $768.84 | (U) | | |
| | | | $768.84 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/25/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN BROSNAN<br>6600 ASHBURY DRIVE<br><br>ST LOUIS, MO 63123 | 70067 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$241.70  (U)<br>$241.70  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/25/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN CHERNEGA<br>240 KENNEDY ST<br><br>STATE COLLEGE, PA 16801<br>UNITED STATES OF AMERICA | 70640 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/22/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOSE ROCHA<br>3408 N TERRY ST<br><br>FORT WORTH, TX 76106 | 69844 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,000.00 | (U) | | |
| | | | $3,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/25/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOSEPH MCCALL<br>12103 SARATOGA ESTATES ROAD<br><br>LOUISVILLE, KY 40299 | 69726 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $584.60 | (U) | | |
| | | | $584.60 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/7/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOYCE MATTHEWS<br>3366 GRAND CAILLOU ROAD<br><br>HOUMA, LA 70363<br>UNITED STATES OF AMERICA | 68732 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$34,000.00   (U)<br><br>$34,000.00   (T) | | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/4/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KAREN HARVEY<br>3222 RIFLE GAP LANE<br><br>SUGAR LAND, TX 77478 | 69886 | Remediation And Liability Management Company, Inc. | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$2,108.45   (U)<br><br>$2,108.45   (T) | | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 2/1/2010 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/28/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KATHERIN MCGOWEN<br>1848 COLONIAL VILLAGE WAY #3<br><br>WATERFORD, MI 48328 | 70075 | Motors Liquidation Company | $1,664.00  (S)<br>$0.00  (A)<br>$631.45  (P)<br>$631.45  (U)<br>$2,926.90  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    3/1/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KOGER EQUITY INC<br>C/O DRA ADVISORS LLC<br>ATTN: JASON BORREO<br>220 EAST 42ND ST 27 FL<br>NEW YORK, NY 10017 | 69632 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,907.07  (U)<br>$1,907.07  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/24/2009

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**165th Omnibus Objection**

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KYNNA BISHOP<br>237 NE 71 RD<br>WARRENSBURG, MO 64093 | 70108 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $65,000.00 | (U) | | |
| | | | $65,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    3/9/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LADOW H WEAVER<br>3370 DOERUN NORMAN PARK RD<br>MOULTRIE, GA 31768 | 70157 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,500.00 | (U) | | |
| | | | $5,500.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    3/26/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LANA L MARSHALL<br>N761 GRAND AVE<br><br>NEILLSVILLE, WI 54456 | 70035 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $150,000.00 | (U) | | |
| | | | $150,000.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/13/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LINDA CARLSON<br>6431 LOGAN AVENUE SOUTH<br><br>RICHFIELD, MN 55423 | 70029 | Remediation And Liability Management Company, Inc. | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $584.99 | (U) | | |
| | | | $584.99 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 2/1/2010 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/12/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LISAMARIE HETRICK<br>1701 THOMPSON AVE<br>UPPER<br>TERRE HAUTE, IN 47803 | 70268 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 5/1/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| M&M MOTORS<br>ERIC A WEISS ESQ<br>C/O MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>1845 WALNUT STREET<br>PHILADELPHIA, PA 19103 | 70143 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/18/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGIE BENNETT<br>4911 PELHAM DR<br><br>AUSTIN, TX 78727 | 70508 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/7/2010

| MARY DIAZ<br>2865 WEST RIDGEVIEW DRIVE<br><br>SNOWFLAKE, AZ 85937<br>UNITED STATES OF AMERICA | 69228 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/3/2009

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 30

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MATTHEW HANKINSON<br>PO BOX 365<br><br>CADOGEN, PA 16212 | 70042 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,438.70  (U)<br>$1,438.70  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    2/18/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL D BROUMAN<br>C/O ALVIN BROUMAN ATTORNEY AT LAW<br>3509 KERSDALE RD<br>PEPPER PIKE, OH 44124 | 70262 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$80,019.69  (U)<br>$80,019.69  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    4/26/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHIKO IWAMOTO<br>2745 MADRILLO CT<br><br>PASADENA, CA 91107 | 69687 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,305.00  (U)<br>$20,305.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/4/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILLENNIUM SOFTWARE SOLUTIONS INC<br>ATTN: SITARAM GUNDAPANENI<br>1812 HIGH GROVE LN #101<br>NAPERVILLE, IL 60540 | 70509 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,698.00  (U)<br>$24,698.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/7/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MONTGOMERY COUNTY SELF INSURED PROGRAM (MCSIP) C/O GALLAHER BASSETT SERVICES INC PO BOX 1647 ROCKVILLE, MD 20849 | 68159 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $115,000.00 (U) $115,000.00 (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    11/24/2009

Official Claim Date:    12/2/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NANCY MORRISON 1346 ZIRCON AVE BULLHEAD CITY, AZ 86442 | 70055 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,205.78 (U) $1,205.78 (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    2/22/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NEIL VANDERVEER<br>BRIDGET VANDERVEER<br>C/O CHANCE & MCCANN LLC<br>201 W COMMERCE ST<br>BRIDGETON, NJ 08302 | 70276 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 5/7/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| NEIL VANDERVEER<br>C/O CHANCE & MCCANN LLC<br>201 W COMMERCE ST<br>BRIDGETON, NJ 08302 | 70278 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 5/7/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NICOLE L. MYLES<br>1826 CURTIS STREET<br><br>BATON ROUGE, LA 70807 | 69550 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:     11/30/2009

Postmark Date:     N/A

Official Claim Date:     12/14/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OLIVER BRAUN<br>AUSTR 14<br>96047 BAMBERG GERMANY<br>,<br>GERMANY | 68748 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,661.60 (U)<br>$5,661.60 (T)<br><br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:     11/30/2009

Postmark Date:     11/27/2009

Official Claim Date:     12/4/2009

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PEARCE, WADE W<br>C/O SMITH & ALSPAUGH PC<br>1100 FINANCIAL CTR<br>505 20TH ST N<br>BIRMINGHAM, AL 35203 | 67971 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$500,000.00  (U)<br><br>$500,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/1/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| POMPEY DODGE INC<br>ATTN NANCY E CAMPBELL, ESQ<br>KENNEDY CAMPBELL LIPSKI & DOCHNEY<br>1818 MARKET ST STE 2510<br>PHILADELPHIA, PA 19103 | 70149 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/22/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

165th Omnibus Objection

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RACHEL L BOODRAM<br>7500 ROSWELL ROAD<br>UNIT 67<br>SANDY SPRINGS, GA 30350 | 69429 | Motors Liquidation Company | $5,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/14/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REBECCA DAFFRON<br>586 TECUMSEH DR<br>SHEPHERDSVILLE, KY 40165 | 69956 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    2/1/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RENEE KOVALAK<br>5121 CHESTNUT HILL DRIVE<br><br>WILLOUGHBY, OH 44094 | 70122 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300.00  (U)<br>$300.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:      11/30/2009

Postmark Date:      N/A

Official Claim Date:      3/15/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RENO HOSKINSON<br>5708 LOCUST WAY<br><br>LOUISVILLE, KY 40229<br>UNITED STATES OF AMERICA | 69716 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$539.81  (U)<br>$539.81  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:      11/30/2009

Postmark Date:      N/A

Official Claim Date:      1/6/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBER WILHELM LANTIN<br>AUF DEM EISENSTEIN 7<br>STOLBERG DE 52249 GERMANY<br>.<br>GERMANY | 68747 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/4/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER T SADDLER IRA<br>FCC AS CUSTODIAN<br>8 LATTICE DR<br>LEESBURG, FL 34788 | 69453 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 12/16/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROLF PETERS<br>REUßSTR 1<br>38640 GOSLAR GERMANY<br>,<br>GERMANY | 69320 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,154.00 (U)<br>$14,154.00 (T)<br><br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    11/24/2009

Official Claim Date:    12/10/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD L PHILLIPS<br>2939 HARTFORD DR<br>BETTENDORF, IA 52722 | 69818 | Motors Liquidation Company | $2,546.21 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,546.21 (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/21/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSE MARIE RICE<br>14641 PRINCETON AVE<br><br>DOLTON, IL 60419 | 70322 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500.00  (U)<br>$500.00  (T) | Late-Filed Claim | Pgs. 1-5 |

|  **Additional Claim Information** | | | | | |
| Applicable Bar Date: | 11/30/2009 | | | | |
| Postmark Date: | N/A | | | | |
| Official Claim Date: | 6/12/2010 | | | | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROWAIDA TABRI<br>3808 WENDY LANE<br><br>SILVER SPRING, MD 20906 | 70219 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

|  **Additional Claim Information** | | | | | |
| Applicable Bar Date: | 11/30/2009 | | | | |
| Postmark Date: | N/A | | | | |
| Official Claim Date: | 4/12/2010 | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SAM KOVALAK<br>5121 CHESTNUT HILL DRIVE<br><br>WILLOUGHBY, OH 44094 | 70123 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $513.78 | (U) | | |
| | | | $513.78 | (T) | | |

| | Additional Claim Information | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | N/A | |
| Official Claim Date: | 3/15/2010 | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SHONDA FULCHER<br>2609 VALLEY FORGE AVE<br><br>TEMPLE, TX 76504 | 69681 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $52,848.00 | (U) | | |
| | | | $52,848.00 | (T) | | |

| | Additional Claim Information | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | N/A | |
| Official Claim Date: | 12/31/2009 | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SONYA DITTER<br>722 MICHIGAN AVE<br><br>N FOND DU LAC, WI 54937 | 70304 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-5 |
| | | | Unliquidated | | |

| **Additional Claim Information** | | | | | |
|---|---|---|---|---|---|
| Applicable Bar Date: | 11/30/2009 | | | | |
| Postmark Date: | N/A | | | | |
| Official Claim Date: | 5/29/2010 | | | | |

| STACY SHRAMEK<br>141 S BUCKLEY ST<br><br>ALMA CENTER, WI 54611 | 70294 | Motors Liquidation Company | $0.00   (S)<br>$1,133.71  (A)<br>$0.00   (P)<br>$1,133.71  (U)<br>$2,267.42   (T) | Late-Filed Claim | Pgs. 1-5 |

| **Additional Claim Information** | | | | | |
|---|---|---|---|---|---|
| Applicable Bar Date: | 11/30/2009 | | | | |
| Postmark Date: | N/A | | | | |
| Official Claim Date: | 5/21/2010 | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STANLEY R STASKO<br>27653 LEXINGTON PKWY<br><br>SOUTHFIELD, MI 48076 | 70285 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,775,266.00  (U)<br>$2,775,266.00  (T) | Late-Filed Claim | Pgs. 1-5 |

| **Additional Claim Information** |
|---|
| Applicable Bar Date:    11/30/2009 |
| Postmark Date:    N/A |
| Official Claim Date:    5/12/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE AUTO INSURANCE<br>CLAIM# SMIT-0290621<br>1300 WOODLAND AVE<br><br>WEST DES MOINES, IA 50265 | 70112 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$26,271.52  (U)<br>$26,271.52  (T) | Late-Filed Claim | Pgs. 1-5 |

| **Additional Claim Information** |
|---|
| Applicable Bar Date:    11/30/2009 |
| Postmark Date:    N/A |
| Official Claim Date:    3/11/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STEPHANIE LOGUE<br>1304 N 18TH ST<br><br>DECATUR, IL 62521<br>UNITED STATES OF AMERICA | 70369 | Motors Liquidation Company | $4,000.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) |  |  |
|  |  |  | $0.00 | (P) |  |  |
|  |  |  | $4,000.00 | (U) |  |  |
|  |  |  | $8,000.00 | (T) |  |  |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 8/4/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STEVE SUDSBERRY<br>222 BARTLETT DR APT 813<br><br>EL PASO, TX 79912 | 70078 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (A) |  |  |
|  |  |  | $0.00 | (P) |  |  |
|  |  |  | $10,000,000.00 | (U) |  |  |
|  |  |  | $10,000,000.00 | (T) |  |  |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/2/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUDIE M VENABLE 3114 MOUNTAIN ROAD HALIFAX, VA 24558 | 70342 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $100,000.00  (U) $100,000.00  (T) Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:     11/30/2009

Postmark Date:     N/A

Official Claim Date:     6/23/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUZANNE ELIAS<br>1131 TRAMEL RD<br>SEVIERVILLE, TN 37862 | 70185 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/31/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUZANNE ELIAS<br>1131 TRAMEL RD<br>SEVIERVILLE, TN 37862 | 70186 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,000,000.00  (U)<br>$3,000,000.00  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/31/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERJE SØRHAUG<br>HAAKONSVEGEN 24 B<br>5519 HAUGESUND NORWAY<br>,<br>NORWAY | 70280 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$92,779.47  (U)<br>$92,779.47  (T)<br><br>Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 5/11/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE HARTFORD INS GROUP<br>ATTN: CHESTER POWELL<br>FILE # SBB151531<br>PO BOX 14272<br>LEXINGTON, KY 40512 | 69742 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,044.07  (U)<br>$5,044.07  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/11/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THERESA M MCHUGH<br>215 LATHROP ROAD<br><br>SYRACUSE, NY 13219 | 70305 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$610.93   (U)<br>$610.93   (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 6/1/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TONY R TROTTER<br>2463 FERNWOOD AVE<br><br>SAN JOSE, CA 95128 | 69075 | Motors Liquidation Company | $4,201.52   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$4,201.52   (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/1/2009 |
| Official Claim Date: | 12/7/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TONY TABLIS<br>15554 NEW ENGLAND AVE<br><br>OAK FOREST, IL 60452 | 69666 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$493.82  (U)<br>$493.82  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/30/2009

| | | | | | |
|---|---|---|---|---|---|
| VERONICA PRITCHETT<br>29 EAST AUBURN ST<br><br>ECORSE, MI 48229 | 69464 | Motors Liquidation Company | $6,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$12,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/16/2009

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

165th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WAYNE HUTCHINSON<br>2450 W 239TH ST #5<br><br>TORRANCE, CA 90501 | 70264 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,003.49  (U)<br>$1,003.49  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    4/29/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WINFRED CLARK<br>DELUCA & NEMEROFF LLP<br>21021 SPRINGBROOK PLAZA DR STE 150<br>SPRING, TX 77379 | 70296 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    5/21/2010

| | 99 | | $81,048.66  (S) | | |
|---|---|---|---|---|---|
| | | | $1,133.71  (A) | | |
| | | | $22,296.31  (P) | | |
| | | | $31,703,791.60  (U) | | |
| | | | $31,808,270.28  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 51

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                               :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
|     **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
|         **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

ORDER GRANTING DEBTORS' 165TH OMNIBUS
OBJECTION TO CLAIMS AND ENFORCEMENT OF BAR DATE ORDERS
(Late-Filed Claims)

        Upon the 165th omnibus objection to expunge certain claims and motion seeking

enforcement of the Bar Date Orders,[1] dated January 26, 2011 (the "**165th Omnibus Objection**

**to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving

procedures for the filing of omnibus objections to proofs of claim against the Initial Debtors (the

"**Procedures Order**") (ECF No. 4180), this Court's order deeming the Procedures Order

applicable to the REALM/ENCORE Debtors (the "**REALM/ENCORE Order**") (ECF No.

4841), and the Bar Date Orders, seeking entry of an order disallowing and expunging the Late-

Filed Claims on the grounds that such claims were not timely filed, all as more fully described in

the 165th Omnibus Objection to Claims; and due and proper notice of the 165th Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the 165th Omnibus Objection to Claims.

be provided; and the Court having found and determined that the relief sought in the 165th

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the 165th Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 165th Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be

Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly

reserved with respect to any claim listed on Exhibit "A" annexed to the 165th Omnibus

Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not

listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        _____, 2011


                                                    _____
                                                    United States Bankruptcy Judge

2