Marc M. Isaac
LAW OFFICE OF MARC M. ISAAC PLLC
210 Moore Avenue
Freeport, NY  11520
Telephone: (516) 750-1422
Facsimile: (866) 342-2903

James L. Mitchell
PAYNE MITCHELL LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX  75219
Telephone: (214) 252-1888
Facsimile: (214) 252-1889

*Attorneys for Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymaker, Deceased*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**MOTION FOR ADMISSION TO
PRACTICE, *PRO HAC VICE*, OF JAMES L. MITCHELL**

I, James L. Mitchell, a member in good standing of the bar of the state of Texas, and of the bar of the United States District Court for the Northern District of Texas, request admission, *pro hac vice*, to represent Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymaker, Deceased, in the above-referenced chapter 11 case.

    Mailing Address:    James L. Mitchell
                                      PAYNE MITCHELL LAW GROUP
                                      2911 Turtle Creek Blvd., Suite 1400
                                      Dallas, TX  75219

Telephone: (214) 252-1888

E-mail: JMitchell@PayneMitchell.com

I have agreed to pay the fee of $25 upon approval by this Court thereby admitting me to practice *pro hac vice*.

Dated: Freeport, New York
January 26, 2011

                /s/ James L. Mitchell
James L. Mitchell (JM 7634)
PAYNE MITCHELL LAW GROUP
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (214) 252-1888
Facsimile: (214) 252-1889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

MOTORS LIQUIDATION COMPANY, *et al.*,
 f/k/a General Motors Corp., *et al.*

                        Debtors.

-----------------------------------------------------------x

Chapter 11 Case No.

09-50026 (REG)

(Jointly Administered)

# ORDER ADMITTING
## JAMES L. MITCHELL TO PRACTICE, P*RO HAC VICE*

James L. Mitchell, a member in good standing of the bar of the state of Texas, and of the bar of the United States District Court for the Northern District of Texas, having requested admission, *pro hac vice*, to represent Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymaker, Deceased, in the above-referenced chapter 11 case;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     James L. Mitchell is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
             _____, 2011

                                         _____
                                         UNITED STATES BANKRUPTCY JUDGE