LEWIS LAW PLLC
Attorneys for Johann Hay GmbH &
  Co. KG
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 761-8400
Kenneth M. Lewis
klewis@lewispllc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       : Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       : Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,                       :
                                                            :
                                            Debtors.        : (Jointly Administered)
                                                            :
------------------------------------------------------------x

# CERTIFICATE OF SERVICE OF OBJECTION OF JOHANN HAY GMBH & CO. KG TO DEBTORS' 120TH OMNIBUS OBJECTION TO CLAIMS
### (Claim Nos. 68626 & 66661)

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York and am not a party to these proceedings.

On the 24th day of January, 2011, I served the Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus objection to Claims (Claim Nos. 68626 & 66661), by Federal Express overnight service upon the following parties:

Harvey Miller, Stephen Karotkin,
and Joesph Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas Morrow
Motors Liquidating Company
401 South Old Woodward Avenue
Suite 370
Birmingham, MI  48009

Lawrence Buonomo
General Motors LLC
400 Renaissance Center
Detroit, MI 48625

Joseph Samarias
US Department of Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220

John Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Thomas Moers Mayer, Robert Schmidt, LaAdam Rogoffuren Macksoud
Jennifer Sharret
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Michael Edelman, Michael Schein
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY 10019

Elihu Inselbuch, Rita Tobin
Caplin & Drysdale
375 Park Avenue
35th Floor
New York, NY 10152-3500

Trevor W. Swett, III, Kevin Maclay
Caplin & Drysdale
One Thomas Circle, NW
Suite 1100
Washington DC 2005

Sander Esserman, Robert Brousseau
Stutzman Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 220
Dallas, TX 75201

Tracy Hope Davis
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dated: White Plains, New York
       January 27, 2011

                                        /s/ Kenneth M. Lewis
                                        Kenneth M. Lewis