**Motors Liquidation Company**
**Case Number: 09-50026**
**Exhibit F-6**
**Product Liability Litigation**

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| SKUTNIK, ANNA KATHARINE | ERSKINE & BLACKBURN 6618 SITIO DEL RIO BOULEVARD BUILDING C-101 | AUSTIN,TX,78730 | ✔ | ✔ | ✔ | UNDETERMINED |
| SKUTNIK, KATHARINE HEBERT | ERSKINE & BLACKBURN 6618 SITIO DEL RIO BOULEVARD BUILDING C-101 | AUSTIN,TX,78730 | ✔ | ✔ | ✔ | UNDETERMINED |
| SKUTNIK, KATHARINE HEBERT | HESELMEYER ZINDA PLLC 108 EAST BAGDAD SUITE 300 | ROUND ROCK,TX,78664 | ✔ | ✔ | ✔ | UNDETERMINED |
| SKUTNIK, KATHARINE HEBERT | PERLMAN PETER LAW OFFICES PSC 388 S BROADWAY | LEXINGTON,KY,40508 | ✔ | ✔ | ✔ | UNDETERMINED |
| SKUTNIK, KENNETH MATTHEW | ERSKINE & BLACKBURN 6618 SITIO DEL RIO BOULEVARD BUILDING C-101 | AUSTIN,TX,78730 | ✔ | ✔ | ✔ | UNDETERMINED |
| SLAUGHTER, CONNIE | 10432 BLACKSMITH PL | FLORENCE,KY,41042-4773 | ✔ | ✔ | ✔ | UNDETERMINED |
| SLAYMAKER, LAURENCE | RICHARD JAMISON 214 SOUTH GRANT ST | CASPER,WY,82601 | ✔ | ✔ | ✔ | UNDETERMINED |
| SLAYMAKER, SANDRA | JAMIESON & ROBINSON LLC 214 SOUTH GRANT STREET | CASPER,WY,82601 | ✔ | ✔ | ✔ | UNDETERMINED |
| SLOANE, CRYSTAL | 1100 HENRY STREET | ELSMERE,KY,41018 | ✔ | ✔ | ✔ | UNDETERMINED |
| SLOMNICKI, PERRY | 8703 LIBERTY LANE | POTOMAC,MD,20854-3626 | ✔ | ✔ | ✔ | UNDETERMINED |
| SLOUGHAER, BERNADETTE | 4114 LAUREL DRIVE | W. RICHLAND,WA,99353 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMALL, AAMEIKA | 820 SCRANTON RD APT 1307 | BRUNSWICK,GA,31525-6628 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMALL, CRYSTAL | 312 CROWE ST | SIKESTON,MO,63801-3720 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMALLEY, SHEILA | 26731 CYPRESS ROAD | PORTER,TX,77365-4406 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMALLEY, TOM | 705 EAST ST | LYNNVILLE,IA,50153-7722 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMELTSER, JOSEPH | 541 BROADWAY STREET | HAMILTON,IL,62341-1313 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMILEY, COLLEEN | ELCO ADMINISTRATIVE SERVICES COMPANY BOX 4800 | WAYNE,NJ,07474 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMILEY, GRANDCHILD | ELCO ADMINISTRATIVE SERVICES COMPANY BOX 4800 | WAYNE,NJ,07474 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMILEY, YOLANDA | 73190 STANDIFER GAP RD APT. 621 | CHATTANOOGA,TN,37421 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMILING, WILLIE MAE | 1575 HIDDEN OAKS DRIVE | WEDGEFIELD,SC,291689522 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMITH FRANKS, CARIN | 2366 DILLDINE RD | IONIA,MI,488469551 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMITH PLUMBING LLC JIMMY | PUCHEU PUCHEU & ROBINSON LLP 106 PARK AVENUE P O BOX 1109 | EUNICE,LA,70535-1109 | ✔ | ✔ | ✔ | UNDETERMINED |
| SMITH, ALYSSA | ENTERPRISE RENTAL PO BOX 5015 | CARSON,CA,90749-5015 | ✔ | ✔ | ✔ | UNDETERMINED |