| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SLAY TRANSPORTATION CO INC | 2811 RELIABLE PKWY | UPTD AS PER LTR 3/21/05 GJ | | | CHICAGO | IL | 60686-0001 |
| SLAY WANDA | PO BOX 3 | | | | LUDLOW | MS | 39098-0003 |
| SLAY, CHARLENE Y | 1714 S JEFFERSON ST # B | | | | MUNCIE | IN | 47302-3362 |
| SLAY, JAMES F | 1000 SOLON PLACE WAY APT 167 | | | | WAXAHACHIE | TX | 75165-5050 |
| SLAY, LILA M | 7209 ANGLE RD | | | | NORTHVILLE | MI | 48168-9413 |
| SLAY, MARSHALL L | 25925 MICHIGAN AVE | | | | INKSTER | MI | 48141-2497 |
| SLAYBAUGH, CHARLES G | 1084 SEVILLE DR | | | | PALM HARBOR | FL | 34684-2839 |
| SLAYBAUGH, GERALD E | PO BOX 376 | | | | CLIO | MI | 48420-0376 |
| SLAYBAUGH, JUSTIN | 532 SPRING ST | | | | GRAND LEDGE | MI | 48837-1404 |
| SLAYDEN I I I, MARSHALL E | 52106 POWDERHORN DR | | | | MACOMB | MI | 48042-3442 |
| SLAYDEN III, MARSHALL E | 52106 POWDERHORN DR | | | | MACOMB | MI | 48042-3442 |
| SLAYDEN ROBERT W (352427) | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510 |
| SLAYDEN'S AUTO REPAIR | 111 2ND AVE W | | | | ANDALUSIA | IL | 61232-9004 |
| SLAYDEN, ROBERT | 25150 CRISLER ST | | | | TAYLOR | MI | 48180-3234 |
| SLAYLINE, GREGORY S | 14708 S LOCUST ST | | | | OLATHE | KS | 66062-2621 |
| SLAYMAKER CHARLES B | 161 HICKS RD | | | | NASHVILLE | TN | 37221-3401 |
| SLAYMAKER LAURENCE | SLAYMAKER, LAURENCE | 214 S GRANT ST | | | CASPER | WY | 82601-2630 |
| SLAYMAKER LAURENCE | SLAYMAKER, SANDRA | 214 S GRANT ST | | | CASPER | WY | 82601-2630 |
| SLAYMAKER, EARL A | 6262 W OUTER DR | | | | DETROIT | MI | 48235-2619 |
| SLAYMAKER, JOANNE E. | 1113 HOME PL | | | | FREMONT | OH | 43420-3317 |
| SLAYMAN, AUDREY | PO BOX 318 | | | | CHARLESTOWN | MD | 21914-0318 |
| SLAYMAN, ELVIN P | 1404 MARSHALL ST | | | | HAGERSTOWN | MD | 21740-3501 |
| SLAYMAN, GARY R | 142 EDGE AVE | | | | NEW CASTLE | DE | 19720-2017 |
| SLAYMAN, GARY R | 280 KIBBEE RD | | | | MCDONOUGH | GA | 30252-3916 |
| SLAYMAN, JAMES R | PO BOX 318 | | | | CHARLESTOWN | MD | 21914-0318 |
| SLAYMAN, JOHN W | 10836 OAK VALLEY DR | | | | HAGERSTOWN | MD | 21740-7847 |
| SLAYMAN, NANCY S | 4813 BELLINGHAM DR | | | | INDIANAPOLIS | IN | 46221-3703 |
| SLAYMEN JR, ALLIE | 1414 SOM CENTER RD APT 306 | | | | MAYFIELD HEIGHTS | OH | 44124-2105 |
| SLAYSMAN, MELVERN M | 406 S TAYLOR AVE | | | | BALTIMORE | MD | 21221-6845 |
| SLAYTON JR, ALLEN M | 23733 PHILIP DR | | | | SOUTHFIELD | MI | 48075-3348 |
| SLAYTON JR, S W | 121 BREEZY PT | | | | EUSTIS | FL | 32726-7401 |
| SLAYTON M MCGEHEE & HELEN JO | MCGEHEE TRUSTEES | SLAYTON M & HELEN JO | MCGEHEE REV LIV U/D 7/12/94 | 4020 ROYAL PALMS COURT | DALLAS | TX | 75244-7262 |
| SLAYTON MARY | 1658 MIDDLE RD | | | | RUSH | NY | 14543-9733 |
| SLAYTON, BARBARA D | 620 N 25TH ST | | | | ELWOOD | IN | 46036-1327 |
| SLAYTON, CLAUDETTE A | 5900 CLARK LAKE RD | | | | JACKSON | MI | 49201-9203 |
| SLAYTON, DAVID | 1418 LYNTON AVE | | | | FLINT | MI | 48507-3246 |
| SLAYTON, DAVID W | 6030 WILD TURKEY RD | | | | GRAND BLANC | MI | 48439-7980 |
| SLAYTON, EVELYN L | 1233 GORDON ST | | | | MOUNT MORRIS | MI | 48458-1716 |
| SLAYTON, HAROLD R | 70 MANOR DR | | | | MATTESON | IL | 60443-1295 |
| SLAYTON, HARRY D | 43 GREAT PINES DR | | | | OXFORD | MI | 48371-3451 |
| SLAYTON, HARRY J | PO BOX 422 | | | | ARDMORE | TN | 38449-0422 |
| SLAYTON, JAMES B | 8905 HARRISON PKWY | | | | FISHERS | IN | 46038-3594 |
| SLAYTON, JANET | 6008 E MAPLE AVE | | | | GRAND BLANC | MI | 48439-9110 |
| SLAYTON, JOSEPH T | 3813 LAKE FOREST DR | | | | STERLING HEIGHTS | MI | 48314-4316 |
| SLAYTON, LULA B | 715 GEM AVE | | | | AKRON | OH | 44307-1432 |
| SLAYTON, LYNDAHL I | 923 N OSBORNE AVE | | | | JANESVILLE | WI | 53548-2347 |
| SLAYTON, MICHAEL A | 420 GALAXY LN | | | | MELBOURNE BEACH | FL | 32951-4239 |
| SLAYTON, MICHAEL A | 420 GALAXY LN | | | | MELBOURNE BCH | FL | 32951-4239 |
| SLAYTON, MICHAEL ANTHONY | 420 GALAXY LN | | | | MELBOURNE BCH | FL | 32951-4239 |
| SLAYTON, RALPH G | 1500 DIANE DR | | | | FLUSHING | MI | 48433-1827 |
| SLAYTON, RAY J | 1 BROWN TEAL RD | | | | PETERSBURG | TN | 37144-7712 |
| SLAYTON, ROBERT G | 7923 LANSDALE RD | | | | BALTIMORE | MD | 21224-2122 |
| SLAYTON, SHIRLEY J | 1419 S PACKARD AVE | | | | BURTON | MI | 48509-2411 |
| SLAYTON, STEPHEN J | PO BOX 238 | | | | ONTARIO | OH | 44862-0238 |
| SLAYTON, TITO L | APT 626 | 7403 NORTHWEST DONOVAN DRIVE | | | KANSAS CITY | MO | 64153-3109 |