# Payne Mitchell
## Law Group

James L. Mitchell, Attorney at Law

BOARD CERTIFIED PERSONAL INJURY TRIAL LAW

December 30, 2009

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

RE: Chapter 11 Case No. 09-50026; *In Re Motors Liquidation Company, fka General Motors Corporation, et al.*

Civil Action No. CV-09-28; *Sandra Slaymaker, as personal representative of the estate of Lawrence Slaymaker, deceased, vs. General Motors Corporation, et al.*

Gentlemen:

This follows the recent filing of Creditor Sandra Slaymaker's Notice of Claim against Motors Liquidation Company, fka General Motors Corporation (see copy attached). The purpose of this letter is to advise you and the Court that said Notice of Claim was filed after the Bar Date because neither Ms. Slaymaker nor this firm received notice of the Bar Date. Accordingly, we would respectfully request that the Court grant an exception and allow the filing of Ms. Slaymaker's Notice of Claim.

Please contact me if you have any questions.

Yours very truly,

James L. Mitchell

JLM/jsb
Enclosures