Marc M. Isaac
THE LAW OFFICE OF MARC M. ISAAC, PLLC
210 Moore Avenue
Freeport, NY   11520
Telephone: (516) 750-1422
Facsinile:   (866) 342-2903
E-mail:   misaac@mmipllc.com

*Attorneys for Sandra Slaymaker, Personal Representative
of the Estate of Laurence Slaymaker, Deceased*

UNITED STATES  BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 Case No. |
| | § | |
| MOTORS LIQUIDATION CO., *et al.*, | § | Case No.   09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | Hearing: February 3, 2011 @ 9:45 a.m. (ET) |

### CERTIFICATE OF SERVICE OF RESPONDENT'S RESPONSE OF SANDRA SLAYMAKER TO DEBTOR'S 111th OMNIBUS OBJECTION TO CLAIMS AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to the following:

the attorneys for debtor, Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq., Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153;

to Debtors, c/o Motors Liquidation Co., 401 South Old Woodward Ave., Suite 370, Birmingham, Michigan 48009 (ATTN: Ted Stenger, Esq.);

General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (ATTN: Laurence S. Buonomo, Esq.);

attorneys for the United States Department of the Treasury, Cadwalader, Wickersham & Taft, LLP, One World Financial Center, New York, NY 10281 (ATTN: John J. Rapisardi, Esq.);

the United States Department of the Treasury, 1500 Pennsylvania Ave. NW, Room 2312, Washington, D. C. 20220 (ATTN: Joseph Samarias, Esq.);

Vedder Price, P. C., the attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (ATTN: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

counsel for the statutory committee of unsecured creditors, Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 (ATTN: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (ATTN: Tracy Hope Davis, Esq.);

the U. S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, NY 10007 (ATTN: David S. Jones, Esq. and Natalie Kuehler, Esq.);

attorneys for the official committee of unsecured creditors holding asbestos-related claims, Caplin & Drysdale, Chartered, 375 Park Ave., 35th Floor, New York, NY 10152-3500 (ATTN: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and at One Thomas Circle, N.W., Suite 1100, Washington, D.C. 20005 (ATTN: Trevor W. Swett, III, Esq. and Kevin C. Maclay, Esq.); and

Stutzman, Bromberg, Esserman & Plifka, counsel for Dean M. Trafalet in his capacity as legal representative of future asbestos personal injury claimants, (ATTN: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), 2323 Bryan Street, Suite 2200, Dallas, TX 75201,

via first class, postage prepaid, U. S. Mail, and to all parties or persons requesting notice hereof via ECF, on this 27th day of January, 2011.

/s/James L. Mitchell

**James L. Mitchell**