KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
570 Seventh Avenue, 17th Floor
New York, NY 10018-6314
Tel. (212) 972-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, et al., | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., et al. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF CHANGE OF ADDRESS FOR KLESTADT & WINTERS, LLP

PLEASE TAKE NOTICE that Klestadt & Winters, LLP, attorneys for the parties set forth on Schedule A hereto, has relocated its offices. Effective immediately, copies of all notices and pleadings given or filed in this case should be given and served upon the undersigned at the following address:

**KLESTADT & WINTERS, LLP**
**570 Seventh Avenue, 17th Floor**
**New York, NY 10018-6314**
**Telephone: (212) 972-3000**
**Telefax: (212) 972-2245**

Dated: New York, New York
         January 27, 2011

KLESTADT & WINTERS, LLP

By: */s/John E. Jureller, Jr.*
     Tracy L. Klestadt
     John E. Jureller, Jr.
     570 Seventh Avenue, 17th Floor
     New York, NY 10018-6314
     (212) 972-3000

## **SCHEDULE A**

**Account Holder/Beneficial Owner**

Alberto Antonelli
Aldo Di Gennaro
Alessandro Fachin
Anna Mattioli
Anna Migliardi
Antonio Galdo
Carlo Rodrigo Sardi
Caterina Olivetti
Davide Caramella
Domenico Pagliano
Edoardo Ciotti
Elena Gaibotti
Enrico Zaaruolo
Ermelinda Frambati
Ernesto Domenico Musumeci
Fidersel Rub.N.56426
Francesco Biondi
Francesco Dolcino
Francesco Dolcino
Francesco Pietro Santi
Gian Franco Cillario
Gianfranco Iglina
Giorgio Giacobino
Giovanna Bonani
Giovanni Maccari
Graziano Montori
Graziella Pelozzi
Guido Cometto
Giuseppe Scienza
Giuseppina Natale
Jean Francois Mossino
Laura Andretta
Laura Maria Morbidelli
Lucio Menaldino Robino
Marco Vinciguerra
Margherita Lecchi
Maria Acerbis
Maria Cristina Uliveto
Maria Francesca Masini
Maria Luisa Mazzoleni

2

Maria Rosa Giovinazzo
Maria Rossella Cornaggia
Mario Baudino
Maurizio Suppo
Paolo Bianchi
Remo Mariani
Teresa Giachello
Vincenzo Maria De Ciommo Laurora
Vittorio Manna
Vittorio Manna