# EXHIBIT B

### To the

### DECLARATION OF MICHAEL A. SCHWARTZ IN SUPPORT OF THE SATURN PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITON TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 16440 and 16441

3/1/10

**BY E-MAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, TX 75201
Attn.: ADR Claims Team
claims@motorsliquidation.com

   Re: In re Motors Liquidation Company, *et al.* ("Debtors")
      Case No. 09-50026 (REG) – Capping Claim Letter

Dear Motors Liquidation Company,

  By this letter, I, the undersigned, am the below-referenced claimant, or an authorized signatory for the below-referenced claimant, and hereby submit my claim to the capping procedures established in the Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (the "ADR Procedures") [Docket No. 5037] entered by the United States Bankruptcy Court for the Southern District of New York on February 23, 2010.

  Accordingly, I hereby propose to cap my claim at the amount specified below (the "Claim Amount Cap").

| Claimant's Name | Proof of Claim No. | Original Filed Amount | Claim Amount Cap |
|---|---|---|---|
| IN RE SATURN L-SERIES TIMING CHAIN LITIGATION MDL NO 1920 | 16440 | $334,847,925.00 | $284,620,736 |

  I understand and agree that the Claim Amount Cap includes all damages and relief to which I believe I am entitled, including all interest, taxes, attorney's fees, other fees, and costs. If the Claim Amount Cap is accepted by the Debtors, I understand that I am required to submit my claim to the ADR Procedures and acknowledge that my claim may be a "Designated Claim" as such term is used under the ADR Procedures.

               Very truly yours,

         By   HORWITZ, HORWITZ & PARADIS,
        Address ATTORNEYS AT LAW
        State

            By:
            Michael A. Schwartz
cc: Pablo Falabella, Esq.    405 Lexington Avenue, 61st Floor
  Weil, Gotshal & Manges LLP New York, New York 10174
  767 Fifth Avenue     Telephone: (212) 986-4500
  New York, NY 10153    Facsimile: (212) 986-4501
  pablo.falabella@weil.com   mschwartz@hhplawny.com
              Co-Lead Counsel for Plaintiffs and the Class

US_ACTIVE:\43316359\01\72240.0639

3/1/10

**BY E-MAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, TX 75201
Attn.: ADR Claims Team
claims@motorsliquidation.com

    Re: In re Motors Liquidation Company, *et al.* ("Debtors")
       Case No. 09-50026 (REG) – Capping Claim Letter

Dear Motors Liquidation Company,

  By this letter, I, the undersigned, am the below-referenced claimant, or an authorized signatory for the below-referenced claimant, and hereby submit my claim to the capping procedures established in the Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (the "**ADR Procedures**") [Docket No. 5037] entered by the United States Bankruptcy Court for the Southern District of New York on February 23, 2010.

  Accordingly, I hereby propose to cap my claim at the amount specified below (the "**Claim Amount Cap**").

| Claimant's Name | Proof of Claim No. | Original Filed Amount | Claim Amount Cap |
|---|---|---|---|
| IN RE SATURN L-SERIES TIMING CHAIN LITIGATION MDL NO 1920 | 16441 | $334,847,925.00 | $284,620,736 |

  I understand and agree that the Claim Amount Cap includes all damages and relief to which I believe I am entitled, including all interest, taxes, attorney's fees, other fees, and costs. If the Claim Amount Cap is accepted by the Debtors, I understand that I am required to submit my claim to the ADR Procedures and acknowledge that my claim may be a "Designated Claim" as such term is used under the ADR Procedures.

Very truly yours,

By
Address
State

HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW

By: _____
Michael A. Schwartz
405 Lexington Avenue, 61st Floor
New York, New York 10174
Telephone: (212) 986-4500
Facsimile: (212) 986-4501
mschwartz@hhplawny.com
Co-Lead Counsel for Plaintiffs and the Class

cc: Pablo Falabella, Esq.
   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, NY 10153
   pablo.falabella@weil.com

US_ACTIVE:\43316359\01\72240.0639