# EXHIBIT M

To the

**DECLARATION OF MICHAEL A. SCHWARTZ IN SUPPORT OF THE SATURN PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITON TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 16440 and 16441**



# SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

*www.sfmslaw.com*

CONNECTICUT

FLORIDA

NEW JERSEY

PENNSYLVANIA

WISCONSIN

CALIFORNIA

## SUMMARY OF FIRM QUALIFICATIONS

The Law Firm of Shepherd, Finkelman, Miller & Shah, LLP ("SFMS" or "Firm") concentrates its practice in the areas of complex commercial litigation with a particular emphasis on securities and investment fraud, consumer protection, antitrust, contract, healthcare fraud, ERISA and employment class actions, as well as False Claim Act litigation. The Firm represents the State of Connecticut, privately held corporations, healthcare providers, institutional investors, including pension, health and welfare funds, and private individuals in complex litigation and related matters throughout the United States. The majority of the Firm's cases are handled on a contingent fee basis.

As reflected in the accompanying biographical histories, the lawyers at SFMS are accomplished and diverse with years of experience in complex commercial litigation. The Firm's attorneys all are alumni of larger law firms who have chosen the flexible, informal and cooperative atmosphere of a smaller firm while continuing to pursue a sophisticated and challenging practice nationally and, at times, internationally, on behalf of the Firm's clients. In light of the nature of the Firm's practice and in recognition of the skill, professionalism and hard work of the Firm's attorneys, SFMS and its attorneys have served as court-appointed lead counsel and class counsel in state and federal courts throughout the United States. In the cases in which SFMS has served as lead counsel, the Firm has been recognized for the quality of the representation it provides to its clients and for the excellent results that it has achieved.

| | | |
|---|---|---|
| 65 MAIN STREET<br>CHESTER, CT 06412<br>860/526-1100<br>FAX 860/526-1120 | 35 E. STATE STREET<br>MEDIA, PA 19063<br>610/891-9880<br>FAX 610/891-9883 | 199 FREMONT STREET, 20TH FLOOR<br>SAN FRANCISCO, CA 94105<br>415/992-7282<br>FAX 415-489-7701 |
| 1640 TOWN CENTER CIRCLE<br>SUITE 216<br>WESTON, FL 33326<br>954/515-0123<br>FAX 954/515-0124 | 475 WHITE HORSE PIKE<br>COLLINGSWOOD, NJ 08107<br>856/858-1770<br>FAX 856/858-7012 | 111 E. WISCONSIN AVENUE, SUITE 1750<br>MILWAUKEE, WI 53202<br>414/226-9900<br>FAX 414/226-9905 |
| | 401 WEST "A" STREET, SUITE 2350<br>SAN DIEGO, CA 92101<br>619/235-2416<br>FAX 619/234-7334 | |

## SFMS' PRIMARY AREAS OF PRACTICE

Although SFMS does not maintain formal departments, the Firm's attorneys generally devote their time and efforts to the following practice areas:

### Securities Fraud and Breaches of Fiduciary Duty

The Firm is actively involved in the litigation of individual and class action cases alleging securities fraud, breach of fiduciary duty, and shareholder derivative claims, on behalf of shareholders, health and welfare and pension funds, professional investors and other clients. The Firm has been lead counsel or played a substantial role in a number of these cases, including the following cases: *Phones Plus, Inc. v. Hartford Life Insurance Co. and Neuberger Berman Management, LLC* (D. Conn.); *In re Faro Technologies, Inc. Securities Litigation* (M.D. Fla.); *Buttonwood Tree Value Partners LP v. Arthur O. Smith, et al.* (Cir. Ct., Milwaukee Cty, WI); *In re aai Pharma Derivative Litigation* (U.S.D.C., E.D.N.C.); *In re Adelphia Securities Litigation* (U.S.D.C., E.D.PA.); *In re AFC Enterprises Securities Litigation* (U.S.D.C., N.D.GA.); *Reardon v. Ameripath, Inc.* (Cir.Ct., Palm Beach Cty., FL); *D'Andrea v. CIGNA Securities, Inc.* (Sup. Ct., Camden Cty., N.J.); *Simons v. EMCOR Group, Inc.* (U.S.D.C., D.Conn.); *Smith v. Interstate Bakeries Corp.* (U.S.D.C., W.D.Mo.); *Burnetti v. Maxxim Medical,* (Cir.Ct., Pinellas Cty., FL.); *In re McKesson HBOC, Inc. Securities Litigation* (U.S.D.C., N.D.CA.); *In re Mercator Software Derivative Litigation* (Conn.Super); *In re SupportSoft Derivative Litigation* (Calif. Super.). In addition, SFMS regularly represents existing institutional and individual clients in significant proceedings before the National Association of Securities Dealers ("NASD") and the New York Stock Exchange ("NYSE") regarding securities fraud and unsuitable investments.

### Consumer Protection Claims

The Firm is actively involved in the prosecution of numerous consumer protection cases nationwide, in both state and federal courts. The Firm and its attorneys have had a leadership role representing consumers in many of these class action cases, including, for example: *In re: Michelin North America, Inc., PAX System Marketing and Sales Practices Litigation,* 8:08-md-01911-RWT (D.Md.)(co-lead); *Rosenfeld v. Gateway, Inc.,* 2:08-cv-3381 (C.D.Ca.)(lead); *In re Saturn L-Series Timing Cham Product Liability Litigation,* 8:07-cv-00928 (D.Neb.)(co-lead), *Annelli v. Ford Motor Co.* (Conn. Super., New London, J.D.)(secret warranty class action on behalf of Crown Victoria, Grand Marquis and Lincoln Town Car owners and lessees); *Cuellar and McVicker v. Ford Motor Co.,* (Milwaukee County Cir. Ct.)(secret warranty class action on behalf of Crown Victoria, Grand Marquis and Lincoln Town Car owners and lessees); *Shorewest Realtors, Inc. v. Journal Sentinel, Inc.* (Milwaukee County Cir. Ct., WI)(overstatement of circulation class action on behalf of newspaper advertisers); *LaRaia v. Rexall Sundown* (Cir. Ct., Palm Beach Cty., FL)(marketing and sale of dietary supplements); *Hurkes Harris Design Associates, Inc. v. Fujitsu Computer Products of America, Inc.* (Sup. Ct., Santa Clara Cty., CA)(computer hard drives, $42.5 million common fund settlement); *Cress v. Independence Blue Cross* (U.S.D.C., E.D. PA)(health plan subscribers recover 99% of their losses); *Doh v. Sears, Roebuck & Co.* (Cir. Ct., Cook Cty., IL)(carpet cleaning service); *Stoddard v. Advanta National Bank* (Sup. Ct., New Castle Cty., DE)(credit card interest rates); *In re American Family Publishers Business Practices Litigation* (U.S.D.C., D. N.J.)(sweepstakes fraud); *Ferguson v. Columbia/HCA* (Cir. Ct., Washington Cty., TN)(hospital charges); *In re:Providian Financial Corp. Credit Card Terms Litigation* (U.S.D.C., E.D. PA)(credit card practices); *Chavers v. Fleet, (RI) N.A.* (Sup. Ct., R.I.)(credit card practices); *Perod v. McKenzie Check Advance* (U.S.D.C., E.D. PA)(payday loans); *Morris v. Odimo.com* (Cir. Ct., Broward Cty., FL)(grey market watch sales); *Fanelli v. Wal-Mart Stores, Inc.* (Sup. Ct., Gloucester Cty., N.J.)(grey market watch sales); *Vega v. B.J.'s Wholesale Club, Inc.,* (C.C.P. Phila., PA)(grey market watch sales);

*Troilo v. Oriental Trading Company*, (Dist. Ct., Douglas Cty, NE)(catalog company charges). The Firm also recently represented the State of Connecticut in four separate lawsuits pending in the Superior Court of Connecticut against pharmaceutical companies arising under the Connecticut Unfair Trade Practices Act ("CUTPA") alleging the manipulation of the average wholesale price ("AWP") of certain prescription drugs.

### Antitrust

We have addressed substantive antitrust and unfair trade issues relating to, among others, horizontal price agreements, market allocations, concerted refusals to deal, purchasing and selling arrangements, monopolization, covenants not to compete, price-fixing and tying arrangements. Our attorneys have represented corporations and individuals in antitrust cases involving local and regional markets in the United States. The Firm's attorneys have particular experience representing businesses in actions alleging price discrimination under the Robinson-Patman Act, including successful trials to jury verdict.

The Firm has served in leadership and other roles in the litigation of a number of plaintiffs' class action antitrust cases, most recently including *In re: Static Random Access Memory (SRAM) Antitrust Litigation,* M:07-cv-01819-CW (N.D.Cal.)(price fixing); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (E.D.N.Y.)(monopolistic practices); *In re Dynamic Random Access Memory Antitrust Litigation* (N.D.Cal.)(price fixing); *Chicon v. Intel Corporation* (D.Del.)(monopolistic practices); *Vaughn v. 3M Company* (Cir. Ct., Palm Beach Cty., FL)(monopolistic practices in adhesive tape market); *Luppino v. Visa U.S.A., Inc.* (Cir. Ct., Palm Beach Cty., FL)(monopolistic practices in credit card market) and *In re Compact Disk Antitrust Litigation* (U.S.D.C., C.D. Ca.)(price fixing).

### Employee and Civil Rights

The Firm also specializes in employment and labor litigation on behalf of individuals and employers. Firm attorneys have worked on a diverse variety of employment cases, including cases involving race, gender and age discrimination, ERISA, breach of contract claims, and wage/hour claims. The Firm and its attorneys were Co-Lead Counsel in *Marks v. ACCU Personnel, Inc. et al.* (Sup. Ct., Camden Cty., N.J.), a successful employment discrimination action against a large temporary placement agency which was alleged to place minority employees in lower paying positions than Caucasian employees. The Firm was Lead Counsel in *Russell v. Howell* (U.S.D.C., E.D. TN), achieving a multi-million dollar ERISA recovery for class members where the price of their ESOP stock was alleged to have been driven down improperly by company management, and is Co-Lead Counsel in *Levine v. United Healthcare Corporation* (U.S.D.C., D.N.J.), in which insurance companies are alleged to have violated ERISA duties in the collection of subrogation liens.

The Firm represents a number of highly-compensated individuals in defamation and employment-based claims in proceedings before the NASD, NYSE and in state and federal courts throughout the United States. In these proceedings, attorneys in the Firm have recovered many millions of dollars for its clients. Finally, the Firm serves as national labor counsel for several select employers.

### False Claims

The Firm currently is handling a number of *qui tam* actions under the United States False Claims Act, particularly in healthcare related areas. Many of these cases, including several very large

prosecutions, are "under seal" and therefore cannot be disclosed. Recent successfully concluded False Claims Act cases include *U.S. ex rel. Hutcherson v. Medshares, Inc.* (U.S.D.C., E.D.VA) (multi-million dollar settlement for over charges to Medicare against home healthcare provider); *U.S. ex rel. Brouder v. Polaroid Corp.* (U.S.D.C., D. Mass.) (multi-million dollar settlement for overcharges to federal government in sale of film); and *U.S. ex rel. Brookhart v. Integrated Health Services, Inc.* (U.S.D.C., S.D. Iowa) (overcharges to Medicare in the sale and leasing of durable medical equipment).

### Insurance Practices

The Firm currently is handling numerous actions against insurance companies concerning marketing practices, settlement and payment practices, and calculation of benefits. The Firm has a substantial role in a number of these cases, including the following: *Lerose v. Stewart Title, Inc.* (Cir. Ct., Jackson Cty., MO) (Lead Counsel) (title insurance charges); *Blass v. Fidelity National Title Insurance Company* (Sup. Ct. Gloucester Cty., N.J.) (Lead Counsel) (title insurance charges); *Penn v. Liberty Mutual Insurance Group, et al.*(Sup. Ct., Essex Cty., N.J.) (Lead Counsel) (automobile insurance loss adjustment practices); *In Re Nepomuceno and Related Cases v. Knights of Columbus* (U.S.D.C., N.D. IL) (vanishing premium insurance policies); *Rudin v. Monumental Life Insurance Co.*(Cir. Ct., Kenton Cty., KY) (failure to honor burial insurance policies); and *Lane v. Chicago Title Corporation* (Cir. Ct., Cook Cty., IL) (title insurance charges).

### Corporate Contingent Fee Litigation

Increasingly, the Firm has been retained to handle litigation for corporate plaintiffs on a contingent fee basis. We have found that while corporate counsel tend to be reluctant to deviate from tried and true hourly billing procedures, and unaccustomed to working with a "plaintiff's firm," a contingent fee structure ensures the proper incentives and often works to further the corporation's interests. Although certain issues can arise in these commercial lawsuits that present difficulties in the calculation of a percentage-based attorneys' fee (*e.g.*, handling of counterclaims, the value of injunctive relief or licensing rights), we thus far always have been able to create satisfactory arrangements that are fair to everyone.

In one recent example of the contingent fee structure fitting a corporation's circumstances, the Firm was retained by a major consumer products company on a contingent fee basis to handle patent/trademark litigation against distributors and sellers of "knock off" products. This was an area in which the client historically had been content to obtain seizures of products and injunctions, and was reluctant to initiate damages actions because of the expense and uncertain outcome. The Firm was able to obtain a sizeable recovery, collect revenue that the company otherwise would have foregone, and at the same time help solidify and even enhance the client's reputation for aggressively protecting its trademark and products.

## THE FIRM'S ATTORNEYS

In addition to our professional staff of paralegals, legal assistants and other support staff, as well as the contract attorneys, investigators, economists, accountants and other experts that SFMS regularly engages to assist it in representing the Firm's clients, the following attorneys currently practice with the Firm:

**Scott R. Shepherd** is admitted to practice law in the state courts of Pennsylvania, Illinois and Florida, as well as in the United States District Courts for the Eastern District of Pennsylvania, the Northern District of Illinois, and the Southern and Middle Districts of Florida, the United States Courts of Appeal for the Third, Fourth, Seventh and Eleventh Circuits, and the United States Supreme Court. In addition to these courts and jurisdictions, Scott has worked on cases with local counsel throughout the country. Scott earned his undergraduate degree *summa cum laude* from Westminster College in New Wilmington, Pennsylvania and his law degree from the University of Chicago Law School. Scott began his law practice in 1985 in Chicago, representing defendants in class action, securities and products liability litigation with one of the largest law firms in the country. Returning to Pennsylvania in 1989, Scott worked with a large Philadelphia corporate and defense law firm. After he "switched sides," he became a Partner at Greenfield & Rifkin LLP, a well known class action firm, before he started his own firm in 1998.

Scott's practice is concentrated on the prosecution of consumer class actions, False Claims Act cases and securities class actions. Scott is also experienced in handling antitrust, employment and other complex commercial matters. Among Scott's current (or very recent) cases, he serves as class counsel in a number of class actions pending throughout the country. He and James Miller were co-lead counsel in *In re Faro Technologies, Inc. Securities Litigation*, in which Judge Conway approved a securities fund settlement of $6.875 million. He was co-lead counsel in *Levine, et al. v. Dr. Philip C. McGraw, et al.*, a case arising out of defendants' false advertising and marketing of a line of dietary supplements, which resulted in a settlement of approximately $12 million and he was co-lead counsel in cases in Florida state court alleging that Rexall Sundown's marketing of dietary supplements violated consumer fraud acts, and in which Judge Lewis in West Palm Beach recently approved a $16 million settlement. Scott recently served as lead counsel in *Cress et al. v. Independence Blue Cross*, in which Judge Rendell of the United States District Court for the Eastern District of Pennsylvania approved a multi-million dollar settlement which resulted in a recovery by health plan subscribers of over 99% of their out-of-pocket losses. Scott is also co-lead counsel in the Delaware Superior Court case of *Stoddard v. Advanta*, a consumer class action against one of the nation's largest credit card issuers, in which Judge Bifferato recently approved a settlement worth in excess of $10 million, including cash refunds to Advanta cardholders and a decrease in the interest rates on Advanta cards. Scott also was co-lead counsel with James E. Miller in *Hurkes Harris Design Associates, Inc. v. Fujitsu, Inc.*, in which the Superior Court of California, Santa Clara County recently approved a settlement creating a $42.5 million common fund.

Scott is also involved in many class actions in the health and life insurance industries. He has represented, and currently represents, policyholders in several cases alleging deceptive sales and marketing practices in connection with "vanishing premium" life insurance policies. He also recently represented a group of 50 retirees in an action against CIGNA Corp., alleging that the retirees were induced to invest lump sum retirement benefits in speculative inappropriate securities. Finally, Scott represents "whistleblowers" in cases brought under the United States False Claims Act, particularly in the Home Healthcare and Durable Medical Equipment industries. Scott recently authored a widely published article on the Act's application in the context of Medicare and Medicaid fraud. Among his many False Claims Act cases, Scott is currently leading cases in Tennessee, Massachusetts, Virginia, Texas and Iowa.

In addition to his class action practice, Scott has also handled a number of significant *pro bono* matters. He has represented clients in a number of political rights cases, including political asylum and voting rights actions. He has also handled numerous criminal appeals, including death penalty cases. Scott is on the Executive Committee of the National Association of Shareholder and Consumer Attorneys ("NASCAT"), a member of the American Association for Justice, the American Health Lawyers Association, and the Palm Beach County, Florida and Delaware County, Pennsylvania Bar Associations. He divides his time between the Firm's Pennsylvania and Florida offices.

**Natalie Finkelman Bennett** is admitted to practice law in the state courts of Pennsylvania and New Jersey, as well as in the United States District Courts for the Eastern District of Pennsylvania and District of New Jersey, and in the United States Courts of Appeal for the Third and Ninth Circuit. In addition to these courts and jurisdictions, Natalie works on cases with local counsel throughout the country.

Natalie earned her undergraduate degree *magna cum laude* from the Pennsylvania State University in 1986 and was elected a member of Phi Beta Kappa Honor Society. Natalie earned her law degree *magna cum laude* from the Temple University School of Law in 1989. She acted as Managing Editor of the Temple Law Review. After clerking for Chief Judge Farnan in the United States District Court for the District of Delaware, Natalie began at the law firm of Schnader Harrison Segal & Lewis in late 1990. She practiced in many areas of complex commercial litigation, specifically including product liability, insurance coverage and defense, antitrust, contract and commercial lease areas.

In 1996, Natalie became an associate at the law firm of Mager Liebenberg & White, a well-known class action firm, where her practice was concentrated in antitrust and consumer protection class action litigation. In 1998, Natalie became a Partner in the law firm of Liebenberg & White, concentrating in antitrust, civil rights, and consumer protection litigation.

Natalie's current practice is concentrated in the prosecution of consumer class actions (with an emphasis on financial services industry cases, payday lender cases, and insurance industry cases). Natalie represents consumers against mortgage lenders (challenging practice of charging mortgagees for prepaying the loan in violation of the parties' contract); credit card companies (challenging the imposition of improper add-on fees for such products as credit protection); and payday lenders (challenging the imposition of usurious interest rates without the proper disclosures). Natalie participated in a panel on Consumer Class Actions: How to Challenge Business Misconduct, on June 2-4, 2000. She authored "Practical Advice about MDL Practice and Procedures," Consumer Advocate, Volume 6, Issue 3, May/June 2000.

Natalie is also involved in many class actions in the health, life and property insurance industries. She has represented, and currently represents, policyholders in several cases alleging deceptive sales and marketing practices in connection with life or mortgage insurance policies. In addition, Natalie represents "whistleblowers" in cases brought under the United States False Claims Act. Natalie is also involved in prosecuting actions on behalf of physicians and authored "Y2K Creates Liability Minefield," Managed Healthcare News, May 1999.

Natalie also devotes a substantial portion of her practice to antitrust class action litigation and has represented plaintiffs and defendants in numerous court treble damages actions throughout the country. Natalie is a member of the American Bar Association, Pennsylvania Bar Association, Philadelphia Bar Association and the National Association of Consumer Advocates. She is also a former member of the Pennsylvania Bar Association Commission on Women in the Profession and the Temple American Inn of Court. She resides in Wallingford, Pennsylvania with her family.

**James E. Miller** is admitted to practice law in the state courts of Connecticut, Pennsylvania, New Jersey and California, as well as in the United States District Courts for the District of Connecticut, Eastern

District of Pennsylvania, District of New Jersey, the United States Court of Appeals for the Third Circuit and the United States Supreme Court. In addition to these courts and jurisdictions, Jim has worked on cases with local counsel throughout the country.

Jim earned his undergraduate degree from Cornell University (B.S. 1988) and his law degree from the University of Pennsylvania School of Law (J.D. 1991). While at Penn Law School, he was awarded the Edwin R. Keedy Cup and was Editor of the Comparative Labor Law Journal. Following graduation, he served as Law Clerk to the Honorable Daniel H. Huyett, 3rd, United States District Judge for the Eastern District of Pennsylvania.

Jim began his law practice in 1992 at Pelino & Lentz, P.C. in Philadelphia, Pennsylvania and began concentrating his practice in labor and employment litigation, as well as other complex commercial litigation. He practiced at Pelino & Lentz until 2000 and was named a partner at the firm during his tenure. In addition to representing major corporations in commercial and employment litigation and collective bargaining negotiations, at Pelino & Lentz, Jim developed an extensive practice representing plaintiffs in employment discrimination litigation and securities industry professionals in U-5 defamation cases. In those cases, he was successful in obtaining a number of multi-million dollar recoveries, including jury verdicts and arbitration awards.

After relocating to Connecticut with his family in 2000, Jim became a member of a class action law firm with offices in Connecticut and Pennsylvania. At that firm, he concentrated his practice in civil rights/employment and other complex class action litigation, including securities, consumer and antitrust litigation. In addition to serving in a lead role in several consumer and securities class actions, he also represented both institutional and individual investors in major unsuitable trading and churning cases.

In 2002, Jim joined the Firm to open its office in Connecticut. Jim's practice is concentrated on the prosecution of significant employment and defamation cases, securities class actions (on behalf of defrauded shareholders of publicly-traded companies), consumer class actions, and unsuitable trading/churning cases. He also has significant experience in handling antitrust and other complex commercial matters, as well as representing plaintiffs in NASD and NYSE arbitrations. Finally, Jim serves as labor counsel for certain corporate clients of the Firm.

Jim is a member of the National Association of Securities and Consumer Law Attorneys, National Employment Lawyers Association, the American Bar Association, the Connecticut Bar Association, the New Jersey Bar Association, the Pennsylvania Bar Association and the National Association of Securities and Consumer Attorneys. He resides with his family in Chester, Connecticut and is active in community, political and charitable activities.

**James C. Shah** is admitted to practice law in the state courts of Pennsylvania, New Jersey and California, as well as in the United States District Court for the Eastern District of Pennsylvania and United States District Court for New Jersey. In addition to these courts and jurisdictions, he has also worked on cases with local counsel throughout the country.

James earned his Bachelor of Arts Degree in Political Science from the University of Oregon and his law degree from Temple University School of Law. James was a member of Temple's nationally acclaimed Trial Team and also participated on Moot Court. Before joining the Firm, James practiced as a litigator in Philadelphia with Pelino & Lentz, P.C., where he concentrated his practice on employment and labor law, securities disputes and general commercial litigation.

James is involved in all aspects of class action litigation including, among others, securities fraud, shareholder derivative actions, consumer fraud, products liability and antitrust. In addition to class actions, James also handles cases on behalf of individual investors who have lost money in their savings accounts

and individual retirement accounts (IRAs) as a result of unauthorized or unsuitable trading by their brokers. These cases are typically arbitrated before the NASD and NYSE. James has successfully litigated cases in both forums.

James has been a member of the American Association for Justice and Philadelphia County Bar Associations. He resides in Collingswood, New Jersey with his family and is actively involved in the community in Southern New Jersey.

**Douglas P. Dehler** is admitted to practice law in the state courts of Wisconsin, as well as the District Courts for the Eastern and Western District of Wisconsin, and the United States Court of Appeals for the Seventh Circuit. In addition to these courts, Doug has worked on cases with local counsel throughout the country.

Doug received his undergraduate degree from Washington University (B.S.B.A cum laude 1987) in St. Louis, Missouri, and his law degree from the University of Wisconsin Law School (J.D. *cum laude* 1991) in Madison, Wisconsin. Upon graduating from law school, Doug joined the law firm of Michael, Best & Friedrich, LLP, in Milwaukee, Wisconsin, where he concentrated his practice on commercial and insurance litigation. In 1998, Doug became a Partner with Michael, Best & Friedrich, LLP, and served as the Chair of the firm's Insurance and Risk Management Focus Group.

Doug left Michael, Best & Friedrich, LLP in 2002 to take an in-house counsel position with Fortis Insurance Company, a national health insurance company with its corporate headquarters in Milwaukee, Wisconsin. While at Fortis Insurance Company, Doug was Vice President - Legal Risk Management, responsible for supervising a staff of in-house attorneys, paralegals and local attorneys around the country. These attorneys defended and prosecuted lawsuits on behalf of Fortis Insurance Company throughout the nation, and Doug was responsible for reporting to the company president and other senior management regarding the outcome of these lawsuits. In addition to his litigation responsibilities, Doug advised senior management regarding risk management and operational issues arising in the claims and underwriting units of the company.

Doug left Fortis Insurance Company in 2004 to return to private practice and started his own firm. In 2005, Doug joined the Firm and opened its office in Milwaukee, Wisconsin. Doug is a Partner in the Firm and now focuses his practice on representing business clients, consumers and policyholders in class action lawsuits in Wisconsin and throughout the country. In addition, his practice includes bringing bad faith claims and coverage lawsuits against health and disability insurance companies that have wrongfully denied benefits. Doug also handles a number of other commercial and personal injury lawsuits.

Doug is a member of the American Association for Justice, the State Bar of Wisconsin and the Milwaukee Bar Association. He makes his home in Wauwatosa, Wisconsin, where he lives with his two children.

**Patrick A. Klingman** is admitted to practice law in the state courts of Connecticut, New York and the District of Columbia, as well as the United States District Courts for the District of Connecticut, the Eastern, Southern, and Western Districts of New York, and the District of Columbia. In addition to these courts and jurisdictions, Patrick regularly works on cases throughout the country.

Patrick earned his undergraduate degree from Villanova University (B.A. 1987), and his law degree *cum laude* from Syracuse University College of Law in 1990. While at Syracuse, he also earned his Master's Degree in International Relations from the Maxwell School of Citizenship and Public Affairs (M.A. 1990). Patrick also served as the Lead Article Editor for the Syracuse Journal of International Law and Commerce.

From 1990 through 1997, Patrick practiced at the Washington, D.C. law offices of Graham & James, L.L.P. and a predecessor firm, where he worked on a wide variety of complex litigation matters, ranging from aviation-related mass torts to intellectual property disputes, as well as other commercial litigation matters.

In 1997, Patrick moved with his family to Connecticut and joined a Hartford firm. Following this move, he continued his commercial litigation practice in actions as varied as defending a Hartford-based hospital in a contractual dispute in federal court to representing a dairy producer in a copyright action. In 2000, Patrick joined another class action firm based in Connecticut and began to focus on representing plaintiffs in securities, consumer fraud and antitrust litigation. In 2004, Patrick joined the Firm's Connecticut office, where he continues to represent plaintiffs in a variety of transactions while also representing the Firm's corporate and institutional clients in other commercial litigation.

Patrick is a member of the Connecticut Bar Association, the New York State Bar Association, the District of Columbia Bar Association, and the Hartford County Bar Association. He resides in West Hartford, Connecticut with his family and is active in community affairs.

**Laurie Rubinow** is admitted to practice law in the state courts of Connecticut and Pennsylvania. In addition, Laurie has worked on cases with local counsel throughout the country.

Laurie earned her undergraduate degree from the University of California at Berkeley (B.A. 1980), where she was Phi Beta Kappa, graduated *summa cum laude*, and earned her law degree from Temple University School of Law (J.D. 1984). She also completed certain of her undergraduate studies at McGill University and, while at Temple Law School, she served as a legal intern with the United States Attorney's Office, the Public Defender's Office, the Pennsylvania Attorney General's Office and for United States Magistrate Judge Powers. In addition, Laurie has received a Certificate in Negotiation, Mediation and Conflict Resolution from the Seton Hall University School of Law.

Laurie has a diverse legal background, having worked in private practice as an Associate at a law firm and as a solo practitioner for approximately five years before beginning a career as an in-house attorney at a nationally recognized insurance company, where she worked for approximately eleven years, rising to the position of National Manager, where she was responsible for the management of five regional field offices responsible for defending complex insurance related litigation, including toxic tort and environmental actions. She also has served as an Adjunct Professor in the Department of Sociology at Central Connecticut State University. Laurie joined the Firm's Connecticut office in 2005, where she represents plaintiffs in a variety of consumer, securities and insurance litigation. Laurie also is actively involved in the Firm's representation of the State of Connecticut in four complex cases against six different pharmaceutical manufacturers.

Laurie is a member of the Connecticut Bar Association. She resides in Chester, Connecticut with her family and is active in community affairs.

**Stephen M. Donweber** is admitted to practice law in the state courts of Pennsylvania and New Jersey, as well as in the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, District of New Jersey, and the United States Court of Appeals for the Third Circuit. In addition to these courts and jurisdictions, Steve has worked on cases with local counsel throughout the country.

Steve earned his undergraduate degree from Cornell University (A.B. 1989) and his law degree from the Villanova University School of Law (J.D. *cum laude* 1993). While at Villanova Law School, Steve served as Managing Editor of Articles for the Villanova Law Review, was awarded the Law Review Distinguished Service Award, and had his case note, *NLRB v. New Jersey Bell*: The Current Scope of

Weingarten Rights in the Third Circuit, published at 37 Vill. L. Rev. 1139 (1992). In addition, Steve was a member of the Order of the Coif, as well as Phi Kappa Phi Honor Society.

In 1993, directly after law school, Steve joined the law firm of Saul Ewing LLP in Philadelphia, Pennsylvania. In his ten years at Saul Ewing, Steve concentrated his practice in complex commercial litigation, with particular emphasis on litigation regarding fundamental corporate transactions, complex bankruptcy litigation, and antitrust cases.

Steve is a member of the Philadelphia, Pennsylvania, and American Bar Associations. He and his wife reside in Boston, Massachusetts.

**Gary Kostow** earned his Juris Doctor from the Illinois Institute of Technology, Chicago-Kent College of Law in May, 1973, where he served as Editor-in Chief of the Chicago-Kent Law Review and graduated "with distinction." Following graduation, Gary served a one-year judicial clerkship with the Honorable John J. Sullivan of the Illinois Appellate Court. After his clerkship, Gary joined the Chicago firm of Clausen, Miller, where he became a partner and member of the managing board of directors within four years.

Gary has been admitted to practice in Illinois since 1973, and is also admitted to practice before the United States District Court for the Northern District of Illinois, other federal district courts and the Seventh Circuit Court of Appeals, and is a member of the Federal Trial Bar. Throughout his career, Gary's practice has represented a wide variety of clients, including closely-held and publicly-owned corporations, physicians, hospitals and other health care providers (in medical malpractice claims), condominium associations, architects and engineers. Beginning in 1983, Gary expanded his practice and began representing attorneys and law firms in defense of legal malpractice claims.

Over Gary's career, he has been retained on a number of notable engagements. For instance, for many years, he represented intellectual property firms in significant legal malpractice claims. He was one of two attorneys in the United States hired by the leading underwriter of patent firms to monitor and consult on pending patent related malpractice cases, and recently, this same underwriter retained him to review a pending claim against a prominent intellectual property firm where a claim of $27 million was being made. He was retained to represent a national law firm before the Honorable Thomas Penfield Jackson, in Washington, D.C. in a multi-million dollar claim brought by a failed government contractor. Gary represented banks such as LaSalle National Bank, Melrose National Bank, and Merchandise National Bank in a variety of matters ranging from Uniform Commercial Code claims, forged instrument claims, inter-bank disputes and customer work-out matters.

Gary also successfully tried an $11 million claim for lost management fees and commissions made by a prominent Philadelphia real estate concern before former Judge Paul Dorf in Baltimore, Maryland. In 1997, Gary was appointed by Judge Lee of the United States District Court in Fort Wayne, Indiana to mediate a $40 million securities fraud claim involving the sale of interest in communication satellite slots owned by the Kingdom of Tonga.

In 1992, Gary and Henry Daar founded the Chicago-based law firm of Kostow & Daar, P.C., which became a national litigation firm handling such matters as the Meridian Bank building fire case pending in New York City (involving a claim of $450 million); the Alcoa and PPG property environmental coverage litigation (involving multi-billion dollar claims); the All-Alaskan vessel loss (involving a potential claim of $125 million); the Global Gaming and IGT patent infringement claim ($30 million); and a number of substantial property damage, time element, and sick building claims on behalf of such companies as Allied Signal, Cytec, American Airline, and Kohler. Additionally, Gary represented contractors, design professionals and others in a variety of claims. Gary retired from the Kostow & Daar firm in 1997.

Over the past ten years, Gary has become actively involved in the class action bar, successfully prosecuting separate national class action antitrust cases against Bayer A.G., Miles, Inc., Dial Corp., and S.C. Johnson & Son. Gary has practiced with the Firm since 2003 and offers a unique perspective, drawn from thirty years of experience litigating complex cases.

**Jayne Arnold Goldstein** is admitted to practice in Pennsylvania, Florida and the United States District Courts for the Eastern District of Pennsylvania, Middle and Southern Districts of Florida and the United States Courts of Appeal for the Third and Eleventh Circuit. In addition to these courts and jurisdictions, Jayne works on cases with local counsel throughout the country.

Jayne, a registered nurse, received her Juris Doctorate from Temple University School of Law in 1986 and received her Bachelor of Science (highest honors) from Philadelphia College of Textiles and Science. Jayne began her legal career with a wide ranging general practice in Philadelphia, Pennsylvania. During that time, she tried numerous private civil cases, including complex medical malpractice actions. In 1995, Jayne relocated to Florida and continued with a litigation practice. Jayne's litigation expertise has served her clients well in her current complex commercial litigation practice.

In 2000, Jayne joined two other experienced complex commercial class action attorneys as a founding shareholder of Mager & White, P.C. and opened its Florida office. Jayne's practice concentrated in securities, consumer and antitrust class action litigation. In 2002, the firm became Mager White & Goldstein, LLP. In 2005, Jayne was a founding partner of Mager & Goldstein LLP, concentrating on consumer, securities and antitrust class action litigation.

Currently, Jayne represents individuals, institutional investors and unions in all types of commercial litigation including: complex litigation, violations of federal and state antitrust and securities laws and unfair and deceptive trade practices. She had a principal role in litigating *In re Sunbeam Securities Litigation* case before Judge Middlebrooks in the United States District Court for the Southern District of Florida, including pretrial proceedings and as a member of the trial team. The *Sunbeam* case settled on the eve of trial for over $130 million. Presently, Jayne is serving as Co-Lead Counsel and Chair of the Executive Committee in *In re Sara Lee Corporation Securities Litigation* in the Northern District of Illinois.

Jayne also represents consumers for violations of unfair and deceptive trade practices. She served as lead counsel in a class action against a large automobile dealership for inaccurate and deceptive advertising. She currently serves as co-lead counsel in *In re Dannon Co., Probiotic Yogurt Products Marketing and Sales Practices Litigation*, a consumer class action alleging deceptive advertising claims. She is also presently litigating numerous cases brought against cell phone companies for the locking of the cell phone and charging of early termination fees. Jayne has also been appointed as class counsel in two class action arbitrations, both of which have certified national classes.

Jayne also represents plaintiffs in antitrust class action litigation in cases brought throughout the country. She is on the executive committee of *In re Plavix Indirect Purchaser Antitrust Litigation*(SD OH). Jayne served as part of a discovery team in the recently concluded *In re OSB Antitrust Litigation* which settled on the eve of trial for over $120,000,000. She is a member of Broward Women's Lawyers Association, the Supreme Court Historical Society, the Florida Public Pension Trustees Association, the National Association of Shareholder and Consumer Attorneys. She was voted by her peers to be a Pennsylvania Super Lawyer in 2007 and 2008. She resides in Florida, but divides her time between both the Pennsylvania and Florida offices.

**Eric Young**, a seasoned trial lawyer, is admitted to practice law in the state courts of Pennsylvania, as well as the United States District Court for the Eastern District of Pennsylvania. In addition to these courts and jurisdictions, Eric works on cases throughout the country.

Eric earned his Bachelor of Arts Degree in Political Science from the University of Pittsburgh and his law degree from Widener University School of Law. Eric began his litigation career at one of Philadelphia's premier commercial litigation firms, where he represented numerous Fortune 500 companies in healthcare fraud litigation, corporate investigations, securities fraud litigation, and labor and employment law. After starting his own firm in 2007, Eric has concentrated on securities litigation, healthcare fraud litigation, complex wage and hour class actions and qui tam and whistleblower litigation.

Prior to entering private practice, Eric was General Counsel for the United Food and Commercial Workers, Local 1776 in Philadelphia, one of the largest and most accomplished local unions in the nation. During his tenure as General Counsel for the UFCW, Eric successfully executed a wide array of legal and political actions affecting the 24,000-member organization, including guiding the union's executive leadership on complex contract negotiations and spearheading labor arbitrations arising out of the organization's 90 different collective bargaining agreements.

**Paul M. Rettinger** is admitted to practice in the state courts of Pennsylvania, as well as in the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. Paul earned his undergraduate degree from the University of Pittsburgh, and did graduate studies in biology and chemistry at the Pennsylvania State University and the University of Pennsylvania. Paul graduated *cum laude* from the Temple University School of Law in 1996, where he was a member of the Environmental Law Council and the Environmental Law and Technology Journal.

Before entering law school, Paul worked in biomedical research at the Transplant Laboratory of the University of Pittsburgh School of Medicine, and at the Cerebrovascular Research Center of the University of Pennsylvania. After graduation, Paul served for five years as Assistant Counsel to the Pennsylvania Department of Environmental Protection (DEP), primarily in major Superfund litigation. After leaving the DEP, Paul worked as a consultant to the insurance industry, providing training for professional certification examinations for liability underwriters.

Paul is co-author of "EEG Spectroanalysis of Acute Focal Ischemia Under Halothane Anesthesia Using Glutamate Antagonist MK-801," published in the Klinikai Kislerleti Kutato es II, Elettani Intezet, SOTE, June 1990; and "Private Rights of Action Under State Unfair Claims Settlement Practices Acts," published in the Journal of Insurance Regulation, Spring 1998, v. 16. He resides with his family in Chadds Ford, Pennsylvania.

**Tali Joan Segal** earned her undergraduate degree from Emory University (B.A. 1982), where she was elected a member of Phi Beta Kappa Honor Society and where she served as an award-winning editor-in-chief of the university newspaper, *The Emory Wheel*. She also served as an assistant to former President Jimmy Carter while at Emory. Tali earned her law degree from the National Law Center, George Washington University (J.D. 1986), following which, she served an administrative law clerkship with the Honorable Ralph A. Romano of the U.S. Department of Labor.

After her clerkship, Tali practiced as a commercial litigator and corporate transactional lawyer with the Philadelphia firms of Markowitz & Meo, P.C. (later Markowitz, Meo, Silberman & Raslavitch, P.C.) and Rawle & Henderson. She also established and was the managing attorney of Markowitz & Meo's New Jersey office. Tali concentrated her practice in complex and general commercial, business and civil litigation, including construction law and bankruptcy law, and also served as an arbitrator for the Philadelphia Court of Common Pleas. Tali is admitted to practice law in Pennsylvania and in the United States District Court for the Eastern District of Pennsylvania and works on cases with local counsel throughout the country.

Tali began her involvement in the class action bar in 1995. She has been involved in securities fraud class actions (on behalf of defrauded shareholders of publicly-traded companies), consumer fraud class actions, unsuitable trading/churning cases and antitrust matters. Over the past year, she has been extensively involved in the Average Wholesale Price (AWP) drug industry multidistrict litigation. Tali resides in Fort Washington, Pennsylvania with her family and is involved in many community activities.

**Karen M. Leser-Grenon** is admitted to practice law in the state courts of Connecticut and California, as well as in the United States District Court for the District of Connecticut. She is also registered to practice before the United States Patent and Trademark Office. In addition to these courts and jurisdictions, Karen works on cases nationwide. Karen earned her Bachelor of Science Degree in Civil Engineering from the University of Maryland at College Park (B.S. 1997) and her law degree from Quinnipiac University School of Law (J.D. 2001).

Before joining the Firm, Karen practiced law in Connecticut and California, where she concentrated her practice on securities, antitrust, consumer class action and intellectual property litigation. In 2005, Karen joined the Firm's office based in Chester, Connecticut, and in 2008 moved to the Firm's new San Diego office, where she continues to represent plaintiffs in complex litigation. Karen is a member of the American Bar Association, Connecticut Bar Association, California Bar Association, American Intellectual Property Law Association and Connecticut Trial Lawyers Association. She resides in Clinton, Connecticut with her family and is active in her community.

**Nathan Zipperian** is admitted to practice law in the state courts of Oregon, Arizona, Pennsylvania, New Jersey and Florida, as well as in the United States District Court for the District of Arizona and the Southern, Northern and Middle Districts of Florida. In addition to these courts and jurisdictions, Nathan works on cases throughout the country.

Nathan earned his Bachelor of Arts Degree in Political Science from the University of Oregon and his law degree from the Temple University School of Law. While at Temple, Nathan was an Editor of the Environmental Law and Technology Journal. Before joining SFMS, Nathan was a litigator in Oregon at Bailey Pinney and Associates, where his practice focused on employee rights and in Arizona with Martin Hart & Fullerton, where he litigated a wide variety of cases including personal injury, medical malpractice and product liability cases.

Nathan joined the Firm in 2005 and is involved in all aspects of the Firm's class action practice. Nathan is a member of the American Bar Association, Oregon Bar Association, and Arizona Bar Association. He resides with his family in Weston, Florida and is involved in the South Florida community.

**Rose F. Luzon** is admitted to practice law in the state courts of California, as well as the United States District Court for the Northern, Central, Eastern, and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit. In addition to these courts and jurisdictions, Rose works on cases throughout the country.

Rose earned her Bachelor of Arts Degree in Sociology from the University of California at Berkeley and her law degree from the University of California, Hastings College of the Law. Before joining SFMS, Rose was an associate at Reed Smith LLP and Filice Brown Eassa & McLeod LLP, where she gained significant trial, deposition, motion, and case management experience, and worked closely with clients, partners, and experts to evaluate cases, develop defense theories, and position cases for resolution. In addition, she successfully led and managed *pro bono* matters involving political asylum and HIV/AIDs clients, and was actively involved in diversity, recruitment, and community outreach efforts.

Rose joined the Firm in 2010 and is involved in all aspects of the Firm's class action practice, including representing clients in securities and consumer fraud cases. Rose is a member of the American

Bar Association, California Bar Association, Pan Asian Lawyers of San Diego, and National Asian Pacific American Bar Association.

**Lesley E. Weaver** is admitted to practice law in the state courts of California and Delaware, as well as the United States District Court for the Northern, Central, Eastern, and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit. In addition to these courts and jurisdictions, Rose works on cases throughout the country.

Lesley earned her A.B. magna cum laude from Harvard College and her J.D. from the University of Virginia. Lesley has extensive experience representing U.S. and international institutional investors and individuals in securities class actions and corporate governance matters, including significant recoveries in In re Marsh & McLennan Secs. Litig. ($400 million), In re Cardinal Health Secs. Litig. ($600 million), In re Cisco Secs. Litig. ($99 million), In re Boeing Secs. Litig. ($92.5 million), and in landmark decisions such as In re Copper Mountain Secs. Litig. Lesley has also litigated complex consumer and antitrust class actions across the country, as well as individual matters in state courts and in arbitration. Prior to joining the firm, Lesley was a partner at Lerach Coughlin and later senior counsel at Grant & Eisenhofer.

Lesley joined the Firm in 2010 and is involved in all aspects of the Firm's class action practice, including representing clients in securities and consumer fraud cases. She is currently a director of International Gay Lesbian Human Rights Commission, as well as Frameline and the Alice B. Toklas Democratic Club of San Francisco. She is a past Co-Chair of Bay Area Lawyers for Individual Freedom, the San Francisco LGBT Community Center, and past national chair of the National Center for Lesbian Rights.