**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :   09-50026 (REG)
     f/k/a General Motors Corp., et al.       :
                                              :
                             Debtors.         :   (Jointly Administered)
                                              :
---------------------------------------------------------------x
```

**AMENDED NOTICE OF HEARING**
**ON THE DEBTORS' (I) OBJECTION TO PROOF OF CLAIM NO. 3128 FILED BY CHERYL NICHOLAS, PROOF OF CLAIM NO. 59632 FILED BY TAMMY HAMMOND, PROOF OF CLAIM NO. 51094 FILED BY ROBERT GOLISH, PROOF OF CLAIM NO. 51092 FILED BY JOHN IRVINE, PROOF OF CLAIM NOS. 58984 AND 58985 FILED BY DAVID MATT, PROOF OF CLAIM NO. 58983 FILED BY JASON J. SMITH, AND PROOF OF CLAIM NO. 58987 FILED BY BONITA STEVENS AND, IN THE ALTERNATIVE, (II) MOTION TO**
<u>**ESTIMATE PROOFS OF CLAIM NOS. 3128, 51092, 58984, 58985, 58983, AND 58987**</u>

**PLEASE TAKE NOTICE** that the hearing on the Objection, dated December 17, 2010 of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), to the allowance of Proof of Claim No. 3128 filed by Cheryl Nicholas, Proof of Claim No. 59632 filed by Tammy Hammond, Proof of Claim No. 51094 filed by Robert Golish, Proof of Claim No. 51092 filed by John Irvine, Proof of Claim Nos. 58984 and 58985 filed by David Matt, Proof of Claim No. 58983

filed by Jason J. Smith, and Proof of Claim No. 58987 filed by Bonita Stevens (the "**Objection**"), which was previously scheduled for February 3, 2011 at 9:45 a.m. (Eastern Time), has been adjourned and shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to this Objection must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (xii) Cheryl Nicholas, Koegh, Koegh Cox & Wilson, P.O. Box 1151, 701 Main Street, Baton Rouge, Louisiana  70821-1151; (xiii) Tammy Hammond, 2110 N. Beltline Blvd. Suite A, Columbia, South Carolina  29204-399 (c/o Strom Law Firm LLC); (xiv) Robert Golish, John Irvine, Girard Gibbs & Debartolomeo LLP, 601 California St., Suite 1400, San Francisco, California  94108-2819; (xv) David Matt, Jason Smith, Bonita Stevens, Greene & Reid, 173 Intrepid Lane, Syracuse, New York  13205-2548; and (xvi) Cheryl Nicholas, Tammy Hammond, Robert Golish, John Irvine, David Matt, Jason J. Smith, and Bonita Stevens by and

through their attorneys of record, David H. Fink, Esq., E. Powell Miller, Esq., Darryl G. Bressack, Esq., THE MILLER LAW FIRM, P.C., Interim Lead Counsel for Plaintiffs, 950 W. University Drive, Suite 300, Rochester, Michigan 48307, so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no response is timely filed and served with respect to the Objection, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Objection, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
January 27, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession