**Exhibit A**
**Part 4**



**Michigan Department of Environmental Quality**

**Cost Table for Environmental Claims**

6241 Cass Avenue @ Amsterdam St., Detroit, MI

GM Facility ID# 1294

### Site/Assessment

| | Need | Units | Unit Cost | Total Site Assessment Cost |
|---|---|---|---|---|
| 1 | GeoProbe and crew for z borings incl. temp wells (per day) | | $5,000.00 | $6,000.00 |
| 2 | Soil Samples (2 per z boring) | | | |
| | A: Fill Scan? | 20 | $1,157.00 | $231,400.00 |
| | B: VOCs only | | $110.00 | $0.00 |
| | C: SVOCs only | | $0.00 | $0.00 |
| | D: Metals only | | $0.00 | $0.00 |
| | E: PCBs only | | $221.00 | $22,100.00 |
| 3 | Water Samples (5 per boring) | | | |
| | A: Fill Scan? | | $1,157.00 | $0.00 |
| | B: VOCs only | | $110.00 | $0.00 |
| | C: SVOCs only | | $0.00 | $0.00 |
| | D: Metals only | | $0.00 | $0.00 |
| | E: PCBs only | | $184.00 | $0.00 |
| 4 | Consultant Oversight (per day) | | $221.00 | $0.00 |
| 5 | Investigation Report (LS) | | $0.00 | $0.00 |
| 6 | 15% Contingency | | | $0.00 |
| | State Oversight Costs (6%) | | | $0.00 |

### Building/Demolitions

| | Need | Units | Unit Cost | Total Building Demolition Cost |
|---|---|---|---|---|
| 1 | Asbestos Abatement (includes air monitoring and disposal) | | $45.00 | $0.00 |
| 2 | Transformer Removal | | | |
| | A: Disposal Non-PCB Transformer Oil incl transportation (per gal) | | $4.00 | $0.00 |
| | B: Disposal PCB Transformer Oil incl transportation (per gal) | | $4.56 | $0.00 |
| 3 | Bldg Demo includes trucking and disposal (per CF of building standing) | | $0.37 | $0.00 |
| 4 | Ordered Demolition (per CF of building standing) | | $0.30 | $0.00 |
| 5 | Bldg Slab Demo includes trucking and Disposal (per SF of building slab) | | $0.00 | $0.00 |
| 6 | Consultant Oversight (per day) | | $0.00 | $0.00 |
| 7 | 15% Contingency | | | $0.00 |
| 8 | State Oversight Costs (6%) | | | $0.00 |

| Item | Name | Units | Unit Cost | Total Soil Removal Cost |
|---|---|---|---|---|
| 1 | Soil Excavation and Disposal | | | |
| A. | Non-Hazardous Soil (per cubic yard) | 300 | $50.00 | $15,000.00 |
| B. | Hazardous Soil (per cubic yard) | | | $3.00 |
| 2 | Confirmation Sampling | 150 | $150.00 | $3.00 |
| A. | Full Scan | 1 | $1,157.00 | $1,157.00 |
| B. | VOCs only | 12 | $110.00 | $3,110.00 |
| C. | SVOCs only | 12 | $221.00 | $2,652.00 |
| D. | Metals only | | $184.00 | $2,208.00 |
| E. | PCBs only | | $221.00 | $0.00 |
| 3 | Backfill and Compaction (per cubic yard) | 100 | $20.00 | $0.00 |
| 4 | Consultant Oversight (per day) | 14 | $60.00 | $6,000.00 |
| 5 | 10% Contingency | | | $3,969.00 |
| 6 | State Oversight Costs (5%) | | | $1,637,45 |

| Item | Soil Vapor Extraction System | Months | Soil Vapor Extraction Cost | Total |
|---|---|---|---|---|
| 1 | Soil Vapor Extraction System | | | $0.00 |
| | Construction Specifications (Lump Sum) | | | $0.00 |
| | Clearing & Grubbing (per acre) | 0 | $9,000.00 | $0.00 |
| | SVE Well Installation (per well, avg. 6' deep) | 0 | $4,725.00 | $0.00 |
| | Collection Trench Excavation (per linear foot, 24" wide, avg. 6' deep) | 0 | $600.00 | $0.00 |
| | Piping Installation (per linear foot) | 0 | $30.00 | $0.00 |
| | Non-Haz Contaminated Soil Transport and Disposal (CY of well and trench spoil) | 0 | $60.00 | $0.00 |
| | General Backfill for trench (per CY from 2 to 6 yds) | 0 | | $0.00 |
| | Cat-OX unit rental (monthly) | 0 | $7,500.00 | $0.00 |
| | 2000 lb Granular Activated Carbon Unit | 0 | $20.00 | $0.00 |
| | Purchase of New Carbon for 30 months of operation @ $1.25/lb | 0 | $16,000.00 | $0.00 |
| | Disposal of Waste Carbon for 30 months of operation @ $2.00/lb | 0 | $2,500.00 | $0.00 |
| | Blower | 0 | $4,000.00 | $0.00 |
| | SVE Trailer | 0 | $50.00 | $0.00 |
| | O&M (Years) | 0 | $10,000.00 | $0.00 |
| | Submittals (Lump Sum) for Monthly or Quarterly Reports | 0 | $20,000.00 | $0.00 |
| | Verification of Soil Remediation Samples | 0 | $25,000.00 | $0.00 |
| | Electrical (lump sum) | 0 | $10,000.00 | $0.00 |
| | Mechanical (lump sum) | 0 | $15,000.00 | $0.00 |
| | Start Up & Trouble Shoot | 0 | $15,000.00 | $0.00 |
| | Site Restoration | 0 | $15,000.00 | $0.00 |
| 2 | Verification of Soil Remediation Samples | 0 | $12,000.00 | $0.00 |
| 3 | Consultant Oversight (per day) | 0 | $150.00 | $0.00 |
| | 15% Contingency (5%) | | $600.00 | $0.00 |
| 4 | State Oversight Costs (5%) | | | $0.00 |

| Groundwater Removal | # of Units | Unit Cost | Total |
|---|---|---|---|
| **1 Groundwater pumping to frac tank** | | | |
| A. 8 hours of pumping Manned (per day) - Assume 8 hours unless known | | $1,760.00 | $0.00 |
| B. Frac Tank Delivery (per hour) | | $95.00 | $0.00 |
| C. Frac Tank Rental - 21,000 gallon (per week) | | $266.00 | $0.00 |
| D. Frac Tank Decon (per hour) - Assume 8 hours unless known | | $145.00 | $0.00 |
| **2 Groundwater Waste Water Characterization** | | | |
| A. Waste Water Characterization | | | |
| 1) Full Scan | | $1,157.00 | $0.00 |
| 2) VOCs only | | $110.00 | $0.00 |
| 3) SVOCs only | | $221.00 | $0.00 |
| 4) Metals only | | $184.00 | $0.00 |
| 5) PCBs only | | $221.00 | $0.00 |
| **3 Groundwater Disposal** | | | |
| A. Disposal Non-Hazardous Groundwater incl transportation (per gallon) | | $0.65 | $0.00 |
| B. Disposal Hazardous Groundwater incl transportation (per gallon) | | $4.58 | $0.00 |
| **4 Groundwater Confirmation Sampling** | | | |
| A. Full Scan | | $1,157.00 | $0.00 |
| B. VOCs only | | $110.00 | $0.00 |
| C. SVOCs only | | $221.00 | $0.00 |
| D. Metals only | | $184.00 | $0.00 |
| E. PCBs only | | $221.00 | $0.00 |
| **5 Groundwater Monitoring Wells** | | | $0.00 |
| **6 Consultant Oversight (per day)** | | $450.00 | $0.00 |
| 6.1 6% Contingency | | | $0.00 |
| **7 State Oversight Costs (6%)** | | $600.00 | $0.00 |
| Total Groundwater Removal Cost | | | $0.00 |

## Cost: Groundwater Treatment System

| Need | Units | Unit Cost | Total |
|---|---|---|---|
| **1 Groundwater Collection System Installation** | | | |
| Clearing & Grubbing (per acre) | | $4,725.00 | $0.00 |
| Collection Trench Excavation (per linear foot; 36" wide; 8' deep) | | $12,000.00 | $0.00 |
| Non-Haz Contaminated Soil Transport and Disposal (Cubic Yard or CY) | | $50.00 | $0.00 |
| Pea Gravel for Trench Backfill (per CY from 8 to 4' bgs) | | $20.00 | $0.00 |
| General Backfill for Trench (per CY from 4 to 0' bgs) | | $50.00 | $0.00 |
| Groundwater Well/Sump Installation (per well; whole crew; incl. well installation) | | $3,000.00 | $0.00 |
| Groundwater Recovery Pumps (per well; incl. installation) | | $3,000.00 | $0.00 |
| Air Compressor (10 Hp for pumps) | | $7,500.00 | $0.00 |
| Piping Installation (per linear foot) | | $30.00 | $0.00 |
| Co-Precipitation Remediation System: Purchase | | $248,000.00 | $0.00 |
| Co-Precipitation Remediation System Installation | | $66,000.00 | $0.00 |
| Treatment System Trailer: Purchase | | $20,000.00 | $0.00 |
| Liquid Phase GAC Vessels for Carbon (1000 Lbs Capacity): Purchase | | $3,500.00 | $0.00 |
| Mechanical | | $18,000.00 | $0.00 |
| Electrical | | $18,000.00 | $0.00 |
| Sewer Connection & Permitting | | $15,000.00 | $0.00 |
| Start up & Trouble Shoot | | $12,000.00 | $0.00 |
| Site Restoration | | $600.00 | $0.00 |
| **2 Consultant Oversight (per day)** | | | $0.00 |
| **3 15% Contingency (5%)** | | | $0.00 |
| **4 State Oversight Costs (5%)** | | | $0.00 |
| **Total Groundwater Treatment Cost** | | | $0.00 |

## Cost: Groundwater System Monitoring and Operation and Maintenance (for 25 years)

| Need | Units | Unit Cost | Total |
|---|---|---|---|
| **1 System O&M** | | | |
| Utilities (per year) | | $4,500.00 | $0.00 |
| Wastewater Discharge ($122,760 gallons) | | $12,000.00 | $0.00 |
| Purchase of new Carbon (1000 lbs per month @ $1.25/lb) Yearly amount is unit cost | | $15,000.00 | $0.00 |
| Dispose of Carbon & Change Out (1000 lbs/month @ $2/lb) Hazardous Waste Yearly amount is unit cost | | $24,000.00 | $0.00 |
| Sludge Disposal (4 ton/month @ $300/ton) for sludge from Co-precipitation Yearly amount is unit cost | | $14,400.00 | $0.00 |
| Monitoring - Materials - Yearly amount is unit cost | | $1,500.00 | $0.00 |
| Post Remediation Monitoring - Yearly amount is unit cost | | $8,500.00 | $0.00 |
| **2 15% Contingency** | | | $0.00 |
| **3 State Oversight Costs (5%)** | | | $0.00 |
| **Total** | | | $0.00 |

Total for Site Remediation:   $80,318.93

| Miscellaneous Project Tasks | |
| --- | --- |
| Bid Documents and Contractor Procurement | $5,600.00 |
| Contractor Mobilization (6% of total project cost) | $3,610.43 |
| Closure Report (LS) | $4,500.00 |
| Total Miscellaneous Project Tasks | |

[1] Assume 50 feet btw borings
[2] If contaminant is unknown run "full scan"
[3] SF of building multiplied by estimated height
[4] If no Asbestos Survey has been completed, assume ordered demo of building
[5] Assumed reinforced concrete
[6] For sandy soil, assume 15' radius of influence, with wells 30' apart to cover entire plume
[7] Measure distance to central location for SVE trailer from each well
[8] First year - monthly, second year quarterly and remaining half year quarterly
[9] Assume 1' of groundwater in bottom of entire excavation - Multiply excavation volume by 7.48 for estimated gallons
[10] Trench installed width of plume on leading edge.  Use 0's in unit column if no groundwater remediation system
[11] Use only if "Groundwater Treatment" is chosen over removal.  Use 10's in unit column for estimated 10 years of O&M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

MOTORS LIQUIDATION COMPANY, et al
(f/k/a General Motors Corp , *et al*),

Debtors.

Chapter 11
Case No *09-50026* (REG)
(Jointly Administered)

## AFFIDAVIT OF CHRISTY D. CLARK

I, Christy D Clark, first being duly sworn, depose and say

1    I am employed as a Senior Geologist for the Remediation and Redevelopment Division

(RRD) of the Michigan Department of Environmental Quality (MDEQ) in the Southeast

Michigan District Office, Warren, Michigan   I have been employed by the MDEQ for

six years, since March 2003

2    I make this affidavit on my personal knowledge acquired during the course of my

employment, and if called as a witness, could competently testify

3    My responsibilities include coordinating and overseeing the identification, investigation,

and evaluation of sites where hazardous substances have been released into the

environment   I oversee the preparation, review and approval of remedial action plans,

interim responses designed to meet criteria, final assessment reports, and closure reports

These activities are conducted under the authority of Part 201, Environmental

Remediation, of Michigan's Natural Resources and Environmental Protection Act, 1994

PA 451, as amended (NREPA), Michigan Compiled Laws (MCL) 324 20101 *et seq*, Part

213, Leaking Underground Storage Tanks, of the NREPA, MCL 324 21301 *et seq*; and

Part 211, Underground Storage Tank Regulations, of the NREPA, MCL 324 21101

*et seq*

1

4  In 2003, I was made project manager for GM facilities in Pontiac, Michigan  I worked

closely with GM staff as they developed plans to remediate many of their older facilities

Two of these facilities were the GM Truck and Bus located at 65 University Drive and

the Pontiac GMC Truck Center located at 675 Cesar Chavez

### GMC Truck Center – 675 Cesar Chavez

5  The Pontiac GMC Truck Center at 675 Cesar Chavez occupies an approximate 35,000

square foot parcel of land which contains three buildings  A main building that was used

as the dealership main office, service and repair facility, a second building used for

service development, and a third building used as an auxiliary office

6  There are two open confirmed release associated with one 500 gallon Waste Oil Tank and

three 280 gallon Virgin Oil Tanks, release dates April 23, 1991 and May 4, 1992, release

numbers C-0798-91 and C-0717-92  These releases need to be remediated because

analytical data exists that indicates soil is contaminated above the states risk based

cleanup levels  At a minimum, soil removal and investigation are needed to satisfy the

requirements of Part 213

7  There are possibly three underground storage tanks (USTs) still underground  The file

and Storage Tank Information database does not contain any information documenting

that the tanks have been removed  Since this facility has been in operation since the early

1950's, and based upon my experience with other automobile facilities that operated

within that timeframe, there is a high probability of extensive soil contamination around

the USTs

8  The three USTs remaining on site need to be removed pursuant to Part 211, and the

Michigan Underground Storage Tank Rules, R 29 2153  These tanks have been

abandoned and are no longer in use

2

9  Using my best professional judgment, the total estimated future cost for the investigation, remediation of soils, and underground storage tank removal at 675 Cesar Chavez, to meet the requirements of Part 211 and Part 213, is likely to approach $95,000 00

The above estimated future costs were developed using the attached spreadsheet with the following assumptions   a minimum of 150 cubic yards of soil removal to address the open releases; and a minimum of fourteen soil borings and temporary wells with associated analyses for each of the three existing tanks and for the known releases

GM Truck and Bus – 65 University Drive

10  The GM Truck and Bus located at 65 University Drive occupies a 40,459 square foot Site building situated on a 3 7 acre parcel of land   The Site building is two stories with a basement and was constructed as an automobile dealership owned and operated by Pontiac Motor Division from the early to mid 1950s to 1978   Use of the Site was converted in 1978, when the Site was operated by GM's Truck and Bus Division as an engineering center for the construction of prototype vehicles and associated engineering development activities   These activities ceased in 1992.  The Site building was remodeled in 1994 for use as a training and employee development center   The Site building operated as a training and employee development center from 1994 through January 2007

11  There are possibly eight 50-gallon Hydraulic USTs still underground, an abandoned Dynamometer Pit and an abandoned Oil/Sand Separator   The file and Storage Tank Information database does not contain any information documenting that the tanks have been removed   Since this facility has been in operation since the early 1950's, and based upon my experience with other automobile facilities that operated within that timeframe, there is a high probability of extensive soil contamination around the USTs

3

12 There is one open confirmed release associated with the piping and dispenser used by a
1,000-gallon gasoline UST and a 1,000-gallon dilute sulfuric acid overflow/spill UST,
release date November 6, 2006, release number C-0328-06  This release needs to be
remediated to satisfy the requirements of Part 213

13 Using my best professional judgment, the total estimated future cost for the investigation,
remediation of soils, and underground storage tank removal at 65 East University Drive,
to meet the requirements of Part 213 is likely to approach $516,000 00

14 The above estimated future costs were developed using the attached spreadsheet with the
following assumptions  a minimum of 700 cubic yards of soil removal to address the
open release, and a minimum of 56 soil borings and temporary wells with associated
analyses for each of the eight existing tanks, the abandoned Dynamometer Pit, the
abandoned Oil/Sand Separator, and also for the known release

15 The above estimated future costs were developed assuming the MDEQ may have to
conduct all of the future response activities for these sites  Additional unknown
conditions may exist at this facility that could increase future response costs

Christy D Clark

Subscribed and sworn to before me this ___24th___ day of ___November___, 2009

Notary Public

LORI M PUCKETT
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jul 15, 2015
Acting in the County of ___Macomb___

4

Michigan Department of Environmental Quality
Cost Table for Environmental Claims
675 Cesar Chavez
0-001332



### Site Assessment

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 GeoProbe and crew for 7 borings incl. temp. wells (per day)[1] | 2 | $3,000.00 | $6,000.00 |
| 2 Soil Samples (2 per boring)[2] | | | |
| A Full Scan[2] | 28 | $1,157.00 | $32,396.00 |
| B VOCs only | | $110.00 | $0.00 |
| C SVOCs only | | $221.00 | $0.00 |
| D Metals only | | $184.00 | $0.00 |
| E PCBs only | | $221.00 | $0.00 |
| 3 Water Samples (1 per boring) | | | |
| A Full Scan[2] | | $1,157.00 | $0.00 |
| B VOCs only | | $110.00 | $0.00 |
| C SVOCs only | | $221.00 | $0.00 |
| D Metals only | | $184.00 | $0.00 |
| E PCBs only | | $221.00 | $0.00 |
| 4 Consultant Oversight (per day) | | $600.00 | $0.00 |
| 5 Investigation Report (LS) | 1 | $3,000.00 | $3,000.00 |
| 6 15% Contingency | | | $6,209.40 |
| 7 State Oversight Costs (5%) | | | $2,380.27 |
| **Total Site Assessment Cost** | | | **$49,985.67** |

### Building Demolition

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Asbestos Abatement includes air monitoring and disposal (per linear ft. of pipe) | | $45.00 | $0.00 |
| 2 Transformer Removal | | | |
| A Disposal Non-PCB Transformer Oil incl transportation (per gal ) | | $0.65 | $0.00 |
| B Disposal PCB Transformer Oil incl transportation (per gal) | | $4.56 | $0.00 |
| 3 Bldg Demo Includes Trucking and Disposal (per CF of building standing)[3] | | $0.37 | $0.00 |
| 4 Ordered Demolition (per CF of building standing)[4] | | $0.65 | $0.00 |
| 5 Bldg Slab Demo includes Trucking and Disposal (per SF of building slab)[5] | 250 | $6.30 | $1,575.00 |
| 6 Consultant Oversight (per day) | | $600.00 | $0.00 |
| 7 15% Contingency | | | $236.25 |
| 8 State Oversight Costs (5%) | | | $90.56 |
| **Building Demolition Total** | | | **$1,901.81** |



| Soil Removal | # of Units | Unit Cost | Total |
|---|---|---|---|
| **Need** | | | |
| **1 Soil Excavation and Disposal** | | | |
| A  Non-Hazardous Soil (per cubic yard) | 150 | $50.00 | $7,500.00 |
| B  Hazardous Soil (per cubic yard) | | $150.00 | $0.00 |
| **2 Confirmation Sampling** | | | |
| A  Full Scan² | 10 | $1,157.00 | $11,570.00 |
| B  VOCs only | | $110.00 | $0.00 |
| C  SVOCs only | | $221.00 | $0.00 |
| D  Metals only | | $184.00 | $0.00 |
| E  PCBs only | | $221.00 | $0.00 |
| **3 Backfill and Compaction (per cubic Yard)** | 200 | $20.00 | $4,000.00 |
| **4 Consultant Oversight (per day)** | 2 | $600.00 | $1,200.00 |
| **5 15% Contingency** | | | $3,640.50 |
| **6 State Oversight Costs (5%)** | | | $1,395.53 |
| **Total Soil Removal Cost:** | | | **$29,306.03** |

## Soil Vapor Extraction System

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| **1 Soil Vapor Extraction System** | | | |
| Construction Specifications (Lump Sum) | | $ 9,000.00 | $0.00 |
| Clearing & Grubbing (per acre) | 0 | $ 4,725.00 | $0.00 |
| SVE Well Installation (per well, avg 6' deep)[6] | 0 | $ 600.00 | $0.00 |
| Collection Trench Excavation (per linear foot, 24" wide, 2' deep)[7] | | $ 60.00 | $0.00 |
| Piping Installation (per linear foot) | | $ 30.00 | $0.00 |
| Non-Haz Contaminated Soil Transport and Disposal (CY of well and trench spoil) | | $ 50.00 | $0.00 |
| General Backfill for Trench (per CY, from 2' to 0' bgs) | | $ 20.00 | $0.00 |
| Cat-Ox unit rental (monthly) | 0 | $ 7,500.00 | $0.00 |
| 2000 lb Granular Activated Carbon Unit | 0 | $ 6,000.00 | $0.00 |
| Purchase New Carbon for 30 months of operation @ $1.25/lb[8] | 0 | $ 2,500.00 | $0.00 |
| Dispose of Waste Carbon for 30 months of operation @ $2.00/lb[8] | 0 | $ 4,000.00 | $0.00 |
| Blower | 0 | $ 10,000.00 | $0.00 |
| SVE Trailer | 0 | $ 20,000.00 | $0.00 |
| O&M (Years) | 0 | $ 25,000.00 | $0.00 |
| Submittals (Lump Sum) for Monthly or Quarterly Reports | 0 | $ 10,000.00 | $0.00 |
| Verification of Soil Remediation Samples | 0 | $ 150.00 | $0.00 |
| Electrical (lump sum) | 0 | $ 10,000.00 | $0.00 |
| Mechanical (lump sum) | 0 | $ 15,000.00 | $0.00 |
| Start up & Trouble Shoot | 0 | $ 15,000.00 | $0.00 |
| Site Restoration | 0 | $ 12,000.00 | $0.00 |
| Verification of Soil Remediation Samples | 0 | $ 150.00 | $0.00 |
| **Total Soil Vapor Extraction Cost:** | | | **$0.00** |
| **2 Consultant Oversight (per day)** | | $ 600.00 | $0.00 |
| **3 15% Contingency** | | | $0.00 |
| **4 State Oversight Costs (5%)** | | | $0.00 |
| | | | **$0.00** |

| Need | | Groundwater Removal | # of Units | Unit Cost | Total |
|---|---|---|---|---|---|
| 1 | Groundwater pumping to Frac Tank | | | | |
| A | 8 hours of pumping, Manned (per day) | | | $1,760.00 | $0.00 |
| B | Frac Tank Delivery (per hour) - Assume 8 hours unless Known | | | $95.00 | $0.00 |
| C | Frac Tank Rental - 21,000 gal (per week) | | | $266.00 | $0.00 |
| D | Frac Tank Decon (per hour) - Assume 8 hours unless known | | | $145.00 | $0.00 |
| 2 | Groundwater Disposal | | | | |
| A | Waste Water Characterization | | | | |
| | 1) Full Scan[2] | | | $1,157.00 | $0.00 |
| | 2) VOCs only | | | $110.00 | $0.00 |
| | 3) SVOCs only | | | $221.00 | $0.00 |
| | 4) Metals only | | | $184.00 | $0.00 |
| | 5) PCBs only | | | $221.00 | $0.00 |
| B | Disposal Non-Hazardous Groundwater incl transportation (per gallon)[9] | | | $0.65 | $0.00 |
| C | Disposal Hazardous Groundwater (per gallon) | | | $4.56 | $0.00 |
| 3 | Groundwater Monitoring Wells | | | $450.00 | $0.00 |
| 4 | Groundwater Confirmation Sampling | | | | |
| A | Full Scan[2] | | | $1,157.00 | $0.00 |
| B | VOCs only | | | $110.00 | $0.00 |
| C | SVOCs only | | | $221.00 | $0.00 |
| D | Metals only | | | $184.00 | $0.00 |
| E | PCBs only | | | $221.00 | $0.00 |
| 5 | Consultant Oversight (per day) | | | $600.00 | $0.00 |
| 6 | 15% Contingency | | | | $0.00 |
| 7 | State Oversight Costs (5%) | | | | $0.00 |
| | Total Groundwater Removal Cost: | | | | $0.00 |

## Groundwater Treatment System

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Groundwater Collection System Installation [10] | | | |
| Clearing & Grubbing (per acre) | 0 | $ 4,725.00 | $0.00 |
| Collection Trench Excavation (per linear foot, 36" wide, 8' deep) | 0 | $ 100.00 | $0.00 |
| Non-Haz Contaminated Soil Transport and Disposal (Cubic Yard or CY) | 0 | $ 50.00 | $0.00 |
| Pea Gravel for Trench Backfill (per CY, from 8' to 4' bgs) | 0 | $ 20.00 | $0.00 |
| General Backfill for Trench (per CY, from 4' to 0' bgs) | 0 | $ 20.00 | $0.00 |
| Groundwater Well/Sump Installation (per well, whole crew, incl well installation) | 0 | $ 3,000.00 | $0.00 |
| Groundwater Recovery Pumps (per well, incl installation) | 0 | $ 3,000.00 | $0.00 |
| Air Compressor (10 Hp for pumps) | 0 | $ 7,500.00 | $0.00 |
| Piping Installation (per linear foot) | 0 | $ 30.00 | $0.00 |
| Co-Precipitation Remediation System - Purchase | 0 | $248,000.00 | $0.00 |
| Co-Precipitation Remediation System Installation | 0 | $ 66,000.00 | $0.00 |
| Treatment System Trailer - Purchase | 0 | $ 20,000.00 | $0.00 |
| Liquid Phase GAC Vessels for Carbon (1000 Lbs Capacity) - Purchase | 0 | $ 3,500.00 | $0.00 |
| Electrical | 0 | $ 18,000.00 | $0.00 |
| Mechanical | 0 | $ 18,000.00 | $0.00 |
| Sewer Connection & Permitting | 0 | $ 15,000.00 | $0.00 |
| Start up & Trouble Shoot | 0 | $ 15,000.00 | $0.00 |
| Site Restoration | 0 | $ 12,000.00 | $0.00 |
| 2 Consultant Oversight (per day) | 0 | $600.00 | $0.00 |
| 3 15% Contingency | | | $0.00 |
| 4 State Oversight Costs (5%) | | | $0.00 |
| **Total Groundwater Treatment System Cost:** | | | **$0.00** |

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| Groundwater System Monitoring and Operation and Maintenance for 10 Years [11] | | | |
| 1 System O&M [10] | | | |
| Utilities (per year) | | $ 4,500.00 | $0.00 |
| Wastewater Discharge ($1.22/780 gallons) | | $ 12,000.00 | $0.00 |
| Purchase of new carbon (1000 lbs per month @$1.25/lb) Yearly amount is unit cost | | $15,000.00 | $0.00 |
| Dispose of Carbon & Change Out (1000lbs/month @ $2/lb) - Hazardous Waste Yearly amount is unit cost | | $ 24,000.00 | $0.00 |
| Sludge Disposal (4 ton/month @ $300/ton, only for sludge from Co-precipitation) Yearly amount is unit cost | | $ 14,400.00 | $0.00 |
| Monitoring - Materials - Yearly amount is unit cost | | $ 1,500.00 | $0.00 |
| Reporting - Yearly amount is unit cost | | $ 3,500.00 | $0.00 |
| Post Remediation Monitoring - Yearly amount is unit cost | | $ 8,500.00 | $0.00 |
| 2 15% Contingency | | | $0.00 |
| 3 State Oversight Costs (5%) | | | $0.00 |
| **Total Groundwater Monitoring and Maintenance and Operation Cost:** | | | **$0.00** |

| | Miscellaneous Project Tasks | | | |
|---|---|---|---|---|
| 1 | Bid Documents and Contractor Procurement | 1 | $5,000.00 | $5,000.00 |
| 2 | Contractor Mobilization (5% of total project cost) | 1 | | $4,059.68 |
| 3 | Closure Report (LS) | 1 | $4,500.00 | $4,500.00 |
| | | | Total Miscellaneous Project Tasks: | $13,559.68 |

Total for Site Remediation  $94,753.18

1 Assume 50 feet btw borings
2 If contaminant is unknown run "full scan"
3 SF of building multiplied by estimated height
4 If no Asbestos Survey has been completed, assume ordered demo of building
5 Assumed reinforced concrete
6 For sandy soil, assume 15' radius of influence, with wells 30' apart to cover entire plume
7 Measure distance to central location for SVE trailer from each well
8 First year - monthly, second year quarterly and remaining half year quarterly
9 Assume 1' of groundwater in bottom of entire excavation - Multiply excavation volume by 7.48 for estimated gallons
10 Trench installed width of plume on leading edge  Use 0's in unit column if no groundwater remediation system
11 Use only if "Groundwater Treatment" is chosen over removal  Use 10's in unit column for estimated 10 years of O&M



**Michigan Department of Environmental Quality**
Cost Table for Environmental Claims
65 E. University
Facility ID 0-0015260

### Site Assessment

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 GeoProbe and crew for 7 borings incl. temp. wells (per day)[1] | 8 | $3,000.00 | $24,000.00 |
| 2 Soil Samples (2 per boring)[2] | | | |
| A  Full Scan[2] | 112 | $1,157.00 | $129,584.00 |
| B  VOCs only | | $110.00 | $0.00 |
| C  SVOCs only | | $221.00 | $0.00 |
| D  Metals only | | $184.00 | $0.00 |
| E  PCBs only | | $221.00 | $0.00 |
| 3 Water Samples (1 per boring) | | | |
| A  Full Scan[2] | 56 | $1,157.00 | $64,792.00 |
| B  VOCs only | | $110.00 | $0.00 |
| C  SVOCs only | | $221.00 | $0.00 |
| D  Metals only | | $184.00 | $0.00 |
| E  PCBs only | | $221.00 | $0.00 |
| 4 Consultant Oversight (per day) | 8 | $600.00 | $4,800.00 |
| 5 Investigation Report (LS) | 1 | $3,000.00 | $3,000.00 |
| 6 15% Contingency | | | $33,926.40 |
| 7 State Oversight Costs (5%) | | | $13,005.12 |
| | | **Total Site Assessment Cost:** | **$273,107.52** |

### Building Demolition

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Asbestos Abatement includes air monitoring and disposal (per linear ft. of pipe) | | $45.00 | $0.00 |
| 2 Transformer Removal | | | |
| A  Disposal Non-PCB Transformer Oil incl transportation (per gal ) | | $0.65 | $0.00 |
| B  Disposal PCB Transformer Oil incl transportation (per gal ) | | $4.56 | $0.00 |
| 3 Bldg Demo includes Trucking and Disposal (per CF building standing)[3] | | $0.37 | $0.00 |
| 4 Ordered Demolition (per CF of building standing)[4] | | $0.65 | $0.00 |
| 5 Bldg Slab Demo includes Trucking and Disposal (per SF of building slab)[5] | | $6.30 | $0.00 |
| 6 Consultant Oversight (per day) | | $600.00 | $0.00 |
| 7 15% Contingency | | | $0.00 |
| 8 State Oversight Costs (5%) | | | $0.00 |
| | | **Building Demolition Total:** | **$0.00** |



## Soil Removal

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Soil Excavation and Disposal | | | |
| A Non-Hazardous Soil (per cubic yard) | 700 | $50.00 | $35,000.00 |
| B Hazardous Soil (per cubic yard) | | $150.00 | $0.00 |
| 2 Confirmation Sampling[2] | | | |
| A Full Scan[2] | 10 | $1,157.00 | $11,570.00 |
| B VOCs only | | $110.00 | $0.00 |
| C SVOCs only | | $221.00 | $0.00 |
| D Metals only | | $184.00 | $0.00 |
| E PCBs only | | $0.00 | $0.00 |
| 3 Backfill and Compaction (per cubic Yard) | 700 | $20.00 | $14,000.00 |
| 4 Consultant Oversight (per day) | 2 | $600.00 | $1,200.00 |
| 5 15% Contingency | 0 | | $9,265.50 |
| 6 State Oversight Costs (5%) | | | $3,551.78 |
| Total Soil Removal Cost: | | | $74,587.28 |

## Soil Vapor Extraction System

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Soil Vapor Extraction System | | | |
| Constuction Specifications (Lump Sum) | | $ 9,000.00 | $0.00 |
| Clearing & Grubbing (per acre) | 0 | $ 4,725.00 | $0.00 |
| SVE Well Installation (per well, avg. 6' deep)[6] | 0 | $ 600.00 | $0.00 |
| Collection Trench Excavation (per linear foot, 24" wide, 2' deep)[7] | | $ 60.00 | $0.00 |
| Piping Installation (per linear foot) | | $ 30.00 | $0.00 |
| Non-Haz Contaminated Soil Transport and Disposal (CY of well and trench spoil) | | $ 50.00 | $0.00 |
| General Backfill for Trench (per CY, from 2' to 0' bgs) | | $ 20.00 | $0.00 |
| Cat-Ox unit rental (monthly) | 0 | $ 7,500.00 | $0.00 |
| 2000 lb Granular Activated Carbon Unit | 0 | $ 6,000.00 | $0.00 |
| Purchase New Carbon for 30 months of operation @ $1.25/lb[8] | 0 | $ 2,500.00 | $0.00 |
| Dispose of Waste Carbon for 30 months of operation @ $2.00/lb[8] | 0 | $ 4,000.00 | $0.00 |
| Blower | 0 | $ 10,000.00 | $0.00 |
| SVE Trailer | 0 | $ 20,000.00 | $0.00 |
| O&M (Years) | 0 | $ 6,000.00 | $0.00 |
| Submittals (Lump Sum) for Monthly or Quarterly Reports | 0 | $ 25,000.00 | $0.00 |
| Verification of Soil Remediation Samples | 0 | $ 10,000.00 | $0.00 |
| Electrical (lump sum) | 0 | $ 150.00 | $0.00 |
| Mechanical (lump sum) | | $ 10,000.00 | $0.00 |
| Start up & Trouble Shoot | | $ 15,000.00 | $0.00 |
| Site Restoration | | $ 15,000.00 | $0.00 |
| Verification of Soil Remediation Samples | 0 | $ 12,000.00 | $0.00 |
| 2 Consultant Oversight (per day) | 0 | $ 150.00 | $0.00 |
| 3 15% Contingency | | $ 600.00 | $0.00 |
| 4 State Oversight Costs (5%) | | | $0.00 |
| | | | $0.00 |
| **Total Soil Vapor Extraction Cost:** | | | **$0.00** |

## Groundwater Removal

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Groundwater pumping to Frac Tank | | | |
| A 8 hours of pumping, Manned (per day) | | $1,760.00 | $0.00 |
| B Frac Tank Delivery (per hour) - Assume 8 hours unless known | | $95.00 | $0.00 |
| C Frac Tank Rental - 21,000 gal (per week) | | $266.00 | $0.00 |
| D Frac Tank Decon (per hour) - Assume 8 hours unless known | | $145.00 | $0.00 |
| 2 Groundwater Disposal | | | |
| A Waste Water Characterization | | | |
| 1) Full Scan² | 1 | $1,157.00 | $1,157.00 |
| 2) VOCs only | | $110.00 | $0.00 |
| 3) SVOCs only | | $221.00 | $0.00 |
| 4) Metals only | | $184.00 | $0.00 |
| 5) PCBs only | | $221.00 | $0.00 |
| B Disposal Non-Hazardous Groundwater incl transportation (per gallon)⁹ | 110 | $0.65 | $71.50 |
| C Disposal Hazardous Groundwater (per gallon) | | $4.56 | $0.00 |
| 3 Groundwater Monitoring Wells | 20 | $450.00 | $9,000.00 |
| 4 Groundwater Confirmation Sampling | | | |
| A Full Scan² | 80 | $1,157.00 | $92,560.00 |
| B VOCs only | | $110.00 | $0.00 |
| C SVOCs only | | $221.00 | $0.00 |
| D Metals only | | $184.00 | $0.00 |
| E PCBs only | | $221.00 | $0.00 |
| 5 Consultant Oversight (per day) | 14 | $600.00 | $8,400.00 |
| 6 15% Contingency | | | $16,678.28 |
| 7 State Oversight Costs (5%) | | | $6,393.34 |
| Total Groundwater Removal Cost: | | | $134,260.11 |

## Groundwater Treatment System

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 Groundwater Collection System Installation [10] | | | |
| Cleaning & Grubbing (per acre) | 0 | $ 4,725.00 | $0.00 |
| Collection Trench Excavation (per linear foot, 36" wide, 8' deep) | 0 | $ 100.00 | $0.00 |
| Non-Haz Contaminated Soil Transport and Disposal (Cubic Yard or CY) | 0 | $ 50.00 | $0.00 |
| Pea Gravel for Trench Backfill (per CY, from 8' to 4' bgs) | 0 | $ 20.00 | $0.00 |
| General Backfill for Trench (per CY, from 4' to 0' bgs) | 0 | $ 20.00 | $0.00 |
| Groundwater Well/Sump Installation (per well, whole crew, incl. well installation) | 0 | $ 3,000.00 | $0.00 |
| Groundwater Recovery Pumps (per well, incl. installation) | 0 | $ 3,000.00 | $0.00 |
| Air Compressor (10 Hp for pumps) | 0 | $ 7,500.00 | $0.00 |
| Piping Installation (per linear foot) | 0 | $ 30.00 | $0.00 |
| Co-Precipitation Remediation System - Purchase | 0 | $248,000.00 | $0.00 |
| Co-Precipitation Remediation System Installation | 0 | $ 66,000.00 | $0.00 |
| Treatment System Trailer - Purchase | 0 | $ 20,000.00 | $0.00 |
| Liquid Phase GAC Vessels for Carbon (1000 Lbs Capacity) - Purchase | 0 | $ 3,500.00 | $0.00 |
| Mechanical | 0 | $ 18,000.00 | $0.00 |
| Electrical | 0 | $ 18,000.00 | $0.00 |
| Sewer Connection & Permitting | 0 | $ 15,000.00 | $0.00 |
| Start Up & Trouble Shoot | 0 | $ 15,000.00 | $0.00 |
| Site Restoration | 0 | $ 12,000.00 | $0.00 |
| 2 Consultant Oversight (per day) | 0 | $600.00 | $0.00 |
| 3 15% Contingency | | | $0.00 |
| 4 State Oversight Costs (5%) | | | $0.00 |
| | | **Total Groundwater Treatment Cost:** | **$0.00** |

## Groundwater System Monitoring and Operation and Maintenance for 10 Years [11]

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| 1 System O&M [10] | | | |
| Utilities (per year) | | $ 4,500.00 | $0.00 |
| Wastewater Discharge ($1.22/780 gallons) | | $ 12,000.00 | $0.00 |
| Purchase of new carbon (1000 lbs per month @$1.25lb) Yearly amount is unit cost | | $15,000.00 | $0.00 |
| Dispose of Carbon & Change Out (1000lbs/month @ $2/lb) - Hazardous Waste Yearly amount is unit cost | | $ 24,000.00 | $0.00 |
| Sludge Disposal (4 ton/month @ $300/ton, only for sludge from Co-precipitation) Yearly amount is unit cost | | $ 14,400.00 | $0.00 |
| Monitoring - Materials - Yearly amount is unit cost | | $ 1,500.00 | $0.00 |
| Reporting - Yearly amount is unit cost | | $ 3,500.00 | $0.00 |
| Post Remediation Monitoring - Yearly amount is unit cost | | $ 8,500.00 | $0.00 |
| 2 15% Contingency | | | $0.00 |
| 3 State Oversight Costs (5%) | | | $0.00 |
| | | **Total Groundwater, Monitoring and Maintenance and Operation Cost:** | **$0.00** |

| Miscellaneous Project Tasks | | | |
|---|---|---|---|
| 1 | Bid Documents and Contractor Procurement | 1 | $5,000.00 | $5,000.00 |
| 2 | Contractor Mobilization (5% of total project cost) | 1 | $24,097.75 | $24,097.75 |
| 3 | Closure Report (LS) | 1 | $4,500.00 | $4,500.00 |
| | Total Miscellaneous Project Tasks: | | | $33,597.75 |

Total for Site Remediation: $515,562.65

1  Assume 50 feet btw borings
2  If contaminant is unknown run "full scan"
3  SF of building multiplied by estimated height
4  If no Asbestos Survey has been completed, assume ordered demo of building
5  Assumed reinforced concrete
6  For sandy soil, assume 15' radius of influence, with wells 30' apart to cover entire plume
7  Measure distance to central location for SVE trailer from each well
8  First year - monthly, second year quarterly and remaining half year quarterly
9  Assume 1' of groundwater in bottom of entire excavation - Multiply excavation volume by 7.48 for estimated gallons
10  Trench installed width of plume on leading edge.  Use 0's in unit column if no groundwater remediation system
11  Use only if "Groundwater Treatment" is chosen over removal.  Use 10's in unit column for estimated 10 years of O&M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

MOTORS LIQUIDATION COMPANY, et al,          Chapter 11
    f/k/a General Motors Corp , et al

                                            Case No  09-50026 (REG)

                Debtors                     (Jointly Administered)


### AFFIDAVIT OF KEVIN D. LUND

I, Kevin D  Lund, first being duly sworn, depose and say

1    I am employed as a Senior Geologist for the Remediation and Redevelopment
Division (RRD) of the Michigan Department of Environmental Quality (MDEQ) and located in
the Jackson District Office, Jackson, Michigan  I have been employed in the environmental
business since 1991 working for consulting firms and the MDEQ  I have been employed by the
MDEQ for approximately five years and in the senior geologist position for all those years  As a
senior geologist, I have also acted as the Project Manager for several sites of environmental
contamination

2    I make this affidavit on personal knowledge acquired during the course of my
employment and, if called as a witness, could competently testify

3    As a senior geologist and Project Manager with RRD, I provide technical
assistance for other MDEQ staff, environmental consultants, communities, and the public, and
ensure consistency through standardized interpretation and application of the rules, policies, and
procedures

4    As a senior geologist and project manager, my responsibilities include overseeing
the identification, investigation, and evaluation of sites where hazardous substances have been
released into the environment  I review response activities conducted by private parties to
determine compliance with state environmental regulations, including hydrogeological

1

investigations, feasibility studies, interim response activities, and remedial action plans. In addition, I coordinate my review of sites of environmental contamination with toxicologists, engineers, geologists and compliance and enforcement staff

5    To prepare for this affidavit, I reviewed MDEQ files for technical and administrative information about various sites. I also reviewed information prepared by Motors Liquidation Company's (MLC) consultants, LFR an ARCADIS Company and Claro Group, LLC.

GM Hydramatic (aka GMPT Willow Run)

6    I am the senior geologist familiar with the GM Hydramatic (aka GMPT Willow Run) site of environmental contamination located at located at 2930 Ecorse Road in Ypsilanti, Michigan. The site is currently owned by MLC. This property is referred to in the MDEQ RRD files as GM Hydramatic. MERA # 81000019, Facility ID 0-0003522, and in the Waste and Hazardous Materials Files as a Resource Conservation and Recovery Act (RCRA) facility known as General Motors Hydra-Matic MID980587893. The GM Hydramatic facility is regulated under RCRA as a Treatment Storage and Disposal Facility (TSDF).

7    The facility was initially built on farm land adjacent to Willow Run Creek, Tyler Pond and Willow Run Airport. Ford Motor Company built the facility with the intention to manufacture B-24 Bombers for World War II. After the war, Kaiser-Fraser purchased the plant from Ford to produce automobiles and C-119 and C-123 planes. In 1953, GM bought the plant to replace GM's burned automobile transmission manufacturing facility located in Livonia. The operations have primarily included machining, cleaning and painting metal parts and products. The GM Hydramatic facility includes extensive areas of environmental contamination in soil and groundwater. The facility includes approximately 321 acres of land and approximately 4.8 million square feet of building.

2

8    Light Non-Aqueous Phase Liquids (LNAPL) is the key regulatory driver at the facility. The proximity of the LNAPL plume adjacent to the surface water bodies including Tyler Pond, Willow Run Creek, and Belleville Lake put these surface water bodies at risk to become impacted by the LNAPL. LNAPL is a floating product that consists of gasoline, diesel, waste oils mixed with polychlorinated biphenyls (PCBs) and metals, and glycol. The groundwater is contaminated by floating product mixtures and impacted by volatile organic compounds (VOCs), semi volatile organic compounds (SVOCs), PCBs and heavy metals. MDEQ files contain limited information regarding the vertical and lateral extent of LNAPL and groundwater contamination. The leaking underground storage tank (UST) program has identified the following open UST releases that have not been properly addressed and that resulted from leaking underground storage tanks, C-0102-90, C-2739-91, C-1745-91, C-1744-91 C-1772-91, and C-2005-91. Over 80 underground storage tanks have been removed from the facility.

9    During the 1980's and 1990's, GM initiated limited investigative and remedial efforts including soil boring and monitoring wells, and the installation of several LNAPL recovery systems. The LNAPL recovery systems were installed and operated by various vendors, using different technologies and were generally not consistently operated or maintained. Up until 2004 GM consultants reported to the MDEQ an estimated 50,000 gallons of LNAPL existing on site.

10    Recently GM has reported that LNAPL plumes may extend offsite to adjacent properties including the Willow Run Airport property and nearby surface water bodies and although the exact volume of LNAPL is unknown, it is estimated to be between 5,000,000 and 15,000,000 gallons based on an areal extent of between 25 and 45 acres and a thickness range from less than an inch to nearly three feet.

11    The volume of free floating product or LNAPL can be calculated from the areal extent of the LNAPL and the average thickness of the LNAPL using the following formula,

(Average Thickness in feet)X(Area in square feet)X(0.35 porosity of the aquifer)X(7.48 gallons per cubic foot)= gallons of LNAPL

3

12  Below are my own LNAPL estimates, based on varying LNAPL thicknesses and varying acreage

| LNAPL Average Thickness | Area (acres) | Porosity of Soil | Volume of LNAPL (gallons) | Comments |
|---|---|---|---|---|
| (1/8 inch) | 25 | 0 35 | 29,650 | Minimum LNAPL levels required by the State of Michigan to recover |
| (1/8 inch) | 45 | 0 35 | 53,370 | Minimum LNAPL levels required by the State of Michigan to recover |
| 1 foot | 25 | 0 35 | 2,851,002 | One foot average LNAPL thickness over 25 acres |
| 1 foot | 45 | 0 35 | 5,131804 | One foot average LNAPL thickness over 15 acres |
| 2 feet | 25 | 0 35 | 5 702,004 | Two feet average LNAPL thickness over 25 acres |
| 2 feet | 45 | 0 35 | 10,263,607 | Two feet average LNAPL thickness over 45 acres |
| 3 feet | 25 | 0 35 | 8,553 006 | Three feet average LNAPL thickness over 25 acres |
| 3 feet | 45 | 0 35 | 15,395,411 | Three feet average LNAPL thickness over 45 acres |

13  LNAPL consisting of gasoline, waste oil, diesel solvents, PCBs and anti-freeze solutions will affect the disposal options and cost  More expensive and complicated disposal of LNAPL will be required to follow the Toxic Substance Control Act (TSCA) incineration of PCBs and RCRA disposal alternatives  I assumed for cost estimating that LNAPL beneath the site, will be disposed in accordance with RCRA disposal practices

14  Assuming that site remediation may require over 400 recovery wells, hydraulic controls to contain the LNAPL from reaching the surface water and disposal of LNAPL in accordance with RCRA and assuming that both MI C's own estimate and my estimates of **5,000,000** to **15,000,000** gallons of LNAPL can be relied on and using United States Department of Defense (DOD)[1] published remediation operational cost range from $10 to $127 per gallon of LNAPL  I estimate the reasonable remedial cost (using LNAPL volume ranges and the DOD's

[1] Environmental Security Technology Certification Program  US Department of Defense, Cost & Performance Report  ESTCP Project #CU-9908  January 2004

4

lowest cost per gallon to remediate LNAPL) should be in the range of $50,000,000 to $150,000,000

15    I reviewed GM's own LNAPL experience as described in a peer reviewed paper dated 2006[2] in which GM's consultant (Conestoga-Rovers & Associates Ltd) described the implementation of an aggressive LNAPL recovery system located at a GM facility in Canada GM recovered 3,685 gallons of LNAPL between 2005 and 2006    The LNAPL remediation system used 12 recovery wells and it was decommissioned when the LNAPL recovery rate was less than 2 gallons per day    The cost per gallon of LNAPL goes up significantly as the recovery rate of LNAPL goes down over time    GM reported the cost to recover LNAPL ranged from $25 to $900 per gallon    Using the lowest cost per gallon to recover LNAPL and an estimate of 5,000,000 gallons of LNAPL, a reasonable estimate to remediate LNAPL and perform future response activities at the GM Hydramatic facility is **$125,000,000**    Given the proximity and areal extent I believe the LNAPL and or contaminated groundwater may have reached the surface water bodies and will have an adverse impact on the natural resources if left unchecked

GM Willow Run Assembly and Company Vehicle Operations

(aka Midsize and Luxury - Willow Run and CVO)

16    I am the senior geologist for the GM Willow Run Assembly and Company Vehicle Operations (aka Midsize and Luxury – Willow Run and CVO) 81000496 site of environmental contamination located at 2625 and 2901 Tyler Road in Ypsilanti, Michigan    I have been the senior geologist for this facility since March 2009    The site is currently owned by Willow Run Business Center LLC and MI C    This property is referred to in the MDEQ RRD files as GM-Willow Run Assembly and CVO, located at 2625 and 2901 Tyler Road in Ypsilanti, Michigan and in the Waste and Hazardous Materials File as RCRA GM Willow Run Assembly MID 005356795    GM Willow Run Assembly facility is regulated under RCRA as a TSDF

---

[2] Remediation Endpoints Factors for Consideration when Determining Appropriate Remediation Endpoints for Aggressive LNAPL Recovery    Rem Tech 2006    Banff Alberta    David J    Cushman    Conestoga Rovers & Associates, Ltd , Robert W    Hare    General Motors Corporation    http //www remtech2008 com,remtech/2006/pdf/06-cushman-roberts-2 pdf

5

17  The GM Willow Run Assembly and Company Vehicle Operations facility includes areas of environmental contamination located south of the GM Hydramatic Facility  The GM facilities are separated by the Willow Run Creek and Tyler Pond  The surface water bodies are the nearest receptor for each facility

18.  Current environmental issues and future remedial actions are outlined below

**a.  PAOC[2] 18** is essentially in an Interim Response Activity (IRA) phase  Dense nonaqueous phase liquid (DNAPL) continues to be recovered from behind the sheet pile wall installed in 2004  The sheet pile was installed to prevent continued migration of DNAPL toward Tyler Pond   DNAPL is a heavier than water product that consists of a mixture that sinks in the aquifer  The DNAPL generally consists of VOCs, PCBs and SVOCs at percent level concentrations  All recovered DNAPL is sent to Texas for destruction in a TSCA-permitted incinerator based on the presence of TCE (40%) and PCBs (1 5%) in the DNAPL  Recent developments include the presence of trichloroethene (TCE), cis-1,2-dichloroethene and vinyl chloride at one of the groundwater surface water interface (GSI) compliance points, GS-8  GM notified the MDEQ that the contaminated groundwater is starting to migrate around the sheet piling allowing contamination to reach Tyler Pond at concentrations that exceed the Final Acute Value (FAV) Criterion  A concentration above the FAV is known to have an acute impact on flora and fauna  MDEQ requires immediate remediation where contamination exceeds the FAV  Based on these developments, an extension of the sheet wall to preclude contaminated soil, groundwater and DNAPL migration into Tyler Pond is absolutely necessary  Based on the findings a more aggressive DNAPL recovery with a more robust recovery system is required to protect the natural resource.  The soil contaminated with DNAPL should be excavated and transported for thermal destruction at a TSCA-permitted incinerator

**b.  PAOC 19** is essentially a proxy for site-wide groundwater and currently is in the investigation phase  Compounds of concern include VOCs, SVOCs and LNAPL  Recovery of LNAPL/DNAPL is required before consideration of Monitored Natural Attenuation (MNA) of dissolved VOCs and SVOC constituents  It is likely that LNAPL/DNAPL recovery along with

---

[2] The term "PAOC" refers to a potential area of concern as that term is used in the RCRA program

6

groundwater treatment will be necessary for several years followed by MNA sampling for several years. It is also likely that a barrier wall containment system to mitigate migration of LNAPL/DNAPL and contaminated groundwater to Tyler Pond will be necessary. Groundwater extraction and LNAPL/DNAPL recovery could likely continue for up to 30 years after installation of the barrier wall.

**c. PAOC 23** is in the In-situ Reactive Zone (IRZ) phase. Soil gas emissions are an exposure concern at this location. Indoor air VOCs are reportedly above OSHA standards in portions of the building at PAOC 23. VOCs and SVOCs are the primary contaminants of concern.

**d. PAOC 24** currently is in the investigation phase. Fuel-type contaminants have been found in soils at this location. It is anticipated that contaminated soil will be excavated and disposed followed by limited in-situ groundwater treatment and long term groundwater monitoring.

19. Additional investigations to better define the extent of the DNAPL/LNAPL plume and overall site conditions may be necessary depending on the outcome of the current investigation. It may be necessary to extend the barrier wall immediately south of Tyler Pond and implement a more aggressive LNAPL/DNAPL and groundwater recovery system to prevent its escape. I anticipate that it will be necessary to continue the implementation of the IRZ at PAOCs 23 and 24 and continue quarterly groundwater monitoring on the GM Willow Run Assembly and Company Vehicle Operations facility. Using my best professional judgment and based on the available information, **$7,936,500** represents a reasonable estimate for future response activity at this Site.

Textile Road Dump Site

20. I am the senior geologist for the Textile Road Dump site (81000038) located at southeast corner of Textile Road and Bunton Road in Ypsilanti Township, Michigan and includes areas of environmental contamination. The site is currently owned by MLC. A

7

removal action was completed between 1999 and 2000 at the facility pursuant to the Administrative Order by Consent with the USEPA (Docket No V-W-99-C-562) Approval of the Removal Action by the USEPA was issued on May 2, 2001. This property is referred to in the MDEQ files as Textile Road Dump

21    The property is currently in post closure care. Requirements include maintaining fencing and site security. Based on my best professional judgment and the limited information available, **$165,000** represents a reasonable estimate for future response activities at the site

G M C  Adrian Plant

22    I am the Senior Geologist for the Inland Division G M C  Adrian Plant environmental contamination located at 1450 East Beecher Street in Adrian, Michigan. The site is currently owned by Delphi Automotive Systems, LLC. This property is referred to in the MDEQ files as General Motors Inland Division, located at 1450 East Beecher Street in Adrian, Michigan. I have been the Senior Geologist for this facility since March 2009

23    The Inland Division G M C  Adrian Plant facility includes areas of environmental contamination. In 1989, soil contamination was detected during the removal of a 1,500 gallon gasoline tank. At the time of the release, the former General Motors Corporation, now known as MLC, owned and operated this facility and was responsible for the release of the gasoline. Subsequently, the Delphi Corporation acquired and operated this facility. However MLC remains liable for the release of gasoline under Part 213[3] as the owner and operator who is liable under Part 201[4]. Monitoring wells were installed in November 1995 and groundwater was found to be contaminated. A Final Assessment Report (FAR) was submitted on September 12, 1996 According to the Corrective Action Plan (CAP), Delphi was planning to monitor the groundwater for a minimum of two years or until the clean up criteria had been reached and then submit a Closure Verification Report. At the time of the submittal free product[5] had already

---

[3] Part 213 Leaking Underground Storage Tank, 1994 PA451, as amended Natural Resources Environmental Protection Act (NREPA)
[4] Part 201, Environmental Remediation, 1994 PA 451 as amended NREPA
[5] As defined in Part 213

8

been detected in one well   MDEQ received the first annual groundwater monitoring report in July, 1997. That was the last groundwater monitoring report received   MDEQ continued to receive Free Product Status Reports until 2005   At that time the consultant reported that free product had not been detected for 6 quarters so Delphi would no longer be looking for free product   Delphi has never submitted a Closure Verification Report

24     In order to bring the site to closure, MI C the causationally liable party needs to submit a revised FAR and CAP   At the minimum the CAP should include sampling the existing monitoring wells for a minimum of eight quarters to determine if the groundwater meets closure criteria

25     Using best professional judgment, the total estimated future cost for the groundwater testing and document submittal to meet the requirements of Part 213   is likely to exceed $50,000.

26     The above estimated future costs were developed assuming that MDEQ may have to conduct all future response activities for these sites   Additional unknown environmental conditions may exist that could significantly increase the estimated future response costs

27     A summary table is presented as Attachment A

28     Attachment B is an aerial photograph of the Ypsilanti area where both GM Hydromatic and GM Willow Run Assembly are shown

Kevin D. Lund, C.P.G , P.E.

Subscribed and sworn to before me
this 2⁰ day of _____, 2009

Notary Public _____

PAMELA RINGLER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF JACKSON
My Commission Expires  Dec 29  2014
Acting in the County of _____

9

MOTORS LIQUIDATION COMPANY, et al,
f/k/a General Motors Corp , et al

Chapter 11
Case No  09-50026 (REG)
**AFFIDAVIT OF**
Kevin D  Lund
Summary Table

Attachment A

| Site Name | Address | City | State | Ownership | State of Michigan Future Cost Estimate | Comments |
|---|---|---|---|---|---|---|
| GM Hydramatic | 2930 Ecorse Road | Ypsilanti | MI | MLC | $125,000,000 | No Active Remediation  Site Uncharacterized  Need to recover and contain 15 million gallons of LNAPL |
| Willow Run Company Vehicle Operations - CVO | 2901 Tyler Road | Ypsilanti | MI | MLC | $7,936,500 | Remediation  Site Partially Characterized, Groundwater remediation and monitoring |
| Textile Road Landfill | Textile Road | Ypsilanti | MI | MLC | $165,000 | Cleanup Complete  O&M and/or Monitoring |
| General Motors Inland Division | 1450 East Beecher Street | Adrian | MI | DELPHI AUTOMOTIVE SYSTEMS LLC | $50,000 | No Active Remediation  Groundwater Sampling |

Total  $ 133,151,500





**GIS Map Print**

Location Map



N

0    850    1,700

Feet

1 inch = 1,067 2 feet



Geographic
Information
System

The information contained in this cadastral
map is used to locate, identify and appraise
parcels of land in Washtenaw County for
appraisal and taxing purposes only and is not
to be construed as a "survey description".
The information is provided with the understanding
that the conclusions drawn from such information
are solely the responsibility of the user.
Any imputation of legal status of this data
is hereby disclaimed.

NOTE  PARCELS MAY NOT BE TO SCALE

THIS MAP REPRESENTS PARCELS AT THE TIME OF PRINTING  THE OFFICIAL PARCEL TAX MAPS ARE MAINTAINED SOLELY BY THE
WASHTENAW COUNTY EQUALIZATION DEPARTMENT AND CAN BE OBTAINED BY CONTACTING THAT OFFICE AT 734-222-6662.

Date Printed  10/29/2009



**GIS Map Print**

Location Map



N

0        850        1,700
Feet
1 Inch = 1,067 2 feet



Geographic
Information
System

The information contained in this cadastral
map is used to locate, identify and inventory
parcels of land in Washtenaw County for
appraisal and taxing purposes only and is not
to be construed as a "survey description."
The information is provided with the understanding
that the conclusions drawn from such information
are solely the responsibility of the user.
Any separation of legal status of this data
is hereby disclaimed.

NOTE  PARCELS MAY NOT BE TO SCALE

THIS MAP REPRESENTS PARCELS AT THE TIME OF PRINTING  THE OFFICIAL PARCEL TAX MAPS ARE MAINTAINED SOLELY BY THE
WASHTENAW COUNTY EQUALIZATION DEPARTMENT AND CAN BE OBTAINED BY CONTACTING THAT OFFICE AT 734-222-6662

Date Printed  10/29/2009



**GIS Map Print**

Location Map





Geographic
Information
System

NOTE PARCELS MAY NOT BE TO SCALE

THIS MAP REPRESENTS PARCELS AT THE TIME OF PRINTING  THE OFFICIAL PARCEL TAX MAPS ARE MAINTAINED SOLELY BY THE
WASHTENAW COUNTY EQUALIZATION DEPARTMENT AND CAN BE OBTAINED BY CONTACTING THAT OFFICE AT 734-222-6662.

Date Printed. 10/29/2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Motors Liquidation Corporation
(f/k/a General Motors Corporation)

    Debtors

Chapter 11
Case No. 09-50026 (REG)
(Jointly Administered)

---

## AFFIDAVIT OF ERIC L. VAN RIPER

I, Eric L  Van Riper, first being duly sworn, depose and say:

1. I am currently employed as a Senior Environmental Quality Analyst for the Remediation and Redevelopment Division (RRD) of the Michigan Department of Environmental Quality (MDEQ) in the Lansing District Office, Lansing, Michigan.  I have been employed by the MDEQ since October 1989.

2. My responsibilities include coordinating and overseeing the identification, investigation, and evaluation of sites where hazardous substances have been released into the environment   I oversee the preparation, review and approval of remedial action plans, interim responses work plans and reports, remedial investigation work plans and reports, and closure reports

3. The Windiate Park/Dixieland Landfill site is the location of a former landfill that was used by General Motors Corporation in the 1940's and 1950's for the disposal of industrial waste material.  The landfill is located near Milton and Pengelly Streets in the City of Flint, Michigan.

Affidavit of Eric L  Van Riper                    2                    November 20, 2009

4.  General Motors Corporation is the current owner of several residential lots that are part of
    the Windiate Park/Dixieland Subdivision Landfill site.  The City of Flint is the current
    owner of the park property.

5   In May 1994, the Windiate Park/Dixieland Landfill site was identified as a site of
    environmental contamination pursuant to Part 201 of the Natural Resources and
    Environmental Protection Act, PA 451 of 1994, as amended

6.  On August 24, 1994, the MDEQ provided written notice to General Motors Corporation
    that identified them as a potential liable party for the contamination at the Windiate
    Park/Dixieland Subdivision Landfill site.

7.  In October 1994, I was assigned as the RRD project manager for the Windiate
    Park/Dixieland Subdivision Landfill site in Flint, Michigan.

8.  From October 1994 to the present, I worked closely with General Motor's Corporation
    and their consultant, O'Brien & Gere Engineers, Inc., as they conducted remedial
    investigation activities and response actions to address the contamination at the Windiate
    Park/Dixieland Subdivision Landfill site.

9   The remaining issues that are required to address the site under Part 201 of NREPA
    include.  Finalization of a legal agreement and restrictive covenant with the MDEQ;

Affidavit of Eric L  Van Riper                3                November 20, 2009

construction and installation of three permanent markers; and long term operation and

maintenance activities associated with the landfill soil cover.


10  Using best professional judgment, the total estimated future costs associated with the

construction and installation of permanent markers and operation and maintenance

activities associated with the soil cover to meet the requirements of Part 201 of the

NREPA, PA 451, as amended, is approximately $136,640.


11. The above estimated future costs were developed using the following assumptions:

Approximately $20,000 for the construction and placement of three permanent markers at

entrances to the park that advise users of the park that the park is contaminated and the

appropriate restrictions of park use; approximately $3,888 in annual operation and

maintenance costs associated with maintaining the landfill cap for a total of 30 years with

a total cost of $116,640


12  The above estimated future costs were developed assuming that the State of Michigan

conducts all future response activities at this site. Additional unknown environmental

conditions may exist at this facility that could significantly increase the future response

costs.

Affidavit of Eric L. Van Riper            4                    November 20, 2009

Respectfully Submitted


_Nov 26, 2009_
Date                                           Eric L. Van Riper


Subscribed and sworn to before me this _20_ day of _November_,

2009.

_Rachel R. McLeod_
_RACHEL R McLeod_    Notary Public
My Commission Expires _April 22, 2015_
_Inghan County_

RACHEL R. McLEOD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires April 22, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____/

In re·                                              Chapter 11

MOTORS LIQUIDATION COMPANY et al,
   f/k/a General Motors Corp., et al.,                 Case No. 09-50026 (REG)

                Debtors             (Jointly Administered)

_____/

## AFFIDAVIT OF MARK D. DUCHARME

    I, Mark D. DuCharme, being first duly sworn, state·

    1     I have been employed as a Senior Environmental Quality Analyst/Project

Manager by the Michigan Department of Environmental Quality (MDEQ) in Kalamazoo,

Michigan (formerly in Plainwell, Michigan), for 20 years. My duties include the inspection,

identification, investigation, and evaluation of sites where hazardous substances may have been

released into the environment. My responsibilities also include evaluating and managing the

implementation of environmental response activities directed at abating the conditions created by

a release or threat of release of hazardous substances These activities are conducted under the

authority of Part 201 of Michigan's Natural Resources and Environmental Protection Act, 1994

PA 451, as amended (NREPA), Michigan Compiled Laws (MCL) 324.20101 *et seq*; Part 31 of

the NREPA, MCL 324.3101 *et seq*, Part 111 of the NREPA, MCL 324.11101 *et seq*; Part 115 of

the NREPA, MCL 324.11501 *et seq*; Part 121 of the NREPA, MCL 324.12101 *et seq*, and the

Comprehensive Environmental Response, Compensation and Liability Act, as amended

(CERCLA), 42 U.S C §6901 *et seq*

1

2    I make this affidavit on personal knowledge acquired during the course of my employment and, if called as a witness, could competently testify.

3    I have a Bachelor of Science degree in Fisheries and Wildlife from Michigan State University.

4.    As a regular part of my job, I inspect, oversee, and coordinate, on behalf of the MDEQ, efforts by others to investigate facilities where hazardous substances may have been released into the environment. I also coordinate, on behalf of the MDEQ, efforts to determine compliance with federal and state environmental laws at such facilities  Such investigations and compliance activities commonly include identification of potential contamination sources; formulation, implementation, and review of site studies; installation of monitoring equipment; and collection of samples and review of analyses of soil, water, waste, and air samples. It is also a regular part of my duties to ascertain which parties may be responsible for the release of hazardous substances into the environment.

5.    As a project manager, a significant portion of my work activities include determination of applicable environmental response activities, cost estimation, preparation of focused scopes of work and statements of objectives, procurement of contractors, and management of contractors and contracts

6.    I am the Project Manager assigned to determine whether there is a release or threat of release into the environment, identify appropriate environmental response activities to

2

abate releases or threats of releases of hazardous substances into the environment, and to prepare

a cost estimation for the necessary environmental response activities at the former General

Motors Kalamazoo Metal Fabricating Plant, 5200 East Cork Street, Kalamazoo, Michigan

Property (the "Property")


7    The matters set forth herein are based upon my personal knowledge and upon my

review of information located in MDEQ, Remediation and Redevelopment Division, Kalamazoo

District Office files   File documents reviewed include.

- Application for a MDEQ Brownfield Redevelopment Loan for the Midlink
  Business Park Project, September 12, 2008,

- Baseline Environmental Assessment (BEA), prepared by NTH Consultants, Ltd.
  for Kaiser Aluminum Fabricated Products, L.L.C , Kalamazoo Michigan, July
  31, 2008,

- BEA, prepared by IT Corporation for 5200 East Cork Street Investors, LLC,
  dated December 15, 1999.


8.    MDEQ file documents indicate General Motors developed the property in 1965

with construction of a 1,896,906 square foot manufacturing building, and associated power

house, baler house, wastewater treatment plant, switch house, and pump house   General Motors

conducted operations to receive and cut metal in sheets and roll stock, stamp, grind, weld,

assemble component parts, manufacture tool and die, apply adhesive coatings, treat wastewater,

and manage waste and materials storage   General Motors ceased operations at the Property in

1999

9    During General Motors ownership and operation of the Property, hazardous substances and oil and grease were released to groundwater, surface water, soil, sediment, and building structural materials at several locations on the Property. Previous investigations have shown the hazardous substances released include metals, semi-volatile organic compounds, volatile organic compounds, polychlorinated biphenyls, and oil and grease and exceed Part 201 cleanup criteria. Photographs in MDEQ file documents indicate the visual presence of oil and grease in soil and structural materials in several areas of the Property. Oil and grease is also present as free phase liquid in groundwater referred to by others as foundation drainage water.

10    The following environmental response activities remain necessary to reduce the concentrations of hazardous substances and oil and grease to acceptable Part 201 cleanup criteria: determine the extent of soil, sediment, and groundwater contamination; determine the extent of free phase liquids; design, construct, and operate and maintain a remedy to recover free phase liquids and cleanup groundwater contamination, cleanup hazardous substances and solid waste in the dump area; cleanup hazardous substances and oil and grease in the vicinity of the baler house, main overhead conveyor, pump house, railroad tracks, and former drawing compound and press lubrication oil above ground storage tanks, and any other areas of the Property where hazardous substances and oil and grease are identified in excess of Part 201 cleanup criteria.

11    Using my best professional judgment and based on available information, the estimated cost for the State of Michigan to abate the release or threat of release of hazardous substances or oil and grease into the environment and to evaluate areas where hazardous

4

substances of oil and grease may have been released into the environment is likely to approach
$5,686,040  Please see attachment A for more details.

12    The above estimated future costs were developed assuming MDEQ may have to

conduct all future response activities for this site  Additional unknown conditions may exist at

this facility that could increase future response costs



Mark D  DuCharme

Subscribed and sworn to before me
this 23rd day of November, 2009

Marcia R Reidmiller
Notary Public
Allegan County, Michigan – acting in Kalamazoo County, Michigan
My commission Expires· May 8, 2014

MARCIA R. REIDMILLER
NOTARY PUBLIC - MICHIGAN
ALLEGAN COUNTY
My Commission Expires May 8, 2014

Attachment A

GM-BOC Bankruptcy Claim

Investigation

| Description of Activities Associated with Estimated Costs | Estimated Costs |
|---|---|
| • Develop scope of work to abate the release or threatened release of hazardous substance or oil and grease into the environment and to evaluate areas where hazardous substances or oil and grease may have been released into the environment<br>4 hours DEQ staff costs EQA P12 x $51 87/hour = $200 | |
| | $200 00 |
| • Procure Level of Effort Contractor<br>o 40 hours DEQ staff costs EQA P12 x $51 87 = $2,100<br>o DEQ Travel = 34 miles x $0 362/mile = $10<br>o $20,000 00 Contractual Costs for kick off meeting, work plan development, and preparation of contract documents | |
| | $22,110 00 |
| • Conduct hydrogeological investigation to evaluate the release or threat of release of hazardous substances or oil and grease into the environment<br>o 80 hours DEQ staff costs EQA P12 x $51 87 = $4,150<br>o DEQ Travel = 136 miles x $0 362/mile = $50<br>o $750,000 Contractual Costs for Level of Effort contractor to complete investigation (includes DEQ Laboratory analysis)-based on best professional judgement | $754,200 00 |
| Subtotal | $776,510 00 |

Design of Groundwater Remedy

| Description of Activities Associated with Estimated Costs | Estimated Costs |
|---|---|
| • Design groundwater remedy<br>o 40 hours DEQ staff costs EQA P12 x $51 87 = $2,100<br>o $50,000 Contractual Costs for Level of Effort contractor to complete focused feasibility study and design remedy | |
| | $52,100 00 |
| • Develop bid specifications to construct groundwater remedy<br>o 30 hours DEQ staff costs EQA P 12 x $51 87 = $1,600<br>o $30,000 Contractual Costs for Level of Effort contractor to prepare bid specifications | |
| | $31,600 00 |
| • Procure Trade Contractor to construct groundwater remedy and operate and maintain for 6 month start up period<br>o 25 hours DEQ staff costs EQA P12 x $51 87 = 1,300<br>o DEQ Travel = 34 miles x $0 362/mile = $10<br>o $10,000 Contractual Costs for Level of Effort contractor to assist in procurement (includes project advertisement, pre-bid meting, bid addendum(s), bid evaluation, pre-award meeting, and pre-construction meeting | $11,310 00 |
| Subtotal | $95,010 00 |

Implementation of Groundwater Remedy

| Description of Activities Associated with Estimated Costs | Estimated Costs |
|---|---|

Attachment A

• Construct Groundwater remedy
o 40 hours DEQ staff costs EQA P12 x $51 87 = 2,100
o $60,000 Contractual Costs for Level of Effort contractor for trade contractor
oversight and project record documents
o $450,000 Contractual Costs for Trade Contractor to construct groundwater
remedy

$512,100 00

• Operate and Maintain Groundwater Remedy for 10 years
o 200 hours DEQ staff costs EQA P12 x $51 87 = $10,400
o $250,000 Contractual Costs for Level of Effort contractor to provide
professional engineering assistance
o $1,500,000 Contractual Costs for Trade Contractor to operate and maintain
groundwater remedy for 10 years

$1,760,400 00

Subtotal    $2,272,500 00

Soil removal and Disposal
Description of Activities Associated with Estimated Costs    Estimated Costs

• Develop bid specifications to characterize, excavate, transport, and dispose
contaminated soil and solid waste from dump area and place backfill and restore
grade
o 30 hours DEQ staff costs EQA P12 x $51 87 = $1,600
o DEQ Travel = 34 miles x $0 362/mile = $10
o $40,000 00 Contractual Costs for Level of Effort Contractor prepare
specifications

$41,610 00

• Procure Trade Contractor to characterize, excavate, transport, and dispose of
contaminated soil and solid waste in dump area and place backfill and restore
grade
o 20 hours DEQ staff costs EQA P12 x $51 87 = $1,000
o DEQ Travel = 34 miles x $0 362/mile = $10
o $10,000 Contractual Costs for Level of Effort contractor to assist in
procurement (includes project advertisement, pre-bid meeting, bid addendum(s),
bid evaluation, pre-award meeting, and pre-construction meeting)

$11,010 00

• Characterize, excavate, transport, and dispose of contaminated soil and solid
waste in dump area and place backfill and restore grade
o 200 hours DEQ staff costs EQA P12 x $51 87 = $10,400
o DEQ Travel = 510 miles x $0 362/mile = $200
o $100,000 Contractual Costs for Level of Effort Contractor to provide trade
contractor oversight and project record documents
o $2,200,000 Contractual Costs for Trade Contractor to complete removal and
grade restoration activities

$2,310,600 00

Attachment A

• Characterize, excavate, transport, and dispose of oil or grease contaminated
soil in the vicinity of the baler house, main overhead conveyor, pump house, and
former drawing compound and press lubrication oil above ground storage tanks,
and install backfill to restore grade
o DEQ staff costs included as part of dump area mitigation
o Level of Effort Contractor costs included as part of dump area mitigation
o $178,800 Trade Contractor costs too remove oil or grease contaminated soil
and install backfill to restore grade

|  |  |
|---|---|
|  | $178,800 00 |
| Subtotal | $2,542,020 00 |
| Grand total | $5,686,040 00 |



Attachment A

## BREAKDOWN OF ESTIMATED SOIL COSTS

Characterize, excavate, transport, and dispose of contaminated soil and solid waste in dump area and place backfill and restore grade
Approximate dump area size = 300 feet x 300 feet x 10 feet (estimated depth) = 900,000 cubic feet x 125 pounds/cubic foot estimated weight = 112,500,000 pounds/2,000 pounds/ton = 56,250 tons

56,250 tons x $30 00/ton excavation, transport, and disposal = $1,700,000

33,333 cubic yards x 1 2 loose cubic yards backfill = 40,000 cubic yards

40,000 cubic yards x 1 6875 tons/cubic yard = 67,500 tons Class II Sand backfill

Transport, place, and compact 67,500 tons Class II Sand backfill estimated amount  x $7 50/ton = $500,000

Characterize excavate, transport, and dispose of oil or grease contaminated soil in the vicinity of the baler house, main overhead conveyor, pump house, and former drawing compound and press lubrication oil above ground storage tanks, and install backfill to restore grade

Estimated removal area = 600 feet x 20 feet x 6 feet = 72,000 cubic feet x 125 pounds/cubic foot estimated weight = 9,000,000 pounds/2,000 pounds/ton = 4,500 tons

4,500 tons x $30 00/ton excavation, transport, and disposal = $135,000

2,444 cubic yards (less 6 inches for stabilized gravel surface grade) x 1 2 loose cubic yards backfill = 2,933 cubic yards Class II Sand backfill

2,933 cubic yards x 1 6875 tons/cubic yard = 4,950 tons Class II Sand backfill

Transport, place and compact 4,950 tons Class II Sand backfill x $7 50/ton = $37,000

Transport, place, and compact 450 tons stabilized gravel x $15 00/ton = $6,800 to restore surface grade

Attachment A

**Costs by Contract**

|  | **Estimated Costs** |
|---|---|
| Trade Contract Estimate for groundwater remedy | $1,950,000 00 |
| Trade Contract Estimate for soil removal | $2,378,800 00 |
| Level of Effort Contract | $1,320,000 00 |
| DEQ Staff Costs-EQA 12 | $37,240 00 |
| **Grand Total** | **$5,686,040.00** |



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

MOTORS LIQUIDATION COMPANY, et al,                    Chapter 11
    f/k/a General Motors Corp , et al

                                                      Case No  09-50026 (REG)

                        Debtors                       (Jointly Administered)

---

### AFFIDAVIT OF BETH M. VENS

I, Beth M  Vens, first being duly sworn, depose and say:

1   I am employed as a Senior Environmental Quality Analyst for the Remediation and

    Redevelopment Division (RRD) of the Michigan Department of Environmental Quality

    (MDEQ) in the Southeast Michigan District Office, Warren, Michigan   I have been

    employed by the MDEQ for approximately eighteen years, since January 1992

2   I make this affidavit on personal knowledge acquired during the course of my

    employment and, if called as a witness, could competently testify

3   As a Senior Environmental Quality Analyst and Project Manager, my responsibilities

    include overseeing the identification, investigation, and evaluation of sites where

    hazardous substances have been released into the environment   I review response

    activities conducted by private parties to determine compliance with state environmental

    regulations, including hydrogeological investigations, interim response activities, and

    remedial action plans   In addition, I coordinate my review of sites of environmental

    contamination with toxicologists and compliance and enforcement staff   These activities

    are conducted under the authority of Part 201 of Michigan's Natural Resources and

Environmental Protection Act, 1994 PA 451, as amended (NREPA), Michigan Compiled

Laws (MCL) 324 20101 *et seq*; Part 31 of the NREPA, MCL 324 3101 *et seq.*

4    I am the Project Manager for the Satterlee Sumpter Township landfill site of

environmental contamination located at 40195 Judd Road in Sumpter Township,

Michigan, MERA #82000048    I have been the Project Manager for this facility since

approximately 1998    Based on MDEQ file information, the site is currently owned by

Mr Virginio Persicon, who purchased the property at a tax sale in 1996    In the 1960s

and 1970s, it was used for disposal of various wastes, including industrial wastes from

several companies, including General Motors Corporation    The industrial wastes that

were disposed of in the 1970's are the dominant concern    Based on records of the

company that arranged for the waste disposal, approximately 62% of the industrial waste

originated at the General Motors Corporation

5    The Satterlee Sumpter Township landfill facility has numerous areas of environmental

contamination    Groundwater and soils are contaminated with volatile organic

compounds (such as xylenes at 8,000,000 parts per billion which exceeds Part 201 soil

saturation screening levels) and an adjacent wetland has been contaminated above Part

201 criteria    Additional remedial investigation of the facility is required to delineate the

nature and extent of contamination, along with a feasibility study to select the best

remedial action for the facility, and implementation and operation/monitoring of the

selected remedy

6    Using best professional judgment, the total estimated future cost for the investigation,

selection of remedy, installation of remedy and operation and maintenance to comply

2

with Part 201 is likely to approach $11,725,303 46   Please see attachment A for more

details

7   *The above estimated future costs were developed assuming the MDEQ may have to*

*conduct all future response activities for this site   Additional unknown conditions may*

*exist at this facility that could increase future response costs*


Further Affiant Sayeth Not




_____

Beth M. Vens


Subscribed and sworn to before me this ___3nd___ day of _November_, 2009


_____

Notary Public


```
LORI M. PUCKETT
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jul 15, 2015
Acting in the County of  Macomb
```


3



**DEQ**

**Michigan Department of Environmental Quality**
**Cost Table for Environmental Claims**
**Satterlee Sumpter Township Landfill, 40195 Supter Road**
**82000048**

## Site Assessment

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| #1 Implement Malcolm Pirnie work plan | | $400,000.00 | $400,000.00 |
| #4 Consultant Oversight (per day) | 60 | $600.00 | $36,000.00 |
| #5 Investigation Report (LS) | 1 | $3,000.00 | $3,000.00 |
| #6 15% Contingency | | | $65,850.00 |
| #7 State Oversight Costs (5%) | | | $25,242.50 |
| **Total Site Assessment Cost:** | | | **$530,092.50** |

## Soil Cover

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| #1 Install 2' soil cover across 18 acres | 18 | | $2,682,316.00 |
| #2 Consultant Oversight (per day) | 75 | $600.00 | $45,000.00 |
| #3 15% Contingency | | | $409,097.40 |
| #4 State Oversight Costs (5%) | | | $22,704.87 |
| **Total Soil Cover Cost:** | | | **$3,159,118.27** |

## Miscellaneous Project Tasks

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| #1 Methane Mitigation system | | $400,000.00 | $400,000.00 |
| #2 TSCA waste disposal | | $10,000.00 | $10,000.00 |
| #3 Wetlands Mitigation | | $200,000.00 | $200,000.00 |
| #4 Consultant Oversight (per day) | 40 | $600.00 | $27,000.00 |
| #5 15% Contingency | | | $95,550.00 |
| #6 State Oversight Costs (5%) | | | $36,627.50 |
| **Total Miscellaneous Project Tasks:** | | | **$769,177.50** |

## Groundwater Treatment System

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| **1 Groundwater Collection System Installation [10]** | | | |
| Clearing & Grubbing (per acre) | 1 | $4,725.00 | $4,725.00 |
| Collection Trench Excavation (per linear foot, 36" wide, 12' deep) | 1,020 | $150.00 | $153,000.00 |
| Non-Haz Contaminated Soil Transport and Disposal (Cubic Yard or CY) | 1,360 | $50.00 | $68,000.00 |
| Pea Gravel for Trench Backfill (per CY, from 12' to 4' bgs) | 907 | $20.00 | $18,140.00 |
| General Backfill for Trench (per CY, from 4' to 0' bgs) | 453 | $20.00 | $9,060.00 |
| Groundwater Well/Sump Installation (per well, whole crew, incl well installation) | 3 | $3,000.00 | $9,000.00 |
| Groundwater Recovery Pumps (per well, incl installation) | 3 | $3,000.00 | $9,000.00 |
| Air Compressor (10 Hp for pumps) | 1 | $7,500.00 | $7,500.00 |
| Piping Installation (per linear foot) | 1,020 | $30.00 | $30,600.00 |
| **2 Consultant Oversight (per day)** | 60 | $600.00 | $36,000.00 |
| Co-Precipitation Remediation System - Purchase | 1 | $248,000.00 | $248,000.00 |
| Co-Precipitation Remediation System Installation | 1 | $66,000.00 | $66,000.00 |
| Treatment System Trailer - Purchase | 1 | $20,000.00 | $20,000.00 |
| Liquid Phase GAC Vessels for Carbon (1000 Lbs Capacity) - Purchase | 2 | $3,500.00 | $7,000.00 |
| Mechanical | 1 | $18,000.00 | $18,000.00 |
| Electrical | 1 | $18,000.00 | $18,000.00 |
| Sewer Connection & Permitting | 1 | $15,000.00 | $15,000.00 |
| Start up & Trouble Shoot | 1 | $15,000.00 | $15,000.00 |
| Site Restoration | 1 | $12,000.00 | $12,000.00 |
| **3 15% Contingency** | | | $114,603.75 |
| **4 State Oversight Costs (5%)** | | | $43,931.44 |
| **Total Groundwater Treatment System** | | | $922,560.19 |

## Groundwater System Monitoring and Operation and Maintenance for 30 Years

| Need | # of Units | Unit Cost | Total |
|---|---|---|---|
| **1 System O&M [10]** | | | |
| Utilities (per year) | 30 | $4,500.00 | $135,000.00 |
| Wastewater Discharge ($1.22/780 gallons) | 30 | $12,000.00 | $360,000.00 |
| Purchase of new carbon (1000 lbs per month @$1.25/lb) Yearly amount is unit cost | 30 | $15,000.00 | $450,000.00 |
| Dispose of Carbon & Change Out (1000lbs/month @$2/lb) - Hazardous Waste Yearly amount is unit cost | 30 | $24,000.00 | $720,000.00 |
| Sludge Disposal (4 ton/month @ $300/ton, only for sludge from Co-precipitation) Yearly amount is unit cost | 30 | $14,400.00 | $432,000.00 |
| System repairs | 30 | $10,000.00 | $300,000.00 |
| Monitoring - Materials - Yearly amount is unit cost | 30 | $1,500.00 | $45,000.00 |
| Reporting - Yearly amount is unit cost | 30 | $3,500.00 | $105,000.00 |
| Post Remediation Monitoring - Yearly amount is unit cost | 30 | $8,500.00 | $255,000.00 |
| **2 15% Contingency** | | | $420,300.00 |
| **3 State Oversight Costs (5%)** | | | $161,115.00 |
| **Total Groundwater Monitoring and Maintenance and Operation Cost** | | | $3,383,415.00 |

Soil Cover, Monitoring and Operation and Maintenance for 30 years

| | | |
|---|---|---|
| 1 | Maintenance of Vegetative Cover | $2,344,772.00 |
| 2 | Maintenance and Inspection | $11,592.00 |
| 3 | Deed Notation | $6,256.00 |
| 4 | Surface Emission Monitoring | $924.60 |
| 5 | Reporting Requirements | $30,000.00 |
| | Total Miscellaneous Project Tasks: | $2,393,544.60 |

Miscellaneous Project Tasks

| | | |
|---|---|---|
| 1 | Bid Documents and Contractor Procurement | $5,000.00 |
| 2 | Contractor Mobilization (5% of total project cost) | $5,000.00 |
| 3 | Closure Report (LS) | $557,895.40 |
| | | $4,500.00 |
| | Total Miscellaneous Project Tasks: | $567,395.40 |

Total for Site Remediation    $11,725,303.46

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

MOTORS LIQUIDATION COMPANY, et al, Chapter 11
    f/k/a General Motors Corp , et al

                                  Case No  09-50026 (REG)

                Debtors                    (Jointly Administered)

## AFFIDAVIT OF DANIEL P. DAILEY

    I, DANIEL DAILEY, being first duly sworn, depose and state as follows

    1    I am an Environmental Engineer employed by the Michigan Department of
Environmental Quality ("MDEQ"), Waste and Hazardous Materials Division, in Lansing,
Michigan  I have been employed in this capacity since June 1992

    2    I have personal knowledge of the matters stated in this Affidavit and, if called as
a witness, I could competently testify to the same

    3    I am familiar with the regulatory requirements for closure, post-closure, corrective
action, and financial capability under the Resource Conservation and Recovery Act ("RCRA"),
42 U S C  6901 et seq, and the Hazardous Waste Management provisions of the Natural
Resources and Environmental Protection Act ("NREPA"), 1994 P A  451, as amended, M C L
324 101 et seq

    4    I was assigned the responsibility to provide cost estimates for closure, post-
closure care, and corrective action, as appropriate for the facilities specified in this affidavit  To
prepare for this evaluation, I solicited input from other project managers within the Waste and
Hazardous Materials Division ("WHMD") and Remediation and Redevelopment Division ("RRD")
of the Michigan Department of Environmental Quality (MDEQ) relative to the current technical

1

and administrative status of closure, post-closure, and corrective action for the facilities included in this affidavit  Where I am the project manager for a facility, I prepared for this evaluation by researching the files in the WHMD and compiling pertinent information regarding the technical and administrative status of the facilities  Information provided by Motors Liquidation Corporation ("MLC"), through it consultants, was also gathered and reviewed if time permitted and it was available at the time the estimates were completed

5.      After available information was compiled, I provided, or worked with the project manager of the facility to provide, a cost estimate for the facility  My approach to estimating costs was from the standpoint that the facility may be abandoned, leaving the State of Michigan with the responsibility to clean up the facility by contaminant source removal from soils and ongoing monitored natural attenuation of remaining contaminants in groundwater  This approach assumes that there is sufficient on-site plume distance and/or isolation from the facility boundary such that more active remediation methods are not needed  The cost estimates included in this affidavit also generally assumed that demolition and waste removal has been completed and only limited decontamination and soil and groundwater remediation remain to be accomplished  Where applicable, other remedial costs were estimated, as further specified in this affidavit  Due to the general lack of investigative information, these estimates should be considered minimums

6      Facility cost estimates include consideration of existing cost estimates for closure, post-closure, or corrective actions, project knowledge from project managers, and/or cost estimates generated from CostPro estimating software ("CostPro") using the information and assumptions provided by the WHMD or RRD project manager  Where limited or no information was not available regarding corrective action at a facility, I made assumptions based on WHMD's knowledge of the facility and likely waste management units subject to regulation,

2

in an attempt to provide a reasonable, but conservative estimate of possible costs for closure, post-closure and/or corrective actions at the facilities

7    I am the WHMD Project Manager for the Delphi Flint West Facility, Site Identification number MID005356654, located at 300 North Chevrolet Avenue in Flint, Michigan Based on the available information, an oily light non-aqueous phase liquid ("LNAPL") is emanating from Building 2 to soils and groundwater There is not enough data to delineate the composition or extent of the LNAPL in soils and groundwater at this time although, according to the available information, a groundwater plume is thought to emanate from Building 2 southeast on-site toward the Flint River Assuming a corrective action that involves removing the Building 2 source area and monitored natural attenuation of the remaining groundwater contamination, it is my best professional judgment based on the available information that estimated future cost to address this facility is $34,751,924 by CostPro A summary from the CostPro report for this facility is attached to this affidavit

8    Kimberly Tyson is the WHMD Project Manager for the General Motors Corporation, Great Lakes Technology Center, Site Identification number MID005356738, located at 4300 South Saginaw Street in Flint, Michigan 48507 Based on the information provided by Ms Tyson, the Die Storage Lot, Former Hazardous Waste Storage Area, East Property Boundary, Hemphill Landfill, City of Burton Parcel, and North Courtyard Area received cost estimates for closure using CostPro These estimates were based on soil source removal and ongoing groundwater monitoring for monitored natural attenuation Ongoing groundwater monitoring was estimated for post-closure care of four of the units using CostPro The total cost estimate for this facility is $17,985,940 A summary from the CostPro cost estimate report for closure and post-closure care is attached to this affidavit

3

9        Joe Rogers is the WHMD Project Manager for the Remediation and Liability

Mgmt Co , or "REALM" Peregrine facility, Site Identification number MIR000020743, located at

1245 East Coldwater Road in Flint, Michigan 48505   Based on the information provided by Mr

Rogers, the Equipment Reserve Yard, Press Room, Deep and Shallow Site-Wide Groundwater,

Scrap Metal Storage Pits, Plating Area, Caustic Above-Ground Storage Tanks, Waste Pile Pad,

Outside Coal Storage Area received cost estimates for closure using CostPro   These estimates

were based on soil source removal and ongoing groundwater monitoring for a monitored natural

attenuation program   Ongoing groundwater monitoring was estimated for post-closure care of

four of the units using CostPro   The total cost estimate for this facility is $27,161,248  A copy of

the CostPro cost estimate report for closure and post-closure care is attached to this affidavit

10       I am the WHMD Project Manager for the Delphi Automotive Systems LLC Averill

Avenue facility, Site Identification number MID980568745, located at 1101 North Center Road in

Flint, Michigan 48556   There was very little information available based on a preliminary

assessment of the facility   For a conservative cost estimate, I assumed that each building in

which there is an uninvestigated WMU, the building footprint would be considered a source

area, soils would be removed to a depth of 5 feet, and wells would be installed and to monitor

groundwater for natural attenuation of remaining contamination   Based on the information

available, Plants 6 and 43 Buildings 6110, 6119, 6129, 6144, 6170, and 6183, and Plant 7

Buildings 7152 and 7172 received cost estimates for closure using CostPro   Ongoing

groundwater monitoring was estimated for post-closure care of Site-Wide Groundwater using

CostPro   The total cost estimate for this facility is $66,722,952  A copy of the CostPro cost

estimate report for closure and post-closure care is attached to this affidavit

11       Pete Quackenbush is the WHMD Project Manager for the General Motors

Corporation Lansing Plants 2 and 3 facilities, Site Identification number MID980700827, located

at 2800-2801 West Saginaw Street in Lansing, Michigan 48917   Based on the information

4

provided by Mr Quackenbush, 14 container storage areas, 20 tank systems, one groundwater investigation, and 102 pits and sumps may require source removal and monitored natural attenuation, and therefore, received cost estimates for closure using CostPro  Like units were consolidated for estimating as if they were all contained within one area  The groundwater investigation cost was estimated for each unit using an estimate for an initial sampling event  The waste water treatment system closure was assumed to be similar to tank closure  Spray paint booth closures were assumed to be similar to container storage area closures  The electroplating area was assumed to be similar to a tank closure  This estimate does not include cleanup of tunnels or sewers  Costs for sumps and pits were estimated assuming that 25% of the total number are contaminated  The cost estimates assume that all waste has been removed and that only decontamination and soil and groundwater remediation remain to be done  Ongoing groundwater monitoring was estimated for post-closure care of Site-Wide Groundwater using CostPro  The total cost estimate for this facility is $18,485,555  A summary of the CostPro cost estimate report for closure and post-closure care is attached to this affidavit  Note that this facility may be within a wellhead protection area and monitored natural attenuation might not be an acceptable remediation option

12      Ronda Blayer is the WHMD Project Manager for the General Motors Corporation facility, Site Identification number MID000809905, located at 36880 Ecorse Road in Romulus, Michigan 48174  Based on the information provided by Ms Blayer, the Hazardous Waste Storage Area, and the Chip House received cost estimates for closure using CostPro  Groundwater contamination was not confirmed at the facility, and so an associated cost was not estimated  The total cost estimate for this facility is $494,970  A copy of the CostPro cost estimate report for closure is attached to this affidavit

13      Pete Quackenbush is the WHMD Project Manager for the General Motors Corporation facility, Site Identification number MID005356928, located at 401 North Verlinden

5

Avenue in Lansing, Michigan 48915  Based on the information provided by Mr  Quackenbush, Nine container storage areas, two soil removals that were estimated as container storage area closures, eight tank systems, 42 sump locations, and two waste piles received cost estimates for closure using CostPro  Ongoing groundwater monitoring was estimated for post-closure care of three to five areas using CostPro  The total cost estimate for this facility is $14,566,401  A summary of the CostPro cost estimate report for closure and post-closure care is attached to this affidavit  Note that this facility may be within a wellhead protection area and monitored natural attenuation might not be an acceptable remediation option

14.    Richard Conforti is the WHMD Project Manager for the General Motors Corporation facility, Site Identification number MID005356860, located at 1245 East Coldwater Road in Flint, Michigan 48505  Mr  Conforti provided a cost estimate for this facility based on knowledge of a cost estimate provided by the facility for post-closure care of a landfill, and adjusting that estimate for ongoing groundwater monitoring for a 50 year period to simulate any corrective action monitoring that may be required in addition to post-closure monitoring  The total cost estimate for this facility is $5,332,224

15    The above estimated future costs were developed assuming that MDEQ may have to conduct all future response actions for these sites  Additional unknown environmental conditions may exist that could significantly increase the estimated future response costs

Daniel P  Dailey

Subscribed and sworn before me this 23rd day of November, 2009

Sueann Marie Murphy
Notary Public – State of Michigan
County of Isabella
My Commission Expires March 5, 2013
Acting in the County of Ingham

6

SUEANN MARIE MURPHY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF ISABELLA
My Commission Expires Mar 5, 2013
Acting in the County of Ingham

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE.

MOTORS LIQUIDATION COMPANY, et al, Chapter 11
*f/k/a* General Motors Corp , *et al*

Case No  09-50026 (REG)

Debtors                              (Jointly Administered)

### AFFIDAVIT OF DANIEL P. DAILEY

I, DANIEL DAILEY, being first duly sworn, depose and state as follows

1       I am an Environmental Engineer employed by the Michigan Department of
Environmental Quality ("MDEQ"), Waste and Hazardous Materials Division, in Lansing,
Michigan   I have been employed in this capacity since June 1992

2       I have personal knowledge of the matters stated in this Affidavit and, if called as
a witness, I could competently testify to the same

3       I am familiar with the regulatory requirements for closure, post-closure, corrective
action, and financial capability under the Resource Conservation and Recovery Act ("RCRA"),
42 U S C  6901 et seq, and the Hazardous Waste Management provisions of the Natural
Resources and Environmental Protection Act ("NREPA"), 1994 P A  451, as amended, M C L
324 101 et seq

4       I was assigned the responsibility to provide cost estimates for closure, post-
closure care, and corrective action, as appropriate for the facilities specified in this affidavit.  To
prepare for this evaluation, I solicited input from other project managers within the Waste and
Hazardous Materials Division ("WHMD") and Remediation and Redevelopment Division ("RRD")
of the Michigan Department of Environmental Quality (MDEQ) relative to the current technical

1

and administrative status of closure, post-closure, and corrective action for the facilities included in this affidavit  Where I am the project manager for a facility, I prepared for this evaluation by researching the files in the WHMD and compiling pertinent information regarding the technical and administrative status of the facilities  Information provided by Motors Liquidation Corporation ("MLC"), through it consultants, was also gathered and reviewed if time permitted and it was available at the time the estimates were completed

5    After available information was compiled, I provided, or worked with the project manager of the facility to provide, a cost estimate for the facility  My approach to estimating costs was from the standpoint that the facility may be abandoned, leaving the State of Michigan with the responsibility to clean up the facility by contaminant source removal from soils and ongoing monitored natural attenuation of remaining contaminants in groundwater  This approach assumes that there is sufficient on-site plume distance and/or isolation from the facility boundary such that more active remediation methods are not needed  The cost estimates included in this affidavit also generally assumed that demolition and waste removal has been completed and only limited decontamination and soil and groundwater remediation remain to be accomplished  Where applicable, other remedial costs were estimated, as further specified in this affidavit  Due to the general lack of investigative information, these estimates should be considered minimums

6    Facility cost estimates include consideration of existing cost estimates for closure, post-closure, or corrective actions, project knowledge from project managers, and/or cost estimates generated from CostPro estimating software ("CostPro") using the information and assumptions provided by the WHMD or RRD project manager  Where limited or no information was not available regarding corrective action at a facility, I made assumptions based on WHMD's knowledge of the facility and likely waste management units subject to regulation,

2

in an attempt to provide a reasonable, but conservative estimate of possible costs for closure, post-closure and/or corrective actions at the facilities

7    I am the WHMD Project Manager for the Delphi Flint West Facility, Site Identification number MID005356654, located at 300 North Chevrolet Avenue in Flint, Michigan Based on the available information, an oily light non-aqueous phase liquid ("LNAPL") is emanating from Building 2 to soils and groundwater There is not enough data to delineate the composition or extent of the LNAPL in soils and groundwater at this time although, according to the available information, a groundwater plume is thought to emanate from Building 2 southeast on-site toward the Flint River Assuming a corrective action that involves removing the Building 2 source area and monitored natural attenuation of the remaining groundwater contamination, it is my best professional judgment based on the available information that estimated future cost to address this facility is $34,751,924 by CostPro A summary from the CostPro report for this facility is attached to this affidavit

8    Kimberly Tyson is the WHMD Project Manager for the General Motors Corporation, Great Lakes Technology Center, Site Identification number MID005356738, located at 4300 South Saginaw Street in Flint, Michigan 48507 Based on the information provided by Ms Tyson, the Die Storage Lot, Former Hazardous Waste Storage Area, East Property Boundary, Hemphill Landfill, City of Burton Parcel, and North Courtyard Area received cost estimates for closure using CostPro These estimates were based on soil source removal and ongoing groundwater monitoring for monitored natural attenuation Ongoing groundwater monitoring was estimated for post-closure care of four of the units using CostPro The total cost estimate for this facility is $17,985,940 A summary from the CostPro cost estimate report for closure and post-closure care is attached to this affidavit

3

9.    Joe Rogers is the WHMD Project Manager for the Remediation and Liability Mgmt Co , or "REALM" Peregrine facility, Site Identification number MIR000020743, located at 1245 East Coldwater Road in Flint, Michigan 48505  Based on the information provided by Mr Rogers, the Equipment Reserve Yard, Press Room, Deep and Shallow Site-Wide Groundwater, Scrap Metal Storage Pits, Plating Area, Caustic Above-Ground Storage Tanks, Waste Pile Pad, Outside Coal Storage Area received cost estimates for closure using CostPro   These estimates were based on soil source removal and ongoing groundwater monitoring for a monitored natural attenuation program   Ongoing groundwater monitoring was estimated for post-closure care of four of the units using CostPro   The total cost estimate for this facility is $27,161,248  A copy of the CostPro cost estimate report for closure and post-closure care is attached to this affidavit

10    I am the WHMD Project Manager for the Delphi Automotive Systems LLC Averill Avenue facility, Site Identification number MID980568745, located at 1101 North Center Road in Flint, Michigan 48556   There was very little information available based on a preliminary assessment of the facility   For a conservative cost estimate, I assumed that each building in which there is an uninvestigated WMU, the building footprint would be considered a source area, soils would be removed to a depth of 5 feet, and wells would be installed and to monitor groundwater for natural attenuation of remaining contamination   Based on the information available, Plants 6 and 43 Buildings 6110, 6119, 6129, 6144, 6170, and 6183, and Plant 7 Buildings 7152 and 7172 received cost estimates for closure using CostPro   Ongoing groundwater monitoring was estimated for post-closure care of Site-Wide Groundwater using CostPro   The total cost estimate for this facility is $66,722,952   A copy of the CostPro cost estimate report for closure and post-closure care is attached to this affidavit

11    Pete Quackenbush is the WHMD Project Manager for the General Motors Corporation Lansing Plants 2 and 3 facilities, Site Identification number MID980700827, located at 2800-2801 West Saginaw Street in Lansing, Michigan 48917   Based on the information

4

provided by Mr Quackenbush, 14 container storage areas, 20 tank systems, one groundwater investigation, and 102 pits and sumps may require source removal and monitored natural attenuation, and therefore, received cost estimates for closure using CostPro Like units were consolidated for estimating as if they were all contained within one area The groundwater investigation cost was estimated for each unit using an estimate for an initial sampling event The waste water treatment system closure was assumed to be similar to tank closure Spray paint booth closures were assumed to be similar to container storage area closures The electroplating area was assumed to be similar to a tank closure This estimate does not include cleanup of tunnels or sewers Costs for sumps and pits were estimated assuming that 25% of the total number are contaminated The cost estimates assume that all waste has been removed and that only decontamination and soil and groundwater remediation remain to be done Ongoing groundwater monitoring was estimated for post-closure care of Site-Wide Groundwater using CostPro The total cost estimate for this facility is $18,485,555 A summary of the CostPro cost estimate report for closure and post-closure care is attached to this affidavit Note that this facility may be within a wellhead protection area and monitored natural attenuation might not be an acceptable remediation option

12      Ronda Blayer is the WHMD Project Manager for the General Motors Corporation facility, Site Identification number MID000809905, located at 36880 Ecorse Road in Romulus, Michigan 48174 Based on the information provided by Ms Blayer, the Hazardous Waste Storage Area, and the Chip House received cost estimates for closure using CostPro Groundwater contamination was not confirmed at the facility, and so an associated cost was not estimated The total cost estimate for this facility is $494,970 A copy of the CostPro cost estimate report for closure is attached to this affidavit

13      Pete Quackenbush is the WHMD Project Manager for the General Motors Corporation facility, Site Identification number MID005356928, located at 401 North Verlinden

5

Avenue in Lansing, Michigan 48915   Based on the information provided by Mr  Quackenbush,

Nine container storage areas, two soil removals that were estimated as container storage area

closures, eight tank systems, 42 sump locations, and two waste piles received cost estimates

for closure using CostPro   Ongoing groundwater monitoring was estimated for post-closure

care of three to five areas using CostPro   The total cost estimate for this facility is $14,566,401

A summary of the CostPro cost estimate report for closure and post-closure care is attached to

this affidavit   Note that this facility may be within a wellhead protection area and monitored

natural attenuation might not be an acceptable remediation option

14      Richard Conforti is the WHMD Project Manager for the General Motors

Corporation facility, Site Identification number MID005356860, located at 1245 East Coldwater

Road in Flint, Michigan 48505   Mr  Conforti provided a cost estimate for this facility based on

knowledge of a cost estimate provided by the facility for post-closure care of a landfill, and

adjusting that estimate for ongoing groundwater monitoring for a 50 year period to simulate any

corrective action monitoring that may be required in addition to post-closure monitoring   The

total cost estimate for this facility is $5,332,224

15      The above estimated future costs were developed assuming that MDEQ may have

to conduct all future response actions for these sites   Additional unknown environmental

conditions may exist that could significantly increase the estimated future response costs

Daniel P  Dailey

Subscribed and sworn before me this 23rd day of November, 2009

Sueann Marie Murphy
Sueann Marie Murphy
Notary Public – State of Michigan
County of Isabella
My Commission Expires March 5, 2013
Acting in the County of Ingham

SUEANN MARIE MURPHY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF ISABELLA
My Commission Expires Mar 5, 2013
Acting in the County of  INGHAM

11/24/2009  10 41 AM

C \Documents and Settings\gillc1\Local Settings\Temporary Internet Files\OLK28\MLC Cost Estimates Summary without

| Part 111 Facility Cost Estimates | | Groups xls | | | |
|---|---|---|---|---|---|
| Site ID | Site Name | Site Address | Administrative Mechanism | Current Financial Assurance | WHMD Estimate |
| MID005356928 | Lansing Plant 6 | 401 North Verlinden Avenue, Lansing, MI | Voluntary Corrective Action Agreement | None | $14,566,401 |
| MID980700827 | Lansing Plants 2 and 3 | 2800-2801 West Saginaw Street, Lansing, MI | Voluntary Corrective Action Agreement | None | $18,485,555 |
| MID005356860 | Realm Coldwater Road | 1245 East Coldwater Road, | Post-Closure Plan and Corrective | $2,226,303 Surety Bond | $5,332,224 |
| MID005356738 | Great Lakes Tech Center | 4300 South Saginaw Street, Flint, MI | None | None | $17,985,941 |
| MID980568745 | Flint East - Plants 6 and 7 | 1101 North Center Road, Flint, MI | None | None | $66,722,952 |
| MIR000020743 | Former Peregrine Coldwa | 1245 East Coldwater Road, Flint, MI | Part Corrective Action Consent Order, Part with No Mechanism | None | $27,161,249 |
| MID000721738 | Delphi | 999 West Randall Street, Coopersville, MI | None | None | Unknown |
| MID000809905 | GMC | 36880 Ecorse Road, Romulus, MI | None | None | $494,970 |
| MID076380583 | GMC Chevrolet Detroit A | 601 Piquette Street, Detroit, MI | None | None | Unknown |
| MID005356746 | GENERAL MOTORS CORPORATION | 1500 East Ferry Street, Detroit, MI | None | None | Unknown |
| MID005356845 | Delphi Automotive Systems LLC | 2328 East Genesee Avenue, Saginaw, MI | None | None | Unknown |
| MID005356654 | Delphi Auto Sys -- FLINT WEST  a k a "Chevy in the Hole" | 300 North Chevrolet Avenue, Flint, MI | None | None | $34,751,924 |
| MID980568620 | Delphi Automotive Systems LLC | 1601 North Averill Avenue, Flint, MI | Closure Plan | $791,902 Letter of Credit | Unknown |
| | | | | | |
| Total Projectect Costs | | | | | $185,501,216 |
| | | | | | |
| Estimates Current as of 11/19/2009 | | | | | |

# GMC Lansing Plants 2 and 3
# MID980700827

Address    2800-2801 WEST SAGINAW
ST
MC 489-070-035
Lansing
MICHIGAN
48917

Contact   Pete Quackenbush

Comments   Based on the information provided by Mr Quackenbush, 14 container storage areas, 20 tank systems, one groundwater investigation, and 102 pits and sumps may require source removal and monitored natural attenuation, and therefore, received cost estimates for closure using CostPro. Like units were consolidated for estimating as if they were all contained within one area. The groundwater investigation cost was estimated for each unit using an estimate for an initial sampling event. The waste water treatment system closure was assumed to be similar to tank closure. Spray paint booth closures were assumed to be similar to container storage area closures. The electroplating area was assumed to be similar to a tank closure. This estimate does not include cleanup of tunnels or sewers. Costs for sumps and pits were estimated assuming that 25% of the total number are contaminated. The cost estimates assume that all waste has been removed and that only decontamination and soil and groundwater remediation remain to be done. Ongoing groundwater monitoring was estimated for post-closure care of Site-Wide Groundwater using CostPro. The total cost estimate for this facility is $18,485,555

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 1 | $1,540,208 70 |
| Tank Systems | 1 | $3,079,901 21 |
| Post Closure Care | 1 | $13,865,445 58 |

**$18,485,555.49**

Additional Costs   $0 00

Total Estimated Cost **$18,485,555.49**

Page 1

# GENERAL MOTORS CORPORATION
## MID000809905

| | | | |
|---|---|---|---|
| Address | 36880 ECORSE RD<br>ROMULUS<br>MICHIGAN<br>48174 | Contact | Ronda Blayer |

Comments   Based on the information provided by Ms  Blayer, the Hazardous Waste Storage Area, and the Chip House received cost estimates for closure using *CostPro  Groundwater contamination was not confirmed at the facility, and so an associated cost was not estimated*   The total cost estimate for this facility is $494,970

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 2 | $494,970 17 |

**$494,970.17**

Additional Costs  $0 00

Total Estimated Cost  **$494,970.17**



## *General Motors Corporation*
## **MID005356928**

Address  401 N VERLINDEN AVE
Lansing
MICHIGAN
48915

Contact  Peter Quackenbush

Comments  Based on the information provided by Mr Quackenbush, Nine container storage areas, two soil removals that were estimated as container storage area closures, eight tank systems, 42 sump locations, and two waste piles received cost estimates for closure using CostPro  Ongoing groundwater monitoring was estimated for post-closure care of three to five areas using CostPro  The total cost estimate for this facility is $14,566,401

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 1 | $513,329 10 |
| Tank Systems | 1 | $697,754 48 |
| Waste Piles | 1 | $669,865 92 |
| Post Closure Care | 1 | $12,685,451 86 |

**$14,566,401.36**

Additional Costs  $0 00

Total Estimated Cost  **$14,566,401.36**



Page 1

# Delphi Auto Sys -- FLINT WEST  a.k.a.  "Chevy in the Hole"
## MID005356654

Address   300 N CHEVROLET AVE
          Flint
          MICHIGAN
          48504

Comments  Based on the available information, an oily light non-aqueous phase liquid
          ("LNAPL") is emanating from Building 2 to soils and groundwater  There is not
          enough data to delineate the composition or extent of the LNAPL in soils and
          groundwater at this time although, according to the available information, a
          groundwater plume is thought to emanate from Building 2 southeast on-site
          toward the Flint River.  Assuming a corrective action that involves removing
          the Building 2 source area and monitored natural attenuation of the remaining
          groundwater contamination, it is my best professional judgment based on the
          available information that estimated future cost to address this facility is
          $34,751,924 by CostPro

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 1 | $28,133,657 54 |
| Post Closure Care | 1 | $6,518,266 66 |

|  |  |  |
|---|---|---|
|  | | **$34,651,924.20** |
|  | Additional Costs | $100,000 00 |
|  | Total Estimated Cost | **$34,751,924.20** |



Page  1

# GENERAL MOTORS CORPORATION;  Great Lakes Technology Center
## MID005356738

Address   4300 S SAGINAW ST                    Contact   Kimberly Tyson
          FLINT
          MICHIGAN
          48507

Comments  Based on the information provided by Ms  Tyson, the Die Storage Lot, Former
          Hazardous Waste Storage Area, East Property Boundary, Hemphill Landfill,
          City of Burton Parcel, and North Courtyard Area received cost estimates for
          closure using CostPro   These estimates were based on soil source removal
          and ongoing groundwater monitoring for monitored natural attenuation
          Ongoing groundwater monitoring was estimated for post-closure care of four
          of the units using CostPro   The total cost estimate for this facility is
          $17,985,940

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 3 | $4,722,146 57 |
| Landfills | 2 | $135,327.64 |
| Post Closure Care | 4 | $13,063,663 54 |
| Tank Systems | 1 | $64,802 87 |

**$17,985,940.62**

Additional Costs  $0.00

Total Estimated Cost  **$17,985,940.62**



Page  1

## Remediation and Liability Mgmt Co., or "REALM" (8 of 34)
## MIR000020743

Address  1245 E COLDWATER RD
FLINT
MICHIGAN
48505

Contact· Joe Rogers

Comments  Based on the information provided by Mr Rogers, the Equipment Reserve
Yard, Press Room, Deep and Shallow Site-Wide Groundwater, Scrap Metal
Storage Pits, Plating Area, Caustic Above-Ground Storage Tanks, Waste Pile
Pad, Outside Coal Storage Area received cost estimates for closure using
CostPro  These estimates were based on soil source removal and ongoing
groundwater monitoring for a monitored natural attenuation program.  Ongoing
groundwater monitoring was estimated for post-closure care of four of the
units using CostPro  The total cost estimate for this facility is $27,161,248

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 4 | $7,010,132 42 |
| Post Closure Care | 4 | $5,626,947 64 |
| Tank Systems | 3 | $13,664,107 06 |
| Waste Piles | 2 | $860,061 48 |

**$27,161,248 60**

Additional Costs  $0 00

Total Estimated Cost  **$27,161,248.60**



Page 1

## Delphi Automotive Systems LLC
## MID980568745

Address   1101 N CENTER RD                    Contact: Daniel Dailey
          Flint
          MICHIGAN
          48556

Comments  There was very little information available based on a preliminary assessment
          of the facility.  For a conservative cost estimate, I assumed that each building
          in which there is an uninvestigated WMU, the building footprint would be
          considered a source area, soils would be removed to a depth of 5 feet, and
          wells would be installed and to monitor groundwater for natural attenuation of
          remaining contamination.  Based on the information available, Plants 6 and 43
          Buildings 6110, 6119, 6129, 6144, 6170, and 6183, and Plant 7 Buildings
          7152 and 7172 received cost estimates for closure using CostPro  Ongoing
          groundwater monitoring was estimated for post-closure care of Site-Wide
          Groundwater using CostPro  The total cost estimate for this facility is
          $66,722,952

| Activity | Units | Closure Cost |
|---|---|---|
| Container Storage Area | 2 | $52,240,226.75 |
| Post Closure Care | 1 | $14,482,725 20 |

**$66,722,951.95**

Additional Costs  $0 00

Total Estimated Cost  **$66,722,951.95**



Page  1

Michigan Department of Environmental Quality
Remediation and Redevelopment Division
Motors Liquidation Company (MLC) Sites with Part 201[1] Liens

| Lien No. | Site Name | Owner[2] | County | District | Site ID No of Facility ID | Project No. | File Date | Liber | Page | Pre-Petition Costs | Post-Petition Costs | Estimated Future Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-09-41000115-144 | GM Fabricating Div (300 36th) | MLC | Kent | Grand Rapids | 41000115 | 451588 | 2009-5/20 | 20090520-004764 | 1 | $ 35,585 19 | $3,433 52 | $3,700,000 00 |
| 05-09-81000019-148 | GM Hydramatic (GM-PT Willow Run, 2930 Ecorse Rd) | MLC | Washtenaw | Jackson | 81000019 | 455821 | 2009-5/18 | 4733 | 905 | $ 8,418 84 | $0 00 | $125,000,000 00 |
| 05-09-25000686-152 | GM Hemphill LF | MLC | Genesee | Lansing | 25000686 | 454533 | 2009-5/27 | 2009052700 42792 | 1 | $ 9,201 56 | $0 00 | $1,763,333 00 |
| 05-09-25000003-147 | GM Die Storage (Atherton Rd) | MLC | Genesee | Lansing | 250000683 | 455907 | 2009-5/21 | 2009052100 42130 | 1 | $ 11,593 80 | $74 23 | $57,007 20 |
| 05-09-00013821-S074 | GMC Lansing #6 Car Assembly | MLC | Ingham | Lansing | 00013821 | 445542 | 2009-5/18 | 3345 | 793 | $     720 35 | $0 00 | $14,566,401 00 |
| 05-09-09000014-146 | CPC Group (GMPT-Bay City (REALM parcel) 100 Fitzgerald aka 901 Woodside) | REALM[2] | Bay | Saginaw-Bay | 09000014 | 450064 | 2009-5/18 | 2676 | 889 | $  2,922 15 | $305 98 | $5,984,946 41 |
| 05-09-73000014-150 | GM Malleable Iron[3] | MLC | Saginaw | Saginaw | 73000014 | 451631 | 2009-5/22 | 2537 | 704 | $ 41,880 80 | $2,392 30 | $7,219,255 45 |
| 05-09-73000014-151 | GM Malleable Iron[3] | REALM[2] | Saginaw | Saginaw | 73000014 | 451631 | 2009-5/22 | 2537 | 703 | $ 41,880 80 | $2,392 30 | $7,219,255 45 |
| 05-09-00015260-S077 | GMC Employee Development Center | MLC | Oakland | SE Michigan | 00015260 |  | 2009-5/26 | 41183 | 748 | $     507 58 | $0 00 | $516,000 00 |
| 05-09-00018277-S078 | GM Pontiac Centerpoint Campus – West Engineering | MLC | Oakland | SE Michigan | 00018277 | 446562 | 2009-5/28 | 41195 | 88 | $     647 56 | $0 00 | RCRA-Fed Lead |

[1] Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended

[2] Remediation and Liability Management Company, Inc. (REALM)

[3] Two parcels have Part 201 liens placed upon them  The dollar amounts reflect costs associated with both parcels and are not intended to be additive

November 23, 2009

RECD KENT COUNTY, MI ROD

2009 MAY 18  AM 8: 53

```
|| ||||| || |||| |||| |||| ||| ||| || ||
20090520-0047641
Mary Hollinrake P 1/1    3 63PM
Kent Cnty MI Rastr 05/20/2009  SEAL
```

## LIEN PLACEMENT

First Party  State of Michigan
Department of Environmental Quality
P O Box 30426
Lansing, Michigan 48909-7926

Second Party  Chevrolet-Pontiac-Canada Group
General Motors Corporation
P O Box 9024
Detroit, Michigan 48202

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Site ID No    41000115
District        Grand Rapids

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq*, against the following property situated in the City of Wyoming, Kent County, Michigan, described as

That part of W ½ NE ¼ Sec 24, T6N, R12W Lying E of E Line of Conrail RR ROW, 100 ft wide, & Lying S of S'ly Line of 36ᵗʰ St, 100 ft wide, EX Comm at Int of S Line of NE ¼ & W Line of Buchanan Ave, 80 ft wide, th N87°59'30"W along E & W ¼ Line 828 27 ft, th N47°10'30"E 46 67 ft to N Line of S 33 ft of NE 1/4 , th S87°49'30"E 695 3 ft, th NE'ly 125 8 ft Along a 101 8 ft Rad Curve LT, Long Chord bears N56°46'24"E 117 95 ft, to W Line of SD Ave, th S'ly 101 4 ft to Beg *74 92 A * Also Lots 147 to 152 Incl & Part of Lots 144, 145, 146, 153, 154 & 155, & Part of Vacated Portions of Floyd St & 40ᵗʰ St & Dr lying W of Lots 148 & 149 All being desc as  Comm at NW Cor of SD Plat, th S87°49'30"E Along N Line of SD Plat 358 58 ft to W'ly Line of Relocated Stafford Ave, 66 ft wide, th SW'ly Along W'ly Line of SD Ave 37 04 ft Along a 165 0 ft Rad Curve LT, Long Chord bears S48°52'25"W 36 97 ft, th S42°26'30"W Along SD W'ly Line 243 88 ft, th SW'ly Along SD W'ly Line 117 22 ft Along a 290 59 ft Rad Curve LT, Long Chord bears S30°53'08"W 116 42 ft, to a PT 16 51 ft S0°02'30"E & 0 43 ft S87°49'30"E from SW Cor of Lot 146, th N87°49'30"W Par with S Line of Lot 148 & SD S Line Ext 132 43 ft to W Line of SD Plat, th N 313 78 ft M/L to Beg * McQueen Doyle Part No 1*  Parcel ID Number 41-17-24-201-007

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/14/2009 | 05-09-41000115-144 | $34,928 10 |

The above-referenced amount represents the response activity costs incurred by the State of Michigan as of May 2, 2009, at the above-referenced property  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this 15ᵗʰ day of May, 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba  Notary Public

**KATHLEEN J. SRUBA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires Sept. 15, 2012
Acting in the County of Ingham**

Prepared by  Jacqueline Barnett, RRD, DEQ
P O Box 30426
Lansing, Michigan 48909-7926



OFFICIAL SEAL          05/18/09    Washtenaw Co , MI
                       L-4733  P-905    Lawrence Kestenbaum
                                        Clerk Register

Page: 1 of 2

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  02 12 P
ACS-5900576-LN-2009-2                05/18/09
Lawrence Kestenbaum, Washtenaw      L-4733  P-905

## LIEN PLACEMENT

First Party   State of Michigan                    Second Party   General Motors Corporation
              Department of Environmental Quality                  P O Box 9024
              P O Box 30426                                        Detroit, Michigan 48202-9024
              Lansing, Michigan 48909-7926
                                                   Site ID No   81000019
NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY       District     Jackson

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory
interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and
Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq* , against the following
property situated in Ypsilanti Township, Washtenaw County, Michigan, described in Attachment A

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/15/2009 | 05-09-81000019-148 | $1,047 24 |

The above-referenced amount represents the response activity costs incurred by the State of Michigan as of
April 18, 2009, at the above-referenced property   The total amount of the statutory lien may also include additional
response activity costs and damage assessment costs incurred by the State of Michigan after the date of the
recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law
This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists
and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable
through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM

The foregoing instrument was acknowledged before me this *15th* day of *May* , 2009, by
Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Notary Public Acting in Ingham County
*Kathleen J Sruba*
                              KATHLEEN J. SRUBA
                              NOTATY PUBLIC - STATE OF MICHIGAN
Prepared by   Jacqueline Barnett, RRD, DEQ        COUNTY OF EATON
              P O Box 30426                       My Commission Expires Sept. 15, 2012
              Lansing, Michigan 48909-7926        Acting in the County of Ingham

                              Time Submitted for Recording
                              Date 5-18-2009 Time 11:00AM
                              Lawrence Kestenbaum
                              Washtenaw County Clerk/Register

6)

Page: 2 of 2
02 12 P
05/18/89
ACS-5900576-LN-2009-2
Lawrence Kestenbaum, Washtenaw
L- 4733   P- 905

Assessment No  05-09-81000019-148
Parcel ID No  K-11-12-200-001 and K-11-12-100-003

ATTACHMENT A

PARCEL ID Number K-11-12-200-001
Beg at Center of Sec, Th N0°01'40"E 1311 28 ft, th N88°15'48"E 1275 36 ft, th N0°44'E 1191 22 ft, th W'ly in Arc of Curve Left, Rad 1512 88 ft to PT of Tangency, th S61°04'40"W 456 56 ft, th N 184 59 ft, th W 181 00 ft, th S 284 30 ft, th S61°04'40"W 1297 17 ft, th 431 02 ft in Arc of Curve Right, Rad 2914 93 ft, Chord S65°18'50"W 430 63 ft, th S69°33'00"W 931 90 ft, th 568 88 ft in Arc of Curve Left, Rad 5679 65 ft, Chord S66°40'40"W 568 65 ft, th S63°48'40"W 84 88 ft, th NW'ly to a PT S0°27'23W 1893 39 ft from NW Cor of Sec, th N0°27'23E 927 30 ft, th 1235 0 ft in Arc of Curve Right, Rad 3967 56 ft, Chord N58°39'51"E 1230 02 ft, th S20°55'15"E 283 06 ft, th 390 84 ft in Arc of Curve Right, Rad 1362 69 ft, Chord S12°49'50"E 389 50 ft, th S4°36'50"E 408 92 ft, th N69°34'21"E 83 40 ft, th N69°33'20"E 20 54 ft, th N4°36'50"W 380 59 ft, th 419 52 ft in Arc of Curve Left, Rad 1462 69 ft, Chord N12°49'50"W 418 09 ft, th N20°55'15"W 284 08 ft, th 669 08 ft in Arc of Curve Right, Rad 3967 56 ft, Chord N73°52'13"E 668 29 ft, th N78°42'05E 325 43 ft, th 845 04 ft in Arc of Curve Right, Rad 618 70 ft, Chord S62°04'E 780 87 ft, th S22°10'W 280 52 ft, th S61°05'34"W 958 34 ft, th 426 13 ft in Arc of Curve Right, Rad 2885 02 ft, Chord S65°19'27"W 425 74 ft, th S69°33'20"W 121 34 ft, th S69°34'21"W 805 88 ft, th 583 35 ft in Arc of Curve Left, Rad 5827 39 ft, Chord S66°41'21"W 583 11 ft, th S63°55'11"W 73 56 ft, th SE'ly to a PT N0°27'20E 744 54 ft and N69°33'30"E 18 58 ft from W ¼ Cor of Sec, th S17°43'30"E 656 29 ft, th S34°16'41"E 264 00 ft, th S75°19'00"E 750 58 ft, th N89°59'40"E 143 62 ft, th N23°31'00"E 292 28 ft, th N0°20'50"E 38 51 ft, th N88°53'40"E 1241 41 ft to POB, Also that part of Sec 1 and 12 which lies N'ly of old Ecorse Rd (Abandoned), E'ly of GM Plant entrance, S'ly of Willow Run Expwy, W'ly of E/L of Secs 1 & 12, Being part of SE ¼, Sec 1 and Part of Entire Sec 12, T3S, R7E 178 13 Acres

PARCEL ID Number K-11-12-100-003
Comm at the NE Cor of Sec, th S01°25'10"W 83 14 ft in E Line of Sec for POB, th S01°25'10"W 749 02 ft, th S89°57'40"W 273 70 ft, th S00°02'20"W 581 42 ft, th S20°35'45"E 546 30 ft, th South 847 82 ft, th East 51 75 ft, th South 26.97 ft, th Along a Curve to the Right, Curve having a Radius of 401 82 ft, Central Angle of 1°39'11", a Chord which bears S23°32'07"W, a distance of 11 59 ft, th West 47 12 ft, th South 67 85 ft, th West 324 92 ft, th S00°38'45"W 16 44 ft, th West 648 73 ft, th S00°08'45"W 127 05 ft, th West 1652 28 ft, th S73°53'36"W 239 20 ft, th N89°55'54"W 712 71 ft, th N29°31'47"W 93 50 ft, th S78°02'40"W 111 75 ft, th S00°18'58"W 29 55 ft, th S89°59'40"W 115 00 ft, th N23°31'00"E 292 26 ft, th N00°20'50"E 38 57 ft, th N88 53'40"E 1241 41 ft, th N00°01'40"E 1311 38 ft, th N88°15'48"E 1275 36 ft, th N00°44'00"E 1191 22 ft, th Along a Curve to the Right, said Curve having a Radius of 1512 88 ft, a Central Angle of 14°37'30", a Chord which bears N80°08'00"E 386 17 ft, th N87°33'50"E 617 91 ft, th N87°44'52"E 294 77 ft to the POB being a Part of Sec 12, T3S, R7E, 132 34 Acres



2009052700427 92    05/27/2009
P:1 of 1    F:$14.00    10:37AM
Rosalyn Bogardus    T20090011858
Genesee County Register    MLJACQ



RECEIVED

'09 MAY 26    A 10 33

## LIEN PLACEMENT

First Party   State of Michigan                Second Party   General Motors Corporation
              Department of Environmental Quality              P O Box 9024
              P O Box 30426                                    Detroit, Michigan 48202
              Lansing, Michigan 48909-7926

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY          Site ID No   25000686
                                                      District.    Lansing

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq*, against the following property situated in the City of Burton, Genesee County, Michigan, described as

A Parcel of Land Beg S89°14'W 299 08 ft & S09°03'E 183 34 ft from W ¼ Cor of Sec 29, th S09°03'E 200 ft, th N80°57'E, 125 ft, th S09°03'E, 175 ft, th N80°57'E, 125 ft, th S09°03'E, 420 ft, th N80°57'E, 300 ft, th N09°03'W, 845 42 ft, th S89 41'W, 264 54 ft, th S89°14'W, 140 02 ft, th S09°03'E, 110 98 ft, th S80°57'W, 150 ft to POB, Sec's 29 & 30 T7N, R7E, 7 87 Acres(01)  DDA FR 59-29-300-021 & 022
Parcel ID Number 59-29-300-024

| Document Date | Assessment Number | Amount |
|---------------|-------------------|--------|
| 05/19/2009 | 05-09-25000686-152 | $8,944 59 |

The above-referenced amount represents the response activity costs incurred by the State of Michigan as of May 31, 2008, at the above-referenced property  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this _21st_ day of _May_, 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba
_____
Notary Public

**KATHLEEN J. SRUBA**
**NOTARY PUBLIC - STATE OF MICHIGAN**
**COUNTY OF EATON**
**My Commission Expires Sept. 15, 2012**
Acting in the County of _Ingham_

Prepared by   Jacqueline Barnett, RRD, DEQ
              P O Box 30426
              Lansing, Michigan 48909-7926

200905210042130   05/21/2009
P:1 of 1   F:$14.00   1:54PM
Rosalyn Bogardus   T20090011550
Genesee County Register   MLJACC

RECEIVED
2009 MAY 18  A 11:15



**LIEN PLACEMENT**

First Party   State of Michigan
Department of Environmental Quality
P O Box 30426
Lansing, Michigan 48909-7926

Second Party   General Motors Corporation
P O Box 9024
Detroit, Michigan 48202

**NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY**

Site ID No   25000003
District.   Lansing

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq*, against the following property situated in the City of Flint, Genesee County, Michigan, described as

Unplatted   Part of S ½ of Section 19, T7N, R7E   Beg at a pt on W'ly line of S Saginaw St, 97 ft N9°21'30"W from its int with N'ly line of Atherton Rd, th S39°14'W, 40 ft, th S50°17'54"W, 78 91 ft, th S88°56'W, 823 44 ft, th N3°08'E, 736 56 ft, th N0°36'E 198 85 ft to SW'ly line of C&O RR ROW, th SE'ly Alg SD SW'ly line, 1007 45 ft to W'ly line of Saginaw St, th S'ly Alg SD W'ly line, 63 18 ft to POB   Parcel ID Number 41-19-454-014

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/14/2009 | 05-09-25000003-147 | $11,082 56 |

The above-referenced amount represents the response activity costs incurred by the State of Michigan as of April 18, 2009, at the above-referenced property   The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law   This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA.

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this 15th day of May, 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba   Notary Public

Prepared by   Jacqueline Barnett, RRD, DEQ
P O Box 30426
Lansing, Michigan 48909-7926

**↑$14.00**

KATHLEEN J. SRUBA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires Sept. 15, 2012
Acting in the County of Ingham







B: 3345 P. 783 05/18/2009 12.44 PM
2009-021350 MISCELLANEOUS Receipt #52119
Curtis Hertel Jr , Ingham County, Michigan

Pages· 1



**LIEN PLACEMENT**

First Party  State of Michigan
Department of Environmental Quality
P O  Box 30426
Lansing, Michigan 48909-7926

Second Party  General Motors Corporation
200 Renaissance Center
P O  Box 200
Detroit, Michigan 48265-2000

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Facility ID No  00013821
District  Lansing

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq* , against the following property situated in the City of Lansing, Ingham County, Michigan, described as

Parcel ID No  33-01-01-17-101-023
Comm SW Cor Verlinden Ave & Osborn Rd, th S 1737 57 ft to N Line Michigan Ave, W 1191 37 ft to E Line LM RR ROW, N'ly to a PT on S Line Saginaw St Relocated Lying 72 1 ft E & 247 44 ft S of NW Cor Sec 17, NE'ly Along ROW to W Line Stanley St, S to S Line Osborn Rd, E to Beg, Sec 17, T4N, R2W

Parcel ID No  33-01-01-17-176-001
Lots 6 and 7 McPherson's Inverness Sub

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/15/2009 | 05-09-00013821-S074 | $259 86 |

The above-referenced amount represents the response activity costs incurred by the State of Michigan as of September 9, 2006, at the above-referenced property  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this _15th_ day of _May_ , 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba  Notary Public

**KATHLEEN J. SRUBA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires Sept. 15, 2012
Acting in the County of Ingham**

Prepared by  Jacqueline Barnett, RRD, DEQ
P O  Box 30426
Lansing, Michigan 48909-7926



05/18/2009 11 56 06 AM
RECORDED
VICTORIA L ROUPE
REGISTER OF DEEDS, BAY COUNTY MICHIGAN
RECEIPT # 43128 STATION 6
$14 00 LIEN/GENERAL



LIBER 2676 PAGE 889

## LIEN PLACEMENT

First Party  State of Michigan
Department of Environmental Quality
P O Box 30426
Lansing, Michigan 48909-7926

Second Party  Remediation & Liability Management
30400 Mound Road
Warren, Michigan 48090

Site ID No  09000014
District  Saginaw-Bay

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 et seq , against the following property situated in the City of Bay City, Bay County, Michigan, described as

PARCEL F & G
A Parcel of Land in Sec 21 T14N, R5E Comm at Inter of N Line Vac Water St with W'ly Line Johnson St, th S86°15'15"W on SD N Line 1885 76 ft, th N14°21'15"W 54 19 ft, th N73°24'54"W 39 05 ft, th S78°00'06"W 93 ft, th S11°59'54"E 20 ft, th S78°00'06"W 17 80 ft, th S77°15'06"W 199 ft to SD N Line Vac Water St, th S86°15'15"W on SD N Line 14 23 ft, th S77°36'15"W on SD N Line 70 12 ft to POB, th Cont S77°36'15"W on SD N Line 259 73 ft, th S75°10'45"W 75 ft, th N09°34'07"E 153 3 ft, th N03°29'58"W 76 01 ft, th N16°03'22"E 112 74 ft, th N12°42'57"E 217 33 ft, th N10°20'07"E 349 28 ft, th N10°59'28"W 91 29 ft, th N26°05'48"E 95 75 ft, th N76°42'05"E 304 01 ft to S'ly Bank of Saginaw River, th S13°17'55"E 20 ft being 20 ft M/L S'ly of Waters Edge for Survey Only & This Desc includes all Lands to Waters Edge, th S53°03'41"E 37 99 ft, th S17°45'05"E 89 31 ft, th S12°51'59"E 256 40 ft, th S76°03'04"W 41 65 ft, th S13°56'55"E 61 91 ft, th S75°45'43"W 5 75 ft, th S14°15'52"E 75 75 ft, th S76°06'07"W 25 70 ft, th S14°19'43"E 126 69 ft, th S74°41'20"W 191 16 ft, th S43°19'19"W 29 40 ft, th S32°27'55"W 112 40 ft, th S26°32'48"W 118 44 ft, th S13°37'18"E 112 49 ft, th S77°27'07"W 24 62 ft, th S13°37'37"E 18 63 ft, th N77°27'07"E 24 62 ft, th S13°37'37"E 48 22 ft to POB Cont 9 55 Acres M/L (Split from -002 for 2000 & Comb W/PT of 13-16-476-001 for 2003 )
Parcel ID Number 160-021-201-003-00

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/14/2009 | 05-09-09000014-146 | $2,470 58 |

The above-referenced amount represents the response activity costs incurred by the State of Michigan as of February 21, 2009, at the above-referenced property  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Maroif, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this _15th_ day of _May_, 2009, by Lynelle Maroif, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba  Notary Public

**KATHLEEN J. SRUBA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires Sept. 15, 2012
Acting in the County of _____**

Prepared by  Jacqueline Barnett, RRD, DEQ
P O Box 30426
Lansing, Michigan 48909-7926

|||||||||||||||||||||||||||| 2009016086
L LP
**L-2537 P-704**   Page 1 of 1
OFFICIAL SEAL Saginaw County, Michigan
Mildred M Dodak Register Of Deeds
May 22, 2009   09 38 AM

## LIEN PLACEMENT

First Party   State of Michigan
Department of Environmental Quality
P O Box 30426
Lansing, Michigan 48909-7926

Second Party   General Motors Corporation
P O Box 9024
Detroit, Michigan 48202

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Site ID No   73000014
District   Saginaw-Bay

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq* , against the following property situated in the City of Saginaw, Saginaw County, Michigan, described as

Part of Sec's 34 & 35, T12N, R4E, VIZ, Beg at a Pt on SE'ly Ln of Salt St which is 23 88 ft NE'ly of NE'ly Ln of vacated Sylvan St, th S38°08'56"E, 183 21 ft, th S28°26'22"E, 207 15 ft, th S26°16'10E, 71 79 ft, th S43°59'51"E, 226 76 ft, th S47°42'46"E, 158 71 ft, th S00°40'40"W, 159 80 ft, th S89°19'16"E, 8 85 ft, th S00°09'51"W, 80 9 ft, th S24°10'00"E, 89 8 ft, th S24°46'47"E, 365 55 ft, th S00°37'27"W, 1023 19 ft, th S89°07'00"E Parl with S Ln of sd Sec 35, 1422 14 ft, th S01°30'00"E Parl with sd Sec Ln common to Sec's 34 & 35 100 ft, th S89°07'00"E to W Harbor Ln, th N'ly along sd Harbor Ln 2238 33 ft M/L to S Line of W Center St; th W'ly along sd St Ln to a Pt that is 769 15 ft SE'ly of Int of W Ln of vacated Queen St & S Ln of W Center St, th S01°07'05"W, 454 47 ft; th S88°52'55"W, 275 1 ft, th S01°07'55"W, 468 89 ft, th N88°52'55"W, 118 9 ft, th N00°14'46"E, 91 14 ft, th N48°08'14"W, 424 72 ft, th N00°14'46"E, 338 85 ft, th N34°45'31"E, 399 19 ft, th N00°14'46"E, 449 9 ft to S Ln of Center St, th W'ly along Sd S Ln to SE'ly Ln of Salt St, th SW'ly along Sd SE'ly Ln to Middle of vacated rededicated Florence St, th SE'ly along sd CL of Florence St to A Pt which is perpendicular to a Pt on S Ln of Florence St 185 48 ft from SE'ly Ln of Salt St, th S'ly at RT Angles 193 55 ft, th W'ly 163 1 ft to a Pt 100 97 ft E'ly of Salt St & 106 ft S'ly at RT Angles to original S'ly Ln of sd Florence St, th W'ly 100 97 ft to a Pt on SE'ly Ln of Salt St, th SW'ly along Sd St Ln to POB
Parcel ID Number 19-2231-00000

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/19/2009 | 05-09-73000014-150 | See Text |

The statutory lien includes any unreimbursed response activity costs incurred by the State of Michigan   The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law   This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this _21st_ day of _May_ , 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba
Kathleen J Sruba
Notary Public

**KATHLEEN J. SRUBA**
**NOTARY PUBLIC - STATE OF MICHIGAN**
**COUNTY OF EATON**
My Commission Expires Sept. 15, 2012
Acting in the County of _Ingham_

Prepared by   Jacqueline Barnett, RRD, DEQ
P O Box 30426
Lansing, Michigan 48909-7926

IIIIIIIIIIIIIIIIIIIIIIIIIII 2009016085

**L-2537 P-703**   L LP
Page 1 of 1

OFFICIAL SEAL Saginaw County, Michigan
Mildred M Dodak Register Of Deeds
May 22, 2009  09 38 AM

### LIEN PLACEMENT

First Party   State of Michigan
Department of Environmental Quality
P O Box 30426
Lansing, Michigan 48909-7926

Second Party   Remediation & Liability Management Company
30400 Mound Rd
Warren, Michigan 48090

Site ID No   73000014
District      Saginaw-Bay

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 et seq , against the following property situated in the City of Saginaw, Saginaw County, Michigan, described as

A Parcel of Land in Frl Sec's 2 & 3, T11N, R4E & Sec 34 & 35, T12N, R4E VIZ  Beg at a Pt on Ln Common to sd Sec's 3 & 34 which is 799 72 ft N89°11'15"W from Sec Cr Common to sd Sec's 2, 3, 34 & 35, th N00°19'20"E on Ln that is Parallel with and 180 ft measured at Rt Angles, E of S'ly Ext of Salt St, 811 47 ft, th 89°10'40"E Parl with S 1/8 Ln of Sec 34, 453 65 ft, th N00°36'00"E, Parl with Sec Ln Common to sd Sec's 34 & 35, 500 ft to sd S 1/8 Ln of Sec 34, th S89°10'40"E on sd S 1/8 Ln, 350 ft to sd Sec Ln Common to Sec's 34 & 35, th S00°36'00"W on sd Sec Ln 524 17 ft, th S89°07'00"E on N Ln of S ¼ of S 90 77 Acres of SW ¼ of sd Sec 35, 300 ft, th N00°36'00"E Parl with sd Sec Ln Common to Sec's 34 & 35, 100 ft, th S89°07'00"E Parl with sd N Ln 1422 14 ft, th S01°30'00"E Parl with Sec Ln Common to sd Frl Sec's 2 & 3, 2042 5 ft, th N89°26'00"W on a Ln which is Parl with and 1163 55 ft measured at Rt Angles, S of Sec Ln Common to sd Sec's 2 & 35, 2591 03 ft to sd Ln being 180 ft measured at Rt Angles, E of S'ly Ext of Salt St, th N00 19'20"E on sd Ln 1166 99 ft to POB, 122 25 Acres  Parcel ID Number 19-2249-00000

| Document Date | Assessment Number | Amount |
|---------------|-------------------|--------|
| 05/19/2009    | 05-09-73000014-151 | See Text |

The statutory lien includes any unreimbursed response activity costs incurred by the State of Michigan  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this ___21st___ day of ___May___, 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Kathleen J Sruba

_____
Notary Public

**KATHLEEN J. SRUBA
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF EATON**
My Commission Expires Sept. 15, 2012
Acting in the County of Ingham

Prepared by   Jacqueline Barnett, RRD, DEQ
P O Box 30426
Lansing, Michigan 48909-7926

LIBER 41183 PG.748

OAKLAND COUNTY
REGISTER OF DEEDS

2009 MAY 22 PH 1:41

97008
LIBER 41183 PAGE 748
$10.00 MISC RECORDING
$4.00 REMONUMENTATION
05/26/2009 09:16:12 A.M. RECEIPT# 41715

PAID   RECORDED – OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## LIEN PLACEMENT

| | |
|---|---|
| First Party  State of Michigan<br>Department of Environmental Quality<br>P O Box 30426<br>Lansing, Michigan 48909-7926 | Second Party  General Motors Corporation<br>P.O Box 9024<br>Detroit, Michigan 48202 |

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Facility ID No   00015260
District   Southeast Michigan

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq*, against the following property situated in the City of Pontiac, Oakland County, Michigan, described as

A Parcel located in Sec 29, T3N, R10E, Assessors's Plat No  121, Lot 2 EXC that Pt desc as follows  Beg at a Pt on SE'ly Lot Li, sd Pt being 120 2 ft SW'ly from the SE Cor of A P  121, th N21°20'37"E 39 75 ft, th N26°51'04"W 221 ft, th S63°08'56"W 5 ft, th N26°51'04"W 18 22 ft to Pt on Curve to L having a Radius of 553 11 ft, th NW'ly Alg Arc of sd Curve to Pt on NW'ly Lot Li, th NE'ly to NE Cor of Lot 2, th SE'ly Alg NE'ly Lot Li to SE'ly Cor of Lot 2, th SW'ly Alg SE'ly Lot Li to Pt of Beg  & All of Lots 3 thru 15 EXC the W'ly 10 ft of Lots 8 thru 15 incl measured at Rt Angles with W'ly Li sd Lots 8 thru 15
Parcel ID Number 14-29-428-002

530 41

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/19/2009 | 05-09-00015260-S077 | See Text |

The statutory lien includes any unreimbursed response activity costs incurred by the State of Michigan  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY



Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM

The foregoing instrument was acknowledged before me this  21st  day of  May , 2009, by Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Return to:
Prepared by  Jacqueline Barnett, RRD, DEQ
P O B ox 30426
Lansing, Michigan 48909-7926

Kathleen J Sruba
Notary Public

KATHLEEN J. SRUBA
NOTATY PUBLIC – STATE OF MICHIGAN
COUNTY OF EATON
My Commission Expires Sept. 15, 2012
Acting in the County of Ingham

OK  MH

LIBER 41195 PG088



99406
LIBER 41195 PAGE 88
$13.00 MISC RECORDING
$4.00 REMONUMENTATION
05/28/2009 01:13:17 P.M.   RECEIPT# 42799

PAID   RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

## LIEN PLACEMENT

First Party  State of Michigan
Department of Environmental Quality
P O Box 30426
Lansing, Michigan 48909-7926

Second Party  General Motors Corporation
P O Box 9024
Detroit, Michigan 48202-9024

NOTICE OF CLAIM OF INTEREST IN REAL PROPERTY

Facility ID No   00018277
District         Southeast Michigan

Notice is hereby given that the State of Michigan, Department of Environmental Quality (DEQ), claims a statutory interest under Section 20138(1) of Part 201, Environmental Remediation, of the Natural Resources and Environmental Protection Act, 1994 PA 451, as amended (NREPA), MCL 324 20101 *et seq*, against the following property situated in city of Pontiac, Oakland County, Michigan, described in Attachment A

| Document Date | Assessment Number | Amount |
|---|---|---|
| 05/27/2009 | 05-09-00018277-S078 | See Text |

The statutory lien includes any unreimbursed response activity costs incurred by the State of Michigan  The total amount of the statutory lien may also include additional response activity costs and damage assessment costs incurred by the State of Michigan after the date of the recording of this Lien Placement, and any and all interest authorized to be recovered under state and federal law  This statutory lien in favor of the State of Michigan, DEQ, Remediation and Redevelopment Division (RRD), exists and continues until the liability for such costs and damages is satisfied or resolved or becomes unenforceable through the operation of the statute of limitations as provided for under Section 20140 of the NREPA

STATE OF MICHIGAN, DEPARTMENT OF ENVIRONMENTAL QUALITY

*Lynelle Marolf*

Lynelle Marolf, Acting Chief, Remediation and Redevelopment Division

STATE OF MICHIGAN, COUNTY OF INGHAM
The foregoing instrument was acknowledged before me this  2 7  day of  May , 2009, by
Lynelle Marolf, Acting Chief, RRD, DEQ, an authorized representative, on behalf of the DEQ

Notary Public Acting in Ingham County

Brian K. Muench, Notary Public
State of Michigan, County of Livingston
My Commission Expires 4/3/2012
Acting in the County of  INGHAM

Prepared by  Jacqueline Barnett, RRD, DEQ
eturn to     P O Box 30426
             Lansing, Michigan 48909-7926

28 AM 10:24

RECEIVED
OAKLAND COUNTY
ER OF DEEDS

O.K. - KB