> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                      :
In re                                 :        Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :        09-50026 (REG)
      f/k/a General Motors Corp., et al. :
                                      :
                         Debtors.     :        (Jointly Administered)
                                      :
------------------------------------------------------------x
```

## NOTICE OF DEBTORS' 197TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Preferred Stock)

**PLEASE TAKE NOTICE** that on January 27, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 197th omnibus objection to disallow certain claims[1] (the "**197th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 197th

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings
ascribed to such terms in the 197th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

           **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 197TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

           **PLEASE TAKE FURTHER NOTICE** that any responses to the 197th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern

Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the 197th Omnibus Objection to Claims or any claim set forth thereon, the

Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order

substantially in the form of the proposed order annexed to the 197th Omnibus Objection to

Claims, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated:  New York, New York
      January 27, 2011

                               /s/ Joseph H. Smolinsky
                               Harvey R. Miller
                               Stephen Karotkin
                               Joseph H. Smolinsky

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Debtors
                               and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                          :
**In re**                                 :        **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.* :
                                          :
              **Debtors.**                :        **(Jointly Administered)**
                                          :
-------------------------------------------------------------x

<u>**DEBTORS' 197TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Preferred Stock)**

<div style="border:1px solid black; padding:10px">

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

</div>

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.      The Debtors file this 197th omnibus objection (the "**197th Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the claims listed on **Exhibit "A,"** annexed hereto, under the heading "*Claims to be Disallowed*" (collectively, the "**Claims for Preferred Stock**"),  and reclassifying the Claims for Preferred Stock as equity interests.[1]

2.      The Claims for Preferred Stock assert claims on account of "preferred stock" issued by the Debtors.  However, the Debtors have not issued any preferred stock, and after careful review, the Debtors have determined that none of the Claims for Preferred Stock provide any detail or support for the issuance of preferred stock by the Debtors, or provide any other detail that would allow the Debtors to conclude that the holders of Claims for Preferred Stock intended to assert a claim on account of a debt security issued by the Debtors.

3.      In other instances not represented by the Claims for Preferred Stock on Exhibit "A," where a claim was submitted on account of preferred stock, the Debtors were able to determine through an examination of the proofs of claim that the claimants intended to assert a claim on account of those certain bonds issued by the Debtors under one of two senior indentures, dated November 15, 1990 and December 7, 1995, respectively, with respect to which

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

Wilmington Trust Company currently serves as indenture trustee (collectively, the "**WTC Debt Claims**").[2]

4.     Here, however, the Debtors are unable to link the Claims for Preferred Stock with any debt security issued by the Debtors, and as such, are left to conclude that the holders of Claims for Preferred Stock are asserting claims for equity interest that were issued by the Debtors.  Accordingly, the Claims for Preferred Stock should be disallowed as claims and reclassified as equity interests, which will preserve for the holders of such claims any entitlement to a distribution solely on account of the ownership of equity interests.  To the extent the Claims for Preferred Stock represent current holders of public debt securities, disallowance of such claims will not impair the rights of such claimant to receive distributions under the Debtors' proposed chapter 11 plan.

## Jurisdiction

5.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

6.     On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[2] The Debtors have objected to the WTC Debt Claims, but only on the basis that such claims, which were submitted by individual bondholders, are duplicative of the global proofs of claim nos. 65793 and 65729 filed by Wilmington Trust Company, which have been allowed under a stipulation approved and entered by the Court on August 9, 2010 (ECF No. 6595).  The Debtors' objection to the WTC Debt Claims will not affect the right of a holder of a WTC Debt Claim from receiving distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.

[3] The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[4] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors filed their schedules of assets and liabilities and statements of financial affairs.

7.      On October 6, 2010, this Court entered an order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections to claims on several grounds that are in addition to those grounds permitted under Bankruptcy Rule 3007(d).

### The Relief Requested Should Be Approved by the Court

8.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9.      Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims."  Fed. R. Bankr. P. 3007(d)(7).  The rationale behind allowing a debtor to object to such claims is obvious.  The Bankruptcy Code differentiates between a "claim" and an "equity security."  *See* 11 U.S.C. §§ 101(5), 101(16).

---

[4] The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17). While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests. The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient. *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership"). While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Preferred Stock assert only equity interests. As such, the Claims for Preferred Stock should be disallowed and reclassified as equity interests. The reclassification of the Claims for Preferred Stock to equity interests will preserve any entitlement the holders of Claims for Preferred Stock have to a distribution, if any, solely on account of the ownership of equity interests.

### Reservation of Rights

10.    The Debtors reserve the right to object to any of the Claims for Preferred Stock that are not disallowed in their entirety for any reason and to object on any basis to any of the Claims for Preferred Stock that are reclassified as equity interests.

### Notice

11.    Notice of this 197th Omnibus Objection to Claims has been provided in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

        12.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

        WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
      January 27, 2011

           /s/ Joseph H. Smolinsky
           Harvey R. Miller
           Stephen Karotkin
           Joseph H. Smolinsky

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

197th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | |
|---|---|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AASI CUST OF IRA FBO<br>WARREN CORNELIUS J JR<br>203 SADDLEBROOK DR<br>KRUM, TX 76249 | 3624 | Motors Liquidation Company | $17,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>RONALD P HAYES SR<br>38592 HARRISON CREEK COURT<br>HARRISON TOWNSHIP, MI 48045 | 3935 | Motors Liquidation Company | $17,156.25 | Preferred Stock Claim | Pgs. 1-5 |
| ABRAHAM I N LEVINE<br>RUTH LEVINE JT TEN<br>14 HANOVER DRIVE<br>MANALAPAN, NJ 07726 | 11050 | Motors Liquidation Company | $5,273.00 | Preferred Stock Claim | Pgs. 1-5 |
| ALAN H LEVINE R/O (IRA)<br>FCC AS CUSTODIAN<br>92 WEDGEWOOD DRIVE<br>WILLIAMSVILLE, NY 14221 | 6148 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANASTASIA MANOS<br>453 ELTINGVILLE BLVD<br>STATEN ISLAND, NY 10312 | 61756 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| ANCHOR INC<br>645 WALNUT ST<br>CINCINNATI, OH 45202 | 4165 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANDREW KESSLER<br>8972 PEBBLE BEACH CIRCLE<br>WESTMINSTER, CA 92683 | 9160 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANN WRENN<br>810 BYRD ST<br>LYNCHBURG, VA 24504 | 20516 | Motors Liquidation Company | $6,250.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANNA CANGIALOSI<br>24 ESSEX CT<br>SCHAUMBURG, IL 60194 | 9196 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| ANNELIES NABER<br>BERGHOFRING 6<br>74538 ROSENGARTEN, GERMANY<br>GERMANY | 23529 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| ANNETTE R CORVINO IRA<br>3656 FLORA VISTA LOOP<br>ROUND ROCK, TX 78681 | 67873 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANNETTE R. CORVINO<br>CGM IRA CUSTODIAN<br>3656 FLORA VISTA LOOP<br>ROUND ROCK, TX 78681 | 67875 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANTOINETTE SPALLINA<br>C/O MORGANSTANLEY SMITH BARNEY<br>350 EAST LAS OLAS BLVD<br>FORT LAUDERDALE, FL 33301 | 44653 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANTONIO CASTIGLIA<br>IM WINKEL 21<br>58509 LUDENSCHEID GERMANY<br>GERMANY | 23534 | Motors Liquidation Company | $1,400.30 | Preferred Stock Claim | Pgs. 1-5 |
| ARTHUR L JENKINS JR.<br>325 DEKALB STREET<br>P.O. BOX 710<br>NORRISTOWN, PA 19404 | 26600 | Motors Liquidation Company | $761.00 | Preferred Stock Claim | Pgs. 1-5 |
| ARTHUR STEINBERG CUST<br>GAVRIEL KLATZKO UTMA NJ<br>201 JAMES ST<br>LAKEWOOD, NJ 08701 | 5104 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ARVID M. ERICKSON<br>CGM IRA CUSTODIAN<br>2956 CROSS COUNTRY<br>GERMANTOWN, TN 38138 | 12866 | Motors Liquidation Company | $7,987.10 | Preferred Stock Claim | Pgs. 1-5 |
| BARBARA ENOCH<br>3857 S LAKE DR<br>TAMPA, FL 33614 | 9282 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| BARBARA J TAYLOR IRA<br>1508 NORTH WIND ROAD<br>LOUISVILLE, KY 40207 | 10482 | Motors Liquidation Company | $1,102.50 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection                                                    **Motors Liquidation Company, et al.**

**Exhibit A**                                                              **Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| BARBARA J. TAYLOR,IRA<br>1508 NORTH WIND ROAD<br><br>LOUISVILLE, KY 40207 | 9183 | Motors Liquidation Company | $1,102.50 | Preferred Stock Claim | Pgs. 1-5 |
| BEATRIZ VILCASMIL<br>AV 11 CON CALLE 74<br>RES MACOITA # 12B<br>MARACAIBO - VENEZUELA<br>VENEZUELA | 12273 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| BEN ETKIN MARITAL TRUST<br>100 N. POND DR.<br>STE. F<br>WALLED LAKE, MI 48390<br>UNITED STATES OF AMERICA | 19432 | Motors Liquidation Company | $200,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| BEN ETKIN MARITAL TRUST<br>100 N POND DR<br>STE F<br>WALLED LAKE, MI 48390 | 30728 | Motors Liquidation Company | $200,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| BERNARD MICHAEL DESCAMP<br>620 N TOMAHAWK ISLAND DR<br><br>PORTLAND, OR 97217 | 6261 | Motors Liquidation Company | $783.25 | Preferred Stock Claim | Pgs. 1-5 |
| BETSY PETERSON<br>39 WOODCREST BLVD<br><br>STROUDSBURG, PA 18360<br>UNITED STATES OF AMERICA | 22082 | Motors Liquidation Company | $15,625.00 | Preferred Stock Claim | Pgs. 1-5 |
| BETTE ROSEBUSH<br>420 E SHAFER AVE<br><br>DOVER, OH 44622 | 28029 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| BILL & MARY SNYDER<br>286 MARKET ST<br>BOX 296<br>ANDREWS, IN 46702 | 13294 | Motors Liquidation Company | $14,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| BILLY A COLEY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 586<br>PELL CITY, AL 35125 | 1787 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

197th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| BORENSTEIN FAMILY LIMITED PTNSHP<br>112 N CURRY ST<br><br>CARSON CITY, NV 89703 | 67867 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| C JAMES AND DIANA UHRICK<br>807 W VAN CLEVE ST<br><br>HARTFORD CITY, IN 47348 | 7615 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CARL HAMM<br>200 SMITH RD<br><br>RED LION, PA 17356 | 19132 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| CARLENE RULEY &<br>ROXANNE MOORE JT WROS<br>13326 GRAND HAVEN DR<br>STERLING HEIGHTS, MI 48312 | 12283 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CAROL LOMERGAN-FARRELL & MARK FARRELL<br>117 GRANVILLE CT<br><br>NAPLES, FL 34104 | 3617 | Motors Liquidation Company | $2,934.90 | Preferred Stock Claim | Pgs. 1-5 |
| CAROL M. SATTICH_IRA<br>1212 HOGARTH DRIVE<br><br>LOUISVILLE, KY 40222 | 15593 | Motors Liquidation Company | $735.00 | Preferred Stock Claim | Pgs. 1-5 |
| CAROLINE LUUSUA<br>700 SHERMAN OAKS DR<br>APT 7114<br>LUDINGTON, MI 49431 | 8123 | Motors Liquidation Company | $10,850.00 | Preferred Stock Claim | Pgs. 1-5 |
| CAROLYN MOSS<br>10533 STRATHMORE DR<br><br>LOS ANGELES, CA 90024 | 6262 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CECILIA L CURRY TTEE<br>CECILIA L CURRY TRUST<br>U/A/D 10/06/93<br>3413 EDGEWATER DRIVE<br>SEBRING, FL 33872 | 12967 | Motors Liquidation Company | $26,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLES A KIRITSY<br>1121 RT 12 SOUTH NH<br><br>FITZWILLIAM, NH 03447 | 10094 | Motors Liquidation Company | $5,030.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| CHARLES ANDERSON<br>CGM SEP IRA CUSTODIAN<br>4139 NW 18TH AVENUE<br>OAKLAND, CA 33309 | 67871 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLES ANDERSON<br>4139 NW 18TH AVE<br><br>OAKLAND PARK, FL 33309 | 67874 | Motors Liquidation Company | $9,375.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLES FAUST<br>1406 N MADDOX<br><br>MUNCIE, IN 47304 | 17189 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLOTTE G WHIDDEN TOD<br>DOLORES A WHIDDEN<br>1108 BRADENTON RD<br>DAYTONA BEACH, FL 32114 | 20959 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| CLAIRE MOONEY<br>CGM IRA CUSTODIAN<br>11608 SW 70TH CT<br>OCALA, FL 34476 | 12640 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| CLARENCE & HELEN ROBINSON<br>8187 N 1 RD<br><br>COPEMISH, MI 49625 | 69802 | Motors Liquidation Company | $8,965.10 | Preferred Stock Claim | Pgs. 1-5 |
| CLYDE & CLAIRENE STRILER<br>4136 W COLDWATER RD<br><br>FLINT, MI 48504 | 4854 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| CLYDE & CLAIRENE STRILER<br>TTEE'S CLYDE & CLAIRENE<br>STRILER REV LIV TRUST<br>UAD 8/07/02<br>4136 W. COLDWATER RD.<br>FLINT, MI 48504 | 4855 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| COSTA E ANDROULAKIS<br>9608 W SHIPROCK DR<br><br>SUN CITY, AZ 85351 | 45053 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CYNTHIA M DREW,  PAUL DREW<br>CYNTHIA M DREW<br>PO BOX 301<br>NORTH, SC 29112 | 4880 | Motors Liquidation Company | $17,455.58 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| | | | | |
|---|---|---|---|---|
| DANIEL E & CAMILLE B SULLIVAN<br>919 SHORT ST<br>NEW ORLEANS, LA 70118 | 3902 | Motors Liquidation Company | $1,870.00 | Preferred Stock Claim | Pgs. 1-5 |
| DANIEL L MARTINELLI<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1113 RAMBLEWOOD WAY<br>SAN MATEO, CA 94403 | 10849 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DARWIN O DURR IRA<br>8142 PUDDING CREEK DR SE<br>SALEM, OR 97317 | 8699 | Motors Liquidation Company | $88,947.63 | Preferred Stock Claim | Pgs. 1-5 |
| DAVID ELMER DEFER &<br>PATRICIA MARIE DEFER JTWROS<br>6200 MARKEL RD<br>MARINE CITY, MI 48039 | 5982 | Motors Liquidation Company | $10,104.06 | Preferred Stock Claim | Pgs. 1-5 |
| DAVID L MEYER<br>451 COOLSPRINGS COVE<br>WOODSTOCK, GA 30188 | 36970 | Motors Liquidation Company | $3,125.00 | Preferred Stock Claim | Pgs. 1-5 |
| DAVIDS CEMETERY ASSOCIATION<br>RETIREMENT TRUST<br>FBO ERIC WATNE<br>324 BRYDON ROAD<br>KETTERING, OH 45419 | 7971 | Motors Liquidation Company | $4,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DELFIN CORDERO JR<br>3624 AVENUE T<br>BROOKLYN, NY 11234 | 6592 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| DON N FOSCO & BARBARA A FOSCO<br>128 S CLINTON<br>PITTSFIELD, IL 62336 | 7982 | Motors Liquidation Company | $35,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DON ROBERT SCHOCH<br>217 WOODCLEFT<br>LOUISVILLE, KY 40222 | 12838 | Motors Liquidation Company | $465.00 | Preferred Stock Claim | Pgs. 1-5 |
| DONALD A BENGEL IRA<br>DONALD A BENGEL<br>917 SAILORS COVE<br>FT WAYNE, IN 46845 | 7280 | Motors Liquidation Company | $24,321.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| DONALD C HASSIGAN TTEE<br>DONALD C HASSIGAN TRUST<br>U/A DTD 10/26/2001<br>90 SUMMERWINDS LN<br>OLDSMAR, FL 34677 | 29022 | Motors Liquidation Company | $4,050.00 | Preferred Stock Claim | Pgs. 1-5 |
| DONALD E BLAIR<br>407 WISSEMAN AVE<br>MILFORD, DE 19963 | 11245 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| DONALD F BARROWS AND<br>MARY C BARROWS JTWROS<br>10351 SOUTH HIGH MEADOWS COURT<br>TRAVERSE CITY, MI 49684 | 11400 | Motors Liquidation Company | $6,950.14 | Preferred Stock Claim | Pgs. 1-5 |
| EVELYN J LIZZI TTEE<br>U/A/D 1 6 96<br>EVELYN J LIZZI LIVING TRUST<br>13300 CAMBRIDGE COURT<br>PLYMOUTH, MI 48170 | 6386 | Motors Liquidation Company | $100,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| GLENN K LUKAS<br>392 BELLEVUE AVE<br>LAKE ORION, MI 48362 | 30928 | Motors Liquidation Company | $31,708.00 | Preferred Stock Claim | Pgs. 1-5 |
| GORDON L CRAIG AND<br>CORNELIA J CRAIG CO-TTEES FBO<br>THE G & C CRAIG LIV TRUST U/A/D 01/22/98<br>10552 HICKORY KNOLL<br>BRIGHTON, MI 48114 | 10646 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| HILDA GORDON<br>14180 B NESTING WAY<br>DELRAY BEACH, FL 33484 | 9996 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH RUSH &<br>GAYE COWAN JT TEN<br>1482 NOTTINGHAM NW<br>WARREN, OH 44485 | 6384 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LISA L WIGHTMAN<br>38W090 HERITAGE OAKS DR<br>ST CHARLES, IL 60175 | 14726 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LOUIS F MEIER IV<br>22525 LAVON<br>ST CLAIR SHORES, MI 48081 | 29007 | Motors Liquidation Company | $157,113.73 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| LOUIS J CROCKETT & REGINA CROCKETT CO TTEES CROCKETT REV TR U/A 12-13-90 2643 KEY LARGO LN FT LAUDERDALE, FL 33312 | 44657 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LYNN H CROSBY TTEE FBO LYNN H. CROSBY REV. TR. U/A/D 05-02-2000 6031 HARWOOD AVE. OAKLAND, CA 94618 | 9703 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET A EMANS TOD ROBERT J EMANS & RONALD P EMANS 1664 ARCHWOOD LN TOLEDO, OH 43614 | 30653 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET NICASTRI 128 CAPTIVA COVE STUART, FL 24994 | 6394 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARIE A HOPKINS TRUSTEE MARIE A HOPKINS 3325 N 143RD CIRCLE OMAHA, NE 68164 | 6370 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR ANTHONY TANICO TTEE ANTHONY TANICO REV TR FBO ANTHONY TANICO DTD 03/08/01 1370 S OCEAN BLVD APT 901 POMPANO BEACH, FL 33062 | 68937 | Motors Liquidation Company | $17,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR JOHN MONTALBETTI CGM IRA CUSTODIAN DTD 08/12/81 7230 NW 8TH CT MARGATE, FL 33063 | 44656 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS JAYNE C BYAL TTEE FBO JAYNE C BYAL TRUST U/A/D 07/09/04 2913 PORT ROYALE LANE FT LAUDERDALE, FL 33308 | 33515 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PETE MILLER 4600 ST GEORGE CT FLOYD KNOBS, IN 47119 | 10074 | Motors Liquidation Company | $11,000.44 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| ROBERT W & CAROL A JAFFRAY CO TRUSTEES U/A/D 10/28/04 JAFFRAY FAMILY TRUST 12741 SE 90TH CT RD SUMMERFIELD, FL 34491 | 9152 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| RONALD E & JEAN E HAYNES TTEES FBO RONALD E HAYNES & JEAN E HAYNES TRUST UAD 11/20/97 102 WINTERGREEN WAY BEECH MOUNTAIN, NC 28604 | 2066 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| SAUNDRA PASKOWITZ TOD REGISTRATION 20 CHICHESTER ROAD MONROE TOWNSHIP, NJ 08831 | 4485 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| SELMA ABRAMSON REGENCY TOWER 1003 EASTON RD APT 719-C WILLOW GROVE, PA 19090 | 3877 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SHIRLEY FIELDS 6117 PETALUNA DR BOCA RATON, FL 33433 UNITED STATES OF AMERICA | 5315 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SIGFRIED GAYAN 506 WESLEYAN DR MACON, GA 31210 | 8017 | Motors Liquidation Company | $7,800.00 | Preferred Stock Claim | Pgs. 1-5 |
| SIGMUND ABRAHAM 1344 PLUMBAGO ST CAMARILLO, CA 93010 | 5491 | Motors Liquidation Company | $15,002.00 | Preferred Stock Claim | Pgs. 1-5 |
| ST. MARY CHURCH MAUSOLEUM ATTN: TERRANCE M. LAWLER 830 FIFTH AVENUE ALPHA, NJ 08865 | 2029 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| STEVEN P BENNETT 4491 E COUNTY LINE RD N MUNCIE, IN 47302 | 6845 | Motors Liquidation Company | $13,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| SUSAN R. KLEIN TOD DTD 06/08/2008 176 ARDMORE AVE STATEN ISLAND, NY 10314 | 6496 | Motors Liquidation Company | $385.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| THELMA OWEN<br>C/O ZU GAYE BRONSON<br>1737 CORAL ROCK COURT<br>IRVING, TX 75060<br>UNITED STATES OF AMERICA | 36985 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| THOMAS A JOHNSTON &<br>BETTY J JOHNSTON JT TEN<br>7155 S CANTON<br>TULSA, OK 74136 | 30656 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| THOMAS B AZER<br>11 PINION PINE LANE<br>QUEENSBURY, NY 12804 | 4987 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| VERNA MAE DURR IRA<br>8142 PUDDING CREEK DR SE<br>SALEM, OR 97317 | 8698 | Motors Liquidation Company | $73,191.63 | Preferred Stock Claim | Pgs. 1-5 |
| VICTOR MULLAN<br>CGM SEP IRA CUSTODIAN<br>U/P/O THE MULLAN R. COMPANY<br>15201 WHEELER LANE<br>SPARKS, MD 21152 | 5976 | Motors Liquidation Company | $9,592.00 | Preferred Stock Claim | Pgs. 1-5 |
| VIOLET RUSH<br>1482 NOTTINGHAM ST NW<br>WARREN, OH 44485 | 7826 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WALLACE HOPKINS<br>11605 MIRACLE HILLS DR STE 300<br>OMAHA, NE 68154 | 6371 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WALTER A DUNCAN AND<br>AGNES M DUNCAN JTWROS<br>TOD: MULTIPLE BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>10000 W 20TH<br>LITTLE ROCK, AR 72205 | 4776 | Motors Liquidation Company | $8,884.00 | Preferred Stock Claim | Pgs. 1-5 |
| WELLS FARGO BANK ROTH C/F<br>WINSTON LAI<br>4835 W MONTE VERDE CT<br>VISALIA, CA 93277 | 4308 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| WILLIAM GEIGER<br>123 E GREENHILL TERRACE PL<br><br>THE WOODLANDS, TX 77382 | 4669 | Motors Liquidation Company | $20,100.00 | Preferred Stock Claim | Pgs. 1-5 |
| WILLIAM M ROGERS<br>3838 E 32 ST<br><br>DES MOINES, IA 50317 | 2703 | Motors Liquidation Company | $8,059.40 | Preferred Stock Claim | Pgs. 1-5 |
| WILLIAM PETER MILLER II (TRUST)<br>WILLIAM PETER MILLER II<br>4600 SAINT GEORGES CT<br>FLOYDS KNOBS, IN 47119 | 10073 | Motors Liquidation Company | $5,208.00 | Preferred Stock Claim | Pgs. 1-5 |
| YIPING MA<br>64 14 218 ST<br><br>BAYSIDE, NY 11364 | 1960 | Motors Liquidation Company | $1,040.00 | Preferred Stock Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                              :         **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :       **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*  :
:
               **Debtors.**        :         **(Jointly Administered)**
:
------------------------------------------------------------------x

## <u>ORDER GRANTING DEBTORS' 197TH OMNIBUS OBJECTION TO CLAIMS</u>
### (Claims for Preferred Stock)

Upon the 197th omnibus objection, dated January 27, 2011 (the "**197th Omnibus Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims for Preferred Stock,[1] and reclassifying those Claims for Preferred Stock as equity interests, all as more fully described in the 197th Omnibus Objection to Claims; and due and proper notice of the 197th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 197th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 197th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 197th Omnibus Objection to Claims.

ORDERED that the relief requested in the 197th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 197th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Preferred Stock that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011

_____
United States Bankruptcy Judge