> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                  :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

## NOTICE OF DEBTORS' 199TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Preferred Stock)

      **PLEASE TAKE NOTICE** that on January 27, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 199th omnibus objection to disallow certain claims[1] (the "**199th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 199th

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings
ascribed to such terms in the 199th Omnibus Objection to Claims.

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 199TH
OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR
CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT
"A" ANNEXED THERETO.**

      **PLEASE TAKE FURTHER NOTICE** that any responses to the 199th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

      2

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 199th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 199th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
        January 27, 2011

                                    /s/ Joseph H. Smolinsky
                                    Harvey R. Miller
                                    Stephen Karotkin
                                    Joseph H. Smolinsky

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :      09-50026 (REG)
    f/k/a General Motors Corp., et al.  :
                                    :
                        Debtors.    :      (Jointly Administered)
                                    :
-------------------------------------------------------------x
```

<u>**DEBTORS' 199TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Preferred Stock)**

---

**THIS OBJECTION SEEKS TO DISALLOW CERTAIN FILED PROOFS OF CLAIM.**
**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE**
**EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## <u>Relief Requested</u>

1.      The Debtors file this 199th omnibus objection (the "**199th Omnibus Objection to Claims**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the claims listed on **Exhibit "A,"** annexed hereto, under the heading "*Claims to be Disallowed*" (collectively, the "**Claims for Preferred Stock**"),  and reclassifying the Claims for Preferred Stock as equity interests.[1]

2.      The Claims for Preferred Stock assert claims on account of "preferred stock" issued by the Debtors.  However, the Debtors have not issued any preferred stock, and after careful review, the Debtors have determined that none of the Claims for Preferred Stock provide any detail or support for the issuance of preferred stock by the Debtors, or provide any other detail that would allow the Debtors to conclude that the holders of Claims for Preferred Stock intended to assert a claim on account of a debt security issued by the Debtors.

3.      In other instances not represented by the Claims for Preferred Stock on Exhibit "A," where a claim was submitted on account of preferred stock, the Debtors were able to determine through an examination of the proofs of claim that the claimants intended to assert a claim on account of those certain bonds issued by the Debtors under one of two senior indentures, dated November 15, 1990 and December 7, 1995, respectively, with respect to which

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

Wilmington Trust Company currently serves as indenture trustee (collectively, the "**WTC Debt Claims**").[2]

4.       Here, however, the Debtors are unable to link the Claims for Preferred Stock with any debt security issued by the Debtors, and as such, are left to conclude that the holders of Claims for Preferred Stock are asserting claims for equity interest that were issued by the Debtors.  Accordingly, the Claims for Preferred Stock should be disallowed as claims and reclassified as equity interests, which will preserve for the holders of such claims any entitlement to a distribution solely on account of the ownership of equity interests.  To the extent the Claims for Preferred Stock represent current holders of public debt securities, disallowance of such claims will not impair the rights of such claimant to receive distributions under the Debtors' proposed chapter 11 plan.

### Jurisdiction

5.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Background

6.       On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

---

[2] The Debtors have objected to the WTC Debt Claims, but only on the basis that such claims, which were submitted by individual bondholders, are duplicative of the global proofs of claim nos. 65793 and 65729 filed by Wilmington Trust Company, which have been allowed under a stipulation approved and entered by the Court on August 9, 2010 (ECF No. 6595).  The Debtors' objection to the WTC Debt Claims will not affect the right of a holder of a WTC Debt Claim from receiving distributions as a beneficial bondholder under the claims filed by the indenture trustee of the Debtors' public debentures.

[3] The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

2009, two additional Debtors (the **REALM/ENCORE Debtors**")[4] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors filed their schedules of assets and liabilities and statements of financial affairs.

7.       On October 6, 2010, this Court entered an order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), which authorized the Debtors to file omnibus objections to claims on several grounds that are in addition to those grounds permitted under Bankruptcy Rule 3007(d).

## The Relief Requested Should Be Approved by the Court

8.       A filed proof of claim is "deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

9.       Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection to claims that are "are interests, rather than claims."  Fed. R. Bankr. P. 3007(d)(7).  The rationale behind allowing a debtor to object to such claims is obvious.  The Bankruptcy Code differentiates between a "claim" and an "equity security."  *See* 11 U.S.C. §§ 101(5), 101(16).

---

[4] The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

Under the Bankruptcy Code, those who have "claims" against the Debtors are called "creditors" while those who hold "equity securities" are called "equity security holders." *See id.* §§ 101(10), 101(17).  While creditors were entitled to file proofs of claim to preserve their rights to distributions on account of their claims, equity security holders were not entitled to file proofs of claim to preserve their rights, if any, based solely on their ownership of equity interests.  The filing of a proof of claim by an equity security holder for that purpose was neither necessary nor sufficient.  *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something more than mere equity ownership").  While equity security holders in these chapter 11 cases were entitled, to the extent they held "claims" against the Debtors, to file a proof of claim to preserve such "claims," which are distinct from rights arising solely from the ownership of equity interests, each of the Claims for Preferred Stock assert only equity interests.  As such, the Claims for Preferred Stock should be disallowed and reclassified as equity interests.  The reclassification of the Claims for Preferred Stock to equity interests will preserve any entitlement the holders of Claims for Preferred Stock have to a distribution, if any, solely on account of the ownership of equity interests.

### Reservation of Rights

10.     The Debtors reserve the right to object to any of the Claims for Preferred Stock that are not disallowed in their entirety for any reason and to object on any basis to any of the Claims for Preferred Stock that are reclassified as equity interests.

### Notice

11.     Notice of this 199th Omnibus Objection to Claims has been provided in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

12.      No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.


WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       January 27, 2011


/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES F. DAVIS (ROTH IRA)<br>FCC AS CUSTODIAN<br>7079 BISTIAN CT<br>WEEKI WACHEE, FL 34613 | 9524 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JAMES R HASLER IRA ROLLOVER<br>FCC AS CUSTODIAN<br>2801 ROBINS BOW<br>BLOOMINGTON, IN 47401 | 19915 | Motors Liquidation Company | $25,453.13 | Preferred Stock Claim | Pgs. 1-5 |
| JAMES R LEONARD (IRA)<br>FCC AS CUSTODIAN<br>PO BOX 82367<br>LAFAYETTE, LA 70598 | 15380 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| JAMES R LEONARD PENSION<br>PO BOX 82367<br>LAFAYETTE, LA 70598 | 6586 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JAY MEYERS<br>171 DERSAM RD<br>ALDEN, NY 14004 | 3748 | Motors Liquidation Company | $8,956.20 | Preferred Stock Claim | Pgs. 1-5 |
| JEAN E BRODEUR<br>4128 HILDRING DR EAST<br>FORTH WORTH, TX 76109 | 11497 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| JEROME K GROSSMAN TTEE<br>TRUST FBO RUTH V. LEVIN U/A<br>DTD 08/17/1961<br>1000 WEST STREET 17TH FLOOR<br>WILMINGTON, DE 19801 | 12951 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| JEROME N RADENBAUGH<br>2903 WILLA DR<br>SAINT JOSEPH, MI 49085 | 5414 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JIM YORK AND MARY ANN YORK<br>5749 S EUNICE AVE<br>FRESNO, CA 93706 | 39327 | Motors Liquidation Company | $3,850.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| JOAN F & JACQUES E LINDER TRUSTEES<br>C/O LINDER FAMILY REVOCABLE TRUST<br>4639 CHANDLERS FORDE<br>SARASOTA, FL 34235<br>UNITED STATES OF AMERICA | 16138 | Motors Liquidation Company | $19,639.38 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN F. TRACY<br>EILEE TRACY<br>27 PROSPECT ST<br>BLOOMFIELD, CT 06002 | 19135 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN ISLER<br>6509 BROOKHAVEN CT<br>ROANOKE, VA 24018<br>UNITED STATES OF AMERICA | 20512 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN PRAGER<br>74 DUERO ST<br>ST AUGUSTINE, FL 32084 | 23575 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN S BOOTH REVOCABLE TRUST<br>HARRIET D BOOTH, TRUSTEE<br>8400 VAMO RD #309<br>SARASOTA, FL 34231 | 62510 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN SPERO CRANIAS TTEE<br>JOHN CRANIAS<br>JOHN S CRANIAS TRUST, U/A DTD 10/21/2008<br>370 BUSH HILL CT<br>LAKE MARY, FL 32746 | 21659 | Motors Liquidation Company | $5,850.00 | Preferred Stock Claim | Pgs. 1-5 |
| JON P THOMPSON<br>PO BOX 69<br>GALLIPOLIS FERRY, WV 25515 | 6155 | Motors Liquidation Company | $1,674.89 | Preferred Stock Claim | Pgs. 1-5 |
| JOSEPH W ZIELINSKI  &<br>ELIZABETH J ZIELINSKI JT WROS<br>14460 ROBINWOOD DR<br>PLYMOUTH, MI 48170 | 6658 | Motors Liquidation Company | $48,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOYCE L NITES<br>TOD ACCOUNT<br>2039 CELESTIAL NE<br>WARREN, OH 44484 | 10653 | Motors Liquidation Company | $3,350.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOYCE REEVES<br>107 BAY TREE DR<br>DESTIN, FL 32550 | 22733 | Motors Liquidation Company | $5,854.33 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| JUAN CAROLS CARRERA CUST FOR CHRISTIAN A CARRERA UGMA/CT<br>1076 HULLS HIGHWAY<br>SOUTHPORT, CT 06890 | 18981 | Motors Liquidation Company | $1,030.00 | Preferred Stock Claim | Pgs. 1-5 |
| K & I LOHNBERG REVOCABLE TRUST / KLAU & ILSE LOHNBERG<br>C/O KLAUS LOHNBERG<br>7525 N DESERT TREE DR<br>TUCSON, AZ 85704 | 1203 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| KATHERINE T MCMENAMIN<br>TOD BENEFICIARIES ON FILE<br>48 DUNCAN LN<br>SPRINGFIELD, PA 19064 | 11720 | Motors Liquidation Company | $6,073.88 | Preferred Stock Claim | Pgs. 1-5 |
| KATHLEEN D SCHUSTER<br>56 ARNER RD<br>CHESTER, WV 26034 | 62508 | Motors Liquidation Company | $405.00 | Preferred Stock Claim | Pgs. 1-5 |
| KATHLEEN F. ANDERSON<br>CGM IRA CUSTODIAN<br>371 MERRICK DRIVE<br>BEAVERCREEK, OH 45434 | 4166 | Motors Liquidation Company | $7,725.00 | Preferred Stock Claim | Pgs. 1-5 |
| KATHRYN ELLERTHORPE<br>49 KING RD<br>LANDING, NJ 07850 | 68326 | Motors Liquidation Company | $783.80 | Preferred Stock Claim | Pgs. 1-5 |
| KATHY VILLARREAL<br>27860 LAUREN EAST<br>HARRISON TWP, MI 48045 | 4650 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH J WOLFE &<br>SANDRA J WOLFE JTWROS<br>2168 S PINE GROVE ST<br>LEBANON, PA 17046 | 3623 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH MCLENNAN<br>1620 HARBOR RD<br>WILLIAMSBURG, VA 23185 | 4844 | Motors Liquidation Company | $4,725.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH RUSH<br>1482  NOTTINGHAM RD.<br>WARREN, OH 44485 | 6140 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| KLEIN, LEE F<br>KLEIN, BETTY R<br>4271 BEACH RIDGE RD<br>NORTH TONAWANDA, NY 14120 | 20166 | Motors Liquidation Company | $7,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LAI FAMILY REVOCABLE TRUST<br>U/A DTD 11/20/96<br>YEE & CHRISTINA LAI TTEES<br>4835 W MONTE VERDE CT<br>VISALIA, CA 93277 | 4309 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LARRY W MARSHALL & VICY MARSHALL JTWROS<br>PO BOX 126<br>WALKERTOWN, NC 27051 | 50093 | Motors Liquidation Company | $17,866.00 | Preferred Stock Claim | Pgs. 1-5 |
| LAURA M LUPHER<br>PO BOX 34<br>TOWNVILLE, PA 16360 | 12523 | Motors Liquidation Company | $9,700.00 | Preferred Stock Claim | Pgs. 1-5 |
| LEANN BIRKHEIMER<br>1417 NOTTINGHAM NW<br>WARREN, OH 44485 | 3852 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LEROY WALLINGFORD<br>CGM IRA CUSTODIAN<br>568 JERSEY RIDGE<br>MAYSVILLE, KY 41056 | 23095 | Motors Liquidation Company | $7,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LILLIAM MCCURDY<br>27 C MONTROSE MANER CT<br>CATONSVILLE, MD 21228 | 36967 | Motors Liquidation Company | $4,484.04 | Preferred Stock Claim | Pgs. 1-5 |
| LINDA SUE BEATY TTEE<br>FBO LINDA SUE BEATY REV TRUST<br>U/A/D 03-30-2007<br>304 S 11TH PL<br>ROGERS, AR 72756 | 68216 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LINDSAY D (BERRY) DUNCAN<br>50 MOUNTAIN VIEW RD<br>BUFFALO, NY 82834 | 4471 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| LOUIS J SCHWARTZ<br>TOD STANLEY SCHWARTZ, RANDYE<br>SCHWARTZ, DEBBY SCHWARTZ<br>SUBJECT TO STA TOD RULES<br>339 QUIET DR<br>CHECK, VA 24072 | 44606 | Motors<br>Liquidation<br>Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LYDIA ANN KING SUCC TTEE<br>DTD 11/2/94 FBO FRANK L BATOR<br>LIVING TRUST<br>CLAIRE PAULINE BATOR POA<br>6569 RANIER DRIVE UNIT A<br>INDIANAPOLIS, IN 46214 | 25451 | Motors<br>Liquidation<br>Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| MABEL M ARCHBOLD TRUST<br>UAD 05/28/96<br>MARKLE BANK TTEE<br>10405 LEO ROAD<br>FT WAYNE, IN 46825 | 14293 | Motors<br>Liquidation<br>Company | $48,985.50 | Preferred Stock Claim | Pgs. 1-5 |
| MAE AND SANFORD SHULSON<br>PO BOX 156<br>ST THOMAS, ND 58276 | 9792 | Motors<br>Liquidation<br>Company | $11,375.00 | Preferred Stock Claim | Pgs. 1-5 |
| MANUEL MARTINEZ GONZALEZ<br>& ESTHER V DE MARTINEZ JTTEN<br>CALLE OCHOA 442<br>COL ZONA CENTRO<br>32000 CD JUAREZ CHIH,MEXICO<br>MEXICO | 18982 | Motors<br>Liquidation<br>Company | $500,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET M SUMMERALL<br>CGM IRA CUSTODIAN<br>2729 CHERYLE LANE<br>SARASOTA, FL 34237 | 7455 | Motors<br>Liquidation<br>Company | $11,624.52 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET P TAYLOR<br>8495 REYNOLDA RD<br>PFAFFTOWN, NC 27040 | 50095 | Motors<br>Liquidation<br>Company | $24,915.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGUERITE E DOMAN<br>OAKWOOD COMMONS<br>16351 ROTUNDA DR APT 323<br>DEARBORN, MI 48120 | 20861 | Motors<br>Liquidation<br>Company | $58,814.47 | Preferred Stock Claim | Pgs. 1-5 |
| MARJORIE M GALLAGHER<br>UNITED STATES OF AMERICA | 11416 | Motors<br>Liquidation<br>Company | $5,271.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| MARVIN & ROBERTA ADKINS JTWROS<br>RT 2 BOX 2499<br>WAYNE, WV 25570 | 3887 | Motors Liquidation Company | $26,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARY C & RICHARD J DICENSO<br>15 KILEY DR<br>RANDOLPH, MA 02368 | 8705 | Motors Liquidation Company | $1,233.85 | Preferred Stock Claim | Pgs. 1-5 |
| MARY C DICENSO<br>15 KILEY DR<br>RANDOLPH, MA 02368 | 8704 | Motors Liquidation Company | $2,261.27 | Preferred Stock Claim | Pgs. 1-5 |
| MARY K ROLEKE<br>96 GALLOPING HILL RD<br>COLTS NECK, NJ 07722 | 14748 | Motors Liquidation Company | $6,814.30 | Preferred Stock Claim | Pgs. 1-5 |
| MAX E FOX &<br>BARBARA F FOX JT WROS<br>904 BERT DR<br>ARLINGTON, TX 76012 | 4483 | Motors Liquidation Company | $25,090.00 | Preferred Stock Claim | Pgs. 1-5 |
| MELBA CHADWICK<br>46 BROOKLYN DR<br>DALLAS, GA 30132 | 16056 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| MELVIN KADISH<br>11933 FOUNTAINSIDE CIRCLE<br>BOYNTON BCH, FL 33437 | 67872 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MICHAEL G DECKER<br>55682 LORDONA LN<br>SHELBY TOWNSHIP, MI 48315 | 20164 | Motors Liquidation Company | $100,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MILDRED JESSE<br>5106 ROMAN DR<br>FERN CREEK, KY 10291 | 12958 | Motors Liquidation Company | $2,242.98 | Preferred Stock Claim | Pgs. 1-5 |
| MIRCEA ABRAMOVICI IRA<br>FCC AS CUSTODIAN<br>30 SPICE DR<br>WASHINGTON TP, NJ 07676 | 18182 | Motors Liquidation Company | $9,290.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| MONTYNA M KELLY & KAREN W DOAK<br>C/O MONTYNA KELLY<br>1018 W 12TH STREET<br>PANAMA CITY, FL 32401 | 596 | Motors Liquidation Company | $5,316.10 | Preferred Stock Claim | Pgs. 1-5 |
| MR MILTON ISRAEL<br>CGM IRA CUSTODIAN<br>233 S 6TH STREET APT 1711<br>PHILADELPHIA, PA 19106 | 22590 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR NICHOLAS PASSALACQUA<br>77 KNOLLS DRIVE<br>STONY BROOK, NY 11790 | 12178 | Motors Liquidation Company | $34,588.95 | Preferred Stock Claim | Pgs. 1-5 |
| MR ROBERT NANN<br>4744 70TH ST UNIT 2<br>LA MESA, CA 91942 | 3141 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR WILLIAM S ZIELINSKI JR<br>71 HUNTINGTON HLS S<br>ROCHESTER, NY 14622 | 19747 | Motors Liquidation Company | $9,648.00 | Preferred Stock Claim | Pgs. 1-5 |
| MRS LINDA W ISRAEL<br>233 S 6TH ST APT 1711<br>PHILADELPHIA, PA 19106 | 22591 | Motors Liquidation Company | $15,246.00 | Preferred Stock Claim | Pgs. 1-5 |
| MRS MARY C RICHTER TTEE<br>FBO MARY C RICHTER TRUST<br>U/A/D 10-18-1995<br>25 EAST CORRAL DR<br>SAGINAW, MI 48638 | 17573 | Motors Liquidation Company | $5,152.05 | Preferred Stock Claim | Pgs. 1-5 |
| MS GAIL COLWELL<br>CGM IRA CUSTODIAN<br>DTD 08/01/02<br>230 RAVENNASIDE DR NW<br>CALABASH, NC 28467 | 44601 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>GERALD N ROUNDS<br>IRA STD/ROLLOVER DTD 05/14/86<br>7332 SOUTH CAMINO CIRCLE<br>SALT LAKE CTY, UT 84121 | 4400 | Motors Liquidation Company | $17,500.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| MS&CO C/F<br>FRANK N ORRIS<br>IRA ROLLOVER DATED 02/28/96<br>7535 HEARD RD<br>CUMMING, GA 30041 | 5738 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>DONALD E BLAIR<br>IRA ROLLOVER DATED 03/02/01<br>407 WISSEMAN AVE<br>MILFORD, DE 19963 | 11246 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>SHIRLEY M NELSON<br>IRA ROLLOVER DATED 11/20/07<br>133 HAWTHORNE VILLAGE ROAD<br>NASHUA, NH 03062 | 13442 | Motors Liquidation Company | $44,287.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>ELEANOR RUBIN<br>IRA STANDARD DATED 01/24/08<br>3016 TOWNESIDE LANE<br>WOODSTOCK, GA 30189 | 18220 | Motors Liquidation Company | $13,150.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT LOURIE<br>IRA ROLLOVER DATED 04/18/91<br>210 EAST BROADWAY APT 4H<br>LONG BEACH, NY 11561 | 19005 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>JOHN A COLIN<br>IRA STANDARD DATED 02/04/08<br>888 THOMAS AVENUE<br>BALDWIN, NY 11510 | 20777 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>DEBORAH D COLE<br>IRA STANDARD DATED 01/31/08<br>1421 HOLLYHOCK CIRCLE<br>APOPKA, FL 32703 | 29026 | Motors Liquidation Company | $19,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| NANCY L DAY<br>TOD ACCOUNT<br>2147 CELESTIAL DRIVE NE<br>WARREN, OH 44484 | 12505 | Motors Liquidation Company | $3,350.00 | Preferred Stock Claim | Pgs. 1-5 |
| NELL N HURLEY<br>805 NORTH ARTHUR<br><br>LITTLE ROCK, AR 72205 | 14721 | Motors Liquidation Company | $2,215.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| NEVA G PRATT<br>116 GLENN SHADOWS DR<br>KERRVILLE, TX 78028 | 17671 | Motors Liquidation Company | $13,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| NORMAN C SHAFER  MARGARET L SHAFER<br>100 S 18TH STREET<br>EASTON, PA 18042 | 2045 | Motors Liquidation Company | $17,627.00 | Preferred Stock Claim | Pgs. 1-5 |
| PATRICIA A GUSTAFSON<br>PO BOX 831<br>FARIBAULT, MN 55021 | 23474 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PATRICIA MEYER<br>2469 WILEY STREET<br>HOLLYWOOD, FL 33020 | 44607 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| PATRICIA MEYER<br>2469 WILEY ST<br>HOLLYWOOD, FL 33020 | 67868 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PAUL W MILLER<br>TOD REGISTRATION<br>2951 NW 209TH TERRACE<br>MIAMI GARDENS, FL 33056 | 4473 | Motors Liquidation Company | $4,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| PETER WEBB MD<br>PROFIT SHARING PLAN<br>505 SAN MATEO DR #350<br>SAN MATEO, CA 94401 | 38847 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PHYLLIS A PLATE<br>2213 NE 40TH AVE<br>OCALA, FL 34470<br>UNITED STATES OF AMERICA | 44603 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| PRESTON SCROGGIN<br>796 PHEASANT TRAIL<br>ST CHARLES, IL 60174<br>UNITED STATES OF AMERICA | 18707 | Motors Liquidation Company | $2,656.25 | Preferred Stock Claim | Pgs. 1-5 |
| R EUGENE TATUM & JUANITA A TATUM JTWROS<br>JTWROS<br>2231 VIENNA-DOZIER RD<br>PFAFFTOWN, NC 27040 | 50094 | Motors Liquidation Company | $2,453.25 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| RHODA & EUGENE AXELRAD<br>1604 ABACO DR D-3<br><br>COCONUT CREEK, FL 33066<br>UNITED STATES OF AMERICA | 20628 | Motors Liquidation Company | $46,498.00 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD AND IRENE HAMEL<br>2215 W HOWARD PL<br><br>CITRUS SPRING, FL 34434 | 19083 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD E KIELB<br>24875 WOODSIDE LN<br><br>LAKE FOREST, CA 92630 | 15591 | Motors Liquidation Company | $10,640.00 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD J DICENSO<br>15 KILEY DR<br><br>RANDOLPH, MA 02368 | 8703 | Motors Liquidation Company | $2,261.27 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD J DICENSO<br>15 KILEY DR<br><br>RANDOLPH, MA 02368 | 8706 | Motors Liquidation Company | $3,283.16 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD T EDWARD JR<br>27 W 186 CARREL<br><br>WINFIELD, IL 60190 | 36982 | Motors Liquidation Company | $1,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT C COOK<br>393 SOUTH MARSHALL ROAD<br><br>BEULAH, MI 49617 | 12285 | Motors Liquidation Company | $9,875.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT C COOK<br>CGM IRA CUSTODIAN<br>393 SOUTH MARSHALL ROAD<br>BEULAH, MI 49617 | 12286 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT C COOK<br>DONALD E COOK AND<br>393 SOUTH MARSHALL ROAD<br>BEULAH, MI 49617 | 12287 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT G JOYCE & AGNES A JOYCE JTWROS<br>1929 RIVERDALE RD<br><br>PFAFFTOWN, NC 27040 | 50107 | Motors Liquidation Company | $25,424.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| ROBERT GLOVER AND<br>PEGGY GLOVER<br>JT TEN WROS<br>P O BOX 154<br>TRENTON, KY 42286 | 4359 | Motors Liquidation Company | $1,053.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT HENSIAK<br>5915 W FILLMORE DR<br><br>WEST ALLIS, WI 53219<br>UNITED STATES OF AMERICA | 67791 | Motors Liquidation Company | $15,993.63 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT J KRAEGER<br>1828 S 56 ST W<br><br>BILLINGS, MT 59106 | 8416 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROLAND RONALD WARD<br>CGM IRA CUSTODIAN<br>4718 BATES DRIVE<br>ELLICOTT CITY, MD 21043 | 65249 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SHELDON WOLT AND<br>JOYCE WOLT JTWROS<br>2010 NW 34TH AVENUE<br>COCONUT CREEK, FL 33066<br>UNITED STATES OF AMERICA | 68668 | Motors Liquidation Company | $27,500.00 | Preferred Stock Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
|  |  |
|:--|:--|
| In re | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | **09-50026 (REG)** |
|   **f/k/a General Motors Corp.,** *et al.* | |
|        **Debtors.** | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 199TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Preferred Stock)

Upon the 199th omnibus objection, dated January 27, 2011 (the "**199th Omnibus**

**Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section

502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order

disallowing the Claims for Preferred Stock,[1] and reclassifying those Claims for Preferred Stock

as equity interests, all as more fully described in the 199th Omnibus Objection to Claims; and

due and proper notice of the 199th Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the 199th Omnibus Objection to Claims is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the 199th Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings
ascribed to such terms in the 199th Omnibus Objection to Claims.

ORDERED that the relief requested in the 199th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed*" are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 199th Omnibus Objection to Claims under the heading "*Claims to be Disallowed*" that are not disallowed pursuant to this Order, and any of the Claims for Preferred Stock that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011


_____
United States Bankruptcy Judge