Request for extension to prepare rebuttal papers against Defendant Motors Liquidation and General Motors which relate to my attempt to lift the automatic stay against Defendant Motors Liquidation and General Motors
DAVE SHOSTACK
to:
gerber.chambers
01/18/2011 05:27 AM
Show Details

January 18, 2011

*Entered Order:*
*Request for extension*
*of time granted.*

*S/Reg*
*USBJ*
*1/27/11*

Justice Gerber

Southern District Bankruptcy Court

Bowling Green Way

New York, NY

RE: Dave Shostack v. Motors Liquidation Company Et Al.

Index. No: 09-50026 (REG)

Dear Justice Gerber:

I am in the process of preparing a rebuttal to Defendant's Opposition to my Motion to lift the automatic stay against Defendant Motors Liquidation Company and General Motors and am respectfully requesting an extension until January 28, 2011 to respond to Defendant's Opposition papers.

Respectfully,

Dave Shostack