# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Arthur J. Steinberg
Direct Dial: 212-556-2158
asteinberg@kslaw.com

January 28, 2011

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Re: General Motors LLC ("New GM")/Billy Ray Kidwell
(Case No. 09-50026(REG))

Dear Judge Gerber:

On January 27, 2011, New GM filed a Response to Submissions by Billy Ray Kidwell, Pro Se ("Response"). The Response refers to a Motion for Clarification filed by Mr. Kidwell in the United States District Court in the Middle District of Florida with respect to that Court's December 28, 2010 decision. (Page 9, n.5) A copy of the Motion for Clarification was attached to the Response as Exhibit "A", and New GM's response to the Motion for Clarification was annexed to the Response as Exhibit "E".

Enclosed herewith is the decision of District Court Judge Honeywell dated January 28, 2011 denying Mr. Kidwell's Motion for Clarification. In that decision, Judge Honeywell holds that "Plaintiff's Lemon Law-related claims herein sound in fraud and obstruction of justice and are not brought as actions under the substantive provisions of the Lemon Law statute."

Respectfully submitted,

Arthur J. Steinberg

AJS:lab
Attachment

cc: See Attachment A