UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY R. KIDWELL,

    Plaintiff,

v.                                           Case No.  2:09-cv-108-FtM-36DNF

G. RICHARD WAGONER, et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff Billy R. Kidwell's Motion for Clarification (Doc. 223), filed on January 10, 2011. On January 24, 2011, Defendants filed a Response (Doc. 228). This motion is ripe for review.

In Plaintiff's Motion, he asks that the Court "clarify, and explain, this Court's hostile, and extremely ambiguous, Court Order of December 28, 2010 that gives the Public Appearance [sic] that this case is being 'Fixed' by a dishonest judge." Doc. 223 at 1 (emphasis omitted). The Court's December 28, 2010 order concerning the nature of Plaintiff's Lemon Law-related claims and the scope of the Bankruptcy Court for the Southern District of New York's Sale Approval Order is clear, unambiguous, speaks for itself, and requires no additional clarification. In particular, the Court reiterates that Plaintiff's Lemon Law-related claims herein sound in fraud and obstruction of justice and are not brought as actions under the substantive provisions of the Lemon Law statute.

Accordingly, it is **ORDERED**:

    1.    Plaintiff's Motion for Clarification is **DENIED.**

**DONE AND ORDERED** at Ft. Myers, Florida, on January 28, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD AND UNREPRESENTED PARTY