UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
: **Chapter 11**
**In re**                                                                 :
: **Case No.: 09-50026 (REG)**
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :
: **(Jointly Administered)**
               **Debtors.**                                          :
: **Ref. Docket No. 8887**
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK  )

SID GARABATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2011, I caused to be served the "Response of Committee with Respect to Bankruptcy Rule 3018(a) Motions Filed by Certain Noteholders and Trustee of General Motors Nova Scotia Finance Company," dated January 27, 2011 [Docket No. 8887], by causing true and correct copies to be:

   a) delivered by electronic mail to those parties listed on the annexed Exhibit A,

   b) delivered by facsimile to the Office of the United States Trustee to the attention of Tracy Hope Davis, Esq. at (212) 668-2255, and

   c) enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sid Garabato*
Sid Garabato

Sworn to before me this
27th day of January, 2011

*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\CLIENTS\GM2\AFFIDAVITS\GM2_RESPONSE OF COMMITTEE RE GM NOVA SCOTIA_DI_8887_AFF_01-27-11.DOC