UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTOR LIQUIDATION COMPANY
(f/k/a GENERAL MOTORS
CORPORATION)

                        Debtor

Case No.: 09-50026 (REG)

Chapter 11

------------------------------------------------------------x

                        Plaintiff

               v.

                        Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel G. Bruce, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Larry Compton, Trustee, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Alaska and, if applicable, the bar of the U.S. District Court for the District of Alaska.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Jan. 13, 2011
Juneau, AK , ~~New York~~

/s/ Daniel Bruce

*Mailing Address*:

Baxter Bruce & Sullivan
P.O. Box 32818
Juneau, AK 99803
*E-mail address*: bankruptcy@baxterbrucelaw.com
*Telephone number*: (907) 789-3166