**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: MOTOR LIQUIDATION COMPANY  
(f/k/a GENERAL MOTORS CORPORATION)

                                       Debtor

Case No.: 09-50026 (REG)

Chapter 11

------------------------------------------------------------x

                                       Plaintiff

                             v.

                                       Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of  Daniel G. Bruce , to be admitted, ***pro hac vice***, to represent  Larry Compton, Trustee , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Alaska  and, if applicable, the bar of the U.S. District Court for the _____ District of  Alaska , it is hereby

      **ORDERED**, that  Daniel G. Bruce , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                                                            UNITED STATES BANKRUPTCY JUDGE