W. Cone Owen, Jr.
SMITH & ALSPAUGH, P.C.
1100 Financial Center
505 20th Street North
Birmingham, AL 35203
205-324-8910
205-324-8929 (f)
cowen@smithalspaugh.com
Attorneys for Creditors Brittany Flack and Rhonda Rainey

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re MOTORS LIQUIDATION CO.,** ) | |
| **et al., f/k/a General Motors Corp, et al.,** ) | |
| ) | **Chapter 11 Case No:** |
| **Debtors** ) | **09-50026 (REG)** |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW W. Cone Owen, Jr., and requests permission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Wesley Frye, as Administrator of the Estate of Rhonda Rainey, deceased, and Tina Kirkwood, the natural mother of Brittany Flack, a minor child, creditors in the above styled case.

I HEREBY CERTIFY that I am a member in good standing of the Alabama State Bar, and the United States District Court for the Northern District of Alabama.

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

This the_____day of January, 2010.


_____
W. Cone Owen, Jr.

SMITH & ALSPAUGH, P.C.
1100 Financial Center
505 20th Street North
Birmingham, AL 35203
205-324-8910
205-324-8929 (f)
cowen@smithalspaugh.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to the following counsel of record via overnight mail, this the_____day of_____, 2010:

Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York, 10153

Ted Stenger
Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, MI 48009

General Motors, LLC
Lawrence S. Buonomo
400 Renaissance Center
Detroit, MI 48265

CALDWATER, WICKERSHAM & TAFT, LLP
John J. Rapisardi
One World Financial Center
new York, New York 10281

Joseph Samarias
U.S. Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Michael J. Edelman
Michael L. Schein
VEDDER PRICE, P.C.
1633 Broadway, 47th Floor
New York, New York 10019

Thomas Moers Mayer
Robert Schmidt
Lauren Macksoud
Jennifer Sharret
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas, New York, New York 10036

Tracy Hope Davis
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

David N. Jones
Natalie Kuehler
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007

Elihu Inselbuch
Rita C. Tobin
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, New York 10152

Trevor W. Swett, III
Kevin C. Maclay
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005

Sander D. Esserman
Robert T. Brousseau
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201

_____
OF COUNSEL