UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                              :         Chapter 11
                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :         Case No. 09-50026 (REG)
    **f/k/a General Motors Corp.,** *et al.*   :
                                                   :
        Debtors.          :         (Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

This is to certify that on January 27, 2011, I caused to be served true and correct copies of *Response by General Motors LLC to Submissions by Billy Ray Kidwell, Pro Se* (with Exhibits A, B, C, D and E), by electronic mail on all parties receiving notice via the Court's ECF System, and upon each of the persons and entities listed on the annexed Exhibit A, by causing copies of same to be delivered *via* Email, overnight mail and/or first class mail delivery, postage prepaid, at the last known addresses as indicated on Exhibit A.

Dated: January 28, 2011
      New York, New York

                                                  Respectfully submitted,

                                                  /s/ Scott Davidson
                                                  Arthur Steinberg
                                                  Scott Davidson
                                                  KING & SPALDING LLP
                                                  1185 Avenue of the Americas
                                                  New York, New York  10036
                                                  Telephone:  (212) 556-2100
                                                  Facsimile:  (212) 556-2222
                                                  Attorneys for General Motors LLC
                                                  f/k/a General Motors Company

**EXHIBIT A**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Attn:  Stephen Karotkin, Esq.
stephen.karotkin@weil.com
Joseph H. Smolinsky, Esq.
joseph.smolinsky@weil.com
Pablo Falabella, Esq.
Pablo.falabella@weil.com

**Motors Liquidation Company**
401 South Old Woodward Avenue, Ste.370
Birmingham, MI  48009
Attn:  Ted Stenger
tstenger@alixpartners.com

**General Motors, LLC**
400 Renaissance Center
Detroit, MI  48265
Attn:  Lawrence S. Buonomo, Esq.
lawrence.s.buonomo@gm.com

**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281
Attn:  John J. Rapisardi, Esq.
john.rapisardi@cwt.com

**U.S. Department of the Treasury**
1500 Pennsylvania Ave. NW - Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.
joseph.samarias@do.treas.gov

**Vedder Price, P.C.**
1633 Broadway - 47th Floor
New York, NY  10019
Attn:  Michael J. Edelman, Esq.
mjedelman@vedderprice.com
Michael L. Schein, Esq.
mschein@vedderprice.com

**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, NY  10036
Attn:  Thomas Moers Mayer, Esq.
tmayer@kramerlevin.com
Robert Schmidt, Esq.
rschmidt@kramerlevin.com
Lauren Macksoud, Esq.
lmacksoud@kramerlevin.com
Jennifer Sharret, Esq.
jsharret@kramerlevin.com

**Caplin & Drysdale**
One Thomas Circle, N.W. - Suite 1100
Washington, DC  20005
Attn:  Trevor W. Swett III, Esq.
tws@capdale.com
Kevin C. Maclay, Esq.
kcm@capdale.com

**Caplin & Drysdale**
375 Park Avenue - 35th Floor
New York, NY  10152-3500
Attn:  Elihu Inselbuch, Esq.
ei@capdale.com

Rita C. Tobin, Esq.
rct@capdale.com

**Stutzman, Bromberg, Esserman & Plifka, P.C**.
2323 Bryan Street - Suite 2200
Dallas, TX  75201
Attn:  Sander L. Esserman, Esq.
esserman@sbep-law.com
Robert T. Brousseau, Esq.
brousseau@sbep-law.com

**U.S. Attorney's Office, S.D.N.Y.**
86 Chambers Street - 3rd Floor
New York, NY  10007
Attn:  David S. Jones, Esq.
david.jones6@usdoj.gov

**Office of the United States Trustee**
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:  Tracey Hope Davis, Esq.

**Billy Ray Kidwell**
5064 Silver Bell Drive
Port Charlotte, FL  33948