UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Motors Liquidation Company ) | |
| ) | |
| Debtor, ) | Case No.: 09-50026 |
| ) | Chapter 11 |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, John Martin Galese, request admission, pro hac vice, before the Honorable Robert E. Gerber, to represent Serra Chevrolet, Inc. and Keystone Automotive, Inc., creditors in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Alabama and, if applicable, the bar of the U.S. District Court for the Northern District of Alabama.

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

Dated this the 19th day of January, 2011.

Respectfully submitted,

_____
John Martin Galese, Esq.
GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
(205) 870-0663
Email: john@galese-ingram.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Motors Liquidation Company          )
                                            )
        Debtor,                             )   Case No.: 09-50026
                                            )   Chapter 11
.                                           )

**ORDER GRANTING ADMISSION TO PRACTICE,
PRO HAC VICE**

Upon the motion of John Martin Galese, to be admitted, pro hac vice, to represent Serra Chevrolet, Inc. and Keystone Automotive, Inc., creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama and, if applicable, the bar of the U. S. District Court for the Northern District of Alabama, it is hereby.

ORDERED, that John Martin Galese is admitted to practice pro hac vice, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York


/s/_____
UNITED STATES BANKRUPTCY JUDGE