

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 EAST 15TH STREET<br>PLANO, TX 75074 |
| Claim Number (if known): | 70555 |
| Date Claim Filed: | 1/10/11 |
| Total Amount of Claim Filed: | $17,567.13 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/19/2011

*Tonya Blackshear*

Print Name: Tonya Blackshear

Title (if applicable): Legal Assistant

US_ACTIVE:\43219392\02\72240.0639