

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | FRISCO ISD TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 EAST 15TH STREET<br>PLANO, TX    75074 |
| Claim Number (if known): | 70551 |
| Date Claim Filed: | 1/10/11 |
| Total Amount of Claim Filed: | $86.31 |

RECEIVED
JAN 2 5 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/19/2011

Print Name: Tonya Blackshear

Title (if applicable): Legal Assistant

US_ACTIVE:¥43219392¥02¥72240.0639