Hearing Date and Time: February 3, 2011 at 9:45 a.m. EST

Judy J. Haywood
448 Hightower Dr
Debary, FL 32713

Home Phone: 386-668-0619
Cell Phone: 386-837-8383
Email Address: brichay@aol.com

Retired salaried employee of General Motors
with unsecured claim for health and life insurance benefits
Claim No. 43262. Page 5, Exhibit A, Debtor's 116th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY, et al.,**                     :    **09-50026**
   f/k/a General Motors Corp., et al.                       :
                                                            :
            Debtors.                                        :
------------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 116TH OMNIBUS OBJECTION TO CLAIMS**, dated December 20, 2010.

I object to this attempt by Motors Liquidation Co. and General Motors to avoid paying any money to retirees who had been promised health and life insurance benefits in retirement. Their request to deny all these claims is unjust and unfair.

Based on our life expectancies, my husband and I will have to pay an estimated $112,000 in health insurance premiums in order to receive the same level of benefits that we had been promised when I was hired at GM.

GM had several options to avoid bankruptcy. The simplest would have been to reduce salaries and benefits of all employees, executives, and retirees by 25% and allow attrition to reduce the number of employees in the company. This would have let the company stay in business while continuing to offer benefits to current employees and retirees at a reduced level. Instead they chose a different road – termination of retiree benefits, layoff of thousands of employees, multiple plant closings, and declaration of bankruptcy. These steps basically left most GM executives with their compensation and employment intact, and laid the bankruptcy burden onto terminated employees and retirees.

I respectfully ask the Court to order that a reasonable settlement, to be determined by the Court, of my claim and the claims of thousands of others like me be honored by Motors Liquidation Co. and General Motors.

Dated: Debary, FL 32713
       January 10, 2011

*Judy J. Haywood*
Judy J. Haywood