KARL PHILIPP MÜLLER
LEBERENSTRASSE 27
CH 8472 SEUZACH
SWITZERLAND

REGISTERED LETTER

Chambers of the Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621, New York
New York 10004-1408

Seuzach, 18th January 2011

Refer:

UNITED STATES BANKRUTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11 Case No.      09-50026 (REG)
In re
MOTORS LIQUIDATION COMPAGNY, et al.,
f/k/a General Motors Corp., et al.
Debtors

Claim information:
My name is      MULLER KARL PHILIPP
Claim No.       9973
Date            10/14/2009
Debtor          Motors Liquidation Company

My claim is like the same as dispatched with date October 2nd 2009 to
THE GARDEN CITY GROUP Inc
Attn: Motors Liquidation Company
PO BOX 9386
Dublin Ohio 43017-4286
and enclosed as a copy at this letter.

Seite 1 von 2

I do not agree the that I get only a fragment of less than 1% of my claim.
At this time January the 18th 2011 I have got EURO 183.39 and my claim is more than US$ 26'000.- (see enclosed copy).

I'm looking forward to hear positive news, for me (as creditor).

Kind regards

*[signature]*

(KARL MULLER)

Attachement: mentioned at script

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One): <br> ☒ Motors Liquidation Company (f/k/a General Motors Corporation) <br> ☐ MLCS, LLC (f/k/a Saturn, LLC) <br> ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) <br> ☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.) | Case No. <br> 09-50026 (REG) <br> 09-50027 (REG) <br> 09-50028 (REG) <br> 09-13558 (REG) | Your Claim is Scheduled As Follows: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **GENERAL MOTORS CORP.**

Name and address where notices should be sent:
**MÜLLER KARL PHILIPP**
**LEBERENSTR. 27**
**CH-8472 SEUZACH; SWITZERLAND**
Telephone number: **+41 52 335 14 20**
Email Address: **karl.mueller@bluewin.ch**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: **10/02/2009**

Name and address where payment should be sent (if different from above):
**SPARKASSE BODENSEE**
**D-78462 KONSTANZ; GERMANY**
**ACCOUNT-No 41 2338**
Telephone number: **+49 7531 285 5 314**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009: **$ 24'204,60**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **MONEY LOANED**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: [redacted]
   3a. Debtor may have scheduled account as: **6/1/09 GM → Motors Liquidation Company**
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
   Describe:
   Value of Property: **$ 2'027,13**   Annual Interest Rate **% 8.375 for 1 year**
   Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____
   Basis for perfection: _____
   Amount of Secured Claim: $ _____   Amount Unsecured: **$ 26'231,73**

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

**attached: COPY of "BUY clarification"**

If the documents are not available, please explain in an attachment.

Date: **10/2/09**   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
**Karl Müller (KARL MÜLLER)**

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

**P.S.   6/2/2009   1 EURO = 1.4238 US $**

*COPY*



**SPARKASSE BODENSEE**
POSTFACH 1880
88008 FRIEDRICHSHAFEN

*15. March 2004*

Postfach 18 80, 88008 Friedrichshafen

HERRN
KARL PHILIPP MÜLLER
LEBERENSTR. 27

CH-8472 SEUZACH

0000 4 0000
0301
0054

FRIEDRICHSHAFEN, 15.03.2004

FRANZ ROTH
VERMÖGENSMANAGEMENT
TELEFON (07531)285-314

**Wertpapierabrechnung Kauf** = *BUY*

| EUR 17.000,00 | 8,375% General Motors Corp. EO-Notes 2003(33) | Kenn-Nr. XS0171943649 |
|---|---|---|

| | | | |
|---|---|---|---|
| Kurs | 114,87 % / Kurs variabel | Depotnummer | 173061 |
| Börse | STUTTGART | Ordernummer | 995S023 |
| Schlusstag | 15.03.2004 | Zinstermin | 5. Juli gzj. |
| Zinsvaluta | 16.03.2004 | mit Kupon | 05.07.2004 |
| Depotgutschrift | Wertpapierrechnung | Endfälligkeit | 05.07.2033 |
| Lagerland | LUXEMBURG | | |
| Kurswert | | | 19.527,90 EUR S |
| Zinsen aus 259 Tagen | | 8,375 % | 1.003,65 EUR S |
| Maklergebühren | | 0,750 %o | 12,75 EUR S |
| Provision | | 0,500 % | 97,64 EUR S |
| Clearinggebühren | *MONETARY VALUE* | | 7,67 EUR S |
| **Lastschrift Konto 41 2338** | Wert 17.03.2004 | | 20.649,61 EUR S |

*17. MARCH*

Mit freundlichen Grüßen

SPARKASSE BODENSEE

Kapitalerträge sind einkommensteuerpflichtig.
Bitte aufbewahren. Kann für steuerliche Zwecke bedeutsam sein.

- Irrtum vorbehalten -
Einwendungen gegen diese Mitteilung müssen unverzüglich erhoben werden.
Die Unterlassung unverzüglicher Einwendung gilt als Genehmigung.