Gerhard Vogt✧Schlüsselwiesen 16✧D-70186 Stuttgart
☎0049711/ 46 20 81

Gerhard Vogt✳Schlüsselwiesen 16✳70186 Stuttgart

18.Januar 2011

Honorable Robert E. Gerber
US Bankruptcy Court, Room 621
One Bowling Green

New York  10004-1408

In re
MOTORS LIQUIDATION COMPANY, et al.,
F/k/a General Motors Corp., et al.    -   Deptors137th  - ECF No.8015

Chapter 11  Case No. 09-50026 (Reg) -   Claim # 65396  unsecured

Sehr geehrter Herr Gerber, sehr geehrte Damen und Herren,
vielen Dank für die Information, dass der Schuldner (Deptor „MLC") vorhat,
meine geltend gemachten Ansprüche abzulehnen.
Im November 2009 wurde ich von meiner Bank (HypoVereinsbank/
UniCreditBank AG, Stuttgart), informiert, dass „GM" einen Insolvenzantrag nach
Chapter 11 gestellt hat. Ich habe meinen Anspruch als Gläubiger von
25.000 € 7,25% „MLC"-Wertpapieren Kenn-Nr. 894450, ISIN: XS0171942757
am 20.November 2009 direkt bei Ihnen  mit dem Formular "Proof of Claim"
angemeldet. Der Betrag in $ ergab inclusive Zins per 1.Juni 2009, Kurs €/$ 1,412
$ 37,627.00 (Anlage).
An Eides statt versichere ich Ihnen, dass ich meinen Anspruch weder bei meiner
Bank, noch der Deutschen Bank AG, der Banque Generale du Luxembourg oder
einer anderen Bank angemeldet habe. Daher bin ich bei keiner Bank, innerhalb
der Anmeldungsfrist im Jahr 2009, als Gläubiger von „MLC" erfasst. Hätte ich die
„MLC"-Anleihe bei der Bank angemeldet, würde mein Gläubiger-Anspruch im
Register TC 3692 ersichtlich sein. Zudem wäre das Wertpapier gesperrt worden,
was in den beiliegenden Depot-Auszügen 2009+2010 zu erkennen wäre. Aus
diesen Gründen bitte ich den Einspruch/Protest des Schuldners zurückzuweisen.

Mit freundlichen Gruss                           3 Anlagen
*[signature]*

Kopien:
Weil, Gotshal & Manges LLP, New York 10153 Attn. Joseph H. Smolinsky
Kramer Levin Naftalis & Frankel LLP, New York 10036 Attn.Lauren Macksoud

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor (Check Only One):<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | Case No.<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Gerhard VOGT**

Name and address where notices should be sent:
**Gerhard VOGT**
**Schlüsselwiesen 16**
**D-70186 Stuttgart**

Telephone number: **0049711-462081**
Email Address: **VOGT.stg@web.de**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $ **37,627** ____

If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** **894450  7,25% Motors Liquidation Co  2003 (2013)**
   **ISIN: XS0171942757**
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe:

Value of Property: $ _____   Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____
Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: **20.11.2009**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
**G Vogt**

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

**Please give me confirmance**

UniCredit Bank AG

# DEPOTAUSZUG

| Seite | Bestand per | Depot-Nr. | Depotinhaber |
|---|---|---|---|
| 2 von 3 | 31.12.2009 | 0473 611038402 | VOGT GERHARD |

| Betreuer | Telefon |
|---|---|
| FRAU ALIBRANDI | 0711 2051-1131 |

| Bestand | Wertpapier | Kurs/Depotpreis | Kurswert in EUR |
|---|---|---|---|
| 25.000 EUR | 7,25% MOTORS LIQUIDATION CO.<br>EO-NOT.03F.3.7.2013(13)    3.7.<br>fällig am: 03.07.2013<br>Kenn-Nr. : 894450 ISIN: XS0171942757<br>VA: Wertpapierrechnung im Treuhandgiroverkehr CSB (Clearstream Banking AG)<br>Lagerland: Luxemburg | 16,00 % | 4.000,00 |

Zwisch...

UniCredit Bank AG

**DEPOTAUSZUG**

| Seite | Bestand per | Depot-Nr. | Depotinhaber |
|---|---|---|---|
| 2 von 2 | 31.12.2010 | 0473 611038402 | VOGT GERHARD |

| Depot | Betreuer | Telefon |
|---|---|---|
| | FRAU ALIBRANDI | 0711/2051-1131 |

| Bestand | Wertpapier | Kurs/Depotpreis | Kurswert in EUR |
|---|---|---|---|
| 25.000 EUR | 7,25% MOTORS LIQUIDATION CO. EO-NOT.03F.3.7.2013(13)   3.7. fällig am: 03.07.2013 Kenn-Nr. : 894450  ISIN: XS0171942757 VA: Wertpapierrechnung im Treuhandgiroverkehr CSB (Clearstream Banking AG) Lagerland: Luxemburg | 27,25 % | 6.812,50 |