# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
In re:                                                     :
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :
        f/k/a General Motors Corp., et al.                 :        Chapter 11
                                                           :        Case No. 09-50026 (REG)
                                                           :        (Jointly Administered)
                         Debtors.                          :
-----------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**        )
                             ) ss
COUNTY OF **SUFFOLK**        )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On January 28, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 8929) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 28th day of
January, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

Specialized Transportation, Inc.
5001 U.S. Highway 30 West
Fort Wayne, Indiana 46818

TRANSFEREE

Longacre Institutional Opportunity Fund, L.P.
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019