> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                               :
**In re**                          :        **Chapter 11 Case No.**
                               :
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.*   :
                               :
                **Debtors.**      :        **(Jointly Administered)**
                               :
-------------------------------------------------------------x

## NOTICE OF DEBTORS' 207TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

**PLEASE TAKE NOTICE** that on January 28, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 207th omnibus objection to expunge certain claims (the "**207th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 207th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 207TH OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 207th Omnibus

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP,

attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C.

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 207th Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 207th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       January 28, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                              :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------x

<u>**DEBTORS' 207TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims with Insufficient Documentation)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**<u>Relief Requested</u>**

1.       The Debtors file this 207th omnibus objection to certain claims (the

"**207th Omnibus Objection to Claims**"), pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus

objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No.

4180), and this Court's order approving the procedures relating to the filing of proofs of claim

(the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging

the claims listed on **Exhibit "A"** annexed hereto.[1]

2.       The Debtors have examined the proofs of claim identified on Exhibit "A"

and have made every effort to ascertain the validity of such claims.  After careful review, the

Debtors have determined that the proofs of claim listed under the heading "*Claims to be

Disallowed and Expunged*" (collectively, the "**Claims with Insufficient Documentation**") fail

to provide sufficient documentation to ascertain the validity of such claims.  Pursuant to section

502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Bar Date Order, the Debtors

seek entry of an order disallowing and expunging from the claims register the Claims with

Insufficient Documentation.  Further, the Debtors reserve all of their rights to object on any other

basis to any Claims with Insufficient Documentation as to which the Court does not grant the

relief requested herein.

---

[1]   Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates
on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.  Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.　　　This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.　　　On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).  On September 15, 2009,

the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs,

which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors

filed their schedules of assets and liabilities and statements of financial affairs.

5.　　　On September 16, 2009, this Court entered an order (ECF No. 4079)

establishing November 30, 2009 as the deadline for each person or entity to file a proof of claim

in the Initial Debtors' cases, including governmental units.  On December 2, 2009, this Court

entered an order (ECF No. 4586) establishing February 1, 2010 as the deadline for each person

or entity to file a proof of claim in the REALM/ENCORE Debtors' cases (except governmental

units, as defined in section 101(27) of the Bankruptcy Code, for which the Court established

April 16, 2010 as the deadline to file proofs of claim).

---

[2]　The Initial Debtors are MLC (f/k/a General Motors Corporation), MLCS, LLC (f/k/a Saturn, LLC), MLCS
Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn
of Harlem, Inc.).

[3]　The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental
Corporate Remediation Company, Inc.

6.      Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The Relief Requested Should Be Approved by the Court

7.      A proof of claim *must* "set forth the facts necessary to support the claim" for it to receive the prima facie validity accorded under the Bankruptcy Rules.  *In re Chain*, 255 B.R. 278, 280 (Bankr. D. Conn. 2000) (internal quotation omitted); *In re Marino*, 90 B.R. 25, 28 (Bankr. D. Conn. 1988); *see Ashford v. Consol. Pioneer Mortgage*, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995), *aff'd* , 91 F.3d 151 (9th Cir. 1996); *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.      The Claims with Insufficient Documentation fall far short of the standard unambiguously required in the Bar Date Order.  Indeed, the Bar Date Order requires, among other things, that a proof of claim must "set forth with specificity the legal and factual basis for the alleged [c]laim [and] include supporting documentation or an explanation as to why such documentation is not available."  (Bar Date Ord. at 2.)[4]

9.      The Debtors have examined the proofs of claim identified on Exhibit "A" and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" do not include sufficient documentation to ascertain the nature or validity of

---

[4]   Notices of the Bar Date Order contained express references to this requirement.

these claims.  Thus, the Debtors request that the Court disallow and expunge in their entirety the

Claims with Insufficient Documentation.

**<u>Notice</u>**

10.     Notice of this 207th Omnibus Objection to Claims has been provided to

each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended

Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing

Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).  The Debtors

submit that such notice is sufficient and no other or further notice need be provided.

11.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated:  New York, New York
          January 28, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALLEN PAYNE<br>3033 CRYSTAL SPRINGS APT 825<br><br>BEDFORD, TX 76021 | 21640 | Motors Liquidation Company | $72,000.00<br>$0.00<br>$0.00<br>$0.00<br>$72,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| ARTHUR PALMER<br>5629 ANTONE RD<br><br>FREMONT, CA 94538<br>UNITED STATES OF AMERICA | 33545 | Motors Liquidation Company | $0.00<br>$0.00<br>$62,865.00<br>$0.00<br>$62,865.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| ARTHUR WALKER<br>7246 N DORT HWY<br><br>MOUNT MORRIS, MI 48458 | 28987 | Motors Liquidation Company | $1,365,000.00<br>$0.00<br>$0.00<br>$0.00<br>$1,365,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| BARTMAN, LUCIA C<br>1354 N FAIRVIEW LN<br><br>ROCHESTER HILLS, MI 48306 | 65519 | Motors Liquidation Company | $0.00<br>$0.00<br>$74,261.00<br>$0.00<br>$74,261.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| BOUGSTY, LARRY J<br>1806 E DAVISBURG RD<br><br>HOLLY, MI 48442 | 21634 | Motors Liquidation Company | $0.00<br>$0.00<br>$3,664.98<br>$0.00<br>$3,664.98 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| BRANT, KENNETH W<br>3275 ANDREWS RD<br><br>RANSOMVILLE, NY 14131 | 33025 | Motors Liquidation Company | $0.00<br>$0.00<br>$1,600.00<br>$0.00<br>$1,600.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BURDICK, ALAN M<br>639 PLUMTREE LN<br><br>FENTON, MI 48430 | 20163 | Motors Liquidation Company | $0.00<br>$0.00<br>$101,514.84<br>$0.00<br>$101,514.84 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| CABALLERO, RAUL C<br>9035 HERSHEY ST<br><br>ROSEMEAD, CA 91770 | 44680 | Motors Liquidation Company | $0.00<br>$0.00<br>$139,560.00<br>$0.00<br>$139,560.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLES WARGEL<br>2804 DUNKIRK<br><br>SAGINAW, MI 48603<br>UNITED STATES OF AMERICA | 62488 | Motors Liquidation Company | $0.00<br>$0.00<br>$22,876.00<br>$0.00<br>$22,876.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLES WARGEL<br>2804 DUNKIRK<br><br>SAGINAW, MI 48603<br>UNITED STATES OF AMERICA | 62489 | Motors Liquidation Company | $0.00<br>$0.00<br>$93,090.00<br>$0.00<br>$93,090.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| CLAIRE D DAWSON<br>5331 E GLENCAIRN LN<br><br>INDIANAPOLIS, IN 46226 | 62533 | Motors Liquidation Company | $0.00<br>$0.00<br>$1,000,000.00<br>$0.00<br>$1,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| CLIFFORD D'AOUST<br>1186 WRIGHT DR<br><br>CLAWSON, MI 48017<br>UNITED STATES OF AMERICA | 31264 | Motors Liquidation Company | $0.00<br>$0.00<br>$47,465.00<br>$0.00<br>$47,465.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANNY C SIMMONS<br>79 MARY DAY AVE<br><br>PONTIAC, MI 48341 | 70598 | Motors Liquidation Company | $0.00  (S)<br>$3,846.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$3,846.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DOLORES OCONNELL<br>8394 JEFFERSON CT.<br><br>WARREN, MI 48093<br>UNITED STATES OF AMERICA | 61778 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$53,570.00  (P)<br>$3,300.00  (U)<br>$56,870.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DON ZELL<br>10563 BLISS COURT<br><br>RENO, NV 89521<br>UNITED STATES OF AMERICA | 32864 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$76,780.00  (P)<br>$0.00  (U)<br>$76,780.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DORSEY, HARVEY G<br>513 LONGFELLOW DR<br><br>TROY, MI 48085 | 29573 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$282,000.00  (P)<br>$0.00  (U)<br>$282,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DOUGLAS W OLLIKAINEN<br>1469 LANCASTER LANE<br><br>ZIONSVILLE, IN 46077 | 47991 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,000,000.00  (P)<br>$0.00  (U)<br>$1,000,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DWYER, WILLIAM J<br>31220 SHERIDAN DR<br><br>BEVERLY HILLS, MI 48025 | 64474 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$280,000.00  (P)<br>$0.00  (U)<br>$280,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, which replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FLADHAMMER, SCOTT<br>6435 W JEFFERSON BLVD<br>#200<br>FORT WAYNE, IN 46804 | 20774 | Motors Liquidation Company | $0.00<br>$0.00<br>$100,000.00<br>$0.00<br>$100,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GABEL, SANDRA L<br>442 W 4TH ST<br>HARBOR SPRINGS, MI 49740 | 64258 | Motors Liquidation Company | $0.00<br>$0.00<br>$1,900.00<br>$0.00<br>$1,900.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GEORGE OCONNELL<br>6 WELLESLEY DR.<br>PLEASANT RIDGE, MI 48069<br>UNITED STATES OF AMERICA | 61777 | Motors Liquidation Company | $0.00<br>$0.00<br>$73,150.00<br>$0.00<br>$73,150.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GRAY MILTON L<br>13159 CHAMPAIGN AVE<br>WARREN, MI 48089 | 45069 | Motors Liquidation Company | $0.00<br>$0.00<br>$25,000.00<br>$0.00<br>$25,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| GRIMALDI, JOHN F<br>152 BEVERLY AVE<br>STATEN ISLAND, NY 10301 | 33213 | MLCS, LLC | $16,000.00<br>$0.00<br>$0.00<br>$0.00<br>$16,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| HALVORSEN, MARGARET D<br>11997 CREEKSTONE WAY<br>ZIONSVILLE, IN 46077 | 61784 | Motors Liquidation Company | $0.00<br>$0.00<br>$1,000,000.00<br>$0.00<br>$1,000,000.00<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HALVORSEN, MARK G<br>11997 CREEKSTONE WAY<br><br>ZIONSVILLE, IN 46077 | 61783 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $1,000,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |
| | | | Unliquidated | | | |
| HARRY GRIM<br>202 WILTSHIRE CT<br><br>EASLEY, SC 29642<br>UNITED STATES OF AMERICA | 23568 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $55,550.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $55,550.00 | (T) | | |
| HENDERSON, RICHARD WILLIAM<br>804 EQUESTRIAN DR<br><br>ROCKWALL, TX 75032 | 64619 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $2,968.50 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $2,968.50 | (T) | | |
| HOWARD, SHEILA<br>3361 PAPAYA RD<br><br>VENICE, FL 34293 | 67462 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $187,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $187,000.00 | (T) | | |
| ILLIKMAN, JAMES A<br>1890 MAGNOLIA DR 19<br><br>COMMERCE TOWNSHIP, MI 48390 | 26602 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $5,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $5,000.00 | (T) | | |
| JERALD W PERRY<br>10334 WHISPERING WINDS ST<br><br>INDIANAPOLIS, IN 46234 | 51125 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $1,000,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN BOWYER<br>264 PICTURE DR<br><br>PLEASANT HILLS, PA 15236 | 26618 | Motors Liquidation Company | $84,260.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$84,260.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| JOHN ECKARDT<br>2320 SOUTHWEST 125TH STREET<br><br>OKLAHOMA CITY, OK 73170 | 33528 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$73,150.00  (P)<br>$0.00  (U)<br>$73,150.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| JOHN P WIZE &<br>NADINE F WIZE JT TEN<br>308 60TH ST<br>HOLMES BEACH, FL 34217 | 70534 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KELLEHER FRANCES L<br>743 HIGH ST<br><br>NATTLEBORO, MA 02760 | 43335 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$106,092.00  (P)<br>$0.00  (U)<br>$106,092.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| KELLEHER, FRANCES L<br>743 HIGH ST<br><br>NATTLEBORO, MA 02760 | 64263 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$106,092.00  (P)<br>$0.00  (U)<br>$106,092.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| LAIR, DAVID W<br>924 S SYCAMORE DR<br><br>GREENFIELD, IN 46140 | 65512 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,000,000.00  (P)<br>$0.00  (U)<br>$1,000,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LINVILLE, BRUCE E<br>673 STONY HILL RD<br><br>HINCKLEY, OH 44233 | 45579 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$55,620.00  (P)<br>$0.00  (U)<br>$55,620.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| LUCRETIA AWILLIAMS<br>13686 TRENTON RD<br>SOUTHGATE, MI 48195 | 19189 | Unknown | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARSHALL E FRANK<br>601 AVON CT<br><br>WASHINGTON, IL 61571 | 70626 | Motors Liquidation Company | | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARSHALL, RONALD D<br>2025 CEDAR HOLLOW DR<br><br>LAPEER, MI 48446 | 28960 | Motors Liquidation Company | $37,963.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$37,963.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| MCMILLIAN, REYNARD R<br>1820 TURNER DR<br>NOLENSVILLE, TN 37135 | 65423 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$5,000.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| MICHAEL E DAVIS<br>800 POOL AVE<br>APT A<br>VANDALIA, OH 45377 | 45054 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$10,900.00  (P)<br>$0.00  (U)<br>$10,900.00  (T) | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MICHAEL PEASEL<br>14001 S HARVEY AVE<br>OKLAHOMA CITY, OK 73170 | 28939 | Motors Liquidation Company | $0.00<br>$0.00<br>$130,000.00<br>$0.00<br>$130,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| MUELLER, DONALD E<br>5300 E TWIN LAKE RD<br>ROSE CITY, MI 48654 | 20879 | Motors Liquidation Company | $0.00<br>$0.00<br>$21,717.00<br>$0.00<br>$21,717.00<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| NECOLE CASH-WEST<br>28095 DANVERS DR<br>FARMINGTN HLS, MI 48334 | 28107 | Motors Liquidation Company | $0.00<br>$0.00<br>$750,000.00<br>$0.00<br>$750,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| NECOLE H CASH-WEST<br>28095 DANVERS DR<br>FARMINGTN HLS, MI 48334 | 28108 | Motors Liquidation Company | $0.00<br>$0.00<br>$750,000.00<br>$0.00<br>$750,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| PEASEL, MICHAEL G<br>14001 S HARVEY AVE<br>OKLAHOMA CITY, OK 73170 | 28940 | Motors Liquidation Company | $0.00<br>$0.00<br>$130,000.00<br>$0.00<br>$130,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |
| PHYLLIS TAYLOR<br>21618 W LARCH DR<br>PLAINFIELD, IL 60544 | 61742 | Motors Liquidation Company | $0.00<br>$0.00<br>$107,400.00<br>$0.00<br>$107,400.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

207th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PIOTROWSKI GRACE M<br>4115 GUNDERSON AVE<br><br>STICKNEY, IL 60402<br>UNITED STATES OF AMERICA | 48406 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$23,544.00  (P)<br>$0.00  (U)<br>$23,544.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br><br>BRADENTON, FL 34203 | 65280 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,216.00  (P)<br>$0.00  (U)<br>$6,216.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br><br>BRADENTON, FL 34203 | 65281 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$4,200.00  (P)<br>$0.00  (U)<br>$4,200.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br><br>BRADENTON, FL 34203 | 65298 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$55,000.00  (P)<br>$0.00  (U)<br>$55,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br><br>BRADENTON, FL 34203 | 65299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$600.00  (P)<br>$0.00  (U)<br>$600.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| RICHARD KNAPP<br>3520 BERKSHIRE EVE COURT<br><br>DULUTH, GA 30097<br>UNITED STATES OF AMERICA | 36968 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$312,400.00  (P)<br>$0.00  (U)<br>$312,400.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RODGERS, TINA M<br>10675 MARTZ RD.<br><br>YPSILANTI, MI 48197 | 23635 | Motors Liquidation Company | | | Insufficient Documentation | Pgs. 1-5 |
| | | | Unliquidated | | | |
| ROEHL, JAMES D<br>1848 E AUGUSTA AVE<br><br>CHANDLER, AZ 85249 | 25360 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $4,386.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $4,386.00 | (T) | | |
| RONALD D MARSHALL<br>2025 CEDAR HOLLOW DR<br><br>LAPEER, MI 48446 | 28961 | Motors Liquidation Company | $9,520.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $9,520.00 | (T) | | |
| ROY CZOP<br>168 HOWELL ST<br><br>PINEBUSH, NY 12566 | 70535 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $960.95 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $960.95 | (T) | | |
| SERVALISH, DIANE M<br>34509 RICHLAND CT<br><br>LIVONIA, MI 48150 | 29545 | Motors Liquidation Company | $97,000.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $100,000.00 | (U) | | |
| | | | $197,000.00 | (T) | | |
| SMITH, MICHAEL J<br>4628 CHAPEL CREEK DR<br><br>PLANO, TX 75024 | 23553 | Motors Liquidation Company | $390,000.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $390,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ST AMAND, JAMES C<br>11 CARTERS LN<br><br>NEWINGTON, NH 03801 | 33509 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25,000.00  (P)<br>$0.00  (U)<br>$25,000.00  (T)<br>Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| STEWART, LARRY L<br>14110 BUECHE RD<br><br>MONTROSE, MI 48457 | 10763 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| UPDYKE, ALLEN L<br>40905 156TH ST E<br><br>LANCASTER, CA 93535 | 61840 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$30,000.00  (P)<br>$0.00  (U)<br>$30,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| WAYNE W OLNEY<br>15923 W. CIMARRON DR.<br><br>SURPRISE, AZ 85374<br>UNITED STATES OF AMERICA | 70597 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 1-5 |
| WHITE, JOHN M<br>PO BOX 94<br><br>LAINGSBURG, MI 48848 | 63769 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM L HORTON<br>1534 S 150 W<br><br>GREENFIELD, IN 46140 | 51122 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,000,000.00  (P)<br>$0.00  (U)<br>$1,000,000.00  (T)<br>Unliquidated | | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WINFREY, JOHNNY W<br>3817 BUTTERNUT DR<br><br>DECATUR, GA 30034 | 61849 | Motors Liquidation Company | $92,015.00 | (S) | Insufficient Documentation | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $92,015.00 | (T) | | |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 67 | | | |
|---|---|---|---|---|
| | | **$2,163,758.00** | (S) | |
| | | **$4,806.95** | (A) | |
| | | **$11,402,132.32** | (P) | |
| | | **$153,300.00** | (U) | |
| | | **$13,723,997.27** | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :        **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :        **09-50026 (REG)**
      **f/k/a General Motors Corp.**, *et al.*  :
                                                            :
           **Debtors.**  :        **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' 207TH OMNIBUS OBJECTION TO CLAIMS
### (Claims with Insufficient Documentation)

Upon the 207th omnibus objection to expunge certain claims, dated January 28, 2011 (the "**207th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), and this Court's order approving the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging the Claims with Insufficient Documentation on the ground that such claims fail to provide sufficient documentation to ascertain the validity of the claims, all as more fully described in the 207th Omnibus Objection to Claims; and due and proper notice of the 207th Omnibus Objection to Claims having been

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 207th Omnibus Objection to Claims.

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the 207th Omnibus Objection to Claims is in the

best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the 207th Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 207th Omnibus Objection to Claims is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be*

*Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved

with respect to, any claim listed on Exhibit "A" annexed to the 207th Omnibus Objection to

Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or

expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____, 2011

_____
United States Bankruptcy Judge