HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Attorneys for DTE Pontiac North, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY f/k/a | : | Case No. 09-50026 (REG) |
| GENERAL MOTORS CORPORATION, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ): SS
COUNTY OF NEW YORK  )

Constance Andonian being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen years and am employed by Hunton & Williams LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On January 28, 2011, I served a true and complete copy of the *Objection of DTE Pontiac North, LLC to Debtors' Motion Pursuant to 11 U.S.C. § 365(a) to Reject Utility Services Agreement* [Docket No. 8944] by electronic mail and United States Postal Service First Class Mail on the parties listed on the annexed service list.

Dated: New York, New York
       January 31, 2011

                                    /s/ Constance Andonian
                                    Constance Andonian

Sworn to before me on this
31st day of January 2011

/s/ Robert A. Rich
Notary Public

Robert A. Rich
Notary Public - State of New York
No. 02RI6221762
Qualified in King County
My Commission Expires May 10, 2014

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq. (harvey.miller@weil.com)
        Stephen Karotkin, Esq. (stephen.karotkin@weil.com)
        Joseph H. Smolinsky, Esq. (joseph.smolinsky@weil.com)

Motors Liquidation Company
401 South Old Woodward Avenue
Suite 370
Birmingham, Michigan 48009
Attn:   Thomas Morrow (tmorrow@alixpartners.com)

General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn:   Lawrence S. Buonomo, Esq. (lawrence.s.buonomo@gm.com)

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq. (john.rapisardi@cwt.com)

United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
Attn:   Joseph Samarias, Esq. (joseph.samarias@do.treas.gov)

Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq. (mjedelman@vedderprice.com)
        Michael L. Schein, Esq. (mschein@vedderprice.com)

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq. (tmayer@kramerlevin.com)
        Robert Schmidt, Esq. (rschmidt@kramerlevin.com)
        Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)
        Jennifer Sharret, Esq. (jsharret@kramerlevin.com)

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq. (ustrustee.program@usdoj.gov)

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
Third Floor
New York, New York 10007
Attn:   David S. Jones, Esq. (david.jones6@usdoj.gov)
        Natalie Kuehler, Esq. (natalie.kuehler@usdoj.gov)

Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, New York 10152-3500
Attn:   Elihu Inselbuch, Esq. (ei@capdale.com)
        Rita C. Tobin, Esq. (rct@capdale.com)
and

One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
Attn:   Trevor W. Swett III, Esq. (tws@capdale.com)
        Kevin C. Maclay, Esq. (kcm@capdale.com)

Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Suite 2200
Dallas, Texas 75201
Attn:   Sander L. Esserman, Esq. (esserman@sbep-law.com)
        Robert T. Brousseau, Esq. (brousseau@sbep-law.com)

99900.01050 EMF_US 34260447v1