```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                          Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, et al.,
 f/k/a General Motors Corp., et al.            09-50026 (REG)

                    Debtors.                   (Jointly Administered)
-----------------------------------------------------------x
```

## ORDER ADMITTING
## JAMES L. MITCHELL TO PRACTICE, P*RO HAC VICE*

James L. Mitchell, a member in good standing of the bar of the state of Texas, and of the bar of the United States District Court for the Northern District of Texas, having requested admission, *pro hac vice*, to represent Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymaker, Deceased, in the above-referenced chapter 11 case;

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED.

2.   James L. Mitchell is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       *January 31*, 2011

                              *s/ Robert E. Gerber*
                              UNITED STATES BANKRUPTCY JUDGE