**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                             :    Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,       :    Case No. 09-50026 (REG)
                                                                  :
        Debtors                                                   :    (Jointly Administered)
------------------------------------------------------------------x


### ORDER GRANTING MOTION FOR ADMISSION, *Pro Hac Vice*

ORDERED, that Jeffrey L. Ingram., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  *January 31, 2011*


           *S/ Robert E. Gerber*
           UNITED STATES BANKRUPTCY JUDGE