**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| 　　Debtors | : | (Jointly Administered) |

------------------------------------------------------------------x


### ORDER GRANTING MOTION FOR ADMISSION, *Pro Hac Vice*

ORDERED, that W. Cone Owen Jr. Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: *January 31, 2011*


　　　*S/ Robert E. Gerber*
　　　UNITED STATES BANKRUPTCY JUDGE