**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,                    :        Case No. 09-50026 (REG)
                                                         :
    Debtors                                            :        (Jointly Administered)
-----------------------------------------------------------------x


**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that David A. Golin Esq., is admitted to practice, ***pro hac vice,*** in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: *January 31, 2011*


    *S/ Robert E. Gerber*
    UNITED STATES BANKRUPTCY JUDGE