**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    Case No. 09-50026 (REG)
                                                               :
          Debtors                                          :    (Jointly Administered)
-----------------------------------------------------------------x


**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that John Martin Galese Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  *January 31, 2011*


     *S/ Robert E. Gerber*
     UNITED STATES BANKRUPTCY JUDGE