**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                   :     Chapter 11
                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :     Case No. 09-50026 (REG)
                                                        :
    Debtors                                          :     (Jointly Administered)
-----------------------------------------------------------------x


**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Daniel G. Bruce Esq., is admitted to practice, ***pro hac vice,*** in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  *January 31, 2011*


　　　*S/ Robert E. Gerber*
　　　UNITED STATES BANKRUPTCY JUDGE