Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,       :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*        :
                                                :
                        Debtors.                :    **(Jointly Administered)**
                                                :
------------------------------------------------------------x

### QUARTERLY REPORT OF CLAIMS SETTLED BY THE DEBTORS DURING THE FISCAL QUARTER ENDING DECEMBER 31, 2010 PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR SETTLING CERTAIN CLAIMS

**PLEASE TAKE NOTICE THAT** on October 6, 2009, the Court entered the Order Pursuant to Section 105(a) of title 11, United States Code and Rules 3007 and 9019(b) of the Federal Rules of Bankruptcy Procedure Authorizing the Debtors to (i) File Omnibus Claim Objections and (ii) Establish Procedures for Settling Certain Claims [Docket No. 4180] (the "**Settlement Procedures Order**").[1] The Settlement Procedures Order authorized the Debtors to implement procedures to settle certain claims absent Court approval.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in Settlement Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Settlement Procedures Order, on or before the 30th day after the commencement of each fiscal quarter, the Debtors are required to file a quarterly report of all settlements of claims into which the Debtors entered during the previous quarter pursuant to the Settlement Procedures Order, but are not required to report settlements if they were the subject of a separate motion pursuant to Bankruptcy Rule 9019.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby report that, during the fiscal quarter ending December 31, 2010, the Debtors entered into the settlements of claims pursuant to the Settlement Procedures Order as set forth on **Exhibit "A"** annexed hereto.

Dated: New York, New York
       January 31, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit "A"**

| | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 1 | 11/30/2010 | RICHARD DOCKSTEADER | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $2,500,000 | 327 |
| 2 | 10/18/2010 | JORGE RAMON GOMEZ | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $800,000 | 69733 1611* |
| 3 | 12/15/2010 | JORGE LUISLINARES LOPEZ | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $950,000 | 203* 204 205 |
| 4 | 11/30/2010 | CAROL A. HELLER | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $40,000 | 1258 |
| 5 | 12/8/2010 | MICHELLE DANIELS | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $1,400,000 | 51085* 51086 51087 51088 51089 |
| 6 | 11/1/2010 | JOSEPH TOOMEY | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $1,200,000 | 45113 |
| 7 | 11/30/2010 | NORMAN P. FORESTER | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $750,000 | 555 |
| 8 | 12/1/2010 | JOANNA CAMPBELL | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $250,000 | 325 |
| 9 | 11/1/2010 | IRENE PORTER | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $500,000 | 43848 |
| 10 | 10/19/2010 | FRANK IRVIN CARTER, JR. | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $100,000 | 5616 |
| 11 | 10/26/2010 | GERARDO POOLE | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $1,500,000 | 447 |
| 12 | 11/30/2010 | BRETT BLANCHARD | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $50,000 | 12917 12918* 12919 |
| 13 | 11/15/2010 | EVGENY FRIEDMAN | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $50,000 | 60606 |
| 14 | 10/8/2010 | ADAM MICHAEL HILL | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $800,000 | 17330* 17480 |
| 15 | 10/8/2010 | DAVID SZYMANAK | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $2,800,000 | 59192 |

| | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 16 | 10/12/2010 | RHONDA K. DAMAS | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $375,000 | 177*<br>178<br>179<br>180<br>181<br>182<br>183<br>58947<br>58948<br>59265<br>59266<br>59267<br>59264 |
| 17 | 10/12/2010 | FLORIAN HINRICHS | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $2,000,000 | 815 |
| 18 | 10/12/2010 | LAWRENCE W. SMITH | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $850,000 | 30433*<br>30434<br>30435<br>30436<br>30437 |
| 19 | 10/12/2010 | ARMESIA THOMAS | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $990,000 | 63245 |
| 20 | 10/12/2010 | JUAN ANTONIO TOBIAS | Tort (product liability) | Claimant to receive allowed general unsecured claims in the amount of $1,500,000 for claim 148, $400,000 for claim 149, and $600,000 for claim 59269 | 148*<br>149*<br>59269*<br>59656<br>59657<br>59659 |
| 21 | 10/12/2010 | DEBRAWOODSON | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $280,000 | 881 |
| 22 | 10/18/2010 | CHAD D. KIER | Tort (product liability) | Claimant to receive allowed general unsecured claims in the amount of $100,000 for claim 4383, $1,150,000 for claim 6128, and $1,000,000 for claim 8358 | 4383*<br>6128*<br>8358* |
| 23 | 10/20/2010 | TAYLOR REID WHITFIELD | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $50,000 | 11756*<br>11757 |
| 24 | 10/22/2010 | DEBRA DAY ASHWORTH | Tort (product liability) | Claimant to receive allowed general unsecured claims in the amount of $50,000 for claim 297, $100,000 for claim 298, $100,000 for claim 299, and $2,250,000 for claim 300 | 297*<br>298*<br>299*<br>300* |
| 25 | 10/27/2010 | IRMA M. AVELAR | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $1,000,000 | 123 |
| 26 | 10/27/2010 | BRITTANY LACOSSE | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $750,000 | 1579 |
| 27 | 10/29/2010 | KENNETH SMITH | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $3,000,000 | 118 |
| 28 | 11/2/2010 | BRYAN & LARINDA HOLTEN | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $2,500,000 | 58671*<br>63821 |

| | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 29 | 11/2/2010 | LUCAS CLINGER SCOTT | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $2,500,000 | 7526* 8322 8376 8377 |
| 30 | 11/3/2010 | PAULA SAVINO | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $212,500 for claim 324 and $212,500 for claim 326 | 324* 326* |
| 31 | 11/12/2010 | MEAGHAN NOTHWEHR | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $1,750,000 | 43327 43328 43329* |
| 32 | 11/17/2010 | GALA DEAN HUNT | Tort (product liability) | Claimant to receive allowed general unsecured claims in the amount of $45,000 for claim 59268 and $180,000 for caliim 58946 | 184 185 59268* 58946* |
| 33 | 11/19/2010 | KEITH LUDOLPH | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $800,000 | 190 |
| 34 | 11/22/2010 | HALEY CHRISTY | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $1,000,000 | 22615* 22616 |
| 35 | 11/30/2010 | NATALIA COOPER | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $800,000 | 882 |
| 36 | 12/6/2010 | WAYNE LEAR | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $100,000 | 34 |
| 37 | 12/8/2010 | ANTHONY DELACRUZ, SR. | Tort (product liability) | Claimant to receive allowed general unsecured claims in the amount of $775,000 for claim 67965 and $25,000 for claim 67966 | 67965* 67966* 67967 67968 67969 68238 |
| 38 | 12/8/2010 | CHRISTOPHER REDDICK | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $600,000 | 85 |
| 39 | 12/9/2010 | KAREN LYNNE MCCHESNEY | Tort (product liability) | Claimant to receive an allowed general unsecured claim in the amount of $700,000 | 64101 |
| 40 | 12/13/2010 | BRITTANY PARKER | Tort (product liability) | Claimant to receive allowed general unsecured claims in the amount of $2,250,000 for 12314 and $500,000 for claim 17777 | 17777* 12314* |
| 41 | 10/4/2010 | ARC SITE PERFORMING PARTIES GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $226,800.00 for claim 44509 | 44509 |
| 42 | 10/8/2010 | NL INDUSTRIES INC. | Environmental | Claimant to receive allowed general unsecured claim in the amount of $500,000 for claim 70247 | 70247 |
| 43 | 10/8/2010 | NL INDUSTRIES INC. | Environmental | Claimant to receive allowed general unsecured claim in the amount of $25,000 for claim 47944 | 47944 |
| 44 | 10/8/2010 | NL INDUSTRIES INC. | Environmental | Claimant to receive allowed general unsecured claim in the amount of $25,000 for claim 47943 | 47943 |
| 45 | 10/18/2010 | A-1 DISPOSAL LANDFILL (OTSEGO) SITE | Environmental | Claimant to receive allowed general unsecured claim in the amount of $375,000 for claim 43452 | 43452 |
| 46 | 10/18/2010 | G & H LANDFILL SITE PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $214,355 for claim 39020 | 39020 |
| 47 | 10/18/2010 | LDI PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $275,475 for claim 38913 | 38913 |

| | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 48 | 10/18/2010 | NCR CORPORATION | Environmental | Claimant to receive allowed general unsecured claim in the amount of $25,000 for claim 59912 | 59912 |
| 49 | 10/18/2010 | NON-PUBLIC-THIRD-PARTY JOINT DEFENSE GROUP IN NJDEP V. OCCIDENTAL | Environmental | Claimant to receive allowed general unsecured claim in the amount of $85,000 for claim 59069 | 59069 |
| 50 | 11/2/2010 | CRS SITE GROUP, FOR THE BENEFIT OF ITS MEMBERS | Environmental | Claimant to receive allowed general unsecured claim in the amount of $698,273 for claim 60694 | 60694 |
| 51 | 11/2/2010 | METAMORA LANDFILL SETTLING PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $974,748 for claim 31997 | 31997 |
| 52 | 11/2/2010 | PARKER HANNIFIN CORPORATION | Environmental | Claimant to receive allowed general unsecured claim in the amount of $10,000 for claim 48385 | 48385 |
| 53 | 11/2/2010 | RASMUSSEN SITE REMEDIATION GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $133,904 for claim 31995 | 31995 |
| 54 | 11/3/2010 | ENVIRONMENTAL CONSERVATION & CHEMICAL | Environmental | Claimant to receive allowed general unsecured claim in the amount of $450,000 for claim 70410 | 70410 |
| 55 | 11/3/2010 | THIRD SITE TRUST FUND | Environmental | Claimant to receive allowed general unsecured claim in the amount of $210,943 for claim 43889 | 43889 |
| 56 | 11/11/2010 | ARIVEC PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $482,858 for claim 70044 | 70044 |
| 57 | 11/11/2010 | PHILIP SERVICES PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $62,120 for claim 1763 | 1763 |
| 58 | 11/11/2010 | PHILIP SERVICES PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $48,664 for claim 1764 | 1764 |
| 59 | 11/17/2010 | LAKE CALUMET CLUSTER SITES GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $331,775 for claim 70483 | 70483 |
| 60 | 11/18/2010 | TRI-CITIES BARREL PRP GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $39,764.70 for claim 48443 | 48443 |
| 61 | 11/23/2010 | WOLVERINE WORLD WIDE, INC., ET AL. | Environmental | Claimant to receive allowed general unsecured claim in the amount of $132,284.78 for claim 19634 | 19634 |
| 62 | 11/24/2010 | COMMERCIAL OIL SERVICES SITE GROUP | Environmental | Claimant to receive allowed general unsecured claim in the amount of $649,927 for claim 58957 | 58957 |

Notes

* The allowed amount referenced in the column titled "Settlement Amount/Terms of Settlement" applies to this proof of claim. The other proofs of claim relating to this settlement have an allowed amount of $0.00.