Patricia Meyer
Box 112
West Olive, MI 49460
269-998-4609

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 20004-1408

January 24, 2011

Judge Robert E. Gerber,

My name is Patricia Meyer and I have a claim against Motors Liquidation, Case No. 09-50026(REG). My claim number is 15927. There has been some confusion about my claim and I would appreciate your help in clearing up this issue. I entered a claim against Motors Liquidation due to tax evasion and no monetary amount was put on the claim. I then received a letter stating that I needed to add a money amount. I sent the paper work back with $500,000 as the money amount to be added to the original claim. Imagine my surprise when I discovered that the amount on 15927 was still zero and I had been assigned another claim number to which the $500,000 was attached now leaving me with two claims where there was really only one.

After talking with Attorney Smolinsky's office I was recently notified that the two claims had been resolved once again into one claim under the original claim number 15927. When I looked up my claim in the Omnibus Objections booklet I was sent I see that I am once again listed as having no monetary listing. Since I was told that a monetary amount must be included I would like this error to be corrected to read $500,00 as was previously stated.

I am also need full disclosure from the GM attorneys about what is happening with my case sent to me as I do not have access to the internet. This information may be sent to the address listed above.

Sincerely,

*Patricia A. Meyer*

Patricia Meyer
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

Cc. The Garden Group, Inc. GM Claims Agent

# Omnibus Objection

# Exhibit A

Twenty-Fifth Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | **SURVIVING CLAIMS** | | | |
| MITCHELL R CANTY<br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br>Official Claim Date 6/19/2009 | 494 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500,000.00 (P)<br>$0.00 (U)<br>$500,000.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | MITCHELL R CANTY<br>8146 REYNOLDSWOOD DRIVE<br>REYNOLDSBURG, OH 43068<br>Official Claim Date 8/18/2009 | 1154 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500,000.00 (P)<br>$0.00 (U)<br>$500,000.00 (T) |
| OHIO TRANSMISSION CORP<br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219<br>Official Claim Date 11/24/2009 | 44634 | Motors Liquidation Company | $0.00 (S)<br>$599,018.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$599,018.00 (T) | Amended and Superseded Claims | Pgs. 1-5 | OHIO TRANSMISSION CORP<br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219<br>Official Claim Date 11/24/2009 | 44633 | Motors Liquidation Company | $0.00 (S)<br>$599,018.00 (A)<br>$0.00 (P)<br>$599,018.00 (U)<br>$599,018.00 (T) |
| PATRICIA MEYER<br>BOX 112<br>WEST OLIVE, MI 49460<br>Official Claim Date 6/16/2009 | 455 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | | PATRICIA MEYER<br>BOX 112<br>WEST OLIVE, MI 49460<br>Official Claim Date 10/26/2009 | 15927 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10