Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                   :   **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :   **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*    :
                                                            :
                    Debtors.                :   **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**QUARTERLY REPORT OF NOTICED *DE MINIMIS* SALES AND CERTAIN
NON-NOTICED *DE MINIMIS* SALES CONSUMMATED BY THE DEBTORS
DURING THE FISCAL QUARTER ENDING DECEMBER 31, 2010 PURSUANT TO
ORDER ESTABLISHING PROCEDURES FOR *DE MINIMIS* ASSET SALES**

**PLEASE TAKE NOTICE THAT** on August 18, 2009, the Court entered the

Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of

*De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume,

Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases [Docket No.

3830] (the "***De Minimis* Asset Sale Procedures Order**").[1]  The *De Minimis* Asset Sale

Procedures Order authorized the Debtors to implement certain procedures to consummate sales

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in *De Minimis* Asset Sale Procedures Order.

of *de minimis* assets outside of the ordinary course of business pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 22 of the *De Minimis* Asset Sale Procedures Order, on or before the 30th day after the commencement of each fiscal quarter, the Debtors are required to file and serve on the Creditors' Committee a report summarizing (i) any Noticed *De Minimis* Sales that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter and (ii) any Non-Noticed *De Minimis* Sales for consideration greater than $250,000 that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter.

**PLEASE FURTHER TAKE NOTICE THAT** the Debtors hereby report that during the fiscal quarter ending December 31, 2010, the Debtors consummated the Non-Noticed *De Minimis* Sales for consideration greater than $250,000 set forth on Exhibit "A". The Debtors further report that no Noticed *De Minimis* Sales were consummated during the fiscal quarter ending December 31, 2010.

Dated: New York, New York
January 31, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit "A"**

| Location | Asset Description | Final Auction Date / Date of Close | Sales Proceeds (000's) | Purchaser | Relationship to Debtor | Address |
|---|---|---|---|---|---|---|
| Grand Rapids Stamping | INGERSOLL 5-AXIS CNC ADJUSTABLE RAIL MACHINING CENTER Mill IR #1: Dual 137.75" x 157.5" Tables, Travels: X - 372.1", Y - 231.1", Z - 39.2", W - 96.4", C - 360 Deg Axis Rotation, B - 360 Deg Axis Rotation; Distance Between Uprights 159.25", 44 Position Tool Storage, Automatic Head Changing Station with 12 Spindles: Nutating Spindle S/N 25796-45; Eight Additional Spindles: Speed Up, Extension, Right Angles; Fanuc 15 M CNC Control, BT GRM-045 (Col O-3) S/N: 25795 | 11/10/2010 | $335,000.00 | Diamond Press Solutions | None | 1611 S. Hanover Ste. 107 Hastings, MI 49058 |
| Grand Rapids Stamping | 1999 SNK HF-5M CNC BRIDGE TYPE MULTI CENTER Mill HF 1; Table 98" x 236", Between Guides 118", Travels: X - 246", Y - 125", Z - 39", W - 66"; 60 Position Automatic Tool Changer, 50 Taper, Dual Arm Changer, GE Fanuc 15-M CNC Control, Mayfran Chip Conveyor, Three (3) Straight Spindles; Two (2) 90 Deg Spindles; BT 135590 / GRM 17852 (Col X-8 Pattern) S/N: 98K1770 / 451666 | 11/10/2010 | $360,000.00 | Diamond Press Solutions | None | 1611 S. Hanover Ste. 107 Hastings, MI 49058 |
| Grand Rapids Stamping | 1999 SNK HF-5M CNC BRIDGE TYPE MULTI CENTER Mill HF 3; Table 98" x 236", Between Uprights 118", Travels: X - 246", Y - 125", Z - 39", W - 66"; 60 Position Automatic Tool Changer, 50 Taper, Dual Arm Changer, GE Fanuc 15-M CNC Control, Mayfran Chip Conveyor, One Straight Spindle; One 90 Degree Spindle, BT 135211 (Col ZA-9 Pattern), Control Disconnected | 11/10/2010 | $325,000.00 | Diamond Press Solutions | None | 1611 S. Hanover Ste. 107 Hastings, MI 49058 |
| Grand Rapids Stamping | 1999 SNK DC-5ASM HIGH SPEED CNC DIE MILLING MACHINE DC#1; Table 98.4" x 196.8", Between Uprights 118.5", Travels: X - 246" (6,250 mm), Y - 179.14" (4,550 mm), Z - 31.5" (800 mm), W - 37.41" (950 mm); 40 Position ATC, Dual Arm Tool Changer, 50 Taper, Spindle Max 6,000 RPM; Fanuc 15 M CNC Control, Straight Spindle & Right Angle Spindle, BT 134945 / GRM17857 (Col B-8) S/N: 451661 / 98K1765 | 11/10/2010 | $325,000.00 | The Narmco Group | None | 3160 Moynahan Dr. Oldcastle, ON N0R1L0 |
| Grand Rapids Stamping | 1999 SNK DC-5ASM HIGH SPEED CNC DIE MILLING MACHINE DC#2; Table 98.4" x 196.8", Between Uprights 118.5", Travels: X - 246" (6,250 mm), Y - 179.14" (4,550 mm), Z - 31.5" (800 mm), W - 37.41" (950 mm); 40 Position ATC, Dual Arm Tool Changer, 50 Taper, Spindle Max 6,000 RPM; Fanuc 15 M CNC Control, Straight Spindle & Right Angle Spindle, BT 134944 / GRM 17858 (Col B-8) S/N: 451662 / 98K1766 | 11/10/2010 | $290,000.00 | Prestige Equipment | None | 35 Pinelawn Rd. Melville, NY 11747 |
| Grand Rapids Stamping | 1999 SNK DC-5ASM HIGH SPEED CNC DIE MILLING MACHINE DC#1; Table 98.4" x 196.8", Between Uprights 118.5", Travels: X - 246" (6,250 mm), Y - 179.14" (4,550 mm), Z - 31.5" (800 mm), W - 37.41" (950 mm); 40 Position ATC, Dual Arm Tool Changer, 50 Taper, Spindle Max 6,000 RPM; Fanuc 15 M CNC Control, Straight Spindle & Right Angle Spindle, BT 134943 / GRM17859 (Col A-10) S/N: 451663 / 98K1767 | 11/10/2010 | $320,000.00 | Franchino Mold And Enginee | None | 5867 West Grand River Ave. Lansing, MI 48906 |
| Grand Rapids Stamping | 2004 SNK CMV-150/5 CNC 5-AXIS TILTING HEAD VERTICAL & HORIZONTAL MACHINING CENTER Mill CMV_01, Dual Pallets 59" x 59", Articulated Axis, Travels: X - 78.7", Y - 60.2", Z - 66.9", A1 - 150 Deg, C1 - 365 Deg; 50 Position ATC, 50 Taper, Spindle Nose to Table 55.1", Fanuc 15iMB CNC Control, BT 100000536 (Col ZA-9 Pattern) S/N: A4K2644 | 11/10/2010 | $350,000.00 | Dasco Engineering Corp. | None | 24747 Crenshaw Blvd. Torrance, CA 90505 |
| Grand Rapids Stamping | TOSHIBA BFD-180 CNC HORIZONTAL DIE MILLING MACHINE Toshiba #1 - Boring Spindle Diameter 7.09", Travels: Z-Axis (Ram) 35.43", W-Axis (Boring Spindle Travel) 27.56", Ram & Boring Spindle Travel 62.99", V-Axis (Table Travel) 49.21", Y-Axis (Headstock Vertical Travel) 125.98", X-Axis (Column Horizontal Travel) 244.09"; Table 120" x 182", Spindle Motor 100 HP, Spindle Speeds 10-2,000; 60 Position ATC, Automatic Spindle Changer, 6 Spare Spindles, BT 134954 (COL B-5) S/N: 910102 | 11/10/2010 | $280,000.00 | Diamond Press Solutions | None | 1611 S. Hanover Ste. 107 Hastings, MI 49058 |
| Grand Rapids Stamping | TOSHIBA BFD-180 CNC HORIZONTAL DIE MILLING MACHINE Toshiba #2 - Boring Spindle Diameter 7.09", Travels: Z-Axis (Ram) 35.43", W-Axis (Boring Spindle Travel) 27.56", Ram & Boring Spindle Travel 62.99", V-Axis (Table Travel) 49.21", Y-Axis (Headstock Vertical Travel) 125.98", X-Axis (Column Horizontal Travel) 244.09"; Table 120" x 182", Spindle Motor 100 HP, Spindle Speeds 10-2,000; 60 Position ATC, Automatic Spindle Changer, 5 Spare Spindles including Nutating, BT 134829 (Col H-2) S/N: 910100 | 11/10/2010 | $255,000.00 | Hadanich MacHine Manufact | None | 101 Berry Road Washington, PA 15301 |
| Grand Rapids Stamping | TOSHIBA BFD-180 CNC HORIZONTAL DIE MILLING MACHINE Toshiba #3 - Boring Spindle Diameter 7.09", Travels: Z-Axis (Ram) 35.43", W-Axis (Boring Spindle Travel) 27.56", Ram & Boring Spindle Travel 62.99", V-Axis (Table Travel) 49.21", Y-Axis (Headstock Vertical Travel) 125.98", X-Axis (Column Horizontal Travel) 244.09"; Table 120" x 182", Spindle Motor 100 HP, Spindle Speeds 10-2,000; 60 Position ATC, Automatic Spindle Changer, 4 Spare Spindles, BT 134828 / GRM L000037 (Col J-3) S/N: 910101 | 11/10/2010 | $255,000.00 | Hadanich MacHine Manufact | None | 101 Berry Road Washington, PA 15301 |
| Grand Rapids Stamping | CLEARING TSE8-3000-1500-216-108 4500 TON STRAIGHT SIDE TRANSFER PRESS Press GG 1; Tonnage: Station 1 - 3000 / Station 2 - 1500; Stroke: Station 1 - 26" / Station 2 - 37"; Strokes per Minute 6-9; Bed 108" x 216" (both Stations); Motorized Adjustment 12"; TP 2100 Clutch; Dual Front Back Rolling Bolsters 108" x 216", BT 134033, Schuler Material Conveyor (COL H-41) | 11/10/2010 | $275,000.00 | Diamond Press Solutions | None | 1611 S. Hanover Ste. 107 Hastings, MI 49058 |
| Livonia Powertrain | Lot of assorted equipment at MLC Livonia | 12/8/2010 | $658,000.00 | International Industrial Contra | None | 35900 Mound Rd. Sterling Heights, MI 48310 |
| Grand Rapids Stamping | Lot of asst presses & cranes | 11/24/2010 | $795,000.00 | International Industrial Contra | None | 35900 Mound Rd. Sterling Heights, MI 48310 |
| Pontiac Stamping | Amino Press line including (1) Amino FFPS30WB 3000 ton fluid forming press and (2) Amino FP800 800 ton link servo presses | 10/27/2010 | $410,000.00 | International Machinery | None | 326 Patillo Rd. Tecumseh, ON N8N 2L9 |
| Flint North | 1 1/4" National Cold Former model #1250 | 10/12/2010 | $400,000.00 | GMCH Grand Rapids | GM Company | Not available |
| Flint North | 1 1/4" National Cold Former model #1250 | 10/12/2010 | $400,000.00 | GMCH Grand Rapids | GM Company | Not available |