RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Joon P. Hong
Neil S. Binder

*Attorneys for Goldman Sachs & Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: <br><br> MOTORS LIQUIDATION COMPANY, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> Jointly Administered |

**CERTIFICATE OF SERVICE**

This is certify that on February 1, 2011, I caused to be served true and correct copies of the **Joinder of Goldman Sachs & Co. to Amended Motion of Certain Noteholders Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary Allowance of the Nova Scotia Guaranty Claims for the Purpose of Voting to Accept or Reject the Plan** via electronic mail on all parties receiving notice via the Court's ECF System.

This is to certify that on February 1, 2011, I caused to be served true and correct copies of the **Joinder of Goldman Sachs & Co. to Amended Motion of Certain Noteholders Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary Allowance of the Nova Scotia Guaranty Claims for the Purpose of Voting to Accept or Reject the Plan** by hand on all counsel listed on the annexed Exhibit A.

-2-

This is to certify that on February 1, 2011, I caused to be served true and correct copies of the **Joinder of Goldman Sachs & Co. to Amended Motion of Certain Noteholders Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary Allowance of the Nova Scotia Guaranty Claims for the Purpose of Voting to Accept or Reject the Plan** by electronic mail on all parties listed in the annexed Exhibit B.

Dated: New York, New York
       February 1, 2011

                                      RICHARDS KIBBE & ORBE LLP

                                      /s/ Neil S. Binder
                                      Joon. P. Hong
                                      Neil S. Binder
                                      One World Financial Center
                                      New York, New York 10281
                                      Telephone: (212) 530-1800
                                      Facsimile: (212) 530-1801

# **EXHIBIT A**

Stephen Karotkin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Brian Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York, New York 10017

# **EXHIBIT B**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Joseph H. Smolinsky, Esq.
        Joseph.Smolinsky@weil.com
        Harvey Miller, Esq.
        Harvey.Miller@weil.com


Motors Liquidation Company
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn:   Ted Stenger
        tstenger@alixpartners.com


General Motors, LLC
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
Attn:   Lawrence S. Buonomo, Esq.
        Lawrence.S.Buonomo@gm.com


Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.
        John.Rapisardi@cwt.com


U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W – Room 2312
Washington, DC 20220
Attn:   Joseph Samarias, Esq.
        Joseph.Samarias@do.treas.gov.


Vedder Price, P.C.
1633 Broadway – 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
        mjedelman@vedderprice.com
        Michael L. Schein, Esq.
        mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Robert Schmidt, Esq.
        rschmidt@kramerlevin.com
        Lauren Macsoud, Esq.
        lmacksoud@kramerlevin.com
        Jennifer Sharret, Esq.
        jsharret@kramerlevin.com


Caplin & Drysdale
One Thomas Circle, N.W. – Suite 1100
Washington, DC 20005
Attn:   Trevor W. Swett III, Esq.
        tws@capdale.com
        Kevin C. Maclay, Esq.
        kcm@capdale.com


Caplin & Drysdale
375 Park Avenue – 35th Floor
New York, New York 10152-3500
Attn:   Elihu Inselbuch, Esq.
        ei@capdale.com
        Rita C. Tobin, Esq.
        ret@capdale.com


Stutzman, Bromber, Esserman & Plifka, P.C.
2323 Bryan Street – Suite 2200
Dallas, Texas 75201
Attn:   Sander L. Esserman, Esq.
        esserman@sbep-law.com
        Robert T. Brousseau, Esq.
        brousseau@sbep-law.com


U.S. Attorney's Office, S.D.N.Y
86 Chambers Street – 3rd Floor
New York, New York 1007
Attn:   David S. Jones, Esq.
        David.Jones6@usdoj.gov
        Natalie Kuehler, Esq.
        Natalie.Kuehler@usdoj.gov

Butzel Long
380 Madison Avenue
New York, New York 10017
Attn:   Barry Seidel, Esq.
        Seidelb@butzel.com
        Katie L. Cooperman, Esq.
        Cooperman@butzel.com


Greenberg Traurig
200 Park Avenue
New York, New York 10166
Attn:   Bruce R. Zirinsky, Esq.
        Zirinskyb@gtlaw.com
        Nancy A. Mitchell, Esq.
        Mitchelln@gtlaw.com
        John H. Bae, Esq.
        Baej@gtlaw.com
        Gary D. Ticoll, Esq.
        Ticollg@gtlaw.com


Akin Gump Strauss Hauer & Fed
One Bryant Park
New York, New York 10036
Attn:   Daniel G. Golden, Esq.
        dgolden@akingump.com
        Philip C. Dublin, Esq.
        pdublin@akingump.com
        Natalie E. Levine, Esq.
        nlevine@akingump.com