REQUEST FOR AN EXTENSION UNTIL FEB 4, 2011 TO RESPOND TO DEFENDANT GENERAL MOTORS AND MOTORS LIQUIDATION OPPOSITION PAPERS DUE TO ATTORNEY THAT I WAS CONSULTING WITH WAS NOT AVAILABLE DUE TO BAD WEATHER.
DAVE SHOSTACK
to:
gerber.chambers
01/28/2011 03:00 PM
Show Details

January 28, 2011

*Endorsed Order:*

*Granted.*

*S/Reg*
*USBJ*
*2/1/11*

Justice Gerber

Southern District Bankruptcy Court

Bowling Green Way

New York , NY

RE: Dave Shostack v. Motors Liquidation Company Et Al.

Index. No: 09-50026 (REG)

Dear Justice Gerber:

I am still in the process of preparing a rebuttal to Defendant's Opposition to my Motion to lift the automatic stay against Defendant Motors Liquidation Company and General Motors due to the fact that an attorney that I was consulting with was not available due to bad weather.

Therefore I am respectfully requesting a few more days to respond to Defendant's Opposition papers. Can you give me until Feb 4, 2011 to respond?

Thanking you in advance for your understanding.

Sincerely,

Dave Shostack

(631) 864-2656