## **EXHIBIT C**

(Trustee's Objection to Claim)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                                    Bankruptcy Case No. 08-65060-TJT
                                                                          Chapter 7
MICRO-HEAT, INC.                                                          Hon. Tucker

       Debtor.
_____/

### TRUSTEE'S OBJECTIONS TO CLAIM NUMBER 67 FILED BY GENERAL MOTORS CORPORATION

**BASIL T. SIMON**, by and through his attorneys, Simon, Stella & Zingas, P.C., states as follows:

1. Debtor filed its Chapter 11 bankruptcy petition on October 13, 2008 ("Petition Date"). On November 13, 2008, the Chapter 11 case was converted to a case under Chapter 7 and Basil T. Simon was appointed the Chapter 7 Trustee.

2. As of the Petition Date, the Debtor was engaged in extensive litigation with the claimant, General Motors Corporation ("GM") in the Oakland County Circuit Court ("Litigation").

3. GM filed its claim herein on March 31, 2009 asserting a claim in the minimum aggregate amount of $21,109,539.90.

4. In support of its claim, GM attached as Exhibit "A" a summary of the claims it purportedly holds against the Debtor and/or the bankruptcy estate. Upon information and belief, many of these claims are identical to claims, affirmative defenses or other defenses asserted by GM in the Litigation.

5. The Trustee objects to GM"s claim for the following reasons:
   a) the claim is contingent, unliquidated and unenforceable against the Debtor

and property of the bankruptcy estate under applicable law.

        b)    the claim is not supported by documentation sufficient to permit the Trustee to make a determination of its validity and/or amount.

        c)    The claim is not supported based on the discovery conducted in the Litigation before GM filed its own bankruptcy petition.

6.    Trustee asserts that GM's claim should therefore be disallowed in its entirety.

**WHEREFORE,** Trustee prays that this Court enter and order sustaining his objections to GM's claim and grant such other and further relief as this Court deems just and equitable.

SIMON, STELLA & ZINGAS, P.C.

Date:  September 2, 2009

/S/ Stephen P. Stella
BY: STEPHEN P. STELLA (P33351)
Attorney for Trustee
422 W. Congress, Ste. 400
Detroit, MI 48226
(313) 962-6400
attorneystella@sszpc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                              Bankruptcy Case No. 08-65060-TJT
                                                    Chapter 7
MICRO-HEAT, INC.                                    Hon. Tucker

    Debtor.
_____/
                                                      (PROPOSED ORDER)

## ORDER REGARDING TRUSTEE'S OBJECTIONS TO CLAIM NUMBER 67 FILED BY GENERAL MOTORS CORPORATION

This matter having come before the Court upon the Trustee's Objections To Claim Number 67 Filed by General Motors Corporation; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Trustee's objection to Claim Number 67 filed by General Motors Corporation in the amount of $21,109,539.90 be and hereby is sustained and said claim is disallowed in its entirety.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                          Bankruptcy Case No. 08-65060-TJT
                                                                Chapter 7
MICRO-HEAT, INC.                                                Hon. Tucker

      Debtor.
_____/

## NOTICE OF OBJECTION TO CLAIM

BASIL T. SIMON, TRUSTEE, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before October 5, 2009, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:
   U.S. Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, Michigan 48226

   If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

   You must also mail a copy to:
   Trustee - Basil T. Simon, 422 W. Congress, Ste. 400, Detroit, MI 48226
   Objector's attorney - Stephen P. Stella, Esq., 422 W. Congress, Ste. 400, Detroit, MI 48226

2. Attend the hearing on the objection, scheduled to be held on October 14, 2009 at 9:00 a.m. in Courtroom 1925, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Dated:  9-2-09
                                                                                                   _/s/ Stephen P. Stella_____
                                                                                                   STEPHEN P. STELLA  (P33351)
                                                                                                   Attorney for Trustee
                                                                                                   422 W. Congress, Suite 400
                                                                                                   Detroit, MI 48226
                                                                                                   313/962-6400; attorneystella@sszpc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                          Bankruptcy Case No. 08-65060-TJT
                                                Chapter 7
MICRO-HEAT, INC.                                Hon. Tucker

      Debtor.
_____/

## PROOF OF SERVICE

STATE OF MICHIGAN)
                    )
COUNTY OF WAYNE)

     ANTINETTE GATY, being first duly sworn, deposes and says that on the 2nd day of September, 2009 she served a copy of Trustee's Objections To Claim Number 67 Filed By General Motors Corporation, Notice of Objections To Claim, proposed Order Regarding Trustee's Objections To Claim Number 67 Filed By General Motors Corporation and this Proof of Service to the following:

Karyn A. Thwaites, Esq.
31700 Middlebelt Rd.
Farmington Hills, MI 48334

by placing same in a U.S. mail receptacle in Detroit, Michigan, first class, postage prepaid.

|  |  |
|---|---|
|  | /S/ Antinette Gaty |
|  | ANTINETTE GATY |
| Subscribed and sworn to before me | 422 W. Congress, Ste. 400 |
| this 2nd day of September, 2009 | Detroit, MI 48226 |
|  | (313) 962-6400 |
| /S/ Stephen P. Stella | attorneystella@sszpc.com |
| STEPHEN P. STELLA, Notary Public | Assistant to Stephen P. Stella |
| Oakland County, Michigan |  |
| My commission expires: 11-18-11 |  |