## **EXHIBIT D**

(Stay Order)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MICRO-HEAT, INC.,

Case No. 08-65060
Chapter 7
Judge Thomas J. Tucker

Debtor.
_____/

### ORDER STAYING FURTHER PROCEEDINGS ON THE TRUSTEE'S OBJECTION TO THE CLAIM OF GENERAL MOTORS CORPORATION (NOW KNOWN AS MOTORS LIQUIDATION COMPANY)

This case came before the Court for hearing on November 18, 2009 on the Chapter 7 Trustee's objection to claim entitled "Trustee's Objections to Claim Number 67 Filed by General Motors Corporation,"(Docket # 201). General Motors Corporation, now known as Motors Liquidation Company ("GM"), appeared at the hearing through counsel, as did counsel for the Trustee. Confirming action taken during the hearing, and for the reasons stated by the Court during the hearing,

IT IS ORDERED that further proceedings on the Trustee's objection to Claim No. 67 filed by GM, are stayed until relief from stay is obtained from the United States Bankruptcy Court of the Southern District of New York in the pending bankruptcy case filed by GM, or until the automatic stay arising from the filing of that case is otherwise terminated or modified, so as to permit litigation of the Trustee's objection to the GM claim.

IT IS FURTHER ORDERED that the Trustee must promptly notify the Court in writing, by filing a request for hearing, when and if he obtains relief from the automatic stay or if the automatic stay is otherwise terminated or modified as described in the preceding paragraph of this Order.

**Signed on November 19, 2009**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**