BARNES & THORNBURG LLP
Attorneys for M-Heat Investors, LLC
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11 Case No.
In re :
: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*, :
    f/k/a General Motors Corp., *et al*. : (Jointly Administered)
:
    Debtors. :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

Document Served:  -  **JOINT OBJECTION OF M-HEAT INVESTORS, LLC AND CHAPTER 7 TRUSTEE OF MICRO-HEAT, INC. TO CONFIRMATION OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

The undersigned certifies that he served a copy of the documents listed above upon the parties listed on the attached Exhibit A by Federal Express, on the date indicated below.

Date of Service: February 1, 2011      I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

## EXHIBIT A

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mr. Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue, Ste. 370
Birmingham, MI 48009

Lawrence S. Buonomo, Esq.
General Motors LLC
400 Renaissance Center
Detroit, MI 48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Joseph Samarias, Esq.
United States Department of Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington, D.C. 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Hon. Robert E. Gerber
U. S. Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408

GRDS01 415349v1