RECEIVED
JAN 3 1 2011
U.S. ... SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RE:    GM MOTORS CORP.,

Debtor.                                                    Case No.:  09-50026

_____/

## JANE P. CARTER'S RESPONSE TO
## DEBTOR'S 112 OMNIBUS OBJECTION TO CLAIMS

NOW COMES Jane Carter, and in response to Debtor's 112 Omnibus Objection to Claims, states as follows:

1.  Please see my attached Affidavit.

2.  Please see my attached Proof of Claim form.

3.  I believe this provides sufficient documentation for my claim.

Respectfully submitted,

*Jane Carter*

Jane Carter

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT     Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>GM Motors Corp. | Case Number:<br>09-50026 (REG) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Jane Carter | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>41365 Janet Circle<br>Clinton Township, MI 48038<br><br>Telephone number:<br>(586) 228-8527 | Court Claim Number: __7065_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**     $_____846.67/per month_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** __pension_____<br>(See instruction #2 on reverse side.) | |
| **3. Last four digits of any number by which creditor identifies debtor:** __2102_____ | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>**Describe:**<br><br>**Value of Property:**$_____  **Annual Interest Rate___%**<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: Creditor's Response/Affidavit of Jane Carter | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | FOR COURT USE ONLY |
|---|---|---|
| Date:<br>01/21/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Jane P. Carter – 1-21-11* | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## AFFIDAVIT OF JANE CARTER

STATE OF MICHIGAN)

) ss

COUNTY OF _____ )

I, Jane Carter, being duly sworn, deposes and says as follows:

1.      That I worked for General Motors for approximately 18 years.

2.      That I retired from General Motors in 1991.

3.      My position at the time I retired from General Motors was a secretary in the Patent Section (which I now believe is part of the Law Department), which was located in General Motors' offices at New Center One on Grand Boulevard in Detroit, Michigan.

4.      I started receiving my pension from General Motors in 1991.

5.      I have been receiving my pension payments every month.

6.      My current monthly pension payment from General Motors is ~~$813.07.~~ $846.67 *jc*

7.      The last four digits of my Social Security Number are 2102.

8.      I received a copy of "Notice of Debtors' 112th Omnibus Objection to Claims" in the mail recently, and had to have a lawyer explain it to me.

9.      That it is my understanding that General Motors is trying to stop my pension payments.

10.     That I have been receiving these pension payments on a monthly basis for about 20 years, and my current address is 41365 Janet Circle, Clinton Township, Michigan 48038.

11.     That I did not receive a form or any request for information from General Motors or the Bankruptcy Court, but I have received other documents from the Bankruptcy Court from time to time.

12.     Sometimes the mail from the Bankruptcy Court had been mis-delivered to some of my neighbors. However, some of them bring me the mis-delivered mail, but I suspect that some of them do not bring it to me.

13.     I am submitting the attached Bankruptcy Court Proof of Claim Form which I hope will be sufficient documentation and information for the Court and General Motors to continue my pension payments.

14.     If anyone needs additional information, I may be contacted at 41365 Janet Circle, Clinton Township, Michigan 48038, or by phone at (586) 228-8527.

Further deponent sayeth not.

_____
JANE CARTER

Subscribed and sworn to before me this
___17th___ day of ___January___, 2011

_____
Notary Public
___Macomb___ County, Michigan
My Commission Expires: _1st April 2014_

RAMESH C PATEL
Notary Public, State of Michigan
County of Macomb
My Commission Expires Apr. 1, 2014
Acting in the County of  Macomb

1554139_1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RE:   GM MOTORS CORP.,

Debtor.                                                    Case No.: 09-50026

_____/

**JANE P. CARTER'S RESPONSE TO
DEBTOR'S 112 OMNIBUS OBJECTION TO CLAIMS**

Erica Upcott, certifies and states that on the 26th day of January, 2011, she served a copy

of Jane P. Carter's Response to Debtor's 112 Omnibus Objection to Claims and this Proof of

Service upon all counsel of record by mailing the same to them at the respective business

addresses as disclosed by the pleadings of record herein and by depositing same in the United

States mail with postage fully prepaid thereon.


Erica Upcott
Erica Upcott


JAN 3 1 2011


1566977_1