# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | SEITZ, WILLIAM R<br>6811 DEADSTREAM RD<br>HONOR, MI   49640 |
| Claim Number (if known): | 45979 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $78,644.00 |

RECEIVED JAN 31 2011

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 01/14/11

Signature: *William R. Seitz*

Print Name: William R. Seitz

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639