

People. Power. Performance.

January 28, 2011

Via FedEx

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:    *Motors Liquidation., et al.*
Case Co.:  09-50026 REG**

Dear Mr. Diamond:

Enclosed please find a claim withdrawal on behalf of New York State Department of Taxation and Finance. The total claimed amount is $163,044.45.  Please docket this claim withdrawal on the court website in connection with the above reference case.

Thank you for your assistance.

JAN 31 2011

Very truly yours,

/s/ Alison Moodie
Alison Moodie
Project Supervisor
631-470-5176

Enclosures



**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

January 26, 2011

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
General Motors Corporation
c/o The Garden City Group, Inc
105 Maxess Road
Melville, NY 11747

Re:  Claim withdrawal for Motors Liquidation Company, General Motors Corp
     Docket #:  09-50028

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 6th Amended Administrative Expense proof of claim in the amount of $163,044.45 with a statement date of 07/19/2010. There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,


Tax Compliance Representative

cc: David Demeter
    Neal Mann