**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                     :

In re                              :         **Chapter 11 Case No.**
                                     :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :        **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.*   :
                                     :

                       **Debtors.**     :         **(Jointly Administered)**
                                     :
------------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 3, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.**      **CONTESTED MATTERS**

    **1.**      Debtors' Objection to Proofs of Claim Nos. 16440 and 16441 filed by Michael A. Schwartz (**ECF No. 8179**)

        Responses Filed:

        A.      Saturn Plaintiffs' Memorandum of Law in Opposition to Debtors' Objection to Proofs of Claim Nos. 16440 and 16441 (**ECF No. 8893**)

        Replies Filed:

        B.      Debtors' Reply in Support of Objection to Proofs of Claim No. 16440 and 16441 filed by Michael A. Schwartz (**ECF No. 8973**)

        Additional Documents:

        C.      Declaration of Michael A. Schwartz in Support of the Saturn Plaintiffs' Opposition to Debtors' Objection to Proofs of Claim Nos. 16440 and 16441  (**ECF Nos. 8894 and 8895**)

        **Status:**        This matter is going forward.

2.    Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 8371**)

Responses Filed:

A.    Debtors' Opposition to Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 8892**)

Replies Filed:

B.    Reply to Debtors' Opposition to Judd Wiesjahn and Annalisa Sand's Motion to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 9029**)

Additional Documents:

C.    Declaration of Martin Stanley in Support of Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 8373**)

**Status:**    This matter is going forward.

3.    Motion of Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, Pursuant to Bankruptcy Rule 3018(a) for the Temporary Allowance of Its Claim Solely for Purposes of Voting on the Debtors' Proposed Plan of Reorganization (**ECF No. 8526**)

Responses Filed:

A.    Omnibus Objection of Debtors to Motions of (i) Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, (ii) Certain Noteholders, and (iii) Morgan Stanley & Co. International PLC Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Temporary Allowance of Claims for Purpose of Voting to Accept or Reject the Plan (**ECF No. 8885**)

B.    Response of Committee with Respect to Bankruptcy Rule 3018(a) Motions filed by Certain Noteholders and Trustee of General Motors Nova Scotia Finance Company (**ECF No. 8887**)

Replies Filed:

C.    Reply of Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, to Omnibus Objection of Debtors to Motions of (I) Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, (II) Certain Noteholders

and (III) Morgan Stanley & Co. International PLC Pursuant to
Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for
Temporary Allowance of Claims for Purposes of Voting to Accept
or Reject Debtors' Plan  (**ECF No. 8974**)

<u>Additional Documents</u>:        None to date.

**<u>Status</u>:**        This matter is going forward.

4.    Amended Motion of Certain Noteholders Pursuant to Rule 3018(a) of the
Federal Rules of Bankruptcy Procedure for Temporary Allowance of the
Nova Scotia Guaranty Claims for the Purpose of Voting to Accept or
Reject the Plan (**ECF No. 8535**)

<u>Responses Filed</u>:

A.    Omnibus Objection of Debtors to Motions of (i) Green Hunt
Wedlake, Inc., Trustee of General Motors Nova Scotia Finance
Company, (ii) Certain Noteholders, and (iii) Morgan Stanley & Co.
International PLC Pursuant to Rule 3018(a) of the Federal Rules of
Bankruptcy Procedure for Temporary Allowance of Claims for
Purpose of Voting to Accept or Reject the Plan (**ECF No. 8885**)

B.    Response of Committee With Respect to Bankruptcy Rule 3018(a)
Motions Filed by Certain Noteholders and Trustee of General
Motors Nova Scotia Finance Company (**ECF No. 8887**)

<u>Replies Filed</u>:        None to date.

<u>Additional Documents</u>:

C.    Joinder of Morgan Stanley & Co. International PLC to Amended
Motion of Certain Noteholders Pursuant to Rule 3018(a) of the
Federal Rules Of Bankruptcy Procedure for Temporary Allowance
of the Nova Scotia Guaranty Claims for the Purpose of Voting to
Accept or Reject the Plan (**ECF No. 8794**)

D.    Joinder of Certain Noteholders of General Motors Nova Scotia
Finance to Amended Motion of Certain Noteholders Pursuant to
Rule 3018(A) of the Federal Rules of Bankruptcy Procedure for
Temporary Allowance of the Nova Scotia Guaranty Claims for the
Purpose of Voting to Accept or Reject the Plan (**ECF No. 8879**)

E.    Joinder of Goldman Sachs & Co. to Amended Motion of Certain
Noteholders Pursuant to Rule 3018(a) of the Federal Rules of
Bankruptcy Procedure for Temporary Allowance of the Nova

Scotia Guaranty Claims for the Purpose of Voting to Accept or Reject the Plan (**ECF No. 9020**)

> **Status:**    This matter is going forward.

**5.**    Debtors' Objection to Proof of Claim No. 65304 filed by Amiel D. Foley (**ECF No. 8296**)

> Responses Filed:    None to date.

> Replies Filed:    None to date.

> Additional Documents:    None to date.

> **Status:**    This matter is going forward.  Although no response was filed in connection with this matter, for the purpose of this agenda only, this matter is listed as contested.

## II.    UNCONTESTED MATTERS

**1.**    Debtors' Objection to Proof of Claim No. 45630 filed by William O'Connor and Melody O'Connor; Proof of Claim No. 45628 filed by John Pakai; and Proof of Claim No. 45629 filed by David Sidner (**ECF No. 8168**)

> Responses Filed:    None to date.

> Replies Filed:    None to date.

> Additional Documents:    None to date.

> **Status:**    This matter is going forward.  Because the underlying claims have been withdrawn (ECF Nos. 8890, 8889 and 8888) so entry of the order should be uncontested.

**2.**    Debtors' (I) Objection to Proof of Claim No. 19633 filed by LaRonda Hunter and Robin Gonzales and, in the Alternative, (II) Motion to Estimate Proof of Claim No. 19633 (**ECF No. 8176**)

> Responses Filed:    None to date.

> Replies Filed:    None to date.

> Additional Documents:    None to date.

> **Status:**    This matter is going forward.

3.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting
       Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

4.    Debtors' 112th Omnibus Objection to Claims (Claims with Insufficient
       Documentation) (**ECF No. 8191**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is going forward.  The objection to proof of
claim no. 7065 filed by Jane Carter was withdrawn.

5.    Debtors' 113th Omnibus Objection to Claims (Claims Relating to Former
       Employees Represented by United Auto Workers) (**ECF No. 8192**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response

before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

**6.**     Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:          A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:            None to date.

Additional Documents:     None to date.

**Status:**    This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

**7.**     Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:          A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:            None to date.

Additional Documents:     None to date.

**Status:**    This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

**8.**     Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:    A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**   This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

9. Debtors' 117th Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8196**)

Responses Filed:    A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**   This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

10. Debtors' 118th Omnibus Objection to Claims (Amended and Superseded
Claims and Duplicate Claims) (**ECF No. 8203**)

Responses Filed:    A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:    None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

11.      Debtors' 119th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8204**)

Responses Filed:      A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

12.      Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

Responses Filed:      A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will

adjourn the matter with respect to those who did file a
response that remains unresolved.

13.    Debtors' 121st Omnibus Objection to Claims (Duplicate Debt Claims)
(**ECF No. 8267**)

Responses Filed:                A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**      This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

14.    Debtors' 122nd Omnibus Objection to Claims (Duplicate Debt Claims)
(**ECF No. 8268**)

Responses Filed:                A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**      This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

15.    Debtors' 123rd Omnibus Objection to Claims (Duplicate Debt Claims)
(**ECF No. 8269**)

| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
|---|---|
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

16.    Debtors' 124th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8270**)

| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
|---|---|
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**    This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

17.    Debtors' 125th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8271**)

| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
|---|---|
| Replies Filed: | None to date. |

Additional Documents:     None to date.

**Status:**     This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

18.    Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8272**)

Responses Filed:     A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter with respect to those who did file a response that remains unresolved.

19.    Debtors' 127th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8273**)

Responses Filed:     A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward.  The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will

adjourn the matter with respect to those who did file a
response that remains unresolved.

20.     Debtors' 128th Omnibus Objection to Claims (Duplicate Debt Claims)
        (**ECF No. 8274**)

> Responses Filed:            A summary of responses filed and their
>                             related status is provided in Exhibit "A"
>                             annexed hereto.
>
> Replies Filed:              None to date.
>
> Additional Documents:       None to date.
>
> **Status:**                 This matter is going forward.  The Debtors will submit to
>                             the Bankruptcy Court an order granting the relief requested
>                             with respect to all claimants who did not file a response
>                             before the response deadline or whose objection was
>                             resolved after communications with the Debtors and will
>                             adjourn the matter with respect to those who did file a
>                             response that remains unresolved.

21.     Debtors' 129th Omnibus Objection to Claims (Duplicate Debt Claims)
        (**ECF No. 8275**)

> Responses Filed:            A summary of responses filed and their
>                             related status is provided in Exhibit "A"
>                             annexed hereto.
>
> Replies Filed:              None to date.
>
> Additional Documents:       None to date.
>
> **Status:**                 This matter is going forward.  The Debtors will submit to
>                             the Bankruptcy Court an order granting the relief requested
>                             with respect to all claimants who did not file a response
>                             before the response deadline or whose objection was
>                             resolved after communications with the Debtors and will
>                             adjourn the matter with respect to those who did file a
>                             response that remains unresolved.

22.     Debtors' 130th Omnibus Objection to Claims (Duplicate Debt Claims)
(**ECF No. 8276**)

>   Responses Filed:                A summary of responses filed and their
>                                   related status is provided in Exhibit "A"
>                                   annexed hereto.
>
>   Replies Filed:                  None to date.
>
>   Additional Documents:           None to date.

>   **Status:**        This matter is going forward.  The Debtors will submit to
>                      the Bankruptcy Court an order granting the relief requested
>                      with respect to all claimants who did not file a response
>                      before the response deadline or whose objection was
>                      resolved after communications with the Debtors and will
>                      adjourn the matter with respect to those who did file a
>                      response that remains unresolved.

23.     Debtors' 131st Omnibus Objection to Claims (Duplicate Debt Claims)
(**ECF No. 8277**)

>   Responses Filed:                A summary of responses filed and their
>                                   related status is provided in Exhibit "A"
>                                   annexed hereto.
>
>   Replies Filed:                  None to date.
>
>   Additional Documents:           None to date.

>   **Status:**        This matter is going forward.  The Debtors will submit to
>                      the Bankruptcy Court an order granting the relief requested
>                      with respect to all claimants who did not file a response
>                      before the response deadline or whose objection was
>                      resolved after communications with the Debtors and will
>                      adjourn the matter with respect to those who did file a
>                      response that remains unresolved.

24.     Debtors' 132nd Omnibus Objection to Claims (Eurobond Deutsche Debt
Claims) (**ECF No. 8299**)

>   Responses Filed:                A summary of responses filed and their
>                                   related status is provided in Exhibit "A"
>                                   annexed hereto.
>
>   Replies Filed:                  None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

25.    Debtors' 133rd Omnibus Objection to Claims (Eurobond Deutsche Debt
Claims) (**ECF No. 8300**)

Responses Filed:        A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

26.    Debtors' 134th Omnibus Objection to Claims (Eurobond Deutsche Debt
Claims) (**ECF No. 8301**)

Responses Filed:        A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will

adjourn the matter with respect to those who did file a
response that remains unresolved.

27.     Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt
        Claims) (**ECF No. 8302**)

      Responses Filed:        A summary of responses filed and their
                                    related status is provided in Exhibit "A"
                                    annexed hereto.

      Replies Filed:        None to date.

      Additional Documents:        None to date.

      **Status:**        This matter is going forward.  The Debtors will submit to
                                    the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

28.     Debtors' 136th Omnibus Objection to Claims (Eurobond Deutsche Debt
        Claims) (**ECF No. 8303**)

      Responses Filed:        A summary of responses filed and their
                                      related status is provided in Exhibit "A"
                                    annexed hereto.

      Replies Filed:        None to date.

      Additional Documents:        None to date.

      **Status:**        This matter is going forward.  The Debtors will submit to
the Bankruptcy Court an order granting the relief requested
with respect to all claimants who did not file a response
before the response deadline or whose objection was
resolved after communications with the Debtors and will
adjourn the matter with respect to those who did file a
response that remains unresolved.

## III.     ADJOURNED MATTERS

1.      Motion of the Junsos to Be Deemed to have Filed an Informal Proof of
        Claim or, Alternatively, for Leave to Late File a Proof of Claim (**ECF No.
        7294**)

Responses Filed:

    A.    Objection of the Official Committee of Unsecured Creditors of Motors Liquidation Company to Motion of the Junsos to Be Deemed to have Filed an Informal Proof of Claim or, Alternatively, for Leave to Late File a Proof of Claim (**ECF No. 7737**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to March 1, 2011 at 9:45 a.m.

2.    Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

3.    Debtors' Motion Pursuant to 11 U.S.C. Section 365(a) to Reject Utility Services Agreement (**ECF No. 8492**)

Responses Filed:

    A.    Objection of DTE Pontiac North, LLC to Debtors' Motion Pursuant to 11 U.S.C. § 365(a) to Reject Utility Services Agreement (**ECF No. 8944**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to February 9, 2011 at 9:45 a.m.

4.    Debtors' (I) Objection to Proof of Claim No. 3128 filed by Cheryl Nicholas, Proof of Claim No. 59632 filed by Tammy Hammond, Proof of Claim No. 51094 filed by Robert Golish, Proof of Claim No. 51092 filed by John Irvine, Proof of Claim Nos. 58984 and 58985 filed by David Matt, Proof of Claim No. 58983 filed by Jason J. Smith, and Proof of Claim No. 58987 filed by Bonita Stevens and, In the Alternative, (II) Motion to

Estimate Proofs of Claim Nos. 3128, 51092, 58984, 58985, 58983, and 58987 (**ECF No. 8172**)

|  |  |
|---|---|
| Responses Filed: | None to date. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |

**Status:**　　　This matter is adjourned to March 1, 2011 at 9:45 a.m.

5.　Debtors' Seventeenth Omnibus Objection to Claims (Tax claims Assumed by New GM) (**ECF No. 5908**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |

Additional Documents:

A.　Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 6184**)

B.　Revised Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 6268**)

C.　Additional Order Granting Re: Debtors' Seventeenth Omnibus Objection to Claims (**ECF No. 6643**)

**Status:**　　　This matter is adjourned to March 1, 2011 at 9:45 a.m.

6.　Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by New GM) (**ECF No. 5909**)

|  |  |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |

Additional Documents:

A.    Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 6185**)

**Status:**    This matter is adjourned to March 1, 2011 at 9:45 a.m.

7.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:    None to date.

Additional Documents:

A.    Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

8.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:    None to date.

Additional Documents:

A.    Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**    This matter is adjourned to March 1, 2011 at 9:45 a.m.

9.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6251**)

Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                   None to date.

Additional Documents:

A.       Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6628**)

**Status:**       This matter is adjourned to March 1, 2011 at 9:45 a.m.

10.     Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6252**)

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                   None to date.

Additional Documents:

A.       Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

**Status:**       This matter is adjourned to March 1, 2011 at 9:45 a.m.

11.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6253**)

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                   None to date.

Additional Documents:

A.       Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

**Status:**       This matter is adjourned to March 1, 2011 at 9:45 a.m.

12.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6255**)

Responses Filed:            A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed:                  None to date.

Additional Documents:

A.      Order Granting Debtors' Thirty-Second Omnibus Objection to
        Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

**Status:**        This matter is adjourned to March 1, 2011 at 9:45 a.m.

13.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims)
       (**ECF No. 6646**)

Responses Filed:                A summary of responses filed and their
                                related status is provided in Exhibit "A"
                                annexed hereto.

Replies Filed:                  None to date.

Additional Documents:

A.      Order Granting Debtors' Thirty-Ninth Omnibus Objection to
        Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**        This matter is adjourned to April 26, 2011 at 9:45 a.m.

14.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to
       Former Employees Represented by United Auto Workers) (**ECF No.
       6739**)

Responses Filed:                A summary of responses filed and their
                                related status is provided in Exhibit "A"
                                annexed hereto.

Replies Filed:                  None to date.

Additional Documents:

A.      Order Granting Debtors' Eighty-Second Omnibus Objection to
        Claims (Claims Relating to Former Employees Represented by
        United Auto Workers) (**ECF No. 7214**)

**Status:**        This matter is adjourned to April 26, 2011 at 9:45 a.m.

15.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

> Responses Filed:                A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

> Replies Filed:                None to date.

> Additional Documents:

> A.    Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

> **Status:**        This matter is adjourned to April 26, 2011 at 9:45 a.m.

16.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion
Requesting Enforcement of the Bar Date Orders (Late-Filed Claims)
(**ECF No. 6996**)

Responses Filed:                    A summary of responses filed and their
related status is provided in Exhibit "A"
annexed hereto.

Replies Filed:                    None to date.

Additional Documents:

A.    Order Granting Debtors' Eighty-Ninth Omnibus Objection to
Claims and Motion Requesting Enforcement of the Bar Date
Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**        This matter is adjourned to April 26, 2011 at 9:45 a.m.

Dated: New York, New York
February 1, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>Exhibit A</u>**

**<u>Responses to Omnibus Objections to Claims</u>**

## Seventeenth Omnibus Objection (Tax Claims Assumed by General Motors LLC)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| State of Michigan, Department of Treasury | 6109 | 62066 70125 68606 | withdrawn | 3/1/11 |
| Ohio Department of Taxation | 6107 | 29386 29383 29384 29385 | adjourned | 3/1/11 |
| Department of the Treasury – IRS | Informal | 31233 70162 70163 70164 70165 70166 70167 | adjourned | 3/1/11 |

## Eighteenth Omnibus Objection (Tax Claims Assumed by General Motors LLC)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CITY & COUNTY OF SAN FRANCISCO | informal | 22144 | adjourned | 3/1/11 |

## Twenty-Third Omnibus Objection (Tax Claims Assumed by General Motors LLC)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CONSUMERS ENERGY COMPANY | informal | 1157 | adjourned | 4/26/11 |
| IMPACT GROUP | 6240 | 38928 | adjourned | 4/26/11 |

| | | | | |
|---|---|---|---|---|
| OCE NORTH AMERICA INC | 6270 | 7524 | adjourned | 4/26/11 |

## Twenty-Seventh Omnibus Objection (Incorrectly Classified Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SIMPSON/KULIS, RACHEL | 6447 | 16113 | adjourned | 3/1/11 |
| JOHNSON, LEON | 6446 | 16114 | adjourned | 3/1/11 |
| MARVIN ECHOLS | 6445 | 44240 | adjourned | 3/1/11 |
| DOYLE CARMACK | 6475 | 45836 | adjourned | 3/1/11 |
| DILKS, DEBORAH | 6510 | 22922 | adjourned | 3/1/11 |
| MICHAEL T JONES 2ND ACTION | 6513 | 29055 | adjourned | 3/1/11 |
| BUCKLEY, JEANINE | 6735 | 66268 | adjourned | 3/1/11 |

## Twenty-Eighth Omnibus Objection (Incorrectly Classified Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ACUMENT GLOBAL TECHNOLOGIES INC | 6453 | 60693 | adjourned | 3/1/11 |

## Twenty-Ninth Omnibus Objection (Incorrectly Classified Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| 295 PARK AVENUE CORP. | 6454 | 45107 | adjourned | 3/1/11 |
| DEMASSI CADILLAC CO INC | 6454 | 45110 | adjourned | 3/1/11 |
| DEMASSI ENTERPRISES | 6454 | 45111 | adjourned | 3/1/11 |

## Thirtieth Omnibus Objection (Incorrectly Classified Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JOHN L REMSEN PERSONAL REPRESENTATIVE | 6454 | 45109 | adjourned | 3/1/11 |
| PAULINE DEMASSI | 6454 | 45112 | adjourned | 3/1/11 |

## Thirty-Second Omnibus Objection (Incorrectly Classified Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ROBERT A DEMASSI EXECUTOR | 6454 | 45108 | adjourned | 3/1/11 |

## Thirty-Ninth Omnibus Objection (Dealership Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GARDNER CHEVROLET-OLDSMOBILE-CADILLAC, INC. | 7034 | 23187 | adjourned | 4/26/11 |
| SERRA CHEVROLET, INC | 6987 | 69381 | adjourned | 4/26/11 |
| WEST COVINA MOTORS, INC. | 7008 | 59084 | adjourned | 4/26/11 |
| CORAL CADILLAC INC | 7035 | 58892 | adjourned | 4/26/11 |
| CORAL CADILLAC INC | 7035 | 58893 | adjourned | 4/26/11 |
| CORAL CADILLAC INC | 7035 | 58894 | adjourned | 4/26/11 |
| CORAL CADILLAC INC | 7035 | 58895 | adjourned | 4/26/11 |

## Eighty-Second Omnibus Objection (Claims Relating to Former Employees Represented by United Auto Workers)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| WALTER J LAWRENCE | 7022 | 21225 | adjourned | 4/26/11 |

## Eighty-Third Omnibus Objection (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HICKMAN, ROBERT R | informal | 51346 | adjourned | 4/26/11 |

| | | | | |
|---|---|---|---|---|
| SCHNEIDER, DARLENE M | informal | 36256 | adjourned | 4/26/11 |
| SCHNEIDER, DARLENE M | informal | 36257 | adjourned | 4/26/11 |
| BELLAIRE, LINDA K | 6972 and 7076 (duplicates) | 62922 | adjourned | 4/26/11 |
| TURNER, DAVID E | informal | 47967 | adjourned | 4/26/11 |
| TURNER DAVID E | informal | 47968 | adjourned | 4/26/11 |
| PURNELL, CALVIN H | informal | 62124 | adjourned | 4/26/11 |
| ALFRED MCMULLEN | 6968 | 30614 | adjourned | 4/26/11 |
| JOSEPH COBBLE JR. | 7074 | 64959 | adjourned | 4/26/11 |

## Eighty-Ninth Omnibus Objection (Late-Filed Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| GERALD A KOLB | 7367, 8382 | 69719 | adjourned | 4/26/11 |
| LUGO AUTO SALES INC | 7458 | 69135 | adjourned | 4/26/11 |
| MONTY R & LISA K HENDERSON | informal | 70303 | adjourned | 4/26/11 |
| FELIPE ESQUIBEL | 7407 | 70259 | adjourned | 4/26/11 |

| JOHN PIERRO | 7563 | 69842 | adjourned | 4/26/11 |

## 111th Omnibus Objection (Late-Filed Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Crown Enterprises, Inc. | 8791 | 69961, 69974 | adjourned | 4/26/11 |
| Larry D. Compton, Trustee for the Estate of Capital Chevrolet | 8777 | 69532 | adjourned | 4/26/11 |
| Timothy Roberts | informal | 70113 | adjourned | 4/26/11 |
| Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased | 8877 | 69696 | adjourned | 4/26/11 |
| Brittany Flack and Rhonda Rainey | 8931 | 67970, 67972 | adjourned | 4/26/11 |
| Sandra Caccoma | 8831 | 67977 | adjourned | 4/26/11 |

## 114th Omnibus Objection (Welfare Benefits Claims of Retired and Former Salaried Executive Employees)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Timothy L. Fitzpatrick | 8762 | 23057 | adjourned | 4/26/11 |

**115th Omnibus Objection Welfare Benefits Claims of Retired and Former Salaried Executive Employees)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Stephen J. Seaton | 8811 | 32795, 32796 | adjourned | 4/26/11 |
| Joseph C. Singer | 8803 | 29996 | adjourned | 4/26/11 |
| Richard P. McManama | informal | 7012417, 2490594, 2010952 | adjourned | 4/26/11 |

**116th Omnibus Objection Welfare Benefits Claims of Retired and Former Salaried Executive Employees)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Don Siefkes | 8761 | 43262 | adjourned | 4/26/11 |
| Nick Houvras | 8797 | 43262 (?) | adjourned | 4/26/11 |
| Richard A. Schell | 8812 | 30666, 30667 | adjourned | 4/26/11 |
| William D. Scott | 8802 | 62599 | adjourned | 4/26/11 |
| James Kurlinski | 8801 | 28135, 22848 | adjourned | 4/26/11 |
| Freerk J. Schaafsma | (not yet) | 62183, 62182, 62184 | adjourned | 4/26/11 |
| Jerry B. Imboden | 8940 | 61564 | adjourned | 4/26/11 |
| Judy J. Haywood | 8936 | 43262 | adjourned | 4/26/11 |

| Allan C. Seely | 8815 | 43262 (?) | adjourned | 4/26/11 |

## 118th Omnibus Objection (Amended and Superseded Claims and Duplicate Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Third Site Trust Fund | 8841 | 43889 | adjourned | 4/26/11 |

## 120th Omnibus Objection (Multi-Debtor Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Johann Hay GmbH & Co. KG | 8800 | 68626, 6661 | adjourned | 4/26/11 |
| Sentry Insurance a Mutual Company and Sentry Select Insurance Company | 8838 | 44304, 44306, 44307, 44884 | adjourned | 4/26/11 |

## 126th Omnibus Objection (Duplicate Debt Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| James E. Lockhart | 8818 | 14416 | resolved | N/A-going forward |

## 133rd Omnibus Objection (Eurobond Deutsche Debt Claims)

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Banca delle Marche | informal | 66768 | resolved | N/A-going forward |

**134th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| Cassa di Risparmio di Loreto | informal | 66760 | resolved | N/A- going forward |
| Compagnia Fiduciana Di Genova Spa | informal | 66740 | adjourned | 2/9/11 |
| Elena Panina | informal | 66741 | adjourned | 2/9/11 |
| Carlo Tibeno | informal | 66742 | adjourned | 2/9/11 |

**136th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| D. Andreas Hesse | informal | 27061 | adjourned | 2/9/11 |