G. Horn

Germany

D-49088 Osnabrück

Zum Schäferhof 60

20. Januar 2011

Registered Letter!

Dear Sirs,

within I send to you some papers (together 5) according to my claim.

Please accept them.

Thank you in advance

Sincerly

Gunibert Horn


RECEIVED JAN 31 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

To: Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408

HEARING DATE AND TIME: February 9, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 2, 2011 at 4:00 p.m. (Eastern Time)

## OFFICIAL COURT DOCUMENT

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
In re                                           :    Chapter 11 Case No.
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*        :
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
------------------------------------------------------------x

### NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### GUNTBERT HORN

| Claim Information ||||Basis For Objection |
|---|---|---|---|---|
| Date | Claim # | Debtor | Classification/ Amount | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
| 11/30/2009 | 64879 | Motors Liquidation Company | No Amount Stated | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **Debtors' 137th** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

02

Guntbert Horn
Dipl.-Kfm.

D-49088 Osnabrück
Zum Schäferhof 60
Germany

29. September 2010

Per Einschreiben!

The Garden City Group, Inc.
P.O. Box 9386
Dublin, OH 43017-4286
Attn: Motors Liquidation Company Balloting Center

Ref.: Attorneys for Debtors, letter of September 3, 2010 New York, New York, per Sept. 23, 2010 (hier=here), from you!

Dear Sirs,

here within I declare my claims as follows (see also papers encluded):

| EUR 10.000,00 Motors Liquidation Co. EO-Notes 2003(33) 8,3750% |
|---|
| ISIN        (WKN) |
| XS0171943648    (89 4451) |

I hope, you will accept my interests above. Thank you!

With regards     Guntbert Horn

See: Papers encluded (5)

# Wertpapierorder

**Dresdner Bank**

Ich/Wir erteile/n Ihnen folgenden Auftrag:

| Kauf | ☒ Auftragsart 02 / ☐ Auftragsart 04 | Verkauf | ☐ Auftragsart 01 / ☐ Auftragsart 03 | Zeichnung | ☐ Auftragsart 05 |

| Ber.-Nr. | Depotkonto-Nr. | Auftraggeber (eindeutig und leserlich, mit Vor- und Zunamen) | |
|---|---|---|---|
| 210 | 8702408600 | Horn, Guenthert | ☒ Kontoinhaber ☐ Bevollmächtigter |

| Nennwert/Stückzahl | Wertpapierbezeichnung | WKN/ISIN |
|---|---|---|
| 10.000 € | General Motors - Anleihe | 834451 |

**Kommissionsauftrag** - bei Kauf/Verkauf von Investmentfondsanteilen sind die untenstehenden Hinweise zu beachten -

| Preislimit | gültig bis | Börsenplatz |
|---|---|---|
| 91 | 29.07.05 | 07 FFM |
| Stop-Limit | Limit-Zusatz | Handelshinweis |

☒ Festpreisgeschäft

vereinbarter Preis pro Nennwert/Stück in EURO/FW (zzgl. Stückzinsen bei festverz. Werten)
XETRA (FK, IC)    XETRA (EA, NA, SA)

mit Herrn Korn

| Ber.-Nr. | Abw. Geldkonto-Nr. | Abr. in FW | Kontoinhaber/in abw. Geld außerhalb der Stammkto.-Nr. Depot |

| DV | Lagerort | ZV1 | Sperre | ZV2 | Zusatzangaben |
| | 000 | | | | |

Sonstiges

| Ordernummer | Ausführungskontrolle durchgeführt: |
|---|---|
| 711283408 | |

Anteile an Investmentfonds werden grundsätzlich zum Ausgabepreis (einschließlich des für den jeweiligen Investmentfonds geltenden Ausgabeaufschlages, siehe Verkaufsprospekt) ausgegeben und zum Rücknahmepreis zurückgegeben. Die Bank erhält Vergütungen von der Fondsgesellschaft. Soweit dies nicht der Fall ist, erwirbt und verkauft die Bank die Anteile als Kommissionärin für Rechnung des Kunden; dabei fällt das übliche Kommissionsentgelt an. Zur Höhe des Ausgabeaufschlages und der jährlich zu zahlenden Vergütung sind auch Angaben auf der Rückseite der Kaufabrechnung enthalten.

☐ Keine automatische Wiederanlage der Erträgnisse bei Investment-Kauf (Kennung=88)
- falls zutreffend, nur bei erstmaliger Anlage ankreuzen -

Die gültigen Verkaufsprospekte (vereinfacht und ausführlich) sowie den aktuellen Jahresbericht (sofern dieser bereits vorliegt) und ggf. den letzten Halbjahresbericht des Fonds

☐ habe/n ich/wir erhalten
☐ möchte/n ich/wir nicht ausgehändigt bzw. zugesandt bekommen
☐ senden Sie mir/uns bitte zu. Den vorstehenden Auftrag führen Sie bitte dennoch unverzüglich aus.

Die Verkaufsprospekte sowie die Jahresberichte und die ggf. anschließenden Halbjahresberichte können kostenlos bei der Bank angefordert werden. Ich/Wir wurde/n auf den Regelfall der automatischen Wiederanlage der Erträgnisse hingewiesen.
Ergänzend gelten die Sonderbedingungen für Wertpapiergeschäfte und die Allgemeinen Geschäftsbedingungen der Bank, die in jeder Filiale eingesehen werden können und auf Wunsch zugesandt werden.

| Genehmigt: DISPO-Stempel | Wenn nicht telefonisch oder persönlich vor Ort erteilt: ☐ brieflich ☐ per Fax/fernschriftlich | Kundeninitiative ☒ |

Ort (Betriebsstelle): 210171    Datum: 29.07.05    Uhrzeit Auftragserteilung/-eingang: 11:15 Uhr

Name des/r entgegennehmenden Mitarbeiters/in leserlich in Druckbuchstaben o. mit Namensstempel

Unterschrift/en des/der Auftraggeber/s
* bei Kauf/Zeichnung der Verfügungsberechtigte Geldkonto
  bei Verkauf der Verfügungsberechtigte Depotkonto

Bei Geschäftsanbahnung/-abschluss außerhalb der Geschäftsräume der Dresdner Bank:
Ich/Wir habe/n eine Kopie dieses Auftrages einschließlich der Widerrufsbelehrung auf der Rückseite dieses Formulars erhalten.

_____
Ort                Datum

Ein Unternehmen der

**DRESDNER BANK AG**

OSNABRUECK    040 067 000864/5MR    **Blatt** 1/1
Datum: 01.08.2005
Referenz-Nr: 77/ 7128340/711283408
Rechnungsnummer: WPE/20050729/7128340

**Depotkonto-Nr**
210 87 022 086 00

**Geldkonto-Nr**
210 87 022 086 00

Herrn
Guntbert Horn
Zum Schäferhof 60

49088 Osnabrück

# Kauf von Wertpapieren

| Währung/Stück | Nennwert/Anzahl | | Wertpapierbezeichnung | WP-Kenn-Nr./ISIN |
|---|---|---|---|---|
| EUR | 10.000 | 8 3/8% | GENERAL MOTORS CORP. EUR-NOTES V.03(05.07.2033) | 894451 XS0171943649 |
| | | | 05.JULI    +05.07.2006 | |

Wir haben am 29.07.2005 an Sie verkauft:

Kurs                                     netto
                                                                                            91,00 %

**Es ergibt sich folgende Abrechnung:**

Kurswert                                                                          **EUR**
Zinsen                                                                            9.100,00
                                                                                  66,54 +

**Mit Wertstellung vom 03.08.2005 belasten wir Ihr Konto mit:**    9.166,54 =

Die entsprechenden Wertpapiere haben wir Ihrem Depot gutgeschrieben
(WERTPAPIERRECHNUNG/Lagerland LUXEMBURG)

**Für Umsatzsteuerzwecke:**
**Steuernummer:** 9143/801/80009 USt-ID-Nr.:DE 114 103 395
**Finanzdienstleistungen sind umsatzsteuerfrei gem. §4 Nr. 8 a-h UStG**

Vorgemerkter Stückzins/Zwischengewinn 66,54 EUR
Gezahlte Zinsen/Zwischengewinne können in Ihrer Steuererklärung berücksichtigt werden. Bitte Beleg aufbewahren.

*[handwritten notes:]*

es 31/8.05

Saldo: 833,46 → ist auf Sparbuch
= Fremdgeld (Benj.-Bl.)

1) 250,-- € für Hardy Eric
2) 250,-- € für Flöte Theresia (Anteil Andreas)
   500,-- € von Giro-Kto. Essen (Gudbert)
   auf Giro-Kto. Hannover (Anna)

Σ: 833,46 → Eigenanteil Gudbert (Sparbuch)
   ./. 500,--
   333,46    Fremdgeld (Benj. Bl.)

Papier 3

**Dresdner Bank**
Die Beraterbank

Eine Marke der Commerzbank AG

Abs:  20349 Hamburg
704/K377/0000574/16//85359-07.09/0,55EUR

Herrn
Guntbert Horn
Zum Schäferhof 60
49088 Osnabrück

Osnabrück,           15.07.2009
**Guntbert Horn**
Depotkonto-Nr.    210 87 022 086 00
Referenz-Nr.       50135785

## Änderung der Emittentenbezeichnung

| Nominale | Wertpapierbezeichnung | ISIN | (WKN) |
|---|---|---|---|
| EUR 10.000,00 | MOTORS LIQUIDATON CO. EO-NOTES 2003(33) | XS0171943649 | (894451) |

Sehr geehrter Herr Horn,

bitte beachten Sie die neue Emittentenbezeichnung:

Bezeichnung alt:            GENERAL MOTORS CORP.

Bezeichnung neu:            Motors Liquidaton Co.

Bei Fragen wenden Sie sich bitte an Ihren Berater.

Mit freundlichen Grüßen

80487/0000574
00001/00001 //D005

0888.07152318.0001330KM40

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben

**Dresdner Bank**
Die Beraterbank

Eine Marke der Commerzbank AG

| | Osnabrück, | 04.01.2010 |
|---|---|---|
| | **Guntbert Horn** | |

Herrn
Guntbert Horn
Zum Schäferhof 60
49088 Osnabrück

**Depotkonto-Nr.** 210 87 022 086 00

## Depotauszug per 31.12.2009

| Nominale | | Wertpapierinformationen | Kurs in Währung pro Stück / % Kursdatum | Kurswert in EUR |
|---|---|---|---|---|
| **Rentenwerte** | | | | |
| EUR | 10.000,000 | MOTORS LIQUIDATION CO. EO-NOTES 2003(33) XS0171943649(894451) [*BG] 8,3750% Zinsen zahlbar am 05.JULI fällig am 05.07.2033 Wertpapierrechnung Luxemburg Sperre w/ Kapitalmaßnahme | 20,00 % 31.12.2009 | 2.000,00 |
| | | **1 Posten** | **Summe** | **2.000,00** |

[*BG] = Beratungsgattung der Dresdner Bank

Wir bitten Sie, den Depotauszug möglichst bald auf Richtigkeit und Vollständigkeit zu prüfen. Soweit Sie Einwendungen haben, richten Sie diese bitte direkt an die Commerzbank AG, Qualitätsmanagement Dresdner Bank, 60301 Frankfurt am Main.

Bitte beachten Sie, dass die Jahressteuerbescheinigung 2009 - insofern Sie keine Einzelsteuerbescheinigungen (ausschließlich betriebliche Anleger) erhalten haben - und die ggf. von Ihnen angeforderte Erträgnisaufstellung für 2009 aus technischen Gründen erst im März 2010 versendet werden kann. Wir bitten Sie, die Verzögerung zu entschuldigen.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.
Bitte ggf. Rückseite beachten.

**COMMERZBANK**

                            Osnabrück,      03.01.2011

                            **Guntbert Horn**

Herrn                          **Depotkonto-Nr.**   210 87 022 086 00
Guntbert Horn
Zum Schäferhof 60
49088 Osnabrück

## Depotauszug per 31.12.2010

| Nominale | Wertpapierinformationen | Kurs in Währung pro Stück / %<br>Kursdatum | Kurswert in EUR |
|---|---|---|---|
| **Rentenwerte** | | | |
| EUR   10.000,000 | MOTORS LIQUIDATION CO.<br>EO-NOTES 2003(33)<br>XS0171943649(894451) [*BG]<br>8,3750% Zinsen zahlbar am 05.JULI<br>fällig am 05.07.2033<br>Wertpapierrechnung Luxemburg<br>Sperre w/ Kapitalmaßnahme | 31,75 %<br>30.12.2010 | 3.175,00 |
| | 1 Posten | **Summe** | 3.175,00 |

[*BG] = Beratungsgattung der Commerzbank

Wir bitten Sie, den Depotauszug möglichst bald auf Richtigkeit und Vollständigkeit zu prüfen. Soweit Sie Einwendungen haben, richten Sie diese bitte direkt an die Commerzbank AG, Qualitätsmanagement, 60301 Frankfurt am Main.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.
Bitte ggf. Rückseite beachten.

Commerzbank Aktiengesellschaft    Vorsitzender des Aufsichtsrates/Chairman    Vorstand/Board of Managing Directors:
Frankfurt am Main    of the Supervisory Board:    Martin Blessing (Vorsitzender/Chairman),