## Notice to the Objection of

## Motors Liquidation Company

<u>Ref.:</u> Chapter 11 Case Nr. 09-50026 (Reg.)
Proof of Claim Nr. 68211
The Deptor's 138 th Omnibus Objection
to Proof of Claims of Holders of Eurobond
Deutsche Debt Claims


My name is    **Ingrid Herzele**
I am the claimant
My adress, telephone and facsimile Nr. is:
Fasanenstrasse 56
D-40699  Erkrath / Rhld.
Germany
Telephone:  0049 211 246036
Facsimile:  0049 211 246036


All responses telephoncalls and facsimilies only to me.
No other contact-persons.


The amount of my claim is  10.000 Euro
to the Eurobond 8 3/8 %  General Motors Corp.
Eur-Notes v. 03(05.07.2033)
XS017194364
plus 2 x 835 € = 1670 €  to the outstanding accrued
and unpaid interest (not paid at July 2009 + 2010)

I request the Court not to expunge and disallow my claim, because I need

urgently the interest for improvement my little state pension ( 428 € ) .

I read that General Motors in November 2010 have paid billions of

"Dollars" for pensions of the trade-union "UAW". May be "MLC" have

also some USD for a better pension of mine. The plan greatly is to my

disadvantage because I lose a lot of money specialy with regard to my

pension..

With kind regards.


Dated:  Erkrath,  Jannary 20, 2011        Ingrid Herzele