# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ■ **Motors Liquidation Company, Case No. 09-50026**<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Kenneth W. Thomas<br>3638 S. Plaza Drive<br>Bloomington, Indiana 47403 |
| Claim Number (if known): | 70522 |
| Date Claim Filed: | December 28, 2010 |
| Total Amount of Claim Filed: | $901.21 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:___January 27, 2011

Print Name:_Kenneth W Thomas

Title (if applicable):_____

----------------------------------------------------------------------------------------------------