UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                  :    Chapter 11
                                                       :
MOTORS LIQUIDATION COMPANY, *et al.*,                  :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,            :
                                                       :
          Debtors.                                :    (Jointly Administered)
                                                       :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On February 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight delivery on Dave Shostack, 4 Suttonwood Drive, Commack, New York 11725:

- Endorsed Order Signed February 1, 2011 Granting Dave Shostack's Request for Extension of Time to Respond to the Debtors' Objection to a Motion to Lift Automatic Stay Until February 4, 2011 [Docket No. 9021].

Dated: February 3 , 2011                               /s/ Alison Moodie_____
       Melville, New York                                   Alison Moodie

Sworn to before me this 3rd day of February, 2011

/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires: October 22, 2011