HEARING DATE AND TIME: February 10, 2011 at 9:45 a.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**MOTORS LIQUIDATION COMPANY**, *et al.*, : 09-50026 (REG)
    f/k/a General Motors Corp., *et al.* : 
 : 
            Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' OBJECTION TO**
**PROOFS OF CLAIM NOS. 16440 AND 16441 FILED BY MICHAEL A. SCHWARTZ**

**PLEASE TAKE NOTICE** that the hearing on the Objection, dated December 17, 2010, of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession, to the allowance of Proofs of Claim Nos. 16440 and 16441 filed by Michael A. Schwartz, which was previously scheduled for February 3, 2011 at 9:45 a.m. (Eastern Time), has been adjourned and shall be heard before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **February**

1

**10, 2011 at 9:45 a.m. (Eastern Time)** (the "**Hearing**").  The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
February 3, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession