

United States Bankruptcy Court
1 Bowling Green
New York, N. Y. 10004

February 1, 2011

Re: Claim # 153 Omnibus Objection Claim

As a stockholder of General Motors before they claimed bankruptcy, I feel compensation is due me in the amount of $3,300.

Yours truly,

RUTH MEYER