RAINER D. LEMCKE



United States Bankruptcy Court
Hon. Robert E. Gerber
One Bowling Green, Room 621
New York, USA
NY - 10004-1408

01.27.2011

Motors Liquidation Co., Chapter 11 Case No. 09-50026
Eurobond Individual Claim # 29858 German Bondholder, myself.
10.000, - € nominal, without Interests and costs.
MLC's Notice of Objection No. 143rd, your kind Information.
My Objection.

Dear Sir,

- I take part in the Acceptance of MLC's Objection, according to recommendations of my bank and trusty, as well as the creditors committee of Kramer Levin - LLP N.Y.
- My big concern however is, that in the light of other earlier plans of Debtors site which have had no success, this Objection will be unsuccessful also, I will loose my rights with my personal claim settled in Chapter 11 process. In this case I would like to ask you formerly to keep my claim on legal board of Chapter 11!
- If the Objection in the construction, which is basis of your above information, will take place after hearing process etc. and the creditors will truly get participance according Fiscal and Paying Agency Agreement between GM/MLC and Deutsche Bank as well as Banque Gen.du Lux., with a quotation of value
- I will go conform and accept the Objection – Even, if an amount and quality of satisfaction pro Claimant is not defined!
- I finally ask You to understand my situation and accept that I'm not in the position, as pensioneer, to engage extra lawyers to the different Trusties, Banks, Investment circles etc. in order to get my rights without spending costs far over the sum I will get back of this engagement.

Page 2


I stay with my best Regards Sir,

Rainer D. Lemcke

Encl.: E-mail Letter of my Bank in Walsrode, Germany.

Content:
- Confirmation of my in bank actual depot MLC bonds.  First sentence
- Conf. of my declaration of bonds maturity and payable in Nov. 2009!  Second sentence
- Information that my depot was blocked since then!  Third sentence
- Information that after one year's time the bonds are still blocked, not to deal with, without order of the Trustee, who is still not in the position to inform when this action will take place.  Forth and fifth sentence
- My bank is not in the position also to comment my personal claim to chapter 11, for legal reasons. Sixth sentence
- Sending Holder Ballot over for Debtors Chapter 11 plan. Seventh sentence
- Recommendation to send Ballot over up to 1.27.2011. Last sentence


This letter will completely be sent also to Kramer Levin Naftalis & Frankel LLP, New York for attention of Lauren Macksoud Esq.        ( I know from earlier correspondence)

D 29664 Walsrode, Geibelstr.12, Tel.05161 73220, Fax – 487734, E-Mail: lemcke.rainer@gmx.de

## lemcke.rainer@gmx.de

**Von:** <Thomas.Klimek@ksk-walsrode.de>
**An:** <lemcke.rainer@gmx.de>
**Gesendet:** Freitag, 21. Januar 2011 10:28
**Einfügen:** 33+-+EuroBond+XS0171943649+(2).pdf
**Betreff:** Motors Liquidation [Virus checked]

Sehr geehrter Herr Lemcke,

wunschgemäß bestätige ich Ihnen, dass Sie die Motors Liquidation 2003(33) - Anleihe mit der ISIN XS0171943649
in Ihrem Depot Nr. 85788636 verwahren. Der Nominalwert des Papiers beträgt 10.000,00 €.

Gegenüber dem Treuhänder erklärten Sie Ihren Bestand am 26.11.2009 als fällig und zahlbar.

Dementsprechend wurde dieser bei der Zentrallagerstelle gesperrt und ist somit nicht verfügbar.

Infolgedessen, dass die Zentrallagerstelle, sowie der Treuhänder nur eine gesamthafte Rücknahme aller erteilten Aufträge akzeptierten,
wurden bisherige Aufträge zur Rücknahme der Erklärung und zur Zahlbar- und Fälligstellung abgelehnt.

Die Entsperrung des Bestandes kann erst nach eindeutiger Anweisung des Treuhänders erfolgen.
Zur Dauer und zum Erfolg einer Auftragsrücknahme kann zurzeit keine Aussage getroffen werden.

Die von Ihnen angemeldeten Forderungen in der Insolvenztabelle USA, wie auch bei der Deutschen Bank können
wir aus rechtlichen Gründen nicht beurteilen.

Bezug nehmend auf die Mitteilung "Gläubigerabstimmung *Deptors amended Joint Chapter 11 Plan*",
erhalten Sie das Beneficial Holder Ballot-Formular.

Wenn Sie an der Gläubigerabstimmung teilnehmen möchten, bitte ich Sie das Formular spätestens am 27.01.2011 unterzeichnet einzureichen.
Sodann werde ich für eine fristgemäße Weiterleitung sorgen.


Mit freundlichen Grüßen

Thomas Klimek
S-Vermögensmanagement

Kreissparkasse Walsrode
Nah. Fair. Zuverlässig

Tel.: 05161 - 601-157
Fax.: 05161 - 601-239
E-Mail: Thomas.Klimek@KSK-Walsrode.de

**Kreissparkasse Fallingbostel**
**in Walsrode**
Sitz: Walsrode, Moorstrasse 1, 29664 Walsrode
Amtsgericht Walsrode HRA 1113
Bankleitzahl 25152375
Steuernummer: 41/200/06572, USt.-ID: DE 116373194
E-Mail: info@ksk-walsrode.de
Internet: www.ksk-walsrode.de