Chambers of the Honorable Robert E.Gerber,United States Bankruptcy Court,
One Bowling Green,Room 621,New York,New York10004-1408

Response

Name of Debtor :Motors Liquidation Company
Chapter 11 Case No  09-50026 ( REG )
Claim 21555

Enclosed:Copy security account purchase
Copy of your letter of December 23,2010
and my answer on proof of claim of November 4,2010

I assume that there is no more ambiquity now

Walter Plapp
Holderweg 7
71126 GAEUFELDEN   GERMANY

Januar 26,2011

*[signature: Walter Plapp]*

**HEARING DATE AND TIME: February 9, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 2, 2011 at 4:00 p.m. (Eastern Time)**

OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                  :
                                                       :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al.,                    :
f/k/a General Motors Corp., et al.                     :   09-50026 (REG)
                                                       :
                    Debtors.                           :   (Jointly Administered)
                                                       :
------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### WALTER PLAPP

| Claim Information | | | | Basis For Objection |
|---|---|---|---|---|
| Date | Claim # | Debtor | Classification/ Amount | |
| 11/9/2009 | 21555 | Motors Liquidation Company | Unsecured: $15,051.00 | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **Debtors' 145th** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

7007783

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**  **PROOF OF CLAIM**

Name of Debtor (Check Only One):
- ☒ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
- ☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

Your Claim is Scheduled As Follows:

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): WALTER PLAPP

Name and address where notices should be sent:
WALTER PLAPP
HOLDERWEG 7
71126 GAEUFELDEN
GERMANY

Telephone number: 0049 7032 75007
Email Address: walterplapp@online.de

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009: $ 15.051

☐ If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: BOND
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0026
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe:
Value of Property: $_____    Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: Nov. 4    Signature: Walter Plapp    Walter Plapp

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

1206800784

**LBBW**

Landesbank Baden-Württemberg

70144 Stuttgart

241//0003637/21//71332-07.03/0,55EUR  STUTTGART, 21.07.2003
HERRN
WALTER PLAPP U.  Herrenberg
FRAU MARIA PLAPP  Kerstin Harter
HOLDERWEG 7  Telefon 07032/274613

71126 GAEUFELDEN

**Wertpapierabrechnung Kauf**

| EUR 10.000,00 | 8,375% General Motors Corp. EO-Notes 2003(33) | Kenn-Nr. XS0171943649 |

| | | | |
|---|---|---|---|
| Kurs | 98,20 % / Kurs variabel | | |
| Börse | STUTTGART | Depotnummer | 9632411116 |
| Schlusstag | 21.07.2003 | Ordernummer | 916Y327 |
| Zinsvaluta | 22.07.2003 | Zinstermin | 5. Juli gzj. |
| Depotgutschrift | Wertpapierrechnung | mit Kupon | 05.07.2004 |
| Lagerland | LUXEMBURG | Endfälligkeit | 05.07.2033 |
| Kurswert | | | 9.820,00 EUR S |
| Zinsen aus 21 Tagen | | 8,375 % | 45,78 EUR S |
| Maklergebühren | | 0,750 %o | 7,50 EUR S |
| Provision | | 0,500 % | 50,00 EUR S |
| Clearinggebühren | | | 7,67 EUR S |
| Lastschrift Konto 7449763729 | | Wert 23.07.2003 | 9.930,95 EUR S |

Mit freundlichen Grüßen

Landesbank Baden-Württemberg

Kapitalerträge sind einkommensteuerpflichtig.
Bitte aufbewahren. Kann für steuerliche Zwecke bedeutsam sein.

- Irrtum vorbehalten -
Einwendungen gegen diese Mitteilung müssen unverzüglich erhoben werden.
Die Unterlassung unverzüglicher Einwendung gilt als Genehmigung.

kontakt@LBBW.de  Hauptsitze:  Vorstand:
www.LBBW.de  Stuttgart, Karlsruhe, Mannheim  Thomas Fischer, Dr. Karl Heidenreich,