PAUL SCHWAKE

D 50672 Köln, den 29.01.2011
Hildeboldplatz 23
Telefon 0176-43055272
Germany

Chambers of the
Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621, New York

New York 10004 - 1408 (U.S.A.)

Motors Liquidation Company, et al., f/k/a General Motors Corp.,
et al. Debtors.
Affect my Claim in the General Motors Corp. Bankruptcy Case

Dear sirs,

First I please my bad knowledge of the English language to apologize.

In cover of your letter to hearing for the United States Bankruptcy Court Southern District of New York at February 9, 2011 I will affect my claim in the General Motors Corp. bankruptca case.

The request details to your formulation of the questions of page 5 and 6 of your letter answer I following:

- (i), (ii), (v) and (vi) in the form on the back;
- (iii) I have buy the bonds in the year 2007. The bonds are not marketable. My bank has close the sal; emclosure A 1. I assert, that the bonds provable till today are in my bank-depot;
- (iv) Bill of sale with my bank from the 23.08.2007; emclosure A 2 and my registration by the U.S. Bankruptcy Court from 19.11.2009; enclosure A 3.

-please turn to page 2 -

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| Name of Debtor (Check Only One): | Case No. |
|---|---|
| ☒ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**PROOF OF CLAIM**

Your Claim is Scheduled As Follows:

Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Schwake, Paul**

Name and address where notices should be sent:
**Schwake, Paul**
**Hildeboldplatz 23**
**D 50672 Köln**

Telephone number: **0176 43055272**
Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: **63070**
(If known)

Filed on: **11/28/2009**

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ **EURO nom. 10.000,00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** **EURO-Bond 7,25 % General Motors Corp.**
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** **Debtors' 143 rd**

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
Describe:

Value of Property: $ **EU 10.000** Annual Interest Rate **7,25** %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____
Basis for perfection: **Bond ISIN Nos. XS 0171942757**

Amount of Secured Claim: $ **EU 10.000,00** Amount Unsecured: $ **EU 725,00 not to occur rent per 03.07.2009**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. **+2) Document of the buying the bonds over my bank from 23.08.2007 give in (enclosure A 2)**

If the documents are not available, please explain in an attachment.

Date **29.01.2011**
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

yours faithfully **Paul [signature]**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

☒ **Amount entitled to priority: Chapter 11 Case No.**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

*Anhörungsdatum und Zeit*

HEARING DATE AND TIME: February 9, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 2, 2011 at 4:00 p.m. (Eastern Time)

*Letzter Termin*

OFFICIAL COURT DOCUMENT

---

**PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE**

*Bitte diese Bekanntmachung gründlich nachprüfen und entscheiden Ihren Anspruch gegen die Von-Kulnmann anzumelden*

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, et al., : 09-50026 (REG)
f/k/a General Motors Corp., et al. :
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### SCHWAKE PAUL

| Claim Information | | | | Basis For Objection |
|---|---|---|---|---|
| Date | Claim # | Debtor | Classification/ Amount | Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |
| 11/28/2009 | 63070 | Motors Liquidation Company | No Amount Stated | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified above. The name of the objection is the **Debtors' 143rd** Omnibus Objection to Proofs of Claim of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

ING DiBa

Emclosure 1
Closing the bonds



ING-DiBa AG · 60628 Frankfurt am Main

DV 11 0,55 Deutsche Post 

*001223*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

Depotinhaber: Paul Schwake
Direkt-Depot Nr.: 8509890330
Datum: 13.11.2009

**Information zur ISIN: XS0171942757 (WKN: 894 450)**
**EUR 7,25 GENERAL MOTORS CORP. 03-2013**

Sehr geehrter Herr Schwake,

zu oben genannter Gattung liegen uns folgende Informationen vor:

Die Inhaber haben die Möglichkeit, Ihre EUR 7,25 GENERAL MOTORS CORP. 03-2013 vorzeitig fällig zu stellen.

Es müssen hierfür Ihre persönlichen Daten (Name, Anschrift und Anzahl der gehaltenen Stücke) gegenüber der Gesellschaft offengelegt werden.

Mit Abgabe Ihrer Weisung bestätigen Sie uns Ihr Einverständnis zur Offenlegung der erforderlichen Daten.

*Blocking the bonds*

Wir möchten Sie darüber in Kenntnis setzen, dass durch die Weisungserteilung eine Sperrung der Anleihe durch die Lagerstelle erfolgt.

*throug the deponit occur.*

Die Fälligstellung durch die Gesellschaft kommt nur zustande, wenn mindestens 25% der Anleiheinhaber dies beantragen.

Ein Rücktritt kann nicht garantiert werden.

Mit freundlichen Grüßen
ING-DiBa. Die neue Generation Bank

Gabriele Neitzke
Leiterin Kundendialog

Matthias Bayer
Leiter Wertpapier

Ihre Aufträge können Sie uns per Fax an 069 / 27 222 66480 senden. Bitte verwenden Sie diese Telefax-Nummer ausschließlich für Weisungen zu Kapitalmaßnahmen und nicht für Wertpapier-Orders/-Aufträge. Für Fragen stehen wir Ihnen gerne 7 Tage die Woche von 7.30 bis 22 Uhr unter 0180 2 / 34 22 97 (Festnetz der Dt. Telekom - 0,06 Euro pro Anruf, ggf. abweichende Mobiltarife) zur Verfügung. - Irrtum vorbehalten.

09/1053/05

**ING DiBa**

Emclosure A 2
Buying the bonds

ING-DiBa AG · 60628 Frankfurt am Main

DV 08 0,55 Deutsche Post

*001407*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

| | |
|---|---|
| **Depotinhaber:** | Paul Schwake |
| **Direkt-Depot Nr.:** | 8509890330 |
| **Datum:** | 23.08.2007 |
| **Seite:** | 1 von 1 |

| | |
|---|---|
| **Wertpapierabrechnung** | Kauf |
| Ordernummer | **24297448.001** |
| ISIN (WKN) | XS0171942757 (894450) |
| Wertpapierbezeichnung | 7,25 % General Motors Corp. EO-Notes 2003(13) |
| Zinstermin | 03. JULI |
| Letzte Fälligkeit | 03.07.2013 |

| | | |
|---|---|---|
| Nominale | 10.000,00 EUR | |
| Kurs | 90,60 % | |
| Handelsplatz | Stuttgart | |
| Schlusstag | 23.08.2007 | |
| Kurswert | EUR | 9.060,00 |
| Stückzinsen | EUR | 111,23 (Zinsvaluta 27.08.2007 56 Tage) |
| Provision | EUR | 22,65 |
| Börsenplatzentgelt | EUR | 7,50 |
| **Endbetrag zu Ihren Lasten** | **EUR** | **9.201,38** |
| Abrechnungskonto | 5504247361 | |
| Valuta | 28.08.2007 | |

Wertpapiere zugunsten Wertpapierrechnung Luxemburg.
Börsenplatzentgelt incl. 19,00% MwSt.

| | | |
|---|---|---|
| In Stückzinstopf eingestellt | EUR | 111,23 |

Für Fragen stehen Ihnen unsere **Kundenbetreuer** 7 Tage die Woche von 7.30 bis 22 Uhr telefonisch unter **0180 2 / 34 22 97** (0,06 Euro pro Anruf – Festnetz Dt. Telekom) zur Verfügung.

Irrtum vorbehalten.

Enclosure A 3
1. Registration of my claim

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor (Check Only One):

☒ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.) — 09-13558 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Your Claim is Scheduled As Follows:
Fiscal and Paying Agency Agreement, dated as of July 3, 2003, between GM, Deutsche Bank AG London, as fiscal agent and paying agent, and Banque Générale du Luxembourg S.A., as paying agent
ISIN Nos. XS0171942757

Name of Creditor (the person or other entity to whom the debtor owes money or property): **Schwake, Paul**

Name and address where notices should be sent:
Schwake, Paul
Hildeboldplatz 23
D 50672 Köln
Telephone number:
Email Address: Tel. 0176-43055272

☐ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: _____
(If known)
Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009: **Euro nom. 10.000,oo**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **7,25 % General Motors Corp. Bonds**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☒ Other
Describe:
Value of Property: $ **EU 10.725,oo** Annual Interest Rate **7,25 %**
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____
Basis for perfection: **Bond ISIN Nos. XS 0171942757**
Amount of Secured Claim: **EU 10.000,oo** Amount Unsecured: **EU 725,oo not to occurrent per 03.07.2009**

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: **19.11.2009**
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature]

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)