40 via Villafranca,
90141 Palermo, Italy.
24 January 2011.

A. Chamber of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, Nuw York  10004-1408.

B. Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

INDIVIDUAL EUROBOND DEUTSCHE DEBIT CLAIMS.
MR. LIBORIO DI SALVO.
CLAIM INFORMATION: Date 11/30/2009. Claim N°.63622. Debitor: Motors Liquidation Company. Amount: Unsecured $150,000.00.
BASIS FOR OBJECTION: Debitors' Plan already provides for claimants to receive a distribution on account of all accrued and upaid interest, and the Objection is subject to confirmation of the Plan.

DEAR SIRS,
(i) To United States Bankrupt Court for the Soutern District of New York.
Name of Debitors: Motors Liquidation Company (f/k/a General Moters Corporation).
CASE N°09-50026 (REG). CLAIM N°63622. DATE: 11/30/2009.
(ii) NAME OF CREDITOR: LIBORIO DI SALVO. ADDRESS: 40, via Villafranca, 90141 Palermo, Italy. I have this General Moters Co. Bonds into my safekeeping account into Kredietbank SA, 43, Boulevard Royal, 2955 Luxembourg, LU. I have sended the Proof of Claim, with Note dettaille des delais, at 25 January 2010, with first-class Mail N°RA250012435IT, to The Garden City Group Inc. Attn. Motor Liquidation Company, P.O. Box N°9386, Dublin, Ohio 43017-4286 U.S.A..
(iii) The claim should not be dissallowed and expunged for the reasons set forth in the Objection. THERE ARE NOT MONEY AT ALL IN THE PLAN OF LONDON BANK AND LUXEMBOURG BANK!!! I fax to the Deutsche Bank AG in London and to Banque Générale du Luxembourg SA, to day BGL-BPN Paribas SA in Luxembourg. Copy enclosed with received OK. Consequently the PLAN do not can be confirmed for March 3, 2011, as the Debitors wrote in the Objection. I AM OP+ POSING THE OBJECTION, THERE ARE NOT MONEY IN THE BANKS FOR PAYNG BONDHOLDERS AS DEBITORS WROTE WITH THE OBJECTION FOR MY CLAIM!!!
(iv) For documentation and evidence of the claim which will rely in opposing the Objection, I am enclosing to you the copy of fax to the London and Luxembourg Banks.
Yours faithfully        *Liborio Di Salvo*
                    Mr Liborio Di Salvo.
Enclosed N°2 copy of the FAX sended to London and Luxembourg Banks.

Copy #1

Rapporto conferma messaggi                    12-GEN-2011 12:17 MER

                                               Numero fax   :
                                               Nome         :

Nome/Numero       :   0035242422579
Pag.              :   1
Ora iniz.         :   12-GEN-2011 12:17 MER
Tempo trascorso   :   00'20"
Modalita'         :   STD ECM
Risultati         :   [O.K]

---

Dated January 7, 2011.

To the Manager,
Banque Générale du Luxembourg,
to day: BGL BNP Paribas,
50, Av. John F. Kennedy,
L - 2951 Luxembourg.

Subject: Motors Liquidation Company (MLC). Request payment
         Bondholders. Plan of $ 3,772,694,419.

Dear Sir,
    I am Mr Liborio Di Salvo, Italian's Barister, General Motors Corporation's individual Euroholder with ISIN XS0171942757.
    The United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-50026 (REG) wrote to me on December 23, 2010 that:
    "The Debitors believe that your claim arises sole-
"ly from the notes or bonds issued under that certain Fiscal
"and Paying Agency Agreement, dated as of July 1, 2003, among
"MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg
"S.A. (the "Fiscal and Paying Agency Agreement" and the claims
"arising from the notes or bonds issued thereunder, the Eurobond
"Deutche Debt Claims").
"The Plan provides that an amount will be allowed for the bene-
"fit of all holders of Eurobond Deutsche Debit Claims (each hol-
"der, as "Individual Eurobondholder"), regardless of whether
"such Individual Eurobondholder filed a proof of claim against
"the Debtors in these chapter 11 cases, in the amount of $
"3,772,694,419, which is equal to the outstanding principal
"plus accrued and unpaid interest as of, and based on the cur-
"rency conversation rate on June 1, 2009 (the Commencement Da-
"te"). The Plan further provides that such amount will overri-
"de and superside any individual claims filed by record holders
"on beneficial owners of the affected debt securities. A date
"to consider confirmation of the Plan is currently scheduled
"for March 3, 2011. The Debitors anticipate that, after the
"Plan has been confirmed in these cases, all individual Euro-
"bondholders will directly receive their distributions from
"Euroclear Bank or another clearing agensy after surrendering
"their securities to Deutsche Bank, in its capacity as the fi-
"scal and paying agent. This method of distribution will redu-
"ce administrative burdens in these cases and ensure that the
"proper claimants receive their distribution."
    I request at your earliest convenience:
    - i. This Plan of $ 3,772,694,419 is confirmed by your Bank for payment of Eurobond Deutsche Debit Claims, ISIN XS0171942757?
    - ii. What your Bank request for pay to me, my MLC's Bonds in default with the interest?
    I am waiting for your reply. Thank you for your help.
    Yours faithfully    Avv. Liborio Di Salvo
                        Mr Liborio Di Salvo, 40 via Villa-
franca, 90141 Palermo, Italy. disalvo.liborio@hotmail.com
    FAX +39 091331046.

COPY #2

```
         RAPPORTO VERIFICA TRASMISSIONE

                                    ORA   : 11/01/2011 15:23
                                    NOME  : EUROPA PHONE CENTER
                                    FAX   : 091331046
                                    TEL   : 091331046
                                    SER.# : L9N566302


 DATA,ORA              11/01  15:22
 FAX N./NOME           4033014100442075454455
 DURATA                00:00:32
 PAGINE                01
 RISULT                OK
 MODO                  STANDARD
                       ECM
```

Dated January 7, 2011.

To the Manager
Deutsche Bank AG, London,
Winchester House,
1, Great Winchester St.
City of London,
EC2N 4DB, United Kingdom.

Subject: Motors Liquidation Company (MLC). Request payment Bondholders. Plan of $ 3,772,694,419.

Dear Sir,

I am Mr Liborio Di Salvo, Italian's Barister, General Motors Corporation's individual Euroholder with ISIN XS0171942757.

The United States Bankruptcy Court, Southern District of New York, Chapter 11, Case No. 09-50026 (REG) wrote to me on December 23, 2010 that:

"The Debitors believe that your claim arises sole-
"ly from the notes or bonds issued under that certain Fiscal
"and Paying Agency Agreement, dated as of July 3, 2003, among
"MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg
"S.A. (the "Fiscal and Paying Agency Agreement" and the claims
"arising from the notes or bonds issued thereunder, the Eurobond
"Deutche Debt Claims").
"The Plan provides that an amount will be allowed for the bene-
"fit of all holders of Eurobond Deutsche Debit Claims (each hol-
"der, as "Individual Eurobondholder"), regardless of whether
"such Individual Eurobondholder filed a proof of claim against
"the Debtors in these chapter 11 cases, in the amount of $
"3,772,694,419, which is equal to the outstanding principal
"plus accrued and unpaid interest as of, and based on the cur-
"rency conversation rate on June 1, 2009 (the Commencement Da-
"te"). The Plan further provides that such amount will overri-
"de and superside any individual claims filed by record holders
"on beneficial owners of the affected debt securites. A date
"to consider confirmation of the Plan is currently scheduled