Hearing Date and Time: February 3, 2011 at 9:45 a.m. EST

Elizabeth A. Chisholm
Eric S. Chisholm
1207 W. Lakeshore Drive
Port Clinton, OH  43452

248-978-8924                                                            419-707-3744
Ericchisholm1207@aol.com                                    betsy1207@aol.com

Both of us are retired salaried employee of General Motors
with unsecured claim for health and life insurance benefits
Claim No. 43262. Page 5, Exhibit A, Debtor's 116th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                             :         **Chapter 11 Case No.**
                                                                      :
**MOTORS LIQUIDATION COMPANY, et al.,**   :         **09-50026**
        f/k/a General Motors Corp., et al.              :
                                                                      :
                        **Debtors.**                           :
-------------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 116TH OMNIBUS OBJECTION TO CLAIMS**, dated December 20, 2010.

I object to this attempt by Motors Liquidation Co. and General Motors to avoid paying any money to retirees who had been promised health and life insurance benefits in retirement. Their request to deny all these claims is unjust and inequitable.

My husband and I will have to pay out over $130,000 cash during our expected lifetimes if we want to maintain the same level of benefits that we had been promised.

GM had several options to avoid bankruptcy. The simplest would have been to reduce salaries and benefits of all employees, executives, and retirees by 25% and allow attrition to reduce the number of employees in the company.  This would have let the company stay in business while continuing to offer benefits to current employees and retirees at a reduced level.

Instead they chose to terminate retiree benefits, layoff thousands of employees, close multiple plant facilities, and declare bankruptcy. These steps basically left most GM executives with their compensation and employment intact, and put the cost savings onto terminated employees and retirees.

I respectfully ask the Court to order that a reasonable percentage, to be determined by the Court, of my claim and others be honored by Motors Liquidation Co. and General Motors.

Dated: Port Clinton, OH
            February 1, 2011                                      Elizabeth A. Chisholm &
                                                                                Eric S. Chisholm