# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☑ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Jose Huerta Gonzalez<br>c/o Jason A. Itkin<br>Arnold & Itkin LLP<br>1401 McKinney Street, Suite 2550<br>Houston, TX 77010 |
| Claim Number (if known): | Unknown |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $3,000,000 |

RECEIVED FEB - 3 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/20/2011

Print Name: Jason A. Itkin

Title (if applicable): _____

US_ACTIVE:\43219392\02\72240.0639