# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Commercial Oil Services Site Group <br> c/o Douglas G. Haynam, Group Counsel <br> Shumaker, Loop & Kendrick, LLP <br> 1000 Jackson <br> Toledo, OH 43604-5573 |
| Claim Number (if known): | 58628 |
| Date Claim Filed: | November 27, 2009 |
| Total Amount of Claim Filed: | $533,918.72 |

RECEIVED FEB - 3 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/30/2010

_[signature]_

Print Name: __Douglas G. Haynam__

Title (if applicable): __Group Counsel__

US_ACTIVE:\43219392\02\72240.0639