# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☐ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Stéphane Vermette <br> c/o Paquette Gadler Inc. <br> 300, Place D'Youville <br> Suite B-10 <br> MONTRÉAL (Québec) <br> H2Y 2B6 <br> Canada |
| Claim Number (if known): | APS0706522393 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | unknown |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:     January 20, 2011          PAQUETTE GADLER NC.

*[signature]*

Vanessa O'Connell-Chrétien

Title: Barrister and Sollicitor for M. Stéphane Vermette

US_ACTIVE:\43219392\02\72240.0639