UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------x
In re: MOTORS LIQUIDATION COMPANY,            Case No.: 09-50026
       et al. f/k/a GENERAL MOTORS CORP.,
       et al.                                 Chapter 11

                    Debtor
-----------------------------------------x
JUDD WIESJAHN and ANNALISA SAND               Adversary Proceeding No.: M95923

                    Plaintiff

                    v.

GENERAL MOTORS CORPORATION, et al.

                    Defendant
-----------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Martin Stanley_____, request admission, *pro hac vice*, before the Honorable Judge Gerber_____, to represent Judd Wiesjahn and Annalisa Sand___, a Plaintiffs_____ in the above-referenced ☑ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California_____ and, if applicable, the bar of the U.S. District Court for the Southern____ District of New York_____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 12/9/2010_____

Santa Monica, California

The Law Office of Martin Stanley
*Mailing Address:*
137 Bay Street #2
Santa Monica, CA 90405

E-mail address: mstanleyesq@gmail.com
Telephone number: (310) 399-2555

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re: MOTORS LIQUIDATION COMPANY, et al., f/k/a GENERAL MOTORS CORP., et al.

                Debtor

Case No.: 09-50026
Chapter 11

---------------------------------------------------------x

JUDD WIESJAHN and ANNALISA SAND
                Plaintiff

v.

GENERAL MOTORS CORP., et al.

                Defendant

Adversary Proceeding No.: M95923

---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Martin Stanley**, to be admitted, *pro hac vice*, to represent **Judd Wiesjahn and Annalisa Sand**, (the "Client") a **Plaintiffs** in the above referenced ☑ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **California** and, if applicable, the bar of the U.S. District Court for the **Southern** District of **New York**, it is hereby

ORDERED, that **Martin Stanley**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE