# EXHIBIT B
# PART 2

**Question:** Did the effects of **the fall** and **spiritual experience – the force** clear up for the plaintiff at Sacred Heart Major Seminary?

**Answer:** No

The plaintiff was assigned his own room for studying and sleeping at Sacred Heart Major Seminary. When plaintiff tried to fall asleep something would keep waking him up - it felt like somebody would shake the bed at night just as plaintiff was about to fall asleep causing plaintiff to wake up.

Plaintiff does not have a history of sleeping problems; therefore, plaintiff told his formation contact Fr. Berg that he was having problems sleeping. The plaintiff described the situation to Fr. Berg. Fr. Berg asked plaintiff if he locked his door at night; plaintiff said No; Fr. Berg suggested to plaintiff he lock his room door at night; plaintiff followed the advice from Fr. Berg.

Something continued waking the plaintiff up at night and it started to effect his studies, his ability to concentrate, and his energy level. The plaintiff told Fr. Berg that he was still having problems sleeping. Fr. Berg asked plaintiff what size bed he had at home; plaintiff told Fr. Berg he had a queen size bed at home; the bed at Sacred Heart Major Seminary was either twin size or full size; Fr. Berg suggested to plaintiff that he disassemble the bed in his room and sleep on the mattress on the floor; plaintiff followed the advise from Fr. Berg. This issue was never resolved at Sacred Heart Major Seminary and the lack of sleep continued to effect plaintiff studies, his ability to concentrate, and his energy level.

In CY2003 when plaintiff was imprisoned against his will by the Archdiocese of
Detroit in a mental ward for about ten days at North Oakland Medical Center, one
of the forms of harassment employed by the hospital against plaintiff was to wake
him up at night every 15 to 30 minutes.

<div align="center">Spiritual experience – You are a priest forever</div>

The lack of sleep effected plaintiff studies, his ability to concentrate, and his
energy level. The plaintiff started to think he made a mistake by entering Sacred
Heart Major Seminary. One day while the plaintiff was alone in the main chapel at
Sacred Heart Major Seminary, he wanted to input as to what he should do. The
plaintiff had a Bible with him and he was going to randomly open his Bible to seek
advice as to what he should do (see **Spiritual experience – Read me**). When the
plaintiff blindly opened his Bible and looked to see the passage his finger pointed
to - you are a priest forever in the line of Melkesidek.

The plaintiff's situation declined further when his spiritual director Fr. Dan Trapp
falsely accused the plaintiff of plagiarism when the plaintiff shared a spiritual
insight with Fr. Dan Trapp. The relationship between the plaintiff and Fr. Dan
Trapp deteriorated quickly and Fr. Dan Trapp suggested plaintiff needs more
mental help (in other words if plaintiff does not get in line Sacred Heart Major
Seminary will force plaintiff to see Dr. Sartori or another shrink).

<div align="center">Harassment by General Motors</div>

<div align="center">49 of 73</div>

When plaintiff was at Sacred Heart Major Seminary, plaintiff received an unsolicited voice mail message from Allen Boogaard that Craig Hetzel is dying; therefore, the plaintiff visited Craig Hetzel at 22667 Revere Street Saint Clair Shores, Michigan 48080, and prayed for Craig Hetzel's healing with Craig's wife, and Craig's son. Years later plaintiff realized that Craig Hetzel and Allen Boogaard were the type of people General Motors would use to make the plaintiff look foolish in public by faking a spiritual healing. Remember the plaintiff took the risk of being disciplined by Sacred Heart Major Seminary for leaving seminary property without permission.

The plaintiff received a second unsolicited voice mail message from Allen Boogaard that - Paul (Durrenberg) needs your help. Allen Boogaard who pretended to be plaintiff friend needed help in understanding how to air balance the Supply Fan and Exhaust Fan in a Dynamometer Test Cell. The reader should remember how much General Motors discriminated against plaintiff from CY1983 to CY1995 and now General Motors is clueless on how to air balance the Supply Fan and Exhaust Fan in a Dynamometer Test Cell.

The lack of sleep continued to effect the plaintiff studies, his ability to concentrate, and his energy level. The plaintiff began to investigate the possibility going back to General Motors approximately between Thanksgiving and Christmas 1995. General Motors was interested in getting plaintiff back so Bill Wit-ley gave his home phone number to plaintiff to talk over the General Motors offer.

- General Motors offered plaintiff a 7th level engineering position; (the reader should note that plaintiff earned himself a 9th level managerial position)
- General Motors offered plaintiff his old pay level of approximately $63,000 per year; ($63,000 is at least 70% below the pay level plaintiff earned but General Motors withheld by discriminating against plaintiff)
- General Motors added one condition; the plaintiff had to commit perjury by illegally back dating a document falsely stating he took a leave of absence
- when plaintiff told General Motors he would not illegally back date the document General Motors specifically asked plaintiff to sign, General Motors hung up the phone

### Spiritual experience – Stanley can hear me

The plaintiff continued to have spiritual experiences. One day the Sacred Heart Major Seminary community was gathered together for prayer in the main chapel. A middle aged priest comes over to the plaintiff and started questioning the plaintiff. The questioning continued for an extended period of time when a spiritual voice asked plaintiff to pick someone - plaintiff motions his hand to the right toward a priest.

The spiritual voice says to the selected priest - **Stanley can hear me.**

The reader needs to try to imagine the conversation.

- The plaintiff can talk to the spiritual voice
- The plaintiff can hear the spiritual voice

51 of 73

- Only the priest selected by plaintiff can hear the responses of the spiritual voice
- The community of Sacred Heart Major Seminary can hear plaintiff speak; they can hear the priest speak; but they can not hear the spiritual voice
- Plaintiff and the spiritual voice control the conversation; the priest does not control the conversation

**Question:** Are you saying that Sacred Heart Major Seminary of the Archdiocese of Detroit is a witness to plaintiff hearing spiritual voices?

**Answer:** Yes

**Question:** Can the plaintiff share one theological insight gained from the conversation between plaintiff and the spiritual voice?

**Answer:** In the beginning of this essay the plaintiff explained what it was like growing up Roman Catholic in the 1960's – 1980's. If you wanted to live a holy life and obtain a high place in heaven you became a priest and / or religious. If you wanted to live a normal martial life and hope one day to squeak into heaven (if you were lucky) you lived the life of a laity.

The spiritual voice indicted that the percentage of laity in heaven was higher than the percentage of priests in heaven.

Spiritual experience – Why didn't you choose me

Near the end of the school year, Sacred Heart Major Seminar asked plaintiff if he wanted to go on to the School of Theology. The implication being that if the

plaintiff wrote a letter requesting that he be permitted to go on to the School of Theology, and if Sacred Heart Major Seminary approved, the plaintiff would have been in the School of Theology starting in the Fall 1996.

Since plaintiff did not have his own personal computer at Sacred Heart Major Seminary he went to the computer room to write his response. The plaintiff wrote his response with the exception of his final decision. The plaintiff was undecided whether to say - Yes and continue in priestly formation, or to say - No and leave Sacred Heart Major Seminar. The plaintiff finally decided to take the safe path and leave Sacred Heart Major Seminary and wrote No. After the plaintiff wrote No, a voice spoke to him and said - ***Why didn't you choose me?***

**Question:** After the plaintiff left Sacred Heart Major Seminary how did his relationship with the Archdiocese of Detroit change?

**Answer:** Harassment

In approximately June 1996, plaintiff allowed a young man named William Schul-tz to live with the plaintiff for approximately one year at 27653 Lexington Pkwy Southfield, Michigan 48076. The plaintiff first met William's mom through a Bible study class at St. Stephen – Mary, Mother of the Church in Southwest Detroit of the Archdiocese of Detroit. Plaintiff became more acquainted with William Schul-tz when plaintiff met William Schul-tz at Sacred Heart Major Seminary **during a try it on** weekend sponsored by the Archdiocese of Detroit; whereby, men could get a taste of seminary life without making a commitment.

It is important to note that the plaintiff had just left Sacred Heart Major Seminary under his own free will; nevertheless, Sacred Heart Major Seminar was still interested in having plaintiff back in priestly formation when William Schul-tz **just by chance** asked plaintiff if he could live with plaintiff.

It is important for the reader to know a few details:

- Shortly after moving in with the plaintiff, William Schul-tz started attending Assumption Grotto parish in the Archdiocese of Detroit.
- Shortly after William Schul-tz started attending Assumption Grotto parish he started arguments with plaintiff that the Blessed Virgin Mary is co-redemtrix.
- Shortly after William Schul-tz started attending Assumption Grotto parish he started arguments with plaintiff that the Blessed Virgin Mary is the mediator of all graces.
- Shortly after William Schul-tz moved in with the plaintiff, the plaintiff started to notice oil like substance running down his walls in the hallway.
- Shortly after William Schul-tz moved in with the plaintiff, the plaintiff's house was broken into for the first time.
- Later when plaintiff has **spiritual experience – gouging out eyes** the spiritual voice directed plaintiff to see Fr. Parone at Assumption Grotto parish
- Fr. Parone of Assumption Grotto parish is the priest of the Archdiocese of Detroit who took plaintiff to a mental hospital against his will and began the process of having plaintiff imprisoned in the mental hospital for over one week

- Assumption Grotto parish is the type of parish whereby if the Roman Catholic Church **declared the Blessed Virgin Mary divine** the parishioners of Assumption Grotto parish would dance in the streets

**Question:** Why would the Archdiocese of Detroit harass and discredit the plaintiff?

**Answer:** Plaintiff's spiritual experiences are challenging conventional Western Christian doctrine / theology. Some Western Christian doctrine / theology the plaintiff will be challenging in future writings include:

- Protestants view – once in faith always in faith
- Protestants view – denial of the existence of Purgatory
- Roman Catholic Church view – relationship between East and West
- Roman Catholic Church view on homosexual orientation
- Roman Catholic Church view on marriage and annulment
- Roman Catholic Church view of the Blessed Virgin Mary
- Roman Catholic Church view on priesthood
- may even challenge doctrine of infallibility

**Question:** What did the plaintiff do after his departure from Sacred Heart Major Seminary?

**Answer:** Several things in approximately the same timeframe.

Plaintiff began to look for work; started looking for a new spiritual director; started looking into re-entry into Sacred Heart Major Seminary or another religious order.

Since Sacred Heart Major Seminar was still interested in having plaintiff back in priestly formation for the Archdiocese of Detroit, Sacred Heart Major Seminary allowed plaintiff to enroll in a graduate course at Sacred Heart Major Seminary entitled Method & Pentateuch (course #SS-521) in the Fall of CY1996. It was during this course that the instructor implied that the Exodus of Israel from Egypt had to be myth because the birth rate of children per woman during Israel stay in Egypt had to be so high (10, 11, 12 children per woman) and this is a unreasonable high birth rate per woman. In the future the plaintiff would challenge the instructor by writing his second solo book – Israel Population Growth: from Genesis to Exodus.

The **effects of the fall** on the plaintiff's memory, the lack of sleep at Sacred Heart Major Seminary continued to effect the plaintiff's ability to concentrate, and his energy level. Nevertheless, the plaintiff needed to find a job to pay the bills. The plaintiff found two minor jobs; one at DSP Technology from CY1997 to CY1998, and then later at MSX International from CY1998 to CY2001.

In this same timeframe General Motor employees continued to harass plaintiff.
- Allen Boogaard, who pretended to be plaintiff friend, invited plaintiff out to eat. Allen Boogaard pick at a restaurant diagonally across from the General Motors Technical Center near 12 Mile Road and Mound Road. No service; no food; no nothing at the restaurant; (if the plaintiff's memory was a little clearer he could testify that there was even an EMS type vehicle in the

56 of 73

restaurant's parking lot); same harassment by General Motors. Plaintiff went home.

- Remember Roy Harvey who challenged plaintiff to hit him when plaintiff for General Motors. Mysteriously Roy Harvey shows up at a grocery store and purposefully blocks plaintiff path. Plaintiff tries to continue shopping but Roy Harvey purposefully blocks plaintiff path. Plaintiff moves and Roy Harvey moves to block plaintiff path; plaintiff moves and Roy Harvey moves to block plaintiff path. The next time plaintiff moves and when Roy Harvey blocks his path, plaintiff smashes into Roy Harvey with the shopping cart. Plaintiff moves and Roy Harvey moves to block plaintiff path. The next time plaintiff moves and when Roy Harvey blocks his path, plaintiff smashes into Roy Harvey with the shopping cart. Plaintiff moves and this time Roy Harvey does not block plaintiff path.

The plaintiff also took the initiative to start a Masters Degree at Walsh College; in Masters of Science in Information Management &Communications.

**Question:** How did the plaintiff complete a Masters Degree in his condition?

**Answer:** First, the reader must understand how much more difficult the mathematics associated with a BSEE is compared to the communications skill required for a MSIM&C. Second, the MSIM&C program stressed the use of electronic media for student interactions; therefore, the plaintiff could sit at home in front of his computer and slowly respond to the various E-mail communications. Third, many of the in-class assignments were individual or group presentations;

therefore, the plaintiff could slowly prepare his presentation at home and then deliver his presentation in class.

When the plaintiff worked for MSX International (CY1997 to February 2001) as a contractor for Daimler-Chrysler, the Project Management position was in reality a secretary position. Most people did not show much interest in the plaintiff's work, and the project eventually failed (for reasons not associated with the plaintiff's work). The plaintiff's conscious was sensitive during this period of time and the plaintiff was things like *retract thought* at work.

When plaintiff was nearing completion of his Masters Degree from Walsh College, General Motors tried to make an offer to plaintiff through Allen Boogaard. Allen Boogaard contacted plaintiff and implied that General Motors will give plaintiff an 8th level. The remember plaintiff earned a 9th level position. 9th level plus Masters Degree equals 10th level. 8th level is two levels below 10th level.

When plaintiff position with MSX International was eliminated in February 2001, the plaintiff's memory and his inability to concentrate still effected the plaintiff life. Nevertheless, the plaintiff knew he needed to resolve these issues in order to find a job to pay his bills. Therefore, the plaintiff started investing more time looking for a new spiritual director to help him understand what was taking place in his life.

The **effects of the fall** on the plaintiff's memory, the lack of sleep at Sacred Heart Major Seminary continued to effect the plaintiff's ability to concentrate, and his

energy level; nevertheless, the plaintiff found a new spiritual director (Fr. Chip) but the relationship did not last long.

Plaintiff continues look for a new spiritual director. Plaintiff is attending St. Regis Parish on weekdays and Fr. Norm Nawrocki makes an effort to meet plaintiff; therefore, plaintiff tries Fr. Norm Nawrocki as a spiritual director.

Fr. Norm Nawrocki race baits the plaintiff by stating he detects a ting of racism in the plaintiff. Fr. Norm Nawrocki also continues the Archdiocese of Detroit pattern of trying to convince plaintiff needs counseling. Fr. Norm Nawrocki suggests plaintiff needs six counseling sessions.

<center>Spiritual experience – Gouging out eyes</center>

On Monday, May 12, 2003, plaintiff started to get promptings in my mind. As a result of these mind promptings plaintiff threw away some food, acted strangely outside, and did vertical knee jumps inside. Also the spiritual voice had plaintiff physically gouge out his own eyes.

- The plaintiff needs to make it clear to the reader that the plaintiff was not suicidal. Never in the plaintiff's life did he ever want to hurt himself.

The spiritual voice also shared some spiritual and non-spiritual insights with the plaintiff.

- The spiritual voice told the plaintiff that Protestants are wrong once in faith not always in faith

<center>59 of 73</center>

- The spiritual voice told the plaintiff that Allen (Boogaard) is dead; later in time the plaintiff will come to understand that the spiritual voice was saying that Allen Boogaard is spiritually dead not physically dead
- The spiritual voice told the plaintiff that Allen (Boogaard) is not your friend
- The spiritual voice told the plaintiff to see Fr. Parone at Assumption of the Blessed Virgin Mary – Assumption Grotto

On Tuesday, May 13, 2003, the plaintiff drove to Assumption Grotto parish by following the directions of the spiritual voice. Southfield Freeway South to I-94; I-94 East to Gratiot; Gratiot North to Assumption Grotto parish. When the plaintiff arrived at Assumption Grotto parish he laid face down in the parking lot; left his vehicle running; and stated to a person that plaintiff wanted to see Fr. Parone.

Fr. Parone came to plaintiff; Fr. Parone let the plaintiff into the rectory; the plaintiff went to confession with Fr. Parone in the rectory and confessed that the plaintiff gouged out his eyes. After the confession Fr. Parone apparently made phone calls. While Fr. Parone was making phone calls, the plaintiff called Fr. Chini and left a message to cancel the meeting the plaintiff previously requested with Fr. Chini.

Fr. Parone apparently called plaintiff's family because Fr. Parone then proceeded to drive plaintiff to Oakwood Hospital Emergency against plaintiff will.

- The plaintiff expressly told Fr. Parone not to take him to a hospital; nevertheless, Fr. Parone continued to drive plaintiff to Oakwood Hospital

60 of 73

Emergency even after plaintiff expressly told Fr. Parone not to take him to
the hospital.

Oakwood Hospital Emergency transferred plaintiff to North Oakland Medical
Center. Plaintiff was imprisoned at North Oakland Medical Center for
approximately ten days. While the plaintiff was imprisoned in the mental hospital
against his will:

- North Oakland Medical Center simulated the lack of sleep plaintiff
  experienced at Sacred Heart Major Seminary by waking plaintiff up every
  15 to 30 minutes
- North Oakland Medical Center simulated paging sounds similar to the
  paging at General Motors
- North Oakland Medical Center simulated race baiting by General Motors
  and the Archdiocese of Detroit by having a black male steal plaintiff belt

After being released from the mental hospital, plaintiff tried to re-enter Sacred
Heart Major Seminary approximately June 2003. Plaintiff interviews with Fr. Bilot
and Fr. Bilot rejects plaintiff because Fr. Bilot thinks plaintiff too many issues –
**memory issues** and social issues.

In this same timeframe, Fr. Marc Gawronski (plaintiff pastor at St. Stephen –
Mary, Mother of the Church) and the plaintiff's family tries to convince the
plaintiff that he will be on medication for the rest of his life.

It this same timeframe, the plaintiff's vehicle window was conveniently smashed out in the parking lot of St. Stephen –Mary, Mother of the Church of the Archdiocese of Detroit.

Plaintiff spends some time investigating other Roman Catholic religious orders – rejected, rejected, rejected.

Plaintiff decides to retire from work.

Plaintiff ends his relationship with Fr. Norm Nawrocki as the plaintiff spiritual director.

- Plaintiff 1997 Saturn tire mysteriously has it air let out on St. Regis Parish - Archdiocese of Detroit property.
- Years later plaintiff 1997 Saturn is plowed in with snow on St. Regis Parish - Archdiocese of Detroit property.

In August 2003, plaintiff begins the process of trying to sell a piece of property in Tuscola County. A legal issue arises when relatives of Walter Stasko falsely challenge the validity of the deed to the land.

Plaintiff hires a lawyer (Duane Burgess) and the case is assigned to the State of Michigan, in the Circuit Court for the County of Tuscola, File #03-022044-CH, and assigned to Honorable Patrick R. Joslyn.

In the September 2004 to September 2005 timeframe five important items start to emerge:

1. It becomes more obvious that the Archdiocese of Detroit and the plaintiff's family are trying to convince others that the plaintiff needs to be on medication. At the deposition of Stanley R. Stasko on Thursday, September 9, 2004, Case No. #03-22044-CH (See Exhibit 9) the defendant's attorney (representing the plaintiff's extended family) will ask the plaintiff a series of questions that have no relevance to the sale of the land.

   a. See deposition p.8, lines 7-25

   b. Deposition p.9, lines 1-25

   c. Deposition p.10, lines 1-12

   d. Deposition p. 38, lines 1-4

2. In the September 2004 to September 2005 timeframe the plaintiff's memory is just starting to clear up. The difficulty the plaintiff still has can be seen in the long pauses, the **um...**, and the partial sentences in the deposition.

    a. Deposition p.6, lines 2-5

    b. Deposition p.6, lines 15-25

    c. Deposition p.7, lines 1-5

    d. Deposition p.7, lines 10-12

    e. Deposition p.8, lines 24-25 and p.9, line 1

    f. Deposition p.9, lines 6-8

    g. Deposition p.9, lines 25 and p.10, lines 1-2

    h. Deposition p.10, lines 9-12

    i. Deposition p.11, lines 10-19

    j. Deposition p.13, lines 3-18

    k. Deposition p.13, lines 24-25 and p.14, lines 1-6

    l. Deposition p.14, lines 24-25 and p.15, lines 1-2

    m. Deposition p.15, lines 7-10

    n. Deposition p.17, lines 5-10

    o. Deposition p.19, lines 5-7 and lines 19-22

    p. Deposition p.21, lines 9-10

    q. Deposition p.22, lines 11-13 and lines 23-25; p.23, line 1

    r. Deposition p.25, lines 25

    s. Deposition p.26, lines 7-11

    t. Deposition p.28, lines 3-9 and lines 24-25; p.29, lines 1-2

    u. Deposition p.29, lines 11-13

    v. Deposition p.33, lines 16-19

     w. Deposition p.34, lines 21-24

     x. Deposition p.35, lines 4-6

     y. Deposition p.36, lines 7-10

     z. Deposition p.38, lines 1-4 and lines 11-14

     aa. Deposition p.41, lines 7-8

     bb. Deposition p.43, lines 19-25 and p.44, line 1

     cc. Deposition p.44, lines 21-23

3. After the deposition plaintiff realizes that Duane Burgess (the plaintiff's attorney) is working against plaintiff; therefore, approximately February 2005 the plaintiff fires Duane Burgess and plaintiff has to try to represent himself.

     a. Also Judge Patrick R. Joslyn is openly biased against plaintiff; therefore, the plaintiff will have to win the case in appeals court.

4. When the plaintiff fires Duane Burgess the plaintiff now has to represent himself in Stasko v Stasko Circuit Court for the County of Tuscola, File #03-022044-CH. The plaintiff uses his personal computer at home and the internet to prepare his legal arguments. The plaintiff memory is starting to clear up and he is starting to recall that the spiritual voice in **spiritual experience – gouging out eyes** told the plaintiff that Allen (Boogaard) is dead. The plaintiff uses the internet to try to determine if Allen (Boogaard) is dead or alive. The plaintiff is unsuccessful for a long period of time in determining if Allen Boogaard is dead or alive. Finally the plaintiff determines that Allen Boogaard is alive; therefore, the spiritual voice message was that Allen (Boogaard) is spiritually dead. The plaintiff also

recalls that the spiritual voice told the plaintiff that Allen (Boogaard) is not your friend.

5. If Allen (Boogaard) is not the plaintiff's friend then maybe things at General Motors needs to be reconsidered. The plaintiff tries to remember what things were like at General Motors. Slowly the plaintiff's memory recalls things the plaintiff had forgotten **after the fall**. The plaintiff now needs to determine if his mind is playing tricks on him or did **the fall** cause a loss of memory. On July 20, 2005, plaintiff requested a complete copy of all employment records pertaining to his work for General Motors Corporation. (See Exhibit 10) The defendant did not respond to the letter dated July 20, 2005. On August 8, 2005, plaintiff made a second request for a complete copy of all employment records pertaining to his work for General Motors Corporation. (See Exhibit 11) The defendant did not respond to the second request letter dated August 8, 2005. On August 24, 2005, plaintiff made a third request for a complete copy of all employment records pertaining to his work for General Motors Corporation. (See Exhibit 12) The defendant responded by mailing a package of information to plaintiff FedEx Trk # 8464-9619-6310 (See Exhibit 13)

The plaintiff expected performance evaluation for CY1983, CY1984, CY1985, CY1986, CY1987, CY1988, CY1989, CY1990, CY1991, CY1992, CY1993, CY1994, and CY1995. The plaintiff finds performance evaluation only for CY1989, CY1990, and CY1991. So much is missing that a reader of plaintiff personnel records would get the impression that the plaintiff had nothing to do with the Emissions Wing renovation or the Dynamometer Wing Renovation. The

plaintiff calls a lawyer. Once the lawyer finds out that the plaintiff left General

Motors in CY1995, the lawyer has no interest in the case because it is now

CY2005. Plaintiff calls the same lawyer back again a few days later and the lawyer

does not even return plaintiff message. The reader needs to remember:

- The plaintiff memory is only beginning to clear up
- The inability to concentrate, and lack of energy still effects the plaintiff
- The plaintiff recently had to fire Duane Burgess (the plaintiff's attorney) for
  working against plaintiff
- The plaintiff experience with Judge Patrick R. Joslyn is openly biased
  against plaintiff

The plaintiff is in no condition to represent himself against General Motors at this

time, or deal with another lawyer like Duane Burgess, or deal with another judge

like Judge Patrick R. Joslyn. It will be several more years before the plaintiff's

memory clears up enough for the plaintiff to give a detailed account of his

accomplishments at General Motors. In order for the reader to understand how

much the plaintiff's memory will clear up several years later, Exhibit 15 represents

the plaintiff's resume for General Motors accomplishments in CY2005 and Exhibit

16 represents the plaintiff's resume for General Motors accomplishments written

approximately October 2009. If the defendant argues that the plaintiff should have

appointed a guardian to capably handle the plaintiff's rights when the plaintiff first

discovered the injury or loss approximately July 2005 the plaintiff states that he is

a single man with no spouse. The plaintiff has no legal children.


While the plaintiff's memory starts to clear up; nevertheless, the Archdiocese of

Detroit continues to persecute / harass the plaintiff.

- Approximately September 2004, a spiritual experience while driving home from legal proceedings prompts the plaintiff to stare at Fr. Chini at Our Lady of Mt. Carmel Parish until he disappears

- The Archdiocese of Detroit starts threatening plaintiff. Plaintiff goes to Our Lady of Mt. Carmel Parish for confession and Mass. Plaintiff usually arrives before the start of Mass and waits in Our Lady of Mt. Carmel parking lot. One day an unknown man pulls up into the parking lot with an old car and hides behind his driver side door. Plaintiff hears gun shots – bang, bang, bang.

- The Archdiocese of Detroit continues threatening plaintiff. A few days later the same unknown man ties to run plaintiff over with his car in Our Lady of Mt. Carmel parking lot. Plaintiff does not back down; the man pulls away at the last moment.

- The Archdiocese of Detroit continues to harass the plaintiff. A few days later two men dressed like police officers block the plaintiff in the last pew at Our Lady of Mt. Carmel Church.

- The Archdiocese of Detroit continues working on plaintiff family in order to convince the plaintiff that he will be on medication for the rest of his life.

- The Archdiocese of Detroit falsely tries to claim authorship of the plaintiff's first solo book – *Is 1Kings 6:1 in Error?* by AuthorHouse in October 2007

**Question:** How did the plaintiff write two books in his condition?

**Answer:** The reader must understand that the two books *Is 1Kings 6:1 in Error?* and *Israel Population Growth – from Genesis to Exodus* are mostly quotations from Sacred Scripture, mathematical calculations, or graphics; therefore, the

plaintiff could sit at home in front of his computer and slowly work on the books without having to answer any face-to-face questions.

In summary this essay is written by the plaintiff (Stanley R. Stasko) in the civil case of Stasko v General Motors Corporation filed in the United States District Court – Eastern District of Michigan. This essay is written in fulfillment of the requirement of Rose v Saginaw County (See Exhibit 6) whereby "…if the plaintiff has delayed beyond the limitation period, he must fully plead the facts and circumstances surrounding his belated discovery and the delay."

The plaintiff's memory clears up enough for plaintiff to challenge General Motors in court. The plaintiff writes a resume of General Motors accomplishments. (See Exhibit 16) The plaintiff seeks a lawyer approximately October 2009.

**Question:** Before we end this essay are there any other spiritual experiences the reader can physically verify?

**Answer:** Yes

Spiritual experience – Wedding pictures

In May 1995 plaintiff married Pamela; unfortunately the honeymoon and marriage
did not work out because the marriage was never consummated. At Pamela and
Stanley wedding two types of wedding pictures were taken, one from a
professional photographer and the second personal photographs. When Pamela and
Stanley received the personal photographs back from retail processing,
superimposed on some of the pictures were graveyard images (this can be verified
by contacting Pamela Kay Stasko). Pamela and Stanley lived a façade of a
marriage for five years; the unconsummated marriage; Pamela reneging on her
word to have children; and Pamela purposefully engaged in marital arguments to
stir up marital trouble all brought about the death of the marriage previewed in the
superimposed pictures with the graveyard images.

Spiritual experience – Fr. Shirilla – Do not be stubborn

Approximately CY1993 the plaintiff met with a priest friend of his by the name
Rev. Fr. Gerald M. Shirilla. Fr. Shirilla was an instructor of plaintiff at Sacred
Heart Major Seminary when plaintiff was studying to be a certified liturgy
coordinator for the Archdiocese of Detroit through the Institute for Pastoral
Liturgical Ministries – IPLM. In the course of the evening the plaintiff shared a
spiritual insight he was giving regarding Fr. Shirilla.

- First, the plaintiff told his friend Fr. Shirilla that he (Fr. Shirilla) would not
  live to see the average life expectancy for a man of his demographics.
- Second, the plaintiff told Fr. Shirilla that when he dies and stands for his
  final judgment *do not be stubborn*. In other words, on the day of his
  particular final judgment if Fr. Shirilla is told that some of the teachings of
  the Roman Catholic Church are wrong – then listen to what judgment day is
  telling you, and do not stubbornly hold unto the teachings of the Roman
  Catholic Church you learned on earth.

The reader is free to ask any friends of Fr. Shirilla regarding these spiritual
insights.

Spiritual experience – Appendix

In approximately July 2000 plaintiff in physical pain in the abdominal area and the pain is moving down and to the right. Plaintiff goes to Henry Ford Hospital – Fairlane and Henry Ford Hospital – Fairlane advises plaintiff to go to Henry Ford Hospital – Main. Plaintiff is admitted into Henry Ford Hospital – Main and assigned to a room and stays over night for appendicitis.

Plaintiff is examined by a female Muslim medical doctor. Plaintiff is in much pain in area of his appendix. Plaintiff is under the impression that he will be having his appendix removed. Plaintiff prays for healing (a simple prayer like Lord Jesus please heal me). Plaintiff starts to get better. A group of doctors visit plaintiff; plaintiff bounces his stomach up and down to the doctors to prove he is getting better and a female doctor exclaims out loud **he's better.** Plaintiff does not have his appendix removed.

Spiritual experience – Mr. Telka

In approximately CY1996, Mr. Telka (plaintiff knew his daughter Mary and Theresa when growing up in Southwest Detroit) was in nursing home dying (Mr. Telka was within hours or days of dying). Plaintiff visited Mr. Telka and asked Mr. Telka if plaintiff could pray for him. Mr. Telka said yes. Plaintiff extended his hands over Mr. Telka and prayed one Our Father.

A short time passed and plaintiff wanted to visit Mr. Telka. Plaintiff was told that Mr. Telka was discharged.

Some time passed and plaintiff was personally invited to a Telka family gathering at a public hall. Mr. Telka personally thanked plaintiff.

Some people in the Archdiocese of Detroit tried to discredit plaintiff by falsely claiming plaintiff did not perform this miracle; instead, tried to give credit to the Blessed Virgin Mary.

Mr. Telka lived several more years and died in CY2002. At Mr. Telka's funeral Mass in Dearborn, Michigan, a Telka family member publicly stated in church - **miracles still do occur.** The reader is free to contact Mary Telka (maiden name) regarding Spiritual experience – Mr. Telka.

73 of 73

Exhibit - 8

NOR... OAKLAND MED... CENTERS
461 WEST HURON
PONTIAC, MI 48341

| | |
|---|---|
| Medical Rec. No: 688916 | Account No: 6346842 |
| Attending Physician: SHAHID JAMIL, M.D. | Admit Date: 05/14/03 |
| Room Number: MH-0451-B      Patient Type: I | Discharge Date: 05/23/03 |

Name: STASKO, STANLEY          D.O.B. 06/06/69      Age: 033Y    Sex: M

**FINAL DIAGNOSES:**   **AXIS   I:**  Schizoaffective  disorder,
                                       depressed.
                       **AXIS  II:**  None.
                       **AXIS III:**  None.

**REASON FOR ADMISSION:** The patient was admitted on referral from Common Ground after he had been sent to them with a history of bizarre behavior.

According to the patient, the day before admission, he heard voices that told him to gouge out his eyes and he tried to do so. Subsequently, he felt extremely guilty and decided to go see a Catholic priest in Detroit that he knew only by name. After getting there, he got out of the car and laid down on the parking lot to do his confession. That is how he was found and the priest apparently after talking with him found out what he was there for. He was sent to Detroit Receiving Emergency Room, transferred to Common Ground's care and subsequently to my care.

As best as I can piece it together, the symptoms apparently have been going on for about 8-9 years. He used to work for General Motors and could not continue employment due to the beginnings of his symptoms where he was unable to concentrate, unable to interact with the coworkers, increasingly felt that there was a conspiracy against him and had to leave that employment. Subsequently, he tried to work at two other places and could not work due to the same problems. He is an electrical engineer by trade but his functioning level has slowly deteriorated over these years. He lives alone and barely functions now. In the meantime, he also developed severe obsessive-compulsive symptoms where he would be concerned about germs and wash his hands repeatedly, to the point that he excoriated the skin. He would also obsessionally ruminate about various things. He has been hearing voices that were telling him what to do, largely benign directions, such as to brush his teeth or to close the door when he was changing clothes. He stated he was sleeping very poorly, eating very poorly. Concentration was extremely poor. He had significant religious preoccupations and felt very guilt-ridden but was unable to explain regarding what. He has never been treated before.

There is a family history of bipolar disorder, according to his sister with whom I spoke of, with the patient's permission. The patient does not have a history of alcohol or drug use. The family seems very supportive of him.

Medical Records Report

4100132  6/98



| | |
|---|---|
| Medical Rec. No:   688916 | Account No:   6346842 |
| Attending Physician: SHAHID JAMIL, M.D. | Admit Date:    05/14/03 |
| Room Number: MH-0451-B          Patient Type: I | Discharge Date: 05/23/03 |

Name: STASKO, STANLEY        D.O.B. 06/06/69      Age: 033Y     Sex: M

**PATIENT'S CONDITION AT THE TIME OF ADMISSION:** He was overdressed for our unit. He had a well-pressed pants, shirt and tie on. Was alert, awake, oriented, pleasant and cooperative. Speech was understandable but not goal directed due to looseness of association and frequent thought blocking and his tendency to be absolutely precise. For example, he felt that if somebody asked him if the food was tasty and he was not paying attention to the taste while eating, he could not answer that question truthfully. He would often stop in the middle of a sentence and concentrate on his thoughts to make sure that he was answering precisely. He admitted having auditory command hallucinations but at this time these are more of a benign nature but they are constant throughout the day. Paranoid and religious preoccupation is present. Obsessional thinking pattern is present. He denies being suicidal or wanting to hurt himself or others. Insight is superficial.

Physical assessment was done by Dr. Sura. Due to the patient's concerns about unprotected sex, HIV and tests for hepatitis were done and were negative.

Labs consisted of CBC with differential, blood chemistry, thyroid studies and urine analysis, all of which were essentially unremarkable. B12 and folate levels were done also. B12 level came back at 157 picogram per ml and folate was 12.3. He received three injections of B12 from Dr. Sura. Alcohol and drug screen were negative. CT scan of the brain was negative.

**TREATMENT COURSE DURING HOSPITALIZATION:** After a lengthy discussion about diagnosis, differential diagnosis and treatment options, we decided to go with Risperdal 1 mg a.m. and h.s., eventually increasing to 2 mg a.m. and h.s. He was complaining of daytime sedation and it was changed to 3 mg at h.s. and eventually Zoloft was added at 50 mg after dinner. He tolerated the medications very well and showed rather slow but steady improvement with gradual reduction in all of his symptoms. He became much more spontaneously, the thought blocking decreased, the looseness of association decreased and he was able to carry out a goal-directed conversation much better.

I had several discussions also with the patient regarding the importance of his family history and possibly the need for a mood stabilizer should hypomanic-manic symptoms emerge and the importance of treatment follow-through. He often commented that as far as he was concerned, all that he needed was a good confessional session with a Catholic priest and did not

Medical Records Report
4100132  6/98

NOF: OAKLAND MED   CENTER
461 WEST HURON
PONTIAC, MI 48341

| | |
|---|---|
| Medical Rec. No: 688916 | Account No: 6346842 |
| Attending Physician: SHAHID JAMIL, M.D. | Admit Date: 05/14/03 |
| Room Number: MH-0451-B    Patient Type: I | Discharge Date: 05/23/03 |

Name: STASKO, STANLEY          D.O.B. 06/06/69     Age: 033Y     Sex: M

see why people were so worried about his symptoms and wanted him to be in the hospital. This worries me because inspite of several discussions with the patient, he does not seem to have gained much of an insight.

PATIENT'S CONDITION AT THE TIME OF DISCHARGE: His psychotic symptoms appear to have significantly lessened. The mood seems to be much more brighter and more stable. He was tolerating the medications very well.

Prognosis is good with continued treatment.

RECOMMENDATIONS: Arrangements have been made for the patient to be followed by Easter Seals and he promised he that he would follow through. A two-week supply for Risperdal 3 mg at h.s. and Zoloft 50 mg after dinner was given to the patient. No restrictions were placed on his diet or mobility. I have explained to the patient that the B12 level being low right now is being blamed on his poor dietary intake prior to hospitalization but needs to be followed up as an outpatient and he promised me he would do so. Temporarily, he is going to stay with his sister and then go back to his home once the symptoms are even under better control. Between now and such time as he gets to see the psychiatrist at Easter Seals, should his condition worsen, especially should his suicidal thoughts or urges to hurt himself come back, he is to call Common Ground, call me or come back to the emergency room immediately and he promised to do so.

A copy of his labs and CT scan were faxed to Easter Seals with his permission to ensure smooth transition.

Dictated By: JAMIL, SHAHID

^1
^2

SHAHID JAMIL, M.D.

DD: 05/24/03   DT: 05/29/03   1353    \: mf3    /: 540    JOB: 17228
ID: 000207021

Medical Records Report

4100132  6/98

DISCHARGE SUMMARY

I 514584     I' LY    51403
6A8918    50669    33Y
STASKO, STANLEY
NORTH OAKLAND MEDICAL CENTERS AHID     M F.
DEPARTMENT OF PSYCHIATRY MIL, SHAHID



### CONSENT FOR PSYCHOTROPIC MEDICATION

I am a patient of Dr __JAMIL__ . He/She has informed me that he/she recommends that I receive psychotropic medication for treatment of my disorder. Although everybody's response to this medication is different, in many cases similar to mine, this medication has demonstrated that it is helpful in alleviating or reducing some of the signs and symptoms typical of my disorder. While there is no guarantee that this medication will be 100% effective, my doctor is of the opinion that there is no alternative form of treatment suitable for me, which is likely to be more effective.

I hereby acknowledge that my doctor did discuss with me the various risks and benefits associated with taking psychotropic medications, checked below:

☑ MAJOR TRANQUILIZERS: Dry mouth, constipation, blurred vision (close up), various rashes, blood pressure changes (drop in blood pressure with change of position), and muscle spasms. Tardive dyskinesia, a side effect that may or may not develop with taking major tranquilizer, sometimes only after a short time (a few weeks or months) or more commonly after years of therapy, was discussed. Tardive dyskinesia is a condition that might occur while taking the medication or after the medication has been discontinued; and it may or may not go away, quickly or slowly. Tardive dyskinesia consists of movement of certain muscles that may or may not include the mouth, lips, or less commonly, muscles of the trunk (pelvis and hips). RISPERDAL

☐ ANTI-DEPRESSANT (Tricyclic): Dry mouth, sedation, blurred vision, blood pressure changes, constipation, EKG changes, changes in heart beat, urinary retention, allergic reaction.

☐ ANTI-DEPRESSANT (MAOI): Must adhere to a special diet and use special caution in taking other medications which can raise the blood pressure when combined with this medication for approximately two weeks after discontinuation. Dry mouth, restlessness, allergic reaction.

☐ LITHIUM CARBONATE: At therapeutic levels these side effects may be seen: tremors, nausea, vomiting, diarrhea, frequent urination, fatigue, thyroid changes, and allergic reactions. At higher levels these side effects may be seen: confusion, seizures, coma.

☐ MINOR TRANQUILIZERS AND SEDATIVES: Sedation, slowed reaction time, psychological and physical dependence and allergic reactions.

☐ STIMULANT: Nervousness, insomnia, decreased appetite and weight loss, rapid heart beat, increased blood pressure, psychological and physical dependence.

☐ OTHER:

Any of these medications may cause drowsiness and might increase the effects of alcohol or other sedatives ( such as drowsiness or poor coordination ). Caution in driving and operating machinery and other tasks requiring alertness and coordination should be exercised. This explanation of risks and benefits is not meant to be all inclusive. There are other potential adverse reactions. I should promptly notify my doctor or another member of the staff if there are any unexpected changes in my condition.

I understand that I may not be compelled to take this medication and that I may decide to stop taking it at any time. I understand that the symptoms of my disorder may return or worsen if I stop taking this medication.

After a period with a specific medication, my doctor may determine that a different dosage of the same medication or a different type of medication may be necessary before the best medication is found.

I also understand that although my doctor believes that this medication will help me, there is no guarantee as to the results that may be obtained. On this basis, I authorize my doctor ( or anyone authorized by him or her ) to administer such doses of medication at such intervals as my doctor believes is best. I also authorize my doctor ( or anyone authorized by him or her ) to change the type of medication I am to receive or the doses of my medication in order to achieve the best results possible.

_____
Patient's Signature

_____
Parent/Legal Guardian's Signature

_____
Physician's Signature

5/14/03
_____
Date



**North Oakland**
**Medical Centers**

**Doctor's Orders- Major Depression**

*Instructions: Check  X  to indicate choice; write in alternate choice/dose    *NKDA*

Identification area
4850  A
Stanley Stasko

I 634684  # PSY 51403
STASKO, STANLEY    33Y
68891*    50669
JAMIL,   SHAHID
JAMIL,   SHAHID
SHAHID
M F

| | |
|---|---|
| Date 5-14-03          Time 0345 | |
| 1. Level III - matel | |
| 2. Regular Diet — 933 | |
| 3. Consult Dr. Supa           for history and physical examination ie: | |
|    7641239 — Dr Cal to Notify | |
| 4. Lab studies if not done in ER | |
|    ___ CBC | |
|    ___ UA | |
|    ✓ SMA18 — 7641929 | |
|    ✓ T3 — 930 | |
|    ✓ T4 — 931 | |
|    ✓ TSH — 932 | |
| 5. EKG re: | |
| 6. Pregnancy Test as appropriate | |
| ✓ 7. OT,RT 935 | |
| ✓ 8. Group Therapy— 934 | |
| ✓ 9. Social work consult for social history — 7641238 | |
| 10. Geropsych tract for patients > 60 years | |
| 11. Dual diagnosis track | |
| ✓ 12. Tylenol gr X q 4 prn fro headache | |
| ✓ 13. MOM 30 ml prn for constipation | |
| ✓ 14. Maalox/Mylanta 30 ml qid prn | |
| 15. Restoril 15 mg q HS prn | |
|    ATIVAN 1 mg q 6h prn IM/PO | |
|    HALDOL 5 mg q 6h prn IM/PO | |
| 16. Other | |

mated
5/24/03
921:05

V O Dr Jamil / D. V. Tabo Rn

**DOCTOR'S ORDERS**

**NORTH OAKLAND MEDICAL CENTERS**

PONTIAC, MICHIGAN

## USE BALL POINT PEN — PRESS FIRMLY PLEASE

**DRUG SENSITIVITIES:**

IDENTIFICATION AREA

| PHAR | DATE 5 | 14 | 03 | TIME |
|------|--------|----|----|------|
| CK ✓ | A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed. | | | |

Risperdal 1mg now, then q Am & HS
SW → pl contact family for addi-
tional info ASAP.

**DRUG SENSITIVITIES:**

IDENTIFICATION AREA

| PHAR | DATE 5 | 14 | 03 | TIME 2:30 m |
|------|--------|----|----|-------------|
| CK ✓ | A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed. | | | |

EEG — no Petit mal epilepsy
Serum B12, #438
— Serum VDRL, #435
— HJV (Quantative), #437

Liq pot chlor 20 meq PO TID X3
CT Brain with contrast
— no tumor, HJV encephalopathy
Labs on 5/16/03

**NORTH OAKLAND MEDICAL CENTERS**

PONTIAC, MICHIGAN

## USE BALL POINT PEN — PRESS FIRMLY PLEASE

DRUG SENSITIVITIES:

| | | IDENTIFICATION AREA |
|---|---|---|

PHAR DATE 5/15/03    TIME

CK ✓   A generically equivalent product, identical in dosage form
and content of active ingredient(s) may be dispensed.

Cancel Effo

↑ Risperdal 2 mg q Am & HS noted + given

Shahid Jennifer

Noted C Leongren
5-15-03

---

DRUG SENSITIVITIES:

| | | IDENTIFICATION AREA |
|---|---|---|

PHAR DATE 5/16/03    TIME

CK ✓   A generically equivalent product, identical in dosage form
and content of active ingredient(s) may be dispensed.

↓ heeel to II'

Shahid Jennifer

Noted C Leongren
5-16-03

**NORTH OAKLAND MEDICAL CENTERS**
PONTIAC, MICHIGAN

## USE BALL POINT PEN — PRESS FIRMLY PLEASE

**DRUG SENSITIVITIES:**

IDENTIFICATION AREA

| PHAR | DATE 5/19/2003 | TIME 8-30 |
| CK ✓ | A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed. |

Inj B12 1 mg    Im today

Tab multivitamine   PO 1 QD

Dr Drug

noted Sarah Daniel 5/19/03

---

**DRUG SENSITIVITIES:**

IDENTIFICATION AREA

| PHAR | DATE 5/19/03 | TIME |
| CK ✓ | A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed. |

d/c Am Risperdal

↑ HS Risperdal to 3mg daily

Tolaft 25 mg q daily p dinner

Shahid Jamil

noted
5/19/03
Sis Lindsen

**NORTH OAKLAND MEDICAL CENTERS**
PONTIAC, MICHIGAN

---

**USE BALL POINT PEN — PRESS FIRMLY PLEASE**

DRUG SENSITIVITIES:

| | |
|---|---|
| PHAR | DATE 5 / 19 / 2003    TIME 6 · 30 m |
| CK ✓ | A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed. |

Inj B12    1 mg    Im    on 5/20

↳ 5/22

Noted

IDENTIFICATION AREA

---

DRUG SENSITIVITIES:

| | |
|---|---|
| PHAR | DATE 5 / 20 / 03    TIME |
| CK ✓ | A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed. |

↑  Zoloft  to  50mg  ⱷ dinner daily

Shahid Tariq

Noted

IDENTIFICATION AREA

**NORTH OAKLAND MEDICAL CENTERS**

PONTIAC, MICHIGAN

---

**USE BALL POINT PEN — PRESS FIRMLY PLEASE**

**DRUG SENSITIVITIES:**

IDENTIFICATION AREA

| PHAR | DATE | 5/22/03 | TIME |
|------|------|---------|------|
| CK ✓ | | | |

A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed.

↓ bbbbb to I

Pharmacy: Pl send following meds
for tomorrow's discharge:

Risperdal 3mg qHS    (# 14)
Celexa 50 mg p̄ Dinner daily  (# 14)

Shahid Tanifard
5/22/03

---

**DRUG SENSITIVITIES:**

IDENTIFICATION AREA

| PHAR | DATE | 5/23/03 | TIME |
|------|------|---------|------|
| CK ✓ | | | |

A generically equivalent product, identical in dosage form and content of active ingredient(s) may be dispensed.

Discharge. F/u c̄ Easter Seals. Pl
fax a copy of all labs, EKG,
CT scan brain, Discharge Instructions
to client.

Shahid Tanifard

**North Oakland**
MEDICAL CENTER

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 450 | A | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/14/03 7:01 -- 5/15/03 7:00 |

| DIAGNOSIS | ALLERGIES |
|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01-7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |

TYLENOL TABLET, ACETAMINOPHEN T
650MG=2TAB    EVERY 4 HR PRN P.O.
START: 5/14/03  3:38   STOP: 8/12/03  1:00
FOR HEADACHE          PRN# 1

MILK OF MAGNESIA CONCENTRATE   *PRN*
10ML       AS NEEDED    P.O.
START: 5/14/03  3:38   STOP: 8/12/03 1:00
PRN CONSTIPATION:10ML CONC=30ML REGULAR   PRN# 2

MAALOX PLUS SUSP.   *PRN*
30ML        QID PRN     P.O.
START: 5/14/03  3:38   STOP: 8/11/03 21:00
TAKE AS NEEDED 4 TIMES A DAY   PRN# 3

ATIVAN INJ., LORAZEPAM INJ.
1MG=0.5ML    EVERY 6 HR PRN I.M.
START: 5/14/03  3:38   STOP: 5/23/03 24:00
IM/PO          PRN# 4

ATIVAN TAB., LORAZEPAM TAB.
1MG=1TAB    EVERY 6 HR PRN P.O.
START: 5/14/03  3:39   STOP: 5/23/03 24:00
PO/IM          PRN# 5

HALDOL INJ., HALOPERIDOL INJ
5MG=1ML    EVERY 6 HR PRN I.M.
START: 5/14/03  3:39   STOP: 5/23/03 24:00
PO/IM          PRN# 6

HALDOL TAB., HALOPERIDOL TAB
5MG=1TAB    EVERY 6 HR PRN P.O.
START: 5/14/03  3:40   STOP: 8/11/03 24:00
PO/IM          PRN# 7

5/14/03 Risperdal Inj Stat PO 0xxx PO x6

5/14/03 Risperdal Inj QAM
+ QHS PO          2200 CL

5-14 dig. got chlor. 50meg
- 0 1/3 1Dx3 Days   1700 CL

North Oakland
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX | |
|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 450 | A | 033Y | KG | | M | |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/15/03 7:01 – 5/16/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01- 7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |

RISPERDAL TABLET, RISPERIDONE TAB — 900 PO / 2100 / — 1MG=1TAB   AM AND HS   P.O.
START: 5/14/03  9:00   STOP: 8/11/03 21:00
5/15/03 ↑2mg QAM & HS PO   MED# 8
POTASSIUM CHLOR NO? — 900 PO / 1700 / — 20MEQ=15ML   TWICE DAILY   P.O.
START: 5/14/03 16:10   STOP: 5/17/03  9:00   MED# 9
TYLENOL TABLET, ACETAMINOPHEN T
650MG=2TAB   EVERY 4 HR PRN  P.O.
START: 5/14/03  3:38   STOP: 8/12/03  1:00
FOR HEADACHE   PRN# 1
MILK OF MAGNESIA CONCENTRATE   *PRN*
10ML   AS NEEDED   P.O.
START: 5/14/03  3:38   STOP: 8/12/03  1:00
PRN CONSTIPATION:10ML CONC=30ML REGULAR   PRN# 2
MAALOX PLUS SUSP   *PRN*
30ML   QID PRN   P.O.
START: 5/14/03  3:38   STOP: 8/11/03 21:00
TAKE AS NEEDED 4 TIMES A DAY   PRN# 3
ATIVAN INJ., LORAZEPAM INJ.
1MG=0.5ML   EVERY 6 HR PRN  I.M.
START: 5/14/03  3:38   STOP: 5/23/03 24:00
IM/PO   PRN# 4
ATIVAN TAB., LORAZEPAM TAB.
1MG=1TAB   EVERY 6 HR PRN  P.O.
START: 5/14/03  3:39   STOP: 5/23/03 24:00
PO/IM   PRN# 5
HALDOL INJ., HALOPERIDOL INJ
5MG=1ML   EVERY 6 HR PRN  I.M.
START: 5/14/03  3:39   STOP: 5/23/03 24:00
PO/IM   PRN# 6
HALDOL TAB., HALOPERIDOL TAB
5MG=1TAB   EVERY 6 HR PRN  P.O.
START: 5/14/03  3:40   STOP: 8/11/03 24:00
PO/IM   PRN# 7

**North Oakland MEDICAL CENTER**

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | MH | 450 | A | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/16/03 7:01 – 5/17/03 7:00 |

DIAGNOSIS: PSYCHOTIC DISORDER  
ALLERGIES: NO KNOWN DRUG ALLERG

MEDICATION ADMINISTRATION DATES

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01-7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| POTASSIUM CHLOR 10% | 900 | | SK | 1700 | O | m | | | |
| 20MEQ=15ML TWICE DAILY P.O. | | | | | | | | | |
| START: 5/14/03 16:10 STOP: 5/17/03 9:00 MED# 9 | | | | | | | | | |
| RISPERDAL TABLET, RISPERIDONE TAB | 900 | | SK | 2100 | O | m | | | |
| 2MG=1TAB AM AND HS P.O. | | | | | | | | | |
| START: 5/15/03 9:00 STOP: 8/12/03 21:00 MED# 10 | | | | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | | | | | | | | | |
| 650MG=2TAB EVERY 4 HR PRN P.O. | | | | | | | | | |
| START: 5/14/03 3:38 STOP: 8/12/03 1:00 FOR HEADACHE PRN# 1 | | | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML AS NEEDED P.O. | | | | | | | | | |
| START: 5/14/03 3:38 STOP: 8/12/03 1:00 PRN CONSTIPATION:10ML CONC=30ML REGULAR PRN# 2 | | | | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML QID PRN P.O. | | | | | | | | | |
| START: 5/14/03 3:38 STOP: 8/11/03 21:00 TAKE AS NEEDED 4 TIMES A DAY PRN# 3 | | | | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | | | | | | | | | |
| 1MG=0.5ML EVERY 6 HR PRN I.M. | | | | | | | | | |
| START: 5/14/03 3:38 STOP: 5/23/03 24:00 IM/PO PRN# 4 | | | | | | | | | |
| ATIVAN TAB., LORAZEPAM TAB. | | | | | | | | | |
| 1MG=1TAB EVERY 6 HR PRN P.O. | | | | | | | | | |
| START: 5/14/03 3:39 STOP: 5/23/03 24:00 PO/IM PRN# 5 | | | | | | | | | |
| HALDOL INJ., HALOPERIDOL INJ. | | | | | | | | | |
| 5MG=1ML EVERY 6 HR PRN I.M. | | | | | | | | | |
| START: 5/14/03 3:39 STOP: 5/23/03 24:00 PO/IM PRN# 6 | | | | | | | | | |
| HALDOL TAB., HALOPERIDOL TAB | | | | | | | | | |
| 5MG=1TAB EVERY 6 HR PRN P.O. | | | | | | | | | |
| START: 5/14/03 3:40 STOP: 8/11/03 24:00 PO/IM PRN# 7 | | | | | | | | | |

**North Oakland**
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX | |
|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 450 | A | 033Y | KG | | M | |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/18/03 7:01 – 5/19/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01-7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| RISPERDAL TABLET, RISPERIDONE TAB | 900 | | S/ | 2100 | O | Sc | | | |
| 2MG=1TAB      AM AND HS      P.O. | | | | | | | | | |
| START: 5/15/03  9:00      STOP: 8/12/03 21:00 | | | | | | | | | |
| MED# 10 | Jn | | | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | | | | | | | | | |
| 650MG=2TAB      EVERY 4 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:38      STOP: 8/12/03 1:00 | | | | | | | | | |
| FOR HEADACHE              PRN# 1 | Jn | | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML      AS NEEDED      P.O. | | | | | | | | | |
| START: 5/14/03  3:38      STOP: 8/12/03 1:00 | | | | | | | | | |
| PRN CONSTIPATION:10ML CONC=30ML REGULAR  PRN# 2 | Jn | | | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML      QID PRN      P.O. | | | | | | | | | |
| START: 5/14/03  3:38      STOP: 8/11/03 21:00 | | | | | | | | | |
| TAKE AS NEEDED 4 TIMES A DAY      PRN# 3 | Jn | | | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | | | | | | | | | |
| 1MG=0.5ML      EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:38      STOP: 5/23/03 24:00 | | | | | | | | | |
| IM/PO                    PRN# 4 | Jn | | | | | | | | |
| ATIVAN TAB., LORAZEPAM TAB. | | | | | | | | | |
| 1MG=1TAB      EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:39      STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM                    PRN# 5 | Jn | | | | | | | | |
| HALDOL INJ., HALOPERIDOL INJ | | | | | | | | | |
| 5MG=1ML      EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:39      STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM                    PRN# 6 | Jn | | | | | | | | |
| HALDOL TAB., HALOPERIDOL TAB | | | | | | | | | |
| 5MG=1TAB      EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:40      STOP: 8/11/03 24:00 | | | | | | | | | |
| PO/IM                    PRN# 7 | Jn | | | | | | | | |

5-18 inj. B12 1mg Today          1700 O Sc

5-18 multi vit. -.- ± QD          200 O Sc

_____ ( ) _____ ( ) S. Fled(GP) _____ ( ) Sarah Allen (S)

MEDICATION ADMINISTRATION RECORD  FORM NO. 410009X Rev. (1/00)

# North Oakland
## MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 450 | A | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/17/03 7:01 – 5/18/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | |

| Medication | 7:01-15:00 TIME | SITE | INITIAL | 15:01-23:00 TIME | SITE | INITIAL | 23:01- 7:00 TIME | SITE | INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| POTASSIUM CHLOR 10% | 900 | | SF | 1700 | 2 | hee | | | |
| 20MEQ=15ML    TWICE DAILY    P.O. | | | | | | | | | |
| START: 5/14/03 16:10    STOP: 5/17/03  9:00 | | | | | | | | | |
| MED# 9 | | In | | | | | | | |
| RISPERDAL TABLET, RISPERIDONE TAB | 900 | | SF | 2100 | 0 | h | | | |
| 2MG=1TAB    AM AND HS    P.O. | | | | | | | | | |
| START: 5/15/03  9:00    STOP: 8/12/03 21:00 | | | | | | | | | |
| MED# 10 | | In | | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | | | | | | | | | |
| 650MG=2TAB    EVERY 4 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| FOR HEADACHE    PRN# 1 | | In | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML    AS NEEDED    P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| PRN CONSTIPATION:10ML CONC=30ML REGULAR    PRN# 2 | | In | | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML    QID PRN    P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/11/03 21:00 | | | | | | | | | |
| TAKE AS NEEDED 4 TIMES A DAY    PRN# 3 | | In | | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | | | | | | | | | |
| 1MG=0.5ML    EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 5/23/03 24:00 | | | | | | | | | |
| IM/PO    PRN# 4 | | In | | | | | | | |
| ATIVAN TAB., LORAZEPAM TAB. | | | | | | | | | |
| 1MG=1TAB    EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM    PRN# 5 | | In | | | | | | | |
| HALDOL INJ., HALOPERIDOL INJ | | | | | | | | | |
| 5MG=1ML    EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM    PRN# 6 | | In | | | | | | | |
| HALDOL TAB., HALOPERIDOL TAB | | | | | | | | | |
| 5MG=1TAB    EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:40    STOP: 8/11/03 24:00 | | | | | | | | | |
| PO/IM    PRN# 7 | | In | | | | | | | |

_____ (  ) ____ ____ ____ L. Fluid  B¹) ____ ____ ____ (  ) ____ ____ (  )

**North Oakland**
MEDICAL CENTERS

## MEDICATION ADMINISTRATION RECORD

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 450 | A | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/19/03 7:01 – 5/20/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01- 7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| RISPERDAL TABLET, RISPERIDONE TAB<br>2MG=1TAB      AM AND HS      P.O.<br>START: 5/15/03  9:00      STOP: 8/12/03 21:00<br>MED#<br>10 | (900) | | 𝓳𝓳 | (2100) | | | | | |
| | | | Dis Am<br>Risperdal | | See new order<br>5/19/03 | | | | |
| VITAMINS, MULTIPLE<br>1TAB      ONCE DAILY      P.O.<br>START: 5/18/03 15:39      STOP: 8/16/03  9:00<br>MED#<br>12 | 900 | | 𝓳𝓳 | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T<br>650MG=2TAB      EVERY 4 HR PRN  P.O.<br>START: 5/14/03  3:38      STOP: 8/12/03  1:00<br>FOR HEADACHE      PRN#<br>1 | | | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE<br>10ML      AS NEEDED      P.O.<br>START: 5/14/03  3:38      STOP: 8/12/03  1:00<br>PRN CONSTIPATION:10ML CONC=30ML REGULAR  PRN#<br>2 | *PRN* | | | | | | | | |
| MAALOX PLUS SUSP.<br>30ML      QID PRN      P.O.<br>START: 5/14/03  3:38      STOP: 8/11/03 21:00<br>TAKE AS NEEDED 4 TIMES A DAY      PRN#<br>3 | *PRN* | | | | | | | | |
| ATIVAN INJ.  LORAZEPAM INJ.<br>1MG=0.5ML      EVERY 6 HR PRN  I.M.<br>START: 5/14/03  3:38      STOP: 5/23/03 24:00<br>IM/PO      PRN#<br>4 | | | | | | | | | |
| ATIVAN TAB.  LORAZEPAM TAB.<br>1MG=1TAB      EVERY 6 HR PRN  P.O.<br>START: 5/14/03  3:39      STOP: 5/23/03 24:00<br>PO/IM      PRN#<br>5 | | | | | | | | | |
| HALDOL INJ.  HALOPERIDOL INJ<br>5MG=1ML      EVERY 6 HR PRN  I.M.<br>START: 5/14/03  3:39      STOP: 5/23/03 24:00<br>PO/IM      PRN#<br>6 | | | | | | | | | |
| HALDOL TAB.  HALOPERIDOL TAB<br>5MG=1TAB      EVERY 6 HR PRN  P.O.<br>START: 5/14/03  3:40      STOP: 8/11/03 24:00<br>PO/IM      PRN#<br>7 | | | | | | | | | |

5/19/03 ⟨⟨SJ⟩⟩

↑ HS Risperdal to 3mg eHS          2100   JW

⟨signature⟩ (SJ) ─── ( )        ( )  Disc 6PNJ (w) ─── ( )
                    ( )        ( )                   ( )

North Oakland
MEDICAL CENTERS

MEDICATION ADMINISTRATION RECORD

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | | M² | SEX | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stasko, Stanley | | | 450 | A | 33 | | | | M | | | |

| MEDICAL RECORD # | PATIENT AC # | DOCTOR NAME | | DOSE PERIOD | | |
|---|---|---|---|---|---|---|
| | 6346842 | Dr Jamil | | | | |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NKDA | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL | |

5/19/03 (su)

Zoloft 25mg Q Day p̄ Dinner — 1800 — CW

5/19 Inj B₁₂ 1mg IM on 5/20 & 5/22

(signatures at bottom)

**North Oakland**
MEDICAL CENTER

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX | |
|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M | |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/20/03 7:01 -- 5/21/03 7:00 |

| DIAGNOSIS | ALLERGIES |
|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01- 7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| VITAMINS, MULTIPLE | 900 | SF | | | | | | | |
| 1TAB        ONCE DAILY        P.O. | | | | | | | | | |
| START: 5/18/03 15:39        STOP: 8/16/03  9:00 | | | | | | | | | |
| MED# 12 | | | ✓ | | | | | | |
| RISPERDAL TABLET, RISPERIDONE TAB | ~~900~~ | | | 2200 | CP | | | | |
| 3MG=1TAB        ONCE DAILY  AS P.O. | | | | | | | | | |
| START: 5/20/03  9:00        STOP: 8/17/03  9:00 | | | | | | | | | |
| MED# 13 | | | | | ✓ | | | | |
| ZOLOFT TAB, SERTRALINE TAB. | | | | 1800 | | | | | |
| 25MG=0.5TAB        EVERY EVENING   P.O. | | | | | | | | | |
| START: 5/19/03 18:00        STOP: 8/16/03 18:00 | | | | See new order 5/20/03 | | | | | |
| MED# 14 | | | | | | | | | |
| VITAMIN B-12 INJ., CYANOCOBALAMIN | 900 | SF | | | | | | | |
| 1000MCG=1ML        ONE TIME ONLY   I.M. | | | | | | | | | |
| START: 5/20/03  9:00        STOP: 5/20/03  9:00 | | | | | | | | | |
| ON 5-20 AND 5-22        MED# 15 | | | ✓ | | | | | | |
| VITAMIN B-12 INJ., CYANOCOBALAMIN | | | | ** NO DOSES DUE T        ODAY | | | | | |
| 1000MCG=1ML        ONE TIME ONLY   I.M. | | | | | | | | | |
| START: 5/22/03  9:00        STOP: 5/22/03  9:00 | | | | | | | | | |
| ON 5/20 AND 5/22        MED# 16 | | | ✓ | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | PRN | | | | | | | | |
| 650MG=2TAB        EVERY 4 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:38        STOP: 8/12/03  1:00 | | | | | | | | | |
| FOR HEADACHE        PRN# 1 | | | ✓ | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML        AS NEEDED        P.O. | | | | | | | | | |
| START: 5/14/03  3:38        STOP: 8/12/03  1:00 | | | | | | | | | |
| PRN CONSTIPATION:10ML CONC=30ML REGULAR    PRN# 2 | | | ✓ | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML        QID PRN        P.O. | | | | | | | | | |
| START: 5/14/03  3:38        STOP: 8/11/03 21:00 | | | | | | | | | |
| TAKE AS NEEDED 4 TIMES A DAY        PRN# 3 | | | SF | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | prn | | | | | | | | |
| 1MG=0.5ML        EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:38        STOP: 5/23/03 24:00 | | | | | | | | | |
| IM/PO        PRN# 4 | | | ✓ | 1800 | CP | | | | |

5-20 Zoloft 50mg P
dinner daily

<<< CONTINUED >>>

_____ ( ) _____ ( ) S. Flwdms/SF  Dick/CPSF (CP) _____ ( ) _____ ( )

**North Oakland**
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX | |
|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M | |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/20/03 7:01 – 5/21/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|

| | | 7:01-15:00 | | | 15:01-23:00 | | | 23:01- 7:00 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| ATIVAN TAB.. LORAZEPAM TAB. | | per | | | | | | | | |
| 1MG=1TAB    EVERY 6 HR PRN  P.O. | | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | | |
| PO/IM                PRN# | | | | | | | | | | |
| 5 | | | | | | | | | | |
| HALDOL INJ.. HALOPERIDOL INJ | | per | | | | | | | | |
| 5MG=1ML    EVERY 6 HR PRN  I.M. | | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | | |
| PO/IM                PRN# | | | | | | | | | | |
| 6 | | | | | | | | | | |
| HALDOL TAB.. HALOPERIDOL TAB | | per | | | | | | | | |
| 5MG=1TAB    EVERY 6 HR PRN  P.O. | | | | | | | | | | |
| START: 5/14/03  3:40    STOP: 8/11/03 24:00 | | | | | | | | | | |
| PO/IM                PRN# | | | | | | | | | | |
| 7 | | | | | | | | | | |

( )  ____  ( )  ____  ( )  ____  ( )  ____  ( )  ____
( )  ____  ( )  ____  ( )  ____  ( )  ____  ( )  ____

North Oaklahoma   Case 2:09-cv-14827-JAC-VMM   Document 2-3   Filed 12/11/09   Page 31 of 50
MEDICAL CENTERS

# MEDICATION ADMINISTRATION RECORD

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX | |
|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M | |

| MEDICAL RECORD # | PATIENT ACC # | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/21/03 7:01 – 5/22/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01- 7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| VITAMINS, MULTIPLE | 900 | | SF | | | | | | |
| 1TAB          ONCE DAILY      P.O. | | | | | | | | | |
| START: 5/18/03 15:39    STOP: 8/16/03  9:00 | | | | | | | | | |
| MED# 12 | | | | | | | | | |
| RISPERDAL TABLET, RISPERIDONE TAB | 900 | | | 2100 | CN | | | | |
| 3MG=1TAB     ONCE DAILY   HS P.O. | | | | | | | | | |
| START: 5/20/03  9:00    STOP: 8/17/03  9:00 | | | | | | | | | |
| MED# 13 | | | | | | | | | |
| VITAMIN B-12 INJ., CYANOCOBALAMIN | | | | ** NO DOSES DUE TODAY | | | | | |
| 1000MCG=1ML   ONE TIME ONLY   I.M. | | | | | | | | | |
| START: 5/22/03  9:00    STOP: 5/22/03  9:00 | | | | | | | | | |
| ON 5/20 AND 5/22        MED# 16 | | | | | | | | | |
| ZOLOFT TAB., SERTRALINE TAB. | | | | 1800 | CN | | | | |
| 50MG=1TAB     EVERY EVENING   P.O. ⱷ dinner | | | | | | | | | |
| START: 5/20/03 18:00    STOP: 8/17/03 18:00 | | | | | | | | | |
| MED# 17 | | | | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | | | | | | | | | |
| 650MG=2TAB     EVERY 4 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| FOR HEADACHE            PRN# 1 | | | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML         AS NEEDED     P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| PRN CONSTIPATION:10ML CONC=30ML REGULAR   PRN# 2 | | | | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML          QID PRN     P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/11/03 21:00 | | | | | | | | | |
| TAKE AS NEEDED 4 TIMES A DAY    PRN# 3 | | | | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | | | | | | | | | |
| 1MG=0.5ML     EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 5/23/03 24:00 | | | | | | | | | |
| IM/PO                   PRN# 4 | | | | | | | | | |
| ATIVAN TAB., LORAZEPAM TAB. | | | | | | | | | |
| 1MG=1TAB     EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM                   PRN# 5 | | | | | | | | | |

<<< CONTINUED >>>

_____ (  ) _____ (  ) S. Flexon (SF)   [signature] (CN) _____ (  ) _____ (  )

North Oakland
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/21/03 7:01 – 5/22/03 7:00 |

| DIAGNOSIS | ALLERGIES |
|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01- 7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| HALDOL INJ., HALOPERIDOL INJ | | | | | | | | | |
| 5MG=1ML        EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM                    PRN# | | | | | | | | | |
|                           6 | | | | | | | | | |
| HALDOL TAB., HALOPERIDOL TAB | | | | | | | | | |
| 5MG=1TAB       EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:40    STOP: 8/11/03 24:00 | | | | | | | | | |
| PO/IM                    PRN# | | | | | | | | | |
|                           7 | | | | | | | | | |

North Oakland
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/22/03 7:01 – 5/23/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | |

| | 7:01-15:00 | | | 15:01-23:00 | | | 23:01-7:00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| VITAMINS, MULTIPLE | 900 | | *SL* | | | | | | |
| 1TAB        ONCE DAILY       P.O. | | | | | | | | | |
| START: 5/18/03 15:39    STOP: 8/16/03  9:00 | | | | | | | | | |
| MED# 12 | | | | | | | | | |
| VITAMIN B-12 INJ., CYANOCOBALAMIN | 900 | IM | *Sg* | | | | | | |
| 1000MCG=1ML    ONE TIME ONLY    I.M. | | | | | | | | | |
| START: 5/22/03  9:00    STOP: 5/22/03  9:00 | | | | | | | | | |
| ON 5/20 AND 5/22           MED# 16 | | | | | | | | | |
| ZOLOFT TAB., SERTRALINE TAB. | | | | 1800 | *ab* | | | | |
| 50MG=1TAB    EVERY EVENING    P.O. | | | | | | | | | |
| START: 5/20/03 18:00    STOP: 8/17/03 18:00 | | | | | | | ✓ | | |
| MED# 17 | | | | | | | | | |
| RISPERDAL TABLET, RISPERIDONE TAB | | | | 2200 | *ab* | | | | |
| 3MG=1TAB    AT BED TIME    P.O. | | | | | | | ✓ | | |
| START: 5/21/03 22:00    STOP: 8/18/03 22:00 | | | | | | | | | |
| MED# 18 | | | | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | . | | | | | | | | |
| 650MG=2TAB    EVERY 4 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| FOR HEADACHE             PRN# 1 | | | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML        AS NEEDED       P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| PRN CONSTIPATION:10ML CONC=30ML REGULAR    PRN# 2 | | | | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML        QID PRN       P.O. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 8/11/03 21:00 | | | | | | | | | |
| TAKE AS NEEDED 4 TIMES A DAY    PRN# 3 | | | | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | . | | | | | | | | |
| 1MG=0.5ML    EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03  3:38    STOP: 5/23/03 24:00 | | | | | | | | | |
| IM/PO                   PRN# 4 | | | | | | | | | |
| ATIVAN TAB., LORAZEPAM TAB. | . | | | | | | | | |
| 1MG=1TAB    EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03  3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM                   PRN# 5 | | | | | | | | | |

<<< CONTINUED >>>

___ ___ ( ) ___ ( ) *S. Fleck LM* sf / *Dull RN* (as) ( ) ___ ( )

MEDICATION ADMINISTRATION RECORD  FORM NO. 410033  Rev (10/00)

**North Oakland**
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | | AGE | WEIGHT | M² | | SEX | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | | 033Y | KG | | | M | |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/22/03 7:01 – 5/23/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES |
|---|---|---|

| | | 7:01-15:00 | | | 15:01-23:00 | | | 23:01-7:00 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
| HALDOL INJ., HALOPERIDOL INJ | | | | | | | | | | |
| 5MG=1ML        EVERY 6 HR PRN  I.M. | | | | | | | | | | |
| START: 5/14/03  3:39      STOP: 5/23/03 24:00 | | | | | | | | | | |
| PO/IM                          PRN# | | | | | | | | | | |
|                                      6 | 𝒩 | | | | | | | | | |
| HALDOL TAB., HALOPERIDOL TAB | | | | | | | | | | |
| 5MG=1TAB      EVERY 6 HR PRN  P.O. | | | | | | | | | | |
| START: 5/14/03  3:40      STOP: 8/11/03 24:00 | | | | | | | | | | |
| PO/IM                          PRN# | | | | | | | | | | |
|                                      7 | 𝒩 | | | | | | | | | |

(     )          (     )          (     )          (     )          (     )
                                                                        (     )

MEDICATION ADMINISTRATION RECORD  FORM NO. 410032

North Oakland
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX | |
|---|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M | |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/23/03 7:01 – 5/24/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES | | |
|---|---|---|---|---|
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | 7:01-15:00 | 15:01-23:00 | 23:01-7:00 |

| | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |
|---|---|---|---|---|---|---|---|---|---|
| VITAMINS, MULTIPLE | 900 | O | W | | | | | | |
| 1TAB      ONCE DAILY      P.O. | | | | | | | | | |
| START: 5/18/03 15:39    STOP: 8/16/03  9:00 | | | | | | | | | |
| MED# 12 | | | | | | | | | |
| ZOLOFT TAB., SERTRALINE TAB. | | | | 1800 | | | | | |
| 50MG=1TAB    EVERY EVENING   P.O. | | | | | | | | | |
| START: 5/20/03 18:00    STOP: 8/17/03 18:00 | | | | | | | | | |
| MED# 17 | | | | | | | | | |
| RISPERDAL TABLET, RISPERIDONE TAB | | | | 2200 | | | | | |
| 3MG=1TAB      AT BED TIME    P.O. | | | | | | | | | |
| START: 5/21/03 18:00    STOP: 8/18/03 22:00 | | | | | | | | | |
| MED# 18 | | | | | | | | | |
| TYLENOL TABLET, ACETAMINOPHEN T | | | | | | | | | |
| 650MG=2TAB    EVERY 4 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03 3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| FOR HEADACHE    PRN# 1 | | | | | | | | | |
| MILK OF MAGNESIA CONCENTRATE | *PRN* | | | | | | | | |
| 10ML      AS NEEDED     P.O. | | | | | | | | | |
| START: 5/14/03 3:38    STOP: 8/12/03  1:00 | | | | | | | | | |
| PRN CONSTIPATION:10ML CONC=30ML REGULAR  PRN# 2 | | | | | | | | | |
| MAALOX PLUS SUSP. | *PRN* | | | | | | | | |
| 30ML       QID PRN      P.O. | | | | | | | | | |
| START: 5/14/03 3:38    STOP: 8/11/03 21:00 | | | | | | | | | |
| TAKE AS NEEDED 4 TIMES A DAY    PRN# 3 | | | | | | | | | |
| ATIVAN INJ., LORAZEPAM INJ. | | | | | | | | | |
| 1MG=0.5ML    EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03 3:38    STOP: 5/23/03 24:00 | | | | | | | | | |
| IM/PO    PRN# 4 | | | | | | | | | |
| ATIVAN TAB., LORAZEPAM TAB. | | | | | | | | | |
| 1MG=1TAB    EVERY 6 HR PRN  P.O. | | | | | | | | | |
| START: 5/14/03 3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM    PRN# 5 | | | | | | | | | |
| HALDOL INJ., HALOPERIDOL INJ | | | | | | | | | |
| 5MG=1ML    EVERY 6 HR PRN  I.M. | | | | | | | | | |
| START: 5/14/03 3:39    STOP: 5/23/03 24:00 | | | | | | | | | |
| PO/IM    PRN# 6 | | | | | | | | | |

<<< CONTINUED >>>

____ (  ) ____ (  ) ____ (  )  [signature]  (  ) ____ (  )
____ (  ) ____ (  ) ____ (  )             (  ) ____ (  )

North Oakland
MEDICAL CENTERS

**MEDICATION ADMINISTRATION RECORD**

| PATIENT NAME | | NS | ROOM | BED | AGE | WEIGHT | M² | SEX |
|---|---|---|---|---|---|---|---|---|
| STASKO, STANLEY | | MH | 451 | B | 033Y | KG | | M |

| MEDICAL RECORD # | PATIENT AC# | DOCTOR NAME | DOSE PERIOD |
|---|---|---|---|
| 688916 | 6346842 | JAMIL, SHAHID | 5/23/03 7:01 -- 5/24/03 7:00 |

| DIAGNOSIS | ALLERGIES | MEDICATION ADMINISTRATION DATES | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 7:01-15:00 | | | 15:01-23:00 | | 23:01- 7:00 | |
| PSYCHOTIC DISORDER | NO KNOWN DRUG ALLERG | TIME | SITE | INITIAL | TIME | SITE | INITIAL | TIME | SITE | INITIAL |

HALDOL TAB., HALOPERIDOL TAB
5MG=1TAB      EVERY 6 HR PRN  P.O.
START: 5/14/03  3:40    STOP: 8/11/03 24:00
PO/IM                              PRN#
                                     7



orth Oakland
MEDICAL CENTERS

I .634484         ?SY  51403
: 8489.         0669    33Y
STASKO, STANLEY
JAMIL, SHAHID              N F
JAMIL, SHAHID

## DEPARTMENT OF PSYCHIATRY

## INTERDISCIPLINARY TEAM [INITIAL] TREATMENT PLAN

Date Of Admission: 5/14 19 2003          Date Of Conference: 5/20 19 03

**Diagnoses:**   Axis I: _Schizoaffective Disorder_

Axis II: _Ø_

Axis III: _Ø_

Axis IV:  ☐ Support Group            ☐ Social Environment      ☐ Educational Problems
          ☒ Occupational Problems    ☐ Housing Problems        ☒ Economic Problems
          ☐ Legal System/Crime       ☐ Access to Health Care Services

Axis V:      GAF Score:   Current: _50_          Highest In Past Year: _____

**Additional Important Information** obtained since admission, such as information regarding physical health; cultural, spiritual, family/social, legal; changes in mental status; etc. :

_Pt appears to be doing better = Risperdal + Zoloft._
_Voices ↓. Denies thoughts of hurting self._

Expected Length Of Stay: _10_ days

Page 1 of 2      4100499      Rev 2/97                    Interdisciplinary Team Initial Treatment Plan

INITIAL TREATMENT PLAN

| Problem number | Problem | Severity* at time of admission | Severity* on day of conference | Goals/ Nursing objectives | Estimated time to resolution | Actual date resolved |
|---|---|---|---|---|---|---|
| 1 | Potential for self injury 2° to suicide attempts to die our his eye gouging | 10 | 2 | Pto. will be able to concentrate + be free of harmful thoughts by time of discharge | 10-14 days | |
| 2 | Alteration in thought process RT delusions delusion | 10 | 5 | Pto. will voice his thoughts of planning of self harm + tensing up. Pto. will be able to respond to positive stimulus, etc. Thought to be balanced and stabil | 10-14 days | |
| 3 | altered sensory perception | 10 | 5 | | | |

*Severity: 0 None ———— 10 Severe

**Specific Treatment Interventions:**

1 634584    PSY  51423
6989I5   -0669   33Y
STASKO, STANLEY    M F
JAMIL, SHAHID
JAMIL, SHAHID

| Problem Number(s) | Treatment Services | Frequency | Discipline/Person Responsible |
|---|---|---|---|
| #1, 2, 3 | ☐ Individual Psychotherapy ☐ Medication Management ☐ Family Therapy | Daily | Psychiatry |
| #1, 2, 3 | ☐ Group Therapy ☐ Family Therapy / Family Support ☐ Placement Issues | Daily | Social Work |
| #1, 2, 3 | ☐ Leisure Education ☐ Social Skills ☐ Community Reintegration ☐ Stress Management | 5 Days/wk | Recreational Therapy |
| #1, 2, 3 | ☐ Workshop ☐ ADL ☐ Cognitive Skills ☐ Creative Arts | 5/days/wk | Occupational Therapy |
| #1, 2, 3 | ☐ Medication Education ☐ Discharge Planning ☐ Positive Mental Health ☐ Nursing Groups:_____ | Daily | Nursing |
| | ☐ Chemical Dependency ☐ Other:_____ | | ☐ Psychology _____  ☐ Other:_____ |

INITIAL TREATMENT PLAN

Page 2 of 2          4100499

**Post-Discharge Follow-up Plans:**

Psychiatrist:_____    Therapist/Clinic: Easter Seals.

Support Group(s):_____    Day Hospital, at:_____

Other: To stay c̄ Sister temporarily. D/c antrapute) Thursday
                                    or Friday.

**Patient/Legal Guardian's Response To Treatment Plan:**

Pt involuntary but agreeable to TX.
_____

**Date Of Next Conference:** 5/27 18 2003

**Team Members Present During Conference:**

_____    _____
Psychiatrist                           Nurse

_____    _____
Social Work                            Psychology

_____    _____
Occupational Therapy              Recreational Therapy

_____    _____

┌─────────────────────────┐
│ INITIAL TREATMENT PLAN  │
└─────────────────────────┘

# NORTH OAKLAND MEDICAL CENTERS
## DEPARTMENT OF PSYCHIATRY

TREATMENT PLAN | REVIEW | CONFERENCE

```
1 5734584   1   P S Y    51403
         6A89IK   60569        33Y
STASKC, STANLEY           M  F
JAMIL, SHAHID
JAMIL, SHAHID
```

Date Of Review Conference: _____ 19 _____

Diagnosis Axis I: _____

Current Status Of Problems:

| Problem Number | Severity* | Status** | Date Resolved / Initiated | Changes in Plan |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Severity:  0 _____ 10
            None         Severe

** Status:  Resolved / Changed / Initiated

Treatment Plan Review Conference

4100497

Medication Adjustments, Patient Response And Progress: _____

_____

_____

_____

Changes In Discharge/Aftercare Plan:    ☐ No
                                        ☐ Yes ( Reasons for change ) :_____

_____

_____

Estimated Date Of Discharge: _____ 19 _____

Patient/Legal Guardian Response: _____

Team Members Present During Conference:

_____          _____
          Psychiatrist                              Nursing

_____          _____
          Social Work                               Psychology

_____          _____
      Occupational Therapy                    Recreational Therapy

_____          _____

STASKO, STANLEY
JAMIL, SHAHID      M  F
JAMIL, SHAHID

To be reviewed with the patient after each Interdisciplinary Treatment Conference, held weekly.

---

## WEEK 1 (5/20/03    )
### DATE

**Status:**
- ☐ Remains unchanged
- ☐ Slight improvement
- ☐ Moderate improvement

**Plan:**
- ☐ Unchanged/further assessment
- ☒ Medication adjustment
- ☐ (other) ↑ 20 Cff + to 5mg Daily

**Precautions:**
- ☐ Type IV
- ☐ Type III
- ☐ Type II

Discharge issues: ☐ none    ☐ (indicate) _____

_S. 3lmsvers_                          _Stanly Nstah_
Staff signature                        Patient signature

---

## WEEK 2 (_____)
### DATE

**Status:**
- ☒ Remains unchanged
- ☐ Slight improvement
- ☐ Moderate improvement

**Plan:**
- ☐ Unchanged/further assessment
- ☐ Medication adjustment
- ☐ (other) _____

**Precautions:**
- ☐ Type IV
- ☐ Type III
- ☐ Type II

Discharge issues: ☐ none    ☐ (indicate) _____

_____                          _____
Staff signature                        Patient signature

---

## WEEK 3 (_____)
### DATE

**Status:**
- ☐ Remains unchanged
- ☐ Slight improvement
- ☐ Moderate improvement

**Plan:**
- ☐ Unchanged/further assessment
- ☐ Medication adjustment
- ☐ (other) _____

**Precautions:**
- ☐ Type IV
- ☐ Type III
- ☐ Type II

Discharge issues: ☐ none    ☐ (indicate) _____

_____                          _____
Staff signature                        Patient signature

688916    90669    33Y
STASKO, STANLEY
JAMIL, SHAHID          M F
JAMIL, SHAHID

## NORTH OAKLAND MEDICAL CENTERS
## DEPARTMENT OF PSYCHIATRY

**INITIAL PSYCHIATRIC ASSESSMENT**

**Name:** Stanley Stasko

**Date Of Admission:** 5/14/03    19___

**Voluntary:** ☐ Yes  ☒ No

**Identifying Data:** 33 yrs old w/s/♂

**Admitted From:** ☐ Emergency Room  ☐ Psychiatrist Office  ☐ Primary Care Physician Referral  ☐ CMH  ☐ In-house transfer:_____
☐ The Center  ☒ Other:___

**Reason For Admission:** ☒ Potential danger to self  ☐ Potential danger to others  ☐ Destructive of property
☐ Unable to take of self  ☐ Failure of out-patient treatment  ☐ Other:

**History of Present Illness:** Pt c̄ hx of "bizarre behavior" for 3yrs pe family, has been hearing voices that ⊕ told him to gouge out his eye + he attempted to do so on 5/12. Yesterday he went to see a catholic priest + was acting bizarrely, so was sent to Oakwood Hosp ER. He has been religeously preoccupied

**Treatment Prior to Admission:**    Last seen:_____ 19___    How often seen?_____    By:_____

☐ Case Management  ☐ Phone contacts    _____    By:_____

☐ Medication Changes: Medication:_____    Dosage Increased/ From _____ to _____
Decreased

Page 1 of 3    4100498

INITIAL PSYCHIATRIC ASSESSMENT

## Medications:

Name: _____ none _____   Dosage: _____   Duration : _____   Physician: _____

## History of Past Illness And Treatment:

slowly decompensating into
psychosis, no Rx

## History of Alcohol/Drug Abuse & Treatment:

## Physical Health / Diet:

in good health

Date of LMP: _____ 19 _____

## Family/Social/Work History:

lives by himself
engineer by trade, has not
worked x yrs
sister dx as Bipolar

SISKO, STANLEY
JAMIL, SHAHID        M F
JAMIL, SHAHID

## Other Pertinent Information:

**Sleep Disturbance:**
☐ None    ☑ Total sleep: _6_ hrs
☑ Difficulty initiating sleep
☑ Difficulty maintaining sleep
☐ Terminal Insomnia
☐ Hypersomnia    ☐ Parasomnia
☐ Other:

**Appetite Disturbance:**
☐ None    ☐ Actual weight gain / loss of _____ lbs
☐ Anorexia, mild, weight loss < 5 lbs
☐ Anorexia, moderate, weight loss 5-15 lbs
☑ Anorexia, severe, weight loss > 15 lbs
☐ Hyperphagia
☐ Bulimia   ☐ Purging    ☐ Binge eating
☐ Other:

**Sexual Disturbance:**
☐ None
☐ Decreased sexual desire
☐ Erectile dysfunction (male)/ frigidity (female)
☐ Ejaculatory dysfunction
☐ Orgasmic dysfunction
☐ Paraphilias
Describe:

**Impulsivity:**
☐ Normal
☐ Very controlled
☐ Occasional, mild, able to correct self
☐ Moderate, unable to postpone gratification
☐ Severe, definite problem
☑ No information
Describe:

**Degree Of Impairment As A Result Of Present Illness:**

Work/School :    ☐ None    ☐ Mild    ☐ Moderate    ☑ Severe    ☐ No information/Not applicable
Family/Peers :    ☐ None    ☐ Mild    ☐ Moderate    ☑ Severe    ☐ No information
Describe:

**Suicide Risk :**
☐ None
☑ Ideations    ☐ Intention
☑ Plans:

**Risk of Violence Towards Others:**
☐ None
☐ Ideations    ☐ Intention
☐ Plans:

☑ Attempted suicide before admission by:

  *see p 1*

☐ Past history of suicide attempt(s):

☐ Violence before admission:

☐ Not suicidal, but behavior potentially dangerous
  to self:

☐ Provoking violence in others towards self:

☐ Too psychotic/depressed ( circle one ) to be able to formulate
  and carry out a suicide plan
☐ Family history of suicide:

☐ Family history of violence:

**History Of Abuse:** ☑ None
              ☐ Yes:   ☐ Verbal    ☐ Physical    ☐ Sexual        ☐ Victim    ☐ Perpetrator

Describe:

INITIAL PSYCHIATRIC ASSESSMENT

**Ability To Relate ( Object Relationships ):**
☐ No impairment
☐ Mild impairment, has become selective, transient difficulty, but able to function
☐ Moderate impairment, difficulty relating and/or sustaining relationships
☐ Severe impairment, almost totally incapable of relating
☐ Poor object choice:

☑ No information

## Mental Status:

**Appearance, Attitude And General Behavior:**

neatly dressed & groomed, very formal & rigid

**Psychomotor Activity:**

↓

**Mood And Affect:**

anxious

**Speech And Language:**

Speech understandable, long-winded circumstantial thought blocking Occasional looseness of assoc

**Thought Content:**

see p 1

**Perceptual Disturbances:**

see p 1

**Orientation:** ☐ Time:            ☐ Place:            ☐ Person:

**Memory:** intact

**Insight:** poor            **Judgement:** impaired

**Intellectual Capacity ( IQ, if known ):**

**Diagnoses:**

I 634684    r   SY  51403
         688915    60669    33Y
      STASKO, STANLEY
      JAMIL, SHAHID    M F
      JAMIL, SHAHID

Axis I : _Psychosis NOS_

Axis II : _none_

Axis III : _def_

Axis IV: ☐ Support Group ☐ Social Environment ☐ Educational Problems ☐ Occupational Problems
         ☐ Economic Problems ☐ Access To Health Care Services ☐ Legal System/Crime ☐ Housing Problems

Axis V : GAF Score    Current: _25_    Highest In Past Year: _____

**Treatment Plan:**    Anticipated Length Of Stay: _7- 10_ days

**Goals:**

present dangerous acting out
↓ psychosis

**Plans For Treatment To Achieve Above Goals:**

☑Physical and neurological evaluation, by Dr _Anra_

☐Laboratory tests:

☑Precautions/Level of care:    ☐ Dual Diagnosis Track    ☐ Gero-psych track

☑Medications:

☑Individual psychotherapy/ Medication Management:    ☐ Supportive   ☐ Cognitive   ☐ Interpersonal   ☐ Other:_____

☐Group therapy    ☐ Patient not appropriate for group therapy at this time

☑Occupational Therapy    ☐ Patient not appropriate for OT at this time

☑Recreational Therapy    ☐ Patient not appropriate for RT at this time

☑ Social Work Consult, regarding: ☑Social history/Update  ☑Information from family   ☐ Information from (out-patient) treating agency
                    ☐ Placement Issues  ☑After-care   ☐ Family therapy   ☐ Conjoint session with spouse/significant other

☐ Psychological testing, regarding :

☑Milieu approach :  ☑Supportive  ☐ Firm limit-setting  ☐ Discourage stimulation  ☐ Encourage ventilation  ☐ Structured   ☐ Reality
                    ☐ Therapeutic contract  ☐Other·                                                      Orientation

**Post-discharge Follow-up Plans:**

to be arranged

_____
**Psychiatrist Name and Signature**

Date: _5/14/03_  19_

INITIAL PSYCHIATRIC ASSESSMENT



**North Oakland**
MEDICAL CENTERS

## DEPARTMENT OF PSYCHIATRY

INITIAL NURSING ASSESSMENT

STASIO, STANLEY

Please check:
Common Ground
☐ Consent form signed    ☑ Rights read to patient    ☑ Admitted from: _OAKWOOD Hospital_    ☐ Smoking policy
☐ Visiting hours    ☐ Unit rules    ☐ Telephone    ☐ Confidentiality    ☐ Advanced directive; if 'no', info given: ☐ Yes    ☐ No

Date: _5-14-03_ 19 _____    Time: _0130_ ☑AM ☐PM    Voluntary: ☐ Yes ☐No

Diet: _Reg_    ☐ Handicap: _____

Allergies: _LKDA_
_____Allergen_____Reaction_____Allergen_____Reaction

**Psychiatric History:**

Reason for hospitalization ( including major stressors in patient's life ): _Pt. has no prior hx of psych admits + is on no meds. Mom states pt. started acting bizarre 3 yr ago after an aunt died. Has 3 master level degrees including one in Engineering but has been unemployed for 3 yr. Pt. stated that voices told him yesterday to dig out his eyeballs + his fingers + he did; eyes are red. Very paranoid + guarded. Also very religiously preoccupied._

Current medications, including non-prescription drugs :

| Name | Dose/Schedule | Physician | Last dose | |
|---|---|---|---|---|
| | | | | ☐Take regularly |
| | | | | ☐Take regularly |
| _No meds_ | | | | ☐Take regularly |
| | | | | ☐Take regularly |
| | | | | ☐Take regularly |

4100513    11/01

INITIAL NURSING ASSESSMENT

**History of substance abuse:**

| Name of drug | Quantity/Frequency | Age started using | Last used |
|---|---|---|---|
| Demer | UDS - reg | | |

Treatment: _____

☐ AA    ☐ NA

Danger to self ( describe how ): _yes - worried telling him to hurt___ How long? How often?
_himself_

Danger to others ( describe how ): _no_

Past history of suicidal/homicidal behaviour: _no_

Family history of medical problems: _no_

Family history of emotional problems: _Grandfather - psychosis_
_Sister - anxiety disorder_

**Past history of psychiatric treatment:**

Psychiatrist: _N/A_    How often: _____    Last seen: _____

Clinic: _____    Therapist: _____    Last seen: _____

Age of onset of symptoms: _3 yr ago_    Age first sought treatment: _now_    Number of hospitalizations: _0_

| Hospital | Date | Psychiatrist | Reason for hospitalization |
|---|---|---|---|
| no past admits | | | |

**Mood:**    ☒ Depressed    ☐ Euphoric    ☐ Irritable    ☒ Angry    ☐ Inappropriate Guilt    ☐ Friendly    ☐ Anxious
☐ Apathetic    ☐ Calm    ☐ Passive    ☒ Detached    ☐ Hostile    ☐ Fearful    ☐ Other: _____

**Psychomotor activity:**    ☐ Agitated    ☐ Hyperactive    ☐ Restless    ☐ Relaxed    ☒ Withdrawn    ☐ Uncoordinated
☐ Grimaces/Tics    ☐ Bizarre posturing    ☐ Other: _____

JAMIL, SHAHID

**Thought process:**    Oriented:  ☑Time  ☑Place  ☑Person    Describe abnormal responses: _____

☐Coherent    ☐Confused    ☐Disorganized    ☑Delusional    ☐Grandiose    ☑Paranoid
☐Loose associations    ☐Flight of Ideas    ☐Obsessions    ☐Compulsions

**Speech Pattern:** ☑Clear    ☐Unintelligible    ☐Slurred    ☐Pressured    ☐Hyperverbal    ☐Hypoverbal    ☐Mute
☐Fragmented    ☐Aphasic    ☐Other: _____

**Hallucinations:**  ☐None    ☑Auditory    ☐Visual    ☐Tactile    ☐Olfactory

**Describe:** _Voices telling him to "bulge out his eyeballs."_
_Very religiously preoccupied_

**Delusions:** _Voices told him to go to a catholic church to talk to a_
_priest that pt. did not ever know._

**Memory:** ☑Short-term _WNL_              ☐Long Term _WNL_

**Concentration:** _Short attention span_

**Appearance:**  ☐Normal    ☑Sad    ☐Angry    ☐Good eye contact    ☐Poor eye contact    ☐Inappropriate laughter/grin
☐Tense

**Hygiene:**  ☐Neat    ☑Clean    ☐Well groomed    ☐Disheveled    ☐Unclean    ☐Odor

**Sleep patterns:** ☐Difficulty falling asleep    ☐Interrupted sleep    ☐Waking up too early    ☐Naps    ☑Hypersomnia

Number of hours _____ /24°   Sleep aids: _____   How often? _____

☐Nightmares    ☐Other: _____

---

**Nutrition:**

Recent changes:  ☐Loss of appetite    ☐Eating / snacking excessively    ☐Carbohydrate craving

History of:  ☐Anorexia    ☐Bulimia    ☐Binge-eating    ☐Laxative abuse    ☐"Diet-pill" abuse    ☐Preoccupation with weight

Diet preferences/restrictions: _Reg_              ☐Weight gain / loss: _____ lbs    ☐Nausea / Vomiting

Food intolerance / allergy: _NKA_              ☐Difficulty chewing / swallowing

Oral Mucosa:  ☐Dry    ☑Moist    ☐lesions (describe): _____

Teeth: Dentures:  ☐Upper    ☐Lower    ☐Missing teeth    ☐Other

Skin:  ☑Intact    ☐Poor turgor    ☐Areas of redness    ☐Ulcers / lesions    ☐Other (describe): _____

---

**Medical History:**

Family Physician: _____   Last seen: _____   For: _____

Gynecologist: _____   Other MDs seen: _____

P/R: _98³_ °F/ _84_ , _18_    BP: _138/80_ _L_ mmHg    Height: _6'_   Weight: _151_

                          _p  131/80_

Page 2 of 3                                        | INITIAL NURSING ASSESSMENT |

**Elimination/Bowel:**  ☑ No problem  ☐ Constipation  ☐ Diarrhea  ☐ Pain  ☐ Bleeding  ☐ Hemorrhoids

☐ Laxative use  ☑ Incontinence  ☐ Last bowel movement: _____  ☐ Ostomy: _____

**Elimination/Urinary:**  ☑ No problem  ☐ Burning  ☐ Pain  ☐ Incontinent  ☐ Increased frequency  ☐ Catheter: _____

**Sexuality/Reproductive:**  **LMP:** _____  ☐ Menstrual problems: _____

☐ Hysterectomy: _____ 19 _____  ☐ Post-menopausal  Date of last Pap smear: _____ 19 ____

☐ Penile/Vaginal discharge  ☐ History of STD  ☐ Sexually active  ☐ Birth control: _____

Any sexual concerns/problems due to illness/medications: _____

**Current** medical problems: _None_ _____

Past history of:  ☐ Hypertension  ☐ Diabetes  ☐ Cardiac  ☐ Renal  ☐ Respiratory  ☐ Thyroid  ☐ Gastrto-Intestinal
☐ Frequent UTI  ☐ Strokes  ☐ Cancer  ☐ Arthritis  ☐ Headaches  ☐ Edema  ☐ Hemorrhoids
☐ Pace-maker  ☐ Frequent URI  ☐ Seizures; date of last seizure: _____  ☐ Other:

☐ Smoker: _NA_ packs/day, _____ years

Significant **surgeries**, medical **hospitalizations**, and **diagnostic studies:**
_None_
_____
_____
_____

Were you followed by a **home health care** agency prior to admission?  ☐ No
☐ Yes
Name of agency: _____

**Injuries** (indicate on figure):
☐ Bruises  ☐ Abrasions  ☐ Scars  ☐ Cuts  ☐ Self inflicted
Describe: _____
_____

R   L        L   R

**Activities of daily living:**  ☑ Independent  ☐ Needs assistance (describe): _____
_____
Primary care giver: _____
Describe level of functioning prior to admission: _was becoming very paranoid + delusional_
_____

**Safety:**  ☐ History of falling  ☐ Dizziness  ☐ Fainting spells  ☐ Orthopedic appliances  ☐ Impaired vision
☐ Impaired hearing  ☐ Hearing aid  ☐ Glasses/contact lenses  ☐ Sleep walking  ☐ Postural hypotension

JAMIL, SHAHID      M F
JAMIL, SHAHID

Gait/Balance:    ☑ Steady    ☐ Unsteady        Ambulatory aides:    ☑ None    ☐ Cane    ☐ Walker ☐ Wheel chair

**Discharge Screening:**

Patient lives:    ☑ Alone    ☐ With spouse / S.O.    ☐ With children    ☐ AFC Home    ☐ Nursing Home

Patient:    ☑ will    ☐ will not    be able to return to above.    ☐ Initiate placement referral to Social Work.

Ability to provide **self-care:**    ☑ Independent    ☐ Partially dependent    ☐ Dependent    ☐ **No transportation**

Support system:    ☐ Spouse/S.O.    ☐ Children    ☐ Parents    ☐ Relatives    ☐ Friends    ☐ Children    ☐ Support Group
☐ Therapist  ☐ Psychiatrist          mon — sibling

Out-patient Follow-up:    With: ☐ Dr. _____    ☐ AA  ☐ NA  ☐ Al-Anon    ☐ To be developed

☐ Clinic: _____    ☐ Therapist / Case Manager: _____    ☐ Support Group: _____

**Additional Information:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Nursing Diagnosis / Goals:**

*Potential for self-injury.*

*Alteration in thought process*

_____
_____
_____
_____

S. Vitale                                        5-14-03        19
_____                              _____
Nurse Signature                                   Date

                                        | INITIAL NURSING ASSESSMENT |

STASKO, STANLEY
JAMIL, SHAHID        M F
JAMIL, SHAHID

**NORTH OAKLAND MEDICAL CENTERS**                        **DRAFT**
**461 W. HURON**
**PONTIAC, MI 48341**

## Occupational Therapy Assessment
### Department of Psychiatry

Patient Name Stasko, Stanley                Sex [X] Male [ ] Female
DOB 6·6·69        Age 39
Diagnosis Psychosis NOS
History Pt. w/ of acting bizarrely x 3 yrs. Voices told him
to dig out his eyeballs w/ his fingrs & he attempted to do so on 5·12·03.
Safety Issues Potential for harm to self
Living Situation Pt. lives alone.
Leisure Interests None stated.
Occupational/Work Skills/Roles Pt. is unemployed.

## COGNITIVE FUNCTION
[ ] A & O x 3, [X] 2, [ ] 1    [ ] Confused [ ] Forgetful [ ] Slow to learn
[X] Hallucinating        [ ] Delusional [X] Preoccupied
Paranoid, very guarded.

## MOOD/AFFECT
[X] Depressed        [ ] Elated    [ ] Labile    [ ] Hostile
[ ] Angry        [X] Flat    [ ] Blunted

## ATTENTION SPAN
[X] Preoccupied/Distracted    [ ] On task    [X] Restless    [ ] Attentive with prompts
[ ] Requires 1:1 attention to remain on task
Refusing OT groups.

## INTERPERSONAL SKILLS
[ ] Participates actively        [X] Quiet, withdrawn in group/on unit
[ ] Participates with prompts [ ] Overly talkative/interruptive
[ ] Maintains eye contact    [ ] Cooperates well with others
[X] Does not maintain eye contact

## ACTIVITIES OF DAILY LIVING/PERSONAL APPEARANCE
[X] Neat and clean    [ ] Unkempt    Dressing: [X] Street Clothes [ ] Hospital Clothes
[ ] Odor    [X] Odor free
Wears shirt & tie & dress shoes.

```
                                              68891-  50669    33Y
                                              STASKO, STANLEY
                                              JAKIL, SHAHID        M F
```

**NORTH OAKLAND MEDICAL CENTERS**
Occupational Therapy Evaluation-Department of Psychiatry (page 2)

**Identified Strengths**

[ ] A&O x 3                        [ ] Neat and clean personal appearance
[X] Verbal                          [ ] Appropriate affect      [ ] Organized thinking
[X] Support system                  [X] Able to make wants and needs known

**Identified Problem Areas**

[X] Depressed mood with flat affect   [X]↓ Reality Orientation   [X]↓ Attention span
[X]↓ Interaction skills                [ ]↓ Personal appearance    [X]↓ Coping Skills
[ ]↓ Self-Esteem                       [X]↓ Organized thinking     [ ]↓ Support system
[ ]↓ Goal-setting skills               [X] Isolative behavior      [ ] Angry mood
[X] Hallucinating                      [ ] Delusional thinking     [ ]↓ Hygiene

✓ Paranoid                             ✓ Very guarded

**Patients Stated Goals**

None Stated

**Treatment Plan**

Offer and encourage participation in OT groups to work on ↑ mood & affect,
↑ interaction skills, ↓ Hallucinating, ↓ Paranoid thinking,
↑ involvement in unit milieu, ↑ Tcoping skills,
↑ attention span, ↑ Reality Orientation

**Treatment Goals**

1. Pt. will have ↑ Reality Orientation.
2. Pt. will have ↑ organized thinking - ↓ Paranoid thinking.
3. Pt. ↑ involvement in unit milieu & attend 4 OTgroups/wk.
4. Pt. will attend to task X 15 mins. c̄ 3 verbal prompts
5. Pt. will interact c̄ peers when approached & initiate 2
                                          interactions c̄ peers.

Tracy Marsh OTR                          5·15·03
_____                          _____
Therapist                                Date

I 634684    1 PSY 51403
688916    50669    33Y
STASKO, STANLEY
JAMIL, SHAHID    M F
JAMIL, SHAHID
Stasko, Stanley

# North Oakland
MEDICAL CENTERS

## PSYCHIATRY DEPARTMENT CLINICAL GROUP NOTES

**BARRIERS TO LEARNING:** ☐ Learning ☐ Vision ☐ Language ☐ Education ☐ Culture ☐ Motivation ☐ Religious Practices
☐ Psychological Factor ☐ Cognitive Limitation ☐ Speech ☐ Literacy ☐ None

---

**Group Topic/Discipline:** Crafts
**Start Time:** 100 am/pm
**End Time:** 145 am/pm
**# of Participants:** 9

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☑ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☑ Provide Support
☑ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☑ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☑ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms/illness
☐ Verbalized improvement in symptoms
Comments: _____

**Group Leader:** Bourgeois MSW/CSW    **Date:** 5-20-03

---

**Group Topic/Discipline:** wrap-up
**Start Time:** 2000 am/pm
**End Time:** 2030 am/pm
**# of Participants:** 10

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☐ Community Group
☑ Wrap Up Group
☐ Exercise Group
☐ Other
☑ Refused Attendance

**Intervention**
☐ Provide Support
☐ Provide Written Info
☐ Provide Video
☐ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☐ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms/illness
☐ Verbalized improvement in symptoms
Comments: _____

**Group Leader:** E. Pillow MHT    **Date:** 5/20/03

---

**Group Topic/Discipline:** Social Goals
**Start Time:** 0900 am/pm
**End Time:** 0930 am/pm
**# of Participants:** 16

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☑ Provide Support
☑ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☑ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☐ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms/illness
☐ Verbalized improvement in symptoms
Comments: _____

**Group Leader:** D. Flumeroy MHT    **Date:** 5-21-03

---

**Group Topic/Discipline:** Memories
**Start Time:** 1015 am/pm
**End Time:** 1100 am/pm
**# of Participants:** 14

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☑ Provide Support
☐ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☑ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☑ Participating with prompts/actively participating
☑ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms/illness
☐ Verbalized improvement in symptoms
Comments: _____

**Group Leader:** N. Bourgeois MSW    **Date:** 5-21-03

---

**Group Topic/Discipline:** Socialization
**Start Time:** 100 am/pm
**End Time:** 145 am/pm
**# of Participants:** 12

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☑ Provide Support
☐ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☑ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☑ Participating with prompts/actively participating
☑ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms/illness
☐ Verbalized improvement in symptoms
Comments: _____

**Group Leader:** T. Marshall JR    **Date:** 5-21-03

---

4100788 Rev. 11-02

STARKC, STARLEY
JAMIL, SHAHID        M F
JAMIL, SHAHID

---

| Group Topic/ Discipline: | Wrap-up | Start Time | 2000 | am / pm | # of Participants | 13 |
| | | End Time | 2030 | am / pm | | |

**Group Type**
- [ ] Focus/Reality Orientation
- [ ] Educational/Didactic
- [ ] Relaxation Group
- [ ] Community Group
- [x] Wrap Up Group
- [ ] Exercise Group
- [ ] Other
- [x] Refused Attendance

**Intervention**
- [ ] Provide Support
- [ ] Provide Written Info
- [ ] Provide Video
- [ ] Encouraged Participation
- [ ] Set Limits/Allowed Ventilation
- [ ] Excused from group / pt inappropriate
- [ ] Provide relaxation music / techniques

**Evaluation**
- [ ] Quiet, but attentive/withdrawn
- [ ] Inattentive/distracted/restless
- [ ] Participating with prompts/actively participating
- [ ] Hostile/Tearful/Fearful/Guarded
- [ ] Depressed affect
- [ ] Psychotic symptoms
- [ ] Restless/Anxious/Left Group

**Progress to Objectives**
- [ ] Verbalized understanding of topic
- [ ] Verbalized insight into symptoms/illness
- [ ] Verbalized improvement in symptoms
- Comments:

Group ___ Date 5/21/02

---

| Group Topic/ Discipline: | Goals | Start Time | 0930 | am / pm | # of Participants | 13 |
| | | End Time | 1000 | am / pm | | |

**Group Type**
- [ ] Focus/Reality Orientation
- [ ] Educational/Didactic
- [ ] Relaxation Group
- [x] Community Group
- [ ] Wrap Up Group
- [ ] Exercise Group
- [ ] Other
- [ ] Refused Attendance

**Intervention**
- [x] Provide Support
- [ ] Provide Written Info
- [ ] Provide Video
- [ ] Encouraged Participation
- [x] Set Limits/Allowed Ventilation
- [ ] Excused from group / pt inappropriate
- [ ] Provide relaxation music / techniques

**Evaluation**
- [ ] Quiet, but attentive/withdrawn
- [ ] Inattentive/distracted/restless
- [x] Participating with prompts/actively participating
- [x] Hostile/Tearful/Fearful/Guarded
- [ ] Depressed affect
- [ ] Psychotic symptoms
- [ ] Restless/Anxious/Left Group

**Progress to Objectives**
- [ ] Verbalized understanding of topic
- [ ] Verbalized insight into symptoms/illness
- [ ] Verbalized improvement in symptoms
- Comments:

Group ___ Date 3-22-03

---

| Group Topic/ Discipline: | feelings | Start Time | 1015 | am / pm | # of Participants | 6 |
| | | End Time | 110 | am / pm | | |

**Group Type**
- [ ] Focus/Reality Orientation
- [ ] Educational/Didactic
- [ ] Relaxation Group
- [ ] Community Group
- [ ] Wrap Up Group
- [x] Exercise Group
- [x] Other
- [ ] Refused Attendance

**Intervention**
- [ ] Provide Support
- [ ] Provide Written Info
- [ ] Provide Video
- [x] Encouraged Participation
- [ ] Set Limits/Allowed Ventilation
- [ ] Excused from group / pt inappropriate
- [ ] Provide relaxation music / techniques

**Evaluation**
- [ ] Quiet, but attentive/withdrawn
- [ ] Inattentive/distracted/restless
- [ ] Participating with prompts/actively participating
- [ ] Hostile/Tearful/Fearful/Guarded
- [ ] Depressed affect
- [ ] Psychotic symptoms
- [ ] Restless/Anxious/Left Group

**Progress to Objectives**
- [ ] Verbalized understanding of topic
- [ ] Verbalized insight into symptoms/illness
- [ ] Verbalized improvement in symptoms
- Comments: left group

Group ___ Date 5-22-03

---

| Group Topic/ Discipline: | feelings | Start Time | 110 | am / pm | # of Participants | 6 |
| | | End Time | 1140 | am / pm | | |

**Group Type**
- [ ] Focus/Reality Orientation
- [x] Educational/Didactic
- [ ] Relaxation Group
- [ ] Community Group
- [ ] Wrap Up Group
- [ ] Exercise Group
- [ ] Other
- [ ] Refused Attendance

**Intervention**
- [ ] Provide Support
- [ ] Provide Written Info
- [ ] Provide Video
- [ ] Encouraged Participation
- [ ] Set Limits/Allowed Ventilation
- [ ] Excused from group / pt inappropriate
- [ ] Provide relaxation music / techniques

**Evaluation**
- [ ] Quiet, but attentive/withdrawn
- [ ] Inattentive/distracted/restless
- [ ] Participating with prompts/actively participating
- [ ] Hostile/Tearful/Fearful/Guarded
- [ ] Depressed affect
- [ ] Psychotic symptoms
- [ ] Restless/Anxious/Left Group

**Progress to Objectives**
- [ ] Verbalized understanding of topic
- [ ] Verbalized insight into symptoms/illness
- [ ] Verbalized improvement in symptoms
- Comments:

Group ___ Date 5-22-03

---

| Group Topic/ Discipline: | Social Skills | Start Time | 1300 | am / pm | # of Participants | 13 |
| | | End Time | 1400 | am / pm | | |

**Group Type**
- [x] Focus/Reality Orientation
- [ ] Educational/Didactic
- [ ] Relaxation Group
- [ ] Community Group
- [ ] Wrap Up Group
- [ ] Exercise Group
- [ ] Other
- [ ] Refused Attendance

**Intervention**
- [ ] Provide Support
- [ ] Provide Written Info
- [ ] Provide Video
- [x] Encouraged Participation
- [ ] Set Limits/Allowed Ventilation
- [ ] Excused from group / pt inappropriate
- [ ] Provide relaxation music / techniques

**Evaluation**
- [ ] Quiet, but attentive/withdrawn
- [ ] Inattentive/distracted/restless
- [x] Participating with prompts/actively participating
- [ ] Hostile/Tearful/Fearful/Guarded
- [ ] Depressed affect
- [ ] Psychotic symptoms
- [ ] Restless/Anxious/Left Group

**Progress to Objectives**
- [x] Verbalized understanding of topic
- [ ] Verbalized insight into symptoms/illness
- [ ] Verbalized improvement in symptoms
- Comments:

Group ___ Date 5/22/03

---

| Group Topic/ Discipline: | Bowling | Start Time | 1015 | am / pm | # of Participants | 7 |
| | | End Time | 1100 | am / pm | | |

**Group Type**
- [ ] Focus/Reality Orientation
- [ ] Educational/Didactic
- [ ] Relaxation Group
- [x] Community Group
- [ ] Wrap Up Group
- [ ] Exercise Group
- [ ] Other
- [ ] Refused Attendance

**Intervention**
- [ ] Provide Support
- [ ] Provide Written Info
- [ ] Provide Video
- [ ] Encouraged Participation
- [ ] Set Limits/Allowed Ventilation
- [ ] Excused from group / pt inappropriate
- [ ] Provide relaxation music / techniques

**Evaluation**
- [ ] Quiet, but attentive/withdrawn
- [ ] Inattentive/distracted/restless
- [x] Participating with prompts/actively participating
- [ ] Hostile/Tearful/Fearful/Guarded
- [ ] Depressed affect
- [ ] Psychotic symptoms
- [ ] Restless/Anxious/Left Group

**Progress to Objectives**
- [ ] Verbalized understanding of topic
- [ ] Verbalized insight into symptoms/illness
- [ ] Verbalized improvement in symptoms
- Comments: helpful.

Group ___ Date 5-22-03

100788 Rev. 11-02



688916    50669    33Y
STASKO, STANLEY
JAMIL, SHAHID          M F
JAMIL, SHAHID

# North Oakland
## MEDICAL CENTERS

## PSYCHIATRY DEPARTMENT CLINICAL GROUP NOTES

**BARRIERS TO LEARNING:** ☐ Learning ☐ Vision ☐ Language ☐ Education ☐ Culture ☐ Motivation ☐ Religious Practices
☐ Psychological Factor ☐ Cognitive Limitation ☐ Speech ☑ Literacy ☐ None

| Group Topic/Discipline: | Start Time 10:00 am/pm | | # of Participants 9 |
| | End Time 11:00 am/pm | | |

| Group Type | Intervention | Evaluation | Progress to Objectives |
|---|---|---|---|
| ☐ Focus/Reality Orientation | ☐ Provide Support | ☐ Quiet, but attentive/withdrawn | ☐ Verbalized understanding of topic |
| ☑ Educational/Didactic | ☐ Provide Written Info | ☐ Inattentive/distracted/restless | ☐ Verbalized insight into symptoms.illness |
| ☐ Relaxation Group | ☐ Provide Video | ☐ Participating with prompts/actively participating | ☐ Verbalized improvement in symptoms |
| ☐ Community Group | ☐ Encouraged Participation | ☐ Hostile/Tearful/Fearful/Guarded | Comments: _____ |
| ☐ Wrap Up Group | ☐ Set Limits/Allowed Ventilation | ☐ Depressed affect | |
| ☐ Exercise Group | ☐ Excused from group / pt inappropriate | ☐ Psychotic symptoms | |
| ☐ Other | ☐ Provide relaxation music / techniques | ☐ Restless/Anxious/Left Group | |
| ☐ Refused Attendance | Group Leader *Anna Sroda MSW, SW* | Date 5/17/03 | |

| Group Topic/Discipline: *Social Skills* | Start Time 1800 am/pm | | # of Participants 10 |
| | End Time 1900 am/pm | | |

| Group Type | Intervention | Evaluation | Progress to Objectives |
|---|---|---|---|
| ☑ Focus/Reality Orientation | ☐ Provide Support | ☐ Quiet, but attentive/withdrawn | ☐ Verbalized understanding of topic |
| ☐ Educational/Didactic | ☐ Provide Written Info | ☐ Inattentive/distracted/restless | ☐ Verbalized insight into symptoms.illness |
| ☐ Relaxation Group | ☐ Provide Video | ☐ Participating with prompts/actively participating | ☐ Verbalized improvement in symptoms |
| ☐ Community Group | ☐ Encouraged Participation | ☐ Hostile/Tearful/Fearful/Guarded | Comments: _____ |
| ☐ Wrap Up Group | ☐ Set Limits/Allowed Ventilation | ☐ Depressed affect | |
| ☐ Exercise Group | ☐ Excused from group / pt inappropriate | ☐ Psychotic symptoms | |
| ☑ Other | ☐ Provide relaxation music / techniques | ☐ Restless/Anxious/Left Group | |
| ☐ Refused Attendance | Group Leader *Sarah Doan LN* | Date 5-17-03 | |

| Group Topic/Discipline: | Start Time 10:00 am/pm | | # of Participants 13 |
| | End Time 11:00 am/pm | | |

| Group Type | Intervention | Evaluation | Progress to Objectives |
|---|---|---|---|
| ☑ Focus/Reality Orientation | ☐ Provide Support | ☐ Quiet, but attentive/withdrawn | ☑ Verbalized understanding of topic |
| ☑ Educational/Didactic | ☐ Provide Written Info | ☐ Inattentive/distracted/restless | ☐ Verbalized insight into symptoms.illness |
| ☐ Relaxation Group | ☑ Provide Video | ☐ Participating with prompts/actively participating | ☐ Verbalized improvement in symptoms |
| ☐ Community Group | ☑ Encouraged Participation | ☐ Hostile/Tearful/Fearful/Guarded | Comments: _____ |
| ☐ Wrap Up Group | ☐ Set Limits/Allowed Ventilation | ☐ Depressed affect | |
| ☐ Exercise Group | ☐ Excused from group / pt inappropriate | ☐ Psychotic symptoms | |
| ☐ Other | ☑ Provide relaxation music / techniques | ☐ Restless/Anxious/Left Group | |
| ☐ Refused Attendance | Group Leader *Anna Sroda MSW, SW* | Date 5/18/03 | |

| Group Topic/Discipline: *Social Skills* | Start Time 1800 am/pm | | # of Participants 13 |
| | End Time 1900 am/pm | | |

| Group Type | Intervention | Evaluation | Progress to Objectives |
|---|---|---|---|
| ☑ Focus/Reality Orientation | ☐ Provide Support | ☐ Quiet, but attentive/withdrawn | ☐ Verbalized understanding of topic |
| ☐ Educational/Didactic | ☐ Provide Written Info | ☐ Inattentive/distracted/restless | ☐ Verbalized insight into symptoms.illness |
| ☐ Relaxation Group | ☐ Provide Video | ☐ Participating with prompts/actively participating | ☐ Verbalized improvement in symptoms |
| ☐ Community Group | ☐ Encouraged Participation | ☐ Hostile/Tearful/Fearful/Guarded | Comments: _____ |
| ☐ Wrap Up Group | ☐ Set Limits/Allowed Ventilation | ☐ Depressed affect | |
| ☐ Exercise Group | ☐ Excused from group / pt inappropriate | ☐ Psychotic symptoms | |
| ☐ Other | ☐ Provide relaxation music / techniques | ☐ Restless/Anxious/Left Group | |
| ☐ Refused Attendance | Group Leader *Sarah Doan* | Date 5-18-03 | |

| Group Topic/Discipline: *Set Goals* | Start Time 0910 am/pm | | # of Participants 10 |
| | End Time 0930 am/pm | | |

| Group Type | Intervention | Evaluation | Progress to Objectives |
|---|---|---|---|
| ☐ Focus/Reality Orientation | ☑ Provide Support | ☐ Quiet, but attentive/withdrawn | ☐ Verbalized understanding of topic |
| ☐ Educational/Didactic | ☐ Provide Written Info | ☐ Inattentive/distracted/restless | ☐ Verbalized insight into symptoms.illness |
| ☐ Relaxation Group | ☐ Provide Video | ☑ Participating with prompts/actively participating | ☐ Verbalized improvement in symptoms |
| ☑ Community Group | ☑ Encouraged Participation | ☐ Hostile/Tearful/Fearful/Guarded | Comments: _____ |
| ☐ Wrap Up Group | ☐ Set Limits/Allowed Ventilation | ☐ Depressed affect | *C/o cigarette* |
| ☐ Exercise Group | ☐ Excused from group / pt inappropriate | ☐ Psychotic symptoms | *focused a/N c.* |
| ☐ Other | ☐ Provide relaxation music / techniques | ☐ Restless/Anxious/Left Group | |
| ☐ Refused Attendance | Group Leader *Stephen RN* | Date 5-19-03 | |

| Group Topic/ Discipline: | *fitness* | Start Time | 1:00 *am/pm* | # of Participants | 13 |
|---|---|---|---|---|---|
| | | End Time | 1:45 *am/pm* | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☑ Provide Support
- ☐ Provide Written Info
- ☑ Provide Video
- ☑ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☑ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☑ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms/illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _Ryan Weiss CRP_   Date _5-14-03_

---

| Group Topic/ Discipline: | *feelings* | Start Time | 1:30 *am/pm* | # of Participants | 15 |
|---|---|---|---|---|---|
| | | End Time | 1:45 *am/pm* | | |

**Group Type**
- ☑ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☑ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☑ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☑ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☑ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms/illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _Ryan Weiss CRP_   Date _5-14-03_

---

| Group Topic/ Discipline: | | Start Time | 2000 *am/pm* | # of Participants | 17 |
|---|---|---|---|---|---|
| | | End Time | 2030 *am/pm* | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☑ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☑ Provide Video
- ☑ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms/illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _T. Greig MHT_   Date _5-18-03_

---

| Group Topic/ Discipline: | *Relax* | Start Time | 2000 *am/pm* | # of Participants | 5 |
|---|---|---|---|---|---|
| | | End Time | 2030 *am/pm* | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☑ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☑ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☑ Provide Video
- ☑ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms/illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _T. Hembough MHT_   Date _5-19-03_

---

| Group Topic/ Discipline: | *Self Worth* | Start Time | 0900 *am/pm* | # of Participants | 7 |
|---|---|---|---|---|---|
| | | End Time | 0930 *am/pm* | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☑ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☑ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☑ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms/illness
- ☐ Verbalized improvement in symptoms
- Comments: _helpful to her_ _was reading material_

Group _Pelham MHT_   Date _5-20-03_

---

| Group Topic/ Discipline: | *Proud feelings* | Start Time | 1015 *am/pm* | # of Participants | 11 |
|---|---|---|---|---|---|
| | | End Time | 1100 *am/pm* | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☐ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms/illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _Bourgeois MSW LCSW_   Date _5-20-03_



# North Oakland
## MEDICAL CENTERS

A34694  PSY  51403
A8891?  60669  33Y
STASKO, STANLEY
JAMIL, SHAHID    M F
JAMIL, SHAHID

## PSYCHIATRY DEPARTMENT CLINICAL GROUP NOTES

**BARRIERS TO LEARNING:** ☐ Learning ☐ Vision ☐ Language ☐ Education ☐ Culture ☐ Motivation ☐ Religious Practices
☐ Psychological Factor ☐ Cognitive Limitation ☐ Speech ☐ Literacy ☐ None

---

| Group Topic/ Discipline: *Set Goals* | Start Time 0900 am / pm  End Time 0930 am / pm | # of Participants 10 |
| --- | --- | --- |

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☐ Provide Support
☐ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☑ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☐ Participating with prompts/actively participating
☑ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms
☐ Verbalized improvement in symptoms
Comments:

Group Leader: *R. Graham MHT*    Date 5-14-03    *could not state a goal.*

---

| Group Topic/ Discipline: *Feelings* | Start Time 1100 am / pm  End Time 1130 am / pm | # of Participants 11 |
| --- | --- | --- |

**Group Type**
☐ Focus/Reality Orientation
☑ Educational/Didactic
☐ Relaxation Group
☐ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☑ Refused Attendance

**Intervention**
☐ Provide Support
☐ Provide Written Info
☐ Provide Video
☐ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☐ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms.illness
☐ Verbalized improvement in symptoms
Comments:

Group Leader: *S. Paton MHT*    Date 5/14/03

---

| Group Topic/ Discipline: *Goals* | Start Time 2000 am / pm  End Time 2030 am / pm | # of Participants 14 |
| --- | --- | --- |

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☑ Wrap Up Group
☐ Exercise Group
☐ Other
☑ Refused Attendance

**Intervention**
☐ Provide Support
☐ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☐ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms
☐ Verbalized improvement in symptoms
Comments:

Group Leader: *J. Flentroy MHT*    Date 5-14-03

---

| Group Topic/ Discipline: *Set Goals* | Start Time 0900 am / pm  End Time 0930 am / pm | # of Participants 5 |
| --- | --- | --- |

**Group Type**
☐ Focus/Reality Orientation
☐ Educational/Didactic
☐ Relaxation Group
☑ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☐ Provide Support
☐ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☐ Inattentive/distracted/restless
☐ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☐ Restless/Anxious/Left Group

**Progress to Objectives**
☐ Verbalized understanding of topic
☐ Verbalized insight into symptoms.illness
☐ Verbalized improvement in symptoms
Comments:

Group Leader: *Nolan*    Date 5-15-03

---

| Group Topic/ Discipline: *Art* | Start Time 10:00 am / pm  End Time 10:45 am / pm | # of Participants 15 |
| --- | --- | --- |

**Group Type**
☑ Focus/Reality Orientation
☑ Educational/Didactic
☐ Relaxation Group
☐ Community Group
☐ Wrap Up Group
☐ Exercise Group
☐ Other
☐ Refused Attendance

**Intervention**
☐ Provide Support
☐ Provide Written Info
☐ Provide Video
☑ Encouraged Participation
☐ Set Limits/Allowed Ventilation
☐ Excused from group / pt inappropriate
☐ Provide relaxation music / techniques

**Evaluation**
☐ Quiet, but attentive/withdrawn
☑ Inattentive/distracted/restless
☑ Participating with prompts/actively participating
☐ Hostile/Tearful/Fearful/Guarded
☐ Depressed affect
☐ Psychotic symptoms
☑ Restless/Anxious/Left Group

**Progress to Objectives**
☑ Verbalized understanding of topic
☐ Verbalized insight into symptoms.illness
☐ Verbalized improvement in symptoms
Comments:

Group Leader: *Pat Hardesty RN OccTherapist*    Date 5/15/03

---

I 534684      FLY 51483.
  688913    50669    33%
STASKO, STANLEY
JAMIL, SHAHID        M F
JAMIL, SHAHID

---

| Group Topic/ Discipline: | Bowling | Start Time | 1015 | am / pm | # of Participants | 8 |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☒ Community Group
- ☒ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☒ Provide Support
- ☒ Provide Written Info
- ☐ Provide Video
- ☒ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☒ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms.illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _J Marsh TR_    Date _5.14.03_

---

| Group Topic/ Discipline: | SIA1200 | Start Time | 1115 | am / pm | # of Participants | 9 |
| | | End Time | 1205 | am / pm | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☐ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☒ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms.illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _____    Date _5/15/03_

---

| Group Topic/ Discipline: | AK300 mbgnt | Start Time | 1000 | am / pm | # of Participants | 15 |
| | | End Time | 1130 | am / pm | | |

**Group Type**
- ☒ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☒ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☒ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☒ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms.illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _____    Date _5/16/03_

---

| Group Topic/ Discipline: | Crafts | Start Time | 100 | am / pm | # of Participants | |
| | | End Time | 1200 | am / pm | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☒ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☒ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☒ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☒ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms.illness
- ☐ Verbalized improvement in symptoms
- Comments: _Had to leave / finish go / Staff helping him_

Group _J Marsh TR_    Date _5.16.03_

---

| Group Topic/ Discipline: | Self Esteem | Start Time | 2000 | am / pm | # of Participants | 10 |
| | | End Time | 2030 | am / pm | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☒ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☐ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms.illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _P McQueen M HT_    Date _5/16/03_

---

| Group Topic/ Discipline: | Planning | Start Time | 1830 | am / pm | # of Participants | 8 |
| | | End Time | 1940 | am / pm | | |

**Group Type**
- ☐ Focus/Reality Orientation
- ☐ Educational/Didactic
- ☐ Relaxation Group
- ☐ Community Group
- ☐ Wrap Up Group
- ☐ Exercise Group
- ☐ Other
- ☐ Refused Attendance

**Intervention**
- ☐ Provide Support
- ☐ Provide Written Info
- ☐ Provide Video
- ☐ Encouraged Participation
- ☐ Set Limits/Allowed Ventilation
- ☐ Excused from group / pt inappropriate
- ☐ Provide relaxation music / techniques

**Evaluation**
- ☐ Quiet, but attentive/withdrawn
- ☐ Inattentive/distracted/restless
- ☐ Participating with prompts/actively participating
- ☐ Hostile/Tearful/Fearful/Guarded
- ☐ Depressed affect
- ☐ Psychotic symptoms
- ☐ Restless/Anxious/Left Group

**Progress to Objectives**
- ☐ Verbalized understanding of topic
- ☐ Verbalized insight into symptoms.illness
- ☐ Verbalized improvement in symptoms
- Comments: _____

Group _____    Date _5-16-03_

---

4100788 Rev. 11-02

## NORTH OAKLAND MEDICAL CENTERS
### DEPARTMENT OF PSYCHIATRY
### NURSING INTERVENTION FLOW RECORD

| DATE | 5/23/03 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| SPECIAL PRECAUTIONS | I | I | | | | | | | |
| BP LYING/SITTING | | 118/70 | | | 110 | | | | |
| BP STANDING | | 111/59 | | | | | | | |
| TEMPERATURE | | 96⁴ | | | | | | | |
| PULSE | | 67/64 | | | | | | | |
| RESPIRATIONS | | | | | | | | | |
| FBS | | | | | | | | | |
| RBS | | | | | | | | | |
| WEIGHT | | | | | | | | | |
| LABS/TESTS | | | | | | | | | |
| BATH/SHOWER | | shower | | | | | | | |
| % EATEN/DIET/REFUSED | | 100% | | | | | | | |
| PHYSICIAN VISITS | | Jamal | | | | | | | |
| NURSING GROUP | | | | | | | | | |
| OT | | | | | | | | | |
| RT | | | | | | | | | |
| GT | | | | | | | | | |
| NURSING SIGNATURE | | | | | | | | | |

psychflowrecord.wd

NORTH OAKLAND MEDICAL CENTERS
DEPARTMENT OF PSYCHIATRY
NURSING INTERVENTION FLOW RECORD

| DATE | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| SHIFT | | | | | | | | | |
| SPECIAL PRECAUTIONS | | | | | | | | | |
| BP LYING/SITTING | | | | | | | | | |
| BP STANDING | | | | | | | | | |
| TEMPERATURE | | | | | | | | | |
| PULSE | | | | | | | | | |
| RESPIRATIONS | | | | | | | | | |
| FBS | | | | | | | | | |
| RBS | | | | | | | | | |
| WEIGHT | | | | | | | | | |
| LABS/TESTS | | | | | | | | | |
| BATH/SHOWER | | | | | | | | | |
| % EATEN/DIET/REFUSED | | | | | | | | | |
| PHYSICIAN VISITS | | | | | | | | | |
| NURSING GROUP | | | | | | | | | |
| OT | | | | | | | | | |
| RT | | | | | | | | | |
| GT | | | | | | | | | |
| NURSING SIGNATURE | | | | | | | | | |

psych/flowrecord.wd

# NORTH OAKLAND MEDICAL CENTERS
## DEPARTMENT OF PSYCHIATRY
### NURSING INTERVENTION FLOW RECORD

| DATE | 5-28 03 | | | 5/31/03 | | | 5/3 0 | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| SPECIAL PRECAUTIONS | | II | II | II | II | II | II | II | |
| BP LYING/SITTING | | 94/55 | 114/64 | | 145/55 | 113/59 | | 115/68 | |
| BP STANDING | | 100/58 | 112/69 | | 121/63 | 111/66 | | 113/62 | |
| TEMPERATURE | | 98.9 | 97.9 | | 97.8 | 98.1 | | 97.3 | |
| PULSE | | ↑81 ↓70 | ↑76 ↓66 | | 70 82 | ↑68 ↓62 | | ↓74 64↑ | |
| RESPIRATIONS | | | 18 | | | 18 | | | |
| FBS | | | | | | | | | |
| RBS | | | | | | | | | |
| WEIGHT | | | | | | | | | |
| LABS/TESTS | | | | | | | | | |
| BATH/SHOWER | | 5xn1C | | | | | | | |
| % EATEN/DIET/REFUSED | | 100% 100% Tamil | | | 100%0 | | | 100% | |
| PHYSICIAN VISITS | | | | | | | | Cami | |
| NURSING GROUP | | | | | ✓ | | | | |
| OT | | ✓ | | | ✓ | | | | |
| RT | | | | | | | | | |
| GT | | ✓ | | | | | | | |
| NURSING SIGNATURE | | | | | | | | | |

psychflowrecord.wd

NORTH OAKLAND MEDICAL CENTERS
DEPARTMENT OF PSYCHIATRY
NURSING INTERVENTION FLOW RECORD

| DATE | 5/17 | | | 5/18 | | | 5/19 | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| SPECIAL PRECAUTIONS | | II | | II | II | | II | II | |
| BP LYING/SITTING | | 13/68 | | | 91/59 | | | 10/51 | |
| BP STANDING | | 128/78 | | | 90/56 | | | 116/70 | |
| TEMPERATURE | | 97⁶ | | | | | | 97¹ | |
| PULSE | | 71/76 | | | ↓73 ↑76 | | | 80/91 | |
| RESPIRATIONS | | 16 | | | 18 | | | | |
| FBS | | | | | | | | | |
| RBS | | | | | | | | | |
| WEIGHT | | | | | | | | | |
| LABS/TESTS | | | | | | | | | |
| BATH/SHOWER | | shower | | | | | | shower | |
| % EATEN/DIET/REFUSED | | 100% | | | Ø/100% | | | 100% | |
| PHYSICIAN VISITS | | Jamil | | | | | | Jamil | |
| NURSING GROUP | | | | | | | | | |
| OT | | | | | | | | | |
| RT | | | | | | | | | |
| GT | | | | | | ✓ | | | ✓ |
| NURSING SIGNATURE | | | | | | | | | |

psychflowrecordwd

STASKO, STANLEY
SHAHID
SHAHID
K F

# NORTH OAKLAND MEDICAL CENTERS
## DEPARTMENT OF PSYCHIATRY
### NURSING INTERVENTION FLOW RECORD

| DATE | 5-14-03 | | | 5/15 | | | 5-16-03 | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| SPECIAL PRECAUTIONS | IV | | | III | II | III | III | II | II |
| BP LYING/SITTING | 138/80 | 14/69 | 132/74 | | 11/53 | 109/54 | | 98/53 | 113/57 |
| BP STANDING | 131/80 | 11/79 | 109/57 | | 96/55 | 103/47 | | 116/61 | 102/57 |
| TEMPERATURE | 97.7 | 97.7°F | 97.9 | | 98.2 | 97.1 | | 96.5 | 98.2 |
| PULSE | 84 | 100 | 93/95 | | 85/104 | 86/132 | | 78 | 82/86 |
| RESPIRATIONS | 18 | | 18 | | | | | 20 | |
| FBS | | | | | | | | | |
| RBS | | | | | | | | | |
| WEIGHT | 151 | | | | | | | | |
| LABS/TESTS | Blood Sugar | | | Blank Drawn | | | | | |
| BATH/SHOWER | | AM | | | | | | AM | |
| % EATEN/DIET/REFUSED | | 100/10 | 100% | | 100/10 | 100% | | 0/55 100% | 100% |
| PHYSICIAN VISITS | | ✓ | | | ✓ | | | | |
| NURSING GROUP | | ✓ | | | ✓ | | | ✓ | |
| OT | | ✓ | | | ✓ | | | ✓ | |
| RT | | ✓ | | | | | | ✓ | |
| GT | | N/A | | | N/A | | | ✓ | |
| NURSING SIGNATURE | | | | | | | | | |

psychflowrecordwd

NORTH OAKLAND MEDICAL CENTERS
DEPARTMENT OF PSYCHIATRY
NURSING INTERVENTION FLOW RECORD

| DATE | 5/17 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| SPECIAL PRECAUTIONS | II | | | | | | | | |
| BP LYING/SITTING | | | | | | | | | |
| BP STANDING | | | | | | | | | |
| TEMPERATURE | | | | | | | | | |
| PULSE | | | | | | | | | |
| RESPIRATIONS | | | | | | | | | |
| FBS | | | | | | | | | |
| RBS | | | | | | | | | |
| WEIGHT | | | | | | | | | |
| LABS/TESTS | | | | | | | | | |
| BATH/SHOWER | | | | | | | | | |
| % EATEN/DIET/REFUSED | | | | | | | | | |
| PHYSICIAN VISITS | | | | | | | | | |
| NURSING GROUP | | | | | | | | | |
| OT | | | | | | | | | |
| RT | | | | | | | | | |
| GT | | | | | | | | | |
| NURSING SIGNATURE | | | | | | | | | |

psychflowrecord.wd

**NORTH OAKLAND MEDICAL CENTERS · PONTIAC, MICHIGAN 48341-1651**

```
NAME: STASKO,STANLEY                                  DOB:06/06/1969 SEX: M
MR# : 688916              LOC: MH      ROOM: 451B     ADMIT DATE: 05/19/200
ACCT: 6346842             DR : JAMIL, SHAHID          DSCH DATE:  05/23/200
```

```
****************** BASIC METABOLIC PANEL ********************

DAY:        3
DATE:     05/16/03
TIME:       0748                                NORMAL      UNITS

SODIUM      143                                135-145    MMOL/L
POTASSIUM   4.1                                3.5-5.0    MMOL/L
CHLORIDE    108                                98-110     MMOL/L
CO2         32                                 22-32      MMOL/L


****************** COMP METABOLIC PANEL ********************

DAY:        1
DATE:     05/14/03
TIME:       0600                                NORMAL      UNITS

CREAT       0.9                                0.7-1.4    MG/DL
CALCIUM     9.2                                8.5-10.5   MG/DL
T BILI      0.9                                0-1.0      MG/DL
ALBUMIN     4.3                                2.8-5.2    G/DL
T PROTEIN   7.1                                6.0-8.0    G/DL
GOT         18                                 8-37       U/L
ALK PHOS    55                                 50-136     U/L
SODIUM      143                                135-145    MMOL/L
POTASSIUM   3.4 L                              3.5-5.0    MMOL/L
CHLORIDE    110                                98-110     MMOL/L
CO2         27                                 22-32      MMOL/L
BUN         15                                 8-23       MG/DL
GLUCOSE     92                                 65-110     MG/DL
GPT         30                                 30-65      U/L


****************** CHEMISTRY MISCELLANEOUS ********************

05/15/03
   0600   FOLATE                                        NG/ML
                    SEE SEPARATE REPORT (REFERENCE/MISC 5)
                    "CORRECTED ON 05/17 AT 1438: PREVIOUSLY
                     REPORTED AS" TEST SENT TO ARUP

05/15/03
   0600   VITAMIN B12                       (179-1132) PG/ML

                          <<RESULTS CONTINUED ON NEXT PAGE>>
```

CONTINUED

```
   STASKO,STANLEY                              05/24/2003
   PAGE:    1                                     04:40
```

MEDICAL RECORDS COPY

**MEDICAL RECORD DISCHARGE SUMMARY**

**NORTH OAKLAND MEDICAL CENTERS - PONTIAC, MICHIGAN 48341-1651**

```
NAME:  STASKO,STANLEY                                    DOB:06/06/1969 SEX: M
M   :  688916              LOC: MH      ROOM: 451B       ADMIT DATE: 05/19/2003
ACCT:  6346842             DR : JAMIL, SHAHID            DSCH DATE:  05/23/2003
```

```
********************* CHEMISTRY MISCELLANEOUS *********************

        VITAMIN B12                        <<CONTINUED FROM PREVIOUS PAGE>>

                            SEE SEPARATE REPORT (REFERENCE/MISC 5)
                            "CORRECTED ON 05/17 AT 1438: PREVIOUSLY
                             REPORTED AS" TEST SENT TO ARUP


        ********************* THYROID STUDIES *********************
DAY:            1
DATE:        05/14/03
TIME:          0600                              NORMAL      UNITS

THYRONINE UPTAKE  43  H                          23-40         %
TOTAL T4          6.3                            4.5-12.0   UG/DL
FTI               2.7                            1.4-4.5
TSH               3.86                           0.34-4.82  uIU/ML


        ********************* SEROLOGY *********************

05  5/03
     0600  HIV 1/2 ANTIBODY          NONREACTIVE      (NONR)
                                     NEG. BY ENZYME IMMUNOASSAY.  COMMENT:
                                     MOST INFECTED PEOPLE DEVELOP ANTIBODIES
                                     BY 6 WEEKS.  RARE INDIVIDUALS NEVER
                                     DEVELOP ANTIBODIES TO HIV.

05/15/03
     0600  RPR/VDRL                  NONREACTIVE      (NONR)
                                     RPR/VDRL TESTS MEASURE "HETEROPHILE-LIKE"
                                     ANTIBODIES EVOKED IN LATE PRIMARY AND
                                     SECONDARY SYPHILIS.  FALSE NEGATIVES
                                     MAY OCCUR IN EARLY SYPHILIS AND IN
                                     TERTIARY SYPHILIS.


        ********************* CANCELLED TESTS *********************

05/17/03    0600     CANCELLED: ELECTROLYTES

                                     <<RESULTS CONTINUED ON NEXT PAGE>>



                              CONTINUED
     STASKO,STANLEY                             05/24/2003
     PAGE:    2                                   04:40
                         MEDICAL RECORDS COPY
```

5102610 (REV) 11/99

**MEDICAL RECORD DISCHARGE SUMMARY**

**NORTH OAKLAND MEDICAL CENTERS · PONTIAC, MICHIGAN 48341-1651**

```
NAME: STASKO,STANLEY                              DOB:06/06/1969  SEX: M
MR# : 688916              LOC: MH      ROOM: 451B ADMIT DATE: 05/19/2003
ACCT: 6346842            DR : JAMIL, SHAHID       DSCH DATE:  05/23/2003
```

```
*********************** CANCELLED TESTS ***********************

ELECTROLYTES                         <<CONTINUED FROM PREVIOUS PAGE>>

         REASON:    NO SAMPLE RECEIVED
```

END OF REPORT

```
STASKO,STANLEY                                        05/24/2003
PAGE:    3                                              04:40
```

MEDICAL RECORDS COPY

**MEDICAL RECORD DISCHARGE SUMMARY**

NORTH OAKLAND MEDICAL CENTERS
RADIOLOGY SERVICES
461 WEST HURON
PONTIAC, MI 48341

Ph:    248-857-7234
Fax:   248-857-7524

| | | |
|---|---|---|
| Ordering Physician: | SURA, SANDEEP B | Med Rec No/Rad No:  **688916** |
| Attending Physician: | JAMIL, SHAHID | Account No: 6346842 |
| Referring Physician: | JAMIL, SHAHID | Order No:    7642885 |
| Room Number: | MH-0450-A | Patient Type: I |

NAME: STASKO, STANLEY          D.O.B. 06/06/69      Age: 033Y      Sex:  M

C: 00                    M: XX

CT OF BRAIN WITHOUT AND WITH CONTRAST      EXAM DATE: 05/14/03

CLINICAL INFORMATION: HEADACHE

    CT scans of the brain were obtained with and without contrast enhancement. There is no shift of the midline structures. The ventricular system appears normal. There is no evidence of a focal intracranial lesion.

IMPRESSION:    NEGATIVE STUDY.


Radiologist:   JEHAN BARBAT, M.D.
    This document has been reviewed and signed electronically
    by JAMES M. SWITZER, M.D. on 05/15/2003.

DD: 05/15/03  DT: 05/15/03  1455      \: kkm      /: 1036

4100116 5/97                    CT-SCAN                    Radiology Report

**AKUP** LABORATORIES

Edward R. Ashwood, M.D., Laboratory Director

Salt Lake City, Utah 84108

STASKO, STANLEY                                                            Fir
(11753) 688916                         North Oakland Medical Ctr
Male   33 years   06 Jun 1969          461 West Huron Street
Primary Clinician:  JAMIL, SHAHID      Pontiac, MI 48341
Accession #:  H816
                                       Reported on:  16 May 2003 01:45 PM

                                                                  REFERENCE
                                                                  INTERVAL
         ORDERED TEST              RESULT UNITS      RESULT FLAG

Accession #:  0313504711
Collected on:  15 May 2003 06:00 AM

   Vitamin B12 & Folate
      VITAMIN B12                   157 pg/mL          Low          210-911
      FOLATE, SERUM                 12.3 ng/mL                      5.4-40.0
         REFERENCE INTERVAL: Folate, Serum
         Deficient       0 -  3.3  ng/mL
         Indeterminate 3.4 -  5.3  ng/mL
         Normal        5.4 - 40.0  ng/mL

      Location:  ROOM 450A
   Received on:  16 May 2003 04:42 AM      Ordering Clinician:  JAMIL, SHAHID

5-17.03    25

STASKO, STANLEY                    Page 1 of 1

LABORATORY REPORT   ARR-1-400 1/03

# North Oakland
MEDICAL CENTERS

**Psychosocial History**

```
I  634686      PUY  51403
   688916     50669   33Y
STASKO, STANLEY
JAMIL, SHAHID        M F
JAMIL, SHAHID
```

Source of Information: _____ Date: 5/14/03

Contact Person: _____ Phone: _____

Admitting Diagnosis: _Psychotic DO_ _____ Attending Physician: _Dr Jamil_

Guardian/DPOA _____NA_____ Phone: _____

**Presenting Problem**

Pt states tried to gouge eyeballs out on Monday, voices told him to do so. Then went twice, priest in Detroit he had never met and laid down in parking lot to confess.

Onset of Current Symptoms: _____

Current Outpatient Treatment: _____

Previous Psychiatric History: Hospitalization/Dates _____

Outpatient Treatment: _Ron Archebal ? to renter seminary per pt_

Psychiatric Family History: ☑ No ☐ Yes  If yes, explain _____

Previous Suicide Attempts: ☑ No ☐ Yes  If yes, when?/how? _____

Substance Abuse History: ☑ None   ☐ ETOH  ☐ Cocaine   ☐ Heroin   ☐ Other _____

Frequency: _____ Amount Used: _____ Date Last Used: _____

Substance Abuse Treatment/Dates: _NA_

Family History of Substance Abuse: ☐ No ☑ Yes  If yes, describe _Father Alcoholic_

Current Stressors:   ☐ Marriage Problems  ☐ Financial Problems  ☐ Deaths   ☐ Divorce  ☐ Legal Problems

   ☐ Family Problems  ☑ Other _trying to re-enter seminary_

Current Living Situation: ☐ Marital Status:  ☑ Single   ☐ Married _____ yrs. ☐ Other _____

   ☐ Separated _____ yrs. ☐ Widowed _____ yrs.

Describe relationship _Pt Divorced over 10yrs now. Pt was Married 5yrs. Pt Asked for Divorce. Pt states argued + were incompatible._

**Current Living Situation (continued):**

Location:   ☐ Homeless  ☐ Nursing Home  ☐ AFC  ☑ Alone  ☐ w/Family  ☐ w/Friends  ☐ w/Spouse

Relationship at home:   ☐ Excellent  ☑ Good  ☐ Average  ☐ Poor  ☐ Bad

Describe current home/environment ___live in own house___

Patient can return home: ☑ Yes ☐ No   Family willing to participate in treatment: ☑ Yes ☐ No

Number of Children: __0__ Ages:_____

Describe Relationship:_____

**Family of Origin:**        Raised by __parents__        Describe relationship:_____

Mother:   ☑ Living  ☐ Deceased   Age __83__ Cause of Death:_____
Describe Relationship: "ok" - Spiritual differences

Father:   ☐ Living  ☑ Deceased   Age __99__ Cause of Death died in 1991 · natural causes
Describe Relationship: Pt was close c̄ father

Parents:   ☐ Never Married  ☑ Married  ☐ Separated  ☐ Divorced - When:_____
Describe Relationship:_____

Number of Siblings: 4   Patient is 3rd in siblingship of 4   Siblings are supportive: ☐ Yes ☑ No
Who? David, Marie, Berri,
Describe Relationship: Mb'ship changed after seminary spiritual dif's

Describe Childhood:_____

Childhood abuse:   Physical, sexual or emotional abuse or neglect: ☐ No ☑ Yes
Explain: Priest sexually molested pt before and after marriage. Pt reports no problems c̄ it now.

Family Strengths:_____

```
I  634684        PSY   51403
  688918    60669    33Y
STASKO, STANLEY
JAMIL, SHAHID          M F
JAMIL, SHAHID
```

**Psychosocial History (continued)**

Education   Grade completed: Bachelors - WASH  Masters  Type of Student: electrical engineering, philosophy

Military:   ☑ No    ☐ Yes ___ Yrs.Branch ___
Type of Discharge: ___ Date: ___

Legal Status:   ☐ Criminal Charge   ☐ Civil Suit   ☐ Probation   ☐ Other: denies

Employment:   ☐ Employed   ☐ Current Job: worked at GM for 12 yrs then left to enter seminary.
☐ Unemployed How Long? ___   ☐ Disability

**Assessment:   General Appearance (Use second line to explain any abnormality)**

Manner:   ☑ Cooperative   ☐ Compliant   ☐ Uncooperative   ☐ Non-compliant

Attitude:   ☑ Appropriate   ☐ Irritable   ☐ Defensive   ☐ Guarded   ☐ Aggressive   ☑ Indifferent

Mood:   ☐ Hopeless   ☐ Resentful   ☐ Happy/Sad   ☐ Elated/Depressed   ☐ Anxious   ☐ Fearful

Suidical:   ☐ Yes   ☑ No   Plan ___

Homicidal:   ☐ Yes   ☑ No   Who? ___

Affect:   ☑ Flat   ☐ Labile   ☐ Appropriate   ☐ Inappropriate   ☐ Blunted

Speech:   ☐ Hyperverbal   ☐ Pressured   ☐ Slow   ☐ Slurred   ☐ Normal

Hallucinations:   ☐ Auditory   ☐ Visual   ☐ Tactile

Thought Content:   ☐ Appropriate   ☑ Delusions   ☐ Paranoia   ☐ Grandiose
☐ Obsessions   ☐ Compulsions   ☐ Phobias   ☐ Other ___

Thought Process:   ☐ Loose Associations   ☐ Illogical   ☑ Organized   ☐ Flight of Ideas
☐ Other ___

Judgement:   ☑ Impaired   ☐ Poor   ☐ Fair   ☐ Limited   ☐ Other ___

Insight:   ☑ Impaired   ☐ Poor   ☐ Fair   ☐ Limited   ☐ Other ___

Orientation:   ☑ Person   ☑ Place   ☑ Time

Memory:   ☐ Long term   ☐ Impaired   ☐ Fair   ☑ Good
☐ Short term   ☐ Impaired   ☐ Fair   ☑ Good

Appearance:   ☑ Appropriate   ☐ Disheveled   ☐ Inadequate ADL's

4100542b  3/97                                        Psychosocial History

**Assessment:** Pt is a 33 y/o, single, Caucasian male c̄ px/o 6 psychosis, OCD.

**Goal:** To stabilize mood, ↑ reality orientation, ↓ psychosis and not be a potential danger to self/others.

**Plan:** To attend groups daily, identify stressors that lead to admission, and develop coping skills to manage outside hospital.

**Discharge Plan:** To follow up pt c̄ Easterseals and return home.

**Social Work Group Therapy:**

Patient appears:  ☑ Appropriate for regular group      ☐ Appropriate for gero-psych group
☐ Not appropriate at this time

Patient's expectations for group include improvement in ability to:

☐ Listen to others          ☐ Be more assertive              ☐ Tell others about their problems
☐ Learn to trust others     ☐ Be honest with their feelings  ☐ Learn to cope with hurt/anger/fear/shame (circle)

Other achievements: _____

Patient's signature _____

Signature: _Susan D. Green MSW CSW_     Date: _5/1/03_

4100542c

**NORTH OAKLAND MEDICAL CENTERS**
PONTIAC, MICHIGAN

I 634884      F PSY  51403
  688915     50869   33Y
STASKO, STANLEY
JAMIL, SHAHID          M F
JAMIL, SHAHID

## CONSULTATION/REFERRAL RECORD

CONSULTING PHYSICIAN
Dr. Sina

BRIEF REASON FOR CONSULTATION
[ENTER DIAGNOSIS/SYMPTOM(S)]  R/o Physical Causes for Symptoms

PLEASE CHECK ONE
☐ EVALUATE AND ADVISE
☑ EVALUATE, ADVISE AND FOLLOW
☐ EVALUATE AND TRANSFER TO YOUR CARE (REFERRING PHYSICIAN
   MUST COMPLETE "TRANSFER OF PRIMARY CARE" FORM)

CONSULTANT NOTIFIED:

DATE          TIME

ATTENDING PHYSICIAN  Jamil

DATE OF REFERRAL  5/14/03

CC.  I am here as I am being tried

HPI:  ___ old white male who was ___ ___
VOICES directs him to ___ his ___ ___
by putting his ___ ___ & directs to him to go
to ___ father (_____).  The pt went to ___ ___
no c/o ___ ___ ___, ___, ___ of ___ all
___ stress ___ ) — pt has cancer or Psychiatry

PSN:  ___ ___ MnA,
ALL:  ___ ___ — JT, ___ ___
       — pt is divorced
SH:  Pt is not employed,  pt lives by herself  no children
PH:  mother: death, ___ ___
      father: died of ___ ___

PH:  Temp ___ ___ ___
       ___ ___, ___

Current HH7
No physical
cause
is pinpointed

RECOMMENDATIONS/IMPRESSIONS
Will do B12, VDRL, HIV.
& will follow
CBC
ALP

(1) obsessive-compulsive disorder
(2) ___ ___ — ___ ___
(3) obsessive-compulsive disorder
(4) H/o unemployment

CONSULTANT SIGNATURE ___          DATE  5/1?/2003

# NORTH OAKLAND MEDICAL CENTERS
## PONTIAC, MICHIGAN
### PROGRESS RECORD

STASKO, STANLEY
JAMIL, SHAHID

| DATE/TIME | Admit Note |
|---|---|
| 5-14-03 0400 | Pt. admitted under a Pir & Cert from Oakwood Hospital thru Common Ground. Accepted by Dr. Jamil. Pt. has no prior psych admits & is on no meds. Has been out of work for 3 y., although he have 3 masters degrees & one being in Engineering. Pt. states the voices told him to dig out his eyeballs & his finger in a suicide attempt. Eye appeared. Yesterday the voice told him to go to a Catholic Church on 6 & Telobt to see a Greek Person who he have not. Also is very preoccupied c germs & washing his hands multi times during the day. Hands are red & raw. Cooperative but very paranoid & guarded. Dr. Jamil called for orders & placed on unit. Will cont to monitor. |
| 5/14/03 | Initial assessment done. Dr. Rx plan, options, pros & cons, meds side effects, Pt. read the entire med consent form, asked appropriate questions, & signed it. |
| 5/14/03 | S/O Pt |
| 5-14-03 late note | Intervened pt. Placed psychosocial eval in chart. Left messages for sisters & mother for additional hx. Will follow. S/O Pt c Wed now on |
| 5/14/03 | S/O Pt c/o significant & dramatic change in life & state of mental health since 1995. Pt c/o things before & after 1995. Pt c/o killing in BK & missing cat & for shop but does not recall why or what he was given, etc. Unknown whether psych d/o caused toll |

4100028    CONTINUED — OVER    PROGRESS RECORD

**CONTINUATION OF PROGRESS RECORD**

DATE/TIME

[illegible] full could have resulted in [illegible] &
[illegible] contribute psych prob, or may be
[illegible]. (SOO) Pt has not felt compulsion
to hurt self [illegible] today. Pt v/o when
feeling [illegible] to [illegible] Pt is not an immediate
response to hurt self, & Pt is v/o having more
[illegible] & motivation to tell staff
of this compulsion & receive help. At home
at this time he does not have network re
people to call who could help. Pt's ADLs
are good, appetite good. Pt is [illegible] worried
about [illegible] OCD-like behavior -
[illegible] c v/ [illegible] for safety. Pt
contracted verbally for safety. [illegible]

1515 Pt isolative to self [illegible], Ø compulsion to
hurt self [illegible]

5/14/03 1700 S "On monday voices were telling me to dig my eyeballs out. I want to know whats going on with me. why cant I remember anything?"
O Circumstantial thoughts. ADL's good although inappropriately dressed in shirt + tie.
Isolative to room. Denies current suicidal ideation. Did agree to notify staff of feeling like he wanted to hurt self.
A: Hallucinations
P: monitor pt for safety, reenforce "no self harm" contract.
E. Receptive 1:1. AMC (cw OCCSN)
O: Pt admitted to hearing "small" voices and loud voices.
G. Ewen RN MSN OCC faculty

5/14/03 2200 (S) Is this the same day. I heard voices earlier but not now. I rather not tell what they say. Pt denies voices telling him to harm himself or others. 100% meal ate
(O) Pt received visitors, spent most of shift in his room. Cooperative c CT scan polite and cooperative (A) Paranoid, isolative denies suicidal or homocidal ideation admits auditory hallucinations but not at present.

# NORTH OAKLAND MEDICAL CENTERS
## PONTIAC, MICHIGAN
### PROGRESS RECORD

638916   50669   33Y
STASKO, STANLEY
JAMIL, SHAHID          M F
JAMIL, SHAHID

| DATE/TIME | |
|---|---|
| Continue | Denies feelin' depressed, withdrawn. (P) Monitored behavior, supportive approach several 1:1 brief interactions thru shift _Patricia McQueen RN_ |
| 5/15/03 0600 Sleep | 6- pt has appeared to sleep throughout the night as checked q15 min. Level III (Main Unit) _____ |
| 5/15/03 | (P) Pt remains psychotic, voices are fairly constant telling him to do things but not telling him to hurt himself (eg gouging his eye) any longer. Has tolerated Risperdal well, shall ↑ to 1mg/d. Paused after during discussion to listen to the voices. Reviewed labs. Cancel EEG — no indication for petit mal. _____ |
| 5-15-03 SWK note | Spoke c̄ pt's sister, Gina. In addl hx + wx. Pt's sister, uncle, + bf all bipolar. Pt has been hearing voices for a year now, constantly scrubbing hands, "robotic" like behavior. Pt can stay c̄ mother or sister after dc. Will follow. S.D._____ |
| 5/15/03 1420 | (SPO) Pt presents c̄ ?? ADLs although dress somewhat inappropriate for unit; Pt in shorts, tie + slacks. Pt v/o having no other more comfortable clothes to wear + "my relationship with everyone [family] has changed... They haven't changed really but I have [since 1995] +... its just different..." Pt attends group, participating in milieu. Pt is withdrawn to self. Length of sterilizing c̄ peers, out of room for groups + activities + returning to room immediately following. Pt v/o feeling mildly sedated + "tired" + "I've napped a couple of times a day." Pt v/o being unable to read because he soon falls asleep. Pt denies feelings or compulsions to hurt myself." Monitor per level |

CONTINUED — OVER          PROGRESS RECORD
4100028

DATE/TIME

Patient has attended _Mental Health_ Nutrition

Education class, on _5-15-03_

Presented by _Cheryl Rockett_ RD

1515  *(illegible handwritten clinical notes)*

5/15/03  *(illegible handwritten clinical notes)*
1907

5-16-03
0630  *(illegible handwritten clinical notes)*

**NORTH OAKLAND MEDICAL CENTERS**
PONTIAC, MICHIGAN
PROGRESS RECORD

1 534684          PSY  51493
698916          50669    33Y
STASKO, STANLEY
JAMIL, SHAHID          M F
JAMIL, SHAHID

| DATE/TIME | |
|---|---|
| 5/16/03 | Lengthy discussion re: the events leading up to the hosp. said he has been hearing voices for ~1 yr, but having difficulty "thinking & communicating" since 1998. He dates the onset of his [sx] to an incident where he found self on the floor near his sink (no tongue bite, no loss of bowel or bladder control), + not sure how long he was "out" or how it happened. On monday the voices told him to gouge out his eyes, the first & so far, only time. He is not clear as to why he wanted to see Father Parone (whom he does not know) or why he layed down in the parking lot. His thinking is rather concrete. He continues to hear voices & his own thoughts out loud. Has tolerated Risperdal well, some mild daytime sedation. "This is the most normal I have felt in a while." He is pleasant + cooperative on the unit, but on the fringes of the milieu. Discussed his sx status & Rx c̄ his sister Gina by phone at pt's request. Shall continue meds as is, expect disch early part of next wk. CT scan brain – ve. Shahid Jamil |
| 5-16-03 Sub note | Spoke c̄ pt's sister re: pt's hearing voices. Sister wanted Dr. Jamil to know that when pt is talking he stops to think about what he says first and are not voices. Informed pt's sister that pt is experiencing auditory hallucinations as well. Pt's sister had questions re: Dx, meds, CT scan brain results, and visiting. Will follow. [signature] |

4100028                                    CONTINUED — OVER                                    PROGRESS RECORD