Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, et al.,     :    09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                        :
                Debtors.                :    (Jointly Administered)
                                        :
-------------------------------------------------------------x
```

## NOTICE OF DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 00136, 00552, 07020, 09072, 14901, 19246, AND 19247 FILED BY SHARYL Y. CARTER

**PLEASE TAKE NOTICE** that on February 4, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), filed their objection (the "**Objection**") to Proof of

Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl Y. Carter

(collectively, the "**Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors'

Objection will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge,

in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One

Bowling Green, New York, New York 10004, on **March 9, 2011 at 9:45 a.m. (Eastern Time),**

or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Objection must

be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules

of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in

accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by

registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest,

on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard

copy delivered directly to Chambers), in accordance with the customary practices of the

Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance

with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors,

767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin,

Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401

South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas

Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn:

Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the

United States Department of the Treasury, One World Financial Center, New York, New York

10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500

Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.);

(vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor,

New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii)

Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured

creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers

Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii)

the Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S.

Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007

(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered,

attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375

Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and

Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi) Stutzman, Bromberg, Esserman &

Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal

representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200,

Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), and (xii)

Sharyl Y. Carter, 1541 Lasalle Avenue #1, Niagara Falls, New York 14301, so as to be received

no later than **March 2, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no response is timely filed and served with respect to the Debtors' Objection, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' Objection, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
      February 4, 2011

                /s/ Joseph H. Smolinsky
                Harvey R. Miller
                Stephen Karotkin
                Joseph H. Smolinsky

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                 :

**In re**                             :         **Chapter 11 Case No.**
                                   :

**MOTORS LIQUIDATION COMPANY, et al.,**  :        **09-50026 (REG)**
      **f/k/a General Motors Corp., et al.**  :

                         **Debtors.**      :         **(Jointly Administered)**
                                   :
------------------------------------------------------------------x

**DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 00136, 00552,**
**07020, 09072, 14901, 19246, AND 19247 FILED BY SHARYL Y. CARTER**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

            Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

**Relief Requested**

           1.      The Debtors file this Objection (the "**Objection**"), pursuant to section

502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order

establishing the deadline for filing proofs of claim against MLC and certain other Debtors (the

"**Bar Date**") and the procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging Proof of Claim Nos. 0136, 00552, 07020, 09072, 14901, 19246, and 19247 (collectively, the "**Carter Claims**") filed by Sharyl Y. Carter ("**Ms. Carter**"), copies of which are annexed hereto as **Exhibit** "**A**."[1]

2.        The Debtors have examined the Carter Claims and have made every effort to ascertain their nature and validity.  However, in light of the failure of the Carter Claims to set forth the legal and factual basis thereof, the Debtors request the entry of an order disallowing and expunging all of the Carter Claims from the Debtors' claims register in their entirety.

3.        Moreover, an additional basis exists to expunge six of the seven claims that comprise the Carter Claims.  Specifically, the Debtors have determined that, of the Carter Claims, Proof of Claim Nos. 00552, 07020, 09072, 14901, 19246, and 19247 (collectively, the "**Duplicate Claims**") were filed subsequent to, and are duplicative of, Proof of Claim No. 0136 (the "**Original Claim**").  Accordingly, at a minimum, the Duplicate Claims should be disallowed and expunged on the basis of being duplicative of the Original Claim.

## Jurisdiction

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Facts Relevant to the Carter Claims

5.        On September 16, 2009, this Court entered the Bar Date Order which, among other things, established November 30, 2009 as the Bar Date and set forth procedures for filing proofs of claim in these chapter 11 cases.  The Bar Date Order requires, among other

---

[1] The copies annexed as Exhibit "A" include only the first page of the proof of claim form for each of the Carter Claims.  Because several of the Carter Claims include identical attachments, those attachments are separately annexed hereto as more fully described herein in order to avoid annexing voluminous exhibits to this Objection.

things, that a proof of claim must "set forth with specificity the legal and factual basis for the alleged [c]laim [and] include supporting documentation or an explanation as to why such documentation is not available." (Bar Date Order at 2.)[2]

6.    On June 18, 2009, and periodically thereafter, the Carter Claims were filed against MLC,[3] each in an unliquidated amount and without sufficient documentation that would allow the Debtors to effectively analyze the asserted liability.[4] While Ms. Carter has engaged in a letter writing campaign to send letters to (a) the Court; (b) the Clerk of the Court; (c) the Garden City Group, Inc. (the "**Garden City Group**"), the Debtors' claims agent; (d) Weil, Gotshal & Manges LLP ("**WGM**"), the Debtors' attorneys; and (e) class counsel in class action litigation, several of which were attached to certain of the Carter Claims, none of those letters provide adequate information to substantiate a claim. A summary of these letters follows, copies of which are annexed hereto as **Exhibit "B"**:

(i)    On January 4, 2009, Ms. Carter sent a letter to the Garden City Group, enclosing, among other things, proofs of claim against MLC and Delphi and documents relating to the Delphi bankruptcy. Ms. Carter stated in the January 4 letter that she is requesting that "all my claims be allowed and granted." (*See* Jan. 4, 2009 Ltr.)

(ii)    Also on January 4, 2009, Ms. Carter sent to the Court a letter in response to the Third Omnibus Objection, asking the Court to allow all her Claims and stating that the Claims "may not be the same claims against GM in

---

[2]   Notices of the Bar Date Order contained express references to this requirement.

[3]   Ms. Carter also filed claims against Delphi Corporation ("**Delphi**"), a former General Motors Corporation subsidiary that was spun off in 1998. Delphi and certain of its affiliates filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 05-44481 (RDD), on October 8 and 14, 2005. The Debtors are not aware of the disposition of such claims.

[4] On December 8, 2009, the Debtors filed their Third Omnibus Objection to Claims (Duplicate Claims) (ECF No. 4624) (the "**Third Omnibus Objection**"), seeking to disallow and expunge Ms. Carter's Proof of Claim No. 00552 as duplicative of surviving Proof of Claim No. 0136. The Debtors subsequently withdrew their objection to Ms. Carter's Proof of Claim No. 00552 in order to allow the Debtors to object to all the Carter Claims in a single objection.

the above cases and number [as the Delphi claims]."  (*See* Jan. 4, 2009 Resp. Ltr.)

(iii)    On June 16, 2009, Ms. Carter sent letters to the Clerk of the Court and the Garden City Group, stating that she is filing an objection "against all of General Motors (Company) Plans [and] also filing of Bankruptcy." (*See* June 16, 2009 Ltrs.)

(iv)    On October 6, 2009, Ms. Carter wrote a letter to the Court, a letter to WGM, and two letters to the Garden City Group, all stating that she is "unaware of the amount, plus interest and pain and suffering, if allowed." (*See* Oct. 6, 2009 Ltrs.)

(v)    On October 29, 2009, Ms. Carter wrote to the Garden City Group, stating that she objects to the filing of these chapter 11 cases and any bankruptcy plan(s).  (*See* Oct. 29, 2009 Ltr.)

(vi)    Following communications with a WGM attorney, on February 1, 2010, Ms. Carter wrote to WGM stating that she could not advise whether Proof of Claim Nos. 0136 and 00552 are duplicative of each other and that she continues to object to the disallowance and expungement of any proofs of claim until such point as the Court determines they are duplicative.  (*See* Feb. 1, 2010 Ltr.)  As discussed above, the Debtors subsequently decided to withdraw their objection to Proof of Claim No. 00552 in order to permit a later objection in which all of the Carter Claims could be addressed at the same time.

(vii)    On February 23, 2010, Ms. Carter wrote to the Court, the Garden City Group, WGM, and Gersten Savage LLP (**"Gersten Savage"**), class counsel in the Dex-Cool Class Action, enclosing documents she had received from Gersten Savage relating to the Dex-Cool Class Action. (*See* Feb. 23, 2010 Ltrs.)

(viii)    On an unknown date sometime on or after April 27, 2010, Ms. Carter wrote to the Court following her conversation on April 27, 2010 with WGM attorneys Erin Eckols and Pablo Falabella, who called Ms. Carter to explain the notice she received regarding the Third Omnibus Objection and to answer any questions she may have.  (*See* Undated Ltr.)  In the April 27 letter, Ms. Carter stated that she continued to object to the Third Omnibus Objection.

## Ms. Carter Has Failed to Allege Sufficient Facts in Support of the Carter Claims

7.    The Debtors object to the Carter Claims because they all fail to allege facts sufficient to support a claim against the Debtors.  A proof of claim which is "so lacking in supporting evidence and logical linkage to the Debtors' cases [is] not entitled to any presumption that [it is] *prima facie* valid, and the burden of proof . . . shift[s] to [the claimant]."  *See Lehman*

*Bros. Holdings Inc. v. Kuntz (In re Lehman Bros. Holdings Inc.)*, Ch. 11 Case No. 08-13555, 2010 WL 4848173, at \*2 (Bankr. S.D.N.Y. Nov. 10, 2010); *see also Helliwell v. George R. Burrows, Inc. (In re George R. Burrows, Inc.)*, 156 F.2d 640, 641 (2d Cir. 1946) ("as soon as the trustee introduced any substantial evidence in opposition the claimants needed to establish by a preponderance of all the evidence that the claims as filed were based on facts which entitled the claimants to their allowance under the law.  The burden of over-all proof was then on the claimants."); *In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729, 2007 Bankr. LEXIS 660 at \*15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Further, section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such a claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

8.      Here, Ms. Carter has not provided *any* legal or factual support for the Carter Claims and, thus, the Carter Claims cannot be afforded prima facie validity under the Bankruptcy Code.  *See Lehman Bros. Holdings*, at \*4 (explaining that "[c]laimants, at a minimum, need to be able to give an understandable offer of proof indicating that some evidence actually exists (not simply may exist) to establish a claim's validity" and that the burden is a particularly heavy one when the claim is not based on any clearly identifiable relationship with the debtor).

### The Carter Claims Violate the Bar Date Order

9.      The Carter Claims fall far short of the standard unambiguously required in the Bar Date Order.  None of the Carter Claims provide any information regarding the cause of the injury, the type of injury, when the injury occurred, or where the injury occurred.  Moreover,

the Debtors have reviewed their books and records and have found no support of the Carter

Claims.

10.    Having failed to meet the threshold requirement of containing even the

most basic information regarding the basis of the Carter Claims, the Carter Claims should be

disallowed in their entirety.

### In the Alternative, the Duplicate Claims Should Be Disallowed And Expunged

11.    In the unlikely event that Ms. Carter is able to provide sufficient

information or documentation to satisfy the standard described above, at the very least, the

Duplicate Claims should be disallowed and expunged because they are duplicative of Ms.

Carter's Original Claim (Proof of Claim No. 0136).  Counsel for the Debtors have requested that

Ms. Carter withdraw her Duplicate Claims but to date she has been unwilling to do so.  Thus, to

the extent the Carter Claims are not disallowed in their entirety, the Debtors request that, to avoid

the possibility of multiple recoveries by the same creditor, the Duplicate Claims be disallowed

and expunged from the claims register.

### Notice

12.    Notice of this Objection has been provided to Ms. Carter and parties in

interest in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R.

Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated

January 3, 2011 (ECF No. 8360).  The Debtors submit that such notice is sufficient and no other

or further notice need be provided.

13.    No previous request for the relief sought herein has been made by the Debtors to

this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: February 4, 2011
      New York, New York

                            /s/ Joseph H. Smolinsky
                            Harvey R. Miller
                            Stephen Karotkin
                            Joseph H. Smolinsky

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

**EXHIBIT "A"**

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

Name of Debtor
*General Motors Corporation*

Case Number
*09-50026 (REG)*

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)
*Shaeyl Y Carter*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent
*Shaeyl Y Carter*
*92 Woolery Lane #C*
*Dayton Ohio 45415*       *(937) 641*

☐ Check box if you have never received any notices from the bankruptcy court in this case

Telephone Number *(937) 742-7052 - 3028072*

☐ Check box if the address differs from the address on the envelope sent to you by the court

Last four digits of account or other number by which creditor identifies debtor *9353*

☐ Check here ☐ replaces ☐ amends    if this claim    a previously filed claim dated

**1 Basis for Claim**
- ¹ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other

FILED – 0136
USBC – SOUTHERN DISTRICT OF NEW YORK
GENERAL MOTORS
09-50026 (REG)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

THE GARDEN CITY GROUP INC.
JUN 18 2009

**2 Date debt was incurred.**
*unknown*

**3 If court judgment, date obtained**
*June 3, 2009*

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim $** _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
- ☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ¹ Wages salaries or commissions (up to $10,000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U.S.C. § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

- ☐ Up to $2,225* of deposits toward purchase lease, or rental of property or services for personal family, or household use - 11 U.S.C. § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____)
* Amounts are subject to adjustment on 4 1 07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed.    $** _____
(Unsecured)      (Secured)      (Priority)      (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7 Supporting Documents** Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts, contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary
**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

Date *June 16, 2009*
Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
*Shaeyl Y Carter    Shaeyl Y. Carter*

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor *General Motors Corporation* | Case Number *09-50026 REB* | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property) *Staeyl Y Carter*

Name and Address where notices should be sent
*Staeyl Y. Carter*
*92 Woolley Lane #C*
*Kayton Ohio 45415*

Telephone Number *(937) 742-7054 - 3028072*
*(937) 841*

JUN 19 2009

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor *9353*

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred**
*unknown*

**3. If court judgment, date obtained**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

*unknown at this time*

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
*Amounts are subject to adjustment on 4-1-07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____
(Unsecured)    (Secured)    (Priority)    (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6 **Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7 **Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

8 **Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THE GARDEN CITY GROUP, INC.
JUL 10 2009
FILED / 00552
GENERAL MOTORS CORPORATION
09-50026 (REG)
SONY

| Date *June 16, 2009* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) *Staeyl Y. Carter*  *Staeyl Y. Carter* |
|---|---|

Penalty for presenting fraudulent claim Fine up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571

00001784

APS0534536640

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

**Name of Debtor** (Check Only One)  
☒ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No. 09-50026 (REG)  
☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)  
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)  
☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) — 09-13558 (REG)

Case No *09-50026(Reg)*

**Your Claim is Scheduled As Follows.**

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

**Name of Creditor** (the person or other entity to whom the debtor owes money or property)  SHARYL Y CARTER

**Name and address where notices should be sent**

SHARYL Y CARTER  
1541 LASALLE AVE #1  
NIAGRA FALLS NY 14301-1227

☐ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number** *09-50026*  
*(If known)*

Filed on _____

**Telephone number** *(937) 302-8072 & (716) 282-3624*  
**Email Address**

[STAMP: THE GARDEN CITY GROUP, INC. OCT 9 2009]

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

**Name and address where payment should be sent** (if different from above)

FILED - 07020  
MOTORS LIQUIDATION COMPANY  
F/K/A GENERAL MOTORS CORP  
SDNY # 09-50026 (REG)

**Telephone number**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

**1 Amount of Claim as of Date Case Filed, June 1, 2009**   $ *Unknown*

If all or part of your claim is secured, complete item 4 below, If all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2 Basis for Claim** *Unknown*  
(See instruction #2 on reverse side )

**3. Last four digits of any number by which creditor identifies debtor** *9353*

**3a Debtor may have scheduled account as** _____  
(See instruction #3a on reverse side )

**4. Secured Claim** (See instruction #4 on reverse side )  
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

**Nature of property or right of setoff** ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other  
**Describe**

**Value of Property** $_____  **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any** $_____

**Basis for perfection** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured** $_____

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7 Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment *Debtors/Courts have documents*

**5 Amount of Claim Entitled to Priority under 11 U S C § 507(a)** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☒ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

**Amount entitled to priority**

$ *Unknown*

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date** *9/6/09*  
**Signature** The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

*Sharyl Y. Carter*

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

Modified B10 (GCG) (12/08)




| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor (Check Only One)
☒ Motors Liquidation Company (f/k/a General Motors Corporation)  Case No. 09-50026 (REG)
☐ MLCS LLC (f/k/a Saturn LLC)                                    09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  09-50028 (REG)
☐ MLC of Harlem Inc (f/k/a Chevrolet-Saturn of Harlem Inc)       09-13558 (REG)

Case No  *D9-50026(REG)*

Your Claim is Scheduled As Follows.

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C § 503.

Name of Creditor (or other entity to whom the debtor owes money or property)   SHARYL Y CARTER

Name and address where notices should be sent

SHARYL Y CARTER
1511 LASALI E AVE #1
NIAGRA FALLS NY 14301 1227

Telephone number *(9TD) 302-3672 * (FAX) 282-3124*
Email Address

Name and address where payment should be sent (if different from above)

**FILED - 09072**
**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**
Telephone number

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number *09-XXXX* (If known)

Filed on _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

(THE GARDEN CITY GROUP INC — OCT 13 2009 stamp)

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions you need not file again

1  Amount of Claim as of Date Case Filed, June 1, 2009   $ *UNKNOWN*
If all or part of your claim is secured complete item 4 below however if all of your claim is unsecured do not complete item 4 If all or part of your claim is entitled to priority complete item 5 If all or part of your claim is asserted pursuant to 11 U.S.C § 503(b)(9) complete item 5
☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2  Basis for Claim  *UNKNOWN*
(See instruction #2 on reverse side)

3  Last four digits of any number by which creditor identifies debtor  *9355*
    3a Debtor may have scheduled account as _____
       (See instruction #3a on reverse side)

4  Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe

Value of Property  $_____   Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____

Basis for perfection _____

Amount of Secured Claim  $_____   Amount Unsecured  $_____

5  Amount of Claim Entitled to Priority under 11 U.S.C § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U.S.C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U.S.C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease or rental of property or services for personal, family, or household use – 11 U.S.C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U.S.C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C § 503(b)(9) (§ 507(a)(2))

☒ Other – Specify applicable paragraph of 11 U.S.C § 507(a)(__)

Amount entitled to priority

$ *UNKNOWN*

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6  Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7  Documents  Attach redacted copies of any documents that support the claim such as promissory notes purchase orders invoices itemized statements of running accounts contracts judgments mortgages and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain in an attachment  *Debtors/Courts have documents*

Date *10/9/09*

Signature  The person filing this claim must sign it Sign and print name and title if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney if any  *Sharyl Y Carter*

FOR COURT USE ONLY

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C §§ 152 and 3571
Modified B10 (GCG) (12/08)

00001784
APS0534536640




| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor (Check Only One)**
☒ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS LLC (f/k/a Saturn LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem Inc. (f/k/a Chevrolet-Saturn of Harlem Inc.)

**Case No.**
09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

Your Claim is Scheduled As Follows

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property)  SHARYL Y CARTER

**Name and address where notices should be sent**
SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS NY 14301-1227

Telephone number: (917) 302-8272 & (716) 282-3124
Email Address

**Name and address where payment should be sent** (if different from above)

FILED - 14901
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 5A-50026 (REG)
(If known)

Filed on:

It an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions you need not file again.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1 Amount of Claim as of Date Case Filed, June 1, 2009** $ UNKNOWN
If all or part of your claim is secured complete item 4 below however if all of your claim is unsecured do not complete item 4. If all or part of your claim is entitled to priority complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9) complete item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2 Basis for Claim** Unknown
(See instruction #2 on reverse side.)

**3 Last four digits of any number by which creditor identifies debtor** 5555

**3a Debtor may have scheduled account as** _____
(See instruction #3a on reverse side.)

**4 Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
Describe:

Value of Property $_____  Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____

Basis for perfection _____

Amount of Secured Claim $_____  Amount Unsecured $_____

**5 Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).**
If any portion of your claim falls in one of the following categories check the box and state the amount.

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507 (a)(2))
☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__)
Amount entitled to priority

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7 Documents** Attach redacted copies of any documents that support the claim such as promissory notes purchase orders invoices itemized statements of running accounts contracts judgments mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available please explain in an attachment: Debtors/Courts have documents

*FOR COURT USE ONLY*

**Date:** 10/6/09

**Signature** The person filing this claim must sign it. Sign and print name and title if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney if any.

Sharyl Y Carter

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*
Modified B10 (GCG) (12/08)

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

Name of Debtor

*Motors Corporation (x)-50026(REG)*

Case Number

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):

*Sheryl L Carter*

Name and address where notices should be sent:

*Sheryl L Carter*
*92 Woodley Lane #C*
*Dayton Ohio 45415*
*(937)741-7059 - 3668072*

Telephone Number

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THE GARDEN CITY GROUP, INC
NOV 3 2009

FILED - 19246
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor *9353*

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated

**1 Basis for Claim**
☐ Goods Sold  Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

**2. Date debt was incurred**
*Individual*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10,000*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U.S.C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C § 507(a)(5)

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal, family or household use - 11 U.S.C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(____)

*Amounts are subject to adjustment on 4/1/* *and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5. Total Amount of Claim at Time Case Filed** $_____

| (Unsecured) | (Secured) | (Priority) | (Total) |
|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

6 Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7 Supporting Documents *Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien* DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are volum nous attach a summary

8 Date-Stamped Copy To receive an acknowledgement of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date
*Nov 6, 2009*

Sign and print the name and title if any of the creditor or other person authorized to file this claim attach copy of power of attorney if any
*Sheryl L Carter   Sheryl L Carter*

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C §§ 152 and 3571



| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor (Check Only One)
- [X] Motors Liquidation Company (f/k/a General Motors Corporation)    Case No. [X] 09-50026 (REG)
- [ ] MLCS, LLC (f/k/a Saturn, LLC)    09-50027 (REG)
- [ ] MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)    09-50028 (REG)
- [ ] MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)    13555 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THE GARDEN CITY GROUP, INC.
NOV 3 2009

Name of Creditor (the person or other entity to whom the debtor owes money or property):
[ILLEGIBLE]

Name and address where notices should be sent:
BAKER [ILLEGIBLE]
[ILLEGIBLE]
Phoenix [ILLEGIBLE]

- [ ] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: [ILLEGIBLE]
(If known)

Filed on:

Telephone number: [ILLEGIBLE]
Email Address: [ILLEGIBLE]

Name and address where payment should be sent (if different from above):

FILED - 19247
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number:

- [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

If an amount is identified above as your scheduled claim, it has been so scheduled by the Debtor as shown. This scheduled amount of your claim may be an unliquidated, a contingent, and/or a disputed amount. If your claim is scheduled by the Debtor and not listed as disputed, contingent, or unliquidated, the proof of claim form EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file this claim.

**1. Amount of Claim as of Date Case Filed, June 1, 2009** $ [ILLEGIBLE]

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5.

- [X] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim** [ILLEGIBLE]
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** [ILLEGIBLE]

3a. Debtor may have scheduled account as:
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: [ ] Real Estate  [ ] Motor Vehicle  [ ] Equipment  [X] Other
Describe:

Value of Property $ _____   Annual Interest Rate ____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any $ _____

Basis for perfection: _____

Amount of Secured Claim $ _____   Amount Unsecured $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
- [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- [ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- [ ] Value of goods received by the Debtor within 20 days before the date of commencement of the case — 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
- [X] Other — Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority: [ILLEGIBLE]

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment: [ILLEGIBLE] have documents

**FOR COURT USE ONLY**

Date: [ILLEGIBLE]

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)

**EXHIBIT "B"**

January 4, 2009

The Garden City Group Inc
Motors Liquidation Company Agent
P.O. Box 9386
Dublin, Ohio 43017

I, Stacey H. Carter reside
at 1541 LaSalle Street #1, Niagara Falls,
New York, 14301, my numbers are
(716) 282-3624, (937) 302-8072
Enclosed are copies, documents
that is stating my claims may
be duplicates involved (Re) two different
courts, United States Bankruptcy courts
for my claims against the Debtors
and their affiliates, There are (Re)
two different Judges, Case no 09-50026
(REG) Case no 05-44481 (RDD) Jointly
Administered, I mailed copies to
Delphi Corporation Attorney-Kurtzman
Carsultants, and courts, and General
Motors Company Attorney Weil Gotshal &
Manges LLP and The Garden City
Group and courts.
I am respectfully requested that
all my claims be allowed and granted
avoid to be placed in the proper courts
that the Debtors filed bankruptcy in first

Sincerely
Stacey H. Carter

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
*General Motors Corporation*    Case Number 09-50026 (REG)

| | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
*Sharyl Y. Carter*

**Name and Address where notices should be sent:**
*Sharyl Y. Carter*
*92 Woolery Lane E*
*Dayton, Ohio 45415*

**Telephone Number** *(937) 742-7051 - 308-8072* *(937) Cell*

- Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- Check box if you have never received any notices from the bankruptcy court in this case
- Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: **9353**

This Space For Court Use Only

Check here □ replaces
if this claim □ amends    a previously filed claim dated: _____

**1. Basis for Claim**
- □ Goods Sold / Services Performed
- □ Customer Claim
- □ Taxes
- □ Money Loaned
- □ Personal Injury
- □ Other

- □ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- □ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:**
*Unknown*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____
- □ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
- □ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- □ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- □ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- □ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
- □ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
  - □ Real Estate □ Motor Vehicle □ Other
  Value of Collateral $ _____
  Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- □ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- □ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- □ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____

| | (Unsecured) | (Secured) | (Priority) | (Total) |

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date
*June 16, 2009*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*X Sharyl Y. Carter    Sharyl Y. Carter*

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**United States Bankruptcy Court** ____ **Southern** ____ **District Of** ____ **New York**

| | PROOF OF CLAIM |
|---|---|
| Name of Debtor | This Space For Court Use Only |

Name of Debtor: *General Motors Corporation*

Case Number: *09-50026 (REG)*

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property) *Staryl L. Carter*

Name and Address where notices should be sent.

*Staryl L. Carter*
*92 Woolery Lane #C*
*Dayton Ohio 45415*

Telephone Number *(937) 742-7051 - 302-8072*    *(937) (4)*

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case

□ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: *9353*

Check here □ replaces
if this claim □ amends    a previously filed claim dated: _____

This Space For Court Use Only

**1. Basis for Claim**
- □ Goods Sold / Services Performed
- □ Customer Claim
- □ Taxes
- □ Money Loaned
- □ Personal Injury
- □ Other

- □ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- □ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)    (date)

**2. Date debt was incurred:**
*UNKNOWN*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____

□ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

□ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- □ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- □ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- □ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**

□ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- □ Real Estate  □ Motor Vehicle  □ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- □ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- □ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- □ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4 1 07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____

| (Unsecured) | (Secured) | (Priority) | (Total) |

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim attach copy of power of attorney, if any) |
|---|---|
| *June 16, 2009* | *Staryl L. Carter*    *Staryl L. Carter* |

Penalty for presenting fraudulent claim Fine up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C §§ 152 and 3571

| United States Bankruptcy Court   Southern   District Of   New York | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>*General Motors Corporation* | Case Number<br>*09-50026 (REG)* | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
*Sharyl Y. Carter*

Name and Address where notices should be sent.
*Sharyl Y. Carter*
*92 Woolery Lane #C*
*Dayton Ohio 45415*

Telephone Number *(937) 742-7059 - 342-8072*   *(937) cell*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor: *9353*

Check here if this claim ☐ replaces ☐ amends   a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)                     (date)

**2. Date debt was incurred:**
*Unknown*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____   ←
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

*Unknown at this time*

Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:  $ _____**

| (Unsecured) | (Secured) | (Priority) | (Total) |
|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date<br>*June 16, 2009* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Sharyl Y. Carter   Sharyl Y. Carter* |
|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court

Southern District of New York

Delphi Corporation et al. Claims Processing

c o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue

El Segundo, California 90245

## Administrative Expense Claim Form

**Debtor against which claim is asserted:** Delphi Corporation, et al. 05-44481 *Delphi Corporation*

**Case Name and Number**
In re Delphi Corporation., et al. 05-44481
Chapter 11, Jointly Administered

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of a claim. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

*Sharyt Yvette Carter*

**Name and Address Where Notices Should be Sent**
*92 Woolery Lane #C*
*Dayton Ohio -45415*          *cell*

**Telephone No.**
*Home (937) 742-7854 + (937) 3528872*

- Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- Check box if you have never received any notices from the bankruptcy court in this case.
- Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** *9353*

Check here if this claim ... replaces
amends a previously filed claim, dated: _____

## 1. BASIS FOR CLAIM

- Goods sold
- Services performed
- Money loaned
- Personal injury/wrongful death
- Taxes
- Other (Describe briefly) *Pain & Suffering*
*Workers Compensation*
*Employment Litigation / Hostile Work Environment*

Retiree benefits as defined in 11 U.S.C. § 1114(a)
Wages, salaries, and commissions (Fill out below):
Your social security number *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*
Unpaid compensation for services performed
from _____ to _____
(date)          (date)

## 2. DATE DEBT WAS INCURRED

## 3. IF COURT JUDGMENT, DATE OBTAINED:

## 4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ *50 Million Dollars & interest*

Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

## 5. Brief Description of Claim (attach any additional information): *Delph Attorneys + courts has all information and documents listed above in Number one (1) section. Documents + Information hereby.*

## 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

## 7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

## 8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**Date**
*June 29, 2009*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Sharyt Yvette Carter*
*Sharyt Yvette Carter*

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Automotive System (DAS LLC) | Case Number D5-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property) Sharyl Yvette Carter

**Name and Address where notices should be sent:**
Sharyl Yvette Carter
92 Woodbury Lane #C
Dayton, Ohio 45415
Telephone Number: (937) 742-7054   cell (937) 302-8072

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**This Space For Court Use Only**

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

**1. Basis for Claim**
- ☐ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☒ Personal Injury
- ☒ Other Employment Litigation + Hostile Work Environmental

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: 7353
Unpaid compensation for services performed
from _____ to _____
(date)            (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 50 Million dollars + interest
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ 50 million dollars + interest
Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000,000.00

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 50,000,000.00    $ 50,000,000.00    50,000,000.00    $50,000,000.00+interest
(Unsecured)    (Secured)    (Priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

**This Space For Court Use Only**

Date: 4/28/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Sharyl Yvette Carter    Sharyl Y. Carter

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| **United States Bankruptcy Court**    **Southern**   District Of   **New York** | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor<br>Delphi Automotive System (DAS LLC) | Case Number D5-24481<br>02 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property) Sharyl Yvette Carter | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | This Space For Court Use Only |
|---|---|---|
| Name and Address where notices should be sent:<br>Sharyl Yvette Carter<br>92 Woodsey Lane #C<br>Dayton, Ohio 45415<br>Telephone Number: (937) 742-7054 Cell (937) 302-8072 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim dated: _____ |
|---|---|

**1. Basis for Claim**
- ☐ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☒ Personal Injury
- ☒ Other Employment Litigation + Hostile Work Environmental

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☒ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS #: 7363
- Unpaid compensation for services performed<br>from _____ (date) to _____ (date)

| **2. Date debt was incurred:** | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 50 Million dollars + interest

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ 50 million Dollars + interest

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000,000.00

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 50,000,000.00   $50,000,000.00   50,000,000   $50,000,000.00 + interest

| (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>4/28/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Sharyl Yvette Carter    Sharyl Y. Carter |
|---|---|

*Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

APS073029845    00002338

SHARYL Y CARTER
1541 LASALLE AVE, #1
NIAGRA FALLS NY 14301

P.O. BOX 9500
Dublin, OH 43017-4286

**IMPORTANT COURT PAPERS ENCLOSED**
Return Service Requested

HEARING DATE AND TIME: January 14, 2010 at 9:30 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :    09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
-----------------------------------------------------------x
```

## NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

PLEASE TAKE NOTICE that on December 8, 2009, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their third omnibus non-substantive objection to claims (the "**Debtors' Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the Debtors' Third Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on

US_ACTIVE:\43244826\02\43244826_2.DOC\72240.0639

attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New

York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Amy Caton, Esq., Adam C. Rogoff,

Esq., and Gregory G. Plotko, Esq.); (xii) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Diana

G. Adams, Esq.); and (xiii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third

Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Matthew L. Schwartz, Esq.),

so as to be received no later than **January 7, 2010 at 4:00 p.m. (Eastern Time)** (the "**Response**

**Deadline**").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and

served with respect to the Debtors' Third Omnibus Objection to Claims or any claim set forth

thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Debtors' Third Omnibus

Objection to Claims, which order may be entered with no further notice or opportunity to be

heard offered to any party.

Dated: New York, New York
December 8, 2009

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the **"Debtors"**), file this third omnibus non-substantive objection to claims (the **"Debtors' Third Omnibus Objection to Claims"**) pursuant to section 502(b) of title 11 of the United States Code (the **"Bankruptcy Code"**), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the **"Procedures Order"**) [Docket No. 4180], seeking entry of an order disallowing and expunging the claims listed on **Exhibit A** attached hereto,[1] and respectfully represent:

## Relief Requested

1.       The Debtors have examined the proofs of claim identified on Exhibit A, and have determined that the proofs of claim listed under the heading *"Claims to be Disallowed and Expunged"* (collectively, the **"Duplicate Claims"**) are duplicates of the earlier-filed corresponding claims identified under the heading *"Surviving Claims"* (collectively, the **"Surviving Claims"**). Pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Procedures Order, the Debtors seek entry of an order disallowing and expunging from the claims register the Duplicate Claims and preserving the Debtors' right to later object to any Surviving Claim on any other basis.

---

[1]        Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy estates on the Debtors' claims register on the website maintained by the Debtors' claims agent, www.motorsliquidation.com. A link to the claims register is located under the "Claims Information" tab. Creditors without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

units, as defined in section 101(27) of the Bankruptcy Code for which the Court established June 1, 2010 as the deadline to file a proof of claim).

6.     Furthermore, on October 6, 2009, this Court entered the Procedures Order, which authorizes the First Filed Debtors, among other things, to file omnibus objections to no more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Relief Requested Should Be Approved by the Court

7.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The Debtors have compared their books and records with the proofs of claim identified on Exhibit A and have determined that the Duplicate Claims are filed by the same claimants against the same Debtors, for the same dollar amounts, and on account of the same obligations as the corresponding Surviving Claims. The Surviving Claims are the earlier filed claims as compared to the Duplicate Claims.

9.     To avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Duplicate Claims. The Surviving Claims will remain on the claims register subject to further objections on any basis.

HEARING DATE AND TIME: January 14, 2010 at 9:30 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :        09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                   :
               Debtors.                        :        (Jointly Administered)
                                                   :
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Claims)

Upon the third omnibus objection to claims, dated December 8, 2009 (the

"**Debtors' Third Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a

General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "**Procedures Order**") (Docket No. 4180], seeking

entry of an order disallowing and expunging the Duplicate Claims on the grounds that such

claims are duplicative of the corresponding Surviving Claim, all as more fully described in the

Debtors' Third Omnibus Objection to Claims; and due and proper notice of the Debtors' Third

Omnibus Objection to Claims having been provided, and it appearing that no other or further

notice need be provided; and the Court having found and determined that the relief sought in the

Debtors' Third Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' Third Omnibus Objection to Claims.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       ————————, 2010

                                   ————————————————————
                                   United States Bankruptcy Judge

Third Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SANDRA AHAUS IRA<br><br>SANDRA AHAUS 10548 PENN AVE SO BLOOMINGTON, MN 55431<br><br>Official Claim Date: 10/2/2009 | 3038 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,880.00 (P)<br>$0.00 (U)<br>$22,880.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SCHOENL KEVIN M<br><br>SCHOENL, KEVIN M 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY 14614<br><br>Official Claim Date: 10/9/2009 | 7554 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SHARYL Y CARTER<br><br>1541 LASALLE AVE, #1 NIAGRA FALLS, NY 14301<br><br>Official Claim Date: 6/19/2009 | 552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-4 |
| SHIPMAN & GOODWIN LLP<br><br>ATTN JULIE A MANNING ONE CONSTITUTION PLAZA HARTFORD, CT 06103<br><br>Official Claim Date: 8/21/2009 | 1207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,906.18 (U)<br>$13,906.18 (T) | Duplicate Claim | Pgs. 1-4 |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| SANDRA AHAUS IRA<br><br>SANDRA AHAUS 10548 PENN AVE SO BLOOMINGTON, MN 55431<br><br>Official Claim Date: 10/2/2009 | 3033 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,880.00 (P)<br>$0.00 (U)<br>$22,880.00 (T) |
| SCHOENL, KEVIN M<br><br>SCHOENL, CONNIE CELLINO & BARNES PC 16 WEST MAIN STREET 6TH FLOOR ROCHESTER, NY 14614<br><br>Official Claim Date: 10/9/2009 | 7553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) |
| SHARYL Y CARTER<br><br>1541 LASALLE AVE, #1 NIAGRA FALLS, NY 14301<br><br>Official Claim Date: 6/19/2009 | 136 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| SHIPMAN & GOODWIN LLP<br><br>JULIE A MANNING ONE CONSTITUTION PLAZA HARTFORD, CT 06103<br><br>Official Claim Date: 8/18/2009 | 1217 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,906.18 (U)<br>$13,906.18 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Pages 1 of

January 4, 2009

Response/Reply To The Debtors Third Omnibus Objection Claims (Duplicate Claims) The Response Reads,

United States Bankruptcy Court Southern District of New York

IN Re

Motors Liquidation Company Et Al f/k/a General Motors Corp., Et Al. Debtors.

Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

I Sheryl Yvette Carter reside at 1541 LaSalle Ave #1, Niagara Falls, New York, 14301. My phone numbers are (716) 282-3624 and (937) 302-8072.

I am Responding, Replying to the Debtors Third Omnibus objection claims duplicate claims that I have against the Debtors in the United States Bankruptcy Court Southern District of New York IN Re Motors Liquidation Company (General Motors) Debtors Chapter 11 Case No 09-50026 jointly administered. I object and disagree to the Debtors objection against my Claims, cases I have against the Debtors. I am Responding by the deadline of January 7, 2009

Sharyl Y. Carter Pg 2.
Response/reply.

In a timely manner. Also I Sharyl Y. Carter object to
other claims by the Debtors and their affiliates.
I ask of this court to allow all my claims
against the Debtors (Gm Cop) and Proof of Claims
listed in Exhibit A, and any other exhibits not listed.
Enclosed are a copy of documents, and responses,
Reply from me to my other claims against the Debtor
Delphi Corporation and its affiliates debtors. This may
be may not be the same claims against Gm Cop
in the above cases, and number. The documents
the debtors Delphi Corporation and General Motors
Company, are claiming that these claims, case may
be Duplicate Claims. If this is true then I ask
the Courts to Allow the claims and place my
Claims Sharyl Y. Carter claims together as one
or separate claims but in one court, not several
Courts, Judges. I should never been allowed, and
able to do this on my own when there are
massive amounts of documents, several claims
massive Attorneys from both the Debtors, Delphi
Cop, and Gm Company. They both companies
should have caugh this mistake from the
beginning of the Debtors filing Bankruptcy

Sharyl Y. Carter   Pg 3 of
Responses / Reply

in both, several courts. I have answers all document
claims by the deadline responses and reply on
time with mailing them certify mail to the
courts, and attorneys of the Debtors for, and
since the beginning of both Debtors filing Bankrupt
I would include that, as pain and suffering to
all my claims.

Relief Requested 1. My claim Sharyl Y. Carter
should not be disallowed and expunged as I
explain above and below.

2. I object and dis agree to the Debtors
objection to my claims.

Jurisdiction 3. I as the courts to consider
this matter of all my claims and allow my
claim to the courts, if not this court then
to my other claim against the Debtors to be granted

Background 4. As the Debtors stated on June 1,
2009 four of the Debtors (the filed Debtors)
commenced with this court voluntary cases
under chapter 11 of the Bankruptcy Code and
on October 9, 2009, two additional Debtors
(the Realm) (encore Debtors) commenced with this

Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administed with those of the first filed Debtors under case number 09-50026(REG). As explain by me above all my claims are against the Debtors. My questions is are my claims voluntary and jointly administered separately between two different courts, and judges, which the Debtors are claiming are Duplicate claims, United States Bankruptcy Court Southern District of New York under Judge Robert E. Gerber case no 09-50026 (REG) General Motors Company, and United States Bankruptcy Court's Southern District of New York under Honorable Robert D. Drain-Room 632 case Nu. 05-44481 against Debtors Delphi Corp and its affiliates. I ask of these two Judges/Courts to Allow my claims to be organized, and place in the proper order and court.

5. The Court entered an order Docket no 4079 establishing November 30, 2009 as the deadline for each or entity to file a proof of claim in the first filed Debtors cases. I have filed my proof of claim forms already, copies are

Sharryl Y. Cooke Pg 3 of
Response/Reply

Enclosed with documents. On December 2, 2009 this
Court entered an order (Docket No 4586) estab-
lishing February 1, 2010 as the deadline for
each person, entity to file a proof of claim
in the Real \ Encore Debtors cases. of the Bankrupt
Code for which the courts established June 1, 2010
as the deadline to file proof of claim as stated
in documents. I object and disagree with the Debtor
plans and their objection to all my claims.

6. As stated on October 6, 2009 the Courts entered
the Procedures order, which authorizes the first filed
Debtors, among other things to file omnibus objections
to no more than 100 claims at a time, under
various grounds. As stated above I respectfully
request that the courts allow all my claims
against the Debtors and affiliates. in both courts.
The Debtors file omnibus objections on my claims
and documents stated they could or are duplicate
claims. I ask the courts United States Bankruptcy
Courts to have all my cases and claims place
together as soon as possible so that I do
not have to continue to repeatly file proof
of claims, mail out massive copies to the Debtors

Attorneys if they are duplicate claims. This mistake is not my fault, I only Responded, and reply to the courts and the Debtors attorney what was mailed to me. I should not be held accountable for their the Debtors mistakes.

## The Relief Requested Should Be Approved by the Court

7. A filed proof of claim is deemed allowed, unless a party in interest objects. If an objection refuting at least one of the claims essential allegation is asserted the claimant has the burden to demonstrate the validity of the claim. As for this statement, I have prove all my claims against the Debtors and affiliated debtors in the beginning when I first put together all my claims, and case with my attorneys at that time, George Katchner and Geoffrey Damon Nong with EEOC, NAACP and the Debtors Attorneys Lori Clary then other were added and massive later added. See all documents, evidence, and notes, and book, records, and enclosed response, reply

3. The Debtors have compared the books, records with proof of claims identified in Exhibit A and the Debtors have determined that the Duplicate

Sharyl Y Carter   7 of 8
Response/reply

claims are filed by the same claimants against
the same Debtors. Then why was I mailed the
documents by (2x) two different, separate companie
firm company and Delphi Corpreation and its affilinte
to fill out and response, reply by deadlines to differe
Courts, and Judges and massive Attorneys fee the Debt
This is not my Sharyl Y Carter fault, I should not b
blame for Someone else mistakes. from this point on
I ask the Courts respectfully to place all my claims
togethee if they are duplicates to one court.

9. To Avoid the possibility of multiple Recoveries
by the same debtors, I ask the courts to Allow
all my claims and place them where they belong,
so that duplicated claims can not continue to
be a problem.

10. Notice I Sharyl Y. Carter have been notice
of the Motion, asserting A Duplicate Claim and I
ask the courts to decide if my claims are
duplicate to each other. Establishing Notice and
Case management Procedures dated August 3, 2009
Docket No 3629), The Debtors submit that
such notice is sufficient and No other or
further Notice need be Provided. I dismiss

If all notices are sufficient then why are my claim stating to be Duplicate claims to each other. Also if notice need to be mailed to me I should received them regarding my claims, cases against the Debtors.

11. I believe that prenous request for the relie Sought here in has been made by the Debtor to other courts as well as this court. I ask the courts why are my claims, cases duplicated in different courts and judges, and docket numbers I Sharyl 2J. Carter ask and respectfully reque the courts to allow, and grant all my claims again he Debtors and their affiliate.

Sincerely

Sharyl 2J. Carter

January 4, 2009 Pg 1 of 3

Response/Reply, To the Debtors Third Omnibus
Objection Claims (Duplicate Claims) The Response Rea

United States Bankruptcy Court
Southern District of New York
    In Re
Motors Liquidation Company et al                    Chapter 11 case no
        F/K/A General Motors Corp, et al              09-50026 (REG)
                Debtors                                (Jointly Administered

ORDER Granting Debtors Third Objection To Claims
(Duplicate Claims) Upon the third omnibus objection
to claims dated December 8, 2009 the Debtors
Third Omnibus objection. Claims of Motor, Liquidation
Company and its affiliate debtors. The Debtors,
The Bankruptcy Code, The Bankruptcy Rules, the
Procedures order (Docket 4 RD) seeking entry of an
order disallowing and expunging, the
duplicate claims, stating the Debtors, I disagree
and object to the above Rules, orders, etc by the
Debtors. All my claims should be allowed by
the courts. I would like to know who made

Sharyl J. Carter A 2 of
2 Hardcopy

the mistake, and separated my claims to different courts, and judges. to make my, Sharyl J. Carter Claims duplicated claim. It seems as though I am being held accountable and blame for the duplicate claims. After all this time, energy, Stress, money I did not have, massive copying mailing certify mail it has cost, and taken from me with all my medical problems, Conditions. With both court Kjudges, and attorneys to answer, response Reply to by deadline which was very close to each other with different addresses, courts, judges, and Attorney I had to mail to. I Sharyl J. Carter respectfully ask, and request that the courts allow the Debtors And their affiliates to continue to mail, and send me notice regarding all my claims on time. I also would like the Debtors and their affiliates to mail me all Copies of everything concerning me and my Claims, during and after these claims, cases Be Completed, Closed.

I ask again for the courts to Allow all y claims, and cases against the Debtors

Sharyl Carter
Response/Reply    3 of 3

and their affiliates, also for my Sharyl L. Carter claims, cases to be placed into (1) one court United States Bankruptcy Court Southern District of New York before Honorable Robert D. Drain where these claims, cases first started from. Allow my claims, As and do not disallow and expunged their as listed, and stated with the Debtors as they request. Allow all my claims, case, I ask of the courts.

I do not know if my claims, cases are under the Summary Claims, just like I did not know my claims, cases were duplicate claims.

Also I do not know if this court or other courts shall retain jurisdiction to hear and determine all matters arising from or related to this order. What about my other claims, cases and order that were Allowed by the courts. I ask the courts to come together and make the decision rather then the Debtors and their affiliates. I believe that which ever courts that the procedures claims, cases started in should make the final decisions and Allow, grant my claims against the Debtors on my behalf.

Sincerely
Sharyl L. Carter



FedEx Express

The Wor

Envelop

STANDARD OVERNIGHT

TRK# 4330 9470 1517

Form
8201

14301 —NY–US

XX DKK/

BUF

356 6 D



UNITED STATES US

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

Ref: DELPHI JJP MBRP#IB 22200–2
Dept: Delphi Corporation

(316)
F

BILL SENT

Deliver
Ba

Align bottom of Peel and Stick Airbill or Pou

June 16, 2009

Clerk of United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

JUN.19 2009

Re: Vito Denna

I Sheryl Y. Carter, I reside at
92 Woolery Lane #C, Dayton Ohio 45415
my phone numbers are, home (937) 742-7654
Cell (937) 302-8072.
I received an letter on June 11, 2009
from The Garden City Group, Inc-Gm
Claims Agent-P.O. Box 9386-Dublin Ohio
43017-4286, stating a return service
Requested. A message to UAW Gm Retires.
I am filing my objection against
all of General Motors (Company) Plans
also filing of Bankruptcy.
I will need more information stating
my claim and number, an a copy of a
form Proof of Claim. I was inform by
Gm attorneys by phone call, I do not
have a claim, an they Gm randomly mail
information to all employees, who worked for
Gm (Company). Again I need more information.
Thank You

Sincerely,
Y.M Sheryl Y Carter

June 16, 2009

The Garden City Group, Inc
Gm Claims Agent
P.O. Box 9386
Dublin, Ohio 43017-4286

To Whom It May Concern:

I Sheryl Y. Carter, I resides at
92 Woolery Lane #C, Dayton Ohio 45415
my phone numbers are, home (937) 742-7054
cell (937) 302-8042.

I Received an letter on June 11, 2009
from The Garden City Group, Inc - Gm
Claims Agent - P.O. Box 9386 - Dublin Ohio
43017-4286, stating a return service
requested. A message to UAW Gm Retirees.

I am filing my objection against
all of General Motors (Company) Plans
also filing of Bankruptcy.

I will need more Information stating
my claim and number, an a copy of a
form Proof of Claim. I was inform by
Gm attorneys by phone call, I do not
have a claim, an they Gm randomly mail
information to all employees, who worked for
Gm (Company) Again I need more information.

Thank you

Sincerely,
Ms. Sheryl Y. Carter

Oct 6, 2009

United States Bankruptcy Court, SDNY
One Bowling Green - Room 534
New York, New York 10004

Dear: United States Bankruptcy Court SDNY.

Enclosed is a copy of the forms
that was mailed to me. Sheryl J. Carter
1541 LaSalle Ave #1, Niagara Falls, New York
14301 My numbers are (937) 342-8072, (716)
282-2624. Also my Proof of Claim form I
filled out to the best of my ability. I
am unaware of the amount, plus Interest
and pain and suffering if allowed. The form
also stated, to all persons and entities
with claims (including claims under section
503 (B)(9) of the Bankruptcy Code) against
a debtor set forth below. This claim is
against Motors Liquidation Company f/k/a
General Motors Corporation. The documents
are with General Motors Corporation. I
would like all documents mailed to me of
this case/claim.
Thank You
                    Sincerely
                    Sheryl J Carter

Oct 6, 2009

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Dear: Weil, Gotshal & Manges LLP

Enclosed is a copy of the forms that was mailed to me. Sharyl J. Carter 1541 Lasalle Ave #1, Niagara Falls, New York 14301 my numbers are (437) 312-8072, (716) 282-3624. Also my Proof of Claim form, I filled out to the best of my ability. I am unaware of the amount, plus interest and pain and suffering, if allowed. The form also stated, to all persons and entities with claims (including claims under section 1503 (b)(1) of the Bankruptcy Act) against a debtor set forth below. This claim is against Motors Liquidation Company f/k/a General Motors Corporation. The documents are with General Motors Corporation. I would like all documents mailed to me at this claim.

Thank you.

Sincerely Sharyl J. Carter

October 6, 2009

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Dear Motors Liquidation Company Claims Processing
The Garden City Group Inc.

Enclosed is a copy of the forms
that was mailed to me. Sharyl J. Carter
1541 LaSalle Ave #1, Niagara Falls, New York
14301. My numbers are (937) 332-8072 & (716)
282-3624. Also my Proof of Claim form I
filled out to the best of my ability. I
am unaware of the amount, plus interest
and pain and suffering, if allowed. The form
also stated, to all persons and entities
with claims (including claims under section
503 (B)(9) of the Bankruptcy Code) against
a debtor set forth below. This claim is
against Motors Liquidation Company f/k/a
General Motors Corporation. The documents
are with General Motors Corporation. I
would like all documents mailed to me of
this case/claim.
Thank You
Sincerely
Sharyl J Carter

Oct 6, 2009

The Garden City Group Inc
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Dear Garden City Group Inc

Enclosed is a copy of the forms that was mailed to me. Sharyl Y. Carter 1541 Lasalle Ave #1, Niagara Falls, New York 14301 my numbers are (437)342-3072 (716) 282-2624 Also my Proof of Claim form I filled out to the best of my ability. I am unaware of the amount, plus interest and pain and suffering, if allowed. The form also stated to all persons and entities with claims (including claims under section 503 (B)(9) of the Bankruptcy code) against a debtor set forth below. This claim is against Motors Liquidation Company f/k/a General Motors Corporation. The documents are with General Motors Corporation. I would like all documents mailed to me of this case/claim.
Thank you

Sincerely
Sharyl Y. Carter

October 29, 2009

The Garden City Group, Inc
Attn: Motors Liquidation Company
PO Box 9386
Dublin, Ohio 43017-4286

I Sheryl A. Carter reside at
1541 LaSalle Ave #1, Niagara Falls, New York
14301. My numbers are (937) 308-8072 & (716)
282-2674

I received documents from The Garden
City Group, Inc - Attn: Motors Liquidation
Company - P.O. Box 9386, Dublin, Ohio
43017-4286 on Chapter 11 Case No. 09-5026
(REG). A copy of one enclosed.

I am Objecting - disagree with All
Plans. I continue so hard to file these
objections over and over. No one can
tell me any information. I filed out Proof
of Claims (and sent certified mail with
Green card) Signature, return. Can someone
please, United States Bankruptcy Court
give me more details

Sincerely
Sheryl A. Carter

The Garden City Group, Inc
Attn  Motors Liquidation Company
P O  Box 9386
Dublin, Ohio 43017-4286

**Return Service Requested**

Presort
First Class
U.S Post
PAID
Philadelphi
Permit No.



APS0722471327

SHARYL Y CARTER
1541 LA SALLE AVE 1
NIAGARA FALLS, NV 14301

February 1, 2010

Weil, Gotshal & Manges LLP
Attn: ERIN ECKOLS
200 Crescent Court Suite #300
Dallas, Texas 75201

Dear Erin Eckols:

I Sharyl J. Carter resides at
1541 LaSalle Ave #4, Niagara Falls, New York
14301, My phone numbers are (716) 282-3024
and (934) 382-8072.
       Enclosed are, copies of what you
sent to me dated January 22, 2010, which
I received on January 25, 2010.
       I cannot judge or tell you whether
proof of claim No 936 and 552 are
duplicates to each other. I continue to
object and disagree to those claims as
well as any other claim that may be
duplicate until the Courts - United States
Bankruptcy Courts Southern District of New
York or any other courts until the courts
decide if my claims are duplicate to
each other.
       Re: In re Motors Liquidation Company
Chapter 11, Case No 09-50026 (REG)

                    Sincerely,
                    Sharyl J. Carter

| United States Bankruptcy Court    Southern    District Of    New York | PROOF OF CLAIM |
|---|---|

**Name of Debtor**
General Motors Corporation

**Case Number** 09-50026 (REG)

This Space For Court Use Only

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
Sharyl Y Carter

**Name and Address where notices should be sent**
Sharyl Y Carter
92 Wooley Lane #C
Dayton Ohio 45415
(937) Cell
**Telephone Number** (937) 742-7054 - 318-8072

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

This Space For Court Use Only

**Last four digits of account or other number by which creditor identifies debtor** 9353

☐ Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated

THE GARDEN CITY GROUP, INC.
JUN 18 2009

**1 Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

FILED – 0136
USBC – SOUTHERN DISTRICT OF NEW YORK
GENERAL MOTORS
09-50026 (REG)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # ____
Unpaid compensation for services performed
from ____ to ____
(date)    (date)

**2 Date debt was incurred.**
Unknown

**3 If court judgment, date obtained**
June 3, 2009

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

**Amount entitled to priority** $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

☐ Up to $2,225* of deposits toward purchase lease, or rental of property or services for personal family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(____)
* Amounts are subject to adjustment on 4 1 10* and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed.** $_____

| (Unsecured) | (Secured) | (Priority) | (Total) |
|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7 Supporting Documents** Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary
**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

**Date**
June 16, 2009

Sign and print the name and title and, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
Sharyl Y Carter    Sharyl Y. Carter

Penalty for presenting fraudulent claim Fine up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

**United States Bankruptcy Court**   **Southern**   **District Of**   **New York**   **PROOF OF CLAIM**

This Space For Court Use Only

Name of Debtor   General Motors Corporation   Case Number   09-50026 (REG)

JUN 19 2009

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)   Staryl Y Carter

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and Address where notices should be sent
Staryl Y. Carter
92 Woolery Lane #C
Dayton, Ohio 45415   (937) Cell

Telephone Number (937) 742-7054 - 3028072

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor 9353

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim dated _____

**1 Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
        (date)          (date)

**2 Date debt was incurred**   Unknown
**3. If court judgment, date obtained**   June 3, 2009

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations.

**Unsecured Nonpriority Claim $_____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(__)
* Amounts are subject to adjustment on 4 1 07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed: $**_____   _____   _____   _____
        (Unsecured)          (Secured)          (Priority)          (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7 Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary
**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

THE GARDEN CITY GROUP INC
JUL 10 2009
FILED 00552
SONY
GENERAL MOTORS CORPORATION
09-50026 (REG)

Date   June 16, 2009
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)   Staryl Y Carter   Staryl Y. Carter

Penalty for presenting fraudulent claim  Fine up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

Sharyl J. Carter
Case No 09-50026

February 23, 2010

1 #7

Honorable Robert E. Gerber
United States Bankruptcy Judge Southern District of New York
One Bowling Green, Room 621
New York, New York  10004

Dear Honorable Robert E. Gerber:

Enclosed are copies of documents I was mailed by
Garston Savage LLP - 600 Lexington Ave, 10th Floor, New York,
New York 10022. An order Granting Admission to Practice,
Pro Hac Vice from AS Le Bartolomeo Esq. I received this
Notice on January 30, 2010, which I did not fully under-
stand. On February 10, 2010 I received another notice,
several pages of documents from Garston Savage LLP which
I believe is one of my Sharyl J. Carter claims against
the Debtors and their affiliates Debtors. Motors Liquidation
Company, Chapter 11; Case No. 09-50026 (Jointly Administered
At the top right hand corner it states - Hearing Date:
February 10, 2010 9:45 am - Objection Deadline - February 3,
2010 - 4:00pm. My question is why did I received this
documents on February 10, 2010 - Objection Deadline and
Not before. I already mailed everyone my

Sharyl Y Carter 2 of 7
Case no 09-50026

objection before this above date of February 3, 2010 & continue to received documents after the facts, and after the deadline date, which is costing me more and more pain, and suffering, cost of all these certify mailing I have to send, mail out. I ask that this objection be added to my claims, cases if they have not already been added.

This documents states claims of The Lex-Cool and Anderson Class Claimants Actions, Implementation of Alternative Dispute Resolution Procedures, Including mandatory mediation (Docket #4782). I Sharyl Y Carter stated previous I am willing to talk, mediation with the Debtors and their Affiliates Debtors (AM) motors Liquidation Company and their attorneys. As long as I don't be, get mislead, delay tactics repeatly as before, and previously from the Debtors and their Affiliates Debtors. Again I object to the Debtors plans. I do have an claim of this procedures Lex-cool, Anderson class action - claimants, or claims, The Debtors and their affiliates Debtors have sold me a car 2001 Hero Oldsmobile, 4 door,

Sharyi Y. Carter
Case No 09-50026    3 of 7

black in Dayton Ohio at Car Dealership White
Allen, (937) 220-6820, Service department no: (937)
222-3701, who handles all services. I had so many
problems with this car, under warranty, and
after the fact. Some problems was to be handle
by White Allen Service department, but was
fraudly, falsely not completed where stated they
have done, completed the services. That problem
started with the failure of the signal lights
which causes other problems. The White Allen
Service department claim to have completed
the job, but it was never fix by White
Allen, and I had it fix, but I continue to
have the same problem, I was also told
they the Debtors are only Responsible
for it being fix one time. I disagree,
object to the Debtors warranty, as it
only fix minor problems, if it is fix at
all. I have been having many problem

Sharyl Y. Lanier   4 of 7
Case No.09-50026

with this car from the Debtors and their affiliates
Debtors. (GM) for years I have been buying
coolants to keep refiling the Anti freeze liquid
in the tank. The Gasket manifold intake is a
problem also, which is causing other problems.
to my Car, also many more problems, and
Repairs to be done, fix, completed. I am
wondering if the three proof of claims form
was directed toward these three claims,
cases and not duplicated claims as the Debtors
and their affiliates debtors Refer to. As stated
in the documents, As part of both settlements
either the Debtors or an independent third
party settlement administrator, was to
complete the claims administration process
(e.g. evaluate and review the claims sub-
mitted by class members, provide class
members with notice and opportunity to
cure deficient claims) and to submit to

Sharyl Y Carter 5 of 7
Case No 09-50026

the Debtors for payment. But I Sharyl Y.
Carter received these documents on february
10, 2010, the same day as the Hearing Date.
I received several calls from the Debtors
Attorney being Eckou of The Garden City
Group Inc., stating also they the Debtors
are not objecting my claims and it, my
Claims will not be heard on february
10, 2010. I continue to have more Attorney
contact me after the fact, hearing date,
past dead line time, and after I answer
previously Notice. I Sharyl Y. Carter was not
Inform of on which claim is in this Court
until above date. I will continue to object
and disagree with the Debtors and their
Affiliates Debtors. I am willing to talk
and mediate with the Debtors mediation
people. As long as I am not being mislead
and false information given to me in a

Sharyl Y Carter
Case No 09-50026.        6 of 7

timely manner. I will mail the courts my
Responds, also the Attorney on that forms,
not all three/four, etc, since all attorneys
are handling these claims together. If
All my claims are being handle separdy,
and correctly I hope, and Request that
I am Notify as to what claim I am
objecting to and also given the correct
information on that or those claims in a
timely manner. If these claims were settled
and reimbursements were granted and given
to claimants, I was not Notify of this until
I read the informations in the enclosed docu-
ments. Would that be the reason of the
delay in my claims, and for them my
Sharyl Y Carter claims not being heard

Sharyl Y Carter 7 # 7
Case No 09-50026

in the courts yet? I guess my claims are Unresolved and under Rex-Cool Claims, Anderson Claims Rule 3001 of the Rules of Bankruptcy Procedure and the Code, and any other claims that my Sharyl Y Carter may be under, also dockets too.

I Sharyl Y. Carter respectfully ask the courts to have the Debtors and their affiliates Debtors give me all documents, records on all my claims, and in a timely manner.

Again I object and disagree with the Debtors and their affiliates Debtors.

Sincerely,
Sharyl Y, Carter

P.S. I received a fed/Ex envelope on February 22, 2010 from The Garden City Group adjourning my claims to march 10, 2010 at 9:45. I object to the Debtors (Gem Corp) plans. A copy enclosed

Sharyl Y Carter

February 23, 2010
1 of 7

The Garden City Group Inc
Attn: Motors Liquidation Company
105 Maxess Road
Melville, New York 11747

Enclosed are copies of documents I was mailed by
Gorsten Savage LLP - 600 Lexington Ave, 10th floor, New York,
New York 10022. An order Granting Admission to Practice,
Pro Hac Vice from AJ De Bartolomeo Esq. I received this
Notice on January 30, 2010, which I did not fully under-
stand. On February 10, 2010 I Received another notice,
several pages of documents from Gorsten Savage LLP which
I believe is one of my Sharyl Z. Carter claims against
the Debtors and their affiliates Debtors. Motors Liquidation
Company, Chapter 11, Case No 09-50026 (Jointly Administered)
At the top right hand corner it states - Hearing Date:
February 10, 2010 9:45 am - Objection Deadline - February 3,
2010 - 4:00 pm. My question is why did I received this
documents on February 10, 2010 - Objection Deadline and
not before. I already mailed everything Nye

February 23, 2010
1 of 7

Weil, Gotshal + Manges LLP
Attn: Joseph H. Smolinsky/Harvey R. Miller/S. Karotkin
767 Fifth Avenue
New York, New York 10153

Enclosed are copies of documents I was mailed by
Gersten Savage LLP - 600 Lexington Ave, 10th floor, New York,
New York 15022. An order Granting Admission to Practice,
Pro Hac Vice from AJ De Bartolomeo Esq. I received this
Notice on January 30, 2010, which I did not fully under-
stand. On February 10, 2010 I received another notice,
several pages of documents from Gersten Savage LLP which
I believe is one of my Sheryl Y. Carter claims against
the Debtors and their affiliates Debtors. Motors Liquidation
Company, Chapter 11, Case No. 09-50026 (Jointly Administered)
At the top right hand corner it states - Hearing Date:
February 10, 2010 9:45 am - Objection Deadline - February 3,
2010 - 4:00pm. My question is why did I received this
documents on February 10, 2010 - Objection Deadline and
not before. I already mailed everything my

February 23, 2010
1 of 7

Gerston Savage LLP
Attn: Paul A. Rachmuth (pr 1566)
600 Lexington Avenue 10th Floor
New York, New York 10022

————— —————

Enclosed are copies of documents I was mailed by
Gerston Savage LLP-600 Lexington Ave, 10th Floor, New York,
New York 10022. An order Granting Admission to Practice,
Pro Hac Vice from AT De Bartolomeo esq. I received this
Notice on January 30, 2010, which I did not fully under-
Stand. On February 10, 2010 I received another notice,
several pages of documents from Gerston Savage LLP which
I believe is one of my Sharyl Y. Carter claims against
the Debtors and their affiliates Debtors. Motors Liquidation
Company, Chapter 11, Case no 09-50026 (Jointly Administered)
At the top right hand corner it states - Hearing Date:
February 10, 2010 9:45 am - Objection Deadline - February 3,
2010 - 4:00pm. My question is why did I received this
documents on February 10, 2010 - Objection Deadline and
Not before. I already mailed everything I've

Sheryl Y Carter 1 of 10

United States Bankruptcy Court
Southern District of New York

In re
Motors Liquidation Company, et al. -
    f/k/a General Motors Corp, et al
                    Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

Dear Honorable Robert E. Gerber,

        I Sheryl Yvette Carter reside at 1541
LaSalle Ave #1, Niagara Falls, New York 14301, my
Numbers are (716) 282-3624 and (937) 332-8072.

        On April 27, 2010 Around

from Attorney of (GM) General Motors Corporation,
Ernie Eckors and Pablo Falabella who was on the
other line. This conversation was set out to get me,
Sheryl Y. Carter to agree to my claims, 2x of the
claims to duplicate without giving me more in-
formations. I continue to state that all I was given
was Dockets numbers, claim numbers but not the
reason of the two claims that they wanted
me to agree to. I continue to object and

Sheryl Y. Carter
Case No. 09-50026    2 of 10

And disagree to (GM) General Motors Corp plans.
I Also stated several times during our conver-
sation, after I Sheryl Y. Carter listen to the
two of them team up against me. I continue to
go through these tatics, misleading me, only in
the best interest of the company GM. I
Also Requested that this matter, my claims
go forward in courts for the Judge to decide
if my claims are duplicates to GM and
their affiliated bodies continue to claim on
my claims against their companies. I
ask what claims are they Erwin and Pablo talking
about, since they say I have several claims
against GM/Delphi in the courts systems. They
could not, and did not answer that question.
Pablo    stated I have a workers Compensation

Sheryl Y Exeter
Case No 09-50026    3 of 10

Claim against Gm. I Sheryl Y Exeter ask if
this claim in for Gm so belphi as I continue to
receive documents from (2x) two different Courts
under several different Judges, also I have
responded to different Attorneys as well.
Bablo stated across Cevine that I should
know what claim that they are talking about
since I file the claims, he also stated I
listen to the news and then file my claims
as they stated several times they are not my
lawyers. After this interrogation went on for
some time and I did not agree to the two
claims being duplicate claims, they told me
that I would have to come into Court and
tell the Courts/Judge why I object to
my claims, and Reasons I explain that I

Sheryl J Carter
C09-50026 - 09-5008 4 of 10

will give the same answer as I gave them. I Also stated that I can not come to court, Kevin then ask dont you live in New York, I Said Niagra Falls New York About 10-12½ hours Away. Everybody have my address, numbers As Pablo triede, Asking my address at 92 Woodley Lane #C-Niagra Fl, Why I continue to be played with, thetie continues I dont know. I Sheryl J Carter ask the two of them to look through my claims and explain to me why they are duplicate. I can Not make that decision when they have All the paperwork, documents, Records, etc. There was Other things said, I was upset After this conversation, I tried the telephone meeting, but this did not go right.

Shery 2/3/2020
Case No - 09-50026    5 of 10

Finally Ervin said they can set up the
telephonic phone call for me to listen in
on the hearing Thursday - April 29, 2010. I
agree to this, as Pablo was to set this
up stated Ervin. Then Ervin gave me there
numbers Ervin (212) 310-8000    Pablo (212) 310-8050

And I am to call them if I do not
get my Fed/ex in time, Wednesday, as Ervin
ask me if I will be there to sign for it.
They emp/delphi leave the Fed/ex envelope
on the porch most of the times, what is the
difference now. Ervin also stated if this phone
call conference-hearing do not go through, I
am to call them for the out come. I
took that statement as this will not

Sheryl 2/ Baker
Case No. 09-50026    6 of 10

go through hallways. Shan devine told Pablo
she will call him back before our conversation
ended.

Around 4:50 pm. Pablo called me back after
a couple of hours and try to act nice now
where early I was mistreated badly. He
stated after going through my 7 claims
that they gm will not go forward for
my claims to be heard thursday Hearing,
but will be heard at an later time, so I
do not have to appear in court Thursday,
but I will later on at some point in
time for my claims. He also continue to
state he is not my lawyer, and can not
give me advice. But my question is why
is he Pablo    calling me about my

Case No. 09-50026 #7 of 10

Claims against GM and their Affiliated
Debtors. He stated they will try to put
All my claims together in this courtroom.
I guess All these Attorney-Lawyers of GM/
Delphi, and Courts are Indicted, misguided
Also, while BABLO     will make sure these
74 claims get handle in one court room.
He then ask if I Am receiving anything from
GM/Delphi I said no, no Insurance, no money,
I am unemployed, and my Benefits Ran out, GM/
Delphi stopped my Insurance last year November
2009, which I called several times to get in-
formation and I was denied benefits. BABLO
Said he'll call for me, and maybe he can
get information, Answer that employee

Sheryl 2/. Exeter
Case No. 09-50026  8 of 10

can not get, but he stated they will give him information where he/she can not get it. Again he stated he is not my lawyer/attorney but he is working to help those who can not help themself. My question is why the conversation with their Gm attorney and these calls from him. That mean any one who claim to help those who can not help themself can get information from the courts, Gm/Delphi records, documents, all personal information.

I Sheryl 2/. Exeter was again upset by this second call of the duty, which is against me not to help me, I continue to object to Gm/Delphi plans.

Sheryl Y Cheeke
Case No 09-50026    9 of 18

No telling who else was listening in on these
Conversations I had with cerru and Pddo. Why
would these Attorneys/lawyer contact me without
having all the facts, information, documents, claim
numbers about my claims against GM, and the
Debtors and Affiliated Debtors. Someone had to
give them permission to call me, As they stated
they dont want my claims to go to court.
I Sheryl Y. Cheeke want just that, I ask
respectfully for the Courts to decide if my
claims Are duplicates. As cerru and Pddo
and GM and Affiliated Debtors continue
to state. First it was said I do not
have A claim, claims, then I did not

Sheryl J. Letter
Case No. 09-50026    10 of 10

timely file my claims, then I have A claim, claims against GM Debtors and Affiliated Debtors, and now their duplicates claims, and they want to put all my claims together As one claim.

Also enclosed was the dates I received the fedex envelopes. I did not get them 5 days before the Court date for the Adjournments. Over night yes, but why all the tactics, treatment I received during this upsetting conversations.

Thank you.

Sincerely
Sheryl J. Letter





Align top of FedEx Express® Shipping Label

# FedEx Express

**TO**

ORIGIN ID: CSSA (989) 878-9212
THE GROUP GROUP
ATTN: MOTORS LIQUIDATION COMPANY
STE 4 BLAZER PKWY
DUBLIN, OH 43017
UNITED STATES US

SHARYL Y CARTER
1541 LASALLE AVE
#1
NIAGRA FALLS NY 14301

REF: APS

SHIP DATE: 27APR10
ACTWGT: 0.2 LB/THAN
CAD: 0598691E/CNFE2468

BILL THIRD PARTY

TRK#
0201   4222 2484 1846

XX DKKA

WED – 28APR A4
PRIORITY OVERNIGHT

14301  
NY-US  
BUF

E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                        :
In re                                                   :        **Chapter 11 Case No.**
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*             :
                                                        :
        **Debtors.**                                    :        **(Jointly Administered)**
                                                        :
---------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 00136, 00552, 07020, 09072, 14901, 19246, AND 19247 FILED BY SHARYL Y. CARTER

Upon the objection dated February 4, 2011 (the "**Objection**")[1] to Proof of Claim

Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl Y. Carter

(collectively, the "**Carter Claims**") of Motors Liquidation Company (f/k/a General Motors

Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"),

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order establishing the deadline for filing proofs of claim of certain Debtors and

procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079),

seeking entry of an order disallowing and expunging the Carter Claims on the ground that each

of the Carter Claims do not set forth the legal and factual basis thereof, all as more fully

described in the Objection; and due and proper notice of the Objection having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Objection is in the best interests of the Debtors, their

---
[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Objection.

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent

provided herein; and it is further

ORDERED that, pursuant to section 502(b) of title 11 of the United States Code,

the Claims are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
          _____ __, 2011

_____
United States Bankruptcy Judge