Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Counsel for Wells Fargo Bank Northwest, N.A., as Agent to the TCP Lenders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- X
In re:                                              :   Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*                :   Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*        :
                                                    :
                                    Debtors.        :   (Jointly Administered)
----------------------------------------------------- X

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK              )
                               )    s.s.:
COUNTY OF NEW YORK             )

1.    EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18

years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley

Austin LLP.

2.    I caused to be served a true and correct copy of the (i) **Notice of Hearing on**

**Motion of the TPC Lenders for an Entry of an Order (I) Initiating Valuation Proceedings**

**in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the**

**Valuation Proceedings**; (ii) **Motion of the TPC Lenders for an Order (I) Initiating**

**Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule**

**with Respect to the Valuation Proceedings**; and (iii) **proposed Order Granting Motion of**

**Wells Fargo Bank Northwest, N.A., as Agent for an Entry of an Order (I) Initiating**

**Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule**

**with Respect to the Valuation Proceedings**; which were returned by the U.S. Post Office (party

no longer located at address) by first class mail, postage prepaid on January 26, 2011 upon:

Jennifer L. Saffer
 J.L. Saffer, P.C.
 450 Seventh Ave.  Ste 1400
New York, NY 10123

 and on February 2, 2011 on the following:

 Brown & Whalen, P.C.
Att: Rodney A. Brown
711 Third Avenue, 20th Floor
New York, NY 10017 U.S.A.

Stites & Harbison PLLC
Att: Robert C. Goodrich Jr & Madison L. Martin
401 Commerce Street, Suite 800
Nashville, TN 37219

Securities & Exchange Commission
Office of the General Counsel
100 F Street, NE
Washington, DC 20549

Torres Edward Zuniga
Bermudez, Genoveva
C/O Cohen & Associates
8710 E. Vista Bonita Drive
Scottsdale, AZ 85255

 /s/ Eileen A. McDonnell
  EILEEN A. MCDONNELL

Sworn to before me this
7th day of February, 2011

/s/ Melanie Nelson
    Notary Public
Notary Public, State of New York
 No. 01NE6214750
Qualified in New York County
Commission Expires 12/21/13

NY1 7558872v.1