**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*     :
                                                :
                       Debtors.                 :    (Jointly Administered)
                                                :
------------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 9, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.   PRE-TRIAL CONFERENCE**

  1.   *Toyota Motor Corporation v. Motors Liquidation Company*, Adv. Proc. No. 10-05015 (REG)

       **Status:**   This matter is going forward.

  2.   *New United Motors Manufacturing, Inc. v. Motors Liquidation Company*, Adv. Proc. No. 10-05016 (REG)

       **Status:**   This matter is going forward.

**II.  CONTESTED MATTERS**

  1.   Motors Liquidation Company's Motion to Dismiss the NUMMI and Toyota Adversary Complaints in the *Toyota Motor Corporation v. Motors Liquidation Company* Adversary Proceeding, No. 10-05015 (REG), and the *New United Motors Manufacturing, Inc. v. Motors Liquidation Company* Adversary Proceeding, No. 10-05016 (REG) (**Adv. Proc. No. 10-05015, ECF No. 3**)

Responses Filed:

A. Toyota Motor Corporation's Opposition to Motors Liquidation Company's Motion to Dismiss (**Adv. Proc. No. 10-05015, ECF No. 5**)

B. NUMMI's Opposition to Motors Liquidation Company's Motion to Dismiss the NUMMI and Toyota Adversary Complaints (**Adv. Proc. No. 10-05016, ECF No. 6**)

Replies Filed:

C. Motors Liquidation Company's Reply in Further Support of Its Motion to Dismiss the Adversary Complaints (**Adv. Proc. No. 10-05015, ECF No. 8**)

Additional Documents:

D. Complaint against Motors Liquidation Company filed by Toyota Motor Corporation (**Adv. Proc. No. 10-05015, ECF No. 1**)

E. Complaint against Motors Liquidation Company filed by New United Motors Manufacturing, Inc. (**Adv. Proc. No. 10-05016, ECF No. 1**)

**Status:**    This matter is going forward.

2. Motion of the TPC Lenders for an Entry of an Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings (**ECF No. 8616**)

Responses Filed:

A. Debtors' Response to Motion of TPC Lenders for Entry of Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings (**ECF No. 9091**)

B. Response by General Motors LLC to Motion of the TPC Lenders for an Entry of an Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings (**ECF No. 9080**)

Replies Filed:            None to date.

        Additional Documents:    None to date.

        **Status:**    This matter is going forward.

### III. UNCONTESTED MATTERS

1. Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) **(ECF No. 8000)**

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:

    A. Order Granting Debtors' 110th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 8609**)

    **Status:**    This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

2. Debtors' 134th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8301**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with

respect to those who did file a response that remains unresolved.

3. Debtors' 136th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8303**)

Responses Filed: A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

4. Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8304**)

Responses Filed: A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

5. Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8305**)

   Responses Filed: A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

   Replies Filed: None to date.

   Additional Documents: None to date.

   **Status:** This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

6. Debtors' 139th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8306**)

   Responses Filed: A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

   Replies Filed: None to date.

   Additional Documents: None to date.

   **Status:** This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

7. Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8307**)

   Responses Filed: A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

| | Replies Filed: | None to date. |
|---|---|---|
| | Additional Documents: | None to date. |
| | **Status:** | This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved. |

8. Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8308**)

| | Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
|---|---|---|
| | Replies Filed: | None to date. |
| | Additional Documents: | None to date. |
| | **Status:** | This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved. |

9. Debtors' 142nd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8309**)

| | Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
|---|---|---|
| | Replies Filed: | None to date. |
| | Additional Documents: | None to date. |
| | **Status:** | This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested |

        with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

10.   Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8310**)

| | |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |
| **Status:** | This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved. |

11.   Debtors' 144th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8311**)

| | |
|---|---|
| Responses Filed: | A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto. |
| Replies Filed: | None to date. |
| Additional Documents: | None to date. |
| **Status:** | This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved. |

12. Debtors' 145th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8312**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is going forward. The Debtors will submit to the Bankruptcy Court an order granting the relief requested with respect to all claimants who did not file a response before the response deadline or whose objection was resolved after communications with the Debtors and will adjourn the matter to March 1, 2011, as set forth in Exhibit "A," with respect to those who did file a response that remains unresolved.

## IV. ADJOURNED MATTERS

1. Debtors' Motion Pursuant to 11 U.S.C. § 365(a) to Reject Utility Services Agreement (**ECF No. 8492**)

    Responses Filed:

    A.    Objection of DTE Pontiac North, LLC to Debtors' Motion Pursuant to 11 U.S.C. § 365(a) to Reject Utility Services Agreement (**ECF No. 8944**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is adjourned to March 1, 2011 at 9:45 a.m.

2. Motion of the Roman Catholic Diocese of Pittsburgh and Transfiguration Parish for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code to Allow for Prosecution of the Civil Lawsuit Now Pending in the Court of Common Pleas of Allegheny County, Pennsylvania (**ECF No. 6872**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

   Additional Documents:  None to date.

   **Status:**  This matter is adjourned to April 26, 2011 at 9:45 a.m.

3. Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

   Responses Filed:  A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

   Replies Filed:  None to date.

   Additional Documents:

   A. Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

   **Status:**  This matter is adjourned to April 26, 2011 at 9:45 a.m.

4. Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

   Responses Filed:  A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

   Replies Filed:  None to date.

   Additional Documents:

   A. Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

   **Status:**  This matter is adjourned to April 26, 2011 at 9:45 a.m.

5. Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

   Responses Filed:  A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

   Replies Filed:  None to date.

    Additional Documents:

    A.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

    **Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

6.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

    **Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

7.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

    **Status:**    This matter is adjourned to March 1, 2011 at 9:45 a.m.

8.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

    **Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

9. Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

    **Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

10. Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

    Responses Filed:    A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Order Granting Debtors' 102nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7681**)

    **Status:**    This matter is adjourned to April 26, 2011 at 9:45 a.m.

11. Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

   Responses Filed:   A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

   Replies Filed:   None to date.

   Additional Documents:

   A. Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

   **Status:**   This matter is adjourned to April 26, 2011 at 9:45 a.m.

*[Remainder of Page Intentionally Left Blank.]*

12. Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

    Responses Filed:      A summary of responses filed and their related status is provided in Exhibit "A" annexed hereto.

    Replies Filed:      None to date.

    Additional Documents:

    A. Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

    **Status:**      This matter is adjourned to April 26, 2011 at 9:45 a.m.

Dated: New York, New York
       February 7, 2011

                                                        /s/ Joseph H. Smolinsky
                                                        Harvey R. Miller
                                                        Stephen Karotkin
                                                        Joseph H. Smolinsky

                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, New York 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007

                                                        Attorneys for Debtors
                                                        and Debtors in Possession

# Exhibit A

## Responses to Omnibus Objections to Claims

**Ninetieth Omnibus Objection (Late-Filed Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| JONES, PEARLY M | Informal | 69398 | Adjourned | 4/26/11 |
| TOMPACH, FAYE M | Informal | 69451 | Adjourned | 4/26/11 |

**Ninety-Second Omnibus Objection (Late-Filed Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| HERR BARRY E | Informal | 68130 | Adjourned | 4/26/11 |

**Ninety-Sixth Omnibus Objection (No Liability GMAC Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| CECELIA N BEST TTEE | Informal | 68939 | Adjourned | 4/26/11 |

**Ninety-Seventh Omnibus Objection (No Liability GMAC Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| M FELBER & F FELBER TTEE | 7301 | 18359 | Adjourned | 4/26/11 |

US_ACTIVE:\43625011\01\72240.0639

**Ninety-Eighth Omnibus Objection (Incorrectly Classified Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| SHERIF RAFIK KODSY | 7309 | 69683 | Adjourned | 3/1/11 |
| DETROIT WATER & SEWERAGE DEPARTMENT | 7373 | 23034, 23035 | Adjourned | 3/1/11 |

**One Hundredth Omnibus Objection (Claims Relating to Former Employees Represented by United Auto Workers)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| STEPHAN THEIS | 7476 | 29823 | Adjourned | 4/26/11 |
| TIBBS, SARLOWER OLIVIER | Informal | 64968 | Adjourned | 4/26/11 |

**101st Omnibus Objection (Claims Relating to Former Employees Represented by United Auto Workers)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| REYES, SHARRON S | Informal | 7625 | Adjourned | 4/26/11 |

**102nd Omnibus Objection (Claims Relating to Former Employees Represented by United Auto Workers)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| BELL, SHARON A | 7492 | 68029 | Adjourned | 4/26/11 |

**103rd Omnibus Objection (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ALARIE, LOUIS J | 7490 | 19527 | Adjourned | 4/26/11 |
| FLOYD JANKOWSKI | 7353 | 10327 | Adjourned | 4/26/11 |
| FRANK J. CELSNAK | 7324 | 21175 | Adjourned | 4/26/11 |
| GEORGE LEEDOM | 7401 | 49601, 49602 | Adjourned | 4/26/11 |
| GEORGE W CONRAD | Informal | 31467 | Adjourned | 4/26/11 |

**107th Omnibus Objection (Insufficient Documentation)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date |
|---|---|---|---|---|
| ANN MCHUGH | 7433 | 61832 61833 61835 | Adjourned | 4/26/11 |

**110th Omnibus Objection (Contingent Co-Liability)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| NEW FLYER OF AMERICA, INC. | 8232 | 66317 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| NORTHROP GRUMMAN OHIO CORPORATION | 8346 | 64699 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| CUMMINS INC. | 8393 | 64626 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| GRANITE STATE INSURANCE COMPANY ET AL. | Informal | 59697 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| EXPEDITION HELICOPTERS | Informal | 64775 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**136th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| D. ANDREAS HESSE | Informal | 27061 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**137th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| GERHARD VOGT | 7096, 8939 | 65396 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| GUNTBERT HORN | 9042 | 64879 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**138th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| INGRID HERZELE | 9043 | 68211 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| HELMUT SCHAEFER | 8804 | 68552, 68553 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**140th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| LIBORIO DI SALVO | 9084 | 63622 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**141st Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| JOCHEN BADERSCHNEIDER | 8796 | 1115, 43884 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| MARK-EDWARD GREY | Informal | 16736 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**143rd Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| RAINER D. LEMCKE | 9077 | 29858 | Adjourned if not resolved by 2/9/11 | 3/1/11 |
| PAUL SCHWAKE | 9083 | 63070 | Adjourned if not resolved by 2/9/11 | 3/1/11 |

**145th Omnibus Objection (Eurobond Deutsche Debt Claims)**

| Creditor Name | ECF No. | Claim Number | Status | Adjourned Hearing Date (If Applicable) |
|---|---|---|---|---|
| WALTER PLAPP | 9078 | 21554, 21555 | Adjourned if not resolved by 2/9/11 | 3/1/11 |