# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
        f/k/a General Motors Corp., et al.          :        Chapter 11
                                                    :        Case No. 09-50026 (REG)
                                                    :        (Jointly Administered)
                    Debtors.                        :
-----------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

2.  On February 7, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9100) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 7th day of
February, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

Riley Technologies, Inc.
c/o Carruthers & Roth, PA
Attn: Kenneth R. Keller, Esq.
235 North Edgeworth Street
Greensboro, NC 27401

TRANSFEREE

Dover Master Fund II, L.P.
c/o Longacre Management, LLC
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019