UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                            :
In re                                                       :         Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :         09-50026 (REG)
     f/k/a General Motors Corp., *et al.*                   :
                                                            :
                              Debtors.                      :         (Jointly Administered)
                                                            :
-----------------------------------------------------------------x

### SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 105(a) ENFORCING 363 SALE ORDER WITH RESPECT TO PRODUCT LIABILITY CLAIM OF ESTATE OF BEVERLY DEUTSCH

Upon the Supplemental Submission of General Motors LLC ("**New GM**") in Support of Order Pursuant to 11 U.S.C. § 105(a) Enforcing 363 Sale Order with respect to Deutsch (the "**Supplemental Submission**"), dated September 1, 2010 (ECF No. 6834), in connection with New GM's Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order (the "**Motion**"),[1] dated May 17, 2010 (ECF No. 5785); and upon the response to New GM's Supplemental Submission filed by Sanford Deutsch ("**Deutsch**"), dated September 13, 2010 (ECF No. 7027), and New GM's reply to Deutsch's response, dated September 21, 2010 (ECF No. 7026); and due and proper notice of the Supplemental Submission having been provided, and it appearing that no other or further notice need be provided; and a hearing (the "**Hearing**") having been held with respect to the Supplemental Submission on November 9, 2010; and upon the record of the Hearing and the Court's decision dated January 5, 2011 (the "**Decision**") (ECF No. 8383); and the Court having found and determined (as set forth in the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion or in New GM's Supplemental Submission.

Decision) that the legal and factual bases set forth in the Motion and the Supplemental Submission establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein with respect to the Estate of Beverly Deutsch, the Heirs of Beverly Deutsch, and Sanford Deutsch (collectively, the "**Deutsch Plaintiffs**") in connection with the Deutsch Civil Action styled *Estate of Beverly Deutsch v. General Motors Corp.*, No. BC 389150 (Los Angeles Cnty. Superior Ct., Cal.) (the "**Deutsch Action**"); and it is further

ORDERED that to the extent the Deutsch Plaintiffs have not yet filed a proof of claim against the above-captioned Debtors with respect to the claims asserted in the Deutsch Action, the Deutsch Plaintiffs shall have thirty (30) days from the date of entry of this Order to do so, without prejudice to any rights of the Deutsch Plaintiffs to appeal this Order; and it is further

ORDERED that the Deutsch Plaintiffs continue to be and hereby are enjoined and estopped from taking or pursuing any further action against New GM (including any discovery except as may otherwise be allowed against a nonparty) in connection with the Deutsch Action or any of the claims asserted therein in any other action, forum, proceeding, or otherwise, including, without limitation, any further prosecution of the Deutsch Action against New GM or the commencement or continuation of any other action or proceeding against New GM in any way relating to the claims asserted in the Deutsch Action; and it is further

ORDERED that in the event this Order is not timely appealed or is appealed but affirmed by the applicable appellate court, the Deutsch Plaintiffs shall promptly dismiss New

GM from the Deutsch Civil Action, with prejudice, and the provisions of the immediately preceding decretal paragraph shall remain in full force and effect; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*February 8, 2011*

*s/ Robert E. Gerber*
United States Bankruptcy Judge