BAKER & HOSTETLER LLP
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036
(202) 861-1500 (Telephone)
(202) 861-1783 (Facsimile)
Donald A. Workman
Christopher J. Giaimo

*Counsel for ILCO Site Remediation Group*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
In re:                                                 :
                                                       :    Chapter 11
MOTORS LIQUIDATION COMPANY, et al,                     :
f/k/a General Motors Corp., et al.,                    :    Case No. 09-50026 (REG)
                                                       :
                        Debtors.                       :
------------------------------------------------------ x
```

### NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS.

**PLEASE TAKE NOTICE** that Baker & Hostetler LLP shall be substituted in place of

Bingham McCutchen LLP as counsel to ILCO Site Remediation Group ("ILCO Group") a party-

in-interest in the above-captioned chapter 11 cases. All future pleadings and other papers should

be served upon Baker & Hostetler LLP at the following address:

Baker & Hostetler, LLP
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036
(202) 861-1500 (Telephone)
(202) 861-1783 (Facsimile)

Donald A. Workman
Email: dworkman@bakerlaw.com
Christopher J. Giaimo
Email: cgiaimo@bakerlaw.com

Dated:        Washington, D.C.
              February 8, 2011


BINGHAM MCCUTCHEN LLP

By:

Milissa A. Murray, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006
(202) 373-6000 (Telephone)
(202) 373-6001 (Facsimile)
m.murray@bingham.com

BAKER & HOSTETLER, LLP


By:_____/s/_____

Donald A. Workman
Christopher J. Giaimo
Baker & Hostetler, LLP
1050 Connecticut Avenue, Suite 1100
Washington, D.C. 20036
(202) 861-1500 (Telephone)
(202) 861-1783 (Facsimile)
Email: dworkman@bakerlaw.com
Email: cgiaimo@bakerlaw.com

and

Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 (Telephone)
9212) 589-4201 (Facsimile)

*Counsel for ILCO Site Remediation Group*