**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                      :    Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
:
                Debtors.                    :    (Jointly Administered)
:
-----------------------------------------------------------------x

**NOTICE OF MATTER SCHEDULED**
**FOR HEARING ON FEBRUARY 10, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

**1.**   Debtors' Objection to Proofs of Claim Nos. 16440 and 16441 filed by Michael A. Schwartz (**ECF No. 8179**)

Responses Filed:

A.   Saturn Plaintiffs' Memorandum of Law in Opposition to Debtors' Objection to Proofs of Claim Nos. 16440 and 16441 (**ECF No. 8893**)

Replies Filed:

B.   Debtors' Reply in Support of Objection to Proofs of Claim No. 16440 and 16441 filed by Michael A. Schwartz (**ECF No. 8973**)

Additional Documents:

C.   Declaration of Michael A. Schwartz in Support of the Saturn Plaintiffs' Opposition to Debtors' Objection to Proofs of Claim Nos. 16440 and 16441  (**ECF Nos. 8894 and 8895**)

Status: This matter is going forward.

Dated: New York, New York
       February 8, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession