Stefano V. Calogero, Esq.
WINDELS, MARX, LANE
& MITTENDORF, LLP
One Giralda Farms – Suite 380
Madison, NJ 07940
Telephone: (973) 966-3205
E-Mail: scalogero@windelsmarx.com

Counsel for Allstate Insurance Company,
as successor in interest to Northbrook Excess
and Surplus Insurance Company, formerly
Northbrook Insurance Company

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> MOTORS LIQUIDATION CORPORATION, *et al., f.k.a General Motors Corp., et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate"), by its counsel, Windels Marx Lane & Mittendorf, LLP, appears in the above-entitled bankruptcy cases and demands, pursuant to 11 U.S.C. §§ 102(1), 342 AND 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

      Stefano V. Calogero, Esq.
      Windels Marx Lane & Mittendorf, LLP
      One Giralda Farms, Suite 380
      Madison, NJ 07940

{10618687:1}

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, and recoupments to which Allstate is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: February 8, 2011  WINDELS, MARX, LANE
& MITTENDORF, LLP

By: */s/ Stefano Calogero*
Stefano Calogero
scalogero@windelsmarx.com

One Giralda Farms – Suite 380
Madison, New Jersey 07940
Phone: (973) 966-3205

Counsel for Allstate Insurance Company,
as successor in interest to Northbrook Excess
and Surplus Insurance Company, formerly
Northbrook Insurance Company