## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                           :
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :
    f/k/a General Motors Corp., *et al.*     :         Chapter 11
                                                                 :         Case No. 09-50026 (REG)
                                                                 :         (Jointly Administered)
         Debtors.    :
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **SUFFOLK**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On February 8, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9106) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 8th day of
February, 2011
/s/ Gea Somma_____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

TRANSFEROR

Wells Fargo Bank Northwest, National Association,
as Indenture Trustee
Attn: Val T. Orton, Esq.
299 South Main Street, 12th Floor
Salt Lake City, UT 84111

Wells Fargo Bank Northwest, National Association,
as Indenture Trustee
c/o Vedder Price P.C.
Attn: Michael Edelman, Esq.
1633 Broadway
New York, NY 10022

Wells Fargo Bank Northwest, National Association,
as Indenture Trustee
c/o Export Development Canada
Attn: Sean Mitchell and William Doyle, Esq.
151 O'Connor
Ottawa, Canada K1A 1K3

TRANSFEREE

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Bank of America, 3rd Floor
One Bryant Park
New York, NY 10036