JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Robert S. Walker

JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Andrew M. Kramer

JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Lisa G. Laukitis

Attorneys for General Motors LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :   Case No. 09-50026 (REG)
                                          :
        f/k/a General Motors Corp., *et al.*,  :   (Jointly Administered)
                                          :
                        Debtors.          :
                                          :
                                          :
                                          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 7, 2011, copies of the

*Brief of General Motors LLC In Support of the Court's Exercise of Jurisdiction Over the Motion of General Motors LLC (F/K/A General Motors Company) to Enforce Sale Order(Docket No. 7527)*

were served by first class United States mail, postage prepaid, on the parties identified on the

attached Motors Liquidation Company Master Service List, Motors Liquidation Company

Interested Parties Service List and the Motors Liquidation Company Rule 2002 Service List

(collectively, the"Master Service List") pursuant to Fifth Amended Order Pursuant to 11 U.S.C.

§ 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management

Procedures, dated January 3, 2011 (Docket No. 8360).


   /s/ Lisa G. Laukitis
Lisa G. Laukitis
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306

Andrew M. Kramer
JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Heather Lennox
Robert S. Walker
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212

ATTORNEYS FOR GENERAL MOTORS LLC

CLI-1874161v1

**MOTORS LIQUIDATION COMPANY**
**(f/k/a General Motors Corp.)**

**MASTER SERVICE LIST**

Harvey R. Miller, Esq.
Stephen Karotkin, Esq
Joseph H. Smolinsky, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Thomas Morrow
401 South Old Woodward Avenue
Suite 370
Birmingham, MI  48009

Lawrence S. Buonomo, Esq.
General Motors LLC
400 Renaissance Center
Detroit, MI  48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Joseph Samrias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW,
Room 2312
Washington, D.C.  20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Tracy Hope Davis, Esq.
Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY  10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, D.C.  20005

Sander L. Esserman, Esq.
Robert R. Brousseau, Esq.
Stutzman, Bromberg, Esserman
  & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX  75201

# MOTORS LIQUIDATION COMPANY
## (F/K/A GENERAL MOTORS CORP.)

## INTERESTED PARTIES SERVICE LIST

On behalf of UAW:

Julia Penny Clark, Esq.
Andrew D. Roth, Esq.
Bredhoff & Kaiser, PLLC
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C.  20005

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036

Daniel W. Sherrick
Niraj R. Ganatra
Legal Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan 48214

On behalf of DPH Holdings Corp.
(f/k/a Delphi Corporation:

John Wm. Butler, Jr., Esq.
Albert L. Hogan, III, Esq.
Ron W. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL  60606

John Wm. Butler, Jr., Esq.
Albert L. Hogan, III, Esq.
Ron W. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

CLI-1850611v1

## MOTORS LIQUIDATION COMPANY
### (f/k/a General Motors Corp.)

### RULE 2002 SERVICE LIST AS OF 10/21/10

Alan E. Brown
3M Company
Office Of General Counsel
3M Center, Building 220-9e-02
St. Paul, MN  55144

Barbara Lee Caldwell
Aiken Schenk Hawkins & Riccardi P.C.
4742 North 24th Street, Suite 100
Phoenix, AZ 85016

David Boyle
Airgas, Inc.
259 Radnor Chester Road
Radnor, PA  19087

Daniel H. Golden
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Natalie E. Levine
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036

Annettee Ramirez
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032

Carrianne Basler
Alix Partners LLP
300 N. Lasalle Street
Chicago, IL  60654

Deborah L. Fish, Esq.
Allard & Fish, P.C.
2600 Buhl Bldg.
535 Griswold
Detroit, MI  48226

Cynthia Woodruff-Neer, Esq.
Alpine Electronics Of America, Inc.
19145 Gramercy Place
Torrance, CA  90501

Liesl Spangler
Associate Counsel
Arcadis U.S., Inc.
630 Plaza Drive, Suite 100
Highlands Ranch, CO  80129

James M. Sullivan, Esq.
Arent Fox LLP
1675 Broadway
New York, NY  10019

Jeffrey Rothleder, Esq.
Andrea Campbell, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC  20036

Mary Joanne Dowd, Esq.
Arent Fox LLP
1050 Connecticut Avenue, Nw
Washington, DC  20036

David L. Going, Esq.
Armstrong Teasdale, LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105

Darryl S. Laddin, Esq.
Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA  30363

Philip E. Tatoian, Jr., Esq.
Asplundh Tree Expert Co.
Vice President And General Counsel
708 Blair Mill Rd.
Willow Grove, PA  19090

James W. Grudus
AT&T Services, Inc.
One AT&T Way, Room 3A218
Bedminster, NJ  07921

Atlas Oil Company
124501 Ecorse Road
Taylor, MI  48180

Roland Hwang, Esq.
Attorney General For The State Of
Michigan
Growth, Unemployment Insurance Agency
3030 W. Grand Boulevard, Suite 9-600
Detroit, MI  48202

Leslie C. Levy
Assistant Attorney General
Attorney General For The State Of Nebraska
2115 State Capitol Building
Lincoln, NE  68509

Mark Browning
Assistant Attorney General
Attorney General For The State Of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711

Victoria D. Garry
Assistant Attorney General
Attorney General Of Ohio
Collections & Enforcement
1600 Carew Tower
441 Vine Street
Cincinnati, OH  45202

Michael A. Cox
Dennis J. Raterink
Attorney General Of State Of Michigan
Labor Division
P.O. Box 30736
Lansing, MI  48909

Kimberly A. Walsh
Assistant Attorney General
Attorney General Of State Of Texas
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711

Susan Przekop-Shaw
Assistant Attorney General
Attorney General Of The State Of Michigan
- Labor Division
P.O. Box 30736
Lansing, MI  48909

Neal S. Mann
Asstistant Attorney General
Attorney General Of The State Of New
York
120 Broadway, 24th Floor
New York, NY  10271

Joseph F. Hutchinson, Jr.
Eric Goodman
Wendy J. Gibson
Baker & Hostetler LLP
3200 PNC Center
1900 E. 9th Street
Cleveland, OH  44114

- 2 -

Richard Bernard, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111

Wendy J. Gibson, Esq.
Baker & Hostetler LLP
3200 PNC Center
1900 East Ninth Street
Cleveland, OH  44114

Max A. Moseley
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
420 20th Street North
600 Wachovia Tower
Birmingham, AL  35203

Matthew G. Summers, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th Floor
Baltimore, MD  21202

John T. Gregg, Esq.
Barnes & Thornburg LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI  49503

Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204

Barrick, Switzer, Long, Balsley & Van
Evera
6833 Stalter Drive, First Floor
Rockford, IL  61108

Frank F. Mcginn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

Chester B. Salomon, Esq.
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue, 16th Floor
New York, NY  10171

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Anna M. Boelitz, Esq.
Bingham Mccutchen LLP
One State Street
Hartford, CT  06103

Robert M Dombroff
Jeffrey S Sabin Esq
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

Jonathan B. Alter, Esq.
Bingham Mccutchen LLP
One State Street
Hartford, CT  06103

Marc E. Richards, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Regina Stango Kelbon, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103

Jeffrey Rumley
Assistant General Counsel
Blue Cross and Blue Shield of Michigan
600 Lafayette East, #1925
Detroit, MI  48226

Quincy Chumley
BNSF Railway Company
3001 Western Center Blvd.
Fort Worth, TX  76131

David P. Stoetzel
Bob Hastings Buick GMC, Inc.
800 Panorama Trail South
Rochester, NY  14625

Colin T. Darke, Esq.
Bodman LLP
1901 St. Antoine Street
6th Floor At Ford Field
Detroit, MI  48226

Marc M. Bakst, Esq.
Bodman LLP
6th Floor At Ford Field
1901 St. Antoine Street
Detroit, MI  48226

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY  11791

Renee Dailey
Bracewell & Giuliani LLP
225 Asylum Street, 26th Floor
Hartford, CT  06103

Brady C Williamson
Godfrey & Kahn SC
One East Main St., Suite 500
Madison, WI 53703

Alan R. Brayton
Christina C. Skubic
Matthew B. Lee
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA  94945

John R. McDonald, Esq.
Briggs and Morgan P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

Matthew E. Wilkins
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009

Paula A. Hall, Esq.
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009

Rodney A. Brown, Esq.
Brown & Whalen, P.C.
700 Third Avenue, 20th Floor
New York, NY  10017

Shawn M. Christianson, Esq.
Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA  94105

J. Kim & G. Ring
Burke, Warren, Mackay & Serritella, P.C.
330 N. Wabush Ave., 22nd Floor
Chicago, IL  60611

Peter M. Lee
Senior General Attorney
Burlington Northern Sante Fe Railway
Company
2500 Lew Menk Drive
P.O. Box 961039
Ft. Worth, TX  76161

D.Christopher Carson
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203

CLI-1874161v1

Richard W. Paige
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd., Suite 600
Troy, MI  48084

Robert Sidorsky
Eric B. Fisher
Butzel Long, PC
380 Madison Avenue
New York, NY  10017

Thomas B. Radom
Max J. Newman
Butzel Long, PC
41000 Woodward Avenue
Bloomfield Hills, MI  48304

C.B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 East Dave Ward Drive
Conway, AR  72033

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Ruth E. Weinstein
Canon U.S.A, Inc.
One Canon Plaza
Lake Success, NY  11042

Peter Van Lockwood
Ronald Reinsel
Trevor Swett, III
Caplin & Drysdale, Chartered
1 Thomas Circle
Washington, DC  20005

Kevin C. Maclay
Trevor W. Swett III
Caplin & Drysdale, Chartered
One Thomas Circle, Nw, Suite 1100
Washington, DC  20005

Joseph M. Fischer
Lawrence A. Lichtman
Patrick J. Kukla
Carson Fischer, P.L.C.
4111 Andover Road, West, 2nd Floor
Bloomfield Hills, MI  48302

Christopher A. Grosman
Patrick J. Kukla
Carson Fischer, P.L.C.
4111 Andover Road, West, 2nd Floor
Bloomfield Hills, MI  48302

Michael Weinczok
Cassels Brock
2100 Scotia Plaza
40 King Street West
Toronto, ON M5H 3C2
Canada

Alan Chapell Cipp
Chapell & Associates LLC
Consumer Privacy Ombudsman
297 Driggs Avenue, Suite 3A
Brooklyn, NY  11222

Charles Clark Chevrolet Co.
P.O. Box 520
McAllen, TX  78505

Christopher M. Cahill
Clark Hill PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI  48009

Robert D. Gordon, Esq.
Clark Hill PLC
151 South Old Woodward Avenue
Suite 200
Birmingham, MI  48009

A Richard Susko, Esq
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Deborah M. Buell, Esq.
Cleary Gottlieb Steen & Hamilton LLP
Tramsmisiones Y Equipos Mecanicos,
Pistones Moresa
One Liberty Plaza
New York, NY 10006

James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Sean A. O'Neal, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

David I. Gottlieb, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Richard S Lincer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Babette A. Ceccotti, Esq.
Cohen, Weiss And Simon LLP
330 West 42nd Street
New York, NY 10036

Michael J. Goldberg, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch St., Suite 1605
Boston, MA 02110

Commonwealth Of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602

Stephen V. Falanga
Christopher M. Hemrick
Connell Foley LLP

888 Seventh Avenue
New York, NY 10106

Ronald S. Pretekin, Esq.
Coolidge Wall Co., L.P.A.
33 West First Street, Suite 600
Dayton, OH 45402

Belkys Escobar
Assistant County Attorney
One Harrison Street, S.E., 5th Floor
Leesburg, VA 20175

Michael St. Patrick Baxter, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004

Susan Power Johnston, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

John F. Carberry, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901

Lisa Wurster
Dana Holding Company
P.O. Box 1000
Maumee, OH 43537

Daniel W. Sherrick, General Counsel
8000 East Jefferson Ave.
Detroit, MI 48214

David V. Cooke
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202

- 6 -

Donald S. Bernstein
Marshall S. Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

William Rosin
Kenneth Flaska
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI  48304

Richard M. Meth, Esq.
Day Pitney
P.O. Box 1945
Morristown, NJ  07962

Herbert K. Ryder
Day Pitney LLP
P.O. Box 1945
Morristown, NJ  07962

Herbert Ryder, Esq.
Day Pitney LLP
7 Times Square
New York, NY  10036

Richard M. Meth, Esq.
Day Pitney LLP
200 Campus Drive
Florham Park, NJ  07932
Amish R. Doshi, Esq.
Day Pitney LLP
7 Times Square
New York, NY  10036

Dealer Tire, LLC
3711 Chester Avenue
Cleveland, OH  44114

Dean M. Trafelet
Legal Representative
Asbestos Personal Injury Claimants
50 West Schiller
Chicago, IL  60610

Jasmine Powers, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

Richard F. Hahn, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

James O. Moore, Esq.
Dechert LLP
1095 Avenue Of The Americas
New York, NY  10036

Juliet Sarkessian, Esq.
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104

Shmuel Vasser, Esq.
Dechert LLP
1095 Avenue Of The Americas
New York, NY  10036

Deputy Solicitor Of Labor
Department Of Labor
200 Constitution Avenue, NW
Washington, DC  20201

J. Kots
Denise Mertz
Department Of Labor & Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602
Office Of General Counsel
Department Of The Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

Colleen M. Sweeney, Esq.
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN  37219

Doron Yitzchaki, Esq.
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI  48104

James A. Plemmons, Esq.
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI  48226

Kerry Masters Ewald, Esq.
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN  37219

Michael C. Hammer, Esq.
Dickinson Wright PLLC
301 E. Liberty, Suite 500
Ann Arbor, MI  48104

Gerard Diconza, Esq.
Diconza Law P.C.
630 Third Avenue, 7th Floor
New York, NY  10017

Karol Denniston
Jennifer Nassiri
DLA Piper LLP
550 S. Hope Street, Suite 2300
Los Angeles, CA  90071

Michael Foreman, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY  10177

Kristen K. Going, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC  20005

Stephanie Wickouski
Kristen K. Going
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY  10005

Eaton Corporation
1111 Superior Avenue
Cleveland, OH  44114

Ayala Hassell
Senior Attorney
Bankruptcy & Insolvency
EDS, An HP Company
H3-3a-05
5400 Legacy Drive
Plano, TX  75024

Edward S. Donini, Esq.
P.O. Box 605
New Smyrna Beach, FL  32170

J Whitlock
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Michael J. Mcginnis
Senior Attorney
El Paso Corporation
1001 Louisiana, Suite E 1943 A
Houston, TX  77002

Dan Ellias
Ellias Group LLC
411 Theodore Fremd Avenue, Suite 102
Rye, NY  10580

Rafael X. Zahralddin-Aravena
Theodore A. Kittila, Esq.
Elliott Greenleaf
1105 North Market St., 17th Floor
P.O.Box 2327
Wilmington, DE  19801

George F. Sanderson III
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC  27636

Alan H. Katz
Assistant General Counsel
Entergy Services, Inc.
639 Loyola Avenue, 26th Floor
New Orleans, LA  70113

Judy Gawlowski
Equitable Gas Bankruptcy Department
200 Allegheny Center Mall
Pittsburgh, PA  15212

David M. Eisenberg, Esq.
Erman, Teicher, Miller, Zucker & Freedman,
P.C.
400 Galleria Officentre, Suite 444
Southfield, MI  48034

Dianne S. Ruhlandt, Esq.
Earle I. Erman
Erman, Teicher, Miller, Zucker & Freedman,
P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034

Michael S. Kogan
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
Beverly Hills, CA  90212

Factory Motor Parts Company
1380 Corporate Center Curve
Eagan, MN  55121

Neil A. Goteiner, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104

Paul J. Pascuzzi, Esq.
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capital Mall, Suite 1450
Sacramento, CA  95814

Robert H. Huey, Esq.
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC  20007

Victor A. Vilaplana
Matthew J. Riopelle
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA  92101

Frank Dicastri, Esq.
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202

Jill L. Munch
Joanne Lee
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654

Mark A. Aiello
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Steven H. Hilfinger
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Steven H. Hilfinger
John A. Simon
Katherine R. Catanese
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

- 9 -

Scott T. Seabolt, Esq.
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Steven H. Hilfinger
Frank W. DiCastri
John A. Simon
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI  48226

Jeffrey A. Soble
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654

Kim R. Lynch, Esq.
Forman Holt Eliades & Ravin, LLC
80 Route 4 East, Suite 290
Paramus, NJ  07652

Yonn Geran, Esq.
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY  10017

G. Alan Wallace
Fraser Trebilcock Davis & Dunlap, P.C.
124 West Allegan Street, Suite 1000
Lansing, MI  48933

Aaron L. Hammer
Thomas R. Fawkes
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606

Robert E. Greenberg, Esq.
Friedlander Misler, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC  20036

Robert A. Guy Jr.
J.Matthew Kroplin
Frost Brown Todd
424 Church Street, Suite 1600
Nashville, TN  37219

David A. Rosenzweig
Mark C. Haut
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY  10103

Liz Boydston, Esq.
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

Louis R. Strubeck
Liz Boydston, Esq.
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

Michael M. Parker, Esq.
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX  78205

David A. Rosenzweig
Jaclyn L. Rabin
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY  10103

Gay D. Pelzer
Deputy General Counsel
The University Of Iowa
120 Jessup Hall
Iowa City, IA  52242

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, MI  48265

Ethan S. Gerber
Gerber & Gerber PLLC
26 Court Street, Suite 1405
Brooklyn, NY  11242

Paul Rachmuth
Gersten Savage, LLP
600 Lexington Avenue
New York, NY  10022
Ron Wallish
GHSP, Inc.
1250 South Beechtree Street
Grand Haven, MI  49417

David N. Crapo, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ  07102

David M. Feldman, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Matthew J. Williams, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

D. Girard
A.J. De Bartolomeo
Girrard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA  94108

Sacha Roass, Esq.
Gladfelter & Galvano, P.L.
Grimes Goebel Grimes Hawkins
1023 Manatee Ave. West
Bradenton, FL  34205

Glenn M. Reisman, Esq.
Two Corporate Drive, Suite 234
Shelton, CT  06484

Timothy F. Nixon, Esq
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI  53202

Jan I. Berlage
B. Delfino
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD  21201

B. Hoover
C. Belter, Esq.
Goldberg Segalla LLP
665 Main Street, Suite 400
Buffalo, NY  14203

Jonathan L. Flaxer
Douglas L. Furth
Anthony M. Vassallo
Golenbock Eiseman Assor Bell
   & Peskoe LLP
437 Madison Avenue
New York, NY  10022

Barbara S. Mehlsack, Esq.
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY  10004

Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA   02110

Gregory O. Kaden, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA   02110

B. Zirinsky
N. Mitchell
A. Kadish
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

- 11 -

CLI-1874161v1

J. Divack
H. Patwardhan, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY  10022

Lee D. Powar
Daniel A. DeMarco
Rocco I. Debitetto
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH  44114

Christopher J. Battaglia
Julie D. Dayas
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY  10022

Harman Becker Automotive Systems, Inc.
39001 West 12 Mile Road
Farmington Hills, MI  48331

Steig D. Olson
Michael Hausfeld
Hausfeld LLP
11 Broadway, Suite 615
New York, NY  10004

Jonathan Hook, Esq.
Haynes And Boone LLP
1221 Avenue Of The Americas, 26th Floor
New York, NY  10020

Patrick L. Hughes
Peter C. Ruggero
Haynes And Boone LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Charles A. Beckman
Brooks Hamilton
Haynes And Boone LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Judith Elkin
Haynes And Boone, LLP
1221 Avenue Of The Americas, 26th Floor
New York, NY  10020

Matthew E. Russell, Esq.
Haynes And Boone, LLP
1221 Avenue Of The Americas, 26th Floor
New York, NY  10020

William H. Short, Jr., Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC  29211

Stephen B. Selbst
Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016

Elizabeth Anne Carini Currenti, Esq.
Hess Corporation
1 Hess Plaza
Woodbridge, NJ  07095

Ramona Neal
Senior Counsel
Hewlett-Packard Company LP
11311 Chinden Boulevard
Mail Stop 314
Boise, ID  83714

Amy S. Chipperson, Esq.
Hewlett-Packard Financial
  Services Company
420 Mountain Avenue
Murray Hill, NJ  07640

Thomas H Curran
Paul F O'Donnell
Jennifer V Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA   02109

- 12 -

Susan R. Katzoff
Hiscock & Barclay LLP
One Park Place
300 South State Street
Syracuse, NY  13202

Scott A. Golden
Brian J Grieco
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

Tricia A. Sherick, Esq.
Honigman Miller Schwartz And Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Joseph R. Sgroi
Honigman Miller Schwartz And Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Robert B Weiss
Honigman Miller Schwartz And Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Camela J. Sandmant
Assistant County Solicitor
Howard County Office Of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

John J. Hunter, Jr., Esq.
Hunter & Schank Co., LPA
One Canton Square
1700 Canton Avenue
Toledo, OH  43604

Thomas J. Schank, Esq.
Hunter & Schank Co., LPA
One Canton Square
1700 Canton Avenue
Toledo, OH  43604

Karen Vogel
Treasurer Tax Collector
Imperical County Treasurer-Tax Collector
940 West Main Street, Suite 106
Flora Orpeza
El Centro, CA  92243

Anne Boudreau
Industry Canada, Legal Services
235 Queen Street
Ottawa, ON K1A OH5
Canada

Insolvency Section
Internal Revenue Service
290 Broadway
New York, NY  10007

Insolvency Section
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Richard Griffin
General Counsel
International Union Of Operating Engineers
1125 Seventeenth Street, NW
Washington, DC  20036

Daniel Sherrick
Niraj Ganatra
Legal Department
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI  48214

Melissa Zelen Neier, Esq.
Ivey, Barnum and O'Mara, LLC
170 Mason Street
Greenwich, CT  06830

- 13 -

Jennifer L. Saffer, Esq.
J.L. Saffer, P.C.
20 Vesey Street, 7th Floor
New York, NY  10007

Richard E. Kruger
Jaffe, Raitt, Heuer, & Weiss, P.C.
27777 Franklin Rd., Suite 2500
Southfield, MI  48034

Daniel R. Murray
Joseph P. Gromacki
Jenner & Block LLP
353 N. Clark St.
Chicago, IL  60654

Patrick J. Trostle
Heather D. Mcarn
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022

Allyn Barnard, President
Jim Barnard Chevrolet, Inc.
7107 Buffalo Road
Churchville, NY  14428

Jean Winborne Boyles, Esq.
Johnson, Hearn, Vinegar, Gee
  & Glass, PLLC
P.O. Box 1776
Raleigh, NC  27602

Juanita Perez Williams, Esq.
Corporation Counsel
300 City Hall
Syracuse, NY  13202

Jeffrey N. Rich
Eric T. Moser
K&L Gates LLP
599 Lexington Avenue
New York, NY  10022

Richard G. Smolev
Stewart B. Herman
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Jason V. Stitt, Esq.
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

Thomas M. Wilson, Esq.
Kelley & Ferraro, L.L.P.
2200 Key Tower
127 Public Square
Cleveland, OH  44114

David Retter
Pamela Bruzzese-Szczgiel
Jennifer Christian
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

James S. Carr
Jordan A. Bergman
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
Susan Jennik, Esq.
Kennedy, Jennik & Murray P.C.
113 University Place, 7th Floor
New York, NY  10003

Thomas M. Kennedy, Esq.
Kennedy, Jennik & Murray P.C.
113 University Place, 7th Floor
New York, NY  10003

P. Warren Hunt
James Deline
Kerr, Russell And Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226

James E. Deline, Esq.
Kerr, Russell And Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226

Richardo I. Kilpatrick
Leonora K. Baughman
Kilpatrick & Associates, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI  48326

Morton R Branzburg
Klehr Harrison Harvey Branzburg
  & Ellers LLP
260 S Broad Street
Philadelphia, PA  19102

Knapp Chevrolet
815 Houston Avenue
Houston, TX  77007

James W. Ehrman, Esq.
Kohrman Jackson & Krantz, PLL
One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, OH  44114

Frederick A. Berg
Jayson M. Macyda
Kotz, Sangster, Wysocki And Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, MI  48243

Thomas Moers Mayer
R. Schmidt
Lauren Macksoud
Jen Sharret
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Terrance Hiller
David Blau
Paul Magy
Matthew Schlegel
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI  48075

Adam D. Bruski, Esq.
Lambert, Leser, Isackson, Cook
  & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, MI  48708

Susan M. Cook, Esq.
Lambert, Leser, Isackson, Cook
  & Giunta, P.C.
916 Washington Avenue, Suite 309
Bay City, MI  48708

Robert J. Rosenberg
Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

Gabriel Del Virginia, Esq.
Law Offices Of Gabriel Del Virginia
488 Madison Ave.
New York, NY  10022

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205

Lawrence Jay Kraines, Esq.
14235 Dickens Street, Suite 4
Sherman Oaks, CA  91423

Michael E. Hastings
Michael T. Conway
LeClairRyan P.C
830 Third Avenue, 5th Floor
New York, NY  10022

- 15 -

Suzanne Hepner
Ryan J. Barbur
Robert H. Stroup
Levy Ratner P.C.
80 Eighth Avenue, 8th Floor
New York, NY  10011

Kenneth M. Lewis
Lewis Law PLLC
120 Bloomingdale Rd., Suite 100
White Plains, NY  10605

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253

Diane W. Sanders, Esq.
Linebarger Goggan Blair & Sampson, LLP
2700 Via Fortuna Drive, Suite 400
P.O. Box 17428
Austin, TX  78760

Kevin J. Walsh, Esq.
Locke Lord Bissell & Liddell LLP
3 World Financial Center, 20th Floor
New York, NY  10281

Michael S. Etkin
S. Jason Teele
Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY  10022

Michael S. Etkin
S. Jason Teele
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Kathleen H. Klaus, Esq.
Maddin, Hauser, Wartell, Roth
  & Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034

Michael S. Lieb, Esq.
Maddin, Hauser, Wartell, Roth
  & Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI  48034

Lynda Hall
Madison County Tax Collector
Madison County Court House
100 Northside Square
Huntsville, AL  35801

Steven A. Matta, Esq.
Matta Blair, PLC
4145 Dublin Drive, Suite 100
Bloomfield Hills, MI  48302

David H. Hartheimer, Esq.
Mazzeo Song & Bradham LLP
708 Third Avenue, 19th Floor
New York, NY  10017

Charles A. Stanziale, Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102

Jeffrey T. Testa, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102

Kimberly A. Brennan, Esq.
McCarthy, Lebit, Crystal &
  Liffman Co., L.P.A.
101 West Prospect Avenue, Suite 1800
Cleveland, OH  44115

- 16 -

Robert R. Kracht, Esq.
McCarthy, Lebit, Crystal & Liffman Co.,
L.P.A.
101 West Prospect Avenue, Suite 1800
Cleveland, OH  44115

Michael Reed
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX  78680

Charles E. Dorkey, III
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, NY  10169

Christopher F. Graham, Esq.
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, NY  10169

Jessica H. Mayes, Esq.
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, NY  10169

Jacob F. Lamme, Esq.
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY  12207

John J. Privitera, Esq.
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY  12207

Forrest B. Lammiman
Meltzer, Purtill & Stelle, LLC
300 South Wacker Drive, Suite 3500
Chicago, IL  60606

Edward J. Lobello, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Edward Lobello
Alan Marder
Jil Mazer-Marino
J. Rando Cristiano
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY  11530

Hanan B. Kolko, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY  10018

Michael A. Cox
Attorney General
Kathllen A. Gardiner
Assistant Attorney General
Cadillac Place
3030 West Grand Blvd.
Detroit, MI  48202

Michael S. Holmes, Esq.
Michael S. Holmes, P.C.
8100 Washington Avenue, Suite 120
Houston, TX  77007

Celeste R. Gill
Assistant Attorney General
Michigan Environment, Natural Resources
And Agriculture Division
525 W. Ottawa, 6th Floor
G. Menne Williams Building
P.O. Box 30755
Lansing, MI  48909

Michigan Funds Administration
7201 W. Saginaw Hwy, Suite 110
Lansing, MI  48917

Michigan Workers' Compensation Agency
7150 Harris Dr.
Dimondale, MI  48821

- 17 -

Michigan Workers' Compensation Agency
7150 Harris Drive
P.O. Box 30016
Lansing, MI  48909

Michael E. Barnard, President
Mike Barnard Chevrolet-Cadillac-Buick-
   Pontiac-GMC, Inc.
616 Thayer Road
Fairport, NY  14450

Matthew S. Barr
Tyson M. Lomazow
Samuel A. Khalil, Esq.
Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Thomas P. Sarb, Esq
Miller Johnson
250 Monroe Ave., Suite 800
Grand Rapids, MI  49501

Robert D. Wolford, Esq.
Miller Johnson
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, MI  49501

Donald J. Hutchinson, Esq.
Miller, Canfield, Paddock And Stone, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI  48226

Susan I. Robbins, Esq.
Miller, Canfield, Paddock And Stone, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY  10110

Timothy A. Fusco, Esq.
Miller, Canfield, Paddock And Stone, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI  48226

Marc N. Swanson, Esq.
Miller, Canfield, Paddock And Stone, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI  48226

Paul J. Ricotta, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
One Financial Center
Boston, MA   02111

Steven A. Ginther, Esq.
Missouri Department Of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

Natalie Ramsey
Joseph O'Neil, Jr.
Montgomery, McCracken, Walker &
Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

Andrew D. Gottfried, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

Richard S. Toder, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

Howard S. Beltzer
Emmeline S. Liu
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

Michael A. Bloom
Rachel Jaffe Mauceri
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

CLI-1874161v1

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Jeanette M. Gilbert
Joseph F. Rice
John A. Baden, IV
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464

Thomas Morrow
Motors Liquidation Company
f/k/a/ General Motors Corp
401 South Old Woodward Ave., Suite 370
Birmingham, MI  48009

Colleen E. McManus, Esq.
Much Shelist Denenberg Ament And
Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL  60606

Mary W. Koks
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

Richard Sox, Esq.
Myers & Fuller, P.A.
2822 Remington Green Circle
Tallahassee, FL  32308

Norman W. Bernstein, Esq.
N.W. Bernstein & Associates, LLC
800 Westchester Avenue, Suite 319 North
Rye Brook, NY  10573

Diane E. Sammons
Jay J. Rice, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, NJ  07068

Borah Goldstein Altschuler
Jeffrey Chancas
Nahins & Goidel, P.C.
377 Broadway
New York, NY  10013

Gary Kelly
Narmco Group
2575 Airport Road
Windsor, Ontario N8W 1Z4
Canada

George Cauthen
Cameron Currie
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
P.O. Box 11070
Columbia, SC  29201

Peter J. Haley, Esq.
Nelson Mullins Riley & Scarborough LLP
200 Clarendon St., 35th Floor
Boston, MA  02116

Devora Cohn
Legal Affairs - New York City Department
of Finance
345 Adams St., 3rd Floor
Brooklyn, NY  11201

Maureen F. Leary
Assistant Attorney General
New York State Department Of Law
Environmental Protection Bureau
The Capitol
Albany, NY  12224

Susan L. Taylor
Assistant Attorney General
New York State Department Of Law
Environmental Protection Bureau
The Capitol
Albany, NY  12224

Bankruptcy/Special Proc. Sect.
New York State Dept Taxation & Finance
P.O. Box 5300
Albany, NY  12205

Steven Koton
Assistant Atty General
New York State, Department of Labor
c/o Andrew Cuomo
Attorney General of the State of New York
120 Broadway, 26th Floor
New York, NY  10271

Jeffrey J. Johns
Commercial Director
North America Tonnage Linde, Inc.
575 Mountain Avenue
Murray Hill, NJ  07974

Carol E. Momjian
Senior Deputy Atty General
Office of Attorney General for Pennsylvania
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Office of the Attorney General
Andrew M. Cuomo
120 Broadway
New York, NY  10271

Lucas Ward, Esq.
Office of the Ohio Attorney General
150 East Gay Street, 21st Floor
Columbus, OH  43215

Melissa-Jean Rotini, Esq.
Office Of Westchester County Attorney
148 Martine Avenue, 6th Floor
White Plains, NY  10601

Michelle T. Sutter
Principal Assistant Attorney General
Office of the Ohio Attorney General
Environmental Enforcement Section
30 E. Broad Street, 25th Floor
Columbus, OH  43215

S. Ornelas
M. Castillo Jr.
Ornelas, Castillo & Ornelas, PLLC
401 East Hillside Rd., 2nd Floor
Laredo, TX  78041

Richard H Wyron, Esq.
Orrick Herrington & Sutcliff LLP
Columbia Center
1152 15th Street, N.W
Washington, DC  20005

Roger Frankel, Esq
Orrick Herrington & Sutcliff LLP
Columbia Center
1152 15th Street, N.W
Washington, DC  20005

Lorraine S. McGowen
Orrick, Herrington & Sutclifee LLP
51 West 52nd Street
New York, NY  10019

John Ansbro
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Richard H. Wyron
Robert F. Lawrence
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005

Mark D. Roth, Esq.
Orum & Roth, LLC
53 West Jackson Boulevard
Chicago, IL  60604

Tracy C. Sandler, Esq.
Osler, Hoskin & Harcourt LLP
100 King Street West
1 First Canadian Place, Suite 6100
Toronto, Ontario M5X 1B8
Canada

Jonathan N. Helfat, Esq.
Steven Soll, Esq.
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, NY  10169

Daniel Wallen
Melanie L. Cyganowski
Jonathan N. Helfat
Steven B. Soll
Otterbourg, Steindler, Houston & Rosen,
P.C.
230 Park Avenue
New York, NY  10169

P. Richard Hartley
415 E. Commerce Street, Suite 101
P.O. Box 583
Greenville, AL  36037

Duane Paddock, President
Paddock Chevrolet, Inc.
3232 Delaware Avenue
Kenmore, NY  14217

Kiah T. Ford, IV, Esq.
Parker Poe Adams & Bernstein LLP
Three Wachovia Center
401 S. Tryon Street, Suite 3000
Charlotte, NC  28202

Andrew N. Rosenberg, Esq.
Paul Weiss Rifkind Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Harvey A. Strickon, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022

Alan W. Kornberg
Jonathan T. Koevary
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Alan W. Kornberg
Rebecca Zubaty
Ian Pohl
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Andrew Rosenberg
Brian Hermann
Margaret Phillips
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Stephen J. Shimshak
Philip A. Weintraub
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Israel Goldowitz
Karen Morris
John Menke,
Pension Benefit Guaranty Corporation
Office Of The General Counsel
1200 K Street NW
Washington, DC  20005

Penske Auto Group
18600 South Hawthorne Boulevard
Torrance, CA  90504

Edward C. Toole
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103

Henry J. Jaffe
James C. Carignan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899

Laura Linn Noggle
Pepper Hamilton LLP
The New York Times Building
620 8th Ave., 37th Floor
New York, NY  10018

Dennis S. Kayes
Laura Linn Noggle
Pepper-Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI  48243

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins
  & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094

Peter M. Hobaica, Esq.
Peter M. Hobaica LLC
2045 Genesee Street
Utica, NY  13501

Philip Morris USA
2335 Bells Rd.
Richmond, VA  23234

T. Roberts
G. Yusufov
Deputy County Attorneys
c/o Barbara Lawall
Pima County - Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ  85701

Teresa Sadutto-Carley, Esq.
Platzer, Swergold, Karlin, Levine,
  Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY  10018

David A. Lerner, Esq.
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304

Douglas C. Bernstein
Michael A. Fleming
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304

John Mairo
Robert Schechter
Porzio Bromberg & Newman P.C.
100 Southgate Parkway
Morristown, NJ  07962

David Baldwin
Theresa Brown-Edwards
R. Stephen McNeill
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19801

Sara J. Geenen, Esq.
Previant, Goldberg, Uelmen,
  Gratz, Miller & Brueggeman, S.C.
1555 N. Rivercenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI  53212

- 22 -

Frederick Perillo
Previant, Goldberg, Uelmen,
   Gratz, Miller & Brueggeman, S.C.
1555 N. Rivercenter Drive, Suite 202
P.O. Box 12993
Milwaukee, WI  53212

Rakhee V Patel Esq
Pronske & Patel PC
2200 Ross Avenue, Suite 5350
Dallas, TX  75201

Scott K. Rutsky
Adam T. Berkowitz
Proskauer Rose LLP
1585 Broadway
New York, NY  10036

Pyeong Hwa Automotive Co., Ltd.
1032 Daecheon-Dong
Dalseo-Gu
Taegu, Korea

Faye Feinstein & Christopher Combest
Quarles & Brady LLP
300 North Lasalle Street, Suite 4000
Chicago, IL  60654

R. Elping
K. Dine
E. Carrig
1540 Broadway
New York, NY  11036

Jonathan I. Rabinowitz, Esq.
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039

Radha R. M Narumanchi
657 Middleton Avenue
New Haven, CT  06513

Stephen C. Tingey
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145

Raytheon Professional Services LLC
12160 Sunrise Valley Drive
Reston, VA  20191

Eric A. Schaffer, Esq.
Reed Smith LLP
225 5th Ave., Suite 1200
Pittsburgh, PA  15222

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Carol A. Felicetta, Esq.
Reid And Reige, P.C.
195 Church Street
New Haven, CT  06510

Terry L. Zabel, Esq.
Rhoades Mckee
161 Ottawa Avenue, NW, Suite 600
Grand Rapids, MI  49503

Richard M. Allen, Esq
223 Egremont Plain Rd, PMB 108
North Egremont, MA   01252

Richard W. Martinez, Esq.
Richard W. Martinez, APLC
228 St. Charles Avenue, Suite 1310
New Orleans, LA  70130

Joon P. Hong
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY  10281

- 23 -

Neil S. Binder
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY  10281

Michael Friedman
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY  10281

Joseph E. Shickich, Esq.
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154

J. Alex Kress
Kevin J. Larner, Esq
Riker, Danzig, Scherer, Hyland
  & Perretti LLP
500 Fifth Avenue, Suite 4920
New York, NY  10110

J. Alex Kress
Kevin J. Larner, Esq.
Riker, Danzig, Scherer, Hyland
  & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962

RK Chevrolet/RK Auto Group
2661 Virginia Beach Boulevard
Virginia Beach, VA  23451

Judith Lowitz Adler, Esq.
Robert Bosch LLC
Assistant General Counsel
38000 Hills Tech Drive
Farmington Hills, MI  48331

Robert T. Smith, Esq.
1451 East Lincoln Avenue
Madison Heights, MI  48071

Russell P. Mcrory, Esq.
Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
875 3rd Ave., 9th Floor
New York, NY  10022

Anthony L. Leffert, Esq.
Robinson Waters & O'dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO  80202

N. Kathleen Strickland
Ropers Majeski Kohn & Bentley
201 Spear Street, Suite 1000
San Francisco, CA  94105

Christopher Belmonte
Pamela Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Adam H. Isenberg, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Jeffrey C. Hampton, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

Ryan D. Heilman, Esq.
Schafer And Weiner, PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI  48304

- 24 -

Benjamin P. Deutsch, Esq.
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY  10005

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103

Kevin M. Schoenl
Connie Schoenl
20 Jade Creek Drive
Hilton, NY  14468

David J. Karp
Adam Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

Andrew N. Vollmer
Acting General Counsel
Securities And Exchange Commission
100 F Street, NW
Washington, DC  20549

Mark Schonfeld
Regional Director
Securities And Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281

David T. Lin, Esq.
Seyburn, Kahn, Ginn, Bess & Serlin P.C.
2000 Town Center, Suite 1500
Southfield, MI  48075

Dennis O'Dea
SFS Law Group
9930 Monroe Road, Suite 103
Matthews, NC  28105

Budd Brink
Shape Corp.
1900 Hayes Street
Grand Haven, MI  49417

Brian L. Shaw, Esq.
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654

Fredric Sosnick
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Edward Tillinghast
Malani Cademartori
Blanka Wolfe
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY  10112

Arthur A. Chaykin, Esq.
Shinn Fu Corporation
10939 N. Pomona Ave.
Kansas City, MO  64153

Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Geoffrey L. Silverman
Karin F. Avery
Silverman & Morris, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, MI  48322

Adam L. Rosen, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

David J. Mack, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Peter V. Pantaleo, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Larry A. Levick
Michelle E. Shirro
Singer & Levick P.C.
16200 Addison Road, Suite 140
Addison, TX  75001

Kayalyn A. Marafioti
Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

John Wm. Butler, Jr., Esq.
Ron W. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL  60606

Nicole B. Boehler
Smith & Partners
Herrenberger Strasse 12
Boeblingen, Germany 71032

G. Christopher Meyer, Esq.
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH  44114

Trent P. Cornell, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL  60603

J. Christopher Caldwell, Esq.
Stark Reagan
1111 W. Long Lake Road, Suite 202
Troy, MI  48098

William Payne
John Stember
Ellen M. Doyle
Stephen M. Pincus
Pamina Ewing
Joel Hurt
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, Suite 1705
429 Forbes Avenue
Pittsburgh, PA  15219

Ellen M. Doyle
Joel Hurt
Pamina Ewing, Esq.
Stember Feinstein Doyle And Payne LLC
Allegheny Building, Suite 1705
429 Forbes Avenue
Pittsburgh, PA  15219

John Stember, Esq.
Stember Feinstein Doyle And Payne LLC
Allegheny Building, Suite 1705
429 Forbes Avenue
Pittsburgh, PA  15219

Stephen M. Pincus, Esq.
Stember Feinstein Doyle And Payne LLC
Allegheny Building, Suite 1705
429 Forbes Avenue
Pittsburgh, PA  15219

Stephen H. Gross, Esq.
35 Old Sport Hill Road
Easton, CT  06612

Charles D. Bullock, Esq.
Stevenson & Bullock Plc
26100 American Drive, Suite 500
Southfield, MI  48034

- 26 -

Sonya N. Goll, Esq.
Stevenson & Bullock PLC
26100 American Drive, Suite 500
Southfield, MI  48034

Robert C. Goodrich, Jr.
Madison L. Martin
Stites & Harbison PLLC
401 Church Street, Suite 800
Nashville, TN  37219

Brian H. Meldrum, Esq.
Stites & Harbison, PLLC
400 W. Market Street, Suite 1600
Louisville, KY  40202

Sabrina L. Streusand, Esq.
Streusand & Landon, LLP
811 Barton Springs Rd., Suite 811
Austin, TX  78704

Sander Esserman
Peter D'Apice
Jo Hartwick
Jacob Newton
Stutzman Bromberg Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

Sander Esserman
Robert Brousseau
Peter D'Apice
Jo Hartwick
Stutzman Bromberg Esserman & Plifka PC
Legal Representative For Future Asbestos
Personal Injury Claimants
2323 Bryan Street, Suite 2200
Dallas, TX  75201

Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
Judy A. Groves
Charlotte Bodell
Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109

David J. Selwocki, Esq.
Sullivan, Ward, Asher & Patton, P.C.
1000 Maccabees Center
25800 Northwestern Highway
P.O. Box 222
Southfield, MI  48037

Thomas Steigerwald
Vice President
Team Chevrolet, Inc.
Route 16
Olean, NY  14760

Jay Teitelbaum
Teitelbaum & Baskin, LLP
3 Barker Avenue, Third Floor
White Plains, NY  10601

Robert Cooper
Marvin Clements
Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202

The Church Of The Good News
1599 Columbus Avenue
Boston, MA  02119

David J. Richardson
The Creditor's Law Group, PC
2301 Hyperion Avenue, Suite A
Los Angeles, CA  90027

- 27 -

Barbara Keane
The Garden City Group Inc
105 Maxess Road
Melville, NY  11747

J. Casey Roy
Asst. Attorney General
The Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548, Mc-008
Austin, TX  78711

Debra A. Kowich, Esq.
The University Of Michigan
Office of the Vice President and General
Counsel
503 Thompson Street, Room 5048
Ann Arbor, MI  48109

Edward T. Meaghar, Jr
President
The Valley Cadillac Corporation
3100 Winton Road South
Rochester, NY  14623

Robert H. Brownlee, Esq.
Thompson Coburn LLP
One U.S. Bank Plaza, Suite 2600
St. Louis, MO  63101

Tipotex Chevrolet, Inc.
1600 N. Expressway 77/83
Brownsville, TX  78521

Mark S. Gamell, Esq.
Torre, Lentz, Gamell, Gary
  & Rittmaster, LLP
100 Jericho Quadrangle, Suite 309
Jericho, NY  11753

Torres Edward Zuniga
Genoveva Bermudez
c/o Cohen & Associates
8710 E Vista Bonita Dr.
Scottsdale, AZ  85255

Alison D. Bauer
Timothy B. Martin
Torys LLP
237 Park Avenue
New York, NY  10017

Toyota Boshoku America, Inc.
28000 West Park Drive
Novi, MI  48377

Tobin Lippert
Toyota Motor Sales U.S.A, Inc.
19001 South Western Ave, Hq12
Torrance, CA  90509

Sam Della Fera, Jr., Esq.
Trenk Dipasquale Webster Della Fera
  & Sodona, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ  07052

Brett D. Goodman, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, NY  10174

Jeffrey W. Kelley, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA  30308

TRW Automotive U.S. LLC
12001 Tech Center Drive
Livonia, MI  48150

Joseph Samarias, Esq.
U.S. Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC  20220

Otis M. Underwood Jr.
Underwood & Associates, P.C.
167 S. Washington St.
Oxford, MI  48371

CLI-1874161v1

Mary Ann Kilgore, Esq.
Union Pacific Railroad Company
1400 Douglas Street, Stop 1580
Omaha, NE  68179

Natalie Kuehler
David S. Jones
United States Attorney
For The Southern District Of New York
86 Chambers Street, 3rd Floor
New York, NY  10007

Claims Unit - Room 417
United States Attorney's Office
One St. Andrews Plaza
New York, NY  10007

United States Bankruptcy Court
Southern District Of New York
The Honorable Robert E. Gerber
One Bowling Green
New York, NY  10004

United States Department of the Treasury
Attn: Chief Counsel, Office of Financial
   Stability
1500 Pennsylvania Avenue NW
Washington, D.C.  20220

United States Department of the Treasury
Attn: Office of General Counsel
1500 Pennsylvania Avenue NW
Washington, D.C.  20220

Anti-Trust Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

Eric H. Holder, Jr.
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

David R. Jury, Esq.
United Steelworkers
Five Gateway Center, Suite 807
Pittsburgh, PA  15222

Michael Edelman, Esq.
Vedder Price
1633 Broadway, 47th Floor
New York, NY  10019

Michael Edelman
Michael Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019

Lawrence A. Katz, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA  22182

Ronald L. Oran, Esq.
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, NY  10103

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI  48075

CLI-1874161v1

Stephen B. Grow, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503

Kurt M. Brauer
Dennis W. Loughlin
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI  48075-1318

Robert L. Barrow, Esq.
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX  78215

Zachary Mosner
Assistant Attorney General
Washington Department of Revenue
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
Steven Ostrow, Esq.
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY  10119

Michael Dockterman
Jonathan Young
Rene Friedman
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606

Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095

Letitia Accarrino, Esq.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095

William T. Green III, Esq.
William T. Green, III, P.C.
11 Greenway Plaza, Suite 2820
Houston, TX  77046

Dennis L. Jenkins, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, MA  02109

Philip D. Anker
Melanie J. Dritz
Wilmer Cutler Pickering Hale
  and Dorr LLP
399 Park Avenue
New York, NY  10022

Carey D. Schreiber, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

Matthew J. Botica
Mindy D. Cohn
Carey D. Schreiber
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Steven M. Schwartz
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

William David Coffey, III
Martin Alaniz
William David Coffey & Associates
13810 FM 1826
Austin, TX  78737

Scott A. Wolfson, Esq.
Wolfson Bolton PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083

- 30 -

James Wyly
Sean Rommel
Wyly-Rommel, PLLC
2311 Moores Lane
Texarkana, TX  75503

Stuart A. Krause
Bryan D. Leinbach
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10022

CLI-1874161v1