# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| ANTHONY F. SERRA, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO.: CV 2009-900680 |
| SHANE LONG, | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

I, Jeffrey L. Ingram, hereby enter my appearance as counsel for the Plaintiff, Anthony F. Serra.

Respectfully Submitted,

/s/ Jeffrey L. Ingram
Jeffrey L. Ingram (ING025)
Attorney for Plaintiff

OF COUNSEL:

GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
(205) 870-0663
Email: jeff@galese-ingram.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed using the Court's electronic filing system on this 8th day of February, 2011, which will provide notice to all attorneys and/or parties of record.

/s/ Jeffrey L. Ingram