*Studio legale e notarile*

# BARONE . RIPEPI

*Iscritti nel Registro degli Avvocati del Cantone Ticino*

*Avv. Gianfranco Barone, Notaio*
*Avv. Dott. Antonella Cinzia Barone-Ripepi*

*CH-6850 Mendrisio*
*Via Francesco Chiesa 65a*
*Casella Postale 1860*
*Tel. 091/630.53.08*
*Fax 091/630.52.35*
*E-mail: baroneripepirsv@ticino.com*

*CH-6901 Lugano*
*Via Peri 17*
*Casella Postale 5256*
*Tel. 091/924.97.60*
*Fax 091/924.97.62*
*E-mail: baroneripepilugano@ticino.com*

REGISTERED
The Garden City Group Inc.
Attn. Motors Liquidation Company
P.O.Box 9386
Dublin, OH 43017 - 4286

Lugano, 1st February 2011
GB pm

Subject: Chapter 11 case n° 09-50026 (REG)

Dear Sir, Honorable Court,

We are hereby reaffirm ,on behalf and on behalf of my Client Mr. Massimo Chiodi, who lives in Paradise -Switzerland - Boggia Street n° 10, his indisputable right to creep into bankruptcy proceedings concerning the pre-General Motors (chapter 11), together with that of being compensated - in the form and manner to be decided - the entire amount corresponding to that held by General Motors bonds, plus interest accumulated and accrued at the time of liquidation.

My Client owns General Motors Bond of USD 20,000.00 and EUR 5,000.00 stored at the warehouse and trading n° 5137.90.78 of PostFinance,in turn,represented by the Bank Vaudoise in Switzerland.

Please,therefore, be taken into due consideration the above facts and to evaluate the practical capacity for the repayment of General Motors Debtor to creditors or investors, to accept the claim for damages and not to expunge the claim form any exposed - even before today - from my Client.

*studio legale e notarile*

BARONE . RIPEPI

In waiting for your early reply, I emphasize that with this we wanted to respond as required by the communication has come down, or before the date of the hearing scheduled for February 9, 2011.

With our more dutiful compliments

LAW FIRM

Mr. Gianfranco Barone-Ripepi

Peri Street No 17

6900 LUGANO

Switzerland

saluti.

Avv. Gianfranco Barone

Copy to:

Chambers of the Honorable Robert E. Gerber

United States Bankruptcy Court

One Bowling Green, Room 621

New York, NY 10004 - 1408

Studio legale e notarile

# BARONE • RIPEPI

Iscritti nel Registro degli Avvocati del Cantone Ticino

Avv. Gianfranco Barone, Notaio
Avv. dott. Antonella C. Barone-Ripepi

Chambers of the Honorable
Robert E. Gerber
United States BankruptcyCourt
One Bowling Green, Room 621
New York, NY 10004 - 1408

CH-6901 Lugano
Via Peri 17
Casella Postale 5256
Tel. 091/924 97 60
Fax 091/924 97 62
E-mail: baroneripepilugano@ticino.com

Lugano, 1st February 2011
GB pm

CH-6850 Mendrisio
Via Francesco Chiesa 65a
Casella Postale 1860
Tel. 091/630.53.08
Fax 091/630.52.35
E-mail: baroneripepirsv@ticino.com

☒ Per conoscenza e per i vostri atti
Zur Kenntnisnahme und zu Ihren Akten
Pour votre information et pour vos actes
For your knowledge and your files

○ Da controllare e firmare
Zur Prüfung und Unterzeichnung
Pour vérification et signature
Please vérification et signature

○ In attesa del vostro parere
Zur Kenntnisnahme
En attendant votre opinion
For your comments

○ Di ritorno con molti ringraziamenti
Mit bestem Dank zurück
De retour, avec nos remerciements
Returning with many thanks

○ Da voi richiesto
Gemäss Ihrer Anfrage
Selon votre requète
As required

○ Per approvazione
Zur Genehmigung
Pour approbation
For approval

○ Con preghiera di richiamare
Mit der Bitte um Ihren Anruf
Avec prière de nous téléphoner
Please telephone us

○ Da ritornare entro
Mit der Bitte un Rückgabe bis
A retourner jusqu'au
Pease return by

○ Da completare
Mit der Bitte zum ergänze
Pour compléter
To be filled out

○ Con preghiera di voler prendere posizione
Mit der Bitte um diesbezügliche Stellungnahme
Prière de bien vouloir prendre position
Please take position

○ Come da colloquio telefonico
Gemäss unsere Besprechung
Selon nôtre entente téléphonique
As discused by phone

○ Con preghiera di firma e restituzione
Mit der Bitte um Unterzeichnung und Rückgabe
Avec prière de signer et de nous retourner
Please sign and return

Distinti saluti
Mit freundlichen Grüssen
Aves nos meilleures salutations
With best regards

Avv. Gianfranco Barone