1746 West Second Street
Brooklyn, NY 11223
February 1, 2011

Honorable Robert E. Gerber
United States Bankruptcy Court - Southern District of N.Y.
One Bowling Green
New York, NY 10004

Dear Honorable Robert E. Gerber,

Re: The Debtor's 151st Omnibus Objection to disallow certain claims filed by Motors Liquidation (G.M).

I am writing to express my opposition to the objection filed by Motors Liquidation Company (G.M) under 151 Omnibus Objection to disallow payment of my Claim # 21159.

On October 30, 2009, I filed in good faith with the U.S. Bankruptcy Court - Southern District of New York, for 100 Common GM stocks in the amount of $2,712.50.

To my extreme dismay, I received a notice that this claim is being disallowed because of Equity Interests. What is Equity Interests?

I have worked as a New York City high school teacher for 34 years, and I have purchased shares in American Companies because I believe and have faith in America and the American way-of-life. It is with deep remorse that I no longer have faith in companies that were bailed out by our government and happily accepted money from shareholders and yet do NOT want us to share in their new found-financial Successes.

This is unfair! I applaud big businesses but NOT at a cost to "small n'little investors, particularly, those that benefitted from government bailouts.

I am aware that on March 1, 2011, a hearing is being held to consider this objection.

I implore and plead for kindness on your part in overturning this objection.

Sincerely yours,
Marietta Calabrese
(MARIETTA CALABRESE)