

# McCARTER & ENGLISH
ATTORNEYS AT LAW

February 2, 2011

United States Bankruptcy Court
For the Southern District of New Jersey
One Bowling Green
New York, NY 10004-1408

Clement J. Farley
Partner
T. 973.639.2064
F. 973.297.3869
cfarley@mccarter.com

Re: In re Motors Liquidation Company, et al. - Case No. 09-50026

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Dear Sir or Madam:

Please remove my name and information listed below from the Court's ECF notification list regarding the above-captioned case. If you should have any questions, please contact my paralegal, Stacy Lipstein, at 973-849-4304. Thank you.

Clement J. Farley
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
cfarley@mccarter.com

Very truly yours,

Clement Farley

Clement J. Farley

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 11155902v.1