FEBRUARY 01 2011

**MARK GIROWSKI**
**1027 INCA TRAIL LAKE ORION MI**
**48362**
**CLAIM # 62142**

WEIL, GOTSHALL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATT: SARAH ROBERTS

RE: MOTORS LIQUIDATION COMPANY 151ST OMNIBUS OBJECTION TO CLAIMS

*I RECENTLY RECEIVED PACKAGE INFORMATION INFORMING ME THAT GENERAL MOTORS CORP. FILED THEIR 151st OMNIBUS OBJECTION TO DISALLOW CERTAIN CLAIMS (EQUITY INTEREST CLAIM).*
*I'M DIRECTLY AFFECTED BY THIS ACTION AND WILL SUFFER SIGNIFICANT FINANCIAL LOSES WHICH DIRECTLY IMPACTS MY LIVEHOOD. THEREFORE I STRONGLY DISAGREE WITH THE GM CORP. ACTION AND ASK THE HONORABLE ROBERT E GERBER, UNITED STATES BANKRUPCY JUDGE TO DISALLOW THIS CLAIM.*

**RESPECTFULLY YOURS**
**MARK GIROWSKI**

**PS. SINCE THERE IS NOT CLEAR INSTRUCTIONS HOW TO RESPOND TO THIS CLAIM, I'M SUBMITTING MY PROTEST BY WRITING AND WOULD APPRECIATE IT IF YOU COULD FORWARD IT TO THE PROPER AUTHORITIES.**