UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et al, f/k/a General Motors Corp., et al.

                    Debtor

Case No.: 09-50026
Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Steven C. Powell, request admission, *pro hac vice*, before the Honorable Robert Gerber, to represent T. Charles Powell, a non-attorney creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, Southern Division.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 2/7/2011
New York, New York

[signature]

Mailing Address:
Powell Murphy, PLLC
322 N. Old Woodward
Birmingham, MI 48009
E-mail address: scpowell@powellmurphylaw.com
Telephone number: (248) 723-4390