UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,　　　　　Case No.: 09-50026
　　　　et al, f/k/a General Motors Corp., et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　Debtor

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

　　　　Upon the motion of  Steven C. Powell  , to be admitted, ***pro hac vice***, to represent  T. Charles Powell  , (the "Client") a  non-attorney creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Michigan  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Michigan, Southern Div.  , it is hereby

　　　　**ORDERED**, that  Steven C. Powell  , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
 New York  , New York　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE