Honorable Judge Robert E. Gerber  
United States Bankruptcy Court  
One Bowling Green  
New York, N.Y. 10004

1 February, 2011

Subject: Chapter 11 Case # 09-50026 (GM/MLC)

Honorable Judge Gerber,

Please find a copy of my objection to the expunging of my claim # 21560 for Diminished Life & Health Insuranes, as presented to Attorney David N. Griffiths, of Weil, Gotshal & Manges.

My apologies for sending this to you in this form. At age 73, I am not proficient enough at the computer to comply with the sending through the electronic media.

Your consideration in this matter is sincerely appreciated.

Respectfully submitted,

*Thomas L. Kracker*

Thomas L. Kracker  
175 Tunica Ln. Ellijay, GA. 30540

David Griffiths, Attorney
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Subject: GM/MLC Bankruptcy Settlement Request

Dear Mr. Griffiths,

I am a retired General Motors Salaried claimant in the above-stated bankruptcy proceedings, Claim # 21560, and would like to settle my claims. I have attached a copy of my claim using the data provided by GM, the GMRA and the Social Security Administration.

Regarding the claim for $52,995.50, the value of my cancelled life insurance subsequent to my retirement; the reduction to $10,000, made it financially impossible to replace the loss at my, then age 72, on a fixed income. Furthermore, the annual GM Personnel Benefit Summaries I received over my 27 years, left me feeling confident that I need not purchase more life insurance or mortgage life insurance on our retirement home, to provide for my families needs in the case of my death.

Regarding the claim for $24,054, the value of my post 65 Health Care Loss; previous retirees and their spouses were provided with full health care, vision and dental care by General Motors. The $300/month health care subsidy does not cover premiums for Medicare, Supplemental Insurance and Pharmacy expenses for my wife and I. This is just another expenditure depleting the GM Pension Fund, which I worked so hard to rely on.

The Health Care Losses to my wife for $137,115 are even more significant due to her younger age and are represented in the attachment. Her increased premiums, deductible and out-of-pocket expenses have definately reduced our ability to live out the retirement that we were annually assured would be there per our GM-provided "Personal Total Compensation Summary" portrayl. This coupled with the assurances from the GM Board of Directors and CEO's that "all was well", led us to believe we could rely on GM to live up to it's obligations. Despite the disclaimer allowing them to "change, modify or terminate any benefit programs", our <u>GM-fostered belief</u> that "all was well", suggested to our optimism, change or modification meant for the better!

I am not asking for pain & suffering; I am not asking for emotional distress; I am not asking for 24 months times my monthly salary for Life Insurance, I am asking for what GM portrayed to loyal employees.

In summary, all I ask, is that you, who represent General Motors, understand the plight of thousands of Salaried employees who have been affected by GM's total disregard for the salaried employees.

I object to the expunging of my claim and seek settlement in the full amount of my claims per the attached document.

Sincerely,

*Thomas L. Kracker*

Thomas L. Kracker
175 Tunica Ln.
Ellijay, GA. 30540
Claim # 21560

## Explanation of Value of Diminished Life & Health Insurance Benefits:
[Thomas L. & Donna L. Kracker (spouse)]

**GM Provided Basic Life Insurance** equivalent to one years annualized salary at retirement:

1994 monthly wage of $5,249.63** X 12* months = $62,995.50 less reduction to $10,000 = Net Loss of $52,995.50

**Health Care Losses:** Thomas age 71; Donna age 43 as of Jan. 2009

$1900 per year Annual Post 65 loss per GM provided data
X 12.66 years Life Expectancy per ssa.gov
$24,054 Loss per Thomas, dob 4-18-1937

$1360 per year Pre 65 loss per GM provided data
X 22 years to age 65
$29920 Loss per Donna prior to age 65, dob 5-25-1966

$5500 per year Annual Post 65 loss per GM provided data
X 19.49 years Life Expectancy per ssa.gov
$107,195 Loss per Donna post 65

Total Loss Thomas: $52,995.50 + 24,054.00 = $77,049.50

Total Loss Donna: $29,920.00 + 107,195.00.00 = $137,115.00

Total Loss, Thomas & Donna Kracker:        $214,164.50

Note: Per the attachments (2), the "GM Retirement Information" page states the Life Insurance is "24 times the monthly salary". For purposes of my Loss Calculation, I have used only 12* months.

** I arrived at my monthly salary using the SSA Earnings statement of $41997 representing 8 months salary, as I retired 9/1/1994, therefore $41997/8 = $5,249.63