Hearing Date and Time: March 1, 2011 at 9:45 a.m. EST

Thomas Donovan
1262 Westlake Woods Dr.
Springfield, MI 49037

Phone:   269-962-4164
e-mail: donovantc@att.net

Retired salaried employee of General Motors
with unsecured claim for health and life insurance benefits
Claim No. 22223.  Page 18, Exhibit A, Debtor's 169th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re                                                       :       Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :       09-50026
         f/k/a General Motors Corp., et al.                 :
                                                            :
                    Debtors.                                :
-----------------------------------------------------------x
```

Response to the **NOTICE OF DEBTORS' 169TH OMNIBUS OBJECTION TO CLAIMS**, dated January 26, 2011.

I object to this attempt by Motors Liquidation Co. and General Motors to avoid paying any money to retirees who had been promised health and life insurance benefits in retirement. Their request to deny all these claims is unjust and inequitable.

My wife and I will have to pay out over $69,000 cash during our expected lifetimes if we want to maintain the same level of life insurance that we had been promised.

GM had several options to avoid bankruptcy. The simplest would have been to reduce salaries and benefits of all employees, executives, and retirees by 25% and allow attrition to reduce the number of employees in the company.  This would have let the company stay in business while continuing to offer benefits to current employees and retirees at a reduced level.

Instead they chose to terminate retiree benefits, layoff thousands of employees, close multiple plant facilities, and declare bankruptcy. These steps basically left most GM executives with their compensation and employment intact, and put the cost savings onto terminated employees and retirees.

I respectfully ask the Court to order that a reasonable percentage, to be determined by the Court, of my claim and others be honored by Motors Liquidation Co. and General Motors.

Dated: Springfield, Michigan
         February 2, 2011

                                                                    _/s/ Thomas Donovan_____
                                                                        Thomas Donovan