# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number:<br>(please choose one) | ☒ Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | GERD SCHRÖDER<br>NETTELBROOK 3<br>D 24226 HEIKENDORF, Germany |
| Claim Number (if known): | 19782 |
| Date Claim Filed: | 29th October, 2009 |
| Total Amount of Claim Filed: | $ 13,597.82 |

RECEIVED FEB - 8 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 26. January, 2011

Print Name: (SCHRÖDER)

Title (if applicable): MR.

1