Donn Glander
20728 Wicks Ln
Grosse Pointe Woods, MI 48236

Feb 3, 2011

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 U.S. Bankruptcy Court Southern District of New York
One Bowling Green
New York, New York 10004

Response to 173rd Omnibus Objection to Claim # 61347.
Motors Liquidation Company
Claimant: Donn Glander

The 173rd Omnibus Objection pertains to the reduction of GM Health Care Benefits. However Claim # 61347 is due to a GM workplace injury described in the GM Accident Incident Investigation Report attached to the claim. The claim is not a claim to GM Benefits. The injury is due to GM's failure to properly enclose a laser process so as to prevent laser light from penetrating the retinas of workers. This particular laser light (3kW YAG) is known to destroy the retina of the eye and standard practice is to block or filter-out harmful radiation.

Is the New GM or the old GM (Motors Liquidation Company) responsible for financial compensation for the injury which occurred on March 21 2003 ?

If the financial responsibility lies completely with the New GM, I wish to withdraw my claim against Motors Liquidation Company.

However if Motors Liquidation is financially responsible for the injury, I do not believe the 173rd Omnibus Objection applies to Claim # 61347.

If the court can resolve these questions for me, I would appreciate a written response which I can keep for my records and which will allow me to quickly and properly abandon or proceed with the claim against Motors Liquidation.

Thank you,

Donn Glander

dwglander@yahoo.com
248-410-1572