Matthias Bluemel
Himpfelshofstr. 14
90429 Nürnberg
Germany

US Bankruptcy Court
Southern District of New York
Chambers of the Honorable Robert E. Gerber
One Bowling Green Room 621
New York
New York 10004-1408

Tel: +49 178 8499435
Fax: +49 911 4318224
28.01.2011

Chapter 11 Case No 09-50026 (REG)
Claim Info: Date 11/16/2009 Claim#26666
Debitor: Motors Liquidation Company
Amount: $ 10,000.00

Dear honorable Mr. Gerber,

concerning the application of the debtors, I inform you that I contradict the objection.

The debtor only wants to reduce the quote of allowance by collecting the individual complaints.

According to the „Financial Crisis Inquiry Report" (published on the German television) many responsible people made a lot of mistakes.
According to Mr. Phil Angelides the Financial crisis could have been avoided according to board of inquiry.
Supervisory authorities, politicians and bank manager have not followed to their supervision duty.
On account of that, it is incomprehensible why investors should loose their money.
The US government has failed here and is responsible!
During the crisis, GM has been overtaken by the US Government.
Because of this act, the US Government is responsible for all debts and has to pay them back in full, including all former and following interests.

According to my knowledge, cover assent of the German Government for Opel and GM has been given.
I am very surprised to hear, that the non covered bonds will only get a part of their value back.
Is there a mismatch in the available money and the debts?

Interesting to see is also the fact, that new General Motors is working well, without having any responsibility to their old debtory.

Please feel free to contact me during the hearing.

Regards,
M. Bluemel