George W. Fryhofer III
Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
Butler Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
Telephone: (404) 321-1700
Facsimile: (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com

Joshua I. Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

James C. Morton
Georgia Bar No. 526025
Suite 1350, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 966-5133
jcm-law@comcast.net

*Attorneys for William Hardee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                            :   Chapter 11
In re                                                       :
                                                            :   Case No. 09-50026 (REG)
MOTORS LIQUIDATION COMPANY., *et al.,*                      :
                                                            :   (Jointly Administered)
        Debtors.                                            :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA : 
: ss.: 
COUNTY OF DeKALB :

I, LEIGH MARTIN MAY, being sworn, say:

1. I am not a party of the action, am over 18 years of age and am employed by Butler, Wooten & Fryhofer LLP, counsel for William Hardee, at whose direction service was made.

2. On February 9, 2011, I served true copies of *Plaintiff William Hardee's Responses to Defendant Motors Liquidation Company's First Set of Interrogatories and Request for Production* by First Class Mail and Electronic Mail, upon the parties set forth below:

> Weil, Gotshal & Manges LLP
> Harvey R. Miller, Esq.
> Stephen Karotkin
> Joseph H. Smolinsky
> 1300 I Street, NW
> Suite 900
> Washington, DC 20005

Dated: February 9, 2010

**BUTLER, WOOTEN & FRYHOFER, LLP**

By:   /s/    Leigh Martin May
George W. Fryhofer III
Georgia Bar No. 279110
Leigh Martin May
Georgia Bar No. 473389
Alan J. Hamilton
Georgia Bar No. 320698
2719 Buford Highway
Atlanta, Georgia 30324
Telephone: (404) 321-1700
Facsimile: (404) 321-1713
george@butlerwooten.com
leigh@butlerwooten.com
alan@butlerwooten.com

2

Joshua I. Divack
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
jdivack@hahnhessen.com

- and –

James C. Morton
Georgia Bar No. 526025
Suite 1150, Two Midtown Plaza
1349 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 966-5133
Facsimile: 404-806-2525
jcm-law@comcast.net

*Attorneys for William Hardee*