UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Motors Liquidation Company ) | |
| ) | |
| Debtor, ) | Case No.: 09-50026 |
| ) | Chapter 11 |
| . ) | |

## NOTICE OF APPEARANCE

Jeffrey L. Ingram hereby enters an appearance as counsel for Serra Chevrolet, Inc. and Keystone Automotive, Inc.

Respectfully Submitted,

/s/ Jeffrey L. Ingram
Jeffrey L. Ingram
Attorney for Creditors
Serra Chevrolet, Inc. and
Keystone Automotive, Inc.

OF COUNSEL:

GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
Tel:  (205) 870-0663
Fax: (205) 870-0681
Email: jeff@galese-ingram.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed using the Court's electronic filing system on this 9th day of February, 2011, which will provide notice to all attorneys and/or parties of record.

/s/ Jeffrey L. Ingram