The Honorable Robert E. Gerber
U.S. Bankruptcy Judge
Room 621, U.S. Bankruptcy Court
One Bowling Green
New York, N.Y.

39 Olive Ave.
Rehoboth Beach
De. 19971

Dear Judge Gerber,

I just received the enclosed court papers in regard to the liquidation of General Motors Co. My name is on page 7 of the enclosed papers.

I am 88 years of age, a widow living on 146.00 Du Pont pension and 1100.00 Social Security per month.

U.S. Federal taxes saved the General Motors Co. and yet they have confiscated my 200 shares of common stock and unethically manipulated a way to be back in business making G.M. cars again. To me that's an act of extortion by General Motors or the U.S. Government.

If you're an honorable judge how can you judge this to be a fair way to allow Gen. Motors or the U.S. government to take someones shares from them.

I have lived a long, decent life, worked hard to save my money for my children and grandchildren. I find this unacceptable.

General Motors should pay back in shares or money that which we paid in good faith or else the U.S Federal Government should be liable for the payback.

Very sincerely yours,

Katherine T. Cole
39 Olive Ave.
Rehoboth Beach, De. 19971

Phone 302-227-7095