February 3, 2011

1 of 4

United States Bankruptcy Court
Southern District of New York.

In re
Motors Liquidation Company, et al
f/k/a General Motors Corp, et al

Debtors.                    Chapter 11 Case No
                            09-50026 (REB)
Delphi Corporation -05-44481    (Jointly Administered)
                    (RDD)

RECEIVED
FEB - 8 2011
U.S. BANKRUPTCY COURT, SDNY

Dear Judges/Courts:

        I Sharyl Y. Carter at 1541
LaSalle Ave #1, Niagara Falls, New York 14301
My numbers are (716) 282-1639 and (716)
930-4495.
        Enclosed are copies of documents
from Delphi Sub Administration Center and
Ohio Department of Job and Family Services

Office of Unemployment Compensation
Determination of Unemployment Compensation
Benefits, and Delphi Coperation Personal
Savings Plan and the Delphi Salaried
Retirement Saving Program.

I Sheryl J. Carter contacted Delphi
Sub Administration Center several times
and I continue to get the run around
delay tactics about my funds that
are rightfully due to me. Delphi
and their affiliated Debtors, Agency
continue to place stress upon me,
and my family, harassment, retaliation
tactic continue to go on. I also continue
to hear from Delphi and affiliated Debtors
and Company that they do not have

any files on me. My question is why not, and how is it that Delphi continues to contact me about enclosed document also claims that I Sharyl J. Carter have against Delphi Corporation and Company. Also I'm contacted after the fact, deadlines, etc. I contacted Delphi Stock (PSP) which I went small settlement that was place into Delphi / am Stock, which I can not withdraw, take out, due to Delphi and affiliated Debtors has a hold on my account. Again I am being told they do not know why, the Representatives. I contacted Union Representatives Leslie Cash whos looking into the matter. Delay tactic continues. As I have NO INCOME since march 2010 of

Unemployments Benefits, which those funds was delay cut off in between months at a time, and I Sharyl Y Carter have to go through the same delay, stressful tactic as I continues to go through now, present and future.

I ask respectfully of you the Judges and Court to have this stop and allow all my claims that is allow to be given to me cash only. Please this factics that is place upon me is, and continue to cause stressful painful pressure against me and my family. Thank You.

Sincerely
Sharyl Y Carter

CERTIFIED MAIL

U.S. Postal Service

# CERTIFIED MAIL™ RECEIPT
## (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Delphi Sub Admin Center*
Street, Apt. No.; or PO Box No. *Attn. Appeal Dept*
*P.O. Box 5027*
City, State, ZIP+4 *Troy, Michigan 48098*

PS Form 3800, August 2006                    See Reverse for Instructions

7008 3230 0000 5106 4687

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Delphi Sub Admin Center*
*Attn. Appeal Dept*
*P.O. Box 5027*
*Troy, Michigan 48098*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

December 20, 2010

Delphi Sub Administration Center
Attn: Appeal Dept.
P.D. Box 5027
Troy, Michigan 48098 USA.

1 of 3

Dear Appeal Dept.

Enclosed are copies of the forms I
Sharyl Y. Carter at 1541 LaSalle Ave #1,
Niagara Falls, New York 14301. My Numbers
are (716) 282-3624 and (716) 930-4495
in September 2010, and I had to mail back
in October 2010 both with letters I wrote.

I am appealing this decision, due to
I Sharyl Y. Carter only received two
checks from Delphi Sub Administration, which
is also enclosed. According to the letter
the Sub funds was to beginning in,
on September 21, 2010. I was told

the Sub funds ended September 2010, for
the employees who took option 3 from Delphi
Corporation. Also, I did not know I
was to continue filing after my fund
ended in march 2010 for Unemployment
Benefits. first of all I was not notify
or aware of this information, or to file
for Sub funds, or who I was to ~~come~~
contact. But afterwards Delphi Sub
Administration Center contacted me to fill
out forms. Why could this have been
completed before funds expired? This is
not my fault and again I am
Appealing this decision. ALso look into
the matter of me, Sheryl Y. Carter not
receiving Sub fund back in the 2years
ago when I was laid off 2007.

To my understanding other employees received Sub funds, even if they too or was given options 3. Again I ask of you the Appeal kept to look into this matter and correct the problem.

Thank You. In the future I would like to be notify a head of time.

Sincerely,
Sharyl E.J. Carter

P.S. Also I have relocated back to my home town above from Ohio, another reason I did not know about filing continually.

Sharyl Y. Carter

# DELPHI

Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098
1-248-813-1782

September 28, 2010

SHARYL CARTER
1541  LASALLE AVE #1
NIAGARA FALLS, NY  14301

**Re: Determination of Ineligibility**

Employee SSN: ███████9353

Employee Name:  SHARYL CARTER

You are ineligible for a benefit under the SUB Plan for the week ending Sunday,  for the following reason(s):

**Employee has not submitted UC monetary determintion paperwork covering SUB Application week ending date**

**Appeals Procedure:** If you disagree with this determination, you may appeal. Contact your Local Union Benefit Representative for instructions on how to appeal this determination. You should keep copies of all documents pertaining to your appeal. Your written appeal must be mailed to the Delphi SUB Administration Center within 30 days following the date of this notice. Send your appeal to:

> Delphi SUB Administration Center
> P.O. Box 5027
> Troy, MI 48098

If you have any questions or require additional information about this letter, please call the Delphi SUB Administration Center, Monday through Friday between 8:00 a.m. and 4:00 p.m. Eastern Time zone, to speak with a Customer Service Associate.

Sincerely,

**Delphi SUB Administration Center**

cc: Leslie Cash - Moraine & Kettering

DSAC01

# Dependent Information Change Form (SUB-DI Form)
## Delphi Supplemental Unemployment Benefit Plan

**About You** (please print)

Carter, Sheryl                    L.              [ ] [ ] [ ] [ ] 9353
Last Name        First Name        Middle Initial        Social Security Number

1541 LaSalle Ave #1  Niagara Falls  New York  14301
Street Address        City        State        Zip Code

(716) 282-3621        (716) 282-1639        9-1-64
Home Telephone Number        Daytime Telephone Number        Date of Birth

## 1. Check One:

- [ ] I am submitting the names of my Federal Income Tax dependents because I am included in my spouse's dependency information.
- [ ] I am entitled to a greater number of dependents—I am submitting the names of my Federal Income Tax dependents because I am entitled to a greater number of dependents than I claim.
- [ ] My spouse and I will be laid off at the same time—My spouse and I are both Delphi employees, with separate Delphi dependency information, and will be laid off at the same time. (You and your spouse must each complete a new SUB-DI form to indicate how your Federal Income Tax dependent exemptions are to be divided between the two of you prior to applying for SUBenefits. You and your spouse **may not** claim the same dependents. Failure to complete the SUB-DI form may result in a SUB overpayment.)
- [ ] None of the above applies—Information was requested by the Delphi SUB Administration Center.
- [ ] Please cancel my previous dependent change request and use my current health care benefit dependent information.

## 2. Indicate Your Federal Income Tax Marital Status:    X Single    _____ Married

## 3. List your Federal Income Tax dependents to be used for SUBenefit purposes:

| Name (First & Last) | Relationship |
|---|---|
| Creola Yvette Everett | Daughter |
|  |  |
|  |  |
|  |  |
|  |  |

## 4. Number of Dependents claimed above: 1 + 1 (myself) = 2 (Total Number Claimed)

### Signature and Date

Any changes made as a result of your submission of this form will be reflected in your SUBenefit for the week following the week in which the Delphi SUB Administration Center receives this form.

The information I am furnishing is true and correct to the best of my information and belief. I understand the completion of the form is for the purpose of calculation of my 95% Weekly After-Tax Pay which is used to determine the amount of my Regular SUBenefit. THIS FORM WILL NOT AFFECT MY INCOME TAX WITHHOLDING FOR PAYROLL PURPOSES. This form does not authorize Delphi Corporation to revise my current Form W-4 and has no effect on my claim of dependents for state UC benefit purposes. In addition, I recognize this form will stay in affect until I either complete and submit another for changes, or submit one for cancellation.

Sheryl Y. Carter                    Sept 29 2018
Signature                    Date

**Mail Completed Form To:**
Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098

**Contact Information:**
Phone:  1-248-813-1782

U do request it included Health Ins
Sheryl Y. Carter

SFBN45

# EMPLOYEE LAYOFF CHECKLIST

## Unemployment Compensation (UC)

☐ After your layoff begins, contact your local Unemployment Compensation (UC) office or use the telephone number provided by the state agency. Answer all questions to the best of your knowledge, such as reporting wages and hours worked.

☐ If you have been denied UC due to Sunday earnings, include a copy of your denial letter with your SUB Application to the Delphi SUB Administration Center. Failure to do so may result in your SUBenefits being denied.

☐ If you have been denied UC due to insufficient earnings, include a copy of your denial letter with your SUB Application to the Delphi SUB Administration Center. Failure to do so may result in your SUBenefits being denied.

☐ Upon approval of initial UC Benefits, temporary extensions or Trade Readjustment Assistance, you will receive a Monetary Determination or Claim form from the state agency that provides Benefit year information. Include the Monetary Determination form with your SUB Application when applying for your SUBenefit. Failure to do so may result in your SUBenefits being denied.

**Note:** If you work(ed) in a plant previously covered by an AutoSUB program, you now need to send your Monetary Determination information and SUB application to the Delphi SUB Administration Center to apply for SUBenefits. **Your SUBenefits will no longer be automatically processed** based on information in the corporate personnel system and information received electronically from the state UC agency.

☐ Proof of an UC Payment must also be included in with your SUB Application. If you're receiving an automatic payment directly into your bank account, your state's UC website should have a link to a page showing your payment. Failure to include proof of UC payment (for same week as SUB application) with your SUB Application may result in your SUBenefits being denied.

## SUBenefits

☐ Obtain a hard copy SUB application from your Union Benefit Representative or Plant Personnel Department and complete all questions to the best of your knowledge.

☐ To change the number of dependents currently used to calculate your 95% SUB Gross Amount, submit a SUB Dependent Change (SUB-DI) Form with your SUB Application. These forms can be obtained from your Union Benefit Representative or Plant Personnel Department. This form will stay in effect until changed or cancelled.

☐ You must wait to apply for SUBenefits until after you receive your UC payment for the same week. Your SUB Application, Proof of Outside Earnings and Proof of UC Payment **must** be filed within 60 days of the week for which you are applying.

☐ If your application is received before Tuesday and passes all audits, your check will be mailed on Friday of the same week.

Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098
248-813-1SUB (1782)

Sept 20, 2010

Delphi Sub Administration Center
P.O. Box 5027
Troy, Michigan 48098 USA

RECEIVED 1/2
Sep. 1 2010
DELPHI AUTOMOTIVE SYSTEMS
EMPLOYEE BENEFITS

Dear Delphi Sub Administration Center.

    Enclosed is a copy of a letter, information
that was mailed to: Me Sharyl J. Carter at
1541 LaSalle Ave. Niagara Falls, New York 14301
    I am not or have never collected Supple-
ment Unemployment Benefit, as I am eligible
to collect. I tried several times to contact
your agency at (248) 813-1782, No one can
get through on this above phone number,
therefore I am writing this letter. If I
need any further information, or letter, to
fill out, I ask you to mail that information
to me. Sharyl J. Carter at the above address.
    I do not know if I currently have a Sub
B-1 form on file with CIGK, I filled
one out again anyways, also Sub

Sept 20, 2010
2 of 2

application enclosed.

Also I ask that your agency mail me names, phone numbers of personnel department, union representatives, any other department that I need to contact, since my plant was closed in Ohio. You should have all this information in your files.

Also enclosed is a letter, statement from Ohio department of job and family services that was mailed to me stating my benefits was expired as of march 24, 2010.

If I need to send more information please contact me.

Sincerely
[signature]

State of New York
County of ___Niagara___
Subscribed and Sworn to before me
this __23RD__ day of __september__, 2010

Notary Public
[signature]
Amanda Licht
NOTARY PUBLIC-State of New York
No. 01LI6203457
Qualified in Niagara County
My Commission Expires April 06, 2013

# Multiple Week Application for SUBenefits

FORM SUB-2

## ABOUT YOU

*Sharyl J. Carter*                    *9353*                    *Morgue/Kettering Ohio*

Participant's Name (First, Middle Initial, Last)          Participant's Social Security Number (SSN)          Plant City/State Location

| WEEK 1 | | | | WEEK 2 | | | |
|---|---|---|---|---|---|---|---|
| | Month | Day | Year | | Month | Day | Year |

## UNEMPLOYMENT COMPENSATION

For WEEK 1 or WEEK 2, did you receive, or were you eligible to receive, any State or Federal Unemployment Compensation Benefit? (See mailing checklist on reverse side for more information.) If yes, enter the total amount.

WEEK 1   Yes          WEEK 2   Yes
          No                    No

Enclose proof of receipt of such benefit showing the gross amount and each week ending date.

If no, review the reasons for ineligibility for each week below and circle the letter in the ineligibility column to the right.

A. Exhausted /Insufficient wages to qualify        C. Too much earned income
B. State Waiting Week          D. Other _____

Enclose a copy of any papers from the State or Federal Agency for proof of ineligibility.

| | WEEK 1 | | WEEK 2 | |
|---|---|---|---|---|
| | UC BENEFIT RECEIVED | Reason for Ineligibility | UC BENEFIT RECEIVED | Reason for Ineligibility |
| | Gross Amount | A B C D | Gross Amount | A B C D |
| | $ | | $ | |

## EARNINGS

For any day in WEEK 1 or WEEK 2, did you receive any earnings from ANY employer, including self-employment? Did you receive or were you eligible for any Corporation HOLIDAY PAY for the week(s) you are claiming? Fill in the name and address of the employer. ENTER GROSS EARNINGS.

| | Earnings Gross Amount | Earnings Gross Amount |
|---|---|---|
| | $ | $ |

| WEEK 1   YES   NO   Earnings | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|---|
| Name of Employer: | | | | | | | | |
| Address: | | | | | | | | |
| WEEK 2   YES   NO   Earnings | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| Name of Employer: | | | | | | | | |
| Address: | | | | | | | | |

## OTHER BENEFITS

For any of the days in WEEK 1 or WEEK 2, did you receive, or were you eligible for, or claiming:

Sickness /accident Disability Benefits        Worker's Compensation        Disability Pension Corporation Pension
Other:_____        Training Allowance

| WEEK 1   YES   NO   Other Benefits | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|---|
| Name of Payer: | | | | | | | | |
| Type of Benefit: | | | | | | | | |
| WEEK 2   YES   NO   Other Benefits | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| Name of Payer: | | | | | | | | |
| Type of Benefit: | | | | | | | | |

## SIGNATURE AND DATE

I have read the "Certification Statement" accompanying this application and agree to be bound thereby.

_Sharyl J. Carter_                    _Sept 22, 2010_
Signature                    Date

**You must sign and date this form so that your request can be processed.**

SUB-2

## OHIO DEPARTMENT OF JOB AND FAMILY SERVICES

## OFFICE OF UNEMPLOYMENT COMPENSATION

# DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-63000  12/03/2009

| Claimant's Name | | Social Security Number | Determination Identification Number |
|---|---|---|---|
| SHARYL Y. CARTER | | ▓▓▓▓9353 | 221598961-1 |

| Benefit Year Beginning Date | Benefit Year Ending Date | Application Date | Date Issued |
|---|---|---|---|
| 08/01/2010 | 07/30/2011 | 10/06/2010 | 10/18/2010 |

SHARYL Y. CARTER
1541 LA SALLE AVE
APT1
NIAGARA FALLS, NY 14301-1227
IlɪɪlIɪɪlɪɪlɪlIllɪɪɪɪɪllɪɪlIɪɪlɪlɪɪlɪɪlɪɪllɪɪlɪɪ.ɪɪll

**ODJFS Office**

Lima Processing Center
PO Box 1808
Lima, OH 45802-1808

Phone: (866) 272-0118
Fax:    (419) 996-3929

## THIS NOTICE IS A DETERMINATION OF AN INITIAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE

The Ohio Department of Job and Family Services has DISALLOWED the claimant's application for unemployment compensation benefits dated 10/06/2010. The claimant did not have at least twenty qualifying weeks of employment that was subject to an unemployment compensation law or did not earn an average weekly wage of at least $213 before taxes during the base period 07/01/2009 to 06/30/2010, as required by Section 4141.01(R)(1) of the Ohio Revised Code. This decision is related to qualification for regular UC benefits. If an application for Extended Unemployment Compensation benefits has been filed, a separate decision will be issued concerning eligibility for Extended Unemployment Compensation benefits.

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided. You may also file an appeal online at https://unemployment.ohio.gov. The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal. **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 11/08/2010** (21 calendar days after the 'Date Issued'). If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day. If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late. If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period. In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal. For additional information, call the ODJFS automated telephone system at 1-877-644-6562 and select the General Information option or visit the agency's website at https://unemployment.ohio.gov. Claimants may also review the **Worker's Guide to Unemployment Compensation.**

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

October 22, 2010

Delphi Sub Administration Center
P.O. Box 5027
Troy, Michigan 48098

1 of 2

Enclosed are copies of the information and documents that was mailed back to me, Sharyl L. Carter at 1541 LaSalle Ave #1 Niagara Falls, New York 14301. My phone Number is (716) 282-3624. Also Ohio Department of Job & Family Services Office of Unemployment Compensation Determination that I am Disallowed Services dated Oct 6, 2010.

Your stamp of receiving my application, documents was Sept 29, 2010. The application of multiple week for Subenefits form Sub-2 thats high lighted is blank, due to I do not have that information. I Sharyl

October 22, 2010

2 of 2

Mr. Carter contacted my Union Rep. Leslie Cash for this information, I was unable to get this information until I get the letter from Unemployment Office of disallowed benefits which I'm mailing to Leslie and to you which is enclosed. I would like for you to try and get this information for me, as I'll wait until she give it to me, and I'll send that form to you. I hope this do not interfere with my Sub pay.
Thank You.

Sincerely
Sheryl J. Carter

October 22, 2010

1 of 2

Leslie Cash
IUE-CWA Local 755
1675 Woodman Drive
Dayton Ohio 45432

I Sharyl J. Carter at 1541 LaSalle Ave #1, Niagara Falls, New York 14301. My Number is (716) 282-3624

Enclosed is a copy the letter that stated I was disallowed Services-Benefits from Ohio Department of Job & Family Services office of Unemployment compensation Determination dated Oct 6, 2010. and a copy of application form of Multiple week for Subchiefs form Sub-2. I would like this form to be filed out and return to me. Sharyl J. Carter

Shalyr lj. Cotter.

October 22, 2010

Rob 2

and to Delphi Sub Administration Center
P.D. Box 5827, Troy Michigan 48098
I hope this do not delay the processing
for a long period of time.

I was required by Unemployment
Department not to give my pin number
out as you request to check on the
status of my claim, which again a copy
is enclosed, if you need or have to have
my pin number, I would like a written
letter from you or your supervisor signed
and requesting my pin number.
Thank you.

Sincerely
Shauly lj. Cotter

CO.    FILE    DEPT.    CLOCK    NUMBER    056
86A    012423    000002    0094709783    1

DPH-SAS LLC
5725 DELPHI DRIVE
TROY, MI 48096

SHARYL CARTER
1541 LASALLE AVE #1
NIAGARA FALLS NY 14301

14301$1227 C-063

02 1M
000 4230059    $ 00.44⁰
NOV 10 2010
MAILED FROM ZIP CODE 48083
UNITED STATES POSTAGE    PITNEY BOWES

CO.    FILE    DEPT.    CLOCK    NUMBER    056
86A    012423    000002    0094709784    2

DPH-SAS LLC
5725 DELPHI DRIVE
TROY, MI 48096



SHARYL CARTER
1541 LASALLE AVE #1
NIAGARA FALLS NY 14301

14301$1227 C-063

02 1M
000 4230059    $ 00.44⁰
NOV 10 2010
MAILED FROM ZIP CODE 48083
UNITED STATES POSTAGE    PITNEY BOWES

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|-----|------|-------|-------|--------|-----|
| 86A | 012423 | 000002 | | 9783 | 1 |

# Earnings Statement

ADP®

*DPH-SAS LLC*
*5725 DELPHI DRIVE*
*TROY, MI 48096*

| | |
|---|---|
| Period Beginning: | 10/31/2010 |
| Period Ending: | 11/06/2010 |
| Pay Date: | 11/12/2010 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:        0
  OH:              0

**SHARYL CARTER**
**1541 LASALLE AVE #1**
**NIAGARA FALLS NY 14301**

Social Security Number: XXX-XX-9353

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Sub No Fica | | | 495.46 | 495.46 |
| Gross Pay | | | $495.46 | 495.46 |

| Deductions | | | |
|------------|---|---|---|
| Statutory | | | |
| Federal Income Tax | -52.66 | | 52.66 |
| OH State Income Tax | -11.60 | | 11.60 |
| Moraine Income Tax | -9.91 | | 9.91 |
| Other | | | |
| Union Dues lue | -28.00 | | |
| Net Pay | $393.29 | | |

Your federal taxable wages this period are $495.46

©1998, 2006, ADP, Inc. All Rights Reserved.



© 2000 ADP, Inc.

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK NUMBER | 056 |
|-----|------|-------|--------------|-----|
| 86A | 012423 | 000002 | ████████784 2 | |

# Earnings Statement

**ADP**

*DPH-SAS LLC*
*5725 DELPHI DRIVE*
*TROY, MI 48096*

| Period Beginning: | 10/31/2010 |
|---|---|
| Period Ending: | 11/06/2010 |
| Pay Date: | 11/12/2010 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:        0
    OH:             0

SHARYL  CARTER
1541  LASALLE  AVE  #1
NIAGARA  FALLS  NY  14301

Social Security Number:  XXX-XX-9353

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Sub No Fica | | | 495.46 | 990.92 |
| **Gross Pay** | | | **$495.46** | 990.92 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -52.66 | 105.32 |
| | OH State Income Tax | -11.60 | 23.20 |
| | Moraine Income Tax | -9.91 | 19.82 |
| **Net Pay** | | **$421.29** | |

Your  federal  taxable  wages  this  period  are  $495.46

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

December 2010

To:     Participants in the Delphi Personal Savings Plan for Hourly Rate Employees and
        Participants in the Delphi Savings-Stock Purchase Program for Salaried Employees (the
        "Plans") Between March 7, 2000 and March 3, 2005

Re:     Distribution to the Plans of Proceeds from Settlements Achieved in a Securities Class
        Action

This is to advise you that the Plans filed a claim to participate in the distribution of the proceeds
of settlements achieved by plaintiffs in a securities class action - - *In re Delphi Corp. Sec. Litig.*
Case Nos. 06-10025, 06-10026, 06-10027, 06-10028, 06-10029, 06-10030, and 06-10032. The
Plans have received a distribution from the settlements, and the Plans' actuary has determined
each participant's proportionate share of that distribution.

As a Terminated Vested participant, the proceeds allocated to you by the Plans were invested
according to your most recent investment elections on file at Fidelity. If you did not have
investment elections on file at Fidelity on the allocation date, your proceeds were invested in the
Promark Income Fund. The proceeds appear in your account as a new source called "Litigation
Proceeds" and are 100% vested.

You can view the amount you received by logging onto www.netbenefits.com. After logging in,
click on the Plan link from the Home page and then click on Transaction History to view the
"Litigation Proceeds" contribution amount.

To see more information about the underlying litigation, you can view the notice describing the
action by visiting www.delphiclasssettlement.com.

If you are eligible to take this money as a distribution please view the 402(f) tax notice on
Fidelity NetBenefits before calling to request the distribution. To view the notice click on:
- The Plan link from the Home page
- Loans or withdrawals
- Withdrawals
- View the participant distribution and tax notices.

If you have any questions regarding this communication or your Plan account, please call the
Fidelity Benefit Center at 1-877-389-2374 to speak with a Delphi Savings Plans Customer
Service Associate. Customer Service Associates are available business days from 8:30 a.m. to
midnight Eastern Time.

# DPH Holdings Corp.

World Headquarters 5725 Delphi Drive, Troy, MI 48098 USA

**United States Bankruptcy Court    Southern    District Of    New York**

| | |
|---|---|
| Name of Debtor: *General Motors Corporation* | **PROOF OF CLAIM** |
| Case Number *09-50026 (REG)* | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): *Staryl Y. Carter*

Name and Address where notices should be sent:
*Staryl Y. Carter*
*92 Woolery Lane C*
*Dayton Ohio 45415*

Telephone Number *(937) 742-7051 - 328 8072 (937) Cell*

Last four digits of account or other number by which creditor identifies debtor: *9353*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated:

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

**2. Date debt was incurred:** *Unknown*

**3. If court judgment, date obtained:** *June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ _____
(Unsecured)    (Secured)    (Priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

Date *June 16, 2009*
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Staryl Y. Carter    Staryl Y. Carter*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court** __Southern__ **District Of** __New York__

Name of Debtor
*Ycneral Motors Corporation*

Case Number
*09-50026 (REB)*

**PROOF OF CLAIM**
This Space For Court Use Only

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property )
*Sharyl Y. Carter*

Name and Address where notices should be sent
*Sharyl Y. Carter*
*92 Woolery Lane #C*
*Dayton Ohio 45415*

Telephone Number *(937) 742-7054 - (937) 522-8072*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: *9353*

This Space For Court Use Only

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated:

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #:
Unpaid compensation for services performed
from _____ to _____
       (date)              (date)

**2. Date debt was incurred:**
*Unknown*

**3. If court judgment, date obtained:**
*June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other _____
Value of Collateral $_____

Unsecured Priority Claim.
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4 1 07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**    $_____  _____  _____  _____
(Unsecured)      (Secured)      (Priority)      (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date
*June 16, 2009*

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Sharyl Y. Carter*    *Sharyl Y. Carter*

*Penalty for presenting fraudulent claim.* Fine up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 and 1571

**United States Bankruptcy Court**    **Southern**    **District Of**    **New York**

| | |
|---|---|
| Name of Debtor: *General Motors Corporation* Case Number *09-50026 (REB)* | **PROOF OF CLAIM** This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): *Staryl Y. Carter*

Name and Address where notices should be sent:
*Staryl Y. Carter*
*92 Woolery Lane #C*
*Dayton, Ohio 45415*

Telephone Number: *(937) 742-7054 - 302-8072* *(937) (cell)*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: *9353*

This Space For Court Use Only

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
    (date)     (date)

**2. Date debt was incurred:** *Unknown*

**3. If court judgment, date obtained:** *June 3, 2009*

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*(handwritten: Unknown At this time)*

**5. Total Amount of Claim at Time Case Filed: $_____**
    (Unsecured)     (Secured)     (Priority)     (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

| Date *June 16, 2009* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Staryl Y. Carter*    *Staryl Y. Carter* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



$00.880
05 18/2010
Mailed From 75201
US POSTAGE

neopost,

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

There is another claim
number/amount same
total 3c claim No
for this otatis

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

       **Re:**    **In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case No.: 09-50026 (REG)**

Dear Claimant,

    Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an unspecified and unsecured amount:

<u>Creditor Name</u>

SHARYL Y CARTER

<u>Claim Number(s):</u>

9072

    The purpose of this letter is to request that you provide MLC with a liquidated amount for your proof(s) of claim against MLC.  If you do not provide us with a liquidated amount for your proof(s) of claim, MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an objection or other available procedures.  If you wish to provide MLC with a liquidated amount for your proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 18, 2010.  Please attach any relevant documentation to your Claim Liquidation Letter.

    Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim Liquidation Letter.  Please be informed that submission of a Claim Liquidation Letter will not result in allowance of your proof(s) of claim.  MLC reserves all rights with regard to the above-listed proof(s) of claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

    Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

Re:    In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) —
       Claim Liquidation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

**Proof(s) of Claim Number**                    **Liquidated Amount (Unsecured)**
            9072                                 $ _5,000,000.00 ($5 mil/lion)_

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

x _____

Print Name _____

Address _____

City and State _____

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301



neopost℠

$00.880-
US POSTAGE

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

Re:    In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case
No.: 09-50026 (REG)

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors
(collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an
unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

7020

The purpose of this letter is to request that you provide MLC with a liquidated amount for your
proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim,
MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an
objection or other available procedures. If you wish to provide MLC with a liquidated amount for your
proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address
indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant
documentation to your Claim Liquidation Letter.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official
claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim
Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in
allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of
claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-
mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company


Enclosure

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

Re:    In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
Claim Liquidation Letter

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

<u>Proof(s) of Claim Number</u>                    <u>Liquidated Amount (Unsecured)</u>
7020                                                $5,000,000.00 ($5 million) SYC

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims.  I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

x _____

Print Name _____
Address _____
City and State _____

United States Bankruptcy Court
Southern District of New York

In Re                                          Chapter 11 Case N
                                               09-50026/REG
Motors Liquidation Company, et al.,
    f/k/a General Motors Corp, et al.   Jointly Administe
        Debtors.

I Sheryl Y. Carter at 1541 LaSalle Ave #1
Niagara Falls, New York 14301. My numbers are
(716) 282-3624.

    I am requesting, and would like to know
the status of my claims or claim against
the Debtors and its affiliated Debtors
and copies of the Plan, and Dis-
Closure statement.
        Thank You.

                        Sincerely
                        Sheryl Y Carter

February 3, 2011

1 of 4

United States Bankruptcy Court
Southern District of New York

In re
    Motors Liquidation Company, et al
        f/k/a General Motors Corp., et al
            Debtors

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

I Sharyl J. Carter at 1541 LaSalle Ave #1
Niagara Falls, New York 14301. My numbers
are (716) 282-1639 and (716) 930-4195.

Also I request that the Debtors and
their affiliated Debtors mail me all copies
documents concerning all my claims, and also
to all Plans in all these Bankruptcy
Courts, Hearing, cases, plans, everything, at
the same time that I am mailed for

replys, responses, and deadlines, that is require by me the claimant Sheryl y. Carter not after the fact so pass deadline date.

I Reject, object to all of the Debtors and their affiliated Debtors Plans. The Bankruptcy Courts has not passed on the merits of the Plan, and I reject that as well as all the Debtors and their affiliated Debtors Plans.

As far as GM Debtors and it's affiliated Debtors Health Care and Life Insurance, I reject and object, due to the Debtors cancel my Insurance before the date stated to me which was December 31, 2009. The Debtors cancel my Health and Life Insurance November 2009, which stopped all treatments, medications that I Sheryl y. Carter needed for my Health problems that I continued

Sheryl 2f Carter
09-50026        3 # 6

to have and continue to bring up more
problems thats continue to occur, which
started from working for the Debtors and
Affiliated Debtors. I believe all these
tactics & continue to go through continue
harassment, discrimination, retaliation due
to me Sheryl 2f Carter filing claims
against the Debtors and affiliated
Debtors. This is very stressful, and
affects my health and family. Also
my funds, settlement money is being
with held within the Debtors and
affiliated Debtors Company, and stocks.
I thought that the purpose of these
claims that I have against the
Debtors and affiliated Debtors was
to avoid and stop all treatments
tactics toward ~~these~~ towards me

to stop. I respectfully ask the Judge/courts to allow my rejections objections to all the Debtors and their affiliated Debtors Plans, and allow all my claims, settlements to be paid to me Sharyl Y. Carter <u>Cash Only</u>, Not Stocks within the Debtors Company's.

As Gm-Debtors and affiliated Debtors stated that moreover, a viable company would help preserve and supports jobs and benefits, Not only for Gm's employees, but also for the employees of Gm suppliers and dealers. So why I continue to be mistreated, misguided, all tactics above from the Debtors Gm and affiliated Debtor

Sherly Clarke
Cas 10 09-150026 5 # 0

Again I Sheryl 4, Carter Reject object
to the Debtors and affiliated Debtors Plan
Disclosure Statement, Hearing Confirmation
of the Plan and Procedures and
objecting, Rejecting to confirmation of
the Plan, voting on the Plan.

Rule 3018 (a) motion of Federal Rules
of Bankruptcy Procedure allowing my
Claim, or Claims in a different amount
that the Debtors and affiliated
Debtors Requesting in the voting Plan.
Enclosed are copies of Claims that I
requested $5 million each claim, any
other claims this amount should also
apply for those claims I have file
against the Debtors and affiliated
Debtors, as stated by the Debtors it

Case no 09-50026 6 #6

is the opinion of the Debtors that
Confirmation and implementation
of the Plan is in the best interest
of the Debtors estates and creditors.
What about the best interest of the
Claimants, I Sharyl Y Carter, as I
reject, object with all the Plans by
the Debtors and their affiliated Debtors.
That I feel is in the best interest
of me, claimant.
    Thank You.

                    Sincerely,
                    Sharyl Y Carter