Barry-Henry: Spencer Junior
c/o temporary mailing location
12 Administration Road
Bridgewater, Massachusetts near 02324
non-domestic without US

Honorable Robert E. Gerber
United States of America Bankruptcy Judge
in Room 621, of the United States of American
Bankruptcy Court for the Southern District
ONE Bowling Green
New York, New York 10004-1408

Dear Honorable Robert E. Gerber,

    I am taking this time to write you to inform you as,
District Court Administrative Judge     , that I Barry-Henry: Spencer
Junior, am a Creek Moor, American, inhabitant of Massachusetts and
citizen of Heaven, and I travel within this united States of America
and Indian Lands. However, my journey has been detained in this
state, Massachusetts, a sub-division/corporation of the UNITED
STATES, and treated as one without fundamental rights based upon
the contract(s) of united States of America Constitution 1787, Bill
of Rights 1787, State of Massachusetts Constitution Declaration of
Rights 1787, and held under Your color of law, with a suspended
Constitution without the option to consent, in both your civil and
criminal courts. All Rights Reserved.

    I now come in peace, clear minded, I have not done any harm
to anyone of the people of the several states, nor united States of
America and my only intent is to enjoy the beauty of this country.
In the event I create any liability to any of the people of the
several States or united States of America, this is my solemn pledge
to correct any such wrong and indemnify any such injury, also in the
same breath of air I must protect myself, hence, as a good faith
jester and to reserve all my rights, fundamental or otherwise.

        Acceptance of Oaths of Office of All State and Federal
    Executive, Legislative and Judicial Branch Officer and Designees

I, Barry-Spencer Junior, accept the oaths of office of all state and
federal Officers of the legislative, executive and judicial branches
and designees in all matter past, present and future, the same
creating indemnity bonds to guarantee that the public is not harmed,
nor I, by these actors. I have sent the indemnity bond to Henry M.
Paulsen Junior, the Secretary of the US Treasury, Department of
Treasury, in Washington, D.C. to gaurantee my full commercial
acceptance for any liability real or implied (please see enclosed
copy).

    Thank you for your attention to this matter. If I can be of any
assistance to you or others in the state or federal please feel free
to contact me at the above postial location

                                        Barry-Henry: Spencer Junior
                                             sui juris

Dated: February 1, 2011

Registered No.

RB644758144US

| Reg. Fee | $10.60 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $1.73 | Restricted Delivery | $0.00 |
| Received by | | | 10/18/10 |
| Customer Must Declare Full Value $0.00 | | ☐ With Postal Insurance ☐ Without Postal Insurance | |

Date Stamp

USPS

OCT 18 2010

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

02119

FROM  Barry-Henry: Spencer Junior
c/o 352 Walnut Avenue
Roxbury, MA 02119 near

TO  NEW YORK NY 10153 Miller, Stephen Karotkin Joseph
Smolinsky - WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10153

PS Form 3806,   Receipt for Registered Mail
May 2004 (7530-02-000-9051)   Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com ®
(See Information on Reverse)

---

Registered No.

RB644758135US

| Reg. Fee | $10.60 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $5.95 | Restricted Delivery | $0.00 |
| Received by | | | |
| Customer Must Declare Full Value $0.00 | | ☐ With Postal Insurance ☐ Without Postal Insurance | |

Date Stamp

ROXBURY MA

OCT 18 2010

USPS

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

02119

FROM  Barry-Henry: Spencer Junior
c/o 352 Walnut Avenue Apt #3
Roxbury, MA 02119

TO  WASHINGTON DC 20220 Timothy Geithner
Secretary of the Treasury Department
1500 Pennsylvania Avenue
Washington, D.C. 20220

PS Form 3806,   Receipt for Registered Mail
May 2004 (7530-02-000-9051)   Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com ®
(See Information on Reverse)

---

ROXBURY DMU
ROXBURY, Massachusetts
021199998
2407980119-0097
10/18/2010 (800)275-8777 02:56:58 PM

===== Sales Receipt =====

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| NEW YORK NY 10153 Zone-3 First-Class Large Env 5.30 oz. | | $1.73 |
| Expected Delivery: Wed 10/20/10 | | |
| ~~ Registered | | $10.60 |
| Insured Value : | | $0.00 |
| Article Value : | | $0.00 |
| Label #: | RB644758144US | |

Issue PVI:   =======   $12.33

| WASHINGTON DC 20220 Zone-4 Priority Mail 1 lb. 5.50 oz. | | $5.95 |
| Expected Delivery: Wed 10/20/10 | | |
| ~~ Registered | | $10.60 |
| Insured Value : | | $0.00 |
| Article Value : | | $0.00 |
| Label #: | RB644758135US | |

Issue PVI:   =======   $16.55

Total:   ==========   $28.88

Paid by:
Debit Card                          $28.88
  Account #:     XXXXXXXXXXXX0900
  Approval #:    859899
  Transaction #:  932
  23902880723
  Receipt#:      002209

~~ Save this receipt as evidence of insurance. For information regarding domestic insurance, visit our website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call
1-800-ASK-USPS.
*********************************

Barry-Henry: Spencer Junior
c/o Bridgewater State Hospital
20 Administration Road
Bridgewater, MA 02324
Temporary Mailing Address

Creditor/Claimant-Third Party

united States of America Bankruptcy Court
Southern District of the several state of New York

---

In re

                        IN ADMIRALTY

MOTOR LIQUIDATION COMPANY, et. al.,
     f/k/a GENERAL MOTORS CORPORATION,  Chapter 11 Case No.
         et. al.   Debtor,            09-50026(REG)

Barry-Henry: Spencer Junior
     Third Party Plaintiff/Creditor

         vs

GENERAL MOTORS, MOTOR LIQUIDATION COMPANY,
Carrianne Basler, Joseph S. Smolinsky,
Pablo Falabella, Nick S. Cyprus, Dan Akerson,
Unknown Insurers, WEIL, GOSHAL, AND MANGES, and
any and all unknown parties
     Third Party Defendants/Debtors

### MOTION TO HEAR THE SUBSTANCE

### OF THE ESTABLISHED CONTRACTS

Now comes Barry-Henry: Spencer Junior injured Third

Party to this Chapter 11 claim of the Debtor, under optional

appearance, reserving ALL RIGHTS, moving the court to hear

the subject matter of the private CONTRACTS, between the

third party Plaintiff and Defendants, which has rescinded,

revoked and cancelled any established or presumed contracts

between the Parties, this party reserves his rights to the

letter of the contracts, prior and included herein, and does

not wish to enter into any contracts with the court in

regards to its statutes, regulations, rules, procedures,

MOTION TO HEAR THE SUBSTANCE
OF ESTABLISHED CONTRACTS

-2-

just the application of the Contracts, and whether it needs

to be reconstructed, or, express the intent of both parties,

unlike the prior one.

There are several contracts and issues of commercial

DISHONOR, knowingly on the Debtors, and Attorneys for the

Debtors's behalf. From the Proof of Claim, to the recently

filed Documents with the Court, as follows:

1.   Verified Declaration in the nature of an Affidavit of
     the Truth In Commerce, Rejection of Settlement Offer and
     Contract For Waiver In Tort;

2.   Affidavit of Negative Averment, Opportunity To Cure, and
     CounterClaim;

3.   Notice of International Commercial Claim Within the
     Admiralty ab initio Administrative Remedy [28 USC §1333,
     §1337, §2461, §2463-Demand for Payment $39,000,000.00

4.   Notice of International Commercial Claim Within the
     Admiralty ab initio Administrative Remedy [28 USC §1333,
     §1337, §2461, §2463-Demand for Payment $39,000,000.00

5.   Notice of International Commercial Claim Within the
     Admiralty ab initio Administrative Remedy [28 USC §1333,
     §1337, §2461, §2463-Final Demand for Payment

6.   Notice of Final Determination and Judgement in nihil decit
     Verified Affidavit in the Truth of Barry-Henry: Spencer

7.   Notice of Claim of Maritime Lien for All Third Party
     Defendants

These documents were originally mailed to the Debtors and

Attorneys for the Debtors, at their place of business, by

registered mail no. RB644 758 144 US, placing my vessel/mail/

contract into International waters of law, and International

commerce, thus, keeping me foreign to any jurisdiction the

Debtors wish to subject me to for their own benefit, it is

my choice to submit to its flags operation or not contract,

and I chosen under commerce not to contract, just as they

with their unclean hands. The Debtors and Attorenys for the
Debtors failed to respond to my registered contracts, so on
the day of First Default, and Dishonor, I, Barry-Henry Spencer
Faxed them all the Documents 35 pages in all, on the 29th day
of October 2010, ten (10) days after receiving the above
mentioned Contracts.

Either that day, or, moreso, the next about around noon
the Debtor, represented as Pablo Falabella, and Attorney for
the Debtors, represented as Joseph S. Smolinsky, called me,
on a conference call telling me I could not rescind, revoke,
or cancel our prior contract for settlement, when in fact
they have not provided payment, or any GOOD Faith jester, just
empty promise. I told them My objective was to cash-out and
purchase land, real estate, ect in this market and now I am
being hindered and to sell the claim, it is only worth about
$\frac{1}{4}$ of the value, so they had to up the amount so I can cash-
out at the rate I settled for, Smolinsky went into the threat
of coercion and intimidation, by way of demanding of the Court
I would have to stay with the settlement. I felt duressed and
told him I will not contract under those terms, I was expecting
my money in the mail, he spoken of some plan on the internet
I told him I am not a lawyer, or fluent in His Laws, and no
matter how artfully I may present the law, I cannot practice
it or be held to the same standards, and to just pay Me and
My family, so this can be over. If not provide the response
Motions so I can file my Motions with the Court for it to
review the contracts and see who's correct.

MOTION TO HEAR THE SUBSTANCE
OF ESTABLISHED CONTRACTS

-4-

I told him I will by November 2, 2010, file my Motions UNCONTESTED, and move the court for judgement, Silence is acquiescence, agreement and dishonor. Notibly, I held these contracts until January 3, 2011, when they were eventually mailed to the Court along with an Indemnity and Discharge Bond to protect the Court and its actors for any injury it may cause to any other party for its ruling on the four square of the contracts between parties.

Wherefore, in common law, Commercial, Constitutional, and color-of-law jurisdictions, CONTRACTS rule the court and the court's function is simple all commerce is ruled by contract, absent a contract, there is no case, however, in this case there is substantial dishonor on the Debtors's behalf knowingly prior to, and after the Bankruptcy. My contracts never existed with the Court per se just the Debtors and contract went from color of law, to sovereign common law when the fiduciary trustees for both trust entered an agreement, however, if fraud existed there is no contract, but if another contract builds the case then the Court may rule on the letter of the contract.

Dated: 1-28-2011

Bond as my word,
By: Barry-Henry Spencer line—
Barry-Henry: Spencer Junior
As Good as Gold

Barry-Henry: Spencer Junior
% Bridgewater State Hospital
20 Administration Road
of Bridgewater, MA NEAR [02324]
    NON-DOMESTIC; ALL RIGHTS Reserved
(Temporary Address)
Creditor / Claimant/ Third Party Plaintiff.

c/o 352 Walnut Avenue Apt #3
at Roxbury, In Massachusetts
                NEAR [02119]

United STATES of America Bankruptcy Court
Southern District of several state New York

In re

Motors LIQUIDATION Company, et. al.,          IN ADMIRAITY

f/k/a General Motors Corp, et. al.,           Chapter II Case No.
             Debtors                          09-50026 (REG
— — — — — — — —
Barry-Henry: Spencer Junior                   All Jurisdiction & RIGHTS
      Third Party Plaintiff/Creditor                    RESERVED
                vs
General Motors, Motors LIQUIDATION Company,
Carrianne Basler, Joseph Smolinsky, Pablo Falabella,
Nik S. Cyprus, DAN AKERSON, Unknown Insurers
WEIL, GOSHAL & MANGES, any and all unknown Parties
           Third Party Debtors/Defendants
       ORIGIAL Motion To Hear the Substance Breach of Contract
Fraud of Established Contracts Rejection of Disclosure

        Now Comes Barry-Henry: Spencer Junior injured third Party
under optional appearance, reserving all rights in admiralty, based
upon his maritime claim, and statutory claim of injury based
upon Breach of Contracts to deny the Disclosure Statement
of the Debtor based upon the filings of Subject matter
Jurisdiction, as follows; and ORDER JUDGEMENT for third Party Pl.

1.  Verified Declaration in the nature of an Affidavit of Truth
    In Commerce, Rejection of Settlement Offer and Contract
    for Waiver of TORT

2.    Affidavit of Negative Averment; Opportunity to Cure, and Counterclaim

3.    Notice of International Commercial Claim within The Admiralty ab initio Administrative Remedy [28 USC §1333, §1337, §2461 and §2463 – Demand For Payment $ 39,000,000.00

4.    Notice of International Commercial Claim within The Admiralty ab initio Administrative Remedy [28 USC §1333, §1337, §2461 and §2463 – Second Demand For Payment $ 39,000,000

5.    Notice of International Commercial Claim within The Admiralty ab initio Administrative Remedy 28 USC §1333, § 1337, $39,000,000 §2461 and §2463 – Final Demand For Payment

6.    Notice of Final Determination and Judgement in Sihil decit – Verified Affidavit in the Truth

– these documents were mailed January 4, 2011, via Mci Concord –

These documents were mailed into the court for Review of the Contract Subject matter, on January 3, 2011, after the Attorneys of the Debtors WEIL, GOTSHAL & MANGES. 767 Fifth Avenue, at New York, in New York near [10153]; and Motor Liquidation Company, 2101 Ceder Springs Road, Suite 1100 Dallas, Texas 75001, and General Motors Corporation, 300 Renaissance Center, Detroit, in Michigan near 48265-3000 Failed to Respond to Registered Mail No. RB 644 758 144 US Approved and sent out (October 18, 2010, see Annexed receipt, expected delivery 10/20/2010);

After Not Hearing from the Debtors, nor their expensive mouth pieces, Attorneys for the Debtors, on October 29, 2011 I faxed the above documents Along with Affidavit of Notary Presentent and Notice of Claim of Maritime lien for all parties About 2.20 pm, either that day around 4 pm or the next I recieved a call from Joseph H. Smolinsky, with Pablo falabella, any other parties were unknown, I was asked the nature of the motions and I expressed they were self explanatory if I was to settle for an amount I should receive it,

Motion to Enforce of Dec 9452 Filed 02/09/11 Entered 02/10/11 12:08:54 Main Document
09-50020-rng Doc 9452 Pg 9 of 21
Contracts, Rejection of Disclosure

I refused to Contract upon the terms they wanted as is, and I rescinded, revoked and cancelled our prior $200,000.00 Contract, based upon the FRAUD, Conspiracy, commercial fraud, DECEIT, Barratry and acts of Bad Faith, because the CLAIM was only worth 1/10 of its value, see "Verified Declaration in the nature of an affidavit of Truth in Commerce, REJECTION of the Settlement Offer and Contract For Waiver of TORT," annexed hereto, they (Debtors) were given an opportunity to Correct the injury to Me, but declined to (this was sent within the TIME FRAME of "TRUTH IN LENDING" to revoke a contract) There was no accord & satisfaction, or exchange of money, consideration for rights:

The Debtors were adamant on the phone on how I had to stay with the agreement, but I was adamant for them to RAISE the amount so I can Cash-out, and Feed My Family & Debtors, they had the "Affidavit of Negative Averment, Opportunity to Cure, and Counter Claim" and read the terms, again they wanted me to Contract with the Discloser Statement they filed before, I reminded them its a continual Barratry that has been played since 2005 when I filed in Massachusetts, and I would not Contract.

At no time did they Deny My Contracts, or refute the subject matter enclosed just there presistance they will ask the judge to make me Honor the Contract, I told them if that was the case then to prove their Responses to All my documents, for bundling purposes pursuant to their Rules, and the Courts Rules or, I'll File My Motions UNContested, And Demand Judgement, based upon their Silence, and presumption of ACCEPTANCE.

ON November 1, 2011 I called and attempted to Fax A letter to request when I will receive the responses, in Good FAITH I made a counter offer To my CounterClaim for.

Motion to reconsider Motions Executory
Contracts, Rejection of Disclosure

1. fully EQUIPT Cadillac SUV - DVD, CD, TV sunroof, perks
2. $1,500,000 USD

or, Provide responses to my motions due to knowingly
dealing with me in deceit and Fraud, knowing my claim
would not be liquidated at the market value. It seemed
as, if the FAX was not accepted by their system, and
my calls have been ignored.

Wherefore, in commercial and color-of law,
even common law jurisdictions, CONTRACTS RULE the
Court and the Court's main function is to READ
INTO the Contract and initiate the basis of Fact, of
the Parties. My Contracts never existed with the Court
it's rules, procedures, policies, or statutes... it is
between My TRUST & MOTOR LIQUIDATIONS COMPANY'S,
but that went from Color of LAW, to Contract Law (common law)
when both Fiduciary TRUSTEES Contracted to
Settle Arbitors, debt with it's Creditor, Me.

I pray the Counter Claim is Allowed and the
Court moves me from an unsecured Creditor, To secured
Creditor and ORDER MY Notice of CLAIM of MARITIME LIEN
AGAINST said vessels, Third PARTY Defendants. All RIGHTS
RESERVED, for The $39,000,000.00 USD settlement due to
the breach of Contract

By: Barry Henry Spencer Junior
Barry-Henry: Spencer Junior
Good As AVAL

Dated: 1-25-2011

# PRIVATE REGISTERED INDEMNITY BOND

## NON-NEGOTIABLE

### BOND NO. RB 644 758 135 US BOND A
### REGISTERED LIBER # MA UCC-1# 200972913140

**COPY**

USPO REGISTERED MAIL # RB 644 758 135 US A
VALUE: $300,000,000.00 USD

ISSUE DATE: October 12, 2009
MATURITY DATE: October 12, 2039

Pay To The Order Of: THE UNITED STATES DEPARTMENT OF THE TREASURY
TIMOTHY F. GEITHNER, SECRETARY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

For: Barry-Henry: Spencer Junior,
BARRY HENRY SPENCER JR
Social Security Number: SS# 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

Principal
Account Holder
Account

By, On through:
Barry-Henry: Spencer Junior,

Principal
Private Offset Account# SS# 026563472

Ann:-Spencer, Surety #1

Private Offset Account # SS# 011429637

Tamika-Nicole: Scott, Surety #2

Private Offset Account # SS# 027563406

In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We, Barry-Henry: Spencer Junior, Principal, and Ann: Spencer, Surety, and Tamika-Nicole: Scott, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

_A S_
Surety #1

_Tamika Nicole Scott_
Surety #2

_Barry Henry Spencer Junior_
Principal

Page 1 of 5 Bond Number # RB 644 758 135 US Bond A     United States Post Office Registered Mail Number RR 644 758 135 US

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (Ten) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

- REMAINDER OF THIS PAGE INTENTIONALLY BLANK -

Surety #1

Surety #2

Principal



# Bond Order

COPY

A) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - **Three Hundred Million United States Dollars**, all such obligations which shall Include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s). reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B) MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - **Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s). process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

_____
Surety # 1

_____
Surety # 2

_____
Principal

C)  MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (Ten) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the United States Post Office Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D)  MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E)  The Principal's stipulated mailing address is:

    Barry-Henry: Spencer Junior
    c/o 352 Walnut Avenue #3
    Roxbury, MA; Near [02119]
    Non Domestic without the US

F)  This Registered Private Indemnity Bond Number                    , shall expire on Maturity Date: October 12, 2039.

- REMAINDER OF THIS PAGE INTENTIONALLY BLANK -

AS
Surety # 1

Surety # 2

Principal



We, as Signatories, to execute this Registered Private Indemnity Bond # 644 758 135 US Bond A do hereby ___X___ our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this **12th** day of **October** in the year of **Two Thousand and Ten**

**COPY**

_AS_
Surety # 1

_TNS_
Surety # 2

_B H S Jr_
Principal Initials

**Ann: Spencer, Surety #1**

Private Offset Account # SS# 011 42 9637

/s/ _Ann Spencer_
Surety #1 Signature:

Surety #1
Seal/Right Thumbprint

**Tamika-Nicole: Scott, Surety #2**

Private Offset Account # SS# 027563406

/s/ _Tamika N Scott_
Surety #2 Signature:

Surety #2
Seal/Right Thumbprint

**Barry-Henry: Spencer Juniort, Principal**

Private Offset Account # SS# 026563472

/s/ _Barry-Henry Spencer Junior_
Principal Signature:

Principal
Seal/Right Thumbprint

We Solemnly attest as Witnesses, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the **12th** Day of **October** in the year Two Thousand and Ten.

Witness #1 _Quantae Byrd_
(Printed Name)

/s/ _T. Byrd_

Witness #2 _____
(Printed Name)

/s/ _____

Living Location    c/o _____

_21 Vesta Rd apt 1_

_Dorchester Ma 02124_
non-domestic without the US

Living Location    c/o _____

_____

_____
non-domestic without the US

Page 5 of 5    Bond Number# RB 644 758 135 US Bond A    United States Post Office Registered Mail Number RR644 758 135 US



# PRIVATE REGISTERED OFFSET AND DISCHARGE BOND
## NON-NEGOTIABLE

**COPY**

### BOND No.  RB 644 758 135 US Bond B

USPO REGISTERED MAIL #RB 644 758 135 US #
VALUE: $300,000,000.00 USD

ISSUE DATE:  October 12, 2010
MATURITY DATE: October 12, 2039

Pay To The
Order Of:    TIMOTHY F. GEITHNER, SECRETARY OF THE UNITED STATES TREASURY
THE UNITED STATES DEPARTMENT OF THE TREASURY,
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220.

For:    Barry-Henry: Spencer Junior,
BARRY HENRY SPENCER JR
Social Security Number: SS# 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

Principal
Account Holder
Account

| | |
|---|---|
| INTERNAL REVENUE SERVICE and all subdivisions and agents thereof | |
| UNITED STATES, United States of America and all subdivisions and agents thereof | Account Holder |
| State of MASSACHUSETTS and all subdivisions and agents thereof | Account Holder |
| ALL STATE AND FEDERAL STATUTE, CODES, PUBLIC AND PRIVATE LAWS | Account Holder |
| NATIONAL /GRID and all subdivision and agents thereof | Account Holder |
| ALL MASSACHUSETTS COUNTIES and TOWNS and all subdivision and agents thereof | Account Holder |
| SUFFOLK COUNTY and all subdivisions and agents thereof | Account Holder |
| All UNITED STATES FEDERAL COURT DISTRICTS and all agents thereof | Account Holder |
| All MASSACHUSETTS PROBATE & FAMILY, DISTRICT and SUPERIOR COURTS, | Account Holder |
| UNITED STATES DISTRICT COURT and all subdivision and agents thereof | Account Holder |
| MASSACHUSETTS DEPARTMENT OF REVENUE and all subdivisions and agents thereof | Account Holder |
| MASSACHUSETTS DEPARTMENT OF PUBLIC WELFARE and all subdivisions and agents thereof | Account Holder |
| MASSACHUSETTS DEPARTMENT OF INDUSTRIAL ACCIDENTS and all subdivisions and agents thereof | Account Holder |
| All CESTUI QUE TRUST FOR BARRY HENRY SPENCER JR, SS# 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,DR. License # S81801710, ect., | Account Holder |
| All CESTUI QUE TRUST FOR SURETY #1 AND SURETY# 2, HEREIN MENTIONED | Account Holder |
| ALL SOVEREIGN STATES, and all citizens, subdivisions and agents thereof | Account Holder |

By On through
Barry-Henry: Spencer Junior, Principal,

Ann: Spencer, Surety #1,

Private Offset Account # SS# 026563472 &
F74256492

Tamika-Nicole: Scott, Surety #2,

Private Offset Account # SS# 011429637

Private Offset Account # SS# 027563406

_AS_
Surety #1 initials

_J.N.JOSH_
Surety #2

_BHSJ_
Principal initials

In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We, Barry-Henry: Spencer Junior, Principal, and Ann: Spencer, Surety, and Tamika-Nicole: Scott, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s),

Page 1 of 6  Bond Number RB 644 758 135 US Bond B    United States Post Office Registered Mail Number RB 644 758 135 US

incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s) of a(tor(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), redemption(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

- REMAINDER OF THIS PAGE INTENTIONALLY BLANK -

_____
Surety #1

_____
Surety #2

_____
Principal

COPY

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

- REMAINDER OF THIS PAGE INTENTIONALLY BLANK -



AS
‾‾‾‾‾
Surety # 1

‾‾‾‾‾‾‾‾‾‾
Surety # 2

‾‾‾‾‾‾‾‾‾‾
Principal

Page 3 of 6   Bond Number RB 644 758 135 US Bond B   United States Post Office Registered Mail Number RB 644 758 135 US

# Bond Order

**COPY**

A)  MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, all such obligations which shall Include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B)  MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including $300,000,000.00 (USD) - Three Hundred Million United States Dollars, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of god, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/ through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

Surety # 1

Surety # 2

Principal

C)   MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 10 (TEN) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPO Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute Acceptance and Honoring of this Bond by terms of Contract and constitute Acceptance and Honoring of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D)   MR. TIMOTHY F. GEITHNER, THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E)   The Principal's stipulated mailing address is:

    Barry-Henry: Spencer Junior
    BARRY HENRY SPENCER JUNIOR
    c/o 352 Walnut Ave #3
    Roxbury, MA; near [02119]
    Non Domestic without the US

F)   This Registered Private Offset and Discharge Bond Number RB 644 758 135 US Bond B, shall expire on **Maturity Date October 12, 2039.**

- REMAINDER OF THIS PAGE INTENTIONALLY BLANK -



Surety # 1

Surety # 2

Principal

Page 5 of 6   Bond Number RB 644 758 135 US   Bond B          United States Post Office Registered Mail Number RB 644 758 135 US

We, as Signatories, to execute this Registered Private Offset and Discharge Bond # RB 644 758 135 US do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this 12nd day of October in the year of Two Thousand and Ten

**COPY**

_A.S._
Surety # 1

_T.N.S._
Surety # 2

_B___
Principal

**Ann: Spencer, Surety #1**

Private Offset Account # SS# 011429638

/s/ _Ann Spencer_
Surety #1:

Surety #1
Seal/Right Thumbprint

**Tamika-Nicole: Scott, Surety #2**

Private Offset Account # SS# 027563406

/s/ _T. Josh_
Surety #2:

Surety #2
Seal/Right Thumbprint

**Barry-Henry: Spencer Junior, Principal**

Private Offset Account # SS# 026563472

/s/ _Barry Henry Spencer_
Principal:

Principal
Seal/Right Thumbprint

We Solemnly attest as Witnesses, to the authenticity of the foregoing Initials(s), Seal(s), and Signature(s) placed upon this Document on this, the 12nd Day of October in the year Two Thousand and Ten.

Witness #1 _B. Byrd_

/s/ _Quantae Byrd_

Living Location    c/o _____

_21 Vesta Rd apt l_

_Worchester Ma. 02124_
non-domestic without the US

Witness #2 _____

/s/ _____

Living Location    c/o _____

_____

_____
non-domestic without the US

Page 6 of 6   Bond Number RB 644 758 135 US Bond B

United States Post Office Registered Mail Number RB 644 758 135 US