UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　:
**In re**　　　　　　　　　　　　　　　　　　　　:　　Chapter 11 Case No.
　　　　　　　　　　　　　　　　　　　　　　　　:
**MOTORS LIQUIDATION COMPANY,** *et al.*,　　:　　09-50026 (REG)
　　f/k/a General Motors Corp., *et al.*　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Debtors.　　　　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 19633 FILED BY LARONDA HUNTER AND ROBIN GONZALES

Upon the Objection dated December 17, 2010 (the "**Objection**") to Proof of Claim No. 19633 filed by LaRonda Hunter and Robin Gonzales (the "**Putative Class Claim**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim (Including Claims Under Bankruptcy Code Section 503(b)(9)) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging claim number 19633, on the grounds that the Putative Class Claim fails to comply with Bankruptcy Rules 9014 and 7023, as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and no response to the Objection have been timely filed; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Putative Class Claim is disallowed and expunged in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
        *February 10, 2011*

                                                    *s/ Robert E. Gerber*
                                                    United States Bankruptcy Judge