UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                    :
                                                            :
                                  Debtors.                  :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 45630
FILED BY WILLIAM O'CONNOR AND MELODY O'CONNOR,
PROOF OF CLAIM NO. 45628 FILED BY JOHN PAKAI,
AND PROOF OF CLAIM NO. 45629 FILED BY DAVID SIDNER

Upon the Objection dated December 17, 2010 (the "**Objection**") to Proof of Claim No. 45630 filed by William O'Connor and Melody O'Connor, Proof of Claim No. 45628 filed by John Pakai, and Proof of Claim No. 45629 filed by David Sidner (collectively, the "**GTO Putative Class Claims**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim (Including Claims Under Bankruptcy Code Section 503(b)(9)) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging claims numbered 45630, 45628, and 45629 on the grounds that adjudication of the GTO Putative Class Claims fails to comply with Bankruptcy Rule 9014, as more fully described in the Objection; and it appearing that the GTO Putative Class Claims

having been withdrawn; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the GTO Putative Class Claims are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **February 10, 2011**

                                           **s/ Robert E. Gerber**
                                           United States Bankruptcy Judge