| 112th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABRAMOVITCH, JOHN
534 SULLIVANS WAY
SENECA, SC 29672 | 2282 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AGUILAR, ROBERT J
9560 S CEDAR DR
WEST OLIVE, MI 49460 | 17193 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ALLEN, GERALD K
232 LINDAWOOD LN
WAYZATA, MN 55391 | 7990 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANNA BENNINGTON
2218 UPPER BELLBROOK RD
XENIA, OH 45385 | 15608 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARIZONA F NEWSOME
92 QUINBY LANE
DAYTON, OH 45432 | 10779 | Motors Liquidation Company | $0.00  (S)
$0.00  (A)
$0.00  (P)
$604.27  (U)
$604.27  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BROWN, ELLA<br>PO BOX 4253<br>SAGINAW, MI 48606 | 16135 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BUSSINGER, JOAN<br>PO BOX 507<br>AU GRES, MI 48703 | 2735 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CALDWELL, THERESA A<br>11962 CATO DR<br>FLORISSANT, MO 63033 | 1997 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CARTER, JANE P<br>41365 JANET CIR<br>CLINTON TOWNSHIP, MI 48038 | 7065 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CASE, CLIFFORD C<br>337 N MAGNOLIA AVE<br>LANSING, MI 48912 | 13695 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CATHY STARKS<br>2407 ENGLAND AVE<br>DAYTON, OH 45406 | 2398 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHAN, SAU YING<br>8370 FOX BAY DR<br>WHITE LAKE, MI 48386 | 28986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,656.00  (U)<br>$1,656.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| CICHON, ROBERT F<br>28478 HOOVER RD APT 2<br>WARREN, MI 48093 | 6832 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CIESZLAK, JOANNE M<br>335 STROEBEL DR<br>FRANKENMUTH, MI 48734 | 10775 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CURTIN, PATSY T<br>37811 CHANCEY RD<br>ZEPHYRHILLS, FL 33541 | 44777 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| DAVID A YINGLING<br>1896 MEADOWLARK LN<br>NILES, OH 44446 | 7240 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID YINGLING<br>1896 MEADOWLARK LN<br>NILES, OH 44446 | 7241 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DERWIN J VANCE<br>429 HARRIET ST<br>DAYTON, OH 45408 | 9856 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DONALD BURTON<br>34356 COACHWOOD DR<br>STERLING HEIGHTS, MI 48312 | 65581 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,000.00 (U)<br>$35,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD E WRIGHT<br>6395 JASON LANE<br>CENTERVILLE, OH 45459 | 10619 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DONALD FOWLER<br>3770 EMERALD AVE<br>ST JAMES CITY, FL 33956 | 16013 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 112th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| DOROTHY BRANCH<br>9976 S M-52<br>SAINT CHARLES, MI 48655 | 1813 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY M MCMURRAY<br>2948 ST RT 35 EAST<br>W ALEXANDRIA, OH 45381 | 8784 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EUBANKS, BERTHA LEE<br>2201 W CARPENTER RD APT 118B<br>FLINT, MI 48505 | 1907 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FISHER, RUTH E<br>1799 WELLESLEY LN<br>INDIANAPOLIS, IN 46219 | 4463 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FORSYTHE JR., CLAUDE A<br>108 ELERY TER<br>SUMMERVILLE, SC 29485 | 2466 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

112th Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRED SKIBA<br>PO BOX 283<br>SAINT HELEN, MI 48656 | 4487 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRENDO, WINIFRED G<br>3913 GERTRUDE ST<br>DEARBORN HTS, MI 48125 | 5797 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GLORIA J SHAVERS<br>1378 BELVEDERE AVE SE<br>WARREN, OH 44484 | 5721 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HILL, JOHN A<br>9529 YUCCA BLOSSOM DR<br>LAS VEGAS, NV 89134 | 2324 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,950.00 (U)<br>$10,950.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HIPKINS, JOHN E<br>PO BOX 743<br>SULPHUR SPRINGS, TX 75483 | 8184 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 112th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| HOBBS, MARJORIE<br>3441 JESSUP RD<br>CINCINNATI, OH 45239 | 1809 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOLLOWAY, ROBERT J<br>811 W MAPLE RD<br>CLAWSON, MI 48017 | 2035 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAMES SMOOT<br>1715 BANKER PL<br>DAYTON, OH 45408 | 7973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JAYRAJ SHETH<br>18412 ADMIRALTY DR<br>STRONGSVILLE, OH 44136 | 2041 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JERRY L OVERHOLSER<br>832 CAMP ST<br>PIQUA, OH 45356 | 4973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERRY OVERHOLSER<br>832 CAMP ST<br>PIQUA, OH 45356 | 4974 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JONES, ANNIE JEAN<br>1719 FULTON RD NW APT 3<br>CANTON, OH 44703 | 12191 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JUANITA WITHERSPOON<br>4860 S CROSSINGS<br>SAGINAW, MI 48603 | 7979 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KARAS, PAULINE M<br>7913 SCHOONER LN<br>STANWOOD, MI 49346 | 2009 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KENT, PATRICIA A<br>P.O. BOX 05538<br>DETROIT, MI 48205 | 5854 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 112th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KING, KENNETH W<br>550 AVON DR<br>FAYETTEVILLE, GA 30215 | 2302 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KRASUSKI, JOSEPH E<br>99 SENECA CREEK ROAD<br>BUFFALO, NY 14224 | 17276 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LEONA CLARK<br>7906 BERCHMAN DR<br>HUBER HEIGHTS, OH 45424 | 14310 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MAVIS MILLER<br>5272 GOODRICK RD<br>TRAVERSE CITY, MI 49684 | 19071 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCALLISTER, HUGH<br>27025 OAKWOOD CIR APT 118<br>OLMSTED FALLS, OH 44138 | 15234 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MCCONNON, ESTELLA<br>201 FAIR ST LOT 11<br>EVART, MI 49631 | 2126 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MILLER, MAVIS F<br>5272 GOODRICK RD<br>TRAVERSE CITY, MI 49684 | 19070 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MOSES, BETTY E<br>1141 NUTGRASS RD<br>BUNNLEVEL, NC 28323 | 8924 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NELSON, MARILYN<br>3827 PINECREST RD<br>ROCKFORD, IL 61107 | 10655 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NETTLES, ESTHER O<br>7136 MARIGOLD DR<br>NORTH TONAWANDA, NY 14120 | 1796 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 112th Omnibus Objection | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NICK EPISCOPO<br>8646 BROOKFIELD AVE<br>BROOKFIELD, IL 60513 | 28016 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$40,000.00   (U)<br>$40,000.00   (T) | Insufficient Documentation | Pgs. 1-5 |
| PARIS, KATHY F<br>1112 N GALE RD<br>DAVISON, MI 48423 | 2003 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA A FLETCHER<br>270 E. WILSON STREET<br>STRUTHERS, OH 44471 | 8781 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PATRICIA R JEFFERSON<br>4718  PRESCOTT<br>DAYTON, OH 45406 | 11491 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAULINE KARAS<br>7913 SCHOONER LN<br>STANWOOD, MI 49346 | 2010 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| POWERS, ANTHONY<br>8445 E 25TH ST<br>C/O WILLIAM F ROBERTS<br>TUCSON, AZ 85710 | 2785 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRICE, HELEN C<br>VILLA BROOK HAVEN<br>APT. D-205<br>1 COUNTRY LANE<br>BROOKVILLE, OH 45309 | 1797 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RICHARD C GREEN<br>714 HARWAY AVE<br>CHESAPEAKE, VA 23325 | 1790 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SANDRA TOOMEY<br>3298 DEVAUGHN DR NE<br>MARIETTA, GA 30066 | 2040 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCHRADER, PATRICK W<br>32 GAFFNEY RD<br>LOCKPORT, NY 14094 | 1805 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **112th Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SELDON, THEODORE A<br>45631 BROWNELL ST<br>APT 1<br>UTICA, MI 48317 | 2050 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SENFTLEBEN, REGINA T<br>53200 PINERIDGE DR<br>CHESTERFIELD, MI 48051 | 7143 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHARON L WHITE<br>1447 SWINGER<br>DAYTON, OH 45427 | 17668 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHETH, JAYRAJ V<br>18412 ADMIRALTY DR<br>STRONGSVILLE, OH 44136 | 2042 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SHORT, LARRY D<br>5467 HIGHWAY T<br>POPLAR BLUFF, MO 63901 | 7239 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SIMPSON, PHIL A<br>17 FOSTER RD<br>BOERNE, TX 78006 | 19467 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,783.00 (U)<br>$23,783.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SKIBA, FRED L<br>PO BOX 283<br>SAINT HELEN, MI 48656 | 4488 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SMOOT, JAMES E<br>1715 BANKER PL<br>DAYTON, OH 45408 | 7972 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SOWINSKI, JUDITH A<br>70 SCARBOROUGH PL<br>TOMS RIVER, NJ 08757 | 5578 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SUSAN M BULLOCK<br>41352 NORTHWIND<br>CANTON, MI 48188 | 18324 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAEGEL, PATRICIA A<br>5342 N SMALLEY AVE<br>KANSAS CITY, MO 64119 | 62102 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THELMA TATE<br>123 HIDDEN VALLEY PL<br>MOUNTAIN HOME, AR 72653 | 5409 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THEODORE SELDON<br>45631 BROWNELL ST APT 10<br>UTICA, MI 48317 | 2049 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TOOMEY, SANDRA L<br>3298 DEVAUGHN DR NE<br>MARIETTA, GA 30066 | 2053 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TRESSEL, LONDELL C<br>406 RUDDELL DR<br>KOKOMO, IN 46901 | 15636 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**112th Omnibus Objection**                                    **Exhibit A**                                    <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VANCE, DERWIN JAY<br>429 HARRIET ST<br>DAYTON, OH 45408 | 9855 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLARD WOODRUFF<br>PO BOX 15<br>SYRACUSE, NY 13212 | 10541 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILMA SMOCK<br>1173 N STATEROAD #115<br>WABASH, IN 46992 | 2401 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WITHERSPOON, JUANITA N<br>4860 S CROSSINGS<br>SAGINAW, MI 48603 | 7978 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **80** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$141,993.27** (U)<br>**$141,993.27** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.