**118th Omnibus Objection - A**  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| \multicolumn{6}{c|}{**CLAIMS TO BE DISALLOWED AND EXPUNGED**} | \multicolumn{4}{c}{**SURVIVING CLAIMS**} |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| AGAZIO, FORTUNATO<br><br>29399 SHACKETT AVE<br>MADISON HTS, MI 48071<br><br>Official Claim Date   11/24/2009 | 44325 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$72,241.00  (U)<br>$72,241.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | JUDITH I AGAZIO<br><br>29399 SHACKET AVE<br>MADISON HEIGHTS, MI 48071<br><br>Official Claim Date   10/4/2010 | 70442 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$72,241.00  (U)<br>$72,241.00  (T) |
| ATEL LEASING CORPORATION AS AGENT<br><br>ATTN  V MORAIS OR R WILDER<br>600 CALIFORNIA STREET 6TH FLOOR<br>SAN FRANCISCO, CA 94108<br><br>Official Claim Date   11/27/2009 | 60790 | Motors Liquidation Company | $827,398.13  (S)<br>$85,009.59  (A)<br>$0.00  (P)<br>$748,973.91  (U)<br>$1,661,381.63  (T) | Amended and Superseded Claims | Pgs. 1-5 | ATEL LEASING CORPORATION, AS AGENT<br><br>ATTN V MORAIS OR R WILDER<br>600 CALIFORNIA STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94108<br><br>Official Claim Date   9/30/2010 | 70438 | Motors Liquidation Company | $35,347.69  (S)<br>$11,913.18  (A)<br>$0.00  (P)<br>$116,180.00  (U)<br>$163,440.87  (T) |

Note: This claim arises from the rejection of an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to an administrative expense under the Bankruptcy Code.  Pursuant to section 502(g) the Bankruptcy Code this claimant is only entitled to a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority | Grounds | Ref | Name and Address of Claimant | Claim # | Debtor | Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| BANK OF CYPRUS PUBLIC COMPANY LTD<br><br>C/O MARKELLOS ARGOTIS<br>9 MITROPOLEOS STR<br>ATHENS 10557 GREECE<br>GREECE<br><br>Official Claim Date   11/9/2009 | 22327 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,883,188.27  (U)<br>$2,883,188.27  (T) | Amended and Superseded Claims | Pgs. 1-5 | BANK OF CYPRUS PUBLIC COMPANY LIMITED<br><br>PRIVATE BANKING<br>9TH MITROPOLEOS STR<br>105 57 ATHENS GREECE<br>GREECE<br><br>Official Claim Date   7/2/2010 | 70338 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,010,782.54  (U)<br>$2,010,782.54  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**118th Omnibus Objection - A**  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| MORICZ, ELEANORA<br><br>MORICZ ELEANORA AND MORICZ JOSEPH<br>11533 PEACHSTONE LN<br>ORLANDO, FL 32821<br><br>Official Claim Date  11/4/2009 | 19659 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,000.00  (U)<br>$7,000.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | MORICZ, JOSEPH AND ELEANORA<br><br>C/O LAWRENCE E. DOLAN, P.A.<br>500 EAST JACKSON STREET<br>ORLANDO, FL 32801<br><br>Official Claim Date  9/21/2010 | 70407 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,000.00  (U)<br>$7,000.00  (T) |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  7/26/2010 | 70362 | MLC of Harlem, Inc. | $0.00  (S)<br>$758,897.18  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$758,897.18  (T) | Amended and Superseded Claims | Pgs. 1-5 | NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>ATTN: BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  10/28/2010 | 70486 | MLC of Harlem, Inc. | $0.00  (S)<br>$1,245,409.94  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,245,409.94  (T) |
| NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  3/29/2010 | 70179 | Motors Liquidation Company | $0.00  (S)<br>$162,142.16  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$162,142.16  (T) | Amended and Superseded Claims | Pgs. 1-5 | NEW YORK STATE DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  7/20/2010 | 70351 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**118th Omnibus Objection - A**  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID<br><br>C/O HISCOCK & BARCLAY LLP<br>ONE PARK PLACE<br>300 SOUTH STATE STREET<br>ATTN SUSAN R KATZOFF ESQ<br>SYRACUSE, NY 13202<br><br>Official Claim Date  11/25/2009 | 51018 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$714,600.00  (U)<br>$714,600.00  (T) | Amended and Superseded Claims | Pgs. 1-5 | NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID<br><br>C/O HISCOCK & BARCLAY LLP<br>ATTN SUSAN R KATZOFF ESQ<br>ONE PARK PLACE, 300 SOUTH STATE STREET<br>SYRACUSE, NY 13202<br><br>Official Claim Date  4/21/2010 | 70242 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$130,500.00  (U)<br>$130,500.00  (T) |
| NYS DEPARTMENT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  5/3/2010 | 70272 | Motors Liquidation Company | $0.00  (S)<br>$162,743.52  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$162,743.52  (T) | Amended and Superseded Claims | Pgs. 1-5 | NEW YORK STATE DEPT OF TAXATION AND FINANCE<br><br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205<br><br>Official Claim Date  7/20/2010 | 70351 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | | | **8** | **$827,398.13  (S)**<br>**$1,168,792.45  (A)**<br>**$0.00  (P)**<br>**$4,426,003.18  (U)**<br>**$6,422,193.76  (T)** | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

| 118th Omnibus Objection - A | | | | | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Exhibit A** | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION WITHDRAWN*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| THIRD SITE TRUST FUND<br><br>ATTN NORMAN W BERNSTEIN ESQ<br>N W BERNSTEIN & ASSOCIATES LLC<br>800 WESTCHESTER AVE N319<br>RYE BROOK, NY 10573<br><br>Official Claim Date  11/24/2009 | 43889 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$210,942.60  (U)<br>$210,942.60  (T) | Amended and Superseded Claims | Pgs. 1-5 | THIRD SITE TRUST FUND<br><br>C/O NW BERNSTEIN & ASSOCIATES LLC<br>ATTN: NORMAN W BERNSTEIN ESQ<br>800 WESTCHESTER AVE N319<br>RYE BROOK, NY 10573<br><br>Official Claim Date  9/21/2010 | 70406 | Motors Liquidation Company | $0.00  (S)<br>$210,942.60  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$210,942.60  (T) |

| **OBJECTION WITHDRAWN** | **1** | **$0.00**  (S) |
|---|---|---|
| | | $0.00  (A) |
| | | $0.00  (P) |
| | | **$210,942.60**  (U) |
| | | **$210,942.60**  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.