**118th Omnibus Objection - B**  **Exhibit B**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GARCIA LANA<br><br>PO BOX 5456<br>WHITTIER, CA 90607<br><br>Official Claim Date  11/30/2009 | 65542 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-5 | GARCIA LANA<br><br>PO BOX 5456<br>WHITTIER, CA 90607<br><br>Official Claim Date  11/30/2009 | 65543 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$110,000.00  (U)<br>$110,000.00  (T) |
| HASHAGEN, CARL<br><br>264 S MOUNTAIN BLVD<br>MOUNTAIN TOP, PA 18707<br><br>Official Claim Date  11/27/2009 | 59747 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$565,000.00  (U)<br>$565,000.00  (T) | Duplicate Claim | Pgs. 1-5 | HASHAGEN CARL<br><br>264 S MOUNTAIN BLVD<br>MOUNTAIN TOP, PA 18707<br><br>Official Claim Date  11/27/2009 | 60920 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$565,000.00  (U)<br>$565,000.00  (T) |
| KETTERING UNIVERSITY, ITS SUBSIDIARIES, AFFILIATES &<br><br>ALL SUCCESORS AND ASSIGNS THEREOF<br>C/O JOSE J BARTOLOMER/MILTER CANFIELD<br>ATTORNEYS AND AGENTS FOR KETTERING UNIVERSITY<br>101 N MAIN ST, 7TH FL<br>ANN ARBOR, MI 48104<br><br>Official Claim Date  12/2/2009 | 68164 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | Duplicate Claim | Pgs. 1-5 | KETTERING UNIVERSITY<br><br>JOSE BARTOLOMEI AND MILLER CANFIELD<br>101 N MAIN ST, 7TH FLOOR<br><br>ANN ARBOR, MI 48104<br><br>Official Claim Date  11/30/2009 | 64682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**118th Omnibus Objection - B**  **Exhibit B**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| STATE OF RHODE ISLAND, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br><br>C/O TERENCE J TIERNEY, SAAG<br>DEPARTMENT OF ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br><br>PROVIDENCE, RI 02903<br><br>Official Claim Date  11/25/2009 | 65714 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$625,230.00 (U)<br>$625,230.00 (T) | Duplicate Claim | Pgs. 1-5 | STATE OF RHODE ISLAND<br><br>DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br>TERENCE J TIERNEY S A A G<br>DEPARTMENT OF ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903<br><br>Official Claim Date  11/25/2009 | 46174 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$625,230.00 (U)<br>$625,230.00 (T) |
| SUSAN YENGLIN<br><br>175 ASCOT AVE<br>WATERFORD, MI 48328<br><br>Official Claim Date  10/25/2010 | 70479 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,495.33 (U)<br>$45,495.33 (T) | Duplicate Claim | Pgs. 1-5 | SUSAN YENGLIN<br><br>175 ASCOT<br>WATERFORD, MI 48328<br><br>Official Claim Date  10/25/2010 | 70480 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,495.33 (U)<br>$45,495.33 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim.  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**118th Omnibus Objection - B**  **Exhibit B**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| \multicolumn{6}{c}{CLAIMS TO BE DISALLOWED AND EXPUNGED} | \multicolumn{4}{c}{SURVIVING CLAIMS} |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES PC<br>4155 E JEWELL AVE STE 402<br>DENVER, CO 80222<br><br>Official Claim Date  9/17/2009 | 1424 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ.<br>GEOFFREY S GULINSON & ASSOCIATES, PC<br>4155 E JEWELL AVE, STE 402<br>DENVER, CO 80222<br><br>Official Claim Date  9/17/2009 | 1428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ<br>GEOFFREY S GULINSON & ASSOCIATES P C<br>4155 E JEWELL AVE STE 402<br>DENVER, CO 80222<br><br>Official Claim Date  9/17/2009 | 1425 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ.<br>GEOFFREY S GULINSON & ASSOCIATES, PC<br>4155 E JEWELL AVE, STE 402<br>DENVER, CO 80222<br><br>Official Claim Date  9/17/2009 | 1428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) |
| TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON, ESQ<br>GEOFFREY S GULINSON & ASSOCIATES, P.C.<br>4155 E JEWELL AVE, STE 402<br>DENVER, CO 80222<br><br>Official Claim Date  9/17/2009 | 1426 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000,000.00  (U)<br>$5,000,000.00  (T) | Duplicate Claim | Pgs. 1-5 | TERRY ROY COOK<br><br>ATTN GEOFFREY S GULINSON ESQ.<br>GEOFFREY S GULINSON & ASSOCIATES, PC<br>4155 E JEWELL AVE, STE 402<br>DENVER, CO 80222<br><br>Official Claim Date  9/17/2009 | 1428 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**118th Omnibus Objection - B**

## Exhibit B

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| TREASURER OF THE STATE OF ILLINOIS<br><br>ATTN LEGAL OFFICER/BANKRUPTCY DEPT<br>PO BOX 19496<br>SPRINGFIELD, IL 62794<br><br>Official Claim Date  12/1/2009<br><br>Note:  Claim relates to unclaimed property. | 68510 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$166,912.84 (U)<br>$166,912.84 (T) | Duplicate Claim | Pgs. 1-5 | TREASURER OF THE STATE OF ILLINOIS<br><br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 19496<br>SPRINGFIELD, IL 62794<br><br>Official Claim Date  12/1/2009 | 67674 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$166,912.84 (U)<br>$166,912.84 (T) |
| TREASURER OF THE STATE OF ILLINOIS<br><br>ATTN LEGAL OFFICER/BANKRUPTCY DEPT<br>PO BOX 19496<br>SPRINGFIELD, IL 62794<br><br>Official Claim Date  12/17/2009<br><br>Note:  Claim relates to unclaimed property. | 69486 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$166,912.84 (U)<br>$166,912.84 (T) | Duplicate Claim | Pgs. 1-5 | TREASURER OF THE STATE OF ILLINOIS<br><br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 19496<br>SPRINGFIELD, IL 62794<br><br>Official Claim Date  12/1/2009 | 67674 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$166,912.84 (U)<br>$166,912.84 (T) |
| UNIVAR USA INC<br><br>C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE 18TH FLOOR<br>SEATTLE, WA 98101<br><br>Official Claim Date  12/1/2009<br><br>Note:  Reclamation Oil Company Superfund Site | 68548 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicate Claim | Pgs. 1-5 | UNIVAR USA INC<br><br>C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVE  18TH FL<br>SEATTLE, WA 98101<br><br>Official Claim Date  11/30/2009 | 64814 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

**118th Omnibus Objection - B**  **Exhibit B**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | 11 | | $0.00 (S) | | | | |
| | | | | | $0.00 (A) | | | | |
| | | | | | $0.00 (P) | | | | |
| | | | | | $16,569,551.01 (U) | | | | |
| | | | | | $16,569,551.01 (T) | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.