UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*              :
                                                                :
                                   Debtors.               :    (Jointly Administered)
                                                                :
------------------------------------------------------------------x

# ORDER GRANTING DEBTORS' 120TH OMNIBUS OBJECTION TO CLAIMS
## (Multi-Debtor Claims)

Upon the 120th omnibus objection to expunge certain claims, dated December 21, 2010 (the "**120th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") (ECF No. 6238) seeking entry of an order disallowing and expunging, subject to confirmation of the Plan, the Multi-Debtor Claims, all as more fully described in the 120th Omnibus Objection to Claims; and due and proper notice of the 120th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 120th Omnibus Objection to Claims is in the best interests

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 120th Omnibus Objection to Claims.

of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 120th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief requested in the 120th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged subject to confirmation of the Debtors' Plan; and it is further

ORDERED that, if applicable, the 120th Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Adjourned*" to the date indicated on the Order Exhibit, subject to further adjournments (such actual hearing date, the "**Adjourned Hearing Date**") (the "**Adjourned Claims**"), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00 noon (prevailing Eastern Time) on the date that is three (3) business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the 120th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the 120th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that, the Debtors may later object to any of the Surviving Claims on the basis that its holder failed to timely file a proof of such claim against at least one Debtor with respect to which the Surviving Claim would have been enforceable, by the applicable deadline set forth in the Bar Date Orders; it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the 120th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is listed in the Order Exhibit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **_February 10, 2011_**

                                           **_s/ Robert E. Gerber_**
                                           United States Bankruptcy Judge