| | | | | | |
|---|---|---|---|---|---|
| **122nd Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.** <br> Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR STAPLE <br> TOD <br> 12 CANTERBURY ROAD <br> HAMDEN, CT 06514 | 4366 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

| | |
|---|---|
| ***OBJECTION ADJOURNED*** | **1** |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| | Exhibit A | | | |
|---|---|---|---|---|
| 122nd Omnibus Objection | | | | Motors Liquidation Company, et al. |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| (BILL) WILLIAM SLOSS<br>116 MARCH ST<br>SAULT STE MARIE, ON P6A 2Z3 CANADA<br>CANADA | 68077 | Motors Liquidation Company | $1,024.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| A FRIEDMAN & L FRIEDMAN CO-TTEE<br>ARTHUR J. AND LOIS N. FRIEDMAN TRUS<br>U/A DTD 03/22/2006<br>11718 NORTH PEACEFUL NIGHT ROAD<br>TUCSON, AZ 85737 | 12177 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| A KAISER & D KAISER CO-TTEE<br>ALICE M KAISER REV LIV TR U/DEC<br>DTD 08/30/2007<br>1370 E PAUL<br>FRESNO, CA 93710 | 20869 | Motors Liquidation Company | $140,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| A WILLIAM ABTS, JR<br>603 S 5TH STREET<br>HUMPHREY, NE 68642 | 68870 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>JACK GREENSTEIN<br>12443 MORNING DOVE DR<br>SUN CITY WEST, AZ 85375 | 6156 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>GARY CROSS<br>186 KOT RD<br>FENTON, MO 63026 | 9711 | Motors Liquidation Company | $13,100.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>JAMES N RENDALL<br>2249 GREEN RIDGE DR<br>WICKLIFFE, OH 44092 | 18063 | Motors Liquidation Company | $1,575.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ABR FAMILY LIMITED PARTNERSHIP<br>GENERAL PARTNER GEORGE<br>INVESTMENTS, LLC<br>ATTN: JAMES E ROBINSON<br>1130 ROBIN ROAD<br>GLADWYNE, PA 19035 | 2016 | Motors Liquidation Company | $190,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

122nd Omnibus Objection       **Exhibit A**       Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| ADELE FRIEDMAN FAMILY TR<br>ADELE M FRIEDMAN TTEE<br>ARNOLD L FRIEDMAN TTEE<br>U/A DTD 07/03/1991<br>17142 RINALDI<br>GRANADA HILLS, CA 91344 | 4479 | Motors Liquidation Company | $1,408.75 | Beneficial Bondholder Claim    Pgs. 1-5 |
| ADELE L MCKENNA<br>479 CATAMOUNT RD<br>FAIRFIELD, CT 06824 | 5984 | Motors Liquidation Company | $86,643.00 | Beneficial Bondholder Claim    Pgs. 1-5 |
| AGATHA L CONBOY AND CLAYTON A CONBOY JTWROS<br>AGATHA L CONBOY<br>CLAYTON A CONBOY<br>PO BOX 13085<br>PRESCOTT, AZ 86304 | 22188 | Motors Liquidation Company | $3,872.00 | Beneficial Bondholder Claim    Pgs. 1-5 |
| AGATHA L CONBOY AND CLAYTON A CONBOY, JTWROS<br>PO BOX 13085<br>PRESCOTT, AZ 86304 | 22187 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim    Pgs. 1-5 |
| ALBERT C. TSANG<br>SHIRLEY C TSANG<br>6411 ASPEN COVE CT<br>SUGAR LAND, TX 77479<br>UNITED STATES OF AMERICA | 67896 | Motors Liquidation Company | $193,628.40 | Beneficial Bondholder Claim    Pgs. 1-5 |
| ALBERT H GETSON<br>2681 S COURSE DR<br>POMPANO BEACH, FL 33069 | 29554 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim    Pgs. 1-5 |
| ALBERT J MINETOLA<br>CGM IRA CUSTODIAN<br>1705 EAST CEDAR ST<br>ALLENTOWN, PA 18109 | 21132 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim    Pgs. 1-5 |
| ALBERT J MINETOLA<br>CGM ROTH IRA CUSTODIAN<br>1705 E CEDAR ST<br>ALLENTOWN, PA 18109 | 21133 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim    Pgs. 1-5 |
| ALBERT M LOBEL &<br>BERNICE LOBEL<br>1001 EASTON RD APT 603<br>WILLOW GROVE, PA 19090 | 12199 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim    Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 122nd Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| ALBERT P FILMANSKI (IRA)<br>FCC AS CUSTODIAN<br>3121 DOUBLE EAGLE COURT<br>SPRING HILL, FL 34606 | 21875 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALBERT TSANG<br>6411 ASPEN COVE CT<br>SUGAR LAND, TX 77479<br>UNITED STATES OF AMERICA | 67895 | Motors Liquidation Company | $94,459.80 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALBERT VAISER IRA<br>C/O ALBERT VAISER<br>6504 MEADOWCREEK<br>DALLAS, TX 75254 | 28027 | Motors Liquidation Company | $47,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALFRED PFLIPSEN<br>TOD ACCOUNT<br>31322 115TH AVE<br>SAINT JOSEPH, MN 56374 | 5490 | Motors Liquidation Company | $8,600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALIDA M DAVIS TTEE<br>ALIDA M DAVIS TR<br>U/A DTD 07/07/2000<br>517 MOHICAN TRAIL<br>WILMINGTON, NC 28409 | 4193 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALLEN & JOAN METZGER<br>2013 GLENWOD DR<br>NORTHFIELD, NJ 08225 | 3233 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALLEN JOHNSON &<br>JEAN JOHNSON JTWROS<br>656 S LINCOLN STREET<br>HORTONVILLE, WI 54944 | 12186 | Motors Liquidation Company | $16,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALLEN SPECTOR<br>CHARLOTTE SPECTOR<br>666 W GERMANTOWN PIKE<br>APT 801-SOUTH<br>PLYMOUTH MEETING, PA 19462 | 8180 | Motors Liquidation Company | $10,265.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALTON E GARDNER & FRANCES J GARDNER JT TEN<br>793 HILLCREST DR<br>SMITHLAND, KY 42081 | 6580 | Motors Liquidation Company | $25,925.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALTON J CURRAN<br>588 EAST AVE<br>PAWTUCKET, RI 02860 | 4328 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

122nd Omnibus Objection                                                                                    Motors Liquidation Company, et al.

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
|---|---|---|---|---|---|
| AMELIA C GAYER<br>BETH GAYER<br>RACHELLE GAYER<br>458 NEPTUNE AVE APT 7P<br>BROOKLYN, NY 11224 | 67464 | Motors Liquidation Company | $22,645.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AMY H WRIGHT<br>WESLEY WRIGHT TEN COM<br>3689 JOHNSVILLE BROOKVILLE RD<br>BROOKVILLE, OH 45309 | 61767 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANDREW J LISCHIN<br>2 EMPIRE DR<br>PLEASANTVILLE, NJ 08232 | 17587 | Motors Liquidation Company | $380,800.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANGUS & ROSEMARY MACLACHLAN<br>532 SANDY OAKS BLVD<br>ORMOND BEACH, FL 32174 | 7506 | Motors Liquidation Company | $47,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANIS SHERALI<br>1166 ROXBORO POINT NE<br>ATLANTA, GA 30324 | 28046 | Motors Liquidation Company | $21,217.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANITA HARDAGE<br>PO BOX 232<br>POCAHANTAS, AR 72455 | 67746 | Motors Liquidation Company | $10,056.30 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANITA L SABATINI TTEE<br>ANITA L SABATINI TRUST U/A<br>DTD 02/07/1990<br>3535 LINDA VISTA DRIVE APT 338<br>SAN MARCOS, CA 92078 | 10488 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANN PARKER NORTH<br>401 CENTRE COURT<br>ALAMEDA, CA 94502 | 20521 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANN S GLICKMAN<br>950 AUGUSTA WAY #115<br>HIGHLAND PARK, IL 60035 | 69661 | Motors Liquidation Company | $25,255.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANN WORCHECK & PATRICIA<br>BENTON TTEES FBO JOSEPH & ANN<br>WORCHECK TR U/A DTD 08-21-90<br>140 TUPELO CIRCLE<br>BRUNSWICK, GA 31525 | 45569 | Motors Liquidation Company | $1,250.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| 122nd Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| --- | --- | --- | --- | --- |
| ANNA MARIE LUKOMSKI<br>EDWARD D JONES & CO CUSTODIAN<br>FBO ANNA MARIE LUKOMSKI IRA<br>PO BOX 277<br>PARMA, IN 49269 | 62500 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNE P GOLDSMITH<br>210 S BROOKS ST<br>MANNING, SC 29102 | 5966 | Motors Liquidation Company | $9,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNE R BECK<br>965 YALE RD<br>BOULDER, CO 80305 | 65524 | Motors Liquidation Company | $89,712.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNE REIS<br>6538 SUMMERFIELD DR<br>FLORENCE, KY 41042 | 44166 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNELIESE KABLITZ<br>BERLINER ALLEE 49<br>22850 NORDERSTEDT GERMANY<br>GERMANY | 19086 | Motors Liquidation Company | $14,174.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNELIESE KABLITZ<br>BERLINER ALLEE 49<br>22850 NORDERSTEDT GERMANY<br>GERMANY | 19087 | Motors Liquidation Company | $7,087.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNELIESE KABLITZ<br>BERLINER ALLEE 49<br>22850 NORDERSTEDT GERMANY<br>GERMANY | 19088 | Motors Liquidation Company | $18,426.20 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNETTE CALABRO<br>14247 HILTON HEAD<br>FORT MYERS, FL 33919 | 11252 | Motors Liquidation Company | $112,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANTHONY KIBIN &<br>JACQUELINE KIBIN JT TEN<br>16819 ASPEN WAY<br>SOUTHGATE, MI 48195 | 65286 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARAB COMPANY FOR LIVESTOCK DEVELOPMENT<br>TAKHASSUSI STR, AL-REHMANIA DIST<br>RIYADH POST BOX #75026<br>RIYADH 11578 KINGDOM OF SAUDI ARABIA<br>SAUDI ARABIA | 14242 | Motors Liquidation Company | $4,000,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**122nd Omnibus Objection**     Exhibit A     **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| ARAB COMPANY FOR LIVESTOCK DEVELOPMENT<br>TAKHASSUSI STR. AL-REHMANIA DIST<br>RIYADH POST BOX # 75026<br>RIYADH 11578 KINGDOM OF SAUDI ARABIA<br>SAUDI ARABIA | 14243 | Motors Liquidation Company | $5,000,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARAB COMPANY FOR LIVESTOCK DEVELOPMENT<br>TAKHASSUSI STR, AL-REHMANIA DIST<br>RIYADH, POST BOX #75026<br>RIYADH 11578 KINGDOM OF SAUDI ARABIA<br>SAUDI ARABIA | 17913 | Motors Liquidation Company | $400,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARAB COMPANY FOR LIVESTOCK DEVELOPMENT<br>TAKHASSUSI STR, AL-REHMANIA DIST<br>RIYADH, POST BOX # 75026<br>RIYADH 11578 KINGDOM OF SAUDI ARABIA<br>SAUDI ARABIA | 17914 | Motors Liquidation Company | $500,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARABIA COMPANY FOR LIVESTOCK DEVELOPMENT<br>TAKHASSUSI STR AL-REHMANIA DIST<br>RIYADH, POST BOX # 75026<br>RIYADH 11578 KINGDOM OF SAUDI ARABIA<br>SAUDI ARABIA | 14244 | Motors Liquidation Company | $1,000,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARLEDENE H DONOHEW REV TRUST<br>LIVING TRUST UAD 03/14/97<br>ARLEDENE H DONOHEW TTEE<br>10102 DEWEY DRIVE<br>GARDEN GROVE, CA 92840 | 25397 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARLENE OPPENHEIM<br>17201 HUNTINGTON PARKWAY<br>BOCA RATON, FL 33496 | 5529 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARLENE OPPENHEIM<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>17201 HUNTINGTON PARK WAY<br>BOCA RATON, FL 33496 | 5530 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARLENE WITTIG<br>WBNA CUSTODIAN SEP IRA<br>202 205 LUIS MARTIN BLVD<br>UNIT 1313<br>JERSEY CITY, NJ 07302 | 8792 | Motors Liquidation Company | $9,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARMOUR GUERIN<br>4446 EWING CIR<br>PORT CHARLOTTE, FL 33948 | 4340 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 122nd Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| ARNOLD COHEN & COLLEEN CAREY<br>3514 S JEFFERSON<br><br>SPOKANE, WA 99203 | 16068 | Motors Liquidation Company | $225,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARNOLD D SAYLER IRA<br>RAYMOND JAMES & ASSOC INC CSDN<br>616 NOKOMIS ST<br>TECUMSEH, MI 49286 | 21497 | Motors Liquidation Company | $3,701.52 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARTHUR & DORIS MOLIN<br>ARTHUR MOLIN<br>DORIS MOLIN CO-TTES<br>341 IOWA AVE<br>MC DONALD, OH 44437 | 9284 | Motors Liquidation Company | $8,475.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARTHUR ALBRECHT<br>1205 ABERDEEN DR<br><br>BROOMFIELD, CO 80020 | 7087 | Motors Liquidation Company | $7,728.46 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARTHUR N. HORNAK<br>3 WOODS EDGE DRIVE<br><br>JACKSON, NJ 08527 | 11048 | Motors Liquidation Company | $67,200.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARTHUR STAPLE<br>12 CANTERBURY<br><br>HAMDEN, CT 06514 | 4656 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ASHTON TAYLOR<br>PO BOX 372155<br><br>EL PASO, TX 79937 | 17758 | Motors Liquidation Company | $300,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AUD BAIR<br>6273 BUCKSKIN LANE<br><br>ROSEVILLE, CA 95747 | 16037 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AUTOUIO J MARTINEZ T<br>CALLE #4 RESIDENCIOS REFUGIO<br>PISO #6 APTO 61 A TERROSAZ DEL AVILO<br>0058 CARACAS VENEZUELA<br>VENEZUELA | 68163 | Motors Liquidation Company | $12,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA A SHEA<br>3101 KINVARA LN<br><br>LOUISVILLE, KY 40242 | 20156 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 122nd Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
| --- | --- | --- | --- | --- | --- |
| BARBARA ANN MERRY TTEE<br>BARBARA ANN MERRY TR<br>U/T/A DTD 7-25-96<br>412 NE 55TH ST<br>KANSAS CITY, MO 64118 | 5305 | Motors Liquidation Company | $9,987.84 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA BLOCKLEY<br>1330 HIGHLAND RD<br>CHATTANOOGA, TN 37415 | 7248 | Motors Liquidation Company | $44,226.20 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA E DELVEAU<br>TOD DATED 04/13/2009<br>965 MANOR PLACE<br>GREEN BAY, WI 54304<br>UNITED STATES OF AMERICA | 13924 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA E DELVEAU<br>BARBARA DELVEAU IRA<br>965 MANOR PL<br>GREENBAY, WI 54304<br>UNITED STATES OF AMERICA | 13925 | Motors Liquidation Company | $600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA FLEMING<br>ROBERT FLEMING<br>60 CARLA WAY<br>BROOMFIELD, CO 80020 | 9153 | Motors Liquidation Company | $5,103.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA LEE RAREY REVOCABLE<br>INTER VIVOS TR AGREEMENT #1 U/A/D 10 30 91<br>BARBARA LEE RAREY TTEE<br>2729 GILBERT LN<br>CENTRAL LAKE, MI 49622 | 2290 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA MILLER TTEE<br>BARBARA J MILLER 2004 REVOCABLE TR<br>U/A DTD 09/13/2004<br>3520 GRAND AVENUE APT 311<br>DES MOINES, IA 50312 | 8697 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA MORA<br>109 BURROWS LANE<br>BLAUVELT, NY 10913 | 10640 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA SOLOMON FAMILY TRUST<br>BARBARA SOLOMON<br>4913 CALVIN AVE<br>TARZANA, CA 91356 | 2725 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**122nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs |
|---|---|---|---|---|---|
| BARFIELD LATRELL<br>PO BOX 1824<br>SANFORD, FL 32772 | 18647 | Motors Liquidation Company | $19,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARRY & ZELDA FREEDMAN<br>10668 FAIRMONT VILLAGE DR<br>WELLINGTON, FL 33449 | 10258 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BECKY L JANZEN<br>TOD ACCOUNT<br>3220 SHERWOOD CT<br>LAWRENCE, KS 66049 | 10463 | Motors Liquidation Company | $24,252.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERNARD F DUHON<br>P.O. BOX 1169<br>ABBEVILLE, LA 70511 | 19491 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERNARD G GERKEN<br>1700 W 26TH ST.<br>SAN PEDRO, CA 90732 | 2910 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERNARD J REGAN<br>5584 POINTE DR<br>EAST CHINA, MI 48054 | 10361 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERNARD PRESSNER<br>237 WEAVER ST APT 8E<br>GREENWICH, CT 06831 | 65219 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERNHARDT MUELLER JR &<br>ROBIN SUE MUELLER JT TEN<br>1949 ASHLEY LN<br>GAYLORD, MI 49735 | 3942 | Motors Liquidation Company | $10,758.60 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERTHA D RODRIGUEZ TOD<br>D CHRISTMAN,D CAMPBELL,J RODRIGUEZ,<br>AND D RODRIGUEZ SUB TO ST RLS<br>9980 PAPAYATREE TRAIL APT# A<br>BOYNTON BEACH, FL 33436 | 19703 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERYL SCHMEDLIN<br>26 CARMEL RIDGE<br>TRUMBULL, CT 06611 | 10496 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

122nd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| BETSY J. POTTER & GEORGE R. POTTER<br>TTEE GEORGE R POTTER & BETSY J POTT<br>LIVING REV TRUST U/A DTD 03/15/1991<br>1414 SUNSET AVE<br>SANTA MONICA, CA 90405 | 6486 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BETTY J MCCARTHY<br>3144 EXECUTIVE HILLS<br>LAS CRUCES, NM 88011 | 12580 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BETTY LOU BOHRNSTEDT<br>1623 HALSEY ST<br>REDLANDS, CA 92373 | 4887 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEVERLY A STEPHENS<br>ATTN  V SAITO<br>4135 SW COMUS ST<br>PORTLAND, OR 97219 | 8576 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEVERLY A TICKENOFF TTEE<br>B. TICKENOFF 2001 TRUST U/A<br>DTD 08/15/2001<br>9995 EAST AVE<br>BALLICO, CA 95303 | 63331 | Motors Liquidation Company | $15,061.48 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEVERLY J CRIVELLI TTEE<br>FBO BEVERLY J CRIVELLI TRUST<br>U/A/D 10-23-2006<br>350 GILMORE ROAD #43<br>RED BLUFF, CA 96080 | 3399 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BILL L BARRIER (IRA)<br>FCC AS CUSTODIAN<br>705 5TH ST<br>NEOLA, IA 51559 | 68868 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BILLIE J SAMPSON TRUSTEE<br>THE BILLIE J SAMPSON REV<br>LIVING TRUST DTD 4/14/05<br>17800 E BOLGER ROAD 315B<br>INDEPENDENCE, MO 64055 | 7246 | Motors Liquidation Company | $10,010.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BILLY D RUSH<br>44 LAWRENCE ROAD 433<br>WALNUT RIDGE, AR 72476 | 67741 | Motors Liquidation Company | $5,028.15 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9168-1    Filed 02/10/11    Entered 02/10/11 14:40:21    Exhibit A
Pg 12 of 12

122nd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pages |
|---|---|---|---|---|---|
| BILLY R BEAVERS & BOBBIE JEAN BEAVERS TRUST<br>2810 JOHNSTON ST<br>LAFAYETTE, LA 70503 | 8188 | Motors Liquidation Company | $11,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BOBBIE J TORRE<br>C/O UBS FINANCIAL SERVICES INC<br>3102 WEST END AVE STE 500<br>NASHVILLE, TN 37203 | 7187 | Motors Liquidation Company | $8,886.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BOBBY J WOOD<br>5092 WAKEFIELD RD<br>GRAND BLANC, MI 48439 | 14657 | Motors Liquidation Company | $540.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BONNIE HANSEN<br>HC 63<br>BOX 1777<br>CHALLIS, ID 83226 | 10249 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*  **98**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.