# Exhibit A

| | |
|---|---|
| 123rd Omnibus Objection | Motors Liquidation Company, et al. |
| | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BONNIE L NOBBE REV TRUST DTD 02/10/07<br>C/O BONNIE NOBBE<br>217 THOMAS LN<br>WATERLOO, IL 62298 | 11736 | Motors Liquidation Company | $26,012.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BONNIE ROBERTS<br>4530 RAYBURN ST<br>WEST LAKE VILLAGE, CA 91362 | 18454 | Motors Liquidation Company | $14,977.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BONNIE WALLS<br>2102 JULIE ANN<br>PARAGOULD, AR 72450 | 67743 | Motors Liquidation Company | $2,019.26 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRANDY LALOUCHE<br>2588 THATCHER AVE<br>HENDERSON, NV 89052 | 25358 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRENDA WESTBROOK<br>1220 BRANDYWINE LN SE<br>DECATUR, AL 35601 | 33045 | Motors Liquidation Company | $1,725.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRIGITTE BEIPL<br>BILLROTHSTR 2A16164<br>1190 WIEN AUSTRIA<br>AUSTRIA | 68717 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRIGITTE LIPPKE<br>QUERSTR. 3<br>31008 ELZE GERMANY<br>GERMANY | 69390 | Motors Liquidation Company | $9,109.95 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRUCE R GILBERT<br>CGM IRA ROLLOVER CUSTODIAN<br>5645 SILVER POND DRIVE<br>WEST BLOOMFIELD, MI 48322 | 23483 | Motors Liquidation Company | $9,932.60 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRUCE SANDOR VOGEL<br>JACKIE R VOGEL JT TEN<br>22 1/2 DRY HILL RD<br>NORWALK, CT 06851 | 21470 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

123rd Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| BRUCE T PARKER<br>500 MORGAN LANE<br>WARSAW, VA 22572 | 13933 | Motors Liquidation Company | $13,475.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRUCE TOMCZYK<br>6932W EAST NORTH DR<br>HURLEY, WI 64534 | 28183 | Motors Liquidation Company | $7,261.69 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BUD JOHNSON, JOY JOHNSON & LARRY JOHNSON TTEE BUD & JOY JOHNSON 1980 TR DTD 02/02/1980<br>150 SURFSOUND DR<br>SMITH RIVER, CA 95567 | 17928 | Motors Liquidation Company | $36,125.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BURTON FORMAN &<br>SONDRA FORMAN JT TEN<br>56 SHADYBROOK DR<br>LANGHORNE, PA 19047 | 29571 | Motors Liquidation Company | $74,906.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BUSCHER FAMILY LIVING TRUST<br>U/A DTD 05/25/2007<br>RICHARD L BUSCHER & MARCIE A BUSCHER TTEE<br>1328 WEST 214TH STREET<br>TORRANCE, CA 90501 | 4445 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| BUSH-HOWISON LP<br>ATTN MARY JANE SCHULTZ<br>23360 NORTH BLUFF ST<br>FULTON, MO 65251 | 23567 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| C S CUTRELL BENEFICIARY IRA<br>JOHN M RODUIK (DECD)<br>FCC AS CUSTODIAN<br>642 SOUTH BEACH ST<br>ORMOND BEACH, FL 32174 | 3062 | Motors Liquidation Company | $5,006.42 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAMILLA V BARGE<br>C/O MICHAEL NERE<br>6861 SHEARWATERS DR<br>CARLSBAD, CA 92011 | 6477 | Motors Liquidation Company | $21,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CARL FAETCHE SR AND<br>LYNDA G FAETCHE JT TEN<br>21862 LOST MEADOW<br>NEW CANEY, TX 77357 | 4329 | Motors Liquidation Company | $39,899.45 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 123rd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| CARL R BISHOP<br>5211 SW 88 TERRACE<br>COOPER CITY, FL 33328 | 7998 | Motors Liquidation Company | $15,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CARL W ZUGELTER TRUSTEE FBO EUGENE ZUGELTER<br>C/O CARL W ZUGELTER<br>1285 W OHIO PIKE<br>AMELIA, OH 45102 | 8003 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CARLIN H SHANK<br>10716 OLD ST RD 1<br>ECONOMY, IN 47339 | 63043 | Motors Liquidation Company | $19,905.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CARMEN HERR<br>1199 PACIFIC HWY #2902<br>SAN DIEGO, CA 92101 | 67849 | Motors Liquidation Company | $17,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROL D MEGONEGAL<br>8036 SANDHILL CT<br>WEST PALM BEACH, FL 33412 | 21386 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROL FISCHER<br>10125 MAPLE RD<br>BIRCH RUN, MI 48415 | 4016 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROL M NYMAN<br>STEVEN KAISER TTEE<br>U/A/D 09/08/89<br>FBO ROBERT E NYMAN DECL OF TR<br>1234 8TH AVE<br>SACRAMENTO, CA 95818 | 44652 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROL POWLEY &<br>WALTER POWLEY TTEES<br>CAROL POWLEY LIVING<br>TRUST U/A DTD 6-5-95<br>771 BONNIE BRAE COURT<br>BOLINGBROOK, IL 60440 | 2007 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROLYN A ACCURSO AND<br>CHARLES M SALADINO JTWROS<br>11900 MADISON<br>KANSAS CITY, MO 64145 | 4316 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROLYN HINKLE<br>551 INDIAN CREEK<br>ANDERSON, MO 64831 | 7561 | Motors Liquidation Company | $18,494.89 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| 123rd Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| CAROLYN LAMBERT<br>5238 GREAT LAKES DR N<br>EVANSVILLE, IN 47715 | 29574 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROLYN M BECKER<br>100 ANSONBOROUGH LANE, APT 406<br>ATHENS, GA 30605 | 4353 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CARTER E DORRELL<br>965 YALE RD<br>BOULDER, CO 80305 | 65525 | Motors Liquidation Company | $45,260.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CATHERINE M. HABERSTROH<br>708 CANYON CREEK LANE<br>BIRMINGHAM, AL 35216 | 18842 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CATHY MORRIS RAWLS<br>3233 HURSTVIEW DR<br>HURST, TX 76054 | 64719 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CECIL C GRAHAM M D IRA<br>FCC AS CUSTODIAN<br>4543 MENGE AVE<br>PASS CHRIS, MS 39571 | 4176 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CECIL INEZ HENDREN<br>3255 WICKLIFF RD<br>BROOKNEAL, VA 24528 | 19765 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLENE L WALKER<br>7124 N VALLEY VISTA RD<br>PRESCOTT VLY, AZ 86315 | 12382 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES D WHITSON &<br>BETTY H WHITSON JT TEN<br>1327 COUNTY ROAD 164<br>LAFAYETTE, AL 36862 | 15949 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES E WRIGHT<br>10521 SANDRINGHAM<br>BATON ROUGE, LA 70815 | 3851 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 123rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | **Exhibit A** | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| CHARLES GLUNT<br>1604 HOPEWELL RD<br>FOUNTAIN CITY, IN 47341 | 18069 | Motors Liquidation Company | $3,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES T HALL AND DORIS S HALL<br>DORIS S HALL JTWROS<br>855 N PARK ROAD P201<br>WYOMISSING, PA 19610 | 5319 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES THEODORA<br>7 LILAC LANE<br>OCEAN, NJ 00771<br>UNITED STATES OF AMERICA | 29494 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES W MAXWELL<br>ELIZABETH H MAXWELL<br>878 JERI LN<br>BOULDER CITY, NV 89005 | 14962 | Motors Liquidation Company | $115,827.59 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHRISTIAN OEST<br>WURSTER STR 201<br>27580 BREMERHAVEN GERMANY<br>GERMANY | 17277 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHRISTINE LUPIENT<br>3712 DE ETTA AVE<br>BAKERSFIELD, CA 93313<br>UNITED STATES OF AMERICA | 67728 | Motors Liquidation Company | $5,133.60 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CLARK A KAUFFMAN AND<br>LOIS M KAUFFMAN JT TEN<br>306 FREEMAN AVENUE<br>AUDUBON, IA 50025 | 8201 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CLAUDE & BETTY FIELDER<br>2305 SEA ISLAND DR<br>JONESBORO, AR 72404 | 67710 | Motors Liquidation Company | $20,628.13 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CLAUDE E YOUNG AND BERTA YOUNG TRUSTEES<br>THE YOUNG FAMILY TRUST<br>U/A/D 08/29/1995<br>3420 ROCKSPRING RD<br>HYDESVILLE, CA 95547 | 10092 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CLAUDE P. FLOCK<br>CGM IRA ROLLOVER CUSTODIAN<br>7335 HIGHWAY 337 NW<br>DEPAUW, IN 47115 | 13055 | Motors Liquidation Company | $13,681.22 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 123rd Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
|---|---|---|---|---|---|
| CLYDE P DAVIS JR & <br> LINDA W DAVIS <br> JT TEN <br> 716 DARLENE DR <br> BIRMINGHAM, AL 35217 | 20530 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CLYDE R ASHWORTH <br> #3 HOMEPLACE COURT <br> ARLINGTON, TX 76016 | 11242 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| COACH REAL ESTATE ASSOC INC <br> 401K LAWRENCE FINN JR TTEE <br> U/A DTD 5/1/96 <br> FBO MARY PRINZ <br> 88 SCUDDER PLACE <br> NORTHPORT, NY 11768 | 7565 | Motors Liquidation Company | $12,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| COMPOSITE TEMPLE ASSOC <br> 32333 KELLY RD <br> FRASER, MI 48026 | 21298 | Motors Liquidation Company | $0.00 <br> Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CONSTANCE HILBURN TTEE <br> HILBURN FAMILY TRUST U/A <br> DTD 02/14/1989 <br> 25442 SEABLUFFS DRIVE APT 307 <br> DANA POINT, CA 92629 | 11505 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CONTRIBUTORY IRA OF DOLORES L SHUGART <br> DOLORES L SHUGART <br> 108 AUSTIN CT <br> DUNEDIN, FL 34698 | 62595 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CORNELIS BYEMAN TTEE OF THE <br> ROSE MARIE EDWARDS TR U/W/O 4-30-92 <br> 2050 COWBOY WAY <br> PASO ROBLES, CA 93446 | 28008 | Motors Liquidation Company | $75,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CRISTIAN ZEGERS <br> CRISTIAN ZEGERS & M DEL CARMEN ECHAVARRI <br> CANINO LAS VERTIENTES 1420 <br> SAN CARLOS DE APOQUINDO <br> LAS CONDEI SANTIAGO  CHILE <br> CHILE | 36953 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CRYSTAL V WAGONER <br> C/O JOHN H POLK <br> 1502 AUGUSTA STE 390 <br> HOUSTON, TX 77057 | 18795 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**123rd Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
|---|---|---|---|---|---|
| D & K SUPPLY INC.<br>8810 HILL CHURCH ST SE<br>EAST CANTON, OH 44730 | 8015 | Motors Liquidation Company | $75,111.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| D. KATERINOS<br>BOX 370064<br>MILWAUKEE, WI 53237<br>UNITED STATES OF AMERICA | 65307 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAIL W LONGAKER MD IRA<br>FCC AS CUSTODIAN<br>4614 PERRY CT<br>COLUMBIA, SC 29206 | 7245 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DALE R WEBB<br>CGM IRA CUSTODIAN<br>4923 E 102 ST<br>TULSA, OK 74137 | 22087 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DANIEL GREENBERG TRUST, RICHARD GREENBERG & EILLEEN B GREENBERG TTEES<br>2151 ROCKCRESS WAY<br>GOLDEN, CO 80401 | 13677 | Motors Liquidation Company | $52,312.93 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DANIEL R PETERSEN<br>18218 FOCH<br>LIVONIA, MI 48152 | 19146 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DANIEL R. DAVIS &<br>SHEILA CHILTON-DAVIS JT WROS<br>12400 VAN BUREN STREET<br>CROWN POINT, IN 46307 | 3827 | Motors Liquidation Company | $29,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DARNELL BLAXTON<br>STEPHENS INC. C/F<br>DARNELL BLAXTON IRA<br>2905 MEADOW CIRCLE<br>POCAHONTAS, AR 72455 | 67720 | Motors Liquidation Company | $41,256.40 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DARREL R BURUM<br>& MARY L BURUM JTTEN<br>650 ELKINS LAKE<br>HUNTSVILLE, TX 77340 | 69754 | Motors Liquidation Company | $66,430.48 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID A WOOD<br>CGM IRA ROLLOVER CUSTODIAN<br>525 NW 40 ST<br>OKLAHOMA CITY, OK 73118 | 2018 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 123rd Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | |
|---|---|---|---|---|---|
| DAVID A WOOD SUCC TTEE<br>FBO MARY E WOOD TRUST<br>U/A/D 03-15-1983<br>525 NW 40 ST<br>OKLAHOMA CITY, OK 73118 | 2017 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID E CARTER<br>165 BUFFLICK RD<br>CLENDENIN, WV 25045 | 29226 | Motors Liquidation Company | $9,848.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID KATZ (IRA)<br>FCC AS CUSTODIAN<br>9 BERRYDALE LN<br>BELLA VISTA, AR 72715 | 22210 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID L. CHAPSKI (DECD)<br>3 DEWEY STREET<br>NATICK, MA 01760 | 10911 | Motors Liquidation Company | $23,940.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID LYNN RICHEY &<br>KYLE MARIE RICHEY JT TEN<br>2586 UNION ST<br>SAN FRANCISCO, CA 94123 | 10089 | Motors Liquidation Company | $150,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID M BURKE<br>39433 BOLINGTON RD<br>LOVETTSVILLE, VA 20180 | 16069 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID M. BLAU OR HIS<br>SUCESSOR TR<br>DAVID BLAU TTEE<br>U/A DTD 07/19/2005<br>33016 HEARTHSTONE RD<br>FARMINGTN HLS, MI 48334 | 33512 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID MARINOFF &<br>JUNE MARINOFF JT TEN<br>3020 HOLYROOD DRIVE<br>OAKLAND, CA 94611 | 69097 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID R EID<br>PO BOX 3115<br>AKRON, OH 44309 | 32862 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID S LIPTON &<br>CATHY LIPTON JT TEN BY ENTR<br>P O BOX 5147<br>LIGHTHOUSE PT, FL 33074 | 19474 | Motors Liquidation Company | $24,427.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9169-1    Filed 02/10/11    Entered 02/10/11 14:42:35    Exhibit A
Pg 9 of 11

123rd Omnibus Objection                                   Exhibit A                                   Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Grounds | Pages |
|---|---|---|---|---|---|
| DAVID SEQUEIRA<br>5047 35TH ROAD NORTH<br>ARLINGTON, VA 22207<br>UNITED STATES OF AMERICA | 22103 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID SUELLAU<br>3845 SPLENDID OAK CT<br>ORANGE PARK, FL 32065 | 7068 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID TERSTEEG<br>CHARLES SCHWAB & CO INC CUST<br>SEP-IRA<br>11 WHITE CHAPEL CT<br>ALGONQUIN, IL 60102 | 2011 | Motors Liquidation Company | $11,031.85 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID VICTOR GOLDEN<br>3333 S DURANGO AVE #6<br>LOS ANGELES, CA 90034 | 22588 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DEAN GOODMAN<br>W242 HAWKS NEST LANE<br>KAUKAUNA, WI 54130 | 10656 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DEBBIE DIMON<br>TOD BENEFICIARIES ON FILE<br>6418 9TH ST EAST<br>BRADENTON, FL 34203 | 61741 | Motors Liquidation Company | $3,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DELIA WEISS REVOCABLE TRUST<br>DTD 11/01/1996<br>FBO GAIL YOUNGELSON<br>S. SCHWARTZ & M. WEISS TTEE<br>7664 EAGLE POINT DRIVE<br>DELRAY BEACH, FL 33446 | 12289 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DENISE VERRELST<br>LOMBARDENVEST 29/10<br>2000 ANTWERPEN BELGIUM<br>BELGIUM | 21628 | Motors Liquidation Company | $22,600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DENWARD A. DAVIS<br>5529 10TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | 18843 | Motors Liquidation Company | $19,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DIANE MACKLOSKY<br>47 MAXINE DR<br>BRISTOL, CT 06010 | 33011 | Motors Liquidation Company | $34,748.86 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

123rd Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Grounds | Pages |
|---|---|---|---|---|---|
| DIANE MORRIN<br>CGM IRA CUSTODIAN<br>2011 EAST 34 ST<br>BROOKLYN, NY 11234 | 12550 | Motors Liquidation Company | $500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DIETZ LIVING TRUST<br>ARTHUR DIETZ TRUSTEE<br>5668 SOUTHERN HILLS DR<br>FRISCO, TX 75034 | 9277 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOLORES S COYLE<br>CGM IRA CUSTODIAN<br>219 BURNEY ROAD<br>OSPREY, FL 34229 | 2699 | Motors Liquidation Company | $20,375.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOMENICO RAGONE IRA<br>3321 FRIAR DR<br>PARMA, OH 44134 | 25454 | Motors Liquidation Company | $2,232.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOMENICO TAVARONE<br>CLARA TAVARONE<br>1702 WALTER DR<br>WILMINGTON, DE 19810 | 8831 | Motors Liquidation Company | $24,823.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOMENICO ZANGARI & CHIARA ZANGARI<br>JTTEN TOD MARIA ROSA PITTELLA<br>SUBJECT TO STA RULES<br>1923 SCHLEY STREET<br>PHILADELPHIA, PA 19145 | 28073 | Motors Liquidation Company | $13,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOMINICK A ALFIERI<br>6 SUNBOW LANE<br>OKATIE, SC 29910<br>UNITED STATES OF AMERICA | 63031 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD & SUZANNE WHITE<br>DONALD M WHITE<br>SUZANNE M WHITE<br>151 SYLVAN DRIVE<br>POTTSTOWN, PA 19465 | 63133 | Motors Liquidation Company | $48,385.35 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD B DOWNER &<br>VERA S DOWNER<br>96 SARAH DRIVE<br>ELKTON, MD 21921 | 6561 | Motors Liquidation Company | $35,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

123rd Omnibus Objection     **Exhibit A**     [Motors Liquidation Company, et al.](#)

Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| DONALD E MILLER<br>5202 HUNTSWELL CT<br>KATY, TX 77494 | 68534 | Motors Liquidation Company | $11,026.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD H RICHTER<br>208 SILVER LAKE DR #101<br>VENICE, FL 34292 | 7836 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD J LYONS<br>3032 FORT STANWIX RD<br>HENDERSON, NV 89052<br>UNITED STATES OF AMERICA | 5328 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD J SKAFF<br>2323 FORBES AVE<br>CLAREMONT, CA 91711 | 12513 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

***CLAIMS TO BE DISALLOWED AND EXPUNGED***     **100**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.