| 124th Omnibus Objection | | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD K ROUGH<br>AUDREY S ROUGH<br>307 GARDEN RD<br>BALTIMORE, MD 21286 | 4387 | Motors Liquidation Company | $1,350.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD L CALDWELL<br>506 E THIRD ST<br>LAKESIDE, OH 43440 | 7459 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD L DEEL &<br>SHERYL LYNN FIORANI JT WROS<br>20270 FENTON<br>ROSEVILLE, MI 48066 | 33531 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD L DEEL &<br>SHERYL L FIORANI<br>JT TEN<br>20270 FENTON<br>ROSEVILLE, MI 48066 | 33532 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD LEDERMAN TTEE<br>FBO DONALD LEDERMAN TRUST<br>U/A/D 10-17-1996<br>12 BRIGHTON CT<br>MONROE TWP, NJ 08831 | 69060 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD NITTO &<br>DEBRA A GANCZAK JT TEN<br>8404 LIPPIZAN PL<br>GAINSVILLE, VA 20155 | 6199 | Motors Liquidation Company | $20,194.28 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD W & JANE K REAM<br>DONALD REAM<br>497 BROKEN OAK CT<br>MANSFIELD, OH 44904 | 5502 | Motors Liquidation Company | $12,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DORIS B LOTHROP & JOAN L<br>WARREN TTEES G W & DORIS<br>B LOTHROP 1991 REV TRUST<br>TRUST B U/A DTD 7/12/91<br>3777 PARK DR<br>EL DORADO HLS, CA 95762 | 28068 | Motors Liquidation Company | $6,292.75 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 124th Omnibus Objection | **Exhibit A** | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| DORIS DESKINS<br>3024 NADINA DR<br>LOUISVILLE, KY 40220<br>UNITED STATES OF AMERICA | 15592 | Motors Liquidation Company | $1,237.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DORIS F STEERMAN (IRA)<br>FCC AS CUSTODIAN<br>8015 EASTLAKE DR APT 2G<br>BOCA RATON, FL 33433 | 3040 | Motors Liquidation Company | $3,150.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DORIS LITHGOW<br>233 SKYLINE BLVD<br>OROVILLE, CA 95966 | 10106 | Motors Liquidation Company | $13,449.76 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DORIS S HALL<br>855 NORTH PARK ROAD, P201<br>WYOMISSING, PA 19610 | 10084 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOROTHY A MARSHALL TTEE<br>DOROTHY A MARSHALL SEPARATE PROP TR<br>U/A DTD 05/25/2004<br>7332 TAVENNER LANE APT 3 B<br>ALEXANDRIA, VA 22306 | 15818 | Motors Liquidation Company | $10,705.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOROTHY BAKER<br>750 N OCEAN BLVD APT 2002<br>POMPANO BEACH, FL 33062 | 13285 | Motors Liquidation Company | $11,600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOROTHY H BAKER REV LVG TR<br>DTD 12-29-87<br>DOROTHY H BAKER TTEE<br>750 N OCEAN BLVD #2002<br>POMPANO BEACH, FL 33062 | 13284 | Motors Liquidation Company | $11,600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOROTHY HILL<br>1925 STONEY HILL DR.<br>HUDSON, OH 44236 | 29172 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOROTHY SHEA RANDALL<br>124 CHARLES ROAD<br>SAN ANTONIO, TX 78209 | 21494 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOUGLASS B AUER TTEE<br>THE AUER TRUST<br>1600 BROADWAY, STE 2350<br>DENVER, CO 80202 | 6573 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 124th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| DOYLE GILLIAM<br>STEPHENS INC C/F<br>DOYLE E GILLIAM IRA<br>1400 LOCUST<br>JONESBORO, AR 72401 | 67722 | Motors Liquidation Company | $25,928.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DR JOHN SYBERT<br>3800 PIKE RD<br>11-104<br>LONGMONT, CO 80503 | 12965 | Motors Liquidation Company | $34,625.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DR KARL S BROT<br>CGM IRA CUSTODIAN<br>DTD 02/19/86<br>2714 OAKMONT<br>WESTON, FL 33332 | 62502 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DR MICHAEL D KATZ<br>CGM IRA CUSTODIAN<br>46 WILLETS RD<br>OLD WESTBURY, NY 11568 | 2294 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DR REINHARD GIETZELT<br>DR - ING REINHARD GIETZELT<br>MANENHOHER WEG 11<br>D 12105 BERLIN GERMANY<br>GERMANY | 19476 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| E CLORIDA FERGUSON<br>3662 INGERSOLL APT 210<br>DES MOINES, IA 50312 | 8202 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| E JOSEPH BROWN<br>HELENE R BROWN<br>12042 NAPOLI LANE<br>BOYNTON BEACH, FL 33437 | 15802 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| E JOSEPH BROWN<br>12042 NAPOLI LANE<br>BOYNTON BEACH, FL 33437 | 16055 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| E REYNOLDS & M REYNOLDS TTEE<br>REYNOLDS FAMILY TRUST<br>U/A DTD 11/02/1992<br>4311 NIGHTBIRD WAY<br>REDDING, CA 96001 | 45073 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 124th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| EARL S RIVERS TTEE EARL S RIVERS TR<br>123 BAYSHORE<br>HEMPHILL, TX 75948 | 12063 | Motors Liquidation Company | $5,820.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ED AND BETSY MCGUIGAN<br>PO BOX 509<br>TALENT, OR 97540 | 62610 | Motors Liquidation Company | $16,005.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDITH L ALEXANDER REVOCABLE TRUST<br>U/T/D 4/11/1996<br>EDITH L ALEXANDER TTE<br>810 ANSON ST<br>SALEM, IN 47167 | 23373 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDMUND H & CAROLYN F WOLCOTT<br>6 DUCK RIVER LANE<br>OLD LYME, CT 06371<br>UNITED STATES OF AMERICA | 60771 | Motors Liquidation Company | $50,004.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD & JENNIE MURPHY<br>565 GRIGGSTOWN RD<br>BELLE MEAD, NJ 08502 | 33510 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD & SUE PLYMALE<br>2903 SENECA PARK RD<br>LOUISVILLE, KY 40205 | 10424 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD JONES & CO CUST<br>FBO JAMES A CALLAHAN III IRA<br>ELIZABETH L CALLAHAN<br>450 FOXBROOK DR<br>CREVE COUER, MO 63141 | 8357 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD JONES & CO CUSTODIAN<br>FBO GARY E LANKFORD IRA<br>PO BOX 691<br>CENTRALIA, IL 62801 | 11445 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD M WEYANT<br>64 WESTOMERE TERRACE<br>NEW LONDON, CT 06320 | 45284 | Motors Liquidation Company | $45,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD MROCZYNSKI IRA<br>FCC AS CUSTODIAN<br>12024 PROSPECT HILL DR<br>GOLD RIVER, CA 95670 | 6840 | Motors Liquidation Company | $19,987.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 124th Omnibus Objection | | | **Exhibit A** | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| EDWARD OPENGART<br>FRANCES OPENGART<br>27 CLUB POINTE DR<br>WHITE PLAINS, NY 10605 | 16128 | Motors Liquidation Company | $16,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD R HERMAN<br>DOROTHY J HERMAN JTWROS<br>821 HASBROCK RD<br>NORWALK, OH 44857 | 27289 | Motors Liquidation Company | $4,936.63 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD R MROCZYNJKI IRA<br>EDWARD R MROCZYNJKI<br>12024 PROSPECT HILL DR<br>GOLD RIVER, CA 95670 | 6841 | Motors Liquidation Company | $19,987.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD W DIAMOND<br>7801 BARTELS RD<br>EVANSVILLE, IN 47716 | 4849 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EINAR ROBERT HANSEN<br>TRUST TRUST<br>EINAR ROBERT HANSEN TTEE<br>U/A DTD 10/01/2001<br>130 N VINCENT<br>BOLINGBROOK, IL 60490 | 68533 | Motors Liquidation Company | $7,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELAINE A PEPE IRA<br>C/O ELAINE A PEPE<br>26 ERIN WAY<br>WEYMOUTH, MA 02190 | 5320 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELAINE A PEPE ROTH IRA<br>C/O ELAINE A PEPE<br>26 ERIN WAY<br>WEMOUTH, MA 02190 | 5321 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELDON G BLACK<br>1002 COUNTRY CREEK LANE<br>CHESTERTON, IN 46304 | 19122 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELEANOR H HESS<br>52 JOHNSON DRIVE<br>CHATHAM, NJ 07928 | 13289 | Motors Liquidation Company | $10,634.45 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELIZA JANE SUTTON<br>3731 MAMARONECK RD<br>LOUISVILLE, KY 40218 | 10423 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 124th Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| ELIZABETH A CIARPELLA<br>1860 N ATLANTIC AVE B806<br>COCOA BEACH, FL 32931 | 20857 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELIZABETH NOCK<br>123 NORTH SPAIN ST<br>DARLINGTON, SC 29532 | 68526 | Motors Liquidation Company | $59,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELIZABETH V FORMAN<br>CGM IRA CUSTODIAN<br>11 W WAYNE TER<br>COLLINGSWOOD, NJ 08108 | 4641 | Motors Liquidation Company | $5,090.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELNORA CASE & VERNON W CASE JT<br>ELNORA CASE<br>1270 COPPER HILL RD<br>WEST SUFFIELD, CT 06093 | 12024 | Motors Liquidation Company | $12,125.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELSIE F FOMBELLE<br>706 CIRCLE DR<br>NEW CASTLE, PA 16101 | 8011 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EMMA L JACOBSEN TRUSTEE<br>WALTER ROY & EMMA LOU JACOBSEN<br>2002 TRUST U/A DATED 10/02/02<br>PO BOX2256<br>PARADISE, CA 95967 | 62609 | Motors Liquidation Company | $10,900.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ERICH BIENENFELD<br>HOVENGASSE 3/4/12<br>A-2100 KORNENBURG  AUSTRIA<br>AUSTRIA | 68722 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ERNESTO D BAUTISTA<br>3182 POLK COUNTY LINE RD<br>RUTHERFORDTON, NC 28139 | 11783 | Motors Liquidation Company | $55,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ESTATE OF MAUD ANDREWS<br>CYNTHIA WORSHAM - AZAR, EXEC<br>PO BOX 76193<br>ATLANTA, GA 30358 | 15236 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ETHEL BROWN & JOSIE BROWN TTEES<br>ETHEL & JOSIE BROWN TRUST DTD 8/19/93<br>1749 CR 2290<br>CLARKSVILLE, AR 72830 | 28109 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9170-1    Filed 02/10/11    Entered 02/10/11 14:43:52    Exhibit A
Pg 7 of 11

| 124th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
| --- | --- | --- |
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
| --- | --- | --- | --- | --- | --- |
| EUGENE RIZZO & ANGELA NAPOLITANO<br>57 70TH ST<br><br>BROOKLYN, NY 11209 | 8000 | Motors Liquidation Company | $104,747.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EUNICE B EARLE<br>139 MADDOX FARM DR<br><br>SHEPERDSTOWN, WV 25443 | 6149 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EVA J GERARD<br>221 NEVA LANE<br><br>DENISON, TX 75020 | 7136 | Motors Liquidation Company | $7,720.86 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EVELYNE ERICKSON & DAVID LEAN<br>JT-WROS<br>87-14A HOLLIS CT BLVD<br>HOLLIS, NY 11427 | 26579 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| F AND H PROFIT SHARING<br>4 ARCHER LN<br><br>SCARSDALE, NY 10583 | 23633 | Motors Liquidation Company | $50,507.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| F/T ERMA DECARLI LIVING<br>TRUST TRUST<br>ERMA DECARLI TTEE<br>U/A DTD 11/29/2001<br>877 E MARCH LN APT 265<br>STOCKTON, CA 95207 | 4962 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FAY D BERKOWITZ REV INTERVIVOS<br>TR FAY D BERKOWITZ PAUL<br>BERKOWITZ CO-TTEES UA DTD<br>2/11/1986<br>60 EDGEWATER DRIVE APT 8-C<br>CORAL GABLES, FL 33133 | 10186 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FAYE Y RINEHART<br>7741 DUVALL RD<br><br>ASHVILLE, OH 43103 | 22102 | Motors Liquidation Company | $90,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FELIX FRANK JAKOBI<br>6238 NAPOLI CT<br><br>LONG BEACH, CA 90803 | 14276 | Motors Liquidation Company | $140,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9170-1    Filed 02/10/11    Entered 02/10/11 14:43:52    Exhibit A
Pg 8 of 11

124th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| FELIX M ONEILL TTEE<br>FBO FELIX M ONEILL<br>U/A/D 01/20/05<br>APT 518<br>717 S COLUMBUS BLVD<br>PHILADELPHIA, PA 19147 | 44654 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FLORENCE M PELLEGRINI<br>4253 BAY BEACH LN # 1-B<br>FT MYERS BEACH, FL 33931 | 2741 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FLORENCE R KLEIN<br>15745 ROLLER COASTER ROAD<br>COLORADO SPRINGS, CO 80921 | 9530 | Motors Liquidation Company | $42,805.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FLORENCE VOLPICELLI STRONGIN<br>6424 SANDCASTLE CT<br>BOYNTON BEACH, FL 33437 | 4507 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FMT CO CUST IRA ROLLOVER<br>FBO JEROME STEIN<br>9234 CHAPEL HILL TER<br>FAIRFAX, VA 22031 | 68433 | Motors Liquidation Company | $100,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| FONTAINE INDUSTRIES LTD PARTNERSHIP<br>FONTAINE INDUSTRIES<br>80 PEACHTREE RD<br>SUITE 110<br>ASHEVILLE, NC 28803 | 29740 | Motors Liquidation Company | $500,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FRANCES C BLACKWELL<br>12981 STRATFORD DR<br>LAURINBURG, NC 28352 | 32773 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| FRANCES E PHILLIPS TRUSTEE<br>FRANCES E PHILLIPS REVOCABLE<br>LIVING TRUST DTD 6/18/99<br>6502 13TH AVE DR WEST<br>BRADENTON, FL 34209 | 3867 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FRANCINE CEASAR & MICAHAEL R CEASAR<br>14 MARLOWE CT<br>GALLOWAY, NJ 08205 | 4838 | Motors Liquidation Company | $4,698.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FRANK & NORMA B STEPHENSON<br>10 MARSH WINDS<br>HILTON HEAD, SC 29926 | 22113 | Motors Liquidation Company | $8,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 124th Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| --- | --- | --- | --- | --- |
| FRANK E LANCTOT<br>4852 CLIFFSIDE DR<br><br>WEST BLOOMFIELD, MI 48323 | 27353 | Motors Liquidation Company | $2,727.88 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FRANK J. VITALE SR. & EUNICE A. VITALE<br>TRUST DTD 11-05-1993<br>EUNICE A. VITALE-TRUSTEE<br>655 WEST BARRYMORE DRIVE<br><br>BEVERLY HILLS, FL 34465 | 12558 | Motors Liquidation Company | $110,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FRANK M TOPERZER<br>CGM IRA CUSTODIAN<br>8825 TUCKERMAN LN<br><br>POTOMAC, MD 20854 | 12510 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim — Pgs. 1-5 |
| FRANK VAN HALTERN JR<br>6111 LACKLAND COURT<br><br>NORCROSS, GA 30092 | 4320 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FRED GRIMES & BETTY GRIMES<br>1008 GIRKIN BOILING SPRING<br><br>BOWLING GREEN, KY 42101 | 11732 | Motors Liquidation Company | $19,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FRED KHANI<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4390 CASPER CT<br><br>HOLLYWOOD, FL 33021 | 2411 | Motors Liquidation Company | $39,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FRED KHANI &<br>SANDI KHANI JT TEN<br>4390 CASPER CT<br><br>HOLLYWOOD, FL 33021 | 2412 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FREDERIC PROBST<br>27517 LITTLEWOOD DR<br><br>RANCHO PALOS VERDES, CA 90275 | 17262 | Motors Liquidation Company | $105,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FREDERICK & BEATRICE BOTTERBUSH<br>BOTTERBUSCH REV LIV TRUST<br>TTEES U/A DTD 11/09/2006<br>625 SKYVIEW DR<br>YORK, PA 17406 | 14724 | Motors Liquidation Company | $12,734.40 | Beneficial Bondholder Claim — Pgs. 1-5 |
| FREDERICK HAARMANN<br>2013 PRESERVATION DR<br><br>PLANT CITY, FL 33566 | 22070 | Motors Liquidation Company | $25,625.00 | Beneficial Bondholder Claim — Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**124th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| FREDERICK K MAXEINER<br>226 ARROWHEAD LANE<br>EIGHTY FOUR, PA 15330 | 62570 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FREDERICK N KOECHLEIN GEN SKPG TRUST<br>DTD 1/8/2004<br>FREDERICK N KOECHLEIN TRUSTEE  SUE KOECHLEIN TRUSTEE<br>2518 BUCKLE<br>MURFREESBORO, TN 37129 | 67723 | Motors Liquidation Company | $20,112.60 | Beneficial Bondholder Claim | Pgs. 1-5 |
| G HABER<br>IRA ROLLOVER<br>4 ARCHER LN<br>SCARSDALE, NY 10583 | 23632 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| G QUEYREL & K QUEYREL TTEE<br>THE GEORGE L. & KAY C. QUEYREL<br>U/A DTD 10/16/1997<br>1105 LAMPE RD<br>RENO, NV 89511 | 3946 | Motors Liquidation Company | $5,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| G. MICHAEL STOESS<br>4804 CERROMAR DRIVE<br>NAPLES, FL 34112 | 10661 | Motors Liquidation Company | $81,440.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GABRIELE LUZIO<br>VIA AQUILEIA 108<br>48100 RAVENNA ITALY<br>ITALY | 27399 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GAIL B BROYLES & NOEL<br>BLACKBURNE TTEES GAIL<br>BLACKBURNE BROYLES<br>TRUST UAD SEPT 7 1990<br>3503 HOLLY<br>DENISON, TX 75020 | 5492 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GAIL L RITTER &<br>PATRICK RITTER JT TEN<br>19657 XAVIER AVE<br>GRANGER, IA 50109 | 9528 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GARY C GRAY & BARBARA J<br>GRAY JT TEN<br>960 S AMHERST CIR<br>ANAHEIM HILLS, CA 92807 | 14970 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 9170-1   Filed 02/10/11   Entered 02/10/11 14:43:52   Exhibit A
Pg 11 of 11

124th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| GARY F SNOVER & <br> LOLA E SNOVER JTTEN <br> 26864 HUMMINGBIRD CIR <br> CANYON CNTRY, CA 91351 | 5436 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GAYLE CRANFORD IRA <br> 2796 WOODHILL DR <br> HERMITAGE, PA 16148 | 11744 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEERONS PETER <br> UELOLEHEN 6 <br> 1730 ASSE BELGIUM <br> BELGIUM | 19080 | Motors Liquidation Company | $0.00 <br> Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GENE O PATNO <br> 1804 BARNABUS CIR <br> FAYETTEVILLE, NC 28304 | 12500 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*   **99**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.