| | | | | | |
|---|---|---|---|---|---|
| 125th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE A VENNER SR<br>612 PARKHAVEN DRIVE<br>MESQUITE, TX 75149 | 12548 | Motors Liquidation Company | $150,235.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE A. WARD (IRA)<br>FCC AS CUSTODIAN<br>10550 GATERIDGE ROAD<br>COCKEYSVILLE, MD 21030 | 21223 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE CLARK STROTHER<br>5935 E TEX AL DR<br>WASILLA, AK 99654 | 10172 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE G SNODGRASS<br>1707 6TH ST<br>OROVILLE, CA 95965 | 10331 | Motors Liquidation Company | $10,025.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE K BOU-SLIMAN<br>4899 RUSTIC OAKS CIR<br>NAPLES, FL 34105 | 61740 | Motors Liquidation Company | $20,100.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE P BANGHART AND<br>ELAINE J BANGHART TTEES<br>BANGHART REV LIV TRUST<br>U/A DATED 06/11/08<br>3720 E HARDY DRIVE<br>TUCSON, AZ 85716 | 6495 | Motors Liquidation Company | $6,700.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE W CASH<br>200 ADA DRIVE<br>TRUMANN, AR 72472 | 67738 | Motors Liquidation Company | $4,074.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGIOS ZAGKAS<br>23 DIOS ST<br>15127 MELISSIA ATHENS GREECE<br>GREECE | 69137 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERALD & JEAN LAUGHINGHOUSE<br>GERALD LAUGHINGHOUSE<br>104 HERMITAGE MOORING DR<br>SENECA, SC 29672 | 5676 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

09-50026-mg    Doc 9171-1    Filed 02/10/11    Entered 02/10/11 14:45:08    Exhibit A
Pg 2 of 11

125th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| GERALD E HERR TRUST<br>GERALD E HERR TRUSTEE<br>2504 TRAILS END DRIVE<br>BENTONVILLE, AR 72712 | 16593 | Motors Liquidation Company | $4,868.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERALD F LEWIS<br>122 PALMER HILL RD #2315<br>STAMFORD, CT 06902 | 22849 | Motors Liquidation Company | $44,100.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERALD J WEIS SR IRA<br>FCC AS CUSTODIAN<br>100 CHURCH DRIVE<br>LA CROSSE, WI 54603 | 9281 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERALDINE M MOISANT TTEE<br>MOISANT REV TRUST<br>U/AID 8-3-99<br>8384 N SUNNY ROCK RIDGE DR<br>TUCSON, AZ 85743 | 8804 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERALDINE MARSOLEK<br>1805 30TH ST NW APT 209<br>BEMIDJI, MN 56601 | 14825 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERALDINE UMBACH TTEE<br>UMBACH REV TRUST<br>U/A DTD 4-14-92<br>42335 WASHINGTON ST #115<br>PALM DESERT, CA 92211 | 22605 | Motors Liquidation Company | $16,284.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERI ZAHN<br>1546 NE 105 ST<br>MIAMI SHORES, FL 33138 | 30647 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GERRY LEPKANICH<br>7 ORCHARD ST<br>SYOSSET, NY 11791 | 20138 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GILBERT GOLDSTEIN<br>UNIT 118<br>115 E KINGS HWY<br>MAPLE SHADE, NJ 08052 | 4348 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GILBERT GOLDSTEIN<br>UNIT 118<br>115 E KINGS HWY<br>MAPLE SHADE, NJ 08052 | 4349 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 125th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| GINA GROSSMAN<br>15034 MARBLE DRIVE<br>SHERMAN OAKS, CA 91403 | 69400 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GINA STEPHENS CUST FOR<br>GINNIE JONES<br>UNDER THE GA UNIF TRSF<br>TO MINORS ACT<br>617 KAYLOR RD<br>LESLIE, GA 31764 | 11390 | Motors Liquidation Company | $800.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GINA STEPHENS CUST FOR<br>STEPHANIE JONES<br>UNDER THE GA UNIF TRSF<br>TO MINORS ACT<br>617 KAYLOR RD<br>LESLIE, GA 31764 | 11391 | Motors Liquidation Company | $800.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GISELA POELK<br>WARMBUECHENSTR. 12A<br>30159 HANNOVER GERMANY<br>GERMANY | 29705 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| GLADYS HYATT<br>1006 WEST FORD<br>OSCEOLA, AR 72370 | 67747 | Motors Liquidation Company | $92,826.90 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GLENDA REEVES<br>STEPHENS INC C/F<br>GLENDA REEVES IRA<br>1349 MEDALLION DR<br>JONESBORO, AR 72404 | 67725 | Motors Liquidation Company | $14,439.74 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GLORIA RENTOVICH<br>8660 WARREN BLVD<br>CENTER LINE, MI 48015 | 4191 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GOLDMAN SACHS ASSET MANAGEMENT<br>WILLIAMS BUILDING<br>295 CHIPETA WAY<br>4TH FLOOR<br>SALT LAKE CITY, UT 84108 | 43905 | Motors Liquidation Company | $4,750,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GORDON R SCHWABE SEP IRA<br>ROBERT W BAIRD TTEE<br>FBO GORDON R SCHWABE SEP IRA<br>1515 RIDGEWOOD CIR<br>DOWNERS GROVE, IL 60516 | 11996 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 125th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| GOS VERWALTUNGS GMBH<br>GOS VERWALTUNGS -U. VERMIETUNGS GMBH<br>ALTRANSTADTER STR 37<br>04229 LEIPZIG<br>GERMANY | 19479 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| GRACE HANLON TTEE<br>HANLON FAMILY TRUST<br>5307 E 33RD ST<br>TULSA, OK 74135 | 18065 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GREGG MILLER<br>309 S VINE<br>PANA, IL 62557 | 10608 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GUIDO DEASCANIS III<br>310 OLD FOREST RD<br>WYNNEWOOD, PA 19096 | 51111 | Motors Liquidation Company | $2,625.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GUY MATTANA TTEE<br>GUY MATTANA TRUST<br>UAD 8-6-98<br>600 SUNSET<br>ORTONVILLE, MI 48462 | 7466 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HANAN LIBERMAN<br>IRA ACCOUNT<br>105 DEAN LAKE RD<br>GREER, SC 29630 | 11158 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HANNA S TAUB<br>1630 EMERSON ST<br>PHILADELPHIA, PA 19152 | 68674 | Motors Liquidation Company | $4,926.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAROLD A FULTON<br>2833 MARA LOMA<br>WOOSTER, OH 44691 | 10784 | Motors Liquidation Company | $11,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAROLD GIDSEG<br>4461 WHITE CEDAR LN<br>DELRAY BEACH, FL 33445 | 8713 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAROLD R WHEELER<br>22 KELLWOOD DR<br>KIRKSVILLE, MO 63501 | 10466 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 125th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
| --- | --- | --- | --- | --- | --- |
| HAROLD SAPP<br>2112 PURCELL ROAD<br>PARAGOULD, AR 72450 | 67742 | Motors Liquidation Company | $10,185.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAROLD SMITH (IRA)<br>FCC AS CUSTODIAN<br>331 OVAL ROAD<br>MANASQUAN, NJ 08736 | 5001 | Motors Liquidation Company | $55,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAROLD SMITH REV LIVING TRUST<br>HAROLD SMITH TTEE<br>U/A DTD 03/07/2005<br>331 OVAL ROAD<br>MANASQUAN, NJ 08736 | 5002 | Motors Liquidation Company | $125,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRISON B & JANET BARTLETT III<br>HARRISON & JANET BARTLETT<br>405 OLYMPIA RD<br>PITTSBURGH, PA 15211 | 68972 | Motors Liquidation Company | $1,903.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRISON B BARTLETT JR TTEE<br>C/O BARTLETT FAMILY TRUST<br>ATTN: HARRISON B BARTLETT JR & EVELYN K BARTLETT<br>216 SHELDON AVE<br>PITTSBURGH, PA 15220 | 68885 | Motors Liquidation Company | $5,358.73 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRY BARNETT &<br>DELPHINE BARNETT JTWROS<br>9074 HADLEY COURT<br>CHARLESTON, SC 29406 | 5733 | Motors Liquidation Company | $1,188.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRY BASS<br>6600 CHIPPEWA DR<br>BALTIMORE, MD 21209 | 10925 | Motors Liquidation Company | $4,288.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRY S WALENCZYK AND<br>ELIZABETH C WALENCZYK JTWROS<br>124 BLACK ASH RD<br>OAKDALE, CT 06370 | 2974 | Motors Liquidation Company | $80,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARVEY NEWELL<br>PO BOX 4<br>EGYPT, AR 72427 | 67739 | Motors Liquidation Company | $5,028.15 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

125th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| HARVEY SCHWARTZBERG MPP<br>HARVEY SCHWARTZBERG TTEE<br>U/A DTD 01/01/1994<br>FBO HARVEY SCHWARTZBERG<br>7595 BARNSBURY<br>W BLOOMFIELD, MI 48324 | 2728 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAZEL KAGEL<br>2440 HUNTER AVE<br>APT 9D<br>BRONX, NY 10475 | 17270 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAZEL KAGEL - IRA<br>2440 HUNTER AVE<br>APT 9D<br>BRONX, NY 10475 | 17267 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HEIKO HALBERSTADT<br>RERRENRATHER STR 405<br>50937 COLOGNE GERMANY<br>GERMANY | 17701 | Motors Liquidation Company | $2,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELEN JACOBSON<br>3 HYDE PARK<br>BEACHWOOD, OH 44122 | 1996 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELEN K RADCLIFF<br>1767 W DALEHAVEN CIR<br>TUCSON, AZ 85704 | 14287 | Motors Liquidation Company | $2,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELEN KEELER<br>3548 YORBALINDA<br>ROYAL OAK, MI 48073 | 3715 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELEN VODOPIA<br>525 RIVERLEIGH AVE<br>SUITE 219<br>RIVERHEAD, NY 11901 | 12184 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELENE J STERBERG-ROGOVY<br>889 BRIARCLIFF CT<br>AKRON, OH 44313 | 2022 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELENE R BROWN<br>12042 NAPOLI LANE<br>BOYNTON BEACH, FL 33437 | 15803 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

125th Omnibus Objection                                   Exhibit A                                   Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| HELENE ROGOVY TOD MARC STERNBERG<br>LEE STERNBERG & NEAL STERNBERG<br>SUBJECT TO STA RULES<br>889 BRIARCLIFF COURT<br>AKRON, OH 44313 | 2021 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELGA WILLARD<br>15 GREENBRIER RD<br>GREEN BROOK, NJ 08812 | 13102 | Motors Liquidation Company | $17,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HELMUT LIPPKE<br>QUERSTR. 3<br>31008 ELZE GERMANY<br>GERMANY | 69391 | Motors Liquidation Company | $7,591.61 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HENRY A BOISSE<br>2578 MONKTON ROAD<br>P.O. BOX 33<br>MONKTON, VT 05469 | 68391 | Motors Liquidation Company | $12,344.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HENRY BARTELS TTEE<br>FBO JOSEPH A & THERESA R<br>WILLIAMS IRREVOCABLE TRUST U/A/D 08/17/2007<br>71 HOWARD PARKWAY<br>NEW ROCHELLE, NY 10801 | 67466 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HENRY KOHN<br>1613 WISTERIA COURT<br>TOMS RIVER, NJ 08755 | 68330 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HENRY MICELLE - SEP IRA<br>P O BOX 367964<br>BONITA SPRINGS, FL 34136 | 3934 | Motors Liquidation Company | $90,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HERBERT J VALLAT TTEE<br>HERBERT J VALLAT REV LIV TRUST<br>DTD 2/12/08<br>6502 13TH AVENUE DR WEST<br>BRADENTON, FL 34209 | 3868 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HERMAN & CLARA REED JOINT REVOCABLE TRUST<br>HERMAN & CLARA REED<br>13803 LITTLE ELM RD<br>FARMINGTON, AR 72730 | 7562 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 125th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| HERTA KOVACS<br>ALAN KOVACS<br>GURWIN RESIDENCE<br>50 HAUPPAUGE RD # B122<br>COMMACK, NY 11725 | 62499 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HILLIARD LYONS CUST FOR<br>PATRICIA G WARNE IRA<br>47 HILLCREST AVENUE<br>WASHINGTON, NJ 07882 | 11741 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HM POMEROY<br>8201 OUTLOOK AVE<br>OAKLAND, CA 94605 | 64253 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HOLLIE-LU JEAN LP<br>PO BOX 372155<br>EL PASO, TX 79937 | 17759 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HOWARD KAPLUS TTEE<br>HELEN KAPLUS IRREV TRUST U/A<br>DTD 05/18/2005<br>543 HARTFORD COURT<br>SOUTH ORANGE, NJ 07079 | 2473 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| HUBERT S WHITLOCK<br>1000 RIVER OAKS LANE<br>CHARLOTTE, NC 28226 | 68400 | Motors Liquidation Company | $48,551.37 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HUGH GORDON<br>5700 WILSHIRE BLVD SB165<br>LOS ANGELES, CA 90036 | 67945 | Motors Liquidation Company | $11,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HURO CORVALAN MONICA SAN MARTIN & PABLO CORVALAN JT TEN<br>AURELIO GONZALEZ 3716, DEPTO 802<br>VITACURA, SANTIAGO, CHILE<br>CHILE | 36952 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HUVIS D. SWINDLE<br>7458 NARROWS ROAD<br>PINSON, AL 35126 | 18844 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IDA STONE TTEE<br>EDWARD & IDA STONE REV TRUST U/A<br>DTD 02/04/1997<br>8502 W SUNRISE BLVD<br>PLANTATION, FL 33322 | 5329 | Motors Liquidation Company | $10,361.25 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 125th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| ILONA CHRIST<br>BAUMSCHULE 20<br>D-67742 LAUTERECKEN / GERMANY<br>GERMANY | 29713 | Motors Liquidation Company | $12,754.80 | Beneficial Bondholder Claim | Pgs. 1-5 |
| INA JANE RIGGS REV LIV TRUST<br>INA JANE RIGGS TTEE<br>UAD 03/30/1995<br>9424 SW 97TH LN UNIT A<br>OCALA, FL 34481 | 69626 | Motors Liquidation Company | $7,000.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| INEZ W HENDREN<br>3255 WICKLIFFE RD<br>BROOKNEAL, VA 24528 | 19764 | Motors Liquidation Company | $3,390.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| INGE E WHALE<br>CHARLES SCHWAB & CO INC.CUST<br>ROTH CONTRIBUTORY IRA<br>136 YOUNG STREET<br>PORT ORANGE, FL 32127 | 6475 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| INGE H MIHM<br>10416 NELAND ST<br>RALEIGH, NC 27614 | 4358 | Motors Liquidation Company | $28,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| INGEBURG M MARELL<br>816 S HANLEY RD #7B<br>CLAYTON, MO 63105<br>UNITED STATES OF AMERICA | 7228 | Motors Liquidation Company | $17,735.80 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA AND MAXINE E ALTMAN<br>221 JACKSON AVE<br>ROCKAWAY, NJ 07866 | 9682 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO ANNE P GOLDSMITH<br>PTC AS CUSTODIAN<br>210 S. BROOKS ST.<br>MANNING, SC 29102 | 5965 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO AUGUST J CATANESE<br>PERSHING LLC AS CUSTODIAN<br>315 LAURELHILL ROAD<br>ALLISON PARK, PA 15101 | 8281 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO CHARLES E UMBARGER<br>PERSHING LLC AS CUSTODIAN<br>5644 W SOFT WIND DRIVE<br>GLENDALE, AZ 85310 | 18983 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 125th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| IRA FBO FORD W HALL<br>PERSHING LLC AS CUSTODIAN<br>102 GARNER COURT<br>KING, NC 27021 | 50102 | Motors Liquidation Company | $75,222.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO FRANCINE CEASAR<br>PERSHING LLC AS CUSTODIAN<br>14 MARLOWE CT<br>GALLOWAY, NJ 08205 | 4836 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO JAMES V JARVIS<br>PERSHING LLC AS CUSTODIAN<br>376 BROOKS DRIVE<br>WILKESBORO, NC 28697 | 22632 | Motors Liquidation Company | $128,891.78 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO JOHN C LYNCH<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>9628 WEXFORD ROAD<br>JACKSONVILLE, FL 32257 | 16110 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO JOHN J KEANE<br>PERSHING LLC AS CUSTODIAN<br>5230 PENNSYLVANIA AVE N<br>NEW HOPE, MN 55428 | 44679 | Motors Liquidation Company | $5,020.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO LINDSEY M ZEHNER<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>1 STAPLES CT<br>MARMORA, NJ 08223 | 17586 | Motors Liquidation Company | $25,760.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO MARTIN J LEVINE<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>7125 NW 106 AVE<br>TAMARAC, FL 33321 | 2764 | Motors Liquidation Company | $4,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO MICHAEL R CEASAR<br>PERSHING LLC AS CUSTODIAN<br>14 MARLOWE CT<br>GALLOWAY, NJ 08205 | 4834 | Motors Liquidation Company | $8,307.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO MICHAEL R CEASAR<br>PERSHING LLC AS CUSTODIAN<br>14 MARLOWE CT<br>GALLOWAY, NJ 08205 | 4835 | Motors Liquidation Company | $59,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9171-1    Filed 02/10/11    Entered 02/10/11 14:45:08    Exhibit A
Pg 11 of 11

125th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| IRA FBO NANCY C ROBERTSON<br>PERSHING LLC AS CUSTODIAN<br>ROTH ACCOUNT<br>P O BOX 73<br>PILOT MOUNTAIN, NC 27041 | 7980 | Motors Liquidation Company | $7,246.80 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO PAMELA J PARKER<br>PERSHING LLC AS CUSTODIAN<br>19825 OAKHAVEN DRIVE<br>SARATOGA, CA 95070 | 13300 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO PHILIP L CHASE<br>PERSHING LLC AS CUSTODIAN<br>208 RICE RD<br>VASS, NC 28394 | 1952 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO RICHARD FRY<br>TRP TRUST CO CUSTODIAN<br>111 TOWER RD NE APT 624<br>MARIETTA, GA 30060 | 5593 | Motors Liquidation Company | $3,575.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    **99**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.