| | | | | | |
|---|---|---|---|---|---|
| 126th Omnibus Objection | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IRA FBO ROY H ZEHNER<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>1 STAPLES CT<br>MARMORA, NJ 08223 | 17588 | Motors Liquidation Company | $17,920.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO SIDNEY A KATZ<br>PERSHING LLC AS CUSTODIAN<br>450 KINGSTON DR<br>CHERRY HILL, NJ 08034 | 3665 | Motors Liquidation Company | $1,250.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO STEPHEN FASONE<br>SUNAMERICA TRUST CO CUST<br>ROLLOVER ACCOUNT<br>1060 WILLOUGHBY LANE<br>MT PLEASANT, SC 29466 | 10647 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO THOMAS A VERPLANK<br>SUNAMERICA TRUST CO CUST<br>4110 MAGUIRE CT<br>GRAND RAPIDS, MI 49525 | 6271 | Motors Liquidation Company | $277.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRENE SIEGELMAN REV LIV.TRUST<br>IRENE SIEGELMAN &<br>STEVEN SIEGELMAN CO-TTEES<br>U/A/D 08/31/2004<br>21860 ARRIBA REAL #4C<br>BOCA RATON, FL 33433 | 7304 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRVING KAPLAN<br>915 MIDWAY<br>WOODMERE, NY 11598 | 4867 | Motors Liquidation Company | $15,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRVING N HIRSCH AND<br>MICHELLE M VAGHARI JTTEN<br>7557 FIREOAK DRIVE<br>AUSTIN, TX 78759 | 7299 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRWIN DOMENITZ<br>25 STANDISH DR<br>SCARSDALE, NY 10583 | 31529 | Motors Liquidation Company | $50,242.60 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

126th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| IRWIN G LEVITCH<br>5901 BURLINGTON AVE<br>LOUISVILLE, KY 40222 | 5898 | Motors Liquidation Company | $80,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| J B & W INTERNATIONAL CORP # 1<br>3020 NE 48TH STREET<br>LIGHTHOUSE POINT, FL 33064 | 62576 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| J COHEN & J COHEN CO-TTEE<br>JACK COHEN REV TRUST U/A DTD 05/02/1994<br>3503 OAKS WAY<br>POMPANO BEACH, FL 33069 | 12557 | Motors Liquidation Company | $45,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| J G MOWSON & K MOWSON CO-TTEE<br>J G MOWSON AND K MOWSON TRUST DTD 03/19/2003<br>32160 SW 196 AVE<br>MIAMI, FL 33030 | 4205 | Motors Liquidation Company | $27,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| J KEIFER & E KEIFER CO-TTEE<br>THE JOHN C AND ELLEN S KEIFER TRUST U/A DTD 12/13/1999 FBO PETER KEIFER<br>3355 N FIVE MILE ROAD #335<br>BOISE, ID 83713 | 6383 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| J. & G. MAZZATTA,TTEES<br>ACHILLES FOOT & ANKLE ASSOC.PA P/S PL. F/B/O JEFFREY MAZZATTA<br>1145 BEACON AVENUE<br>SUITE B<br>MANAHAWKIN, NJ 08050 | 14055 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JACK C CAUSEY<br>DESIGNATED BENE PLAN/TOD<br>5981 CHIMNEY ROCK DR<br>HOSCHTON, GA 30548 | 29572 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JACK L & BARBARA R LUTZ<br>1157 SANTANA CT<br>CHICO, CA 95926 | 19118 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JACOB NYENHUIS<br>JACOB NYENHUIS TRUST UAD 1/29/82<br>1026 ALLEN SPRINGS LN APT 103<br>JENISON, MI 49428 | 32970 | Motors Liquidation Company | $22,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 9172-1   Filed 02/10/11   Entered 02/10/11 14:46:40   Exhibit A   Pg 3 of 11

126th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| JACQUELINE JOHNSON BAILEY<br>JOHN PAUL JOHNSON<br>124 DEANWAY, CHALFONT<br>ST GILES BUCKS HP8 4LQ U.K. | 21641 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES & LINDA ARNOT<br>5200 W YELLOWSTONE AVE<br>KENNEWICK, WA 99336 | 16028 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES BROHAUGH<br>4555 S MISSION RD #1129<br>TUCSON, AZ 85746 | 11412 | Motors Liquidation Company | $19,403.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES C YOST<br>LORRAINE B YOST JT TEN<br>506 PINCUS AVE<br>NORTHFIELD, NJ 08225 | 11049 | Motors Liquidation Company | $29,120.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES D LACKEY (CGM IRA CUSTODIAN)<br>CGM IRA ROLLOVER CUSTODIAN<br>P.O. BOX 214<br>KIEFER, OK 74041 | 17600 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES D SKANDALARIS IRA<br>JAMES D SKANDALARIS<br>2485 WORCESTER<br>ORCHARD LAKE, MI 48323 | 8866 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES D WATTS<br>2702 TROWBRIDGE DRIVE<br>PARAGOULD, AR 72450 | 67726 | Motors Liquidation Company | $5,028.15 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES D. LAVERY AND LINDA A LAVERY<br>C/O JAMES D LAVERY & LINDA A LAVERY JTWROS<br>325 ROSHON DR.<br>MEDINA, OH 44256 | 15305 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES E CHIDESTER & FLORENCE CHIDESTER<br>JAMES AND FLORENCE CHIDESTER<br>113 REVERE COURT<br>JACKSONVILLE, AR 72076 | 3857 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES E FUNK<br>2845 E KETTLE PL<br>CENTENNIAL, CO 80122 | 12288 | Motors Liquidation Company | $5,103.70 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**126th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| JAMES E LOCKHART<br>705 LAKE RD<br>DYERSBURG, TN 38024 | 14416 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES E MCCOBB & ROSEMARIE A MCCOBB AND SUCCESSORS TTEES OF MCCOBB REV TRUST I UNDER DECLAR OF TRUST DTD 7/25/08<br>65 COFFIN STREET<br>WEST NEWBURY, MA 01985 | 69520 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES E MCCOBB (IRA)<br>FCC AS CUSTODIAN<br>65 COFFIN STREET<br>WEST NEWBURY, MA 01985 | 69519 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES ERTHEIN<br>PO BOX 818<br>NORTH BENNINGTON, VT 05257<br>UNITED STATES OF AMERICA | 8278 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES GILLESPIE<br>17 TUSCANY COVE<br>JACKSON, TN 38305<br>UNITED STATES OF AMERICA | 67729 | Motors Liquidation Company | $10,056.30 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES J AND MARION MURPHY KENNEDY<br>3923 SUTTER ST<br>VIRGINIA BEACH, VA 23462 | 17214 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES L & ELIZABETH WEAVER<br>REV LIV TR<br>1314 CARPENTER FLETCHER RD<br>DURHAM, NC 27713 | 6494 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES L SELF, RUTH M SELF<br>391 SOUTH WEST MIRACLE COURT<br>LAKE CITY, FL 32024 | 4603 | Motors Liquidation Company | $3,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES LEE GUTHRIE<br>PO BOX 698<br>NEVADA, MO 64772 | 61761 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES M WILTSIE GRANTOR TRUST<br>U/A/D 4 7 92<br>JAMES M WILTSIE TRUSTEE<br>1639 CHANDLER DR<br>LIMA, OH 45805 | 26957 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9172-1    Filed 02/10/11    Entered 02/10/11 14:46:40    Exhibit A
Pg 5 of 11

126th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| JAMES M YOUNG FAMILY TRUST<br>ALICE YOUNG TRUSTEE<br>5727 SW CLARION LANE<br>TOPEKA, KS 66610 | 22967 | Motors Liquidation Company | $2,504.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES R KEECH TTEE<br>PAMELA G KEECH TTEE<br>U/A/D 06-25-1996<br>FBO KEECH REV FAMILY TRUST<br>8112 GOLFERS OASIS DR<br>LAS VEGAS, NV 89149 | 62524 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES REA<br>47121 W MAIN ST<br>NORTHVILLE, MI 48167 | 19076 | Motors Liquidation Company | $8,502.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES S HUTCHISON<br>206 MOYER ST<br>CANAJOHARIE, NY 13317 | 11493 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES W STOVER<br>PO BOX 576<br>CARLSBORG, WA 98324 | 3842 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAN NICOLE REYNOLDS<br>2960 EAGLE ST<br>CARSON CITY, NV 89704<br>UNITED STATES OF AMERICA | 61926 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANE B TALLON<br>625 RUSHMORE DR<br>GRAND JCT, CO 81507 | 2683 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANE JELKS MCGILL TRUST<br>11 WALLACCE PL<br>DEL REY OAKS, CA 93940 | 67718 | Motors Liquidation Company | $25,773.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANE N TEMPLETON<br>TOD DTD 05/25/06<br>5158 SOUTH 1870 EAST<br>SALT LAKE CITY, UT 84117 | 4317 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANET & GREGORY WILLIAMS<br>JANET WILLIAMS<br>21202 BUDLONG AVE<br>TORRANCE, CA 90502 | 69100 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 126th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| JANET G JAINSCHIGG REV TR<br>GERALD KRAWITZ TRUSTEE<br>176 CANNON RD<br>WILTON, CT 06897 | 64654 | Motors Liquidation Company | $76,387.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANET L VESSELL<br>& RICHARD K VESSELL JTTEN<br>5002 MIDDLE FALLS DRIVE<br>KINGWOOD, TX 77345 | 51101 | Motors Liquidation Company | $2,480.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANET M LOBINGER<br>JOHN M LOBINGER JT TEN<br>48 ROUNDSTONE TERRACE<br>CROSSVILLE, TN 38558 | 16132 | Motors Liquidation Company | $31,596.03 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANET M SANDS<br>839 N LYNN DR<br>ORANGE, CA 92867 | 37001 | Motors Liquidation Company | $4,375.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANET STRATTON<br>6228 GERDTS DR<br>SAN JOSE, CA 95135 | 12651 | MLCS, LLC | $13,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAY J EBINGER<br>134 GAILMOR DRIVE<br>YONKERS, NY 10710 | 6665 | Motors Liquidation Company | $8,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEAN A MCDANIEL<br>WEDBUSH MORGAN SEC CTDN<br>IRA ROLLOVER 2/17/05<br>12652 PACATO CIRCLE S<br>SAN DIEGO, CA 92128 | 12028 | Motors Liquidation Company | $312.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEAN M LANEY<br>180 BEN HORTON DRIVE<br>MCDONOUGH, GA 30253 | 12264 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEAN P DRISCOLL TTEE<br>FBO DRISCOLL TRUST B<br>DTD 05/15/1986<br>15539 WOODS VALLEY RD<br>VALLEY CENTER, CA 92082 | 19705 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEANETTE DAFFERN<br>1180 S OCEAN BLVD #18D<br>BOCA RATON, FL 33432 | 22584 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 126th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| JEANNE M WIMPEY<br>186 RIVERS EDGE DR<br>HAYESVILLE, NC 28904 | 7285 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEANNE SALMEN<br>822 TOPAZ ST<br>NEW ORLEANS, LA 70124 | 18066 | Motors Liquidation Company | $130,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEFFREY WEINER AND CAROL WEINER<br>TEN BY ENT<br>149 SAN MARCO DRIVE<br>PALM BEACH GARDENS, FL 33418 | 18900 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEFFREY WEINER TTEE<br>FBO JEFFREY WEINER TRUST<br>U/A/D 04-10-1992<br>149 SAN MARCO<br>PALM BEACH GARDENS, FL 33418 | 18901 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JENNIE T WONG<br>2321 HAILE ST<br>ALAMEDA, CA 94501 | 65550 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JENNIFER REID-BOHANAN<br>117 NW 192ND AVE<br>GAINESVILLE, FL 32609 | 12955 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JENNY K WARE<br>TOD ACCOUNT<br>103 CRUICKSHANK DR<br>FOLSOM, CA 95630 | 62611 | Motors Liquidation Company | $1,472.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JEROME M WEXLER<br>14 SPYGLASS LN<br>E SETAUKET, NY 11733 | 3956 | Motors Liquidation Company | $438.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JERRY D HENDERSON FAMILY TRUST<br>BRENDA HENDERSON TTEE BENE OWN<br>JERRY HENDERSON DEC IRA<br>208 TRIANON ST<br>BATESVILLE, MS 38606 | 9261 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JERRY H GASAWAY<br>7361 51ST AVE W<br>LAKEWOOD, WA 98499 | 18691 | Motors Liquidation Company | $21,927.09 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 126th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| JIM SHEDDEN<br>2309 S RIDGE CRT<br>BEAVERCREEK, OH 45434 | 1910 | Motors Liquidation Company | $19,900.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JIMMIE C BRYANT<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>68 WOODSIDE DR<br>PRESCOTT, AZ 86305 | 7297 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JIMMY L & S JANE SMITH<br>155 CREEK CROSSING<br>ROYSE CITY, TX 75189 | 45566 | Motors Liquidation Company | $5,985.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JMS LLC CUST FBO WILLIAM T DANNAKER<br>C/O WILLIAM T DANNAKER<br>1316 TASKER STREET<br>PHILADELPHIA, PA 19148 | 29266 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOAN BENNETT  J W BENNETT<br>107 SUNSET DR<br>VICTORIA, TX 77901 | 7450 | Motors Liquidation Company | $6,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOAN E DIETIKER AND LEROY C DIETIKER<br>C/O JOAN DIETIKER<br>6575 N PARISVILLE RD<br>PORT HOPE, MI 48468<br>UNITED STATES OF AMERICA | 7830 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOAN MEYMARIAN<br>1903 N ROOSEVELT<br>ALTADENA, CA 91001 | 12029 | Motors Liquidation Company | $4,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOAN MILLER CREEK SIMS<br>3437 POLARIS CT<br>BOWLING GREEN, NY 42104 | 12978 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOANNE TERRIZZI<br>WBNA CUSTODIAN ROTH IRA<br>1251 MOUNT VERNON RD<br>BRIDGEWATER, NJ 08807 | 14435 | Motors Liquidation Company | $1,942.96 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOE N EPSTEIN LIVING TRUST<br>C/O JOE N EPSTEIN & ESTHER RAE EPSTEIN TTEES<br>1032 W 77TH ST NORTH DR<br>INDIANAPOLIS, IN 46260 | 69305 | Motors Liquidation Company | $6,690.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

09-50026-mg    Doc 9172-1    Filed 02/10/11    Entered 02/10/11 14:46:40    Exhibit A
Pg 9 of 11

126th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| JOEL H KOGAN<br>8449 SW 106TH ST<br>OCALA, FL 34481<br>UNITED STATES OF AMERICA | 8296 | Motors Liquidation Company | $71,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN B STEVENSON &<br>CYNTHIA G STEVENSON JT TEN<br>239 E ACACIA ST<br>SALINAS, CA 93901 | 4916 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN C BELYEU SR. &<br>RICHARD BELYEU & CHARLES BELYEU &<br>LISA ANNE BELYEU JT TEN<br>12855 MIRACLE HILL RD<br>DESERT HOT SPRINGS, CA 92240 | 4891 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN C NEWSOM AND<br>JACQUELINE NEWSOM<br>10034 EDEN VALLEY DR<br>SPRING, TX 77379 | 5638 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN D ALKIRE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2210 BUTLER<br>FRIENDSWOOD, TX 77546 | 22079 | Motors Liquidation Company | $155,400.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN EDWARD EBRIGHT<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 9316<br>BRECKENRIDGE, CO 80424 | 12970 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN EIDSON<br>210 BURCHWOOD BAY ROAD<br>HOT SPRINGS, AR 71913 | 67740 | Motors Liquidation Company | $25,140.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN ERNEST HOLST &<br>JOYCE MCVEIGH HOLST JT TEN<br>6 HARBOR PLACE<br>MASSAPEQUA, NY 11758 | 61579 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN F BIEBER<br>SUSAN H BIEBER<br>6960 ROSECLIFF PL<br>DAYTON, OH 45459 | 61766 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

126th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| JOHN H LESS<br>333 ELMWOOD AVE APT J311<br>ORANGE, NJ 07050 | 9774 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN H LESS<br>333 ELMWOOD AVE APT J311<br>MAPLEWOOD, NJ 07040 | 9775 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN J ROACHE<br>1525 ASHBY ROAD<br>PAOLI, PA 19301 | 12363 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN KORBIAK<br>4266 TUXEDO<br>WARREN, MI 48092 | 45589 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN L ALOI<br>9 ROBERTS DRIVE<br>WESTAMPTON, NJ 08060 | 9170 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN L GRENIER<br>501 W OWASSA # 80<br>PHARR, TX 78577<br>UNITED STATES OF AMERICA | 5311 | Motors Liquidation Company | $415,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN R RICHARDSON<br>618 REPPERT ST.<br>BACLIFF, TX 77518 | 4331 | Motors Liquidation Company | $130,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN R. WINTERSTEIN TRUSTEE<br>DOLORES LEONA WINTERSTEIN RESIDUARY<br>822 N ALEXANDER AVE<br>ROYAL OAK, MI 48067 | 11500 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN SPRATLING, IRA<br>44 TOMAHAWK TRAIL<br>ST HELENA ISLAND, SC 29920 | 16584 | Motors Liquidation Company | $18,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN W GAUT<br>P O BOX 5065<br>VIRGINIA BCH, VA 23471 | 8286 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**126th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| JOHN W RALSTON JR<br>C/O SCI LAUREL HIGHLANDS<br>PO 631<br>5706 GLADES PIKE BC6182<br>SOMERSET, PA 15501 | 10477 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| JOHN W STEINBERG<br>18001 MEDLEY DR<br>ENCINO, CA 91316 | 18250 | Motors Liquidation Company | $2,849.95 | Beneficial Bondholder Claim — Pgs. 1-5 |
| JON E CABOT TTEE<br>JON E CABOT DDS MS PC PROFIT S<br>U/A DTD 01/01/1992 FBO J CABOT<br>7459 MIDDLEBELT<br>WEST BLOOMFIELD, MI 48322 | 21480 | Motors Liquidation Company | $22,759.51 | Beneficial Bondholder Claim — Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*   99

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.