| | | | | | |
|---|---|---|---|---|---|
| 127th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONATHAN KOHN<br>6806 N PASEO DE LOS ALTOS<br>TUCSON, AZ 85704 | 10096 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JONATHAN M WEIL<br>C/O DAVID S WEIL, JR<br>10380 WILSHIRE BLVD #501<br>LOS ANGELES, CA 90024 | 2928 | Motors Liquidation Company | $37,500.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH C NERKOWSKI<br>3 DICKINSON CIR<br>SHREWSBURY, MA 01545 | 22111 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH E WORTHINGTON<br>29294 ROAN DR<br>EVERGREEN, CO 80439 | 11745 | Motors Liquidation Company | $25,005.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH GIANGRECO AND<br>CATHERINE VOTOUR JTWROS<br>235 RYAN DRIVE<br>PITTSBURGH, PA 15220 | 68290 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH M SALLY AND<br>ELLEN D SALLY JTWROS<br>1523 VESTAVIA CIRCLE<br>MELBOURNE, FL 32940 | 8285 | Motors Liquidation Company | $30,472.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH O'DONNELL<br>36 GLOUCESTER CT<br>BORDENTOWN, NJ 08505 | 19130 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH P KNIGHT - CHARLENE A KNIGHT JTWORS<br>JOSEPH P KNIGHT &<br>CHARLENE A KNIGHT JT WORS<br>431 CUMBERLAND AVENUE<br>GULF BREEZE, FL 32561 | 17592 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH ROHAN BENE IRA<br>LISA ROHAN (DECD)<br>FCC AS CUSTODIAN<br>23 WOLFHOLLOW ROAD<br>CENTEREACH, NY 11720 | 4209 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

127th Omnibus Objection     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| JOSEPH S ROCCAPALUMBO & JUDITH A ROCCAPALUMBO JT TEN<br>5 BELLA CASERTA<br>LAKE ELSINORE, CA 92532 | 6833 | Motors Liquidation Company | $17,004.76 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH T MEGONEGAL<br>8036 SANDHILL CT<br>WEST PALM BEACH, FL 33412 | 21385 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOSEPH W HAMPTON II ROTH IRA<br>FCC AS CUSTODIAN<br>3104 TERRIMAY LN<br>SANTA ROSA, CA 95407 | 14524 | Motors Liquidation Company | $794.16 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOYCE VONALEA ECHOLS<br>P O BOX 251<br>REYNO, AR 72462 | 67732 | Motors Liquidation Company | $5,048.15 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOYCE VONALEA ECHOLS<br>P O BOX 251<br>REYNO, AR 72462 | 67733 | Motors Liquidation Company | $5,092.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JUDITH A KING<br>4313 CANYONSIDE TRAIL<br>AUSTIN, TX 78731 | 63023 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JUDITH ROCKOFF<br>10221 BLUE HERON CV<br>WEST PALM BCH, FL 33412 | 16422 | Motors Liquidation Company | $14,513.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JULIA WILLIAMS<br>1007 JACKSON AVE<br>FLORENCE, SC 29501 | 14952 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JULIE GUSKE<br>GERALD D GUSKE<br>6 PUTT CIR<br>PALMYRA, VA 22963 | 62059 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JUNE CROSS NICHOL TTEE<br>JUNE CROSS NICHOL REV TRUST<br>U/A DTD 1/26/96<br>6550 TRINITY DR #55<br>PINE BLUFF, AR 71603 | 32909 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9173-1    Filed 02/10/11    Entered 02/10/11 14:49:30    Exhibit A
Pg 3 of 11

127th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| JUNE ELGIN<br>1480 CRYSTAL LAKE CIRCLE<br>APT 10<br>GREEN BAY, WI 54311 | 22226 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JUNGE LIVING TRUST<br>C/O HERMAN & DELORES JUNGE<br>3334 S 106TH ST<br>OMAHA, NE 68124 | 3931 | Motors Liquidation Company | $4,200.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| K MICHAEL & KAREN KMETZ REV TRUST<br>UAD 05/14/02<br>K MICHAEL KMETZ & KAREN KMETZ TTEES<br>22432 N 79TH PLACE<br>SCOTTSDALE, AZ 85255 | 22607 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KAREN LYNN HENDRICK TTEE<br>KAREN L HENDRICK TRUST<br>U/A DTD 04/27/1983<br>5631 LAWN DR<br>WESTERN SPRINGS, IL 60558 | 5037 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KAREN S ALSTON<br>1304 LEOMINSTER<br>JONESBORO, AR 72401 | 67721 | Motors Liquidation Company | $16,502.56 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KARL WAYNE HONEYCUTT<br>STEPHENS INC<br>CUSTODIAN FOR KARL WAYNE HONEYCUTT<br>2405 PEBBLE CREEK PLACE<br>JONESBORO, AR 72404 | 67681 | Motors Liquidation Company | $75,722.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KARON HAYES CLARK<br>6599 RICKS RD<br>ARLINGTON, TN 38002 | 18986 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KATE L. CHASE<br>11 BIRCH DRIVE<br>HUNGTNGTN STA, NY 11746 | 60556 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| KATHERINE JONES YOUELL TRUST<br>KATHERINE JONES YOUELL TTEE<br>U/A DTD 3-12-99<br>3910 BALDWIN ROAD<br>CHESTER, VA 23831 | 6144 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 127th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| KATHLEEN RUSSIN<br>7630 PARTRIDGE ST CIRCLE<br>BRADENTON, FL 34202 | 44687 | Motors Liquidation Company | $4,930.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KATHY G STONE<br>34 MICAHILL RD<br>LEVITTOWN, PA 19056 | 7717 | Motors Liquidation Company | $6,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENDALL O. COOPER<br>11522 83RD AVE SW<br>LAKEWOOD, WA 98498 | 25361 | Motors Liquidation Company | $2,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH B & DORENE D MARSHALL TRUST<br>7678 OLD MILL DOREST DRIVE SW<br>ROANOKE, VA 24018 | 3795 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH BRADLEY STAMM<br>P O BOX 317<br>ADA, MI 49301 | 10615 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH D KOCHEL<br>729 E ORANGE STREET<br>LANCASTER, PA 17602 | 13298 | Motors Liquidation Company | $16,886.40 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH H RICHARDS &<br>HELEN E RICHARDS JT TEN<br>6008 RICHARDS ROAD<br>EAST JORDAN, MI 49727 | 2070 | Motors Liquidation Company | $15,325.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH H RICHARDS AND<br>HELEN E RICHARDS JT TEN<br>6008 RICHARDS RD<br>EAST JORDAN, MI 49727 | 8690 | Motors Liquidation Company | $15,325.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH P CARLSON<br>3544 SHAFFER RD<br>BLOOMSBURG, PA 17815 | 15641 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KEVIN E CURRIE<br>345 E 94TH ST #28B<br>NEW YORK CITY, NY 10128 | 8418 | Motors Liquidation Company | $45,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9173-1    Filed 02/10/11    Entered 02/10/11 14:49:30    Exhibit A
Pg 5 of 11

127th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
|---|---|---|---|---|---|
| KLAUS FRIEDRICHS<br>ROSENSTIEG 12<br>22850 NORDERSTEDT GERMANY<br>GERMANY | 19092 | Motors Liquidation Company | $7,087.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KRISTIN DOWEJKO (ROTH IRA)<br>FCC AS CUSTODIAN<br>624 BROOKSTONE BEND<br>WEBSTER, NY 14580 | 21220 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| KYLE L PRESTON JR<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>1426 TANGLEWOOD DR E<br>HIDEAWAY, TX 75771 | 62625 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAHN-DILL CONSULTING GMBH<br>BETRIEBS- UND FINANZWIRTSCHAFTLICHE BERATUNG<br>GIESSENER STRAßE 13 AG<br>35469 ALLENDORF/LDA<br>GERMANY<br>GERMANY | 19082 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAKE LAND MOTEL<br>1002 COLBY<br>WHITEHALL, MI 49461 | 6406 | Motors Liquidation Company | $17,988.13 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LARRY LATTANZI<br>19 SPRING ST<br>MT KISCO, NY 10549 | 9199 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| LARUE D CUNNINGHAM<br>2200 SHOSHONI<br>JONESBORO, AR 72401 | 67719 | Motors Liquidation Company | $31,113.90 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAURA B FULLER<br>1104 MOCKINGBIRD LN<br>OPELIKA, AL 36801 | 10703 | Motors Liquidation Company | $9,725.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAURENCE D. WEYGARD<br>169 OXMOOR ROAD<br>BIRMINGHAM, AL 35209 | 18845 | Motors Liquidation Company | $600,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 127th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| LAURETTA M QUINN TTEE<br>LAURETTA M QUINN TRUST<br>DTD 03/10/04<br>423 TENTH STREET<br>CHILLICOTHE, MO 64601 | 7983 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAUT TRUST NO 1 DOROTHY ANN LAUT TRS<br>DOROTHY ANN LAUT TTEE<br>LAUT TRUST NO 1<br>3045 W GENESEE AVE<br>SAGINAW, MI 48602 | 30674 | Motors Liquidation Company | $17,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEE M DUNHAM<br>474 TRACKROCK ACRES<br>BLAIRSVILLE, GA 30512 | 10476 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEIMKUHLER ROBERT<br>1739 COUNTRY LANE<br>LANGHORNE, PA 19047<br>UNITED STATES OF AMERICA | 14727 | Motors Liquidation Company | $31,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEON G AUSTIN<br>2711 CITRUS LAKE DR #101<br>ANPLES, FL 34109 | 2781 | Motors Liquidation Company | $64,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEON R THOMAS & MARY F THOMAS<br>310 8TH ST SE<br>SIDNEY, MT 59270 | 3885 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEONA MEYERSON FAMILY TRUST<br>4913 CALVIN AVE<br>TARZANA, CA 91356 | 2726 | Motors Liquidation Company | $66,862.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEONA MEYERSON FAMILY TRUST<br>LEONA MEYERSON TTEE<br>4913 CALVIN AVE<br>TARZANA, CA 91356 | 13056 | Motors Liquidation Company | $66,862.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEONARD & ROSLYN ENICOFF TRUST<br>2432 ARON DR. N<br>SEAFORD, NY 11783 | 3911 | Motors Liquidation Company | $16,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LEONARD E LEWIS AND<br>ERNESTINE L LEWIS<br>JT TEN<br>7527 W RIDGEVIEW CIR<br>LOGANSPORT, IN 46947 | 28100 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 127th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| LEROY J BEISCHER & <br> JOAN A BEISCHER JTWROS <br> N77W6895 PINE ST <br> CEDARBURG, WI 53012 | 21630 | Motors Liquidation Company | $32,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LESTER HOFFMAN <br> LESTER HOFFMAN DECLARATION OF TRUST <br> U/ADTO 11/20/00 <br> 4432 W GREEN LEAF AVE <br> LINCOLNWOOD, IL 60712 | 5012 | Motors Liquidation Company | $7,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LESTER HOFFMAN TRUSTEE <br> 4432 W GREENLEAF AVE <br> LINCOLNWOOD, IL 60712 | 4592 | Motors Liquidation Company | $7,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LESTER HOFFMAN TTEE <br> LESTER HOFFMAN DECLARATION OF TRUST <br> U/ADTD 11-20-00 <br> 4432 W GREENLEAF <br> LINCOLNWOOD, IL 60712 | 5011 | Motors Liquidation Company | $7,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LILA D BURKE TTEE <br> LILA D BURKE TRUST <br> U/A DTD 3/10/93 <br> 5285 DIAMOND HEIGHTS BLVD APT 215 <br> SAN FRANCISCO, CA 94131 | 15872 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LILLIAN E SMITH <br> 331 OVAL ROAD <br> MANASQUAN, NJ 08736 | 5003 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LINDA JACKS <br> 3301 S GOLDFIELD ROAD #2096 <br> APACHE JUNCTION, AZ 85119 | 4164 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LINDA L EBRIGHT <br> CHARLES SCHWAB & CO INC CUST <br> IRA CONTRIBUTORY <br> PO BOX 9316 <br> BRECKENRIDGE, CO 80424 | 12971 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LISA BOHLA <br> C/O ANNELIESE KABLITZ <br> FLAMWEG 106 <br> 25335 ELMSHORN GERMANY <br> GERMANY | 19090 | Motors Liquidation Company | $8,504.40 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 127th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| LISA S. KRIVOSHEY<br>377 MERION ROAD<br><br>MERION STATION, PA 19066 | 23363 | Motors Liquidation Company | $12,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOIS A SAYLER IRA<br>RAYMOND JAMES & ASSOC INC CSDN<br>616 NOKOMIS ST<br>TECUMSEH, MI 49286 | 21498 | Motors Liquidation Company | $1,865.81 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOIS CROCKER & JANET NELSON SUCC TTEES<br>ELIZ C LARSON IRREV FAM GSTT TRUST DTD 7-26-94<br>JOHN SCOTT KLINE<br>4 HUDSON HOLLOW ROAD<br>FRANKFURT, KY 40601 | 44169 | Motors Liquidation Company | $150,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOUIS BETANZOS TTEE<br>FBO LOUIS BETANZOS REV LIV TR<br>U/A/D 02-15-1989<br>2890 LAKEWOODS CT<br>W BLOOMFIELD, MI 48324 | 2729 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOUIS F BLOSSOM<br>5865 CHERRY BLOSSOM DR<br><br>TRAVERSE CITY, MI 49684 | 5748 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOUIS MAIER<br>11 LITTLEBROOK RD<br><br>SPRINGFIELD, NJ 07081 | 2479 | Motors Liquidation Company | $75,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LUANNA L CROYLE<br>416 PINE HILL RD<br><br>KITTANNING, PA 16201 | 2907 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| LUCILLE KASSLER<br>EILEEN FRIEND JTWROS<br>170 WEST END AVENUE<br>APARTMENT #8J<br>NEW YORK, NY 10023 | 8631 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LUELLA JOSIE SPARKS REV TR<br>LUELLA JOSIE SPARKS TTEE<br>12140 DUBOIS DR<br>STANWOOD, MI 49346 | 2014 | Motors Liquidation Company | $50,737.50 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

127th Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| LUIS EDUARDO ROSSI<br>EDIFICIO TORRE DE LAS AMERICAS<br>CALLE 28 Y AUDA GORIERO APT 404<br>PUNTA DEL ESTE URUGUAY<br>URUGUAY | 68718 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LYDIA GLEITMAN &<br>MELVIN GLEITMAN<br>REVOCABLE TRUST<br>11404 CORAZON CT<br>BOYNTON BEACH, FL 33437 | 10913 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| LYNN JACOBSON FURST TRUSTEE<br>LYNN JACOBSON FURST<br>REVOCABLE TR U/A DTD 10/27/08<br>6565 JOG PALM DRIVE<br>BOYNTON BEACH, FL 33437 | 4624 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| M MAX SARFF<br>BEVERLY J SARFF<br>PO BOX 36806<br>TUCSON, AZ 85740 | 16142 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| M SAFIER & F SAFIER CO-TTEE<br>SAFIER FAMILY TRUST U/A<br>DTD 09/17/1999<br>10411 E MORNING VISTA LANE<br>SCOTTSDALE, AZ 85262 | 7441 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MACKY TABOR MYERS<br>224 INDIGO<br>WAXAHACHIE, TX 75165 | 45568 | Motors Liquidation Company | $675.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MAHONEY SURVIVOR TRUST<br>ML MAHONEY & GM HALL CO-TTEE<br>MAHONEY SURVIVOR TRUST U/A<br>11 DEER LANE<br>WANTASH, NY 11793 | 49668 | Motors Liquidation Company | $22,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARCELO CARLOS CIMA<br>RIVADAVIA 717<br>4 PISO OF. 406 BUENOS AIRES ARGENTINA<br>ARGENTINA | 44620 | Motors Liquidation Company | $80,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARCIE BLACKWELL TRUST<br>MARCIE BLACKWELL<br>9422 SNOW LAKE PL<br>ELK GROVE, CA 95758 | 15303 | Motors Liquidation Company | $29,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 127th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| MARCY RILEY<br>270 LITTLETON RD #39<br>CHELMSFORD, MA 01824 | 19430 | Motors Liquidation Company | $10,317.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARGARET ANN BOMBA OR IRA & PENSION<br>2 WALL STREET<br>NEW YORK, NY 10005 | 526 | Motors Liquidation Company | $200,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARGARET J KAUFMAN<br>7745 DELMAR BLVD<br>ST LOUIS, MO 63130 | 10988 | Motors Liquidation Company | $38,850.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARGUERITE A MAGOFFIN TTEE<br>FOR THE MAGOFFIN<br>TRUST DTD 11/1/91<br>621 ST MARY STREET<br>PLEASANTON, CA 94566 | 4597 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARGUERITE P CHAMBERLAND INTER<br>VIVOS DECLARATION OF TRUST<br>MARGUERITE P CHAMBERLAND TTEE<br>UA DTD 06/22/00<br>5 CASTILLA LN<br>PORT ST LUCIE, FL 34952 | 11159 | Motors Liquidation Company | $6,640.65 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARIA & WILLIAM WYTEN<br>44 SPRINGFIELD AVE<br>T4N 0C7 RED DEER AB CANADA<br>CANADA | 20154 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARIE A SCHMIDT & HENRY A SCHMIDT<br>JT TEN<br>110 PARKWOOD DRIVE<br>SNYDER, NY 14226 | 5039 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARIE B SILVERNAGEL<br>12615 52ND AVE N<br>PLYMOUTH, MN 55442 | 43999 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARIE J EASTERLING IRA<br>FCC AS CUSTODIAN<br>755 EPPS RIDGE PKWY APT 102<br>ATHENS, GA 30606 | 7101 | Motors Liquidation Company | $18,831.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9173-1    Filed 02/10/11    Entered 02/10/11 14:49:30    Exhibit A
Pg 11 of 11

127th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| MARILYN K MEYERAAN TOD<br>LORALYN A TINTJER<br>SUBJECT TO STA RULES<br>BOX 247<br>HUBBARD, IA 50122 | 8200 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARILYN LOCKE<br>17 SOUTH 17TH ST<br>KANSAS CITY, KS 66102 | 6973 | Motors Liquidation Company | $9,603.65 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARILYN R STONE<br>5274 HWY 441 RD<br>ROGERS CITY, MI 49779 | 14847 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARIO BOHLA<br>C/O ANNELIESE KABLITZ<br>BERLINER ALLEE 49<br>22850 NORDERSTEDT GERMANY<br>GERMANY | 19089 | Motors Liquidation Company | $8,504.40 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARIO J DIOTALEVI<br>MARY N DIOTALEVI<br>50 PLYMOUTH RD<br>SOMERS, CT 06071 | 16066 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARION L LEGAN (IRA)<br>611 HIGHWAY 191<br>PO BOX 44<br>PERSIA, IA 51563 | 68869 | Motors Liquidation Company | $2,550.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARJORIE LEOTA JONES AND<br>MARION G WILLIAMS JTWROS<br>74711 DILLON RD 418<br>DESERT HOT SPRINGS, CA 92241 | 62607 | Motors Liquidation Company | $6,395.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    **100**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.