| | | |
|---|---|---|
| **128th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARK W ALPERT & JUDITH L ALPERT<br>2431 CASTLE HEIGHTS AVE<br>LOS ANGELES, CA 90034 | 23480 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARSHALL SHERMAN<br>432 HOMESTEAD DRIVE<br>WEST CHESTER, PA 19382<br>UNITED STATES OF AMERICA | 7292 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARTHA STERLING<br>1200 MILLS AVE<br>BURLINGAME, CA 94010 | 8004 | Motors Liquidation Company | $11,250.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARTIN LISS, IRA<br>20 WEST 64 STREET APT 31L<br>NEW YORK, NY 10023 | 1779 | Motors Liquidation Company | $20,210.50<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY ALICE SMITH CGM IRA CUSTODIAN<br>MARY ALICE SMITH<br>9097 E 580 ROAD<br>CATOOSA, OK 74015 | 15640 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY AND ARTHUR IOVINO<br>846 DUNCAN DRIVE<br>WESTBURY, NY 11590 | 14733 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY ANN BERNIER<br>707 RADIAL DR<br>BETHANY BEACH, DE 19930 | 33046 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY BLANCHE CASHMORE IRA<br>14915 WOODBRIAR DRIVE<br>DALLAS, TX 75248 | 18887 | Motors Liquidation Company | $7,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY C SCHAEFER<br>TOD ACCOUNT<br>3330 FELICITY DRIVE<br>CINCINNATI, OH 45211 | 3806 | Motors Liquidation Company | $6,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| MARY E KAISER<br>17024 CADBURY CIRCLE<br>APT# 237<br>LEWES, DE 19958 | 17583 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY ELLEN KLEIN<br>TOD BENEFICIARY ON FILE<br>41110 FOX RUN RD<br>#T13 HICKORY GROVE<br>NOVI, MI 48377 | 10497 | Motors Liquidation Company | $24,698.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY FRANCES HOLDEN<br>4837 SPRUCE PINE WAY<br>NORTH RIDGEVILLE, OH 44039 | 8409 | Motors Liquidation Company | $7,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY GILMAN TTEE<br>MARY GILMAN TR U/A DTD 08/13/1998<br>3800 BRADFORD ST SPC 193<br>LA VERNE, CA 91750 | 13918 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY JUANITA ROWE<br>RR1 BOX 305<br>JASONVILLE, IN 47438 | 9148 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY K MCEWEN<br>7860 E M 21<br>CORUNNA, MI 48817 | 8289 | Motors Liquidation Company | $28,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY K REYNOLDS<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER DTD 05/30/2000<br>4311 NIGHTBIRD WAY<br>REDDING, CA 96001 | 45074 | Motors Liquidation Company | $65,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY K. WRIGHT BENE IRA<br>IRENE G. MCKNIGHT DECD<br>FCC AS CUSTODIAN<br>10812 FANDOR ST.<br>FORT WORTH, TX 76108 | 63332 | Motors Liquidation Company | $260.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY KATHERINE STEINAM AND<br>KIM TAMARA MICHAELS JTWROS<br>4206 SUNRAY LANE<br>LA MESA, CA 91941 | 9548 | Motors Liquidation Company | $11,810.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 128th Omnibus Objection | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| MARY L KLINGER &<br>MARY L KLINGER & ROBERT J KLINGER JTWROS<br>3701 WOODBRIDGE DR<br>HARRISBURG, PA 17110 | 8190 | Motors Liquidation Company | $5,501.60 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY LOU BIERSBORN IRA<br>FCC AS CUSTODIAN<br>C/O CRAIG & SMITH LLP<br>1305 12TH ST.<br>ELDORA, IA 50627 | 15826 | Motors Liquidation Company | $54,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY MARLENE MATURI<br>1835 HIGHLAND GROVE DR<br>DEL RAY BEACH, FL 33445 | 14670 | Motors Liquidation Company | $26,502.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY VIRGINIA HARRIS TRUST<br>WALTER WAYNE BURTON TRUSTEE<br>OF THE RESIDUAM TRUST U/W OF<br>MARY VIRGINIA HARRIS<br>712 FORBES ST<br>FALMOUTH, VA 22405 | 14425 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MAURICE CASKEY<br>CGM IRA ROLLOVER CUSTODIAN<br>14430 CALLEJON MUSICA<br>SAN DIEGO, CA 92129 | 13291 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MAURICE R CASKEY<br>14430 CALLEJON MUSICA<br>SAN DIEGO, CA 92129 | 13292 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MEDICAL ARTS PHARMACY<br>ATTN MATT<br>2515 E HUNTSVILLE RD<br>FAYETTEVILLE, AR 72701 | 7564 | Motors Liquidation Company | $3,750.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MEDSECURITIES INVESTMENT SAL<br>482 CLEMENCEUA STR PO BOX 11-348<br>11072030 RIAD EL SOLH BEIRUT LEBANON<br>LEBANON | 29681 | Motors Liquidation Company | $250,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MELVIN GOLDSTEIN<br>PO BOX 740964<br>BOYNTON BEACH, FL 33474 | 48456 | Motors Liquidation Company | $20,756.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MERRILL LYNCH FBO RICHARD GREENBERG IRA<br>2151 ROCKCRESS WAY<br>GOLDEN, CO 80401 | 12969 | Motors Liquidation Company | $84,849.01 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

09-50026-mg    Doc 9174-1    Filed 02/10/11    Entered 02/10/11 14:50:47    Exhibit A
Pg 4 of 11

128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| MICHAEL ANDERSON & LINDA ANDERSON JTWROS<br>810 BILLE ROAD<br>PARADISE, CA 95969 | 62608 | Motors Liquidation Company | $1,900.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL CEASAR<br>FRANCINE CEASAR JTWROS<br>14 MARLOWE CT<br>GALLOWAY, NJ 08205 | 4837 | Motors Liquidation Company | $4,062.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL D BLAES<br>5334 COTTONWOOD CLUB CIR<br>SALT LAKE CTY, UT 84117 | 2722 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL HOLSTEN<br>913 PLANTATION BLVD<br>SIKESTON, MO 63801<br>UNITED STATES OF AMERICA | 67730 | Motors Liquidation Company | $4,022.52 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL J JAMES<br>1983 BELWOOD DRIVE<br>OKEMOS, MI 48864 | 2544 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL J TIMURE<br>DIANE M TIMURE<br>5379 REGENCY DR<br>PARMA, OH 44129 | 14738 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL KARP<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>11 HAWTHORNE CT C<br>CENTERPORT, NY 11721 | 39036 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL KOFLANOVICH<br>TOD ACCOUNT<br>1100 DAYTONA AVENUE<br>HOLLY HILL, FL 32117 | 2552 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL KOPANIC LIVING TRUST UA 11/4/96<br>250 RICHARDS DR<br>YOUNGSTOWN, OH 44505 | 36951 | Motors Liquidation Company | $62,500.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL MARCUS IRA<br>20983 WAVEVIEW DR<br>TOPANGA, CA 90290 | 9146 | Motors Liquidation Company | $91,684.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9174-1    Filed 02/10/11    Entered 02/10/11 14:50:47    Exhibit A
Pg 5 of 11

128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| MICHAEL R CAREY & FRANCES S CAREY<br>2490 OLD SALEM CIR<br>CONYERS, GA 30013 | 5303 | Motors Liquidation Company | $600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL R MIDDLETON<br>15016 HIGHWAY 151<br>JEFFERSON, SC 29718 | 4969 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL SALICA<br>133 SO COLLIER BLVD #505<br>MARCO ISLAND, FL 34145 | 12977 | Motors Liquidation Company | $7,609.38 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHELLE SULLIVAN<br>UNITED STATES OF AMERICA | 29577 | Motors Liquidation Company | $11,200.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MIKE & NATALIE MAGULA<br>1554 JUNIPER COURT<br>HERMITAGE, PA 16148 | 8012 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MILDRED DERMODY TOD J A FARRELL<br>T E DERMODY, D G DERMODY<br>SUBJECT TO STA RULES<br>2350 REDWOOD RD UNIT 110<br>NAPA, CA 94558 | 62529 | Motors Liquidation Company | $25,921.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MILDRED JESSE<br>5106 ROMAN DR<br>FERNCREEK, KY 40291 | 12959 | Motors Liquidation Company | $8,462.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MILDRED M FERNSLER/CRAIG E FERNSLER  JT TEN<br>2261 CHARLES ST<br>GLENSIDE, PA 19038 | 4984 | Motors Liquidation Company | $1,275.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MILTON L MEYER<br>10864 284TH LANE<br>ARKANSAS CITY, KS 67005 | 6392 | Motors Liquidation Company | $900.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MITCHELL FAMILY TR<br>ALBERT MITCHELL TTEE<br>U/A DTD 01/04/1991 ACCOUNT B<br>2617 KNOLLWOOD ROAD<br>CAMERON PARK, CA 95682 | 4482 | Motors Liquidation Company | $33,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| ML GREGORY<br>3415 APPLE VALLEY<br>DALLAS, TX 75234 | 3177 | Motors Liquidation Company | $200,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MLPF & S CUST FBO MR GERALD A WOLK DECD IRA<br>C/O FRANCES NEWMAN<br>1304 POINTE GATE DR<br>LIVINGSTON, NJ 07039 | 8511 | Motors Liquidation Company | $24,838.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MORGAN STANLEY<br>M S & CO C/F<br>MARION BEVERIDGE IRA DTD 6/19/96<br>704 E RIDGE VILLAGE DR<br>MIAMI, FL 33157 | 9269 | Motors Liquidation Company | $24,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MORGAN STANLEY<br>C/O BEVERLY KRASNO<br>13888 RED MANGROVE DR<br>ORLANDO, FL 32828 | 15657 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MORGAN STANLEY-SMITH BARNEY<br>HOWARD KAPLUS IRA STANDARD 04/24/08<br>PO BOX 340<br>NEW YORK, NY 10008 | 2474 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR EUGENE GAISSER<br>27 MARSHALL RD<br>RIDGEFIELD, CT 06877 | 12552 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR IRA S HARRIS<br>CGM IRA BENEFICIARY CUSTODIAN<br>BEN OF JOAN HARRIS<br>2729 CLAUDIA COURT<br>BELLMORE, NY 11710 | 11739 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR JEFFREY G SPEARS<br>10302 SAGEYORK DR<br>HOUSTON, TX 77089 | 4862 | Motors Liquidation Company | $11,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR JOHN J FIORE<br>10 GOLD RD<br>WAPPINGERS FALLS, NY 12590 | 69781 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR MICHAEL MORRIN AND DIANE MORRIN<br>DIANE MORRIN JT WROS<br>2011 EAST 34 STREET<br>BROOKLYN, NY 11234 | 12551 | Motors Liquidation Company | $1,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 9174-1   Filed 02/10/11   Entered 02/10/11 14:50:47   Exhibit A
Pg 7 of 11

128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| MR RICHARD GREENBERG<br>2151 ROCKCRESS WAY<br>GOLDEN, CO 80401 | 13676 | Motors Liquidation Company | $14,137.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR RONALD D CUTRO<br>MRS MARIA F CUTRO<br>47 JEWETT AVE<br>TENAFLY, NJ 07670 | 63951 | Motors Liquidation Company | $10,101.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR RONALD D SANDS<br>MRS JANET M SANDS<br>839 N LYNN DR<br>ORANGE, CA 92867 | 37002 | Motors Liquidation Company | $9,375.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR SOL BAIN<br>1018 ELLESMERE A<br>DEERFIELD BEACH, FL 33442 | 14423 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR STEVEN L KLEMME<br>CGM IRA CUSTODIAN<br>3 CHEMIN DE LA VIGNE 1197<br>PRANGINS SWITZERLAND<br>SWITZERLAND | 10255 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR WILIAM MACINTOSH<br>511 HARDING AVE<br>W HEMPSTEAD, NY 11552 | 5352 | Motors Liquidation Company | $2,530.38 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR WILLIAM F STICKLES AND<br>MRS JANICE B STICKLES JTWROS<br>107 BLUE HERON WAY<br>SEBASTIAN, FL 32958 | 64357 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR YOCK HUA CHOO<br>MS GEK CHEOK SIM<br>79 LUCKY GARDENS<br>SINGAPORE 467707<br>SINGAPORE | 69299 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS CAROL MORSE<br>1002 E COLBY ST<br>WHITEHALL, MI 49461 | 6407 | Motors Liquidation Company | $7,978.45 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS CATHERINE R HARKIN<br>11051 BUSTLETON AVE<br>PHILADELPHIA, PA 19116 | 28000 | Motors Liquidation Company | $3,400.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9174-1    Filed 02/10/11    Entered 02/10/11 14:50:47    Exhibit A
Pg 8 of 11

128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| MRS ENID BROT<br>CGM IRA CUSTODIAN<br>DTD 02/19/86<br>2714 OAKMONT<br>WESTON, FL 33332 | 62501 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS ESTHER MONTABETTI<br>7230 NW 8TH COURT<br>MARGATE, FL 33063 | 44675 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS M WYTEN<br>44 SPRINGFIELD AVE<br>T4N 0C7 RED DEAR AB CANADA<br>CANADA | 20153 | Motors Liquidation Company | $2,541.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS. DOUGLAS ANN SLUSHER<br>4729 BARCLAY SQUARE<br>ROANOKE, VA 24018 | 26608 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS. MARILYN L MACINTOSH<br>511 HARDING AVENUE<br>WEST HEMPSTEAD, NY 11552 | 5227 | Motors Liquidation Company | $2,530.38 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS & CO<br>C/O JOSEPH CASTELLANO<br>338 SANDSTONE RD<br>BUDD LAKE, NJ 07828 | 8794 | Motors Liquidation Company | $6,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS & CO C/F<br>ANN MORGAN BROCK<br>IRA STD/ROLLOVER DTD 3/14/91<br>1513 SYLVAN DR<br>ARLINGTON, TX 76012 | 45564 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS & CO C/F<br>JACQUELINE KIBIN<br>16819 ASPEN WAY<br>SOUTHGATE, MI 48195 | 65283 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS FRANCINE MUCHNICK<br>MR EUGENE MUCHNICK TTEE<br>U/A/D 10-19-1999<br>FBO FRANCINE MUCHNICK INTERVIV<br>7967 EXETER BLVD WEST<br>FT LAUDERDALE, FL 33321 | 9417 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

128th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| MS MARITA C GARIN<br>PO BOX 503<br>BLACK MTN, NC 28711 | 3850 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>MICHAEL F LUKETINA<br>IRA STANDARD DATED 03/06/86<br>745 SOUTH SHERIDAN ST<br>PHILADELPHIA, PA 19147 | 2494 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>KAZUKO MOWSON<br>IRA STD SPOUSAL DTD 01/24/92<br>32160 SW 196 AVE<br>HOMESTEAD, FL 33030 | 4206 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JAMES G MOWSON<br>IRA ROLLOVER DATED 01/21/92<br>32160 SW 196 AVE<br>HOMESTEAD, FL 33030 | 4207 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>H R HOFFA<br>IRA ROLLOVER DATED 12/09/93<br>14314 OAK BROOK DRIVE<br>URBANDALE, IA 50323 | 4377 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JACK S OBRIEN<br>IRA STD/ROLLOVER DTD 02/02/87<br>12942 BROWNING AVE<br>SANTA ANA, CA 92705 | 4598 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JORGE LUIS SAUMELL<br>IRA ROLLOVER DATED 12/09/02<br>6247 SW 10TH ST<br>MIAMI, FL 33144 | 4654 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>MARTHA L WALLINGFORD<br>IRA ROLLOVER DATED 07/13/99<br>3814 VICTORIA AVE<br>BALTIMORE, MD 21244 | 4658 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>KEN FIRMIN<br>IRA ROLLOVER DATED 07/11/03<br>6911 PEACE RIVER<br>SPRING, TX 77379 | 5595 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 128th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| MS&CO C/F<br>JOEL PERLMUTER<br>IRA STANDARD DATED 08/27/97<br>19 HICKORY<br>IRVINE, CA 92614 | 6167 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JOEL PERLMUTER<br>IRA STANDARD DATED 04/14/97<br>19 HICKORY<br>IRVINE, CA 92614 | 6168 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JUDITH KENNEY<br>IRA STANDARD/SEP DTD 08/06/96<br>910 OLIVE COURT<br>MARCO ISLAND, FL 34145 | 6487 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>DAVEY LEE YOFFEE<br>IRA STD/ROLLOVER DTD 06/17/87<br>8725 SW 94 AVENUE<br>MIAMI, FL 33173 | 7043 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>BEVERLY STEPHENS ATTN V SAITO<br>IRA STANDARD DATED 01/16/09<br>4135 SW COMUS ST<br>PORTLAND, OR 97219 | 8575 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JOSEPH P CASTELLANO<br>IRA STANDARD DATED 06/04/98<br>338 SAND SHORE ROAD<br>BUDD LAKE, NJ 07828 | 8795 | Motors Liquidation Company | $13,009.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>MICHAEL DE NARVAEZ<br>IRA ROLLOVER DATED 04/15/94<br>1280 S ALHAMBRA CIRCLE UNIT 1204<br>CORAL GABLES, FL 33146 | 10185 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>DEBORAH TARLOW<br>IRA STANDARD DATED 04/02/08<br>5 TALLWOODS ROAD<br>ARMONK, NY 10504 | 10787 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>GARY NIDIFFER<br>IRA ROLLOVER DATED 12/17/08<br>410 GRAYSON TRAIL<br>HOGANSVILLE, GA 30230 | 11487 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 128th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| MS&CO C/F<br>MARION SCHILE<br>IRA STANDARD DATED 07/21/08<br>12 DEEFIELD CT<br>PALM COAST, FL 32137 | 11508 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>MYRON NEWMAN<br>IRA STANDARD DATED 02/03/00<br>16553 BOCA DELRAY DR<br>DELRAY BEACH, FL 33484 | 12172 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>RICHARD COHEN<br>IRA STANDARD DATED 10/25/07<br>4046 TOWNSHIP LINE ROAD<br>COLLEGEVILLE, PA 19426 | 13050 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>ROSINA SCHOLZ<br>IRA STANDARD DATED 04/10/08<br>11 HAWTHORN HILL<br>TOLLAND, CT 06084 | 13673 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>WANDA HICKS<br>ROTH IRA DATED 01/07/03<br>2622 PINTO<br>COMMERCE TOWNSHIP, MI 48382 | 14438 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | | | |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.