**129th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>DONALD G HICKS<br>ROTH IRA DATED 02/25/02<br>2622 PINTO<br>COMMERCE TWP, MI 48382 | 14440 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>HELEN STOREY<br>IRA STD/ROLLOVER DTD 11/08/85<br>10171 SW 199TH STREET<br>MIAMI, FL 33157 | 16591 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JAMES R BROWN III<br>IRA STANDARD DATED 05/04/05<br>7544 DUNBRIDGE DR<br>ODESSA, FL 33556 | 17705 | Motors Liquidation Company | $10,575.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>GLORIA T RUBIO<br>IRA STD SPOUSAL DTD 03/30/00<br>2330 OFFSHORE CT<br>FERNANDINA BEACH, FL 32034 | 17909 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>MICHAEL SEAR FREEDLEY<br>7715 N CALLEY CABALLEROS<br>PARADISE VALLEY, AZ 85253 | 19137 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>DAVID S LIPTON<br>IRA ROLLOVER DATED 02/07/02<br>P O BOX 5147<br>LIGHTHOUSE PT, FL 33074 | 19473 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>GLEN R HARRAH<br>IRA STANDARD DATED 03/22/88<br>19355 CYPRESS RIDGE TERR UNIT 902<br>LANSDOWNE, VA 20176 | 20859 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>CAROL J HARRAH<br>IRA STANDARD DATED 03/22/88<br>19355 CYPRESS RIDGE TERR UNIT 902<br>LANSDOWNE, VA 20176 | 20860 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 129th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | **Exhibit A** | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| MS&CO C/F<br>REBECCA J CANUPP<br>IRA ROLLOVER DATED 01/12/00<br>1110 PERSIAN LANE<br>SEBASTIAN, FL 32958 | 20878 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>DAVID V. RAPFORD<br>951 JACKS BRANCH RD<br>CANTONMENT, FL 32533<br>UNITED STATES OF AMERICA | 22088 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>WILFRED SCHWANDT<br>IRA ROLLOVER DATED 01/24/03<br>12635 N PIOMEER WAY<br>TUCSON, AZ 85755 | 23626 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>EDWARD FINN<br>IRA ROLLOVER DATED 02/03/03<br>3 LYON COURT<br>MANCHESTER, NJ 08759 | 23627 | Motors Liquidation Company | $9,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>A EBERT (DEC) SHARON ADAM (BENE)<br>IRA ROLLOVER DATED 10/13/87<br>2275 W CALLE CASAS LINDAS<br>GREEN VALLEY, AZ 85622 | 25363 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>E ALFRED PICARDI<br>IRA STD/ROLLOVER DTD 07/09/97<br>P O BOX 410<br>BELLE HAVEN, VA 23306 | 25396 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>JUDITH A KOLTUN<br>IRA STD/ROLLOVER DTD 11/04/03<br>12115 29TH AVE N<br>PLYMOUTH, MN 55441 | 26621 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>PALMA DOYLE<br>IRA STANDARD DATED 03/04/09<br>PO BOX 763<br>RYE, NH 03870 | 27888 | Motors Liquidation Company | $3,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>DENNIS DOYLE<br>IRA STANDARD DATED 03/04/09<br>PO BOX 763<br>RYE, NH 03870 | 27889 | Motors Liquidation Company | $3,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**129th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Basis | Pgs. |
|---|---|---|---|---|---|
| MS&CO C/F<br>GEORGE J JACOBSON<br>IRA STANDARD DATED 11/01/06<br>3323 BAYFIELD BLVD<br>OCEANSIDE, NY 11572 | 28954 | Motors Liquidation Company | $17,850.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>KENNETH GREENBERG<br>IRA STANDARD DATED 09/15/05<br>2864 BAYVIEW AVE<br>WANTAGH, NY 11793 | 33288 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>ANTHONY KIBIN<br>ROTH IRA DATED 04/15/03<br>16819 ASPEN WAY<br>SOUTHGATE, MI 48195 | 65284 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>DONALD H SMITH<br>IRA STD/ROLLOVER DTD 03/21/00<br>2300 OVERBROOK<br>HIGHLAND, MI 48357 | 68278 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>VERLAN K RAINES<br>IRA STANDARD DATED 10/09/97<br>4708 CLIPPER CROSSING<br>EDMOND, OK 73013 | 68584 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA RAINES<br>IRA STANDARD DATED 10/09/97<br>4708 CLIPPER CROSSING<br>EDMOND, OK 73013 | 68585 | Motors Liquidation Company | $4,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>RAYFEN H BESHEARS<br>IRA STANDARD DATED 04/14/08<br>1752 RUSSET LANE<br>SAN MARINO, CA 91108 | 69685 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F ALEC M GARBINI<br>FBO ALEC M GARBINI<br>PROFIT SHARING PLAN DTD 10/10/84<br>2316 EUDORA ST<br>DENVER, CO 80207 | 6276 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F CARLOS C DORTA<br>CARLOS DORTA<br>IRA STANDARD DATED 09/09/04<br>11818 SW 96 TERRACE<br>MIAMI, FL 33186 | 10187 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**129th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| MS&CO C/F CARLOS C DORTA<br>CARLOS C DORTA<br>IRA STANDARD DATED 09/09/04<br>11818 SW 96 TERRACE<br>MIAMI, FL 33186 | 10188 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS+CO C/F MYRON NEWMAN<br>IRA STANDARD DATED 02/03/00<br>16553 BOCA DELRAY DR<br>DELRAY BEACH, FL 33484 | 12171 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MURRAY, MARCUS<br>45 KILSYTH ROAD<br>BROOKLINE, MA 02445 | 36961 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MURRY KLIBANER<br>56 E 33 ST.<br>PATERSON, NJ 07514 | 16153 | Motors Liquidation Company | $24,068.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MUSETTE FORT ELMORE IRREV TRUST<br>C/O ROBERT ELMORE, TRUSTEE<br>2177 PASEO ROSETA<br>PALM SPRINGS, CA 92262 | 29734 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MYRON DUBRO<br>3875 WALDO AVE<br>BRONX, NY 10463 | 27675 | Motors Liquidation Company | $30,870.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MYRON NEAL RICH & CYNTHIA ANN RICH<br>64 LONG CROSSING RD.<br>EAST HAMPTON, CT 06424 | 14430 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| N ROSTKER & R ROSTKER CO TTEE<br>NATHAN ROSTKER TRUST U/A<br>DTD 07/16/1981<br>4711 HARDWOODS DR<br>WEST BLOOMFIELD, MI 48323 | 65295 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| NANCY ANN MELLETZ<br>CGM IRA CUSTODIAN<br>109 W. DOMINION DRIVE<br>MARLTON, NJ 08053 | 17585 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NANCY J DAVENPORT<br>3017 VENTURA<br>ABILENE, TX 79605 | 3609 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| 129th Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| NANCY J FREEMAN<br>14 NORMANDY ROAD<br>GREENVILLE, SC 29615 | 2945 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| NANCY O DYER<br>22241 E CANYON PL<br>AURORA, CO 80016 | 13042 | Motors Liquidation Company | $5,103.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NAOMI JONES<br>1515 JOHN JACOB<br>OPELOUSAS, LA 70570 | 4459 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NATALIE ROSS<br>40024 HARVESTON DR APT 319<br>TEMECULA, CA 92591 | 4360 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NELLE COPPAGE-CAIN<br>3362 FOREST LANE APT 127<br>DALLAS, TX 75234 | 14818 | Motors Liquidation Company | $21,301.80 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NEMECIO AVILA AND TERESA FLORES AVILA AND REYNA AVILA<br>3627 HAMILTON<br>EL PASO, TX 79930 | 17925 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NICHOLAS V SALCE SR<br>7720 SW 143 ST<br>PALMETTO BAY, FL 33158 | 10460 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NINA PIAZZA LIVING TRUST<br>UAD 03/19/08<br>NINA PIAZZA TTEE<br>10733 GREENTAIL DR S<br>BOYNTON BEACH, FL 33436 | 23492 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMA E EDWARDS<br>2407 OAK PARK COURT<br>RICHMOND, IN 47374 | 63042 | Motors Liquidation Company | $9,915.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMA J LISTING REV TRUST<br>UA DTD 8/17/93<br>4650 DONCASTER AVE<br>HOLT, MI 48842 | 28101 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 129th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
| --- | --- | --- | --- | --- | --- |
| NORMA SUNKEL / MARIO CORREA<br>NORMA GABRIELA SUNKEL WINKLER<br>MARIO MARCELO CORREA PIWONKA<br>LUIS MATTE LARRAIN NO 9818<br>SANTIAGO CHILE<br>CHILE | 62602 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMAN FEIGEL<br>25000 MESA GRANDE RD<br>SANTA YSABEL, CA 92070 | 27896 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMAN M RUBENSTEIN<br>1 MCKNIGHT PL #221<br>ST LOUIS, MO 63124 | 9684 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| NUNO MIGUEL OLIVEIRA BARROSA PEREIRA<br>AV DA BOAVISTA Nº 1837 12 PISO<br>EDF BURGO<br>4100-133 PORTO  PORTUGAL<br>PORTUGAL | 69332 | Motors Liquidation Company | $184,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NUNO MIGUEL OLIVEIRA BARROSO PEREIRA<br>AV DA BOAVISTA Nº 1837 12 PISO<br>EDF BURGO<br>4100-133 PORTO PORTUGAL<br>PORTUGAL | 69331 | Motors Liquidation Company | $80,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NYLA R EDGARS REV LIVING TRUST NE TTEE<br>NYLA R EDGAR TRUSTEE FOR THE<br>NYLA R EDGAR REV LIVING TRUST<br>28222 VIA HERRERA<br>MISSION VIEJO, CA 92692 | 9543 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ODIE L MARTIN<br>ODIE MARTIN<br>3188 KEARNS CORNER<br>THE VILLAGES, FL 32162<br>UNITED STATES OF AMERICA | 13921 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| OLIVER HUMPHREYS<br>5120 PRESTONWOOD RD<br>CONWAY, AR 72034<br>UNITED STATES OF AMERICA | 67731 | Motors Liquidation Company | $10,056.30 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ORA B WOOLUMS<br>6456 W FRANWOOD CIRCLE<br>YORKTOWN, IN 47396 | 5587 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**129th Omnibus Objection** — Exhibit A — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| OTHO JEAN MARLAR<br>1005 WEST A AVE<br>NORTH LITTLE ROCK, AR 72116 | 8298 | Motors Liquidation Company | $20,004.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAT NASTRO TTEE<br>FBO PAT NASTRO REV LIV TR<br>U/A/D 09/11/2006<br>5150 NW 88TH LN<br>CORAL SPRINGS, FL 33067 | 33001 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATRICIA JACKSON<br>36564 DEERHURST COURT<br>WESTLAND, MI 48185 | 19718 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATRICIA L LORENZO<br>1080 E LAKE DR<br>TRANSFER, PA 16154 | 3918 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATRICIA L LORENZO<br>1080 E LAKE DR<br>TRANSFER, PA 16154 | 3919 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATRICIA SNYDER<br>WILLIAM W SNYDER<br>42 IRENE CT<br>BROOMFIELD, CO 80020 | 9270 | Motors Liquidation Company | $5,103.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATSY R GRAY<br>507 WARREN ROAD<br>COCKEYSVILLE, MD 21030<br>UNITED STATES OF AMERICA | 62580 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL A HOHMAN<br>4837 SPRUCE PINE WAY<br>NORTH RIDGEVILLE, OH 44039 | 8410 | Motors Liquidation Company | $7,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL B GLISSEN<br>1661 CR 410<br>RIPLEY, MS 38663 | 19136 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL DI PAOLA<br>131 STEIN WAY AVE<br>STATEN ISLAND, NY 10314 | 13099 | Motors Liquidation Company | $60,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 129th Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| PAUL G SLAUGHTER<br>1434 JOHN WESLEY CIRCLE<br>BIRMINGHAM, AL 35210 | 11247 | Motors Liquidation Company | $42,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL JORDAN<br>361 ANGELA LN<br>MARY ESTHER, FL 32569 | 6824 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL MOTOLA<br>421 KENNEDY DR<br>FAIRVIEW, NJ 07022 | 69873 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL R FRANK CO - TTEE<br>MARY FRANK CO - TTEE<br>U/A/D 07-13-2007<br>FBO PAUL FRANK & MARY FRANK TR<br>226 W LASALLE<br>ROYAL OAK, MI 48073 | 29561 | Motors Liquidation Company | $8,300.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL SCHNIEWIND AND EVANGELINE SCHNIEWIND-SECRETAN<br>ALTE KIRCHSTR 4<br>79282 BALLRECHTEN-DOTTINGEN GERMANY<br>GERMANY | 21736 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| PEARL WEINBERG<br>TOD REGISTRATION<br>0-45 PINE AVENUE<br>FAIRLAWN, NJ 07410 | 8796 | Motors Liquidation Company | $10,350.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PETER L MARASCO (IRA)<br>FCC AS CUSTODIAN<br>3214 SW MAISH AVE<br>DES MOINES, IA 50321 | 4333 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PETER S REDDING<br>CGM IRA ROLLOVER CUSTODIAN<br>6470 MONTREUX LANE<br>RENO, NV 89511 | 10425 | Motors Liquidation Company | $21,828.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PHILLIP KUBER<br>538 N NEGLEY AVE<br>PITTSBURGH, PA 15206 | 3636 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PHYLLIS B. FEREK<br>TOD REGISTRATION<br>432 TOLLIS PKWY<br>BROADWAY HTS, OH 44147 | 19102 | Motors Liquidation Company | $686.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 129th Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
| --- | --- | --- | --- | --- | --- |
| PHYLLIS DRUCKER<br>1985 S OCEAN DR - 4G<br>HALLANDALE, FL 33009 | 4983 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PTC CUST ROLLOVER IRA FBO ROBERT J SULLIVAN<br>3310 LOS NOGALES<br>SIMI VALLEY, CA 93063 | 26629 | Motors Liquidation Company | $30,553.20 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PUDNOS REV TR<br>STANLEY H PUDNOS TTEE<br>SHIRLEY M PUDNOS TTEE<br>U/A DTD 01/08/2001<br>9630 N 105TH STREET<br>SCOTTSDALE, AZ 85258 | 2864 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| R M CALLES & S B<br>CALLES TTEE R M & S B<br>CALLES JT CARING TR UAD 5/18/93<br>28 GLEN COVE<br>CHESTERFIELD, MO 63017 | 5581 | Motors Liquidation Company | $10,354.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RACHEL ROOD<br>1083 WOLF RD<br>CORTLAND, NY 13045 | 38876 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RACHEL ROOD<br>1083 WOLF RD<br>CORTLAND, NY 13045 | 38877 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RALPH D PAONESSA &<br>MARY STELLA PAONESSA JT WROS<br>21706 EDGEWOOD ST<br>ST CLR SHORES, MI 48080 | 7824 | Motors Liquidation Company | $36,338.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RALPH M DEBEVEC<br>1550 RORY LANE #138<br>SIMI VALLEY, CA 93330 | 18363 | Motors Liquidation Company | $31,013.59 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RALPH MASTRANGELO AND<br>JANET MASTRANGELO JTWROS<br>2931 SW 39TH TERR<br>CAPE CORAL, FL 33914 | 6402 | Motors Liquidation Company | $2,109.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAMAH BAPTIST CHURCH CEMETERY<br>PO BOX 646<br>PALMETTO, GA 30268 | 12511 | Motors Liquidation Company | $41,770.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 129th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name and Address | Claim # | Debtor | Claim Amount | Claim Type | Pages |
| --- | --- | --- | --- | --- | --- |
| RANDY A MCEWEN<br>7860 E. M-21<br>CORUNNA, MI 48817 | 8288 | Motors Liquidation Company | $28,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAY ESPINOZA<br>233 MARY LOU LANE<br>FERNLEY, NV 89408 | 4325 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAY R WELLS<br>23781 FAIRGREENS E<br>LAGUNA NIGUEL, CA 92677 | 2490 | Motors Liquidation Company | $250,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYFEN H BESHEARS<br>1752 RUSSET LANE<br>SAN MARINO, CA 91108 | 69684 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND D. RUSSELL IRA<br>FCC AS CUSTODIAN<br>1132 FELICITA LN.<br>ESCONDIDO, CA 92029 | 7452 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND FRENCH<br>301 SOUTH MAIN<br>SENATH, MO 63876 | 67737 | Motors Liquidation Company | $10,056.30 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND HARDAGE<br>PO BOX 232<br>POCAHONTAS, AR 72455 | 67745 | Motors Liquidation Company | $25,462.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND J. ELIAS<br>2148 KINGS LAKE BLVD<br>NAPLES, FL 34112 | 29025 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND JAMES C/F<br>PHILIP ADELIZZI IRA<br>2976 PENNVIEW AVE<br>BROOMALL, PA 19008 | 5973 | Motors Liquidation Company | $20,522.91 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND JENKINS<br>1309 SW AVE E - APT #5<br>BELLE GLADE, FL 33430 | 36856 | Motors Liquidation Company | $16,624.36 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

129th Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

# Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| RAYMOND L RICHARDS<br>PO BOX 40<br>MINERAL, TX 78125 | 4628 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND MCGRATTAN<br>4778 MANAYUNK AVE<br>PHILADELPHIA, PA 19128 | 15604 | Motors Liquidation Company | $2,236.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND R WEISHAAR<br>208 FORREST AVE<br>LAUREL, MT 59044 | 22603 | Motors Liquidation Company | $5,248.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RBC WEALTH MANAGEMENT C/F JAMES SCHLAG<br>JAMES M SCHLAG IRA<br>107 PAUL AVE<br>POCA, WV 25159 | 29215 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*     99

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.