| 130th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| REBECCA VAISER IRA<br>C/O REBECCA VAISER<br>6504 MEADOWCREEK<br>DALLAS, TX 75254 | 26615 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| REINHOLD P GURKE AND<br>LILLIAN J GURKE JTWROS<br>PO BOX 560885<br>ROCKLEDGE, FL 32956 | 9173 | Motors Liquidation Company | $29,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RENEE A BROWN<br>TOD REGISTRATION<br>RITZ TOWERS<br>465 PARK AVENUE APT 407<br>NEW YORK, NY 10022 | 8008 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| REVOCABLE LIVING TRUST OF LEONAR<br>UAD 12/02/96<br>LEONARD LIEBESMAN &<br>LAURA LIEBESMAN TTEES<br>12141 LAVITA WAY<br>BOYNTON BEACH, FL 33437 | 4890 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RHODA LEE DURELS AND<br>HARRY J DURELS JTWROS<br>7023 S SANDUSKY<br>TULSA, OK 74136 | 3855 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD A KASSAR<br>200 EAST END AVENUE<br>APT 4F<br>NEW YORK, NY 10128 | 1883 | Motors Liquidation Company | $8,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD BAXT TRUST<br>1102 35TH STREET<br>WEST PALM BEACH, FL 33407 | 36857 | Motors Liquidation Company | $70,533.12 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD D RICHARDSON<br>5 WESTWIND DR<br>LEMOYNE, PA 17043 | 8191 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD E FRY<br>111 TOWER ROAD NE APT 624<br>MARIETTA, GA 30060 | 5592 | Motors Liquidation Company | $10,342.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 130th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| RICHARD E FRY<br>111 TOWER RD NE<br>APT 624<br>MARIETTA, GA 30060 | 5594 | Motors Liquidation Company | $10,735.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD E LARSON JR CUSTODIAN<br>FBO RICHARD LARSON III<br>UGMA TX UNTIL AGE 18<br>3645 W BIDDISON<br>FORT WORTH, TX 76109 | 68535 | Motors Liquidation Company | $701.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD L HURST<br>257 E SHORT ST<br>LEXINGTON, KY 40507 | 4893 | Motors Liquidation Company | $26,042.61 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD LEGUM<br>49 MEADOW LN<br>LAWRENCE, NY 11559 | 29585 | Motors Liquidation Company | $60,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD MARRERO<br>7343 PEPPER PIKE DR.<br>MIAMI, FL 33015<br>UNITED STATES OF AMERICA | 18064 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD S DAVIS<br>32 W CEDAR ST<br>BOSTON, MA 02108 | 27883 | Motors Liquidation Company | $125,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD V & KATHLEEN K DE GRASSE<br>508 FERRY RD<br>ISLESBORO, ME 04848 | 4877 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD W LEWIS<br>5530 TOWERS ST<br>TORRANCE, CA 90503 | 7567 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RINOEL W REAGAN<br>4248 MARYLAND AVE<br>SAINT LOUIS, MO 63108 | 29011 | Motors Liquidation Company | $17,862.95 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RITA T MARKOWITZ<br>73-35 136 ST<br>FLUSHING, NY 11367 | 9550 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 9176-1   Filed 02/10/11   Entered 02/10/11 14:55:03   Exhibit A
Pg 3 of 11

130th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| ROBERT A CAROLLO<br>2290 SHAW CIR<br>LAS VEGAS, NV 89117 | 9187 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT A FORD &<br>BARBARA A FORD JT WROS<br>54 RIVER DRIVE<br>TOMS RIVER, NJ 08753 | 7981 | Motors Liquidation Company | $4,500.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT A MOYER FAMILY TRUST<br>ROBERT A MOYER TTEE BETTY M MOYER TTEE<br>U/A DTD 6/15/95<br>61 ANDREW DRIVE<br>MOHNTON, PA 19540 | 3801 | Motors Liquidation Company | $492.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT D LAYTON<br>8224 SW 135TH CT<br>MIAMI, FL 33183 | 3954 | Motors Liquidation Company | $2,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT E AND KATHY L REID<br>505 GLASS RD<br>PORT ANGELES, WA 98362 | 16400 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT I WISHNICK FOUNDATION<br>P O BOX 681869<br>PARK CITY, UT 84068 | 20963 | Motors Liquidation Company | $400,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT J SILKS &<br>HELEN W SILKS JT TEN<br>7710 SEQUOIA DRIVE<br>PALOS HEIGHTS, IL 60463 | 2004 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT L DANIS & LYNN N KAZWELL<br>JT TEN<br>1614 SHADY LEAF DR<br>VALRICO, FL 33596 | 4162 | Motors Liquidation Company | $1,350.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT M HAAS/ARDEEN M HAAS<br>PO BOX 448<br>LIDGERWOOD, ND 58053 | 8196 | Motors Liquidation Company | $980.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT MCANN<br>C/O BARRY MCCARTHY<br>TWO LOGAN SQUARE<br>PHILADELPHIA, PA 19103 | 2554 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 130th Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Type | Pages |
|---|---|---|---|---|---|
| ROBERT MICHAEL BRUSH TRUST<br>POLLY BRUSH TRUSTEE<br>437 SUNSET DRIVE<br>BIRMINGHAM, AL 35216 | 21763 | Motors Liquidation Company | $150,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT N HARLAND<br>134 LOIS DRIVE<br>BATTLE CREEK, MI 49015 | 2465 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT S RAREY REVOCABLE<br>INTER VIVOS TR AGREEMENT #1 U/A/D 10 30 91<br>ROBERT S RAREY TTEE<br>2729 GILBERT LN<br>CENTRAL LAKE, MI 49622 | 2291 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT SCOTT<br>2084 ATLANTIC ST NE<br>WARREN, OH 44483 | 23894 | Motors Liquidation Company | $49,331.40 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT THOMPSON<br>3523 TEAKWOOD<br>PEARLAND, TX 77584<br>UNITED STATES OF AMERICA | 4638 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT W NEUSTADT<br>225 EMERALD CREST CT<br>YOUNGSVILLE, NC 27596 | 2296 | Motors Liquidation Company | $9,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERTA T FERRIS<br>KENNETH C FERRIS JT TEN<br>170 SHORELINE DR S H<br>MALAKOFF, TX 75148 | 11029 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROCELIA I LARSON<br>10164 OWENS ST<br>WESTMINSTER, CO 80021 | 11498 | Motors Liquidation Company | $772.10 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROCHELLE LUKS<br>6 HORIZON ROAD # 1003<br>FORT LEE, NJ 07024 | 1659 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROGER A MARTIN<br>420 RAINTREE RD<br>DUNLAP, IL 61525 | 1912 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 130th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
| --- | --- | --- | --- | --- | --- |
| ROGER DEMPSEY HENDRICK<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>5631 LAWN DR<br>WESTERN SPRINGS, IL 60558 | 5036 | Motors Liquidation Company | $167,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RON ECKLES<br>10038 67TH TER N<br>ST PETE, FL 33708 | 4356 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD A CHARLIN IRA<br>1437 W BRIAR WOOD AVE<br>LITTLETON, CO 80120 | 28460 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD D ELENBAAS<br>19942 CRESTKNOLL DR<br>YORBA LINDA, CA 92886 | 15817 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD D SANDS<br>839 N LYNN DR<br>ORANGE, CA 92867 | 37000 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD GOLD<br>TOD DTD 06/16/2008<br>166 2ND AVENUE APT 141<br>NEW YORK, NY 10003 | 14843 | Motors Liquidation Company | $71,120.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD L AND JOANN HAZEN<br>E101 COUNTY RD FF<br>ELEVA, WI 54738 | 16024 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROSEANN EBERT IRA R/O<br>230 RED ROCK DRIVE<br>HIGHLAND ESTATES<br>SEDONA, AZ 86351<br>UNITED STATES OF AMERICA | 63032 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROSEMARY A JACOSKI<br>TOD DTD 12/09/2008<br>836 E CHESTNUT STREET<br>SHAMOKIN, PA 17872 | 10912 | Motors Liquidation Company | $28,036.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROSEMARY C HURLBURT<br>402 ROVENWOOD CT<br>MASON, MI 48854 | 8355 | Motors Liquidation Company | $5,481.86 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9176-1    Filed 02/10/11    Entered 02/10/11 14:55:03    Exhibit A
Pg 6 of 11

130th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| ROWENA WARREN<br>5412 RANDOLPH RD<br>CHAROLETTE, NC 28211 | 13764 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROY F WEEKS<br>263 HUFF N PUFF LN<br>HENDERSONVILLE, NC 28792 | 6233 | Motors Liquidation Company | $23,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROY H TALLMAN JR<br>TERESA R TALLMAN<br>50 INDIGO CIRCLE<br>SUMTER, SC 29154 | 12504 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RPM 001 AUBURN PATHOLOGY ASSOC PC<br>401(K) PROFIT SHARING PLN & TR<br>FBO JOHN A RICCIO<br>205 BURTIS POINT RD<br>AUBURN, NY 13021 | 14725 | Motors Liquidation Company | $10,857.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RTC CUST IRA FBO BOBBIE JEAN BEAVERS<br>2810 JOHNSTON ST<br>LAFAYETTE, LA 70503 | 8187 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RUSSELL J FRITZ &<br>CAROL D FRITZ TTEE<br>FRITZ FAMILY TRUST #2<br>DATED 6/2/05<br>29500 OSBORN RD<br>BAY VILLAGE, OH 44140 | 8019 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RUTH AFTEL<br>73-15 169TH ST.<br>FLUSHING, NY 11366 | 6799 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| S JANE SMITH (IRA)<br>FCC AS CUSTODIAN<br>155 CREEK CROSSING<br>ROYSE CITY, TX 75189 | 45567 | Motors Liquidation Company | $409.80 | Beneficial Bondholder Claim | Pgs. 1-5 |
| S WEINBERG & D WEINBERG CO-TTEE<br>STEWART & DONNA WEINBERG REV LIVING<br>TRUST U/A DTD 12/29/1992<br>2822 RUSSELL ST<br>BERKELEY, CA 94705 | 6491 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 130th Omnibus Objection | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** |

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| SALVATORE DIGATI<br>59A OLD LYME DR A2<br>WILLIAMSVILLE, NY 14221 | 5792 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SAM W COCKREL<br>2129 SEMINOLE RD<br>ATLANTIC BEACH, FL 32233 | 22196 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SANDRA COGEN<br>678 TIMBER WALK DRIVE<br>SIMPSONVILLE, SC 29681 | 14839 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SANDRA P JONES (DECEASED)<br>C/O DEBORAH B LEVERENZ<br>916 3RD ST<br>WOODLAND, CA 95695 | 22030 | MLCS, LLC | $68,607.96 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SANFORD STEINER<br>2095 S RAMITAS WAY<br>PALM SPRINGS, CA 92267 | 8806 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SARA HOFF<br>6650 S ORIOLE BLVD<br>#206<br>DELRAY BEACH, FL 33446 | 4202 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SARA HOFF TTEE<br>SARA HOFF REVOCABLE TRUST<br>U/A DTD 11/18/1996<br>6650 S ORIOLE BLVD APT 206<br>DELRAY BEACH, FL 33446 | 4203 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SAUL WINTER<br>SHEILA WINTER JTWROS<br>PO BOX 740377<br>BOYNTON BEACH, FL 33474 | 6393 | Motors Liquidation Company | $26,667.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SCOTT WILLIAM MC ANDREWS<br>3344 335TH STREET<br>STUART, IA 50250 | 12025 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SEP FBO<br>KERRY L KLIMES<br>PO BOX 6606<br>PHOENIX, AZ 85005 | 28062 | Motors Liquidation Company | $6,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 130th Omnibus Objection | **Exhibit A** | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| --- | --- | --- | --- | --- |
| SEP FBO STEPHEN T HIOKI<br>PERSHING LLC AS CUSTODIAN<br>810 RICHARDS STREET STE 639<br>HONOLULU, HI 96813 | 13280 | Motors Liquidation Company | $1,650.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SEYMOUR E. MOSS & FLEURETTE MOSS<br>224 B MEDFORD CT<br>MANALAPAN, NJ 07726 | 2073 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHARON L ADAM<br>2275 W CALLE CASAS LINDAS<br>GREEN VALLEY, AZ 85622 | 25362 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHEILA K LANDAU &<br>LAWRENCE S LANDAU JTWROS<br>8963 N 45TH STREET<br>PHOENIX, AZ 85028 | 10648 | Motors Liquidation Company | $10,746.80 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHELBY AND RAY FISHER<br>146 GLENDALE DR<br>WAYNESVILLE, NC 28786 | 5216 | Motors Liquidation Company | $1,440.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHERMAN H SIMMONS &<br>SUSAN DIBIASE SIMMONS TTEES<br>FBO THE SS TRUST DTR 7/25/97<br>3711 S INDUSTRIAL RD #6<br>LAS VEGAS, NV 89109 | 33030 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHIRLEY B BROWN<br>2406 SHELLEYDALE DR<br>BALTIMORE, MD 21209 | 19477 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHIRLEY C. TSANG<br>6411 ASPEN COVE CT<br>SUGAR LAND, TX 77479<br>UNITED STATES OF AMERICA | 67894 | Motors Liquidation Company | $94,912.20 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHIRLEY G MILLER<br>22604 N COPPLE LANE<br>WALNUT HILL, IL 62893 | 2882 | Motors Liquidation Company | $7,726.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHIRLEY G MILLER &<br>MARY KATHERINE MILLER<br>JT TEN<br>22604 N COPPLE LN<br>WALNUT HILL, IL 62893 | 4602 | Motors Liquidation Company | $12,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

130th Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| SHIRLEY K HUX<br>713 SAINT PAUL AVENUE<br>REISTERSTOWN, MD 21136 | 20145 | Motors Liquidation Company | $10,246.70 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHIRLEY RICHARDSON<br>PO BOX 427<br>OZARK, AR 72949 | 23485 | Motors Liquidation Company | $4,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHIRLEY TSANG<br>6411 ASPEN COVE CT<br>SUGAR LAND, TX 77479 | 67893 | Motors Liquidation Company | $63,216.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SHOWKETALI TEJANI TTEE<br>SHOWKETALI TEJANI REVOCABLE LIVING TRUST<br>U/A DTD FEB 12 1990<br>15001 TOWERING OAKS<br>SHELBY TWP, MI 48315 | 3001 | Motors Liquidation Company | $45,535.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SIDNEY HAIMOWITZ TTEE<br>SUSAN MONTGOMERYTTEE<br>MARCY HALLERMAN TTEE<br>THE SIDNEY HAIMOWITZ REV TST<br>75 STONE LANE<br>STATEN ISLAND, NY 10314 | 2888 | Motors Liquidation Company | $162,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SIDNEY HAIMOWITZ TTEE<br>SUSAN MONTGOMERY TTEE  MARCY HALLERMAN TTEE<br>THE SIDNEY HAIMOWITZ REV TST<br>75 STONE LANE<br>STATEN ISLAND, NY 10314 | 11026 | Motors Liquidation Company | $162,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| SOL KATZ AND ROSE KATZ<br>911 CHARTRES ST<br>LAKE CHARLES, LA 70605 | 15967 | Motors Liquidation Company | $26,046.88 | Beneficial Bondholder Claim — Pgs. 1-5 |
| STANFORD D WILLIAMS TRUST<br>HWY 14 W BOX 309<br>CARMI, IL 62821 | 7820 | Motors Liquidation Company | $80,768.00 | Beneficial Bondholder Claim — Pgs. 1-5 |
| STANLEY & SANDRA BEARDEN<br>1242 LOGAN ST<br>LOUISVILLE, KY 40204 | 12004 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim — Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**130th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Basis | Pages |
|---|---|---|---|---|---|
| STANLEY HIESIGER<br>11753 CASTELLON CT<br>BOYTON BEACH, FL 33437 | 7991 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEPHANIE COHEN<br>4046 TOWNSHIP LINE ROAD<br>COLLEGEVILLE, PA 19426 | 13051 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEPHEN A HEFFNER &<br>KAREN ANN HEFFNER JT TEN<br>3560 S. OCEAN BLVD APT 806<br>S PALM BCH, FL 33480 | 4422 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEPHEN A MICHAELS<br>6623 S NORTH CAPE RD<br>FRANKLIN, WI 53132 | 11415 | Motors Liquidation Company | $2,018.40 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEPHEN R CORNES<br>300 NORTHAMPTON DR<br>AMERICAN CANYON, CA 94503 | 14525 | Motors Liquidation Company | $18,236.56 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEPHEN SCHILE &<br>MARION SCHILE JT TEN<br>12 DEERFIELD CT<br>PALM COAST, FL 32137 | 11509 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEPHENS INC CUSTODIAN FOR<br>LINDA CLARK<br>402 WEST ROBINSON<br>BAY, AR 72411 | 67680 | Motors Liquidation Company | $12,320.64 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEVEN L JOSIAS<br>MARLENE R JOSIAS CO-TTEE<br>U/A/D 10-09-1990<br>FBO JOSIAS REV TRUST<br>17312 BALLMONT PARK DR<br>ODESSA, FL 33556 | 7438 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEWART & DONNA WEINBERG<br>REV LIVING TRUST DTD 12/29/92<br>STEWART AND DONNA WEINBERG<br>2822 RUSSELL ST<br>BERKELEY, CA 94705 | 6490 | Motors Liquidation Company | $11,346.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STIFEL NICOLAUS CUSTODIAN FOR<br>LYNDA G FAETCHE IRA<br>21862 LOST MEADOW<br>NEW CANEY, TX 77357 | 4330 | Motors Liquidation Company | $16,654.50 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9176-1    Filed 02/10/11    Entered 02/10/11 14:55:03    Exhibit A
Pg 11 of 11

130th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| STIFEL NICOLAUS CUSTODIAN FOR<br>ARLENE LEMANSKI IRA<br>118 SKY LINE DRIVE<br>MILLINGTON, NJ 07946 | 5583 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| STIFEL NICOLAUS CUSTODIAN FOR<br>RALPH MASTRANGELO IRA<br>2931 SW 39TH TERR<br>CAPE CORAL, FL 33914 | 6401 | Motors Liquidation Company | $3,011.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STIFEL NICOLAUS CUSTODIAN FOR<br>JEANETTE M BERNARD IRA<br>759 HAVANA DR<br>BOCA RATON, FL 33487 | 8406 | Motors Liquidation Company | $36,180.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    **100**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.