**131st Omnibus Objection**      **Exhibit A**      **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STIFEL NICOLAUS CUSTODIAN FOR<br>JOHN W MUNZ IRA<br>STIFEL INVESTOR ADVISORY PRGRM<br>14 YORKSHIRE DR<br>NEWTOWN, PA 18940 | 14731 | Motors Liquidation Company | $2,578.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STIFEL NICOLAUS CUSTODIAN FOR<br>JOHN R NEWMAN SIMPLE IRA<br>12765 CRISTI WAY<br>BOKEELIA, FL 33922 | 16063 | Motors Liquidation Company | $8,291.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STIFEL NICOLAUS CUSTODIAN FOR<br>ELANA NEWMAN SIMPLE IRA<br>12765 CRISTI WAY<br>BOKEELIA, FL 33922 | 16064 | Motors Liquidation Company | $8,241.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STUART NUSSBAUM<br>20667 NW 27TH AVE<br>BOCA RATON, FL 33434 | 9686 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUANNE NEUMAN<br>BY SUANNE NEUMAN<br>5742 N 25TH ST<br>PHOENIX, AZ 85016 | 10501 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUE K KOECHLEIN & FRED N KOECHLEIN<br>2518 BUCKLE<br>MURFREESBORO, TN 37129 | 67724 | Motors Liquidation Company | $14,777.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SURANTIS FILLADITIS<br>VICTORIA FILLADITIS<br>8 BRAD FORD BLVD<br>YONKERS, NY 10710 | 38951 | Motors Liquidation Company | $24,644.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUSAN ALLISON<br>8306 HIGHWAY 139<br>PARAGOULD, AR 72450 | 65478 | Motors Liquidation Company | $12,067.56 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUSAN B BROWN<br>6363 NANCY ST<br>LOS ANGELES, CA 90045 | 68948 | Motors Liquidation Company | $10,206.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 131st Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| SUSAN E MUNZ<br>STIFEL INVESTOR ADVISORY PRGRM<br>14 YORKSHIRE DR<br>NEWTOWN, PA 18940 | 14732 | Motors Liquidation Company | $5,156.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUSAN LEACH<br>521 S CATALINA AVE<br><br>REDONDO BEACH, CA 90277<br>UNITED STATES OF AMERICA | 61861 | Motors Liquidation Company | $7,176.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUZANNE H. STEINBERG TTEE<br>FBO KALMAN N. STEINBERG 2002<br>TRUST U/A/D 04-24-2002<br>8916 PLAYERS CLUB DRIVE<br>LAS VEGAS, NV 89134 | 50316 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SYLVIA HECK<br>2159 BRAMBLEWOOD DR S<br><br>CLEARWATER, FL 33763 | 12506 | Motors Liquidation Company | $39,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SYLVIA S. WEISHAUS, PHD TTEE<br>FBO THE WEISHAUS FAMILY TRUST<br>U/A/D 6-14-1991<br>13351 MAGNOLIA BLVD<br>SHERMAN OAKS, CA 91423 | 6232 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THE CHARLES M LENTZ TRUST 10/20/99<br>CHARLES LENTZ<br>6501 VIA DEL CERRITO<br>RANCHO MURIETA, CA 95683 | 5515 | Motors Liquidation Company | $20,940.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THE DAVID AND EDITH LIPSON TRUST<br>DAVID LIPSON<br>4209 SAN PABLO RD S<br>JACKSONVILLE, FL 32224 | 4310 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THE GEORGE G MORIWAKI REVOCABLE TRUST<br>DTD 10/02/1993<br>2576 SONOMA STREET<br>HONOLULU, HI 96822 | 9690 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THE HAROLD O'BRIEN TRUST<br>DTD 6/25/2004<br>KAREN D COWGER TTEE<br>GREGORY CLARK O'BRIEN TTEE<br>PO BOX 83<br>HIWASSE, AR 72739 | 16848 | Motors Liquidation Company | $19,477.51 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 131st Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| THE LETTERMAN FAMILY TR U/A<br>DTD FEB 14 2002<br>GORDON R LETTERMAN TTEE<br>ELLEN F LETTERMAN TTEE<br>2521 JOY ROAD<br>OCCIDENTAL, CA 95465 | 10197 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| THE OLSON TRUST - SYLVIA OLSON TTEE<br>302 COLUMBUS ST<br>RAPID CITY, SD 57701 | 12139 | Motors Liquidation Company | $5,270.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| THEODORE D MORGAN<br>8584 WESTVIEW LANE<br>PENSACOLA, FL 32514 | 13308 | Motors Liquidation Company | $9,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THEODORE VIEJO<br>207 SLOCUM WAY<br>FORT LEE, NJ 07024 | 18209 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THERESE BEAUDRY<br>MAURICE BEAUDRY<br>228 LINGER LN<br>SUN CITY CTR, FL 33573 | 63037 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS B TOWNLEY ROTH IRA<br>FCC AS CUSTODIAN<br>11645 MONTANA AVE STE 217<br>LOS ANGELES, CA 90049 | 68559 | Motors Liquidation Company | $27,207.79 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS FLURI<br>11920 OLD BALLAS RD<br>ST LOUIS, MO 63141 | 10264 | Motors Liquidation Company | $10,299.63 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS G SELINSKE<br>CGM IRA ROLLOVER CUSTODIAN<br>984 E TOPEKA<br>PASADENA, CA 91104 | 12040 | Motors Liquidation Company | $2,174.10 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS IGEL<br>ZAUCHE 5<br>9904 THURN AUSTRIA<br>AUSTRIA | 29737 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS J DONNELLY<br>C/O ELIZABETH DONNELLY (TEN COM)<br>123 CEDAR STREET<br>NARVON, PA 17555 | 5009 | Motors Liquidation Company | $200,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

131st Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| THOMAS O JONES & VERONIKA M. JONES JT WROS<br>7 CENTRE ST<br>UNIT 2309<br>OCEAN TOWNSHIP, NJ 07712 | 6587 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS PITERA<br>THOMAS PITERA<br>53350 FOXPOINTE DR<br>NEW BALTIMORE, MI 48047 | 61711 | Motors Liquidation Company | $26,600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS V COLLINS AND ANN M COLLINS<br>TTEES OF THE COLLINS FAMILY TRUST<br>DTD 7/11/91<br>10685 EQUESTRIAN DR<br>SANTA ANA, CA 92705 | 4447 | Motors Liquidation Company | $3,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMPSON, CALVIN L & DONNA G<br>200 RUMMEL RD<br>SMICKSBURG, PA 16256 | 14729 | Motors Liquidation Company | $28,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOWSON FAMILY LIVING TRUST<br>UAD 03/04/80<br>GREGORY D THOWSON &<br>LYNDA R THOWSON TTEES<br>7 LOST TRAIL<br>PRESCOTT, AZ 86303 | 15567 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TIMMO TEUBNER<br>Z H WOLFRAM TEUBNER<br>WEIERWEY 10 APP 3507<br>D-79111 FREIBURG GERMANY<br>GERMANY | 9123 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| TIMMO TEUBNER<br>Z H WOLFRAM TEUBNER<br>WEIERWEG 10 APP 3507<br>D-79111 FREIBURG GERMANY<br>GERMANY | 9124 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| TOBY BERGER TRADITIONAL IRA<br>9792 LEMONWOOD CT<br>BOYNTON BEACH, FL 33437 | 11251 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TOBY JEFFERSON BLOCK TRUST<br>C/O WILLIAM JEFFERSON BLOCK JR TTEE<br>3606 PRUETTS CHAPEL RD<br>PARAGOULD, AR 72450 | 67683 | Motors Liquidation Company | $22,594.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 131st Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| TODD A FODIMAN<br>1111 BRICKELL AVE STE 2150<br>MIAMI, FL 33131 | 25367 | Motors Liquidation Company | $7,045.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TOM HULSEY<br>THOMAS SMITH-BRIDGE WEALTH MGT<br>3304 S BROADWAY STE 202<br>TYLER, TX 75701 | 16065 | Motors Liquidation Company | $57,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TOM MCCAY<br>STEPHENS INC<br>CUSTODIAN FOR TOM MCCAY<br>795 CRAIGHEAD 683<br>LAKE CITY, AR 72437 | 67679 | Motors Liquidation Company | $51,350.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TROY MARTIN<br>1202 EASLEY LN<br>JONESBORO, AR 72401 | 67735 | Motors Liquidation Company | $10,185.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TROY MARTIN & SUE MARTIN<br>1202 EASLEY AVE<br>JONESBORO, AR 72401 | 67736 | Motors Liquidation Company | $10,185.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| UMBARGER FAMILY REV LIVING TRUST<br>UAD 12/14/89<br>CHARLES E UMBARGER &<br>APRIL K UMBARGER TTEES<br>5644 W SOFTWIND DRIVE<br>GLENDALE, AZ 85310 | 18984 | Motors Liquidation Company | $120,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| UTE IGEL<br>ZAUCHE 5<br>9904 THURN AUSTRIA<br>AUSTRIA | 29738 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| VALERIE D FULTON REVOCABLE TRUST<br>UAD 06/12/00<br>VALERIE D FULTON TTEE<br>2833 MARA LOMA CIR<br>WOOSTER, OH 44691 | 11490 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VERNA R PICCIOTTO<br>636 PARK AVENUE<br>FARRELL, PA 16121 | 3883 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 131st Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
| --- | --- | --- | --- | --- | --- |
| VICKI L SCOTT-DEGRAFF<br>DAVID E DEGRAFF JT TEN<br>512 CHESTNUT ST<br>BIG RAPIDS, MI 49307 | 12038 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VINCENT E STROBEL &<br>MARTHA S STROBEL<br>JTTEN<br>1380 NERINE CIRCLE<br>DUNWOODY, GA 30338 | 14316 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VIOLA-ANNE NUESKE<br>C/O ANNELIESE KABLITZ<br>CRIVITZSTIEG 13<br>25474 BOENNINGSTEDT GERMANY<br>GERMANY | 19091 | Motors Liquidation Company | $7,087.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VIRGINIA C STREET<br>1295 S CAWSTON AVE #174<br>HEMET, CA 92545 | 9143 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VIRGINIA R MILLER<br>611 LINCOLN WAY WEST<br>MISHAWAKA, IN 46544 | 19077 | Motors Liquidation Company | $7,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VIVIAN I KINSEY TOD<br>ALAN L KINSEY AND CRAIG L KINSEY<br>SUBJECT TO STA RULES<br>5921 WINWOOD DR #207<br>JOHNSTON, IA 50131 | 8203 | Motors Liquidation Company | $7,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| W D ABRAMS AND BETTY J ABRAMS JTWROS<br>929 HAGGERTY RD<br>WETUMPKA, AL 36093 | 26617 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| W TOLLESON & M TOLLESON TTEE<br>WILLIAM F TOLLESON & MYRA J<br>TOLLESON REV LIV TR DT 12/7/01<br>P O BOX 809<br>CELINA, TX 75009 | 4341 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| W WHALE & I WHALE TTEE<br>WHALE GRANDCHILDREN TRUST<br>U/A DTD 12/19/1992<br>136 YOUNG ST<br>PORT ORANGE, FL 32127 | 6474 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 131st Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| WALTER A DUNCAN<br>10000 W 20TH<br>LITTLE ROCK, AR 72205 | 2381 | Motors Liquidation Company | $8,884.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WALTER F POWLEY<br>CAROL M POWLEY TTEE<br>WALTER POWLEY LIVING TRUST<br>771 BONNIE BRAE CT<br>BOLINGBROOK, IL 60440 | 2006 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WANDA HICKS & DONALD HICKS TTEES<br>WANDA F HICKS LVG TST U/A<br>DTD 04/29/2002<br>2622 PINTO<br>COMMERCE TOWNSHIP, MI 48382 | 14439 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WARREN ERNEY<br>PO BOX 19237<br>JONESBORO, AK 72403<br>UNITED STATES OF AMERICA | 67727 | Motors Liquidation Company | $15,084.45 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WAYNE EGGLESTON<br>1103 BILLY DRIVE<br>POCAHONTAS, AR 72455 | 67734 | Motors Liquidation Company | $15,084.45 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WAYNE F LINDLEY<br>563 WHITE OAK DR<br>JOHNSONVILLE, SC 29555 | 8192 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WAYNE F LINDLEY<br>563 WHITE OAK DR<br>JOHNSONVILLE, SC 29555 | 8193 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WAYNE GERLIPP IRA<br>12033 SPINNAKER DR<br>TEGA CAY, SC 29708 | 15534 | Motors Liquidation Company | $8,600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WAYNE S TAYLOR<br>1560 SUMMERLAND HWY<br>LEESVILLE, SC 29070 | 1864 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WAYNE S TAYLOR<br>1560 SUMMERLAND HWY<br>LEESVILLE, SC 29070 | 8663 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 131st Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | |
|---|---|---|---|---|---|
| WELLS FARGO BANK ROLLOVER C/F<br>DR SAM H HUGHES<br>4323 BROOKSTON ST<br>HOUSTON, TX 77045 | 4863 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| WELLS FARGO BANK ROLLOVER C/F<br>MICHAEL L STEBBINS<br>1275 BANNING PARK DR<br>CHICO, CA 95928 | 23631 | Motors Liquidation Company | $110,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WENDELL & MARILYN HARDEMAN<br>3122 ANNE ST<br>FAYETTEVILLE, AR 72704 | 7563 | Motors Liquidation Company | $8,502.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WENDELL AND JANICE MARTINSON<br>WENDELL C MARTINSON AND<br>JANICE L MARTINSON<br>7646 142ND DR NE<br>HOOPLE, ND 58243 | 5271 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILBURN H ROWE<br>RR1 BOX 305<br>JASONVILLE, IN 47438 | 10178 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILEY K LIVINGSTON JR<br>3369 FARING RD<br>BIRMINGHAM, AL 35223 | 5503 | Motors Liquidation Company | $125,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM B BROSIUS AND<br>LORRAINE F BROSIUS<br>JT TEN<br>1329 BELLE VALLEY RD<br>LANCASTER, PA 17603 | 13288 | Motors Liquidation Company | $8,502.10 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM CHANEY BLOCK TRUST<br>C/O WILLIAM JEFFERSON BLOCK JR TTEE<br>3606 PRUETTS CHAPEL RD<br>PARAGOULD, AR 72450 | 67682 | Motors Liquidation Company | $22,594.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM D ANDERSON<br>642 S MALAGA LN<br>BOISE, ID 83709 | 19719 | Motors Liquidation Company | $2,660.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM E GERSBERG TRUST<br>ANNE Z GERSBERG TTEE---DTD 8-16-00<br>WILLIAM GERSBERG,A GERSBERG FMLY TR<br>211 SAXONY DRIVE, APT 334<br>ENCINITAS, CA 92024 | 15595 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

| 131st Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| WILLIAM E ODUM<br>8704 TRIPLE LAKES RD<br>DUPO, IL 62239 | 15247 | Motors Liquidation Company | $91,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM E WHALE<br>CHARLES SCHWAB & CO INC CUST<br>ROTH CONTRIBUTORY IRA<br>136 YOUNG ST<br>PORT ORANGE, FL 32127 | 6473 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM EDWARD WHALE CUST FOR<br>G WHALE CUST ROTH CONT IRA<br>CHARLES SCHWAB & CO INC CUST<br>136 YOUNG ST<br>PORT ORANGE, FL 32127 | 6472 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM F LETY<br>6000 ROBINSON ROAD<br>YOUNG HARRIS, GA 30582 | 21481 | Motors Liquidation Company | $9,868.98 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM F SCHAEFER<br>134 SUNSET DR<br>PITTSBURGH, PA 15237 | 20768 | Motors Liquidation Company | $3,150.51 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM F SEGERS &<br>DENISE V SEGERS JT TEN<br>713 VILLA PORTOFINO CIRCLE<br>DEERFIELD BCH, FL 33442 | 15232 | Motors Liquidation Company | $2,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM F STOREY<br>409 PLANTATION COURT<br>NASHVILLE, TN 37221 | 2753 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM G ARDITO AND<br>COMPANY LTD<br>DEFINED BEN DTD 01/01<br>107 MILL PLAIN RD<br>STE 205<br>DANBURY, CT 06811 | 18204 | Motors Liquidation Company | $23,400.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM H FULTON<br>PO BOX 3211<br>AIKEN, SC 29802 | 47995 | Motors Liquidation Company | $10,306.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 131st Omnibus Objection | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
| --- | --- | --- | --- | --- | --- |
| WILLIAM J PEPE IRA<br>C/O WILLIAM J PEPE<br>26 ERIN WAY<br>WEYMOUTH, MA 02190 | 5323 | Motors Liquidation Company | $2,575.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM J PEPE ROTH IRA<br>C/O WILLIAM J PEPE<br>26 ERIN WAY<br>WEYMOUTH, MA 02190 | 5322 | Motors Liquidation Company | $6,450.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM J POITEVENT<br>4201 TEUTON ST # 305<br>METAIRIE, LA 70006 | 2744 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM L SCEARCE<br>36 NW 36TH ST<br>LAWTON, OK 73505<br>UNITED STATES OF AMERICA | 15574 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM L STRUNK<br>1441 KENNEDY ST NW # IGH<br>WASHINGTON, DC 20011 | 2502 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM MULLINS<br>13791 FLORA PL CT 21<br>APT C<br>DELRAY BEACH, FL 33484 | 11481 | Motors Liquidation Company | $105,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM N FAGAN JR<br>111 DEBBIE BLVD<br>HUNTSVILLE, AL 35811 | 32859 | Motors Liquidation Company | $10,022.70 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM ROSS WILSON<br>C/O WILLIAM WILSON<br>9103 BONTURA RD<br>GRANBURY, TX 76049 | 9691 | Motors Liquidation Company | $314,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM THOMPSON, TRUSTEE<br>WILLIAM THOMPSON<br>ATTORNEY AT LAW<br>406 NORTH ST EAST<br>TALLADEGA, AL 35160 | 60939 | Motors Liquidation Company | $13,344.66 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM THOMPSON, TRUSTEE<br>ATTORNEY AT LAW<br>406 NORTH STREET EAST<br>TALLADEGA, AL 35160 | 62482 | Motors Liquidation Company | $13,344.66 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| WILMA GIBSON<br>1691 WILMA RD<br>MCDANIEL, FL 32568 | 31271 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WINNIFRED RINGHOFFER<br>11117 20TH ST NE UNIT G2<br>LAKE STEVENS, WA 98258 | 16666 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| YOUNT CONSTRUCTION CO INC<br>ATTN ALAN YOUNT<br>PO BOX 1885<br>MATTHEWS, NC 28106 | 17926 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| Z S & M WILF FOUNDATION INC.<br>820 MORRIS TPKE<br>SHORT HILLS, NJ 07078 | 15237 | Motors Liquidation Company | $580,055.80 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    **98**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.