Deutsche Bank Supplemental Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARLO TIBENO<br>VIA ROMA 46/3<br>I-31032 CASALE SUL (SILE) TV  ITALY<br>ITALY | 66742 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| COMPAGNIA FIDUCIANA DI GENOVA SPA<br>VIA XX SETTEMBRE 33/3 I-16121<br>GENOVA  ITALY<br>ITALY | 66740 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ELENA PANINA<br>MEMORLAR 14-88<br>NAVOI 706800  UZBEKISTAN<br>UZBEKISTAN | 66741 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*   **3**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1