IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
    f/k/a General Motors Corp., *et al.*                  :   Chapter 11
                                                                :   Case No. 09-50026 (REG)
                                                                :   (Jointly Administered)
                    Debtors.              :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                        ) ss
COUNTY OF **SUFFOLK**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 105 Maxess Road, Melville, New York 11747.

    2.    On February 10, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9149) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

    /s/ Chanpreet Kondal
    Chanpreet Kondal

Sworn to before me this 10th day of
February, 2011
/s/ Gea Somma_____ _____
Gea Somma
Notary Public, State of New York
No. 02SO6163886
Qualified in Nassau County
Commission Expires April 9, 2011

# EXHIBIT A

<u>TRANSFEROR</u>

Benjamin, Kimberly and James Reynebeau
c/o Murphy & Prachthauser
One Plaza East
330 East Kilbourn Avenue, Suite 1200
Milwaukee, WI 53202

<u>TRANSFEREE</u>

Hain Capital Holdings, Ltd.
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070