Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank Northwest, N.A., as Agent to the TCP Lenders

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------- X | | |
| In re: | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.* | : | Case No. 09-50026 (REG) |
|    f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ----------------------------------------------- X | | |

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) | s.s.: |
| COUNTY OF NEW YORK ) | |

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

NY1 7563924v.1

2. I caused to be served on February 8, 2011 a true and correct copy of the **TPC Lenders Reply in Support of Their Motion for Entry of an Order (I) Initiating Valuation Proceedings in Accordance with the Sale Order, and (II) Establishing a Schedule with Respect to the Valuation Proceedings**; by email service upon those parties listed on the Service List annexed hereto as Exhibit "A" and by email and hand delivery upon (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq. (harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com); (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York 10004, Attn: Tracy Hope Davis, Esq. (tracy.davis@usdoj.gov); (iii) King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036, Attn: Arthur Jay Steinberg, Esq., H. Slayton Dabney, Esq., and Scott Davidson, Esq. (asteinberg@kslaw.com; sdabney@kslaw.com; sdavidson@kslaw.com); (iv) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq. (tmayer@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com).

.

             /s/ Eileen A. McDonnell_____
             EILEEN A. MCDONNELL

Sworn to before me this
10th day of February, 2011

/s/ Melanie Nelson_____
  Notary Public
Notary Public, State of New York
No. 01NE6214750
Qualified in New York County
Commission Expires 12/21/13

NY1 7563924v.1

**EXHIBIT "A"**

abauer@torys.com
tmartin@torys.com
sdellafera@trenklawfirm.com
BRETT.GOODMAN@TROUTMANSANDERS.COM
jeffrey.kelley@troutmansanders.com
paula.christ@trw.com
JOSEPH.SAMARIAS@DO.TREAS.GOV
mkilgore@up.com
david.jones6@usdoj.gov
jeffrey.oestericher@usdoj.gov
joseph.cordaro@usdoj.gov
natalie.kuehler@usdoj.gov
OFSChiefCounselNotices@do.treas.gov
antitrust.atr@usdoj.gov
askDOJ@usdoj.gov
djury@usw.org
MJEDELMAN@VEDDERPRICE.COM
MJEdelman@vedderprice.com
MSchein@vedderprice.com
lakatz@venable.com
roran@velaw.com
tscobb@vorys.com
gtoering@wnj.com
crusemg@wnj.com
kbrauer@wnj.com
sgrow@wnj.com
rbarrows@wdblaw.com
rbarrows800@gmail.com
zacharym@atg.wa.gov
HARVEY.MILLER@WEIL.COM
JOSEPH.SMOLINSKY@WEIL.COM
STEPHEN.KAROTKIN@WEIL.COM
ostrows@whiteandwilliams.com
dockterman@wildman.com
young@wildman.com
dpacheco@wilentz.com
laccarrino@wilentz.com
uncbill@msn.com
dennis.jenkins@wilmerhale.com
philip.anker@wilmerhale.com

NY1 7563924v.1

melanie.dritz@wilmerhale.com
cschreiber@winston.com
mbotica@winston.com
mcohn@winston.com
sschwartz@winston.com
wdcoffeylaw@yahoo.com
swolfson@wolfsonbolton.com
jwyly@wylyrommel.com
skrause@zeklaw.com
bleinbach@zeklaw.com
arbrown@mmm.com
blc@ashrlaw.com
david.boyle@airgas.com
dgolden@akingump.com
nlevine@akingump.com
pdublin@akingump.com
cbasler@alixpartners.com
dfish@allardfishpc.com
cwoodruff-neer@alpine-usa.com
Elizabeth.Spangler@arcadis-us.com
rothleder.jeffrey@arentfox.com
campbell.andrea@arentfox.com
dowd.mary@arentfox.com
dgoing@armstrongteasdale.com
dladdin@agg.com
frank.white@agg.com
jg5786@att.com
hwangr@michigan.gov
leslie.levy@nebraska.gov
bk-mbrowning@oag.state.tx.us
victoria.garry@ohioattorneygeneral.gov
raterinkd@michigan.gov
bk-kwalsh@oag.state.tx.us
przekopshaws@michigan.gov
neal.mann@oag.state.ny.us
jhutchinson@bakerlaw.com
egoodman@bakerlaw.com
wgibson@bakerlaw.com
rbernard@bakerlaw.com
wgibson@bakerlaw.com
mmoseley@bakerdonelson.com
summersm@ballardspahr.com
jgregg@btlaw.com
mark.owens@btlaw.com

NY1 7563924v.1

rcpottinger@bslbv.com
ffm@bostonbusinesslaw.com
CSALOMON@BECKERGLYNN.COM
tgaa@bbslaw.com
anna.boelitz@bingham.com
robert.dombroff@bingham.com
jeffrey.sabin@bingham.com
jared.clark@bingham.com
jonathan.alter@bingham.com
mrichards@blankrome.com
Kelbon@blankrome.com
JRumley@bcbsm.com
cdarke@bodmanllp.com
mbakst@bodmanllp.com
borgeslawfirm@aol.com
renee.dailey@bgllp.com
bwilliam@gklaw.com
bankruptcy.asbpo.asbdom@braytonlaw.com
JMcDonald@Briggs.com
wilkins@bwst-law.com
hall@bwst-law.com
rbrown@brownwhalen.com
schristianson@buchalter.com
JKim@burkelaw.com
Gring@Burkelaw.com
Peter.Lee@bnsf.com
ccarson@burr.com
paige@bsplaw.com
sidorsky@butzel.com
fishere@butzel.com
sidorsky@butzel.com
fishere@butzel.com
seidel@butzel.com
radom@butzel.com
newman@butzel.com
cbblac@acxiom.com
john.rapisardi@cwt.com
douglas.mintz@cwt.com
peter.friedman@cwt.com
zachary.smith@cwt.com
rweinstein@cusa.canon.com
ei@capdale.com
rct@capdale.com
pvnl@capdale.com

NY1 7563924v.1

rer@capdale.com
tws@capdale.com
kcm@capdale.com
tws@capdale.com
brcy@carsonfischer.com
brcy@carsonfischer.com
brcy@carsonfischer.com
mweinczok@casselsbrock.com
alan@chapellassociates.com
ccahill@clarkhill.com
rgordon@clarkhill.com
BSUSKO@CGSH.COM
dbuell@cgsh.com
jbromley@cgsh.com
soneal@cgsh.com
DGOTTLIEB@CGSH.COM
RLINCER@CGSH.COM
bceccotti@cwsny.com
goldberg@cwg11.com
sfalanga@connellfoley.com
chemrick@connellfoley.com
pretekin@coollaw.com
belkys.escobar@loudoun.gov
mbaxter@cov.com
sjohnston@cov.com
jcarberry@cl-law.com
lisa.wurster@dana.com
donald.bernstein@dpw.com
gm@dmms.com
rmeth@daypitney.com
hryder@daypitney.com
hryder@daypitney.com
rmeth@daypitney.com
adoshi@daypitney.com
info@dealertire.com
dtrafelet@sbcglobal.net
jpowers@debevoise.com
rfhahn@debevoise.com
james.moore@dechert.com
juliet.sarkessian@dechert.com
shmuel.vasser@dechert.com
CONTACT-OCFO@DOL.GOV
jkots@state.pa.us
csweeney@dickinsonwright.com

NY1 7563924v.1

dyitzchaki@dickinsonwright.com
jplemmons2@dickinsonwright.com
kewald@dickinsonwright.com
mchammer3@dickinsonwright.com
gdiconza@dlawpc.com
kristin.going@dbr.com
stephanie.wickouski@dbr.com
Kristin.Going@dbr.com
ayala.hassell@hp.com
jwhitlock@eapdlaw.com
rxza@elliottgreenleaf.com
tak@elliottgreenleaf.com
george.sanderson@elliswinters.com
akatz@entergy.com
deisenberg@ermanteicher.com
druhlandt@ermanteicher.com
eerman@ermanteicher.com
mkogan@ecjlaw.com
ngoteiner@fbm.com
ppascuzzi@ffwplaw.com
rhuey@foley.com
vavilaplana@foley.com
mriopelle@foley.com
jsoble@foley.com
fdicastri@foley.com
jmurch@foley.com
jlee@foley.com
jsimon@foley.com
kcatanese@foley.com
maiello@foley.com
sseabolt@foley.com
shilfinger@foley.com
shilfinger@foley.com
fdicastri@foley.com
jsimon@foley.com
shilfinger@foley.com
jsimon@foley.com
kcatanese@foley.com
klynch@formanlaw.com
ygeron@foxrothschild.com
ahammer@freebornpeters.com
tfawkes@freebornpeters.com
rgreenberg@dclawfirm.com
bguy@fbtlaw.com

NY1 7563924v.1

mkroplin@fbtlaw.com
drosenzweig@fulbright.com
mhaut@fulbright.com
lboydston@fulbright.com
lstrubeck@fulbright.com
lboydston@fulbright.com
mparker@fulbright.com
drosenzweig@fulbright.com
jrabin@fulbright.com
lawrence.s.buonomo@gm.com
prachmuth@gerstensavage.com
dcrapo@gibbonslaw.com
dfeldman@gibsondunn.com
mjwilliams@gibsondunn.com
dcg@girardgibbs.com
ajd@girardgibbs.com
Glenn.Reisman@ge.com
tnixon@gklaw.com
candres@gklaw.com
kstadler@gklaw.com
jberlage@ghsllp.com
bdelfino@ghsllp.com
bhoover@goldbergsegalla.com
cbelter@goldbergsegalla.com
jflaxer@golenbock.com
dfurth@golenbock.com
bmehlsack@gkllaw.com
drosner@goulstonstorrs.com
gkaden@goulstonstorrs.com
Zirinskyb@gtlaw.com
Mitchelln@gtlaw.com
Kadisha@gtlaw.com
jdivack@hahnhessen.com
hpatwardhan@hahnhessen.com
ldpowar@hahnlaw.com
dademarco@hahnlaw.com
cbattaglia@halperinlaw.net
jdyas@halperinlaw.net
info@harmanbecker.de
solson@hausfeldllp.com
jonathan.hook@haynesboone.com
patrick.hughes@haynesboone.com
peter.ruggero@haynesboone.com
charles.beckham@haynesboone.com

NY1 7563924v.1

brooks.hamilton@haynesboone.com
judith.elkin@haynesboone.com
matthew.russell@haynesboone.com
bshort@hsblawfirm.com
sselbst@herrick.com
prubin@herrick.com
ecurrenti@hess.com
amy.chipperson@hp.com
tcurran@haslaw.com
skatzoff@hblaw.com
skatzoff@hblaw.com
sagolden@hhlaw.com
bjgrieco@hhlaw.com
tsherick@honigman.com
jsgroi@honigman.com
rweiss@honigman.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
anne.boudreau@ic.gc.ca
rgriffin@iuoe.org
memberservices@iuawfcu.com
nganatra@uaw.net
mneier@ibolaw.com
jlsaffer@jlsaffer.com
rkruger@jaffelaw.com
dmurray@jenner.com
ptrostle@jenner.com
jboyles@jhvgglaw.com
jeff.rich@klgates.com
eric.moser@klgates.com
rsmolev@kayescholer.com
jstitt@kmklaw.com
twilson@kelley-ferraro.com
KDWBankruptcyDepartment@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com
sjennik@kjmlabor.com
tmurray@kjmlabor.com
pwh@krwlaw.com
jed@krwlaw.com
ecf@kaalaw.com
MBranzburg@klehr.com
jwe@kjk.com
fberg@kotzsangster.com
jmacyda@kotzsangster.com

NY1 7563924v.1

acaton@kramerlevin.com
tmayer@kramerlevin.com
rschmidt@kramerlevin.com
lmacksoud@kramerlevin.com
jsharret@kramerlevin.com
jfriedman@kramerlevin.com
dmb@kompc.com
psm@kompc.com
mws@kompc.com
abruski@lambertleser.com
scook@lambertleser.com
Robert.Rosenberg@lw.com
Adam.Goldberg@lw.com
gabriel.delvirginia@verizon.net
sheehan@txschoollaw.com
larrykraines@gmail.com
michael.hastings@leclairryan.com
michael.conway@leclairryan.com
shepner@lrbpc.com
rbarbur@lrbpc.com
rstroup@lrbpc.com
klewis@lewispllc.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
austin.bankruptcy@publicans.com
kwalsh@lockelord.com
metkin@lowenstein.com
 steele@lowenstein.com
ilevee@lowenstein.com
metkin@lowenstein.com
steele@lowenstein.com
ilevee@lowenstein.com
khk@maddinhauser.com
msl@maddinhauser.com
smatta@mattablair.com
dhartheimer@mazzeosong.com
cstanziale@mccarter.com
jtesta@mccarter.com
kab@mccarthylebit.com
rrk@mccarthylebit.com
mreed@mvbalaw.com
sveselka@mvbalaw.com
gbragg@mvbalaw.com
cdorkey@mckennalong.com

NY1 7563924v.1

cgraham@mckennalong.com
jmayes@mckennalong.com
lamme@mltw.com
privitera@mltw.com
elobello@msek.com
elobello@msek.com
hkolko@msek.com
gardinerk@michigan.gov
msholmes@cowgillholmes.com
gillcr@michigan.gov
funds@michigan.gov
wcacinfo@michigan.gov
tlomazow@milbank.com
skhalil@milbank.com
ecfsarbt@millerjohnson.com
ecfwolfordr@millerjohnson.com
hutchinson@millercanfield.com
robbins@millercanfield.com
fusco@millercanfield.com
swansonm@millercanfield.com
pricotta@mintz.com
sdnyecf@dor.mo.gov
nramsey@mmwr.com
joneil@mmwr.com
AGOTTFRIED@MORGANLEWIS.COM
RTODER@MORGANLEWIS.COM
eliu@morganlewis.com
rmauceri@morganlewis.com
bankruptcy@morrisoncohen.com
jgilbert@motleyrice.com
jrice@motleyrice.com
jbaden@motleyrice.com
tmorrow@alixpartners.com
CMcManus@muchshelist.com
mkoks@munsch.com
rsox@dealerlawyer.com
nwbernstein@nwbllc.com
dsammons@nagelrice.com
jrice@nagelrice.com
dbrody@borahgoldstein.com
Gkelly@narmco.com
george.cauthen@nelsonmullins.com
cameron.currie@nelsonmullins.com
peter.haley@nelsonmullins.com

NY1 7563924v.1

Maureen.Leary@oag.state.ny.us
Susan.Taylor@oag.state.ny.us
steven.koton@ag.ny.gov
cmomjian@attorneygeneral.gov
Info@AndrewCuomo.com
lucas.ward@ohioattorneygeneral.gov
MJR1@westchestergov.com
Michelle.sutter@ohioattorneygeneral.gov
RWYRON@ORRICK.COM
RFRANKEL@ORRICK.COM
jansbro@orrick.com
rwyron@orrick.com
rlawrence@orrick.com
email@orumroth.com
tsandler@osler.com
DWALLEN@OSHR.COM
JHELFAT@OSHR.COM
SSOLL@OSHR.COM
OSHR-GM-bk@oshr.com
chipford@parkerpoe.com
AROSENBERG@PAULWEISS.COM
harveystrickon@paulhastings.com
akornberg@paulweiss.com
jkoevary@paulweiss.com
akornberg@paulweiss.com
rzubaty@paulweiss.com
ipohl@paulweiss.com
arosenberg@paulweiss.com
bhermann@paulweiss.com
mphillips@paulweiss.com
sshimshak@paulweiss.com
pweintraub@paulweiss.com
maricco.michael@pbgc.gov
toolee@pepperlaw.com
caseyl@pepperlaw.com
jaffeh@pepperlaw.com
carignanj@pepperlaw.com
nogglel@pepperlaw.com

abauer@torys.com; tmartin@torys.com; sdellafera@trenklawfirm.com; BRETT.GOODMAN@TROUTMANSANDERS.COM; jeffrey.kelley@troutmansanders.com; paula.christ@trw.com; JOSEPH.SAMARIAS@DO.TREAS.GOV; mkilgore@up.com; david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; natalie.kuehler@usdoj.gov; OFSChiefCounselNotices@do.treas.gov; antitrust.atr@usdoj.gov; askDOJ@usdoj.gov; djury@usw.org; MJEDELMAN@VEDDERPRICE.COM; MJEdelman@vedderprice.com; MSchein@vedderprice.com; lakatz@venable.com; roran@velaw.com; tscobb@vorys.com; gtoering@wnj.com; crusemg@wnj.com; kbrauer@wnj.com; sgrow@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com; zacharym@atg.wa.gov; HARVEY.MILLER@WEIL.COM; JOSEPH.SMOLINSKY@WEIL.COM; STEPHEN.KAROTKIN@WEIL.COM; ostrows@whiteandwilliams.com; dockterman@wildman.com; young@wildman.com; dpacheco@wilentz.com; laccarrino@wilentz.com; uncbill@msn.com; dennis.jenkins@wilmerhale.com; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; cschreiber@winston.com; mbotica@winston.com; mcohn@winston.com; sschwartz@winston.com; wdcoffeylaw@yahoo.com; swolfson@wolfsonbolton.com; jwyly@wylyrommel.com; skrause@zeklaw.com; bleinbach@zeklaw.com; arbrown@mmm.com; blc@ashrlaw.com; david.boyle@airgas.com; dgolden@akingump.com; nlevine@akingump.com; pdublin@akingump.com; cbasler@alixpartners.com; dfish@allardfishpc.com; cwoodruff-neer@alpine-usa.com; Elizabeth.Spangler@arcadis-us.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; jg5786@att.com; hwangr@michigan.gov; leslie.levy@nebraska.gov; bk-mbrowning@oag.state.tx.us; victoria.garry@ohioattorneygeneral.gov; raterinkd@michigan.gov; bk-kwalsh@oag.state.tx.us; przekopshaws@michigan.gov; neal.mann@oag.state.ny.us; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; rbernard@bakerlaw.com; wgibson@bakerlaw.com; mmoseley@bakerdonelson.com; summersm@ballardspahr.com; jgregg@btlaw.com; mark.owens@btlaw.com; rcpottinger@bslbv.com; ffm@bostonbusinesslaw.com; CSALOMON@BECKERGLYNN.COM; tgaa@bbslaw.com; anna.boelitz@bingham.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com; jonathan.alter@bingham.com; mrichards@blankrome.com; Kelbon@blankrome.com; JRumley@bcbsm.com; cdarke@bodmanllp.com; mbakst@bodmanllp.com;

borgeslawfirm@aol.com; renee.dailey@bgllp.com; bwilliam@gklaw.com; bankruptcy.asbpo.asbdom@braytonlaw.com; JMcDonald@Briggs.com; wilkins@bwst-law.com; hall@bwst-law.com; rbrown@brownwhalen.com; schristianson@buchalter.com; JKim@burkelaw.com; Gring@Burkelaw.com; Peter.Lee@bnsf.com; ccarson@burr.com; paige@bsplaw.com; sidorsky@butzel.com; fishere@butzel.com; sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; rweinstein@cusa.canon.com; ei@capdale.com; rct@capdale.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; kcm@capdale.com; tws@capdale.com; brcy@carsonfischer.com; brcy@carsonfischer.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com; alan@chapellassociates.com; ccahill@clarkhill.com; rgordon@clarkhill.com; BSUSKO@CGSH.COM; dbuell@cgsh.com; jbromley@cgsh.com; soneal@cgsh.com; DGOTTLIEB@CGSH.COM; RLINCER@CGSH.COM; bceccotti@cwsny.com; goldberg@cwg11.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; pretekin@coollaw.com; belkys.escobar@loudoun.gov; mbaxter@cov.com; sjohnston@cov.com; jcarberry@cl-law.com; lisa.wurster@dana.com; donald.bernstein@dpw.com; gm@dmms.com; rmeth@daypitney.com; hryder@daypitney.com; hryder@daypitney.com; rmeth@daypitney.com; adoshi@daypitney.com; info@dealertire.com; dtrafelet@sbcglobal.net; jpowers@debevoise.com; rfhahn@debevoise.com; james.moore@dechert.com; juliet.sarkessian@dechert.com; shmuel.vasser@dechert.com; CONTACT-OCFO@DOL.GOV; jkots@state.pa.us; csweeney@dickinsonwright.com; dyitzchaki@dickinsonwright.com; jplemmons2@dickinsonwright.com; kewald@dickinsonwright.com; mchammer3@dickinsonwright.com; gdiconza@dlawpc.com; kristin.going@dbr.com; stephanie.wickouski@dbr.com; Kristin.Going@dbr.com; ayala.hassell@hp.com; jwhitlock@eapdlaw.com; rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com; george.sanderson@elliswinters.com; akatz@entergy.com; deisenberg@ermanteicher.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; mkogan@ecjlaw.com; ngoteiner@fbm.com; ppascuzzi@ffwplaw.com; rhuey@foley.com; vavilaplana@foley.com; mriopelle@foley.com; jsoble@foley.com; fdicastri@foley.com; jmurch@foley.com; jlee@foley.com; jsimon@foley.com; kcatanese@foley.com; maiello@foley.com; sseabolt@foley.com; shilfinger@foley.com; shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com; shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com; klynch@formanlaw.com; ygeron@foxrothschild.com; ahammer@freebornpeters.com; tfawkes@freebornpeters.com; rgreenberg@dclawfirm.com;

bguy@fbtlaw.com; mkroplin@fbtlaw.com; drosenzweig@fulbright.com; mhaut@fulbright.com; lboydston@fulbright.com; lstrubeck@fulbright.com; lboydston@fulbright.com; mparker@fulbright.com; drosenzweig@fulbright.com; jrabin@fulbright.com; lawrence.s.buonomo@gm.com; prachmuth@gerstensavage.com; dcrapo@gibbonslaw.com; dfeldman@gibsondunn.com; mjwilliams@gibsondunn.com; dcg@girardgibbs.com; ajd@girardgibbs.com; Glenn.Reisman@ge.com; tnixon@gklaw.com; candres@gklaw.com; kstadler@gklaw.com; jberlage@ghsllp.com; bdelfino@ghsllp.com; bhoover@goldbergsegalla.com; cbelter@goldbergsegalla.com; jflaxer@golenbock.com; dfurth@golenbock.com; bmehlsack@gkllaw.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com; jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com; ldpowar@hahnlaw.com; dademarco@hahnlaw.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; info@harmanbecker.de; solson@hausfeldllp.com; jonathan.hook@haynesboone.com; patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com; charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com; judith.elkin@haynesboone.com; matthew.russell@haynesboone.com; bshort@hsblawfirm.com; sselbst@herrick.com; prubin@herrick.com; ecurrenti@hess.com; amy.chipperson@hp.com; tcurran@haslaw.com; skatzoff@hblaw.com; skatzoff@hblaw.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com; tsherick@honigman.com; jsgroi@honigman.com; rweiss@honigman.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; anne.boudreau@ic.gc.ca; rgriffin@iuoe.org; memberservices@iuawfcu.com; nganatra@uaw.net; mneier@ibolaw.com; jlsaffer@jlsaffer.com; rkruger@jaffelaw.com; dmurray@jenner.com; ptrostle@jenner.com; jboyles@jhvgglaw.com; jeff.rich@klgates.com; eric.moser@klgates.com; rsmolev@kayescholer.com; jstitt@kmklaw.com; twilson@kelley-ferraro.com; KDWBankruptcyDepartment@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com; sjennik@kjmlabor.com; tmurray@kjmlabor.com; pwh@krwlaw.com; jed@krwlaw.com; ecf@kaalaw.com; MBranzburg@klehr.com; jwe@kjk.com; fberg@kotzsangster.com; jmacyda@kotzsangster.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com; jfriedman@kramerlevin.com; dmb@kompc.com; psm@kompc.com; mws@kompc.com; abruski@lambertleser.com; scook@lambertleser.com; Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com; gabriel.delvirginia@verizon.net; sheehan@txschoollaw.com; larrykraines@gmail.com; michael.hastings@leclairryan.com; michael.conway@leclairryan.com; shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com;

klewis@lewispllc.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; austin.bankruptcy@publicans.com; kwalsh@lockelord.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; khk@maddinhauser.com; msl@maddinhauser.com; smatta@mattablair.com; dhartheimer@mazzeosong.com; cstanziale@mccarter.com; jtesta@mccarter.com; kab@mccarthylebit.com; rrk@mccarthylebit.com; mreed@mvbalaw.com; sveselka@mvbalaw.com; gbragg@mvbalaw.com; cdorkey@mckennalong.com; cgraham@mckennalong.com; jmayes@mckennalong.com; lamme@mltw.com; privitera@mltw.com; elobello@msek.com; elobello@msek.com; hkolko@msek.com; gardinerk@michigan.gov; msholmes@cowgillholmes.com; gillcr@michigan.gov; funds@michigan.gov; wcacinfo@michigan.gov; tlomazow@milbank.com; skhalil@milbank.com; ecfsarbt@millerjohnson.com; ecfwolfordr@millerjohnson.com; hutchinson@millercanfield.com; robbins@millercanfield.com; fusco@millercanfield.com; swansonm@millercanfield.com; pricotta@mintz.com; sdnyecf@dor.mo.gov; nramsey@mmwr.com; joneil@mmwr.com; AGOTTFRIED@MORGANLEWIS.COM; RTODER@MORGANLEWIS.COM; eliu@morganlewis.com; rmauceri@morganlewis.com; bankruptcy@morrisoncohen.com; jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com; tmorrow@alixpartners.com; CMcManus@muchshelist.com; mkoks@munsch.com; rsox@dealerlawyer.com; nwbernstein@nwbllc.com; dsammons@nagelrice.com; jrice@nagelrice.com; dbrody@borahgoldstein.com; Gkelly@narmco.com; george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com; peter.haley@nelsonmullins.com; Maureen.Leary@oag.state.ny.us; Susan.Taylor@oag.state.ny.us; steven.koton@ag.ny.gov; cmomjian@attorneygeneral.gov; Info@AndrewCuomo.com; lucas.ward@ohioattorneygeneral.gov; MJR1@westchestergov.com; Michelle.sutter@ohioattorneygeneral.gov; RWYRON@ORRICK.COM; RFRANKEL@ORRICK.COM; jansbro@orrick.com; rwyron@orrick.com; rlawrence@orrick.com; email@orumroth.com; tsandler@osler.com; DWALLEN@OSHR.COM; JHELFAT@OSHR.COM; SSOLL@OSHR.COM; OSHR-GM-bk@oshr.com; chipford@parkerpoe.com; AROSENBERG@PAULWEISS.COM; harveystrickon@paulhastings.com; akornberg@paulweiss.com; jkoevary@paulweiss.com; akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com; arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com; maricco.michael@pbgc.gov; toolee@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; carignanj@pepperlaw.com; nogglel@pepperlaw.com