PEPPER HAMILTON LLP
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile:  (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Satterlee, Rose Township
and Springfield Township Groups*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY,<br>*et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE
*PRO HAC VICE* OF KAY STANDRIDGE KRESS**

I, Kay Standridge Kress, admitted to practice before the State of Michigan and the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan, and a member in good standing of the bars of these Courts, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to the creditors listed on Exhibit A attached hereto in relation to the respective properties listed therein (the "Satterlee, Rose Township and Springfield Township Groups"), in the above-captioned case, together with any proceedings related thereto.

My address, telephone number and e-mail address are:

> Kay Standridge Kress, Esq.
> PEPPER HAMILTON LLP
> 100 Renaissance Center, Ste. 3600
> Detroit, MI 48243
> Telephone: (313) 393-7365
> Facsimile:  (313) 259-7926
> kressk@pepperlaw.com

#13826023 v2

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

*/s/ Kay Standridge Kress*
Kay Standridge Kress, Esq.
PEPPER HAMILTON LLP
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
kressk@pepperlaw.com

Dated: February 10, 2011

*Counsel for the Satterlee, Rose Township and Springfield Township Groups*

#13826023 v2

# EXHIBIT A
## (Satterlee, Rose Township and Springfield Township Groups)

**Satterlee Landfill in Sumpter Township, Michigan:**
DTE Energy Company
Ford Motor Company
Gerdau MacSteel
Michelin North America, Inc.
Owens-Illinois, Inc.
Tecumseh Products Company

**Rose Township Site in Oakland County, Michigan:**
Ford Motor Company
Detrex Corporation
Michelin North America, Inc.
Akzo Nobel Coatings, Inc.
TRW Automotive U.S. LLC
Federal Screw Works
CNA Holdings LLC

**Springfield Township Superfund Site Springfield Township, Michigan:**
Ford Motor Company
Detrex Corporation
Michelin North America, Inc.
Akzo Nobel Coatings, Inc.
TRW Automotive U.S. LLC
Federal Screw Works
CNA Holdings LLC

#13826023 v2