PEPPER HAMILTON LLP
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
kressk@pepperlaw.com

- and –

Nina M. Varughese (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

*Counsel for the Satterlee, Rose Township and Springfield Township Groups*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2011, copies of the foregoing Motion and Order for Admission to Practice *Pro Hac Vice* of Kay Standridge Kress were served upon the attached service list via first class mail, postage prepaid.

Dated: February 11, 2011

/s/ Nina M. Varughese
Nina M. Varughese (NV 2347)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
*Counsel for the Satterlee, Rose Township and Springfield Township Groups*

#13826358 v2

Debtors
c/o Daniel R. Murray, Esq.
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 606011

Debtors
c/o David R. Berz, Esq.
Weil Gotshal & Manges, LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005

Debtors
c/o Donald F. Baty, Jr., Esq.
Joseph R. Sgroi, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Debtors
c/o Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Official Committee of Unsecured Creditors
c/o Thomas Moers Mayer, Esq.
R Schmidt, Esq.
Lauren Macksoud, Esq.
Jen Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue Of The Americas
New York, NY 10036

Thomas Morrow
Motors Liquidation Company
(f/k/a General Motors Corp.)
401 South Old Woodward Avenue
Suite 370
Birmingham, MI 48009

Tracy Hope Davis, Esq.
Office Of The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004