## Exhibit F

Article - GM Nova Scotia Unit in Pact to Settle Bondholder Suit

09-50026-mg    Doc 9202-6    Filed 02/11/11    Entered 02/11/11 14:10:32    Exhibit F
Pg 2 of 6

Page 1
CORRECT: GM Nova Scotia Unit In Pact To Settle Canada Bondholder Suit Dow Jones News Service June 1, 2009 Monday 7:23 PM GMT



FOCUS - 28 of 63 DOCUMENTS

Copyright 2009 Factiva ®, from Dow Jones
All Rights Reserved
Dow Jones Factiva

(c) 2009 Dow Jones & Company, Inc.
Dow Jones Newswires
Dow Jones News Service

June 1, 2009 Monday 7:23 PM GMT

**LENGTH:** 304 words

**HEADLINE:** CORRECT: **GM Nova Scotia** Unit In Pact To **Settle** Canada Bondholder Suit

**BODY:**

DOW JONES NEWSWIRES

("**GM Nova Scotia** Unit In Pact To **Settle** Canada Bondholder Suit," published at 2:58 p.m. EDT, incorrectly stated the principal amount owed by **GM** of Canada to **GM Nova Scotia** in the fourth paragraph. A correct version follows.)

**General Motors** Corp. (**GM**) said Monday that its **Nova Scotia** units have entered an **agreement to settle** a Canadian bondholder suit.

The units, **General Motors Nova Scotia** Finance Co., **General Motors** of Canada Ltd., and **General Motors Nova Scotia** Investments Ltd. have entered into a pact to **settle** the suit, brought in March, by investment funds including Aurelius Capital Partners LP.

The suit alleged that **GM** wrongfully pulled about $600 million from a Canadian **subsidiary** in 2008 to address a growing liquidity problem in the U. S.

In the pact, entered into Monday, the participating holders have also agreed to vote in favor of an "extraordinary resolution" where the holders of **Nova Scotia** notes waive all rights and claims against **GM Nova Scotia** in respect of the intercompany loan obligations in the principal amount of $1C.33 billion owed by **GM** of Canada to **GM Nova Scotia**.

Those holders hold more than two-thirds of the aggregate principal amount of each series of **Nova Scotia** notes, which is the amount required to pass an extraordinary resolution.

Page 2

CORRECT: GM Nova Scotia Unit In Pact To Settle Canada Bondholder Suit Dow Jones News Service June 1, 2009 Monday 7:23 PM GMT

If the resolution is successfully passed, **GM Nova Scotia** will make a cash payment of GBP366.46 per GBP1,000 par value of outstanding **Nova Scotia** notes due 2015 and GBP380.17 per GBP1,000 par value of outstanding **Nova Scotia** notes due 2023.

**GM** said the funding for such payment will be provided by **GM** of Canada and in connection therewith the intercompany loan obligations owed by **GM** of Canada to **GM Nova Scotia** will be extinguished.

-By Brian Kalish; Dow Jones Newswires; 202-862-1350; brian.kalish@dowjones.com [ 06-01-09 1523ET ]

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** June 2, 2009

# Attachment 8

## June 2, 2009 The Globe and Mail Article

# Report on Business

## GM Canada bondholders feared public reprisal

JACQUIE McNISH AND SHAWN McCARTHY

OTTAWA — From Tuesday's Globe and Mail Published on Tuesday, Jun. 02, 2009 12:00AM EDT Last updated on Wednesday, Jun. 03, 2009 4:06AM EDT

It took the threat of public criticism by the Prime Minister to convince bondholders to approve an early morning deal yesterday that allowed General Motors of Canada Ltd. GM-N to avoid the expense and uncertainty of a Canadian court proceeding.

According to people familiar with the discussions, holders of about $1.3-billion of bonds issued by a Nova Scotia-based finance arm of General Motors were the last holdouts to the company's plan to restructure its Canadian operations outside of court.

After weeks of what insiders described as sometimes stormy negotiations in Toronto and over conference calls, a majority of mostly U.S.-based funds were still refusing by Sunday to accept a company offer that sources said would pay them about 33 cents for every dollar owed. Some of the largest investors included U.S. funds such as Aurelius Capital Partners and Appaloosa Investment Ltd., which specialize in buying distressed company assets on the bet that they can profit from corporate makeovers.

Unable to win over the recalcitrant investors, sources said GM Canada officials called for help. Their plea went to Ottawa. Could the government help break the stalemate?

The answer came at shortly after 8 p.m. ET Sunday, when the government announced that Prime Minister Stephen Harper, Industry Minister Tony Clement and Ontario Premier Dalton McGuinty would be speaking at 1 p.m. yesterday in Toronto. No public explanation was offered for the news conference. Privately, however, sources said General Motors officials and their advisers worked the phones through the night to warn the investors that the notice meant the Prime Minister was preparing to single out the bondholders for failing to support a bailout of the troubled auto maker.

"We told the bondholders that the Prime Minister of Canada was going to stand up before the country and say that a reasonable corporate solution had failed and the Canadian operations had landed in bankruptcy proceedings because of the bondholders," said one person involved in the discussions.

Adding pressure on the investors, GM Canada's lawyers arranged a hearing with a Superior Court of Ontario judge yesterday morning for a potential filing to place the Canadian operations in bankruptcy court protection under the Companies' Creditors Arrangement Act (CCAA). If the bondholders had not acquiesced by 6 a.m. ET yesterday, the company would have filed for court protection in Toronto under the CCAA.

The deadline was set in stone because U.S. President Barack Obama was set to speak yesterday morning to announce the details of GM's bankruptcy filing in Washington.

"We went right to the 6 a.m. deadline before we had the support we needed," said another person involved.

Last month, President Obama sent a cold blast through capital markets when he publicly remonstrated Chrysler Corp. bondholders for failing to support a bailout of the auto maker that also called for the investors to give up about 67 per cent of the value of their holdings. Since then, most of the Chrysler bondholders have agreed to approve the tough terms.

A spokesperson for the GM Canada bondholders declined to comment. According to an 8-K filing by General Motors to the Securities and Exchange Commission, a majority of holders of bonds issued by General Motors Nova Scotia Finance Co. have agreed to a plan that will pay them 33 cents on the dollar for their bonds.

The bondholders' approval is an important victory for General Motors and officials on Washington's auto task force who are leading the ambitious strategy to overhaul the auto sector. U.S. officials are seeking to quickly pull the Detroit parent out of U.S. bankruptcy court. The aggressive timetable would not have been possible if the Canadian operations had become entangled in court proceedings.

Under Canadian law, creditors can have more clout than their U.S. counterparts, which sometimes means that bankruptcy proceedings take longer and are more unpredictable.