# EXHIBIT E

# Kevin C. Murphy

**From:** Kuehler, Natalie (USANYS) [Natalie.Kuehler@usdoj.gov]
**Sent:** Tuesday, January 18, 2011 1:17 PM
**To:** Kevin C. Murphy
**Cc:** Jones, David (USANYS)
**Subject:** RE: MLC Bankruptcy Response to Comments on the Proposed Consent Decree and Settlement Agreement/Onondaga County, NY

Mr. Murphy –

We are not aware of any deadline for such a filing, and we have not yet determined whether to file or selected a date on which we intend to file.

Sincerely,

Natalie N. Kuehler
Assistant U.S. Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2741
Fax: (212) 637-2750

---

**From:** Kevin C. Murphy [mailto:KMurphy@WladisLawFirm.com]
**Sent:** Tuesday, January 18, 2011 12:34 PM
**To:** Kuehler, Natalie (USANYS)
**Subject:** MLC Bankruptcy Response to Comments on the Proposed Consent Decree and Settlement Agreement/Onondaga County, NY

Ms. Kuehler:

Does the Government have a specified deadline or an intended date by which it will file with the Bankruptcy Court a copy of the comments received and responses to those comments with respect to the Proposed Consent Decree and Settlement Agreement that would create the Environmental Trust and if appropriate, ask that the court to approve the proposed Settlement Agreement?

Thank you for any information you can provide. As you might imagine, other deadlines are looming and our client is interested in maximizing its understanding of such matters prior to making any future filings with the court or submitting a ballot on the MLC Plan.


Kevin C. Murphy
**The Wladis Law Firm, P.C.**
P.O. Box 245, Syracuse, NY 13214
6312 Fly Road, East Syracuse, NY 13057

P 315/445-1700
F 315/251-1073
kmurphy@wladislawfirm.com

1

Circular 230 Notice: To insure compliance with requirements imposed by the Internal Revenue Service under Circular 230, we inform you that any United States tax advice included in this communication is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding federal tax-related penalties, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This e-mail transmission (including any attachment) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail or any attachment is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return e-mail and delete all copies of this e-mail and any attachment.

# Kevin C. Murphy

| | |
|---|---|
| **From:** | Kuehler, Natalie (USANYS) [Natalie.Kuehler@usdoj.gov] |
| **Sent:** | Friday, February 04, 2011 8:47 PM |
| **To:** | Kevin C. Murphy; Jones, David (USANYS) |
| **Subject:** | RE: MLC Bankruptcy -- Proposed Consent Decree and Settlement Agreement Establishing the MLC Environmental Trust -- Onondaga County, NY |

Dear Mr. Murphy,

The matters you reference below are currently under advisement and, as I am sure you are aware, a plan confirmation hearing has been scheduled by the Bankruptcy Court for March 3, 2011. Regarding Lower Ley Creek, you are correct that discussions with the Debtors are ongoing but, as with all settlement discussions, we are not able to provide any additional information at this time.

Sincerely,

Natalie N. Kuehler
Assistant U.S. Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2741
Fax: (212) 637-2750

---

**From:** Kevin C. Murphy [mailto:KMurphy@WladisLawFirm.com]
**Sent:** Friday, February 04, 2011 3:45 PM
**To:** Kuehler, Natalie (USANYS); Jones, David (USANYS)
**Subject:** MLC Bankruptcy -- Proposed Consent Decree and Settlement Agreement Establishing the MLC Environmental Trust -- Onondaga County, NY

Ms. Kuehler and Mr. Jones:

Has the Department determined if it will, in fact, ask the Bankruptcy Court to approve the proposed settlement?

If so, when do you anticipate that filing?

If not, when does the Department anticipate making that decision?

If any such decisions have not been made is it because the Department (or other parties) are considering amending the terms of the proposed settlement?

Onondaga County understands there may be additional or continuing on-going negotiations concerning Lower Ley Creek. If so, who can I discuss that topic with or in the alternative, what information can you provide on the status of such discussions?

If you cannot respond to any of the above inquiries I would request that you identify where and to whom I should direct these inquiries.

Thank you for your continued assistance.

1

Kevin C. Murphy
**The Wladis Law Firm, P.C.**
P.O. Box 245, Syracuse, NY 13214
6312 Fly Road, East Syracuse, NY 13057

P  315/445-1700
F  315/251-1073
kmurphy@wladislawfirm.com

Circular 230 Notice:  To insure compliance with requirements imposed by the Internal Revenue Service under Circular 230, we inform you that any United States tax advice included in this communication is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding federal tax-related penalties, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE:  This e-mail transmission (including any attachment) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail or any attachment is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by return e-mail and delete all copies of this e-mail and any attachment.