**BROWN RUDNICK LLP**
Robert J. Stark
Daniel J. Saval
Seven Times Square
New York, NY 10036
Telephone: (212) 209–4800

*Counsel to the General Motors Nova Scotia*
*Finance Company Noteholders Identified Herein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| **Debtors** | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 11th day of February, 2011, I caused to be served a true copy of the *Joinder of Certain Noteholders of General Motors Nova Scotia Finance To The Objection of Appaloosa Management L.P., Aurelius Capital Management, L.P. Elliott Management Corporation, And Fortress Investment Group LLC To Debtors' Amended Joint Chapter 11 Plan* [Docket No. 9207]*, via* electronic mail on all parties receiving notice *via* the Court's ECF System, and upon

each of the persons and entities listed on the annexed <u>Exhibit A</u>, and causing copies of same to be delivered *via* first class mail delivery at the last know addressed as indicated on <u>Exhibit B</u>.

<u>/s/ Christopher Michael Lau Kamg</u>
Christopher Michael Lau Kamg

Sworn to before me this
11th day of February, 2011.

<u>/s/ Vicki A. Goldstein</u>
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

**EXHIBIT A**

arbrown@mmm.com; blc@ashrlaw.com; david.boyle@airgas.com; dgolden@akingump.com; nlevine@akingump.com; pdublin@akingump.com; cbasler@alixpartners.com; dfish@allardfishpc.com; cwoodruff-neer@alpine-usa.com; Elizabeth.Spangler@arcadis-us.com; sullivan.james@arentfox.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; jg5786@att.com; hwangr@michigan.gov; leslie.levy@nebraska.gov; bk-mbrowning@oag.state.tx.us; victoria.garry@ohioattorneygeneral.gov; raterinkd@michigan.gov; bk-kwalsh@oag.state.tx.us; przekopshaws@michigan.gov; neal.mann@oag.state.ny.us; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; rbernard@bakerlaw.com; wgibson@bakerlaw.com; mmoseley@bakerdonelson.com; summersm@ballardspahr.com; jgregg@btlaw.com; mark.owens@btlaw.com; rcpottinger@bslbv.com; ffm@bostonbusinesslaw.com; CSALOMON@BECKERGLYNN.COM; tgaa@bbslaw.com; anna.boelitz@bingham.com; robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com; jonathan.alter@bingham.com; mrichards@blankrome.com; Kelbon@blankrome.com; JRumley@bcbsm.com; cdarke@bodmanllp.com; mbakst@bodmanllp.com; borgeslawfirm@aol.com; renee.dailey@bgllp.com; bwilliam@gklaw.com; bankruptcy.asbpo.asbdom@braytonlaw.com; JMcDonald@Briggs.com; wilkins@bwst-law.com; hall@bwst-law.com; rbrown@brownwhalen.com; schristianson@buchalter.com; JKim@burkelaw.com; Gring@Burkelaw.com; Peter.Lee@bnsf.com; ccarson@burr.com; paige@bsplaw.com; sidorsky@butzel.com; fishere@butzel.com; sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; rfiga@comlawone.com; rweinstein@cusa.canon.com; ei@capdale.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; ei@capdale.com; rct@capdale.com; kcm@capdale.com; tws@capdale.com; brcy@carsonfischer.com; brcy@carsonfischer.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com; alan@chapellassociates.com; ccahill@clarkhill.com; rgordon@clarkhill.com; BSUSKO@CGSH.COM; dbuell@cgsh.com; jbromley@cgsh.com; soneal@cgsh.com; DGOTTLIEB@CGSH.COM; RLINCER@CGSH.COM; bceccotti@cwsny.com; goldberg@cwg11.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; pretekin@coollaw.com; belkys.escobar@loudoun.gov; mbaxter@cov.com; sjohnston@cov.com; jcarberry@cl-law.com; lisa.wurster@dana.com; donald.bernstein@dpw.com; gm@dmms.com; rmeth@daypitney.com; hryder@daypitney.com; hryder@daypitney.com; rmeth@daypitney.com; msteen@daypitney.com; adoshi@daypitney.com; info@dealertire.com; jpowers@debevoise.com; rfhahn@debevoise.com; james.moore@dechert.com; juliet.sarkessian@dechert.com; shmuel.vasser@dechert.com; CONTACT-OCFO@ DOL.GOV; dmertz@state.pa.us; csweeney@dickinsonwright.com; dyitzchaki@dickinsonwright.com; jplemmons2@dickinsonwright.com; kewald@dickinsonwright.com; mchammer3@dickinsonwright.com; gdiconza@dlawpc.com; karol.denniston@dlapiper.com; jennifer.nassiri@dlapiper.com; kristin.going@dbr.com; stephanie.wickouski@dbr.com; Kristin.Going@dbr.com; ayala.hassell@hp.com; jwhitlock@eapdlaw.com; rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com; george.sanderson@elliswinters.com; akatz@entergy.com; deisenberg@ermanteicher.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; mkogan@ecjlaw.com; ngoteiner@fbm.com; ppascuzzi@ffwplaw.com; rhuey@foley.com; vavilaplana@foley.com; mriopelle@foley.com; fdicastri@foley.com; jmurch@foley.com; jlee@foley.com; sbarbatano@foley.com; maiello@foley.com; sbarbatano@foley.com; shilfinger@foley.com; sbarbatano@foley.com; jsimon@foley.com; kcatanese@foley.com; sseabolt@foley.com; shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com; shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com; klynch@formanlaw.com; fstevens@foxrothschild.com; gwallace@fraserlawfirm.com; gwallace@fraserlawfirm.com; ahammer@freebornpeters.com; tfawkes@freebornpeters.com; rgreenberg@dclawfirm.com; bguy@fbtlaw.com; mkroplin@fbtlaw.com; drosenzweig@fulbright.com; mhaut@fulbright.com; lboydston@fulbright.com; lstrubeck@fulbright.com; lboydston@fulbright.com; mparker@fulbright.com; drosenzweig@fulbright.com; jrabin@fulbright.com; lawrence.s.buonomo@gm.com; prachmuth@gerstensavage.com; dcrapo@gibbonslaw.com; dfeldman@gibsondunn.com; mjwilliams@gibsondunn.com; dcg@girardgibbs.com; ajd@girardgibbs.com; Glenn.Reisman@ge.com; tnixon@gklaw.com; candres@gklaw.com; kstadler@gklaw.com;

jberlage@ghsllp.com; bdelfino@ghsllp.com; bhoover@goldbergsegalla.com;
cbelter@goldbergsegalla.com; jflaxer@golenbock.com; dfurth@golenbock.com; bmehlsack@gkllaw.com;
drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; ZirinskyB@gtlaw.com; MitchellN@gtlaw.com;
KadishA@gtlaw.com; jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com;
ldpowar@hahnlaw.com; dademarco@hahnlaw.com; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net;
info@harmanbecker.de; solson@hausfeldllp.com; jonathan.hook@haynesboone.com;
patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com;
charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com;
judith.elkin@haynesboone.com; matthew.russell@haynesboone.com; bshort@hsblawfirm.com;
sselbst@herrick.com; prubin@herrick.com; ecurrenti@hess.com; Ramona.neal@hp.com;
amy.chipperson@hp.com; tcurran@haslaw.com; skatzoff@hblaw.com; skatzoff@hblaw.com;
sagolden@hhlaw.com; bjgrieco@hhlaw.com; tsherick@honigman.com; jsgroi@honigman.com;
rweiss@honigman.com; jrhunter@hunterschank.com; tomschank@hunterschank.com;
anne.boudreau@ic.gc.ca; rgriffin@iuoe.org; memberservices@iuawfcu.com; nganatra@uaw.net;
mneier@ibolaw.com; jlsaffer@jlsaffer.com; rkruger@jaffelaw.com; dmurray@jenner.com;
ptrostle@jenner.com; jboyles@jhvgglaw.com; mam@johnstonbarton.com; jeff.rich@klgates.com;
eric.moser@klgates.com; rsmolev@kayescholer.com; jstitt@kmklaw.com; twilson@kelley-ferraro.com;
KDWBankruptcyDepartment@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com;
sjennik@kjmlabor.com; tmurray@kjmlabor.com; pwh@krwlaw.com; jed@krwlaw.com; ecf@kaalaw.com;
MBranzburg@klehr.com; jwe@kjk.com; fberg@kotzsangster.com; jmacyda@kotzsangster.com;
acaton@kramerlevin.com; tmayer@kramerlevin.com; rschmidt@kramerlevin.com;
lmacksoud@kramerlevin.com; jsharret@kramerlevin.com; dmb@kompc.com; psm@kompc.com;
mws@kompc.com; abruski@lambertleser.com; scook@lambertleser.com; Robert.Rosenberg@lw.com;
Adam.Goldberg@lw.com; gabriel.delvirginia@verizon.net; sheehan@txschoollaw.com;
larrykraines@gmail.com; michael.hastings@leclairryan.com; michael.conway@leclairryan.com;
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com; klewis@lewispllc.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
austin.bankruptcy@publicans.com; jashley@lockelord.com; kwalsh@lockelord.com;
metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com;
steele@lowenstein.com; ilevee@lowenstein.com; khk@maddinhauser.com; msl@maddinhauser.com;
smatta@mattablair.com; kab@mccarthylebit.com; rrk@mccarthylebit.com; mreed@mvbalaw.com;
sveselka@mvbalaw.com; gbragg@mvbalaw.com; cdorkey@mckennalong.com;
cgraham@mckennalong.com; jmayes@mckennalong.com; lamme@mltw.com; privitera@mltw.com;
elobello@msek.com; elobello@msek.com; hkolko@msek.com; gardinerk@michigan.gov;
msholmes@cowgillholmes.com; gillcr@michigan.gov; funds@michigan.gov; wcacinfo@michigan.gov;
mbarr@milbank.com; tlomazow@milbank.com; skhalil@milbank.com; ecfsarbt@millerjohnson.com;
ecfwolfordr@millerjohnson.com; hutchinson@millercanfield.com; robbins@millercanfield.com;
fusco@millercanfield.com; swansonm@millercanfield.com; pricotta@mintz.com; sdnyecf@dor.mo.gov;
nramsey@mmwr.com; joneil@mmwr.com; AGOTTFRIED@MORGANLEWIS.COM;
RTODER@MORGANLEWIS.COM; hbeltzer@morganlewis.com; eliu@morganlewis.com;
rmauceri@morganlewis.com; bankruptcy@morrisoncohen.com; jgilbert@motleyrice.com;
jrice@motleyrice.com; jbaden@motleyrice.com; TStenger@alixpartners.com;
CMcManus@muchshelist.com; mkoks@munsch.com; rsox@dealerlawyer.com;
nwbernstein@nwbllc.com; dsammons@nagelrice.com; jrice@nagelrice.com;
dbrody@borahgoldstein.com; Gkelly@narmco.com; george.cauthen@nelsonmullins.com;
cameron.currie@nelsonmullins.com; peter.haley@nelsonmullins.com; Maureen.Leary@oag.state.ny.us;
Susan.Taylor@oag.state.ny.us; steven.koton@ag.ny.gov; cmomjian@attorneygeneral.gov;
Info@AndrewCuomo.com; lucas.ward@ohioattorneygeneral.gov; MJR1@westchestergov.com;
Michelle.sutter@ohioattorneygeneral.gov; RWYRON@ORRICK.COM; RFRANKEL@ORRICK.COM;
jansbro@orrick.com; rwyron@orrick.com; rlawrence@orrick.com; email@orumroth.com;
tsandler@osler.com; DWALLEN@OSHR.COM; JHELFAT@OSHR.COM; SSOLL@OSHR.COM;
OSHRGM-bk@oshr.com; chipford@parkerpoe.com; AROSENBERG@PAULWEISS.COM;
harveystrickon@paulhastings.com; akornberg@paulweiss.com; jkoevary@paulweiss.com;
akornberg@paulweiss.com; rzubaty@paulweiss.com; ipohl@paulweiss.com;
arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com;
sshimshak@paulweiss.com; pweintraub@paulweiss.com; maricco.michael@pbgc.gov;

toolee@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; carignanj@pepperlaw.com; nogglel@pepperlaw.com; kayesd@pepperlaw.com; nogglel@pepperlaw.com; ebcalvo@pbfcm.com; joy.e.tanner@altria.com; tsadutto@platzerlaw.com; dlerner@plunkettcooney.com; dbernstein@plunkettcooney.com; mfleming@plunkettcooney.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com; dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com; sjg@previant.com; fp@previant.com; rpatel@pronskepatel.com; srutsky@proskauer.com; aberkowitz@proskauer.com; Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com; jrabinowitz@rltlawfirm.com; rrm_narumanchi@hotmail.com; stingey@rqn.com; Lee_Cooper@raytheon.com; eschaffer@reedsmith.com; kgwynne@reedsmith.com; cfelicetta@reidandriege.com; tlzabel@rhoadesmckee.com; rmallenski@aol.com; richardnotice@rwmaplc.com; mfriedman@rkollp.com; jshickich@riddellwilliams.com; akress@riker.com; akress@riker.com; rkchevysales@rkautogroup.net; judith.adler@us.bosch.com; rsmith@cniinc.cc; rpm@robinsonbrog.com; aleffert@rwolaw.com; kstrickland@rmkb.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; aisenberg@saul.com; jhampton@saul.com; tcurrier@saul.com; rheilman@schaferandweiner.com; glee@schaferandweiner.com; bdeutsch@schnader.com; bbressler@schnader.com; david.karp@srz.com; adam.harris@srz.com; mschonfeld@gibsondunn.com; dlin@seyburn.com; dlin@seyburn.com; bshaw100@shawgussis.com; fsosnick@shearman.com; jfrizzley@shearman.com; etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; achaykin@shinnfuamerica.com; kkansa@sidley.com; avery@silvermanmorris.com; ARosen@SilvermanAcampora.com; DMACK@STBLAW.COM; PPANTALEO@STBLAW.COM; levick@singerlevick.com; mshriro@singerlevick.com; kayalyn.marafioti@skadden.com; jack.butler@skadden.com; nboehler@cbmlaw.com; nboehler@cbmlaw.com; cmeyer@ssd.com; tcornell@stahlcowen.com; ccaldwell@starkreagan.com; wpayne@stemberfeinstein.com; EDOYLE@STEMBERFEINSTEIN.COM; JSTEMBER@STEMBERFEINSTEIN.COM; EFEINSTEIN@STEMBERFEINSTEIN.COM; shgross5@yahoo.com; cbullock@sbplclaw.com; sgoll@sbplclaw.com; nashvillebankruptcyfilings@stites.com; bmeldrum@stites.com; streusand@streusandlandon.com; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com; newton@sbep-law.com; rhiersteiner@sandw.com; jdarcey@sandw.com; azuccarello@sandw.com; jgroves@sandw.com; cbodell@sandw.com; dselwocki@swappc.com; jteitelbaum@tblawllp.com; marvin.clements@ag.tn.gov; lischen@tcwtgn.com; djr@thecreditorslawgroup.com; barbara_keane@gardencitygroup.com; casey.roy@oag.state.tx.us; dkowich@umich.edu; rbrownlee@thompsoncoburn.com; jesse@tipotexchevrolet.com; mgamell@tlggr.com; abauer@torys.com; tmartin@torys.com; sdellafera@trenklawfirm.com; BRETT.GOODMAN@TROUTMANSANDERS.COM; jeffrey.kelley@troutmansanders.com; paula.christ@trw.com; JOSEPH.SAMARIAS@DO.TREAS.GOV; mkilgore@up.com; david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; natalie.kuehler@usdoj.gov; antitrust.atr@usdoj.gov; askDOJ@usdoj.gov; djury@usw.org; MJEDELMAN@VEDDERPRICE.COM; MJEdelman@vedderprice.com; MSchein@vedderprice.com; lakatz@venable.com; roran@velaw.com; tscobb@vorys.com; gtoering@wnj.com; crusemg@wnj.com; sgrow@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com; zacharym@atg.wa.gov; HARVEY.MILLER@WEIL.COM; JOSEPH.SMOLINSKY@WEIL.COM; STEPHEN.KAROTKIN@WEIL.COM; karpek@whiteandwilliams.com; dockterman@wildman.com; young@wildman.com; dpacheco@wilentz.com; laccarrino@wilentz.com; uncbill@msn.com; dennis.jenkins@wilmerhale.com; philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; cschreiber@winston.com; mbotica@winston.com; mcohn@winston.com; sschwartz@winston.com; wdcoffeylaw@yahoo.com; swolfson@wolfsonbolton.com; jwyly@wylyrommel.com; skrause@zeklaw.com; bleinbach@zeklaw.com

## EXHIBIT B

WEIL, GOTSHAL & MANGES LLP
(ATTN: HARVEY R. MILLER, ESQ.,
STEPHEN KAROTKIN, ESQ., AND
JOSEPH H.SMOLINSKY, ESQ.)
ATTORNEYS FOR THE DEBTORS
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

MOTORS LIQUIDATION
COMPANY
(ATTN: TED STENGER)
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 8265

GENERAL MOTORS COMPANY
(ATTN: LAWRENCE S. BUONOMO, ESQ.)
300 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265

CADWALADER, WICKERSHAM & TAFT LLP
ATTORNEYS FOR THE UNITED STATES
DEPARTMENT
OF THE TREASURY
(ATTN: JOHN J. RAPISARDI, ESQ.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NEW YORK 10281

UNITED STATES DEPARTMENT OF THE TREASURY
(ATTN: MATTHEW FELDMAN, ESQ.)
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, D.C. 20220

VEDDER PRICE, P.C.
ATTORNEYS FOR EXPORT DEVELOPMENT
CANADA
(ATTN: MICHAEL J. EDELMAN, ESQ. AND
MICHAEL L. SCHEIN, ESQ.)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTORNEYS FOR THE STATUTORY COMMITTEE OF
UNSECURED CREDITORS
(ATTN: KENNETH H. ECKSTEIN, ESQ.,
THOMAS MOERS MAYER, ESQ., AND
ADAM C. ROGOFF, ESQ.,)
1177 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036.

OFFICE OF THE UNITED STATES TRUSTEE
FOR
THE SOUTHERN DISTRICT OF NEW YORK
(ATTN: TRACY HOPE DAVIS, ESQ.)
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
(ATTN: DAVID S. JONES, ESQ. AND
MATTHEW L. SCHWARTZ, ESQ.)
86 CHAMBERS STREET, THIRD FLOOR
NEW YORK, NEW YORK 10007

ATLAS OIL
COMPANY
124501
ECORSE
ROAD
TAYLOR, MI
48180

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANORAMA TRAIL
SOUTH ROCHESTER, NY 14625

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

| | |
|---|---|
| DANIEL W. SHERRICK, GENERAL COUNSEL<br>8000 EAST JEFFERSON AVE.<br>DETROIT, MI 48214 | DAVID V. COOKE, ASSISTANT CITY ATTORNEY<br>MUNICIPAL OPERATIONS<br>201 WEST COLFAX AVENUE, DEPT. 1207<br>DENVER, CO 80202 |
| DORSEY & WHITNEY LLP<br>(ATTN: MICHAEL FOREMAN, ESQ.<br>ATTY FOR BALLARD MATERIAL PRODUCTS INC.)<br>250 PARK AVENUE<br>NEW YORK, NY 10177 | EATON CORPORATION<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 |
| EDWARD S. DONINI, ESQ.<br>P.O. BOX 605<br>NEW SMIRNA BEACH, FL 32170 | EL PASO CORPORATION<br>ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY<br>1001 LOUISIANA, SUITE E 1943 A<br>HOUSTON, TX 77002 |
| ELLIAS GROUP LLC<br>ATT: DAN ELLIAS<br>411 THEODORE FREMD AVENUE, SUITE 102<br>RYE, NY 10580 | FACTORY MOTOR PARTS COMPANY<br>1380 CORPORATE CENTER CURVE<br>EAGAN, MN 55121 |
| GHSP, INC.<br>(ATTN: RON WALLISH)<br>1250 SOUTH BEECHTREE STREET<br>GRAND HAVEN, MI 49417 | HOWARD COUNTY OFFICE OF LAW<br>(ATT: CAMELA J. SANDMANT, ASSISTANT COUNTY SOLICITOR)<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| IMPERICAL COUNTY TREASURER-TAX COLLECTOR<br>KAREN VOGEL, TREASURER TAX COLLECTOR<br>940 WEST MAIN STREET, SUITE 106<br>EL CENTRO, CA 92243 | INTERNAL REVENUE SERVICE<br>(ATTN: INSOLVENCY SECTION)<br>290 BROADWAY<br>NEW YORK, NY 10007 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>(ATTN: INSOLVENCY SECTION)<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | JIM BARNARD CHEVROLET, INC.<br>(ATT: ALLYN BARNARD, PRESIDENT)<br>7107 BUFFALO ROAD<br>CHURCHVILLE, NY 14428 |
| KNAPP CHEVROLET<br>815 HOUSTON AVENUE<br>HOUSTON, TX 77007 | MADISON COUNTY, TAX COLLECTOR<br>(ATT: LYNDA HALL)<br>MADISON COUNTY COURT HOUSE<br>100 NORTHSIDE SQUARE<br>HUNTSVILLE, AL 35801 |
| MELTZER, PURTILL & STELLE, LLC<br>(ATT: FORREST B. LAMMIMAN<br>ATTY FOR BROADWAY IN CHICAGO LLC)<br>300 SOUTH WACKER DRIVE, SUITE 3500<br>CHICAGO, IL 60606 | MIKE BARNARD CHEVROLET-CADILLAC-<br>BUICKPONTIAC-GMC, INC.<br>(ATT: MICHAEL E. BARNARD, PRESIDENT)<br>616 THAYER ROAD<br>FAIRPORT, NY 14450 |
| NEW YORK STATE DEPT TAXATION & FINANCE<br>(ATTN: BANKRUPTCY/SPECIAL PROC. SECT.)<br>PO BOX 5300<br>ALBANY, NY 12205 | P. RICHARD HARTLEY<br>415 E. COMMERCE STREET, SUITE 101<br>POST OFFICE BOX 583<br>GREENVILLE, AL 36037 |
| PADDOCK CHEVROLET, INC.<br>(ATT: DUANE PADDOCK, PRESIDENT)<br>3232 DELAWARE AVENUE<br>KENMORE, NY 14217 | PENSKE AUTO GROUP<br>18600 SOUTH HAWTHORNE BOULEVARD<br>TORRANCE, CA 90504 |
| PYEONG HWA AUTOMOTIVE CO., LTD.<br>1032 DAECHEON-DONG<br>DALSEO-GU, KR 704-801 | R. ELPING, K. DINE & E. CARRIG<br>1540 BROADWAY<br>NEW YORK, NY 11036 |

| | |
|---|---|
| SATURN OF ROCHESTER, INC.<br>(ATT: DAVID P. STOETZEL)<br>770 PANORAMA TRAIL SOUTH<br>P.O. BOX 25427<br>ROCHESTER, NY 14625 | SECURITIES AND EXCHANGE COMMISSION<br>(ATTN: ANDREW N. VOLLMER, ACTING<br>GEN. COUNSEL)<br>100 F STREET, ND<br>WASHINGTON, DC 20549 |
| SHAPE CORP.<br>(ATTN: BUDD BRINK)<br>1900 HAYES STREET<br>GRAND HAVEN, MI 49417 | TEAM CHEVROLET, INC.<br>(ATT: THOMAS STEIGERWALD, VICE PRESIDENT)<br>ROUTE 16<br>OLEAN, NY 14760 |
| THE VALLEY CADILLAC CORPORATION<br>(ATT: EDWARD T. MEAGHAR, JR., PRESIDENT)<br>3100 WINTON ROAD SOUTH<br>ROCHESTER, NY 14623 | TORRES EDWARD ZUNIGA BERMUDEZ, GENOVEVA<br> C/O COHEN & ASSOCIATES<br>8710 E VISTA BONITA DR.<br>SCOTTSDALE, AZ 85255 |
| TOYOTA BOSHOKU AMERICA, INC.<br>28000 WEST PARK DRIVE<br>NOVI, MI 48377 | TOYOTA MOTOR SALES U.S.A, INC.<br>(ATT: TOBIN LIPPERT)<br>19001 SOUTHWESTERN AVE, HQ 12<br>TORRANCE, CA 90509 |
| UNITED STATES ATTORNEY'S OFFICE<br>(ATTN: CLAIMS UNIT - ROOM 417)<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 | EDS, AN HP COMPANY<br>(ATT: AYALA HASSELL)<br>BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY<br>H3-3A-05, 5400 LEGACY DRIVE<br>PLANO, TX 75024 |
| HEWLETT-PACKARD COMPANY LP<br>(ATT: RAMONA NEAL, SENIOR COUNSEL)<br>11311 CHINDEN BOULEVARD<br>MAIL STOP 314<br>BOISE, ID 83714 | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY<br>(ATT: LINDA D'AMICO)<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07640 |

| | |
|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>(ATT: ANNETTEE RAMIREZ)<br>14910 ALDINE-WESTFIELD ROAD<br>HOUSTON, TX 77032 | ASPLUNDH TREE EXPERT CO.<br>(ATT: PHILIP E. TATOIAN, JR., ESQ.<br>VICE PRESIDENT AND GENERAL COUNSEL)<br>708 BLAIR MILL RD<br>WILLOW GROVE, PA 19090 |
| BNSF RAILWAY COMPANY<br>(ATT: QUINCY CHUMLEY)<br>3001 WESTERN CENTER BLVD.<br>FORT WORTH, TX 76131 | COMMONWEALTH OF PENNSYLVANIA<br>DEPT OF LABOR AND INDUSTRY<br>READING BANKRUPTCY & COMPL. UNIT<br>READING, PA 19602 |
| DEPARTMENT OF THE TREASURY<br>(ATTN: OFFICE OF GENERAL COUNSEL)<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | DORSEY & WHITNEY LLP<br>(ATTN: MICHAEL FOREMAN, ESQ.<br>ATTY FOR BALLARD MATERIAL<br>PRODUCTS INC.)<br>250 PARK AVENUE<br>NEW YORK, NY 10177 |
| EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>(ATT: JUDY GAWLOWSKI)<br>200 ALLEGHENY CENTER MALL<br>PITTSBURGH, PA 15212 | GERBER & GERBER PLLC<br>(ATTN: ETHAN S. GERBER)<br>26 COURT STREET, SUITE 1405<br>BROOKLYN, NY 11242 |
| GLADFELTER & GALVANO, P.L.<br>(ATT: SACHA ROASS, ESQ.)<br>GRIMES GOEBEL GRIMES HAWKINS<br>1023 MANATEE AVE<br>WEST BRADENTON, FL 34205 | JUANITA PEREZ WILLIAMS, ESQ<br>ATTY FOR THE CITY OF SYRACUSE<br>CORPORATION COUNSEL<br>300 CITY HALL<br>SYRACUSE, NY 13202 |
| MICHIGAN WORKERS' COMPENSATION AGENCY<br>7150 HARRIS DR.<br>DIMONDALE, MI 48821 | NEW YORK CITY DEPT. OF FINANCE<br>(ATTN: LEGAL AFFAIRS - DEVORA COHN)<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY 11201 |

| | |
|---|---|
| NORTH AMERICA TONNAGE LINDE, INC.<br>(ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR)<br>575 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | ORNELAS, CASTILLO & ORNELAS, PLLC<br>(ATT: S. ORNELAS & M. CASTILLO JR.)<br>401 EAST HILLSIDE RD., 2ND FLOOR<br>LAREDO, TX 78041 |
| ORRICK, HERRINGTON & SUTCLIFEE LLP<br>(ATT: LORRAINE S. MCGOWEN<br>ATTY FOR FISKER AUTOMOTIVE, INC.)<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | PIMA COUNTY<br>C/O BARBARA LAWALL, CIVIL DIVISION<br>T. ROBERTS & G. YUSUFOV, DEPUTY<br>COUNTY ATTORNEYS<br>TUCSON, AZ 85701 |
| SCHOENL KEVIN M.<br>SCHOENL, CONNIE<br>20 JADE CREEK DR.<br>HILTON, NY 14468 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>THE HONORABLE ROBERT E. GERBER<br>NEW YORK, NY 10004 |
| GREENBERG TRAURIG, LLP<br>(ATTN: BRUCE R. ZIRINSKY, ESQ., NANCY A. MITCHELL, ESQ.<br>JOHN H. BAE, ESQ. AND GARY D. TICOLL, ESQ.)<br>METLIFE BUILDING<br>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166 | |