UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss
COUNTY OF SUFFOLK  )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On February 8, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on the parties identified on Exhibit A annexed hereto:

- Supplemental Order Pursuant to 11 U.S.C. § 105(A) Enforcing 363 Sale Order With Respect to Product Liability Claim of Estate of Beverly Deutsch [Docket No. 9114].

Dated: February 11, 2011                             /s/ Alison Moodie_____
            Melville, New York                                Alison Moodie

Sworn to before me this 11th day of February, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

| | |
|---|---|
| NORRIS, MCLAUGHLIN & MARCUS, PA | SANFORD DEUTSCH AND ESTATE OF BEVERLY DEUTSCH |
| ATTN: MELISSA A. PEÑA | BARRY NOVACK, ESQ |
| LOCAL COUNSEL FOR SANFORD DEUTSCH | THE LAW OFFICES OF BARRY NOVACK |
| 875 THIRD AVENUE, 8TH FLOOR | 8383 WILSHIRE BLVD, STE 830 |
| NEW YORK, NY 10022 | BEVERLY HILLS, CA 90211 |