**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF DEBTORS FOR
## ENTRY OF AN ORDER ESTIMATING MAXIMUM AMOUNT OF
## CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES
## UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE that upon the annexed Motion, dated February 11,

2011 (the "**Motion**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for an order,

pursuant to sections 105(a), 502(c), and 1142(b) of title 11, United States Code (the

"**Bankruptcy Code**"), estimating the maximum amount of certain claims for purposes of

establishing claims reserves under the Debtors' Amended Joint Chapter 11 Plan, all as more fully

set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United

States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004, on **March 1**, **2011 at**

**9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.[1]

          PLEASE TAKE FURTHER NOTICE that any responses or objections to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

---

[1] In the event that no objections to this Motion remain unresolved, the Debtors reserve the right to adjourn the hearing on this Motion to March 3, 2011 and to seek approval of the Disputed Claims Reserve as part of the Confirmation Hearing.

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **February 22**, **2011, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
February 11, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**OBJECTION DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :        09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**MOTION OF DEBTORS FOR ENTRY OF AN ORDER ESTIMATING MAXIMUM AMOUNT OF CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

# TABLE OF CONTENTS

**Page**

Relief Requested ................................................................................................................... 1

Jurisdiction ........................................................................................................................... 2

The Claims Process ............................................................................................................... 2

The Plan and Distributions Under the Plan ........................................................................... 5

The Estimated Claims ........................................................................................................... 8

Basis for Relief Requested .................................................................................................... 9

Notice ................................................................................................................................... 15

# TABLE OF AUTHORITIES

**Page**

## FEDERAL CASES

*In re Adelphia Bus. Solutions, Inc.*, 341 B.R. 415 (Bankr. S.D.N.Y. 2003)......................10

*In re Adelphia Commc'ns Corp.*, 368 B.R. 140 (Bankr. S.D.N.Y. 2007)......................9, 12

*Bittner v. Borne Chemical Co.*, 691 F.2d 134 (3d Cir. 1982)............................................11

*Frito-Lay, Inc. v. LTV Steel Co. (In re Chateaugay Corp.)*, 10 F.3d 944 (2d Cir. 1993) ................................................................................................................................10

*In re Enron Corp.*, No 01-16034, 2006 WL 544463 (Bankr. S.D.N.Y. Jan. 17, 2006) ..............................................................................................................................9, 12

*In re Frontier Airlines, Inc.*, 137 B.R., 811 (D. Colo. 1992)............................................11

*Hospital & University Prop. Damage Claimants v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 7 F.3d 32 (2d Cir. 1993) ........................................................12

*International Brotherhood of Teamsters v. IML Freight, Inc.*, 789 F.2d 1460 (10th Cir. 1986)................................................................................................... 10-11

*In re Lane*, 68 B.R. 609 (Bankr. D. Haw. 1986)................................................................11

*In re Lomas Finance Corp.*, 172 B.R. 3 (S.D.N.Y. 1994) ..................................................9

*In re N.Y. Medical Group, P.C.*, 265 B.R. 408 (Bankr. S.D.N.Y. 2001)...........................10

*O'Neill v. Cont'l Airlines, Inc. (In re Cont'l Airlines, Inc.)*, 981 F.2d 1450 (5th Cir. 1993) ............................................................................................................................10, 12

*In re Oversight & Control Commission of Avanzit, S.A.*, 385 B.R. 525 (Bankr. S.D.N.Y. 2008) ........................................................................................................13

*In re The Nova Real Estate Investment*, 23 B.R. 62 (Bankr. E.D. Va. 1982)....................11

*In re Thomson McKinnon Sec., Inc.*, 143 B.R. 612 (Bankr. S.D.N.Y. 1992)..............10, 12

*In re Wallace's Bookstores, Inc.*, 317 B.R. 720 (Bankr. E.D. Ky. 2004) ..........................10

*In re Windsor Plumbing Supply Co.*, 170 B.R. 503 (Bankr. E.D.N.Y. 1994) ..................12

# TABLE OF AUTHORITIES

**Page**

## FEDERAL STATUTES

11 U.S.C. § 105(a) ........................................................................................................1, 12, 15

11 U.S.C. § 1142(b) ............................................................................................................1, 12

11 U.S.C. § 502(c) .......................................................................................................1, 5, 7, 9

28 U.S.C. § 157.....................................................................................................................2, 5

28 U.S.C. § 1334........................................................................................................................2

28 U.S.C. § 1408........................................................................................................................2

28 U.S.C. § 1409........................................................................................................................2

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

### Relief Requested

1.      Despite the progress made to date in reconciling the tens of thousands of

claims filed in these chapter 11 cases, much work remains.  While the Debtors largely have

succeeded in causing filers of unliquidated claims to amend their claims to assert liquidated

amounts or caps in order to facilitate distributions under the Debtors' proposed *Amended Joint*

*Chapter 11 Plan* (as may be supplemented, modified, or revised, the "**Plan**"), a number of

unliquidated claims remain.  In order to make distributions under their proposed plan of

liquidation, the Debtors need to set aside sufficient assets to make distributions to these holders

of unliquidated claims if and when their claims are Allowed.

2.      The claims that are the subject of this Motion are largely liquidated,

although each Claim has a placeholder for a possible incremental amount, such as, interest and

fees to be determined.  At this stage of these chapter 11 cases, without further specificity, an

appropriate reserve cannot be established for such incremental amounts.  Moreover, these

amounts would likely be disallowed as a matter of law and fixing conservative reserves would

prejudice other creditors who have asserted fully liquidated claims.

3.      By this Motion, the Debtors request entry of an order pursuant to sections

105(a), 502(c), and 1142(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and

Rule 3021 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

substantially in the form annexed hereto as **Exhibit "A"**, estimating the maximum amount of

certain partially unliquidated Claims, or potential Claims, which are not yet Allowed

(collectively, the "**Estimated Claims**" and each person asserting an Estimated Claim, a "**Claimant**"), for reserve purposes under Article VII of the Plan,[2] as set forth on **Exhibits "B", "C", "D", "E", "F", "G" and "H"**, annexed hereto, so that the Debtors can make timely distributions under the Plan and effectuate the administration of their Plan without undue delay. The effect of this Motion is to establish a cap on each Estimated Claim.[3]

## Jurisdiction

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## The Claims Process

5.       On September 15, 2009, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs (as amended, the "**Schedules**").  By order dated September 16, 2009 (ECF No. 4079) (the "**Initial Debtors' Bar Date Order**"), the Bankruptcy Court established November 30, 2009 as the bar date for creditors to file proofs of Claim asserting prepetition liabilities against the Initial Debtors[4] (the "**Initial Debtors' Bar Date**").  By order dated December 18, 2009 (ECF No. 4681) (the "**Property Bar Date Order**"), the Bankruptcy Court established February 10, 2010 as the deadline for entities residing adjacent

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.  A copy of the Plan and related Disclosure Statement can be found at www.motorsliquidationdocket.com.

[3] By this Motion, the Debtors are not seeking to estimate any portion of the environmental claims subject to the Environmental Response Trust under Section 6.4 of the Plan.

[4] "Initial Debtors" refers to the four entities that filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on June 1, 2009:

- Motors Liquidation Company (f/k/a General Motors Corporation)
- MLCS, LLC (f/k/a Saturn, LLC)
- MLC Distribution Corporation (f/k/a Saturn Distribution Corporation)
- MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

to or in the proximity of certain Initial Debtors' properties to file a proof of Claim with respect to damages to their person or real property (the "**Property Bar Date**").  By order dated December 2, 2009 (ECF No. 4586) (the "**REALM/ENCORE Bar Date Order**," and together with the Initial Debtors' Bar Date Order and the Property Bar Date Order, the "**Bar Date Orders**"), the Bankruptcy Court established February 1, 2010 as the deadline for each person or entity to file a proof of Claim against Debtors Remediation and Liability Management Company, Inc. ("**REALM**") and Environmental Corporate Remediation Company, Inc. ("**ENCORE**") and April 16, 2010 as the deadline for governmental units to file a proof of Claim against REALM and ENCORE (the "**REALM/ENCORE Bar Dates**," and together with the Initial Debtors' Bar Date and the Property Bar Date, the "**Bar Dates**").

6.       The Plan also establishes the bar date for filing proofs of Claim for damages arising from the rejection of executory contracts and unexpired leases as the date that is thirty (30) days after the Confirmation Date, as defined in the Plan (the "**Rejection Damages Bar Date**").

7.       The Debtors provided notice of the Bar Dates to all known creditors and potential creditors in accordance with the requirements of the Bar Date Orders.  To date, more than 78,000 proofs of Claim have been filed in these cases (collectively, the "**Filed Claims**") in addition to claims identified in the Schedules (the "**Scheduled Claims**").

8.       The Debtors have made every effort to expedite the claims resolution process.  The Debtors have reviewed and reconciled claims and pursued the resolution of claims through (a) prosecuting over 209 omnibus claims objections with respect to approximately 37,700 claims; (b) pursuing claims settlements; (c) pursuing claims resolutions under the Court-

approved alternative dispute resolution procedures (the "**ADR Program**"); and (d) reconciling

and allowing claims consistent with the Debtors' books and records.

9.    The Debtors' actions to date have resulted in a reduction in claims from

approximately $274 billon to less than $50 billion.  Claims have also been reclassified where

they improperly asserted either secured, administrative, and/or priority claims.

10.    The statutory committee of unsecured creditors appointed by the U.S.

Trustee in these chapter 11 cases (the "**Creditors' Committee**") has been directly involved in

the Debtors' Claims resolution process.  Since the Claims resolution process began, the Debtors

have provided the Creditors' Committee with detailed information regarding Claims and the

Debtors' efforts in pursuing the resolution of Claims.  The Debtors have sought Creditors'

Committee consent to any material Claims settlements, and the Creditors' Committee has

received all notices of Claims settlements provided for under the Claims Settlement Procedures.

In addition, the Debtors have consulted with the Creditors' Committee on any Claims where the

Debtors have pursued resolution through the ADR Program.

11.    Despite the Debtors' intense efforts in the Claims resolution process and

their considerable success in addressing and resolving thousands of Claims, there remain

potential unliquidated claims in Class 3 of the Plan (General Unsecured Claims) that are yet to be

resolved.  With respect to unliquidated claims, the Debtors have made written requests to the

entities filing such claims to liquidate the claims or provide a cap for reserve purposes.  The

efforts have been reasonably successful.  Nonetheless, as of the date of this Motion, the Debtors

estimate that there remain approximately 2,050 unliquidated (in whole or in part) General

Unsecured Claims that may fall within Class 3, 1,300 of which are subject to pending formal

objections.  By this Motion, the Debtors seek to estimate approximately 530 partially

unliquidated Claims, 235 of which are subject to pending formal objections.[5]  As of the Effective

Date, the Debtors anticipate there will be approximately 150 partially unliquidated claims

remaining.  None of the Estimated Claims relate to personal injury tort or wrongful death claims

against the estates.  Therefore, this Motion is proper under 28 U.S.C. § 157(b)(2).

### The Plan and Distributions Under the Plan

12.    On December 7, 2010, the Debtors filed the Plan (ECF No. 8015), and on

December 8, 2010, the Debtors filed their disclosure statement in respect of the Plan (the

"**Disclosure Statement**") (ECF No. 8023).  On December 8, 2010, this Court entered an order

approving the Disclosure Statement (ECF. No. 8043) and related solicitation procedures.

Solicitation of votes on the Plan is currently underway.  A hearing on confirmation of the Plan is

currently scheduled to begin on March 3, 2011 (the "**Confirmation Hearing**").[6]

13.    Section 7.3 of the Plan provides that "the Debtors or the GUC Trust

Administrator, as applicable, may at any time request that the Bankruptcy Court estimate any

contingent, unliquidated or Disputed Claim pursuant to Section 502(c) of the Bankruptcy Code."

14.    Section 6.2 of the Plan provides for the establishment of the GUC Trust

"to administer certain post-Effective Date responsibilities under the Plan, including, but not

limited to, distributing New GM Securities and resolving outstanding Disputed General

---

[5] The Debtors believe that the remaining fully unliquidated claims are resolved through the Motion of the Debtors for Entry of an Order Establishing Claims Reserves with Respect to, Among Other Things, Certain Unliquidated Claims in Connection with Distributions to be Made Under the Debtors' Amended Joint Chapter 11 Plan [ECF No. 9212] (the "**Fully Unliquidated Claims Reserve Motion**") being filed concurrently herewith.  The Debtors believe that all of the partially unliquidated Claims are included on the annexed Exhibits "B" through "H."  If any partially unliquidated Claims were inadvertently omitted from Exhibits "B" through "H", the unliquidated amount of such Claim will be subject to the Fully Unliquidated Claims Reserve as set forth in the Fully Unliquidated Claims Reserve Motion.

[6] In the event that no objections to this Motion remain unresolved, the Debtors reserve the right to adjourn the hearing on this Motion to March 3, 2011 and to seek approval of the Disputed Claims Reserve as part of the Confirmation Hearing.

Unsecured Claims to determine the amount of Allowed General Unsecured Claims that will be

eligible for distribution of their Pro Rata Share of New GM Securities under the Plan."

15.    The Plan provides for distributions from the GUC Trust to be made on

account of Claims that are Allowed Claims.  General Unsecured Claims against the Debtors are

classified in Class 3 under the Plan.  Section 4.3 of the Plan provides for the following

distribution to each holder of an Allowed General Unsecured Claim in Class 3:

> (a) As soon as reasonably practicable after the Effective Date (but
> not earlier than the first Business Day following the Distribution
> Record Date), each holder of an Allowed General Unsecured
> Claim as of the Distribution Record Date shall receive from the
> GUC Trust its Pro Rata Share of (i) the New GM Securities or the
> proceeds thereof, if any, and (ii) the GUC Trust Units, in
> accordance with the terms of the GUC Trust and the GUC Trust
> Agreement."

Section 4.3 of the Plan further provides that "The GUC Trust shall make subsequent distributions

of New GM Securities and GUC Trust Units to holders of Disputed General Unsecured Claims

as of the Distribution Record Date whose Claims are subsequently Allowed."  The amount of

New GM Securities available for distribution for potential Class 3 Claims under the Plan is fixed.

No additional New GM Securities or GUC Trust Units will be issued on account of holders of

Class 3 Claims.

16.    Section 1.112 of the Plan sets forth the calculation of the Pro Rata Share

for distribution purposes and defines "Pro Rata Share" as "the ratio (expressed as a percentage)

of (i) the amount of any Allowed Claim in a particular Class to (ii) the sum of (x) the aggregate

amount of Allowed Claims in such Class and (y) the aggregate amount of Disputed Claims in

such Class."  Section 1.112 of the Plan contemplates the creation of reserves for Disputed Claims

for purposes of calculating the Pro Rata distribution:  "The Debtors may seek a determination by

the Bankruptcy Court of the amount that should be reserved in determining the Pro Rata Share

on account of Disputed Claims on an individual or aggregate basis."

17.    Article VII of the Plan sets forth the "Procedures for Disputed Claims,"[7]

and Section 7.2 of the Plan provides that "if any portion of a Claim is a Disputed Claim, no

payment or distribution provided hereunder to the holder thereof shall be made on account of

such Claim unless and until such Disputed Claim becomes an Allowed Claim."  Section 7.2 of

the Plan specifies that until such time as a Disputed Unsecured Claim is Allowed, such property

shall be held in the GUC Trust or the Avoidance Action Trust Claims Reserve, as applicable.

Additionally, pursuant to Section 5.5 of the GUC Trust Agreement[8] the GUC Trust

Administrator

> shall at all times, to the extent practicable, retain (a) sufficient
> GUC Trust Distributable Assets as the GUC Trust Administrator
> shall determine, in consultation with the GUC Trust Monitor and
> subject to the Budget, as would be distributable (I) to all holders of
> Disputed General Unsecured Claims at the time outstanding as if
> all Disputed General Unsecured Claims were allowed at the
> Maximum Amount, but only until such Disputed General
> Unsecured Claims are resolved . . .

The GUC Trust Agreement further provides that the "Maximum Amount" means:

> with respect to any Disputed General Unsecured Claim, (x) the
> amount agreed to by the Debtors and/or the GUC Trust
> Administrator and the holder of such claim (which shall include
> any agreed capped amount pursuant to the ADR Procedures
> approved by the Bankruptcy Court; (y) the amount, if any,
> estimated or determined by the Bankruptcy Court in accordance
> with Bankruptcy Code Section 502(c); or (z) absent any such
> agreement, estimation or determination, the liquidated amount set
> forth in the proof of claim filed by the holder of such claim, or in
> the case of unliquidated claims, the amount estimated by the
> Debtors and/or the GUC Trust Administrator.

---

[7] *See* Section 1.54 of the Plan for the definition of "Disputed."

[8] The GUC Trust Agreement is annexed as Exhibit "D" to the Plan.

Accordingly, the GUC Trust Administrator is required to set aside a certain reserve amount for

Disputed Claims prior to making any distributions under the Plan. The Debtors are filing this

Motion consistent with these provisions of the Plan and the GUC Trust Agreement.

18.     Due in part to the nature of the Estimated Claims, the Debtors do not

anticipate that they will be able to reach a resolution on each of the Estimated Claims in an

expeditious manner or, in any event, prior to the Effective Date. In order to properly calculate

the Pro Rata distribution for each Allowed General Unsecured Claim and make distributions

prior to the resolution of each of the Estimated Claims, the Debtors request that the Court

estimate the maximum amount of the Estimated Claims in order to establish sufficient reserves to

provide for the Estimated Claims that are not currently Allowed, but could become Allowed in

the future.

## The Estimated Claims

19.     By this Motion, the Debtors seek to estimate approximately 530 Claims

that are largely liquidated (the "**Liquidated Amount**") but also include additional potential

claim amounts that are unliquidated (such as additional fees, costs, or interest) (the

"**Unliquidated Amounts**"). The Debtors believe that the Unliquidated Amounts in the

Estimated Claims, in many cases, are speculative and protective in nature. For example, it

appears that, for many of these Claims, a short reference to the possibility of additional amounts

has been added to the proof of claim simply as a means for the Claimant to later seek amounts

that were not identified in the Claim as filed. Such a reservation of rights (particularly one year

or more after the Bar Dates) is not an indicator of actual amounts owed. Other Estimated Claims

reserve for the possibility of additional amounts that are inappropriate, such as the ongoing

accrual of interest that is prohibited under section 502(b)(2) of the Bankruptcy Code.

20.      Based on their review of the Estimated Claims, the Debtors propose to

estimate the maximum amount of the Unliquidated Amounts for reserve purposes under the Plan

at $0, and the Debtors intend to utilize the Liquidated Amount of each Estimated Claim for

reserve purposes under the Plan.  Therefore, the Debtors propose to set the maximum amount of

each Estimated Claim for reserve purposes under the Plan as the Liquidated Amount of such

Estimated Claim.  Of course, the Debtors are prepared to address timely responses to this Motion

in the event a Claimant can assert a reasonable, additional fixed increment to their Liquidated

Amount.

### **Basis for Relief Requested**

21.      Section 502(c) of the Bankruptcy Code provides for the estimation of

contingent or unliquidated claims:

> (c) There shall be estimated for purposes of allowance under
> this section –
>
> (1) any contingent or unliquidated claim, the fixing or
> liquidation of which, as the case may be, would unduly delay the
> administration of the case; or
>
> (2) any right to payment arising from a right to an equitable
> remedy for breach of performance.

11 U.S.C. § 502(c).

22.      Although section 502(c) refers to the estimation of claims for allowance

purposes, courts have estimated claims in order to set reserves for plan distributions.  *See, e.g.*, *In

re Lomas Fin. Corp.*, 172 B.R. 3, 4 (S.D.N.Y. 1994) (noting that the court had estimated certain

claims to set up a reserve and cap the recovery of the claims); *In re Adelphia Commc'ns Corp.*,

368 B.R. 140, 279 (Bankr. S.D.N.Y. 2007) (estimating a creditor's claim for future expenses for

purposes of establishing a reserve); *In re Enron Corp.*, No 01-16034, 2006 WL 544463 (Bankr.

S.D.N.Y. Jan. 17, 2006) (approving the debtor's motion to estimate claims for purposes of

establishing reserves and setting the reserve amount as the maximum amount of recovery); *In re Thomson McKinnon Sec., Inc.,* 143 B.R. 612, 619 (Bankr. S.D.N.Y. 1992) ("The estimation process is an expedient method for setting the amount of a claim that may receive a distributive share from the estate").

23.     Further, courts have recognized the ability to estimate disputed claims under section 502(c). *See In re Wallace's Bookstores, Inc.*, 317 B.R. 720, 724 (Bankr. E.D. Ky. 2004) (holding that a liquidating supervisor had the right under section 502(c) to seek estimation of disputed claims pursuant to a plan of reorganization); *In re Adelphia Bus. Solutions, Inc.*, 341 B.R. 415, 422-23 (Bankr. S.D.N.Y. 2003) (estimating the disputed unliquidated amount of an administrative claim under section 502(c)).

24.     The clearly stated purpose of allowing for estimation of claims is "to avoid undue delay in the administration of bankruptcy proceedings." *Frito-Lay, Inc. v. LTV Steel Co. (In re Chateaugay Corp.)*, 10 F.3d 944, 957 (2d Cir. 1993). As such, bankruptcy courts may estimate claims under section 502(c)(1) of the Bankruptcy Code in order: "1) [t]o avoid the need to await the resolution of outside lawsuits to determine issues of liability or amount owed by means of anticipating and estimating the likely outcome of these actions, and 2) . . . to promote a fair distribution to creditors through a realistic assessment of uncertain claims." *O'Neill v. Cont'l Airlines, Inc. (In re Cont'l Airlines, Inc.)*, 981 F.2d 1450, 1461 (5th Cir. 1993). In addition, estimation of a claim under section 502(c)(1) is appropriate if liquidation of a claim "will take too long and unduly delay the distribution of the estate's assets." *In re N.Y. Med. Group, P.C.*, 265 B.R. 408, 415 (Bankr. S.D.N.Y. 2001). Moreover, section 502(c) uses the word "shall," and, therefore, estimation is mandatory rather than permissive if the criteria of section 502(c) are met. *See, e.g., Int'l Bhd. of Teamsters v. IML Freight, Inc.*, 789 F.2d 1460,

1463 (10th Cir. 1986); *In re Frontier Airlines, Inc.*, 137 B.R. 811, 814 (D. Colo. 1992); *In re*

*Lane*, 68 B.R. 609, 611 (Bankr. D. Haw. 1986); *In re The Nova Real Estate Inv.*, 23 B.R. 62, 65

(Bankr. E.D. Va. 1982).

25.     The Debtors respectfully submit that both factors supporting the

estimation of claims pursuant to section 502(c)(1) are present here: (a) it would take a long time

to commence or continue prosecution of objections to each of the Estimated Claims; and (b)

waiting for the liquidation of the Estimated Claims will unduly delay the administration of the

Debtors' estates.  The Estimated Claims include the following categories of claims, as set forth

on Exhibits "B" through "H":  (1) employee-related claims (the "**Employee-Related Claims**"),

(2) environmental claims (the "**Environmental Claims**"), (3) claims based upon executory

contracts (the "**Executory Contracts Claims**"), (4) debt-related claims (the "**Debt Claims**"), (5)

litigation-related claims (the "**Litigation Claims**"), (6) claims made by equity security holders

(the "**Equity Security Holders Claims**") and (6) miscellaneous claims that were asserted on

either a partially unliquidated or contingent basis (the "**Other Claims**").  As indicated in

Exhibits "B" through "H," certain of the Estimated Claims have been the subject of previous

omnibus claims objections.

26.     Litigating each Estimated Claim to conclusion would unduly delay the

administration of these estates.  As of the date of this Motion, the stakeholders in these cases

have waited nearly two years for the completion of these cases and any additional delay would

deprive them of their distributions under the Plan.

27.     It is not possible for courts to estimate the value of claims with absolute

certainty; thus, estimation requires only "sufficient evidence on which to base a *reasonable*

*estimate* of the claim."  *Bittner v. Borne Chem. Co.*, 691 F.2d 134, 135 (3d Cir. 1982) (emphasis

added); *see also In re Windsor Plumbing Supply Co.*, 170 B.R. 503, 521 (Bankr. E.D.N.Y. 1994)

(advocating use of probabilities in estimation of claims).  The principal consideration when

estimating the value of a claim is "to promote a fair distribution to creditors through a realistic

assessment of uncertain claims." *Cont'l Airlines*, 981 F.2d at 1461; *see also In re Enron Corp.*,

Ch. 11 Case No. 01-16034, 2006 WL 544463, at *4 (Bankr. S.D.N.Y. Jan. 17, 2006) ("[T]he

estimation of claims promotes the purpose of establishing the amount of claims that are to

receive distributive shares") (citing *In re Thomson McKinnon Sec., Inc.*, 143 B.R. at 619).

28.     Section 502(c) does not prescribe the method for estimating a claim, and

the Court therefore has discretion to select the valuation model that best suits the circumstances

of the case at hand when estimating the value of claims.  "[W]hen estimating claims, bankruptcy

courts may use whatever method is best suited to the contingencies of the case, so long as the

procedure is consistent with the fundamental policy of Chapter 11 that a reorganization must be

accomplished quickly and efficiently." *Adelphia Commc'ns*, 368 B.R. at 278.

29.     In addition, the Court has broad authority under sections 1142(b) and

105(a) of the Bankruptcy Code over the property of the estate administered under the Plan and to

issue any order necessary to implement the provisions of the Plan and the Bankruptcy Code.  *See*

11 U.S.C. § 1142(b) ("The court may direct the debtor and any other necessary party to execute

or deliver or to join in the execution or delivery of any instrument required to effect a transfer of

property dealt with by a confirmed plan, and to perform any other act . . . that is necessary to the

consummation of the plan"); *id.* § 105(a) ("The court may issue any order, process or judgment

that is necessary or appropriate to carry out the provisions of this title."); *see also Hosp. & Univ.*

*Prop. Damage Claimants v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 7 F.3d 32, 34

(2d Cir. 1993) (finding that bankruptcy courts retain postconfirmation jurisdiction to the extent

provided by the plan); *In re Oversight & Control Comm'n of Avanzit, S.A.*, 385 B.R. 525, 535

(Bankr. S.D.N.Y. 2008) ("The bankruptcy court retains jurisdiction under 11 U.S.C. § 1142(b) . .

. and it has 'continuing responsibilities to satisfy itself that the [p]lan is being properly

implemented.'") (internal citations omitted).

   30. The Debtors arrived at their estimates for the unliquidated Disputed

Claims in good faith, conservatively, and based upon appropriate review and analysis.  The

Debtors and their professionals have proffered estimations based on a comprehensive review of

(a) the proofs of claims themselves and supporting documentation, (b) the Debtors' books and

records, (c) communications, if any, with the holders of the Estimated Claims; (d) the Debtors'

historical experience with similar Claims (both prior to and during these cases); (e) the legal

issues, if any, associated with the Claims; and (f) such other factors as the Debtors deemed

relevant.  Accordingly, the Debtors' estimate the unliquidated portion of each Estimated Claim at

what the Debtors believe is the maximum possible amount.  This represents the fairest possible

course to protect the interests of all creditors, including unliquidated creditors, while allowing for

the expedient administration of these cases.

   31. Additionally, during the course of these chapter 11 cases, as noted above,

the Debtors have expunged or reduced in amount more than 23,721 Claims, resulting in a

reduction of more than $180 billion in asserted claims, and have resolved or will resolve more

than $74.4 billion in Claims through various entered or pending settlement agreements and the

Plan.  This effort demonstrates the Debtors' ability to properly and accurately estimate the

Estimated Claims.  Accordingly, the Court can and should rely upon the Debtors' estimate of the

maximum Allowed amount of the Estimated Claims for reserve purposes under the Plan.

32.     Furthermore, estimation of a claim does not preclude the Debtors from continuing to dispute the validity of the remainder of the claim (which remains a Disputed Claim), but rather, ensures that, if the claim becomes an Allowed Claim, its amount for Plan purposes will not in any event exceed the estimated amount set forth on Exhibits "B" through "H."  In addition, the relief requested in this Motion is only requested in connection with the confirmation of the Plan and the effectiveness of the relief requested is contingent on the results of the confirmation hearing, currently scheduled to begin on March 3, 2011.  In the event that the Plan is not confirmed, the Debtors request that the Court deem any relief granted on this Motion void and, if the Estimated Claims are not otherwise resolved, the Debtors will seek the relief requested at the appropriate time.

33.     For the reasons set forth in this Motion, the Debtors hereby request that the Court enter the Proposed Order annexed hereto, approving the maximum amounts of the Estimated Claims set forth on Exhibits "B" through "H."  The Debtors submit that the Plan contemplates this estimation procedure and that the relief requested by the Debtors is consistent with section 502(c) of the Bankruptcy Code.  Upon confirmation of the Plan, the Debtors submit that it is unfair to the remaining creditors to require them to wait for the outcome of determining the allowed amounts of the Estimated Claims, which likely will take significant time due to the nature of the claims and the underlying litigations, before making amounts available for distribution under the Plan.  The relief requested herein will allow the Debtors to effectuate timely distributions under the Plan, without undue delay.

34.     To be clear, the Debtors are not intending to allow the Estimated Claims at the capped amount and reserve all rights to further object to the Estimated Claims on any basis whatsoever.

**Notice**

35.     Notice of this Motion has been provided to (a) the holders of the

Estimated Claims set forth on Exhibits "B" through "H" hereto; and (b) parties in interest in

accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.

1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011

(ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice

need be provided.

36.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
        February 11, 2011

_/s/ Joseph H. Smolinky_
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

**Proposed Order**

US_ACTIVE:\43620617\08\72240.0639

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY, *et al.*,**           :        **09-50026 (REG)**
    **f/k/a General Motors Corp., *et al.***  :
                                                    :
        **Debtors.**            :        **(Jointly Administered)**
                                                    :
-----------------------------------------------------------------x

### ORDER ESTIMATING MAXIMUM AMOUNT OF CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

Upon the Motion, dated February 11, 2011 (the "**Motion**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section[s] 105(a), 502(c), and 1142(b) of

title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order estimating the

maximum amount of certain partially unliquidated Claims, or potential Claims, which are not yet

Allowed (collectively, the "**Estimated Claims**"), for reserve purposes under Article VII of the

Debtors' proposed Amended Joint Chapter 11 Plan (the "**Plan**"), in or, all as more fully

described in the Motion; and due and proper notice of the Motion having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the Estimated Claims identified on **Exhibit 1** annexed hereto are hereby estimated in the maximum amounts set forth thereon for purposes of determining the reserves to be set for these claims under the Plan; and it is further

ORDERED that the estimated amounts set forth for each Estimated Claim listed on **Exhibit 1** are the maximum amounts for which the Estimated Claims can be allowed in the bankruptcy proceeding regardless of the outcome of any pending objection or defense to the claim, state or federal court litigation, or other proceeding; and it is further

ORDERED that the estimation of the Estimated Claims is not deemed to establish the maximum allowed amount of any such Estimated Claim for any purpose unrelated to determining the distributions to be made pursuant to the Plan and maintaining reserves therefore; and it is further

ORDERED that the estimation of the Estimated Claims is without prejudice to the rights, defenses and objections of the Debtors to the merits of the Estimated Claims and that by estimating the Estimated Claims, the Debtors and this Court are not making a determination that the Debtors or the Debtors' estate are liable on account of the Estimated Claims in any amount; and it is further

ORDERED that the rights of the Debtors and the GUC Trust Administrator to object to, and defend against, the Estimated Claims are fully preserved; and it is further

ORDERED that the estimation of the Estimated Claims is without prejudice to the Debtors' ability to seek relief from the Court to disallow any Estimated Claim or to fix the

allowed amount of any Estimated Claim in accordance with the Plan and the Bankruptcy Code in

an amount less than or equal to the estimated amounts set forth on **Exhibit 1**, however, in no

event shall the allowed amount of any Estimated Claim exceed the estimated amount set forth on

**Exhibit 1** for such Estimated Claim for purposes of distributions or reserves under the Plan; and

it is further

ORDERED that the Estimated Claims are "Disputed Claims" under the Plan and

shall remain so unless and until they are disallowed or become "Allowed Claims" under the

Plan; and it is further

ORDERED that the relief granted in this Order is contingent on confirmation of

the Plan, and in the event the Plan is not confirmed, any relief granted in this Order shall be

deemed void; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       [_____], 2011


_____
Honorable Robert E. Gerber
United States Bankruptcy Judge

# EXHIBIT B

## ENVIRONMENTAL CLAIMS

**Partially Unliquidated Claims Estimation Motion**

**Exhibit B - Environmental Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ASHLAND INC<br>C/O DAVID L RIESER<br>77 WEST WACKER DRIVE<br>SUITE 4100<br>CHICAGO, IL 60601 | 66746 | Motors Liquidation Company | $2,570,001.05 | Partially Unliquidated claims | *Under Objection* |
| BASF CORPORATION<br>ATTN: DAVID P SCHNEIDER ESQ<br>BRESSLER AMERY & ROSS PC<br>PO BOX 1980<br>MORRISTOWN, NJ 07962 | 59198 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BASF CORPORATION<br>C/O BRESSLER AMERY & ROSS PC<br>ATTN DAVID P SCHNEIDER ESQ<br>PO BOX 1980<br>MORRISTOWN, NJ 07962 | 69934 | Remediation And Liability Management Company, Inc. | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BAY AREA DRUM AD HOC PRP GROUP<br>C/O NICHOLAS W VAN AELSTYN BEVERIDGE DIAMOND PC<br>456 MONTGOMERY STREET STE 1800<br>SAN FRANCISCO, CA 94104 | 59974 | Motors Liquidation Company | $30,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | 36709 | Motors Liquidation Company | $35,000,000.00 | Partially Unliquidated claims | *Under Objection* |
| BOARD OF COUNTY COMMISSIONERS LUCAS CO OH<br>ONE GOVERNMENT CENTER<br>SUITE 800<br>TOLEDO, OH 43604<br>UNITED STATES OF AMERICA | 29620 | Motors Liquidation Company | $19,641,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BORG WARNER INC<br>ATTN THOMAS D LUPO<br>WILLIAMS MONTGOMERY & JOHN LTD<br>233 S WACKER DR SUITE 6100<br>CHICAGO, IL 60606 | 16557 | Motors Liquidation Company | $1,200,000.00 | Partially Unliquidated claims | *Under Objection* |
| BRISTOL CENTER LLC<br>BLDG MANAGEMENT CO INC<br>ATTN DONALD OLENICK<br>417 FIFTH AVE  4TH FL<br>NEW YORK, NY 10016 | 59748 | Motors Liquidation Company | $5,025,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BROWNING-FERRIS INDUSTRIES OF OHIO INC<br>ATTN: STEPHEN K DEXTER<br>LATHROP & GAGE LLP<br>370 17TH ST STE 4650<br>DENVER, CO 80202 | 59199 | Motors Liquidation Company | $99,666.67 | Partially Unliquidated claims | *Under Objection* |
| CARGILL, INCORPORATED CARGILL, INCORPORATED<br>C/O MARK ERZEN<br>KARAGANIS WHITE & MAGEL LTD<br>1 N WACKER DR STE 4400<br>CHICAGO, IL 60606 | 63800 | Motors Liquidation Company | $3,905,462.00 | Partially Unliquidated claims | *Under Objection* |
| CASMALIA RESOURCES SITE STEERING COMMITTEE<br>C/O MELISSA MURRAY ESQ, BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006 | 51380 | Motors Liquidation Company | $106,900,000.00 | Partially Unliquidated claims | *Under Objection* |
| CENTERPOINT PROP TRUST, AS CORP SUCCESSOR TO CENTERPOINT PROP CORP & CENTERPOINT REALTY SERVICES COR<br>J MARK FISHER / JASON M TORF<br>SCHIFF HARDIN LLP<br>233 S WACKER DR SUITE 6600<br>CHICAGO, IL 60606 | 69382 | Motors Liquidation Company | $13,514,975.34 | Partially Unliquidated claims | *Remaining Claim* |
| CHEMCLENE SITE DEFENSE GROUP<br>C/O LANGSAM STEVENS & MORRIS<br>1616 WALNUT ST STE 612<br>PHILADELPHIA, PA 19103 | 59696 | Motors Liquidation Company | $401,983.50 | Partially Unliquidated claims | *Under Objection* |
| CITY OF LIVONIA MICHIGAN<br>DEPARTMENT OF LAW<br>33000 CIVIC CENTER DR<br>LIVONIA, MI 48154 | 59021 | Motors Liquidation Company | $10,769,541.00 | Partially Unliquidated claims | *Remaining Claim* |
| COLONIAL PIPELINE COMPANY<br>GENERAL COUNSEL'S OFFICE<br>1185 SANCTUARY PARKWAY, SUITE 100<br>ALPHARETTA, GA 30009 | 66208 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| D. A. STUART COMPANY<br>C/O EUGENE CARLINE<br>HOUGHTON INTERNATIONAL<br>MADISON & VAN BUREN AVE.<br>PO BOX 930<br>VALLEY FORGE, PA 19482<br>UNITED STATES OF AMERICA | 26797 | Motors Liquidation Company | $84,300.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion    **Exhibit B - Environmental Claims**    <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| DEKALB COUNTY<br>C/O GEORGE F SANDERSON III<br>ELLIS & WINTERS LLP<br>PO BOX 33550<br>RALEIGH, NC 27636 | 59083 | Motors Liquidation Company | $689,933.07 | Partially Unliquidated claims | *Remaining Claim* |
| DUANE MARINE STEERING COMMITTEE (ON BEHALF OF DUANE MARINE PRP GROUP)<br>C/O NORMAN W BERSTEIN ESQ<br>NW BERNSTEIN & ASSOCIATES LLC<br>800 WESTCHESTER AVE N319<br>RYE BROOK, NY 10573 | 59686 | Motors Liquidation Company | $35,126.07 | Partially Unliquidated claims | *Remaining Claim* |
| EDGEWATER SITE ADMINISTRATIVE GROUP<br>ATTN  PAUL G MCCUSKER ESQ<br>C/O MCCUSKER ANSELM ROSEN AND CARVELLI<br>210 PARK AVENUE SUITE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | 58621 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| EXXON MOBIL CORPORATION<br>ANDREW E ANSELMI ESQ<br>MCCUSKER ANSELMI ROSEN AND CARVELLI PC<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | 59637 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| EXXON MOBIL CORPORATION<br>ATTN PAUL G MCCUSKER ESQ<br>MCCUSKER ANSELMI ROSEN & CARVELLI<br>210 PARK AVENUE STE 301<br>PO BOX 240<br>FLORHAM PARK, NJ 07932 | 59857 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| GENERAL DYNAMICS CORPORATION<br>NORMAN W BERNSTEIN ESQ<br>N.W. BERNSTEIN & ASSOCIATES LLC<br>800 WESTCHESTER AVENUE STE N319<br>RYE BROOK, NY 10573 | 48440 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| GENERAL DYNAMICS LAND SYSTEMS INC<br>MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER<br>1735 MARKET STREET SUITE 700<br>PHILADELPHIA, PA 19103<br>UNITED STATES OF AMERICA | 44294 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>C/O EHS COUNSEL<br>APPLIANCE PARK, AP2-225<br>LOUISVILLE, KY 40225<br>UNITED STATES OF AMERICA | 44837 | Motors Liquidation Company | $1,017,000.00 | Partially Unliquidated claims | *Under Objection* |
| GEORGIA WASTE SYSTEMS, INC<br>C/O GEORGE F SANDERSON III<br>ELLIS & WINTERS LLP<br>PO BOX 33550<br>RALEIGH, NC 27636 | 59080 | Motors Liquidation Company | $258,804.68 | Partially Unliquidated claims | *Remaining Claim* |
| GOODRICH CORPORATION<br>C/O POLYONE CORP<br>ATTN: RICHARD E HAHN, ASST SEC<br>33587 WALKER ROAD<br>AVON LAKE, OH 44012 | 59065 | Motors Liquidation Company | $119,384.06 | Partially Unliquidated claims | *Under Objection* |
| HOBART CORPORATION<br>KRISTIN B MAYHEW<br>POPE & HAZARD LLP<br>30 JEILIFF LANE<br>SOUTHPORT, CT 06890 | 59841 | Motors Liquidation Company | $3,300,000.00 | Partially Unliquidated claims | *Under Objection* |
| HOLLIDAY REMEDIATION TASK FORCE<br>LISA A EPPS & JAMES T. PRICE<br>SPENCER FANE BRITT & BROWNE LLP<br>C/O DOEPKE-HOLLIDAY SUPERFUND SITE<br>1000 WALNUT ST STE 1400<br>KANSAS CITY, MO 64106 | 45843 | Motors Liquidation Company | $3,341,600.00 | Partially Unliquidated claims | *Under Objection* |
| HONEYWELL INTERNATIONAL INC<br>ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL<br>101 COLUMBIA ROAD<br>MORRISTOWN, NJ 07962 | 46498 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| HONEYWELL INTERNATIONAL INC.<br>ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL<br>101 COLUMBIA ROAD<br>MORRISTOWN, NJ 07962<br>UNITED STATES OF AMERICA | 45831 | Motors Liquidation Company | $84,300.00 | Partially Unliquidated claims | *Remaining Claim* |
| ILCO SITE REMEDIATION GROUP<br>C/O DONALD WORKMAN & CHRISTOPHER GIAIMO<br>BAKER & HOSTETLER, LLP<br>1050 CONNECTICUT AVE., STE 1100<br>WASHINGTON, DC 20036 | 18029 | Motors Liquidation Company | $5,096,773.48 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ILLINOIS ENVIRONMENTAL PROTECTION AGENCY<br>JAMES L MORGAN, ASSISTANT ATTORNEY GENERAL<br>ENVIRONMENTAL BUREAU<br>500 SOUTH SECOND STREET<br>SPRINGFIELD, IL 62706 | 44875 | Motors Liquidation Company | $3,100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| ILLINOIS TOOL WORKS INC<br>KRISTIN B MAYHEW<br>POPE & HAZARD LLP<br>30 JAILIFF LANE<br>SOUTHPORT, CT 06890 | 59842 | Motors Liquidation Company | $3,300,000.00 | Partially Unliquidated claims | *Under Objection* |
| INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br>ATTN TIMOTHY J JUNK DAG<br>100 N SENATE AVE<br>MAIL CODE 60-1<br>INDIANAPOLIS, IN 46204 | 59181 | Motors Liquidation Company | $72,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| ITW FOOD EQUIPMENT GROUP LLC<br>KRISTIN B MAYHEW<br>PEPE & HAZARD LLP<br>30 JELLIFF LANE<br>SOUTHPORT, CT 06690<br>UNITED STATES OF AMERICA | 59698 | Motors Liquidation Company | $3,300,000.00 | Partially Unliquidated claims | *Under Objection* |
| JIS PERFORMING PARTY GROUP<br>BASF CORP BRISTOL MYERS SQUIBB CO ET AL<br>C/O MARY W KOKS, MUNSCH HARDT KOPF HARR PC<br>700 LOUISIANA #4600<br>HOUSTON, TX 77002 | 1273 | Motors Liquidation Company | $7,053,636.00 | Partially Unliquidated claims | *Under Objection* |
| KELSEY HAYES COMPANY<br>KRISTIN B MAYHEW<br>POPE & HAZARD LLP<br>30 JEILIFF LANE<br>SOUTHPORT, CT 06890 | 59843 | Motors Liquidation Company | $3,300,000.00 | Partially Unliquidated claims | *Under Objection* |
| KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER CORPORATION<br>C/O SCOTT D BLACKHURST<br>KELSEY-HAYES COMPANY<br>12001 TECH CENTER DRIVE<br>LIVONIA, MI 48150 | 60991 | Motors Liquidation Company | $2,672,153.45 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| LOCKHEED MARTIN CORPORATION<br>C/O HANGLEY ARONCHICK SEGAL & PUDLIN<br>ATTN MATTHEW A HAMERMESH ESQ & STEVEN T MIANO ESQ<br>ONE LOGAN SQUARE 27TH FLOOR<br>PHILADELPHIA, PA 19103<br>UNITED STATES OF AMERICA | 43846 | Motors Liquidation Company | $12,498,818.63 | Partially Unliquidated claims | *Under Objection* |
| MALLINCKRODT INC<br>C/O JONATHAN ERIC BERRY, ESQ<br>HUSCH BLACKWELL SANDERS LLP<br>190 CARONDELET PLAZA SUITE 600<br>ST LOUIS, MO 63105<br>UNITED STATES OF AMERICA | 51339 | Motors Liquidation Company | $729,600.00 | Partially Unliquidated claims | *Under Objection* |
| MANPOWER INC<br>C/O DAVID L RIESER<br>77 WEST WACKER DRIVE<br>SUITE 4100<br>CHICAGO, IL 60601 | 66747 | Motors Liquidation Company | $2,570,001.05 | Partially Unliquidated claims | *Under Objection* |
| MARION BRAGG GROUP<br>C/O JOHN HANSON<br>BEVERIDGE & DIAMOND PC<br>1350 I STREET NW SUITE 700<br>WASHINGTON, DC 20005 | 50145 | Motors Liquidation Company | $131,871.00 | Partially Unliquidated claims | *Under Objection* |
| MARK HYLAND<br>BUREAU OF REMEDIATION AND WASTE MANAGEMENT<br>DEPT OF ENVIRONMENTAL PROTECTION<br>17 STATE HOUSE STATION 28 TYSON DRIVE<br>AUGUSTA, ME 04333 | 49692 | Motors Liquidation Company | $389,721.50 | Partially Unliquidated claims | *Remaining Claim* |
| MEADWESTVACO CORPORATION<br>C/O GEORGE F SANDERSON III<br>ELLIS & WINTERS LLP<br>PO BOX 33550<br>RALEIGH, NC 27636 | 59077 | Motors Liquidation Company | $31,911.80 | Partially Unliquidated claims | *Remaining Claim* |
| MEMBERS OF THE BEMS GENERATOR GROUP<br>JOHN R EMBICK ESQ<br>C/O JOHN R EMBICK PLLC<br>PO BOX 5234<br>WEST CHESTER, PA 19380 | 63378 | Motors Liquidation Company | $1,500.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP AN UNINCORPORATED ASSOCIATION BY ITS CHAIRMAN A TIMOTHY WEBSTER C/O WEBSTER SZANYI LLP 1400 LIBERTY BLDG 424 MAIN STREET BUFFALO, NY 14202 | 43904 | Motors Liquidation Company | $1,398,000.00 | Partially Unliquidated claims | *Under Objection* |
| METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (MARTA) C/O GEORGE F SANDERSON III ELLIS & WINTERS LLP PO BOX 33550 RALEIGH, NC 27636 | 59079 | Motors Liquidation Company | $95,735.39 | Partially Unliquidated claims | *Remaining Claim* |
| MISSOURI DEPARTMENT OF NATURAL RESOURCES JEFF KLUSMEIER ATTORNEY GENERALS OFFICE PO BOX 899 JEFFERSON CITY, MO 65102 | 60898 | Motors Liquidation Company | $544,261.08 | Partially Unliquidated claims | *Remaining Claim* |
| MONTGOMERY CTY, OHIO & THE MONTGOMERY CTY SOLID WASTE DIST.   DOUGLAS TROUT, ESQUIRE DAYTON-MONTGOMERY COUNTY COURTS BLDG 301 W THIRD STREET DAYTON, OH 45402 UNITED STATES OF AMERICA | 47972 | Motors Liquidation Company | $463,038.38 | Partially Unliquidated claims | *Remaining Claim* |
| NCR CORPORATION MATTHEW A HAMERMESH ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN ONE LOGAN SQUARE 27TH FLOOR PHILADELPHIA, PA 19103 | 59910 | Motors Liquidation Company | $3,300,000.00 | Partially Unliquidated claims | *Under Objection* |
| NCR CORPORATION MATTHEW A HAMERMESH ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN ONE LOGAN SQUARE 27TH FLOOR PHILADELPHIA, PA 19103 | 59911 | Motors Liquidation Company | $1,634,368.92 | Partially Unliquidated claims | *Under Objection* |
| NCR CORPORATION ATTN: MATTHEW A HAMERMESH, ESQ HANGLEY ARONCHICK SEGAL & PUDLIN ONE LOGAN SQUARE, 27TH FL PHILADELPHIA, PA 19103 | 59913 | Motors Liquidation Company | $32,204,771.43 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion          **Exhibit B - Environmental Claims**          Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION C/O ATTORNEY GENERAL OF NEW JERSEY ATTN RACHEL JEANNE LEHR RICHARD J HUGHES JUSTICE COMPLEX 25 MARKET STREET PO BOX 093 TRENTON, NJ 08625 | 44869 | Motors Liquidation Company | $105,955,131.12 | Partially Unliquidated claims | *Remaining Claim* |
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID C/O HISCOCK & BARCLAY LLP ONE PARK PLACE  300 SOUTH STATE ST ATTN: SUSAN R KATZOFF ESQ SYRACUSE, NY 13202 | 50148 | Motors Liquidation Company | $317,871.62 | Partially Unliquidated claims | *Under Objection* |
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID C/O HISCOCK & BARCLAY, LLP ATTN: SUSAN R KATZOFF, ESQ ONE PARK PLACE, 300 SOUTH STATE STREET SYRACUSE, NY 13202 UNITED STATES OF AMERICA | 50660 | Motors Liquidation Company | $10,833,333.34 | Partially Unliquidated claims | *Under Objection* |
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID C/O HISCOCK & BARCLAY LLP ONE PARK PLACE 300 SOUTH STATE STREET ATTN: SUSAN R. KATZOFF, ESQ. SYRACUSE, NY 13202 | 48499 | Motors Liquidation Company | $463,000,000.00 | Partially Unliquidated claims | *Under Objection* |
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID C/O HISCOCK & BARCLAY LLP ATTN SUSAN R KATZOFF ESQ ONE PARK PLACE, 300 SOUTH STATE STREET SYRACUSE, NY 13202 | 70242 | Motors Liquidation Company | $130,500.00 | Partially Unliquidated claims | *Remaining Claim* |
| NL INDUSTRIES INCORPORATED C/O TRACEE THOMAS 5430 LBJ FREEWAY, SUITE 1700 DALLAS, TX 75240 UNITED STATES OF AMERICA | 47946 | Motors Liquidation Company | $30,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NL INDUSTRIES INCORPORATED TRACEE THOMAS 5430 LBJ FREEWAY SUITE 1700 DALLAS, TX 75240 | 47947 | Motors Liquidation Company | $30,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| NORTH SHORE GAS COMPANY<br>C/O STEPHEN H ARMSTRONG<br>JENNER & BLOCK LLP<br>353 N CLARK STREET<br>CHICAGO, IL 60654 | 59076 | Motors Liquidation Company | $17,207,531.22 | Partially Unliquidated claims | *Under Objection* |
| NORTHROP GRUMMAN CORPORATION<br>C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ<br>PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP<br>333 EARLE OVINGTON BLVD SUITE 1010<br>UNIONDALE, NY 11553 | 65762 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.<br>C/O GABRIEL CALVO<br>7555 COLSHIRE DRIVE<br>M/S C-4S1<br>MCLEAN, VA 22102<br>UNITED STATES OF AMERICA | 64595 | Motors Liquidation Company | $667,638.55 | Partially Unliquidated claims | *Under Objection* |
| NORTHSIDE SANITARY LANDFILL TR<br>C/O BARNES & THORNBURG<br>ATTN JOHN KYLE<br>11 S MERIDIAN STREET<br>INDIANAPOLIS, IN 46204 | 17251 | Motors Liquidation Company | $276,600.00 | Partially Unliquidated claims | *Remaining Claim* |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION<br>MAUREEN F LEARY ESQ<br>ASSISTANT ATTORNEY GENERAL, ENVIRONMENTAL PROTECTION BUREAU<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITAL<br>ALBANY, NY 12224<br>UNITED STATES OF AMERICA | 50588 | Motors Liquidation Company | $11,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION<br>ENVIRONMENTAL PROTECTION BUREAU - OFFICE OF THE ATTORNEY GENERAL<br>ATTN MAUREEN F LEARY ESQ ASSISTANT ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 | 69444 | Environmental Corporate Remediation Company, Inc. | $480,250.00 | Partially Unliquidated claims | *Remaining Claim* |
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>MICHELLE T SUTTER, ASSISTANT ATTORNEY GENERAL<br>30 EAST BROAD STREET 25TH FLOOR<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50678 | Motors Liquidation Company | $55,363,540.90 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion     **Exhibit B - Environmental Claims**     <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| OIL STEERING COMMITTEE<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN LLP<br>445 S FIGUEROA STREET 31ST FLOOR<br>LOS ANGELES, CA 90071 | 45842 | Motors Liquidation Company | $4,673,008.00 | Partially Unliquidated claims | *Under Objection* |
| ONONDAGA COUNTY NEW YORK<br>LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY<br>JOHN H MULROY CIVIC CENTER 10TH FLOOR<br>421 MONTGOMERY STREET<br>SYRACUSE, NY 13202 | 51099 | Motors Liquidation Company | $12,498,817.00 | Partially Unliquidated claims | *Remaining Claim* |
| OWENS-ILLINOIS, INC.<br>C/O SUSAN SMITH<br>THREE O-I PLAZA<br>ONE MICHAEL OWENS WAY<br>PERRYSBURG, OH 43551<br>UNITED STATES OF AMERICA | 30281 | Motors Liquidation Company | $84,300.00 | Partially Unliquidated claims | *Remaining Claim* |
| PETROLEUM TANK CLEANERS, INC<br>BEVERIDGE & DIAMOND, PC<br>ATT  MICHAEL MURPHY ESQ<br>477 MADISON AVENUE 15TH FLOOR<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA | 59071 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| PHARMACIA CORPORATION BY ITS ATTORNEY IN FACT<br>MONSANTO COMPANY<br>C/O JONATHAN ERIC BERRY ESQ<br>HUSCH BLACKWELL SANDERS LLP<br>190 CARONDELET PLAZA SUITE 600<br>ST LOUIS, MO 63105 | 46610 | Motors Liquidation Company | $729,600.00 | Partially Unliquidated claims | *Under Objection* |
| QUANTA RESOURCES CORP<br>C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | 67107 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| QUANTA RESOURCES CORP<br>ALLEN G REITER, ESQ<br>JAMES M SULLIVAN ESQ<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | 67111 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion | Exhibit B - Environmental Claims | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| REICHHOLD INC<br>C/O DAVID FLYNN<br>PHILLIPS LYTLE LLP<br>3400 HSBC CENTER<br>BUFFALO, NY 14203 | 44880 | Motors Liquidation Company | $56,712.00 | Partially Unliquidated claims | *Remaining Claim* |
| REYNOLDS METALS COMPANY<br>ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022 | 49513 | Motors Liquidation Company | $84,300.00 | Partially Unliquidated claims | *Remaining Claim* |
| ROBERT A GLADSTONE, ON BEHALF OF THE CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648 | 1225 | Motors Liquidation Company | $10,100,554.50 | Partially Unliquidated claims | *Under Objection* |
| ROCKWELL AUTOMATION INC<br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102 | 59007 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| ROTH GLOBAL PLASTICS INC<br>C/O HARTER SECREST & EMERY LLP (JRW)<br>1600 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604 | 64854 | Motors Liquidation Company | $43,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SC JOHNSON & SON INC ET AL<br>C/O LINDA E BENFIELD AS HUNT'S SITE TRUSTEE<br>FOLEY & LARDNER LLP<br>777 E WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | 60563 | Motors Liquidation Company | $147,114.19 | Partially Unliquidated claims | *Remaining Claim* |
| SCP CARLSTADT PRP GROUP<br>C/O WILLIAM L. WARREN<br>DRINKER BIDDLE & REATH LLP<br>105 COLLEGE ROAD EAST<br>P.O. BOX 627<br>PRINCETON, NJ 08542<br>UNITED STATES OF AMERICA | 43878 | Motors Liquidation Company | $81,869.00 | Partially Unliquidated claims | *Under Objection* |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| SEALAND SUPERFUND SITE REMEDIATION TRUST<br>ATTN DAVID L COOK ESQ<br>NIXON PEABODY LLP<br>1100 CLINTON SQUARE<br>ROCHESTER, NY 14604 | 51022 | Motors Liquidation Company | $291,171.60 | Partially Unliquidated claims | *Under Objection* |
| SEARS ROEBUCK & CO<br>C/O GEORGE F SANDERSON III<br>ELLIS & WINTERS LLP<br>PO BOX 33550<br>RALEIGH, NC 27636 | 59078 | Motors Liquidation Company | $63,823.60 | Partially Unliquidated claims | *Remaining Claim* |
| SKINNER LANDFILL SITE PRP GROUP<br>C/O MICHAEL J O'CALLAGHAN<br>SHUMAKER, LOOP & KENDRICK LLP<br>41 S HIGH ST STE 2400<br>COLUMBUS, OH 43215 | 65679 | Motors Liquidation Company | $442,763.05 | Partially Unliquidated claims | *Remaining Claim* |
| SOLUTIA INC.<br>C/O JOHN COLLINS<br>HUSCH BLACKWELL SANDERS LLP<br>190 CARONDELET PLAZA<br>SUITE 600<br>ST. LOUIS, MO 63105 | 22393 | Motors Liquidation Company | $40,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| STATE OF ARKANSAS/ADEQ<br>ARKANSAS ATTORNEY GENERAL<br>ATTN KENDRA AKIN JONES<br>323 CENTER STREET STE 400<br>LITTLE ROCK, AR 72201 | 59318 | Motors Liquidation Company | $189,755.00 | Partially Unliquidated claims | *Remaining Claim* |
| STATE OF MD DEPT OF THE ENVIRONMENT<br>HORACIO TABLADA DIRECTOR OF LMA<br>MARYLAND DEPARTMENT OF THE ENVIRONMENT<br>1800 WASHINGTON BLVD<br>BALTIMORE, MD 21230 | 49515 | Motors Liquidation Company | $1,458,311.40 | Partially Unliquidated claims | *Remaining Claim* |
| STATE OF NC DENR DIVISION OF WASTE MANAGEMENT<br>JOHN G REEN JR ESQ<br>NC OFFICE OF ATTORNEY GENERAL<br>ENVIRONMENTAL DIVISION<br>POST OFFICE BOX 629<br>RALEIGH, NC 27602<br>UNITED STATES OF AMERICA | 44292 | Motors Liquidation Company | $631,060.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| STATE OF NC DENR-DIVISION OF WASTE MANAGEMENT<br>JOHN R GREEN JR, ESQ<br>NC OFFICE OF ATTORNEY GENERAL<br>ENVIRONMENTAL DIVISION<br>POST OFFICE BOX 629<br>RALEIGH, NC 27602<br>UNITED STATES OF AMERICA | 44293 | Motors Liquidation Company | $97,913.20 | Partially Unliquidated claims | *Remaining Claim* |
| STATE OF RHODE ISLAND<br>DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br>TERENCE J TIERNEY S A A G<br>DEPARTMENT OF ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | 46174 | Motors Liquidation Company | $625,230.00 | Partially Unliquidated claims | *Remaining Claim* |
| STATE OF WISCONSIN DEPARTMENT OF NATURAL RESOURCES<br>C/O WILLIAM H RAMSEY, ASSISTANT ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>PO BOX 7857<br>MADISON, WI 53707 | 44759 | Motors Liquidation Company | $4,070,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| STEPAN COMPANY<br>ATTN TIMOTHY W GARVEY ESQ<br>LATSHA DAVIS YOHE & MCKENNA P C<br>350 EAGLEVIEW BLVD SUITE 100<br>EXTON, PA 19341 | 1458 | Motors Liquidation Company | $10,100,000.00 | Partially Unliquidated claims | *Under Objection* |
| SUBSCRIBING PARTIES TO THE CHEMSOL SUPERFUND SITE TRUST FUND<br>C/O WILLIAM H HYATT JR, ESQ<br>K&L GATES LLP<br>ONE NEWARK CENTER TENTH FLOOR<br>NEWARK, NJ 07102 | 58958 | Motors Liquidation Company | $436,450.00 | Partially Unliquidated claims | *Remaining Claim* |
| SUNRISE LANDFILL SITE PRP GROUP<br>MICHEL O'NEAL<br>WARNER NORCROSS & JUDD LLP<br>900 FIFTH THIRD CENTER, 111 LYON ST NW<br>GRAND RAPIDS, MI 49503 | 16675 | Motors Liquidation Company | $3,296,656.00 | Partially Unliquidated claims | *Remaining Claim* |
| SYRACUSE CHINA COMPANY<br>C/O DUSTIN P ORDWAY ESQ<br>ORDWAY LAW FIRM<br>300 OTTAWA AVENUE NW SUITE 801<br>GRAND RAPIDS, MI 49503 | 59968 | Motors Liquidation Company | $12,498,818.63 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit B - Environmental Claims**

Partially Unliquidated Claims Estimation Motion

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| THE CITY OF ANDERSON INDIANA<br>ATTN GARY MCKINNEY<br>120 EAST 8TH STREET<br>PO BOX 2100<br>ANDERSON, IN 46018 | 61009 | Motors Liquidation Company | $4,200,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| THE PROCTER & GAMBLE CO<br>ATTN: JOHN B PERSIANI<br>DINSMORE & SHOHL LLP<br>255 E 5TH ST  STE 1900<br>CINCINNATI, OH 45202 | 44839 | Motors Liquidation Company | $60,556,000.00 | Partially Unliquidated claims | *Under Objection* |
| THE QUAKER OATS COMPANY<br>ATTN LARS S JOHNSON ESQ VP - QTG/PCNA PATENT &<br>ENVIRONMENTAL LAW<br>PEPSICO CHICAGO<br>555 W MONROE ST MAIL CODE 11-12<br>CHICAGO, IL 60661 | 66214 | Motors Liquidation Company | $2,570,001.05 | Partially Unliquidated claims | *Under Objection* |
| THE STANLEY WORKS<br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER  17TH FL<br>NEWARK, NJ 07102 | 51141 | Motors Liquidation Company | $4,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| THE STANLEY WORKS<br>ATTN IRVIN M FREILICH<br>ROBERTSON FREILICH BRUNO & COHEN LLC<br>1 GATEWAY CENTER 17TH FL<br>NEWARK, NJ 07102 | 59008 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| TOWN OF SALINA<br>ATTN: FRANK C PAVIA<br>HARRIS BEACH PLLC<br>99 GARNSEY RD<br>PITTSFORD, NY 14534 | 47952 | Motors Liquidation Company | $10,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| UNITED STATES OF AMERICA<br>C/O UNITED STATES ATTORNEY'S OFFICE<br>NATALIE N KUEHLER, AUSA<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 | 64064 | Motors Liquidation Company | $2,024,258,337.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP<br>WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL<br>UNITED TECHNOLOGIES CORP<br>ONE FINANCIAL PLAZA MS 524<br>HARTFORD, CT 06103 | 59874 | Motors Liquidation Company | $12,498,818.63 | Partially Unliquidated claims | *Under Objection* |
| UNITED TECHNOLOGIES CORPORATION, ON BEHALF OF ITS FORMER SUBSIDIARY ESSEX GROUP INC<br>ATTN: WILLIAM F LEIKIN ESQ ASSISTANT GENERAL COUNSEL<br>UNITED TECHNOLOGIES CORP<br>ONE FINANCIAL PLAZA MS 524<br>HARTOFRD, CT 06103 | 59872 | Motors Liquidation Company | $42,519.00 | Partially Unliquidated claims | *Under Objection* |
| UNIVAR USA INC<br>UNIVAR USA INC C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVENUE 18TH FLOOR<br>SEATTLE, WA 98101 | 64812 | Motors Liquidation Company | $30,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| UNIVAR USA INC<br>C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 2ND AVE  18TH FL<br>SEATTLE, WA 98101 | 64813 | Motors Liquidation Company | $30,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| UNIVAR USA INC<br>C/O LESLIE R SCHENCK<br>GARVEY SCHUBERT BARER<br>1191 SECOND AVE  18TH FL<br>SEATTLE, WA 98101 | 64814 | Motors Liquidation Company | $5,000,000.00 | Partially Unliquidated claims | *Under Objection* |
| VALLEYCREST LANDFILL SITE GROUP<br>ATTN: JOHN B PERSIANI<br>DINSMORE & SHOHL LLP<br>255 E 5TH ST, STE 1900<br>CINCINNATI, OH 45202<br>UNITED STATES OF AMERICA | 50584 | Motors Liquidation Company | $287,636.00 | Partially Unliquidated claims | *Under Objection* |
| VALLEYCREST LANDFILL SITE GROUP MEMBERS<br>ATTN JOHN B PERSIANI<br>DINSMORE & SHOHL LLP<br>255 E 5TH ST STE 1900<br>CINCINNATI, OH 45202 | 50586 | Motors Liquidation Company | $12,270,740.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit B - Environmental Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| WASTE MANAGEMENT OF OHIO INC<br>C/O JACQUOLYN E MILLS<br>1001 FANNIN STREET SUITE 4000<br>HOUSTON, TX 77002 | 64540 | Motors Liquidation Company | $60,556,000.00 | Partially Unliquidated claims | *Under Objection* |
| WASTE MANAGEMENT OF OHIO INC<br>C/O JACQUOLYN E MILLS<br>1001 FANNIN STREET SUITE 4000<br>HOUSTON, TX 77002 | 64541 | Motors Liquidation Company | $2,423,000.00 | Partially Unliquidated claims | *Under Objection* |
| WASTE MANAGEMENT OF OHIO INC<br>C/O JACQUOLYN E MILLS<br>1001 FANNIN STREET SUITE 4000<br>HOUSTON, TX 77002 | 64542 | Motors Liquidation Company | $12,270,000.00 | Partially Unliquidated claims | *Under Objection* |
| WASTE-STREAM, INC<br>ATTN: GENERAL COUNSEL (RE: POTSDAM SITE)<br>C/O CASELLA WAST SYSTEMS, INC<br>25 GREENS HILL LN<br>RUTLAND, VT 05701<br>UNITED STATES OF AMERICA | 66754 | Motors Liquidation Company | $30,920,000.00 | Partially Unliquidated claims | *Under Objection* |
| WATER SERVICES DEPT OF MONTGOMERY COUNTY OHIO<br>DOUGLAS TROUT ESQUIRE<br>DAYTON-MONTGOMERY COUNTY COURTS BLDG<br>301 W THIRD STREET<br>DAYTON, OH 45402 | 47971 | Motors Liquidation Company | $23,120.00 | Partially Unliquidated claims | *Remaining Claim* |
| YOSEMITE CREEK PRP GROUP<br>C/O NICHOLAS W. VAN AELSTYN<br>BEVERIDGE& DIAMOND PC<br>456 MONTGOMERY STREET, SUITE 1800<br>SAN FRANCISCO, CA 94104<br>UNITED STATES OF AMERICA | 59918 | Motors Liquidation Company | $30,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# **EXHIBIT C**

**LITIGATION CLAIMS**

Partially Unliquidated Claims Estimation Motion
**Exhibit C - Litigation Claims**
Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ANITA M KEDAS<br>ALEX R KEDAS<br>310 N J ST<br>TILTON, IL 61833 | 69835 | Remediation And Liability Management Company, Inc. | $1,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BEJARANO, JOSE<br>WAGNER COOK FREIBERGER & WASHIENKO LLC<br>18 TREMONT ST STE 903<br>BOSTON, MA 02108 | 28091 | Motors Liquidation Company | $300,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| FAST TEK GROUP LLC<br>9850 E 30TH ST<br>INDIANAPOLIS, IN 46229 | 21248 | Motors Liquidation Company | $2,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| GIRARD GIBBS LLP (COURT-APPROVED CLASS COUNSEL)<br>ATTN A J DE BARTOLOMEO ESQ<br>COURT-APPROVED CLASS COUNSEL IN JASON ANDERSON V GENERAL MOTORS CORP<br>601 CALIFORNIA ST SUITE 1400<br>SAN FRANCISCO, CA 94108 | 51093 | Motors Liquidation Company | $10,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| GIRARD GIBBS LLP (COURT-APPROVED CLASS COUNSEL)<br>ATTN A J DE BARTOLOMEO ESQ<br>COURT-APPROVED CLASS COUNSEL IN GENERAL MOTORS DEX-COOL/GASKET CASES<br>601 CALIFORNIA ST SUITE 1400<br>SAN FRANCISCO, CA 94108 | 51095 | Motors Liquidation Company | $3,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| GREENE & REID<br>ATTN: DAVID MATT, JASON SMITH & BONITA STEVENS<br>173 INTREPID LN<br>SYRACUSE, NY 13205 | 58985 | Motors Liquidation Company | $6,845.62 | Partially Unliquidated claims | *Under Objection* |
| HARVEY WASHBURN SALES INC<br>C/O SCOTT E STEVENS<br>P O BOX 807<br>LONGVIEW, TX 75606 | 47950 | Motors Liquidation Company | $2,500,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| HETZER, MICHAEL A<br>2664 DARKE CT<br>CINCINNATI, OH 45233 | 15016 | Motors Liquidation Company | $2,900.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion                    **Exhibit C - Litigation Claims**                    Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| HIGH POINT INS CO<br>C/O ANDREA HEMSCHOOT ESQ<br>LAW OFFICE OF DEBRA HART<br>303 FELLOWSHIP RD STE 300<br>MT LAUREL, NJ 08054 | 30854 | Motors Liquidation Company | $16,071.13 | Partially Unliquidated claims | *Remaining Claim* |
| IRENE VENTURA<br>126 CASTLEMONT DRIVE<br><br>GRASS VALLEY, CA 95945 | 32772 | Motors Liquidation Company | $400.00 | Partially Unliquidated claims | *Remaining Claim* |
| IRVINE, JOHN<br>GIRARD GIBBS & DEBARTOLOMEO LLP<br>601 CALIFORNIA ST STE 1400<br>SAN FRANCISCO, CA 94108 | 51092 | Motors Liquidation Company | $549.00 | Partially Unliquidated claims | *Under Objection* |
| JANE TYLENDA<br>2373 ANDRUS<br><br>HAMTRAMCK, MI 48212<br>UNITED STATES OF AMERICA | 30795 | Motors Liquidation Company | $100.00 | Partially Unliquidated claims | *Remaining Claim* |
| JULIA MCLAUGHLIN<br>4207 45TH STREET EAST<br><br>BRADENTON, FL 34208 | 25278 | Motors Liquidation Company | $690.87 | Partially Unliquidated claims | *Remaining Claim* |
| LEE J FULLER C/O KEIS GEORGE LLP<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE, #800<br>CLEVELAND, OH 44113 | 65950 | Motors Liquidation Company | $12,792.85 | Partially Unliquidated claims | *Remaining Claim* |
| LINDA DALLAS<br>3070 ALSTONE DR<br><br>DECATUR, GA 30032<br>UNITED STATES OF AMERICA | 21068 | Motors Liquidation Company | $800.00 | Partially Unliquidated claims | *Remaining Claim* |
| LONG, RICHARD C<br>HOLT, KRISTINE W<br>1518 WALNUT ST STE 800<br>PHILADELPHIA, PA 19102 | 19900 | Motors Liquidation Company | $75,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Partially Unliquidated Claims Estimation Motion**  **Exhibit C - Litigation Claims**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| MARCUS JORDAN<br>GERALD D WAHL (P26511)<br>STERLING ATTORNEYS AT LAW PC<br>30500 NORTHWESTERN HWY  STE 425<br>FARMINGTON HILLS, MI 48048 | 11039 | Motors Liquidation Company | $300,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| MATT DAVID<br>MATT, DAVID<br>173 INTREPID LN<br>SYRACUSE, NY 13205 | 58984 | Motors Liquidation Company | $6,845.62 | Partially Unliquidated claims | *Under Objection* |
| MCCOMBS PONTIAC-GMC TRUCK LTD<br>ROBERT R BIECHLIN JR<br>THORNTON BIECHLIN, SEGRATO, REYNOLDS & GUERRA LC<br>100 N E LOOP 410 SUITE 500<br>SAN ANTONIO, TX 78216 | 30870 | Motors Liquidation Company | $5,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| METROPOLITAN P&C INSURANCE CO<br>ATTN RICHARD J PLOUFFE ESQ<br>40 GROVE ST STE 220<br>WELLESLEY, MA 02482 | 1377 | Motors Liquidation Company | $34,732.95 | Partially Unliquidated claims | *Remaining Claim* |
| NAZAREEN WARD<br>2038 85TH AVE<br>OAKLAND, CA 94621<br>UNITED STATES OF AMERICA | 14949 | Motors Liquidation Company | $1,500,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| PALUMBO, MICHELE<br>C/O CHARLES HESS, ATTORNEY<br>7211 SAWMILL ROAD, SUITE 200<br>DUBLIN, OH 43016 | 45190 | Motors Liquidation Company | $17,646.00 | Partially Unliquidated claims | *Remaining Claim* |
| PATRICIA CRAIG<br>C/O SAM MORGAN ESQ<br>GASIOREK MORGAN & GRECO PC<br>30500 NORTHWESTERN HWY SUITE 425<br>FARMINGTON HILLS, MI 48334 | 540 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65952 | Motors Liquidation Company | $9,301.29 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Partially Unliquidated Claims Estimation Motion**

## Exhibit C - Litigation Claims

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| PROGRESSIVE MAX INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65953 | Motors Liquidation Company | $19,817.47 | Partially Unliquidated claims | *Remaining Claim* |
| ROBERT PIZANO<br>C/O ARTURO ACOSTA<br>DOVALINA & EURESTE LLP<br>122 TUAM ST STE 100<br>HOUSTON, TX 77006 | 58955 | Motors Liquidation Company | $25,610.00 | Partially Unliquidated claims | *Remaining Claim* |
| ROGER L THACKER ROGER L SANDERS THOMAS J HANSON<br>HELMER MARTINS RICE & POPHAM CO, LPA<br>600 VINE ST SUITE 2704<br>CINCINNATI, OH 45202 | 27105 | Motors Liquidation Company | $50,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SANFORD TENEBAUM<br>1955 YOSEMITE BLVD.<br>APT. 30<br>BIRMINGHAM, MI 48009<br>UNITED STATES OF AMERICA | 22286 | Motors Liquidation Company | $4,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SHAH ATUL C MD<br>2884 MANORWOOD DR<br>TROY, MI 48085 | 28820 | Motors Liquidation Company | $10,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SIMON PROPERTY GROUP<br>C/O GEORGE DUNCAN<br>DUNCAN & ADAIR, P.C.<br>7000 CENTRAL PARKWAY<br>SUITE 220<br>ATLANTA, GA 30328 | 17566 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| SMITH, JASON J<br>GREENE & REID<br>173 INTREPID LN<br>SYRACUSE, NY 13205 | 58983 | Motors Liquidation Company | $10,485.48 | Partially Unliquidated claims | *Under Objection* |
| STATE FARM MUTUAL ATUOMOBILE INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65951 | Motors Liquidation Company | $30,707.75 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit C - Litigation Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| STEVENS, BONITA<br>GREENE & REID<br>173 INTREPID LN<br>SYRACUSE, NY 13205 | 58987 | Motors Liquidation Company | $2,147.04 | Partially Unliquidated claims | *Under Objection* |
| THE MASTROMARCO FIRM<br>ATTY FOR GERALD HAYNOR<br>1024 N. MICHIGAN AVE<br>SAGINAW, MI 48602 | 51383 | Motors Liquidation Company | $75,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| TOWN CENTER AT COBB, LLC<br>C/O GEORGE DUNCAN<br>DUNCAN & ADAIR, P.C.<br>7000 CENTRAL PARKWAY<br>SUITE 220<br>ATLANTA, GA 30328 | 17567 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| UNIVERSAL UNDERWRITERS INS CO & ITS AFFILIATES<br>C/O FOX HEFTER SWIBEL LEVIN & CARROLL LLP<br>ATTN MARGARET M ANDERSON<br>200 W MADISON ST SUITE 3000<br>CHICAGO, IL 60606 | 70572 | Motors Liquidation Company | $9,884,703.00 | Partially Unliquidated claims | *Remaining Claim* |
| VEHICLE OCCUPANT SENSING SYSTEM LLC<br>C/O TADLOCK LAW FIRM<br>ATTN: CRAIG TADLOCK ESQ<br>400 E ROYAL LANE SUITE 290<br>IRVING, TX 75039 | 70758 | Motors Liquidation Company | $37,500,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| WESTERN RESERVE MUTUAL CASUALTY COMPANY<br>ROBERTS, MATEJCZYK AND ITACO LPA<br>5045 PARK AVE WEST<br>SUITE 2B<br>SEVILLE, OH 44273 | 46153 | Motors Liquidation Company | $33,035.62 | Partially Unliquidated claims | *Remaining Claim* |
| WESTERN RESERVE MUTUAL CASUALTY COMPANY<br>ROBERTS, MATEJCZYK AND ITACO LPA<br>5045 PARK AVENUE WEST<br>SUITE 2B<br>SEVILLE, OH 44273 | 46155 | Motors Liquidation Company | $19,363.88 | Partially Unliquidated claims | *Remaining Claim* |
| WICE HARVEY<br>50 CROCKER BLVD, SUITE 100<br>MOUNT CLEMENS, MI 48043 | 30947 | Motors Liquidation Company | $250,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit C - Litigation Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| WIRTH THOMAS<br>WIRTH, THOMAS<br>27780 NOVI RD STE 105<br>NOVI, MI 48377 | 45159 | Motors Liquidation Company | $25,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## EXHIBIT D

**DEBT CLAIMS**

Exhibit D - Debt Claims

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ALEKSANDER & WALDEMAR MALINOWSKI, MDS<br>SECHSHAUSERSTRASSE 88-82/2/12<br>1150 WIEN (VIENNA) AUSTRIA<br>AUSTRIA | 68079 | Motors Liquidation Company | $125,000.00 | Partially Unliquidated claims | *Under Objection* |
| ALEKSANDER AND WALDEMAR MALINOWSKI<br>SECHSHAUSERSTRASSE 88-92/2/12<br>1150 WIEN VIENNA  AUSTRIA<br>AUSTRIA | 68493 | Motors Liquidation Company | $125,000.00 | Partially Unliquidated claims | *Under Objection* |
| ANGELOS MICHOS, VASILIKI PAPADOPOULOU,<br>IRANNIS MICHOS, GEORGIOS MICHOS<br>218 EFYINOU PONPOU ST, NEA<br>SMIRNI, 17123, GREECE<br>GREECE | 18830 | Motors Liquidation Company | $430,000.00 | Partially Unliquidated claims | *Under Objection* |
| APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1<br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br>ATTN KENNETH MAIMAN<br>SHORT HILLS, NJ 07078 | 67498 | Motors Liquidation Company | $74,182,199.51 | Partially Unliquidated claims | *Remaining Claim* |
| AUDENAERT HENDRIK<br>CORTEWALLEDREEF 57/2<br>B 9120 BEVEREN WAAS BELGIUM<br>BELGIUM | 70750 | Motors Liquidation Company | $106,192.50 | Partially Unliquidated claims | *Remaining Claim* |
| AURELIUS INVESTMENT LLC<br>535 MADISON AVENUE 22ND FLOOR<br>ATTN DAN GROPPER<br>NEW YORK, NY 10022<br>UNITED STATES OF AMERICA | 66265 | Motors Liquidation Company | $138,250,962.36 | Partially Unliquidated claims | *Remaining Claim* |
| AWERBUCH MD PLLC<br>5889 BAY RD STE 104<br>SAGINAW, MI 48604 | 7566 | Motors Liquidation Company | $98,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BANCA ADIGE PO CREDITO COOPERATIVO LUSIA<br>SOCIETA COOPERATIVA VIALE EUROPA 95<br>ATTN OLIVO PERZOLLA<br>45020 LUSIA RO ITALIA<br>ITALY | 66038 | Motors Liquidation Company | $2,756,608.83 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit D - Debt Claims

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BANCA CASSA DI RISPARMTO DI SAVIGLIANO S P A<br>ATTN SILVIA DARO<br>PIAZZA DEL POPOLO 15<br>12038 SAVIGLIANO CN ITALIA<br><br>ITALY | 66040 | Motors Liquidation Company | $518,282.60 | Partially Unliquidated claims | *Under Objection* |
| BANCA CREMONESE CREDITO COOPERATIVO SOCIETA COOPERATIVA<br>ATTN LAURA FRANZOSI/CLAUDIA GHIRALDI<br>VIA PREJER 10<br>26020 CASALMORANO (CR)  ITALIA<br><br>ITALY | 65923 | Motors Liquidation Company | $313,851.87 | Partially Unliquidated claims | *Under Objection* |
| BANCA DE CREDITO COOPERATIVO DELLE PREALPI SOCIETA COOPERATIVA<br>VIA ROMA 87<br>ATTN STEFANO MORINI<br>31020 TARZO (TV) ITALY<br><br>ITALY | 65981 | Motors Liquidation Company | $292,556.86 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CARNIA E GEMONESE CREDITO COOPERATIVO<br>SOCIETA COOPERATIVA  ATTN PAOLO PERESSINI / ALBERTO BROLLO<br>VIA CARNIA LIBERA 1944 25<br>33028 TOLMEZZO UD ITALIA<br><br>ITALY | 66021 | Motors Liquidation Company | $33,162.54 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO ABRUZZESE<br>CAPPELLE SUL TAVO SOCIETA COOPERTIVA<br>VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE<br>ATTN MASSIMO FERRATI<br>65010 CAPPELLE SUL TABO PE ITALIA<br><br>ITALY | 65934 | Motors Liquidation Company | $112,486.32 | Partially Unliquidated claims | *Remaining Claim* |
| BANCA DI CREDITO COOPERATIVO DE BARLASSINA (MILANO) SOCIETA COOPERATIV<br>ATTN GRAZIA PONTIGGIA/ROBERTO MORELLI<br>VIA C COLUMBO 1/3<br>20030 BARLASSINA (MI)  ITALIA<br><br>ITALY | 65919 | Motors Liquidation Company | $451,425.20 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DEL CARSO-ZADRUZNA KRASKA BANKA<br>SOCIETA COOPERATIVA<br>ATTN: RADIVOJ RACMAN<br>VIA DEL RICREATORIO 2<br>34151 TRIESTE (TS) ITALIA<br><br>ITALY | 66002 | Motors Liquidation Company | $78,827.26 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit D - Debt Claims

Partially Unliquidated Claims Estimation Motion

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BANCA DI CREDITO COOPERATIVO DI CALCIO E DI COVO - SOCIETA COOPERATIVA VIA PAPA GIOVANNI XXIII N 51 ATTN GIOVANNA PREVITALI 24054 CALCIO ITALY ITALY | 65993 | Motors Liquidation Company | $407,440.71 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI CARATE BRIANZA SOCIETA COOPERATIVA ATTN MICHELE BRENNA VIA CUSANI 6 20048 CARATA BRIANZA (MI)  ITALIA ITALY | 65921 | Motors Liquidation Company | $428,209.47 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI CHERASCO SOCIETA COOPERATIVA ATTN SARA CHESSA / ALESSANDRA MOGNA VIA BRA 15 RORETO DI CHERASCO (CN) ITALIA ITALY | 65925 | Motors Liquidation Company | $698,814.98 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI CIVITANOVA MARCHE E MONTECOSARO SOCIETA COOPERATIVA ATTN ANDREA PIERINI/LEOPOLDO RAPAGNANI VIALE MATTEOTTI N 8 62012 CIVITANOVA MARCHE (MC) ITALIA ITALY | 65927 | Motors Liquidation Company | $1,813,988.14 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI DOBERDO E SAVOGNA SOCIETA COOPERATIVA ATTN KATIA PIRC/ CRISTINA KRAVOS VIA ROMA 23 34070 DOBERDO DEL LAGO (GORIZIA) ITALIA ITALY | 65988 | Motors Liquidation Company | $142,083.06 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI DOVERA E POSTINO SOCIETA SOCIETA COOPERATIVA VIA EUROPA 6/1 ATTN ISABELLA BONIZZI/STEFANIA BARZIZZA 26010 DOVERA CR ITALY ITALY | 65983 | Motors Liquidation Company | $101,930.80 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI FIUGGI SOCIETA COOPERATIVA ATTN PIETRO DUCA VIA GARIBALDI 18 03014 FIUGGI ITALIA ITALY | 66062 | Motors Liquidation Company | $101,407.46 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit D - Debt Claims

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BANCA DI CREDITO COOPERATIVO DI GRADARA SOCIETA COOPERATIVA<br>ATTN FABRIZIO REGGIANT/ CHRISTIAN FRANCHINI<br>VIA CATTOLICA 20<br>61012 GRADARA ITALIA<br>ITALY | 66063 | Motors Liquidation Company | $395,707.91 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI LESMO SOCIETA COOPERATIVA<br>ATTN CARLO BORSETTO<br>PIAZZA DANTE 21/22<br>20050 LESMO MI ITALY<br>ITALY | 66011 | Motors Liquidation Company | $693,348.80 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI PERGOLA - SOCIETA COOPERATIVA<br>VIALE MARTIRI DELLA LIBERTA 46/B<br>ATTN GIOVANNI LONDER<br>61045 PERGOLA ITALY<br>ITALY | 66024 | Motors Liquidation Company | $96,576.48 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI POMPIANO E DELLA FRANCIACORTA<br>POMPIANO SOCIETA COOPERATIVE<br>ATTN PIETRO BIGNETTI<br>PIAZZA S ANDREA 12<br>25030 POMPIANO ITALIA<br>ITALY | 65984 | Motors Liquidation Company | $58,444.58 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI PRATOLA PELIGNA SOCIETA COOPERATIVA<br>ATTN CATIA DE STEPHANIS<br>VIA ANTONIO GRAMSCI 136<br>67035 PRATOLA PELIGNA ITALIA<br>ITALY | 66060 | Motors Liquidation Company | $398,064.23 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA<br>ATTN MR ROBERTO PALOMBO AND MR ROSSANO GIUPPA<br>VIALE OCEANO INDIANO 13C<br>00144 ROMA ITALY<br>ITALY | 67035 | Motors Liquidation Company | $2,077,233.47 | Partially Unliquidated claims | *Remaining Claim* |
| BANCA DI CREDITO COOPERATIVO DI S ELENA SOCIETA COOPERATIVA<br>ATTN LOREDANA MINGARDO<br>VIA ROMA 10<br>35040 S ELENA (PD) ITALIA<br>ITALY | 66005 | Motors Liquidation Company | $1,381,151.23 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

Exhibit D - Debt Claims

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BANCA DI CREDITO COOPERATIVO DI SAN GIOGIO E MEDUNO SOCIETA COOPERATIVA ATTN ANDREA TREVISOL VIA RICHINVELDA 4 33095 SAN GIORGIO DELLA RICHINVELDA  PN ITALIA ITALY | 66036 | Motors Liquidation Company | $20,281.49 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO PORDENONESE SOCIETA COOPERATIVA ATTN PIERANTONIO REDIVO VIA TRENTO 1 3 33082 AZZANO DECIMO PN ITALY ITALY | 65995 | Motors Liquidation Company | $5,694,137.63 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI CREDITO COOPERATIVO S VICENZO DE PAOLI DI CASAGIOVE - SOCIETA COOPERATIVA PER AZIONI VIA MADONNA DI POMPEI ATTN ANGELA SANTORO 4 - 81022 CASAGIOVE ITALIA ITALY | 65989 | Motors Liquidation Company | $291,036.87 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI FORLI CREDITO COOPERATIVO SOCIETA COOPERATIVA ATTN ANDREA GALLEGATI/ GABRIELE FABBRI CORSO DELLA REPUBBLICA 2/4 47100 FORLI (FC) ITALIA ITALY | 66018 | Motors Liquidation Company | $628,367.41 | Partially Unliquidated claims | *Under Objection* |
| BANCA DI VERONA CREDITO COOPERATIVO CADIDAVID SOCIETA COOPERATIVA PER AZIONI VIA FORTE TOMBA 8 ATTN ANDREA CERADINI FRAZ CA DI DAVID 37135 VERONA ITALY | 66027 | Motors Liquidation Company | $280,248.65 | Partially Unliquidated claims | *Under Objection* |
| BANCA MALATESTIANA CREDITO COOPERATIVO - SOCIETA COOPERATIVA VIA XX SETTEMBRE 63 ATTN STEFANO CLEMENTI/ BARBARA COLOMBINI 47900 RIMINI ITALY ITALY | 65990 | Motors Liquidation Company | $472,043.32 | Partially Unliquidated claims | *Under Objection* |
| BANCA POPOLARE DI VICENZA SCPA ATTENTION MR UMBERTO MAGGIO VIA BTG FRAMARIN, 18 36100 VICENZA ITALY ITALY | 60251 | Motors Liquidation Company | $16,209,432.27 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BANCA SAN GIORGIO E VALLE AGNO CREDITO COOPERATIVO DI FARA VICENTINO SOCIETA COOPERATIVA ATTN PASINI OTTORINO VIA PERLENA 78 36030 SAN GIORGIO DI PERIENA VI ITALY ITALY | 66068 | Motors Liquidation Company | $287,079.85 | Partially Unliquidated claims | *Under Objection* |
| BANK LEUMI USA 562 FIFTH AVENUE NEW YORK, NY 10036 | 65806 | Motors Liquidation Company | $577,517.29 | Partially Unliquidated claims | *Under Objection* |
| BHALODIA RV/RM/PATEL R G PORTLAND HOUSE 69-71 WEMBLEY HILL ROAD WEMBLEY MIDDLESEX, HA9 8B11 UK GREAT BRITAIN | 68705 | Motors Liquidation Company | $360,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BROWN-JACKSON, ANITA PO BOX 82893 CONYERS, GA 30013 | 62596 | Motors Liquidation Company | $79,995.00 | Partially Unliquidated claims | *Remaining Claim* |
| BRUNAUD ANDRE MARCELLE 9 APPEES DES BESSES 36200 LE MENOUX FRANCE FRANCE | 65570 | Motors Liquidation Company | $24,987.00 | Partially Unliquidated claims | *Under Objection* |
| C.I.K. INVESTMENTS S.A. 56 EVRIPIDOU STREET 383 33 VOLOS, GREECE GREECE | 20713 | Motors Liquidation Company | $3,120,700.00 | Partially Unliquidated claims | *Under Objection* |
| CANYON VALUE REALIZATION FUND LP c/o SIDLEY AUSTIN LLP ATTN: JEREMY ROSENTHAL, ESQ. 555 WEST FIFTH STREET, 40TH FLOOR LOS ANGELES, CA 90013 | 69306 | Motors Liquidation Company | $8,007,741.00 | Partially Unliquidated claims | *Remaining Claim* |
| CANYON-GRF MASTER FUND LP c/o SIDLEY AUSTIN LLP ATTN: JEREMY ROSENTHAL, ESQ. 555 WEST FIFTH STREET, 40TH FLOOR LOS ANGELES, CA 90013 | 69308 | Motors Liquidation Company | $1,890,945.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 6

Exhibit D - Debt Claims

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST S.P.A<br>VIA G SEGANTINI 5<br>ATTN MS MANUELA ACLER<br>38100 TRENTO ITALY<br><br>ITALY | 60993 | Motors Liquidation Company | $3,804,184.20 | Partially Unliquidated claims | *Remaining Claim* |
| CASSA RAIFFEISEN MERANO - SOCIETA COOPERATIVA<br>ATTN: PETER GRUBER/DOTT MARTIN KLOTZNER<br>CORSO LIBERTA 40<br>39012 MERANO (BZ) ITALIA<br><br>ITALY | 65909 | Motors Liquidation Company | $41,546.82 | Partially Unliquidated claims | *Under Objection* |
| CITIGROUP GLOBAL MARKETS INC<br>ATTN KEN ZINGALE, CORP ACTIONS<br>111 WALL STREET, 4TH FLOOR<br>NEW YORK, NY 10005 | 69552 | Motors Liquidation Company | $29,028,913.95 | Partially Unliquidated claims | *Remaining Claim* |
| CREDITO COOPERATIVO VALDINIEVOLE SOCIETA COOPERATIVA<br>ATTN ANNA BALDECCHI UFFICIO FINANZA<br>VIA UGO FOSCOLO 16/2<br>51016 MONTECATINI TERME (PT) ITALIA<br><br>ITALY | 66008 | Motors Liquidation Company | $310,039.32 | Partially Unliquidated claims | *Under Objection* |
| CREDITO COOPERATIVO-CASSA RURALE ED ARTIGIANA DE LUCINICO FARRA E<br>CAPRIVA-SOCIETA COOPERATIVA<br>VIA VISINI 2 -<br>ATTN SANDRO LORENZUT / MAURIZIO FRANCO<br>34170 GORIZIA (GO) ITALIA<br><br>ITALY | 66039 | Motors Liquidation Company | $141,298.87 | Partially Unliquidated claims | *Under Objection* |
| CREDITO EMILIANO SPA<br>ATTN: MR LUCA MARIANI<br>VIA FMILIA S PIETRO 4<br>42100 REGGIO EMILIA ITALY<br><br>ITALY | 60568 | Motors Liquidation Company | $30,320,827.36 | Partially Unliquidated claims | *Remaining Claim* |
| DEUTSCHE BANK S P A<br>ATTN MR ANDREA CASTALDI<br>PIAZZA DEL CALENDARIO 7<br>20126 MILANO ITALY<br><br>ITALY | 60964 | Motors Liquidation Company | $16,275,871.66 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| DOUGLAS B FOSTER<br>1338 RT9<br><br>SPOFFORD, NH 03462<br>UNITED STATES OF AMERICA | 14685 | Motors Liquidation Company | $25,000.00 | Partially Unliquidated claims | *Under Objection* |
| DR ANDREUS HESSE<br>WIESUGRUNDSTR 7A<br>57482 WENDEU GERMANY<br>GERMANY | 27061 | Motors Liquidation Company | $42,857.10 | Partially Unliquidated claims | *Under Objection* |
| DRAWBRIDGE DSO SECURITIES LLC<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105 | 67428 | Motors Liquidation Company | $27,466,464.50 | Partially Unliquidated claims | *Remaining Claim* |
| DRAWBRIDGE OSO SECURITIES LLC<br>1345 AVENUE OF THE AMERICAS<br>46TH FLOOR<br>ATTN CONSTANTINE M DAKOLIAS<br>NEW YORK, NY 10105 | 67500 | Motors Liquidation Company | $4,443,560.05 | Partially Unliquidated claims | *Remaining Claim* |
| EDWARD R BARRON<br>1 LONGFELLOW PL APT 3218<br><br>BOSTON, MA 02114 | 21942 | Motors Liquidation Company | $20,000.00 | Partially Unliquidated claims | *Under Objection* |
| ELLIOTT INTERNATIONAL LP<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>712 FIFTH AVENUE 35TH FLOOR<br>NEW YORK, NY 10019<br>UNITED STATES OF AMERICA | 66266 | Motors Liquidation Company | $85,698,820.86 | Partially Unliquidated claims | *Remaining Claim* |
| EMILBANCA CREDITO COOPERATIVO SOCIETA COOPERATIVA<br>ATTN LUIGI TACCHI<br>VIA MAZZINI 15<br>BOLOGNA 40138 ITALIA<br>ITALY | 66045 | Motors Liquidation Company | $1,577,963.16 | Partially Unliquidated claims | *Under Objection* |
| EUGENE L PETRINI<br>14802 N BOLIVAR DR<br><br>SUN CITY, AZ 85351 | 70574 | Motors Liquidation Company | $0.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| EVA ESCHHOLZ<br>FUHRENKAMP 11<br>27721 RITTERHUDE GERMANY<br>GERMANY | 20675 | Motors Liquidation Company | $621,417.20 | Partially Unliquidated claims | *Under Objection* |
| FCOF UB SECURITIES LLC<br>ATTN CONSTANTINE M DAKOLIAS<br>1345 AVENUE OF THE AMERICAS 46TH FLOOR<br>NEW YORK, NY 10105<br>UNITED STATES OF AMERICA | 67499 | Motors Liquidation Company | $4,562,092.98 | Partially Unliquidated claims | *Remaining Claim* |
| GERRY L MENDELSOHN TTEE<br>FBO GERRY MENDELSOHN REV TR<br>U/A/D 08-15-2005<br>1512 PALISADE AVE,<br>APT 14 N<br>FORT LEE, NJ 07024 | 8085 | Motors Liquidation Company | $54,339.64 | Partially Unliquidated claims | *Under Objection* |
| GERT AND GISELA FRANKE<br>IM EICHWALD 39<br>HEUSENSTAMM 63150 GERMANY<br>GERMANY | 17504 | Motors Liquidation Company | $15,000.00 | Partially Unliquidated claims | *Under Objection* |
| HELEN Z MEIER<br>401 D'ERCOLE COURT<br>UNIT 226<br>NORWOOD, NJ 07648 | 4783 | Motors Liquidation Company | $24,987.35 | Partially Unliquidated claims | *Under Objection* |
| HERMAN, DOROTHY B<br>5168 CORNERS DR<br>W BLOOMFIELD, MI 48322 | 44092 | Motors Liquidation Company | $8,779.08 | Partially Unliquidated claims | *Under Objection* |
| HERTA HILLERS<br>KIRCHBUEHL 4<br>6314 UNRERAEGERI, SWITZERLAND<br>SWITZERLAND | 16603 | Motors Liquidation Company | $30,000.00 | Partially Unliquidated claims | *Under Objection* |
| HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED ATTACHMENT<br>FISCAL AGENT DEUTSCHE BANK LUXEMBOURG S A<br>ATTN COUPON PAYING DEPARTMENT<br>2 BLD KONRAD ADENAUER<br>L-1115 LUXEMBOURG<br>LUXEMBOURG | 69551 | Motors Liquidation Company | $1,072,557,531.72 | Partially Unliquidated claims | *Remaining Claim* |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| HOU LI<br>ANTONLANGERGASSE 46/2/1<br>1130 VIENNA AUSTRIA<br>AUSTRIA | 61782 | Motors Liquidation Company | $2,000.00 | Partially Unliquidated claims | *Under Objection* |
| INGRID TANGERMANN<br>WALDSTR 15<br>21465 REINBEK, GERMANY<br>GERMANY | 16602 | Motors Liquidation Company | $20,000.00 | Partially Unliquidated claims | *Under Objection* |
| INTESA  SANPAOLO PRIVATE BANKING S.P.A.<br>20121 MILANO<br>VIA HOEPLI 10 ITALY<br>ITALY | 66448 | Motors Liquidation Company | $55,066,679.30 | Partially Unliquidated claims | *Remaining Claim* |
| INTESA SANPAOLO SPA<br>VIA VERDI 8<br>MILANO 20121 ITALY<br>ITALY | 66462 | Motors Liquidation Company | $119,783,758.06 | Partially Unliquidated claims | *Remaining Claim* |
| JBH BRUNAUD JACQUES<br>DOMAINE LE TERTRE<br>CIRON 36300 LE BLANC FRANCE<br>FRANCE | 65589 | Motors Liquidation Company | $24,987.00 | Partially Unliquidated claims | *Under Objection* |
| JOANNE F LABINER<br>722 BROADWAY<br>#8<br>NEW YORK, NY 10003 | 9215 | Motors Liquidation Company | $16,000.00 | Partially Unliquidated claims | *Under Objection* |
| JOHN T O'MALLEY<br>10 CASCO COURT<br>LAKEWOOD, NJ 08701 | 6894 | Motors Liquidation Company | $11,448.05 | Partially Unliquidated claims | *Under Objection* |
| JP MORGAN SECURITIES LIMITED<br>125 LONDON WALL<br>ATTN: ANGUS J SCOTT<br>LONDON EC2Y 5AJ, UNITED KINGDON<br>GREAT BRITAIN | 67022 | Motors Liquidation Company | $41,204,777.53 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| JULIAN P KORNFELD<br>4100 PERIMETER CENTER DR<br>STE 150<br>OKLAHOMA CITY, OK 73112 | 11518 | Motors Liquidation Company | $105,000.00 | Partially Unliquidated claims | *Under Objection* |
| KENNETH M TAYLOR<br>CGM IRA ROLLOVER CUSTODIAN<br>P.O. BOX 527<br>KARNACK, TX 75661 | 10932 | Motors Liquidation Company | $50,000.00 | Partially Unliquidated claims | *Under Objection* |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017 | 60006 | Motors Liquidation Company | $10,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>AS SUCCESSOR ENDENTURE TRUSTEE<br>ATTN MR ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017 | 60007 | Motors Liquidation Company | $12,500,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERR BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017 | 60008 | Motors Liquidation Company | $1,400,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>AS SUCCESSOR INDENTURE TRUSTEE<br>ATTN MR ROBERT BICE<br>400 MADISON AVENUE 4TH FLOOR<br>NEW YORK, NY 10017 | 60009 | Motors Liquidation Company | $58,800,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK AS<br>SUCCESSOR<br>INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT RICE<br>NEW YORK, NY 10017 | 60010 | Motors Liquidation Company | $46,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK AS<br>SUCCESSOR INDENTURE TRUSTEE<br>400 MADISON AVENUE 4TH FLOOR<br>ATTN MR ROBERT BICE<br>NEW YORK, NY 10017 | 60011 | Motors Liquidation Company | $20,040,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit D - Debt Claims

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE 400 MADISON AVENUE 4TH FLOOR ATTN MR ROBERT BICE NEW YORK, NY 10017 | 60012 | Motors Liquidation Company | $31,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LESLIE MYERSON 12 RICHMOND B DEERFIELD BEACH, FL 33442 | 32689 | Motors Liquidation Company | $1,900.00 | Partially Unliquidated claims | *Under Objection* |
| LYXOR/CANYON VALUE REALIZATION FUND LIMITED c/o SIDLEY AUSTIN LLP ATTN: JEREMY ROSENTHAL, ESQ. 555 WEST FIFTH STREET, 40TH FLOOR LOS ANGELES, CA 90013 | 69307 | Motors Liquidation Company | $3,321,486.00 | Partially Unliquidated claims | *Remaining Claim* |
| MATTHIAS INNERKOFLER VIA BARLETTA 8 IT-39100 BOLZANO (ITALY) ITALY | 1212 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Under Objection* |
| MICHAEL ZIMMERMANN TRESCKOWSTRASSE 50 20259 HAMBURG GERMANY GERMANY | 30955 | Motors Liquidation Company | $6,000.00 | Partially Unliquidated claims | *Under Objection* |
| MR JOCHEN BADERSCHNEIDER VEICHTEDERPOINTWEG 33 84036 LANDSHUT, GERMANY GERMANY | 1115 | Motors Liquidation Company | $5,600.00 | Partially Unliquidated claims | *Under Objection* |
| MR JOCHEN BADERSCHNEIDER JOCHEN BADERSCHNEIDER VEICHTEDERPOINTWEG 33 D 84036 LANDSHUT  GERMANY GERMANY | 43884 | Motors Liquidation Company | $5,600.00 | Partially Unliquidated claims | *Under Objection* |
| MRS MARIE GIASE 46 BROADWAY AVE COLONIA, NJ 07067 | 4017 | Motors Liquidation Company | $46,284.55 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit D - Debt Claims

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| NICOLAS PATRICK HARNIST<br>MARIA HARNIST JT TEN<br>901 BRICKELL KEY BLVD APT 304<br>MIAMI, FL 33131 | 44594 | Motors Liquidation Company | $31,055.10 | Partially Unliquidated claims | *Under Objection* |
| NORMAN GUSSE<br>1405 LAUREL DRIVE<br>MACEDONIA, OH 44056 | 5845 | Motors Liquidation Company | $12,907.25 | Partially Unliquidated claims | *Under Objection* |
| ONEX DEBT OPPORTUNITY FUND, LTD<br>C/O ONEX CREDIT PARTNERS, LLC<br>ATTN MICHAEL I GELBLAT<br>910 SYLVAN AVENUE SUITE 100<br>ENGLEWOOD CLIFFS, NJ 07632 | 67429 | Motors Liquidation Company | $12,212,592.33 | Partially Unliquidated claims | *Remaining Claim* |
| PALOMINO FUND LTD<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078 | 66217 | Motors Liquidation Company | $108,415,614.15 | Partially Unliquidated claims | *Remaining Claim* |
| PERRY PARTNERS INTERNATIONAL INC<br>c/o CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | 66218 | Motors Liquidation Company | $102,691,204.67 | Partially Unliquidated claims | *Remaining Claim* |
| PERRY PARTNERS LP<br>c/o CITIGROUP GLOBAL MARKETS INC.<br>390 GREENWICH ST.<br>ATTN: CHETAN BANSAL<br>NEW YORK, NY 10013 | 66312 | Motors Liquidation Company | $33,208,985.63 | Partially Unliquidated claims | *Remaining Claim* |
| RED RIVER BUSINESS INC<br>FAO MR G R MACHAN<br>VERITE TRUST CO LTD, PO BOX 36<br>1ST FL, 37 BROAD ST<br>ST HELIER JERSEY JE4 9NU CHANNEL ISLANDS<br>GREAT BRITAIN | 68941 | Motors Liquidation Company | $360,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| REDWOOD MASTER FUND LTD<br>REDWOOD CAPITAL MANAGEMENT LLC<br>ATTN: JONATHAN KOLATCH<br>910 SYLVAN AVENUE<br>INGLEWOOD, NJ 07632<br>UNITED STATES OF AMERICA | 67430 | Motors Liquidation Company | $14,056,804.16 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| RENATE KUMMER<br>BADISH 10<br>73776 ALTBACH GERMANY<br>GERMANY | 32838 | Motors Liquidation Company | $5,680.00 | Partially Unliquidated claims | *Under Objection* |
| RODNEY R & DELLA O (DECD)<br>BERTLSHOFER TTEE<br>7231 E BROADWAY RD APT 116<br>MESA, AZ 05208 | 2883 | Motors Liquidation Company | $48,640.00 | Partially Unliquidated claims | *Under Objection* |
| ROSWITHA DINGAS<br>WAHRINGERSTRASSE 15/21<br>A-1090 VIENNA AUSTRIA/EUROPE<br>AUSTRIA | 69169 | Motors Liquidation Company | $53,002.95 | Partially Unliquidated claims | *Under Objection* |
| ROVIGOBANCA CREDITO COOPERATIVO SOC COOP<br>VIA CASALINI 10<br>ATTN BARBARA COSTA<br>45100 ROVIGO ITALY<br>ITALY | 65980 | Motors Liquidation Company | $9,050,161.79 | Partially Unliquidated claims | *Under Objection* |
| SANDRA J CONFORTI<br>854 MARSHALL DR<br>CARLISLE, PA 17013 | 68603 | Motors Liquidation Company | $20,000.00 | Partially Unliquidated claims | *Under Objection* |
| SHIRLEY BERNSTEIN-MASON<br>7737 LA MIRADA DR<br>BOCA RATON, FL 33433 | 2914 | Motors Liquidation Company | $18,000.00 | Partially Unliquidated claims | *Under Objection* |
| SILVIA GUELFAND &<br>JOZEF MULLER JT TEN<br>BURGOS 240, DEPTO. 61<br>LAS CONDES<br>SANTIAGO, CHILE<br>CHILE | 19210 | Motors Liquidation Company | $27,500.00 | Partially Unliquidated claims | *Under Objection* |
| STEVE MUELLER<br>ROSENFELDER RING 52<br>10315 BERLIN  GERMANY<br>GERMANY | 36950 | Motors Liquidation Company | $525.96 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| SUTLIFF, DALLAS E<br>22000 W WICKIE RD<br><br>BANNISTER, MI 48807 | 45066 | Motors Liquidation Company | $200,000.00 | Partially Unliquidated claims | *Under Objection* |
| THE ADVENT GLOBAL OPPORTUNITY MASTER FUND<br>ADVENT CAPITAL MANAGEMENT LLC<br>ATTN CHUNG TAM<br>1271 AVENUE OF THE AMERICAS FL 45<br>NEW YORK, NY 10020 | 65784 | Motors Liquidation Company | $2,168,304.00 | Partially Unliquidated claims | *Remaining Claim* |
| THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD<br>C/O CANYON CAPITAL ADVISORS LLC<br>ATTN: JONATHAN KAPLAN ESQ<br>2000 AVENUE OF THE STARS, 11TH FL<br>LOS ANGELES, CA 90067 | 69309 | Motors Liquidation Company | $24,582,285.00 | Partially Unliquidated claims | *Remaining Claim* |
| THE LIVERPOOL LIMITED PARTNERSHIP<br>C/O ELLIOTT MANAGEMENT CORPORATION<br>ATTN: ELLIOT GREENBERG<br>712 FIFTH AVENUE 35TH FLOOR<br>NEW YORK, NY 10019<br>UNITED STATES OF AMERICA | 66267 | Motors Liquidation Company | $39,532,082.73 | Partially Unliquidated claims | *Remaining Claim* |
| THOMAS HANRAHAN<br>CGM IRA CUSTODIAN<br>3 VIDONI PLACE<br>HUNTINGTON, NY 11743 | 12325 | Motors Liquidation Company | $40,000.00 | Partially Unliquidated claims | *Under Objection* |
| THOMAS SEILER<br>COMDIRECT BANK AG<br>PASCALLEHRE 15<br>QUICKBORN GERMANY 25451<br>GERMANY | 23205 | Motors Liquidation Company | $29,000.00 | Partially Unliquidated claims | *Under Objection* |
| THOROUGHBRED FUND LP<br>C/O APPALOOSA MANAGEMENT LP<br>ATTN: KENNETH MAIMAN<br>51 JOHN F KENNEDY PKWY<br>SHORT HILLS, NJ 07078 | 66216 | Motors Liquidation Company | $55,652,599.76 | Partially Unliquidated claims | *Remaining Claim* |
| THOROUGHBRED MASTER LTD<br>C/O APPALOOSA MANAGEMENT LP<br>51 JOHN F KENNEDY PARKWAY<br>ATTN  KENNETH MAIMAN<br>SHORT HILLS, NJ 07078 | 67501 | Motors Liquidation Company | $58,112,123.95 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit D - Debt Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| UBS AG<br>STEPHEN A THATCHER<br>DIRECTOR & COUNSEL<br>677 WASHINGTON BLVD 8TH FL<br>STAMFORD, CT 06901<br>UNITED STATES OF AMERICA | 66735 | Motors Liquidation Company | $5,309,262.00 | Partially Unliquidated claims | *Remaining Claim* |
| UNICREDIT BANCA DI ROMA S.P.A<br>ATTN MR CRISTIANO CARLUCCI<br>VIA U TUPINI 180<br>00144 ROMA ITALY<br>ITALY | 61520 | Motors Liquidation Company | $29,446,989.02 | Partially Unliquidated claims | *Remaining Claim* |
| WENDALL L WHITE<br>2520 IH 10 #21 RM 137<br>BEAUMONT, TX 77703 | 7407 | Motors Liquidation Company | $50,000.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# **EXHIBIT E**

## **EMPLOYEE CLAIMS**

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ALFRED CLARK<br>306 W GREEN VALLEY DR<br>HORSESHOE BEND, AR 72512 | 61251 | Motors Liquidation Company | $119,256.00 | Partially Unliquidated claims | *Under Objection* |
| ALFRED DEBUHR<br>8211 DUNHAM RD<br>DOWNERS GROVE, IL 60516 | 44646 | Motors Liquidation Company | $212,508.20 | Partially Unliquidated claims | *Remaining Claim* |
| ANDREW J FORD<br>5347 BRISTOL PARKE DR<br>CLARKSTON, MI 48348 | 61162 | Motors Liquidation Company | $46,500.00 | Partially Unliquidated claims | *Remaining Claim* |
| ANDREWS, MARJORIE C<br>5920 HERSHINGER CLOSE<br>DULUTH, GA 30097 | 50569 | Motors Liquidation Company | $25,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BALDWIN STANLEY E<br>18576 PURLINGBROOK ST<br>LIVONIA, MI 48152 | 38882 | Motors Liquidation Company | $3,500.00 | Partially Unliquidated claims | *Under Objection* |
| BARBARA LARSON<br>803 S 4TH AVE # 4<br>ALBERT LEA, MN 56007 | 36233 | Motors Liquidation Company | $65,307.00 | Partially Unliquidated claims | *Remaining Claim* |
| BARRY CHABALA<br>43080 AVON RD.<br>CANTON, MI 48187<br>UNITED STATES OF AMERICA | 62005 | Motors Liquidation Company | $172,314.00 | Partially Unliquidated claims | *Remaining Claim* |
| BASIEWICZ CHESTER A<br>4884 DAVIS CT<br>TROY, MI 48085 | 45157 | Motors Liquidation Company | $121,856.00 | Partially Unliquidated claims | *Under Objection* |
| BLANKENSHIP, BETTY F<br>65 ELLEN CIR<br>HAMILTON, OH 45011 | 1925 | Motors Liquidation Company | $361.57 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BREDE, WILLIAM R<br>73 HAMPTON HALL BLVD<br><br>BLUFFTON, SC 29910 | 64928 | Motors Liquidation Company | $170,380.00 | Partially Unliquidated claims | *Under Objection* |
| BROWN, LYLE L<br>527 RETREAT LN<br><br>GULF SHORES, AL 36542 | 65111 | Motors Liquidation Company | $122,000.00 | Partially Unliquidated claims | *Under Objection* |
| BROWN, PATSY K<br>2299 CAMP HARDTNER RD<br><br>POLLOCK, LA 71467 | 20930 | Motors Liquidation Company | $6,637.72 | Partially Unliquidated claims | *Under Objection* |
| CASTILLO, MARIA H<br>108 ENECA ST<br><br>DEFIANCE, OH 43512 | 61425 | Motors Liquidation Company | $186,120.00 | Partially Unliquidated claims | *Under Objection* |
| CHERYL ELLERO<br>18825 BEDFORD DR<br><br>CLINTON TOWNSHIP, MI 48038 | 46125 | Motors Liquidation Company | $72,451.00 | Partially Unliquidated claims | *Under Objection* |
| CHRISTIE, JOHN D<br>58046 PHEASANT RDG<br><br>WASHINGTON TOWNSHIP, MI 48094 | 65664 | Motors Liquidation Company | $1,967,056.00 | Partially Unliquidated claims | *Under Objection* |
| CHRISTOPHER W GIGNILLIAT<br>PO BOX 314<br>665 WAYDES BRANCH ROAD<br>CENTERVILLE, TN 37033 | 37124 | Motors Liquidation Company | $587,286.32 | Partially Unliquidated claims | *Remaining Claim* |
| CIENKI, JOHN E<br>6120 LAKE WAY MEWS<br><br>NORTH RICHLAND HILLS, TX 76180<br>UNITED STATES OF AMERICA | 43403 | Motors Liquidation Company | $148,873.00 | Partially Unliquidated claims | *Remaining Claim* |
| COLVIN, FRANK L<br>28862 JEFFERSON AVE<br><br>ST CLR SHORES, MI 48081 | 44506 | Motors Liquidation Company | $1,192,000.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| CONRAD WILHELM<br>1108 ORIOLE CIR<br>FILLMORE, CA 93015 | 30239 | Motors Liquidation Company | $513.76 | Partially Unliquidated claims | *Under Objection* |
| CRAIG MCMILLEN<br>4457 WILLOW CREEK SE<br>WARREN, OH 44484 | 45965 | Motors Liquidation Company | $91,655.00 | Partially Unliquidated claims | *Remaining Claim* |
| CRAIG SOBOL<br>557 WILDFLOWER TRAIL<br>MYRTLE SEACH, SC 29579<br>UNITED STATES OF AMERICA | 61273 | Motors Liquidation Company | $32,895.31 | Partially Unliquidated claims | *Remaining Claim* |
| CRIS SMITH<br>9095 APPLE ORCHARD<br>FENTON, MI 48430<br>UNITED STATES OF AMERICA | 30003 | Motors Liquidation Company | $84,289.00 | Partially Unliquidated claims | *Remaining Claim* |
| DAVID DURRANT<br>3164 DANBURY DR W<br>JANESVILLE, WI 53546 | 30960 | Motors Liquidation Company | $149,263.00 | Partially Unliquidated claims | *Remaining Claim* |
| DAWSON, GEORGE C<br>745 SW ROBINHOOD DR<br>DALLAS, OR 97338<br>UNITED STATES OF AMERICA | 43414 | Motors Liquidation Company | $523,098.72 | Partially Unliquidated claims | *Remaining Claim* |
| DONNA TURNER<br>1741 FM 450 N<br>HALLSVILLE, TX 75650<br>UNITED STATES OF AMERICA | 20604 | Motors Liquidation Company | $156,068.00 | Partially Unliquidated claims | *Remaining Claim* |
| E MICHAEL MUTCHLER<br>6000 ROYAL MARCO WAY #553<br>MARCO ISLAND, FL 34145 | 15171 | Motors Liquidation Company | $1,659,000.00 | Partially Unliquidated claims | *Under Objection* |
| EASON, ELDON R<br>2006 STAFFORD DR<br>ARLINGTON, TX 76012 | 25260 | Motors Liquidation Company | $226,596.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| EDWARD CORBETT<br>351 MAINSAIL DR<br>HAMPTON, VA 23664 | 63496 | Motors Liquidation Company | $36,098.00 | Partially Unliquidated claims | *Under Objection* |
| ESTA PERDUE<br>715 S PORTLAND ST<br>BRYAN, OH 43506 | 5722 | Motors Liquidation Company | $2,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| FERGUSON, CLIFFORD W<br>6319 WOODMERE CT<br>FLINT, MI 48532 | 44113 | Motors Liquidation Company | $423,354.00 | Partially Unliquidated claims | *Under Objection* |
| FORAKER JR, DAVID E<br>10 ANTRIM DELLS<br>SPRINGBORO, OH 45066 | 44072 | Motors Liquidation Company | $172,054.00 | Partially Unliquidated claims | *Under Objection* |
| FRANK GAMBINO<br>2449 CEDAR KEY DR<br>LAKE ORION, MI 48360 | 65356 | Motors Liquidation Company | $148,502.00 | Partially Unliquidated claims | *Remaining Claim* |
| FRED LUNDGAARD<br>69525 RIVERBEND LN<br>ARMADA, MI 48005 | 29997 | Motors Liquidation Company | $42,794.00 | Partially Unliquidated claims | *Remaining Claim* |
| GARY OSBORN<br>3436 BLOSSOM LN<br>BLOOMFIELD, MI 48302 | 63178 | Motors Liquidation Company | $35,867.00 | Partially Unliquidated claims | *Remaining Claim* |
| GEORGE SCHNEIDER<br>1105 E FAIRVIEW LANE<br>ROCHESTER HILLS, MI 48306 | 63053 | Motors Liquidation Company | $40,634.00 | Partially Unliquidated claims | *Remaining Claim* |
| GEORGE W MCCLAIN<br>3022 IMPERIAL VALLEY DRIVE<br>LITTLE ROCK, AR 72212 | 21851 | Motors Liquidation Company | $43,097.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| Gerald Morris<br>4625 Compeau Road<br><br>Alpena, MI 49707<br>UNITED STATES OF AMERICA | 28290 | Motors Liquidation Company | $108,752.00 | Partially Unliquidated claims | *Remaining Claim* |
| GOIDEL, LOU P<br>245 SKAGGS CREEK RD<br><br>GLASGOW, KY 42141 | 24060 | Motors Liquidation Company | $191,090.00 | Partially Unliquidated claims | *Remaining Claim* |
| GOMES, FRANCISCO P<br>RUA DR AQUILINO RIBEIRO BLOCO<br>ESQUERDO RES-DO-CHAO<br>PAREDES DE COURA, PORTUGAL  4940533<br>PORTUGAL | 16890 | Motors Liquidation Company | $694.06 | Partially Unliquidated claims | *Under Objection* |
| GROSSKLAUS, TIMOTHY A<br>22220 EAST RIVER ROAD<br><br>GROSSE ILE, MI 48138 | 23107 | Motors Liquidation Company | $5,000.00 | Partially Unliquidated claims | *Under Objection* |
| HERR BARRY E<br>6013 LAKE BREEZE RD<br><br>GROVE, OK 74344 | 68130 | Motors Liquidation Company | $1,171,956.00 | Partially Unliquidated claims | *Under Objection* |
| HESS, DOUGLAS M<br>8 SYCAMORE LN<br><br>GROSSE POINTE, MI 48230 | 36927 | Motors Liquidation Company | $35,194.00 | Partially Unliquidated claims | *Remaining Claim* |
| IRMA Y VELIZ<br>12565 PETALUMA RD<br><br>VICTORVILLE, CA 92392 | 26683 | Motors Liquidation Company | $335,153.36 | Partially Unliquidated claims | *Remaining Claim* |
| JAMES MARCIA S<br>1941 W LEONARD RD<br><br>LEONARD, MI 48367 | 65137 | Motors Liquidation Company | $108,814.00 | Partially Unliquidated claims | *Under Objection* |
| JAMES PALMIERI<br>17701 HERON LN<br><br>FORT MYERS, FL 33908 | 26964 | Motors Liquidation Company | $23,292.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| JAMES WELTON<br>800 PEACHTREE LANE<br><br>ROCHESTER HILLS, MI 48306<br>UNITED STATES OF AMERICA | 22671 | Motors Liquidation Company | $58,728.00 | Partially Unliquidated claims | *Under Objection* |
| JAMES WHITESEL<br>2650 SOLAR DR<br><br>LAKE ORION, MI 48360 | 23050 | Motors Liquidation Company | $238,701.80 | Partially Unliquidated claims | *Under Objection* |
| JAMES WHITESEL<br>2650 SOLAR DRIVE<br><br>LAKE ORION, MI 48360 | 23178 | Motors Liquidation Company | $238,701.80 | Partially Unliquidated claims | *Under Objection* |
| JOANNE J. GROSE<br>503 ASHMEDE CT.<br><br>ARLINGTON, TX 76013 | 33345 | Motors Liquidation Company | $16,937.00 | Partially Unliquidated claims | *Under Objection* |
| JOHN ENGLAND<br>3575 STATE ROUTE 305<br><br>SOUTHINGTON, OH 44470<br>UNITED STATES OF AMERICA | 61081 | Motors Liquidation Company | $16,397.00 | Partially Unliquidated claims | *Remaining Claim* |
| JOLLY, THOMAS G<br>2839 BIRCHWOOD ST<br><br>TRENTON, MI 48183 | 48391 | Motors Liquidation Company | $204,667.19 | Partially Unliquidated claims | *Remaining Claim* |
| JONATHAN BRIENZA<br>411 WALNUT STREET<br>UNIT # 3964<br>GREEN COVE SPRINGS, FL 32043 | 30763 | Motors Liquidation Company | $98,568.00 | Partially Unliquidated claims | *Remaining Claim* |
| KATKO JR, CHARLES<br>187 GREENAN LN<br><br>LAKE ORION, MI 48362 | 22663 | Motors Liquidation Company | $280,275.00 | Partially Unliquidated claims | *Under Objection* |
| LARRY L SNAPP<br>6610 GASPARILLA PINE BLVD #112<br><br>ENGLEWOOD, FL 34224 | 63412 | Motors Liquidation Company | $57,722.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| LARRY LEIDLEIN<br>3841 WINDING PINE<br>METAMORA, MI 48455 | 32750 | Motors Liquidation Company | $210,966.00 | Partially Unliquidated claims | *Under Objection* |
| LENZ, MARSHA L<br>13508 S RED COAT DR<br>LEMONT, IL 60439 | 44480 | Motors Liquidation Company | $37,031.00 | Partially Unliquidated claims | *Remaining Claim* |
| LEON CRUMP<br>PO BOX 55523<br>OKLAHOMA CITY, OK 73155 | 49693 | Motors Liquidation Company | $89,089.00 | Partially Unliquidated claims | *Remaining Claim* |
| LEONARD J PILZ<br>10221 ROOD AVE<br>LAKE, MI 48632 | 22313 | Motors Liquidation Company | $35,203.00 | Partially Unliquidated claims | *Remaining Claim* |
| LESLYN C BLACK<br>2480 LEISURE WORLD<br>MESA, AZ 85206 | 27554 | Motors Liquidation Company | $135,766.79 | Partially Unliquidated claims | *Remaining Claim* |
| LESLYN C BLACK<br>2480 LEISURE WORLD<br>MESA, AZ 85206 | 27555 | Motors Liquidation Company | $15,181.94 | Partially Unliquidated claims | *Remaining Claim* |
| LINDA SALMON<br>1681 CARNELIAN CT<br>LINCOLN, CA 95648 | 22891 | Motors Liquidation Company | $174,075.00 | Partially Unliquidated claims | *Under Objection* |
| LOHMAN V BLUE JR<br>C/O FORTSON, BENTLEY & GRIFFIN, PA<br>2500 DANIELL'S BRIDGE RD BLDG 200, STE 3A<br>ATHENS, GA 30606 | 23153 | Motors Liquidation Company | $136,303.00 | Partially Unliquidated claims | *Remaining Claim* |
| LOHNER, ANN M<br>3661 TIMBERLANE DR<br>EASTON, PA 18045 | 36739 | Motors Liquidation Company | $292.56 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| LOMBARDO, DENNIS M<br>4730 CECELIA ANN CT<br><br>CLARKSTON, MI 48346 | 61379 | Motors Liquidation Company | $119,792.00 | Partially Unliquidated claims | *Remaining Claim* |
| MALINDA CORNELIUS<br>6430 LIBERTY VALLEY DR<br><br>KATY, TX 77449 | 36149 | Motors Liquidation Company | $4,000.00 | Partially Unliquidated claims | *Under Objection* |
| MALINDA CORNELIUS<br>6430 LIBERTY VALLEY DR<br><br>KATY, TX 77449 | 36150 | Motors Liquidation Company | $4,000.00 | Partially Unliquidated claims | *Under Objection* |
| MANOS, KATHERINE<br>12125 SPARTAN WAY APT 102<br><br>BAYONET POINT, FL 34667 | 19384 | Motors Liquidation Company | $76,200.00 | Partially Unliquidated claims | *Under Objection* |
| MARIE V PILZ SPOUSE OF LEONARD J PILZ (RETIREE)<br>C/O LEONARD J PILZ<br>10221 ROOD AVE<br>LAKE, MI 48632 | 22304 | Motors Liquidation Company | $117,300.00 | Partially Unliquidated claims | *Remaining Claim* |
| MARWIN HENRY R<br>3096 MYDDLETON DRIVE<br><br>TROY, MI 48084 | 45177 | Motors Liquidation Company | $112,644.00 | Partially Unliquidated claims | *Remaining Claim* |
| MATHEWS MD<br>3973 KNOX AVE<br><br>ROSAMOND, CA 93560<br>UNITED STATES OF AMERICA | 62405 | Motors Liquidation Company | $36,398.00 | Partially Unliquidated claims | *Remaining Claim* |
| MAX MILLER JR<br>6299 QUAIL STREET<br><br>HASLETT, MI 48840 | 61276 | Motors Liquidation Company | $144,813.00 | Partially Unliquidated claims | *Remaining Claim* |
| MC GARRY RAYMOND G<br>2932 BIRNAM CT<br><br>OAKLAND TOWNSHIP, MI 48306 | 27132 | Motors Liquidation Company | $163,836.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| MILLER JR DALE F<br>4333 LIVE OAK BLVD<br><br>FORT WAYNE, IN 46804 | 36556 | Motors Liquidation Company | $144,039.00 | Partially Unliquidated claims | *Remaining Claim* |
| MOORE, ODELL<br>844 BOUTELL DR<br><br>GRAND BLANC, MI 48439 | 51048 | Motors Liquidation Company | $178,531.00 | Partially Unliquidated claims | *Remaining Claim* |
| MOYER, BARRY R<br>404 RIVERS EDGE LN<br><br>PORTLAND, MI 48875 | 65660 | Motors Liquidation Company | $51,263.47 | Partially Unliquidated claims | *Under Objection* |
| MUJUMDAR, JAYANT S<br>21183 E CHIGWIDDEN ST<br><br>NORTHVILLE, MI 48167 | 65350 | Motors Liquidation Company | $142,413.00 | Partially Unliquidated claims | *Remaining Claim* |
| NANCY GRUBBA<br>6419 WOODBURNE CT.<br><br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 44263 | Motors Liquidation Company | $122,902.00 | Partially Unliquidated claims | *Under Objection* |
| NEIL DODRILL<br>3228 COREY RD<br><br>TOLEDO, OH 43615 | 23439 | Motors Liquidation Company | $152,513.00 | Partially Unliquidated claims | *Remaining Claim* |
| NELSON, MARIANNE<br>8839 DILL DR<br><br>STERLING HEIGHTS, MI 48312 | 44226 | Motors Liquidation Company | $3,500.00 | Partially Unliquidated claims | *Remaining Claim* |
| NORMAN CLAERR<br>12956 HUMMINGBIRD RIDGE<br><br>DAVISBURG, MI 48350 | 61562 | Motors Liquidation Company | $41,560.00 | Partially Unliquidated claims | *Remaining Claim* |
| PAUL DAY<br>7922 JENNIFER LN<br><br>BROWNSBURG, IN 46112 | 63758 | Motors Liquidation Company | $110,852.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| PAUL FRIIS<br>13201 PINEHURST LANE<br><br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 69693 | Remediation And Liability Management Company, Inc. | $76,769.00 | Partially Unliquidated claims | *Remaining Claim* |
| PAUL FRIIS<br>13201 PINEHURST LANE<br><br>GRAND BLANC, MI 48439 | 69852 | Remediation And Liability Management Company, Inc. | $76,769.00 | Partially Unliquidated claims | *Under Objection* |
| PAUL, EDGAR B<br>1 QUAIL HOLLOW RD<br><br>MURFREESBORO, NC 27855 | 62257 | Motors Liquidation Company | $372,063.72 | Partially Unliquidated claims | *Remaining Claim* |
| PAYNE, PATRICIA A<br>3090 RHODA ST<br><br>FLINT, MI 48507 | 14746 | Motors Liquidation Company | $27,900.00 | Partially Unliquidated claims | *Remaining Claim* |
| PHELEY, GARY N<br>3662 HONORS WAY<br><br>HOWELL, MI 48843 | 60934 | Motors Liquidation Company | $146,253.00 | Partially Unliquidated claims | *Under Objection* |
| PREMO, DOUGLAS C<br>31 RIVERSIDE PKWY<br><br>MASSENA, NY 13662 | 30777 | Motors Liquidation Company | $135,908.00 | Partially Unliquidated claims | *Remaining Claim* |
| RABY, SANDRA D<br>2651 N EAST SHORE<br><br>BIRCHWOOD, WI 54817 | 11619 | Motors Liquidation Company | $21,723.01 | Partially Unliquidated claims | *Remaining Claim* |
| RAYMOND DELOZIER<br>5051 N HWY A1A<br>APT PH2-4<br>FT PIERCE, FL 34949 | 61885 | Motors Liquidation Company | $145,660.00 | Partially Unliquidated claims | *Under Objection* |
| RICHARD M POWERS<br>P O BOX 29<br><br>COPPER HARBOR, MI 49918 | 46007 | Motors Liquidation Company | $62,865.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ROBERT & CHERYL CLICK<br>3028 PINNACLE CT.<br><br>CLERMONT, FL 34711<br>UNITED STATES OF AMERICA | 20190 | Motors Liquidation Company | $108,903.00 | Partially Unliquidated claims | *Remaining Claim* |
| ROBERT GRUBBA<br>6419 WOODBURNE CT.<br><br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 44262 | Motors Liquidation Company | $126,456.00 | Partially Unliquidated claims | *Under Objection* |
| ROBERT SCHIEB<br>5317 LAKE FOREST RESERVE LN<br><br>BRUNSWICK, OH 44212<br>UNITED STATES OF AMERICA | 62375 | Motors Liquidation Company | $138,728.00 | Partially Unliquidated claims | *Remaining Claim* |
| ROBERT TRIPOLSKY<br>43440 HERRING DR<br><br>CLINTON TWP, MI 48038 | 44442 | Motors Liquidation Company | $152,878.00 | Partially Unliquidated claims | *Under Objection* |
| RUSS TOWNER<br>204 S CREEDMOOR WAY<br><br>ANDERSON, IN 46011 | 21322 | Motors Liquidation Company | $70,344.00 | Partially Unliquidated claims | *Remaining Claim* |
| RUSSELL TOWNER<br>204 S CREEDMOOR WAY<br><br>ANDERSON, IN 46011 | 21321 | Motors Liquidation Company | $702,080.00 | Partially Unliquidated claims | *Under Objection* |
| SEWELL, CAROLYN S<br>2121 WINSLOW AVE<br><br>FLOWER MOUND, TX 75028 | 70727 | Motors Liquidation Company | $37,800.00 | Partially Unliquidated claims | *Remaining Claim* |
| SHEIPE, ROBERT<br>484 E CARMEL DR PMB 311<br><br>CARMEL, IN 46032 | 46269 | Motors Liquidation Company | $144,389.00 | Partially Unliquidated claims | *Under Objection* |
| SIDNEY EISENBERG<br>3406 VANTAGE POINTE DR<br><br>ROWLAND HEIGHTS, CA 91748 | 21666 | Motors Liquidation Company | $144,420.00 | Partially Unliquidated claims | *Under Objection* |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| SORTZI, BRYAN K<br>57292 PLYMOUTH RD<br><br>WASHINGTON, MI 48094 | 23372 | Motors Liquidation Company | $89,460.00 | Partially Unliquidated claims | *Remaining Claim* |
| SPRANGER, ROY C<br>11421 MASONIC BLVD<br><br>WARREN, MI 48093 | 27900 | Motors Liquidation Company | $137,633.00 | Partially Unliquidated claims | *Remaining Claim* |
| STAPLETON LOYD K<br>9168 GLENRIDGE BLVD<br><br>CENTERVILLE, OH 45458 | 64397 | Motors Liquidation Company | $144,352.00 | Partially Unliquidated claims | *Under Objection* |
| STEVE MATSIL<br>4701 BONNIE CT<br><br>WEST BLOOMFIELD, MI 48322<br>UNITED STATES OF AMERICA | 32798 | Motors Liquidation Company | $1,640,600.00 | Partially Unliquidated claims | *Remaining Claim* |
| SUSAN L VAN COTT<br>12389 AVENIDA CONSENTIDO<br><br>SAN DIEGO, CA 92128 | 46257 | Motors Liquidation Company | $202,900.00 | Partially Unliquidated claims | *Remaining Claim* |
| TERRY MCCLAIN<br>11317 WAY CROSS RD<br><br>OKLAHOMA CITY, OK 73162 | 50083 | Motors Liquidation Company | $127,098.00 | Partially Unliquidated claims | *Remaining Claim* |
| THOMAS ENDRES<br>4294 DOMINION BLVD<br><br>BRIGHTON, MI 48114 | 48423 | Motors Liquidation Company | $515,235.00 | Partially Unliquidated claims | *Remaining Claim* |
| THOMAS MANCEWICZ<br>2300 HILLCRESCENT<br><br>TROY, MI 48085 | 61699 | Motors Liquidation Company | $26,524.00 | Partially Unliquidated claims | *Remaining Claim* |
| THOMAS WILSON<br>BOX 20<br>BANGLAMUNG POST OFFICE<br>20150 CHONBURI THAILAND<br>THAILAND | 31183 | Motors Liquidation Company | $315,528.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| THOMAS ZEBEHAZY<br>3364 W YORK CT<br><br>ROCHESTER HILLS, MI 48306 | 61400 | Motors Liquidation Company | $137,024.00 | Partially Unliquidated claims | *Under Objection* |
| UPDEGRAFF, DALE E<br>2346 WESTDALE CT<br><br>KOKOMO, IN 46901 | 20827 | Motors Liquidation Company | $70,000.00 | Partially Unliquidated claims | *Under Objection* |
| VAN COTT, PETER<br>12389 AVENIDA CONSENTIDO<br><br>SAN DIEGO, CA 92128 | 46259 | Motors Liquidation Company | $133,775.00 | Partially Unliquidated claims | *Remaining Claim* |
| VANDERWALL, DAVID J<br>737 WILLINGTON WAY<br><br>THE VILLAGES, FL 32162 | 31311 | Motors Liquidation Company | $154,180.00 | Partially Unliquidated claims | *Remaining Claim* |
| VESTY, JOHN P<br>250 MARMOOR CT<br><br>ROCHESTER HILLS, MI 48309 | 44406 | Motors Liquidation Company | $33,147.00 | Partially Unliquidated claims | *Remaining Claim* |
| WIGGINS, JUDY M<br>2892 CHURCHILL DR<br><br>KINSTON, NC 28504 | 48388 | Motors Liquidation Company | $134,673.00 | Partially Unliquidated claims | *Remaining Claim* |
| WILLIAM A HEIDORN<br>5420 WILLOW SPRINGS RD<br><br>LA GRANGE HIGHLANDS, IL 60525 | 29698 | Motors Liquidation Company | $72,415.00 | Partially Unliquidated claims | *Remaining Claim* |
| WILLIAM SIMMONS<br>2935 TIMBER LANE<br><br>JANESVILLE, WI 53548<br>UNITED STATES OF AMERICA | 25422 | Motors Liquidation Company | $4,531.00 | Partially Unliquidated claims | *Under Objection* |
| WILLIAM SIMMONS<br>2935 TIMBER LANE<br><br>JANESVILLE, WI 53548 | 25425 | Motors Liquidation Company | $10,487.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit E - Employee Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| WILSON, MARLIN<br>6668 N BLUE RIVER RD<br><br>ARLINGTON, IN 46104 | 49536 | Motors Liquidation Company | $1,486.93 | Partially Unliquidated claims | *Under Objection* |
| ZITZLER, JEAN<br>858 TARRANT DR<br><br>FONTANA, WI 53125 | 28312 | Motors Liquidation Company | $7,207.20 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## **EXHIBIT F**

**EQUITY SECURITY HOLDERS CLAIMS**

Exhibit F - Equity Security Holders Claims

**Partially Unliquidated Claims Estimation Motion**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BRUCE D MULLEN<br>13 LAWRENCE PL<br><br>PLYMOUTH MEETING, PA 19462 | 68325 | Motors Liquidation Company | $4,200.00 | Partially Unliquidated claims | *Under Objection* |
| CATHERINE C GRAHAM<br>WBNA CUSTODIAN ROTH IRA<br>2563 RIVER KNOLL DR<br>LILBURN, GA 30047 | 4100 | Motors Liquidation Company | $4,476.69 | Partially Unliquidated claims | *Under Objection* |
| CLOWNEY, WILLIAM H<br>164 BERESFORD ST<br><br>HIGHLAND PARK, MI 48203 | 3025 | Motors Liquidation Company | $2,500.00 | Partially Unliquidated claims | *Under Objection* |
| CLYDE & CLAIRENE STRILER<br>4136 W COLDWATER RD<br><br>FLINT, MI 48504 | 4854 | Motors Liquidation Company | $12,500.00 | Partially Unliquidated claims | *Under Objection* |
| CLYDE & CLAIRENE STRILER<br>TTEE'S CLYDE & CLAIRENE<br>STRILER REV LIV TRUST<br>UAD 8/07/02<br>4136 W. COLDWATER RD.<br>FLINT, MI 48504 | 4855 | Motors Liquidation Company | $12,500.00 | Partially Unliquidated claims | *Under Objection* |
| DAVID AND SANDRA MOSKOVITZ<br>1514 SW 149TH AVE<br><br>PEMBROKE PINES, FL 33027 | 68651 | Motors Liquidation Company | $2,500.00 | Partially Unliquidated claims | *Under Objection* |
| DE BUSSEY, LAWRENCE L<br>7093 BALTIC DR SW<br><br>BYRON CENTER, MI 49315 | 63072 | Motors Liquidation Company | $11,590.88 | Partially Unliquidated claims | *Under Objection* |
| DOMENICA DITTMEIER<br>32 SHELLEY AVE<br><br>VALHALLA, NY 10595<br>UNITED STATES OF AMERICA | 70494 | Motors Liquidation Company | $20,000.00 | Partially Unliquidated claims | *Under Objection* |
| DOMENICA S DITTMEIER<br>32 SHELLEY AVE<br><br>VALHALLA, NY 10595 | 70498 | Motors Liquidation Company | $20,000.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

Exhibit F - Equity Security Holders' Claims

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| DR ROBERT EBERLEIN<br>RUA VITORIA M6  APTO 132<br>CEP 09030 520 SANTO ANDRE SP BRAZIL<br>BRAZIL | 31228 | Motors Liquidation Company | $2,087.25 | Partially Unliquidated claims | *Under Objection* |
| EKREM BAKA<br>AN DER UNTERGEIS 3<br>36251 BAD HERSFELD GERMANY<br>GERMANY | 69591 | Motors Liquidation Company | $20,000.00 | Partially Unliquidated claims | *Under Objection* |
| GOETZ G WILL<br>AM MEILENHOFEN WEG 6<br>92348 BERG GERMANY<br>GERMANY | 46081 | Motors Liquidation Company | $15,645.00 | Partially Unliquidated claims | *Under Objection* |
| GUY & JUANITA RAMSAUR<br>PO BOX 338<br>IRON STATION, NC 28080 | 25384 | Motors Liquidation Company | $25,000.00 | Partially Unliquidated claims | *Under Objection* |
| HELMUT LITZENBERG<br>ST JOHANN 6 - APP 185<br>D-91056 ERLANGEN GERMANY<br>GERMANY | 29638 | Motors Liquidation Company | $4,200.00 | Partially Unliquidated claims | *Under Objection* |
| JAMES R LEONARD (IRA)<br>FCC AS CUSTODIAN<br>PO BOX 82367<br>LAFAYETTE, LA 70598 | 15380 | Motors Liquidation Company | $25,000.00 | Partially Unliquidated claims | *Under Objection* |
| JANICE UNDERWOOD<br>5518 EAST TIMBERVIEW CT<br>WILMINGTON, DE 19805 | 16169 | Motors Liquidation Company | $3,046.50 | Partially Unliquidated claims | *Under Objection* |
| MARGARETE KOWARZIK<br>STRUNDENER STRASSE 86 A<br>D-51069  KOLN GERMANY<br>GERMANY | 27207 | Motors Liquidation Company | $1,805.60 | Partially Unliquidated claims | *Under Objection* |
| MARTIN IMMKE<br>ZILLESTR. 99C<br>10585 BERLIN GERMANY<br>GERMANY | 32757 | Motors Liquidation Company | $3,795.34 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

Exhibit F - Equity Security Holders' Claims

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| MARTIN KOHN<br>OLOF PALME STR 7<br>D-60439 FRANKFURT GERMANY<br>GERMANY | 30195 | Motors Liquidation Company | $1,700.00 | Partially Unliquidated claims | *Under Objection* |
| MOHAMMED REZAUL HUSSAIN<br>4318 WALNUT STREET<br>APT 2-R<br>PHILADELPHIA, PA 19104 | 7678 | Motors Liquidation Company | $4,833.66 | Partially Unliquidated claims | *Under Objection* |
| MUSSELL, JOHN A<br>9783 ALLEN ST<br>GOWANDA, NY 14070 | 2598 | Motors Liquidation Company | $2,500.00 | Partially Unliquidated claims | *Under Objection* |
| NELLY BAUER-ROLLANDIN & FRANK OUW<br>ROMERSTR 3A<br>76870 KANDEL, GERMANY<br>GERMANY | 64784 | Motors Liquidation Company | $10,702.08 | Partially Unliquidated claims | *Under Objection* |
| NORMAN B. THOT<br>ANGERSTRASSE 11A<br>40878 RATINGEN GERMANY<br>GERMANY | 15192 | Motors Liquidation Company | $1,522.48 | Partially Unliquidated claims | *Under Objection* |
| PLOUFFE, DANIEL C<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236 | 45171 | Motors Liquidation Company | $162,320.00 | Partially Unliquidated claims | *Under Objection* |
| PRIER OTTO<br>WEIDSTRASSE NR 5<br>55120 MAINZ GERMANY<br>GERMANY | 64054 | Motors Liquidation Company | $166.14 | Partially Unliquidated claims | *Under Objection* |
| ROBERT P SPROED<br>CGM IRA CUSTODIAN<br>10444 WESTLAND LANE<br>DAYTON, OR 97114 | 13667 | Motors Liquidation Company | $10,185.00 | Partially Unliquidated claims | *Under Objection* |
| RUDOLF DITTRICH<br>DIESTELWEG 30<br>28816 STUHR GERMANY<br>GERMANY | 30953 | Motors Liquidation Company | $3,584.45 | Partially Unliquidated claims | *Under Objection* |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit F - Equity Security Holders Claims**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| SHUN-PING CHEN<br>AUF DER OHE 15<br>BARMSTEDT GERMANY D-25355<br>GERMANY | 27148 | Motors Liquidation Company | $2,356.70 | Partially Unliquidated claims | *Under Objection* |
| SOLANDINE, DIXIE H<br>1845 BARTH AVE<br><br>INDIANAPOLIS, IN 46203 | 64023 | Motors Liquidation Company | $7,500.00 | Partially Unliquidated claims | *Under Objection* |
| STOLPIN, ROGER M<br>3136 QUICK RD<br><br>HOLLY, MI 48442 | 61371 | Motors Liquidation Company | $1,080.00 | Partially Unliquidated claims | *Under Objection* |
| SULHDOST LISA<br>OTTO-BRAUNSTR 19<br>40595 DUSSELDORF GERMANY<br>GERMANY | 61220 | Motors Liquidation Company | $2,809.00 | Partially Unliquidated claims | *Under Objection* |
| SUPPER, REINHARD<br>AM HORSTENSTEIN 24B<br>12277 BERLIN  GERMANY<br>GERMANY | 26742 | Motors Liquidation Company | $148.63 | Partially Unliquidated claims | *Under Objection* |
| THANH PHUC THI<br>48-19 208TH STREET<br><br>BAYSIDE, NY 11364 | 70673 | Motors Liquidation Company | $4,112.50 | Partially Unliquidated claims | *Remaining Claim* |
| THORSTEN JUNG<br>SEESTRASSE 4<br>56459 POTTUM GERMANY<br>GERMANY | 46611 | Motors Liquidation Company | $27,640.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## **EXHIBIT G**

**EXECUTORY CONTRACTS CLAIMS**

Partially Unliquidated Claims Estimation Motion | **Exhibit G - Executory Contracts Claims** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ACD HOLDINGS LLC<br>ATTN JOHN B T CAMBELL<br>C/O ROBERT A BALL ESQ<br>225 BROADWAY STE 2220<br>SAN DIEGO, CA 92101 | 14342 | MLCS, LLC | $3,303,266.27 | Partially Unliquidated claims | *Remaining Claim* |
| ACD HOLDINGS LLC<br>C/O ROBERT A BALL, ESQ<br>ATTN JOHN BT CAMBELL<br>225 BROADWAY STE 2220<br>SAN DIEGO, CA 92101 | 14343 | MLCS, LLC | $1,877,222.88 | Partially Unliquidated claims | *Remaining Claim* |
| ACD HOLDINGS LLC<br>C/O ROBERT A BALL, ESQ<br>ATTN JOHN BT CAMBELL<br>225 BROADWAY STE 2220<br>SAN DIEGO, CA 92101 | 14344 | MLCS, LLC | $1,287,237.51 | Partially Unliquidated claims | *Remaining Claim* |
| ACD HOLDINGS LLC<br>C/O ROBERT A BALL, ESQ<br>ATTN JOHN B CAMBELL<br>225 BROADWAY STE 2220<br>SAN DIEGO, CA 92101 | 14345 | MLCS, LLC | $1,856,592.36 | Partially Unliquidated claims | *Remaining Claim* |
| ANGELA BROWN<br>C/O GREGORY P CAFOUROS KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIRCLE  STE 900<br>INDIANAPOLIS, IN 46204 | 49487 | Motors Liquidation Company | $15,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| APRIL PERRY<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP<br>111 MONUMENT CIRCLE, SUITE 900<br>INDIANAPOLIS, IN 46204<br>UNITED STATES OF AMERICA | 51133 | Motors Liquidation Company | $15,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| ATEL LEASING CORPORATION, AS AGENT<br>ATTN V MORAIS OR R WILDER<br>600 CALIFORNIA STREET, 6TH FLOOR<br>SAN FRANCISCO, CA 94108 | 70438 | Motors Liquidation Company | $116,180.00 | Partially Unliquidated claims | *Under Objection* |
| BP/CGCENTER I LLC<br>C/O DOUGLAS B ROSNER ESQ<br>GOULSTON & STORRS PC<br>400 ATLANTIC AVE<br>BOSTON, MA 02110 | 61073 | Motors Liquidation Company | $21,459,850.92 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Partially Unliquidated Claims Estimation Motion**    **Exhibit G - Executory Contracts Claims**    Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| C THOMPSON AUTOMOTIVE INC<br>PO BOX 358<br>GREENWOOD, SC 29648 | 63533 | Motors Liquidation Company | $266,024.89 | Partially Unliquidated claims | *Remaining Claim* |
| CARDENAS MOTORS, INC.<br>RENATO CARDENAS<br>1500 N EXPY 83<br>BROWNSVILLE, TX 78521 | 11064 | Motors Liquidation Company | $6,622,155.95 | Partially Unliquidated claims | *Under Objection* |
| CAROL L CLARK<br>162 WARREN STREET APT 2<br>GLENS FALLS, NY 12801 | 786 | Motors Liquidation Company | $24,685.16 | Partially Unliquidated claims | *Remaining Claim* |
| CISCO SYSTEMS CAPITAL CORPORATION<br>LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE300<br>PALO ALTO, CA 94306 | 47941 | Motors Liquidation Company | $379,236.00 | Partially Unliquidated claims | *Remaining Claim* |
| CITY OF LOS ANGELES LOS ANGELES WORLD AIRPORTS<br>ATTENTION  MICHAEL TY ESQ<br>1 WORLD WAY<br>LOS ANGELES, CA 90045 | 70216 | Remediation And Liability Management Company, Inc. | $6,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| COMPUTER ASSOCIATES INTERNATIONAL, INC.<br>PLATINUM TECHNOLOGY INTERNATIONAL, INC.<br>ATTN ROBERT AUSTEN<br>1 CA PLZ<br>ISLANDIA, NY 11749 | 20703 | Motors Liquidation Company | $3,329,143.36 | Partially Unliquidated claims | *Remaining Claim* |
| CROWN ENTERPRISES INC<br>C/O MARILYN MITCHELL<br>12225 STEPHENS RD<br>WARREN, MI 48089 | 69961 | Motors Liquidation Company | $1,782,742.00 | Partially Unliquidated claims | *Under Objection* |
| CROWN ENTERPRISES INC<br>C/O MARILYN MITCHELL<br>12225 STEPHENS RD<br>WARREN, MI 48089 | 69974 | Motors Liquidation Company | $1,782,742.00 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

# Exhibit G - Executory Contracts Claims

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES<br>ATTN LISA WURSTER<br>3939 TECHNOLOGY DRIVE<br>MAUMEE, OH 43537 | 65896 | Motors Liquidation Company | $10,034.72 | Partially Unliquidated claims | *Remaining Claim* |
| ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE RENT A CAR COMPANY)<br>ATTN THOMAS P LAFFEY<br>600 CORPORATE PARK DRIVE<br>ST LOUIS, MO 63105 | 65719 | Motors Liquidation Company | $761,015.75 | Partially Unliquidated claims | *Remaining Claim* |
| FIRST UNITED INC.<br>ATTN: DAVID WICK<br>5440 MOOREHOUSE DRIVE<br>SUITE 4000<br>SAN DIEGO, CA 92121<br>UNITED STATES OF AMERICA | 70401 | Motors Liquidation Company | $4,337,777.00 | Partially Unliquidated claims | *Remaining Claim* |
| HAIN CAPITAL HOLDINGS, LLC<br>re: FOUNTAIN LAKES I LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | 69788 | Motors Liquidation Company | $923,334.60 | Partially Unliquidated claims | *Remaining Claim* |
| HUB PROPERTIES TRUST<br>C/O REIT MANAGEMENT & RESEARCH LLC<br>400 CENTRE STREET<br>NEWTON, MA 02458 | 20942 | Motors Liquidation Company | $83,314.93 | Partially Unliquidated claims | *Remaining Claim* |
| INTEVA PRODUCTS LLC<br>ATTN GENERAL COUNSEL<br>1401 CROOKS ROAD<br>TROY, MI 48084 | 66269 | Motors Liquidation Company | $120,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| JAMES A AND VICKY L BEEDIE<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIRC STE 900<br>INDIANAPOLIS, IN 46204 | 49486 | Motors Liquidation Company | $2,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| JERRY AND JANIS MCPIKE<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP<br>111 MONUMENT CIRCLE, SUITE 900<br>INDIANAPOLIS, IN 46204<br>UNITED STATES OF AMERICA | 51136 | Motors Liquidation Company | $75,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Partially Unliquidated Claims Estimation Motion**

## Exhibit G - Executory Contracts Claims

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| JOHN J QUINLAN<br>1030 S SUPERIOR ST<br>ANTIGO, WI 54409 | 64509 | Motors Liquidation Company | $1,050,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LARRY D & KATHERINE A CRANE<br>C/O GREGORY P CAFOUROS KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIRCLE  STE 900<br>INDIANAPOLIS, IN 46204 | 49488 | Motors Liquidation Company | $2,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LARRY DIXON<br>C/O GREGORY P CAFOUROS KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIRCLE  STE 900<br>INDIANAPOLIS, IN 46204 | 49489 | Motors Liquidation Company | $36,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LAWANDA ASBELL AND JAMES HAMMOND<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIR STE 900<br>INDIANAPOLIS, IN 46204 | 49484 | Motors Liquidation Company | $1,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LINDEN DEVELOPMENT LLC<br>C/O LOUIS F SOLIMINE<br>THOMPSON HINE LLP<br>312 WALNUT ST STE 1400<br>CINCINNATI, OH 45202 | 70290 | Motors Liquidation Company | $6,600,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| LUCINDA WESSEL<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP<br>111 MONUMENT CIRCLE, SUITE 900<br>INDIANAPOLIS, IN 46204<br>UNITED STATES OF AMERICA | 51134 | Motors Liquidation Company | $15,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| MARJORIE L MARTIN<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIR STE 900<br>INDIANAPOLIS, IN 46204 | 49483 | Motors Liquidation Company | $500.00 | Partially Unliquidated claims | *Remaining Claim* |
| MTECH ASSOCIATES LLC<br>C/O KATHLEEN H. KLAUS<br>MADDIN HAUSER<br>28400 NORTHWESTERN HIGHWAY<br>3RD FLOOR<br>SOUTHFIELD, MI 48034<br>UNITED STATES OF AMERICA | 70536 | Motors Liquidation Company | $6,051,597.62 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion | **Exhibit G - Executory Contracts Claims** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| NAPLETON INVESTMENT PARTNERSHIP LP<br>406 NORTH MONROE<br><br>HINSDALE, IL 60521 | 14516 | Motors Liquidation Company | $967,757.56 | Partially Unliquidated claims | *Remaining Claim* |
| NAVISTAR INC<br>C/O MICHAEL K MCCRORY<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN STREET<br>INDIANAPOLIS, IN 46204 | 45841 | Motors Liquidation Company | $2,284,918.57 | Partially Unliquidated claims | *Remaining Claim* |
| NEW UNITED MOTOR MANUFACTURING INC<br>KIRKLAND & ELLIS LLP<br>C/O RICHARD M. CIERI<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 67357 | Motors Liquidation Company | $500,000,000.00 | Partially Unliquidated claims | *Under Objection* |
| NIJECT SERVICES COMPANY<br>C/O HEATHER L FORAN ESQ<br>ASSOCIATE GENERAL COUNSEL - LITIGATION<br>INGERSOLL - RAND<br>100 CENTENNIAL AVENUE<br>PISCATAWAY, NJ 08854 | 70287 | Motors Liquidation Company | $2,150,408.87 | Partially Unliquidated claims | *Remaining Claim* |
| OTS SIGNS LP<br>C/O HERRICK FEINSTEIN LLP<br>ATTN GLORIA HUANG<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | 23262 | Motors Liquidation Company | $5,389,092.60 | Partially Unliquidated claims | *Remaining Claim* |
| PLETCHER RODNEY C<br>1001 W PIKE ST<br><br>GOSHEN, IN 46526 | 50140 | Motors Liquidation Company | $101,187.68 | Partially Unliquidated claims | *Remaining Claim* |
| SCG CAPITAL CORPORATION<br>ATTN CYNTHIA DWELLE ESQ<br>74 WEST PARK PLACE<br>STAMFORD, CT 06901 | 66745 | Motors Liquidation Company | $390,290.24 | Partially Unliquidated claims | *Remaining Claim* |
| SOUTH TROY TECH LLC<br>MICHAEL S LEIB (P30470)<br>MADDIN, HAUSER, WARTELL, ROTH & HELLER PC<br>28400 NORTHWESTERN HWY  3RD FL<br>SOUTHFIELD, MI 48034 | 31318 | Motors Liquidation Company | $1,429,523.44 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit G - Executory Contracts Claims**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| SUN MICROSYSTEMS INC<br>C/O LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 67363 | Motors Liquidation Company | $338,240.00 | Partially Unliquidated claims | *Remaining Claim* |
| SUPER SIGN COMPANY<br>HERRICK FEINSTEIN LLP<br>ATTN GLORIA HUANG<br>2 PARK AVE<br>NEW YORK, NY 10016 | 23259 | Motors Liquidation Company | $2,407,896.60 | Partially Unliquidated claims | *Remaining Claim* |
| SUSAN R RAINES<br>C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP<br>111 MONUMENT CIRCLE, SUITE 900<br>INDIANAPOLIS, IN 46204<br>UNITED STATES OF AMERICA | 51135 | Motors Liquidation Company | $49,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| TOYOTA MOTOR CORPORATION<br>ATTN: TMC-LEGAL<br>NO.1 TOYOTA-CHO,<br>TOYOTA CITY, AICHI PREFECTURE, 471-8571<br>JAPAN<br>JAPAN | 69721 | Motors Liquidation Company | $3,200,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| TRACY L BARLOW<br>C/O GREGORY P CAFOUROS<br>KROGER GARDIS & REGAS LLP<br>111 MONUMENT CIR STE 900<br>INDIANAPOLIS, IN 46204 | 49482 | Motors Liquidation Company | $2,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| TRUSTEES OF THE SCREEN ACTORS GUILD-<br>PRODUCER PENSION & HEALTH PLANS<br>3601 WEST OLIVE AVENUE<br>BURBANK, CA 91510 | 1039 | Motors Liquidation Company | $210,650.64 | Partially Unliquidated claims | *Remaining Claim* |
| UBS AG<br>STEPHEN A THATCHER<br>DIRECTOR & COUNSEL<br>UBS AG<br>677 WASHINGTON BLVD 8TH FLOOR<br>STAMFORD, CT 06901<br>UNITED STATES OF AMERICA | 44296 | Motors Liquidation Company | $22,240,478.53 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion   **Exhibit G - Executory Contracts Claims**   <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE F/B/O BODMAN LLP<br>C/O MARC M BAKST ESQ<br>1901 ST ANTOINE STREET<br>6TH FLOOR AT FORD FIELD<br>DETROIT, MI 48228 | 59208 | Motors Liquidation Company | $49,325,839.26 | Partially Unliquidated claims | *Remaining Claim* |
| WACHOVIA BANK, NATIONAL ASSOCIATION<br>C/O RUSKIN MOSCOU FALTISCEK PC<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556 | 29239 | Motors Liquidation Company | $37,449,061.32 | Partially Unliquidated claims | *Remaining Claim* |
| WATKINS TRUCKS, INC<br>ATTN. GEORGE WATKINS, PRESIDENT<br>4031 NEW CASTLE AVEUNE<br>NEW CASTLE, DE 19720 | 21852 | Motors Liquidation Company | $607,563.19 | Partially Unliquidated claims | *Remaining Claim* |
| WATKINS TRUCKS, INC.<br>ATTN. GEORGE WATKINS, PRESIDENT<br>4031 NEW CASTLE AVENUE<br>NEW CASTLE, DE 19720 | 70388 | Motors Liquidation Company | $607,563.19 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**EXHIBIT H**

**OTHER CLAIMS**

Partially Unliquidated Claims Estimation Motion

**Exhibit H - Other Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| ANTHONY GOMEZ<br>CINDY OR ANTHONY GOMEZ<br>101 N DOWLING RD STE A<br>COLLEGE STATION, TX 77845 | 61547 | Motors Liquidation Company | $5,656.75 | Partially Unliquidated claims | *Under Objection* |
| ARNO BUTZ<br>ADOLFSTR 9<br>42655 SOLINGEN GERMANY<br>GERMANY | 69704 | Motors Liquidation Company | $83,128.30 | Partially Unliquidated claims | *Remaining Claim* |
| ARTHUR M FITZPATRICK<br>4246 HIGHLAND DRIVE<br>CARLSBAD, CA 92008 | 957 | Motors Liquidation Company | $6,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| ASSET ENGINEERING CORPORATION ASSIGNEE OF VANNATTER GROUP INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, CANADA<br>CANADA | 17210 | Motors Liquidation Company | $1,230,909.40 | Partially Unliquidated claims | *Under Objection* |
| BAKER & MCKENZIE<br>BAKER & MCKENZIE LLP<br>ATTN IRA A REID ESQ<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 67356 | Motors Liquidation Company | $145,027.30 | Partially Unliquidated claims | *Remaining Claim* |
| BARNES & THORNBURG LLP<br>C/O WENDY D BREWER ESQ<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 7527 | Motors Liquidation Company | $3,762.00 | Partially Unliquidated claims | *Remaining Claim* |
| BARTLETT PROPERTY MANAGEMENT<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2017 30TH ST<br>BEDFORD, IN 47421 | 23666 | Motors Liquidation Company | $15,954.45 | Partially Unliquidated claims | *Remaining Claim* |
| BGE<br>PO BOX 1475<br>BALTIMORE, MD 21201 | 1455 | Motors Liquidation Company | $50,143.41 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit H - Other Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| BOHLER-UDDEHOLM<br>2595 MEADOWVALE BLVD<br>MISSISSAUGA ON L5N 7Y3 CANADA<br>CANADA | 16815 | Motors Liquidation Company | $27,092.07 | Partially Unliquidated claims | *Remaining Claim* |
| BOOTH OIL SITE ADMINISTRATIVE FUND<br>SET A DAVIS ESQ<br>ELIAS GROUP LLP<br>411 THEODORE FREMD AVE SUITE 102<br>RYE, NY 10580 | 58995 | Motors Liquidation Company | $6,940.43 | Partially Unliquidated claims | *Remaining Claim* |
| BRIGETTE CARTER<br>BRIGETTE CARTER<br>18267 LAUDER<br>DETROIT, MI 48235 | 44231 | Motors Liquidation Company | $96,000.00 | Partially Unliquidated claims | *Under Objection* |
| BRYANT JR, JAMES O<br>6 LAWRENCE DR APT B<br>BROWNS MILLS, NJ 08015 | 4171 | Motors Liquidation Company | $25,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| BSH<br>PRAZISIONS-STAHLROHRHANDEL GMBH<br>POSTFACH 17 02 26<br>42621 SOLINGEN GERMANY<br>GERMANY | 69705 | Motors Liquidation Company | $42,462.00 | Partially Unliquidated claims | *Remaining Claim* |
| CHAD NEEDHAM<br>907 CHESTNUT ST<br>HICO, TX 76457 | 70124 | Motors Liquidation Company | $5,790.28 | Partially Unliquidated claims | *Under Objection* |
| CONTITECH MGW GMBH<br>ACCOUNTS DEPT<br>A FRANZISKA HEUER, KASSELER STRABE 11<br>POSTFACH 1420<br>D 34334 HANN MUNDEN GERMANY<br>GERMANY | 17712 | Motors Liquidation Company | $92,779.47 | Partially Unliquidated claims | *Remaining Claim* |
| CONTITIECH MGW GMBH<br>A FRANZISKA HEUER<br>D-34346 HANN MUNDEN<br>POSTFACH 1420<br>D 34334 HANN MUNDEN GERMANY<br>GERMANY | 17711 | Motors Liquidation Company | $31,287.06 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Partially Unliquidated Claims Estimation Motion**

**Exhibit H - Other Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| FAST TEK GROUP LLC<br>9850 E 30TH ST<br><br>INDIANAPOLIS, IN 46229 | 21249 | Motors Liquidation Company | $70,000.00 | Partially Unliquidated claims | *Under Objection* |
| FINDLAY INDUSTRIES ESPANA SL<br>CARRETERA DE CAPELLADES A MARTORELL KM 17,3,<br>08783 MASQUEFA, BARCELONA, SPAIN<br>SPAIN | 63537 | Motors Liquidation Company | $120,953.88 | Partially Unliquidated claims | *Under Objection* |
| FLEXTRONICS AUTOMOTIVE INC<br>LAWRENCE SCHWAB / THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 58904 | MLCS, LLC | $898,388.04 | Partially Unliquidated claims | *Remaining Claim* |
| FLEXTRONICS CORPORATION (F/K/A SOLECTRON CORP)<br>LAWRENCE SCHWAB / THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 58902 | MLC of Harlem, Inc. | $898,388.04 | Partially Unliquidated claims | *Remaining Claim* |
| FLEXTRONICS CORPORATION (F/K/A SOLECTRON CORP)<br>LAWRENCE SCHWAB / THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 58903 | MLCS Distribution Corporation | $898,388.04 | Partially Unliquidated claims | *Remaining Claim* |
| FLEXTRONICS INTERNATIONAL LTD<br>ATTN: LAWRENCE SCHWAB/THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 59687 | MLCS, LLC | $898,388.04 | Partially Unliquidated claims | *Remaining Claim* |
| FLEXTRONICS INTERNATIONAL LTD<br>ATTN LAWRENCE SCHWAB/THOMAS GAA<br>C/O BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br>UNITED STATES OF AMERICA | 59693 | Motors Liquidation Company | $898,388.04 | Partially Unliquidated claims | *Remaining Claim* |
| FLEXTRONICS INTERNATIONAL LTD<br>ATTN LAWRENCE SCHWAB/THOMAS GAA<br>C/O BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br>UNITED STATES OF AMERICA | 59694 | MLC of Harlem, Inc. | $898,388.04 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit H - Other Claims

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| GARCIA & VILLARREAL LLP<br>4401 N MCCOLL RD<br><br>MCALLEN, TX 78504 | 36220 | Motors Liquidation Company | $661,095.10 | Partially Unliquidated claims | *Under Objection* |
| HADDON, JAMES P<br>9217 SHERIDAN RD<br><br>GAINES, MI 48436 | 2448 | Motors Liquidation Company | $1,327.94 | Partially Unliquidated claims | *Remaining Claim* |
| INSTATUNE HUSKY<br>5520 CALGARY TRAIL NW<br>EDMONTON AB T6H 4K1 CANADA<br>CANADA | 16101 | Motors Liquidation Company | $102.14 | Partially Unliquidated claims | *Under Objection* |
| JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br><br>WHITE PLAINS, NY 10605 | 66748 | Motors Liquidation Company | $81,916.65 | Partially Unliquidated claims | *Under Objection* |
| JOHN N GRAHAM TRUSTEE<br>C/O THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | 30485 | Motors Liquidation Company | $1,443,145.70 | Partially Unliquidated claims | *Under Objection* |
| JOHN N GRAHAM TRUSTEE<br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | 30487 | MLCS, LLC | $218,934.83 | Partially Unliquidated claims | *Under Objection* |
| KPMG LLP<br>58 CLARENDON RD DEPT 791<br>WD17 1DE WATFORD<br>UNITED KINGDOM GREAT BRITAIN<br>GREAT BRITAIN | 12916 | Motors Liquidation Company | $97,170.00 | Partially Unliquidated claims | *Under Objection* |
| KUKA ROBOTS IBERICA S A<br>C/O BRYAN CERMAK<br>KUKA GROUP LEGAL DEPT<br>22500 KEY DRIVE<br>CLINTON TOWNSHIP, MI 48036 | 46617 | Motors Liquidation Company | $101,790.97 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit H - Other Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| LORAMENDI S COOP<br>ALIBARRA 26<br>VITORIA SPAIN 01010<br>SPAIN | 24306 | Motors Liquidation Company | $8,789.63 | Partially Unliquidated claims | *Remaining Claim* |
| MARANGOS, DIMITRIOS S<br>3162   GLENGROVE   DR<br>ROCHESTER HILLS, MI 48309 | 61381 | Motors Liquidation Company | $20,000,000.00 | Partially Unliquidated claims | *Under Objection* |
| MEOLDY A MCGINNESS<br>RONALD MCGINNESS JR<br>114 BROOKS AVE<br>BAYVILLE, NJ 08721 | 69530 | Motors Liquidation Company | $5,700.00 | Partially Unliquidated claims | *Remaining Claim* |
| MERIDIAN LIGHTWEIGHT TECHNOLOGIES INC<br>ATTN: ALAN J MILLER<br>25 MCNAB AVE<br>STRATHROY ONTARIO N7G 4H6 CANADA<br>CANADA | 69193 | Motors Liquidation Company | $4,995.76 | Partially Unliquidated claims | *Under Objection* |
| MR KIRBY N PRIDDY<br>PO BOX 151<br>OOLITIC, IN 47451 | 69715 | Motors Liquidation Company | $21,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD<br>CNA SURETY<br>333 S WABASH AVE<br>41ST FLOOR<br>CHICAGO, IL 60604 | 510 | Motors Liquidation Company | $1,000,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION<br>C/O MCCARTER & ENGLISH, LLP<br>ATTN:  CHARLES A. STANZIALE, JR.<br>FOUR GATEWAY CENTER, 100 MULBERRY STREET<br>NEWARK, NJ 07102 | 59735 | Motors Liquidation Company | $7,500,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NIDEC MOTORS & ACUATORS<br>C/O DAVID M. EISENBERG<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P C<br>400 GALLERIA OFFICENTRE, SUITE 444<br>SOUTHFIELD, MI 48034 | 64889 | MLCS, LLC | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit H - Other Claims

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| NIDEC MOTORS & ACUATORS<br>C/O DAVID M EISENBERGY<br>ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE SUITE 444<br>SOUTHFIELD, MI 48034 | 64890 | Motors Liquidation Company | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NIDEC MOTORS & ACUATORS<br>C/O DAVID M EISENBERG<br>ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE SUITE 444<br>SOUTHFIELD, MI 48034 | 64891 | MLCS Distribution Corporation | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| NIDEC MOTORS & ACUATORS<br>C/O DAVID M EISENBERG<br>ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE SUITE 444<br>SOUTHFIELD, MI 48034 | 64892 | MLC of Harlem, Inc. | $100,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| OLIVER BRAUN<br>AUSTR 14<br>96047 BAMBERG GERMANY<br>GERMANY | 68748 | Motors Liquidation Company | $5,661.60 | Partially Unliquidated claims | *Under Objection* |
| ROLF PETERS<br>REU8STR 1<br>38640 GOSLAR GERMANY<br>GERMANY | 69320 | Motors Liquidation Company | $14,154.00 | Partially Unliquidated claims | *Under Objection* |
| SHIGA INTERNATIONAL PATENT OFFICE<br>MASATAKE SHIGA PRESIDENT<br>GRAN TOKYO SOUTH TOWER<br>1-9-2 MARUNOUCHI<br>CHIYODA KU TOKYO JAPAN 100-6620<br>JAPAN | 1153 | Motors Liquidation Company | $4,198.39 | Partially Unliquidated claims | *Under Objection* |
| SIKORA GMBH<br>RUHLSDORFER STR 95 HAUS 81<br>STAHNSDORF BB 14532 GERMANY<br>GERMANY | 23134 | Motors Liquidation Company | $11,437.85 | Partially Unliquidated claims | *Remaining Claim* |
| TERJE SØRHAUG<br>HAAKONSVEGEN 24 B<br>5519 HAUGESUND NORWAY<br>NORWAY | 70280 | Motors Liquidation Company | $92,779.47 | Partially Unliquidated claims | *Under Objection* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Partially Unliquidated Claims Estimation Motion

**Exhibit H - Other Claims**

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| TOYOTA MOTOR SALES U S A INC<br>ATTN TOBIN LIPPERT ESQ<br>19001 SOUTH WESTERN AVE HQ12<br>TORRANCE, CA 90509 | 20951 | Motors Liquidation Company | $119,171.27 | Partially Unliquidated claims | *Remaining Claim* |
| US CUSTOMS AND BORDER PROTECTION<br>ATTN REVENUE DIVISION BANKRUPTCY TEAM<br>6650 TELECOM DR SUITE 100<br>INDIANAPOLIS, IN 46278 | 51097 | Motors Liquidation Company | $25,066,317.08 | Partially Unliquidated claims | *Remaining Claim* |
| VINSON & ELKINS LLP<br>C/O CHARLES D TETRAULT<br>THE WILLARD OFFICE BLDG<br>1455 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004 | 17741 | Motors Liquidation Company | $52,866.00 | Partially Unliquidated claims | *Remaining Claim* |
| WILLIAM LOCKE<br>116 PARKWOODS CT<br>NOBLE, OK 73068 | 16386 | Motors Liquidation Company | $10,000.00 | Partially Unliquidated claims | *Remaining Claim* |
| WORKERS COMPENSATION COURT OF OKLAHOMA<br>KEVIN BLANEY PC<br>PO BOX 657<br>OKLAHOMA CITY, OK 73101 | 65859 | Motors Liquidation Company | $1,726,000.00 | Partially Unliquidated claims | *Remaining Claim* |

(1)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.