**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Kay Standridge Kress, Esq. to be admitted, *pro hac vice*, to represent the Satterlee, Rose Township and Springfield Township Groups (the "Clients"), interested parties in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bars of the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern District of Michigan and the United States District Court for the Western District of Michigan, it is hereby

ORDERED that Kay Standridge Kress, Esq. is admitted to practice, *pro hac vice,* in the above-captioned case, as well as all other proceedings related thereto, to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date   *February 14, 2011*            *s/ Robert E. Gerber*
         New York, New York            United States Bankruptcy Judge

#13826466 v2