UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9160].

Dated: February 14, 2011                    /s/ Kathy-Ann Awkward
       Melville, New York                   Kathy-Ann Awkward

Sworn to before me this 14th day of February, 2011

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

FITZPATRICK, TIMOTHY L
117 S WILSON BLVD
MOUNT CLEMENS, MI 48043-2138

SCOTT, DAVID I
862 SAINT ANDREWS WAY
FRANKFORT, IL 60423-6500