UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss
COUNTY OF SUFFOLK    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 9184].

| | |
|---|---|
| Dated: February 14, 2011 | /s/ Kathy-Ann Awkward |
| Melville, New York | Kathy-Ann Awkward |

Sworn to before me this 14th day of February, 2011

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

GERHARD VOGT  
SCHLUSSELWIESEN 16  
D - 70186 STUTTGART GERMANY

GUNTBERT HORN  
ZUM SCHAFERHOF 60  
49088 OSNAISRUCK GERMANY