February 1, 2011

Dear Honorable Robert E. Gerber, United States Bankruptcy Judge,

I received paper work from The Garden City Group, Inc. on January 31, 2011. It states:

| Name and address of Claimant | Claim # | Debtor | Claim Amount | Grounds for Objection | Objection Page Reference |
|---|---|---|---|---|---|
| Anderson, Hugo J. 533 Lincoln Rd. Otsego, Michigan 49078 | 6285 | Motors Liquidation Company | $4,911.46 | Equity Interest claim | Pgs. 1-5 |

Between 10-11-2007 and 11-29-2008, I purchased 6,548.612 shares of General Motors common stock at a purchase price of $80,369.60. I purchased these shares through an on line brokerage firm called Buy and Hold. Com I did not sell any of these shares. They are shown on my Buy and Hold account as Motors Liquidation shares. I feel my claim amount should be for $80,369.60 and not the $4,911.46 as shown on this paper work.

Sincerely Yours,

Hugo J. Anderson

Phone 1-269-6946393