UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF SUFFOLK      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.   On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 9188].

Dated: February 14, 2011            /s/ Kathy-Ann Awkward
       Melville, New York           Kathy-Ann Awkward

Sworn to before me this 14th day of February, 2011

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires October 22, 2011

# EXHIBIT A

MARK-EDWARD GREY  
KNIEBISSTRASSE 9  
76307 KARLSBAD, GERMANY

MR JOCHEN BADERSCHNEIDER  
JOCHEN BADERSCHNEIDER  
VEICHTEDERPOINTWEG 33  
D 84036 LANDSHUT  GERMANY

MR JOCHEN BADERSCHNEIDER  
VEICHTEDERPOINTWEG 33  
84036 LANDSHUT, GERMANY