## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | VLADIMIR AVERBUKH (DEATH OF FATHER BORIS AVERBUKH)<br>GREGORY G HOPPER ESQUIRE SCBMA<br>300 WEST PRATT STREET SUITE 450<br>BALTIMORE, MD 21201 |
| Claim Number (if known): | 44446 |
| Date Claim Filed: | 11/24/2009 |
| Total Amount of Claim Filed: | $1,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2-8-11

Print Name: Chad Lucas

Title (if applicable): Attorney for Vladimir Averbukh

1