# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| FEB 10 2011 | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BRYSON CASEY<br>C/O THE KUHLMAN LAW FIRM, LLC<br>1100 MAIN ST, STE 2550<br>KANSAS CITY, MO 64105 |
| Claim Number (if known): | 23467 |
| Date Claim Filed: | 11/12/2009 |
| Total Amount of Claim Filed: | $6,500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2-4-11

Print Name: Chad Lucas

Title (if applicable): Attorney for Bryson Casey

1