DATE: FEB. 4, 2011

TO: UNITED STATES BANKRUPTCY COURT
ATTN: HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE

SUBJ.: 183RD OMNIBUS OBJECTION TO CLAIMS
HEARING: (MAR. 1, 2011 @ 9:45 AM)

    I Respectfully submit a copy of my specific objections to the 183RD Omnibus Objection to Claims to your Honor. Copies of my objections and documentation thereof have also been submitted to all required persons and departments as requested (9 total mailings as documented on page 2 of my attached letter to Motors Liquidation Company).

Respectfully,

GORDON HALL

DATE: FEB. 4, 2011
TO: THE GARDEN CITY GROUP, INC.
ATTN: Motors Liquidation Company
Claims Processing

Since I originally submitted a claim for Life Ins. on 11/25/2009, I have now procured an additional document dated June 15, 1998 (immediately *AFTER* my retirement), which further **GUARANTEES**, in *writing*, continuing Life Insurance for the rest of my life at *NO* cost to me. The **VALIDITY** and intent of this document **CANNOT BE DENIED** (EXHIBIT #1).

To assist you in identifying the specific claim, I have **ALSO** enclosed the following:

From my 11/25/09 Initial Claim:
- My original claim (11/25/09) for cancelled Life Ins.
- Calculation page for Life Ins Canc. 11/25/09
- 1998 Flex Enrollment showing Life Ins. Amt.
- 2007 Enrollment Showing 2 times Annual Base Sal. of $78,804

Additionally, I have enclosed the cover page of your recent mailing (postmarked Jan. 27, 2011), and the specific Exhibit A page that documents your denial of my claim stating "No liability." I respectfully submit to you that the single page (Exhibit #1 dated June 15, 1998) clearly and undeniably establishes liability "for the rest of my life", as do other documents.

Please carefully review enrollment statements Exhibit #1 and keep the specific good faith promise made to me by General Motors Corporation on June 15, 1998.

Respectfully,

Gordon Hall

C: FILE
① Bankruptcy Court
② Attorneys for Debtors
③ The Debtors c/o Motors Liq. Co
④ General Motors LLC
⑤ Attnys. for U.S. Dept. of Treasury
⑥ U.S. Dept. of Treasury
⑦ Attys. for Stat. Comm. of Unsecured Creditor
⑧ Office of U.S. Trustee for Southern District of N.Y.
⑨ U.S. Attorneys Office, S.D.N.Y.

*[Handwritten annotation, left margin:]* Exhibit #1 / NEW DOCUMENT NOT PREVIOUSLY SUBMITTED, FURTHER ESTABLISHES LIABILITY

**GM NATIONAL RETIREE SERVICING CENTER**
NAO Personnel Administration
P.O. Box 5113
Southfield, Michigan 48086-5113
1-800-828-9236
1-800-872-8682

June 15, 1998

P G Hall
172 Sheridan Hills Road
Marble, NC  28905

*[Handwritten annotation, right:]* NOTE (2 TIMES ANNUAL) BASE WAS promised see DOCUMENT (2607) AND (1998)

Dear P G Hall,

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life insurance.

Our insurance records, as of the date of this letter, show the Continuing Life insurance has now fully reduced to the ultimate amount of **$78,804.00**. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telephone Device for the Deaf **1-800-872-8682**), during normal business hours, or write to the address above.

Always include this Social Security number, **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**, in all your correspondence.

**Retiree Servicing Center**

UA01

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

**Name of Debtor (Check Only One):**
- ☒ Motors Liquidation Company (f/k/a General Motors Corporation) — 09-50026 (REG)
- ☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) — 09-13558 (REG)

**Your Claim is Scheduled As Follows:**

Pg. ① of 4
11/25/09

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): GORDON HALL

**Name and address where notices should be sent:**
GORDON HALL
172 SHERIDAN HILLS RD.
MARBLE, N.C. 28905

**Telephone number:** 828-835-9420
**Email Address:** GORDE1@VERIZON.NET

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____ (If known)
**Filed on:** _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**Name and address where payment should be sent (if different from above):**

**Telephone number:**

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ 147,608

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** VALUE OF CANCELLED BASIC LIFE INSURANCE

**3. Last four digits of any number by which creditor identifies debtor:** 2978

3a. Debtor may have scheduled account as: _____

**4. Secured Claim** (See instruction #4 on reverse side.)
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:
Value of Property: $_____  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____  Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9)(507(a)(2)).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**Date:** 11/25/09

**Signature:** P. GORDON HALL (GM RECORDS MAY NOW APPEAR AS GORDAN HALL)

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)



★ THESE 4 PGS. ARE FROM MY ORIG. CLAIM DATED 11/25/09 REFERENCE

Summary Page (Supporting Documents Attached)

Pg. 2 of 4
11/25/09

## Life Insurance Loss Calculation

2X Annualized Salary At Retirement
which is $78,804 x 2 =     $157608.00

Less Current Amt. of Company
provided life Ins.          10000.00

Value of Lost Life Ins   $147608.00

2 Attachments:
- 1998 GM Flex Health Care Enrollment which also shows life Ins. Amount ($159,200)

- 2007 GM Annual Health Care Enrollment which also shows life ins. Amount of 2X Annual Base Salary of $78,804.00

*Plan Information*

| | |
|---|---|
| Name: | P G HALL *(Gordon Hall)* |
| SSN: | ▓▓▓-▓▓-2978 |
| Date of Birth: | 02/14/47 |
| GM Service Date: | 07/21/65 |
| Annual Pay Rate: | $79,560.00 |
| Pay CISCO: | 10001 |

*PG. 3 OF 4*
*11/25/09*

*1998 GM FLEX HEALTH CARE ENROLLMENT*

## Current Coverage

| | |
|---|---|
| Medical: | *100D Kaiser Permanente |
| | -Employee and spouse |
| Dental: | *01 Traditional Dental Plan |
| | -Employee and spouse |
| Vision: | 1 Vision Plan |
| | -Employee and spouse |
| Health Care Spending Account: | $0.00 |
| Dependent Care Spending Account: | $0.00 |
| Supplemental Extended Disability: | No coverage |
| Employee Life Insurance: | $159,200  *(2 TIMES BASE SALARY)* |
| Spouse Life Insurance: | No coverage |
| Child Life Insurance: | $10,000 |
| Employee Personal Accident: | $50,000 |
| Spouse Personal Accident: | $50,000 |
| Child Personal Accident: | No coverage |

* If you relocate you may not be eligible to continue with this coverage option.

## Benefit Dollars

Family Status Categories and Prices

| | 1-You only | 2-You and your spouse | 3-You and your children | 4-You and your family | 0-No coverage |
|---|---|---|---|---|---|
| Medical | $1,764.00 | $3,528.00 | $3,048.00 | $4,812.00 | $504.00 |
| Dental | $192.00 | $192.00 | $192.00 | $192.00 | $192.00 |
| Vision | $48.00 | $48.00 | $48.00 | $48.00 | $48.00 |
| Employee Life | $611.28 | $611.28 | $611.28 | $611.28 | $611.28 |
| Total Benefit Dollars | $2,615.28 | $4,379.28 | $3,899.28 | $5,663.28 | $1,355.28 |

1

# 2007 ANNUAL ENROLLMENT

*pg 4 of 4*
*11/25/09*

4.GM-H-5018 ENV# GM100150960001601333

P. G. HALL *(Gordon Hall)*
172 SHERIDAN HILLS RD.
MARBLE, NC 28905

- Review your benefit elections and dependent information in this **PERSONAL FACT SHEET** carefully.
- To make changes to your benefit elections for 2007, follow the **ENROLLMENT INSTRUCTIONS** on the next page.
- If you do not make changes during the enrollment period, this **PERSONAL FACT SHEET** will serve as your confirmation statement.

Dear P. G. HALL:

**Enrollment Period: October 19–November 2, 2006**

This **PERSONAL FACT SHEET** shows your 2007 benefit elections and the contribution amounts for each option. Remember, if you do not make any changes during the enrollment period, this **PERSONAL FACT SHEET** will serve as your confirmation statement.

Each year you have the opportunity to review and change certain benefit elections based on your current needs. At the *close of this enrollment period, you cannot change your 2007 benefit elections*, except in the case of a qualified life event change.

In addition to your **PERSONAL FACT SHEET**, the enclosed newsletter highlights changes for 2007. Please review these materials carefully when making your benefit enrollment decisions. Additionally, a detailed Health Care Resource Guide is available for review online in the **Reference Library** by clicking the **Enroll Now** icon on **gmbenefits.com**, or by calling the GM Benefits & Services Center.

Your current medical option will no longer be available to you. Unless you elect to enroll in a new medical plan during this enrollment period, you will be defaulted into Enhanced PPO (BCBS-US-RS) as shown below.

## YOUR CURRENT ELECTIONS WITH 2007 CONTRIBUTION AMOUNTS
*This statement reflects your personal information as of September 25, 2006.*

| Plan | Option | Family Status/ Coverage Volume | | Your 2007 Monthly Contribution After-Tax | |
|---|---|---|---|---|---|
| Medical | Enhanced PPO (BCBS-US-RS) | Self + Spouse/ Domestic Partner | 94 | $110.00 | ✓ |
| Extended Care Coverage (ECC) | Extended Care Coverage | Self + Spouse/ Domestic Partner | 14 | $14.00 | ✓ |
| Dental | Traditional Delta Dental | Self + Spouse/ Domestic Partner | 15 | $15.00 | ✓ |
| Vision | Cole Managed Vision (S) | Self + Spouse/ Domestic Partner | 2 | $2.00 | ✓ |
| Basic Life Insurance | 2 X Annual Base Salary *of* | $78,804 | 0 | $0.00 | ✓ |
| Dependent Life Insurance – Child | | $10,000 | 0.80 | $0.80 | *None* |
| **TOTAL MONTHLY CONTRIBUTIONS** | | | | **$141.80** | |

*Cancelled 11/2/06*

Note: The (S) or (RS) after a benefit option is used for administrative purposes only.
Note: If applicable, you may decrease or cancel your contributory life insurance coverages; however, you may not increase your coverage or enroll in new coverage.

①

HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*THESE 2 PAGES ARE from your most Recent mailing postmarked JAN. 27, 2011*

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :      Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, et al.,                   :      09-50026 (REG)
    f/k/a General Motors Corp., et al.                :
                                                      :
               Debtors.                               :      (Jointly Administered)
                                                      :
------------------------------------------------------x

**NOTICE OF DEBTORS' 183rd OMNIBUS OBJECTION TO CLAIMS**
(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

PLEASE TAKE NOTICE that on January 26, 2011, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their 183rd omnibus objection to expunge certain compensation and welfare benefits claims of retired and former salaried and executive employees (the "**183rd Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 183rd Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

US_ACTIVE:\43612921\02\72240.0639

183rd Omnibus Objection                     **Exhibit A**                              Motors Liquidation Company, et al.
                                    *From Jan. 27, 2011 Mailing*                     Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FREEMAN CARL L<br>1031 PARKERS FORT<br>GREENSBORO, GA 30642 | 45954 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$897,720.00 (U)<br>$897,720.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FREEMAN CARL L<br>1031 PARKERS FORT<br>GREENSBORO, GA 30642 | 45955 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$217,000.00 (U)<br>$217,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRENCH, ANTHONY S<br>4300 WARD DR<br>MOREHEAD CITY, NC 28557 | 62684 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$69,090.00 (U)<br>$69,090.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE W BAUMANN JR<br>2290 HEMMETER ROAD<br>SAGINAW, MI 48603 | 61094 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,045.00 (U)<br>$80,045.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GORDON HALL<br>172 SHERIDAN HILLS ROAD<br>MARBLE, NC 28905 | 63670 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,608.00 (U)<br>$147,608.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAROLD ARMSTRONG<br>785 FOX RIVER DRIVE<br>BLOOMFIELD HILLS, MI 48304 | 64071 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$890,471.00 (U)<br>$890,471.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7