215 Lathrop Road
Syracuse, New York 13219

February 4, 2010

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York  10004

RE:  Motors Liquidation Company, et al, f/k/a "General Motors Corp., et al.
Chapter 11 Case No  09-50026 (REG)

Claim # 70305

This letter serves as an objection to the expunging of my claim in the matter above.

I was never notified that I needed to re-submit a new claim in this matter.  I submitted two claims to the Garden City Group on 6/1/08 and again on 4/27/09.  There were no announcements or published directions sent directly to me for further action on my part.

It is acknowledged in Debtors claim page 3 #2—that "claimants, who despite <u>not having actual notice of Bar Date Orders</u>, received adequate and sufficient notice of the Bar Date Orders by publication".  There was no publication to my knowledge of further action on my part in my claim #70305.  A list of publication sources cites the "Syracuse New Times" as a source for this publication.  This paper is not the daily "Syracuse Post Standard" as the "Syracuse New Times" is published once a week and is not delivered to residences (like the "Penny Saver").  Further, the "Syracuse New Times" is an alternative publication.  As you can see from the information below, my zip:  13219 had a population of 15,577 in 2009.  The "Syracuse New Times" circulation in zip code area 13219 is 865.  Clearly, these figures demonstrate that the publication is not widely read in zip 13219.

**13219**
**zip code population in 2009: 15,577**

Land area: 4.8 sq. mi.
Water area: 0.0 sq. mi.
Population density: 3266 people per square mile ▢ (average).

Males: 7,352    ▬▬▬▬▬ (46.8%)

Females: 8,348 ▬▬▬ (53.2%)

# Circulation by Zip Code

Circulation Detail for
**Syracuse New Times**

Return to the Syracuse New Times profile page.
**Editions:**
    Syracuse New Times
**Syracuse New Times**

| Place Name | Zip Code | Circulation |
|---|---|---|
| Auburn | 13021 | 20 |
| Baldwinsville | 13027 | 795 |
| Brewerton | 13029 | 115 |
| Bridgeport | 13030 | 50 |
| Camillus | 13031 | 350 |
| Canastota | 13032 | 260 |
| Cazenovia | 13035 | 545 |
| Central Square | 13036 | 245 |
| Chittenango | 13037 | 205 |
| Cicero | 13039 | 445 |
| Clay | 13041 | 70 |
| Constantia | 13044 | 10 |
| Cortland | 13045 | 10 |
| East Syracuse | 13057 | 1,400 |
| Elbridge | 13060 | 10 |
| Fabius | 13063 | 5 |
| Fayetteville | 13066 | 1,225 |
| Fulton | 13069 | 805 |
| Homer | 13077 | 5 |
| Jamesville | 13078 | 130 |
| Jordan | 13080 | 1,645 |
| La Fayette | 13084 | 50 |
| Liverpool | 13090 | 738 |
| Manlius | 13104 | 565 |
| Marcellus | 13108 | 360 |
| Nedrow | 13120 | 310 |
| Oswego | 13126 | 945 |
| Pennellville | 13132 | 30 |
| Phoenix | 13135 | 55 |
| Pompey | 13138 | 5 |

| Preble | 13141 | 250 |
|---|---|---|
| Skaneateles | 13152 | 515 |
| Sylvan Beach | 13157 | 25 |
| Tully | 13159 | 25 |
| Verona Beach | 13162 | 75 |
| Wampsville | 13163 | 150 |
| Warners | 13164 | 100 |
| Weedsport | 13166 | 5 |
| Syracuse | 13202 | 3,780 |
| Syracuse | 13203 | 975 |
| Syracuse | 13204 | 2,825 |
| Syracuse | 13205 | 930 |
| Syracuse | 13206 | 1,310 |
| Syracuse | 13207 | 235 |
| Syracuse | 13208 | 1,477 |
| Syracuse | 13209 | 610 |
| Syracuse | 13210 | 3,605 |
| Syracuse | 13211 | 45 |
| Syracuse | 13212 | 2,110 |
| Syracuse | 13214 | 2,110 |
| Syracuse | 13215 | 605 |
| Syracuse | 13219 | 865 |
| Syracuse | 13224 | 1,045 |
| Syracuse | 13244 | 55 |
| Syracuse | 13290 | 315 |
| Hamilton | 13346 | 60 |
| Marcy | 13403 | 5 |
| Morrisville | 13408 | 25 |
| New Hartford | 13413 | 5 |
| Oneida | 13421 | 210 |
| Rome | 13440 | 5 |
| Sherrill | 13461 | 75 |
| Verona | 13478 | 650 |
| Utica | 13501 | 5 |
| Utica | 13502 | 5 |

Total Circulation for the Syracuse New Times Edition - **36,490**

The notice afforded me of a new bar date order failed to comply with my constitutional principle of due process. I submitted paperwork twice to the Garden City Group, once on 6/1/08 and again on 4/27/09. The first paperwork submission resulted in a return to me for more information. That resulted in the second paperwork submission on 4/27/09 which is in line with Bar Date Order deadline Motors Liquidation Company set as

11/30/09. I was encouraged that my claim would be considered as I received no further instructions.

The claim for $610.93 was for a "plastic upper intake" and "lower gaskets" with "manifold", "antifreeze", "oil and filter", "thermostat", and "pipe assembly" repair to 2002 Buick LeSabre with only 49,757 miles. This repair bill was due to shoddy engineering resulting in premature failure and leakage of antifreeze solution.

In summary, The General Motors Corporation formally recognized, through ongoing communications, my claim no. 70305 and gave me notice that it was processing my request. The Motors Liquidation Company certainly had access to this claim as part of its roll in the claims liquidation process. Obviously, the Motors Liquidation Company had adequate and sufficient notice of claim no. 70305 and was obligated to resolve this claim as part of its mandate.

The Motors Liquidation Company accepted every ongoing General Motors Corp. obligation before subsequent notifications were released to the general public via the various media outlets.

The repair date was on 10/02/07 and was performed at a certified General Motors dealership.

Since the United States Government bailed out General Motors, and I am a taxpayer, then I insist my claim be acknowledged.

Sincerely,

*Theresa M. McHugh*

Theresa M. McHugh