UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF SUFFOLK    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) [Docket No. 9166].

Dated: February 14, 2011             /s/ Kimberly Gargan
       Melville, New York            Kimberly Gargan

Sworn to before me this 14th day of February, 2011

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires: October 22, 2011

# EXHIBIT A

| | |
|---|---|
| AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225-1906 | AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225-1906 |
| AUDITOR OF STATE<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 251906<br>LITTLE ROCK, AR 72225-1906 | JOHANN HAY GMBH & CO KG<br>C/O KENNETH M LEWIS ESQ<br>TEITELBAUM & BASKIN LLP<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10601 |
| SENTRY INSURANCE A MUTUAL COMPANY<br>ATTN  KENNETH J ERLER  ASSOCIATES COUNSEL<br>1800 NORTH POINT DR<br>STEVENS POINT, WI 54481 | |