09-50026-mg    Doc 9235    Filed 02/10/11    Entered 02/14/11 16:24:00    Main Document
Pg 1 of 2

HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 16, 2011 at 4:00 p.m. (Eastern Time)

Robert L. Grajek
16864 Evergreen Terrace
Homer Glen, IL 60491
Phone: 815-485-1061
Email: rzgvls2@comcast.net

Retired salaried employee of General Motors with unsecured claim for health and life benefits – **Claim Number 21848**. Page 14, Exhibit A, Debtor's 181st Omnibus Objection to Claims.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

In re                                                                                       Chapter 11 Case No.

    MOTORS LIQUIDATION COMPANY, *et al.*, :                09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                              :

                    Debtors.                                         (Jointly Administered)

------------------------------------------------------------------ x

Response to the <u>NOTICE OF DEBTORS' 184th OMNIBUS OBJECTION TO CLAIMS</u> dated January 26, 2011.

I object to this attempt by Motors Liquidation Co., General Motors, and their legal representatives, to avoid paying any monies to retirees who have, for their entire careers, have been promised health and life insurance benefits in retirement. Their request to deny all claims for these benefits these claims is unjust and inequitable.

If my wife and I wish to maintain the same level of benefits that we have been promised by General Motors throughout our expected lifetimes, we will be required to spend in additional premiums over $99,000 for health Insurance. That is, if we were able to obtain additional health insurance to cover what has been cancelled and reduced by GM. Both my wife and I have chronic illnesses and are both <u>uninsurable</u> and there is nothing we can do to access additional coverage.

Throughout my 31-year career with GM, I was led to believe during presentations by GM representatives, and included in annual "GM Personnel Benefits Summaries", that I could plan on company furnished health insurance throughout my life, as well as my spouse.

During my employment, GM would prepare for me a "Personal Total Compensation Summary", which stated that my benefits were part of my "total compensation". This "total compensation" was portrayed as something to count on by GM Management, as well as by GM Human Resources.

GM had several options to avoid bankruptcy, but decided to do so and then chose to terminate retiree benefits, close facilities, and lay-off employees.

I respectfully ask the Court to order that my claim and others be honored by Motors Liquidation Co. and General Motors.

*[signature: Robert L. Grajek]*

Robert L. Grajek
Homer Glen, Illinois 60491

Dated: February 2, 2011

HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :
                                                   :
                        Debtors.                   :   (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

### NOTICE OF DEBTORS' 184th OMNIBUS OBJECTION TO CLAIMS
(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

**PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their 184th omnibus objection to expunge certain compensation and welfare benefits claims of retired and former salaried and executive employees (the "**184th Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 184th Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States