Barbara Enoch  Feb 8 2011
3857 S. Lake Dr.
Tampa, Fl. 33614

Dear Judge Robert E. Gerber,

I was told if I write you — I may have a chance of getting some money.

I owned 200 shares of General Motors preferred stock = to $5,000.00. I received some papers and I was on a list that said my claim was disallowed. I'm confused as to why some preferred stock holders are disallowed & others are not.

Please inform me as to what's going on.

Thank you,
Barbara J. Enoch