Hearing Date and Time: March 1, 2011 at 9:45 a.m. EST

Timothy J. Kuechenmeister
17550 SE 81st Parnassus Ct.
The Villages, FL 32162-4872
(352)259-0714
kuechen@yahoo.com

Retired salaried employee of General Motors
with an unsecured claim for life insurance benefits
Claim No. 17941. Page 16, Exhibit A, Debtor's 175th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                              :       **Chapter 11 Case No.**
                                                   :
**MOTORS LIQUIDATION COMPANY, et al.,**            :       **09-50026**
    f/k/a General Motors Corp., et al.             :
                                                   :
            Debtors.                               :
-----------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 175TH OMNIBUS OBJECTION TO CLAIMS**, dated January 26, 2011.

I object to this request by Motors Liquidation Co. and General Motors to avoid paying this obligation. The life insurance policy, upon which this claim (#17941) is based, including lifetime coverage and amount, was promised to me, in writing. This promise letter was used as an enticement to take early retirement from General Motors Corporation. Their request to deny this claim is unjust and inequitable.

I respectfully ask the Court to order that a reasonable percentage of my claim, to be determined by the Court, be honored by Motors Liquidation Co. and General Motors.

Dated: The Villages, FL
       February 9, 2011
1 Attachment

                                                                Timothy J. Kuechenmeister



# An Enrollment Guide to Your Salaried Health Care & Life Insurance in Retirement

**Contents**



➤ TRANSITIONING YOUR COVERAGE ............................ 2

YOUR ENROLLMENT ROAD MAP ............................ 4

ELIGIBLE DEPENDENTS .......... 6

RETIREE HEALTH CARE BENEFITS ..................... 6

Medical ........................ 7

Extended Care Coverage ..................... 10

Dental .......................... 10

Vision ........................... 11

Long Term Care ............ 12

LIFE INSURANCE ................ 12

Congratulations on your retirement! As a GM salaried retiree, you are eligible for a benefits package that includes comprehensive health care and life insurance coverage. These programs also offer you the flexibility of choice and the ability to make periodic changes to your elections.

The enclosed Personal Fact Sheet (PFS) lists the benefit options—and their costs, if any, in which you are eligible to enroll at this time. In making your health care decisions, you should anticipate your family's needs for the entire year, since generally you won't be able to change your benefit elections until the next enrollment period. When you've made your decisions, you can enroll online or by calling a GM Benefits & Services Center Customer Service Associate. Changes to your life insurance coverage can be made at any time following retirement.

## Transitioning Your Coverage

| Plan | What Happens | What You Can Do | How |
|---|---|---|---|
| Medical | Your GM coverage may be continued with Corporation contributions. | Generally, you may keep the same medical plan coverage or elect a new plan within 31 days of your retirement date. However, if you are eligible for Medicare and enrolled in a PPO, you must select a new plan. If you are eligible for Medicare and enroll in an HMO, you should verify that your plan coordinates with Medicare. | Enroll within 31 days at gmbenefits.com or by calling the GM Benefits & Services Center. |
| Extended Care Coverage (ECC) | Your GM coverage may be continued, subject to your continued payment of contributions. | You may continue or waive coverage. If you terminate coverage, you generally will not be able to elect ECC again in the future.* | Enroll within 31 days at gmbenefits.com or by calling the GM Benefits & Services Center. |
| Special Benefit | If you are retired and enrolled in Medicare Part B, you may be eligible to receive a monthly non-taxable benefit to assist with the cost of Medicare Part B premiums. | After you enroll in Medicare Part B, call the GM Benefits & Services Center with your Medicare ID number. | The GM Benefits & Services Center will confirm your enrollment with the Center for Medicare and Medicaid Services. |
| Dental | Your GM coverage may be continued with Corporation contributions. | You may keep the same dental plan coverage or elect a new plan within 31 days of your retirement date. | Enroll within 31 days at gmbenefits.com or by calling the GM Benefits & Services Center. |
| Vision | Your GM coverage may be continued with Corporation contributions. | You may keep the same coverage or elect no coverage within 31 days of your retirement date. | Enroll within 31 days at gmbenefits.com or by calling the GM Benefits & Services Center. |
| Long Term Care | If you are enrolled, you can continue your Long Term Care Insurance. If you don't have coverage and wish to purchase it, you and your eligible family members may apply at any time by calling John Hancock. | Since your premiums will no longer be deducted from your paycheck, you should contact John Hancock directly to arrange for direct bill payments. | Call John Hancock at 1-800-200-6773 (TTY: 1-800-255-1808). |
| Health Care Spending Account (HCSA) | Your remaining contributions (if any) will be deducted from your final paycheck. | You may submit claims until March 31 of the next year for eligible HCSA expenses incurred through the end of the year in which you retired. | Claim forms are available at gmbenefits.com or by calling 1-800-489-4646. |
| Dependent Care Spending Account (DCSA) | Your contributions (if any) end the day before your retirement. Contributions end after final paycheck. | You may submit claims until March 31 of the next year for eligible DCSA expenses incurred through the end of the year in which you retired. | Claim forms are available at gmbenefits.com or by calling 1-800-489-4646. |
| Basic Life Insurance | If you were covered prior to retirement and your service date is prior to January 1, 1993, your Basic Life Insurance continues. A one-time reduction in your coverage amount will be applied upon retirement. (See your PFS for your new coverage amount.) | Generally, your coverage continues automatically. If contributions are required, you will be notified. | |
| Optional Life Insurance | If you were covered prior to retirement and your service date is prior to January 1, 2001, your coverage continues at the same coverage amount for which you were insured the day prior to retirement. You may not enroll in coverage or increase the amount of this coverage during retirement. | To maintain coverage, you continue to pay the full cost of any Optional Life Insurance through deductions from your monthly retirement check or by arranging for direct payments. You may cancel coverage or convert to an individual policy at any time. | To decrease or cancel coverage, call the GM Benefits & Services Center at 1-800-489-4646 at any time following your retirement. |
| Dependent Life Insurance | If you were covered prior to retirement, your coverage continues at the same coverage amount for which you were insured the day prior to retirement. You may not enroll in coverage or increase the amount of this coverage during retirement. | To maintain coverage, you continue to pay the full cost of any Dependent Life Insurance through deductions from your monthly retirement check or by arranging for direct payments. You may cancel coverage or convert to an individual policy at any time. | To decrease or cancel coverage, call the GM Benefits & Services Center at 1-800-489-4646 at any time following your retirement. |



**RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

Apr 08, 2002

Timothy J Kuechenmeister
4335 Cypress Drive
Troy, MI 48085

Dear Timothy J Kuechenmeister:

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of $87,063.00. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

This is not a guarantee of the coverage amount.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, 1-800-828-9236 (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, 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, in all your correspondence.

Retiree Servicing Center

UA01