Hearing Date and Time March 1, 2011 at 9:45 a.m. (Eastern Time)

George W. McClain
3022 Imperial Valley Dr
Little Rock, Arkansas 72212

Phone: 501-225-7295
e-mail: GMINC*sbcglobal.net

Retired salaried employe of General Motors
with unsecured claim for life insurance benefits
Claim No. 9513, Page 6, Exhibit A, Debtors' 181st Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
In re                                  :    Chapter 11 Case No.
                                       :
MOTORS LIQUIDATION COMPANY, et al.,    :    09-50026
      f/k/a General Motors Corp., et al. :
                                       :
              Debtors.                 :
---------------------------------------x

Response to the NOTICE OF DEBTORS' 181st OMNIBUS OBJECTION TO CLAIMS
dated January 26, 2011.

The Debtors contend that benefit modifications claims should be disallowed as Debtors had the right to amend or terminate such benefit plans. To support this contention the Debtors cite plan document summaries dated January 1, 2001 and January 1, 2006 which are 17 years and 22 years subsequent to my retirement.

At the time of my retirement July 1, 1984 none of the plan document summaries provided to me contained such a "Reservation of Rights Clause". Futhermore, I was notified in writing by Metropolitan Life Insurance Company in December 1987 and June 1989, writing on behalf of General Motors, that my basic life insurance had been "fully reduced" and "will remain in effect for the rest of your life".

I also received a letter from T.A. Murphy, then Chairman of General Motors, dated December 13, 1976 stating with reference to the supplemental life insurance that "there will be no reduction after age 65".

All of the supporting records I refer to were filed with my claim #9513.

I respectfully request the Court to reject the Debtors request that my claim be disallowed.

Dated:  Little Rock, Arkansas
        February 11, 2011

                                              *George W. McClain* (signature)
                                              _____
                                              George W. McClain