Hearing Date and Time March 1, 2011 at 9:45 a.m. (Eastern Time)

George W. McClain
3022 Imperial Valley Dr
Little Rock, Arkansas 72212

Phone: 501-225-7295
e-mail: GMINC*sbcglobal.net

Retired salaried employe of General Motors
with unsecured claim for life insurance benefits
Claim No. 21851 Page 6 Exhibit A, Debtors' 185th Omnibus Objection to Claims

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                  :     Chapter 11 Case No.
                                       :
MOTORS LIQUIDATION COMPANY, et al.,    :     09-50026
   f/k/a General Motors Corp., et al.  :
                                       :
                    Debtors.           :
---------------------------------------x

Response to the NOTICE OF DEBTORS' 185th OMNIBUS OBJECTION TO CLAIMS
dated January 26, 2011.

The Notice of Debtors' 185th Omnibus Objection to Claims makes a major
error in requiring that a 3.5 inch disc be used in filing a response.
Such a disc is unavailable and according to the manager of the Office
Depot store is even unavailable to be ordered. This makes it impossible
to file a response as specified is required.

A second major error in the Notice is citing General Order M-242 which
is the incorrect General Order.

I respectfully request the Court to reject the Debtors' request that my
claim be disallowed.

I also urge the Court to reject the Debtors' Notice in its entirety
because of two major errors.


Dated: Little Rock, Arkansas
       February 11, 2011

                                            *George W. McClain* (signature)
                                            _____
                                            George W. McClain