UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                      : Chapter 11
                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,      : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,  :
                                           :
                    Debtors.               : (Jointly Administered)
                                           :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9162].

Dated: February 14, 2011            /s/ Alison Moodie
       Melville, New York           Alison Moodie

Sworn to before me this 14th day of February, 2011

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires: October 22, 2011

# EXHIBIT A

DON SIEFKES
42541 SADDLE LANE
STERLING HEIGHTS, MI 48314

JERRY IMBODEN
4001 LAKEWOOD DR
WATERFORD, MI 48329-3844

RICHARD MCMANAMA
1033 DEVONSHIRE RD
GROSSE POINTE PARK, MI 48230-1416

SCHAAFSMA FREERK J
14690 MAPLETON LN
TRAVERSE CITY, MI 49686-7913

SCHAAFSMA FREERK J
14690 MAPLETON LN
TRAVERSE CITY, MI 49686-7913

SCHAAFSMA, FREERK J
14690 MAPLETON LN
TRAVERSE CITY, MI 49686-7913

WILLIAM D SCOTT
71 BITTERSWEET DR
BREWSTER, MA 02631