PEPPER HAMILTON LLP
Kay Standridge Kress (*pro hac vice*)
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Tel: (313) 393-7365
Fax: (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Satterlee, Rose Township and Springfield Township Groups*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| MOTORS LIQUIDATION COMPANY, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2011, copies of the foregoing Notice Of Appearance, Request For Matrix Entry And Request For Service Of Notices And Documents were caused to be served via United States first class mail, postage prepaid, upon the individuals on the attached service list.

Dated: February 14, 2011         PEPPER HAMILTON LLP

/s/ Kay Standridge Kress
Kay Standridge Kress, Esq.
Pepper Hamilton LLP
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Tel: (313) 393-7365
Fax: (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Satterlee, Rose Township and Springfield Township Groups*

-5-

#13826612 v2

| | |
|---|---|
| Debtors<br>c/o Daniel R. Murray, Esq.<br>Jenner & Block, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 606011 | Debtors<br>c/o David R. Berz, Esq.<br>Weil Gotshal & Manges, LLP<br>1300 Eye Street, NW<br>Suite 900<br>Washington, DC 20005 |
| Debtors<br>c/o Donald F. Baty, Jr., Esq.<br>Joseph R. Sgroi, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn, LLP<br>2290 First National Bldg.<br>660 Woodward Avenue<br>Detroit, MI 48226 | Debtors<br>c/o Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Official Committee of Unsecured Creditors<br>c/o Thomas Moers Mayer, Esq.<br>R Schmidt, Esq.<br>Lauren Macksoud, Esq.<br>Jen Sharret, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue Of The Americas<br>New York, NY 10036 | Thomas Morrow<br>Motors Liquidation Company<br>(f/k/a General Motors Corp.)<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, MI 48009 |
| Tracy Hope Davis, Esq.<br>Office Of The United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | |