UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
                    Debtors.                       :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF SUFFOLK     )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Dr. Andreus Hesse, Wiesugrundstr 7A, 57482 Wiendeu Germany (affected party):

- Order Granting Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 9181].

Dated:  February 14, 2011              /s/ Alison Moodie_____
        Melville, New York             Alison Moodie

Sworn to before me this 14th day of February, 2011

/s/ Jodi Pujols_____
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires:  October 22, 2011