**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**Honorable Robert E. Gerber**

------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| **Bankruptcy of Motors Liquidation Company** : | **Chapter 11** |
| **(f/k/a General Motors Corporation) ("MLC")** : | |
| : | **Case No. 09 - 50026 (REG)** |
| **Debtor.** : | |

------------------------------------------------------------x

## AFFIRMATION OF SERVICE

A copy on CD of Stanley R. Stasko Response to Debtor's Objection to Proof of Claim No. 70285 has been served upon the Parties in the manner indicated below:

Name of Parties Served:

Weil, Gotshal & Manges LLP

Attorneys for the Debtors

767 Fifth Avenue, New York, New York 10153

Attn.: Harvey R. Miller, Esq.


Debtors, c/o Motors Liquidation Company

401 South Old Woodward Avenue, Suite 370

Birmingham, Michigan 48009

Attn.: Thomas Morrow


General Motors LLC

400 Renaissance Center

Detroit, Michigan 48265

Attn.: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP

Attorneys for the U. S. Dept. of the Treasury

One World Financial Center

New York, New York 10281

Attn.: John J. Rapisardi, Esq.


The U. S. Dept. of the Treasury

1500 Pennsylvania Avenue NW, Room 2312

Washington, D.C. 20220

Attn.: Joseph Samarias, Esq.


Vedder Price, P.C.

Attorneys for export Development Canada

1633 Broadway, 47th Floor

New York, New York 10019

Attn.: Michael J. Edelman, Esq.


Kramer Levin Naftalis & Frankel LLP

Attorneys for the Statutory Comm. Of Unsecured Creditors

1177 Avenue of the Americas

New York, New York 10036

Attn.: Thomas Moers Mayer, Esq.

The Office of the U. S. Trustee for the S.D.N.Y.

33 Whitehall Street, 21st Floor

New York, New York 10004

Attn.: Tracy Hope Davis, Esq.


The U. S. Attorney's Office S.D.N.Y.

86 Chambers Street, Third Floor

New York, New York 10007

Attn.: David S. Jones, Esq.


Caplin & Drysdale, Chartered

Attorneys for the Official Committee of

Unsecured Creditors holding Asbestos-Related Claims

375 Park Avenue, 35th Floor

New York, New York 10152-3500

Attn.: Elihu Inselbuch, Esq.


Caplin & Drysdale, Chartered

Attorneys for the Official Committee of

Unsecured Creditors holding Asbestos-Related Claims

One Thomas Circle, N.W., Suite 1100

Washington, DC 20005

Attn.: Trevor W. Sweett III

Stutzman, Bromberg, Esserman & Plifka

A Professional Corporation

Attorneys for Dean M. Trafelet

2323 Bryan Street, Suite 2200

Dallas Texas 75201

Attn.: Sander L. Esserman, Esq.


Date of Service: February 11, 2011

Method of Service and Declaration: Stanley R. Stasko served Parties by U.S. First Class mail a copy of the above specified items. I declare the information contained in this Affirmation of Service is true and correct.

Signature of Server: _____

Server's Address: 27653 Lexington Pkwy Southfield, Michigan 48076 #313-670-6917

4