UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Honorable Robert E. Gerber

------------------------------------------------------------x
In re                                                       :
Bankruptcy of Motors Liquidation Company      :       Chapter 11
(f/k/a General Motors Corporation) ("MLC")       :
                                                                      :       Case No. 09 - 50026 (REG)
                    Debtor.                                    :
------------------------------------------------------------x

## AFFIRMATION OF SERVICE

A copy on CD of Stanley R. Stasko Response to Debtor's 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders has been served upon the Parties in the manner indicated below:

Name of Parties Served:

Weil, Gotshal & Manges LLP

Attorneys for the Debtors

767 Fifth Avenue, New York, New York 10153

Attn.: Harvey R. Miller, Esq.


Debtors, c/o Motors Liquidation Company

401 South Old Woodward Avenue, Suite 370

Birmingham, Michigan 48009

Attn.: Thomas Morrow


General Motors LLC

400 Renaissance Center

Detroit, Michigan 48265

Attn.: Lawrence S. Buonomo, Esq.

1

Cadwalader, Wickersham & Taft LLP

Attorneys for the U. S. Dept. of the Treasury

One World Financial Center

New York, New York 10281

Attn.: John J. Rapisardi, Esq.


The U. S. Dept. of the Treasury

1500 Pennsylvania Avenue NW, Room 2312

Washington, D.C. 20220

Attn.: Joseph Samarias, Esq.


Vedder Price, P.C.

Attorneys for export Development Canada

1633 Broadway, 47th Floor

New York, New York 10019

Attn.: Michael J. Edelman, Esq.


Kramer Levin Naftalis & Frankel LLP

Attorneys for the Statutory Comm. Of Unsecured Creditors

1177 Avenue of the Americas

New York, New York 10036

Attn.: Thomas Moers Mayer, Esq.

2

The Office of the U. S. Trustee for the S.D.N.Y.

33 Whitehall Street, 21st Floor

New York, New York 10004

Attn.: Tracy Hope Davis, Esq.


The U. S. Attorney's Office S.D.N.Y.

86 Chambers Street, Third Floor

New York, New York 10007

Attn.: David S. Jones, Esq.


Caplin & Drysdale, Chartered

Attorneys for the Official Committee of

Unsecured Creditors holding Asbestos-Related Claims

375 Park Avenue, 35th Floor

New York, New York 10152-3500

Attn.: Elihu Inselbuch, Esq.


Caplin & Drysdale, Chartered

Attorneys for the Official Committee of

Unsecured Creditors holding Asbestos-Related Claims

One Thomas Circle, N.W., Suite 1100

Washington, DC 20005

Attn.: Trevor W. Sweett III

Stutzman, Bromberg, Esserman & Plifka

A Professional Corporation

Attorneys for Dean M. Trafelet

2323 Bryan Street, Suite 2200

Dallas Texas 75201

Attn.: Sander L. Esserman, Esq.

Date of Service: February 11, 2011

Method of Service and Declaration: Stanley R. Stasko served Parties by U.S. First Class mail a copy of the above specified items. I declare the information contained in this Affirmation of Service is true and correct.

Signature of Server: _____

Server's Address: 27653 Lexington Pkwy Southfield, Michigan 48076 #313-670-6917

4