7535 Heard Road
Cumming, GA 30041
770-781-5761
e-mail orrisf@bellsouth.net

February 11, 2011

Honorable Judge Robert E Gerber
United States Bankruptcy Judge
One Bowling Green
New York .NY 1004-1408

RE: DEBTORS' 199TH OMNIBUS OBJECTION TO CLAIMS

Dear Judge Gerber:

I am attempting to get my claim removed from the "Claims to be disallowed and expunged " list for Chapter 11 Case number 09-50026 (REG). I contacted MCL and the directions they gave me did not give me the opportunity to get my name removed from the list. I also went to General Order M-399 regarding electronic filing and there was no information there as to how to file.

To sum it up, I want to be considered for relief under the filing and hope to receive some consideration for the loss of my Preferred Stock.

If possible, please have one of you clerks advise me of my next step.

Sincerely,

*Frank N Orris*

Frank N Orris
Very Senior Citizen