FEBRUARY 8, 2011

WEIL, GOTSHAL & MANGES LLP

RE: CLAIM #2105 ALLEN J. SZYNSKI

767 FIFTH AVENUE

NEW YORK, NEW YORK 10153

MESSRS: HARVEY R. MILLER,

JOSEPH H. SMOLINSKY,

STEPHEN KAROTKIN


DEAR SIRS: I DO NOT BELIEVE I SHOULD BE DISALLOWED AND EXPUNGED FROM THE CLASS ACTION SUIT

AGAINST GENERAL MOTORS CORP, NOW MOTORS LIQUIDATION CO. et.al.,

I was promised, at retirement, the following items:

Complete health care coverage paid by the corporation for myself and my spouse,

Hearing aids and testing, along with Eye exam and glass coverage for life for both of us,

Prescription coverage covered completely for myself and my spouse,

$48,000 life insurance coverage for my life, guaranteed, AFTER REDUCTION FROM $96,000

PLUS, $60,000 LONG TERM CARE INSURANCE COVERAGE EACH YEAR FOR BOTH MYSELF

AND MY SPOUSE EACH YEAR REQUIRED. I PAID FOR THIS COVERAGE FOR A TOTAL OF AT LEAST 40 YEARS; AND

SINCE GM DECIDED TO BE SELF INSURED, THE KEPT THE PREMIUMS WE PAID MONTHLY.

AFTER DEDICATING NEARLY 30 HONEST AND HARD WORKING YEARS TO THE CORPORATIN, WE DESERVE THE

BENEFITS WE HAD BEEN PROMISED AND SIGNED CONTRACTS FOR AND INTENDED TO HAVE IN OUR

RETIREMENT YEARS.   I APOLOGIZE AS I DO NOT HAVE THE CAPABILITY TO PROVIDE A C/D OF THE STATEMENT

AND SINCERELY HOPE YOU WILL TAKE THIS IN YOUR CONSIDERATION.

THANK YOU SINCERELY FOR YOU HELP!

ALLEN J. SZYNSKI AND JOYCE A SZYNSKI  48431 MILONAS DR. SHELBY TWP MI. 48315

COPY TO:   *THE HONORABLE ROBERT E. GERBER, UNITED STATES BANKRUPTCY COURT*

*[Signatures: Allen Szynski · Joyce A. Szynski]*