# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | XMotors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Indiana Department of Revenue <br> Bankruptcy Section, MS #108 <br> 100 N Senate Avenue, Room N-240 <br> Indianapolis, IN 46204 |
| Claim Number (if known): | 70697 |
| Date Claim Filed: | 01/28/2011 |
| Total Amount of Claim Filed: | $8,637,226.75 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 8, 2011          _Carol Lushell_

Print Name:      Carol Lushell

Title (if applicable):    Bankruptcy Tax Analyst

US_ACTIVE:¥43219392¥02¥72240.0639