## DICONZA TAURIG MAGALIFF LLP

ATTORNEYS AT LAW
630 Third Avenue, 7th Floor
New York, New York 10017
Website: www.dtmlawgroup.com

Writer's Direct Email:
gdiconza@dtmlawgroup.com

Tel.: (212) 682-4940
Fax: (212) 682-4942

February 14, 2011

**By Hand Delivery**
United States Bankruptcy Court, SDNY
One Bowling Green
Room 534
New York, NY 10004

    Re:    In re Motors Liquidation Company (f/k/a General Motors Corporation)
(the "Debtor"), Chapter 11 Case No. 09-50026 (REG)

Dear Sir or Madam:

    In connection with the above-referenced chapter 11 case, enclosed please find an original and a copy of the administrative proof of claim of SCG Capital Corporation. Please file the original administrative proof of claim in the above-referenced chapter 11 case and kindly stamp the copy of the administrative proof of claim "filed" and return it with the messenger to this office. Thank you.

                              Very truly yours,

                              DiConza Law, P.C.

    By:    /Gerard DiConza/

GD/las

Enclosures

FILED
U.S. BANKRUPTCY COURT
S.D.N.Y.
2011 FEB 14 P 12: 02

7017182

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | ADMINISTRATIVE PROOF OF CLAIM |
|---|---|
| Name of Debtor: *(Check only one)*<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)   09-50026 (REG)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)   09-50027 (REG)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)   09-50028 (REG)<br>☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)   09-13558 (REG)<br>☐ Remediation and Liability Management Company, Inc.   09-50029 (REG)<br>(subsidary of **General Motors Corporation**)<br>☐ Environmental Corporate Remediation Company, Inc.   09-50030 (REG)<br>(subsidary of **General Motors Corporation**) | |
| The deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses against the Debtors is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) the date that is thirty (30) days after the Effective Date at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between February 1, 2011 and the Effective Date. | ADMINISTRATIVE CLAIM |

| Name of Creditor (The person or other entity to whom the debtor owes money or property): SCG CAPITAL CORPORATION | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent:<br>SCG CAPITAL CORPORATION<br>ATTN: CYNTHIA DWELLE, ESQ.<br>74 WEST PARK PLACE<br>STAMFORD, CT 06901<br><br>Telephone Number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces a previously filed claim, dated:_____<br>if this claim ☐ amends |

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other  Equipment Lease

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#:
  Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

**2. Date debt was incurred (must be on or after June 1, 2009):**

**3. If court judgment, date obtained:**

**4. Total Amount of Administrative Claim:** $ 20,085.15  (see attached)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Brief Description of Administrative Expense Claim (attach any additional information):**

**6. Credits:** All payments made on this claim have been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:**
Attach copies of supporting document, such as promissory notes, contracts, security agreements, and evidence of perfection of liens.
DO NOT SEND ORIGINAL DOCUMENTS.

**8. This Administrative Proof of Claim:**
☐ is the first filed proof of claim evidencing the claim asserted herein
☐ supplements a proof of claim filed on or about _____
☐ replaces/supersedes a proof of claim filed on _____

FILED 2011 FEB 14 PM 12:02 U.S. BANKRUPTCY COURT S.D.N.Y.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing to your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| 2/11/11 | Samuel Goichman, Senior Vice President | |

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

8917147866

In re Motors Liquidation Company f/k/a General Motors Corp.
Chapter 11 Case No. 09-50026 (REG)

## ATTACHMENT TO ADMINISTRATIVE PROOF OF CLAIM OF SCG CAPITAL CORPORATION

1. This Administrative Proof of Claim (the "Claim") is made by SCG Capital Corporation ("Claimant") against General Motors Corporation n/k/a Motors Liquidation Company (the "Debtor").

2. On June 1, 2009 (the "Petition Date"), the Debtor and certain of its affiliates (together, the "Debtors") each filed voluntary chapter 11 petitions for relief with the Bankruptcy Court for the Southern District of New York.

3. Claimant is the successor and assignee of The LGR Group, Inc. to a Master Lease Agreement dated March 17, 2000 and numerous Equipment Schedules entered in connection thereto and the successor and assignee of First American Capital Management Group, Inc. to a Master Lease Agreement dated May 16, 2000 and numerous Equipment Schedules entered in connection thereto (collectively, the "Equipment Leases"). Copies of the Equipment Leases are attached as Exhibit A to the Proof of Claim filed by Claimant on November 30, 2009.

4. Since the Petition Date, Claimant is owed $20,085.15 for personal property taxes incurred and not paid under the Equipment Leases. Breakdowns of the amounts are set forth on the attached schedule.

5. Claimant reserves the right to make additional requests for payment of post-petition amounts as an administrative expense claim of the Debtors' estates.

6. Pursuant to the Equipment Leases, Claimant is entitled to, among other things, late fees and attorneys' fees, costs and expenses and any additional pecuniary losses and

such additional amounts as may become due for efforts in enforcing the lease agreements. Claimant reserves the right to amend the amount of this Claim as it continues to accrue additional post-petition charges.

7. The information contained in this Claim is based on the best information available to Claimant at the time of the filing of this Claim. Claimant reserves its right to amend this Claim and/or file a supplement to this Claim as additional information respecting the amount of the components comprising Claimant's Claim becomes available.

8. Claimant expressly reserves all of its other rights, remedies, claims and defenses against the Debtors.

| Invoice # | Lease/Sch | Invoice Date | Amount | Inv.Description |
|---|---|---|---|---|
| 223800 | GM751-506 | 5/26/2009 | $ 174.56 | GRANT COUNTY, IN 3/01/08 |
| 223801 | GM751-594 | 5/26/2009 | $ 679.64 | GRANT COUNTY, IN 3/01/08 |
| 223802 | GM751-656 | 5/26/2009 | $ 147.08 | GRANT COUNTY, IN 3/01/08 |
| 224238 | GM751-539 | 7/21/2009 | $ 488.32 | Detroit, mi asses.date 12/31/08 |
| 224269 | GM751-515 | 7/15/2009 | $ 74.87 | BURTON, MI ASSES.DATE 12/31/08 |
| 224304 | GM751-607 | 7/16/2009 | $ 69.12 | PONTIAC, MI ASSES.DATE 12/31/08 |
| 224305 | GM751-614 | 7/16/2009 | $ 499.28 | PONTIAC, MI ASSES. DATE 12/31/08 |
| 224306 | GM751-617 | 7/16/2009 | $ 825.66 | PONTIAC, MI ASSES. DATE 12/31/08 |
| 224307 | GM751-622 | 7/16/2009 | $ 74.49 | PONTIAC, MI ASSES. DATE 12/31/08 |
| 224309 | GM751-638 | 7/16/2009 | $ 67.37 | PONTIAC, MI ASSES.DATE 12/31/08 |
| 224310 | GM751-661 | 7/16/2009 | $ 156.89 | PONTIAC, MI ASSES. DATE 12/31/08 |
| 224312 | GM751-672 | 7/16/2009 | $ 46.74 | PONTIAC,MI ASSES. DATE 12/31/08 |
| 224324 | GM751-496 | 7/21/2009 | $ 114.28 | Detroit, MI asses.date 12/31/08 |
| 224325 | GM751-499 | 7/21/2009 | $ 301.28 | Detroit, MI asses.date 12/31/08 |
| 224326 | GM751-508 | 7/21/2009 | $ 698.57 | Detroit, MI asses.date 12/31/08 |
| 224327 | GM751-530 | 7/21/2009 | $ 744.09 | Detroit, mi asses.date 12/31/08 |
| 224742 | GM751-526 | 8/4/2009 | $ 151.04 | Lansing, MI Asses. Date 12/31/08 |
| 224743 | GM751-557 | 8/4/2009 | $ 633.48 | Lansing, MI Asses. Date 12/31/08 |
| 224744 | GM751-567 | 8/4/2009 | $ 290.74 | Lansing, MI Asses. Date 12/31/08 |
| 224745 | GM751-596 | 8/4/2009 | $ 27.50 | Lansing, MI Asses. Date 12/31/08 |
| 224746 | GM751-704 | 8/4/2009 | $ 75.53 | Lansing, MI Asses. Date 12/31/08 |
| 224748 | GM751-465 | 8/4/2009 | $ 999.66 | Wyoming, mi Kent Cnty 12/31/09 |
| 224748 | GM751-465 | 8/4/2009 | $ 999.63 | WYoming, mi Kent Cnty 12/31/08 |
| 224749 | GM751-523 | 8/4/2009 | $ 76.40 | WYoming, mi Kent Cnty 12/31/08 |
| 224750 | GM751-662 | 8/4/2009 | $ 93.07 | Warren, MI Asses.date 12/31/08 |
| 224751 | GM751-537 | 8/4/2009 | $ 395.15 | Warren, MI Asses.date 12/31/08 |
| 224752 | GM751-545 | 8/4/2009 | $ 75.27 | Warren, MI Asses.date 12/31/08 |
| 224753 | GM751-577 | 8/4/2009 | $ 361.72 | Warren, MI Asses.date 12/31/08 |
| 224756 | GM751-606 | 8/4/2009 | $ 66.08 | Warren, MI Asses.date 12/31/08 |
| 224758 | GM751-698 | 8/4/2009 | $ 609.00 | Warren, MI Asses.date 12/31/08 |
| 224761 | GM794-2549 | 8/4/2009 | $ 111.72 | Warren, MI Asses.date 12/31/08 |
| 224762 | GM794-2550 | 8/31/2009 | $ 110.22 | Warren, MI Asses.date 12/31/08 |
| 224763 | GM751-524 | 8/5/2009 | $ 38.59 | San Bernadino, CA asses. 1/1/09 |
| 224764 | gm751-605 | 8/5/2009 | $ 416.78 | San Bernadino, CA |
| 224794 | GM751-700 | 8/6/2009 | $ 148.03 | Livonia, MI. Asses.date 12/31/08 |
| 224794 | GM751-700 | 8/5/2009 | $ 73.40 | Livonia, MI. Asses.date 12/31/08 |
| 225240 | GM751-610 | 9/3/2009 | $ 493.50 | llvonia, MI. Asses.date 12/31/07 |
| 225243 | GM751-538 | 9/3/2009 | $ 19.21 | Charter Twp., Orion MI 12/31/08 |
| 225243 | GM751-538 | 9/3/2009 | $ 19.21 | Orion,MI Asses.date 12/31/08 |
| 225244 | GM751-559 | 9/3/2009 | $ 23.24 | Orion,MI Asses.date 12/31/08 |
| 225244 | GM751-559 | 9/3/2009 | $ 23.24 | Orion,MI Asses.date 12/31/08 |
| 225245 | GM751-636 | 9/3/2009 | $ 26.51 | Orion,MI Asses.date 12/31/08 |
| 225245 | GM751-636 | 9/3/2009 | $ 26.51 | Orion,MI Asses.date 12/31/08 |
| 225246 | GM751-665 | 9/3/2009 | $ 115.80 | Charter Twp., Orion MI 12/31/08 |
| 225247 | GM751-700 | 9/3/2009 | $ 17.57 | Charter Twp., Orion MI 12/31/08 |
| 225248 | GM751-538 | 9/3/2009 | $ 23.93 | Charter Twp., Orion MI 12/31/08 |
| 225249 | GM751-559 | 9/3/2009 | $ 28.94 | Charter Twp., Orion MI 12/31/08 |
| 225250 | GM751-636 | 9/3/2009 | $ 33.01 | Charter Twp., Orion MI 12/31/08 |
| 225251 | GM751-665 | 9/3/2009 | $ 144.20 | Charter Twp., Orion MI 12/31/08 |
| 225252 | GM751-700 | 9/3/2009 | $ 21.89 | Charter Twp., Orion MI 12/31/08 |
| 228550 | GM751-700 | 1/27/2010 | $ 34.55 | Warren, MI Asses.date 12/31/08 |

| | | | | | |
|---|---|---|---|---:|---|
| 228585 | GM751-538 | 1/28/2010 | $ | 5.11 | Orion,MI Asses.date 12/31/08 |
| 228586 | GM751-559 | 1/28/2010 | $ | 6.18 | Orion,MI Asses.date 12/31/08 |
| 228587 | GM751-636 | 1/28/2010 | $ | 7.05 | Orion,MI Asses.date 12/31/08 |
| 228588 | GM751-665 | 1/28/2010 | $ | 30.80 | Orion,MI Asses.date 12/31/08 |
| 228589 | GM751-600 | 1/28/2010 | $ | 4.68 | Orion,MI Asses.date 12/31/08 |
| 228590 | GM751-388 | 1/28/2010 | $ | 43.35 | Pontiac, MI Assess date 12/31/08 |
| 230646 | GM751-571 | 7/8/2010 | $ | 102.70 | Flint, MI asses. Date 12/31/08 |
| 230681 | GM751-465 | 7/15/2010 | $ | 974.42 | Wyoming, mi Kent Cnty 12/31/09 |
| 230682 | GM751-523 | 7/15/2010 | $ | 74.45 | Wyoming, mi Kent Cnty 12/31/09 |
| 230684 | GM751-526 | 7/15/2010 | $ | 945.03 | Ypsilanti, MI asses date 12/31/09 |
| 230700 | GM751-508 | 7/16/2010 | $ | 469.89 | Detroit, MI asses.date 12/31/09 |
| 230706 | GM751-614 | 7/16/2010 | $ | 293.65 | Pontiac, MI asses date 12/31/09 |
| 230708 | GM751-662 | 7/16/2010 | $ | 976.45 | Pontiac, MI Assess date 12/31/09 |
| 230720 | GM751-595 | 7/16/2010 | $ | 542.84 | Bay City,MI Asses.date 12/31/09 |
| 230721 | GM751-603 | 7/16/2010 | $ | 192.55 | Bay City,MI Asses.date 12/31/09 |
| 231119 | GM751-525 | 8/31/2010 | $ | 135.66 | PROPERTY TAX-WARREN, MI 201 |
| 231124 | GM751-697 | 8/31/2010 | $ | 93.56 | PROPERTY TAX-WARREN, MI 201 |
| 231136 | GM751-538 | 8/31/2010 | $ | 659.60 | PROPERTY TAX-FLINT,MI SUMR |
| 231138 | GM751-569 | 8/31/2010 | $ | 650.68 | PROPERTY TAX-FLINT,MI SUMR |
| 231139 | GM751-589 | 8/31/2010 | $ | 10.00 | PROPERTY TAX-FLINT,MI SUMR |
| 232103 | GM751-520 | 11/15/2010 | $ | 200.25 | PROPERTY TAX-WARREN CNTY,KY |
| 232120 | GM751-520 | 11/21/2010 | $ | 46.54 | PROPERTY TAX-BOWLING GREEN, |
| 232413 | GM751-522 | 11/30/2010 | $ | 58.60 | PROPERTY TAX-TARRANT CNTY,T |
| 232414 | GM751-538 | 11/30/2010 | $ | 29.07 | PROPERTY TAX-TARRANT CNTY,T |
| 232415 | GM751-562 | 11/30/2010 | $ | 114.72 | PROPERTY TAX-TARRANT CNTY,T |
| 232416 | GM751-603 | 11/30/2010 | $ | 24.16 | PROPERTY TAX-TARRANT CNTY,T |
| 232421 | GM751-522 | 11/30/2010 | $ | 124.25 | PROPERTY TAX-TARRANT CNTY,T |
| 232422 | GM751-538 | 11/30/2010 | $ | 61.69 | PROPERTY TAX-TARRANT CNTY,T |
| 232423 | GM751-562 | 11/30/2010 | $ | 243.26 | PROPERTY TAX-TARRANT CNTY,T |
| 232424 | GM751-603 | 11/30/2010 | $ | 51.23 | PROPERTY TAX-TARRANT CNTY,T |
| 232432 | GM751-522 | 11/30/2010 | $ | 60.30 | PROPERTY TAX-TARRANT CNTY,F |
| 232433 | GM751-538 | 11/30/2010 | $ | 29.94 | PROPERTY TAX-TARRANT CNTY,F |
| 232434 | GM751-562 | 11/30/2010 | $ | 118.05 | PROPERTY TAX-TARRANT CNTY,F |
| 232435 | GM751-603 | 11/30/2010 | $ | 24.86 | PROPERTY TAX-TARRANT CNTY,F |
| 232754 | GM751-523 | 12/31/2010 | $ | 82.97 | PROPERTY TAX-CADDO PARISH L |
| 232755 | GM751-622 | 12/31/2010 | $ | 60.90 | PROPERTY TAX-CADDO PARISH L |
| 232756 | GM751-634 | 12/31/2010 | $ | 244.64 | PROPERTY TAX-CADDO PARISH L |
| 232757 | GM751-666 | 12/31/2010 | $ | 61.73 | PROPERTY TAX-CADDO PARISH L |
| 232759 | GM751-465 | 12/31/2010 | $ | 98.76 | PROPERTY TAX-WYANDOTTE CNTY |
| 232760 | GM751-593 | 12/31/2010 | $ | 14.16 | PROPERTY TAX-WYANDOTTE CNTY |
| 232857 | GM751-523 | 1/20/2011 | $ | 27.61 | PROPERTY TAX-SHREVEPORT/CAD |
| 232858 | GM751-622 | 1/20/2011 | $ | 20.26 | PROPERTY TAX-SHREVEPORT/CAD |
| 232859 | GM751-634 | 1/20/2011 | $ | 81.44 | PROPERTY TAX-SHREVEPORT/CAD |
| 232860 | GM751-666 | 1/20/2011 | $ | 20.55 | PROPERTY TAX-SHREVEPORT/CAD |
| | | | **$ 20,085.15** | | **Total outstanding property tax invoices** |