# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Reichhold, Inc.<br>c/o David Flynn<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, NY   14203 |
| Claim Number (if known): | 44880 |
| Date Claim Filed: | 11/19/09 |
| Total Amount of Claim Filed: | $56,712.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:___February 14, 2011_____

Print Name:_David P. Flynn_____

Title (if applicable):_____Partner_____

US_ACTIVE:¥43219392¥02¥72240.0639