| | |
|---|---|
| POLSINELLI SHUGHART PC<br>Jason A. Nagi<br>7 Penn Plaza, Suite 600<br>New York, New York 10001<br>Tel: (212) 644-2092<br>Fax: (212) 684-0197<br>jnagi@polsinelli.com | DINSMORE & SHOHL LLP<br>Vincent B. Stamp (*pro hac vice* to be submitted)<br>Tim J. Robinson (*pro hac vice* to be submitted)<br>255 East 5th St., Ste. 1900<br>Cincinnati, OH  45202<br>Tel: (513) 977-8200<br>Fax: (513) 977-8141<br>vince.stamp@dinslaw.com<br>tim.robinson@dinslaw.com |

*Attorneys for Valleycrest Landfill Site Group, Cargill Corp., The Standard Register Company, TRW Inc., and Northrop Grumman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re                                                        :     Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                 :
                                                             :
                Debtors.                   :     (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### VERIFIED STATEMENT OF POLSINELLI SHUGHART PC AND DINSMORE & SHOHL LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

      Polsinelli Shughart PC and Dinsmore & Shohl LLP (collectively "**Counsel**"), as attorneys to the parties designated herein, in these jointly administered chapter 11 cases, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

      1.     <u>Names and Addresses of the Creditors Represented by Counsel</u>

Counsel has been employed to represent the following creditors in these cases:

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) |
|---|---|
| Valleycrest Landfill Site Group | Pre-petition and post-petition |

1924116.1

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) |
|---|---|
| 255 East 5th Street, Suite 1900<br>Cincinnati, Ohio 45202 | contract claims; and a claim for CERCLA liability. |
| Cargill Corporation<br>15407 McGinty Road West, MS 24<br>Wayzata, MN 55391 | Pre-petition and post-petition contract claims under an indemnification agreement. |
| The Standard Register Company<br>600 Albany Street<br>Dayton, OH 45408 | Pre-petition and post-petition contract claims under an indemnification agreement. |
| TRW Inc./Kelsey-Hayes Company<br>12001 Tech Center Drive<br>Livonia, MI 48150 | Pre-petition and post-petition contract claims under an indemnification agreement. |
| Northrop Grumman Space & Mission Systems Corp./Globe<br>7555 Colshire Drive<br>M/S C4S1<br>McLean, VA 22102 | Pre-petition and post-petition contract claims under an indemnification agreement. |

Counsel has fully advised the creditors with respect to these concurrent representations. Each of the creditors has requested that counsel represent them in these cases.

2. <u>Amount of Claims Owned by Counsel</u>

Counsel does not hold any claims against or hold any interest in the Debtors.

I, Jason A. Nagi, declare under penalty of perjury that I have read the foregoing and it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
February 15, 2011

                                                        POLSINELLI SHUGHART PC

                                                        */s/ Jason A. Nagi*
                                                      Jason A. Nagi
                                                      7 Penn Plaza, Suite 600
                                                      New York, New York 10001
                                                      Tel: (212) 644-2092
                                                      Fax: (212) 684-0197
                                                      jnagi@polsinelli.com

                                                      -and-

1924116.1

DINSMORE & SHOHL LLP
Vincent B. Stamp (*pro hac vice* to be submitted)
Tim J. Robinson (*pro hac vice* to be submitted)
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Tel:  (513) 977-8200
Fax:  (513) 977-8141
vince.stamp@dinslaw.com
tim.robinson@dinslaw.com

*Counsel for the Valleycrest Landfill Site Group, Cargill Corp., The Standard Register Company, TRW Inc., and Northrop Grumman*

3

1924116.1