UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                         ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Amiel Foley, 2413 Bostic Street, Houston, Texas 77093-7433 (affected party):

- Order Granting Debtors' Objection to Proof of Claim No. 65304 Filed by Amiel D. Foley [Docket No. 9155].

Signed in Seattle, Washington this 15th day of February, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 15th day of February, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205