UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                        ) ss
COUNTY OF KING            )

I, Danielle Zahaba, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Objection to Proof of Claim No. 45630 Filed by William O'Connor and Melody O'Connor, Proof of Claim No. 45628 Filed by John Pakai, and Proof of Claim No. 45629 Filed by David Sidner [Docket No. 9156].

Signed in Seattle, Washington this 15th day of February, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 15th day of February, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| DAVID SIDNER, ON BEHALF OF HIMSELF & OTHERS SIMILARLY SITUATED<br>ANDERSON, OGILVIE & BREWER LLP<br>600 CALIFORNIA STREET, 18TH FLOOR<br>ATTN: MARK F. ANDERSON<br>SAN FRANCISCO, CA 94108 | DAVID SIDNER, ON BEHALF OF HIMSELF & OTHERS SIMILARLY SITUATED<br>C/O SHEPHERD FINKELMAN MILLER & SHAH LLP<br>ATTN JAMES E MILLER & PATRICK A KLINGMAN (PK-3658)<br>65 MAIN STREET<br>CHESTER, CT 06412-1311 |
| JOHN PATKAN ON BEHALF OF HIMSELF & ALL OTHERS SIMILARLY SITUATED<br>ANDERSON, OGILVIE & BREWER LLP<br>600 CALIFORNIA STREET, 18TH FLOOR<br>ATTN: MARK F. ANDERSON<br>SAN FRANCISCO, CA 94108 | JOHN PATKAN ON BEHALF OF HIMSELF & ALL OTHERS SIMILARLY SITUATED<br>C/O SHEPHERD FINKELMAN MILLER & SHAH LLP<br>ATTN JAMES E MILLER & PATRICK A KLINGMAN (PK-3658)<br>65 MAIN STREET<br>CHESTER, CT 06412-1311 |
| WILLIAM O'CONNOR & MELODY O'CONNOR ON BEHALF OF THEMSELVES & ALL<br>ANDERSON, OGILVIE & BREWER LLP<br>600 CALIFORNIA ST, 18TH FL<br>ATTN: MARK F. ANDERSON<br>SAN FRANCISCO, CA 94108 | WILLIAM O'CONNOR & MELODY O'CONNOR ON BEHALF OF THEMSELVES & ALL<br>OTHERS SIMILARLY SITUATED<br>C/O SHEPHERD FINKELMAN MILLER & SHAH LLP<br>ATTN JAMES E MILLER & PATRICK A KLINGMAN (PK-3658)<br>65 MAIN STREET<br>CHESTER, CT 06412-1311 |