UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                      :   Chapter 11
                                           :
MOTORS LIQUIDATION COMPANY, *et al.*,      :   Case No. 09-50026 (REG)
   f/k/a General Motors Corp., *et al.*,   :
                                           :
               Debtors.                    :   (Jointly Administered)
                                           :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On February 10, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

    - Order Granting Debtors' 111th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 9157].

Signed in Seattle, Washington this 15th day of February, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 15th day of February, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| ABBOTT, EUGENE L & BERNADINE M ABBOTT<br>1106 HILEAH DR<br>CROSSVILLE, TN 38572-6121 | ABBOTT, EUGENE L & BERNADINE M ABBOTT<br>11096 CHERRYWOOD CRT<br>SPRING HILL, FL 34609 |
| CACCOMA SANDRA<br>APT 6C2<br>4676 ALBANY POST RD<br>HYDE PARK, NY 12538-3505 | CROWN ENTERPRISES INC<br>C/O MARILYN MITCHELL<br>12225 STEPHENS RD<br>WARREN, MI 48089 |
| FLACK, BRITTANY<br>C/O SMITH & ALSPAUGH PC<br>1100 FINANCIAL CTR<br>505 20TH ST N<br>BIRMINGHAM, AL 35203 | JONES, WILLIAM BRADFORD<br>ATTN: VICKI R SLATER<br>1554 LAKESIDE DR<br>JACKSON, MS 39126 |
| JONES, WILLIAM BRADFORD<br>SLATER, VICKI R<br>PO BOX 23981<br>JACKSON, MS 39225-3981 | LARRY COMPTON TRUSTEE<br>ATTN DANIEL G BRUCE<br>BAXTER BRUCE & SULLIVAN PC<br>PO BOX 32819<br>JUNEAU, AK 99803 |
| RAINEY, RHONDA<br>C/O SMITH & ALSPAUGH PC<br>1100 FINANCIAL CTR<br>505 20TH ST N<br>BIRMINGHAM, AL 35203 | SANDRA SLAYMAKER<br>C/O JAMES L MITCHELL<br>2911 TURTLE CREEK BLVD #1400<br>DALLAS, TX 75219 |
| TIMOTHY ROBERTS<br>62 MASSACHUSETTS AVE<br>JOHNSON CITY, NY 13790 | |