Richard M. Cieri, P.C.
Ray C. Schrock
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

   - and -

Mark E. McKane (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Counsel to New United Motor Manufacturing, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., (f/k/a General Motors Corporation, et al.), | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Paul Wierbicki, an attorney at Kirkland & Ellis LLP, counsel for New United Motor Manufacturing, Inc., certify that on the 15th day of February, 2011, I caused to be served by overnight delivery, e-mail and first class mail in the manner and to the parties set forth on the service lists attached hereto as Exhibit A, a true and correct copy of the *New United Motor Manufacturing, Inc's Objection to the Debtors' Amended Joint Chapter 11 Plan* [Docket No. 9259].

Dated:  February 15, 2011
        New York, New York

                                        */s/ Paul Wierbicki*
                                        Paul Wierbicki

K&E 18435597

## **EXHIBIT A**

K&E 18435597

*Parties Served Via Overnight Delivery and First Class Mail*

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York 10153

Vedder Price, P.C.,
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

The Debtors
c/o Motors Liquidation Company
Attn: Thomas Morrow
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, Michigan 48265

Office of the United States Trustee
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.
86 Chambers Street, Third Floor
New York, New York 10007

United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, New York 10152-3500

***Parties Served Via Overnight Delivery and First Class Mail***

Stutzman, Bromberg, Esserman & Plifka
Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

***Parties Served Via E-Mail***

joseph.smolinsky@weil.com
stephen.karotkin@weil.com

K&E 18435597