James M. Sullivan
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800

*Attorneys for The Timken Company and*
*The Timken Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re : | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

<u>REQUEST FOR NOTICES</u>

PLEASE TAKE NOTICE that The Timken Company and The Timken Corporation, creditors in the above-referenced proceeding ( together, "Timken"), hereby request, in accordance with title 11 of the United States Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

> Moses & Singer LLP
> Attn:  James M. Sullivan, Esq.
> The Chrysler Building
> 405 Lexington Avenue
> New York, New York  10174
> Tel: (212) 554-7800
> Fax: (212) 554-7700
>  Email: jsullivan@mosessinger.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also

853843v4  013074.0100

includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that Timken intends that neither this Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments of expressly reserves.

Dated: New York, New York
February 16, 2011

        MOSES & SINGER LLP

        By: /s/ James M. Sullivan
            James M. Sullivan, Esq.
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174
        (212) 554-7800

        Counsel for The Timken Company and
            The Timken Corporation