UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Motors Liquidation Company, et. al.,
f/k/a General Motors Corp., et al.

Case No.: 09-50026
Chapter 11

Debtor
------------------------------------------------------------x

Plaintiff

v.

Adversary Proceeding No.: _____

Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Judith R. Herman, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent James Hoerig, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 02/07/2011
_____, New York

Judith R. Herman
*Mailing Address:*
31731 Northwestern Highway
Suite 333
Farmington Hills, MI 48334
E-mail address: jherman@sambernstein.com
Telephone number: (248) 737-8400

FEB - 9 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Motors Liquidation Compant, et al.,
     f/k/a General Motors Corp. et al.

                             Debtor

Case No.: 09-50026(REG)

Chapter 11

------------------------------------------------------------x

                        Plaintiff

                     v.

                       Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of  Judith R. Herman  , to be admitted, *pro hac vice*, to represent  James Hoerig  , (the "Client") a  Creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Michigan  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Michigan  , it is hereby

     **ORDERED**, that  Judith R. Herman  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE