United States Bankruptcy Court
for the Southern District of New York
One Bowling Green,
New York, New York 10004-1408

Emil And JoAnne Rufener
W5349 Burr Oak Lane
Monticello, WI. 53570

Feb 09/11

To Bankruptcy Judge
The Honorable Robert E. Gerber,

We are writing to our Objection to Confirmation

We as the objecting parties are Emil And JoAnne Rufener of W5349 Burr Oak Lane, Monticello, WI 53570

We own stock In GM 65 Shares.

We object because we should be reimbursed for our stock (Shares)

We object as paying tax payers to the GM bale out, and We want to be reimbursed for the shares We own, as We are Creditors.

Sincerely Yours

Emil Rufener & JoAnne Rufener