JOSEPH C. SINGER

CREDITOR RETIRED SALARY EMPLOYEE OF GENERAL MOTORS

SELF REPRESENTED

2166 SANDLEWOOD DR.

SHELBY TWP., MICHIGAN 48316

248-650-8648


NOTICE OF DEBTORS 182 OMNIBUS OBJECTION TO CLAIMS

CLAIMS OF FORMER SALARIED EMPLOYEE

MOTORS LIQUIDATION COMPANY

GENERAL MOTORS CORPORATION

DEBTORS

CHAPTER 11 CASE NO. 09-50026  (REG)

CLAIM NO. 29999



JOSEPH C. SINGER

2166 SANDLEWOOD DR.

SHELBY TWP., MICHIGAN   483416

248-650-8648

GENERAL MOTORS CORPORATION

CLAIM  #29999

CHAPTER 11 CASE NO. 09-50026 (REG)


NOTICE OF DEBTORS 182 OMNIBUS OBJECTION TO CLAIMS
*(WELFARE BENEFITS CLAIMS OF RETIRED AND FORMER SALARIED AND EXECUTIVE EMPLOYEES)*

I OBJECT AND DISAGREE THAT THE DEBTORS ARE NOT RESPONSIBLE FOR MY BENEFITS THAT WERE AGREED TO BY GENERAL MOTORS AT THE TIME OF MY RETIREMENT. I RETIRED AFTER 40 YEARS OF SERVICE IN 1991 AND HAVE BEEN RETIRED FOR 20 YEARS.  MY WIFE AND I HAVE DEPENDED ON THESE EARNED BENEFITS DURING OUR RETIREMENT.

AT THE TIME OF MY RETIREMENT  I ATTENDED  SEVERAL RETIREMENT CLASSES PRESENTED BY GENERAL MOTORS COVERING BENEFITS AND SAVINGS.  THERE WAS NO MENTION  OF SECURED, UNSECURED OR VESTED BENEFITS. (SEE COPY OF AUTHORIZATION OF MONTHLY BENEFITS AND COPY OF SUPPLEMENTAL SERP BENEFITS.)  AFTER 40 YEARS OF SERVICE AND 20 YEARS OF RETIREMENT THESE BENEFITS

SHOULD BECOME ASSUMED LIABILITY ON THE PART OF DEBTOR.

WHEN I SIGNED MY RETIREMENT PAPERS, THERE WAS NO TIME LIMIT OF COVERAGE OR MENTION OF THE CORPORATION RESERVING THE RIGHT TO AMEND. I BELIEVE THAT MY BENEFITS SHOULD HAVE BEEN GIVEN THE SAME CONSIDERATION AS THE UAW HOURLY EMPLOYEES. BECAUSE THE SALARIED BENEFITS WERE NOT VESTED, THE DEBTORS WANT TO BE RELIEVED OF THEIR OBLIGATIONS.

MY CLASS 3 (GENERAL UNSECURED CLAIMS) SHOULD BE ALLOWED TO GO FORWARD UNDER THE JOINT CHAPTER 11 "PLAN" OF MOTORS LIQUIDATION COMPANY. PLEASE NOTE THAT MY RETIREMENT PAPERS WERE APPROVED BY A GENERAL MOTORS AUTHORIZED DELEGATE.

THE GOVERNMENT AND STATES WITH RETIRED EMPLOYEES FACE THE SAME PROBLEM WITH UNFUNDED BENEFITS. MICHIGAN HAS A 1.8 BILLION DOLLAR DEFICIT THIS YEAR, 18 BIILLION DOLLAR UNFUNDED PENSION LIABILITIES AND 40 BILLION IN UNFUNDED RETIREE HEALTH CARE COST. THE STATE RESERVES THE RIGHT TO AMEND, CHANGE OR TERMINATE WITHOUT LIABILITY. ALL STATE GOVERNMENTS ARE CONTINUING TO SUPPORT ALL RETIREMENT BENEFITS, SECURED, UNSECURED OR VESTED, NOT VESTED.

THE STATE GOVERNMENTS ARE DOING THE RIGHT THING TO PROTECT RETIREE BENEFITS.

AFTER A 60 YEAR RELATIONSHIP WITH GENERAL MOTORS THEY DROPPED AND REDUCED MY BENEFITS AT THE TIME OF BANKRUPTCY WITHOUT

ANY PROVISIONS TO COMPENSATE. THEY BASE THIS ON THE MASTER PURCHASE AGREEMENT AND A 25 YEAR OLD EMPLOYEE BENEFIT HANDBOOK (RESERVE RIGHT TO AMEND).

JUDGE GERBER, I HOPE THAT YOU WILL SEE THIS DIFFERENTLY AND RULE IN MY FAVOR. SINCE I AM APPROACHING 80 YEARS OF AGE, THE ONLY HOPE I HAVE IS YOUR FAIRNESS IN THIS MATTER. THANK YOU FOR YOUR CONSIDERATION.

JOSEPH C. SINGER

jcbvsinger@sbcglobal.net

# GM to reward salaried workers

## Bonuses for beating targets OK by U.S.

**By CHRISSIE THOMPSON**
FREE PRESS BUSINESS WRITER

General Motors will pay salaried workers bonuses as a reward for exceeding 2010 profitability and quality targets, people familiar with the situation said Thursday.

GM's enhanced variable pay, which gives white-collar workers a base salary and then extra if the company hits defined goals, has the approval of the U.S. Treasury's pay czar. Managers have discretion in how much to pay; some bonuses will be in the 5%-10% range, the people said.

The bonuses come as the once-bankrupt automaker is preparing to report its first annual profit since 2004. That will likely result in profit-sharing checks for hourly workers that will easily top $3,200, the Free Press has reported.

Bloomberg News first reported the GM bonuses, saying similar payouts also are coming to white-collar workers at Ford and Chrysler.

Ford, which made a profit of $6.6 billion in 2010, already said it is paying $5,000 to its UAW-represented workers. Chrysler is giving an average of $750 to hourly workers, despite its net loss of $652 million in 2010.

■ SOME AT GM COULD GET 50%. 10A

# GM plans to award $4.5 million in college scholarships

**By CHRIS WOODYARD AND CHRISSIE THOMPSON**
USA TODAY AND FREE PRESS BUSINESS WRITERS

General Motors plans to award $4.5 million in college scholarships, with an emphasis on disadvantaged students, as it spreads its renewed charitable emphasis from Detroit to the whole U.S.

The program will provide Buick Achievers Scholarships of $2,000 a year to 1,000 outstanding college-bound students. An additional 100 "national scholarships" of $25,000 will go to especially deserving students. The scholarships are renewable for four and, in some cases, five years.

"We are trying to demonstrate that we can be a profitable company ... and at the same time give something back to America," CEO Dan Akerson said.

The funds are being provided through the General Motors Foundation, a charitable entity separate from the automaker, and underscore how now-profitable GM, one of the most generous corporate donors before the decline that led to its 2009 bankruptcy reorganization, is trying to return to serious philanthropy.

### THE BUICK SCHOLARSHIPS ARE RENEWABLE FOR FOUR AND, IN SOME CASES, FIVE YEARS.

The renewable Buick Achievers Scholarships will focus on students interested in pursuing degrees in science, technology, engineering and mathematics, but also will include design, marketing, accounting and finance. Akerson said he hopes the grants encourage graduates to apply their talents to the auto industry.

Akerson, a graduate of the U.S. Naval Academy, also said he hopes the program will be of particular benefit to the families of military veterans. He said the program also will try to reach students who could be the first in their families to attend college — especially women and minorities.

On a conference call, Akerson said he knows starting such charitable activities could bring criticism since the government still owns about a third of GM, down from 61% before its initial public offering of stock in November.

But he notes that GM hasn't replenished the coffers of its foundation since 2001 and that it now is financially healthy enough to consider resuming donations.

"We've paid back almost $30 billion in dividends," he said. "We hope the government will see the benefit to America with this program."

In December, GM also announced it would pump $27.1 million over the next five years into a United Way project that restructures Detroit schools into small academies and create centers nearby to prepare children for kindergarten.

■ CONTACT CHRISSIE THOMPSON: CTHOMPSON@FREEPRESS.COM.