**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY, *et al*.,** | : | |
| **f/k/a General Motors Corp., *et al.*** | : | **09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**AMENDED AFFIDAVIT OF PUBLICATION RE DOCKET NO. 8788**

STATE OF NEW YORK )
) ss
COUNTY OF SUFFOLK )

I, Debra Wolther, being duly sworn, depose and state:

1. I am a Senior Project Manager with The Garden City Group, Inc., the claims, noticing and solicitation agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2. On January 13, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused publication of the **Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting To Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date** in the following publications:

Publication Name

*The Wall Street Journal* (Global Edition—North America, Europe, and Asia)

*The New York Times* (National)

*USA Today* (National)

*The Globe and Mail* (National)

*The National Post*

3. I state under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

s/ Debra Wolther

Sworn to before me this
16th day of Februrary, 2011

/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires: August 8, 2014

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
WSJMEDIAKIT.COM

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: ) Chapter 11
PALM HARBOR HOMES, INC., et al.,[1] ) Case No. 10-13850 (CSS)
Debtors. ) Jointly Administered

**NOTICE OF BID PROCEDURES[2]**

**PLEASE TAKE NOTICE** that on November 29, 2010, Palm Harbor Homes, Inc., a Florida corporation, and its related debtors (collectively, the "Debtors") filed a motion (the "Bid Procedures and Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

[illegible]

LOCKE LORD BISSELL & LIDDELL LLP, David W. Wirt, Aaron C. Smith, Courtney E. Barr, 111 S. Wacker Drive, Chicago, Illinois 60606-4410, Telephone: (312) 443-0700, Fax: (312) 443-0336, COUNSEL FOR THE DEBTORS

POLSINELLI SHUGHART PC, Christopher A. Ward, Justin K. Edelson, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, Telephone: (302) 252-0920, Fax: (302) 252-0921, COUNSEL FOR THE DEBTORS

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Palm Harbor Homes, Inc., a Florida corporation (6634); Palm Harbor Albemarle, LLC (1014); Nationwide Homes, Inc. (4881); Palm Harbor Real Estate, LLC (8234); Palm Harbor GenPar, LLC (0198); and Palm Harbor Manufacturing, LP (0199). The location of the Debtors' corporate headquarters and service address is: 15305 Dallas Parkway, Suite 700, Addison, Texas 75001.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bid Procedures or the Bid Procedures Order, as applicable.

## PUBLIC NOTICES

### DEPARTMENT OF JUSTICE- BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (ATF)

### SEIZED PROPERTY NOTICES continued

[illegible]

Get Noticed.

Legal Notices.

Advertise Today.
Call 1-800-845-9720
or email
sales.legalnotices@wsj.com

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re **MOTORS LIQUIDATION COMPANY, *et al.*,** **f/k/a General Motors Corp., *et al.*** **Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

***1. Approval of Disclosure Statement.*** By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

***2. Confirmation Hearing.*** A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing, or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

***3. Record Date for Voting Purposes.*** Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

***4. Voting Deadline.*** All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

***5. Parties in Interest Not Entitled to Vote.*** The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of the Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at (703) 286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

***6. Objections to Confirmation.*** Responses and objections, if any, to confirmation of the Plan must:

(a) be in writing;
(b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party;
(c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
  (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
  (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
  (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
  (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
  (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
  (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
  (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
  (viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
  (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);
  (x) Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and
  (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

***7. Parties Who Will Not Be Treated as Creditors.*** Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

***8. Additional Information.*** Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at (703) 286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

***9. Administrative Expense Claim Bar Date***

**On December 14, 2010, the Bankruptcy Court entered an order (ECF No. 8099) establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "Administrative Expense Proof of Claim") against the Debtors. The deadline (the "Administrative Expense Claim Bar Date") is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) on or before the date that is thirty (30) days after the Effective Date (as defined in the Plan) of the Plan at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between February 1, 2011 and the Effective Date of the Plan. To obtain an Administrative Expense Proof of Claim form and for more information as to who needs to file, and the procedures to fill out and file, an Administrative Expense Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Expense Proof of Claim form may be obtained by calling (703) 286-6401.**

**Any holder of a claim for an administrative expense who fails to file an Administrative Expense Proof of Claim on or before the applicable Administrative Expense Claim Bar Date in the appropriate form and in accordance with the procedures described in this Notice for any claim for an administrative expense such claimant holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting such claim for an administrative expense against any of the Debtors and their respective estates (or filing any Administrative Expense Proof of Claim with respect thereto), and each of the Debtors and their respective estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for an administrative expense.**

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

## NOTICE OF SALE

**NOTICE OF PUBLIC SALE**
Property to be Sold

**PUBLIC SALE No. 1 – Wednesday, January 19, 2011, 11:00 A.M., Eastern Time**

| No. | CUSIP/ISIN | Issuer | Maturity | USD Original Face | Asset Type |
|---|---|---|---|---|---|
| 1 | 00764PAG5 | AERCO 1X B1 | 07/15/23 | 14,050,000 | Aircraft ABS |
| 2 | 009341AN8 | AFT 1999-1A B | 05/15/24 | 2,266,000 | Aircraft ABS |
| 3 | 29078PAD2 | EAST 2000-A C | 08/15/25 | 5,750,000 | Aircraft ABS |
| 4 | 52204PAC3 | LIFT 1 A1 | 07/15/31 | 3,500,000 | Aircraft ABS |
| 5 | 52204PAQ2 | LIFT 1 C1 | 07/15/31 | 3,000,000 | Aircraft ABS |
| 6 | 70556JAA7 | PALS 1999-1A A1 | 03/25/29 | 2,000,000 | Aircraft ABS |
| 7 | 70556MAB8 | PALS 2000-1 A2 | 03/25/30 | 1,300,000 | Aircraft ABS |
| 8 | 05947UBU1 | BACM 2001-1 G | 04/15/36 | 3,000,000 | CMBS |
| 9 | 141749AD3 | CAREY 2002-1 D | 09/20/19 | 1,500,000 | CMBS |
| 10 | 201730AG3 | CMAT 1999-C1 D | 10/17/13 | 5,300,000 | CMBS |
| 11 | 201730BB3 | CMAT 1999-C2 E | 11/17/32 | 5,000,000 | CMBS |
| 12 | 22540AJR0 | CSFB 1998-C2 D | 11/11/30 | 3,000,000 | CMBS |
| 13 | 22540AK31 | CSFB 2001-CF2 AX | 02/15/34 | 11,000,000 | CMBS |
| 14 | 23322BFC7 | DLJCM 1999-CG2 S | 06/10/32 | 37,190,000 | CMBS |
| 15 | 337368AJ3 | FUBOA 2001-C1 H | 03/15/33 | 3,000,000 | CMBS |
| 16 | 69574EAR1 | PMAC 1999-C1 D | 06/15/32 | 3,000,000 | CMBS |
| 17 | 79548KYB8 | SBM7 1997-LB6 B2 | 12/25/27 | 7,544,000 | CMBS |
| 18 | 79548CAG1 | SBM7 2000-C3 F | 12/18/33 | 3,000,000 | CMBS |
| 19 | 896880BD2 | TRIZE 2001-TZHA D4 | 05/15/16 | 1,350,000 | CMBS |
| 20 | 60935LAE7 | TMSBT 1999-1 MS2 | 06/15/29 | 5,000,000 | CMBS/ Small Biz Loans |
| 21 | 05564EBB1 | BRE PROPERTIES | 01/15/11 | 2,000,000 | REIT |
| 22 | 53117CAF9 | LIBERTY PROP LP | 03/15/11 | 1,465,000 | REIT |
| 23 | 09774XBM3 | BCM 2000-A A1 | 06/15/30 | 14,000,000 | MANH |
| 24 | 20846QGE2 | CNF 2001-1 M1 | 07/01/30 | 3,000,000 | MANH |
| 25 | 20846QFR4 | CNF 2000-6 M1 | 09/01/31 | 5,000,000 | MANH |
| 26 | 20846QJR0 | CNF 2002-1 M1A | 12/01/32 | 3,000,000 | MANH |
| 27 | 393505ND0 | GT 1996-5 B1 | 07/15/27 | 3,000,000 | MANH |
| 28 | 393505E57 | GT 1998-3 M1 | 03/01/30 | 3,000,000 | MANH |
| 29 | 393505PE6 | GT 1996-6 B1 | 09/15/27 | 2,000,000 | MANH |
| 30 | 393505P22 | GT 1998-8 M1 | 09/01/30 | 5,000,000 | MANH |
| 31 | 393505UW0 | GT 1997-4 M1 | 02/15/29 | 300,000 | MANH |
| 32 | 393505F64 | GT 1998-4 M1 | 04/01/30 | 1,680,000 | MANH |
| 33 | 393505MH2 | GT 1996-3 B1 | 05/15/27 | 5,875,000 | MANH |
| 34 | 393505N57 | GT 1998-7 M1 | 07/01/30 | 4,000,000 | MANH |
| 35 | 393505VZ2 | GT 1997-5 B1 | 05/15/29 | 1,200,000 | MANH |
| 36 | 67087TBW0 | OAK 2000-D A4 | 07/15/30 | 6,000,000 | MANH |
| 37 | 68619AAH0 | ORGN 2001-A M2 | 03/15/32 | 2,000,000 | MANH |
| 38 | 00253CGX9 | AMT 2001-2 B | 08/25/31 | 2,500,000 | RMBS |
| 39 | 03215PFM6 | AMRES 1998-3 B1F | 09/25/28 | 3,344,000 | RMBS |
| 40 | 20847TBB6 | CNFHE 2001-C B1 | 08/15/33 | 3,500,000 | RMBS |
| 41 | 291701CT5 | EFLOT 1998-2 B1 | 06/25/24 | 8,463,500 | RMBS |
| 42 | 291701DD9 | EFLOT 1999-1 B1 | 05/25/30 | 4,687,500 | RMBS |
| 43 | 36226MAG8 | GRMT 2001-1A M2 | 07/20/31 | 2,184,000 | RMBS |
| 44 | 36226MAH6 | GRMT2001-1A B | 07/20/31 | 2,500,000 | RMBS |
| 45 | 456606AU6 | INHEL 2000-B MF2 | 03/25/30 | 3,076,000 | RMBS |
| 46 | 456606BK7 | INHEL 2000-C MF2 | 12/25/31 | 3,000,000 | RMBS |
| 47 | 456606CR1 | INHEL 2001-B MF2 | 12/25/30 | 3,000,000 | RMBS |
| 48 | 464126BV2 | IRWHE 2002-1 2M2 | 02/25/29 | 2,500,000 | RMBS |
| 49 | 493553BC4 | KEYOT 1998-P1 B | 05/25/25 | 1,750,000 | RMBS |
| 50 | 493553BM2 | KEYOT 1998-P2 B1 | 01/25/29 | 3,500,000 | RMBS |
| 51 | 64352VDA6 | NCHET 2003-3 M2 | 07/25/33 | 4,000,000 | RMBS |
| 52 | 805564FL0 | SAST 2000-1 BF1 | 02/25/30 | 4,064,000 | RMBS |
| 53 | 805564JT9 | SAST 2001-2 B1 | 08/25/31 | 1,000,000 | RMBS |
| 54 | 86359AET6 | SASC 2002-BC1 M2 | 08/25/32 | 7,000,000 | RMBS |
| 55 | 8635723H4 | SASC 2001-1 B1 | 02/25/31 | 3,000,000 | RMBS |
| 56 | 86359AMC4 | SASC 2003-BC1 B1 | 05/25/32 | 5,500,000 | RMBS |
| 57 | 86359AUH4 | SASC 2003-14 3A2 | 05/25/33 | 5,671,000 | RMBS |
| 58 | 073605AF4 | Galleria CDO 5A C2 | 09/19/37 | 2,100,000 | CDO |
| 59 | 18532QAD3 | CLEAR 1999-A1 B | 02/01/11 | 3,000,000 | CDO |
| 60 | 25153HAB0 | NORTH STREET RLN 2001-3A CTFS | 04/30/31 | 3,500,000 | CDO |
| 61 | 91913UAA6 | VALEO 2A B1 | 06/01/13 | 2,750,000 | CDO |
| 62 | 524645AA6 | LST 2001-1A A | 07/20/15 | 5,000,000 | LEGAL SET |
| 63 | 536883AA9 | LSMFT 2001-1A A3 | 04/25/31 | 1,750,000 | LEGAL SET |
| 64 | 55262SBE4 | MBNAM 2001-C C | 09/15/13 | 5,000,000 | CARD |
| 65 | 575800AA5 | WMECO 2001-1 A | 06/01/15 | 1,000,000 | RRB |

Location of Sale. The sale will be held at 12 E. 49th Street, New York, New York 10017.

To Place a Bid or for Additional Information. In addition to any other terms or limitations, please be advised that the sale of the securities referenced above may be made only to the best bidder who is also a qualified bidder and may be subject to a reserve level.

If you are interested in bidding on the securities referenced above or for additional information, including a detailed list of the securities to be sold, qualified bidder status and to obtain copies of an Investor Representations and Confidentiality Agreement and a bid sheet, contact David Harrington or Thomas Vannatta at MJX Asset Management LLC by e-mail at David.Harrington@mjxam.com or Thomas.Vannatta@mjxam.com, respectively, or by telephone at (212) 705-5338 or (212) 705-5348, respectively, or by facsimile at (212) 705-5390, or by mail addressed to 12 E. 49th Street, New York, New York 10017.

Disclaimer. The Bank of New York Mellon Trust Company, National Association as trustee (the "Trustee") is authorized at such sale, if the Trustee deems it advisable or is required by applicable law to do so: (i) to restrict the prospective bidders on or purchasers of any of the above identified securities to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such assets, (ii) to verify that each certificate for each security to be sold that has not been registered under the Securities Act of 1933 bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933 and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale as the Trustee deems necessary or advisable.

OPINION

# How Big Government Killed Britain's Regions

By Warwick Lightfoot

The question of how to revitalize Britain's economically moribund regions has bedevilled successive governments for at least three decades. The fact is, all the taxpayer money that has been poured into Wales, Scotland, Northern Ireland and the north of England in the name of reviving the local economies there is doing active harm to the emergence of a private-sector, post-industrial economy.

Britain, the first nation in the world to industrialize, was hit hard by de-industrialization in the 1970s and 1980s. Its origins and causes were complex, but the extraordinary power of trade unions in the workplace was a key factor. This power made the labor market the Achilles' heel of the British economy for most of the 20th century. An additional factor was the very high ratio of public expenditure to GDP, which was in turn driven up by state subsidies to failing industries and the large losses incurred by nationalized industries.

Thirty years later, the trade unions have been reformed, the private sector exhibits genuine flexibility in pay bargaining and the U.K.'s formerly nationalized industries have been privatized. And yet for all this, the surprising thing is that the U.K. economy has not performed better than it has. This is partly explained by the fact that the ratio of public expenditure never fell much below 40% of national income. For protracted periods the performance of the economy appeared to be flattered by what turned out to be unsustainable bubbles in property and financial asset markets accommodated by monetary conditions that were too loose.

In the areas of the country where de-industrialization hit hardest, there was little sustained recovery in terms of private-sector activity. Instead the public sector expanded as a result of increased health, local authority and regeneration expenditure and increased spending on social-security transfer payments to households of working age. This created the conditions for de-marketization, which followed de-industrialization and made sustainable economic regeneration all but impossible in the Midlands and the North. Businesses and startups that want to do business in Britain's de-industrialized hinterland must compete on world markets to sell their products and services. But they are forced to compete for labor with a state sector that overpays relative to the wages that the private sector can bear.

While trade-union power and an identifiable trade-union wage mark-up have largely been eliminated in the private sector, it remains entrenched in the public sector. Public-sector pay is set through national pay bargaining arrangements and the pay premium in the public sector has risen over the past 10 years. Today, average public-sector pay in the U.K. is more than 12% higher than in the private sector, and the true premium is significantly higher when one takes account of generous public-sector pension arrangements.

This pay premium is sometimes explained by the fact that the public sector employs a higher proportion of higher-skilled employees such as teachers, scientists, nurses and doctors. But even when pay is disaggregated by earnings levels, the public-sector pay premium at the bottom end of the earning distribution is more than 20%. And outside the Southeast of England, the public-sector pay premium can be 30% or higher relative to local wages in the private sector.

Barbara Kelley

This premium, combined with welfare benefits whose rates are set nationally, emasculates local labor markets. The replacement ratio of welfare payments to average earnings in the U.K. is about 56%, slightly down from the 60% level in the 1970s. But in many local labor markets, social security benefits represent a much higher ratio of realistic private-sector earnings.

Social security benefits set a floor on wages—few people will work for less than they can receive on the dole. But at the same time, high public-sector pay drives the reservation wage—the wage at which an individual would be willing to accept a job—even higher. The result is that many households become permanently detached from the labor market and a large proportion of people who do work in these regions enjoy pay from the public sector that has no relationship to a market-determined wage.

In this way, for all practical purposes, many communities and whole regions—such as the North East and North West of England and Wales—are "de-marketized." The private-sector cannot flourish because price signals cannot operate properly in the labor market, which is probably the most important market in any economy. Increased local public expenditure, far from having positive multiplier effects, is at best irrelevant or, worse, a further aggravating factor.

Regional policy initiatives, such as community regeneration and the creation of regional development agencies, have had little or no impact. In fact the prosperity gap between Britain's best- and worst-performing regions has if anything widened slightly over the past 15 years.

This feature of de-marketized communities and regions is not unique to Britain. The way the transition process was implemented in East Germany has created similar conditions as a result of analogous policy choices, such as moves to national pay bargaining and social security benefits and high levels of public expenditure. The result is comparable historical monuments and public buildings that look as handsome as ever. But there is little self-sustaining private-sector activity.

The high proportion of the local economy supported by the state in some parts of Britain has led some journalists to describe these parts of the British economy as Soviet. That may be a vivid way of getting the point across, but it is not strictly accurate. Consumers and public purchasing bodies pay world prices for goods and they enjoy the benefits of the division of labor through international trade.

The root causes of de-marketization in Britain's regions is a bloated public sector aggravated by a national public-sector pay premium and social-security benefits that take no account of local labor-market conditions. A large public sector imposes costs that do particular damage to the manufacturing industry, the sector that faces the greatest international competition. If advanced economies such as Britain are to compete internationally and rebalance their economies, the principal mechanism for engineering this rebalancing will be lower ratios of public spending to national income.

*Mr. Lightfoot has been special adviser to both the secretary of state for employment and the chancellor of the Exchequer. He is the author of the recently published "Sorry, We Have No Money—Britain's Economic Problem," (Searching Finance, 2010).*

# Iran Jails Another Lawyer

By Shirin Ebadi

This week Iran's judicial authorities sentenced my friend Nasrin Sotoudeh, a human rights lawyer, to 11 years in prison. Her case has attracted only modest attention in the West, but it is the latest example of Iran's unrelenting crackdown on dissent. It deserves greater notice.

Nasrin belongs to a younger generation of Iranian human rights defenders who are being systematically bullied by the state into abandoning their work. The government has forced many into exile abroad, while meting out harsh prison sentences to others, like Nasrin, in order to intimidate the remaining few.

The court imprisoned Nasrin—and barred her from practicing law or leaving the country for 20 years—after finding her guilty of "acting against national security" and of "propaganda against the regime." Iran's government routinely levels these charges against lawyers, journalists, nongovernmental organization workers and others whose work it finds troublesome. Nasrin's only crime has been her passionate defense of Iran's most legally vulnerable citizens: juvenile offenders facing the death penalty, human rights campaigners, and prisoners of conscience.

I first met Nasrin almost 20 years ago, as she was finishing her law degree. Her steely determination was striking. She defended a number of cases for the Committee to Defend Children, an institute I had founded that offered pro bono legal representation to juvenile offenders. Years later she also sought the help of another group I had formed, the Defenders of Human Rights Center. We provided free legal counsel to Iranians accused of political crimes or crimes of conscience, and in some circumstances we extended financial help to families of political prisoners.

One of my most vivid memories of Nasrin harks back to an evening in 2007, just before the birth of her second child, Nima. A number of us were meeting at a private home to discuss women's rights in Iran, when a sharp knock at the door interrupted our conversation. Uniformed police burst into the room and detained a number of the women present.

One of the police officers told Nasrin that they had no intention of detaining her, so she was free to go home. "I'm not going anywhere," she told them, all the while protesting loudly at the arrests. "My friends who you're taking away are my clients, and they're going to need me."

**The government has forced many into exile, while meting out harsh prison sentences to others.**

Eight months pregnant, she spent the night in a cold cell at the police station with her new clients and defended them the next morning like a lioness. She managed to secure their release that very day.

After the contested presidential election of 2009, Nasrin grew even more bold in her legal challenges against officials who flouted the law. She took on the widely publicized case of Arash Rahmanipour, a young man who was arrested and later executed for his alleged involvement in unrest following the election. As Nasrin made known, Rahmanipour confessed only after Iranian authorities made threats against his family.

Last September came her arrest. In the early days of her detention, security officials offered to release her swiftly if she participated in a televised confession of her guilt. If only Nasrin confessed to her alleged crimes, spoke out against me and other colleagues, and requested the pardon of the country's supreme leader, she would be reunited with her family.

She declined. Then, as she has since recalled, one of the officials said to her, "I will ensure that you stay in prison for over 10 years, and that by the time you're released your three-year-old son will have grown into a man taller than you."

Iran's judges simply hand down verdicts ordained by security officials, so Nasrin indeed got sentenced to 11 years in prison. She has protested her unfair trial and will appeal.

Because the country's security officials are incensed by the persistence of this slight and delicate woman, they've kept her in solitary confinement throughout her detention. Once a month, from behind a glass window and through a phone that is monitored by prison officials, she is permitted to speak to her husband. The authorities have refused her even a single visit with her two small children.

The authorities' aim, of course, is to turn Nasrin's fate into a lesson for Iran's community of lawyers. A revolutionary court has summoned her husband, Reza, and her own attorney, Nasrin Ghanavi, and threatened to charge them as well. The message to Nasrin is clear: Your determination will inflict much pain upon your husband and friends.

Recent years have shown that the Iranian authorities will continue trying to chip away at the determination of Iran's brave young lawyers. This week's sentence only confirmed the point. As for Nasrin, I know she will stand firm and continue down the challenging path she has chosen.

*Ms. Ebadi, founder of the Center for the Defense of Human Rights in Iran, won the Nobel Peace Prize in 2003.*

BUSINESS & FINANCE

# Henderson to acquire Gartmore

By Margot Patrick

LONDON—Asset manager **Henderson Group** PLC has agreed to buy rival **Gartmore Group** Ltd. in a deal valued at £335.3 million ($523.7 million) that will create one of the U.K.'s largest independent asset managers, with around £78.1 billion under management.

Both companies' stock surged in London on the news. Henderson shares ended up 9.3% at 151 pence after touching a high of 156.80 pence, while Gartmore shares rose 14% to close at its peak for the day of 103 pence. Gartmore had been looking for a buyer since November, to put it on sounder footing after two top portfolio managers left and its assets shrank.

Anglo-Australian Henderson said it will pay 0.6667 in Henderson shares for each Gartmore share, valuing the offer at £335.3 million based on Henderson's closing price Tuesday of 138.2 pence.

Gartmore shareholders will also be eligible for Henderson's final dividend, which Henderson said should be at least as much as last year's 4.25 pence a share.

Analysts said it is a fair deal and the 40% of Gartmore shareholders who haven't already signed on should accept it. Mark Williamson at Peel Hunt said there are execution risks, though, for Henderson, and that it is hard to know how much more money Gartmore fund investors might pull out.

Henderson Chief Executive Officer Andrew Formica said the purchase is compelling both financially and strategically, propelling the firm up the ranks of U.K. retail fund managers by assets and adding to its line of onshore and offshore hedge-fund products.

"The acquisition advances the group's strategic objectives in many ways. It enhances our position in hedge funds and absolute return funds, and we go into the top six in U.K. retail," he told analysts on a conference call Wednesday.

The deal is Henderson's second rescue in two years of a troubled fund manager at a knock-down price. It bought New Star Asset Management in early 2009 for £115 million. It will add Gartmore's £16.5 billion in assets, which had shrunk from £20.9 billion in September, before top Gartmore manager Roger Guy announced he would leave.

Mr. Guy's planned departure was the most serious in a series of setbacks for the company in 2010, and resulted in its shares trading for less than half the 220 pence a share price they had been offered for on the London Stock Exchange in December 2009, when Gartmore's private-equity owner Hellman & Friedman floated the company.

Mr. Guy's No. 2, Guillaume Rambourg, resigned in June after an internal investigation into his trading conduct was picked up by the U.K. Financial Services Authority, despite Gartmore finding no evidence of any material wrongdoing. The matter led to investors withdrawing assets and fund consultants putting Gartmore on "hold" or "avoid" lists.

Henderson was tipped as the most likely of the U.K.'s fund managers to make a bid for the company. In November, Gartmore CEO Jeff Meyer said the company might seek a stronger partner. On Dec. 20, Henderson confirmed it was in discussions with Gartmore.

"This transaction brings significant benefits to our shareholders and clients," Mr. Meyer said Wednesday. "We are becoming part of an enlarged group with much greater diversity and scale. We are benefiting from significant synergies which will enhance Henderson's operating margins, earnings per share and long-term growth rate."

Mixed fortunes
Gartmore's and Henderson's cumulative share performance
40%
20
0
–20
–40
–60
Henderson
Gartmore
2010
'11
Source: Thomson Reuters Datastream

# Legal Notices

BANKRUPTCY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., Debtors. — Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 | 38-0572515 | General Motors Corporation; GMC Truck Division; NAO Fleet Operations; GM Corporation; GM Corporation-GM Auction Department; National Car Rental; National Car Sales; Automotive Market Research |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 | 38-2577506 | Saturn, LLC; Saturn Corporation; Saturn Motor Car Corporation; GM Saturn Corporation; Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.; NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

Get Noticed.

Legal Notices. Advertise Today.

Call +44 (0) 203 426 1202

THE WALL STREET JOURNAL.

WORLD NEWS

# Taliban attacks end Kabul's relative calm

BY MARIA ABI-HABIB

KABUL—A spate of insurgent attacks in the past month, including Wednesday's bombing that killed at least two people, have shattered the relative calm that Afghanistan's capital had seen since the summer.

Early last year, the Taliban and the affiliated Haqqani network launched spectacular attacks on government buildings, hotels and guest houses inhabited by foreigners in Kabul.

Since then, however, the U.S.-led coalition and Afghan forces had been cracking down on Kabul-based insurgent cells. No serious attack occurred in the city for months—until the latest spate started in late December.

Coalition officials stress that Kabul is still secure, and that insurgent activity in the capital remains minor when compared with rural areas in much of the country, and in cities such as Kandahar or Ghazni.

In recent months, the Afghan government has forced international organizations, embassies and Western contractors to tear down many of the concrete blast walls that had mushroomed across the city, saying the fortifications disrupted civilian traffic and are unnecessary because Kabul has become safe.

That is a perception that the Taliban is determined to challenge. "We are paying more attention to Kabul," Zabiullah Mujahid, a spokesman for the Taliban, said Wednesday. "Kabul is most important for us as it's the heart of the government and foreign troops. We can easily hit our targets in Kabul."

The recent pickup in Taliban activity in the capital started soon after Haji Lala, a former bodyguard of the Taliban leader Mullah Mohammed Omar, was appointed as the insurgent group's shadow governor for Kabul late last year, Western officials say. The Taliban spokesman, Mr. Mujahid, said another insurgent commander oversees Kabul.

Haji Lala could have more leeway in getting various insurgent groups to cooperate in attacks within Kabul, a coalition intelligence official explained. "They can say, Hey, he's Mullah Omar's bodyguard, he's his boy...and you need to start listening to him," the intelligence official said.

The Taliban have also changed their tactics in Kabul, moving away from attacks on coalition forces and foreigners, and hitting "softer" Afghan security and government targets instead, the official said.

Kabul is the only part of the country where Afghan forces have taken over security responsibilities from the coalition. The Taliban's stepped-up attacks here underscore the fragile nature of the coalition's plans to start handing over other areas to Afghan troops. Afghan forces are supposed to assume control of the entire country by the end of 2014, allowing the bulk of the U.S.-led coalition troops to return home.

The latest Taliban attack in Kabul, on Wednesday, killed at least two and wounded about 30 when a suicide bomber detonated his explosives next to a minibus transporting employees of the National Directorate of Security, Afghanistan's intelligence agency.

"I saw dozens of bodies on the ground after the explosion and everybody was crying and shouting," said Hakim Khan, a 40-year-old owner of a shop near the explosion site, in the city's Alawuddin square.

Mr. Khan, who helped move the wounded into an ambulance, said many were badly mangled and charred by the blast.

The recent surge in attacks began Dec. 19, when insurgents ambushed an Afghan army truck in the city, killing five soldiers and wounding scores more.

Last week, a bomb in central Kabul killed a policeman and wounded bystanders.

NDS, the intelligence agency, says it thwarted in recent weeks a bombing at the presidential palace and an assassination attempt on the country's first vice president.

*—Habib Totakhil contributed to this article.*

# LEGAL NOTICES

BANKRUPTCY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

***1. Approval of Disclosure Statement.*** By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

***2. Confirmation Hearing.*** A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing, or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

***3. Record Date for Voting Purposes.*** Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

***4. Voting Deadline.*** All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

***5. Parties in Interest Not Entitled to Vote.*** The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of the Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at (703) 286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

***6. Objections to Confirmation.*** Responses and objections, if any, to confirmation of the Plan must:

(a) be in writing;
(b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party;
(c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
 (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
 (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
 (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
 (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
 (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
 (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
 (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
 (viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
 (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);
 (x) Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and
 (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

***7. Parties Who Will Not Be Treated as Creditors.*** Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

***8. Additional Information.*** Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at (703) 286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

***9. Administrative Expense Claim Bar Date***

**On December 14, 2010, the Bankruptcy Court entered an order (ECF No. 8099) establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "Administrative Expense Proof of Claim") against the Debtors. The deadline (the "Administrative Expense Claim Bar Date") is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) on or before the date that is thirty (30) days after the Effective Date (as defined in the Plan) of the Plan at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between February 1, 2011 and the Effective Date of the Plan. To obtain an Administrative Expense Proof of Claim form and for more information as to who needs to file, and the procedures to fill out and file, an Administrative Expense Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Expense Proof of Claim form may be obtained by calling (703) 286-6401.**

**Any holder of a claim for an administrative expense who fails to file an Administrative Expense Proof of Claim on or before the applicable Administrative Expense Claim Bar Date in the appropriate form and in accordance with the procedures described in this Notice for any claim for an administrative expense such claimant holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting such claim for an administrative expense against any of the Debtors and their respective estates (or filing any Administrative Expense Proof of Claim with respect thereto), and each of the Debtors and their respective estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for an administrative expense.**

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

Get Noticed.

Legal Notices. Advertise Today.

Call (852) 2831-2553 or (65) 6415-4279

THE WALL STREET JOURNAL. DOWJONES

INTERNATIONAL INVESTOR

# Relief over Portugal spills into U.S. stocks

BY JONATHAN CHENG

Investors piled into U.S. stocks after a Portuguese government debt auction eased immediate worries about the euro zone.

The Dow Jones Industrial Average gained 108.15 points, or 0.9%, to 1180.03 in midday trading, while the Standard & Poor's 500-stock index added 1% to 1286.69 and the Nasdaq Composite gained 0.7% to 2735.33.

**ABREAST OF THE MARKET**

Financial stocks led the market's gains after **Wells Fargo** upgraded its assessment of the banking sector. **J.P. Morgan Chase** and **Bank of America** were the best performers among the Dow components, gaining 2.6% and 2%, respectively. **Citigroup** gained 1.6%, **Morgan Stanley** added 2.3% and Wells Fargo itself gained 1.7%.

Weighing on the Dow was **Alcoa**, the sole decliner on the blue-chip index, off 0.5%.

"Optimism is not in short supply," said Bob Jergovic, chief investment officer at CLS Investments. "I'm just watching with amazement as the market churns higher."

Oil major **Chevron** gained 1.6% after saying late Tuesday that its fourth-quarter earnings are expected to be higher than the profit reported in the preceding quarter. Upstream results are projected to improve between sequential quarters, boosted by higher crude-oil prices.

**American International Group** added 09.% after the giant insurer decided to sell its Taiwan unit, **Nan Shan Life Insurance**, to Taiwan's **Ruen Chen Investment Holdings** for $2.16 billion.

Shares of **ITT** surged 15% after the aerospace and defense firm said its board has backed a plan to split the company into three publicly-traded companies.

## European stocks

Shares rallied as the Portuguese government sold €1.25 billion ($1.62 billion) in bonds in an auction at yields that were below market expectations, after days of mounting concern over Portugal's finances.

Investors have fretted that economic growth could be stunted if governments are forced to enact tougher austerity measures and that if Portugal were forced to follow in the footsteps of Greece and Ireland and seek aid, other fiscally weak governments, such as Spain, could be next.

The Stoxx Europe 600 index gained 1.3% to 285.65. Spain's IBEX 35 index surged 5.4%, to 10101.20 while Italy's FTSE MIB advanced 3.8% to 21116.39 and Portugal's PSI 20 gained 2.6% to 7653.96.

Spanish banking giant **Banco Santander** surged 9.6% and those of rival **Banco Bilbao Vizcaya Argentaria** jumped 9.9%.

**Banco Espirito Santo** jumped 5.9% in Lisbon and **UniCredit** soared 9.6% in Milan.

# Japanese 10-year yield draws buyers

BY ANDREW MONAHAN

TOKYO—Japan's benchmark 10-year yield fell as Japanese life insurers and other investors bought the maturity to lock in higher yields, but other yields rose, following moves in the U.S. Treasurys market.

The super-long end of the curve was also weighed down by selling ahead of the government's auction of 600 billion yen ($7.21 billion) of 30-year bonds on Thursday, which pushed up yields, analysts said.

**BOND MARKETS**

The 10-year government bond yield dropped 0.015 percentage point to 1.17%, while the 30-year yield rose 0.025 percentage point to 2.130%

Life insurance companies and other investors targeting higher yields bought 10-year paper after the yield rose to 1.20%, an attractive level for them, analysts said.

Meanwhile, data released Wednesday showed that China, whose giant foreign reserves make it a key global financial-market player, sold a net 81.3 billion yen of Japan financial assets in November, most of which is thought to be held in government bonds. But the selling likely doesn't signify any shift to dump bonds, analysts said. China bought a net 262.5 billion yen of Japanese financial assets in October, according to current-account data from Japan's Ministry of Finance.

# Hong Kong shares rise; India snaps losing run

BY COLIN NG AND JOHN PHILLIPS

Asian markets ended on a positive note Wednesday as resource shares and financials got a lift from a higher finish Tuesday on Wall Street and an overnight jump in commodity prices.

Hong Kong's Hang Seng Index rose 1.5% to 24125.61, China's Shanghai Composite added 0.6% to 2821.31 and Australia's S&P/ASX 200 advanced 0.3% to 4724.21.

**ASIAN-PACIFIC STOCKS**

Japan's Nikkei Stock Average ended little changed, up 0.02% at 10512.80.

Indian shares snapped a six-day losing streak, with the Sensex rising 1.8% to close at 19534.10. Banking shares led the gains. **ICICI Bank** climbed 4.5% and **HDFC Bank** added 2.8%.

Despite the regionwide advance, sentiment remained cautious ahead of European sovereign bond auctions this week. Portugal was set to auction 2014 and 2020 bonds on Wednesday, Spain is auctioning 2016 bonds Thursday and Italy is due to auction 2026 government bonds on the same day.

"Tensions concerning European conditions will continue through the week," said Kenichi Hirano, operating officer at Tachibana Securities.

Resource stocks broadly advanced on higher commodity prices. **BHP Billiton** and **Rio Tinto** rose 1.3% each in Sydney, **Aluminum Corp. of China** gained 1.9% in Hong Kong and 0.4% in Shanghai, and **Sterlite Industries** added 6.5% in Mumbai.

Several energy producers advanced after February crude-oil futures rose more than 2% in New York overnight. **Woodside Petroleum** gained 0.9% in Sydney, while **Cnooc** climbed 1.6% and **PetroChina** rose 1.9% in Hong Kong.

Chinese shares also got a lift from coal miners amid rising overseas oil prices on supply concerns and a weakened U.S. dollar. **Yanzhou Coal Mining** rose 2.6% and **China Coal** gained 0.9% in Shanghai; in Hong Kong, they added 1.8% and 2.1%, respectively.

Gains in Australian shares were capped by concerns over the impact of severe flooding in the state of Queensland.

"It's too early to make any assumptions on how the government will respond, but I think an infrastructure bond would be a good idea," said RBS Morgans investment adviser Chris MacDonald.

In the financial sector, **Insurance Australia Group** dropped 2.6% and **Bank of Queensland** lost 3.8%. Transport company **Asciano** fell 1.3% on its flood impact statement.

Indonesian shares rebounded on bargain-hunting after sharp losses over the past four sessions, with both **Bank Rakyat Indonesia** and **Bumi Resources** gaining 4.2%.

[ Search by company, category or country at asia.WSJ.com/funds ] INTERNATIONAL INVESTMENT FUNDS Advertisement

| FUND NAME | GF | AT | LB | NAV DATE | CR | NAV | %RETURN YTD | 12-MO | 2-YR |
|---|---|---|---|---|---|---|---|---|---|
| Concentra AE | EU | EQ | DEU | 01/12 | EUR | 62.00 | -1.8 | 14.8 | 24.4 |
| Industria AE | EU | EQ | DEU | 01/12 | EUR | 78.31 | 0.8 | 6.5 | 18.0 |
| InternRent AE | EU | BD | DEU | 01/12 | EUR | 40.77 | 1.5 | 18.4 | 9.5 |
| Eq. MENA USD A | OT | OT | LUX | 01/11 | USD | 58.82 | 1.8 | 13.7 | 18.9 |
| Eq. US Rel Val A | US | EQ | LUX | 01/10 | USD | 23.79 | 0.7 | 11.4 | 24.2 |
| Money Market EURO A | EU | MM | LUX | 01/10 | EUR | 27.53 | 0.0 | 0.5 | 0.7 |
| Money Market USD A | US | MM | LUX | 01/10 | USD | 15.88 | 0.0 | 0.3 | 0.4 |

For information about listing your funds, please contact: Carson Wong tel: +852 2831-6481; email: carson.wong@dowjones.com

STOCKS & BONDS

# After a Successful Bond Sale by Portugal, a Higher Finish for Wall Street

By Reuters

Shares on Wall Street finished solidly higher on Wednesday after European debt fears eased. The broad advance was led by banks and commodity-related shares.

Investors expect further flows into equities on speculation the economy will strengthen.

Banks were led by JPMorgan Chase, which rose 2.5 percent to $44.71 after its chief executive said the bank could increase its dividend once the Federal Reserve gave its approval. JPMorgan is expected to report its quarterly results on Friday.

The Dow Jones industrial average was up 83.56 points, or 0.72 percent, at 11,755.44. The Standard & Poor's 500-stock index was up 11.48 points, or 0.90 percent, at 1,285.96. The Nasdaq was up 20.50 points, or 0.75 percent, at 2,737.33.

The S.& P. is almost 9 percent higher since the start of December, in part on bets that earnings would be strong. While early results have suggested that optimism was justified, some analysts say it may be hard for equities to rise much further given recent gains.

Eric Marshall, director of research at Hodges Capital Management in Dallas said that money leaving the bond market was "slowly coming back into equities. This is really about the first time in three years we've seen outflows out of bond funds."

A healthy bond auction in Portugal drove investors into riskier assets. Portugal sold bonds valued at 1.25 billion euros ($1.62 billion) to strong demand. Lisbon's borrowing costs fell on the 10-year issue, but rose in the five-year. Investors were hopeful euro zone finance ministers would beef up the European Union's rescue fund.

"Europe has kept people from becoming more bullish than they would be otherwise, and the demand in the auction sets a positive tone going forward," said E. William Stone, chief investment strategist at PNC Wealth Management in Philadelphia.

Jason Pride, director of investment strategy at Glenmede Investment and Wealth Management in Philadelphia, said the auction showed stability in Europe. "There have been fears of contagion that could ripple into equity markets" he said.

Also lifting banks on Wednesday were positive comments from Wells Fargo, which raised the bank sector to an overweight rating, citing a decline in credit costs and positive loan growth.

Agricultural stocks rallied after a government report said American stockpiles of corn and soybeans would be drawn down to surprisingly low levels, lifting food prices and agricultural shares.

The seed company Monsanto rose 3.3 percent while Corn Products International was up 2.1 percent. The farm equipment company Deere & Company rose 2 percent.

Shares of ITT Corporation, the diversified manufacturer, surged 16.5 percent, to $61.50, after the company said it would separate its businesses into three publicly traded companies, and shareholders would own shares in all the three corporations.

Investors focused early on Lisbon's bond auction.

Traders were keen to see if debt-laden countries could finance themselves at a sustainable cost or be forced to turn to the European Union and International Monetary Fund for financial aid in the same way that Ireland and Greece did last year.

The FTSE 100 in London rose 36.69 points, or 0.61 percent, while the DAX in Frankfurt added 127.21 points, or 1.8 percent.

The CAC 40 in Paris gained 83.15 points, or 2.15 percent.

The Treasury's 10-year note fell $6/32$, to $93\ 27/32$. The yield rose to 3.37 percent, from 3.34 percent late Tuesday.

In Japan, the Nikkei gained on Wednesday, hitting an eight-month high at one point, as some upbeat earnings reports and a weaker yen provided momentum for foreign investors to pile into financial and property shares.

In the end, however, the Nikkei closed 2.12 points higher, at 10,512.80.

Following are the results of Wednesday's Treasury auctions of 56-day cash management bills and 10-year notes:

(000 omitted in dollar figures)

| | |
|---|---|
| Price | 99.975 |
| Investment Rate | 0.157 |
| High Rate | 0.155 |
| Low Rate | 0.120 |
| Median Rate | 0.150 |
| Total applied for | $115,741,390 |
| Accepted | $25,000,180 |
| Noncompetitive | $1,370 |

The 56-day cash management bills mature on March 10, 2011.

(000 omitted in dollar figures)

| | |
|---|---|
| Price | 93.664 |
| High Yield | 3.388 |
| Low Yield | 3.285 |
| Median Yield | 3.350 |
| Total applied for | $69,827,826 |
| Accepted | $21,460,236 |
| Noncompetitive | $37,488 |
| Interest set at | 2.625 |

The 10-year notes mature on Nov. 15, 2020.

**The Dow Minute by Minute**

Position of the Dow Jones industrial average at 1-minute intervals yesterday.

Source: Bloomberg THE NEW YORK TIMES

# Fed Survey Notes Signs Of Improving Economy

WASHINGTON (AP) — The United States economy ended last year on an encouraging note, with all parts of the country showing improvements, according to the latest Federal Reserve survey.

Factories produced more, shoppers spent more and companies hired more, all of which pointed to a stronger economy in 2011, the Fed reported in its survey of nationwide economic conditions, which was released on Wednesday.

Still, risks loom. Declining home prices and millions of foreclosures are depressing housing markets around the country, the survey said.

Companies are also paying more for materials, including oil, food products, steel, textiles and chemicals, the survey noted. However, competitive pressures prevented the companies from passing those increased costs on to customers with higher prices.

And even though employers are slowly hiring more, workers lack bargaining power to win bigger paychecks because of high unemployment.

Price increases remained tame. The Fed will monitor inflation as it reviews its $600 billion Treasury bond-buying program, which is intended to bolster the economy by lowering interest rates, encouraging spending and lifting stock prices.

The Fed chairman, Ben S. Bernanke, has been optimistic that the economy will strengthen this year, but warned last week that it would take up to five years for unemployment, now at 9.4 percent, to drop to a historically normal level of around 6 percent.

The bond-buying program will come under scrutiny at the Fed's first meeting of 2011, on Jan. 25 and 26. Four regional Fed presidents become voting members of the its policy-making group at that meeting. Two of them — Richard W. Fisher, president of the Federal Reserve Bank of Dallas, and Charles I. Plosser, president of the Federal Reserve Bank of Philadelphia — have voiced concerns that the bond-buying program could spur inflation.

Mr. Fisher and Mr. Plosser have reputations for being "inflation hawks," meaning they are more concerned about the prospects of rising inflation than they are about high unemployment. Both men are likely to put pressure on Mr. Bernanke to scale back the $600 billion program, especially later this year if the economy continues to gain momentum as expected.

The Fed indicated there would be a high hurdle to changing the program, according to minutes from its Dec. 14 meeting. Mr. Bernanke offered no signals that any changes would be forthcoming when he testified before Congress last Friday.

The Fed survey also said:

¶Hiring was firming, and businesses in most regions planned to increase hiring at the same or faster rate this year.

¶Retailers across all regions experienced better-than-expected sales after a strong holiday shopping season.

¶Factories across the country increased production, with demand growing for cars and high-tech equipment.

¶Businesses said they no longer feared there would be a double-dip recession. In a summer survey, many expressed concerns of a second downturn.

Economists have said that a tax-cut package signed into law last month should encourage people and businesses to spend more this year, leading, in turn, to more hiring.

Mr. Bernanke has warned Congress and the White House to refrain from big spending cuts or tax increases in the near term because the economy is still fragile. But he has urged them to come up with a plan now to reduce the budget deficit over the long run.

The government ran a budget deficit of $80 billion last month, down from a year earlier, the Treasury Department said on Wednesday. Still, economists predict the government will run up a deficit of about $1.3 trillion in the current fiscal year. That would be the third consecutive year of deficits exceeding $1 trillion.

**Most Regions Experience Modest Growth**

A roundup of regional economic conditions in the Federal Reserve's 12 districts, according to survey results released by the Fed on Wednesday. Based on information collected on or before Jan. 3.

**MINNEAPOLIS** The economy continued its moderate recovery, with increases in consumer spending, tourism, services, manufacturing, energy, mining and agriculture.

**SAN FRANCISCO** (Includes Alaska and Hawaii) Holiday retail sales were up sharply compared with a year earlier, and demand continued to expand for consumer and business services. Manufacturing activity grew.

**CHICAGO** Consumer and business spending continued to increase at a steady pace. Manufacturing production also increased, while private construction remained weak.

**CLEVELAND** Economic activity expanded at a modest pace, with manufacturers reporting some improvement in demand. Retailers and auto dealers were upbeat.

**BOSTON** Retailers reported year-over-year sales increases. Manufacturers saw expansion, and advertising and consulting firms cited relatively strong growth.

**NEW YORK** Businesses in most sectors reported improved conditions and were optimistic about the near-term outlook. Hiring has continued to pick up. Retail sales increased.

**PHILADELPHIA** Manufacturers reported an increase in shipments and new orders. Retailers and auto dealers reported sales increases. Banks said demand for personal loans rose.

**RICHMOND, VA.** Economic activity improved, with manufacturers and retailers reporting solid gains. Tourism benefited from an early start to the ski season. Banking reported moderate improvement.

**ATLANTA** Holiday sales were described as generally positive and above expectations. Tourism companies noted increases for both business and leisure travel.

**ST. LOUIS** Manufacturing activity has continued to increase, and the services sector has improved slightly. Early reports from retailers indicate that holiday sales increased over a year ago.

**KANSAS CITY, MO.** Retail sales rose. Residential and commercial construction remained weak, though commercial real estate sales edged up and vacancy rates dipped slightly.

**DALLAS** The energy sector continued to be a source of strength, and staffing firms reported demand held steady at high levels. Retailers said holiday sales were on track to exceed those of 2009.

Source: Bloomberg THE NEW YORK TIMES

# U.S. Reduces Corn and Soybean Estimates

WASHINGTON (Reuters) — America's stockpiles of corn and soybeans will be drawn down to thin levels this year, the government said in a report on Wednesday that sent grain and oilseed prices soaring and added to concerns over surging world food prices.

Dwindling stocks in the United States, the world's biggest food exporter, and poor outlooks from other major exporting countries are combining to make the year the toughest since 2008, when tight supplies led to rising prices and food riots in some countries.

By the time next year's crop is ready for harvest in September, the Agriculture Department forecast that stocks of soybeans will be 140 million bushels, 10 percent below analysts' expectations. Corn stocks will probably be 745 million bushels, 4 percent below forecasts and the smallest supply since 1995.

Both corn and soybeans rose to 30-month highs on the Chicago Board of Trade after the report.

The department said the stocks-to-use ratio — an important indicator of supply and demand — for corn was projected at 5.5 percent, the lowest since 1995-96 when it dropped to 5 percent. The ratio reflected a decline in the yield estimates for last fall's harvest and an increase in its outlook for ethanol use.

The stocks-to-use ratio for soybeans was 4.2 percent, the lowest level since soybeans became a major crop for American farmers, said Keith Menzie, an oilseeds analyst for the department's World Agricultural Outlook Board.

Stocks of soybeans in the United States totaled 2.28 billion bushels as of Dec. 1, or 3 percent less than traders had expected, while production was forecast at 1.3 percent less than expected by the market, at 3.329 billion bushels.

The agency said Dec. 1 corn stocks also came in slightly lower than expected at 10.04 billion bushels, down 8 percent from a year ago and just below the 10.067 billion bushels on average expected by traders.

Wheat inventories at Dec. 1 came in closer to expectations at 1.93 billion bushels, up 8 percent from a year ago.

The agency also increased wheat exports because of brisk sales to date and reduced competition from flood-hit Australia. Included in Wednesday's statement was the first estimate of winter wheat plantings. At 40.99 million acres, it represented a 10 percent increase over last year and reflected strong prices and good planting conditions.

The agency has not yet forecast how many acres of corn and soybeans American producers will plant this spring. But this year is off to a bad start in other parts of the world, with searing heat in Argentina and floods in Australia darkening the outlook for their harvests.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

*1. Approval of Disclosure Statement*. By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

*2. Confirmation Hearing*. A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing, or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

*3. Record Date for Voting Purposes*. Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

*4. Voting Deadline*. All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

*5. Parties in Interest Not Entitled to Vote*. The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of the Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at (703) 286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

*6. Objections to Confirmation*. Responses and objections, if any, to confirmation of the Plan must:

(a) be in writing;
(b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party;
(c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
(i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
(ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
(iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
(iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
(v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
(vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
(vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
(viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
(ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);
(x) Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and
(xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

*7. Parties Who Will Not Be Treated as Creditors*. Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

*8. Additional Information*. Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at (703) 286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

*9. Administrative Expense Claim Bar Date*

**On December 14, 2010, the Bankruptcy Court entered an order (ECF No. 8099) establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "Administrative Expense Proof of Claim") against the Debtors. The deadline (the "Administrative Expense Claim Bar Date") is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) on or before the date that is thirty (30) days after the Effective Date (as defined in the Plan) of the Plan at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between February 1, 2011 and the Effective Date of the Plan. To obtain an Administrative Expense Proof of Claim form and for more information as to who needs to file, and the procedures to fill out and file, an Administrative Expense Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Expense Proof of Claim form may be obtained by calling (703) 286-6401.**

**Any holder of a claim for an administrative expense who fails to file an Administrative Expense Proof of Claim on or before the applicable Administrative Expense Claim Bar Date in the appropriate form and in accordance with the procedures described in this Notice for any claim for an administrative expense such claimant holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting such claim for an administrative expense against any of the Debtors and their respective estates (or filing any Administrative Expense Proof of Claim with respect thereto), and each of the Debtors and their respective estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for an administrative expense.**

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

COMMERCIAL REAL ESTATE
BUSINESS OPPORTUNITIES

OFFICE SPACE (100)

Offices–Manhattan 105

38 ST W., #262 Between 7th & 8th Ave 500, 700, 1400 sf. Totally reno ofcs. New elevs. 24-hr Drmn. Internet access falconproperties.com 212-302-3000

RETAIL SPACE (200)

Manhattan 205

6th Ave. #1032 ALL USES CONSIDERED! 1,000 sf store for rent, NO FEE falconproperties.com 212-302-3000

BUSINESS OPPORTUNITIES (3400)

Capital Wanted 3402

DISTRIBUTORS WANTED Turn $20K into $200K, sales only- we do the rest. Call 888-889-4666 Bill Roth

Capital Wanted 3402

Needs Investors - Inventor Needs Help www.bezerra.com Grow With Us 973-595-7388 /973-595-7775 blogtalkradio.com every Mon 5pm

Pharmacies 3426

PHARMACY FOR SALE - Northern Westchester, 3% Medicaid, terrific location in shopping center, $2 Mil in sales, 35% cash, will hold note. 914-263-5479

Restrnts., Bars & Clubs 3440

Bar/Restaurant on Long Beach Island, NJ-- Upscale contemporary fine dining & late night DJ. Prof sound & lighting. Call John 732-245-1361 REALTOR

Automobile Repair and Gas Stations 3446

Auto Restoration Business For Sale. Established for over 20 years. Located 1 ½ hours North of Charlotte, NC. Asking $350K/ neg. Call 336-486-0453.

COMPUTER SERVICES GUIDE

MACINTOSH

TEKSERVE
Apple Specialist 119 W. 23rd St, 212 929-3645
NY's own store for everything Macintosh
Macbook-iPod-Mac Pro-iMac-Windows
Sales, Service, Rentals, Data Recovery

# Faith-based aid bolsters Haiti relief

## More than $300M, army of volunteers help in recovery

By Cathy Lynn Grossman
USA TODAY

More than $300 million dollars and thousands of volunteers — all powered by religious faith — have poured in to earthquake-shattered Haiti to help rebuild the country and restore its spirit.

Church by church, parish by parish, hundreds of thousands of Americans have donated funds or traded vacations for mission trips. Although international governmental aid is the mainstay of Haiti relief, faith-based groups offer significant muscle in funds and volunteers.

Among the leaders, Catholic Relief Services has raised $192 million, including $80 million raised in a special U.S. parish collection. About 80% of Haitians are Catholic.

The agency doubled its Haiti-based staff from 300 workers before the quake to 600 now. It expanded its focus from agriculture and HIV/AIDS work to emergency food and shelters, reconstruction employment for 10,000 Haitians and fighting the cholera epidemic, spokesman Tom Price says. And $33 million will be set aside to rebuild Catholic churches, schools and seminaries.

Nearly 500 U.S. parishes and Catholic institutions have partnerships in Haiti, sending aid and volunteers.

Samaritan's Purse, an evangelical Christian global relief agency, "raised more for Haiti this year than for any project we've ever undertaken, $51 million — most with $40 individual donations," says the Rev. Franklin Graham, founder of the agency.

About $30 million of that has been spent. Initially, Samaritan's Purse concentrated on the devastated capital, Port-au-Prince. Fourteen shiploads of cargo and machinery arrived to provide tons of food. Volunteers helped build shelters and housing for more than 50,000 Haitians. In October, they switched their focus to fighting cholera full time.

"We fly in incredible volunteer doctors and nurses who work in the most filthy, horrific conditions in 24-hour shifts at our two clinics. Cholera can kill a weakened person in four hours, and we have no idea how many have died already," Graham says.

The United Methodist Church raised more than $43 million for Haiti after the quake. Its Committee on Relief sent more than 80 volunteer mission teams last year and expects to double that number in 2011 to work on clearing rubble, distributing food and rebuilding infrastructure.

The North American Mission Board (NAMB), the Southern Baptist Convention's agency for relief efforts at home and abroad, helped steer more than $10 million to Haiti. More than 2,000 Baptist volunteers from 39 states and Canada worked in Haiti relief this year and joined with the two major Haitian Baptist organizations to deliver tons of food, build hundreds of shelters, launch repairs on 186 damaged churches and build 72 churches.

By David Albers, Naples (Fla.) Daily News, via AP

**Near mass grave:** Missionary workers and staff from St. Damien Hospital participate in an outdoor candlelight Mass on Tuesday in Titanyen, Haiti.

▸ Return to Hotel Montana, 3A

## Mexico drug killings peak amid offensive

A total of 34,612 people died in drug-related killings in Mexico in the four years since Mexican President Felipe Calderón declared an offensive against drug cartels, officials said Wednesday.

The killings reached their highest level in 2010, jumping by almost 60% to 15,273 deaths from 9,616 the previous year. The rate of killings grew in the first half of 2010 but then stabilized and began to decline in the last quarter of the year, federal security spokesman Alejandro Poire said.

Calderón said Wednesday that 2010 "has been a year of extreme violence."

By Vanderlei Almeida, AFP/Getty Images

## Deadly mudslides in Brazil

**Digging through debris:** Crews search for victims after heavy rains caused mudslides in Teresopolis, about 40 miles north of Rio de Janeiro. The sea of red mud has killed at least 239 people in 24 hours in Brazil. Some survivors clung to trees to escape.

### Violence escalates over Ivory Coast vote

Ivory Coast security forces loyal to the sitting president who is refusing to cede power descended on an opposition stronghold and opened fire on protesters for the second time in as many days.

The head of the army, Philippe Mangou, read a declaration on state television warning that attacks by opposition supporters on their men amounted to "acts of war" and that this has given them the right to retaliate.

Mangou remains loyal to incumbent Laurent Gbagbo, who has not stepped down despite having lost the recent election. Residents in Abobo had voted in large numbers for opposition leader Alassane Ouattara, who was internationally recognized as the winner of the Nov. 28 election. On Tuesday, four civilians were killed during a raid in Abobo.

### Biden visits Iraq for transition talks

Vice President Biden arrived in Iraq for talks with the new government's leaders about the future of American troops in the country as they prepare to leave at year's end. Biden's unannounced trip marks the first visit by a top U.S. official since Iraq approved a new Cabinet last month.

The Associated Press

# Hezbollah fells Lebanese government amid probe

The Associated Press

BEIRUT — Lebanon's government collapsed Wednesday after Hezbollah and its allies resigned from the Cabinet in a dispute over upcoming indictments in the 2005 assassination of former prime minister Rafik Hariri.

A United Nations-backed tribunal investigating the truck bombing that killed Hariri and 22 others is to publish its findings soon and could accuse members of Hezbollah, a U.S.-designated terrorist group, of being involved in the murder.

Hezbollah is demanding the Lebanese government announce it will not abide by the findings of the tribunal, which it called a puppet run by the U.S. and Israel.

"This Cabinet has become a burden on the Lebanese, unable to do its work," Jibran Bassil, who resigned his post as energy minister, said at a news conference. He was flanked by the other Hezbollah-allied ministers who are stepping down. Bassil said the ministers decided to resign after Hariri's son Saad "succumbed to foreign and American pressures."

Hezbollah's pullout means the end of a Western-backed bloc led by Saad Hariri and increases the threat of violence.

In 2008, armed members of Hezbollah took over sections of Beirut in fighting after the government refused to give veto power over decisions to the group, a minority faction in the parliament. Dozens of people were killed in the street fighting.

Hezbollah, a Shiite Muslim organization, is supported by Syria and Iran and maintains an arsenal that far outweighs that of Lebanon's army. It is based in the south, where it fought a month-long war against Israel in 2006.

Israel says Hezbollah has smuggled in thousands of missiles since the war ended in a U.N.-enforced cease-fire.

Secretary of State Hillary Rodham Clinton said Hezbollah's actions are "a transparent effort . . . to subvert justice and to undermine Lebanon's sovereignty and independence."

"No country should be forced to choose between justice and stability," Clinton said while traveling in Doha, Qatar. "The Lebanese people deserve both."

Hariri's office said he was heading to France to meet French President Sarkozy before heading back to Beirut. France, Lebanon's former colonial power, is a major player in Lebanese politics.

Violence has been a concern as tensions rise in Lebanon, where Shiites, Sunni Muslims and Christians each make up about a third of the country's 4 million people. Rafik Hariri was Lebanon's most prominent politician, a Sunni who was a hero to his own community and backed by many Christians.

Hezbollah's leader, Sheik Hassan Nasrallah, has said he has information that members of his group will be indicted.

Mediterranean Sea
Lebanon
Beirut
Syria
0 25 Miles
N
Golan Heights
Israel

USA TODAY

---

USA TODAY usatoday.com

# MARKETPLACE TODAY

www.russelljohns.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call 1.800.397.0070 Toll-free in the U.S. only

NOTICES

LEGAL NOTICE

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN THE MATTER OF:
**LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEES, REGARDING CERTAIN SENIOR COLLATERALIZED SUBORDINATED NOTES ISSUED BY AMERICAN BUSINESS FINANCIAL SERVICES, INC.**

**C. A. No. 6111-CC**

**NOTICE OF VERIFIED PETITION FOR INSTRUCTIONS**

**NOTICE IS HEREBY GIVEN** of (i) a proposed distribution of funds (the "**Proposed Distribution**") to holders (the "**Holders**") of Senior Collateralized Subordinated Notes (the "**Notes**") issued by American Business Financial Services, Inc. ("**ABFS**"), and (ii) the filing of a Verified Petition for Instructions (the "**Petition**") in the Court of Chancery of the State of Delaware (the "**Chancery Court**") on January 5, 2011 seeking direction and authorization from the Chancery Court regarding the Proposed Distribution.

**THE INDENTURE TRUSTEES**

Law Debenture Trust Company of New York ("**Law Debenture**") is the successor Indenture Trustee under the Indenture, dated as of December 31, 2003, pursuant to which ABFS issued certain Senior Collateralized Subordinated Notes (the "**2003 Notes**"). Wells Fargo Bank, National Association ("**Wells Fargo**" and, along with Law Debenture, the "**Indenture Trustees**") is the successor Indenture Trustee under the Indenture, dated as of June 30, 2004, pursuant to which ABFS issued other Senior Collateralized Subordinated Notes (the "**2004 Notes**").

**THE ABFS BANKRUPTCY PROCEEDINGS**

On January 21, 2005 (the "**Bankruptcy Petition Date**"), ABFS and certain of its affiliates (the "**Debtors**") filed voluntary petitions for relief (the "**Bankruptcy Cases**") under title 11, chapter 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On May 17, 2005, the Bankruptcy Court converted the Bankruptcy Cases to cases under chapter 7 of the Bankruptcy Code and appointed a Chapter 7 Trustee for the Debtors' estates. The Bankruptcy Cases remain pending before the Bankruptcy Court. The Indenture Trustees have received certain distributions from the Debtors' estates and are preparing to make a distribution to Holders.

**THE PROPOSED DISTRIBUTION**

If the relief requested in the Petition is granted, the Indenture Trustees will take the steps necessary to make the Proposed Distribution. The Indenture Trustees estimate that Holders of the 2003 Notes will share in a distribution of approximately $10,159,551, and that Holders of the 2004 Notes will share in a distribution of approximately $6,127,364. The Indenture Trustees estimate that Holders of the 2003 Notes will receive a distribution equivalent to approximately 17.8% of the amount of each Holder's Account principal and interest outstanding as of the Bankruptcy Petition Date, and that Holders of the 2004 Notes will receive a distribution equivalent to approximately 14.0% of the amount of each Holder's Account principal and interest outstanding as of the Bankruptcy Petition Date.

**THE PETITION**

On January 5, 2011, the Indenture Trustees filed the Petition submitting for the Chancery Court's consideration several issues pertaining to the Proposed Distribution and seeking the entry of an Order (the "**Proposed Distribution Order**") granting the Petition and approving certain distribution protocols (the "**Proposed Distribution Protocol**") to be followed in connection with the Proposed Distribution.

**HEARING ON THE PETITION AND OBJECTION PROCEDURES**

The Chancery Court will conduct a hearing on **February 24, 2011 at 11:45 a.m.** to consider the Petition (the "**Hearing**"). The Chancery Court is located at the New Castle County Courthouse, 500 North King Street, Wilmington, Delaware 19801. At the Hearing, the Chancery Court will consider various matters, including the process that will be used to make the Proposed Distribution. The deadline to file an objection to the Petition with the Chancery Court is **February 10, 2011** (the "**Objection Deadline**"). The Hearing may be adjourned from time to time without further notice.

***IF YOU DO NOT OBJECT TO THE PETITION OR THE TERMS OF THE PROPOSED DISTRIBUTION ORDER, YOU NEED NOT TAKE ANY ACTION IN ADVANCE OF THE HEARING.***

**IF YOU OBJECT TO THE PETITION OR THE PROPOSED DISTRIBUTION ORDER, YOU MUST FILE A WRITTEN OBJECTION WITH THE REGISTER IN CHANCERY, NEW CASTLE COUNTY COURTHOUSE, 500 NORTH KING STREET, WILMINGTON, DELAWARE 19801, ON OR BEFORE THE OBJECTION DEADLINE, AND SERVE A COPY OF YOUR OBJECTION VIA FIRST CLASS MAIL, POSTAGE PREPAID, OR BY OVERNIGHT CARRIER, ON THE FOLLOWING COUNSEL FOR THE INDENTURE TRUSTEES: Richards, Layton & Finger, P.A., Attn: William J. Wade, Esq., One Rodney Square, 920 North King Street, Wilmington, DE 19801.**

If you file an objection to the Petition and/or the Proposed Distribution Order, you may appear before the Chancery Court at the Hearing to prosecute your objection.

If no written objections to the Petition or the Proposed Distribution Order are properly filed and served, the Chancery Court may grant the relief requested in the Petition and enter the Proposed Distribution Order without further notice or hearing.

Please do not contact the Indenture Trustees in writing or by telephone regarding any objection you may have to the Petition or Proposed Distribution Order. Contacting the Indenture Trustees will not take the place of filing a written objection with the Chancery Court and will not preserve your rights regarding the Petition or the Proposed Distribution Order.

**YOUR RIGHTS MAY BE AFFECTED BY THE PETITION.**

**FURTHER INFORMATION**

You may view a copy of the Petition, the Proposed Distribution Order, the Proposed Distribution Protocol, and related documents by visiting the Indenture Trustees' webpage at www.epiq7.com/abfs or you may contact the Indenture Trustees' Distribution Agent, Epiq Systems, Inc. at **877-810-7250**, during the hours of 8:00 A.M. to 6:00 P.M., Eastern time.

**PLEASE DO NOT CONTACT THE INDENTURE TRUSTEES OR THE CHANCERY COURT REGARDING THIS NOTICE.**

MARKETPLACE TODAY

Do you have a business, real estate, or travel opportunity to market?
Do you have a product to sell or service to offer?

***USA TODAY's MARKETPLACE TODAY***

is the answer, offering a variety of sizes and frequency rates to fit your budget.

For more information, contact us today:
**1-800-397-0070**

LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re **MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*** Debtors. | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. ***Confirmation Hearing***. A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing, or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

3. ***Record Date for Voting Purposes***. Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

5. ***Parties in Interest Not Entitled to Vote***. The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of the Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at (703) 286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

6. ***Objections to Confirmation***. Responses and objections, if any, to confirmation of the Plan must:

(a) be in writing;
(b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party;
(c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
   (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
   (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
   (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
   (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
   (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
   (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
   (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
   (viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
   (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);
   (x) Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and
   (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

7. ***Parties Who Will Not Be Treated as Creditors***. Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at (703) 286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

9. ***Administrative Expense Claim Bar Date***

**On December 14, 2010, the Bankruptcy Court entered an order (ECF No. 8099) establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "Administrative Expense Proof of Claim") against the Debtors. The deadline (the "Administrative Expense Claim Bar Date") is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) on or before the date that is thirty (30) days after the Effective Date (as defined in the Plan) of the Plan at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between February 1, 2011 and the Effective Date of the Plan. To obtain an Administrative Expense Proof of Claim form and for more information as to who needs to file, and the procedures to fill out and file, an Administrative Expense Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Expense Proof of Claim form may be obtained by calling (703) 286-6401.**

**Any holder of a claim for an administrative expense who fails to file an Administrative Expense Proof of Claim on or before the applicable Administrative Expense Claim Bar Date in the appropriate form and in accordance with the procedures described in this Notice for any claim for an administrative expense such claimant holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting such claim for an administrative expense against any of the Debtors and their respective estates (or filing any Administrative Expense Proof of Claim with respect thereto), and each of the Debtors and their respective estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for an administrative expense.**

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

# BUSINESS CLASSIFIED

TO PLACE AN AD CALL: 1-866-999-9ADS (9237) » EMAIL: ADVERTISING@GLOBEANDMAIL.COM

## COMMERCIAL REAL ESTATE

SIGNATURE RESORTS PORTFOLIO

The Province of Nova Scotia wishes to determine the viability of divesting ownership of the three Nova Scotia Signature Resorts, individually or as a group, by seeking expressions of interest from the private sector. We encourage you to view the web site for more information.

www.gov.ns.ca/tenders/60141155

Curtis Gallagher, Sales Representative 416.359.2567 curtis.gallagher@ca.cushwake.com

Bob Book 902.424.7577 bookbe@gov.ns.ca

CUSHMAN & WAKEFIELD
Global Real Estate Solutions

NOVA SCOTIA

RESIDENTIAL INFILL OPPORTUNITY / EDUCATIONAL FACILITY

69 MAITLAND ST., BRAMPTON

- 5.09 acre site
- Well located at Dixie / Williams Parkway near Hwy. 410, 407
- 25,747 square foot, 12 room existing school
- Asking Price $6,000,000
- Offers due Feb. 10, 2011 by 2 pm

Ashley Martis* 416.359.2668
Megan Sauro** 416.359.2391

CUSHMAN & WAKEFIELD Global Real Estate Solutions
* Broker ** Sales Rep. Cushman & Wakefield Ltd., Brokerage

For Sale or Lease

400 Carlingview Drive, Toronto
- 26,754 sq ft freestanding office building
- **155 parking spaces (6/1,000 sq ft)**
- Located minutes from Pearson
- Excellent access to highways and TTC
- Available immediately

Patrick Power† patrick@power-org.com Tel: 416 988 1592

POWER REALTY ORGANIZATION INC Real Estate Brokerage

Remi Nickel* remi.nickel@dtzbarnicke.com Tel: 905 848 1215

DTZ Barnicke

†Broker of Record * Sales Representative - DTZ Barnicke Limited, Real Estate Brokerage

SARNIA PLAZA

51,867 sf @ 8.7 CAP

$3,100,000.00

For further details, please contact:

Kenn Poore, Broker 519-332-0135

DTZ Barnicke
DTZ Barnicke London Windsor Sarnia Ltd., Real Estate Brokerage
Independently Owned and Operated

## LEGALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. ***Confirmation Hearing***. A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing, or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

3. ***Record Date for Voting Purposes***. Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

5. ***Parties in Interest Not Entitled to Vote***. The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of the Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at (703) 286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

6. ***Objections to Confirmation***. Responses and objections, if any, to confirmation of the Plan must:

(a) be in writing;
(b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party;
(c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
  (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
  (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
  (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
  (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
  (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
  (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
  (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
  (viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
  (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);
  (x) Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and
  (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

7. ***Parties Who Will Not Be Treated as Creditors***. Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at (703) 286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

9. ***Administrative Expense Claim Bar Date***

**On December 14, 2010, the Bankruptcy Court entered an order (ECF No. 8099) establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "Administrative Expense Proof of Claim") against the Debtors. The deadline (the "Administrative Expense Claim Bar Date") is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) on or before the date that is thirty (30) days after the Effective Date (as defined in the Plan) of the Plan at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between February 1, 2011 and the Effective Date of the Plan. To obtain an Administrative Expense Proof of Claim form and for more information as to who needs to file, and the procedures to fill out and file, an Administrative Expense Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Expense Proof of Claim form may be obtained by calling (703) 286-6401.**

**Any holder of a claim for an administrative expense who fails to file an Administrative Expense Proof of Claim on or before the applicable Administrative Expense Claim Bar Date in the appropriate form and in accordance with the procedures described in this Notice for any claim for an administrative expense such claimant holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting such claim for an administrative expense against any of the Debtors and their respective estates (or filing any Administrative Expense Proof of Claim with respect thereto), and each of the Debtors and their respective estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for an administrative expense.**

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

## BUSINESS TO BUSINESS

AIRCRAFT

**CESSNA CARAVAN AMPHIBIAN** for sale, Cdn. reg'd., low time, well equipped. Wilson Aircraft 905-713-1059, sales@wilsonaircraft.com

BUSINESS OPPORTUNITIES

**BUSINESS WANTED:** Specialised manufacturer or distributor, $1M or less in annual sales, within 2 hours of GTA. Reply to Cramer@CramerCo.net

**Digital Print/Graphics Design Centre.** Owner retiring. No exp. Financing, full training & support. 800-338-6608.

BUSINESS OPPORTUNITIES

**Historic 8 unit B&B** in Nova Scotia for sale. Waterview. Excellent reputation. Seasonal. Email inn4sale@hotmail.com

**OPTOMETRIST WANTED** – Optometric practice in southern Nova Scotia seeking an optometrist to take over practice which has been established 53 years and has thousands of active files. Will provide excellent guaranteed salary and takeover terms. Please send resumes to: optometryrecruiting@gmail.com

**REAL ESTATE OPPORTUNITIES:** We are seeking real estate opportunities in land development/residential & commercial with operating losses. 7707@look.ca

BUSINESS OPPORTUNITIES

**RETIREMENT-NURSING HOME,** 123 beds, 6 acres, W. of Toronto. Additional plan for 75 condos. $7.7M. 416-999-4300

**USED CAR DEALERSHIP,** tire & auto centre and detailing company for sale in Scarborough. abidbusiness@gmail.com

CAPITAL WANTED/AVAILABLE

**BUSINESS FINANCING** $500K+ for refinancings, growth, acquisitions, etc. info@ariesag.com or 416-467-7878

**Business plans that get results.** Get the financing you need with an expertly prepared plan. VenPlan 1-800-596-0351.

## COMMERCIAL REAL ESTATE

DTZ Barnicke

For Sale

Prime Aurora Land

Leslie Street
85 acres
404

- Approximately 85 Gross Acres
- Exposure to both highway 404 and Leslie Street
- Surrounding area under development
- Rare Opportunity to purchase major large block of land in high demand/high growth area

**Peter Schmidt*, B.A.A., SIOR** Senior Vice President peter.schmidt@dtzbarnicke.com

**Matt Muller*** Vice President matt.muller@dtzbarnicke.com

**Brad Gibson*** Vice President brad.gibson@dtzbarnicke.com

Tel: 416 449 1710 *Sales representative

## TENDERS

### Hydro One Networks Inc.

### Request for Tender

Hydro One Networks Inc. invites qualified companies to submit a tender for Janitorial Service, at Northwestern Area, Ontario, Canada, all in accordance with Hydro One's Request for Tender (RFT).

To qualify to submit a tender, a representative of the company must attend a mandatory briefing meeting ("site tour") verified by an authorized Hydro One Networks Inc. representative. **Such meetings are being held on:**

- **Wednesday January 26, 2011** at **1:00 PM** for **Geraldton S.C.**
- **Thursday January 27, 2011** at **1:00 PM** for **Marathon S.C.**
- **Tuesday, February 1, 2011** beginning at **11:30 AM** for **Dryden Pole Yard Mech Garage and Dryden S.C.**
- **Wednesday, February 2, 2011** at **9:30 AM** for **Kenora O.C.**
- **Thursday, February 3, 2011** at **8:30 AM** for **Fort Frances S.C.**

To request a copy of the RFT, please e-mail **requestinformation@hydroone.com**, using the subject line "**RFT 1000143044 – Janitorial Service - Northwestern Area**". Provide your complete courier mailing address, contact name, telephone number and e-mail address, and the RFT will be e-mailed or couriered to you.

Interested parties are to request tender package no later than **Friday, January 21, 2011** at **2:00:00 PM.** Tender closes **Thursday, February 10, 2011** at **3:00:00 PM local time Toronto, Ontario, Canada.**

hydro one

## DIVIDENDS

DIVIDENDS Computershare

Notice is hereby given that the following dividends have been declared.

| Issuer | Issue | Record Date | Payable Date | Rate |
|---|---|---|---|---|
| Provident Energy Ltd. | Common | January 20, 2011 | February 15, 2011 | $0.045 |
| Keyera Corp. | Common | January 24, 2011 | February 15, 2011 | $0.150 |

## BUSINESS TO BUSINESS

DISTRIBUTORS WTD/AVAILABLE

**EXP. TORONTO CO.** Will manufacture, warehouse or distribute your product to Canada & USA. mtracy@bell.net

FRANCHISES

**LIVING ASSISTANCE SERVICES,** a 10 yr. old non-medical agency providing superb caregivers to seniors. We are franchising across Canada. 416-807-9972, www.laservices.ca, p.mills@laservices.ca

**OKANAGAN VALLEY FRANCHISE BUSINESS OPPORTUNITY AVAILABLE.** Retail boutique, situated in busy mall location in beautiful Kelowna. Serious inquiries only 306-270-8660.

Advertise in The Globe and Mail National Personals: 1.866.999.9237

INVESTMENT OPPORTUNITIES

**INVESTMENT/SHORT TERM LOAN.** Require $50,000 to $100,000 U.S. for 90 days. Excellent Collateral and Return. Call for details (416) 419-0596 or e-mail pphillips@telecorp.com.

**INVESTORS/PARTNERS** for Chia seed booming business. Min $100K, to $400K, for 10-40% partnership. 40-45% return annually, paid mthly. 416-992-3690.

SEMINARS

SEMINAR FOR MUTUAL FUND INVESTORS

Learn what you may not be told by:
1. Bankers, Brokers or the Financial Media
2. Non-independent advisors...and much more

Saturday Feb 5 (10am-noon)
Richmond Hill Country Club
RSVP 905-731-9800

De Thomas Financial Corp
greatAdvisors.ca

TO SUBSCRIBE CALL 1-866-36 GLOBE

THE GLOBE AND MAIL

ENERGY

# Iceland's energy ownership might be up for vote, leader says

**Iceland's Prime Minister, Johanna Sigurdardottir,** signalled she may put energy ownership to a referendum after singer-songwriter Bjork Gudmundsdottir, right, started a petition to block the sale of a local unit to a foreign buyer. "I applaud the great support, the call for the national ownership of natural resources, which can be seen in the demand made by tens of thousands of Icelanders that a referendum take place on ownership of Iceland's energy resources and their use," the PM wrote on her Facebook page yesterday. More than 46,000 Icelanders, out of a total 320,000 people, have signed a petition organized by Bjork against the sale of geothermal power producer **HS Orka HF** to Canada's **Magma Energy Corp.**, the petition's website says.

*Bloomberg News*

MINING

# From penny stock to $17.25

MINER

*Continued from Page FP1*

Consolidated Thompson was then a penny stock on the TSX Venture Exchange with a market cap of $2-million and some untouched land in Eastern Quebec. The management team eventually raised the required US$1-billion to build the Bloom Lake mine. That included a US$240-million financing with Chinese steelmaker Wuhan Iron & Steel Corp. shortly after the financial crisis.

As Bloom Lake inched closer to production last year, Consolidated Thompson quietly engaged in talks with Cliffs about a merger. The public news from the company was a lot uglier: In November, Mr. Quesnel was forced to resign after a Quebec court convicted him of insider trading.

Mr. Tobin, a career politician, was suddenly thrust into the role of mining CEO as the deal with Cliffs came together. He had a crisis of his own to deal with, as his son was charged in connection with a fatal vehicle accident in December.

But when it came to being CEO and negotiating the merger, he said it was not that much of a stretch. "I'm a career negotiator. I was premier of Newfoundland and Labrador when we concluded Hibernia, when we did White Rose, and when we did the Terra Nova [oil and gas projects]," he said.

Most analysts have hailed the takeover as a good one, saying it was a fair price and a rival bid is unlikely.

The company most likely to mount one, analysts said, is Rio Tinto Ltd. Since Rio has iron ore operations in the Labrador Trough, it could also generate synergies from Bloom Lake. But Rio is busy with a multibillion-dollar expansion of its Pilbara iron ore operations in Australia, and most experts think it will stick to that. Consolidated Thompson also ran a process and did not find a better deal.

Dennis da Silva, a resource fund manager at Middlefield Capital, suggested a counterbid 15% to 20% higher is possible, saying Bloom Lake could generate massive free cash flow if production is doubled to 16 million tonnes a year in the next few years. "I like the deal in principle in that it's in play now, but I think there's still some room to manoeuvre on the price," he said.

Mr. Tobin agreed there is plenty of upside in Bloom Lake, but is confident the board negotiated a good deal. He said Consolidated Thompson was a $9 stock a few months ago. Now it is being taken out for $17.25 a share, creating a huge financial windfall for most everyone involved.

"I've enjoyed it thoroughly," he said of his time in the mining business. "Nothing ever replaces the joy and fun of political life, but much to my surprise, business comes a close second."

*Financial Post*

**CONSOLIDATED THOMPSON**
Ticker *CLM/TSX*
Close *$17.34, up $3.96*
Total volume *74,885,802*
Avg. 6-month vol. *3,094,732*

BAFFINLAND IRON MINES CORP. FILES

**Baffinland's Mary River project in Nunavut carries a development price tag of about $4-billion.**

# Baffinland shares jump on possible higher bid

## UP 7.7% INTRADAY

### Arcelor, Nunavut continue fight for Arctic miner

By Pav Jordan

TORONTO • Shares of **Baffinland Iron Mines Corp.** spiked on Wednesday, a sign investors are expecting a higher takeover bid to materialize for the owner of a giant, undeveloped iron ore deposit in Canada's Arctic.

Baffinland stock rose as much as 7.5% on the day to $1.58 a share before paring gains to close at $1.51, up 4.1% on the day. The share price had previously oscillated between the values of the two bids on the table.

The first is a friendly bid from global steel giant **ArcelorMittal** at $1.40 a share for the entire company, or some $550 million. The second is a hostile, $1.45-a-share bid from **Nunavut Iron Ore Acquisition Inc.** for 60% of the shares. Nunavut's offer values Baffinland at $570-million.

"This deal looks to me like it's not going to get done at this price," said Peter Campbell, senior mining analyst at Jennings Capital in Toronto.

Baffinland shares jumped a day after **Cliffs Natural Resources Inc.** announced plans to acquire Canada's **Consolidated Thompson Iron Mines Ltd.** for $4.07-billion. Consolidated owns a mine already in production.

"This puts the spotlight squarely on the value of these big, rich, high-quality iron ore assets, and I think now the market is realizing that this deal is not going to get done at $1.40 or $1.45 a share," said Mr. Campbell, who raised his target price on Baffinland to $1.65 a share.

Baffinland's Mary River project in the Canadian territory of Nunavut carries a hefty development price tag at about $4-billion. But once built, the mine, which is relatively close to European steel mills, could meet all of the continent's supply needs for years.

*Reuters*

**BAFFINLAND IRON MINES CORP.**
Ticker *BIM/TSX*
Close *$1.51, up 6¢*
Total volume *5,424,430*
Avg. 6-month vol. *5,723,338*

# 'Very well thought out'

MERGER

*Continued from Page FP1*

Mr. Tilk acknowledged that he and his management team had no experience there before this deal. He did his own due diligence by travelling to the Congo and seeing the operations for himself. He said that he was "deeply impressed" with what he saw, and also stressed that the contribution from Tenke is "significant but only part of the mix" in this new company.

"This has been very well thought out. We've done a lot of due diligence," he said.

Under the terms of the deal, both Inmet and Lundin will exchange their shares for shares of the new company. There is no premium being offered to shareholders, as the goal here is simply to bring the two parties together to create a more formidable company.

Mr. Tilk will continue as CEO of Symterra, while Lukas Lundin will become chairman. Mr. Wright will be on the board as well.

The merger comes amid sky-high copper prices that imply big earnings potential for Symterra. Copper traded above US$4.40 a pound Wednesday, close to the record levels reached last week.

*Financial Post*

pkoven@nationalpost.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br> **MOTORS LIQUIDATION COMPANY,** ***et al.*****,** <br> **f/k/a General Motors Corp.,** ***et al.*** <br> **Debtors.** | **Chapter 11 Case No.** <br> **09-50026 (REG)** <br> **(Jointly Administered)** |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN; AND (V) ADMINISTRATIVE EXPENSE CLAIM BAR DATE**

TO: ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

1. ***Approval of Disclosure Statement***. By order dated December 8, 2010 (the "**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December 8, 2010 (as it may be amended, the "**Disclosure Statement**"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. ***Confirmation Hearing***. A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing, or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

3. ***Record Date for Voting Purposes***. Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

4. ***Voting Deadline***. All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

5. ***Parties in Interest Not Entitled to Vote***. The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of the Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at (703) 286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

6. ***Objections to Confirmation***. Responses and objections, if any, to confirmation of the Plan must:

(a) be in writing;
(b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party;
(c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;
(d) state with particularity the basis and nature of any objection to confirmation of the Plan;
(e) be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) by registered users of the Bankruptcy Court's filing system electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;
(f) be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:
 (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);
 (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);
 (iii) General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);
 (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);
 (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);
 (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);
 (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);
 (viii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);
 (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);
 (x) Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and
 (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE CONFIRMATION HEARING.** The Debtors may serve replies to such responses or objections by no later than February 22, 2011 at 4:00 p.m. (Eastern Time).

7. ***Parties Who Will Not Be Treated as Creditors***. Any holder of a claim that (i) is scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding, or distributions under, the Plan, or (b) voting on the Plan.

8. ***Additional Information***. Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at (703) 286-6401, or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website.

9. ***Administrative Expense Claim Bar Date***

**On December 14, 2010, the Bankruptcy Court entered an order (ECF No. 8099) establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses (an "Administrative Expense Proof of Claim") against the Debtors. The deadline (the "Administrative Expense Claim Bar Date") is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) on or before the date that is thirty (30) days after the Effective Date (as defined in the Plan) of the Plan at 5:00 p.m. (Eastern Time) with respect to administrative expenses arising between February 1, 2011 and the Effective Date of the Plan. To obtain an Administrative Expense Proof of Claim form and for more information as to who needs to file, and the procedures to fill out and file, an Administrative Expense Proof of Claim, please visit www.motorsliquidationdocket.com. If you do not have internet access, an Administrative Expense Proof of Claim form may be obtained by calling (703) 286-6401.**

**Any holder of a claim for an administrative expense who fails to file an Administrative Expense Proof of Claim on or before the applicable Administrative Expense Claim Bar Date in the appropriate form and in accordance with the procedures described in this Notice for any claim for an administrative expense such claimant holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting such claim for an administrative expense against any of the Debtors and their respective estates (or filing any Administrative Expense Proof of Claim with respect thereto), and each of the Debtors and their respective estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for an administrative expense.**

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and Debtors in Possession

NATIONAL CLASSIFIED

DEADLINES: Monday – Friday by 5pm, 2 business days prior
MAIL: Classifieds, 1450 Don Mills Rd., Don Mills, ON M3B 3R5
PHONE: 416-386-2811 • 1 800 668-5617 EXT. 2811
FAX: 416-386-2642 | EMAIL: classifieds@nationalpost.com
BUSINESS HOURS: Monday – Friday, 9am – 5pm

NATIONAL POST
NP nationalpost.com/ads
View and place your print or online National Post Classified ad 24/7.

WORKING

CIVIL ENGINEERING TECHNOLOGIST/TECHNICIAN
Surrey, B.C.

*Permanent, Full Time. Post secondary education, 5 years proven experience with Geofoam installations, designs, drawings, AutoCAD, project schedules and reports, supervise crews, field inspections, willing to travel. Salary $50,000, benefits.*

*Email resume: hkaddoura@mansonvilleplastics.com. Mansonville Plastics (B.C.) Ltd.*

**CHEF REQUIRED.** Busy Whyte Ave. Greek restaurant seeks a chef with minimum 2 years cooking experience for the dinner shift. Understanding of food hygiene practices is a must. Experience maintaining inventory and requisitioning supplies would be considered an asset. Salary $15.50 per hour for a 36 hour week. Apply via email to **teanast@hotmail.com.**

LEGAL OFFICER
The UN High Commissioner for Refugees Representation in Canada is seeking a Legal Officer in Ottawa.
For details and to apply visit www.unhcr.ca

Call to advertise 24 hours a day
1-866-395-7678

01/13

Subscribe today:
1 800 668-POST (7678)
nationalpost.com

NATIONAL POST
A BETTER READ.