**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

Motors Liquidation Company, *et al.*,　　　　　　　　　　Chapter 11
　　　f/k/a General Motors Corp., et al.

　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 09-50026 (REG)

　　　　　　　Debtors,
　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly administered)

_____/

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

　　　I, Thomas J. Schank, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent John N. Graham, Trustee for the Bankruptcy Estate of High Tech Packaging, Inc. (Case No. 08-32520 in the United States Bankruptcy Court for the Northern District of Ohio, Western Division) in the above-referenced case proceeding. ***I was previously granted admission to practice pro hac vice for a different client [Doc #236] on June 2, 2009.***

　　　***I certify that I am a member of good standing*** of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Northern District of Ohio.

　　　I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Date: February 17, 2011　　　　　　　　　　　　　Hunter & Schank Co., LPA
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Schank
　　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Schank (0025500)
　　　　　　　　　　　　　　　　　　　　　　　　Hunter & Schank Co., LPA
　　　　　　　　　　　　　　　　　　　　　　　　One Canton Square
　　　　　　　　　　　　　　　　　　　　　　　　1700 Canton Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Toledo, Ohio  43624
　　　　　　　　　　　　　　　　　　　　　　　　(419) 255-4300
　　　　　　　　　　　　　　　　　　　　　　　　Fax (419) 255-9121
　　　　　　　　　　　　　　　　　　　　　　　　tomschank@hunterschank.com