# United States Bankruptcy Court

## Southern District of New York

In re: **General Motors Corporation**                Case No.: **09-50026**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Hain Capital Holdings, Ltd** | **Garcia-Solano et. al.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Hain Capital Holdings, Ltd** | |
| **301 Route 17, 7th Floor** | |
| **Rutherford, NJ  07070** | |
| **Attn: Ganna Liberchuk** | |
| Phone: **(201) 896 - 6100** | |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| | **Garcia-Solano et. al.** |
| | **Wigington Rumley Dunn, L.L.P.** |
| | **800 N Shoreline Blvd** |
| | **14th Floor, South Tower** |
| | **Corpus Christi, TX 78401** |

Court Claim # (if known): 43415
Claim Amount:              $1,650,000.00
Date Claim Filed:          11/24/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ganna Liberchuk_____                Date: 2/17/2011
         Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                              _____
                                                              **CLERK OF THE COURT**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Each person designated as "Assignor" on the signature page hereto **(collectively, the "*Assignor*")** hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Holdings, Ltd. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the allowed amount of **$1,650,000.00** associated with proof of claim number **43415** against Motors Liquidation Company, et al., f/k/a General Motors Corp., et al., (the "Debtor"), Chapter 11 Case No. 09-50026 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _16_ day of _Feb_____, 2011.

| | |
|---|---|
| **AUTHORIZED SIGNATORY FOR LUIS ALBERTO GARCIA-SOLANO,** As Seller | **HAIN CAPITAL HOLDINGS, LTD.** |
| By: _Luis A. Garcia, So_ | _[signature]_ |
| Name: _Luis A. Garcia Solano_ | AUTHORIZED SIGNATURE |
| Title: _Plaintiff_ | Robert Koltai — Manager |
| | PRINT NAME/TITLE |
| **AUTHORIZED SIGNATORY FOR RUPERTO S. GARCIA,** | **AUTHORIZED SIGNATORY FOR TEODORO G. MARTINEZ,** |

As Seller
By: _Ruperto Garcia_

Name: _____
Title: _____

As Seller
x By: _TEODORO Garcia MTZ_

Name: _TEODORO_
Title: _____

**AUTHORIZED SIGNATORY FOR MARIA ESTELA G. MARTINEZ,**
As Seller,

✓ By: _Ma. Estela Garcia MTz_
Name: _MARIA ESTELA_
Title: _____

**AUTHORIZED SIGNATORY FOR MARIA GUADALUPE G. MARTINEZ,**
As Seller,

x By: _Ma Guadalupe Garcia MTz_
Name: _GUADALUPE G. MARTINEZ_
Title: _____

**AUTHORIZED SIGNATORY FOR AMBROCIO G. MARTINEZ**
As Seller,

✓ By: _Ambrocio Garcia MTZ_
Name: _AMBROCIO G MARTINEZ_
Title: _____

**AUTHORIZED SIGNATORY FOR CAMILO G. MARTINEZ,**
As Seller,

x By: _Camilo Garcia M._
Name: _CAMILO G. MARTINEZ_
Title: _____

**AUTHORIZED SIGNATORY FOR JOSE EVODIO G. MARTINEZ**
As Seller,

x By: _Jose Evodio_
Name: _JOSE EVODIO G. MARTINEZ_
Title: _____

**AUTHORIZED SIGNATORY FOR DESIDERIO GARCIA BARBOZA,**
As Seller,

x By: _Desiderio Garcia B_
Name: _DESIDERIO GARCIA BARBOSA_
Title: _____

**AUTHORIZED SIGNATORY FOR MARIA ADELA G.M. ALIVSO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARIA I.M. CEPEDA,**
As Seller,

✓ By: _Maria Alviso_
Name: _MARIA ADELA G M. ALVISO_
Title: _____

**AUTHORIZED SIGNATORY FOR MARIA D. REYNA REYNA,**
As Seller,

By: _Maria de la luz Reyna_
Name: _MARIA DE LA LUZ_
Title: _WIFE_

**AUTHORIZED SIGNATORY FOR ROSE ANGELICA REYNA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PEDRO REYNA OVALLE,**
As Seller,

x By: _____
Name: _____
Title: _DAUGHTER_

**AUTHORIZED SIGNATORY FOR MARIA D. REYNA,**
As Seller,

By: _____
Name: _____
Title: _DAUGHTER_

\* _Rutilio Garcia Mtz_