Hearing Date and Time: March 1, 2011 at 9:45 a.m. EST

David Radke
1067 Gulick Rd
Haslett, MI 48840

Phone:   517-655-3751
e-mail: dradke6@aol.com

Retired salaried employee of General Motors with unsecured claim
for GM 401k retirement plan losses due to GM common stock,
Claim No. 63113. Page 10, Exhibit A, Debtor's 147th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                   :     Chapter 11 Case No.
                                                        :
**MOTORS LIQUIDATION COMPANY, et al.,**   :     09-50026 (REG)
    **f/k/a General Motors Corp., et al**.     :
                                                        :
            **Debtors.**                          :
-------------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 147TH OMNIBUS OBJECTION TO CLAIMS**, dated January 25, 2011.

I object to this attempt by Motors Liquidation Co. and General Motors to reject my unsecured claim solely on the basis that it is an equity interest claim. It is actually more than a simple equity interest claim as described below and GM/MLC should share in the loss due to their complicity.

For me, GM Bankruptcy resulted in the loss of a lifetime of savings and investment within my 401k plan. For nearly 30 years I was able to save and invest within my 401k plan accumulating more than $600,000 of assets for my retirement. However, from the time of my first purchase of GM shares in September 2007 to April 2009, I lost more than 90% of the value in my 401k plan due to GM common stock value. This loss will forever impact the lives of everyone in my family.

Prior to my purchase of GM stock in my 401k plan, several Fidelity funds that I had previously invested in were removed from the GM401k Plan investment pool due to stated higher risks associated  with them. These included Fidelity Canada and Fidelity Diversified International among others. At the same time, GM Common Stock remained in the plan with no mention of risk associated with that investment. I assumed that since GM Common Stock remained in the plan, the risk was considered minimal and I decided to invest in GM Common Stock for the safety of the roughly 4% dividend. During the many months prior to bankruptcy, GM management put out an overly optimistic view and stated many times that bankruptcy was not an option.

Another contributing factor in my 401k losses was the fact that new 401k plan trading restrictions were added after I had purchased GM Stock. The changes limited plan participant's ability to repurchase an asset after selling it for a specific period of time such as 30days. Penalties included a hold on trading in the account for a much longer period of time. These

restrictions certainly added to my losses as I was afraid to sell GM Stock thinking that I wouldn't be able to buy the stock back if the market conditions turned around quickly. This exacerbated the situation, the losses snowballed and I ended up riding the stock down, losing over $500,000 (90%) of my value. GM Common Stock value dropped more than 95% from Sept 2007 through April 2009 when trading of GM common stock within the 401k plan was halted. When GM went into bankruptcy there was no means to recoup losses from the downturn over time as would normally be the case. Ford Common Stock is a great example of this as it when down to $1/sh but is now $16/sh and nearly 100% higher than it was before the market turned down in 2008.

GM management holds much of the blame for the spiral down and final bankruptcy. GM had several options to avoid bankruptcy and the resulting negative effect on the GM Common Stock would have been significantly reduced. Additionally, at the time the GM 401k plan was limiting certain mutual funds due to stated risk, they should have not allowed GM Common to remain in the plan if it was riskier than the mutual funds taken out. At a minimum, the plan should have limited the amount of plan assets invested in the company stock. Finally and perhaps the most significant factor, the 401k plan changes put in place to limit trading placed additional undue psychological pressure in the system. The fear of selling without being able to repurchase for up to 30 days limited my selling and increased the losses. I would have been much more willing to sell if they had not introduced the new trading restriction rules within the plan. These rules placed an unfair GM Stock trading burden on the 401k plan participants which did not exist outside of the plan. Without these GM/MLC controlled factors/events, my losses in the 401k plan would have been a small fraction of the final amount.

In closing, General Motors/MLC actions had a major impact on the losses I incurred within my 401k plan and I respectfully ask the Court to consider this loss as an unsecured claim and order that a reasonable percentage of my claim be approved and returned.


Dated: Haslett, Michigan
      February 14th, 2011

                                                  /s/ David Radke
     respect                                            David Radke