Date:   February 14, 2011

To:     United States Bankruptcy Court Southern District of New York

cc:     Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153

From:   Lelah Johnson-Green, Claimant
        Listed on Notice of Debtors' 169th Omnibus Objection to Claims and
        Notice of Debtors' 171st Omnibus Objection to Claims


Dear Honorable Judge Robert Gerber,

Motors Liquidation Company itself set the value of my claim at $164,000 because I have no way of estimating what my benefits are worth. It sent me paperwork stating the value of my benefits and I signed the document.

My claim should not be dissolved or expunged because Section I.B., entitled Excluded Claims, of the Alternative Dispute Resolution Procedures of Chapter 11 Case No. 09-50026 (REG), it states that "the Debtors shall not identify as a Designated Claim any proof of claim within any of the following categories ......................(b) claims asserted in liquidated amounts of $500,000 or less.


Respectfully Submitted,

*[signature: Lelah Johnson-Green]*

Lelah Johnson-Green
1545 Winthrop Road
Bloomfield Hills, MI  48302-0684