February 10, 2011

Chambers of the Honorable Robert E. Gerber,
United States Bankruptcy Court
One Bowling Green, Room 621
New York, New York 10004-1408

United States Bankruptcy Court
Southern District of New York
In re:
Motors Liquidation Company, et al.,
f/k/a General Motors Corp., et al.
Debtors
Chapter 11 Case No. 09-50026 (REG)
(Jointly Administered)

RE: Response to objection

    I am in receipt of the documents issued by Weil, Gotshal &Manages LLP, concerning "Duplicate Debt Claims".

    My name is Alma G. Haller and I am the Trustee of the Alma G. Haller Trust and also the surviving Trustee of my deceased husband's trust, the Paul J. Haller Rev. Living Trust.  Each of these trusts has invested in General Motors and I am enclosing copies of these investments herewith:

**ALMA G. HALLER TRUST**

| | | |
|---|---|---|
| 6/23/04:  400 shares GM SR 7.50% | $10,000.00 | |
| 2/11/02:  200 shares GM SR 7.25% | 5,000.00 | |
| Total= | | $15,000.00 |

**PAUL J. HALLER TRUST**

| | | |
|---|---|---|
| 2/11/02: 100 shares GM SR 7.25% | $ 2,500.00 | |
| 6/23/04: 400 shares GM SR 7.50% | 10,000.00 | |
| Total= | | $12,500.00 |

Total due ALMA G. HALLER, TRUSTEE for both accounts=    $27,500.00

    To my knowledge, no one else has filed a claim for these items and I don't know why they are included in "Duplicate Dept Claims".  But they are both listed under "Exhibit A" (Pg. 1 and Pg. 9) showing a "0" amount and 'unliquidated" (whatever that means).

    I have sent numerous forms back to GM, showing my claim as $27,500.00.  Why is this happening?

Also, I have called the number suggested (1-800-414-9607) three times for information on how to handle my claim but have had no response. Enclosed are copies of the above claims. Please confirm receipt of these documents.

Sincerely,

*Alma G. Haller*

Alma G. Haller
8220 Natures Way, Apt. 119
Lakewood Ranch, FL 34202
941-907-8066
jobieger1@verizon.net




| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor (Check Only One):**　　　　　　　　　　**Case No.**
☐ Motors Liquidation Company (f/k/a General Motors Corporation)　　09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)　　09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)　　09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)　　09-13558 (REG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): PAUL J AND ALMA G HALLER TTEE

**Name and address where notices should be sent:**

PAUL J AND ALMA G HALLER TTEE
U/A/D 10/18/85
PAUL J HALLER REVOCABLE TR
8220 NATURES WAY
APT# 119
LAKEWOOD RCH, FL 34202-4207

Telephone number:
Email Address:

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

*If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form. EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.*

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ _12,500.00_

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _9354_

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate**___%

~~Amount of arrearage and other charges as of time case filed included in secured claim, if any:~~ $_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5.** **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**FOR COURT USE ONLY**

**Date:** 9/29/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Alma G Haller*

*Paul J. Haller* TTEE *Surviving Trustee*

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)

*Paul passed away 4-9-10*

# FIIRSTUNION®

## SECURITIES

FINANCIAL NETWORK
PO Box 1632
Richmond, VA 23218-1632
(877) 689-4796

Confirmation Date
02/11/02

Account Number
072 HT13  3899-3866

Your Financial Advisor
MICHAEL ROBBINS
561-338-2600 / 800-226-2660

PAUL J HALLER TTEE
U/A/D 10/18/85
PAUL J HALLER REVOCABLE TR
6622 MEANDERING WAY
BRADENTON FL  34202-1821

For Your CASH Account

| TRANSACTION | PRICE | PRINCIPAL AMOUNT | | NET AMOUNT |
|---|---|---|---|---|
| You Bought 100 Shares | | | | |
| GENERAL MOTORS 7.25% | 25.0000 | 2,500.00 | | 2,500.00 |
| SR NOTES DUE 2/15/52 | | | | |
| CALLABLE 2/13/07 | | TRADE DATE | FIRST UNION SECURITIES, INC. ACTED | |
| CUSIP NO. 370442 75 8 | | 2/11/02 | AS PRINCIPAL FOR YOUR ACCOUNT | |
| SYMBOL: #GMC3 | | SETTLEMENT DATE | PROSPECTUS MAILED UNDER SEPARATE COVER | |
| | | 2/14/02 | SOLICITED | |

PAUL J HALLER TTEE
U/A/D 10/18/85
PAUL J HALLER REVOCABLE TR
6622 MEANDERING WAY
BRADENTON FL  34202-1821

Settlement Date
2/14/02

Account Number    Your Financial Advisor
072 HT13 3899-3866 MICHAEL ROBBINS

| | Transaction | For Your CASH Account | Net Amount |
|---|---|---|---|
| Bought | 100 | GENERAL MOTORS 7.25% | $2,500.00 |
| | | Security No. 2032-166 | |

FUS FINANCIAL NETWORK INC
980 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33432



**Summit**
BROKERAGE SERVICES, INC.
Member NASD & SIPC

980 North Federal Hwy. Ste. 210
Boca Raton, Florida 33432

7,397

**CONFIRMATION**
DATED 06/23/04

**Account Number    3899-3866**
YOUR REGISTERED REPRESENTATIVE
MICHAEL ROBBINS

561-338-2600 / 800-226-2660





002674
PAUL J HALLER TTEE
U/A/D 10/18/85
PAUL J HALLER REVOCABLE TR
6622 MEANDERING WAY
BRADENTON FL  34202-1821

| BOUGHT | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|
| GENERAL MOTORS 7.50% SR | | 400.00000 | 25.00000 | 10,000.00 |
| NOTE DUE 07/01/44 | | | | |
| CALLABLE 6/30/2009 | | | | |

| SYMBOL | #MOTO | ACCOUNT TYPE | CASH | | |
|---|---|---|---|---|---|
| SECURITY NUMBER | 2032-244 | TRADE DATE | 06/23/04 | NET AMOUNT | $10,000.00 |
| CUSIP | 370442-12-1 | SETTLEMENT DATE | 06/30/04 | | |
| SOLICITED | | | | | |
| MARKET  PRINCIPAL | | | | | |

TRADE INFORMATION: PROSPECTUS MAILED UNDER SEPARATE COVER.

Account carried by First Clearing, LLC, member New York Stock Exchange, SIPC.
FOR ADDRESS CORRECTION AND PAYMENT DUE INSTRUCTIONS PLEASE REFER TO CONTACT INFORMATION ON PAGE 2 OF THIS CONFIRMATION
007 HU HU13

3473429
PS0686450474



# ~~UN~~ITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

| ~~N~~ame of Debtor (Check Only One): | Case No. |
|---|---|
| ☐ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |

**Your Claim is Scheduled As Follows:**

~~NO~~TE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see item # 5). All other requests for payment of an administrative expense should be ~~file~~d pursuant to 11 U.S.C. § 503.*

~~Na~~me of Creditor (the person or other entity to whom the debtor owes money or ~~pr~~operty): ALMA G HALLER TTEE

~~N~~ame and address where notices should be sent:

ALMA G HALLER TTEE
~~U~~/A/D 10/18/85
ALMA G HALLER TR
3220 NATURES WAY
APT# 119
LAKEWOOD RCH, FL 34202-4207

~~Te~~lephone number:

~~E~~mail Address:

~~N~~ame and address where payment should be sent (if different from above):

~~T~~elephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009:    $ 15,000.00

☐ If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: _____
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0573

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**FOR COURT USE ONLY**

Date: 12/7/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Alma G. Haller* TTEE

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)



# FIIRSTUNION®
## S E C U R I T I E S

FINANCIAL NETWORK
PO Box 1632
Richmond, VA 23218-1632
(877) 689-4796

**Account Number**
072 HT13  4041-7447

**Confirmation Date**
02/11/02

**Your Financial Advisor**
MICHAEL ROBBINS
561-338-2600 / 800-226-2660

ALMA G HALLER TTEE
U/A/D 10/18/85
ALMA G HALLER TR
6622 MEANDERING WAY
BRADENTON FL  34202-1821

## For Your CASH Account

| TRANSACTION | PRICE | PRINCIPAL AMOUNT | | NET AMOUNT |
|---|---|---|---|---|
| You Bought 200 Shares GENERAL MOTORS 7.25% SR NOTES DUE 2/15/52 CALLABLE 2/13/07 CUSIP NO. 370442 75 8 SYMBOL: #GMC3 | 25.0000 | 5,000.00 TRADE DATE 2/11/02 SETTLEMENT DATE 2/14/02 | FIRST UNION SECURITIES, INC. ACTED AS PRINCIPAL FOR YOUR ACCOUNT PROSPECTUS MAILED UNDER SEPARATE COVER SOLICITED | 5,000.00 |

ALMA G HALLER TTEE
U/A/D 10/18/85
ALMA G HALLER TR
6622 MEANDERING WAY
BRADENTON FL  34202-1821

**Settlement Date**
2/14/02
Account Number    Your Financial Advisor
072 HT13 4041-7447  MICHAEL ROBBINS

| | Transaction | For Your CASH Account | Net Amount |
|---|---|---|---|
| Bought | 200 | GENERAL MOTORS 7.25% Security No. 2032-166 | $5,000.00 |

FUS FINANCIAL NETWORK INC
980 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33432

*Wilmington Trust
1-866-521-0079
per James -
1-214-765-8108
3/24/0*

*give & me
addre*



**Summit**
BROKERAGE SERVICES, INC.
Member NASD & SIPC

980 North Federal Hwy. Ste. 310
Boca Raton, Florida 33432

7,721

## CONFIRMATION
### DATED 06/23/04

**Account Number    4041-7447**
YOUR REGISTERED REPRESENTATIVE
MICHAEL ROBBINS

561-338-2600 / 800-226-2660



### 002800
ALMA G HALLER TTEE
U/A/D 10/18/85
ALMA G HALLER TR
6622 MEANDERING WAY
BRADENTON FL  34202-1821

| BOUGHT | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| GENERAL MOTORS 7.50% SR | 400.00000 | 25.00000 | 10,000.00 |
| NOTE DUE 07/01/44 | | | |
| CALLABLE 6/30/2009 | | | |

| SYMBOL | #MOTO | ACCOUNT TYPE | CASH | | |
|---|---|---|---|---|---|
| SECURITY NUMBER | 2032-244 | TRADE DATE | 06/23/04 | NET AMOUNT | $10,000.00 |
| CUSIP | 370442-12-1 | SETTLEMENT DATE | 06/30/04 | | |

SOLICITED
MARKET  PRINCIPAL
TRADE INFORMATION: PROSPECTUS MAILED UNDER SEPARATE COVER.

Account carried by First Clearing, LLC, member New York Stock Exchange, SIPC.
FOR ADDRESS CORRECTION AND PAYMENT DUE INSTRUCTIONS PLEASE REFER TO CONTACT INFORMATION ON PAGE 2 OF THIS CONFIRMATION
007 HU HU13

FDC13175    002800 175062320113    NNNNN NNNNN NNNNNNNN 000001          Page 1 of 2