Hearing Date and Time: March 1, 2011 at 9:45 a.m. EST

Marilea Meder
1314 Kings Carriage Rd
Grand Blanc, MI 48439

Phone: 810-694-5197
E-mail: MarileaM1@aol.com

Surviving spouse of Robert A. Meder, retired salaried employee of General Motors, with unsecured claim for life insurance benefits.
Claim No. 10370, Page 15, Exhibit A, Debtor's 169th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
In re                                                :      **Chapter 11 Case No.**
                                                     :
**MOTORS LIQUIDATION COMPANY, et al.,**              :      **09-50026 (REG)**
    **f/k/a General Motors Corp., et al.**           :
                                                     :      **(Jointly Administered)**
        **Debtors.**                                 :
------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 169TH OMNIBUS OBJECTION TO CLAIMS**, dated January 26, 2011.

On behalf of my deceased husband, Robert A. Meder, I object to the attempt by Motors Liquidation Co. and General Motors to avoid paying any money to the survivors of retirees who had been promised life insurance benefits in retirement. (See attached letters dated April 1, 2002 and April 8, 2002.)

At the time of my husband's retirement on April 1, 2002, we were notified that he would have life insurance in the amount of $645,610.00 ($162,610,00 Continuing Life Insurance and $483,000.00 Supplemental Life Benefits) to be paid upon his death. Had we not been promised coverage, we would have secured our own private policy. By the time of the GM bankruptcy, my husband's health prevented us from being able to purchase any life insurance.

I respectfully ask the Court to order that my husband's claim be honored by Motors Liquidation Co. and General Motors.

Dated:  Grand Blanc, MI
        February 14, 2011

                                                            /s/ Marilea Meder
                                                            Marilea Meder

Court Clerk Copy

**RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

Apr 08, 2002

Robert A Meder
1314 Kings Carriage Rd.
Grand Blanc, MI 48439

Dear Robert A Meder:

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of **$162,610.00**. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

This is not a guarantee of the coverage amount.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, **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**, in all your correspondence.

                                                            **Retiree Servicing Center**

UA01

**NATIONAL RETIREE SERVICING CENTER**
**LIFE INSURANCE COVERAGES AND AMOUNTS IN FORCE**

April 1, 2002

**NAME: Robert Meder**
**SOCIAL SECURITY NUMBER: 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**
**CISCO: 19017**
**ESTIMATED RETIREMENT: 04/01/2002**
**ESTIMATED YEARS OF PARTICIPATION: 33 08**
**YEARS OF CREDITED SERVICE: 33 08**
**CURRENT BASE INSURANCE RATE: 13416.66**

| | |
|---|---|
| BASIC GROUP LIFE INSURANCE | $ 322,000 |
| ULTIMATE AMOUNT | $ 162,610 |
| POLICY #14000-G | |
| | |
| OPTIONAL LIFE INSURANCE | $ N/A |
| POLICY #23600-G | |
| | |
| DEPENDENT LIFE INSURANCE    SPOUSE | $ 25,000 |
| POLICY #23950-G                     CHILD | $ N/A |
| | |
| SUPPLEMENTAL GROUP LIFE INSURANCE | $ N/A |
| POLICY #24390-G | |
| | |
| SUPPLEMENTAL LIFE BENEFITS PROGRAM | $ 483,000 |
| | |
| PERSONAL UMBRELLA LIABILITY INSURANCE | $ 5,000,000 |
| | |
| PERSONAL ACCIDENT INSURANCE    EMPLOYEE | $ 50,000 |
|                                SPOUSE | $ 50,000 |
|                                CHILD | $ N/A |

THE AMOUNTS SHOWN ABOVE ARE ESTIMATES BASED ON YEARS OF PARTICIPATION, CREDITED SERVICE AND BASE INSURANCE RATE AS OF THE DATE OF THIS DOCUMENT. THESE AMOUNTS MAY CHANGE BECAUSE YOU ACCUMULATE ADDITIONAL YEARS OF PARTICIPATION OR CREDITED SERVICE AND/OR MAY HAVE A BASE INSURANCE RATE CHANGE.

**ALL INFORMATION PROVIDED IN THIS LETTER IS SUBJECT TO THE TERMS AND CONDITIONS OF THE APPLICABLE GROUP POLICIES OR PROGRAM. THESE POLICIES ARE TERM INSURANCE AND HAVE NO CASH VALUE.**

Michelle A. Cavazos
Benefits Administrator
National Benefit Center

RSC/PRERET/PR7S (03/02/00)