UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | Chapter 11 Case Number |
| MOTORS LIQUIDATION COMPANY, *et al.*, f / k / a General Motors Corporation, *et al.* | 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors. | |

## OBJECTION TO DEBTORS' 186th OMNIBUS OBJECTION TO CLAIMS

(Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees)

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, PATRICIA S. COSCARELLI, a Claimant of Interest against the Above Named Debtors, and hereby files her Objection to Debtor's 186th Omnibus Objection To Claims as previously filed with this Court on or about January 26, 2011.

1. This Court has jurisdiction to consider this based on 28 USC §§ 157 and 1334.

2. The Debtors' 186th Omnibus Objection To Claims is included by reference.

3. The undersigned comes to this Court as an indigent Claimant; that she is financially unable to retain an attorney to represent and advise her. As a result, the Claimant asks that this Court accept her petition as filed.

4. The undersigned; therefore, comes PRO SE to this Court, and Objects to Debtor's **'Objection To Claims'**, and **'Claims to be Disallowed and Expunged'** hereby petitions that

Debtors' not be allowed to discharge any responsibility, liability, or accountability with respect to the undersigned's claim.

5. The undersigned asserts that if this Court permits Debtors' to be allowed to be discharged from their responsibility for any present or future benefits for which Claimant is currently entitled, that it would cause irreparable harm and financial damage to this Claimant.

6. Therefore, Claimant Patricia S. Coscarelli, asks this Court not to allow Debtors' to be relieved of their obligations and responsibilities.

This is dated and sent this ___11___ day of February, 2011.

_____
Patricia S. Coscarelli
Pro Se Claimant

Patricia S. Coscarelli
4460 Cricket Ridge Dr. Apartment # 102
Holt, Michigan 48842

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | Chapter 11 Case Number |
| MOTORS LIQUIDATION COMPANY, *et al.*, | 09-50026 (REG) |
| f / k / a General Motors Corporation, *et al.* | |
| | (Jointly Administered) |
| Debtors. | |

I hereby swear and affirm that I have sent a copy of my Objection to the Court, along with the required 3.5 inch computer disk; and a copy to following parties:

Honorable Robert E. Gerber, Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 621
New York, New York 10004

Vito Genna, Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Harvey R. Miller, Stephen Karotkin, Joseph Smolinsky
Attorneys for Debtors
Weil, Gotshal and Manges, LLP
767 Fifth Avenue
New York, New York 10153

Ted Stenger
Debtors, c/o Motors Liquidations Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009

Page 1 of 3

Elihu Inselbuch and Rita C. Tobin
Caplin & Drysdale, Chartered Attorneys
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Trevor W. Swett III
Kevin C. Maclay
One Thomas Circle N.W., Suite 1100
Washington, D. C. 20005

Sander L. Esserman and Robert T. Brousseau
Stutzman, Bromberg, Esserman and Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

This is dated and sent this ___11___ day of February, 2011.

*patricia s. coscarelli*
Patricia S. Coscarelli
Pro Se Claimant

Patricia S. Coscarelli
4460 Cricket Ridge Dr. Apartment # 102
Holt, Michigan 48842

Lawrence S. Buonomo
General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi
Cadwalader, Wickersham & Taft LLP
Attorneys for US Department of Treasury
One World Financial Center
New York, New York 10281

Joseph Samarias, Attorney
U.S. Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D. C. 20220

Michael J. Edelman
Michael L. Schein
Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019

Thomas Moers Mayer
Robert Schmidt
Lauren Macksoud
Jennifer Sharret
Kramer, Levin, Naftalis and Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Tracy Hope Davis
Office of United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

David S. Jones and Natalie Kuehler
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007