**FOLEY & LARDNER LLP**
Katherine R. Catanese *(admitted pro hac vice)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Acument Global Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Motors Liquidation Corp. *et al.,* f/k/a General Motors Corp.., *et al.* | : | Case No. 09-50026 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF CLAIM OF
## ACUMENT GLOBAL TECHNOLOGIES, INC.

Acument Global Technologies, Inc. ("Acument") by and through its attorneys, Foley & Lardner LLP, hereby gives notice of the withdrawal of its proof of claim number 60693, filed in the above-referenced jointly administered cases on November 25, 2009. However, this Withdrawal in no way prejudices Acument's rights to collect on its claim as against entities other than the Debtors.

Dated: February 18, 2011

                                                Respectfully submitted,

                                                FOLEY & LARDNER LLP

                                                /s/ Katherine R. Catanese
                                                Katherine R. Catanese *(admitted pro hac vice)*
                                                One Detroit Center
                                                500 Woodward Avenue, Suite 2700

DETR_1581362.1

                Detroit, MI 48226-3489
                Telephone: (313) 234-7100
                Facsimile: (313) 234-2800
                *Attorneys for Acument Global Technologies, Inc*

2