Hearing Date & Time:  March 1, 2011 at 9:45 a.m. (Eastern Time)
Response Deadline: February 22, 2011 at 4:00 p.m. (Eastern Time)

STEPHEN M. LANDAU, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com

For Dearborn Refining Site
Customers PRP Group

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:                                                                              Chapter 11 Case No.
                                                                                    **09-50026-REG**
                                                                                    Jointly Administered

**MOTORS LIQUIDATION COMPANY**, *et al.*,
f/k/a General Motors Corporation,                              **MOTION FOR ADMISSION TO**
                                                                                   **PRACTICE *PRO HAC VICE***
                                              Debtors.
_____/

   I, Stephen M. Landau, request admission *pro hac vice* before the Honorable Robert E. Gerber, to represent Dearborn Refining Site Customers PRP Group in the above-referenced case.

   I certify that I am a member in good standing of the State Bar of Michigan and the bar of the United States District Court for the Eastern District of Michigan.

   I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                                                                        Respectfully submitted,

                                                                        /s/ Stephen M. Landau

Stephen M. Landau

STEPHEN M. LANDAU, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com

For Dearborn Refining Site
Customers PRP Group