STEPHEN M. LANDAU, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com
For Dearborn Refining Site
Customers PRP Group

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In Re:                                                                                   Chapter 11 Case No.
                                                                                              **09-50026-REG**
                                                                                              Jointly Administered

**MOTORS LIQUIDATION COMPANY**, *et al.*,
f/k/a General Motors Corporation,                        **ORDER GRANTING
                                                                                       ADMISSION TO PRACTICE
                                  Debtors.                                  *PRO HAC VICE***
_____/

Upon the motion of Stephen M. Landau to be admitted *pro hac vice* to represent Dearborn Refining Site Customers PRP Group, the "client," a creditor in the above referenced case and upon the movant's certification that the movant is a member in good standing of the State Bar of Michigan and the bar of the United States District Court for the Eastern District of Michigan, it is hereby

**ORDERED** that Stephen M. Landau, Esq. is admitted to practice *pro hac vice* in the above referenced case to represent the client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 18, 2011                                      */s/ Robert E. Gerber*_____
            New York, New York                                 United States Bankruptcy Judge