UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, et al.

    Debtors.

---------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRTUPCY JUDGE:

  I, David E. Schlackman, a member in good standing of the bar of the State of Michigan and the United States District Court for the Eastern District of Michigan, requests admission, *pro hac vice,* before this Court, to represent Lapeer Metal Stamping Companies, Inc. in the above-captioned jointly administered cases, and in any related adversary proceedings.

|  |  |
|---|---|
| My address is: | Carson Fischer, P.L.C. |
|  | 4111 Andover Road |
|  | West – 2nd Floor |
|  | Bloomfield Hills, Michigan 48302 |
| Telephone: | (248) 644-4840 |
| Email address: | dschlackman@carsonfischer.com |

  I agree to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice*.

Dated: February 18, 2011

              _/s/ David E. Schlackman_
              David E. Schlackman (P58894)

# EXHIBIT 1

*(**Proposed Order**)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, et al..

                Debtors.
---------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

**ORDER ADMITTING DAVID E. SCHLACKMAN**
**TO PRACTICE, *PRO HAC VICE***

IT IS HEREBY ORDERED that David E. Schlackman is admitted to practice, *pro hac vice,* in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated:_____
      New York, New York

_____
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY COURT

G:\Bankr\GM Bankruptcy\Pleadings\Motion for Admission Pro Hac Vice-des.doc