UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, et al..

                 Debtors.
-----------------------------------------------------------x

Case No. 09-50026 (reg)
(Jointly Administered)
Chapter 11

## ORDER ADMITTING DAVID E. SCHLACKMAN
## TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that David E. Schlackman is admitted to practice, *pro hac vice,* in connection with the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated: **February 18, 2011**
       New York, New York

                                           **/s/ Robert E. Gerber**
                                           HONORABLE ROBERT E. GERBER
                                           UNITED STATES BANKRUPTCY COURT