# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Love, Brooke Alexis<br>C/O Gary Rand and Suzanne Rand-Lewis<br>5990 Sepulveda Blvd., Suite 330<br>Van Nuys, CA 91411-2523 |
| Claim Number (if known): | 18028 |
| Date Claim Filed: | Oct. 30, 2009 |
| Total Amount of Claim Filed: | $2,500,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2-5-11

SHARON H. BUTLER
PARENT

Print Name: BROOKE LOVE

Title (if applicable): _____

US_ACTIVE:¥43608682¥01¥72240.0635