UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION, et al., | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Erica M. Zilioli, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent the Marion Bragg Group, a creditor in the above-referenced Chapter 11 case.

I certify that I am a member in good standing of the bar in the District of Columbia (Bar No. 488073) and, if applicable, the bar of the U.S. District Court for the District of Maryland.

I have submitted the filing fee of $25.00 with this Motion for *Pro Hac Vice* Admission.

Dated: February 16, 2011
Washington, DC

Respectfully submitted,

*/s/ Erica Zilioli*

Erica M. Zilioli
BEVERIDGE & DIAMOND, P.C.
1350 I Street, NW, Suite 700
Washington, DC 20005
Telephone: (202) 789-6078
Facsimile: (202) 789-6190
Email: ezilioli@bdlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY | : | 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORPORATION, | : | |
| et al., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Erica M. Zilioli to be admitted, *pro hac vice*, to represent the Marion Bragg Group, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member of good standing of the bar in the District of Columbia and the bar of the U.S. District Court for the District of Maryland, it is hereby:

**ORDERED** that Erica M. Zilioli, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Marion Bragg Group in the United States Bankruptcy Court for the Southern District of New York, provided that the $25.00 filing fee has been paid.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE