

Date:       February 7th, 2011

Subject:    Motors Liquidations Co. (f/k/a General Motors Corp.)
            Chapter 11 Case No. 09-50026 (REG)
            Notice of Debtors' 153RD, 172nd & 174th Omnibus Objection to Claims

            Claim #: **49590**        $300,000.00
            Claim #: **49592**        $163,103.00
            Claim #: **49591**        $ 69,500.00

            I **strongly object** that the debtors wish to disallow certain Equity Interest
            Claims

To:         Honorable Robert E. Gerber
            U.S. Bankruptcy Judge
            Room 621
            U.S. Bankruptcy Court, Southern District of New York
            One Bowling Green
            New York, N.Y.  10004

Dear Judge Gerber:

I am vehemently opposed to the debtors request to disallow certain claims in this bankruptcy proceeding. As a stock holder of General Motors Corp. I was lead to believe that General Motors would seek to borrow money from the U. S. Government or from private investment firms. Instead, General Motors filed for bankruptcy, which left many equity interest holders, holding on to worthless General Motors stock.

We believed in the good faith of General Motors management not to declare bankruptcy. Even though we are not categorized as a creditor in these bankruptcy proceeding but as equity interest holders, we should still be given the same entitlement rights as all the creditors.

Restitution should be considered in the form of cash or the distribution of equivalent shares in the new General Motors stock.

Just recently (see attached article) top General Motors executives received thousands of shares of stock prior to the IPO being issued worth approximately $13 million dollars. In fairness, all the equity interest holders, who believed in General Motors management prior to their declaring bankruptcy, should also receive the spoils of free shares of the new General Motors Corporation. Wouldn't you agree?

I leave the court with these final words on **JUSTICE** by Denis Diderot;

> ***Justice** is the first virtue of those who command,*
> *and stops the complaints of those who obey.*

I certainly hope the court will do justice for all equity interest holders.


Mr. Ron Tanciar
220 Ridge Run Xing
Athens, GA 30605-4986

Regards,

Ronald C Tanciar
220 Ridge Run Crossing
Athens, GA  30605
Telephone: (706) 850-6134



Ron Tanciar
220 Ridge Run Xing.
Athens, GA 30605

# Top GM Executives Receive Millions In Stock Prior To IPO

by Manoli Katakis, Posted June 22nd, 2010

Why is GM's Ed Whitacre smiling?
Well well well… not too long after the government hired a New York firm to prepare General Motors' post-bankruptcy IPO, the U.S. Securities and Exchange Commission disclosed that the company's highest ranking officers and executives received over 100,000 total shares of stock estimated to be somewhere in the ballpark of **$13 million**. Those who have been disclosed that received shares include:

- Chairman/CEO Ed Whitacre: 24,547 shares
- GM North America President Mark Reuss: 25,104 shares
- Vice Chairman Tom Stephens: 50,521 shares
- Vice Chairman/CFO Chris Liddell: 15,979 shares
- Vice Chairman Steve Grisky: 18,063 shares

While it's been a widely-publicized goal of General Motors to go public as soon as possible, Ed Whitacre has cautioned that an IPO will not happen until he believes its maximum value can be attained. According to some analysts, this could take as long as another year or two. Considering Whitacre now has 24,547 reasons for a successful IPO, it's easy to understand why.

## The GM Authority Take

I understand the logic behind providing GM's senior management team with this amount of yet-unsold stock. Instead of being awarded bonuses or salary raises, stock is used to compensate for salary cuts and certain lack of benefits. It also provides a huge incentive to make the overall organization a success. But GM's senior management team isn't the only one within GM to have taken a cut – there are thousands of other GM employees that were forced to see salary and benefit cuts as well. In all fairness, all of those hard working men and women should also receive the spoils of free shares of the company they have worked so hard to bring out of its darkest period in history. ***Wouldn't you agree?***



WHO'S LOOKING OUT FOR WE THE PEOPLE ?