# EXHIBIT 1



Figure 1 - Onondaga Lake Subsites