# EXHIBIT 3

1

UNITED STATES DEPARTMENT OF JUSTICE

------------------------------------------------

   Proposed Environmental Response Trust Consent
   Decree and Settlement Agreement in the Motors
   Liquidation Company, et al f/k/a General Motors
   Corp., et al, Chapter 11 Bankruptcy,


------------------------------------------------

   PUBLIC MEETING in the above matter, conducted
at the New York State Fair Grounds, Martha Eddy
Room, Syracuse, New York before, JOHN F. DRURY,
Court Reporter, CSR, RPR, Notary Public in and
for the State of New York, on December 15, 2010
at 6:15 p.m.

B E F O R E:

   PATRICK M. CASEY, Senior Counsel US Dept of
       Justice Environmental Enforcement Section
       Ben Franklin Station PO Box 7611
       Washington, DC 20044-7611 (202) 514-1448

   NATALIE N. KUEHLER, Asst US Attorney, US Dept
       of Justice Southern District of NY
       86 Chambers Street New York, NY 10007
       (212) 637-2741


   LAUREN CHARNEY, Esq.
       Assistant Regional Counsel EPA Region 2

   ROBERT NUNES,
       Remedial Project Manager
       Onondaga Lake Superfund

US0037

2

## INDEX TO SPEAKERS

| SPEAKER | ORGANIZATION | PAGE |
|---|---|---|
| Pat Casey | Introduction | 3 |
| Natalie Kuehler | Proposal & Bankruptcy Law | 6 |
| Doreth Glance | Q&A | 33 |
| Mr. Kaniatakeron | Q&A | 36 |
| Colleen Gunnip | Q&A | 37 |
| Ms. KAKWERAIS | Akwesasne | 38 |
| MARK NICOTRA | Salina Supervisor | 48 |
| MATTHEW MILLEA | Onondaga County | 54 |
| JAMES CORBETT | Ond. Cnty Legislator | 57 |
| DORETH GLANCE | Citz Campaign for Env. | 59 |
| JEFF GILKA | Assemblyman Magnarelli | 64 |
| LINDSAY SPEER | herself | 68 |
| LES MONOSTORY | VP of Izaak Walton | 73 |
| JEFF DAVIS | Other PRP's | 77 |
| MR. KANIATAKERON | Akwesasne | 79 |
| MS. KAKWERAIS | Akwesasne | 90 |
| KAREN KUCHARSKI | herself | 105 |

US0038

3

1                      Casey

2           MR. CASEY:   Hi, my name is Pat

3      Casey, I'm an attorney with the

4      Department of Justice.  Natalie

5      suggested I stand up here.  Nobody has

6      ever had a problem hearing me, my mother

7      used to say so, but just to be sure.  I

8      wanted to welcome everybody, appreciate

9      you're coming out.  I just came up an

10     hour ago from Washington, D.C. we've had

11     no snow so far this year, so it was

12     sunny, very nice, a little cold but.  I

13     was born in this area, I was born in

14     Schenectady and I grew up in Buffalo.

15     So I know these conditions, I really

16     felt like I came home when I got here,

17     used to it, but it still can be tough.

18     And I appreciate everybody coming out

19     under these conditions.

20          I want to welcome you.  We're going

21     to, at this meeting we have a court

22     reporter to take down all the comments

23     and we're here to listen to those

24     comments.  There is a fact sheet, a

25     handout, if you didn't pick one up

US0039

4

```
 1               Casey
 2     they're over at the table here.  And I'm
 3     just going to briefly go through the
 4     agenda.
 5         First I want to introduce the people
 6     that are here.  Just to my immediate
 7     right is Natalie Kuehler, she's an
 8     assistant US attorney from the US
 9     Attorney's office from the Southern
10     District of New York.  Next to her is
11     Lauren Charney, she is an assistant
12     regional counsel with EPA Region 2 in
13     New York.  Region 2 is this area right
14     here.  And next to her is Bob Nunes, he
15     is one of the remedial project managers
16     for the Onondaga Superfund site.  And
17     within that site there are numerous sub
18     sites, so there is a number of RPM's,
19     but Bob is remedial project manager for
20     a number of the sites.
21         I'm going to just briefly go through
22     the agenda.  We just went through the
23     introductions.  Natalie Kuehler is going
24     to give you a brief overview of the
25     applicable Bankruptcy Law.  We are also
```

5

1                         Casey

2          going to give you an overview of the

3          proposed Settlement Agreement which is

4          why we're all here.  We also are going

5          to go through a few Q and A's about how

6          the proposed Settlement Agreement works.

7          And after that we will then take public

8          comments.

9              Many of you that wish to speak or

10         make any comments we're happy to do

11         that.  We will not be able to respond to

12         any of your comments.  We are not the

13         decision-makers.  And we will not, I

14         know the press is here, we will not be

15         able to take questions or respond to the

16         press here.  But we are here to accept

17         those comments, those comments will be

18         considered by the decision-makers and in

19         a decision by the United States to go

20         forward with recommending the Settlement

21         Agreement to the Court, which it also

22         has to approve it.  And also our

23         consideration is what would this look

24         like if the Settlement did not go forth.

25             We would in this comment period, the

US0041

6

1               Kuehler

2     written comment period is closed, the

3     county, Onondaga County has asked for

4     this public meeting under the provisions

5     of the Solid Waste Disposal Act.  So we

6     will take additional comments outside of

7     the written comment period.  So please,

8     if you do have any comments we will take

9     them all down and we will include that

10    in the record that we submit to the

11    Court.

12        If you do have comments we do ask

13    and we'll need you to sign up on the

14    sign up sheet and we'll take you in the

15    order that you the signed in if that's

16    okay.  If anybody has to leave and you

17    need to go out of order please just let

18    me know, I'm sure we can all accommodate

19    that.

20        MS. KUEHLER:  Good evening every-

21    body, Natalie Kuehler from the US

22    Attorney's office in New York.  As Pat

23    mentioned I'll give you a brief overview

24    of the applicable Bankruptcy Law which

25    is complex sometimes particularly as it

7

1                    Kuehler

2          applies to environmental matters.  And

3          also the Settlement Agreement, which is

4          quite a lengthy document.  So if there

5          are any terms, particularly in the

6          Settlement Agreement that you do not

7          understand, you know, that's what we can

8          address here and we'll be able to talk

9          to you about those.  There are certain

10         things about the Settlement Agreement we

11         won't be able to go into because

12         Settlement discussions are confidential.

13         But to the extent that we can we will.

14            So I guess we'd start under the

15         applicable Bankruptcy Laws, that anybody

16         who has a claim against a debtor has to

17         file what's called a Proof of Claim with

18         the Bankruptcy Court, in this case the

19         Southern District of New York.  And the

20         United States did file a Proof of Claim

21         under Section 507 of the Bankruptcy Code

22         there is a priority that's established

23         for claims that are filed with the

24         Court.  That essentially just means that

25         it's in order of how claims that are

US0043

8

1                    Kuehler

2        received are paid out.  And there are

3        certain claims that are more senior,

4        meaning they're paid out first than

5        other claims which are more junior and

6        have to wait until the end of the

7        process.

8            The most senior claims are, as a

9        general matter those that are submitted

10       by secured creditors.  And what that

11       means is those are people who have a

12       lien that secures whatever interest they

13       have in the debtor's estate and they can

14       go and enforce that lien.  And a good

15       example of that is, for example, a

16       mortgagor, who could foreclose on a

17       property.

18           Secured claims must be paid in full

19       in Bankruptcy Law.  So they're a good

20       claim to have.  There are also so called

21       unsecured claims.  Those have a lower

22       priority and essentially an unsecured

23       claim is a right to payment from the

24       assets that remain in the estate when it

25       comes time to pay the unsecured claims.

US0044

9

1                         Kuehler

2         And generally speaking that means you

3         get a pro rata portion of the assets

4         that remain in the estate.  And they

5         will likely not add up to the full value

6         of your claim.

7              For clean up costs, environmental

8         clean up costs, which are a particular

9         concern of course of this Settlement

10        Agreement, those are generally considered

11        general unsecured claims.  Meaning they

12        fall kind of within the lowest rung of

13        the bankruptcy priority that's

14        established under Section 507 of the

15        Bankruptcy Code.  So you know what that

16        means is that future clean up costs at

17        properties that aren't owned by the

18        debtor, and this is an important

19        distinction, properties that are owned

20        versus that aren't owned.  Future clean

21        up costs by properties that aren't owned

22        by a debtor are generally considered a

23        general unsecured claim.

24             However, for properties that the

25        debtors do own they're required to clean

US0045

10

```
 1                    Kuehler

 2        those properties up regardless.  And in

 3        the context of a bankruptcy this is also

 4        what's called an administrative expense.

 5        In other words, the debtors estate is

 6        required to make sure that its own

 7        property is maintained in compliance

 8        with the laws.  And those costs are

 9        considered administrative estate

10        expenses and they have to be paid.

11            The US in general in environmental

12        bankruptcies such as the Old GM

13        bankruptcy contends that future clean up

14        costs that arise under a judicial order,

15        even at properties that are not owned by

16        the debtor, are just not affected by the

17        bankruptcy.  That those orders that

18        require a company to clean up continue

19        to exist whether the company is bankrupt

20        or not.  And the company has to comply

21        with those orders.

22            The debtors of course in general

23        argue that such orders are, the orders

24        have no impact.  And if it's property

25        that's not owned by the debtor then
```

11

1                    Kuehler

2        regardless of whether there is an order

3        or not the costs that are required to

4        clean those properties up are general

5        unsecured claims and fall in that

6        category of priority.

7            I'd like to the talk a little bit

8        about the particular proceeding that we

9        have here.  General Motors when it

10       entered into bankruptcy filed what's

11       called a Chapter 11 bankruptcy petition.

12       And there are two different types of

13       Chapter 11 proceedings.  There is

14       Chapter 11 reorganization, which up

15       until recently has been more common

16       where at the end of the bankruptcy

17       process the debtor reemerges as a

18       company and continues operations having

19       been able to get rid of some of the debt

20       that it owed.

21           In this case we have a Chapter 11

22       liquidation, which is essentially a more

23       orderly wind down of a company's affairs.

24       And once the plan of liquidation, and

25       there has recently been a plan of

US0047

12

1                    Kuehler

2         liquidation that was filed in the

3         Bankruptcy Court, once that is approved

4         the estate is wound down and ceases, the

5         company goes out of business entirely.

6             And in the process of winding the

7         company down often times the assets are

8         sold and whatever sales proceeds are had

9         are used to pay out the creditors,

10        including the general unsecured

11        creditors.

12            Typically lower priority claims,

13        meaning these general unsecured claims

14        fare better under Chapter 11 reorganiza-

15        tion than under a Chapter 11 liquidation.

16        Primarily that's because under

17        reorganization the company will reemerge

18        and will continue to exist.  And those

19        companies tend to have a little more

20        liquidity, and also they have a bit more

21        of an incentive to perhaps compromise

22        than on the companies that cease to

23        exist entirely.

24            In this particular bankruptcy as I

25        think you all know the petition was

US0048

13

1                    Kuehler

2       filed back in June 2009.  And also to

3       subsidiaries that may be of interest

4       here, ROM and Encore that are wholly

5       owned by Old GM filed for bankruptcy a

6       little later in 2009, in October of

7       2009.  And the same that day Old GM

8       filed for bankruptcy it also filed a

9       motion to sell its viable assets,

10      substantially all of its assets to a

11      newly formed corporation.  It was at the

12      time named NewCo, it is what you now

13      know as General Motors Co., it's the new

14      GM.  And the Bankruptcy Court approved

15      of this sale of assets in July of 2009.

16      So Old GM at that time was renamed

17      Motors Liquidation Company or MLC, and

18      in a lot of the Court feelings you'll

19      see that's what Old GM is referred to.

20      The New GM corporation that is still

21      producing cars now is an entirely

22      separate new entity.

23          Although most of the assets of Old

24      GM were sold to the new company there

25      were certain assets that weren't.  And

US0049

14

```
 1                    Kuehler

 2        among them are 89 properties, many of

 3        which are polluted, which remain with

 4        the old company, with Old GM or MLC.

 5        And these are the properties that are at

 6        issue in the Settlement Agreement that

 7        have been filed with the Bankruptcy

 8        Court.

 9             Also relevant for purposes of the

10        Settlement Agreement and the claims is

11        that back in June and July of 2009 when

12        the bankruptcy proceeding was initiated

13        and the sale of assets took place the

14        United States Department of the Treasury

15        and Export Development Canada, which is

16        essentially Canada's export credit

17        agency, they lent Old GM $1.175 billion

18        to facilitate the orderly wind-down of

19        the company.  So that money was intended

20        to cover administrative estates expenses

21        and to make sure that the bankruptcy is

22        proceeding in an orderly fashion rather

23        than for example, the Chapter 7

24        liquidation, which is much faster and

25        often very disorganized.
```

US0050

15

1                      Kuehler

2          This money, these $1.175 billion are

3      being used to pay the day-to-day

4      expenses of keeping Old GM running.  So

5      it's things like plant security costs,

6      these plants that are no longer operating,

7      still remain with the old company, but

8      the facilities still have to be secured,

9      things like property taxes, like

10     electricity bills, and also the salaries

11     of the professionals who are still

12     running the old company, or their

13     lawyers in the bankruptcy proceeding.

14         But the largest chunk of that money

15     of these $1.175 billion is actually

16     what's going towards funding the

17     Settlement that has been filed in the

18     Bankruptcy Court on the environmental

19     matters.  And it's intended to cover the

20     liabilities of Old GM at the 89

21     properties that are owned by the

22     company, by the old company.

23         And there are also in this case two

24     non-owned portions, two non-owned

25     properties that are included in the

US0051

16

1                    Kuehler

2     Settlement Agreement for specific

3     reasons.  These are both lands that are

4     immediately adjacent to property that's

5     owned by the old company.  They are both

6     areas where Old GM is the only

7     potentially responsible party, meaning

8     the only person who actually dumped the

9     waste there, could be liable for clean

10    up.  And they are both properties where

11    there is an existing order requiring the

12    company to clean up.  And that is

13    relevant, as I mentioned before under

14    the Bankruptcy Law.

15       In the Settlement Agreement

16    specifically that may be hard to find

17    the numbers in the agreement itself, but

18    essentially $641.4 million are going to

19    be placed into an Environmental Response

20    Trust.  As well as 120 million in

21    assets, in non-cash assets that includes

22    the property value of the 89 properties

23    that are currently still owned by Old GM

24    but will be transferred to the trust as

25    well as non-real estate property that

US0052

17

```
 1                    Kuehler
 2          goes with this, such as equipment,
 3          particularly the remedial equipment.
 4              For particular purposes of the
 5          interest in this part of the country the
 6          Settlement includes $22.57 million in
 7          funding for the remediation of the IFG
 8          facility in Syracuse.  And the IFG
 9          facility itself is limited by the
10          property boundaries of the property
11          actually owned by Old GM.  The $22.57
12          million are expected to fully cover the
13          clean up costs at the property itself.
14              In addition in this immediate area
15          here the Settlement includes $8.55
16          million in funding for the remediation
17          of what we call Upper Ley Creek.  And
18          that is the area that is immediately
19          adjacent where Old GM is the old PRP and
20          where there is actually an order
21          requiring it to conduct clean up.  And
22          then also there is money set aside for
23          what we call the PCB, the Ley Creek PCB
24          dredging site.
25              And I should mention that the order
```

US0053

1                    Kuehler

2          at the Upper Ley Creek portion that

3          requires Old GM to conduct, to clean up,

4          is an order that was issued by New York

5          DEC, not by EPA.  It's the New York

6          Department of Environmental Conservation

7          is the lead agency at pretty much all

8          portions of the Onondaga Lake Superfund

9          site except for Lower Ley Creek, at

10         which portion EPA is the lead agency.

11             So other than these $1.175 billion

12         that were put into the estate and lent

13         by the Department of Treasury and Canada

14         the only real currently available asset

15         to the estate is a 10 percent share in

16         the new company, in New GM, currently

17         operating GM.  And that is a, that

18         ownership is in the securities of the

19         company itself, stocks and warrants.

20         And those stocks and warrants are what

21         general unsecured creditors are going to

22         receive their payout from on a pro rata

23         basis.

24             Over the last couple of weeks since

25         the company went public on the stock

US0054

19

```
 1                       Kuehler
 2        market the stock price has been at
 3        roughly $30 a share.  And just to give
 4        you an idea, Old GM estimates in its
 5        disclosure statement and proposed plan
 6        that they filed with the Court that
 7        ultimately at the end of the day when
 8        they'll have looked at all the Proofs of
 9        Claims that were submitted and all the
10        claims in the bankruptcy there will be
11        about $40 billion worth of general
12        unsecured claims that will have to be
13        paid out by the estate.
14            So with that as the backdrop I would
15        like to move into how this particular
16        Settlement Agreement has come about.
17        And as I mentioned the United States
18        filed a Proof of Claim, we filed several
19        Proofs of Claim but in particular on
20        behalf of the environmental agencies,
21        the Environmental Protection Agency, the
22        Department of the Interior and NOAH.  We
23        filed a Proof of Claim that covered the
24        debtors environmental obligations
25        nationwide, including, you know, over
```

20

```
1                    Kuehler

2        130 sites and facilities in almost every

3        state.  And this Proof of Claim that was

4        filed included a claim for the clean up

5        costs that are going to be incurred at

6        the Inland Fisher Guide property in

7        Syracuse which are addressed under the

8        Settlement Agreement as well as at the

9        Onondaga Lake Superfund site as a whole.

10            Again, the difference is, the

11       distinction is important because the one

12       property is actually owned by the debtor

13       whereas the rest of the Superfund site

14       is not.

15            Our Proofs of Claims generally list

16       100 percent of the anticipated clean up

17       costs.  What happens in bankruptcies

18       though under the applicable law is that

19       you look to what the actual

20       responsibility or equitable share for a

21       company is in determining where there

22       are multiple responsible parties for

23       dumping the waste, what share the debtor

24       is required to carry.

25            Since filing the Proof of Claim the
```

US0056

21

1                    Kuehler

2          United States has engaged in extensive

3          settlement discussions with the debtors

4          with 14 states including New York and

5          with the St. Regis Mohawk tribe to

6          arrive at a Settlement Agreement to

7          resolve Old GM's environmental

8          liabilities that are considered to have

9          the administrative expense priority

10         status, and in particular here that

11         meant the properties that are actually

12         owned by the debtors, the 89 properties

13         that are at issue in the Settlement

14         Agreement.  And 8 properties that are

15         not owned but that are immediately

16         adjacent to owned properties where Old

17         GM is the only responsible party and

18         where there are actual clean up orders

19         requiring the company to clean up.

20             The Settlement Agreement itself has

21         several components but most importantly

22         it envisions the creation of what we

23         call an Environmental Response Trust.

24         And that is the entity that will hold

25         the 89 properties that are currently

US0057

22

1                    Kuehler

2       owned by the old company as well as all

3       the clean up funding and other adminis-

4       trative funding that will be placed in

5       the trust.  And that will administer the

6       properties and administer the clean up

7       and pay for it.

8           As I mentioned before the cash

9       payments into the trust total $641.4

10      million.  Of that there are nearly 500

11      million, 499 million that are allocated

12      specifically to environmental clean up

13      at these 89 properties.  And that

14      includes agency oversight costs and long

15      term operation maintenance and

16      monitoring costs.

17          The Settlement Agreement is

18      structured in a way where offsets

19      dedicated clean up money, $431 million

20      will be placed into specific site

21      accounts.  So each site that is known to

22      have been contaminated and there are

23      roughly 50 of them amongst the 89

24      properties, has its own dedicated site

25      specific accounts that will have money

US0058

23

1                        Kuehler

2          in it to conduct the clean up there.

3              And in addition to these dedicated

4          accounts there is going to be what we've

5          termed a Cushion Account of $68 million

6          that will be available to fund short-

7          falls in clean up funding at any of the

8          sites if for -- and the reasons are laid

9          out in the Settlement Agreement, but if

10         for example, there is contamination that

11         is not known now that is later

12         discovered and requires additional

13         funding to clean up there is this

14         reserve that will be available to any of

15         these properties assuming they meet the

16         conditions necessary to draw down on

17         that money.

18             In addition to these funds for clean

19         up specifically there is also $142

20         million in administrative funding that's

21         going to be paid into the trust.  And

22         this administrative funding is intended

23         to cover a whole host of issues,

24         including again, just security at these

25         properties, the fees for professionals

US0059

24

1              Kuehler

2         that are required to run the trust, for

3         remedial managers for the properties

4         and utilities, property taxes, things

5         like that.

6              The trust has two main focuses.  The

7         first is to conduct the environmental

8         remediation; and the second is to bring

9         the properties back into beneficial or

10        productivity.  So those are going to be

11        the two focal points.

12             In addition to the cash that's being

13        placed in the trust, as I mentioned

14        before the 89 properties will also be

15        placed in the trust, so the trust will

16        actually get all of the property rights

17        that Old GM has and hold those property

18        rights going forward.  And it can then

19        sell or otherwise dispose of those

20        properties going forward in a manner

21        that is most consistent with the goals

22        of the trust, which is both the clean up

23        and trying to bring these properties

24        back into productive or beneficial use.

25             There is also another aspect of the

US0060

25

```
 1                    Kuehler

 2        Settlement Agreement that I'd like to

 3        point out, which is that there are

 4        covenants not to sue that the

 5        governments are granting to the debtor

 6        with respect to the environmental

 7        liability, the properties at issue in

 8        the Settlement Agreement.  You know here

 9        of course Old GM is liquidating.  So the

10        company eventually will no longer be

11        there in any event.  But I did want to

12        point that out.

13            Specifically with respect to the

14        Onondaga Lake Superfund site there are 5

15        areas of that overall site where GM has

16        been identified as a potentially

17        responsible party.  And those 5 areas

18        are included in the Proof of Claim that

19        the federal government filed.  And I'll

20        just name them quickly, I think you'll

21        all be familiar with them.  It's the IFG

22        facility itself, the Lake Bottom, the

23        Salina Landfill, the Lake PCB dredging

24        site and then Lower Ley Creek.  And as

25        mentioned before EPA is the lead agency
```

US0061

26

1                        Kuehler

2        only for Lower Ley Creek and all the

3        other lead agencies is the State of New

4        York.

5             Since GM, Old GM owns the IFG

6        facility, that facility, that property

7        is going to be placed into the trust

8        along with the $22.57 million in

9        dedicated funding to clean that property

10       up.

11            And the PCB dredging subsite

12       similarly is owned by Old GM and will be

13       placed into the trust along with $1.88

14       million in dedicated clean up funding to

15       cover the remediations anticipated at

16       that site.

17            And in addition to those two

18       subsites, Upper Ley Creek is also

19       included in the Settlement Agreement and

20       will be receiving $8.55 million in

21       dedicated funding.  And that is although

22       the property itself cannot be placed

23       into the trust and is not owned by Old

24       GM because it is immediately adjacent to

25       the owned property there is an order

US0062

27

1                    Kuehler

2          requiring Old GM actually to stop clean

3          up and there are no other PRPs.

4              There are no other areas of the

5          Superfund site that meet those

6          requirements where there actually is an

7          order in place requiring Old GM to clean

8          up; or Old GM is the only PRP.

9              The liabilities that Old GM has, the

10         environmental liabilities at the other

11         portions of the Onondaga Lake Superfund

12         site, those will have general unsecured

13         claim status.  With respect to general

14         unsecured claims it's important to point

15         out this Settlement Agreement does not

16         actually address any of the general

17         unsecured claims.  It only resolves the

18         administrative expense claims that the

19         government has against the company.

20             What this means specifically here is

21         that for Lower Ley Creek GM's liabilities

22         are not being affected or addressed on

23         the Settlement Agreement, that will be

24         dealt with separately.

25             And there is a particular portion of

US0063

28

1                    Kuehler

2      the Settlement Agreement that deals with

3      this very issue, and if you have the

4      Settlement Agreement or would like

5      copies there are still a couple there.

6      Paragraph 100 ii.  And that, not going

7      to go through reading it for you, but in

8      essence it says that any general

9      unsecured claims that the government has

10     against Old GM with respect to the areas

11     of the Onondaga Lake Superfund site that

12     are not being specifically addressed in

13     the Settlement Agreement continue to

14     exist.

15         And I should also note that what we

16     term Lower Ley Creek for purposes of the

17     Settlement Agreement has been defined as

18     the area of Ley Creek, the entire area

19     of Ley Creek that is south of the Route

20     11 bridge.

21         So you know when it comes to dealing

22     with these general unsecured claims

23     again, you know, they will receive a

24     lower priority in payment.  They will be

25     paid at kind of a reduced amount as a

US0064

29

1                        Kuehler

2        function of the Bankruptcy Law which is

3        that all general unsecured claimants get

4        a pro rata share in whatever is left

5        over of the estate.  And here you know,

6        they will be paid out from the 10

7        percent stake in the securities of the

8        new company, New GM that's currently

9        operating.

10           The general unsecured claims will be

11       handled separately from this

12       environmental response.  There is a

13       general unsecured creditors trust, it's

14       the official term of it that the debtors

15       are proposing to create which would

16       administer all of these general unsecured

17       claims.  And also ultimately they will

18       be paid out through this separate

19       general unsecured creditors trust.  The

20       precise amount of the stake in New GM or

21       apportionment of New GM stock and

22       warrants that each general unsecured

23       creditor gets will not be known until

24       all the general unsecured claims have

25       been administered.  Here we're dealing

US0065

30

1                    Kuehler

2       with tens of billions of dollars in

3       unsecured claims.  I think I mentioned

4       before, the debtor, that ultimately

5       there will be about $40 million of

6       general unsecured claims, but it will

7       take time to administer those, and the

8       full return amount won't be known on the

9       general unsecured claims until that

10      process is completed.

11          So what are the next steps kind of

12      going forward from here?  We expect that

13      the debtors within the next couple of

14      weeks will file a motion seeking to have

15      the Bankruptcy Court approve the

16      Settlement Agreement.  And we will, we

17      meaning the United States, will make a

18      decision as to whether or not to support

19      the motion to the Bankruptcy Court,

20      essentially the submission by the

21      debtors to the Bankruptcy Court to have

22      the Court approve the Settlement

23      Agreement.

24          After reviewing all the public

25      comments that we have been receiving, as

US0066

31

1                    Kuehler

2        Pat mentioned earlier, the official

3        public comment period has expired but we

4        have agreed to hold this meeting here,

5        we received the request from Onondaga

6        County.  So that we have the opportunity

7        to take additional public comments here

8        orally and take those into account as

9        well.

10           If after reviewing those public

11       comments we decide the Settlement

12       Agreement is not in the public's

13       interest the United States has the

14       opportunity to withdraw from the

15       Settlement Agreement.  If after

16       receiving and reviewing those public

17       comments the United States determines

18       that it is in the best interests to move

19       forward then the United States will

20       submit papers in support of having the

21       Settlement Agreement entered.  So right

22       now the Settlement Agreement is on the

23       Court's docket.  It does not become

24       effective unless and until the Court

25       actually approves of it and enters it.

US0067

1                    Kuehler

2          All of the comments that are, that

3     we have received so far that we'll be

4     receiving today including the transcript

5     of these proceedings we will be

6     attaching with any submission that's

7     going to be made to the Court, along

8     with the government's full response to

9     those comments so that the Court also

10    has the full record in front of it in

11    making its decision as to whether or not

12    to approve the Settlement Agreement.

13          We currently expect that the Court

14    hearing at which the Settlement

15    Agreement would be considered if we do

16    move forward will take place on March 3,

17    2011.  That is the date that the Court

18    has set for having the planned

19    confirmation hearing, which is the

20    hearing at which Old GM's proposed plan

21    of liquidation will be considered.

22          Given the Bankruptcy Court's

23    schedule and a share of the amount of

24    people and Claimants involved in this

25    proceeding that date may slip, but right

US0068

33

1                         Kuehler

2          now it's set for March 3, 2011.

3              And I think that's all I've got with

4          respect to the background.  If you have

5          any specific comments about the

6          Settlement Agreement itself, you know,

7          those we can certainly address under the

8          caveat that certain action or aspects of

9          the Settlement discussions are

10         confidential and we can't go into those.

11         But if you have questions about the

12         terms of it now would be a good time to

13         ask those and then we'll go into the

14         main portion which is the opportunity

15         too for all of you to make your public

16         comments.  And there is a sign up sheet,

17         we've received a couple of people who

18         are signed up, we'll call everybody in

19         order.  If you would like to make a

20         public comment and haven't had the

21         opportunity to sign up feel free the

22         come up and explain.

23              QUESTIONS BY DERETH GLANCE:

24      Q.    So you said that the US could either

25      support the Settlement or withdraw from it.  Can

US0069

34

1                    Glance Q&A

2   we amend it?  Is it an option?

3             ANSWERS BY MS. KUEHLER:

4       A.    The Settlement Agreement is amendable.

5   However to amend it we cannot unilaterally amend

6   it.  What would have to have the debtors to 14

7   states and the tribe would also have to agree to

8   any amendment.

9       Q.    Then the Cushion Fund that you

10  mentioned, how is that allocated?

11      A.    The Cushion Fund is not allocated.   The

12  Cushion Fund is available to all of the properties

13  that will be in the environmental response trust.

14  And under their provisions in the Settlement

15  Agreement that discuss when a property can have

16  access to a Cushion Fund.  The best example is if

17  there is new contamination that's discovered that

18  wasn't known now and so we couldn't take into

19  account and in coming up with the clean up budget

20  in calculating that for the property if there is

21  indeed unexpected expenses not known now.  Then

22  the property can get access to that Cushion Fund.

23      Q.    Would that be on a first come first

24  served basis if they made, if they fit all the

25  requirements?

US0070

35

1                    Glance Q&A

2      A.     Essentially.  I mean there is no

3   requirement to hold up the distribution of Cushion

4   Funding.  If, you know, immediately all of a

5   sudden contamination is discovered that the

6   trustee, and I should mention this, there is a

7   proposed trustee Elliott Laws from the law firm of

8   Crowell & Moring in his representative capacity

9   would be acting as the trustee has quite a bit of

10  experience in remediation and also bringing

11  properties back to productive use, including he

12  was an assistant administrator at the EPA.

13         But the trustee will engage in analysis

14  under the Settlement Agreement to determine

15  whether or not to grant access to the Cushion

16  Funding.  And if the regulatory agency differs

17  with the trustee on the ultimate decision there is

18  the ability to appeal to the Bankruptcy Court and

19  have the Court decide.

20      Q.     And then I think my last question is

21  about who decides what the beneficial or

22  productive use of that site is and is there a rule

23  for public involvement?

24      A.     Yes, there is a rule for public involve-

25  ment and the Settlement Agreement specifically

US0071

36

```
 1                    Kaniatakeron Q&A

 2    directs the trustee to engage with the local

 3    communities on this as well as seeking the federal

 4    and state approvals.

 5                    (A male with hand up).

 6                    MS. KUEHLER:  Are you a member of

 7              the press?

 8                    UNIDENTIFIED MALE:  Yes.

 9                    Ms. KUEHLER:  We're not allowed to

10              directly speak to members of the press.

11              But I will say also I can give you the

12              contact of the respective press offices

13              to reach out to.

14        Q.   (Glance)  Can I have a follow up

15    question?  Who ultimately owns the property?

16        A.   (Kuehler)  The properties?  Those

17    properties are going to be owned by the trust.  So

18    Old GM's full title in the property will be

19    transferred to the Environmental Response Trust,

20    which will own the properties.

21                    QUESTIONS BY MR. KANIATAKERON:

22        Q.   Are you aware of any comments that came

23    in from the St. Regis Indian Reservation thus far?

24        A.   (Kuehler)  No.

25        Q.   You're not aware?
```

37

1                    Kaniatakeron Q&A and Gunnip

2        A.    To my knowledge there has been no

3    comment that's come in.

4        Q.    But would you know?

5        A.    I should know.  Having said that you

6    know, if they have mailed it it may have gotten

7    caught up in the Department of Justice mailroom

8    and it should have filtered through to us by now

9    since the comment period expired a little bit ago.

10                   MR. KANIATAKERON:  Can you bring me

11                   up to date.  Two of the three that I'm

12                   aware of there was maybe 40 concerns

13                   that were put on a form and that should

14                   have been brought to your attention,

15                   that's why I ask.

16                   MS. KUEHLER:  I think there was

17                   another question.

18                   QUESTIONS BY COLLEEN GUNNIP:

19        Q.    Would those properties be sold off?

20        A.    (Kuehler)  Eventually.  You know,

21    ideally they would be sold off.

22        Q.    And the trust would get the assets?

23        A.    And the trust would get the assets from

24    the sale.  Having said that there are, if you look

25    at the Settlement Agreement a couple of different

US0073

38

1                    Kakwerais Q&A

2    ways that a sale can come about.  One of the most

3    important aspects is to ensure that the

4    environmental remediation happens.

5        Q.    What would happen then with the assets

6    that remain in the trust after all those

7    properties were cleaned up and sold off?

8        A.    That ultimately is something that the

9    trust will have to decide.

10            QUESTIONS BY MS. KAKWERAIS:

11       Q.    In your papers here that you have you

12   have Exhibit B, form of Quitclaim Deed.  Can you

13   tell me what that means?

14       A.    (Kuehler)  Yes, that is the deed, that

15   is the sample form of the deed by which the

16   debtors will be transferring title of the 89

17   properties to the Environmental Response Trust.

18            MS. KUEHLER:  Are there any other

19            questions about the way the Settlement

20            Agreement works?  Okay, so I think --

21       Q.    You didn't, well so you're saying that

22   this quitclaim deed is Old GM will transfer these

23   things to the trust?

24       A.    Correct.

25       Q.    In there it says C, any land lying in or

39

1                        Kakwerais Q&A

2    under the bed of any creek, stream or waterway or

3    any highway, avenue, street, road, alley, easement

4    or right-of-way open or proposed in or on, across,

5    abutting or adjacent to such tract of land.  So

6    how does that work with land that the United

7    States or New York don't own?

8         A.    That land is not going to be affected by

9    any transfer.  The debtors will be transferring

10   their full interest in the properties.  If they

11   are properties they do not have an interest in

12   those properties will not be transferred.

13        Q.    Okay, abutting and adjacent.  It says in

14   here it says abutting or adjacent?

15        A.    There may be, for example, easements or

16   other property rights that are not real property

17   that the debtors hold.  And those two would be

18   transferred to the trust.  I'm not sure what -- I

19   have a feeling that this doesn't answer your

20   question or that you're thinking of something

21   else, but.

22        Q.    So the ones that have to, who has to

23   sign this quitclaim deed?

24        A.    The Old GM, the property owner.

25        Q.    Then they give those to your Bankruptcy

US0075

40

```
1                    Kakwerais Q&A

2    Court?

3        A.    They give this to the Environmental

4    Response Trust, meaning the trustee, which will be

5    Elliott Laws is the proposed trustee.

6        Q.    So before this goes through into the

7    Bankruptcy Court on which you said March 3rd,

8    before that this document has to be signed by the

9    Old GM?

10       A.    At the same time, so this actually

11   raises another issue that I should point out.

12   Although the Court, if the federal government

13   decided to move forward with the Settlement

14   Agreement, although the Court will be approving

15   the agreement currently on the schedule of March

16   3, 2007 it doesn't actually become effective until

17   certain conditions are met.

18             One of those conditions is the transfer

19   of all the properties into the Environmental

20   Response Trust.  The effective date of the trust

21   is also the effective date of the plan of

22   liquidation, and there are usually several wind up

23   issues that have to be taken care of in the

24   bankruptcy so that the trust would actually become

25   effective, at some point after that the Court
```

US0076

41

1                    Kakwerais Q&A

2    hearing and after the properties are transferred.

3          There is a requirement that the

4    properties and the cash funding as well as the

5    other non-cash assets that are going into the

6    trust be transferred on the effective date to make

7    sure that the trust is fully performed at that time.

8        Q.   So in your speech that you were giving

9    educating the people here, you said that the

10   proposed time for people to be able to make public

11   comment was over.  But because the Onondaga County,

12   I'm not sure which group requested for you to come

13   and hear comments, you extended it?

14       A.   Yes, I should correct you just on that.

15   We opened it for the particular purpose of taking

16   oral comments here.  So the public comment period

17   is not actually extended, that remains closed,

18   however with the exception of all of the public

19   comments that we will be receiving here today.

20             MS. KAKWERAIS:  So as an example if

21             somebody else made another request which

22             is adversely and severely impacted to be

23             able to make a public comment, which in

24             your statement which you were asked if

25             any comments were received from a place

42

```
 1                    Kacwerais

 2        called Akwesasne, you said you weren't

 3        aware of that and it might be in the

 4        mail of the Justice Department over

 5        there.  And the effect of what the Old

 6        GM, General Motors has done is genocide.

 7            I feel and believe that the public

 8        hearing should be up north where the

 9        people, they didn't get no $783 million

10        Settlement.  And they have that poison

11        in their body.  For 31 years we've been

12        going to meetings like this and one

13        group of EPA people come and another

14        group.  But yet the people who are most

15        affected, and we have a responsibility

16        as women and as mothers to look way

17        ahead and protect the people, the

18        unborn.  That's our responsibility.

19            And that's how General Motors --

20        that's what they should have did.  They

21        should have looked at what they did to

22        protect the future, but they didn't.

23        And one of the most adversely affected

24        people in this country is the Akwesasne

25        people.  What they did up there has
```

US0078

43

1                    Kacwerais

2        impacted us where we cannot go nowhere

3        else and get our people.  We can't go to

4        England or Scotland or France and remake

5        our people.  We can't.  And the genetics

6        and the DNA of the poison that the old

7        General Motors did has impaired and

8        affected our people.

9            And I'm saying that those comments

10       that those 40 people made, and there is

11       many more, that the Department of

12       Justice if they really believe in

13       justice should hold a public hearing at

14       Akwesasne, so you can hear from the

15       people that were affected by General

16       Motors.  I think it's very wrong that we

17       have to travel all this way so our

18       comments and our questions can be

19       answered.

20           Because when you're -- you've just

21       given a piece of paper like this nice

22       blue colored, four pages, and the life

23       of your grandchildren and your children

24       and the ones yet to come have been

25       impacted and your people can't have

US0079

44

```
 1               Kacwerais

 2      children.  And they're running all over

 3      the world to invitro fertilization,

 4      clinics and all over are trying to

 5      figure out why they cannot have

 6      children.  And our mothers are told that

 7      they cannot breastfeed their kids.  Why?

 8      Because they're going to transfer the

 9      poison that General Motors put on our

10      land; and never, ever told us.  So I

11      believe that that is what has to happen.

12          Because it's very unfair for the

13      United States to be irresponsible and

14      not hear from people who have been

15      adversely affected.  And what they've

16      done is a form of genocide.  It's a form

17      of genocide.  So the people should have

18      a right to be heard.  And maybe when you

19      see all the people that come in that had

20      flora acne for 31 years or all the

21      problems that exist, maybe they'll look

22      at differently $783 million to cover up

23      a site that's not -- it's still going to

24      emit.  It's not a clean up, what is

25      proposed for the General Motors at
```

US0080

45

1                    Kacwerais

2       Massena, it's not a clean up, it's a

3       cover up.  It's a cover up and General

4       Motors is a hundred percent responsible.

5          And maybe what the United States

6       government should do is they should give

7       the people that the General Motors did

8       this genocide to, they should give them

9       a $45 billion credit.  It's wrong what

10      they did, it's wrong.  You can't take

11      poison and throw it and just put it

12      there and even by your law have no

13      license to even do it, how you have it

14      where you put toxins in the ground in a

15      site you have to have a license.  That

16      didn't happen.  All that happened was

17      General Motors in that area from the day

18      that they opened dumped their poison in

19      a landfill, in a dump just on top of the

20      earth.

21          So I believe that the United States

22      if they say they're responsible, they're

23      a responsible people and they're just,

24      what they will do is they'll hold a

25      hearing three and-a-half hours north of

US0081

46

 1                    Kacwerais

 2        here where $122 million of this $483

 3        million -- $783 million Settlement is

 4        supposed to be spent.  So you can really

 5        hear, because what's being proposed is

 6        not a clean up.  And General Motors

 7        should be held responsible 100 percent

 8        for what they've done.  And not get away

 9        with it and set the standards for the

10        future.

11            If they would have used to look

12        ahead they wouldn't be in this mess

13        they're in.  And all the people that

14        they've done it, the Inuits are up

15        north, they don't have a General Motors

16        plant.  They don't have a Ford plant.

17        Monsanto, and guess what, they're full

18        off PCBs.  Why?  Because these companies

19        have been irresponsible and they dumped

20        all that into the water, into the air

21        and land.  They're way up north in the

22        north pole.  And they're all impacted by

23        PCBs.

24            MS. KUEHLER:  Thank you.

25            MS. KAKWERAIS:  I'm just saying that

US0082

47

1                          Casey

2          the United States should hold a hearing

3          there and hear the truth.  Not something

4          like this that was given to the people,

5          because it's very wrong what happened.

6          And I'm a hundred percent against the

7          proposed $783 million settlement.

8               MS. KUEHLER:  Thank you.  We've

9          moved into the comment portion, so I'll

10         hand the microphone I guess back to Pat

11         and I think we have a sign up sheet.

12              MR. CASEY:  I have the sign up

13         sheet.  Does anybody, I have nine people

14         including the people that, three of the

15         people that have already asked some

16         questions, but if they have some more to

17         say you're more than welcome.  I just

18         want to know is there anybody that has a

19         scheduling, has a babysitter or needs to

20         leave early wants to go ahead of time

21         otherwise I'll take you in the order

22         that you signed up.

23              ROBERT GILKA:  I actually do but I'm

24         representing an elected official here,

25         and in that regard since I am not he, I

US0083

48

```
 1                  Spvsr Nicotra
 2       don't want to, I'm number 7 on your list
 3       and I don't want to change the order.
 4           MR. CASEY:  All right.
 5           JEFF DAVIS:  I was actually going to
 6       try to sign up, you already took the
 7       list, so can I add my name?
 8           MR. CASEY:  The first speaker is
 9       Mark Nicotra.
10           MARK NICOTRA:  Good evening, my name
11       is Mark Nicotra.  I'm the Town Supervisor
12       for the Town of Salina.  I would like to
13       read a brief statement on behalf of the
14       Salina Town Board and our taxpayers.  I
15       also have a prepared written statement
16       that I will submit after.
17           General Motors abandoned our Town in
18       the late '80s.  It not only left behind
19       thousands of unemployed workers, a
20       devastating impact on our tax base, and
21       untold difficulties to surrounding
22       businesses, it left behind a huge
23       environmental liability that has already
24       cost our Town taxpayers thousands of
25       dollars, and potentially millions of
```

US0084

49

1               Spvsr Nicotra

2      dollars into the future.

3          No one disputes that General Motors

4      dumped substantial amounts of hazardous

5      substances and waste in our landfill and

6      water bodies.  Although GM abandoned our

7      community long ago its actions continue

8      to negatively impact our Town economic-

9      ally as well as environmentally.

10         The Settlement Agreement we are

11     commenting on today could go a long way

12     toward addressing some of the negative

13     economic and environmental impacts that

14     GM has left behind.  Unfortunately, I

15     believe the mistakes of the past will be

16     compounded by mistakes set forth in this

17     proposed Settlement Agreement.

18         And these mistakes are clear.  The

19     agreement sets an arbitrary line at the

20     bridge at New York State Route 11 for

21     the purpose of limiting compensation

22     under the trust fund, notwithstanding

23     the voluminous data collected by the

24     United States Environmental Protection

25     Agency and the New York State Department

US0085