50

```
 1            Spvsr Nicotra

 2     of Environmental Conservation proving

 3     that GM's Inland Fisher Guide facility

 4     has contaminant the entirety of Ley Creek.

 5          Nevertheless, according to the

 6     Settlement Agreement the trust monies

 7     can be spent east of that artificial

 8     line, but not west of it.  This is a

 9     mistake.  To spend the money east of the

10     bridge at Route 11 will be duplicative

11     of past remedial efforts and a waste of

12     the environmental trust funds.

13          The agreement further bars the Town

14     and the State of New York from receiving

15     millions of dollars in compensation to

16     address the cleanup of GM's hazardous

17     waste generated at the Inland Fisher

18     Guide facility, which are now located at

19     the former Town of Salina landfill site.

20          The former GM facility is now

21     thriving again with hundreds of jobs

22     from multiple companies.  The Town,

23     together with our partners in the state

24     and county, worked to turn the bad

25     economic situation left to us by GM into
```

1              Spvsr Nicotra

2      a positive result for our community.  We

3      now respectfully request that the

4      federal government do the same for the

5      negative environmental conditions GM has

6      left in our community.

7           Clearly, the signers of the Settle-

8      ment agreement recognized that there are

9      problems downstream from the Inland

10     Fisher Guide site.  They identified

11     Upper Ley Creek as a potential site

12     where funds can be spent.  Unfortunately

13     this is not where the problem only exists.

14     It exists for the entirety of Ley Creek;

15     both upstream and downstream of the New

16     York State Route 11 bridge.

17          Moreover, the Settlement Agreement

18     must be modified to permit the Town and

19     the State of New York to be compensated

20     for GM's liability to the former Town of

21     Salina landfill site.  The environmental

22     data collected by both federal and state

23     environmental agencies prove there is no

24     legitimate basis to exclude GM's

25     liabilities to Lower Ley Creek and the

US0087

1                    Spvsr Nicotra

2          landfill site from compensation under

3          the $641 million Environmental Trust

4          Fund the proposed Settlement Agreement

5          will create.

6              In short the Settlement Agreement

7          does not properly take into considera-

8          tion the actual environmental problems

9          GM's Inland Fisher Guide facility has

10         created in the Town.  It is a cookie-

11         cutter solution crafted in the halls of

12         Washington and Albany to a global

13         problem which ignores EPA and DEC's

14         actual knowledge of the contamination

15         caused by GM in this community.

16             We're not asking you to spend more

17         money, we're just asking you to spend

18         money in the right place, and listen to

19         those local EPA and DEC officials who

20         are well versed on the lasting impacts

21         of this GM facility.

22             Just to sum up, money has already

23         been spent to clean up the GM Inland

24         Fisher Guide facility.  Why are we

25         duplicating those efforts when there is

US0088

53

1               Spvsr Nicotra

2       a need for clean up action at Lower Ley

3       Creek and compensation for GM's

4       liability to the landfill site?  Let's

5       do this right the first time so that

6       this does not get revisited in future

7       years.

8           We don't want some government agency

9       coming back to the Town of Salina for

10      the next several years telling us that

11      we need to clean up contamination that

12      was caused by GM.  The taxpayers of

13      Salina cannot and should not be expected

14      to shoulder the burdens for GM a second

15      and third time.

16          Please listen to us.  We are grateful

17      that you have recognized GM's

18      responsibility to our community.  We are

19      grateful that you have required GM to

20      set aside money through the Environ-

21      mental Trust Fund to fix their problems.

22      All we ask is that you now direct the

23      money to fix the right problems, not

24      problems that have already been addressed.

25      Please let's use some common sense.

US0089

54

1            Millea (Ond Cnty)

2            MR. CASEY:  Thank you, Mike.  Next

3    is, let us get back to you.  Did you

4    need to leave real early?

5            ROBERT GILKA:  I took care of it.

6    I'm not inclined to step in front of

7    anybody.

8            MR. CASEY:  All right, thank you.

9    The next speaker, you're going to have

10    to bear with me because I'm not going to

11    get it right, I'm going to try.

12            MR. KANIATAKERON:  Kaniatakeron.  If

13    it's all the same to you I'll go last

14    and allow the people to go.

15            MR. CASEY:  That's fine with us,

16    that's great.  Then the next speaker

17    would be Matthew Miller.

18            MATTHEW MILLEA: Good evening. Thank

19    you for coming this evening.  My name is

20    Matthew Millea, I'm the Deputy County

21    Executive of Onondaga County.  We

22    appreciate your responding to the

23    County's call for this public hearing,

24    particularly given the weather.  You're

25    courageous for joining us in our lake

US0090

1           Millea (Ond Cnty)

2       affect snow, which is my first

3       experience here as well.  And thank you

4       for your briefing.  I think it helped to

5       hear from you the perspective on what

6       we're dealing with and I also think it

7       reassured us that our perspective on

8       this is accurate.

9           And as we just heard from the

10      supervisor, I would like to echo his

11      sentiments, that we feel a mistake is

12      being made.  And I am submitting formal

13      comments for the record so I won't take

14      up too much time but I really think that

15      the Supervisor spoke very eloquently

16      about the problems we're facing as a

17      County, as the Town, as the City of

18      Syracuse.  There is an environmental

19      legacy that surrounds this community,

20      and we don't want to see a mistake being

21      made where a demarcation is being made

22      arbitrarily simply because the Consent

23      Order was placed in one section of the

24      Creek and not another.

25          We know for a fact that there is

US0091

```
 1              Millea (Ond Cnty)

 2       discussions going on about entering into

 3       a Consent Order for the Lower Ley Creek,

 4       and it's a shame that these lines are

 5       being drawn simply because that was not

 6       enacted prior to the bankruptcy of Old

 7       GM.

 8          Onondaga County cannot survive a $50

 9       million liability to clean up Lower Ley

10       Creek floor nor can the Town of Salina.

11       In the event, even as an unsecured

12       debtor we receive some equity, the rest

13       of the liability will likely fall to the

14       County and the Town.  And that cannot

15       happen.  So you'll see in our comments

16       our justifications for this, we've

17       submitted a lengthy letter to that point

18       explaining in greater detail our views

19       on that.

20          We do appreciate your being here to

21       hear our concerns.  And again, we feel

22       very strongly that GM should take prime

23       liability for all of Ley Creek not just

24       to the Route 11 bridge, but all of Ley

25       Creek and for their share of the
```

US0092

```
 1              Legislator Corbett

 2      liability of the Lake Bottom.  And we

 3      appreciate your reconsideration of this

 4      trust.  We fear that the properties of

 5      Lower Ley Creek and the Lake Bottom not

 6      being included in this list will bar us

 7      from the major proceeds of the

 8      Environmental Trust and that the

 9      unsecured claims, as you know, $40

10      billion will leave us very short of the

11      funds needed to remediate these

12      properties.  Thank you for your time.

13          MR. CASEY:  The next speaker is Jim

14      Corbett.

15          LEGISLATOR JIM CORBETT:  Thank you,

16      again, Jim Corbett, I'm the Chairman of

17      the Environmental Protection Committee

18      for Onondaga County and a County

19      Legislator.  I'm also involved on the

20      other side of the lake.  I represent the

21      area that has the wastebeds and all the

22      remediation of another responsible party

23      on this side of the lake.

24          So the facts are that from the 1950s

25      to 1990s, GM discharged PCBs into Ley
```

US0093

1                    Legislator Corbett

2       Creek.  In '85 GM entered into a Consent

3       with the DEC concerning Ley Creek and

4       its remediation.  Those are straight

5       facts.  GM acknowledged this and was

6       responsible for the entire length of the

7       Creek, right on to Onondaga Lake.

8           The current plan for the 8.5 million

9       to clean up only Upper Ley Creek to US

10      Route 11 is not acceptable.  More

11      dedicated clean up monies should be

12      available for the Lower Ley Creek.  I

13      won't go into a lot of the same

14      statements that have been made, I concur

15      with that.  But this clean up plan

16      should be redefined to include Ley Creek

17      from the Inland Fisher Guide all the way

18      down into Onondaga Lake.

19          Lower Ley Creek should not become a

20      liability for the citizens of Onondaga

21      County.  We've been very responsible

22      with Onondaga Lake trying to get it back

23      to where it was at one time and

24      acknowledging what we have to do.  What

25      happened along Ley Creek was not our

US0094

59

```
1                    Glance
2        responsibility, and the citizens of
3        Onondaga County should not be held
4        responsible and have to pay for this.
5        Thank you very much.
6            MR. CASEY:  Thank you.  The next
7        speaker is Doreth Glance.
8            DORETH GLANCE:  Hello, my name is
9        Doreth Glance, I'm the Executive Program
10       Director with Citizens Campaign for the
11       Environment.  We represent over 80,000
12       members throughout New York and
13       Connecticut.  We advocate solutions and
14       empower communities to achieve those
15       solutions.
16           I live here in Syracuse, I also
17       Chair the Onondaga Lake Bottom Community
18       Participation Working Group.  And one of
19       the things that our community has worked
20       very hard is to clean up Onondaga Lake
21       from both using the Clean Water Act as
22       well as Superfund to restore this
23       amazing urban waterway and it's one lake
24       with lots of sites.
25           And all of the sub sites that you
```

US0095

60

1                          Glance

2          named that are specifically part of the

3          Settlement and could potentially receive

4          funding when we get to a point in the

5          future, are incredibly critical.  And I

6          want to speak specifically to Lower Ley

7          Creek, which has been spoken about

8          previously.

9              This, the arbitrary line at the

10         bridge to make that demarcation as we

11         aren't going to clean up as the way the

12         direction of the water flows is asinine.

13         This is flowing into the lake.  We have

14         some very key milestones and time lines

15         that Onondaga, the Onondaga Lake

16         Remediation Project have to move forward

17         on.  We're set to begin dredging in 2012

18         in the Lake Bottom to remove the

19         contamination.  And all of the upland

20         sites, which include GM's responsibility

21         need to fit within, we need to be able

22         to remediate that prior to the dredging

23         the Lake Bottom, otherwise what's the

24         point?  We're just going to be removing

25         materials and then there is going to be

61

1                    Glance

2      more pollution that's coming in. It

3      makes no sense.

4          And I think it's very important, I

5      was very pleased with the briefing that

6      you gave, thank you so much because I do

7      not follow Bankruptcy Law, so I learned

8      a whole lot.  And I was vary pleased

9      that this can be amended.  And I think

10     it's very important that you, what you

11     hear from our community tonight is that

12     we want you to go back and really look

13     at is this enough money?

14         Because everything that we've

15     learned is that once you start cleaning

16     up pollution you're going to find more.

17     And its usually going to cost you more

18     than what you originally anticipated.  I

19     think the Cushion Fund is a very good

20     idea.  I'm very concerned about the

21     equal distribution of how that's going

22     to happen depending on the time frames

23     of other people's, of other communities

24     contamination that GM is responsible

25     for.  But I think if you look at the,

US0097

62

1               Glance

2          you know, the specific site that you

3          named as well as the Lower Ley Creek --

4          I'm sorry Upper Ley Creek and the

5          dredging sites, and just add the

6          flexibility so that we can use the

7          resources from the Environmental Trust

8          to go and clean up the Lower Ley Creek

9          because the water flows under the bridge

10         and so does the pollution.  The only

11         thing that would, that is completely

12         artificial and arbitrary to say is that

13         that contamination doesn't continue to

14         go downstream and feed into Onondaga

15         Lake.

16             And so I just am hopeful and I love

17         the concept that the fact that we're

18         going to be able to have the dollars

19         here locally to be able to use the Trust

20         Funds.  And we need to understand what

21         the entire problem of this very

22         complicated legacy of industrial

23         pollution around Onondaga Lake is and be

24         able to use those dollars wisely to make

25         sure that we have the maximum benefit.

US0098

63

1                    Glance

2        I think it's very important that the

3    public is going to be engaged in what

4    the future use of these properties will

5    be.  Lower Ley Creek and Upper Ley Creek

6    and going underneath the bridge can be a

7    very beautiful recreational opportunity.

8    And we just want to make sure that there

9    is a clear opportunity for the public to

10   remain engaged throughout this entire

11   process as well.

12       But the most important thing, and

13   I'm very pleased that you came to

14   Syracuse today, is that we're able to

15   use these dollars wisely and we're able

16   to clean up the entirety of Ley Creek,

17   the key tributary to Onondaga Lake and

18   help support the overall remediation and

19   clean up of Onondaga Lake.  So thank you

20   very much.

21       MR. CASEY:  Thank you very much.

22   The next speaker is, might not get this

23   right.  Robert Lilka.

24       ROBERT GILKA:  Gilka. Your colleague

25   will know, that's a German name that's

US0099

64

1          Gilka (Assy Magnarelli)

2     misspelled.  G-I-L-K-A, as Natalie would

3     know.  My name is Jeff Gilka, I run a

4     small assembly program office here in

5     Syracuse and for my 21 years with the

6     Assembly for reasons I've never fully

7     understood the lake has been in my

8     portfolio beginning with the original

9     Consent Judgment.

10         More importantly, I'm providing

11     comments from Assemblyman William B.

12     Magnarelli, who is a local Legislator of

13     ten years standing.  And I will now read

14     those comments, but only in pertinent

15     part because I've submitted them

16     previously.

17         I have read and am in substantial

18     agreement with the comments submitted by

19     the County of Onondaga on November 24,

20     2010.  Writing as an Assembly member who

21     has legal training, I commend the County

22     for its well argued plea on the merits

23     and facts and the compelling call for

24     justice as fairness.

25         There can be little doubt that the

US0100

```
 1           Gilka (Assy Magnarelli)

 2      proposed Settlement favors the party

 3      with superior advantage, GM, and tacitly

 4      marks those of lesser advantage, the

 5      taxpayers of my Assembly District in

 6      Onondaga County with the responsibility

 7      for remedying, if you will, a mess not

 8      of their making.

 9           I understand and am somewhat

10      sympathetic of the vagaries of the

11      manufacturing marketplace and even of

12      the shortsighted decision-making of GM's

13      management and R&D principles.  Many

14      Onondaga County residents will recall

15      their shock at the closure of GM Inland

16      Fisher Guide and their Massena facility.

17      In my opinion that is enough of a legacy

18      without GM being allowed under cover of

19      bankruptcy, and enabled by immense

20      taxpayer support, to abrogate its clear

21      responsibilities under CERCLA and RCRA.

22           This region has supported GM quite

23      enough.  As former GM workers and as

24      taxpayers underwriting the automotive

25      bailout and CERCLA and RCRA were never
```

US0101

1           Gilka (Assy Magnarelli)

2      intended as shields.  I would hope that

3      the Department in the Environmental

4      Protection Agency in the context of a

5      negotiated national settlement will not

6      lose site of these local interests,

7      which in this instance are represented

8      not only by several valued local

9      employers but especially by the County

10     of Onondaga and the Town of Salina.

11        The Settlement as proposed leaves

12     such entities in fiscal jeopardy and at

13     a time of great economic crisis.  In

14     particular, to link Salina and this

15     County to the known purveyor of PCB

16     contamination relies on linkages that,

17     however legitimized under a broad

18     reading of CERCLA and RCRA, and the

19     Bankruptcy Law, are at best tenuous when

20     they are not entirely observed.

21        As is well known to the Department

22     of Justice and the EPA, Onondaga County

23     has made great and even heroic strides

24     towards Onondaga Lake wastewater

25     management remediation, and in

US0102

1          Gilka (Assy Magnarelli)

2      partnership with Honeywell and others is

3      addressing many of the issues created by

4      industrial residuals.  These efforts

5      have been made possible by federal and

6      state and local resources and of course

7      commitments from various successor

8      companies.  All of these resources are

9      precious and all of these resources are

10     stressed.

11          The current proposed Settlement, at

12     least in my opinion creates the specter

13     of an ever lasting open ended project

14     wherein the government may always feel

15     free to require just one more thing.

16          I respectfully request favorable

17     consideration of an amended Settlement

18     Agreement that does not leave Onondaga

19     County taxpayers liable for what is

20     clearly and completely a corporate

21     environmental responsibility.  Very

22     truly yours, William B. Magnarelli.

23          MR. CASEY:  Thank you, Robert.  All

24     right, the next speaker is Lindsay Speer.

25          LINDSAY SPEER:  Thank you.  I want

US0103

68

```
 1                    Speer
 2        to thank everyone for coming out tonight
 3        especially our neighbors from up north,
 4        thank you for traveling from Akwesasne
 5        and speaking your truth.  I want to say
 6        that on my side of the two row wampum
 7        and ask that my government listen to
 8        what they have to say.
 9            I'm standing here tonight, a lot of
10        you know me with different hats on, I'm
11        standing here tonight only as myself.  I
12        have a degree in natural resources from
13        Cornell University, but it doesn't take
14        a college degree to understand that
15        pollution flows downstream.  Water flows
16        downstream and carries pollution with
17        it.
18            To limit GM's liability only to the
19        upstream areas means that the other
20        identified potentially responsible
21        parties, unfortunately including the
22        Town of Salina and Onondaga County will
23        be left to deal with the pollution.
24        This is my community and that's not
25        fair.  And that being said, not only do
```

1                       Speer

2          to boundaries need to expand but so does

3          the amount of money allocated.

4               My understanding that this

5          Settlement is the result of bankruptcy

6          proceedings and bailout of GM.  GM

7          continues to exist, free of the shackles

8          of its environmental liabilities at a

9          cost of the people's and the communities

10         it has affected financially and

11         medically.  GM reported $2 billion

12         profit in the third quarter of this

13         year.

14              There is something profoundly wrong

15         with our legal and economic system when

16         a corporation can come into a community,

17         pollute it badly over a number of years,

18         earn a significant profit off that

19         pollution and then disappear and leave

20         the people with the bill for cleaning it

21         up, not to mention the health effects on

22         the community.

23              We are here on the shores of

24         Onondaga Lake at the heart of the

25         Haudenosaunee Confederacy.  Over a

US0105

1                          Speer

2        thousand years ago the peacemakers

3        brought together five nations on the

4        shores of this very lake, established a

5        Confederacy that some hundred years

6        later inspired the Founding Fathers of

7        the United States to form their own

8        Confederacy of States.

9            The lessons of the Haudenosaunee

10       that our government seems to fail to

11       incorporate is the concept of natural

12       law, and the right of the water, the

13       plants, the creatures, not just humans

14       to be healthy.  And to make decisions of

15       seven generations yet to come.

16           Somewhere in these proceedings of

17       the federal law something has gone badly

18       wrong and GM has been let off the hook.

19       Many of us understand the inherent right

20       of nature to exist and to be healthy.

21       That concept does not seem to be written

22       into our laws, and as a result we have a

23       government unable to hold polluters

24       fully accountable.

25           The entire Superfund program relies

71

1                        Speer

2          on risk assessment exposure and clean up

3          can look like putting a fence around the

4          site and keep away from the pollutants

5          as is the case of the Ley Creek dredge

6          spoil site.  And it appears that's going

7          to be maintained in perpetuity by the

8          money, small amount that's been given to

9          it.

10              Nowhere is this failure on the part

11         of our government to uphold natural law

12         more apparent or ironic than in this GM

13         case affecting Onondaga Lake as well as

14         Akwesasne.  And because of this the

15         Haudenosaunee suffer and so do the

16         people in Salina and Syracuse.  Perhaps

17         the time has come to change the way of

18         doing things.

19              Under Superfund the federal

20         government is required to consider the

21         health and environmental concerns unique

22         to the Native American populations and

23         resource both on and off their territory.

24         It does not seem like this has been

25         adequately done.

US0107

72

```
1                    Speer

2           Earlier this year the Onondaga

3      Nation published a booklet communicating

4      their vision of the future of Onondaga

5      Lake.  I would like to read three

6      different quotes.  The first is, "The

7      land needs to be healed in order for the

8      lake to be healed."

9           The second states that in the future

10     "Contamination of the land will no

11     longer pollute the groundwater that

12     flows into the Lake, because the wounds

13     of Mother Earth will be cleaned out so

14     that she can heal.  Contaminated soils

15     will be cleaned to the point that the

16     full and proper relationship with the

17     land by people, plant and animals may be

18     resumed again.  Groundwater will flow

19     clean.

20          The waters of the Lake will be

21     restored.  People will drink the water

22     and everyone, especially children, will

23     swim and play in the Lake.  The waters

24     of the Lake will be reconnected with

25     surrounding wetlands, and the wetlands
```

US0108

73

1                    Speer

2        themselves will be restored."

3            The third quote states, "We will

4        work to restore native fish to Onondaga

5        Lake and its tributaries.  The fish will

6        be safe to eat in quantities that

7        sustain life and the Onondaga lifeway."

8            The federal government, my federal

9        government has an obligation to consider

10       this information.  And I strongly

11       suggest that the government listen to

12       the words of Haudenosaunee, particularly

13       Mohawk and the Onondaga Nations in this

14       case and hold GM fully accountable.  I'm

15       not a lawyer and I don't know how to

16       undo this, the happenings of the last

17       few years, and hold the new GM

18       accountable for its legacy.  I ask that

19       you do that for all of our communities.

20           MR. CASEY:  Thank you.  The next

21       speaker was confused with Robert but

22       it's Les Montgomery.  If I said that

23       right, I hope.

24           LES MONOSTORY:  My last name is

25       Monostory, Les Monostory.  I'm the

74

```
 1              Monostory

 2      Vice-President of the Central New York

 3      Chapter of the Izaak Walton League of

 4      America.  And my first comment is that

 5      the public notice about the GM liability

 6      was pretty sketchy.  I understand there

 7      is only two comments submitted that led

 8      to this hearing but nevertheless thank

 9      you for holding this hearing here.

10          I would probably have some written

11      comments prepared if I had known

12      previously about this entire event and

13      Settlement discussion.  But I do have

14      some comments to make here.  Our Izaak

15      Walton chapter has been involved for

16      just about 20 years now in monitoring

17      streams all around the County of

18      Onondaga.  We've worked primarily with

19      the school groups, but we've also worked

20      with adult volunteer teams that monitor

21      various streams and stream sections

22      throughout the county.

23          One of the sites that we had

24      monitored for probably the past 10 years

25      or so is a site on Ley Creek just west
```

US0110

75

```
 1                Monostory

 2        of the Route 11 bridge.  We've also done

 3        quite a bit of work on Bear Trap Creek,

 4        which is a western tributary of Ley

 5        Creek but not directly affected by this

 6        discussion although its indirectly

 7        affected because obviously fish and

 8        other organisms do swim up from Ley

 9        Creek into Bear Trap as well as the

10        other section, the eastern sections of

11        Ley Creek.

12           My point is that we've been

13        collecting data on macro invertebrates

14        and also the chemical and physical

15        parameters at this site just on the west

16        side of the Route 11 bridge, particular-

17        ly the biological monitoring that we're

18        doing is based on the presence of macro

19        invertebrates and different types of

20        macro invertebrates species.  And those

21        species give us an indication of water

22        quality conditions in the upper stream.

23        Primarily the type of micro-organisms

24        that we found are indicators of polluted

25        conditions or at least moderately
```

US0111

1                    Monostory

2          polluted conditions in Ley Creek.

3              I am a, not a scientist per se but

4          I've got pretty good science background

5          and just about 20 years worth of

6          experience in monitoring streams.  And I

7          can tell you that the monitoring that

8          we're doing just below the Route 11

9          bridge gives us a clear indication of

10         affects on aquatic life and also the

11         chemical parameters.  We don't measure

12         PCBs but we measure other chemical

13         parameters that again, indicate what

14         quality conditions at that site.

15             And we are well aware that anything

16         that we measure in our site is a very

17         strong indicator of influence as coming

18         down from Upper Ley Creek.

19             And one of my questions to the EPA

20         and whoever it is that makes this

21         decision about cutting off the liability

22         at this Route 11 bridge is, did anyone

23         ever study the impacts of PCBs in the

24         entire Ley Creek system?  All the way

25         down to Onondaga Lake, which also has

US0112

```
 1                    Davis

 2         been affected by those PCBs.  Thank you.

 3              MR. CASEY:  Thank you very much.

 4         Les, how do you spell your last name.

 5              LES MONOSTORY:  M-O-N-O-S-T-O-R-Y.

 6              MR. CASEY:  I don't think I'll get

 7         this one wrong, Jeff Davis.

 8              JEFF DAVIS:  Again, Jeff Davis, I'm

 9         an attorney with Hiscock and Barclay

10         here in Syracuse, thank you again for

11         coming out in the snow and enjoying our

12         weather.  I'm actually here representing

13         a collective group.  They are the

14         quote-unquote other PRP's that you

15         mentioned here tonight, Onondaga County

16         and the Town of Salina:  Carrier

17         Corporation, Oberdorfer, Syracuse China,

18         Crouse Hinds and our client, National

19         Grid.  All of whom, along with Onondaga

20         County and the Town of Salina received

21         notice letters from the EPA relating to

22         Lower Ley Creek.  GM did receive a

23         notice letter related to Lower Ley

24         Creek, but as we know they're not going

25         to be participating in the clean up.
```

US0113

78

1                      Davis

2          It's troubling because of the

3      arbitrary line we talked a lot about

4      tonight Route 11.  In the drawing of

5      that line everybody has spoken about

6      this evening, everything does flow, yes,

7      downstream.  It does flow downhill.  And

8      the PCBs that are connected with the

9      Inland Fisher Guide facility it is

10     documented those PCBs are the same PCBs

11     that EPA has found in the testing in

12     2009 and 2010 in Lower Ley Creek.

13         EPA has acknowledged in the sub site

14     designation form that predominant

15     contamination in Lower Ley Creek is

16     caused by GM.  Yet the seven entities

17     that are going to be left standing here,

18     the County, Town of Salina, and the

19     non-municipal entities I just mentioned

20     are going to be stuck footing the bill

21     for Lower Ley Creek.  And the costs

22     being thrown around are astronomical.

23         So I think the intent of the

24     Bankruptcy Code and the explanation that

25     was done tonight, which I thought was

US0114

1                    Davis

2          excellent, was probably the best one

3          I've had so far in my many dealings with

4          the GM Alex partners folks dealing on

5          the Proof of Claim side.  I think the

6          intent of the connected language and the

7          sites that are immediately adjacent to

8          those that are owned sites, Lower Ley

9          Creek and Ley Creek itself is connected.

10         You can't draw an arbitrary line at

11         Route 11.  I understand that it is not

12         under an order, but the intent of the

13         language such is that that contamination

14         that is flowing downstream it is GM

15         related, needs to be cleaned up.  And GM

16         and the Fund should provide a source to

17         do that.  Thank you.

18              MR. CASEY:  Thank you, Jeff.  Okay,

19         I'm going ask you to pronounce your name

20         and spell it for the court reporter.

21              MR. KANIATAKERON:  It's spelled

22         K-A-N-I-A-T-A-K-E-R-O-N.  (At first

23         spoke his Native American language).

24         I'll translate.  I'm here officially by

25         the first law of the land, the Bear Clan

US0115

80

1                    Kaniatakeron

2          mother, she has put the words in this

3          wampum which you've touched which makes

4          you officially part of the happenings

5          here.  She has commanded me to inform

6          you that this document that is being

7          presented to all the parties involved is

8          not acceptable.  And we are of the

9          Onkwehonwe tribe.  We do not have a

10         contract with the United States.  We

11         don't have a compact.  We don't have an

12         accord.  We don't have a treaty.  We are

13         of the Onkwehonwe signatory tribe.

14             We are not part of the St. Regis

15         Indian Tribal Council, which is a

16         corporation that seeks protection under

17         New York State.  New York State protect

18         or brought them up and created them.  We

19         are day and night in our way of

20         thinking, though we have similar common

21         ground.  Should they go in the direction

22         and go in this way let it be known they

23         do not speak for us.  We are the

24         ancestors, we follow the Great Law.

25         These are canes of authority.  This is

US0116

81

1                    Kaniatakeron

2          our constitution.  They are forbidden to

3          grab ahold of what the Council at home,

4          meaning the Council has grabbed ahold

5          of, which is a creation under McKinley's

6          law.  That is not acceptable to us.

7          This is our law, this is our

8          constitution.  To recite this would take

9          four days.

10             I know that it's come a long ways

11         but you need to go back and tell Obama

12         that we are international.  We are the

13         first law of the land.  We are over the

14         United States.  We are over New York by

15         way of our clan mother.  Triable customs

16         and usage, it's worldwide it's

17         international.  The language I spoke is

18         the first law of the land, international.

19             We allowed you Europeans to come

20         here and stay on this land.  We hold

21         underlying title to the land.  We never

22         surrendered it.  Any treaty that was

23         made by any Indians out there is not

24         legal because it was not sanctioned by

25         or signed by the clan mother.  I am not

US0117

82

```
 1                    Kaniatakeron

 2         part of the 567 nations nor am I part of

 3         the band counsel in Canada, nor part of

 4         the Triable Council that you mention in

 5         here in your contract.

 6             We are adjacent to the General

 7         Motors property.  What we have to

 8         present to you and share with you is the

 9         truth.  And the truth will turn over

10         your law and it will turn over the facts

11         that hold up your law.

12             I will first talk of the domestic

13         law which you are under, United States

14         and New York State.  You are in

15         violation of the Articles of

16         Confederation 2, 6 and 9.  I strongly

17         suggest you go back, you look up 2, 6

18         and 9 when it comes to your own law.

19         You will find from the Mohawk River all

20         the way to Niagara Falls north it's

21         still intact.  Still.

22             If you are an Indian and you are of

23         the right character and you do not

24         belong to the corporation of the United

25         States by way of a created Tribal
```

83

1                    Kaniatakeron

2          Council under New York State you have

3          that right.  It is a birth right.  This

4          is myself, I am the head man, H-E-A-D

5          man, head man.  I come here charged from

6          the clan mother, the Bear Clan mother

7          who has instructed me to inform you that

8          General Motors has done a great

9          injustice to the human kind.  Total

10         disregard for human life.  They need to

11         be held responsible.  Obama needs to

12         discipline them.  New York needs to

13         discipline them.  Letting them off the

14         hook by way of this Chapter 11 is

15         unacceptable.  You are charged, from me

16         to you, I command that you go back and

17         you tell your leaders, your superiors,

18         we are the first law of the land.  We

19         never surrendered.  It's still ours.  We

20         are stewards, we take care of the land,

21         the water, the air, no ifs ands or buts.

22         It is charged in us by a Divine Law.

23         The same entity that gave us the

24         constitution is a Divine Law.  Your

25         constitution was taken from this.  But

US0119

84

1                    Kaniatakeron

2    they took out what I had told you

3    earlier, they took out the main

4    ingredient, they took away the power

5    from the people and they put it in a

6    select few to make decisions, and this

7    is where I see this corporation

8    weaseling out.

9        I am not here alone.  We did a

10   ceremony this morning.  We called upon

11   the four directions.  We called upon the

12   spirits that were here before.  We asked

13   for their assistance in making this

14   right.  Because the way we see it it is

15   wrong.  It's a band-aid solution,

16   especially where I come from.  And from

17   what I understand here it's just as bad.

18   They propose to leave the cap there.

19   They propose to leave the PCBs there,

20   mercury and anything else that they

21   threw adjacent to our land that we take

22   care of.

23       It's only a hundred feet from where

24   we put our gardens.  When I was a child

25   growing up unbeknownst to us they were

US0120

85

1                    Kaniatakeron

2          on the high ground and now that poison

3          is coming down, we're eating it.  My

4          scars on my face will tell a story.  The

5          pain and suffering that GM, I hold

6          responsible.  I had to go to school like

7          that.  They have a license to kill

8          issued by New York State who also

9          defrauded our people.

10             The United States meaning Obama is

11         responsible for his children.  And he

12         needs to discipline them all the way

13         from where he sits all the way down, and

14         the power behind the throne, behind him,

15         his advisers.  If they think for a

16         moment that they will escape this they

17         are sadly mistaken.  For the ceremony

18         that we put through this morning they

19         will be advised by the spirits.  Whether

20         it be by an odor that they know, they're

21         familiar with, of a person that has

22         passed this world, whether it be a

23         touch, whether it be by any other means

24         of the unnatural world to have done,

25         they're here to assist us.  They will.

US0121

1              Kaniatakeron

2          Make right this wrong.  I see it as

3      a wrong.  And I do not share that alone.

4      As with these other people do not see

5      this as a right, as I witness now.  You

6      need to go back and give the command

7      from the first law.  I gave it to you,

8      that General Motors needs to be

9      disciplined.  They need to make right

10     what they -- they need to make, how do I

11     say that, correct the wrongs they did.

12     I'm not schooled in your procedures but

13     I know the difference between right and

14     wrong.  And from what I understand and

15     what has happened here and from where I

16     come from, definitely wrong.

17         And what burns me, they still got

18     Chevrolet riding down the road, the

19     emblem, still Chevrolet.  That's not

20     right.  If they're bankrupt they're

21     bankrupt.  They're finished.  But they

22     got bailed out 50 billion I understand

23     from the United States.  Payable by I

24     guess the taxpayers.  That's not right.

25     They didn't do wrong.

US0122

1               Kaniatakeron

2          It's the elites I'm talking of.

3     Those people need to be brought down to

4     earth.  Those people need to be

5     disciplined.  And that is the command

6     from the first law of the land, the

7     woman, Divine Law that I carry her voice

8     through here, you touched this.  You

9     will perhaps experience something if

10    you're allowed.  If you're spiritually

11    connected you will witness perhaps going

12    down the road, look in your rearview

13    mirror, somebody will be there.  You

14    move around to look they're gone.  It

15    may be a relative.  They're not there to

16    harm you, they're there to let you know

17    it is so, it is true.  Do what is right.

18    It is real.

19         If you believe in the God, if you

20    believe in a higher power believe what I

21    say to be true.  Because it is already

22    acting.  You look outside, they're here,

23    they're in this room.  You may not see

24    them but you may feel them.  You may

25    smell them.  It goes on and on.  So with

US0123

88

1                    Kaniatakeron

2        that I leave you.  Heed my words.  I've

3        done the best I could to bring the words

4        from my clan mother to you.  We have the

5        right to exercise tribal customs and

6        usage, which we are.  And remember one

7        thing, I am not part of the corporation.

8        I don't have a social security, I am

9        alive.  My heart pumps blood and air to

10       my brain.  I'm here.  I'm not an

11       illusion.  Look up the Articles of

12       Confederation of New York State.

13       They're not here legally it's an

14       illusion.  I've already proven it twice.

15       You will be the third.

16            You will find out the truth and the

17       truth will knock down the facts and the

18       lies that you follow.  New York allowed

19       General Motors to put their plant there,

20       no regard for human life.  They issued a

21       license saying they owned that property,

22       a deed.  It's fraud.  You'll find that

23       out in Articles 2, 6 and 9.  And then we

24       will have to sit down again and find out

25       what the remedy can be.  Because as I'm

US0124

1                    Kaniatakeron

2          here my people are still dying.  Their

3          people are still dying.  Whether it be

4          by cancer, lungs.  And where are the

5          executives of General Motors?  What are

6          they doing?  They live in the most

7          protected land in the United States.  No

8          pollution where they come from, where

9          they live.  That has to stop.  And it

10         will stop.  And the spirits will see to

11         it that they will be stopped one way or

12         the other.

13              We hope that they'll grab onto the

14         peace we offer because it is peace on

15         earth and respect we live by.  And it

16         was my duty to inform you so you can

17         inform them that it has begun effective

18         now.  And they should do the right thing

19         or their lives will change forever and

20         it won't be nice.  That's just the way

21         natural law is.  We have the ability to

22         ask for that and we did.  We are part of

23         nature and we live with nature and we

24         respect nature.

25              And the document you speak of we'll

US0125

1                    Kakwerais

2          never accept because it ain't right.

3          It's a band-aid solution as to what

4          they're offering where I come from.  To

5          leave that there, a hundred feet from

6          where we live.  So that's about it.

7          Take that back and give that back to

8          Obama.  I hold Obama responsible and the

9          power behind him to correct the wrongs

10         that were done.  Thank you.

11             MR. CASEY:  Thank you very much.

12             MS. KAKWERAIS:  K-A-K-W-E-R-A-I-S.

13         All I'd like to say is that everybody in

14         this room has a mother and a father.

15         And when you were being brought up your

16         mother and father taught you things.

17         Number one, I'm sure they taught you to

18         be honest, to always do what's right.

19         And how did they do that?  By example.

20         But what has happened here is those

21         words that you were taught as children

22         somehow is lost because people make

23         laws, like what they're talking about,

24         Chapter 11.

25             General Motors isn't the first party

US0126

1               Kakwerais

2        that used that.  Chemtra, Monsanto,

3        Hooker, I could go on and on.  They

4        forgot what their parents taught them.

5        That was to be honest and to do what's

6        right.  So because of that companies

7        like General Motors, because they don't

8        even follow their own law, they don't

9        follow the law.  Because if I went and

10       get 22 million cubic square yards of

11       PCBs and dumped it in your yard I'd

12       probably be indicted by the United

13       States criminally.

14            So it's real simple.  She talked

15       about Chapter 11.  Well, General Motors

16       shouldn't be afforded the right to

17       declare bankruptcy and use the laws of

18       the United States to get away with what

19       they've done.  I thought that the laws

20       that the United States made were to

21       protect their people, to make sure that

22       no harm comes to them.  But it seems

23       that these papers that they talk about,

24       if you go to their site, 8,441 documents

25       have been filed in regard to this

US0127

1                    Kakwerais

2          bankruptcy.  For them not to address

3          what they really have done.  89

4          properties in the United States is what

5          they're talking about.  Like what you

6          said about a line.  You think the poison

7          stops at Route 11?  I don't know where

8          this is where you're talking about, but

9          the PCBs don't stop at that bridge.

10         They don't stop there and say okay,

11         we've got to stop.  No.

12              A person that has a mind, they might

13         not have a doctorate in environmental

14         sciences, they might not be a lawyer,

15         but they have common sense.  And what is

16         missing is the common sense that these

17         people like General Motors don't use.

18         They use all these laws to their benefit

19         to get away with murder.  That's what

20         they've done.  And then we give them a

21         bonus.  We give them a bonus.  We give

22         them extra money.  Here, get back on

23         your feet.

24              And all the toxics things that

25         they've done they're allowed to get away

US0128

93

1                    Kakwerais

2        with it.  And that is not right.

3        Because the PCBs last thousands of

4        years.  The remagnification process of

5        that poison continues.  And so as

6        responsible people like what your

7        parents taught you when you were growing

8        up, did they tell you use all these laws

9        to your benefit, make sure you're never

10        responsible for things that you do?

11        Write all kinds of papers up, destroy

12        the earth, go into communities, pollute

13        their land, poison their rivers, disrupt

14        the DNA.  And cover it up with papers.

15             Is that what they taught you?  Is

16        that what you learned in law school?

17        Was not to deal with what the heart of

18        the issue is?  Is the fact that

19        corporations and people went and did

20        these terrible things to the earth.  I

21        think it's an injustice with what has

22        happened.  It's an injustice.

23             One man spoke about the test that

24        they did.  Well, do you know in our

25        community what we're known for?  The

US0129

1                          Kakwerais

2           most toxic tomato on earth.  The most

3           toxic Indian tobacco.  The turtles are

4           not even born yet.  They're in their

5           clutch.  And they're so toxic that when

6           the scientists went to check how much

7           poison they had on them they had to

8           dispose of them to a secured facility.

9               Now what's the difference between

10          that scientist and General Motors?

11          What's the difference?  The difference

12          is is when you take laws and stuff and

13          you twist it and turn it to suit you, to

14          get away with something.  And that's

15          what the $783 million settlement is all

16          about.  It's about being irresponsible

17          for the damage that they've done right

18          across this country.  But I guess maybe

19          that's the principle, maybe that's the

20          principle, maybe I have it wrong.  Maybe

21          that's the principle that the United

22          States wants the world to know.  Poison

23          the land, poison the people, destroy

24          everything, and then file Chapter 11.

25              But before you do that what we'll do

US0130

1              Kakwerais

2       is we'll give you all this extra money

3       and you can make a new company.  And

4       then we'll make all the citizens pay for

5       it.  I think that's wrong.  And I don't

6       think that's what most parents, mothers

7       and fathers taught their children.  I

8       believe that mothers and fathers taught

9       their children to do what's right.  To

10      do what's right.

11          And one of the concepts that we have

12      a difference on, as Onkwehonwe people is

13      that we look at the earth as our mother.

14      Some people might think oh, those people

15      they always say that.  But it is.  She's

16      a life giver.  Because if she stopped

17      working and giving life for one day you

18      people would be in trouble.  And I

19      believe she deserves the respect that

20      all that she's given, all that she's

21      given to the people in this country she

22      deserves respect.  And if it was your

23      mother and she was all full off poison

24      would you say keep it there?  Cover it

25      up?  Is that the decision you'd make?

US0131

96

1                          Kakwerais

2          And that's the part where you have to

3          search inside.  And you have to do

4          what's right.  And what they're doing is

5          wrong.

6              And where is all the people that are

7          impacted?  Where is all those people?

8          General Motors is fully aware, they know

9          what they did.  But they, as they said

10         they got rid of their toxic assets.

11         That's right.  And the responsibility.

12         $783 million isn't going to do it.  It's

13         not going to do what's right.  So maybe

14         what we should do is we should tell all

15         our people to do what's not right.  Is

16         that that what the message should be?

17         Should we go out there and tell all our

18         people don't do what's right, do like

19         General Motors.

20             Go out there, rape, pillage, and

21         destroy the earth.  And then the United

22         States is going to give you a pass.  Is

23         that the principle?  Is that the legacy

24         that we want?  Because PCBs doesn't

25         distinguish.  It doesn't say I'm going

US0132

1                    Kakwerais

2          to go after you and I'm not going to go

3          after you.  It doesn't do that.  It goes

4          after everyone.  And it destroys them.

5          It affects their ability.

6              The Michigan fish study.  They

7          concluded a study of people around Lake

8          Michigan because they were concerned

9          about the PCBs.  Why?  The United States

10         made a law banning their use.  Because

11         they were so bad they made a law.  So

12         what happened after that?  Even though

13         they made a law and said you can't use

14         it no more because it's so bad it has

15         already impacted a lot of people.  And

16         it affects the cognitive abilities of

17         our children, that what they could

18         ascertain in life will be changed once

19         they're exposed to that.

20             So I don't believe that people that

21         did those kind of terrible things should

22         be afforded a pass under Chapter 11 and

23         not made to take responsibility for what

24         they've done.  And I'm sure whether it's

25         Akwesasne, Salina, Kentucky, Missouri,

US0133

98

1                    Kakwerais

2          Michigan, they did the same thing.  They

3          did the same thing.  And for that I

4          don't think that we should agree or that

5          the United States should agree that they

6          should be given a blessing for all what

7          they've done.  It's not right.

8               People in general are having hard-

9          ships across this country.  People are

10         getting thrown out of their houses and

11         thrown into the streets.  Some people

12         don't have a job.  They worked for 30

13         years for a company.  They don't have

14         anything.  Is anybody running to help

15         them?  Is anybody putting their hand out

16         and grabbing them and saying, lifting

17         them up and saying, I'll help you?  I'll

18         try to help get you a job.  Those is how

19         we have to look at it.

20              What is the difference between the

21         regular person in this country and

22         General Motors?  There is no difference.

23         But to the United States I believe there

24         is a difference.  They view them very

25         differently.  And I think it's wrong,

US0134

99

1                    Kakwerais

2           it's very wrong all those papers.  How

3           much money did they spend on that?  And

4           they never went and talked to the people

5           that are adversely affected.  So what

6           I'm saying is that if people have, were

7           brought up, brought into this world by a

8           man and a woman, which is your mother

9           and father, they told you to do what's

10          right.  And those are principles that I

11          think should be followed.

12              And General Motors should be not

13          allowed to do what they've done.  And be

14          given a bonus at that.  Because we have

15          to look at it way ahead.  Just like I'm

16          sure your parents, your mother and

17          father, I'm sure they wanted to see

18          seven generations of your family.  Well,

19          that's how we were taught.  That what

20          actions we do today that we have to look

21          seven generations ahead, that it's not

22          going to harm them.

23              But people like General Motors and

24          Monsanto and all these companies they

25          didn't look seven seconds ahead.

US0135