addition, a Class I wetland (SYE-6) and a Class II wetland (SYW-II) are located approximately 1 mile east and southwest, respectively (Ref. 27).

Presently, there are rolling hills on site and the elevation is similar to the surrounding terrain. The site is about 10 to 15 feet higher in elevation than Ley Creek.

A drainage ditch drains surface water from the site through a covered 48-inch culvert pipe south to Ley Creek. This was constructed as part of the final closure operations in 1981 and 1982, to restore proper water flow after refuse landfilling impaired or blocked the site's original drainageways.

In general, there is a grassy cover, but small piles of debris and dirt fill on the banks of the drainage ditch lack adequate grass cover. Clusters of tall, reedy wetlands vegetation were present in numerous areas on site, including an area on top of a graded hill, and in a dry elongated depression running east-west on the south section of the site. During E & E's site inspection on May 2, 1991 a leachate outbreak was noted near Ley Creek's bank on the landfill side (see Figure 1-2). Ley Creek is a Class D stream in the segment from Onondaga Lake to the sewage treatment plant's outfall just downstream of the Salina Town Landfill. From the outfall upstream to South Branch (including the section adjacent to the site), Ley Creek is a Class B stream, with no drinking water use (Ref. 33). There are approximately eight permitted dischargers into Ley Creek, with permits limiting freon extractable oil, treated wastewater, suspended solids, nitrogenous compounds, biological oxygen demand, and heavy metals (Ref. 9). Onondaga Lake, located approximately 1 mile southwest of the site, is not utilized as a drinking water source, and has had a history of serious industrial pollution (Refs. 9, 10).

A rare plant, the cornel-leaved aster (Aster infirmus), was observed within 1 mile of the Salina Town Landfill in 1949 (Ref. 28). This plant may still be present in the vicinity, if suitable habitat exists. However, since this plant grows in dry woods and slopes in inland areas, and the Salina Town

US0186

Landfill site is in a characteristically wet open area, it is unlikely that this plant would grow on site or nearby (Ref. 35).

A series of powerlines, sewer lines, and a pipeline predate the landfill; filling operations have historically occurred below and above these utility installations. Six elevated manholes were observed during the E & E site inspection on May 2, 1991.

The landfill is located in an industrial area, and there are several industrial plants and waste disposal areas in the vicinity. The GM Fisher Guide plant is located approximately 3 miles upstream of the Salina Town Landfill, and the Ley Creek dredging spoils site is located approximately 2 miles upstream. A Syracuse city dump is located less than 1 mile downstream, and a waste disposal area is located approximately 1 mile south, adjacent to the Crouse Hinds Company at 7th North Street and Wolf Street (Ref. 29).

There are residential areas approximately 500 feet to the northeast, 4,100 feet to the west, and 5,600 feet to the north (Ref. 29).

## 4.3 SITE HYDROLOGY

The Salina Town Landfill is in the recharge area of the Tully aquifer, a shallow sand and gravel aquifer. The groundwater flow is south-southwest toward Ley Creek, and groundwater depths in the vicinity are reported to be as shallow as 1 foot from the ground surface (Ref. 29). Well-drilling logs from on-site drilling found groundwater at 4 feet (Ref. 6). There are no groundwater drinking wells within a 4-mile radius of the site (Ref. 29). Drinking water for Syracuse urban and suburban areas is obtained from Skaneateles Lake, Otisca Lake, and Lake Ontario (Ref. 31).

Bedrock in the vicinity of the Salina Town Landfill is Vernon shale of Silurian age. Vernon shale is the oldest unit of the Salina group, and is composed of a great wedge of bright red shale, with local lenticels of green shale, dolomite, sandstone, or gypsum. The highest beds of the Vernon shale are typically green, locally interbedded with a few thin shaley

02:3409-08/04/92-01
recycled paper

ecology and environment

US0187

dolomites. The Vernon shale is a maximum of 500 to 600 feet thick in the vicinity of Syracuse. Progressing westward, the highest red beds are found successively lower in the section (Ref. 30).

Soil on site is listed by the United States Department of Agriculture (USDA) Soil Conservation Service as "made land" (Ref. 32), and on-site well driller logs indicate a fine sand and silt soil is present (Ref. 6). The soil survey lists the soils surrounding the site as Carlisle muck, a deep, very poorly drained hydric soil formed in woody organic deposits in swampy depressions, mainly on the lake plains (Ref. 32).

## 4.4 CONTAMINATION ASSESSMENT

A documented 640 tons of paint sludge (EPA Waste Code D002) and 22 tons of waste paint thinner and reducer (EPA Waste Code F003) were disposed of at the Salina Town Landfill by GM Fisher Guide Division from 1952 to 1985 (Ref. 11). The amount of PCB-laden wastes (EPA Waste Code B001) taken from the GM Fisher Guide Division to the Salina Town Landfill is unknown, and the total amount of PCB wastes generated by this plant prior to Salina Town Landfill's close in 1975 is also unknown. Available estimates of the amount of generated PCB wastes sent to county landfills refer to the time period of 1979 to 1983, after the Salina Town Landfill site stopped accepting wastes. No estimates are available for the company's PCB-waste volume prior to 1979 (Refs. 14, 17).

A documented 4 cubic yards of flyash from the GM Fisher Guide Division were taken to the Salina Town Landfill in a limited, 1-week inventory period; the total volume of flyash deposited in the landfill is unknown. Flyash was generated at the Powerhouse from the combustion of coal in boilers used to produce steam. Analysis reports from the relevant time for the Salina Town Landfill no longer exist. A Flyash analysis report from 1986 showed the material to be nonhazardous.

US0188

Buffing sludge was generated as follows:

1. Until 1973, an activity at the plant was the fabrication of wheel discs and hubcaps. After the discs and hubcaps were formed in the press line and heat treated as required, they were buffed using cloth buffing wheels. A buffing compound was used during the process. The sludge was formed from the excess buffing compound which built up on and under the buffing units. The buffing wheels were made of cloth and as they wore down, the fibers became part of the sludge. In addition, some automatic buffing units had water wash centerspray units which scrubbed the exhaust air. Periodically, the water was drained and the remaining sludge was disposed of as buffing sludge.

2. Until 1971-72, the plant had a die-casting process. As with the wheel disc line, these parts were buffed in a similar manner and sludge generated.

3. For approximately two years around 1959, an extruding process was used for aluminum moldings which were also buffed creating a sludge.

No records have been found which note the types or makeup of the buffing compounds. Wheel discs and hubcaps were made of stainless steel, steel, and brass. Zinc was used in the die-casting process (Ref. 37).

In addition, foundry wastes from the Crouse Hinds plant were frequently accepted at the Salina Town Landfill (Ref. 15). Foundry sand may be considered a hazardous waste if it exhibits the characteristic of Ep toxicity.

The fill material used for daily cover and for landfill closure operations may have included PCB-contaminated soil, since some of the soil was obtained from the Ley Creek dredgings (Refs. 12, 13). Sewage sludge from the Ley Creek sewage treatment plant was used as cover on the landfill for at least a short time, ending in March 1970 (Ref. 18).

The environmental sampling history at the Salina Town Landfill site includes two soil and three surface water samples collected by NYSDEC on

02:3409-09/26/82-01
recycled paper

ecology and environment

US0189

March 20, 1986; one soil and one surface water sample collected on the same date by OCHD; five surface soil and three surface water and sediment samples, including upstream and downstream samples in Ley Creek, collected by EPA on July 1, 1986; one groundwater and seven subsurface soil samples collected by NYSDEC in May and June 1987; and one subsurface soil sample collected by Calocerinos & Spina Engineers, P.C. on May 22, 1987. See Figure 1-2 for sampling locations (Refs. 1, 4, 6, 7, 8, 9).

The samples collected in 1986 by NYSDEC and OCHD were analyzed only for PCBs. No PCBs were detected in any of the water samples, nor were any found in the OCHD soil sample collected from the drainage ditch at the northern border of the site (Ref 8). The soil/sediment samples collected from the south side of the landfill adjacent to Ley Creek contained PCBs (Aroclor-1242) at levels of 3.6 ppm (downstream) and 1.4 ppm (upstream) (Ref. 2). This may indicate some loading of PCBs is occurring from the landfill.

The five soil samples collected by EPA in 1986 were collected from the fill area; two surface water and sediment samples were collected from Ley Creek (upstream and downstream of the landfill); and a third surface water and sediment sample was collected from an on-site drainage ditch (Ref. 2). The results from this sampling effort were used in the NUS Corporation report for EPA (Ref. 1). Because there appeared to be no significant increase of contaminants in the downstream surface water and sediment sample compared to the upstream sample, no surface water release was documented in the NUS Corporation report. NUS Corporation found that soil at the landfill contained numerous polyaromatic hydrocarbons (PAHs), noting in the report that pyrene and fluoranthene were found in excess of 20 ppm. In addition, the analytical data showed levels of fluorene (up to 1,000 $\mu$g/kg), phenanthrene (up to 5,700 $\mu$g/kg), benzo(a)pyrene (up to 3,300 $\mu$g/kg), and acenaphthylene (up to 1,600 $\mu$g/kg). One sample had dibenzofuran at 2,300 $\mu$g/kg (Ref. 1). Lead (up to 251 mg/kg), cadmium (up

US0190

to 11.3 mg/kg), and magnesium (up to 21,390 mg/kg) were also detected at concentrations above the average ranges found in soils in the Eastern United States (Ref. 3). Some volatiles and pesticides were detected at low levels, and PCBs were not detected in any samples (Refs. 1, 2).

The samples collected by NYSDEC in May and June 1987 were concurrent with the Atlantic Testing Company's attempts to drill three monitoring wells on site. Only one well was completed, as drilling for the other two wells encountered wastes in the form of black oil and petroleum saturated soil. Groundwater analytical results for the completed well indicated the presence of volatiles and semivolatiles at trace levels, and the levels of iron (15,900 $\mu g/L$) and manganese (473 $\mu g/L$) were found to exceed New York State groundwater standards (Refs. 4, 5). No cyanide, pesticides, or PCBs were detected. Since the monitoring well sampled is upgradient of the landfill, and no downgradient counterpart samples were taken, these results are not representative of contamination on or resulting from the landfill.

Subsurface soil samples from the upgradient monitoring well (SW-1) location were analyzed and no dibenzofuran, pesticides, or PCBs were detected. At the abandoned well, SW-2, three samples were collected. The sample collected from 2 to 4 feet was analyzed for dibenzofuran, with traces (subpart per billion level) observed (Ref. 6). In the sample from 5 to 7 feet, PCBs were detected at 11 ppm (Aroclor-1242), and low levels of several semivolatile compounds were detected (Ref. 6). The sample from 7 to 10 feet contained the petroleum saturated soil/waste that was the reason for the hole abandonment. This sample contained PCBs at a concentration of 270 ppm (Aroclor-1242), traces of dibenzofuran, and semivolatiles at levels slightly higher than in the 5- to 7-foot sample (Ref. 6). Also, cadmium (29 mg/kg), chromium (4,060 mg/kg), nickel (1,490 mg/kg), and zinc (1,010 mg/kg) were found at elevated levels compared to the average range of concentrations in soils in the Eastern United States (Ref. 3).

US0191

At location SW-3, a sample collected from 2 to 4 feet was analyzed for pesticide/PCBs with none detected, and semivolatiles were present at low levels (Ref. 6). The sample containing the black oil waste material, collected from 10 to 12 feet, was analyzed for dibenzofuran (minute traces found) and for the hazardous substance list. PCBs were present at 4.9 ppm (Aroclor-1242) and low levels of a few volatiles were found. The concentration of cadmium (11 mg/kg) was found to be above the range of average cadmium concentrations in the Eastern United States (Ref. 3).

A soil/sediment sample was collected from SW-2 at the time of drilling by Calocerinos & Spina Engineers, P.C. and was sent to a different lab for analysis. This sample was collected from the 5- to 7-foot interval. Analysis detected Aroclor-1248 at a concentration of 74 mg/kg and cadmium at 3.4 mg/kg (Ref. 7).

During a site inspection and sampling by NUS Corporation on July 1, 1986, no readings above background levels were detected with an OVA and HNu.

During the E & E site inspection on May 2, 1991, no HNu or minirad readings were significantly above background levels. Some exposed debris (automobile parts, roofing shingles, scrap-wood pieces) was found scattered along the powerline running east-west across the south portion of the landfill. In a downgradient area bordering Ley Creek, a seep-like puddle of rust-colored liquid was observed. There was an old car battery on the ground near the center of the site, probably a result of illegal dumping. An unlabeled, dented 55-gallon drum was found standing near the western corner of the site. Another drum was found crushed and protruding from the ground in the southeast portion of the site.

Due to the extensive urban, industrial, and commercial development in the 30 square miles of the Ley Creek drainage basin, and the associated urban storm runoff and industrial effluent discharges to the creek, Ley Creek historically has had pollution problems. In addition, a PCB-contaminated area containing piles of Ley Creek dredge spoils is located on the banks

US0192

upstream, approximately 2 miles from the Salina Town Landfill. PCB concentrations in soils from the Ley Creek dredged material area were detected at up to 180 ppm, and the mass transport of PCBs into Ley Creek from the dredging piles was estimated to be 0.15 gm/day. The PCBs are thought to have been introduced into Ley Creek via an industrial effluent outfall to the creek (Ref. 9).

Additionally, a bioaccumulation study was performed on a small amount of fish samples (14 fish) from Ley Creek. PCB concentrations were found at up to 6.8 mg/kg (Aroclors-1248 and -1254), with the highest concentrations found in carp (Ref. 9). PCB-contaminated fish populations were also found in Onondaga Lake, with fish samples containing different Aroclors (-1016, -1254, and -1260) than those found in creek fish (Ref. 9).

NYSDOH issued a health advisory recommending that no fish caught in Onondaga Lake be eaten, due to high chemical levels. This advisory is still in effect (Ref. 10).

02:3409-09/25/92-D1
recycled paper

ecology and environment

US0193

# 5.  ASSESSMENT OF DATA ADEQUACY AND RECOMMENDATIONS

## 5.1  HAZARDOUS WASTE DEPOSITION

A documented 640 tons of paint sludge (EPA Waste Code D002), and 22 tons of waste paint thinner and reducer (EPA Waste Code F003) were sent to Salina Town Landfill from the GM Fisher Guide Division, as indicated on the company's hazardous waste generator questionnaire (Ref. 11).

PCB-laden wastes in the form of oil-saturated floor absorbents, which were used to clean up coolant and hydraulic oil leaks, were mixed in with the GM plant's general refuse (cardboard, cafeteria wastes, floor sweepings, etc.), and taken to four county landfills, including the Salina Town Landfill site (Refs. 14, 16).  This waste was not inventoried or tracked as hazardous waste on official waste generator documents (Ref. 14).  The amount of PCB-laden wastes taken from the GM Fisher Guide Division to the Salina Town Landfill site is unknown, as is the total amount of PCB wastes generated by the company prior to the landfill's closure in 1975 (Ref. 11). All available estimates of PCB-waste volume refer to the time period of 1979 to 1983, after the Salina Town Landfill site stopped accepting wastes (Refs. 11, 16, 17).

In addition, the fill material used for daily cover and for landfill closure operations may have included PCB-contaminated soil, since some of the soil was obtained from the PCB-contaminated Ley Creek dredgings (Refs. 12, 13).

5-1

US0194

## 5.2 SIGNIFICANT THREAT DETERMINATION

Since only one of three planned groundwater monitoring wells was installed on site, the sampling results from this upgradient well cannot adequately represent the threat posed to groundwater by the Salina Town Landfill site.

Although leachate outbreaks have been observed on numerous occasions, surface water sampling of Ley Creek upstream and downstream of the Salina Town Landfill site in 1986 did not indicate significant contaminant release from the site to the creek (Ref. 1). It should be noted that Ley Creek and Onondaga Lake are already considered highly polluted. Many sources of surface water pollution contributed to Ley Creek's pollution problems, including numerous industrial effluent discharges, wastewater treatment discharge, the Ley Creek dredging spoils area, urban rainwater runoff, the Syracuse City Landfill, and past PCB effluent discharge by GM Fisher Guide Division (Refs. 9, 10). No PCBs were found in on-site surface water (Refs. 1, 6, 7).

Contamination of soils was confirmed by the surface and subsurface soil and sediment sampling efforts conducted in 1986 and 1987. High levels of PCBs were detected in subsurface, oil-saturated soils on site and in sediment samples from Ley Creek. The PCBs found in Ley Creek sediment cannot be attributed solely to the Salina Town Landfill site, as PCB contamination exists upstream of the site as well as in the site vicinity (Ref. 9). High levels of PAHs and some heavy metals, as well as trace dibenzofurans were also found in soil samples.

Bioaccumulation studies of fish in Ley Creek and Onondaga Lake indicate that fish are contaminated with PCBs, with observed levels of up to 6.8 mg/kg (Ref. 9). Analysis found Aroclors -1248 and -1254 in Ley Creek fish, and Aroclors -1016, -1254, and -1260 in Onondaga Lake fish. PCBs that have been present in the past in GM Fisher Guide Division effluent are Aroclors -1242 and -1248; however, it is presently unknown which Aroclors

02:3409-06/08/92-01

5-2

existed in the company refuse that went to the Salina Town Landfill site (Ref. 9). There is no evidence, implication, or allegation linking fish PCB-contamination to the Salina Town Landfill site.

The rare plant cornel-leaved aster (Aster infirmus), observed within 1 mile of the site in 1949, is not likely to remain in areas nearby since suitable habitat of dry, wooded areas and slopes does not occur in the immediate vicinity of the Salina Town Landfill site (Ref. 35).

Although Ley Creek and the New York State Thruway act as barriers to site entry on the south and north, the site is accessible to the public via 300 feet of unfenced frontage on Wolf Street. Although evidence of trespassing has been found in the past, no incident was found on record of direct contact with substances on site causing injury or illness to humans or animals (Ref. 29). Although one half-exposed drum and some areas of scattered debris were visible, in general wastes were adequately covered with fill and vegetation during E & E's site inspection in May 1991. Because of the small amount of exposed wastes and easy public access to the site, some threat to public welfare is presumed, but no significant threat is apparent.

## 5.3 RECOMMENDATIONS

Insufficient information exists at this time to reclassify the Salina Landfill site from Class 2a. A significant quantity of hazardous wastes disposed of at the site has been documented. It is likely that discharges from the site contravene ambient surface water standards and ambient groundwater standards. However, to confirm this assumption, additional surface water, groundwater, and soil samples should be obtained and analyzed.

Although no significant contaminant release to Ley Creek surface water was indicated by sampling results from 1986, leachate was observed near the creek banks during E & E's site inspection in May 1991. Leachate outbreaks in this area are likely to migrate into Ley Creek, especially during

US0196

flood periods. Leachate in this area downgradient of the fill has not been sampled or analyzed. Therefore, it is recommended that leachate outbreaks near the creek be sampled and analyzed to determine if contamination exists.

The less-anchored, more erodible soil in areas of inadequate cover and in the tall, reedy vegetation areas on site could migrate via drainageways to Ley Creek. PCBs are of particular concern because they adhere to soil and are thus transported with the soil. To determine if contaminant release to the creek is presently occurring, sampling at the mouth of the drainage outfall to Ley Creek, as well as upstream and downstream sediment sampling, is recommended.

Although there are no users of groundwater as a potable water source within 4 miles of the site, monitoring for possible vertical migration of contaminants to the shallow sand and gravel aquifer is recommended. Sampling results from the single on-site monitoring well are inadequate to characterize the landfill's impacts on groundwater. One or two monitoring wells should be drilled downgradient (south) of the landfill, and sampled concurrently with the existing upgradient well in order to access any contamination contributed by the site.

To aid in the prevention of groundwater contamination from disposed wastes on site, it is also recommended that the wetlands perched on top of the graded hill be allowed to drain via a constructed drainage ditch, minimizing the volume of water infiltrating through the cover to the wastes and possibly leaching to the water table.

Contamination of on-site soils has been demonstrated, and easy public access to the site via Wolf Street may result in injury or illness from direct exposure to on-site substances. Therefore, it is recommended that the landfill frontage on Wolf Street be fenced, and the existing gate should be kept locked.

US0197

# APPENDIX A

# REFERENCES

A-1

US0198

## APPENDIX A

## REFERENCES

1.   NUS Corporation for United States Environmental Protection Agency, 1986, Final Draft Site Inspection Report and Hazard Ranking System Model Old Salina Landfill (includes sample analytical data - unreproducible quality on the original).

2.   Grant, Alan, October 19, 1987, New York State Department of Environmental Conservation, memorandum to Delores Tuohy, re: Salina Town Landfill Analytical Data.

3.   Shacklette, H.T., and J.G. Boerngen, 1984, Element Concentrations in Soils and Other Surficial Materials of the Conterminous United States.

4.   Atlantic Testing Laboratories, Groundwater analytical data summary, For well SW-1, Salina Town Landfill, May through June 1987.

5.   New York Code of Rules and Regulations, as of 1986, Part 703.5, groundwater quality standards.

6.   Atlantic Testing Laboratories, Ltd. and Enesco-Cal Lab, May through June 1987, well drilling logs, well diagram, borehole sampling data summary sheets, and analytical results for Salina Town Landfill.

7.   Calocerinos & Spina Environmental Laboratory, May 1987, Laboratory Analysis Report (analytical results), Salina Town Landfill.

8.   OBG Laboratories, Inc., March 1986, Onondaga County Health Department Soil and Water samples, lab analytical results, Salina Town Landfill.

9.   O'Brien & Gere for General Motors Corporation, 1989, "Ley Creek Dredged Material Area Report/Field Investigation."

02:3409-05/04/92-D1

A–2

US0199

10.   New York State Department of Environmental Conservation, flyer obtained from public distribution rack in April 1991, New Fishing Policy for Onondaga Lake as of May 15, 1986.

11.   General Motors Corporation Fisher Guide Division, July 1985, Industrial Chemical Survey and Hazardous Waste Generator Questionnaire.

12.   Onondaga County Health Department, May 27, 1970, journal kept on subject of Salina Town Landfill, entry re: use of Ley Creek dredged material as fill for landfill.

13.   Kane, Leo F. II, Managing Engineer, Calocerinos & Spina Consulting Engineers, P.C., May 5, 1981, written communication to Norm Boyce, NYSDEC, re: the use of Ley Creek dredged material as fill for landfill.

14.   Giacobbi, F.J., April 3, 1986, General Motors Fisher Guide Division, written communication to Larry Gross, New York State Department of Environmental Conservation, Region 7.

15.   Calocerinos & Spina Consulting Engineers, October 1972, Sanitary Landfill Study, Town of Salina, Onondaga County, New York (incomplete copy of document included).

16.   Light, Jeff, Syracuse Herald Journal newspaper, March 7, 1986, "PCB Waste Dumped Here."

17.   New York State Department of Health, March 18, 1986, interoffice memorandum from Ron Heerkens, Syracuse Department of Health regional office, to Dr. Mohanka, subject: General Motors Fisher Guide Division.

18.   Onondaga County Health Department, March 30, 1970, Summary of Meeting with Town of Salina Officials on Salina Refuse Disposal Area.

19.   Onondaga County Health Department and New York State Department of Environmental Conservation, November 1985 through March 1986, Chronology of Investigation and Testing at County Landfills (specifically March 19, 1986 re: A&T Haulers and Salina Town Landfill).

20.   Kane, Leo F. II, November 15, 1985, Calocerinos & Spina Consulting Engineers, P.C., written communication to Darrell W. Weston, Town of Salina Supervisor.

US0200

21.   Wheeler, James P., Vice President Bargabos Construction Company, Inc., written communication to Town of Salina Town Board, September 23, 1981, re: Salina Landfill, Dirt Fill, and Grading Contract.

22.   Town of Salina Tax Map, May 1975, Section Map 73.

23.   New York State Department of Environmental Conservation, October 27, 1972, Refuse Disposal and Inspection Report, Town of Salina Landfill.

24.   New York State Department of Environmental Conservation, Division of Solid and Hazardous Waste Facility, August 20, 1987, Inspection Report.

25.   Onondaga County Department of Health, March 19, 1986, journal entry re: Salina Town Landfill inspection.

26.   Flood-Prone Areas Map for site vicinity, New York State Department of Environmental Conservation, Region 7.

27.   New York State Department of Environmental Conservation, Region 7, New York State-Regulated Wetlands Map.

28.   Letter from Burrell Buffington, May 2, 1991, New York State Department of Environmental Conservation Wildlife Resources Center, Significant Habitat Unit to Ecology and Environment Engineering, P.C., re: endangered species within 1 mile of Salina Town Landfill.

29.   Bureau of Toxic Substance Assessment Hazardous Waste Site Inspection Report, Town of Salina Landfill, August 20, 1987 (Copy portions of the whole quoted herein are included in references.)

30.   New York State Geological Association, 1964, 36th Annual Meeting Guidebook.

31.   McCarthy, Bill, April 17, 1991, personal communication, New York State Department of Environmental Conservation, Division of Water Quality.

32.   United States Department of Agriculture Soil Conservation Service, 1972, Soil Survey of Onondaga County, New York.

33.   New York State Code of Rules and Regulations, Chapter X, Division of Water Resources, Part 895, Onondaga Lake Drainage Basin, January 1983, re: water quality classifications.

US0201

34.   Onondaga County Department of Health, 1979, Compilation of
      Landfill Practices in Onondaga County.

35.   Newcomb, Lawrence, 1977, Newcomb's Wildflower Guide, Little,
      Brown, and Company.

36.   United States Environmental Protection Agency, 1987, "Health and
      Environmental Effects Profile for Phenol."

37.   General Motors Corporation, July 17, 1992, letter regarding buffing
      sludge and flyash process generation and composition.

US0202

**REFERENCE 1**

A–6

02:3400-05/26/91-D1

US0203

02-3611-19-ST.

# FINAL DRAFT
## SITE INSPECTION REPORT
### AND HAZARD RANKING SYSTEM MODEL
### OLD SALINA LANDFILL
### TOWN OF SALINA, ONONDAGA COUNTY, NEW YORK

PREPARED UNDER

TECHNICAL DIRECTIVE DOCUMENT NO. 02-3611-19
CONTRACT NO. 68-01-7346

(CONTINUATION OF CONTRACT 68-01-6699 AND TDD #02-8606-01)

FOR THE

ENVIRONMENTAL SERVICES DIVISION
U.S. ENVIRONMENTAL PROTECTION AGENCY

DECEMBER 17, 1986

NUS CORPORATION
SUPERFUND DIVISION

SUBMITTED BY                    REVIEWED/APPROVED BY

*Richard Pagano*                *Ronald M. Naman*

RICHARD PAGANO                  RONALD M. NAMAN
PROJECT MANAGER                 FIT OFFICE MANAGER

recycled paper          A-7          ecology and environment

US0204

Salina/Brighton Avenue Landfills - Groundwater

Sampling Points:

<u>SW-1</u>  (Salina Landfill - upgradient well)
    SH8773436-04        HSL

<u>BW-4</u>  (Brighton Avenue Landfill - eastern monitoring well)
    SH87734036-05        HSL

<u>BW-3B</u> (Brighton Avenue Landfill - western monitoring well)
    SH87734036-06        HSL

A-16

US0205

Salina Landfill - Groundwater

SH87734036-04
(SW-1)

Volatiles (ug/l)                                Pesticides/PCBs (ug/l)

methylene chloride    28    B                    None detected
acetone               7.9  B,J
benzene               2.0  J
chlorobenzene         2.2  J
ethylbenzene          1.0  J
xylenes (total)       9.2

Semi-Volatiles (ug/l)                           Tentative ID Compounds (ug/l)

1,4 - dichlorobenzene  2.4 J                     BNA fraction (total)    237.8
naphthalene            3.7 J                     VOA unk. hydrocarbons    48.6
bis (2 - ethylhexyl)   3.4 B,J
   phthalate
N-nitrosodiphenyl       41
   amine (1)

                                                Metals (ug/l)

                                                aluminum        9930
                                                barium          (165)
                                                calcium       408000
                                                chromium          18
                                                copper            28
                                                iron           15900
                                                lead              14
                                                magnesium     T32000
                                                maganese         473
                                                nickel           (29)
                                                potassium      (4650)
                                                sodium         93700
                                                vanadium         (21)
                                                zinc             134

                                                Cyanide  (ug/l)

                                                None detected

A-17

recycled paper

US0206

**REFERENCE 5**

A-18

02:3409-05/26/91-D1

Methods for Chemical Analysis of Water and Wastes (see American Society for Testing and Materials (see this Title); or...

by other methods approved by the commissioner as giving results equal to or for to methods listed above.

**Historical Note**

Sec. filed March 20, 1961; repealed, new filed April 20, 1972; Aug. 2, 1976; amd. filed Nov. 5, 1984 eff. Nov. 5, 1984.

(1,3) Classes and quality standards for ground waters. (a) Class GA. (1) The best usage of class GA waters is as a source of potable water supply. Class GA waters are fresh ground waters found in the saturated zone of unconsolidated and consolidated rock or bedrock.

(2) Quality standards for class GA waters shall be the most stringent of:

(i) the items and specifications applicable to such waters found in this section;

(ii) the maximum contaminant levels for drinking water promulgated by the commissioner of Health as found in 10 NYCRR Subpart 5-1, Public Water Supplies or any subsequent revision thereto or replacement thereof;

(iii) the maximum contaminant levels for drinking water promulgated by the administrator under the Safe Drinking Water Act (see section 705.1 of this Title) and 1 CFR Part 141, effective July 1, 1978 (see section 705.11; and

(iv) the standards for raw water quality promulgated by the Commissioner of Health as found in 10 NYCRR Part 170, Sources of Water Supply or any subsequent revision thereto or replacement thereof.

(3) The following quality standards shall be applicable to class GA waters:


Ground Water

**Specifications**

| Items | |
|---|---|
| a) Sewage, industrial waste or other wastes, taste or odor producing substances, toxic pollutants, thermal discharges, radioactive substances or other deleterious matter. | None which may impair the quality of the ground waters to render them unsafe or unsuitable for a potable water supply or which may cause or contribute to a condition in contravention of standards for other classified waters of the State. |
| b) The concentration of the following substances or chemicals: | Shall not be greater than the limit specified, except where exceeded due to natural conditions: |

*Ecology and environment*

| (1) Arsenic (As) | 0.025 mg/l |
|---|---|
| (2) Barium (Ba) | 1.0 mg/l |
| (3) Cadmium (Cd) | 0.01 mg/l |
| (4) Chloride (Cl) | 250 mg/l |
| (5) Chromium (Cr) Hexavalent | 0.05 mg/l |
| (6) Copper (Cu) | 1.0 mg/l |
| (7) Cyanide (Cn) | 0.2 mg/l |
| (8) Fluoride (F) | 1.5 mg/l |
| (9) Foaming Agents | 0.5 mg/l |
| (10) Iron (Fe) | 0.3 mg/l |
| (11) Manganese (Mn) | 0.3 mg/l |
| (12) Mercury (Hg) | 0.002 mg/l |
| (13) Nitrate (as N) | 10.0 mg/l |
| (14) Phenols | 0.001 mg/l |
| (15) Selenium (Se) | 0.02 mg/l |
| (16) Silver (Ag) | 0.05 mg/l |
| (17) Sulfate ($SO_4$) | 250 mg/l |
| (18) Zinc (Zn) | 5 mg/l |
| (19) pH Range | 6.5-8.5 |
| (20) Aldrin, or 1, 2, 3, 4, 10, 10-hexachloro-1, 4, 4a, 5, 8, 8a-hexahydro-endo-1, 4-exo-5, 8-dimethanonaphthalene. | not detectable |
| (21) Chlordane, or 1, 2, 4, 5, 6, 7, 8, 8-octachloro-2, 3, 3a, 4, 7, 7a-hexahydro-1, 7-methanoindene. | 0.1 ug/l |
| (22) DDT, or 2, 2-bis (p-chlorophenyl)-1, 1, 1-trichloroethane and metabolites. | not detectable |
| (23) Dieldrin, or 6, 7-epoxy aldrin. | not detectable |
| (24) Endrin, or 1, 2, 3, 4, 10, 10-hexachloro-6, 7-epoxy-1, 4, 4a, 5, 6, 7, 8, 8a-octahydro-endo-1, 4-endo-5, 8-dimethanonaphthalene. | not detectable |
| (25) Heptachlor, or 1, 4, 5, 6, 7, 8, 8-heptachloro-3a, 4, 7, 7a-tetrahydro-4, 7-methanoindene and metabolites. | not detectable |
| (26) Lindane and other Hexachlorocyclohexane isomers or mixed isomers of 1, 2, 3, 4, 5, 6-hexachlorocyclohexane. | not detectable |
| (27) Methoxychlor, or 2, 2-bis-(p-methoxyphenyl)-1, 1, 1-trichloroethane. | 35.0 ug/l |
| (28) Toxaphene (a mixture of at least 175 chlorinated camphene derivatives). | not detectable |
| (29) 2, 4-Dichlorophenoxyacetic acid (2, 4-D) | 4.4 ug/l |
| (30) 2, 4, 5-Trichlorophenoxypropionic acid (2, 4, 5-TP) (Silvex). | 0.26 ug/l |
| (31) Vinyl chloride (chloroethene) | 5.0 ug/l |
| (32) Benzene | not detectable |
| (33) Benzo (a) pyrene | not detectable |
| (34) Kepone or decachlorooctahydro-1, 3, 4-metheno-2H-cyclobuta pentalen-2-one (chlordecone). | not detectable |

US0208

| Items | Concentrations | Specifications |
|---|---|---|
| (36) Polychlorinated biphenyls (PCB) (Arclor) | 0.1 ug/l | |
| (37) Ethylene thiourea (ETU) | not detectable | |
| (38) Chloroform | 100 ug/l | |
| (39) Carbon tetrachloride (tetra-chloromethane) | 5 ug/l | |
| 40) Pentachloronitrobenzene (PCNB) | not detectable | |
| 41) Trichloroethylene | 10 ug/l | |
| 42) Diphenylhydrazine | not detectable | |
| 43) bis (2-chloroethyl) ether | 1.0 ug/l | |
| 44) 2',4',5'-Trichlorophenoxyacetic acid (2,4,5-T) | 35 ug/l | |
| 5) 2, 3, 7, 8-Tetrachlorodibenzo-p-dioxin (TCDD) | $3.5 \times 10^{-6}$ ug/l | |
| 6) 2 - Methyl-4-chlorophenoxyacetic acid (MCPA) | 0.44 ug/l | |
| 7) Amiben, or 3-amino-2, 5-dichlorobenzoic acid (chloramben) | 87.5 ug/l | |
| 8) Dicamba, or 2-methoxy-3, 6-dichlorobenzoic acid | 0.44 ug/l | |
| 9) Alachlor, or 2-chloro-2', 6'-diethyl-N-(methoxymethyl)-acetanilide (Lasso) | 35.0 ug/l | |
| ) Butachlor, or 2-chloro-2', 6'-diethyl-N-(butoxymethyl)-acetanilide, (Machete) | 3.5 ug/l | |
| ) Propachlor, or 2-chloro-N-isopropyl-N'-acetanilide (Ramrod) | 35.0 ug/l | |
| ) Propanil, or 3', 4'-dichloropropionanilide | 7.0 ug/l | |
| ) Aldicarb, [2-methyl-2-(methylthio) propionaldehyde o-(methyl carbamoyl) oxime] and methomyl [1-methyl-thioacetaldhyde 0-(methyl-carbamoyl) oxime] | 0.35 ug/l | |
| ) Bromacil, or 5-bromo-3-sec-butyl-6-methuracil | 4.4 ug/l | |
| ) Paraquat, or 1, 1'-dimethyl-4, 4'-dipyridylium | 2.58 ug/l | |
| ) Trifluralin, or α, α, α-trifluoro-2, 6-dinitro-N, N-dipropyl-p-toluidine (Treflan) | 35.0 ug/l | |
| ) Nitralin, or 4-(methylsulfonyl)-2, 6-dinitro-N, N-dipropylaniline (Planavin) | 35.0 ug/l | |
| ) Benefin, or N-butyl-N-ethyl-α, α, α-trifluoro-2, 6-dinitro-p-toluidin (Balan) | 35.0 ug/l | |
| (59) Azinphosmethyl, or O, O-dimethyl-S-[4-oxo-1,2,3-benzotriazin-3(4H)-ylmethylphosphorodithioate (Guthion) | | 4.4 micrograms per liter |
| (60) Diazinon, or O, O-diethyl O-(2, isopropyl-4-methyl-6-pyrimidinyl)-Phosphorothioate | | 0.7 micrograms per liter |
| (61) Phorate (also for Disulfoton), or O, O-diethyl-S-[(ethylthio) methyl]-phosphorodithioate (Thimet R), and disulfoton, or O, O-diethyl-S-[2-ethylthio) ethyl] phosphorodithioate (Di-System R) | | not detectable |
| (62) Carbaryl, or 1-naphthyl-N-methylcarbamate | | 28.7 micrograms per liter |
| (63) Ziram, or zinc salts of di-methyldithiocarbamic acid | | 4.18 micrograms per liter |
| (64) Ferbam, or iron salts of di-methyldithiocarbamic acid | | 4.18 micrograms per liter |
| (65) Captan, or N-trichloromethylthio-4-cyclohexene-1 2-dicarboximide | | 17.5 micrograms per liter |
| (66) Folpet, or N-trichlor. methyl-thiophthalimide | | 56.0 micrograms per liter |
| (67) Hexachlorobenzene (HCB) | | 0.35 micrograms per liter |
| (68) Paradichlorobenzene (PDB) (Also orthodichlorobenzene) | | 4.7 micrograms per liter |
| (69) Parathion (and Methl parathion), or (O, O-diethyl-O-p-nitrophenylphosphorothioate, an methyl parathion, or O, O-dimethyl. O-p-ni trophenylphosphorothioate | | 1.5 micrograms per liter |
| (70) Malathion, or S-1, 2-bis (ethoxycarbonyl) ethyl-O,O-dimethylphosphorod'thioate | | 7.0 micrograms per liter |
| (71) Maneb, or manganese salt of ethylene-bis-dithiocarbamic acid | | 1.75 micrograms per liter |
| (72) Zineb, or zinc salt of ethylene-bis-dithiocarbamic acid | | 1.75 micrograms per liter |
| (73) Dithane, or zincate of manganese ethylene-bis-dithiocarbamate | | 1.75 micrograms per liter |
| (74) Thiram, or tetramethylthiur.amdisulfide | | 1.75 micrograms per liter |
| (75) Atrazine, or 2-chloro-4-ethylamino-6-isopropylamino- s-triazine | | 7.5 micrograms per liter |

# CHAPTER X   DIVISION OF WATER RESOURCES

703.6 Effluent standards and/or limitations for discharges to class GA.

(a) The effluent standards and/or limitations in schedules I and II of this Part apply to a discharge from a point source or outlet or any other discharge within the meaning of Environmental Conservation Law, section 17-0501 which discharges or may enter the unsaturated or saturated zones.

(b) The department may establish additional effluent standards and/or limitations as set forth in section 703.7 of this Part.

(c) The effluent standards and/or limitations shall be incorporated in the permits (under Part 750 et seq. of this Title) for discharges to ground waters, as applicable.

## Schedule I

Applicability. The following effluent standards and/or limitations shall to [illegible] class GA waters in New York State.

Biological organisms. Coliform and/or pathogenic organisms shall [be?] charged in amounts su... cient to render fresh ground waters detriment ...

Chemical characteristics.

| | Substance | Maximum allowable concentration in mg/l (unless otherwise noted) |
|---|---|---|
| (1) | Aluminum | 2.0 |
| (2) | Arsenic | 0.05 |
| (3) | Barium | 2.0 |
| (4) | Cadmium | 0.02 |
| (5) | Chloride | 500 |
| (6) | Chromium (Cr+) (Hexavalent) | 0.10 |
| (7) | Copper | 1.0 |
| (8) | Cyanide | 0.40 |
| (9) | Fluoride | 3.0 |
| (10) | Foaming Agents | 1.0 |
| (11) | Iron | 0.8 |
| (12) | Lead | 0.05 |
| (13) | Manganese | 0.8 |
| (14) | Mercury | 0.004 |
| (15) | Nickel | 2.0 |
| (16) | Nitrate (as N) | 20 |
| (17) | Oil and Grease | 15 |
| (18) | Phenols | 0.002 |
| (19) | Selenium | 0.04 |
| (20) | Silver | 0.1 |
| (21) | Sulfate | 500 |
| (22) | Sulfide | 1.0 |
| (23) | Zinc | 5.0 |
| (24) | pH Range | 6.5-8.5 |
| (25) | Aldrin, or 1, 2, 3, 4, 10, 10-hexachloro-4, 4a, 5, 8, 8a-hexahydro-endo-1, 4-exo-5, 8-dimethanonaphthalene | not detectable |
| (26) | Chlordane, or 1, 2, 4, 5, 6, 7, 8, 8-octachloro-2, 3, 3a, 4, 7, 7a... | 0.1 ug/l |

| Items | Specifications |
|---|---|
| (77) Simazine, or 2-chloro-4, 6-diethylamino-S-triazine | 75.25 micrograms per liter |
| (78) Di-n-butylphthalate | 770 micrograms per liter |
| (79) Di(2-ethylhexyl) phthalate (DEHP) | 4.2 milligrams per liter |
| (80) Hexachlorophene, or 2, 2'-methylene-bis(3, 4, 6-trichlorophenol) | 7 micrograms per liter |
| (81) Methyl methacrylate | 0.7 milligrams per liter |
| (82) Pentachlorophenol (PCP) | 21 micrograms per liter |
| (85) Styrene | 931 micrograms per liter |

Note: * Foaming agents determined as methylene blue active substances (MBAS) or other tests as specified by the commissioner.
* Combined concentration of iron and manganese shall not exceed 0.5 mg/l.
* Not detectable means by tests or analytical determinations referenced in section 703.4.

(b) Class GSA. (1) The best usage of class GSA waters is as a source of potable mineral waters, for conversion to fresh potable waters, or as raw material for the manufacture of sodium chloride or its derivatives or similar products. Such waters are saline waters found in the saturated zone.

(2) The following quality standards shall be applicable to class GSA waters:

| Items | Specifications |
|---|---|
| ...wage, industrial wastes or other wastes, ...lor, taste or odor producing substances, ...tic pollutants, thermal discharges, ...dioactive substances or other deleter... matter. | None which may impair the waters for use as sources of saline waters for the best usage outlines above or as to cause or contribute to a condition in contravention of standards for other classified waters of the State. |

c) Class GSB. (1) The best usage of class GSB waters is as a receiving water for disposal of wastes. Such waters are those saline waters found in the saturated zone which have chloride concentration in excess of 1,000 milligrams per liter or a total dissolved solids concentration in excess of 2,000 milligrams per liter.

(2) The following quality standards shall be applicable to class GSB waters:

| Items | Specifications |
|---|---|
| ...age, industrial wastes or other wastes, ...r, taste or odor producing substances, ...c pollutants, thermal discharges, ...oactive substances or other deleter... matter. | None which may be deleterious, harmful, detrimental or injurious to the public health, safety or welfare or which may cause or contribute to a condition in contravention of standards for other classified waters of the State. |

(3) Class GSB shall not be assigned to any ground waters of the State unless the ...mmissioner finds that adjacent and tributary ground waters and the best usage ...ered will not be impaired by such classification.

Historical Note

US0210

**REFERENCE 6**

A-22

02:3409-05/25/91-DT

US0211

MARTIN

# ATLANTIC TESTING LABORATORIES, LIMITED

Sustaining Member—N.Y.S. Society of Professional Engineers



Box 29
Canton, N.Y. 1361?
(315) 386-4578

Box 356
Cicero, N.Y. 13039
(315) 699-5281

June 4, 1987

New York State Department
  of Environmental Conservation
50 Wolf Road, Rm. 220
Albany, NY   12233-4015

Attn:  Mr. Walter Demick

Re:  Monitoring Well Installation
     Salina Landfill, Syracuse, NY
     Contract No. D001580
     Report No. CD666-1-6-87

Gentlemen:

Enclosed are the drilling logs and one monitoring well
installation diagram for the referenced project.

This work was performed during the period of May 20-22, 1987,
under the supervision of Mr. Martin Brand of NYSDEC.

Please contact our office should you have any questions or
comments on the enclosed.

Respectfully submitted,

Patrick Sullivan, Manager
Subsurface Exploration Division

PS/smf

encs.

A-23

recycled paper      ...TING ● INSPECTION ● SUBSURFACE EXPLORA... ...ology and environment

US0212



# ATLANTIC TESTING LABORATORIES, Limited

## SUBSURFACE INVESTIGATION

Report No. __CD666-1-5-87__

CLIENT __NYS Dept. of Environmental Conservation__   Location of Boring __Per Client__
__Albany, NY__

PROJECT __Monitoring Well Installation__
__Salina Landfill, Syracuse, NY__   Date, start __5/22/87__   Finish __5/22/87__

Boring No. __SW-3__   Sheet __1__ of __1__

| Ground Water Observations | | | |
|---|---|---|---|
| Date | Time | Depth | Casing at |
| | | | |
| | | | |
| | | | |

Casing Hammer
Wt _____ lbs.
Fall _____ in.

Sampler Hammer
Wt __140__ lbs.
Fall __30__ in.
Casing _____

Ground Elev. _____

H.S. Auger __4-1/4"__ I.D.

### CLASSIFICATION OF MATERIAL
f-fine   and — 35—50 %
m-medium   some — 20—35 %
c-coarse   little — 10—20 %
trace — 0—10 %

| DEPTH | CASING BLOWS/FT. | SAMPLE NO. | DEPTH OF SAMPLE FROM | DEPTH OF SAMPLE TO | TYPE SAMPLE | BLOWS ON SAMPLER PER 6" SAMPLER O.D. 2" | DEPTH OF CHANGE | CLASSIFICATION OF MATERIAL | STANDARD PENETRATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0 | 2.0 | AUGER | | | No Sample | |
| | | 1 | 2.0 | 4.0 | ss | 5 | | f SAND and SILT; ORGANIC MATERIAL | |
| | | | | | | 7 | | (wood, roots) | |
| | | | | | | 12 | | | |
| | | | | | | 5 | | | |
| | AUGER | 2 | 5.0 | 7.0 | ss | 4 | | Black f SAND and SILT; ORGANIC | |
| | | | | | | 6 | | MATERIAL (wood, roots); Black oil | |
| | | | | | | 55 | | waste material | |
| | | | | | | 8 | | | |
| | | 3 | 10.0 | 12.0 | ss | WOR | | Black oil waste material; WOOD | |
| | | | | | | 2 | | Abandoned hole at 12.0'. | |
| | | | | | | 1 | | Boring Terminated at 12.0' | |
| | | | | | | | | NOTE:  WOR denotes weight of rods. | |

SS — SPLIT SPOON SAMPLE
U — UNDIS SHELBY TUBE
P — PISTON TYPE SAMPLE

DRILLERS   Gary Cambridge, John Saarinen

A-24

US0213

 **ATLANTIC TESTING LABORATORIES, Limited**

## SUBSURFACE INVESTIGATION

Report No. **CD666-1-5-87**

CLIENT **NYS Dept. of Environmental Conservation**
**Albany, NY**  Location of Boring **Per Client**

PROJECT **Monitorng Well Installation**
**Salina Landfill, Syracuse, NY**  Date, start **5/21/87**  Finish **5/21/87**

Boring No. **SW-2**  Sheet **1** of **1**

**Ground Water Observations**

| Date | Time | Depth | Casing at |
|---|---|---|---|
| 5/21/87 | - | 4.0' | 10.0' |

Casing Hammer
Wt _____ lbs.
Fall _____ in.

Sampler Hammer
Wt **140** lbs.
Fall **30** in.
Casing _____

Ground Elev. _____

H.S. Auger **4-1/4" I.D.**

| DEPTH | CASING BLOWS/FT. | SAMPLE NO. | DEPTH OF SAMPLE FROM | TO | TYPE SAMPLE | BLOWS ON SAMPLER PER 6" SAMPLER O.D. | DEPTH OF CHANGE | CLASSIFICATION OF MATERIAL | STANDARD PENETRATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 0.0 | 2.0 | ss | 13 | | Reddish-Brown f SAND; trace SILT; trace GRAVEL and ORGANIC MATERIAL (roots) | |
| | | | | | | 23 | | | |
| | | | | | | 37 | | | |
| | | | | | | 19 | | | |
| | | 2 | 2.0 | 4.0 | ss | 4 | | Reddish-Brown f SAND; trace SILT; trace GRAVEL (moist) | |
| | AUGER | | | | | 8 | | | |
| | | | | | | 23 | | | |
| | | | | | | 17 | | | |
| | | 3 | 5.0 | 7.0 | ss | 3 | | SILT; trace f SAND; Decayed WOOD (wet) | |
| | | | | | | 4 | | | |
| | | | | | | 2 | | | |
| | | | | | | 2 | | | |
| | | - | 7.0 | 10.0 | AUGER | | | Petroleum saturated soil. | |
| | | | | | | | | Boring Terminated at 10.0' | |
| | | | | | | | | NOTE: Abandoned hole as per instructions of inspector. | |

Classification key:
f-fine  m-medium  c-coarse
and — 35–50%  some — 20–35%  little — 10–20%  trace — 0–10%

SS—SPLIT SPOON SAMPLE
U—UNDIS SHELBY TUBE
— PISTON Type sampler

DRILLERS **Gary Cambridge, John Saarinen**

A-25

US0214

BORING No. __SW-1__      PROJECT No. __CD666__      SHEET __2__ OF __2__

| DEPTH | CAS'D BLOWS/FT. | SAMPLE No. | DEPTH OF SAMPLE | | TYPE SAMPLE | BLOWS ON SAMPLER PER ____ SAMPLER O.D. | DEPTH OF CHANGE | CLASSIFICATION OF MATERIAL f = fine m = medium c = coarse  and = 35-50% some = 20-35% little = 10-20% trace = 0-10% | STANDARD PENETRATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | FROM | TO | | | | | |
| | | 9 | 16.0 | 18.0 | ss | 2 | | Clayey SILT (saturated) | |
| | | | | | | 2 | | | |
| | | | | | | 2 | | | |
| | | | | | | 1 | | | |
| | | | | | | | | Boring Terminated at 18.0' | |
| | | | | | | | | NOTE:  See attached monitoring well installation diagram. | |

A-26

 

# ATLANTIC TESTING LABORATORIES, Limited

## SUBSURFACE INVESTIGATION

Report No. CD666-1-5-87

CLIENT NYS Dept. of Environmental Conservation
Albany, NY

Location of Boring Per Client

PROJECT Monitoring Well Installation
Salina Landfill, Syracuse, NY

Date, start 5/20/87   Finish 5/20/87

Boring No. SW-1   Sheet 1 of 2

**Ground Water Observations**

| Date | Time | Depth | Casing at |
|------|------|-------|-----------|
| 5/20/87 | — | 4.0' | 15.0' |

Casing Hammer
Wt. _____ lbs.
Fall _____ in.

Sampler Hammer
Wt. 140 lbs.
Fall 30 in.
Casing _____

Ground Elev. _____

H.S. Auger 4-1/4" I.D.

| DEPTH | CASING BLOWS/FT. | SAMPLE NO. | DEPTH OF SAMPLE FROM | DEPTH OF SAMPLE TO | TYPE SAMPLE | BLOWS ON SAMPLER PER 6" SAMPLER O.D. 2" | DEPTH OF CHANGE | CLASSIFICATION OF MATERIAL | STANDARD PENETRATION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | 1a | 0.0 | 0.5 | ss | 5 | 0.5' | 6" TOPSOIL | |
| | | 1b | 0.5 | 2.0 | | 8 / 8 / 8 | | Grey f. SAND and SILT | |
| | | 2 | 2.0 | 4.0 | ss | 5 / 6 / 11 / 5 | | Grey f. SAND and SILT; ORGANIC MATERIAL | |
| | | 3 | 4.0 | 6.0 | ss | 14 / 10 / 5 / 3 | 6.5' | Similar Soils (wet) | |
| | | 4 | 6.0 | 8.0 | ss | 1 / 2 / 3 / 4 | 7.5' | mf SAND; ORGANIC MATERIAL with CLAY layer at 6.5' - 7.5' (saturated) | |
| AUGER | | 5 | 8.0 | 10.0 | ss | 7 / 8 / 7 / 10 | | CLAY, SILT, ORGANIC MATERIAL (saturated) | |
| | | 6 | 10.0 | 12.0 | ss | 3 / 1 / 7 | — | Similar Soils (saturated) | |
| | | 7 | 12.0 | 14.0 | ss | 2 / 1 / 2 / 1 | | CLAY; trace SILT (saturated) | |
| | | 8 | 14.0 | 16.0 | ss | 2 / 2 / 2 / 3 | | Similar Soils (saturated) | |

Classification legend: and —35—50% / some—20—35% / little —10—20% / trace — 0—10%
f—fine   m—medium   c—coarse

SS—SPLIT SPOON SAMPLE
U —UNDIS SHELBY TUBE
P —PISTON TYPE SAMPLE

recycled paper

DRILLERS   Gary Cambridge, John Saarinen

A-27

ecology and environment

US0216

# MONITORING WELL INSTALLATION DETAIL

PROJECT: Salina Landfill                    PROJECT NO. CD666-87

Syracuse, New York

CLIENT: NYS Dept. of Env. Conservation    WELL NO.    SW-1

Albany, New York



A-28

US0217

## SALINA LANDFILL – SOILS/WASTE

Sampling Points:

### SW-1 (upgradient monitoring well near NYS Thruway)

| | | |
|---|---|---|
| SH734036-01-01 | 5.5-7.5' | 8080,8270 (BNAs/PCBs) |
| SH734036-01-02 | 2.0-4.0' | TCDF |

### SW-2 (borehole along Ley Creek, eastern location)

| | | |
|---|---|---|
| SH734036-02-01 | 7.0-10.0' | HSL, TCDF |
| SH734036-02-02 | 2.0-4.0' | TCDF |
| SH734036-02-03 | 5.0-7.0' | 8080,8270 (BNAs/PCBs) |

### SW-3 (borehole, southwest corner of landfill)

| | | |
|---|---|---|
| SH734036-03-01 | 2.0-4.0' | 8080,8270 (BNAs/PCBs) |
| SH734036-03-02 | 10.0-12.0' | HSL,TCDF |

A-29

recycled paper

ecology and environment

US0218

SALINA LANDFILL — SOILS/WASTE

SH734036—01—02

(SW-1, 2-4')

Dibenzofurans (ng/g)

| | |
|---|---|
| tetra (total) TCDF | ND |
| 2,3,7,8 | ND |
| penta | ND |
| hexa | ND |
| hepta | ND |
| octa | ND |

A-30

US0219



SALINA LANDFILL - SOILS/WASTE

SH734036-01-01

(SW-1, 5.5-7.5')

Semi-volatiles(ug/kg)

bis(2-ethylhexyl)phthalate   6200

Pesticides/PCBs(ug/kg)

none detected

A-31

recycled paper                                          ecology and environment

US0220

SALINA LANDFILL - SOILS/WASTE

SH734036-02-02

(SW-2, 2-4')

Dibenzofurans (ng/g)

tetra (total) TCDF          0.029
  2,3,7,8 Conf.Sp-2331

penta                       ND
hexa                        0.170
hepta                       0.310
octa                        0.140

A-32

US0221



SALINA LANDFILLS – SOILS/WASTE

SH734036–02–01

(SW–2, 7–10')

### Volatiles (ug/kg)

| | |
|---|---|
| methylene chloride | 110 B |
| acetone | 1600 |
| 2-butanone | 290 |
| toluene | 31 |
| chlorobenzene | 58 |
| xylenes (totals) | 30 |

### Pesticides/PCBs (ug/kg)

| | |
|---|---|
| Aroclor–1242 | 270000 |

### Semi-volatiles (ug/kg)

| | |
|---|---|
| 1,4-dichlorobenzene | 1300 J |
| naphthalene | 1200 J |
| 2-methynaphthalene | 1400 J |
| acenaphthalene | 980 J |
| acenaphthene | 1700 J |
| dibenzofuran | 1200 J |
| fluorene | 2800 J |
| n-nitrosodiphenylamine | 2400 J |
| phenanthrene | 13000 |
| anthracene | 3700 J |
| di-n-butylphthalate | 1000 J |
| fluoranthene | 12000 |
| pyrene | 13000 |
| benzo(a)anthracene | 4600 J |
| bis(2-ethylhexyl) phthalate | 21000 |
| chrysene | 7500 |
| di-n-octyphthalate | 690 J |
| benzo(b)fluoranthene | 8200 J |
| benzo(k)fluoranthene | 8200 J |
| benzo(a)pyrene | 5400 J |
| indeno(1,2,3-cd)pyrene | 3300 J |
| dibenz(a-h)anthracene | 1100 J |
| benzo(g-h-i)perylene | 3200 J |

### Tentative ID Compounds (ug/kg)

| | |
|---|---|
| BNA fraction (total) | 676000 |
| VOA unk. hydrocarbons | 175 |

### Metals (mg/kg)

| | |
|---|---|
| aluminum | 7940 |
| arsenic | 13 |
| barium | (163) |
| cadmium | 29 |
| calcium | 51300 |
| chromium | 4060 |
| cobalt | (9.5) |
| copper | 1420 |
| iron | 44200 |
| lead | 378 |
| magnesium | 12600 |
| manganese | 430 |
| mercury | 0.8 |
| nickel | 1400 |
| potassium | (822) |
| silver | 24 |
| tin | 137 |
| vanadium | (26) |
| zinc | 1010 |

### Dibenzofurans (ng/g)

| | |
|---|---|
| tetra (total) TCDF 2,3,7,8 Conf. SP-2331 | 0.018 |
| penta | 0.054 |
| hexa | 0.054 |
| hepta | 0.098 |
| octa | 0.170 |

A-33

recycled paper

US0222



SALINA LANDFILL - SOILS/WASTE

SH734036-03-01

(SW-3, 2-4')

| Semi-volatiles (ug/kg) | |
|---|---|
| phenanthrene | 2100 J |
| anthracene | 890 J |
| fluoranthene | 3100 J |
| pyrene | 2900 J |
| butylbenzylphthalate | 1600 J |
| benzo(a)anthracene | 1500 J |
| bis(2-ethylhexyl) phthalate | 8500 |
| chrysene | 1700 J |
| di-n-octylphthalate | 650 J |
| benzo(b)fluoranthene | 2300 D,J |
| benzo(k)fluoranthene | 2300 D,J |
| benzo(a)pyrene | 1500 J |
| indeno(1,2,3-cd) pyrene | 1200 J |
| dibenz(a-h)anthracene | 460 J |
| benzo(g-h-i)perylene | 1200 J |

Pesticides/PCBs (ug/kg)

none detected

Tentative ID Compounds (ug/kg)

BNA fraction (total) 15800

A-34

US0223



SALINA LANDFILL — SOILS/WASTE

SH734036—02—03

(SW-2, 5-7')

### Semi-volatiles (ug/kg)

| | |
|---|---|
| acenapthene | 680 J |
| dibenzofuran | 500 J |
| fluorene | 1100 J |
| phenenthrene | 3400 J |
| anthracene | 1700 J |
| fluoranthene | 4500 |
| pyrene | 3800 J |
| benzo(a)anthracene | 2200 J |
| bis(2-ethylhexyl) phthalate | 21000 |
| chrysene | 2100 J |
| benzo(b)fluoranthene | 2800 D,J |
| benzo(k)fluoranthene | 2800 D,J |
| benzo(a)pyrene | 2100 J |
| indeno(1,2,3-cd) pyrene | 1100 J |
| dibenz(a-h)anthracene | 470 J |
| benzo(g-h-i)perylene | 1200 J |

### Pesticides/PCBs (ug/kg)

| | |
|---|---|
| Aroclor-1242 | 11000 |

### Tentative ID Compounds(ug/kg)

| | |
|---|---|
| BNA fraction (total) | 40000 |

A-35

recycled paper

ecology and environment

US0224

SALINA LANDFILL – SOILS/WASTE

SH734036–03–02

(SW–3, 10–12')

### Volatiles (ug/kg)

| | |
|---|---|
| methylene chloride | 56 B |
| acetone | 700 |
| 2-butanone | 150 |
| chlorobenzene | 7.2 J |
| xylenes (total) | 32 |

### Pesticides/PCBs (ug/kg)

| | |
|---|---|
| Aroclor–1242 | 4900 |

### Semi-volatiles (ug/kg)

| | |
|---|---|
| di-n-butylphthalate | 79000 |
| bis(2-ethylhexyl) phthalate | 23000 |

### Metals (mg/kg)

| | |
|---|---|
| aluminum | 5570 |
| barium | (140) |
| cadmium | 11 |
| calcium | 28200 |
| chromium | 430 |
| copper | 674 |
| iron | 91200 |
| lead | 180 |
| magnesium | 8650 |
| manganese | 749 |
| mercury | 0.6 |
| nickel | 541 |
| potassium | (685) |
| tin | 116 |
| vanadium | (15) |
| zinc | 1560 |

### Dibenzofurans (ng/g)

| | |
|---|---|
| tetra (total)TCDF | 0.029 |
| 2,3,7,8 | ND |
| penta | ND |
| hexa | ND |
| hepta | ND |
| octa | ND |

A-36

US0225

Name  ERCO / ENSECO

NYS DEC

Sample Number

S173403602 01

## Organics Analysis Data Sheet
### (Page 3)

### Pesticide / PCBs

Concentration  (Low)  Medium  (Circle One)

Date Extracted 'Prepared  6-10-87

Date Analyzed  6-26-87 ; 6-29-87

Conc./Dil Factor  10

Percent Moisture (decanted)  5a    pH = 7

GPC Cleanup ☐Yes ☒No

Separatory Funnel Extraction ☐Yes

Continuous Liquid - Liquid Extraction ☐Yes

| CAS Number | | ug / I or ug / Kg (Circle One) |
|---|---|---|
| 319-84-6 | Alpha-BHC | 80U |
| 319-85-7 | Beta-BHC | 80U |
| 319-86-8 | Delta-BHC | 80U |
| 58-89-9 | Gamma-BHC (Lindane) | 80U |
| 76-44-8 | Heptachlor | 80U |
| 309-00-2 | Aldrin | 80U |
| 1024-57-3 | Heptachlor Epoxide | 80U |
| 959-98-8 | Endosulfan I | 80U |
| 60-57-1 | Dieldrin | 160U |
| 72-55-9 | 4 4-DDE | 160U |
| 72-20-8 | Endrin | 160U |
| 33213-65-9 | Endosulfan II | 160U |
| 72-54-8 | 4 4-DDD | 160U |
| 1031-07-8 | Endosulfan Sulfate | 160U |
| 50-29-3 | 4 4-DDT | 160U |
| 72-43-5 | Methoxychlor | 800U |
| 53494-70-5 | Endrin Ketone | 160U |
| 57-74-9 | Chlordane | 800U |
| 8001-35-2 | Toxaphene | 1600U |
| 12674-11-2 | Aroclor-1016 | 800U |
| 11104-28-2 | Aroclor-1221 | 800U |
| 11141-16-5 | Aroclor-1232 | 800U |
| 53469-21-9 | Aroclor-1242 | 270,000 |
| 12672-29-6 | Aroclor-1248 | 800U |
| 11097-69-1 | Aroclor-1254 | 800U |
| 11096-82-5 | Aroclor-1260 | 800U |

$V_i$ = Volume of extract injected (ul)

$V_s$ = Volume of water extracted (ml)

$W_s$ = Weight of sample extracted (g)

$V_t$ = Volume of total extract (ul)

$V_s$  NA    or $W_s$  14.9    $V_i$  20,000    $V_t$  2.0

19

7



Name _Enseco Erco Laboratory_
_NY DEP_

| Sample Number |
|---|
| SH734036-03-C |

## Organics Analysis Data Sheet
### (Page 4)

### Tentatively Identified Compounds

| CAS Number | Compound Name | Fraction | RT or Scan Number | Estimated Concentration (ug/l or ug/kg) |
|---|---|---|---|---|
| 1. | C8H16 isomer | BNA | 214 | 24000 |
| 2. | C14H30 isomer | BNA | 671 | 20000 |
| 3. | C15H32 isomer | BNA | 765 | 17000 |
| 4. | C16H34 isomer | BNA | 836 | 31000 |
| 5. | Unknown hydrocarbon | BNA | 974 | 20000 |
| 6. | C19H40 isomer | BNA | 1021 | 43000 |
| 7. R-64-52-0 | Molt Sulfur S8 | BNA | 1239 | 200000 |
| 8. | C8H18 isomer | BNA | 1276 | 19000 |
| 9. | Cu-phenanthrene isomer | BNA | 1345 | 50000 |
| 10. | Unknown | BNA | 1419 | 30000 |
| 11. | Unknown | BNA | 1524 | 20000 |
| 12. 630-01-3 | Hexacosane | BNA | 1544 | 23000 |
| 13. 593-49-7 | Heptacosane | BNA | 1543 | 25000 |
| 14. | Unknown alkane | BNA | 1634 | 31000 |
| 15. | Unknown alkane | BNA | 1696 | 39000 |
| 16. | Unknown alkane | BNA | 1751 | 28000 |
| 17. | Unknown steroid (C27H46 isomer) | BNA | 1811 | 20000 |
| 18. | Unknown alkane | BNA | 1824 | 33000 |
| 19. | Unknown steroid (C27H46 isomer) | BNA | 1849 | 20000 |
| 20. | Unknown steroid (C28H48 isomer) | BNA | 2040 | 30000 |
| 21. | Unknown hydrocarbon | VOA | 1095 | 31 |
| 22. | Unknown hydrocarbon | VOA | 1284 | 54 |
| 23. | Unknown hydrocarbon | VOA | 1292 | 41 |
| 24. | Unknown hydrocarbon | VOA | 1601 | 15 |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |

A-40

20

US0227

00001

Date        6-23-87

## COVER PAGE
## INORGANIC ANALYSIS DATA PACKAGE

Lab Name ROCKY MOUNTAIN ANALYTICAL
SOW No. _____784_____                    QC Report No. 59091

### Sample Numbers

NYS DEC

| Client No. | Lab ID No. | Client No. | Lab ID No. |
|------------|------------|------------|------------|
| 19 | | | |
| 87-006916 | 59091-01D | SH734-036-03-02 Rpliate | |
| 87-006916 | 59091-01 | SH734-036-03-02 | |
| 17 | | | |
| 87-006916 | 59091-01S | SH734-036-03-02 MS | |
| 15 | | | |
| 87-006925 | 59091-02 | SH734-036-02-01 | |
| 87-006925 | [59091-99] | Erio Blank | |

Comments: 2 LOW SOILS FOR TOTAL METALS AND CYANIDE ANALYSIS
SERIAL DILUTION OF SAMPLE 59091-02 IS IDENTIFIED AS [59091-99]

ICP Interelement and background corrections applied? Yes  X   No___
If yes, corrections applied before X or after ___ generation of raw data.

Footnotes:

IR - not required by contract at this time
Form
Value – If the result is a value greater than or equal to the instrument
        detection limit but less than the contract required detection
        limit, report the value in brackets (i.e. [10]). Indicate the
        method used with P (for ICP/Flame AA) or F (for furnace).
U     – Indicates element was analyzed for but not detected. Report with
        the detection limit value (e.g. 100).
E     – Indicates a value estimated or not reported due to the presence of
        interference. Explanatory note included on cover page.
S     – Indicates value determined by Method of Standard Addition.
* +   – Indicates spike sample recovery is not within control limits.
+     – Indicates duplicate analysis is not within control limits.
+     – Indicates the correlation coefficient for method of standard
        addition is Less than 0.995.
CV    – Indicates Cold Vapor
AS    – Indicates Automated Spectrophotometric

A-41

recycled paper                                        ecology and environment

US0228

Narrative
_____

QC # 59091

# N/A

Comments: Nickel, Selenium, Silver and Cyanide are flagged for spike recoveries. Cadmium, Iron, and Lead are flagged for duplicate precision. The sample is a mixture of mud and clay and contains small rocks. A reprep for furnace, ICP and Cyanide was not done because it was determined that the spike recoveries and duplicate analyses results were due to the sample matrix and not to prep procedures.

Lab Manager

A-42

US0229

00003

Form I

Lab ID No.
59091-01

Date    6-23-87

## INORGANIC ANALYSIS DATA SHEET

LAB NAME ROCKY MOUNTAIN ANALYTICAL                QC REPORT NO. 59091
SOV NO.                784        -
LAB SAMPLE ID. NO.

### Elements Identified and Measured

Concentration:    Low    __X__    X    Sludge _____   Other _____
Matrix:  Water _____    Soil    X

mg/kg dry weight

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | ALUMINUM | 5570 | P | 13. | MAGNESIUM | 8650 | P |
| 2. | ANTIMONY | 21U | P | 14. | MANGANESE | 749 | P |
| 3. | ARSENIC | 10U | F | 15. | MERCURY | 0.6 | CV |
| 4. | BARIUM | [140] | P | 16. | NICKEL | 541 | P R |
| 5. | BERYLLIUM | 1U | P X | 17. | POTASSIUM | [685] | P |
| 6. | CADMIUM | 11 | P X | 18. | SELENIUM | 5U | F R |
| 7. | CALCIUM | 28200 | P | 19. | SILVER | 4U | P R |
| 8. | CHROMIUM | 430 | P | 20. | SODIUM | 898U | P |
| 9. | COBALT | 5U | P | 21. | THALLIUM | 10U | F |
| 10. | COPPER | 674 | P | 22. | TIN | 116 | P |
| 11. | IRON | 91200 | P X | 23. | VANADIUM | [15] | P |
| 12. | LEAD | 180 | F X | 24. | ZINC | 1560 | P |

Cyanide ____ 1.1 ____ AS R   Percent Solids (%) 50

Footnotes: For reporting results to EPA, standard result qualifiers ar
used as defined on Cover Page.  Additional flags or footnot
explaining results are encouraged.  Definition of such flag
must be explicit and contained on Cover Page, however.

Comments: SAMPLE NOS. 87-006916 87-006917 & 87-006919
lead value reported at (a) additional 10x dilution)

Lab Manager

A-43

US0230

California Analytical Laboratory



June 19, 1987
Lab No. 29565
Received: 29-May-87
Project ID: 4195

Dallas Wait
ERCO
205 Alewife Brook Parkway
Cambridge, MA  02138

Four soil samples were received under chain of custody in eight
ounce glass jars to be analyzed for total $Cl_4$-$Cl_8$ furans only.

| CAL I.D. | Sample I.D. |
|----------|-------------|
| 29565-1 | SH734036-01-02 21-May-87 |
| -2 | SH734036-02-02 22-May-87 |
| -3 | SH734036-03-02 22-May-87 |
| -4 | SH734036-02-01 21-May-87 |

RESULTS

See attached data sheets.

Michael J. Millie, Ph.D.
Vice President

Robert S. Mitzel
GC/MS Lab Supervisor

mbw

A-44

2544 Industrial Boulevard
West Sacramento, California 95691
916/372-1393  Facsimile: 916 372-1059

US0231

2378-TCDD DATA REPORT
ENSECO California Analytical Lab
2544 Industrial Blvd.
W. Sacramento, CA 95691

Report Date: 6/17/b
Column: SP-2331

Lab: ENSECO California Analytical Lab
Case No. 29565
Batch/Shipment No.

| Cal Labs ID | Sample Number | Aliquot C Wet Wt. U (grams) | PPB TCDD Meas | PPB TCDD Det. Lmt | Inst ID | Date | Time | 304/306 | 316/318 | 304 | 306 | 316 | 318 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29565-3MB | METHOD BLANK | V 10.00 | ND | | | | | | | | | | | |
| 29565-2 | SNT34034-02-02 | V .00 | ND | 0.028 | S | 06/12/87 | 10:29:00 | | 0.80 | · | · | 479846 | 601890 | |
| 29565-4 | SNT34035-02-01 | V .00 | ND | 0.18 | S | 06/12/87 | 11:12:00 | | 0.81 | · | · | 82102 | 101566 | |
| | | | | 0.055 | S | 06/12/87 | 11:31:00 | | 0.80 | · | · | 356729 | 446636 | |

MB = Method Blank  
P = Partial Scan/Confirmatory Analysis  
NS = Native TCDD Spike  
D = Duplicate/Fortified Field Blank  
RI = Re-injection  
CU = Clean Up

FB = Field Blank  
ND = Not Detected  
DL = Detection Limit  
RX = Re-extraction  
MPC = Maximum Possible Concentration

*Corrected for contribution by native TCDD; 0.9% of m/z 322 subtracted

Prepared by: _____

Approved by: _____    Date: 6/17/87

FORM B-1

A-45

recycled paper

ecology and environment

US0232

Ense

**ENSECO-CAL LAB**

**POLYCHLORINATED DIOXIN/FURAN ANALYSIS**

**TICKET NO. 29565**

**CLIENT ID: SH734036-01-02    Date Analyzed: 6/8/87    Column: DB-5**

**CAL ID: 29565-1                      Weight: 10.42G**

| FURANS | AMOUNT FOUND (ng/g) | DETECTION LIMIT (ng/g) |
|--------|---------------------|------------------------|
| tetra (total) | ND | 0.011 |
| penta | ND | 0.015 |
| hexa | ND | 0.013 |
| hepta | ND | 0.025 |
| octa | ND | 0.092 |

% Recovery 13C-2378-TCDF = 59%

ND = Not Detected

PREPARED BY: _qf_ _____

APPROVED BY: _BSm_ _____         DATE: _6/17/87_ _____

A-46

US0233



## ENSECO-CAL LAB

## POLYCHLORINATED DIOXIN/FURAN ANALYSIS

## TICKET NO. 29565

CLIENT ID: SH734036-02-01    Date Analyzed: 6/9/87    Column: DB-5

CAL ID: 29565-4    Weight: 9.8G

| FURANS | AMOUNT FOUND (ng/g) | DETECTION LIMIT (ng/g) |
|---|---|---|
| tetra (total) 2378-Confirmation: SP-2331 | 0.18 | 0.055 |
| penta | 0.054 | — |
| hexa | 0.054 | — |
| hepta | 0.098 | — |
| octa | 0.17 | — |

% Recovery 13C-2378-TCDF = 36%

ND = Not Detected

PREPARED BY: _____

APPROVED BY: _____    DATE: 6/17/87

recycled paper    A-47    ecology and environment

US0234

# ENSECO-CAL LAB

## POLYCHLORINATED DIOXIN/FURAN ANALYSIS

### TICKET NO. 29565

CLIENT ID: 5H734036-02-02    Date Analyzed: 6/8/87    Column: DB-5

CAL ID: 29565-2    Weight: 10.01G

| FURANS | AMOUNT FOUND (ng/g) | DETECTION LIMIT (ng/g) |
|---|---|---|
| tetra (total) 2378-Confirmation: SP-2331 | 0.029 | 0.18 |
| penta | ND | 0.033 ☆ |
| hexa | 0.17 | |
| hepta | 0.31 | |
| octa | 0.14 | |

% Recovery 13C-2378-TCDF = 38%

ND = Not Detected

☆ Chemcial Interference

PREPARED BY: _____

APPROVED BY: _____    DATE: 6/17/87

A-48

US0235