

## ENSECO-CAL LAB

## POLYCHLORINATED DIOXIN/FURAN ANALYSIS

### TICKET NO. 29565

**CLIENT ID: SH734036-03-02** - Date Analyzed: 6/8/87   Column: DB-5

CAL ID: 29565-3                    Weight: 10.38G

| FURANS | AMOUNT FOUND (ng/g) | DETECTION LIMIT (ng/g) | |
|---|---|---|---|
| tetra (total) | 0.29 | - | |
| (2378) | ND | 0.046 | |
| penta | ND | 0.057 | ** |
| hexa | ND | 0.037 | ** |
| hepta | ND | 0.10 | ** |
| octa | ND | 0.075 | ** |

% Recovery 13C-2378-TCDF = 32%

ND = Not Detected

** Chemical Interference

PREPARED BY: _____

APPROVED BY: _____        DATE: 6/18/87

US0236

# ENSECO-CAL LAB

## QUALITY CONTROL SUMMARY

CASE NO: 29565

CLIENT ID: SH734036-03-02 Native Spike

CAL ID: 29565-3NS

| FURANS | ng/g Found in Sample | ng/g Spiked | ng/g Found in NS Sample | NS % Recovery |
|---|---|---|---|---|
| 2,3,7,8-TCDF | ND | 0.97 | 1.09 | 113% |
| penta (12378) | ND | 0.97 | 0.88 | 91% |
| hexa (123478) | ND | 0.97 | 0.89 | 92% |
| hepta (1234678) | ND | 0.97 | 0.90 | 93% |
| octa (total) | ND | 4.8 | 7.4 | 153% |

PREPARED BY: _Of_

APPROVED BY: _Bsin_

DATE: _6/17/87_

A-50

US0237

Enseco

## ENSECO-CAL LAB

## QUALITY CONTROL SUMMARY

CASE NO: 29565

CLIENT ID: SH734036-03-02 Native Spike Duplicate

CAL ID: 29565-3NSD

| FURANS | ng/g Found in Sample | ng/g Spiked | ng/g Found in NS Sample | NS % Recovery |
|---|---|---|---|---|
| 2,3,7,8-TCDF | ND | 0.96 | 0.78 | 82% |
| penta (12378) | ND | 0.96 | 0.76 | 79% |
| hexa (123478) | ND | 0.96 | 0.63 | 66% |
| hepta (1234678) | ND | 0.96 | 0.60 | 63% |
| octa (total) | ND | 4.8 | 56.0 | 112% |

PREPARED BY: _____

APPROVED BY: _____                    DATE: 6/17/87

A-51

recycled paper                                    ecology and environment

US0238

≋ Enseco

## ENSECO-CAL LAB

### POLYCHLORINATED DIOXIN/FURAN ANALYSIS

### TICKET NO. 29565

**CLIENT ID:** Method Blank    **Date Analyzed:** 6/8/87    **Column:** DB-5

**CAL ID:** 29565-MB    **Weight:** 10.0G

| FURANS | AMOUNT FOUND (ng/g) | DETECTION LIMIT (ng/g) |
|---|---|---|
| tetra (total) | ND | 0.0040 |
| penta | ND | 0.022 |
| hexa | ND | 0.0086 |
| hepta | ND | 0.011 |
| octa | ND | 0.024 |

% Recovery 13C-2378-TCDF = 74%

ND = Not Detected

PREPARED BY: _gf_____

APPROVED BY: _gsm_____    DATE: _6/17/87_____

A-52

US0239

ENSECO INC.

Sample Number
SH734C3C-C2-63

## Organics Analysis Data Sheet
### (Page 2)

Department of
tal Conservation

**Semivolatile Compounds**

GPC Cleanup ☐Yes ☒No

Concentration  (Low) Medium   (Circle One)

Separatory Funnel Extraction ☐Yes

ate Extracted /Prepared  6-10-87

Continuous Liquid - Liquid Extraction ☐Yes

ate Analyzed  6-18-87

onc/Dil Factor:  9.5

ercent Moisture (Decanted)  18

| CAS Number | | ug /l or ug /Kg (Circle One) |
|---|---|---|
| 106-95-2 | Phenol | 3700 u |
| 111-44-4 | bis -2-Chloroethyl Ether | 3700 u |
| 95-57-8 | 2-Chlorophenol | 3700 u |
| 541-73-1 | 1 3-Dichlorobenzene | 3700 u |
| 106-46-7 | 1 4-Dichlorobenzene | 3700 u |
| 100-51-6 | Benzyl Alcohol | 3700 u |
| 95-50-1 | 1 2-Dichlorobenzene | 3700 u |
| 95-48-7 | 2-Methylphenol | 3700 u |
| 39638-32-9 | bis 2-chloroisopropyl Ether | 3700 u |
| 106-44-5 | 4-Methylphenol | 3700 u |
| 621-64-7 | N-Nitroso-Di-n-Propylamine | 3700 u |
| 67-72-1 | Hexachloroethane | 3700 u |
| 98-95-3 | Nitrobenzene | 3700 u |
| 78-59-1 | Isophorone | 3700 u |
| 88-75-5 | 2-Nitrophenol | 3700 u |
| 105-67-9 | 2 4-Dimethylphenol | 3900 u |
| 65-85-0 | Benzoic Acid | 18000 u |
| 111-91-1 | bis -2-Chloroethoxy Methane | 3700 u |
| 120-83-2 | 2 4-Dichlorophenol | 3700 u |
| 120-82-1 | 1 2 4-Trichlorobenzene | 3900 u |
| 91-20-3 | Naphthalene | 3900 u |
| 106-47-8 | 4-Chloroaniline | 3900 u |
| 87-68-3 | Hexachlorobutadiene | 3900 u |
| 59-50-7 | 4-Chloro-3-Methylphenol | 3700 u |
| 91-57-6 | 2-Methylnaphthalene | 3900 u |
| 77-47-4 | Hexachlorocyclopentadiene | 3900 u |
| 88-06-2 | 2 4 6-Trichlorophenol | 3700 u |
| 95-95-4 | 2 4 5-Trichlorophenol | 19000 u |
| 91-58-7 | 2-Chloronaphthalene | 3700 u |
| 88-74-4 | 2-Nitroaniline | 18000 u |
| 131-11-3 | Dimethyl Phthalate | 3700 u |
| 208-96-8 | Acenaphthylene | 3900 u |
| 99-09-2 | 3-Nitroaniline | 19000 u |

| CAS Number | | ug /l or ug /Kg (Circle One) |
|---|---|---|
| 83-32-9 | Acenaphthene | 660 u |
| 51-28-5 | 2 4-Dinitrophenol | 3700 u |
| 100-02-7 | 4-Nitrophenol | 3700 u |
| 132-64-9 | Dibenzofuran | 520 |
| 121-14-2 | 2 4-Dinitrotoluene | 3700 u |
| 606-20-2 | 2 6-Dinitrotoluene | 3700 u |
| 84-66-2 | Diethylphthalate | 3700 u |
| 7005-72-3 | 4-Chlorophenyl-phenylether | 3700 u |
| 86-73-7 | Fluorene | 1160 |
| 100-01-6 | 4-Nitroaniline | 3700 u |
| 534-52-1 | 4 6-Dinitro-2-Methylphenol | 3700 u |
| 86-30-6 | N-Nitrosodiphenylamine (1) | 3700 u |
| 101-55-3 | 4-Bromophenyl-phenylether | 3700 u |
| 118-74-1 | Hexachlorobenzene | 3700 u |
| 87-86-5 | Pentachlorophenol | 19000 u |
| 85-01-8 | Phenanthrene | 3700 |
| 120-12-7 | Anthracene | 130 |
| 84-74-2 | Di-n-Butylphthalate | 3700 u |
| 206-44-0 | Fluoranthene | 4500 |
| 129-00-0 | Pyrene | 3800 |
| 85-68-7 | Butylbenzylphthalate | 3700 u |
| 91-94-1 | 3 3-Dichlorobenzidine | 7300 u |
| 56-55-3 | Benzo(a)Anthracene | 2200 |
| 117-81-7 | bis(2-Ethylhexyl)Phthalate | 2100 |
| 218-01-9 | Chrysene | 2100 |
| 117-84-0 | Di-n-Octyl Phthalate | 3700 u |
| 205-99-2 | Benzo(b)Fluoranthene | 2600 |
| 207-08-9 | Benzo(k)Fluoranthene | 2800 |
| 50-32-8 | Benzo(a)Pyrene | 2100 |
| 193-39-5 | Indeno 1 2 3-cd Pyrene | 1100 |
| 53-70-3 | Dibenza h Anthracene | 470 |
| 191-24-2 | Benzo g h i Perylene | 1200 |

(1) Cannot be separated from diphenylamine

d = coelution

A-53
Form I

recycled paper

7 85

178

US0240

## Organics Analysis Data Sheet
### (Page 3)

### Pesticide /PCBs

Concentration ⟨Low⟩ Medium (Circle One)

Date Extracted /Prepared _6-10-87_

Date Analyzed _6-26-87  7-29-87_

Conc/Dil Factor _10_

Percent Moisture (decanted) _18_  pH=7

GPC Cleanup ☐Yes ☒No

Separatory Funnel Extraction ☐Yes

Continuous Liquid - Liquid Extraction ☐Yes

| CAS Number | | ug /l or ug /Kg (Circle One) |
|---|---|---|
| 319-84-6 | Alpha-BHC | 80 U |
| 319-85-7 | Beta-BHC | 80 U |
| 319-86-8 | Delta-BHC | 80 U |
| 58-89-9 | Gamma-BHC (Lindane) | 80 U |
| 76-44-8 | Heptachlor | 80 U |
| 309-00-2 | Aldrin | 80 U |
| 1024-57-3 | Heptachlor Epoxide | 80 U |
| 959-98-8 | Endosulfan I | 80 U |
| 60-57-1 | Dieldrin | 160 U |
| 72-55-9 | 4,4-DDE | 160 U |
| 72-20-8 | Endrin | 160 U |
| 33213-65-9 | Endosulfan II | 160 U |
| 72-54-8 | 4,4-DDD | 160 U |
| 1031-07-8 | Endosulfan Sulfate | 160 U |
| 50-29-3 | 4,4-DDT | 160 U |
| 72-43-5 | Methoxychlor | 800 U |
| 53494-70-5 | Endrin Ketone | 160 U |
| 57-74-9 | Chlordane | 800 U |
| 8001-35-2 | Toxaphene | 1600 U |
| 12674-11-2 | Aroclor-1016 | 800 U |
| 11104-28-2 | Aroclor-1221 | 800 U |
| 11141-16-5 | Aroclor-1232 | 800 U |
| 53469-21-9 | Aroclor-1242 | 11,000 |
| 12672-29-6 | Aroclor-1248 | 800 U |
| 11097-69-1 | Aroclor-1254 | 800 U |
| 11096-82-5 | Aroclor-1260 | 800 U |

$V_i$ = Volume of extract injected (ul)

$V_s$ = Volume of water extracted (ml)

$W_s$ = Weight of sample extracted (g)

$V_t$ = Volume of total extract (ul)

$V_s$ = _NA_ or $W_s$ _24.5_  $V_t$ _20,000_  $V_i$ _2.0_

A-54

Form 1

179


Ereeco Erco Laboratory
AA'S DEV

Sample Number

SH 734626-62-63

## Organics Analysis Data Sheet
### (Page 4)

### Tentatively Identified Compounds

| CAS Number | Compound Name | Fraction | RT or Scan Number | Estimated Concentration (ug/l or ug/kg) |
|---|---|---|---|---|
| | C15 H12 isomer | BNA | 1151 | 1600 |
| 503-64-5 | 4H-Cyclopento (def) Phenanthrene | BNA | 1161 | 1900 |
| 10544-50-0 | Mol. Sulfur (S8) | BNA | 1235 | 17000 |
| | C4- Phenanthrene isomer | BNA | 1343 | 2100 |
| | Unknown aliphatic hydrocarbon unknown aromatic hydrocarbon | BNA | 1441 | 1900 |
| | Unknown alkane | BNA | 1493 | 2000 |
| | Unknown phthalate | BNA | 1502 | 1700 |
| 630-01-3 | Hexacosane | BNA | 1542 | 3600 |
| 513-49-7 | Heptacosane | BNA | 1590 | 3300 |
| | Unknown alkane | BNA | 1637 | 2500 |
| | Unknown alkane and D-12 Perylene (IS) | BNA | 1687 | 3000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

A-55

180

DC

US0242

Lab Name: __ENSECO INC.__

Sample Number: SH 734 26-63 c 1

New York Department of
Environmental Conservation

## Organics Analysis Data Sheet
## (Page 2)

### Semivolatile Compounds

Concentration (Low)   Medium   (Circle One)

GPC Cleanup ☐Yes ☒No

Date Extracted/Prepared ___6-10-87___

Separatory Funnel Extraction ☐Yes

Date Analyzed ___6-18-87___

Continuous Liquid - Liquid Extraction ☐Yes

Conc/Dil Factor: ___9.5___

Percent Moisture (Decanted) ___18___

| CAS Number | | ug/l or ug/Kg (Circle One) |
|---|---|---|
| 108-95-2 | Phenol | 3830 u |
| 111-44-4 | bis-2-ChloroethylEther | 380 u |
| 95-57-8 | 2-Chlorophenol | 380 u |
| 541-73-1 | 1,3-Dichlorobenzene | 380 u |
| 106-46-7 | 1,4-Dichlorobenzene | 380 u |
| 100-51-6 | Benzyl Alcohol | 380 u |
| 95-50-1 | 1,2-Dichlorobenzene | 380 u |
| 95-48-7 | 2-Methylphenol | 380 u |
| 39638-32-9 | bis(2-chloroisopropyl)Ether | 380 u |
| 106-44-5 | 4-Methylphenol | 380 u |
| 621-64-7 | N-Nitroso-Di-n-Propylamine | 380 u |
| 67-72-1 | Hexachloroethane | 380 u |
| 98-95-3 | Nitrobenzene | 360 u |
| 78-59-1 | Isophorone | 380 u |
| 88-75-5 | 2-Nitrophenol | 360 u |
| 105-67-9 | 2,4-Dimethylphenol | 380 u |
| 65-85-0 | Benzoic Acid | 1900 u |
| 111-91-1 | bis-2-Chloroethoxy)Methane | 380 u |
| 120-83-2 | 2,4-Dichlorophenol | 380 u |
| 120-82-1 | 1,2,4-Trichlorobenzene | 380 u |
| 91-20-3 | ... | 380 u |
| 106-47-8 | 4-Chloroaniline | 380 u |
| 87-68-3 | Hexachlorobutadiene | 380 u |
| 59-50-7 | 4-Chloro-3-Methylphenol | 380 u |
| 91-57-6 | 2-Methylnaphthalene | 380 u |
| 77-47-4 | Hexachlorocyclopentadiene | 380 u |
| 88-06-2 | 2,4,6-Trichlorophenol | 380 u |
| 95-95-4 | 2,4,5-Trichlorophenol | 1900 u |
| 91-58-7 | 2-Chloronaphthalene | 360 u |
| 88-74-4 | 2-Nitroaniline | 1900 u |
| 131-11-3 | Dimethyl Phthalate | 380 u |
| 208-96-8 | Acenaphthylene | 380 u |
| 99-09-2 | 3-Nitroaniline | 1900 u |

| CAS Number | | ug/l or ug/Kg (Circle One) |
|---|---|---|
| 83-32-9 | Acenaphthene | 360 u |
| 51-28-5 | 2,4-Dinitrophenol | 1900 u |
| 100-02-7 | 4-Nitrophenol | 1900 u |
| 132-64-9 | Dibenzofuran | 380 u |
| 121-14-2 | 2,4-Dinitrotoluene | 380 u |
| 606-20-2 | 2,6-Dinitrotoluene | 380 u |
| 84-66-2 | Diethylphthalate | 380 u |
| 7005-72-3 | 4-Chlorophenyl-phenylether | 380 u |
| 86-73-7 | Fluorene | 380 u |
| 100-01-6 | 4-Nitroaniline | 1900 u |
| 534-52-1 | 4,6-Dinitro-2-Methylphenol | 1900 u |
| 86-30-6 | N-Nitrosodiphenylamine (1) | 380 u |
| 101-55-3 | 4-Bromophenyl-phenylether | 380 u |
| 118-74-1 | Hexachlorobenzene | 380 u |
| 87-86-5 | Pentachlorophenol | 1900 u |
| 85-01-8 | Phenanthrene | 380 u |
| 120-12-7 | Anthracene | 380 u |
| 84-74-2 | Di-n-Butylphthalate | 3800 u |
| 206-44-0 | Fluoranthene | 380 u |
| 129-00-0 | Pyrene | 380 u |
| 85-68-7 | Butylbenzylphthalate | 180 J |
| 91-94-1 | 3,3-Dichlorobenzidine | 760 |
| 56-55-3 | Benzo(a)Anthracene | 180 |
| 117-81-7 | bis(2-Ethylhexyl)Phthalate | 650 |
| 218-01-9 | Chrysene | 170 |
| 117-84-0 | Di-n-Octyl Phthalate | 650 |
| 205-99-2 | Benzo(b)Fluoranthene | 230 J |
| 207-08-9 | Benzo(k)Fluoranthene | 230 J |
| 50-32-8 | Benzo(a)Pyrene | 180 J |
| 193-39-5 | Indeno(1,2,3-cd)Pyrene | 120 J |
| 53-70-3 | Dibenzo(a,h)Anthracene | 41 J |
| 191-24-2 | Benzo(g,h,i)Perylene | 120 J |

(1) Cannot be separated from diphenylamine

d = coelution

A-56

Form I

238

7'85

US0243

Sample Number
5473403603o1

## Organics Analysis Data Sheet
### (Page 3)

Lab Name ERCO/ENSECO

NY: DEC

#### Pesticide /PCBs

Concentration (Low) Medium (Circle One)

Date Extracted /Prepared 6-10-87

Date Analyzed 6-26-87

Conc/Dil Factor 10

Percent Moisture (decanted) 18  PH= 7

GPC Cleanup ☐Yes ☒Nc

Separatory Funnel Extraction ☐Yes

Continuous Liquid - Liquid Extraction ☐Yes

| CAS Number | | ug /l or ug /Kg (Circle One) |
|---|---|---|
| 319-84-6 | Alpha-BHC | 80U |
| 319-85-7 | Beta-BHC | 80U |
| 319-86-8 | Delta-BHC | 80U |
| 58-89-9 | Gamma-BHC (Lindane) | 80U |
| 76-44-8 | Heptachlor | 80U |
| 309-00-2 | Aldrin | 80U |
| 1024-57-3 | Heptachlor Epoxide | 80U |
| 959-98-8 | Endosulfan I | 160U |
| 60-57-1 | Dieldrin | 160U |
| 72-55-9 | 4,4-DDE | 160U |
| 72-20-8 | Endrin | 160U |
| 33213-65-9 | Endosulfan II | 160U |
| 72-54-8 | 4,4-DDD | 160U |
| 1031-07-8 | Endosulfan Sulfate | 160U |
| 50-29-3 | 4,4-DDT | 800U |
| 72-43-5 | Methoxychlor | 160U |
| 53494-70-5 | Endrin Ketone | 800U |
| 57-74-9 | Chlordane | 1600U |
| 8001-35-2 | Toxaphene | 800U |
| 12674-11-2 | Aroclor-1016 | 800U |
| 11104-28-2 | Aroclor-1221 | 800U |
| 11141-16-5 | Aroclor-1232 | 800U |
| 53469-21-9 | Aroclor-1242 | 800U |
| 12672 | Aroclor-1248 | 800U |
| 11097-69-1 | Aroclor-1254 | |
| 11096-82-5 | Aroclor-1260 | 800U |

$V_i$ = Volume of extract injected (ul)

$V_s$ = Volume of water extracted (ml)

$W_s$ = Weight of sample extracted (g)

$V_t$ = Volume of total extract (ul)

$V_s$ ___NA___    or $W_s$ ___25.1___    $V_t$ ___20,000___    $V_i$ ___2.0___

A-57

recycled paper

239

ecology and environment

US0244

Lab Name: _Enseco Erco Laboratory_

NO _NSKC_

Sample Number
_SH734136-03-21_

## Organics Analysis Data Sheet
### (Page 4)

### Tentatively Identified Compounds

| CAS Number | Compound Name | Fraction | RT or Scan Number | Estimated Concentration (ug/L or ug/kg) |
|---|---|---|---|---|
| 1. | Unknown | BNA | 1297 | 2700 |
| 2. | Unknown | BNA | 1352 | 1700 |
| 3. | Unknown | BNA | 1393 | 2700 |
| 4. | Unknown | BNA | 1443 | 3400 |
| 5. | Unknown | BNA | 1496 | 1600 |
| 6. | Unknown | BNA | 1543 | 1600 |
| 7. | Unknown Steroid (C₂₉H₅₀ isomer) | BNA | 2632 | 2700 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |

A-58

240

US0245

**REFERENCE 7**

A-59

ecology and environment

US0246

**LS LABORATORY, INC.**
8884 Butternut Drive, East Syracuse, NY 13057

New York Stat
Approved Labora
(315) 446-8701

To:   CALOCERINOS & SPINA ENGINEERS
      1020 SEVENTH NORTH STREET
      LIVERPOOL, NY   13088

Date:   Jul 28 1987

Attention:   CLARKSON/SALINA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SAMPLE #3411

# LABORATORY   ANALYSIS   REPORT

PAGE 1 OF 2

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SAMPLE SUMMARY

CLIENT     : CALOCERINOS & SPINA ENGINEERS        DATE RECEIVED  : 05/28/87

JOB #      : 905.019.02                            DATE COLLECTED : 05/28/87

LOCATION   : SALINA LANDFILL, #3 SW-2              TIME COLLECTED : 1100

METHOD     : GRAB

--------------------------------------------------------------------------------

| PARAMETER | RESULTS | UNITS |
|---|---|---|
| PCB'S IN SEDIMENT AS 1221 | <21. | mg/kg |
| PCB'S IN SEDIMENT AS 1232 | <21. | mg/kg |
| PCB'S IN SEDIMENT AS 1242/1016 | 85. | mg/kg |
| PCB'S IN SEDIMENT AS 1248 | 74. | mg/kg |
| PCB'S IN SEDIMENT AS 1254 | 5. | mg/kg |
| PCB'S IN SEDIMENT AS 1260 | <7.0 | mg/kg |
| PCB'S IN SEDIMENT AS 1262 | <7.0 | mg/kg |
| PCB'S IN SEDIMENT AS 1268 | <7.0 | mg/kg |
| BENZENE | <0.50 | mg/kg |
| 1,2 DICHLOROBENZENE | <0.50 | mg/kg |
| 1,3 DICHLOROBENZENE | <0.50 | mg/kg |
| 1,4 DICHLOROBENZENE | <0.50 | mg/kg |
| ETHYLBENZENE | <0.50 | mg/kg |
| TOLUENE | <0.50 | mg/kg |

A-60

US0247

LABORATORY, INC.

8864 Butternut Drive, East Syracuse, NY 13087

Approved Laborat

(315) 446-0786

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SAMPLE #3411

PAGE 2 OF 2

# LABORATORY  ANALYSIS  REPORT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| PARAMETER | RESULTS | UNITS |
|---|---|---|
| ortho-XYLENE | (0.50 | mg/kg |
| para-XYLENE | (0.50 | mg/kg |
| meta-XYLENE/CHLOROBENZENE | (0.50 | mg/kg |
| **TOTAL SOLIDS** | 542000. | mg/kg |

NOTE:
All analyses performed and reported on a mg/kg wet weight basis, except for TO
and/or PCB's which is expressed in mg/kg dry weight.

CS warrants that any sampling and analyses conducted as part of this report are performed in accordance with the analytical industrie
recognized methodologies and professional standards. CS will not assume liability for any damages resulting from deficient work othe
than reperformance or cost of said work and will not accept any liability as a result of data interpretation by the client.

NYSDOH - ELAP #10067        APPROVED BY _Conrad Terpil Jr._  DATE: _7/28/87_

recycled paper

A-61

ecology and environment

US0248

**LABORATORY, INC.**
6864 Butternut Drive, East Syracuse, NY 13057

Approved Laboratory
(315) 446-9706

To: CALOCERINOS & SPINA ENGINEERS          Date:  Jul 28 1987
    1020 SEVENTH NORTH STREET
    LIVERPOOL, NY   13088

Attention:  CLARKSON/SALINA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SAMPLE #3-12 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                LABORATORY  ANALYSIS  REPORT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                          SAMPLE SUMMARY

CLIENT    : CALOCERINOS & SPINA ENGINEERS        DATE RECEIVED  :  05/22/87

JOB #     : 905.019.00                           DATE COLLECTED :  05/22/87

LOCATION  : SALINA LANDFILL, #3 SW-2             TIME COLLECTED :  1100

METHOD    :GRAB

-----------------------------------------------------------------------

| PARAMETER | RESULTS | UNITS |
|-----------|---------|-------|
| ANTIMONY | <15. | mg/kg* |
| ARSENIC | <0.05 | mg/kg* |
| BERYLLIUM | 0.05 | mg/kg* |
| CADMIUM | 3.4 | mg/kg* |
| CHROMIUM-T | 430. | mg/kg* |
| COPPER | 415. | mg/kg* |
| LEAD | 66. | mg/kg* |
| MERCURY | <0.05 | mg/kg* |
| NICKEL | 110. | mg/kg* |
| SELENIUM | <1.0 | mg/kg* |
| SILVER | <1.5 | mg/kg* |
| THALLIUM | <10. | mg/kg* |
| ZINC | 180. | mg/kg* |
| **TOTAL SOLIDS** | **542000.** | **mg/kg** |

* WET WEIGHT

warrants that any sampling and analyses conducted as part of this report are performed in accordance with the analytical industries
gnized methodologies and professional standards. CS will not assume liability for any damages resulting from deficient work other
reperformance or cost of said work and will not accept any liability as a result of data interpretation by the client.

/SECH -- ELAP #10057        APPROVED BY: _____   DATE: 7/28/87

US0249

**Environmental LABORATORY, INC.**
6864 Butternut Drive, East Syracuse, NY 13057

New York State
Approved Laboratory
(315) 446-9794

To:   CALOCERINOS & SPINA ENGINEERS          Date:   Jul 28 1987
      1020 SEVENTH NORTH STREET
      LIVERPOOL, NY   13088

Attention:  CLARKSON/SALINA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                        SAMPLE #3411
      LABORATORY    ANALYSIS    REPORT
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

                        SAMPLE SUMMARY

CLIENT   : CALOCERINOS & SPINA ENGINEERS       DATE RECEIVED  : 05/22/87

JOB #    : 985.019.00                          DATE COLLECTED : 05/22/87

LOCATION : SALINA LANDFILL, #3 SW-2            TIME COLLECTED : 1100

METHOD   : GRAB

--------------------------------------------------------------------------
EP (EP Extraction Procedure and Analysis as givin in "Test Methods for Evaluating
Solid Waste-Physical Chemical Methods", USEPA, 1982, SW-846

Parameter            Maximum Extraction Level          Analyzed Level

Arsenic                   5.0    mg/l                   <1.0    mg/l
Barium                  100.0    mg/l                   <10.    mg/l
Cadmium                   1.0    mg/l                   <0.5    mg/l
Chromium-Total            5.0    mg/l                   <0.5    mg/l
Lead                      5.0    mg/l                   <1.0    mg/l
Mercury                   0.2    mg/l                   <0.01   mg/l
Selenium                  1.0    mg/l                   <1.0    mg/l
Silver                    5.0    mg/l                   <1.0    mg/l

To determine whether sample is to be considered Hazardous, please compare
reported values to maximum allowable levels.


NYSDOH - ELAP #10057      APPROVED BY: _Conrad Teufel Jr._   DATE: 7/28/87

                              A-63


recycled paper                              ecology and environment

US0250

REFERENCE 8

A-64

US0251

# Onondaga County Health Dept.

## CHAIN OF CUSTODY RECORD

SURVEY
Salina and Brighton Landfills

SAMPLERS: (Signature)
Mark E. Van Valkenburg

| STATION NUMBER | STATION LOCATION | DATE | TIME | SAMPLE TYPE Water Comp. Grab | SAMPLE TYPE Soil | SEQ. NO. | NO. OF CONTAINERS | ANALYSIS REQUIRED |
|---|---|---|---|---|---|---|---|---|
| 1 | Salina/Thruway ditch | 3/20/86 | 13:13 | ✓ | | | 1 | PCB |
| 2 | Salina/Thruway ditch | " | 13:15 | | ✓ | | 1 | PCB |
| | | | | | | | | |
| 3 | Brighton/North slope | 3/20/86 | 14:41 | | ✓ | | 1 | PCB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RECEIVED

APR 4 - 1986

| Relinquished by: (Signature) Mark E Van Valkenburg | Received by: (Signature) | Date/Time 3/20/86 |
|---|---|---|
| Relinquished by: (Signature) | Received by: (Signature) | Date/Time |
| Relinquished by: (Signature) | Received by: (Signature) | Date/Time |
| Relinquished by: (Signature) | Received by Mobile Laboratory for field analysis: (Signature) | Date/Time |
| Dispatched by: (Signature) | Date/Time | Received for Laboratory by: | Date/Time 3/20/86 |

Method of Shipment:

A-65

recycled paper

ecology and environment

US0252

 

# Laboratory Report

**LABORATORIES, INC.**

CLIENT __ONONDAGA COUNTY DEPARTMENT OF HEALTH__     JOB NO. __2235.0015.17__

DESCRIPTION __Salina and Brighton landfills__

DATE COLLECTED __3-20-86__    DATE REC'D __3-20-86__    DATE ANALYZED ____

RECEIVED
APR 4 1986
HEALTH DEPARTMENT

| | Sample # | PCB | PERCENT TOTAL SOLIDS | AROCLOR |
|---|---|---|---|---|
| 1 Water, Salina, ug/l | 27377 | <0.1 | | |
| 2 Soil, Salina, mg/kg dry weight | 27378 | <1.0 | 19.2 | |
| 3 Soil, Brighton, mg/kg dry weight | 27379 | 2.3 | 77.6 | 1016/1242 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Methodology: Federal Register — 40 CFR, Part 136, October 26, 1984     Units: mg / (ppm) unless otherwise noted

Comments:

Authorized ____
Date ____ 3, 1986

CEG Laboratories, Inc.
Box 4942 / 1304 Buckley Rd. · Syracuse, NY / 13221 / (315) 457-1494

A-66

US0253

**REFERENCE 9**

A-67

02:3409-06/26/91-D1
recycled paper

ecology and environment

US0254



# Ley Creek Dredged Material Area

*Relation to
Salina Twn Landfill
# 734036

Study of Ley Creek
approx. 1/4 to 1/2 mile upstream of
Salina Twn LF area*

General Motors Corporation
Fisher Guide Division
Syracuse, New York

July 1989



O'BRIEN & GERE

A-68

US0255



## EXECUTIVE SUMMARY

The Ley Creek Site is situated in the Town of Salina, Onondaga County, New York. Specifically, the project area lies along the south bank of Ley Creek, and occupies an area which extends approximately 5200 ft. situated between the Town of Salina Garage to the west and Townline Road to the east.

Previous investigations at the site revealed that polychlorinated biphenyls (PCBs) were present in materials which had been periodically dredged from the creek and deposited on-site. The PCBs were reported to have originated from materials previously used in hydraulic die casting operations at the Inland Fisher Guide (IFG) Facility.

As a result, a soil boring and hydrogeologic investigation has been conducted to characterize the horizontal and vertical extent of the waste materials and ground water quality impacts. In addition, a risk assessment has been prepared to identify potential exposure pathways and receptors.

The completion of these investigations has resulted in the following conclusions:

.. Portions of Ley Creek, including the area adjacent to the site, have been dredged at various times. The dredged materials, containing PCBs, were deposited along the south bank of the creek or used for restoration projects.

2. The on-site geology is characterized by the dredged fill materials at the surface overlying silts, clays, and fine-grained deposits, which are superposed on dense glacial till.

A-69

recycled paper

ecology and environment

US0256

The dredged materials are comprised of the fine-grained lacustrine and fluvial deposits.

3. Ground water flow across the site is in a northerly direction toward Ley Creek. Ground water flow velocity varies from 0.05 ft/day to 0.11 ft/day during dry and wet weather conditions respectively. The average yearly ground water discharge to Ley Creek from the south side of the site is estimated to be 11,300 gallons/day.

4. PCB concentrations in the on-site soils ranged from less than detectable to 180 ppm. With the exception of boring B6, soils containing PCB concentrations in excess of 50 mg/kg are limited to an area extending approximately 1,600 ft. west of Townline Road.

5. Sediment samples collected from the Ley Creek stream bed indicate that detectable concentrations of PCBs are contained within the boundaries of the site. The highest value (8.3 mg/kg) was measured immediately downstream of the IFG Outfall. Upstream and downstream samples collected near the site boundaries did not contain detectable levels of PCBs.

6. Ground water samples collected from the site, including the upgradient sample, exhibited concentrations of PCBs in excess of the NYS Class GA ground water standard of 0.01 ug/l. The highest concentration of PCBs in the ground water was measured in the central portion of the site, between and including monitoring wells MW8 and MW13. This coincides with the highest PCB concentrations measured in soil boring samples B1 to B11, located in the same general vicinity.

A-70

US0257

7. Surface water samples collected at the upstream (SW-3) and furthest downstream (SW-1) areas did not exhibit detectable levels of PCBs. However, a surface water sample collected immediately downgradient of the IFG outfall exhibited a PCB concentration of 1.4 ug/l during the 4/89 wet weather sampling event. Detectable levels of PCBs were not detected at sample locations during the dry weather (10/88) sampling event.

8. Air monitoring samples were collected at various upwind and downwind locations encompassing the site. The results of all samples were less than detectable, with a detection limit of $0.001$ mg/m$^3$. The Threshold Limit Value for PCBs is $0.5$ mg/m$^3$.

9. The mass transport of PCBs into Ley Creek from the site has been calculated to be 0.15 gm/day, resulting in a projected PCB concentration for the surface water of Ley Creek at 0.0028 ug/l. The calculated PCB concentration of 0.0028 ug/l is below the NYS Class A standard of 0.01 ug/l for human health. Although this calculated PCB concentration exceeds the 0.001 ug/l standard for aquatic life, surface water samples collected downstream did not detect PCBs within Ley Creek.

10. Under the assumed worst-case conditions, it was estimated that adults and children ingesting low-level PCB residues as a result of coming into contact with contaminated soils would incur an incremental lifetime risk of cancer in the range of $7.63 \times 10^{-7}$ to $1.89 \times 10^{-8}$, a range of risks which is

A-71

# SECTION 1 - INTRODUCTION

## 1.01 Project Background

Due to flooding problems in the Ley Creek drainage basin, periodic dredging of Ley Creek has been performed by the Onondaga County Department of Drainage and Sanitation (OCDDS) from the early 1970's to 1983. Dredged materials generated by this activity were places along the south bank of the creek or used for land restoration projects. A hydrogeologic investigation of Ley Creek completed by EDI Engineering and Science (EDI 1985A) pursuant to a SPDES Consent Order (Case #7-0383) indicated the presence of polychlorinated biphenyls (PCBs) in the dredged material there. The PCBs, specifically identified as Aroclor 1248, were reported to have originated from material previously used in the plant hydraulic die casting operations.

A subsequent study of the area along Ley Creek was completed by O'Brien & Gere Engineers (OBG) in April 1987. This field investigation identified material containing PCBs within a 1,600 ft. section of the south bank of Ley Creek, downstream from the General Motors (GM) Inland Fisher Guide (IFG) plant outfall. In response to these findings, the New York State Department of Environmental Conservation (NYSDEC) issued a Consent Order requiring GM-Inland Fisher Guide to develop and implement a field investigation program designed to determine the areal distribution and vertical extent of PCBs at the Ley Creek Site, and to identify any potential on-site and off-site releases or migration of PCBs.

The investigation described in this report supplements the previous investigations along the south bank of Ley Creek from the

A-72

US0259

own of Salina Highway Garage to Townline Road, and includes
investigations along the north bank of Ley Creek. The study area is
illustrated on Figure 1. The field investigations were performed in
accordance with the procedures and protocols outlined on the approved
Work Plan dated October, 1987.

## .02 Project Purpose and Scope

The purpose of the field investigation was to determine the areal
and vertical extent of PCBs at the Ley Creek site, to define potential
on-site and/or off-site releases or migration of PCBs, and to complete a
risk assessment to evaluate the impacts of any potential receptors.

The following investigative efforts identified in the approved Work
Plan were completed to provide data necessary to meet these project
objectives:

1. The collection and laboratory analysis of sediment and surface
   waters samples to determine the concentration, if any, of
   PCBs and to assess potential transport mechanisms and recep-
   tors.

2. The installation of 23 soil borings, including soil sampling and
   laboratory analysis for PCBs, along the south and north side
   of Ley Creek to characterize the site geology and chemistry.

3. The installation of six shallow monitoring wells to supplement
   the existing wells at the site, and provide hydrogeologic and
   ground water quality data.

4. Ground water elevation monitoring to provide data necessary
   to evaluate ground water flow direction and hydraulic gradi-
   ents.

A-73

US0260