the 11 years of record is 45.6 ft$^3$/second (1.29 m$^3$/sec). The maximum daily discharge on record is 1,310 ft$^3$/second (37.10 m$^3$/sec). The minimum daily discharge is 1.9 ft$^3$/second (0.05 m$^3$/sec) U.S.G.S., 1985).

Ley Creek drains an area of approximately 30 square miles (77 m$^2$). In general, the Ley Creek drainage basin, except for the northeast portion, can be described as a highly urbanized area. Portions of the towns and cities of Syracuse, North Syracuse, East Syracuse, Cicero, Clay, Dewitt, Manlius, and Salina are located in the Ley Creek watershed. Many industries and commercial establishments are located in the watershed. The larger industries include Inland Fisher Guide, Bristol Laboratories, Carrier Corporation, Syracuse China Corporation, Chrysler, and General Electric. These large factories and their parking lots cover significant portions of the watershed. In addition, 14 miles of expressway, eight interchanges, a service facility of the New York State Thruway, a Niagara-Mohawk electrical transfer station, the Hancock Field of the U.S. Air Force, and Syracuse International Airport are located in the Ley Creek watershed. Streets, shopping areas, parking lots, and buildings cover other parts of this watershed. Industrial effluents and urban storm runoff discharge into Ley Creek. The northeast part of the watershed is relatively undeveloped.

In addition to Inland Fisher Guide Division, there are seven permitted dischargers into Ley Creek (EDI, 1985B). Sunnyside Nursing Home, Oberdorfer Foundries, and Roth Brothers Foundry are located upstream of Inland Fisher Guide; the Ley Creek Pump Station, Lyncourt Sewer District, and Syracuse China discharge downstream of Inland

A-74

4

US0261

Creek were caught and analyzed for PCBs. This study concluded that although the pattern of occurrence of PCBs is irregular and is likely a result of the Ley Creek dredging program completed in 1983, PCB concentrations in sediments are higher downstream of the outfall than upstream. Detectable concentrations of PCBs, which at the time of the study were present in IFG effluent, were observed downstream and not detected upstream of the outfall.

A small population of fish samples (14 fish were caught) from Ley Creek indicated that concentrations up to 6.8 mg/kg total PCBs, consisting of Aroclors 1248 and 1254, were detected in fish, with the highest concentration being observed in carp. The report also cited background information indicating that Aroclors 1242 and 1248 that occur in IFG effluent are not those identified in fish from Onondaga Lake, which contained PCB Aroclors 1016, 1254 and 1260.

Subsequent to these findings, the NYSDEC requested that IFG complete a more detailed study of the area between Factory Ave and Ley Creek. IFG then proposed additional investigations to further determine the extent and amount of PCBs within the soils and ground water and the potential quantity, if any, of PCBs discharging to Ley Creek via the ground water system. Pursuant to the NYSDEC request, Inland Fisher Guide completed an investigation of the area between Factory Avenue and Ley Creek beginning at Townline Road and continuing for 1600 feet downstream (O'Brien & Gere, 1987). The investigation included soil borings and monitoring well installations. Ground water flow was determined to be north towards Ley Creek. PCBs were detected in soil samples at concentrations ranging from 0.8 to 467 parts per million (ppm). Ground water samples contained PCBs

A-75

US0262

**REFERENCE 10**

A-76

02-3400-05/26/01-01

US0263

NYS Department of Environmental Conservation,
Region 7 Office

# NEW FISHING POLICY



ONONDAGA LAKE
is open to recreational fishing as of May 15, 1986.



HEALTH ADVISORY
Fish from these waters have high levels of chemicals.
To minimize potential health risks, the New York State
Department of Health recommends that you eat no fish
from this water.

A-77

recycled paper                    ecology and environment

US0264

**REFERENCE 11**

A-78

02:3409-05/25/91-D1

US0265



GUIDE    General Motors Corporation    Syracuse New York 13221-4655    PLEL 85-205

Syracuse Plant    July 16, 1985

New York State Department of Environmental Conservation
RTK Processing Unit
Room 525
50 Wolf Road
Albany, New York    12233

Dear Sirs:

In accordance with Governor Cuomo's "Community-Right-To-Know"
Executive Order #33, General Motors Corporation, Syracuse
Plant is submitting:

1.  Industrial Chemical Survey

2.  Generator Questionnaire

to New York State Department of Environmental Conservation.

If you have any questions, Please contact the writer.

Very truly yours,

FISHER GUIDE DIVISION
General Motors Corporation

F. J. Giacobbi
Plant Engineer
(315) 432-5207

cc:  R. Link
     L. Williams
     J. Fannon
     D. Skiven
     P. Zavala

/emr
Enclosure

A-79

recycled paper                                                        ecology and environment

US0266

PART - I

# HAZARDOUS WASTE DISPOSAL QUESTIONNAIRE

ABOVE ADDRESS. ATTENTION RTK PROCESSING UNIT, ROOM

ICS 0:  0100359

NERAL MOTORS CORPORATION
BOX 4869
O TOWNLINE RD
RACUSE                    NY 13221

| | CITY | | ICS CODE / EPA ID NUMBER |
|---|---|---|---|
| | | | EPA I.D. 0002239440 |
| | | STATE | ZIP |

NAME (if different)

ACUSE PLANT, FISHER GUIDE DIVISION

| | | CONTACT NAME | |
|---|---|---|---|
| | | F. J. Giacobbi | TELEPHO |
| ADDRESS (if different) | CITY | STATE | 43 |

PAL BUSINESS OF PLANT

UFACTURE OF PLASTIC AUTOMOTIVE COMPONENTS

## PLEASE ANSWER THE FOLLOWING QUESTIONS:

CHECK O

1. SINCE JANUARY 1, 1952 THRU DECEMBER 31, 1981, HAVE YOU OR ANY PREVIOUS OWNERS/OPERATORS OF THIS FACILITY GENERATED ANY HAZARDOUS WASTE (SEE INSTRUCTIONS) AT YOUR PRESENT FACILITY, PLANT, PROPERTY, ETC?

☒ YES

☐ NO

IF THE ANSWER IS YES COMPLETE QUESTIONS 1, 2, 3, 4 AND GENERATOR FORM PART - II
IF THE ANSWER IS NO COMPLETE QUESTIONS 1 AND 4 AND RETURN THIS FORM

2. HAS THE FACILITY AT THIS LOCATION CHANGED ITS NAME OR IDENTIFICATION BECAUSE THERE WAS A CHANGE IN OWNERSHIP, CORPORATE NAME OR OPERATOR NAME, ETC. IF YES LIST THE NAMES BY WHICH THIS FACILITY HAS BEEN IDENTIFIED SINCE JANUARY 1, 1952 TO THE PRESENT.

☒ YES

☐ NO

| Brown-Lipe-Chapin Div, G.M.C. | 10/52 - 11/61 |
|---|---|
| Ternstedt Div, G.M.C. | 11/61 - 11/68 |
| Fisher Body Div, G.M.C. | 11/68 - 07/87 |
| Fisher Guide Div, G.M.C. | 07/84 - |

NAME, ADDRESSES, AND TELEPHONE NUMBERS          DATES

3. DESCRIBE THE DOCUMENTS FROM WHICH DATA THAT IS INCLUDED ON PART-II WAS OBTAINED (SEE INSTRUCTIONS)

DOCUMENT DESCRIPTION          DATES

4. I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THAT INFORMATION SUPPLIED IS TRUE COMPLETE. FALSE STATEMENTS SUBMITTED ON THIS DOCUMENT ARE PUNISHABLE PURSUANT TO SEC 210.45 OF THE PENAL LAW.

NAME OF OWNER/OPERATOR, PARTNER OFFICER OR AUTHORIZED REPRESENTATIVE     TITLE     DATE

X _____

432-5200          A-80

SIGNATURE

US0267

NYSDEC

"COMMUNITY-RIGHT-TO-KNOW" EXECUTIVE ORDER #33

ICS #: 0100359
GENERAL MOTORS CORPORATION

1000 TOWNLINE RD PO
SYRACUSE            NY 13221

INDUSTRIAL CHEMICAL SURVEY (ICS)

INSTRUCTIONS

A. If you have submitted an ICS form to the Department since January 1, 1980 (1), please check the box below, sign and return (2), this sheet.

☒  ICS submitted since January 1, 1980

X _____         _____
    Signature                          Date

B. If you have not submitted an ICS form to the Department since January 1, 1980, please complete and return (2) the attached ICS form.

NOTE:  (1) If you wish to update the ICS currently on file you may do so by completing and returning the enclosed forms.

(2) All materials are to be returned in the enclosed self-addressed envelope.

A-81

recycled paper                                    ecology and environment

# INDUSTRIAL CHEMICAL SURVEY
## PART I

FOR ASSISTANCE WITH THIS FORM, CALL JOHN PULASKI AT THE NYSDEC. (518)457-2970

PLANT NAME
FISHER-GUIDE DIV. GENERAL MOTORS CORP., SYRACUSE PLANT     SIC CODE: 3079

COMPANY MAILING ADDRESS
1000 TOWNLINE RD. P.O. BOX 4869     CITY SYRACUSE     STATE N.Y.     ZIP CODE 13221

PLANT NAME (if different)     CONTACT NAME FRANCIS J. GIACOBBI     TELEPHONE Area 315/432-

PLANT ADDRESS (if different) Street     City     State     Zip Code

PRINCIPAL BUSINESS OF PLANT
MANUFACTURING PLASTIC AUTOMOTIVE COMPONENTS

NOTE: (If parent company, give name and addresses of all divisions, subsidiaries, etc. located in other New York State. A separate questionnaire is to be completed and submitted for each.)

ICS #: 0100
GENERAL MOTORS CORPORATION
1000 TOWNLINE RD PO
SYRACUSE.     NY 1322

## PART II
### Discharge Information

1. Does your plant discharge liquid wastes to a municipally owned sanitary sewer system?   ☒ Yes
   Name of System LEY CREEK SANITARY SEWER
2. Is your facility permitted to discharge liquid wastes under a State (SPDES) or Federal (NPDES) permit?   Permit Number 0000566   ☒ Yes
3. Do you discharge liquid wastes in any other manner?   ☒ Yes
   Explain WASTE TREATMENT SLUDGE CONTAINS 88% WATER TREATED TO
   If any of the above are "Yes": SECURE LAND FILL AND FOR INCINERATION.
   a. Do you discharge process or chemical wastes – (i.e. water used in manufacturing including direct contact cooling water and scrubber water)?   ☒ Yes
   b. Do you discharge non-contact cooling water?   ☒ Yes
   c. Do you discharge collected storm drainage only?   ☐ Yes
   d. Do you discharge sanitary wastes only?   ☐ Yes

AIR
1. Does your facility have sources of possible emissions to the atmosphere?   ☒ Yes
2. Enter Location and Facility Code as shown on your Air Pollution Control Application for Permits and Certification (if applicable)   3148000611

SOLID & CONCENTRATED LIQUID WASTES
1. List Name and Address of Firm (including yourself) removing wastes other than office and cafeteria refuse.
   Name ONONDAGA ENVIRONMENTAL SYSTEMS INC.
   Address 1120 JAMES STREET SYRACUSE N.Y. Zip Code
   Name CENTRY NEWYORK INDUSTRIAL SERVICES
   Address P.O. BOX 2013 OSWEGO, N.Y. State Zip Code 13126
2. List Location(s) of Landfill(s) owned and used by your facility.
   1.    ☐
   2.    ☐

PESTICIDES
1. Does this facility:
   Manufacture Pesticides or Pesticide Product Ingredients?   ☐ Yes
   Produce Pesticides or Pesticide Product Ingredients?   ☐ Yes
   Formulate Pesticides?   ☐ Yes
   Repackage Pesticides?   ☐ Yes
2. EPA Establishment Number:

A-82

US0269

PART III

EPA I.D. #022239440

SUBSTANCES OF CONCERN
(Refer to attached TABLE 2)

| CODES FOR PURPOSE OF USE | | | |
|---|---|---|---|
| ✔ | USE DESCRIPTION | ✔ | USE DESCRIPT |
| 1 | PRODUCED | 5 | DISTRIBUTED |
| 2 | REACTED | 6 | NO LONGER US |
| 3 | BLENDED | 7 | CLEANING |
| 4 | PACKAGED | 8 | OTHER (SPECI |

Complete all information for those substances your facility has used, produced, stored, distributed or otherwise disposed of since January 1, 1971. Do include chemicals used only in analytical laboratory work. Enter the name and code from Table 2. If facility uses a substance in any of the Classes A – which is not specified in the list, enter it as code class plus 99, e.g. 899 with name, usage, etc.

| NAME OF SUBSTANCE | CODE | AVERAGE ANNUAL USAGE | AMOUNT NOW ON HAND | (✔) GAL / LB. | PURPOSE OF USE ENTER THE APPROPRIATE CODE(S) FROM ABOVE |
|---|---|---|---|---|---|
| MALATHION | E07 | 40 | 0 | X | MOSQUITO CONTROL |
| DIAZINON | C13 | 6 | 0 | X | PEST CONTROL * |
| DESBAN (EPA #373-96) | C99 | 6 | 0 | X | PEST CONTROL * |
| FICAM-W (EPA 100685-3 AA-876) | C99 | 3 | 0 | X | PEST CONTROL * |
| TON BAIT TRAY (EPA 56-18) | C99 | 20 | 0 | X | RODENT CONTROL * |
| D-CON (CHESTER EPA 12455-6 AA | C99 | 10 | 0 | X | RODENT CONTROL * |
| NITKOL | C99 | 0.5 | 0 | X | BIRD CONTROL * |
| XYLENE (XYLOL) | IV31 | 26.71 | 4752 | X | PAINT REDUCER |
| HIGH FLASH THINNER (DOT 1734) | D99 | 4345 | 330 | X | PAINT THINNER |
| HIGH SOLVENT 11.31 | D99 | 4717 | 4225 | X | PAINT LINE, RUST THINN |
| FREON | IV31 | 575 | 50 | X | AIR CONDITIONING SYSTE |
| INKS & PRIMERS | D99 | 125,000 | 11,000 | X | PRODUCTION LINES |
| STODDARD - GASOLINE | AC31 | 600 | 600 | X | FUELING LINES |
| JESSO 150 | D99 | 1265 | 290 | X | PAINT REDUCER |
| LAVE SPRAY REDUCER | D99 | 220 | 221 | X | PAINT REDUCER |
| WENT & PETROLEUM 11.31 | D99 | 1431 | 4962 | X | PAINT REDUCER |
| ETHER THINNER #736.0 | D99 | 40 | 40 | X | PAINT THINNER |
| CLEAR VINYL | D99 | 5 | 5 | X | PAINT THINNER |
| XYLENE REDUCER-K.A.S. 11-15-91 | D99 | 16.5 | 16.5 | X | PAINT REDUCER |

* THE AMOUNTS LISTED ARE FINISHED PRODUCT QUANTITIES AT RECOMMENDED DILUTION. USED BY OUTSIDE LICENSED APPLICATOR.

For chemicals of unknown composition, list trade name or other identification, name of supplier and complete information.

| NAME OF SUBSTANCE | AVERAGE ANNUAL USAGE | AMOUNT NOW ON HAND | (✔) GAL / LB. | SUPPLIER | PURPOSE OF USE: ENTER THE APPROPR CODE(S) FROM ABOV |
|---|---|---|---|---|---|
| | | | | | |

I hereby affirm under penalty of perjury that information provided on this form is true to the best of my knowledge and belief. False statements made her be punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

SIGNATURE (Owner, Partner or Officer) _____    DATE 6/11/85

NAME (Printed or typed) ROLAND F LINK    TITLE PLANT MANAGER

recycled paper

US0270

## PART III

EPA I. D. # 002239440  SUBSTANCES OF CONCERN
(Refer to attached TABLE 2)

**CODES FOR PURPOSE OF USE**

| USE DESCRIPTION | | USE DESCRIPTION |
|---|---|---|
| 1 PRODUCED | 5 | DISTRIBUTED |
| 2 REACTED | 6 | NO LONGER USED |
| 3 BLENDED | 7 | CLEANING |
| 4 PACKAGED | 8 | OTHER (SPECIFY) |

complete all information for those substances your facility has used, produced, stored, distributed or otherwise disposed of since January 1, 1971. Do not include chemicals used only in analytical laboratory work. Enter the name and code from Table 2. If facility uses a substance in any of the Classes A - B and is not specified in the list, enter it as code class plus 99, e.g. 599 with name, usage, etc.

| NAME OF SUBSTANCE | CODE | AVERAGE ANNUAL USAGE | AMOUNT NOW ON HAND | GAL. | LB. | PURPOSE OF USE ENTER THE APPROPRIATE CODE(S) FROM ABOVE |
|---|---|---|---|---|---|---|
| STR TREATMENT CHEMICALS | | | | | | |
| O 1763 | | 3518 | 957 | X | | ANIONIC POLYMER FLOCCUL |
| O 7340 | | 0 | 200 | X | | ALGECIDE |
| O 391 | | 3790 | 650 | X | | CORROSION INHIBITOR |
| O 8365 | | 3808 | 2469 | X | | CORROSION INHIBITOR |
| CLEAN 44.4 | | 260 | 0 | X | | ACID CLEANER-BOILERS |
| O 780 | | 6545 | 55 | X | | OXYGEN SCAVENGE-BOILER |
| O 7200 | | 220 | 55 | X | | BOILER TREATMENT |
| O 354 | | 220 | 110 | X | | AMINE (COND. RET. SYS.) |
| BARIUM SULFATE | | 41700 | 600 | X | | FLOCCULANT |
| BROMOCHLORIDE | | 34473 | 164 | X | | MICRO. BIOCIDE |
| STK | | 4400 | 385 | X | | PH ADJUSTMENT |
| LIME (HI) | | 112880 | 1544 | X | | HARDNESS REMOVER |
| LIME (LO) | | 0 | 8 | X | | PH ADJUSTMENT |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

For chemicals of unknown composition, list trade name or other identification, name of supplier and complete information.

| NAME OF SUBSTANCE | AVERAGE ANNUAL USAGE | AMOUNT NOW ON HAND | GAL | LB | SUPPLIER | PURPOSE OF USE ENTER THE APPROPRIATE CODE(S) FROM ABOVE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I hereby affirm under penalty of perjury that information provided on this form is true to the best of my knowledge and belief. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| ALL (Owner, Partner, or Officer) | DATE 8/1/85 |
|---|---|
| Printed or Typed | TITLE PLANT MANAGER |

CUSE    STATE N.Y.    ZIP 3221

DATE 6/20/85

| 1. HAZARDOUS WASTE DISPOSAL SITE (AND INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (AND INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | FORM | | 5. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (AND INSTRUCTIONS) |
|---|---|---|---|---|---|---|---|
| ...talo Landfill ...man Rd. ...aca Falls, N.Y. | Paint Sludge & Kolene Sludge | D002 | No Record | X | | Cal. Year 1974 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| ...talo Landfill ...man Rd. ...aca Falls, N.Y. | Paint Sludge & Kolene Sludge | D002 | 417 Tons | X | X | Cal. Year 1975 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| ...talo Landfill ...man Rd. ...aca Falls, N.Y. | Paint Sludge & Kolene Sludge | D002 | 1100 Tons | X | | Cal. Year 1976 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| ...lo Landfill ...in Rd. ...Falls, N.Y. | Paint Sludge & Kolene Sludge | D002 | No Record | X | | Cal. Year 1977 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| ...lo Landfill ...man Rd. ...Falls, N.Y. | Paint Sludge & Kolene Sludge | D002 | No Record | X | | 1/78-6/78 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| ...c Chemical ...te Systems | Paint Sludge & Kolene Sludge | D002 | 544 Tons | X | | Cal. Year 1979 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| ...g International 6 Royal Ave. | Paint Sludge & Kolene Sludge | D002 | 160.99 Tons | X | | Cal. Year 1980 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |

US0272

PART III

DATE  6/20/85

| 1. HAZARDOUS WASTE DISPOSAL SITE (& INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DISPOSED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OR QUANTITY OF WASTE (TONS) | FORM | 5. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|
| International Royal Ave. Falls, N.Y. | Paint Sludge & Kolene Sludge | D002 | 214 Tons | X | Cal. Year 1981 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| Chemical Systems | Paint Sludge & Kolene Sludge | D002 | No Record | X | 6/78  8/16/78 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |

A-86

US0273

BOX 4069, 1000 TOWN LINE ROAD
STATE N.Y. ZIP 13221
CUSE

DATE 6/20/85

| ROCKS WASTE DISPOSAL SITE | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | FORM SOL/LIQ | 6. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|
| aite Landfill | Paint Sludge | D002 | No Record | X | Oct. 1952 Dec. 1961 | N/A |
| n of Salina Landfill te ll n of Salina ndaga County | Paint Sludge | D002 | 540 | X X | Jan. 1962 Dec. 1967 | Refuse Div. Contract Trucking Corp. |
| nsporter's dfill | Paint Sludge | D002 | 120 | X | Jan. 1968 Feb. 1969 | J. Brillo Co. Coon Hill Rd. Skaneateles, N.Y. |
| n of Salina Landfill te ll n of Salina ndaga County | Paint Sludge | D002 | 100 | X | Mar. 1969 Dec. 1969 | J. Brillo Co. Coon Hill Rd. Skaneateles, N.Y. |
| nchfelter Landfill of Onondaga ndaga County | Paint Sludge | D002 | 480 | X | Jan. 1970 Dec. 1973 | Mathieson Trash Service- Pleasant Valley Rd., Marcellus, N.Y. |

US0274

PART "H"

DATE 6/20/85

**...HER GUIDE...V., GHC**
EPA 002230440
1. BOX 4869, 1000 TOWN LINE ROAD
...RACUSE    STATE N.Y.    ZIP 13221

| 1. HAZARDOUS WASTE DISPOSAL SITE (SEE INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OR QUANTITY OF WASTE (TONS) | 5. FORM LIQUID | 5. FORM SOLID | 6. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|---|
| On Site Landfill | Buffing Sludge | N/A | No written records available | X | X | Approx. 1952 – 1961 | N/A |
| Town of Salina Landfill Route 11 Town of Salina Onondaga County | buffing Sludge | N/A | 3630 Tons/Yr. | X | X | Jan. 1962 – Dec. 1972 | Refuse Div. Contract Trucking Corp. |

A-88

US0275

DATE  6/20/05

NER SHIPIT IV, ... BOX 4069, 1000 TOWN LINE ROAD
...CUSE  STATE N.Y.  ZIP 13421

| 1. HAZARDOUS WASTE DISPOSAL SITE (SEE INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | FORM (DRUM/SOLD/LIQUID) | 5. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|
| No Record | Oil & Grease | N/A | 336 | X | Jan. 1966 Feb. 1968 | Seltz Oil Co. Syracuse, N.Y. |
| No Record | Oil & rease | N/A | 234 | X | Feb. 1968 Oct. 1969 | Joseph Brillo Coon Hill Rd. Skaneateles, N.Y. |
| Site Incineration | Oil & Grease | N/A | 156 | X | Oct. 1969 June 1972 | N/A |
| claimed | Oil & Grease | N/A | 190 | X | July 1972 Mar. 1979 | Northeast Oil Co. 2802 Lodi St. Syracuse, N.Y. |
| claimed | Oil & Grease | N/A | 46 | X | Mar. 1979 Dec. 1981 | New Era Oil Services 402 Parsons Drive Syracuse, N.Y. |

A-90

PART - 10

US0276

DATE  6/20/85

| 1. HAZARDOUS WASTE DISPOSAL SITE (SEE INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | FORM LIQUID | FORM SOLID | 5. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|---|
| ...an ...orter Owned Site | Industrial Waste Treatment Sludge | N/A | 10,053 | | x | 1962 Thru 1969 | Joseph Brillo Coon Hill Road Skaneateles, N.Y. |
| ...oral Rd. Landfill ...wn of Onondaga ...nondaga County ...w York | Industrial Waste Treatment Sludge | N/A | 4,960 | | x | Jan. 1970 Mar. 1974 | Mathiason Trash Service Pleasant Valley Rd. Marcellus, N.Y. |
| ...ntalo Landfill ...lesman Rd. ...neca Falls, N.Y. | Industrial Waste Treatment Sludge | N/A | 440 | | x | Mar. 1974 June 1978 | Onondaga Environ-mental 4439 James St. E. Syracuse, N.Y. |
| ...co Chemical ...ste Systems ...agara Falls, N.Y. | Industrial Waste Treatment Sludge | N/A | 336 | | x | June 1978 Dec. 1981 | Onondaga Environ-mental 4439 James St. E. Syracuse, N.Y. |

...L. BOX 4069, 1000 TURN LINE ROAD
...RACUSE    STATE N.Y.    ZIP 13221

PART - II

recycled paper

...rology and environment
A-89

US0277

IN( )V., GMC    EPA 002210410    STATE N.Y.    ZIP 13221

4009., 1000 TOWN LINE ROAD

DATE 6/20/85

| 1. WASTE DISPOSAL SITE | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | FORM | | 8. WASTE DISPOSAL DATES | 9. TRANSPORTER OF HAZARDOUS WASTE |
|---|---|---|---|---|---|---|---|
| 1 ... Incineration | Waste Thinner, Paint & Reducer | F003 | 2 | | X | Jan. 1968 June 1968 | J. Brillo Co. Coon Hill Rd. Skaneateles, N.Y. |
| f Salina Landfill ll f Salina ga County | Waste Th nner, Paint & Reduce:: | F003 | 170 | X | | July 1968 June 1972 | N/A |
| Inc. Rd. ota, N.Y. med & Returned | Waste Thinner Paint & Reducer | F003 | 22 | | X | July 1972 Dec. 1973 | Refuse Dlv. Contract Trucking Corp. |
| ast Solite Corp. Highway ation, N.Y. Recovery thel ration | Dirty Thinner | F003 | N/A | X | | Jan. 1974 Dec. 1976 | R.D.O. Inc. Canal Rd. Canastota, N.Y. |
| trial Environmental ution, P.O. Box 437 ution, N.Y. Recovery Incineration | Waste Thinner, Paint & Reducer | F003 | 144 | X | | Jan. 1978 Dec. 1979 | Has-O-Waste Canal Rd. Wampsville, N.Y. |
| al Environmental | Waste Thinner, Paint & Reducer | F003 | 70 | X | | Jan. 1980 Dec. 1980 | Sealand Restoration |
| | Waste Thinner, Paint | F003 | 80 | X | | Jan. 1981 | |

DATE 6/20/85

| 1. HAZARDOUS WASTE DISPOSAL SITE (SEE INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | FORM OF WASTE (DRUM/LOOSE) | 5. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|
| Cecos International P.O. Box 619 Niagara Falls, N.Y. | PCB's | D001 | .0704 Tons | X | Calendar Year 1980 | Cecos International |
| Cecos International P.O. Box 619 Niagara Falls, N.Y. | PCB's | D001 | None | | Calendar Year 1981 | Cecos International |
| Cecos International P.O. Box 619 Niagara Falls, N.Y. | PCB's | D001 | None | | Calendar Year 1978 | Cecos International |
| Cecos International P.O. Box 619 Niagara Falls, N.Y. | PCB's | D001 | None | | Calendar Year 1979 | Cecos International |
| | | | | | 1952 - 1977 | No written records available |

US0279

DATE 6/20/85

STATE N.Y.    ZIP 13221

...CUSE

A-93

| 1. HAZARDOUS WASTE DISPOSAL SITE (SEE INSTRUCTIONS) | 2. DESCRIPTION OF HAZARDOUS WASTES DEPOSITED AT THIS LOCATION (SEE INSTRUCTIONS) | 3. EPA WASTE CODE | 4. WASTE DISPOSED OF QUANTITY OF WASTE (TONS) | 5. (FOR USE) USED OR SOLD / DRUMS | 5. WASTE DISPOSAL DATES | 6. TRANSPORTER OF HAZARDOUS WASTE (SEE INSTRUCTIONS) |
|---|---|---|---|---|---|---|
| On site landfill | Combination of boiler fly ash and bottom ash | N/A | No written records available | x | Approx. 1952 – 1961 | Self |
| On site fill & cover | Combination of boiler fly ash and bottom ash | N/A | No written records available | x | Approx. 1962 – 1970 | Self |
| Town of Salina Landfill, Route 11, Town of Salina, Onondaga County | Combination of boiler fly ash and bottom ash | N/A | 10,092 T | x | Jan. 1971 – Mar. 1974 | Mathieson Tres Service Pleasant Valle..., Marcellus, N.Y. |
| Onondaga Environmental Landfill, ...wl Road, ...cego, N.Y. | Combination of boiler fly ash and bottom ash | N/A | 21,270 T | x | Mar. 1974 – Aug. 1978 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |
| Onondaga Landfill Systems ...moral Road Syracuse, N.Y. | Combination of boiler fly ash and bottom ash | N/A | 1,312 T | x | Aug. 1978 – Apr. 1979 | Onondaga Environmental Systems 4439 James St. E. Syracuse N.Y. |
| Sealand Restoration Town of Lisbon St. Lawrence County | Combination of boiler fly ash and bottom ash | N/A | 329 T | x | Apr. 1979 – June 1979 | Sealand Restoration |
| Onondaga Landfill Systems ...moral Road | Combination of boiler fly ash and bottom ash | N/A | 5,151 T | x | June 1979 – Dec. 1981 | Onondaga Environmental Systems 4439 James St. E. Syracuse, N.Y. |

recycled paper

US0280

Mr. L. Gross
April 3, 1986
Page 3


Please do not hesitate to call if you have any questions.

Very truly yours,

F. J. Giacobbi
Plant Engineer
(315) 432-5207


/dr

Attachments

cc:  R. Link


A-104

US0281

REFERENCE 15

A-105

02:3408-05/25/91-D1
recycled paper

ecology and environment

US0282

SANITARY LANDFILL STUDY

TOWN OF SALINA

ONONDAGA COUNTY, NEW YORK

CALOCERINOS & SPINA
CONSULTING ENGINEERS
1000 SEVENTH NORTH STREET
LIVERPOOL, NEW YORK

OCTOBER 1972

A-106

US0283

### SANITARY LANDFILL STUDY
### TOWN OF SALINA
### ONONDAGA COUNTY, NEW YORK

**Introduction:**

This report has been prepared as one of the steps in satisfying certain informal stipulations agreed to by Counsel for the Town of Salina and representatives for the State Department of Environmental Conservation on July 17, 1972 regarding the Town of Salina landfill operation. The purpose of the report is to outline operational procedures to be followed by the Town in operating the landfill in order to satisfy Part 360 of the New York State Sanitary Code.

Publications outlining the state requirements and recommended operational procedures for operating a sanitary landfill are available and will be issued to Town personnel responsible for operating the landfill. It is the intention of this report to supplement these publications and not to repeat the step-by-step procedures outlined therein.

**Description of the Site:**

The Town is presently landfilling on 50 acres of land which has a frontage of approximately 300 feet on Route 11. is bordered on the north by the New York State Thruway, on the south by Ley Creek and on the west by land owned by Dr. Chiarulli.

The above described parcel is owned by East Plaza, Inc. with the exception of approximately 12 acres of easements and strip ownership parcels which crisscross through the site.

A-107

recycled paper                                              ecology and environment

US0284

Figure 1 outlines the property showing the present owners within and adjacent to the landfill area, the easements within the area and also the contours of the land that existed as of August 1972.

Refuse Produced:

Special precaution is necessary in estimating the Town of Salina's refuse production. The Town has a unique situation in that the amount of industry in the Town and the refuse they produce greatly exceeds the normal proportion of industrial waste to residential and commercial wastes. Studies in the past using the Town projected population figures and assumed per capita refuse contribution figures result in extremely low refuse production figures as compared to estimates by the personnel responsible for operating the Salina landfill. Under average conditions, it would be normal to expect a daily refuse production of approximately 100 tons. The personnel operating the landfill estimate quantities as high as 250 tons per day.

An independent survey was therefore conducted during the month of September 1972. The survey included the following information:

    a. Destination of refuse

    b. Size of truck

    c. Type of truck (Compactor or Open Body)

    d. Percentage of full load

    e. Name of hauler

    f. Type of waste

A-108

- 2 -

US0285