8. Sanitary facilities for the personnel are pro-
vided in the Town Highway Garage located within
one-quarter of a mile from the entrance gate.

9. The dumping areas are contained within reason-
able limits so that the working face is kept to
a minimum.

The following items appear to conflict with State
standards:

1. The existing contours of the completed areas of
the landfill site are very irregular. This causes
rain water to be trapped on the surface and
eventually percolate through the refuse causing
a continuous pollution of the ground water in the
area.

2. Drainage of surface water from the perimeter of
the site has been impaired. Refuse has been land-
filled in a manner which has blocked the normal
outlet of water from the Thruway to Ley Creek.
This trapped water lying mainly along the Thruway
has become contaminated due to the refuse.

3. Refuse has been landfilled over and under exist-
ing utilities within the site. These utilities
consist of underground sanitary sewers and gas
mains and overhead power lines.

4. Previous methods of compaction and covering of
the landfill have provided refuse cell depths
greatly exceeding the normal requirements.
Additionally, two feet of final cover material
has not been provided throughout the site.

5. The roadways within the site have an insufficient
amount of gravel to keep them passable to
vehicular traffic during all seasons of the year.
During wet weather, small vehicles find it
difficult to move throughout the site and mud is
being deposited along Route 11 in the vicinity
of the entrance road.

6. Fencing has not been provided to minimize the
blowing of refuse to adjacent areas.

7. Record keeping is not in sufficient detail
to facilitate future planning by the Town.

A-109

US0286

TOWN OF SALINA
ONONDAGA COUNTY, N.Y.                    Date — 9/18/

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REMAR |
|---|---|---|---|---|---|---|
| Leaseway | Comp. | 40 | Full | G.M.C. Lyncourt | Plastic | Wood |
| P. Drescher | Open | 30 | Full | Liverpool | Paper | Cardboard |
| Will & Baumer | Open | 30 | Full | Liverpool | Paper | Candle Comp |
| Creno, Chuck | Open | 30 | 1/2 | Liverpool | Paper | Grocery Stor |
| Personal | Open | 1/2 | 1/4 | Mattydale | Garbage | Pick-Up Tru |
| Personal | Open | 3/4 | Full | Mattydale | Refuse | Pick-Up Truc |
| Personal | Open | 1/2 | 1/4 | Mattydale | Pipes & Paper | Pick-Up Tru |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees & Brush | Highway Dep |
| Roth Steel | Open | 15 | 1/2 | Mattydale | Garbage | Dumpster, Bo |
| Leaseway | Comp. | 40 | Full | Lyncourt | Plastic | Cardboard,G |
| National Plating | Open | 30 | 1/4 | Mattydale | Paper & Cardboard | |
| A & T Haulers | Comp. | 42 | Full | G.E., Liverpool | Cardboard | Wood |
| Weaver | Comp. | 20 | Full | Mattydale | Garbage | |
| A & T Haulers | Comp. | 42 | Full | Liverpool | Wax&Paper | Glass |
| James Ryan | Open | 14 | 1/2 | Mattydale | Wood & Plastic | |
| Roth Steel | Open | 15 | 1/2 | Lyncourt | Paper | Dumpster, B |
| Salt City Supl. | Open | 16 | Full | Lyncourt | Wood & Paper | Tin |
| Chuck Raditors | Open | 3-1/2 | Full | Mattydale | Cardboard | |
| Roth Steel | Open | 18 | Full | Liverpool | Paper-Cardboard | |
| Tousley | Comp. | 20 | Full | Mattydale | Garbage | |
| Monarch Liq Co. | Open | 18 | Full | Liverpool | Cardboard | Paper |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees | Highway Dept |
| Personal | Open | 2-1/2 | Full | Mattydale | Stone & Brick | |
| Kline Windows | Open | 2-1/2 | 1/4 | Lyncourt | Wood&Tin | |
| Personal | Open | 14 | Full | Mattydale | Wood | |
| Personal | Open | 2-1/2 | 1/4 | Mattydale | Tarpaper & Wood | |
| Personal | Open | 1-1/2 | 1/4 | Mattydale | Papers | |
| Roth Steel | Open | 18 | Full | Liverpool | Wood | Dumpster, Bo |
| Unknown | Open | 12 | 1/2 | Mattydale | Roofing Paper | |
| Lichtmans Liq | Open | 12 | 1/2 | Liverpool | Cardboard & Paper | |
| Personal | Open | 2-1/2 | Full | Mattydale | Dirt&Bags | Steel |
| Personal | Open | 16 | Full | Mattydale | Paper & Cardboard | |
| Weimer Co. | Open | 4 | Full | Mattydale | Wood & Tin | |
| Central Carbon | Open | 4 | Full | Lyncourt | Cardboard & Paper | |
| Roth Steel | Open | 18 | 1/2 | Liverpool | Paper & Cardboard | G.E. |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | A 110 |

US0287

ONONDAGA COUNTY, NY                         Date — 9/18

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS | % FULL | ORIGIN | TYPE OF WASTE | REMAR |
|---|---|---|---|---|---|---|
| Personal | Open | 1 | Full | Mattydale | Garbage | |
| A & T | Comp. | 15 | Full | C.H. | Foundry | |
| Raite | Comp. | 18 | Full | Liverpool | Garbage | |
| Rubbish Removal | Comp. | 18 | Full | Unknown | Garbage | |
| Roth Steel | Open | 15 | Full | Liverpool | Paper & Cardboard | Dumpster Box |
| Kelley | Comp. | 40 | 1/2 | Liverpool | Garbage | |
| Heisler | Open | 16 | Full | Mattydale | Cardboard Plastic | |
| Personal | Open | 12 | 1/4 | Mattydale | Paper Cardboard | |
| Seneca Knolls | Comp. | 18 | 1/4 | Mattydale | Cardboard Paper | |
| Car & Trailer | Open | 2 | 1/4 | Mattydale | Cardboard & Trash | |
| A & T | Open | 15 | Full | C.H. | Cardboard & Paper | |
| Kelley | Comp. | 25 | 3/4 | Liverpool | Garbage | |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees&Logs | Highway Dept |
| Leaseway | Comp. | 30 | 1/2 | Lyncourt Mattydale | Plastic Paper&Cdb. | G.M.C. |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Roth Steel | Dumpster box | 15 | Full | Lyncourt | Paper-Wood | G.E. |
| Service Liquor | Open | 10 | 1/2 | Liverpool | Cardboard & Paper | |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees&Logs | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Kelley | Comp. | 25 | 3/4 | Liverpool | Garbage | |
| Roth Steel | Open | 18 | 1/2 | Liverpool | Paper | G.E. |
| Roth Steel | Dumpster Box | 15 | Full | Liverpool | Wood&Paper | |
| Personal Car | Open | 1 | Full | Mattydale | Garbage | |
| Tripoli | Comp. | 20 | Full | Liverpool Mattydale | Paper & Cardboard | |
| Creno, Chuck | Open | 30 | 3/4 | Lyncourt | Paper Cardboard | |
| Personal | Open | 2 | Full | Liverpool | Wood&Paper | |
| Rubbish Removal | Comp. | 30 | Full | Liverpool | Wood and Cardboard | |
| A & T | Open | 15 | Full | C.H. | | |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees&Logs | Highway |
| Mannino | Comp. | 16 | Full | Lyncourt Liverpool | Paper and Cardboard | |
| Roth Steel | Open | 15 | Full | Mattydale | Foundry | Dumpster Box |
| Personal | Open | 2 | 1/2 | Mattydale | Paint Can | |
| Ace | Open | 15 | Full | Liverpool | Paper and Cardboard | Dumpster Box |
| Personal | Open | 2 | Full | Liverpool | Wood & Iron | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| | Comp. | 25 | Full | | | |

ONONDAGA COUNTY, NY                                    Date — 9/

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS | % FULL | ORIGIN | TYPE OF WASTE | REM |
|---|---|---|---|---|---|---|
| Ace | Comp. | 60 | Full | Liverpool N. Light | Garbage & Papers | |
| Personal | Open | 2 | 1/2 | Liverpool | Wood&Paper | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Heisler | Open | 16 | 1/2 | Mattydale | Cardboard | |
| Creno, Frank | Open | 25 | 3/4 | Liverpool | Cardboard | |
| Kelley's | Comp. | 25 | Full | Liverpool | Garbage | |
| Weaver | Comp. | 25 | Full | Mattydale | Garbage | |
| Rubbish Removal | Open | 35 | Full | Liverpool | Tin & Iron | G.E. |
| Tripoli | Comp. | 18 | 1/2 | Liverpool Mattydale | Paper - Garbage | |
| Ace | Open | 15 | Full | Liverpool | Paper - Cardboard | |
| Spoto | Comp. | 18 | 1/2 | Mattydale | Garbage | |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees&Logs | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Rubbish Removal | Comp. | 30 | Full | | Foundry | |
| A & T | Comp. | 42 | Full | C.H. | Paper Cardboard | |
| A & T | Comp. | 42 | Full | Liverpool | Cardboard Paper | G.E. |
| G.E. Trk | Open | 6 | Full | Liverpool | Dirt-Stone | G.E. |
| Kelley | Comp. | 22 | Full | Liverpool | Garbage | |
| Town of Salina | Open | 8 | Full | Lyncourt | Logs-Trees | |
| Car & Trailer | Open | 2 | Full | Lyncourt | Roofing Paper | |
| Roth Steel | Open | 10 | Full | Liverpool | Garbage | Dumpster B |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Golas | Open | 10 | Full | Mattydale | Paper - Cardboard | |
| A & T | Comp. | 42 | Full | Liverpool | Cardboard Paper Wood | G.E. |
| Leaseway | Comp. | 42 | Full | Lyncourt | Paper Cardboard | G.M.C. |
| Creno, Chuck | Open | 30 | Full | Lyncourt | Cardboard Paper | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| G.E., Trk | Open | 8 | Full | Liverpool | Paper Cardboard | |
| Pascarella | Open | 2-1/2 | Full | Liverpool | Cardboard Paper | |
| Personal | Open | 2 | Full | Liverpool | Wood-Paper | |
| Personal | Open | 2 | Full | Mattydale | Wood-Paper | |
| Personal | Open | 1 | Full | Mattydale | Cardboard | |
| Town of Salina | Open | 7 | Full | Lyncourt | Logs-Brush | |
| N.Y. State | Open | 3 | Full | Mattydale | Brush | |
| Creno, Chuck | Open | 25 | 3/4 | Liverpool | Paper - Cardboard | |
| Raite | Comp. | 25 | Full | Liverpool | Garbage | |
| Leaseway | Comp. | 40 | Full | Lyncourt | | A-11 |

US0289

ONONDAGA    COUNTY, N.Y.    Date — 9/1

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS | % FULL | ORIGIN | TYPE OF WASTE | REMA |
|---|---|---|---|---|---|---|
| Robert - Law | Open | 12 | Full | Liverpool | Dirt-Trees | Vine St., |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees-Brush | |
| Raite | Comp. | 20 | Full | Liverpool | Garbage | |
| Town of Salina | Open | 8 | Full | Mattydale | Wood&Iron | |
| Town of Salina | Open | 8 | Full | Mattydale | Wood&Iron | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Leaseway | Comp. | 40 | Full | Lyncourt | Cardboard Wood | G.M.C. |
| Will & Baumer | Open | 30 | Full | Liverpool | Paper-Wood | Candle Comp |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| A & T | Comp. | 42 | Full | Liverpool | Cardboard Paper-Wood | G.E. |
| Personal | Open | 1 | Full | PitcherHill | Paper-Cardboard | |
| Town of Salina | Open | 8 | Full | | Trees-Brush debris | |
| Roth Steel | Open | 30 | Full | G.E. Liverpool | Paper-Wood Cardboard | Metal-Iron |
| National Plating | Open | 15 | 1/4 | Mattydale | Paper Cardboard | |
| Personal | Open | 1 | Full | Mattydale | Garbage | |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| Lichtman | Open | 15 | 1/2 | Liverpool | Paper - Cardboard | M. Lichtman |
| Onon. Heating | Open | 2 | Full | Mattydale | Tin-Wood Paper | Onon. Heatin |
| Salt City Sup. | Open | 15 | Full | Lyncourt | Wood-Paper | |
| Cinter-City | Open | 15 | 1/2 | C.H. | Tar-Paper-Wood | |
| Kelley | Comp. | 30 | Full | | Garbage | |
| Tousley | Comp. | 20 | Full | Liverpool | Garbage | Liverpool Vi |
| Roth Steel | Open | 30 | Full | Liverpool G.E. | Wood | G.E. |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees-Wood | Lyncourt |
| Roth Steel | Open | 15 | 1/2 | Lyncourt | Cardboard Paper | Dumpster Box |
| Tousley | Comp. | 25 | Full | Liverpool | Garbage | Liverpool Vi |
| Robert - Law | Open | 12 | Full | Liverpool | Trees-Concrete | Vine Street |
| A & T | Open | 15 | Full | | Cardboard Paper | C.H. |
| Robert-Law | Open | 12 | Full | Liverpool | Dirt-Trees | Vine Street |
| Robert-Law | Open | 12 | Full | Liverpool | Dirt-Trees | Vine Street |
| Seneca Knolls | Comp. | 18 | Full | Mattydale W. Light | Garbage | |
| Tripoli | Comp. | 18 | Full | Lyncourt Mattydale | Garbage, Paper, Cardboard | |
| A & T | Open | 30 | Full | G.E. Liverpool | Tin-Iron- | G.E. |
| Town of Salina | Open | 8 | Full | Lyncourt | Trees- | |
| Roth Steel | Open | 30 | Full | Liverpool | Paper | |

## TOWN OF SALINA
### ONONDAGA COUNTY, NY

Date — 9/1

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REMA |
|---|---|---|---|---|---|---|
| Tousley | Comp. | 20 | Full | Liverpool | Garbage | Liverpool v |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Kelley | Comp. | 25 | Full | PitcherHill | Garbage | |
| Creno, Mike | Open | 25 | Full | Lyncourt | Cardboard Paper | Shop City |
| Personal | Open | 2 | 1/2 | Liverpool | Cardboard Paper | |
| Robert Law | Open | 12 | Full | Liverpool | Trees-Limbs Dirt | Vine Street |
| Robert Law | Open | 12 | Full | Liverpool | Tree-Limbs Dirt | Vine Street |
| Joe Sall | Open | 3 | Full | Liverpool | Roofing Paper | |
| Ryan - J. | Open | 7 | Full | Liverpool | Cardboard-Wood | Galeville |
| Rubbish-Removal | Open | 35 | Full | Liverpool | Tin - Iron | G.E. |
| Tousley | Comp. | 20 | Full | Liverpool | Garbage | Village |
| Roth Steel | Open | 15 | Full | Liverpool | Wood-Paper | Liverpool v |
| National Plating | Open | 14 | +1/3 | Mattydale | Paper Cardboard | |
| Kelley | Comp. | 25 | Full | PitcherHill | Garbage | |
| A & T | Comp. | 42 | Full | Liverpool | Cardboard Paper-Wood | G.P. - Live |
| Central City | Open | 8 | Full | Mattydale | Wood - Plastic | Marine Midla |
| Personal | Open | 2 | Full | PitcherHill | Plaster Board, Dirt and Tin | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Town of Salina | Open | 8 | Full | Mattydale | Trees-Limbs | Mattydale |
| Rubbish-Removal | Comp. | 35 | Full | Mattydale N. Lights | Cardboard Paper | Chappell's N |
| Roth Steel | Open | 25 | Full | Mattydale Strike&Spar | Rugs, Carpet | |
| Town of Salina | Open | 8 | Full | Mattydale | Limbs-Trees | |
| Raite | Comp. | 16 | Full | Liverpool | Garbage | |
| Leaseway | Comp. | 40 | Full | Lyncourt | Plastic-Paper | G.M.C. |
| Kelley | Comp. | 25 | Full | PitcherHill | Garbage | |
| Kelley | Comp. | 30 | Full | PitcherHill | Garbage | |
| Weaver | Comp. | 25 | Full | Mattydale | Garbage | |
| Mathieson | Open | 30 | Full | Liverpool | Plastic-Paper-Cardboard | G.E. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

A-114

LANDFILL
TOWN OF SALINA
ONONDAGA COUNTY, N.Y.

Date — 9/20/72

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REMARKS |
|---|---|---|---|---|---|---|
| Leaseway | Comp. | 42 | Full | Lyncourt G.C. | Cardboard Paper | Plastic - G.M. |
| Town of Salina | Open | 8 | 1/2 | Mattydale | Trees-Wood | Highway Dept. |
| Town of Salina | Open | 8 | Full | Mattydale | Wood | Highway Dept. |
| Kelley | Comp. | 30 | Full | Pitche Hill | Garbage | |
| Kelley | Comp. | 25 | Full | PitcherHill | Garbage | |
| Kelley | Comp. | 35 | Full | PitcherHill | Garbage | |
| Weaver | Comp. | 20 | Full | Mattydale | Garbage | |
| Heisler | Open | 25 | 3/4 | Mattydale | Cardboard Paper | P & C Bakery |
| Creno, C. | Open | 18 | 3/4 | Lyncourt | Cardboard Paper | |
| Town of Salina | Open | 8 | Full | Mattydale | Mix | Highway Dept. |
| A & T | Open | 15 | Full | C.H. | Wood | C.H. |
| A & T | Comp. | 42 | Full | Liverpool G.F. | Cardboard Paper-Wood | G.F. |
| Tripoli | Comp. | 20 | Full | Lyncourt | Cardboard Paper | Commercial |
| Personal | Open | 2 | 1/2 | Lyncourt | Brush | Shop-City |
| G & T Supply | Open | 2 | 1/2 | Liverpool | Cardboard Paper | |
| Weaver | Comp. | 25 | Full | Mattydale | Garbage | |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| Town of Salina | Open | 8 | Full | Mattydale | Trees-Wood Iron | Highway Dept. |
| Roth Steel | Open | 20 | 1/2 | Liverpool | Paper-Wood | |
| Roth Steel | Open | 20 | Full | Mattydale Strike-Spar | Rugs Carpets | Strike & Spar |
| Roth Steel | Open | 15 | Full | Mattydale | Garbage | Dumpster Box |
| Mustang Pools | Open | 10 | 3/4 | Liverpool | Concrete Stone | |
| Center-City Roof | Open | 8 | Full | Marine Mid-land Bank | Roofing | Mattydale |
| Tousley | Comp. | 20 | Full | | Garbage Cardboard | Liverpool Vil |
| A & T Hauler | Open | 15 | Full | C.H. | Foundry | C.H. |
| Roth Steel | Open | 20 | 3/4 | Lyncourt | Paper-Wood | |
| N.Y. State | Open | 4 | Full | Mattydale | Paper-Wood | Stone |
| Town of Salina | Open | 8 | Full | Mattydale | Trees-Brush | Highway Dept. |
| Central City | Open | 6 | Full | Marine Mid-land Bank | Roofing | |
| Roth Steel | Open | 15 | 1/2 | Lyncourt | Paper-Cardboard | G.F. Dumpster |
| Kelley | Comp. | 25 | Full | PitcherHill | Garbage | |
| Shorgood Poultry | Open | 10 | 1/2 | Liverpool | Garbage | |
| Personal | Open | 1 | 1/2 | Mattydale | Wood | |
| Town of Salina | Open | 8 | Full | Mattydale | Trees-Limbs | |
| Central City | Open | 6 | 1/4 | Mattydale | Roofing & Tar Paper | A-115 |

recycled paper                    ecology and environment

APPENDIX

# LANDFILL INVESTIGATION
# TOWN OF SALINA
# ONONDAGA COUNTY, NY

File No. — 12.

Date — 9/2

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REM. |
|---|---|---|---|---|---|---|
| Roth Steel | Open | 15 | Full | Lyncourt | Paper Cardboard | G.E., Dump |
| Town of Salina | Open | 8 | Full | Mattydale | Brush | |
| Mannino's | Comp. | 16 | Full | Liverpool Mattydale | Garbage | |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| Leaseway | Comp. | 35 | Full | Mattydale Liverpool | Garbage | |
| Salt City Supply | Open | 20 | Full | Lyncourt | Paper-Wood | |
| Town of Salina | Open | 8 | Full | Mattydale | Brush-Iron | |
| Central City | Open | 10 | Full | Mattydale | Wood-Iron | |
| Hueber-Breuer | Open | 4 | Full | C.H. | Iron-Wood | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Rubbish Removal | Open | 35 | Full | Mattydale | Cardboard Paper | |
| Personal | Open | 1 | Full | Lyncourt | Tarpaper | |
| Nestor Bros. | Open | 1 | Full | Liverpool | Cardboard Wood | |
| Stack Equipment | Open | 1 | Full | Liverpool | Tree Cardboard | |
| Kelley | Comp. | 35 | Full | Lyncourt | Garbage | |
| Ace | Comp. | 60 | Full | Liverpool PitcherHill | Garbage | School |
| Kelleys | Comp. | 35 | Full | Lyncourt | Garbage | |
| A & T | Open | 18 | Full | C.H. | Foundry | |
| Roth Steel | Open | 25 | Full | Liverpool, G.E. | Wood | |
| J. Raite | Comp. | 20 | Full | Liverpool Lyncourt | Garbage | |
| Kruger | Open | 4 | 3/4 | Mattydale | Paper Cardbaord & Garbage | |
| Heisler | Open | 18 | Full | Mattydale | Cardboard Paper | |
| Weaver | Comp. | 25 | Full | Mattydale | | |
| A & T | Open | 18 | Full | C.H. | Foundry | C.H. |
| Kelley | Comp. | 35 | Full | Lyncourt | Garbage | |
| Creno, F. | Open | 18 | 3/4 | Lyncourt Mattydale | Paper Garbage | |
| Personal | Open | 1 | 1 | Mattydale | Wood | |
| Town of Salina | Open | 8 | Full | Mattydale | Brush-Wood | |
| Tripoli | Open | 40 | 3/4 | Lyncourt | Cardboard | |
| Leaseway | Comp. | 42 | Full | Lyncourt GMC | Plastic Paper | G.M.C. |
| Personal | Open | 1 | Full | Liverpool | Furniture | |
| Ke y | Comp. | 35 | Full | Lyncourt | Garbage | |
| Tripoli | Comp. | 20 | Full | Lyncourt | Garbage | |
| Roth Steel | Open | 25 | Full | Liverpool | | A-116 |
| Kelley | Comp. | 35 | Full | Lyncourt | Garbage | |

US0293

TOWN OF SALINA
ONONDAGA COUNTY, N.Y.

Date — 9/22/7

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REMARKS |
|---|---|---|---|---|---|---|
| Leaseway | Comp. | 42 | Full | Lyncourt | Plastic,Wood Paper,Cardboard | G. M. |
| Roofing Company | Open | 6 | Full | Liverpool | Roofing | Wood |
| Town of Salina | Open | 8 | Full | Mattydale | Brush Wood-Tin | |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| Town of Salina | Open | 8 | Full | Mattydale | Brush-Wood | Tin |
| Roth Steel | Open | 15 | Full | Lyncourt | Cardboard Paper | Dumpster |
| Roth Steel | Open | 15 | | Liverpool | Paper Cardboard | Dumpster |
| Weaver | Comp. | 20 | Full | Mattydale | Garbage | |
| Roth Steel | Open | 20 | Full | G.E. Liverpool | Cardboard Paper | G.E. |
| A & T | Comp. | 42 | Full | Liverpool | Paper Cardboard | G.E. (Liverpool) |
| Personal | Open | 2 | Full | Mattydale | Cardboard Paper | |
| Roth Steel | Open | 15 | Full | Lyncourt G.E. | Paper-Wood | G.E. |
| Town of Salina | Open | 8 | Full | Mattydale | Brush-Paper | |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| A & T | Open | 15 | Full | C.H. | Foundry Wood | C.H. |
| Town of Salina | Open | 8 | Full | Mattydale | Brush-Wood | |
| Const. Company | Open | 12 | Full | Liverpool | Wood-Paper | Cardbaord |
| Tripoli | Comp. | 18 | Full | Liverpool Mattydale | Garbage Paper | |
| Roth Steel | Open | 20 | Full | Lyncourt G.E. | Paper-Wood | G.E. |
| Roth Steel | Open | 15 | Full | Liverpool | Paper | Dumpster, G.E. |
| A & T | Open | 15 | Full | C.H. | Foundry | C.H. |
| Raite | Comp | 20 | Full | Liverpool | Paper Cardboard | |
| Rogalia | Open | 18 | Full | Liverpool G.E. | Paper Cardboard | G.E. |
| Mathieson | Open | 20 | Full | Liverpool | Cardboard | |
| G.E. TRK | Open | 4 | 1/2 | Liverpool | Wood-Iron | G.E. |
| Town of Salina | Open | 8 | | Mattydale | Brush | |
| A & T | Comp. | 40 | | Liverpool | Paper,Wood, Cardboard | |
| Heisler | Open | 25 | Full | Mattydale | Paper,Wood, Cardboard | |
| Roth Steel | Open | 15 | Full | Lyncourt | Cardboard Paper,wood | |
| Ace | Comp. | 60 | Full | Liverpool | Garbage Paper,wood | |
| Roth Steel | Open | 15 | Full | Liverpool G.E. | Paper-Wood | |
| Creno. C. | Open | 18 | Full | Lyncourt | Wood,Cardboard | |
| Car | Open | 1 | Full | PitcherHill | Paper Cardboard | |
| Personal | Open | 2 | Full | Mattydale | Wood, Paper, Cardboard | |
| Mannino | Comp. | 18 | Full | Lyncourt Mattydale | Garbage Wood-Paper | A-117 |
| Roth Steel recycled paper | Open | 25 | Full | G.E. | Paper and environment- Cardboard | |

US0294

APPENDIX 1

# LANDFILL INVESTIGATION
## TOWN OF SALINA
### ONONDAGA COUNTY, N.Y.

File No. — 120

Date — 9/2_

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REM. |
|---|---|---|---|---|---|---|
| A & T | Open | 20 | Full | C.H. | Cardboard Paper,Wood | |
| Syr. Insulation | Open | 20 | Full | Liverpool | Cardboard Paper | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Town of Salina | Open | 8 | Full | Mattydale | Brush | |
| Mathieson | Open | 2 | Full | Lyncourt, G.M.C. | Fly Ash | |
| Central City | Open | 20 | | Marine Mid- land Bank | Cardboard Wood | |
| Royal-Crown | Open | 15 | Full | Mattydale | Paper,Glass Wood | |
| Personal | Open | 1 | Full | Mattydale | Paper-Wood | |
| Weaver | Open | 3 | Full | Mattydale | Wood Cardboard | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Roth Steel | Open | 15 | Full | PitcherHill | Paper Cardboard | |
| Roth Steel | Open | 15 | Full | Mattydale | Wood-paper | |
| Creno, F. | Open | 20 | Full | Mattydale | Paper-Wood | |
| Kelley | Comp. | 25 | Full | Liverpool | Garbage | |
| Personal | Comp. | 2 | Full | Lyncourt | Paper & Tarpaper | |
| Rock Bros. | Open | 2 | Full | Mattydale | Wood-Paper Iron | |
| Weaver | Comp. | 25 | Full | Mattydale | Garbage | |
| G. Dairy | Open | 2 | Full | Mattydale | Tar Paper Roofing | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Creno, F. | Open | 7 | Full | Lyncourt | Paper-Wood | |
| Tripoli | Comp. | 20 | Full | Lyncourt Mattydale | Garbage | |
| _lley | Comp. | 25 | Full | Lyncourt | Garbage | |
| _own of Salina | Open | 8 | Full | Mattydale | Brush | |
| _ersonal | Open | 6 | Full | Liverpool | brush-wood | |
| _ar | Open | 2 | Full | Lyncourt | Brush | |
| Personal | Open | 4 | Full | Mattydale | Brush | |
| Mathieson | Open | 2 | Full | G.M.C. | Fly Ash | |
| Seneca Knolls | Comp. | 15 | Full | N. Lights | Garbage | |
| Personal | Open | 1/2 | Full | Liverpool | Wood | |
| Heisler | Open | 10 | Full | Mattydale P.C. Baker | Garbage | |
| Trucking Company | Open | 2 | Full | Liverpool | Cardboard Paper | |
| A & T | Open | 15 | Full | C.H. | Foundry | |
| Salt City | Open | 15 | Full | Lyncourt | Wood-paper | |
| Man. Blvd. | Open | 8 | Full | Liverpool | Wood | |
| Town of Salina | Open | 8 | Full | Mattydale | Wood-Plastic | |

LANDFILL INVESTIGATION
TOWN OF SALINA
ONONDAGA COUNTY, N.Y.

File No.— 120.
Date — 9/2

| NAME OF COLLECTOR | COMP. OPEN | SIZE OF TRUCK CU. YDS. | % FULL | ORIGIN | TYPE OF WASTE | REMAR |
|---|---|---|---|---|---|---|
| Personal | Open | 2 | F | Mattydale | cardboard paper | Garbage |
| Leasaway | Comp. | 42 | F | Lyncourt G.M.C. | plastic paper | G.M.C. |
| Weaver | Comp. | 24 | F | Mattydale | Garbage | |
| Creno, F. | Open | 20 | F | Mattydale | paper cardboard | |
| Ace | Open | 15 | F | Pitcher Hill | iron, tin paper | |
| Weaver | Comp. | 28 | F | Mattydale | Garbage | |
| Ace | Open | 15 | F | Liverpool | paper cardboard | |
| Rubbish Removal | Comp. | 25 | F | Liverpool Mattydale | garbage paper | |
| Roth Steel | Open | 15 | F | Mattydale Strike & Spare | cardboard paper | |
| Creno, C. | Open | 18 | F | Liverpool | Groc. store paper boxes | |
| Creno, F. | Open | 18 | 1/2 | Liverpool | paper cardboard | |
| Personal | Open | 1 | 1/2 | Mattydale | Garbage | |
| Roth Steel | Open | 20 | F | Lyncourt G.E. | paper cardboard | G.E. |
| Weaver | Comp. | 24 | F | Mattydale | Garbage | |
| Ace | Open | 15 | F | Liverpool | paper cardboard | |
| A. Pompo | Open | 2 | F | Mattydale | wood paper | |
| Car | Open | 1 | F | Mattydale | iron tin | |
| Car - Tr. | Open | 1 | F | Lyncourt | paper cardboard | |
| Pickup Truck | Open | 2 | F | Mattydale | wood | |
| Pickup Truck | Open | 1 | F | Liverpool | wood paper | |
| Kelley | Comp. | 35 | F | Lyncourt Liverpool | garbage | |
| Kelley | Comp. | 27 | F | Lyncourt | garbage | |
| Pickup Truck | Open | 1 | F | Mattydale | wood garbage | |
| Kelley | Comp. | 25 | F | Liverpool Northern Lgts. | garbage | |
| Kelley | Comp. | 35 | F | Liverpool Lyncourt | garbage | |
| Ace | Comp. | 60 | F | Liverpool Pitcher | garbage | |
| Pickup Truck | Open | 2 | F | Liverpool | furniture | |
| Tripoli | Comp. | 20 | F | Lyncourt Mattydale | garbage | |
| Weaver | Comp. | 25 | F | Mattydale | garbage | |
| Pickup Truck | Open | 1 | F | Lyncourt | limbs & logs | |
| Pickup Truck | Open | 1 | F | Mattydale | | |
| Raite | Comp. | 18 | F | Liverpool | garbage | |
| Mannino, C. | Comp. | 18 | F | Liverpool Lyncourt | garbage | |
| Heisler | Open | 25 | F | Lyncourt Pitcher Hill | cardboard paper | |
| Pickup | Open | 1 | F | Mattydale | | |
| | Open | 25 | F | | cardboard | |

recycled paper

ecology and environment
AL 119

US0296

**REFERENCE 16**

A–120

US0297

New York State Department of Health -- Public Affairs Group

RECEIVED
MAR 1 7 1994
TOXIC SUBSTANCE ASSESSMENT



# PCB waste dumped here

## 100 tons from GM plant placed in 4 county landfills

By Jeff Light
Staff Writer

More than 100 tons of hazardous PCB-contaminated waste from General Motors' Fisher Guide plant were dumped in some of the illegally — in four municipal landfills throughout Onondaga County during the last decade, a Herald-Journal investigation has found.

And recent tests ordered by the state Department of Environmental Conservation show high levels of PCBs above high levels of PCBs in soil at the Salina auto body plant — in one spot 100 times the level defined as hazardous.

The discovery of "hot spots" at the plant has led to concern that contamination may creep off the property and into Ley Creek less than 220 feet away. Officials say the earth beneath the plant itself could be

contaminated.

State and federal officials believe the levels of PCB contamination at the landfills are relatively low and pose no immediate public health threat.

All four of these municipal dumps — the Tripoli, Clay, Salina and Leighton Avenue landfills — were designed to contain hazardous materials like PCBs. And officials concede the long-term consequences of the dumping are unknown.

"It makes all the difference between this and over Canal is here you don't have a school built over a highly concentrated area of volatile organics and you don't have anyone drinking the groundwater," said DEC solid waste engineer Charles Chernoff. "But as for the long term, it's there and it's not a healthy ... it's an environmental damage, no doubt about it. ..."

"... The question is: Is it moving off-site?" he said. "Is it getting into the groundwater? Are animals slinging it? What needs to be done? What can be done? The answer is, we don't know. Inevitably, it will be looked at."

Both federal and state officials said GM had been very cooperative in trying to solve and define the PCB problem.

■ PCB, Page A8

■ The Tripoli landfill, which is now closed, was one of the sites at which PCB-contaminated wastes were dumped over the last decade. The wastes came from the General Motors Fisher Guide plant.

recycled paper

A-121

Albany Kn
Albany Ti
Newsday
New York
Schenecta

# PCBs: A special report

"The question is, Is it getting into the groundwater? Are animals eating it? What needs to be done? What can be done? The answer is, we don't know. Inevitably, it will be looked at."

— State solid waste engineer Charles Chernel

**□ PCB**
Continued from page __

Plant manager Roland Link denied that GM had admitted any illegal dumping, though in a 1984 response to the EPA charge, the company lawyer clearly did admit the violation.

Link stressed that GM has already spent more than $27 million in repairs and environmental cleanup at the plant and that the company's cleanup costs "will be more like $514 million" before it's all done.

"The presence of PCBs at the dumps means they should now be considered for classification as inactive hazardous waste sites by the state, and considered for eligibility for Superfund cleanup money by the Environmental Protection Agency, state and federal officials said.

Among the Herald-Journal's findings:

**□ THE FOUR DUMPS** held hundreds of tons of trash contaminated with polychlorinated biphenyls, or PCBs.

From 1975 to 1983, nearly 100 tons of the trash was illegally dumped at the Tripoli landfill alone, according to EPA estimates and DEC regional attorney Richard Brickwedde.

Before 1975, the wastes were dumped in landfills in Salina, Clay and off Brighton Avenue in Syracuse, according to men who hauled the wastes.

Since 1975, material with concentrations of 50 parts per million or more of PCBs have been considered a hazardous waste under the federal Toxic Substances Control Act. They must be disposed of in a special toxic waste landfill.

The wastes dumped by GM were tainted with PCBs averaging 100 to 140 parts per million, records show.

"It was not 87,000 kilograms of PCB wastes," Link explained. "It was 87,000 kilograms of solid waste, consisting of cardboard, cafeteria wastes, trash, floor sweepings, everything you normally have in your industrial operation ... with some PCB wastes mixed in."

Federal statutes define all that tainted garbage as PCB solids."

**□ THE CONTAMINATED ___ wastes**
dumped in the landfill were the result of leaks ___ ___ on the Fisher Guide factory floor because of broken pipes, leaky joints and other spills around the injection molding machines at the plant, according to EPA documents.

The PCBs at the plant are contained in a hydraulic system that runs 110 injection molding machines used in the manufacture of plastic car parts.

Each molding machine sits above a system of underground sumps that collect and recycle the hydraulic fluid, which leaks from the machines at a rate of up to 16,000 gallons a week, according to EPA documents and GM reports.

**□ STATE ___ ___ and soil**
beneath the foundation of the plant may be highly contaminated, and are planning to require all water draining from beneath the building to be filtered.

They say contamination on the plant site is the result of flaws in the plant's wastewater treatment and oil recycling system, and perhaps, the dumping of soil excavated from beneath the plant floor.

**□ TWO HOLDING** ponds on the plant property are contaminated with PCBs at various levels.

The ponds have been ordered cleaned up and GM has agreed to have a new treatment system on line by Jan. 1, 1987.

**□ HIGH LEVELS** of PCB contamination were ___ last month along the back fence of the GM plant by Factory Avenue, within 200 feet of Ley Creek.

Soil samples taken from the bed of Ley Creek found no significant PCBs, state officials said. The creek water leaves at the plant.

But one test bore near the fence turned up soil containing 6,000 parts per million PCBs — 120 times the legal limit.

"Everyone was surprised," said DEC water engineer Steve Lackey. "We had no idea PCBs were leaking from the ___ ___ in the recycling system along the outside of the sanitary sewer lines. We're not sure what it means. The first thing we're going to do is require more testing to make sure it isn't moving into Ley Creek."

"Something has to be done. You can't just leave it the way it is," he said. "Eventually — we're talking decades and decades, at least — that might find its way into the creek. And if it goes into the creek it'll go into Onondaga Lake. And if it goes into the lake, eventually it would end up in Lake Ontario."

Lackey said once the extent of the soil contamination at the plant site has been determined, the dirt will be excavated, removed and sent to a special toxic waste landfill, contained with walls sunken into the soil or treated with a chemical process.

DEC Regional Water Engineer Lee Flocke said the most likely theory to explain the hot spot near the ___ ___ is excavated from beneath the plant floor in the past has been dumped along the back of the property.

The leaky sump system beneath the plant floor, he said, may well have contaminated all the soil beneath the plant.

"Someday if, God forbid, the plant closes, all this will be remembered," Flocke said. "That ground will have to be cleaned."

"For now, it's trapped between the foundation of the building and a lens of impervious clay," he said. "You might say what we really should do is make them dig it all up. But it's just not practical to make them trash the whole building."

— 2 —

A-122

US0299

Albany Knickerbocker News
Albany Times Union
Newsday
New York Times
Schenectady Gazette

New York Daily News
Staten Island Advance
Buffalo Evening News
Binghamton Evening Press
New York Post
Syracuse Herald-Journal

Binghamton Sun Bulletin
Times Herald Record
Democrat & Chronicle-Rochester
Reporter Dispatch -White Plair
Syracuse Post Standard
Wall Street Journal

"What I have asked them to do is to collect all the drainage from _____ _____ and run it through filters to clean it — that's all the water from around all the pipe holes in the whole foundation."

● THE EPA last summer fined the Fisher Guide $75,000 for six violations of the Toxic Substances Control Act.

EPA officials classified the admission by GM officials last summer that PCB wastes were routinely thrown in the garbage as a "major" offense, but said they considered it a minor environmental problem. The concentration of the chemical in the wastes — between 100 and 140 parts per million, was not enough to cause alarm, they said.

GM paid the $75,000 fine last July after being charged with:
✔ Sending PCB-contaminated wastewater into Ley Creek without a permit.
✔ Dumping PCB wastes at municpal landfills after 1979, when the practice was prohibited.
✔ Failing to drain the hydraulic system and dispose of the PCBs as required by law since 1979 and reintroducing PCB fluid into the machines.
✔ Storing more than 4,000 gallons of PCB liquid in an open-top tank and more than 1,000 gallons in barrels without lids or proper markings.
✔ Storing the PCBs and PCB solids for more than 30 days without a permit.
✔ Failing to keep required records about where and when PCBs were disposed of.

The agreement to pay the fine signed last July by GM with EPA does not amount to an admission of guilt. A clause in the document reads that GM "neither admits nor denies the factual allegations contained in the complaint and the findings of fact."

However, in an April 26, 1984, response to the original complaint filed against the company, GM attorney William D. Brusstar Jr. wrote that the company "admits to the disposal in a municipal landfill between July 1979 and June 1983 of more than 87,000 kilograms (nearly 100 tons) of (PCB) solids such as floor cleanup, burlap filters and filter cartridges."

But Brusstar claimed, "These solids had only incidental PCB contamination. Every hydraulic machine is surrounded by an oil collection trench. In the event of an oil leak, most of the oil was carried away by means of the trench. Only occasionally did oil splatter onto the floor — . . . Employees say these oil spots were just ounces."

● GM BEGAN attempts to rid itself of the PCB problem as early as March 1979. The fluid in the molders was sampled and found to contain 100 to 140 parts per million PCBs.

The hydraulic system holds 120,000 gallons of fluid. The PCBs in the system date from 1971 or before, when die casting machines used to manufacture hub caps were converted into injection molders, according

A-123

-3-

recycled paper

ecology and environment

US0300

New York State Department of Health -- Public Affairs Group

DATE:

Albany Knickerbocker News
Albany Times Union
Schenectady Gazette
Newsday
New York Times

New York Daily News
Staten Island Advance
Buffalo Evening News
New York Post
Syracuse Post Standard
Syracuse Herald-Journal

Binghamton Sun Bulletin
Times Herald Record
Rochester Democrat & Chronicle
White Plains Reporter Dispatch
Binghamton Evening Press
Wall Street Journal

A-124

US0301

REFERENCE 17

A-125

02:3409-05/25/91-01
recycled paper

ecology and environment

2) NYSDOH Interoffice MEMO — (Summary)

To: Dr. Mohanka

Fr: Mr. Heerkens - Syr. Reg. Off

date: Mar. 18, 1986

Subj: G.M. - Fisher Guide

    G.M. Fisher Guide Divs dumped refuse contaminated by PCB's in Brighton ave. LF. The refuse was floor sweeping compound used to clean up coolant and hydraulic oil leaks, + was disposed of btwn 1979 and 1982. The floor sweepings were mixed in ordinary refuse and hauled by A+T haulers. This material was not listed, inventoried or tracked as haz. waste. G.M.'s worst case est. is 112,500 kg oils at 120 ppm. This was based on the use of 125,000 kg of the absorbent and a 90% absorbency rate.

2) (cont.) The co. used Pydrol 200 and 312 as coolants + hydraulics + had switched to another non PCB product around 1969. The oil/waste in quest con-tained PCBs as a result of resid. contam w/in the coolant/hydraulic systems.

    There is no info. on dispos. practices prior to 1979, however G.M. was to review their records to determine who handled the refuse prior to 1979.

    The RTK shows a variety of solvents, paint sludge, thinner, oil and grease. wwTP sludges and fly and bottom ashes were also generated by GM's Fisher Guide.

US0303

 **ATLANTIC TESTING LABORATORIES, Limited**

# SUBSURFACE INVESTIGATION

Report No. CD666-1-5-87

CLIENT NYS Dept. of Environmental Conservation
Location of Boring Per Client

Albany, NY

PROJECT Monitoring Well Installation

Salina Landfill, Syracuse, NY   Date, start 5/20/87   Finish 5/20/87

Boring No. SW-1   Sheet 1 of 2

Ground Water Observations

| Date | Time | Depth | Casing at |
|------|------|-------|-----------|
| 5/20/87 | - | 4.0' | 15.0' |

Casing Hammer
Wt _____ lbs.
Fall _____ in.

Sampler Hammer
Wt 140 lbs.
Fall 30 in.

Casing _____

Ground Elev. _____

H.S. Auger 4-1/4" I.D.

| DEPTH | CASING BLOWS/FT. | SAMPLE NO. | DEPTH OF SAMPLE FROM | DEPTH OF SAMPLE TO | TYPE SAMPLE | BLOWS ON SAMPLER PER 6" SAMPLER on 2" | DEPTH OF CHANGE | CLASSIFICATION OF MATERIAL  f-fine / m-medium / c-coarse   and 35-50% / some 20-35% / little 10-20% / trace 0-10% | STANDARD PENETRATION |
|-------|------|------|------|------|------|------|------|------|------|
| | | 1a | 0.0 | 0.5 | ss | 5 | 0.5' | 6" TOPSOIL | |
| | | 1b | 0.5 | 2.0 | | 8 | | Grey f SAND and SILT | |
| | | | | | | 8 | | | |
| | | 2 | 2.0 | 4.0 | ss | 5 | | Grey f SAND and SILT; ORGANIC MATERIAL | |
| | | | | | | 6 | | | |
| | | | | | | 11 | | | |
| | | | | | | 5 | | | |
| | | 3 | 4.0 | 6.0 | ss | 14 | | Similar Soils (wet) | |
| | | | | | | 10 | | | |
| | | | | | | 5 | | | |
| | | | | | | 3 | 6.5' | | |
| | | 4 | 6.0 | 8.0 | ss | 1 | | mf SAND; ORGANIC MATERIAL with CLAY layer at 6.5' - 7.5' (saturated) | |
| | | | | | | 2 | | | |
| | | | | | | 3 | 7.5' | | |
| | | | | | | 4 | | | |
| | AUGER | 5 | 8.0 | 10.0 | ss | 7 | | CLAY, SILT, ORGANIC MATERIAL (saturated) | |
| | | | | | | 8 | | | |
| | | | | | | 7 | | | |
| | | | | | | 10 | | | |
| | | 6 | 10.0 | 12.0 | ss | 3 | — | Similar Soils (saturated) | |
| | | | | | | 1 | | | |
| | | | | | | 5 | | | |
| | | | | | | 7 | | | |
| | | 7 | 12.0 | 14.0 | ss | 2 | | CLAY; trace SILT (saturated) | |
| | | | | | | 1 | | | |
| | | | | | | 2 | | | |
| | | | | | | 1 | | | |
| | | 8 | 14.0 | 16.0 | ss | 2 | | Similar Soils (saturated) | |
| | | | | | | 2 | | | |
| | | | | | | 2 | | | |
| | | | | | | 3 | | | |

SS - SPLIT SPOON SAMPLE
U - UNDIS SHELBY TUBE SAMPLE
P - PISTON TUBE SAMPLE

Recycled paper

DRILLERS   Gary Cambridge, John Saarinen

A-27

ecology and environment

US0304

# MONITORING WELL INSTALLATION DETAIL

**PROJECT:** Salina Landfill
Syracuse, New York

**PROJECT NO.** CD666-87

**CLIENT:** NYS Dept. of Env. Conservation
Albany, New York

**WELL NO.** SW-1



4" diameter steel
protective pipe
with locking cap

— 5.0' Protective Pipe

Concrete Seal

bentonite seal

2" PVC riser pipe

washed graded sand

slotted PVC well
screen

DEPTH

2.0' Top of Seal

4.0' Bottom of Seal

5.0' Top of Screen

15.0' Bottom of Screen
16.0' Bottom of Boring

A-28

US0305

**REFERENCE 19**



A-129

02:3409-06/25/81-D1
recycled paper

ecology and environment

New York State Department of Environmental Conservation



Henry G. W...
Co...

## CHRONOLOGY OF INVESTIGATION AND TESTING

By Onondaga County Health Department
and
NYS Department of Environmental Conservation

### November, 1985

Contract signed between DEC and Dunn Geoscience, Inc. to undertake hydrogeologic investigaion of the Clay landfill for $70,000 under special funds for monitoring a limited number of landfills statewide. Clay landfill was selected because it was a large municipal landfill closed prior to recent strict closure requirements and nearby residential wells.

### February 1986

Nine monitoring wells installed for Dunn Geoscience work.

### Friday, March 7, 1986

Newspaper story regarding possible pcb's-laden trash being dumped in area landfills.

### Monday, March 10, 1986

DEC and County Health officials met to discuss situation and plan coordinated testing, if necessary. County Health took samples for testing of three residential wells in area and one surface sample. (Sampling #1).

### Wednesday, March 12, 1986

County Health received tests results showing no detectable levels of pcb's in three residential wells, however, drainage ditch sample showed pcb's at 8.6 parts per billion. (Results of Sampling #1).

### Thursday, March 13, 1986

DEC and County Health officials met and agreed to more extensive sampling program.

A-130

US0307

-2-

<u>Saturday, March 15, 1986</u>

Meeting with residents at Clay Town Hall.

<u>Monday, March 17, 1986</u>

DEC and County Health began sampling at Clay landfill. Samples were taken
of surface waters and sediments around the landfill. Samples were also
taken from three existing collection sumps on the perimeter of the landfill.
to be tested for pcb's only.(Sampling #2)*

<u>Also, March 17, 1986</u>

DEC met with General Motors representatives who supplied copies of their
Industrial Chemical Survey and Community Right-to-Know forms. GM confirmed
that pcb-contaminated trash from floor sweepings and cleanup debris was
disposed of with their general trash. This information was not included
in the ICS or Community Right-to-Know forms. DEC requested that GM submit
a list of haulers used for their general trash.

<u>Tuesday, March 18, 1986</u>

DEC's contract firm of Dunn Geoscience began the sampling work of the nine
monitoring wells around Clay landfill. Samples were also taken of leachate
seeps, soil, and nearby surface water. Samples will be tested for the
129 priority pollutants including pcb's. (Sampling #3).

<u>Wednesday, March 19, 1986</u>

Sampling of Dunn Geoscience continued and was concluded.

DEC met with A&T Haulers representative who confirmed that they had hauled
general trash for General Motors since 1972 and that trash was hauled to
the Brighton, Salina, Tripoli, and Clay landfills.

<u>Thursday, March 20, 1986</u>

DEC and the county Health Department took samples at the Clay, Salina, and
Brighton landfills. DEC took samples from five of the monitoring wells
at Clay, six samples from Brighton and five from Salina. (Sampling #4a).
County Health took two samples from Salina and one from Brighton. (Sampling #4b).
DEC's samples went to DEC laboratory for analysis. County Health samples
went to contract lab. All samples to be tested for pcb's only.

<u>Monday, March 24, 1986</u>

Some results of sampling #2 were received. Four surface water samples showed
no detectable levels of pcb's.

County Health had completed testing of 44 residential wells with none showing
detectable levels of pcb's.

*Note: Additional samples taken of sumps alone to be tested by DEC contract
lab for 129 priority pollutants. Results not yet received.

recycled paper                                    A-131                     ecology and environment

US0308

**REFERENCE 20**

A–132

02:3409-05/26/81-D1

US0309

 **Calocerinos & Spina**
CONSULTING ENGINEERS

1020 Seventh North Street, Liverpool, NY 13088 · (315) 457-6711

November 15, 1985

Mr. Darrell W. Weston
Supervisor
Town of Salina
P. O. Box 458
201 School Road
Liverpool, New York  13088

Re:  Former Town of Salina
     Landfill Site

File:  120.101

Dear Mr. Weston:

In response to a request from Mr. Vincent D'Angelo, Loss Control Representative, General Accident Insurance Company of America, dated October 21, 1985, this letter will serve as a summary of the final steps in the closing of the former Town Landfill site off Route 11.

To the best of our knowledge, the Salina Landfill was officially closed sometime in late 1974, early 1975. In 1976, specifications were prepared by Calocerinos & Spina for Dirt Fill & Grading of the Salina Landfill Site, submitted to the New York State Department of Environmental Conservation and approved on August 16, 1976. Bids were received by the Town, but all bids were rejected. Litigation proceedings commenced and resulted in the Town of Salina purchasing approximately 29 acres of land on which the landfill was located. In 1981, specifications were again prepared for the grading, covering and seeding of the landfill site, submitted to DEC and approved on July 28, 1981. Bids were received and a contract awarded to Barbabos Const. Co., Inc. by the Town on September 14, 1981. This contract provided for the grading and covering the entire site with a 2-foot layer of a clay type soil with a permeability factor of $10^{-5}$ cm/sec as required by DEC and hydroseeding the entire area. The project was completed in November 1982 and has remained in the condition as you see today.

This information would appear to answer Mr. D'Angelo's question, but if additional information is required, please call.

Very truly yours,

CALOCERINOS & SPINA

Leo F. Kane II
Managing Engineer

LFK:mal

cc:  Town Board
     Mr. A. Rivizzigno    *Town of Salina's Attorney*

C&S OFFICES: SYRACUSE · ATLANTA · PITTSBURGH · BUFFALO
recycled paper                                    ecology and environment

A-133

US0310