**REFERENCE 21**

A-134

02:3406-06/26/91-D1



**Bargabos Construction Company, Inc.**

EXCAV
GR
ROAD CONSTRU
SITE DEVELOF
LAND CLE

R.D. 4, BOX 166A, CANASTOTA, NEW YORK 1:

September 23, 1981

Town Board
Town of Salina
Onondaga County, New York
913 Liverpool Road
Liverpool, New York  13088

ATTENTION:  DARRELL W. WESTON, SUPERVISOR

RE:  SALINA LANDFILL, DIRT FILL & GRADING CONTRACT

Gentlemen:

We are here by requesting an extension of the completion date to July 31, 1982 for our contract to provide dirt fill and grading for the Town of Salina Landfill site.

Due to the extreme wetness which presently exists at the site and the continued amount of rainfall that we have been experiencing it has become highly questionable as to when we will be able to start the project and for how long the site will remain accessible for the equipment that will be required to complete the work.

Upon contract signing it is our intent to start the work at the earliest reasonable date but due to the current adverse conditions that presently exist at the site we are respectfully requesting the extention of the completion date with our guarantee that we will hold our unit prices to July 31, 1982.

Your favorable action regarding this request would be greatly appreciated.

Very Truly Yours,

James P. Wheeler
Vice President

JPW:lr
CC:  Mr. L. Kane II
     Mr. A. Rivissigno
     Mr. K. Hanafin

Phone: (315) 422-9416
(315) 697

A-135

ecology and environment

**REFERENCE 22**

A-136

02:3409-05/26/81-D1

US0313



SCALE : 1" = 200'

SECTION MAP 73

TOWN OF SALINA

ONONDAGA COUNTY, N.Y.

FOR TAXING PURPOSES ONLY
NOT TO BE USED FOR CONVEYANCE

A-137

US0314



US0315

**REFERENCE 23**

A-139

02:3408-06/26/91-D1
recycled paper

ecology and environment

US0316

NAME OF SITE  _Solvay_

OPERATOR  .                              LOCATION (Town, Village, City)  _Salina_         COUNTY  _Onondaga_

ADDRESS

OWNER                                    ADDRESS

EXPLAIN YES ANSWERS ON REVERSE SIDE

| | YES | NO |
|---|---|---|
| 1. Burning at Time of Inspection. | ☑ | ☐ |
| 2. Evidence of On-site Burning. | ☑ | ☐ |
| 3. Dumping into Water. | ☑ | ☐ |
| 4. Leachate Observed At The Site. | ☑ | ☐ |
| 5. Leaching into a Water Course. | ☑ | ☐ |
| 6. Refuse not Confined to a Manageable Area. | ☑ | ☐ |
| 7. Unsatisfactory Daily Soil Cover. | ☑ | ☐ |
| 8. Refuse Protruding through Completed Areas. | ☑ | ☐ |
| 9. Improper Spreading and Compaction of the Refuse. | ☑ | ☐ |
| 10. Pooling of Water, Cover Soil Cracking, Soil Erosion, or Improper Slope on Completed Area. | ☑ | ☐ |
| 11. Evidence of Rodents and Insects. | ☑ | ☐ |
| 12. Blowing Paper Problem. | ☐ | ☑ |
| 13. Salvaging of Refuse Creating a Nuisance. | ☑ | ☐ |
| 14. Approach Road Impassable to Vehicular Traffic During part of the year. | ☐ | ☑ |

CONTROL OF SITE
☑ Signs        ☐ Fence and Gate        ☑ Supervision        ☐ None

EQUIPMENT AT SITE
Type  _Track -_
_Cat - D-8 -_        _955 Front loader_
Size                    _Track_

TYPE OF REFUSE DISPOSED
☑ Residential   ☑ Commercial   ☐ Industrial   ☑ Demolition   ☐ Agricultural   ☐ Scavenger

PERSON INTERVIEWED
_Leo Caprin - Ed Davies_

| DATE | TIME |
|---|---|
| _10/27/72_ | _9:20 A.M._ |

INSPECTED BY (Signature)
_Glenn B. Hamilton_

TITLE
_Senor Technician_

(12/71)

A-140

US0317

REFERENCE 24

A-141

02:3400-05/25/01-01
recycled paper

*ecology and environment*

US0318



DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF SOLID AND HAZARDOUS WASTE
FACILITY INSPECTION REPORT

FACILITY NAME  Salina Town     LOCATION  Route 11
Landfill                                  Town of Salina

PERSONS INTERVIEWED AND TITLES   No One

SITE SKETCH/COMMENTS (additional sheets attached)   ☐ Yes   ☐ No

I inspected the site with Henriette
Hamel and Emmy Thomee of the N.Y.S.
Dept. of Health. We walked the perimeter of the
site and observed spot areas of exposed
refuse. I could detect some landfill
gas odors as well as odors coming
from the nearby Ley Creek transfer
station. No leachate was observed at this
time. Generally the vegetative cover was
well established except for a couple of
spots. This site has been causing fix
a number of years.

LEACHATE
1. Leachate is entering surface water.
2. Leachate is known to be contravening groundwater standards.
3. Waste is being placed into water.

BURNING
4. Refuse is burning without permit or not under permit conditions.
5. There is evidence of unapproved previous burning.

COVER
7. Previous days waste is not covered.
8. Refuse is protruding through daily, intermediate or final cover.
9. Intermediate or final cover is not in place or properly applied.

GRADING
9. Depressions, ponding, erosion cover, or slopes steeper than 1 on 3 exist.
10. Vegetative cover is inadequate on completed areas.
11. Soil erosion or other drainage problems exist.

SEPARATION DISTANCES
12. Waste is closer than 50 feet to site boundaries.
13. Refuse is being placed less than 5 feet above groundwater or bedrock.
14. Waste is being placed too close to surface water

NUISANCE CONDITIONS
15. Odors are detectable off site.
16. Blowing dust or dirt is a nuisance.
17. Papers are uncontrolled or blowing off site.
18. Noise is a nuisance off site.

OPERATION CONTROL
19. Operation Permit conditions are being violated. (List condition)
20. Refuse is not sufficiently confined or controlled.
21. Refuse is spread in layers thicker than 2 feet.
22. Refuse is not compacted or compacted insufficiently.
23. The working face height is greater than 10 feet.
24. Equipment on the site is not adequate for proper operation.

SAFETY AND HEALTH
25. Scavenging is uncontrolled or is creating a safety hazard.
26. Rodents, insects, birds, or other vectors are not controlled.
27. Unsafe conditions or equipment exist. (List item)
28. Methane gas is known to be leaving the site.

ACCESS CONTROL
29. Access to the site is improper, unsafe, or inadequately controlled.
30. The site is open without an attendant.
31. Information about the site not posted. (e.g. hours of operation)
32. Access to the operating area is poor or unsafe.

OTHER
33. Uncontrolled leachate is within 10 cm, or near the site.
34. The quality of cover material is inadequate.
35. Slope of working face is steeper than 1 on 3.
36. Monitoring wells are not operative.
37. Unapproved wastes have been deposited since last inspection.
38. Operator is unfamiliar with site boundaries, operation plan or permit.
39. Land application of waste to frozen/snow covered ground or during periods of rain.
40. Liquids is below 0.

REMARKS

INSPECTOR'S NAME

FACILITY NO. 7     DATE     TIME 17

EXPLANATION OF YES ANSWERS

1. Landfill was burning at time of inspection from underground combustion fire.

2. There was evidence of burning in this same area.

3. Dumping was evident into the swampy area surrounding landfi

4+5 Leachate was observed leaching into swampy area

6,7,9 Refuse was not confined to a manageable area, spreading and compaction was not being properly practiced and daily co was not being applied at the end of each day

7 Refuse was seen protruding throughout the site area.

10 Trespasser slope on whole area

12 Papers were blown throughout area surrounding site

14 Approach area is generally not passable in wet weather

REFUSE SITE SKETCH                    LOCATION SKETCH

A-143

recycled paper                          ecology and environment

US0320

REFERENCE 25

A-144

02:3400-05/25/91-D1

<u>March 18, 1986</u>

:21    BRIGHTON LANDFILL — Copy to File. With Jeff Banikowski. Jeff and I observed minor amounts of leachate along south and southwest toe of old landfill slope. A garden used by Brighton Towers residents is proximity of the old landfill.

D. Abbott                                        <u>March 19, 1986</u>

10:49-11:51  PARK ST. DUMP – Indiscriminate dumping is taking place again. Chuck Chernoff, Jim Craft and I hiked around the site. We observed protruding refuse, ponding water, leachate emanating from south perimeter along Ley Creek, and from ditch along Route 81. Copy in File.

12:48-1:15  SALINA – Chuck, Jim and I walked the site perimeters. Area fairly well covered, little protruding observed. Leachate not readily observed. Possible contamination from surface water ditch that runs through the site. Possible contamination of Thruway ditch and Ley Creek along landfill perimeter. Inspection stopped short due to lightning, rain and hail storm that moved in. Copy in File.

1:31-2:58  BRIGHTON – Chuck, Jim and I walked the entire perimeter of this site plus up over the top. We observed approx. six small leachate seeps and a couple of surface water impoundments. Landfill gases could occasionally be smelled. Channel 3 News asked me a couple of brief questions concerning sampling. I told them if we found enough surface leachate seeps we would be collecting some water samples. Copy in File.

N. Van Valkenburg

11:25    OLSI – Gate open. Men taking down larger, white storage garage inside landfill.

11:57    OLSI – Gate wide open. Workers still on site. Spoke with 2 of the 3 workers. They said they were leaving now for the day because it was too windy to finish the job. They have finished taking down the white garage and only need to load the pieces on a truck for removal. They said they would be back Thursday or Friday depending on the weather. They said they do not work for Mr. Tripoli but were hired by him to do the job. They said Mr. Tripoli unlocked the gate for them. I told the two men I would leave also because I couldn't take the responsibility for locking the gate.
        No inspection made. Snow off landfill. Temp. in 60s. Workers left their equipment on site.

        ACROSS FROM R. W. CLARK CONTRACTING CORP., 5054 SMORAL RD. – 3 piles of lumber, brick, concrete, metal bands, plastic, insulation, paper, soil, plastic piping and metal piping.
        Mr. Clark once told me this was his property. Mr. Tripoli told me this was his property.
        I already left a message with Ron Ryan, Town of Onon. Codes Enforcement Officer, about this.

D. Abbott                                        <u>March 20, 1986</u>

12:48    SALINA – Collected PCB samples with Mark, Chuck Chernoff and Dick Corcuera of the DEC. See Mark's report. Copy in File.

2:26-3:33 BRIGHTON LANDFILL – To collect leachate samples for PCBs with Mark, Chuck Chernoff, and Dick Corcuera. See Mark's report. Copy in File.

A-145

recycled paper                                        ecology and environment

US0322

**REFERENCE 26**

A–146

02:3400-05/25/91-01



US0324

**REFERENCE 27**

A-148



US0326

REFERENCE 28

A-150

02:3408-06/25/01-D1

US0327

**New York State Department of Environmental Conservation**

Wildlife Resources Center
Information Services
700 Troy-Schenectady Road
Latham, New York  12110



Thomas C. Jorling
Commissioner

May 2, 1991

Sandra Lane
Ecology and Environment, Inc.
368 Pleasantview Drive
Lancaster, New York  14086

Dear Ms. Lare:

   We have reviewed the Significant Habitat Unit and the NY Natural
Heritage Program files with respect to your request for biological
information concerning the Preliminary Site Assessments for two hazardous
waste sites in the Syracuse vicinity, Onondaga County.

   We have identified a rare plant, the Cornel-leaved Aster (Asterfirmus),
which historically (1949) occurred in the vicinity of the "Salina"
site.  This rare plant (G5Q S1) may still be present if suitable
habitat still exists.  We recommend a thorough search of the area by
a qualified individual at the proper time of the year.

   Our files are continually growing as new habitats and occurrences of
rare species and communities are discovered.  In most cases, site-specific or
comprehensive surveys for plant and animal occurrences have not been con-
ducted.  For these reasons, we can only provide data which have been as-
sembled from our files.  We cannot provide a definitive statement on the
presence or absence of species, habitats or natural communities.  This
information should <u>not</u> be substituted for on-site surveys that may be re-
quired for environmental assessment.

   This response applies only to known occurrences of rare animals, plants
and natural communities and/or significant wildlife habitats.  You should
contact our regional office, Division of Regulatory Affairs, at the address
enclosed for information regarding any regulated areas or permits that may be
required (e.g., regulated wetlands) under State law.

   If this project is still active one year from now we recommend that you
contact us again so that we may update this response.

                                    Sincerely,

                                    Burrell Buffington
                                    Significant Habitat Unit

Encs.
cc: Reg. 7, Wildlife Mgr.

A-151
New York Heritage Program is supported in
part by The Nature Conservancy

recycled paper                                          ecology and environment

US0328

**REFERENCE 29**

A–152

02:3409-05/25/81-D1

US0329

```
                                    STATE ID # :
                                    STATE CLASS :
                                    DOH RANKING :
                                    DEC RANKING :
                                    HRS SCORES :
                                    SM  :  11.77
                                    SFE :   0
                                    SDC :  62.50
```

## BUREAU OF TOXIC SUBSTANCE ASSESSMENT
## HAZARDOUS WASTE SITE INSPECTION REPORT

### IDENTIFYING INFORMATION
---

**SITE NAME:** Town of Salina Landfill

**ADDRESS:** Wolf St. Syracuse, NY 13212

**OWNER:** Town of Salina                          T. Supervisor

**ADDRESS & PHONE NO.:** 201 School Road, Liverpool, NY 13088    315-457-2779

**LOCAL CONTACT:** T. Supervisor

**ADDRESS & PHONE NO.:** 201 School Rd. Liverpool NY 13088   315-457-2779

**DEC REGION:** 7    **DOH REGION:** Syracuse    **COUNTY:** Onondaga

**TOWN:** Salina

**QUADRANGLE MAP:** Syracuse West Quad.

**INSPECTORS & DATE:** Henrietta Hamel R.S. (E.Thomas & Dan Abbott)   **DATE:** 8-20-87

### Site Data
---

**SIZE(ACRES):** 120 acres    **TERRAIN  HILLY:** ___    **FLAT :** X

**URBAN :** X    (URBAN)    **RURAL :** ___

**INDUSTRIAL :** X    **MUNICIPAL :** X    **OTHER :** ___

**ACTIVE :** ___    **INACTIVE :** X closed in 1972-3

**KNOWN AND SUSPECTED USERS:** T. Salina, General Motors, Fairfield Division

**CONTAMINANTS OF CONCERN:**

| | KNOWN CONTAMINATION: | On Site | Off Site |
|---|---|---|---|
| Vapor : ___ | Air : | ___ | |
| Contact : ___ | Groundwater : | ___ | |
| Groundwater (C) : ___ | Surface Water : | | X |
| Groundwater (V) : ___ | Drinking Water : | ___ | |
| | Surface Soil : | X | |
| | Sub Surface Soil : | X | |

recycled paper                                    ecology and environment

US0330

### Site Status

**Agencies Involved:**

|  |  |  |
|---|---|---|
| DOH | : | ✓ |
| DEC | : | |
| DOL | : | |
| EPA | ID # : | NYD980535351 |
| County | : | |

| | | |
|---|---|---|
| Inspection | : ✓ | N4S Corporation 12/27/86 |
| Investigation | : ✓ | |
| Negotiation | : ○ | |
| Litigation | : ○ | |
| Remediation | : ○ | |

**Comments:**

Former municipal sanitary landfill, approx 120 acres, bordered by Ley Creek on the south (over 5 acres of wetlands where the landfill borders Ley Creek.) LF violations when operational included: On-site burning, dumped into water, leachate, leachate into a water course, unsat. daily soil cover, improper spreading & compaction of refuse.

LF is well covered in the majority. Only a very few spots where garbage peeks thru at minimal odors. There are several wet areas w/ Marsh grass growing. No leachate visible during inspection (8/20/87)

The area is free of old "dumping" — no across Ley Creek from the Salina another further down went to Crouse-Hinds Co. (7th N. St & Walsh.)

— 2    A-154

US0331

3.1

*esidential*

single family residences : *Used*
apartments/condominiums : *some apts. - limited occupancy ie. converted*
*large homes - 4 family perhaps.*

*griculture*

truck farming : *none*
dairy farming : *none*
livestock : *none*

*ommercial/Industrial*

: *Used*

Open Space

parks : *not evident*
playgrounds : *not evident*
ballfields : *not evident*

3.2

Undeveloped : *soils, washes, Thruway Hwy, 81 interchange, Thruway exit + tollgate.*

Sensitive Targets

schools : *One w/in 1000 m.*
hospitals : *none*
churches : *none within*

Specific Targets Identified During Inspection

: *None*

Complicating Factors : *There are other covered dumps in the area; a Trash transfer station adjacent on 7th N. St. smells!*

rail yards : *no*
oil depots : *no*
power stations : *no*

Future Use - : *none proposed*

recycled paper     – 3 –     A-155     ecology and environment

US0332

2. Toxicity - Contaminants of Concern

Table 2-2 Waste Compounds: Quantities and Toxicity

| Waste | Quantity (Tons) |
|---|---|
| (40T weekly) 36,300 Tons Paint and Buffing Sludge | 37,000 Tons |
| PCB contaminated hydraulic oil | |
| pesticides | |
| solvents | |
| PCB laden floor absorbents | 10,000 Tons |
| Boiler Fly Ash | |
| Waste paint thinner & reducer   22 tons | |

PCB - contaminated fill & cover material = dredge spoils from Ley Creek. Dredged 6M/Fisher Bridge. known to have discharged PCB's to Ley Creek on

--- ENVIRONMENTAL SAMPLING / ANALYTICAL DATA ---

Air. . . . . . . . A
Drinking Water. . . B
Ground Water. . . C
Surface Water. . . D
Lagoon, Pond. . . E
Surface Soil. . . F

Subsurface Soil. . G
Sediment. . . . . H
Sludge. . . . . . J
Leachate. . . . . K
Backgound. . . . L

Onsite
Offsite
Residence
Drum
Other

| Chemical | CAS No. | Sampling Code No. | Result | Sampling Code No. |
|---|---|---|---|---|
| Acenaphthylene | 208-96-8 | | 3500 ug/kg | |
| Fluorene | 86-73-7 | MF | 4300 ug/kg | NH |
| Phenanthrene | 85-01-8 | MF | 24,000 ug/kg | NH |
| Anthracene | 120-12-7 | MF | 7900 ug/kg | NH MF |
| Fioranthene | 206-44-0 | MF | 4100 ug/kg | NH |
| benzoperylene (ghi) | 191-24-2 | MF | 4400 ug/kg | |
| acenapthene | 83-32-9 | MF | 3600 ug/kg | |
| Dibenzofuran | 132-64-9 | MF | 3300 ug/kg | NH |
| pyrene | 129-00-0 | MF | A-156  24,000 ug/kg | |

US0333

6.1

Onsite Contact

Target Populations – Estimate values when possible. Use values from Table 3.1 Only if no data available.

| Site Use | Number of Persons | Avg. Hours per Day |
|---|---|---|
| Recreational Vehicle Users | 20 | 1.0 |
| Parking "beer drinkers" | 10 | 2.0 |
| | | |
| | | |
| | | |
| | | |
| | | |

Reasons for Adjustments, if Used: _____

Estimate the number of persons ingesting plants at the site: ___O___    6.

A-157

recycled paper

ecology and environment

- 6 -

US0334

able substrata are the major limitations for nonfarm uses.

esentative profile of Lyons silt loam, in a e in the town of Lafayette, 100 feet west of Road, 1,300 feet north of Amidon Road, 3,700 rth of U.S. Highway 20:

-0 to 7 inches, very dark gray (10YR 3/1) silt loam; common, medium, distinct, dark-brown and dark reddish-brown root mottles; moderate, medium, granular structure; friable; many roots; 5 percent coarse fragments; neutral; clear, wavy boundary.

g—7 to 11 inches, grayish-brown (10YR 5/2) silt loam; common, medium, distinct yellowish-brown mottles and dark-brown and dark reddish-brown root mottles; moderate, medium, subangular blocky structure parting to moderate, medium, granular; friable; common fine roots; 5 percent coarse fragments; neutral; clear, wavy boundary.

g—11 to 22 inches, grayish-brown (10YR 5/2) silt loam; common, fine and medium, distinct yellowish-brown and light-gray mottles; few fine, distinct, dark-brown and dark reddish-brown root mottles; weak, coarse, subangular blocky structure; firm, slightly sticky; few fine roots; common fine and medium pores; 10 percent coarse fragments; neutral; gradual, wavy boundary.

3g—22 to 34 inches, grayish-brown (10YR 5/2) gravelly loam; common, medium, distinct yellowish-brown and few, medium, faint gray mottles; weak, medium and coarse, subangular blocky structure; friable; few fine and medium pores; 15 percent coarse fragments; mildly alkaline (weakly calcareous); gradual, wavy boundary.

34 to 50 inches, grayish-brown (10YR 5/2) gravelly loam; weak, thick, platy structure; firm; 25 percent coarse fragments; moderately alkaline (strongly calcareous).

he solum ranges from 20 to 40 inches in thickness. Depth arbonates ranges from 12 to 40 inches. Depth to bedrock is e than 40 inches and is generally more than 6 feet. tent of coarse fragments ranges from 5 to 30 percent. ween depths of 10 and 40 inches and from 20 to 60 percent w a depth of 40 inches. The upper 10 inches of soil erally formed in local alluvium and is the only part that er is generally free of coarse fragments or is less than 5 cent by volume.

he A1 and Ap horizons range from black (N 2/0) to dark yish-brown (10YR 3/2). In unlimed areas reaction in the A izon ranges from medium acid to neutral.

he B horizon ranges from olive gray (5Y 4/2) to gray (5YR and has higher chroma mottles ranging from few to y. Texture of the fine-earth fraction ranges from fine dy loam to light clay loam. Reaction in the B horizon ges from slightly acid to moderately alkaline (calcareous). he C horizon ranges from dark gray (5Y 4/1) to pinkish y (5YR 6/2) with or without higher chroma mottles. Tex- of the fine-earth fraction is fine sandy loam, loam, or silt n that is platy, firm, and moderately alkaline (calcareous). yons soils are closely associated with the somewhat poorly ined Kendaia, Appleton, and Darien soils. All formed in ilar material.

ns silt loam (Ly).—This level or nearly level soil flats or depressions on uplands that receive or seepage from adjacent higher lying soils. reas are smaller than 20 acres and only a few are larger than 30 acres.

uded with this soil in mapping are small spots ewhat poorly drained Kendaia, Appleton, Dar- Manheim soils on slight knolls or around the of the mapped area. These better drained soils up as much as 20 percent of some areas, but ave little effect on use and management. Also ed are small spots of very poorly drained Can- gua soils or Palms muck in depressions or along drainageways generally near the center of larger mapped areas. These wetter soils make up as much as 15 percent of some areas, and they require extensive drainage for crops.

If undrained, this soil is suited to short-season hay crops, pasture, and trees. Only a few undrained areas are used for crops. If adequately drained, this soil is suited to most crops commonly grown in the county, especially annual short-season row crops. This soil responds readily to drainage if adequate outlets are available. Capability unit IVw–3; woodland suitability group 4w1.

## Made Land, Chemical Waste

Made land, chemical waste (Ma) consists mainly of bed areas of chemical waste material. It includes both active beds on which waste is deposited and older beds on which vegetation is becoming established.

The waste material is residue from various chemical products. It is pumped as a slurry into diked beds where it is allowed to settle. The clear water or clear solution, which contains sodium chloride and calcium chloride, is then carefully drained off, and the material is consolidated by further drying. The waste beds are gradually built up to a predetermined height by diking with an impervious core material and coating the outside of the dike with gravel and soil material on which vegetation is established. The enclosed area is then filled by pumping in controlled amounts of slurry, which is allowed to settle, drain, and dry.

The fresh waste material is about 50 percent calcium carbonate, 11 percent calcium hydroxide, 11 percent calcium chloride, 9 percent sodium chloride, 5.5 percent silica, 4.5 percent calcium oxide, 4 percent magnesium oxide, 2.5 percent calcium sulfate, and 2 percent aluminum and iron oxides (6). Reaction (pH) is generally more than 10.

The residual material in the older beds, after draining and leaching, is about 68 percent calcium carbonate, 1 percent calcium chloride, 11 percent silicon dioxide, 12 percent calcium oxide, 7 percent magnesium oxide, and 2 percent calcium sulfate (6). Reaction (pH) is 8.0 to 8.5.

This material has a siltlike texture and has little or no structural development. It is moderately well drained and somewhat poorly drained on the higher terraces and somewhat poorly drained and poorly drained on lower terraces near lake level. These physical conditions are suitable for lime-tolerant plants that can further tolerate somewhat impeded drainage and reduced aeration (6). The material is practically devoid of nitrogen, phosphorus, and potassium.

Fertilizer test-plot results indicate phosphorus is most limiting, but the best plant growth is secured by using a complete fertilizer of a 1–2–1 ratio along with such added organic matter as sewage sludge.

Vegetation begins to grow on the beds after 20 to 25 years. This length of time is needed for toxic salts to leach from the top 1 to 2 feet of the beds.

The hazard of erosion and frost heaving on the exposed beds are major factors in preventing establishment of vegetation. After adequate vegetative cover is established, however, these hazards are eliminated or greatly reduced.

US0335