PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
JAIMIE L. NAWADAY
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:   (212) 637-2528
Facsimile:   (212) 637-2750
Email: jaimie.nawaday@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a/ GENERAL MOTORS CORP., *et al.*, | : | Jointly Administered |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Jaimie L. Nawaday, an Assistant United States Attorney for the Southern District of New York, hereby certify that on February 18, 2011, I caused a copy of the United States' Statement in Support of Environmental Provisions of Debtors' Plan of Liquidation, Response to Public Comment and Joinder in Debtors' Request for Approval of the Priority Order Site Settlement Agreements Among Debtors, the United States, and Certain States Incorporated in Debtors' Plan with Exhibit A to be served upon the parties to this action by (i) filing with the Court's Electronic Court Filing system (ECF) for the above-referenced case; (ii) delivery by first-class mail to the

addresses listed in Exhibit 1 attached hereto; and (iii) delivery by electronic mail to the addresses listed in Exhibit 2 attached hereto.

Dated:   New York, New York
         February 18, 2011

                PREET BHARARA
                United States Attorney for the
                Southern District of New York
                Attorney for the United States of America

By:   */s/ Jaimie L. Nawaday*
      DAVID S. JONES
      NATALIE N. KUEHLER
      JAIMIE L. NAWADAY
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone:  (212) 637-2528
      Facsimile:  (212) 637-2750
      Email: jaimie.nawaday@usdoj.gov