| | |
|---|---|
| **LOWENSTEIN SANDLER PC** | **JACKSON WALKER L.L.P.** |
| Michael S. Etkin, Esq. | Jeffrey G. Hamilton, Esq. |
| S. Jason Teele, Esq. | Heather M. Forrest, Esq. |
| 1251 Avenue of the Americas, 18th Floor | 901 Main Street, Suite 6000 |
| New York, New York 10022 | Dallas, Texas 75202 |
| | Tel:   (214) 953-6000 |
| -- and -- | Fax:  (214) 953-5822 |
| 65 Livingston Avenue | |
| Roseland, New Jersey 07068 | |
| Tel:   (973) 597-2500 | |
| Fax:  (973) 597-2400 | |

*Attorneys For Flowserve Corporation f/k/a The Duriron Company*

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Motors Liquidation Company, *et al.*, | Case No: 09-50026 (REG) (Jointly Administered) |
| Debtors. | |

### NOTICE OF APPEARANCE, REQUEST FOR
### SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Flowserve Corporation f/k/a The Duriron Company ("**Flowserve**"), a creditor and party-in-interest in the above-captioned chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases and in all adversary proceedings in these cases, be given to and served upon the following persons, and each of the following persons be added to the creditor matrix and any service lists, including without limitation, special or limited service lists, used in these cases:

Michael S. Etkin, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
E-mail: metkin@lowenstein.com; steele@lowenstein.com

-- and --

Jeffrey G. Hamilton, Esq.
Heather M. Forrest, Esq.
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000 (Telephone)
(214) 953-5822 (Facsimile)
E-mail: hforrest@jw.com; jhamilton@jw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Flowserve's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which Flowserve is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Flowserve to the jurisdiction of the Bankruptcy Court.

        Respectfully submitted,

        **LOWENSTEIN SANDLER PC**

        By: /s/ *S. Jason Teele*
        Michael S. Etkin, Esq.
        S. Jason Teele, Esq.
        1251 Avenue of the Americas, 18th Floor
        New York, New York 10022

        -- and --

        65 Livingston Avenue
        Roseland, New Jersey 07068
        973.597.2500 (Telephone)
        973.597.2400 (Facsimile)

        *Attorneys For Flowserve Corporation f/k/a The Duriron Company*

Dated: February 18, 2011
      New York, New York