PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
JAIMIE L. NAWADAY
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2528
Facsimile: (212) 637-2750
Email: jaimie.nawaday@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a/ GENERAL MOTORS CORP., *et al.*, | : | Jointly Administered |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Jaimie L. Nawaday, an Assistant United States Attorney for the Southern District of New York, hereby certify that on February 18, 2011, I caused a copy of the United States' Statement in Support of Environmental Provisions of Debtors' Plan of Liquidation, Response to Public Comment and Joinder in Debtors' Request for Approval of the Environmental Response Trust Consent Decree and Settlement Agreement Among Debtors, the Environmental Response Trust Administrative Trustee, the United States, Certain States and State Environmental Agencies, and the St. Regis Mohawk Tribe Incorporated in Debtors' Plan, with Exhibits 1-3, to be served upon the parties to this action by (i) filing with the Court's Electronic Court Filing system (ECF) for the

above-referenced case; (ii) delivery by first-class mail to the addresses listed in Exhibit 1 attached hereto; and (iii) delivery by electronic mail to the addresses listed in Exhibit 2 attached hereto.

Dated:   New York, New York
         February 18, 2011

                PREET BHARARA
                United States Attorney for the
                Southern District of New York
                Attorney for the United States of America

By:   */s/ Jaimie L. Nawaday*
     DAVID S. JONES
     NATALIE N. KUEHLER
     JAIMIE L. NAWADAY
     Assistant United States Attorneys
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone:  (212) 637-2528
     Facsimile:  (212) 637-2750
     Email: jaimie.nawaday@usdoj.gov