**Hearing Date & Time: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**Response Deadline: February 22, 2011 at 4:00 p.m. (Eastern Time)**

STEPHEN M. LANDAU, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com

For Dearborn Refining Site
Customers PRP Group

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 Case No. **09-50026-REG** Jointly Administered |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corporation, Debtors. _____/ | **RESPONSE TO DEBTORS' 208TH OMNIBUS OBJECTION TO CLAIM** |

Respondent Dearborn Refining Site Customers PRP Group says:

1. Respondent is a private party which submitted an unsecured liquidated claim in the amount of $1,042,707.06 which was designated claim number 36708.

2. The respondent consists of the following entities:

   1. Acemco Incorporated
   2. Comprehensive Environmental Solutions, Inc.
   3. Eaton Corporation
   4. Ford Motor Company
   5. General Products Corporation
   6. Michigan Automotive Compressor, Inc.
   7. Nachi Machining Technology Co.
   8. Perma-Fix Environmental Services, on behalf of Chem-Met Services, Inc.
   9. Rima Manufacturing Company
   10. Samuel, Son & Co. Midwest Inc.

11. Schultz, Inc.
12. The BOC Group, Inc., on behalf of Linde Gas, Inc.
13. TriMas Corporation, on behalf of Hi-Vol Products and Draw tite
14. Valassis Communications, Inc.
15. Weavertown Transport Leasing, Inc.
16. Worthington Steel

3. Claim number 36708 was settled on November 2, 2010, in the amount of $970,577.00. Accordingly, the omnibus objection should be overruled as to the respondent.

4. In reliance upon the settlement, the respondent withdrew all of the following individual group member claims, as a result of which the debtors are estopped from denying settlement of claim number 36708:

| Claim Number | Claimant | Claim Amount |
| --- | --- | --- |
| 32818 | General Products Corp. | $4,000,000.00 |
| 32817 | Samuel Son & Co Midwest | $4,000,000.00 |
| 49504 | Acemco Inc. | $2,000,000.00 |
| 49505 | Nachi Machining Tech. Co. | $2,000,000.00 |
| 62291 | Valassis Communications Inc. | $1,042,707.00 |
| 45622 | Weavertown Transport Leasing | $56,226.00 |
| 50931 | Michigan Auto. Compressor | $6,500.00 |

5. After settling claim number 37608, the debtors unilaterally chose to disavow the settlement by filing and serving respondent with the omnibus objection.

**THEREFORE**, Dearborn Refining Site Customers PRP Group requests that the Debtors' 208th Omnibus Objection to Claims be overruled as to claim number 36708 and that such claim be allowed as settled.

Respectfully submitted,

/s/ Stephen M. Landau

Stephen M. Landau

STEPHEN M. LANDAU, P.C.
For Dearborn Refining Site
Customers PRP Group
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com