POLSINELLI SHUGHART PC
Jason A. Nagi
7 Penn Plaza, Suite 600
New York, New York 10001
Tel: (212) 644-2092
Fax: (212) 684-0197
jnagi@polsinelli.com

DINSMORE & SHOHL LLP
Vincent B. Stamp (*pro hac vice* to be submitted)
Tim J. Robinson (*pro hac vice* to be submitted)
255 East 5th St., Ste. 1900
Cincinnati, OH  45202
Tel: (513) 977-8200
Fax: (513) 977-8141
vince.stamp@dinslaw.com
tim.robinson@dinslaw.com

*Attorneys for Valleycrest Landfill Site Group,
Cargill Corp., The Standard Register Company,
TRW Inc., and Northrop Grumman*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | |
| Debtors. | (Jointly Administered) |
----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Jason A. Nagi, hereby certify that on the 15th day of February, 2011, a true and correct copy of the *Verified Statement of Polsinelli Shughart PC and Dinsmore & Shohl LLP, Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure* was served electronically to the interested parties who are registered to receive ECF notification from the Court, and served by First-Class United States Mail, postage prepaid, on the 18th day of February, 2011, to the following:

1925111.1

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis

Thomas Moers Mayer
Robert Schmidt
Lauren Macksound
Hennifer Sharret
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

Dated: New York, New York
       February 21, 2011

POLSINELLI SHUGHART PC

       */s/ Jason A. Nagi*
Jason A. Nagi
7 Penn Plaza, Suite 600
New York, New York 10001
Tel: (212) 644-2092
Fax: (212) 684-0197
jnagi@polsinelli.com

-and-

DINSMORE & SHOHL LLP
Vincent B. Stamp (*pro hac vice* to be submitted)
Tim J. Robinson (*pro hac vice* to be submitted)
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Tel:  (513) 977-8200
Fax:  (513) 977-8141
vince.stamp@dinslaw.com
tim.robinson@dinslaw.com

*Counsel for the Valleycrest Landfill Site Group,
Cargill Corp., The Standard Register Company,
TRW Inc., and Northrop Grumman*

2

1925111.1