## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | KENTUCKY EMPLOYERS MUTUAL INSURANCE CO <br> C/O FULTON & DEVLIN <br> 2000 WARRINGTON WAY STE 165 <br> LOUISVILLE, KY 40222 |
| Claim Number (if known): | 39231 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $62,301.22 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2-7-11

Print Name: STANLEY S. DAWSON

Title (if applicable): COUNSEL FOR CREDITOR

1