HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
OBJECTIONS DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

Stephen W. Spence
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

Attorneys for Watkins Trucks, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,       :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,   :
                                            :    (Jointly Administered)
                Debtors.                    :
-----------------------------------------------------------x

**LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ENTRY
OF AN ORDER ESTIMATING THE MAXIMUM AMOUNT OF CERTAIN
CLAIMS FOR THE PURPOSES OF ESTABLISHING CLAIM RESERVES
UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

Watkins Trucks, Inc., by and through its undersigned counsel, hereby file this limited objection to the Debtors' Motion for Entry of an Order Estimating the Maximum Amount of Certain Claims for the Purposes of Establishing Claim Reserves under the Debtors' Amended Joint Chapter 11 Plan, as follows:

1.  Watkins Trucks, Inc., a Delaware corporation, was a General Motors truck dealer for over 50 years. Its dealership agreement was rejected by the Debtors during this proceeding. In connection with the rejection of its dealership agreement, it has filed two

pre-petition unsecured rejection damage claims, Claim No. 21852 and Claim No. 70388. Each of the original and amended claim assert a partially unliquidated claim for indemnification, a contract right afforded to them under their now rejected dealer agreement.

2. In the case of Claim No. 21852, a general request for indemnification was asserted to protect Watkins Trucks, Inc.'s right to indemnification for tender of defense costs and payment of any judgment in the event any personal injury claims or asbestos related claims related to GM parts or products were asserted against Watkins Trucks, Inc. ("Product Liability Claims").

3. Watkins Trucks, Inc. Claim No. 70388 amended the previous proof of claim to make a direct assertion of what can be characterized under the Debtors' Amended Joint Chapter 11 Plan as an Indirect Asbestos Claim in connection with a suit that was filed on June 24, 2010 by a plaintiff who alleged that he suffered asbestos exposure as a result of General Motors parts sold by Watkins Trucks, Inc.

4. Watkins Trucks, Inc. has no objection to having its unsecured rejection damage claims capped at $607,563.19, with respect to non-Product Liability Claims. To the extent that there is any need on the part of the Debtors to estimate a reserve for such possible indemnification claims, Watkins Trucks, Inc. would be willing to agree to an estimation cap on non-asbestos litigation claims of an additional $500,000.

5. With respect to its asserted Indirect Asbestos Claim, if the Debtors' Amended Joint Chapter 11 Plan is confirmed by this Court, the Indirect Asbestos Claim(s) would be channeled to the MLC Asbestos PI Trust and would be liquidated pursuant to the Asbestos

PI Trust Distribution Procedures. Watkins Trucks, Inc. asserts that there is no need to cap the estimated value of this claim at this time. Watkins Trucks, Inc. is willing to agree that such Indirect Asbestos Claim would not be treated as a claim in Class 3 of the current Amended Joint Chapter 11 Plan if a separate Class 5 as contemplated under the Plan is created and funded for the disposition of Indirect Asbestos Claims after confirmation of the Plan.

WHEREFORE, Watkins Trucks, Inc. objects to the estimation of its unliquidated claims both for general litigation and Indirect Asbestos Claims at $-0- as provided herein.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Stephen W. Spence

STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Email: sws@pgslaw.com
Attorneys for Watkins Trucks, Inc.

Dated: February 21, 2011

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, hereby certify that I am over the age of 18, and that on February 21, 2011, a copy of the attached *Limited Objection to the Debtors' Motion for Entry of an Order Estimating the Maximum Amount of Certain Claims for the Purposes of Establishing Claim Reserves under the Debtors' Amended Joint Chapter 11 Plan* was served upon the persons on the attached list, via overnight carrier.

Under the penalty of perjury, I certify the foregoing to true and correct.

*Celeste A. Hartman*
CELESTE A. HARTMAN

Harvey R. Miller, Esquire
Stephen Kraotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manages, LLP
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153

Motors Liquidation Company
Attn: Thomas Morrow
401 South Old Woodward Avenue, Suite 370
Birmingham, MI 48009

General Motors LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center,
Detroit, Michigan 48265

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
Attorneys for the U.S. Dept. of the Treasury
One World Financial Center
New York, NY 10281

Joseph Samarias, Esquire
U.S. Dept. of the Treasury
1500 Pennsylvania Avenue NW, Room 2312,
Washington, D.C. 20220

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019

Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksoud, Esquire
Jennifer Sharret, Esquire
Kramer Levin Naftalis & Frankel LLP
Attorneys for the Creditors Committee
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis, Esquire
The Office of the United State Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

David S. Jones, Esquire
Natalie Kuehler, Esquire
U.S. Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale,
Attorneys for the Official Committee of Unsecured
Creditors Holding Asbestos-related Claims
375 Park Avenue, 35th Floor
New York, NY 10152-3500

| | |
|---|---|
| Trevor W. Swett III, Esquire | Sander L. Esserman, Esquire |
| Kevin C. Maclay, Esquire | Robert T. Brousseau, Esquire |
| Caplin & Drysdale, | Stutzman, Bromberg, Esserman & Plifka, PC |
| Attorneys for the Official Committee of Unsecured | Attorneys for Dean M. Trafeletin, FCR PI Claimants |
| Creditors Holding Asbestos-related Claims | 2323 Bryan Street, Suite 2200 |
| One Thomas Circle, N.W., Suite 1100 | Dallas, TX 75201 |
| Washington, DC 20005 | |