CARSON FISCHER, P.L.C.
David E. Schlackman (P58894)
Counsel for Lapeer Metal Stamping Companies, Inc.
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :     Case No. 09-50026 (reg)
MOTORS LIQUIDATION COMPANY, et al.    :     (Jointly Administered)
                                                    :     Chapter 11
            Debtors.                         :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.  Papers Served:    Lapeer Metal Stamping Companies, Inc.'s Response in Opposition to Debtors' 161st Omnibus Objection to Claims [Docket No. 9322 ]

2.  Served Upon:    Motors Liquidation Company
    Attn: Thomas Morrow
    401 South Old Woodward, Suite 370
    Birmingham, Michigan 48009

    Weil, Gotshal & Manges, LLP
    Attn: Harvey R. Miller, Esq.
         Stephen Karotkin, Esq.
         Joseph H. Smolinsky, Esq.
    767 Fifth Avenue
    New York, NY 10153

    General Motors LLC
    Attn: Lawrence S. Buonomo, Esq.
    400 Renaissance Center
    Detroit, Michigan 48265

    U.S. Treasury Department
    Attn: Joseph Samarias, Esq.
    1500 Pennsylvania Avenue, NW, Room 2312
    Washington, DC 20220

Cadwalader, Wickersham & Taft, LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, NY 10281

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
       Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq.
       Robert Schmidt, Esq.
       Lauren Macksoud, Esq.
       Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

Office of the United States Trustee
for the Southern District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

U.S. Attorney's Office S.D.N.Y
Attn: David S. Jones, Esq.
       Natalie Kuehler, Esq.
86 Chambers Street, Third Floor
New York, New York 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq.
       Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq.
       Devin S. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

        Stutzman, Bromberg, Esserman & Plifka
        Attn:  Sander L. Esserman, Esq.
            Robert T. Brousseau, Esq.
        2323 Bryan Street, Suite 2200
        Dallas, Texas  75201

3.    Date of Service:    February 21, 2011

4.    Method of Service:    Federal Express/Next Day Priority

        CARSON FISCHER, P.L.C.

        By:  */s/ David E. Schlackman*
        David E. Schlackman (P58894)
        4111 Andover Road, West-2nd Flr.
        Bloomfield Hills, MI  48302

Dated:  February 21, 2009         Tele:  (248) 644-4840