**Hearing Date & Time: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**Response Deadline: February 22, 2011 at 4:00 p.m. (Eastern Time)**

STEPHEN M. LANDAU, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com

For Dearborn Refining Site
Customers PRP Group

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 Case No. **09-50026-REG** Jointly Administered |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, f/k/a General Motors Corporation, Debtors. _____/ | **CERTIFICATE OF SERVICE** |

    I certify that on February 21, 2011, I served Response to Debtors' 208th Omnibus Objection on all parties at their CM/ECF registered addresses with service through the CM/ECF system and that on February 22, 2011, I served Memorandum of Law in Opposition to Debtors' 208th Omnibus Objection on all parties at their CM/ECF registered addresses with service through the CM/ECF system with copies in unsealed envelopes to the clerk of the court by first class mail marked "Chambers Copy" and "Copy for United States Trustee" and to David R. Berz, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153.

                                        /s/ Stephen M. Landau

Stephen M. Landau

STEPHEN M. LANDAU, P.C.
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☏248.358.0870
sml@slandau.com

For Dearborn Refining Site
Customers PRP Group
February 22, 2011