# **CERTIFICATE OF SERVICE**

I, Jason A. Nagi, Esq., of Polsinelli Shughart PC, hereby certify that on the 22nd day of February, 2011, I caused to be served a copy of the foregoing document upon the parties listed below in the manner indicated.

**VIA FIRST CLASS MAIL AND/OR ELECTRONIC MAIL**

| | |
|---|---|
| Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph H. Smolinsky, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com<br>(Counsel to the Debtors) | Thomas Morrow<br>Motors Liquidation Company<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, Michigan  48009 |
| Lawrence S. Buonomo, Esquire<br>General Motors LLC<br>400 Renaissance Center<br>Detroit, Michigan  48265 | John J. Rapisardi, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>john.rapisardi@cwt.com<br>(Counsel to the US Department of Treasury) |
| Joseph Samarias, Esquire<br>United States Department of the Treasury<br>1500 Pennsylvania Avenue, NW,<br>Room 2312<br>Washington, D.C.  20220 | Michael J. Edelman, Esquire<br>Michael L. Schein, Esquire<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York  10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com<br>(Counsel to Export Development Canada) |
| Thomas Moers Mayer, Esquire<br>Robert Schmidt, Esquire<br>Lauren Macksoud, Esquire<br>Jennifer Sharret, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>tmayer@kramerlevin.com<br>rschmidt@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com<br>(Counsel to the Statutory Committee of Unsecured Creditors) | Tracy Hope Davis, Esquire<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York  100044 |

| | |
|---|---|
| David S. Jones, Esquire<br>Natalie Kuehler, Esquire<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York  10007 | Elihu Inselbuch, Esquire<br>Rita C. Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, New York  10152-3500<br>ei@capdale.com<br>rct@capdale.com<br>(Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims) |
| Trevor W. Swett III, Esquire<br>Kevin C. Maclay, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, D.C.  20005<br>tws@capdale.com<br>kcm@capdale.com<br>(Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims) | Sander L. Esserman, Esquire<br>Robert T. Brousseau, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas  75201<br>esserman@sbep-law.com<br>brousseau@sbep-law.com<br>(Counsel for Dean M. Trafelet) |

                            */s/ Jason A. Nagi*
                            Jason A. Nagi, Esquire

{BAY:01166815v1}