UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :
In re                                           :     Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :     Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*        :
                                                :     (Jointly Administered)
                Debtors.                        :
                                                :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Adam H. Isenberg, Esquire, do hereby certify that on February 22, 2011, a true and correct copy of the Response of Chemclene Site Defense Group to Debtors' 208th Omnibus Objection to Claims was served on the attached service list in the manner indicated and via e-mail by operation of the Court's electronic filing system.

                            */s/ Adam H. Isenberg*
                            Adam H. Isenberg, Esquire

1298822.4 2/22/11

## SERVICE LIST

Tracy Hope Davis, Esquire
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
*via first-class mail*

David S. Jones, Esquire
Natalie Kuehler, Esquire
United States Attorney's Office
for the Southern District of NY
86 Chambers Street, 3rd Floor
New York, NY 10007
*via first-class mail*

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*via e-mail*

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue
Suite 370
Birmingham, MI 48009
*via first-class mail*

Lawrence S. Buonomo, Esquire
General Motors LLC
400 Renaissance Center
Detroit, MI 48265
*via first-class mail*

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*via e-mail*

Joseph Samarias, Esquire
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, DC 20220
*via first-class mail*

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
*via e-mail*

Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksoud, Esquire
Jennifer Sharret, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*via e-mail*

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*via e-mail*

Trevor W. Swett, III, Esquire
Kevin C. Maclay, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
*via e-mail*

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
*via e-mail*

1298822.4 2/22/11