FOLEY & LARDNER LLP
Victor A. Vilaplana (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

FOLEY & LARDNER LLP
Jeffrey A. Soble (*admitted pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

*Attorneys for Toyota Motor Corporation*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re:                                                    :   Chapter 11
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,                     :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                  :
                                                          :   (Jointly Administered)
                                Debtors                   :
                                                          :
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )

I, Matthew J. Riopelle, being duly sworn depose and state:

    1.    I am employed by Foley & Lardner LLP, attorneys for Toyota Motor Corporation in the above-captioned Chapter 11 case. Our business address is 402 W. Broadway, Suite 2100; San Diego, CA 92101.

SDCA_1772142.1

2. On February 22, 2011, I caused service of the following document filed in the above-captioned case to be effected on the parties listed on **Exhibit A** by the Court's ECF Notice: **(1) Toyota Motor Corporation's reservation of rights and Opposition to motion of Debtors for entry of an order estimating maximum amount of certain claims for purposes of establishing claims reserves under the debtors' amended joint chapter 11 plan, and (2) Toyota Motor Corporation's Reservation of Rights and Opposition to motion of Debtors for entry of an order establishing claims reserves in connection with distributions to be made under the debtors' amended joint chapter 11 plan with respect to, among other things, certain unliquidated claims.**

3. On February 22, 2011, I caused service of the documents listed above to be effected on the parties as noted on Exhibit B to served via messenger delivery.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: February 22, 2011                            /s/ Matthew J. Riopelle
                                                    Matthew J. Riopelle

Subscribed and sworn to before me
this 22nd day of February 2011

/s/ Marcia Jahelka

MARCIA JAHELKA
Commission # 1922653
Notary Public - California
San Diego County
My Comm. Expires Feb 18, 2015

SDCA_1772142.1

# EXHIBIT "A"
## Via Court's ECF Notice

| Attorneys for Debtor<br><br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com | Attorneys for the US Department of Treasury<br><br>John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281<br>john.rapisardi@cwt.com |
|---|---|
| Attorneys for Export Development Canada<br><br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>MJEdelman@vedderprice.com<br>MSchein@vedderprice.com | Attorneys for Statutory Committee of Unsecured Creditors<br><br>Thomas Moers Mayer, Esq.<br>Amy Caton, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>rschmidt@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com |
| Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos Related Claims<br><br>Elihu Inselbuch<br>Rita C. Tobin<br>Caplin & Drysdale<br>375 Park Ave., 35th Floor<br>New York, NY 10152-3500<br>ei@capdale.com<br>rct@capdale.com | Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos Related Claims<br><br>Trevor W. Swett II<br>Caplin & Dysdale<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 2005<br>tws@capdale.com |

| Attorneys for Dean M. Trafelet (Future Claimants' Representative)<br><br>Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>brousseau@sbep-law.com<br>esserman@sbep-law.com | Attorneys for New United Motor Manufacturing, Inc.<br><br>Richard M. Cieri<br>Kirkland & Ellis<br>601 Lexington Ave<br>New York, NY 10022-4611<br>richard.cieri@kirkland.com |
|---|---|
| Attorneys for New United Motor Manufacturing, Inc.<br><br>Ray C. Schrock<br>Kirkland & Ellis<br>300 N. LaSalle<br>Chicago, IL 60654<br>ray.schrock@kirkland.com | Attorneys for New United Motor Manufacturing, Inc.<br><br>Mark E. McKane<br>Kirkland & Ellis<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>mark.mckane@kirkland.com |

SDCA_1772142.1

09-50026-mg    Doc 9336    Filed 02/22/11    Entered 02/22/11 13:49:07    Main Document
Pg 5 of 5

# EXHIBIT "B"
## Via Messenger Delivery

| | |
|---|---|
| The Debtors<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>500 Renaissance Center, Suite 1400<br>Detroit, Michigan 48243<br>TStenger@alixpartners.com | General Motors, LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, Michigan 48265<br>lawrence.s.buonomo@gm.com |
| United States Department of the Treasury<br>Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>JOSEPH.SAMARIAS@DO.TREAS.GOV | Office of the US Trustee for the Southern District of New York<br>Tracy Hope Davis, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>ustrustee.program@usdoj.gov |
| U.S. Attorneys Office<br>SDNY<br>David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>86 Chambers Street, 3rd Fl.<br>New York, NY 10007<br>david.jones6@usdoj.gov<br>natalie.kuehler@usdoj.gov | |

SDCA_1772142.1