HANGLEY ARONCHICK SEGAL & PUDLIN
By:   Matthew A. Hamermesh (admitted *pro hac vice*)
        Jacqueline R. Dungee (JD6936)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Attorneys for NCR Corporation*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | **Chapter 11** |
|---|---|---|
| | : | |
| **MOTORS LIQUIDATION COMPANY *et al*.,** | : | **(Jointly Administered)** |
| | : | |
| Debtors. | : | **Case No. 09-50026 (REG)** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of February, 2011, I caused a true and correct copy of the foregoing RESPONSE OF NCR CORPORATON IN OPPOSITION TO DEBTORS' 208TH OMNIBUS OBJECTION TO CLAIMS (CONTINGENT CO-LIABILITY CLAIMS) to be served by electronic mail on the following:

   Weil, Gotshal & Manges LLP, attorneys for the Debtors:
        Harvey R. Miller, Esquire (harvey.miller@weil.com)
        Stephen Karotkin, Esquire (stephen.karotkin@weil.com)
        Joseph H. Smolinsky, Esquire (Joseph.Smolinsky@weil.com)

   The Office of the United States Trustee for the Southern District of New York:
        Tracy Hope Davis, Esquire (tracy.davis@usdoj.gov)
        Andrea B. Schwartz, Esquire (andrea.b.schwartz@usdoj.gov)

   Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee:
        Thomas Moers Mayer, Esquire (tmayer@kramerlevin.com)
        Robert Schmidt, Esquire (rschmidt@kramerlevin.com)
        Lauren Macksoud, Esquire (lmacksoud@kramerlevin.com)

   Stutzman, Bromberg, Esserman & Plifka, attorneys for the Future Claimants' Representative
        Sander L. Esserman, Esquire (esserman@sbep-law.com)
        Robert T. Brousseau, Esquire (brousseau@sbep-law.com)

Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee
    Elihu Inselbuch, Esquire (ei@capdale.com)
    Rita C. Tobin, Esquire (rct@capdale.com)
    Trevor W. Swett III, Esquire (tws@capdale.com)
    Kevin C. Maclay, Esquire (kcm@capdale.com)

Cadwalader, Wickersham & Taft LLP, attorneys for the U.S. Treasury
    John J. Rapisardi, Esquire (john.rapisardi@cwt.com)

Vedder Price, P.C., attorneys for EDC
    Michael J. Edelman, Esquire (mjedelman@vedderprice.com)


                /s/ Matthew A. Hamermesh
                Matthew A. Hamermesh