UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :      Chapter 11
                                                            :      Bankruptcy Case No.
GENERAL MOTORS CORP., et al.,                               :      09-50026 (REG)
                                                            :      (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x

I, Eric Anderson, declare:

1.  I am the controller for Creditor Exponent, Inc. This declaration is based on my personal knowledge. If so required, I would and could testify as to the matters stated below.

2.  Exponent's Proof of Claim filed in November 2009 identified twelve contracts with the Debtors. Exponent's contracts are identified on the Proof of Claim as "Project Nos." The contracts listed in Exponent's Proof of Claim are as follows:

1. PH04807.001

2. DC17753.001

3. SF33204.000

4. SF36116.000

5. 0702464.000

6. 8600690.003

7. 0901983.000

8. 0990002.014

9. 0806579.000

10. 0902284.000

11. 0990002.021

12. 0990002.028

3.     On or about June 15, 2009, the Debtors filed a Notice of (I) Debtors Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property, and (II) Cure Amounts Related Thereto. This Notice directed creditors to a website (www.contractnotices.com) at which the creditors could obtain the identification of the contract(s) to be assumed. At that website, one contract with Exponent was identified as GM Contract ID No. TCS27395. (See Exhibit A, attached hereto.) That contract is identified within Exponent as project number 0700902.000, which is not identified on Exponent's proof of claim. The assumed contract is not one of the contracts identified on Exponent's proof of claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 22, 2011

_____
Eric Anderson

# EXHIBIT A

# Contract Notices

User: txVtzn8h

**My Contracts**    **Documents & Links**    **Contact Us**

## Supplier Details                                                                               Vendor Master ID: **60**

Generate Assumption Confirmation Letter    NOTE: This report may take several minutes to generate. Please be patient.

|  |  |  |
|---|---|---|
| Supplier Name: | **EXPONENT INC** | |
| Total Contract Cure Amount: | **$65,933.58** | Click here to view Contract Cure Amount Details |
| Remaining Cure Amount: | $12,750.32 | |
| Paid Amount: | $53,183.26 | |
| # of Contracts: **1** | | # of Assumed Contracts: **1** |

## Contracts

| Row ID | GM Contract ID | Vendor ID | Counter Party Name | Contract Type | Contract Name/ Description | Business Unit/ Department |
|---|---|---|---|---|---|---|
| 5716-01099819 | TCS27395 | 058460403 | EXPONENT FAILURE ANALYSIS ASSO | Agreement | | |

Hover mouse cursor here for Contract Status Legend

**Important Notices:**   All capitalized terms used, but not defined expressly on this website, have the meaning ascribed to such terms in that certain Order Pursuant To 11 U.S.C. §§ 105, 363, And Bankr. P. 2002, 6004, And 6006(I) Approving Procedures For Sale Of Debtors' Assets Pursuant To Master Sale And Purchase Agreement With Vehicle Acquisition Holding Treasury-Sponsored Purchaser; (II) Scheduling Bid Deadline And Sale Hearing Date; (III) Establishing Assumption And Assignment Procedures; And (IV) Fixing Notice Pr Approving Form Of Notice.

Purchaser's designation of a purchase order as "Noticed" also means that the Purchaser is designating for assumption and assignment all agreements expressly incorporat referenced in such purchase order.

All contract descriptions that appear in the "Contract ID," "Contract Type," "Contract Name/Description, "Business Unit/Department," fields are for purposes of contract ide and shall not be binding on the Debtors or the Purchaser, as the case may be, or serve as an admission, for any purposes in the debtors' chapter 11 cases, including deterr substantive rights under the contract, establishing the executory nature of a contract or establishing the Debtors' proposed treatment of the contract for purposes of contr and assignment.

The proposed cure amounts set forth herein are subject to adjustment to reflect additional invoices processed in GM's accounts payable system that relate to the perioc Commencement Date.
Additionally, the proposed cure amounts set forth herein may not reflect certain debits, chargebacks, claims or other deductions to which GM may be entitled and, in each with respect thereto are reserved.
GM is updating this website on a daily basis so please check back if you believe that a discrepancy exists in the invoices processed that relate to the period before the Comn