UNITED STATES BANKRUPTCY COURT 2011 Claim  II

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

_____

In re Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, et al.,  09-50026 (REG)

 f/k/a General Motors Corp., et al.

 Debtors

_____


REGARDING 154th Omnibus Objection to Claims, (to disallow certain claims).


IN THIS MATTER I feel I am deserving of my claim. My claim of $198,422.88 was earned by

me through numerous years of hard work, due diligence and satisfying all my tax burdens. No

matter how the legal giants alter the language or terminology from a debtor claim to equity

interest it still remains my money, mishandled by the executives of General Motors Corporation.

I loaned my money to General Motors Corporation in good faith with the sound assurance that

they would handle my asset with reasonable care and nurturing. Yet in their lack of imagine-

erring and recklessness they failed to capture public confidence in their products and services

failing to attract consumers and investors, thereby bringing a decades old Corporate Giant to its

demise. However, they pointed their finger at foreign competition as the cause of their financial

problems. Well, there may be some validity in their claim, in a small part, the foreign

competition may have contributed to their down fall. Just stop for a moment, and ask yourself,

do I own and operate a foreign vehicle? Why? An example of their reckless behavior and

disdain for the public was accomplished, in part, by the CEO (Chief Executive Officer) of

General Motors Corporation jetting about the country in the private corporate jet including a trip

Page 1

UNITED STATES BANKRUPTCY COURT   2011 Claim   II

to Washington D.C. with a tin cup in his hand. Note: the amount of my claim could not have paid

the cost for one fill-up of jet fuel for that private jet.

I owned 7536 shares of General Motor's common stock since 2005 (see attached) which is an

asset by any accountants reasoning and the Internal Revenue Service, I do not understand, by the

stroke of a pen, how an asset can become equity interest and simply be dismissed. I would

suffer a permanent loss and damages if the 154th Omnibus Claim is granted because I am a

retired 69 years old living on my Social Security Pension Benefits and do not the clout nor

expertise the Goliath Law Firms in this matter possess and can not afford legal representation nor

do I have the time or the enterprise by which to re-earn the monies miss-handled by the General

Motors Executives. I realize that I am an easy target for the law firms engaged in this effort,

riding rough shod over me, much like the Native American suffered at the hands of clever

officials and settlers. However, I strongly feel I have a right to expect the return of my money no

matter the legal wrangling, just as a bank or a financial institution expects when they loan money

to anyone, although they do demand and expect interest.

I pray his Honorable Judge Robert E. Gerber affirms my claim and makes me whole.

I take this opportunity to thank his Honor Robert E. Gerber and the ladies and gentlemen of the

participating law firms for allowing me to participate in this filing.

Respectfully submitted

Carrol R. Waters

UNITED STATES BANKRUPTCY COURT  2011 Claim  II

Cc: hard copy and 3.5 inch disk to;

Weil, Gotshal & Manges LLP, ((Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and
Joseph H. Smolinsky, Esq.)

Motors Liquidation Company, (Attn: Thomas Morrow)

General Motors LLC, (Attn: Lawrence S. Buonomo, Esq.)

Cadwalader, Wickersham & Taft LLP, (Attn: John J. Rapisardi, Esq.)

United States Department of the Treasury,(Attn: Joseph Samarias, Esq.)

Vedder Price, P.C. (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)

Kramer Levin Naftalis & Frankel LLP, (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
Lauren Macksoud, Esq., and Jennifer Sharret, Esq.)

Office of the United States Trustee for the Southern District of New York, (Attn: Tracy Hope
Davis, Esq.)

U.S. Attorney's office, S.D.N.Y., (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq,)

Chaplin & Drysdale, (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.)

One Thomas Circle, (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.)

Stutzman, Bromberg, Esserman & Plifka, (Attn: Sander L. Esserman, Esq. and Robert T.

Brousseau, Esq.)


Note: My grand daughter helped me navigate the internet to search the Federal Rules of
Bankruptcy Procedure. We did find the document, however, I must admit I found them confusing and difficult to understand. I sincerely apologize for any short comings I might have
placed upon the court in the response.