UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>**MOTORS LIQUIDATION COMPANY**, *et al.*,<br>f/k/a Gneral Motors Corp., et al.<br><br>Debtors | Chapter 11 Case No.<br><br>09-50026 (REG)<br><br>(Jointly Administered) |

### RESPONSE TO DEBTORS' 192ND OMNIBUS OBJECTION TO CLAIMS SEEKING THE ENTRY OF AN ORDER TO EXPUNGE THE DUPLICATE DEBT CLAIM OF HANNA KJAER-GREGER

1. Hanna Kjaer-Greger submitted a proof of claim to the court by two methods of delivery: (1) regular post and (2) registered post, which requires a signature of the addressee.

2. The two methods of delivery resulted in her single claim being mistakenly entered as two separate (duplicate) claims.

3. Hanna Kjaer-Greger consents to the expungement of one of these claims, Claim # 25297

Hanna Kjaer-Greger requests that the Debtors' Objection to Claim # 23086 be denied on the grounds that, with the expungement of Claim #25297, Claim #23086 is not a duplicate claim, is her sole remaining claim, and represents money that she is lawfully owed by the debtor.

Respectfully submitted,

*[signature]*         Frankfurt/M 13.02.2011
Hanna Kjaer-Greger

Büdinger Strasse 7

D 60435 Frankfurt/M , Germany

Tel. 0049-69-5488374

kjaer.greger@arcor.de