# EXHIBIT "A"

09-50026-mg    Doc 9349-1    Filed 02/22/11    Entered 02/22/11 14:57:15    Exhibit A
Pg 1 of 5

Hardware Maintenance Agreement

6 MONTH SHORT TERM

| | |
|---|---|
| MODCOMP, Inc.<br>1500 South Powerline Road<br>Deerfield Beach, Florida 33442<br>Tel   954  571-4602<br>Fax  954  571-4702 | Engineering Support Agreement<br><br>Number  CTR0065<br><br>Site I.D. Multi Sites<br><br>Commencement Date 01/01/09 TO 06/30/09 |

| Customer Name and Billing Address: | Customer Name and Installation Address: |
|---|---|
| GM - POWERTRAIN | GM-POWERTRAIN |
| ACCOUNTS PAYABLE | JOE DITRAPANI   MC 483-710-106 |
| GM FINANCIAL SHARED SERVICES | POWERTRAIN ENG BLDG 2 |
| c/o OLIPMPIC RECEIPTING | 30003 VAN DYKE AVENUE |
| PHOENIX AZ 85082-3490 | WARREN MI 48090-9060 |
| Contact: | Contact: JOE DITRAPANI |
| Phone No. | Phone No. 248 388-9937 |

"Customer" enters into this Agreement with MODCOMP, Inc. (hereinafter "MODCOMP") whereby MODCOMP will furnish the maintenance services to Customer at the monthly charges indicated therein, and subject to the Terms and Conditions (hereinafter referred to as the "Agreement") set forth on the face, reverse side of, or attached to, this Agreement.

TOTAL MONTHLY AMOUNT: $15,083

| Customer: GM - POWERTRAIN | MODCOMP, Inc. |
|---|---|
| By Authorized Signature: _____ | By Authorized Signature: _Ron Cook_ (signature) |
| Name: _____ (Print or Type) | Name: Ron Cook (Print or Type) |
| Title: _____ (Print or Type) | Title: VP Operations (Print or Type) |
| Date: _____ | Date: 10/09/07 |

EQUIPMENT LIST
FOR
GENERAL MOTORS CORPORATION
DETROIT DIESEL ENGINES
37350 ECORSE ROAD
ROMULUS, MI. 48174-1376

| Description | Maintenance Monthly Amount | 6 Months Amount |
|---|---:|---:|
| SUMMARY PAGE | | |
| STANDARD FULL SERVICE | | |
| Monday through Friday 0800-1700 | | |
| DN03 (ED03) | $ 883 | $ 5,298 |
| DN04 (ED04) | 849 | $ 5,094 |
| DN05 (ED05) | 883 | $ 5,298 |
| DN06 (ED06) | 849 | $ 5,094 |
| EN01 (EE01) | | $ - |
| EN02 (EE02) | | $ - |
| EN03 (EE03) | 849 | $ 5,094 |
| EN04 (EE04) | 849 | $ 5,094 |
| EN05 (EE05) | 849 | $ 5,094 |
| EN06 (EE06) | 849 | $ 5,094 |
| ES01 (EE07) | 849 | $ 5,094 |
| ES02 (EE08) | 849 | $ 5,094 |
| ES03 (EE09) | 849 | $ 5,094 |
| ES04 (EE10) | 849 | $ 5,094 |
| ES05 (EE11) | 849 | $ 5,094 |
| ES06 (EE12) | 849 | $ 5,094 |
| SAT SD1 | 1,393 | $ 8,358 |
| SAT SD2 | 1,346 | $ 8,076 |
| SAT SE1 | 1,351 | $ 8,106 |
| SAT SE2 | 1,420 | $ 8,520 |
| NSC NSD | 1,309 | $ 7,854 |
| NSC NSE | 1,309 | $ 7,854 |
| DEVELOPMENT SDS | 1,223 | $ 7,338 |
| MAINTENANCE MNT | 749 | $ 4,494 |
| TOTAL MONTHLY CHARGE | $ 22,054 | $ 132,324 |
| Customer Appreciation Certification Disc | (8,822) | (52,930) |
| Total Maintenance | $13,232 | $79,394 |
| OPTION 1: Full Service Maintenance with Line Drivers/REC'R and A/B Switches | 1,133 | 6,798 |
| OPTION 2: AVCO Front End and Tustin MUX | | 0 |
| Note 1: GM Will Provide or Fund Test Fixtures for Option 2 | | |
| Total Including Options | $14,365 | $86,192 |
| 6 month short term contract | $718 | $4,308 |
| **Monthly Total** | $15,083 | $90,500 |

# Ron Cook

**From:** arnold.discher@gm.com
**Sent:** Thursday, November 20, 2008 9:34 AM
**To:** Ron Cook
**Subject:** Fw: info needed

Ron

I faxed you a copy of the po this morning - please verify receipt

Arnie Discher
GM Global Purchasing
313-667-1003 ph
313-667-4622 fax

----- Forwarded by Arnold Discher/C/US/GM/GMC on 11/20/2008 09:32 AM -----

**Arnold Discher/C/US/GM/GMC**

11/19/2008 12:52 PM

To "Ron Cook" <RCook@modcomp.com>
cc Joe DiTrapani/US/GM/GMC@GM
Subject RE: info needed Link

Ron,

Alteration po# TCS85231-002 issued today to cover the additional 6 months. I will fax you a copy tomorrow.

Thank you,

Arnie Discher
GM Global Purchasing
313-667-1003 ph
313-667-4622 fax

**"Ron Cook" <RCook@modcomp.com>**

11/11/2008 03:06 PM

To <arnold.discher@GM.Com>
cc
Subject RE: info needed

Hi Arnie,

Attached are the updated documents you requested. Please have someone sign the cover sheet and return a copy to me. If you have any questions please email or call me. Thank you.

Regards,

Ron Cook
MODCOMP, Inc.
Phone: 954-571-4602

2/18/2011

**General Motors Corporation**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | **PURCHASE ORDER** TCS85231 002 PAGE 1 |
| | | | | | ### ALTERATION ### |
| | | | | | This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Numbers must be shown on Packing Slips are Invoice. Attn: Accounts Payable Invoices. Do not Declare Valuation of Express Shipments or Insure Parcel Post. |

GENERAL MOTORS CORP.
GLOBAL PURCHASING
200 RENAISSANCE CENTER
BOX 200 M\C 482-B29-D84
DETROIT MI
48265-2000

SHIP TO: GM - POWERTRAIN DIVISION
ROMULUS ENGINEERING CENTER
37350 ECORSE RD
DOCK 1
ROMULUS MI
48174-1376
US

INVOICE TO: INVOICE FOR SERVICE, MACHINERY
& EQUIP ONLY. QUESTIONS TO:
CUSTOMER SERVICE 248 874-4636
MAIL INVOICE: GM FSS ABP
PO BOX 63490,
85082-3490 PHOENIX AZ
US

VENDOR NUMBER 17-633-5420   US
MODCOMP INC
1500 S POWERLINE RD
DEERFIELD BEACH FL
33442-8162

ORDER DATE: 12/20/05
ALTERATION ISSUE DATE: 11/19/08
PA02
ALTERATION EFFECTIVE DATE: 11/19/08

F.O.B. DESTINATION   DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: UNITED PARCEL SERVICE
PHONE: 313-667-1003  A DISCHER  Buyer
PURCHASING AGENT

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | ### SPOT BUY TCS85231 HAS BEEN ALTERED AS FOLLOWS ### | | | | | | |
| | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | | ISSUED TO ADD FOR 6 MONTHS OF HARDWARE MAINT FROM 1/1/09 - 6/30/09. PRICE PER QUOTE# CTR0065. | | | | | | |
| | | | | | GM TERMS AND CONDITIONS APPLY. | | | | | | |
| | 0003 | 6 | PRWX0242 001 | | ### THIS ITEM HAS BEEN ADDED ### HARDWARE MAINTENANCE WITH LINE DRIVERS/RECEIVERS, A/B SWITCHES, AVCO FRONT END, AND TUSTIN MUX JOSEPH DITRAPANI (248) 388-9937 DELIVER TO: ERIC EYLER 37350 ECORSE RD ROMULUS, MI 48174 WHO ORDERED: (248) 388-9937 | | 12/31/08 | C 0.00% | 15083.0000 | MO | |
| | 0004 | 20 | PRWX0242 002 | | ### THIS ITEM HAS BEEN ADDED ### ASSISTANCE BY MODCOMP WITH IDENTIFYING OF AVCO POWER SUPPLY, PROCESSOR OR FRONT-END BOARD PROBLEMS JOSEPH DITRAPANI (248) 388-9937 WHO ORDERED: (248) 388-9937 | | 12/31/08 | C 0.00% | 250.0000 | HRS | |