# EXHIBIT "B"

09-50026-mg   Doc 9349-2   Filed 02/22/11   Entered 02/22/11 14:57:15   Exhibit B
Pg 1 of 4

 General Motors North American Operations

Recent Inquiry Concerning Payment for Claims for Goods Shipped or Services Rendered Prior to June 1, 2009

Dear Supplier:

This letter is in follow-up to your recent inquiry concerning claims for payment for invoices relating to goods shipped to or services performed for the former General Motors Corporation, now known as Motors Liquidation Company ("MLC") prior to June 1, 2009 (the "Petition Date"). On the Petition Date, MLC commenced a voluntary Chapter 11 bankruptcy proceeding in the United States District Court for the Southern District of New York (the "Bankruptcy Court"). On July 5, 2009, the Bankruptcy Court approved MLC's sale of certain of its assets to a United States Treasury-sponsored purchaser and that entity is now known as General Motors LLC ("GM"). Since the invoices for which you are seeking payment from GM relate to the period prior to the Petition Date and do not constitute claims that were addressed in connection with the assumption by MLC and assignment to GM of executory contracts, these claims must be brought to the attention of MLC.

MLC maintains an official website at www.motorsliquidation.com and we encourage you to visit that website where you can obtain further information concerning the processing of your claim. The website indicates that parties with claims-related questions concerning Motors Liquidation Company can email claims@motorsliquidation.com or call (800) 414-9607. The information contained in this letter does not constitute legal advice, but is instead to be used for informational purposes only.

Thank you for your inquiry.

Arnold,

The MLD debits indicate the items in question are pre-petition and have been rejected as payable by GM with a referral to MLC. Attached is one of the documents on one of the debits that contains a letter the supplier should have received (I can pull the other documents if needed, they all contain the entry form and letter indicating the invoice was rejected to MLC). The letter has the contact information for the supplier on how to follow up with MLC for further information on these items. These items cannot be paid from DACOR due to this reason.

Please let me know if you have any further questions.

(See attached file: ImageServlet.pdf)


Thank you,

Jason Byrne
Service Delivery Manager 1
Finance & Accounting Outsourcing
ACS, A Xerox Company
(602) 797-5193 (work phone)
(602) 797-6569 (work fax)


| | | |
|---|---|---|
| lee.perez@gm.com@ SMTP@Exchange | | |
| | | To |
| 01/04/2011 11:30 AM | Jason Byrne/PAPAGO@ACS, LaKesha Welch/PAPAGO@ACS | |
| | | cc |
| | arnold.discher@gm.com@SMTP@Exchange | |
| | | Subject |
| | Fw: Modcomp v. GM | |



Jason and LaKesha,
Based on a vme I received from Arnie he stated supplier was effected by bankruptcy. Can you or a team member review and advise Arnie?

Adalila Pérez (Lee)
General Supervisor - SME
GFSS Disbursement Services & Invoice Processing

email:    lee.perez@gm.com
phone:    313.667.7353

2

GFSS Web Site: http://comptroller.gm.com/fss/index.html

Goal: Create positive, lasting relations with customers, dealers, communities, union partners and suppliers to drive our operating success.
----- Forwarded by Lee Perez/US/GM/GMC on 01/04/2011 01:26 PM -----

From:      Arnold Discher/C/US/GM/GMC
To:        Lee Perez/US/GM/GMC@GM
Date:      01/03/2011 01:52 PM
Subject:       Fw: Modcomp v. GM


Lee,

Please find some attachments and correspondence from ModComp as well as an attachment looking at DayCor - could you let me know how we can get these payments kicked loose.

Here is the "unpaid" report out of e-dacor ran this morning(12/22)-


Arnie
Arnold Discher
GM Global Purchasing
313-667-1003 desk ph
586-441-8942 cell ph
313-667-4678 fax
----- Forwarded by Arnold Discher/C/US/GM/GMC on 01/03/2011 01:47 PM -----

From:      "Marilibes Izquierdo" <mizquierdo@gastesi.com>
To:        <arnold.discher@gm.com>
Date:      12/22/2010 10:05 AM
Subject:       Modcomp v. GM



Attached please find correspondence and enclosure with reference to the subject case.



Marilibes Izquierdo
Legal Assistant
Gastesi & Associates, P.A.
8105 N.W. 155th Street
Miami Lakes, Florida 33016
Tele: 305-818-9993
Fax: 305-818-9997
Email: mizquierdo@gastesi.com



    Modcomp v. GM



    Marilibes Izquierdo
                                                                to:
                                                                     arnold
                                                                     .disch

3