Jeffrey Kurtzman, Esquire (7689)
KLEHR | HARRISON | HARVEY | BRANZBURG, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: 215-569-4493
Facsimile: 215-568-6603

Attorneys for Modcomp, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
                                       :
In re                                  :    Chapter 11 Case No.
                                       :
MOTORS LIQUIDATION COMPANY,            :    09-50026 (REG)
et al., f/k/a General Motors Corp., et al. :
                                       :    (Jointly Administered)
                    Debtors.           :
_____x

## CERTIFICATE OF SERVICE

I, Jeffrey Kurtzman, Esquire, hereby certify that I served a true and correct copy of the foregoing Response of Modcomp, Inc. to Debtors' 160th Omnibus Objection to Claims via first class mail, postage prepaid upon the following:

Weil, Gotshal & Manges LLP
767 5th Avenue
New York, NY 10153
Attn.:  Harvey R. Miller, Esquire
        Stephen Karotkin, Esquire
        Joseph H. Smolinsky, Esquire

Motors Liquidation Company
401 South Old Woodward Avenue
Suite 370
Birmingham, MI 48009
Attn:  Thomas Morrow

General Motors LLC
400 Renaissance Center
Detroit, MI 48265
Attn:  Lawrence Buonomo, Esquire

Cadwallader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn:  John J. Rapisardi, Esquire

PHIL1 1400310-1

United States Treasure
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
Attn: Joseph Samarias, Esquire

Kramer, Levin, Noftalis & Frankel, LLP
77 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esquire
    Robert Schmidt, Esquire

U.S. Attorneys' Office
86 Chamber Street, 3rd Floor
New York, NY 10007
Attn: David S. Jones, Esquire
    Natalie Kuehler, Esquire

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Attn: Sander L. Esserman, Esquire
    Robert T. Brousseau, Esquire

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esquire

Office of the United States Trustee of the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esquire

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn: Rita C. Tobin, Esquire

_____
Jeffrey Kurtzman

9

PHIL1 1400310-1