Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS FUTURE CLAIMANTS' REPRESENTATIVE

---------------------------------------------------------------X
                                                               )
In re                                                          )    Chapter 11
                                                               )
MOTORS LIQUIDATION COMPANY, *et al.*,                          )
f/k/a GENERAL MOTORS CORP., *et al.*,                          )
                                                               )    Case No. 09-50026 (REG)
                                                               )
                                       Debtors.                )    Jointly Administered
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 22, 2011, she caused a true and correct copy of the *Memorandum of Law of Dean M. Trafelet, Future Claimants' Representative, In Support of Confirmation of the Debtors' Amended Joint Chapter 11 Plan, Dated December 7, 2010* [Docket No. 9338] to be served on the parties listed below by the method indicated and by electronic mail on all parties on the Master Service List and on all parties receiving notice via the Court's ECF System.

**BY ELECTRONIC MAIL**

| *Counsel for the Debtors:* | *General Motors, LLC:* |
|---|---|
| Harvey R. Miller<br>harvey.miller@weil.com<br>Stephen Karotkin<br>stephen.karotkin@weil.com<br>Joseph H. Smolinsky<br>joseph.smolinsky@weil.com<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lawrence Buonomo<br>lawrence.s.buonomo@gm.com<br>**General Motors LLC**<br>400 Renaissance Center<br>Detroit, Michigan 48265 |
| *The Debtors:* | *Counsel for the United States Department of the Treasury:* |
| Thomas Morrow<br>tmorrow@alixpartners.com<br>**Debtors c/o Motors Liquidation Company**<br>401 South Old Woodward Avenue, Suite 370<br>Birmingham, Michigan 48009 | John J. Rapisardi<br>john.rapisardi@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| *United States Department of the Treasury:* | *Counsel for Export Development Canada:* |
| Joseph Samarias<br>Joseph.samarias@do.treas.gov<br>**United States Department of the Treasury**<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220 | Michael J. Edelman<br>mjedelman@vedderprice.com<br>Michael L. Schein<br>mschein@vedderprice.com<br>Vedder Price, PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |

*Counsel for Official Committee of Unsecured Creditors:*

Thomas Moers Mayer
tmayer@kramerlevin.com
Robert Schmidt
rschmidt@kramerlevin.com
Lauren Macksoud
lmacksoud@kramerlevin.com
Jennifer Sharret
jsharret@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Counsel for the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims:*

Elihu Inselbuch
ei@capdale.com
Rita C. Tobin
rct@capdale.com
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152


Trevor W. Swett, III
tws@capdale.com
Kevin C. Maclay
kcm@capdale.com
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005

*United States Attorney's Office:*

David S. Jones
david.jones6@usdoj.gov
Natalie Kuehler
Natalie.kuehler@usdoj.gov
**United States Attorney's Office**
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007

**By Federal Express:**

*Office of the United States Trustee for
the Southern District of New York:*

Tracy Hope Davis
**Office of the United States Trustee for the Southern District of New York**
33 Whitehall Street, 21st Floor
New York, NY 10004
Facsimile: 212-668-2256

Dated: February 22, 2011
       Dallas, Texas

                                          /s/ Andrea L. Ducayet
                                        STUTZMAN, BROMBERG,
                                        ESSERMAN & PLIFKA,
                                        A PROFESSIONAL CORPORATION
                                        2323 Bryan Street, Suite 2200
                                        Dallas, Texas 75201
                                        Telephone: (214) 969-4900