# DOUG STERETT
40679 Village Wood Rd.
Novi, Michigan 48375
248/305-9087

February 18, 2011

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
Southern District of New York
New York, New York 10004

RE:   Response to 170th Objection to Claims
      Chapter 11, Case No. 09-50026

Dear Honorable Robert E. Gerber:

In November of 2006, I was encouraged to take an early retirement at age 60. I chose to accept that offer based on the terms and conditions presented. A significant factor in my decision was the health care and life insurance that were components of that offer. I would not have accepted the early retirement if the health care and life insurance were not as presented. I feel that I had a contract upon which I made a decision. I consider the changes in health care and life insurance coverage a breach of that contract. General Motors salaried employees and retirees have no collective bargaining. This is a distinct disadvantage in dealing with an issue such as this.

I am listed as a creditor in the **DEBTOR'S 170TH OMNIBUS OBJECTIONS TO CLAIMS.** My Claim Number is 64279, appearing on Page 6 of Exhibit A. The calculations to support the amount of my claim have been previously submitted to The Garden City Group, P.O. Box 9386, Dublin, Ohio 43017 on November 28, 2009. The data I submitted is based on the Loss Calculator provided to me by the General Motors Retirees Association.

I appreciate your consideration for my claim.

Respectfully,

Doug Sterett

cc:   Judges Chambers
      The Honorable Robert E. Gerber

      Weil Gotshal & Manges, LLP