EDMUND J. STERNIAK JR.
1955 West St.
Southington, CT 06489-1031

2-17-11

To:

The Honorable Robert E. Gerber
Bankruptcy Judge (Room 621)

RECEIVED
FEB 22 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Dear Sir:

I Edmund J. Sterniak, Jr. Claim # 68114 - Exhibit F - Equity Security Holder in Case # 09-50026 Motors Liquidation, Do want to let it be known that I do not think it is fair to let General Motors (GM) not make good on the shares that myself and other's own;

With Government Tax money they were able to restart, now they are making money again, and giving out bonuses to the workers, I think (GM) should make good on it's stock Before giving them self's bonuses again this is not fair at all.

Thank you

Sincerly
Edmund J. Sterniak Jr.