February 15, 2011

Honorable Robert E. Gerber
United States Bankruptcy Judge

Re: Chapter 11 Case No. 09-50026 (REG)

Dear Judge Gerber,

I am in receipt of 'Notice of Debtors' 171st Omnibus Objections to Claims' pertaining to welfare benefits of retired and former salaried and executive employees of General Motors Corporation which you will be considering on March 1, 2011. I have read this legal notice and my understanding is that my claims as well as those of a number of others are likely to be disallowed and expunged based on your decision in this case. The legal effort on my part to file a formal objection to this proposed order would entail a significant amount of cost and effort for an attorney, etc. and I'm not in a position to be able to handle that at the present time. So while I believe I am entitled to the amount I am claiming in Exhibit A of the document, there is another issue of some concern to me. Is the treatment of this Order, if approved, being applied equally to all parties who have filed claims such as mine? To give one example, a co-worker of mine (Mr. George Kuipers) has had almost an identical situation to mine relative to length of service at the same General Motors facility as an engineer, which I also was. In fact he and I collaborated on filing our individual claims for compensation from GM using the same basic guidelines, etc. At this point in time I find myself on the list of those who will likely be expunged from the claim, since my name appears on the list of Exhibit A, while Mr. Kuipers name does not. My basic question is whether all parties are being treated on the same basis in this situation. At the present time I believe that may not be the case. Anything you could do to insure fair and equitable treatment in this matter would be much appreciated.

Sincerely,

Paul C. Curzan
5660 Via Trento
Goleta, CA 93117