Celeste R. Gill
Assistant Attorney General
Environment, Natural Resources and Agriculture Division
525 W. Ottawa, 6th Floor, G. Mennen Williams Bldg.
P.O. Box 30755
Lansing, MI 48909
Telephone: 517-373-7540
Facsimile: 517-373-1610
E-mail: gillc1@michigan.gov

Attorney for the Michigan Department of Environmental Quality


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
IN RE:                                                           :
                                                                 :         Chapter 11
   MOTORS LIQUIDATION COMPANY, *et al*,  :         Case No. 09-50026 (REG)
   *f/k/a* General Motors Corp., *et al.*                :
                                                                 :         (Jointly Administered)
              Debtors.                                       :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY'S RESPONSE TO DEBTOR'S MOTION TO RECLASSIFY PROOF OF CLAIM 60528 has been served on the parties listed below on this 22[th] day of February, 2011 via First-Class mail and/or electronic mail.

| | |
|---|---|
| Attn: John J. Rapisardi, Esquire<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281<br>John.rapisardi@cwt.com | Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph Smolinsky, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Harvey.miller@weil.com<br>Stephen.karotkin@weil.com<br>Joeseph.smolinsky@weil.com |
| Lawrence S. Buonomo, Esquire<br>General Motors LLC<br>400 Renaissance Center<br>Detroit, MI 48265 | Thomas Morrow<br>Motors Liquidation Company<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, Michigan 48009 |

1

Joseph Samarias, Esquire
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Room 2312
Washington, DC 20220
Joseph.samarias@do.treas.gov

Trevor W. Swett III, Esquire
Kevin C. Maclay, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington D.C. 20005
tws@capdale.com
kcm@capdale.com

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price P.C.
1663 Broadway, 47th Floor
New York, NY 10019
mjedelman@vedderprice.com
mschein@vedderprice.com

David S. Jones, Esquire
Natalie Kuehler, Esquire
US Attorneys Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
David.Jones6@usdoj.gov
Natalie.kuehler@usdoj.gov

Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksoud, Esquire
Jennifer Sharret, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rschmidt@kramerlevin.com
lmacksoud@kramerlevin.com
jsharret@kramerlevin.com

Tracy Hope Davis, Esquire
Office of the United States Trustee for the
Southern Districe of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
ei@capdale.com
rct@capdale.com

Sander L. Essermand, Esquire
Robert T. Brousseau, Esquire
Stutsman, Bromberg, & Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
esserman@sbep-law.com
brousseau@sbep-law.com

/s/    Celeste R. Gill
Celeste R. Gill (P52484)
Assistant Attorney General
Environment, Natural Resources
and Agriculture Division
6th Floor, Williams Building
525 West Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
E-mail: gillc1@michigan.gov

Dated: February 22, 2011